Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 25-cv-1766<br><br>**DECLARATION OF EMILOU MACLEAN IN SUPPORT OF ADMINISTRATIVE MOTION OF PLAINTIFFS M.H. AND E.R. TO PROCEED UNDER PSEUDONYM** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*pro hac vice forthcoming*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

I, Emilou MacLean, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Senior Staff Attorney at ACLU Foundation of Northern California, counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of the Administrative Motion of Plaintiffs M.H. and E.R. to Proceed Under Pseudonym ("Administrative Motion").

3. This matter pertains to the Department of Homeland Security's unlawful decision to "vacate" the January 17, 2025 extension of Temporary Protected Status (TPS) for Venezuela and to terminate the 2023 designation of TPS for Venezuela. The challenged orders will most immediately go into effect on April 3, 2025, when employment authorization documents for nearly 350,000 Venezuelan TPS holders who initially registered for TPS under Venezuela's 2023 designation will expire, and on April 7, 2025, when those TPS holders will lose their lawful immigration status and, in many cases, become subject to deportation.

4. Plaintiffs, including M.H. and E.R., are suing Kristi Noem (in her official capacity as Secretary of Homeland Security), the Department of Homeland Security, and the United States of America (collectively "Defendants"). For the reasons explained more fully in their declarations, M.H. and E.R. fear retaliation by the Defendants against them and their families. Defendants could, for example, seek to retaliate, among other ways, in connection with M.H. and E.R.'s immigration status and the status of their children. M.H. and E.R. also face the risk of retaliation from the Venezuelan government, and actors in their local communities; and M.H. fears retaliatory action against her husband given his employment for a U.S. government subcontractor.

5. Due to the urgent nature of this action, Plaintiffs are filing this Administrative Motion concurrently with the filing of the Complaint, and thus Plaintiffs have not been able to meet and confer with counsel for Defendants regarding this Motion.

/

/

1

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM
CASE NO. 25-CV-1766

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of February 2025, in San Francisco, California.

                                        */s/ Emilou MacLean*
                                        Emilou Maclean