Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 25-cv-1766<br><br>**DECLARATION OF A.V. IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

**DECLARATION OF A. V.**

I, A. V. , declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I have lived in the United States since 2023, and I first applied for Temporary Protected Status (TPS) in 2023. As a result of the decision by Secretary of Homeland Security Kristi Noem to terminate TPS for Venezuela, I expect to lose my legal status on April 7, 2025.

3. I am a member of the National TPS Alliance, and joined voluntarily because I believe in the mission of the organization.

4. I am submitting this declaration to describe the harm my family and I have suffered since the announcement of the vacatur of the extension of TPS for Venezuela, and the harm we would suffer if TPS is ultimately terminated.

**Background**

5. I am 23 years old and live in Alabama. I came to the U.S. on humanitarian parole in March 2023. I have approved TPS. My work permit and my driver's license expire in March 2025, as they are tied to my parole expiration.

6. I was studying medicine in Venezuela, despite enduring severe economic hardship. I often did not have money for the bus, so would walk for more than 40 minutes to get to classes. At times, my family did not have enough money for food, and I frequently experienced hunger. In 2019, government forces shot tear gas cannisters into the university buildings while I was in class. My classmates and I escaped, running for our lives. After that, I did not feel safe to return to the university and I was forced to abandon my studies. I began working in a medical warehouse, to save money so that I could eventually escape Venezuela.

7. Since being in the United States, I have worked very hard to support myself and my family members who remain in Venezuela. I currently work full-time, on the night shift, at an auto parts manufacturer. I have often held a second, part-time job as well.

8. I have paid taxes for both years that I have worked in the United States.

9. I am studying English with the hope of one day becoming a paramedic.

10. I have many family members in the United States, several of whom rely on TPS. My uncle, his wife, and their three-year-old son live in Alabama, near me, and rely on TPS. Another cousin lives nearby with her two U.S. citizen children. She also relies on TPS for protection from deportation and work authorization.

**Impact of Temporary Protected Status**

11. The economic stability that TPS has afforded me has been transformative. I have been overwhelmed by the feeling of having plentiful food, water, and electricity. I felt like I could breathe for the first time.

12. However, as the 2024 presidential election drew near, I began struggling with severe anxiety and fears that I would lose my TPS status and everything that I have worked for. News reports about President Trump's plans to deport all immigrants awakened a deep sense of dread in me, as I am terrified to return to Venezuela.

13. I began to experience panic attacks for the first time in my life. In August 2024, I suffered a panic attack so intense that I made a terrible mistake. Desperate to quiet my mind and body, I overdosed on allergy medicine. A friend realized what had happened and drove me to the hospital. I was there for two days. After that, I began therapy and antidepressants to help me manage my anxiety over my immigration status and fear of being sent back to Venezuela.

**Impact of the Decision to Terminate TPS**

14. If TPS is terminated, I will lose my job and my ability to work in the United States. I will not be able to renew my driver's license. I will not be able to afford to pay rent, support myself or send money to my family members in Venezuela who rely on my remittances to purchase food and basic necessities, like medicine for my mother's serious heart condition. I have no other form of immigration relief pending, and TPS is my only protection from deportation.

15. I joined the National TPS Alliance (NTSPA) after viewing a webinar on

DECLARATION OF A. V. – CASE NO.

2

February 12, 2025. I immediately signed up to be a member, believing in the mission of the organization. I also forwarded the information to everyone I could think of who is impacted by the decision to terminate TPS for Venezuela.

16.   It is important for me to share my story, but, sadly, I am afraid to do so publicly. I am afraid of retaliation from the government for participating in this lawsuit. I am terrified of returning to Venezuela, so I am worried that publicly participating could increase the chance that I would be deported.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Alabama this 20th day of February, 2025.

/s/ A.V.
A. V.

CIVIL LOCAL RULE 5.1 ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

          */s/ Emilou Maclean*
          Emilou Maclean

I, Emilia Garcia, certify that I am competent to translate from English to Spanish and that the document "DECLARACIÓN OF A.V." (DECLARATION OF A.V.) is a true and accurate translation of the document from English to Spanish to the best of my knowledge and ability. I declare that this statement is true and accurate, under penalty of perjury, and that his certification was signed in Loomis, California on this day the 20th of February, 2025.

_____
Emilia Garcia

# DECLARACIÓN DE A. V.

Yo, A. V., declaro lo siguiente:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Vivo en los Estados Unidos desde 2023, y solicité por primera vez el Estatus de Protección Temporal (Temporary Protected Status, TPS) en 2023. Como resultado de la decisión de la Secretaria de Seguridad Nacional, Kristi Noem, de poner fin al TPS para Venezuela, espero perder mi estatus legal el 7 de abril de 2025.

3. Soy miembro de la Alianza Nacional TPS y me uní voluntariamente porque creo en la misión de la organización.

4. Presento esta declaración para describir el daño que mi familia y yo hemos sufrido desde el anuncio de la anulación de la extensión del TPS para Venezuela, y el daño que sufriríamos si el TPS finalmente se termina.

## Antecedentes

5. Tengo 23 años y vivo en Alabama. Llegué a los EE. UU. con un permiso humanitario en marzo de 2023. Tengo el TPS aprobado. Mi permiso de trabajo y mi licencia de conducir vencen en marzo de 2025, ya que están vinculados al vencimiento de mi permiso humanitario.

6. Estudiaba medicina en Venezuela, a pesar de soportar graves dificultades económicas. A menudo no tenía dinero para el autobús, así que caminaba más de 40 minutos para llegar a clase. A veces, mi familia no tenía suficiente dinero para comer y yo pasaba hambre con frecuencia. En 2019, las fuerzas gubernamentales dispararon botes de gas lacrimógeno contra los edificios de la universidad mientras yo estaba en clase. Mis compañeros de clase y yo escapamos, corriendo para salvar nuestras vidas. Después de eso, no me sentí seguro para volver a la universidad y me vi obligado a abandonar mis estudios. Empecé a trabajar en un almacén médico para ahorrar dinero y poder escapar de Venezuela.

7. Desde que estoy en Estados Unidos, he trabajado muy duro para mantenerme

a mí y a mis familiares que permanecen en Venezuela. Actualmente trabajo a tiempo completo, en el turno de noche, en una fábrica de piezas de automóvil. A menudo he tenido un segundo trabajo a tiempo parcial.

8. He pagado impuestos durante los dos años que he trabajado en Estados Unidos.

9. Estoy estudiando inglés con la esperanza de convertirme algún día en paramédico.

10. Tengo muchos familiares en Estados Unidos, varios de los cuales dependen del TPS. Mi tío, su esposa y su hijo de tres años viven en Alabama, cerca de mí, y dependen del TPS. Otra prima vive cerca con sus dos hijos, ciudadanos estadounidenses. Ella también depende del TPS para protegerse de la deportación y obtener autorización de trabajo.

### Impacto de la Condición de protección temporal

11. La estabilidad económica que el TPS me ha proporcionado ha sido transformadora. Me ha emocionado la sensación de tener comida, agua y electricidad en abundancia. Sentí que podía respirar por primera vez.

12. Sin embargo, a medida que se acercaban las elecciones presidenciales de 2024, comencé a sufrir una ansiedad severa y temores de perder mi estatus de TPS y todo por lo que he trabajado. Las noticias sobre los planes del presidente Trump de deportar a todos los inmigrantes despertaron en mí una profunda sensación de temor, ya que me aterroriza regresar a Venezuela.

13. Empecé a sufrir ataques de pánico por primera vez en mi vida. En agosto de 2024, sufrí un ataque de pánico tan intenso que cometí un terrible error. Desesperado por calmar mi mente y mi cuerpo, tomé una sobredosis de medicamentos para la alergia. Un amigo se dio cuenta de lo que había pasado y me llevó al hospital. Estuve allí dos días. Después de eso, comencé una terapia y tomé antidepresivos para ayudarme a controlar la ansiedad por mi situación migratoria y el miedo a que me enviasen de vuelta a Venezuela.

### Impacto de la decisión de terminar la TPS

14. Si se pone fin al TPS, perderé mi trabajo y mi capacidad para trabajar en Estados Unidos. No podré renovar mi licencia de conducir. No podré pagar el alquiler, mantenerme ni enviar dinero a mis familiares en Venezuela, que dependen de mis remesas para comprar alimentos y artículos de primera necesidad, como medicinas para la grave enfermedad cardíaca de mi madre. No tengo pendiente ninguna otra forma de ayuda migratoria, y el TPS es mi única protección contra la deportación.

15. Me uní a la Alianza Nacional del TPS (National TPS Alliance, NTSPA) después de ver un seminario web el 12 de febrero de 2025. Inmediatamente me inscribí como miembro, creyendo en la misión de la organización. También reenvié la información a todas las personas que se me ocurrieron que se ven afectadas por la decisión de poner fin al TPS para Venezuela.

16. Para mí es importante compartir mi historia, pero, lamentablemente, tengo miedo de hacerlo públicamente. Tengo miedo de represalias por parte del gobierno por participar en esta demanda. Me aterroriza regresar a Venezuela, por lo que me preocupa que participar públicamente pueda aumentar las posibilidades de que me deporten.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en Alabama, hoy el día 20 de febrero de 2025.

_____
A. V.