Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Case No. 25-cv-1766<br><br>**DECLARATION OF FREDDY JOSE ARAPE RIVAS IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

**DECLARATION OF FREDDY JOSE ARAPE RIVAS**

I, Freddy Jose Arape Rivas, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a citizen of Venezuela and I am a beneficiary of Temporary Protected Status (TPS). I am 33 years old, and I have lived in the United States since January 2023. TPS is currently my only form of work authorization and immigration protection. I registered for TPS pursuant to the 2023 designation of TPS for Venezuela. As a result of the decision by Department of Homeland Security Secretary Kristi Noem to terminate TPS for Venezuela, my employment authorization will expire on April 2, 2025, and my legal status will expire on April 7, 2025.

3. I am also a member of the National TPS Alliance (NTPSA). I joined voluntarily, because I believe in the NTPSA's mission of defending the TPS program. I recently participated in a virtual NTPSA meeting regarding the termination of TPS for Venezuela, and I have talked with Orlando Zepeda, an NTPSA member who was also a plaintiff in the *Ramos* lawsuit, which challenged the prior TPS terminations during the first Trump administration, about defending TPS for Venezuela.

4. I am submitting this declaration to describe the harm my family and I have suffered since the announcement of the termination of the extension TPS for Venezuela and the harm my family and I will suffer if the 2023 Venezuela TPS termination is allowed to take place on April 7, 2025.

**Background**

5. I was born and raised in Cabimas, Venezuela. I studied computer science in college and graduated in 2013. I worked in the private sector for technology companies until I felt forced to leave the country due to worsening economic conditions, repression, and rising violence.

6. I come from a family of faithful practitioners of democracy, always present in political struggles. My parents were among those fired from the oil industry in 2002

arbitrarily by Hugo Chavez, making us among the first victims of the flagrant violation of human rights by his totalitarian regime. My parents struggled to find employment after that. I believe they were effectively blacklisted because of our family's vocal opposition to Chavez. Another family member was the mayor of our town, and an important leader in the opposition party. My parents worked for him. He was eventually forced into exile. All of these experiences led me to participate as a young adult in the processes of transformation of my country, based on the ideas of freedom. I was involved in the opposition party led by presidential candidate Henrique Capriles. I attended many protests and was involved in political campaigns.

7. Unfortunately, due to worsening conditions in Venezuela, including rising repression and violence against opposition members, and the collapsing economy where it became impossible to obtain basic necessities, I was forced to flee Venezuela.

8. I was fortunate that a family member in Texas sponsored me for humanitarian parole under the 2022 Parole Process for Venezuelans; and I was able to enter the United States with parole in January 2023 through the Houston airport. I received work authorization through my humanitarian parole, and I was able to get an IT job for a company that works in energy and technology. I have worked there ever since. As the only Spanish speaker in the office, I am the principal point of contact for the company's offices in Latin America, and they depend on me to maintain communication and collaboration with these offices. I learned basic English growing up, but since coming to the United States I have worked hard to achieve English proficiency. My company was so happy with my performance that they offered to sponsor me for an H1B visa. That application remains pending, however.

9. I have filed my tax return each year I have lived in the United States.

10. I worry a lot for my family that remains in Venezuela, especially my parents, who have chronic health conditions that require daily medication. Given the state of economic and political collapse in Venezuela, I am their sole source of economic support.

**Impact of TPS**

11. When Venezuela was designated for TPS in 2023, I was incredibly relieved. I knew my humanitarian parole would expire in January 2025 and so I applied for TPS as soon as I was able. With TPS, I felt more secure in my ability to build a life for myself. I bought a car, a necessity to get around in Texas where I live. I initially received my driver's license in Texas with my humanitarian parole status, and I was able to renew my driver's license through April 2025 with my TPS.

12. On January 17, 2025, the government announced the extension of TPS for Venezuela, and that same day I submitted my renewal application. I received a receipt that confirmed my work authorization was automatically extended for 540 days, which I submitted to my employers so that I could continue working for my employer. With that reassurance, I renewed my lease on my home.

13. I have many other family members in Texas, including an aunt and uncle with lawful permanent residence, and several cousins with TPS. We are very close and spend every weekend together, whether to host a barbeque, dance, or just hangout. Like me, my other family members with TPS have made a life for themselves here. For example, my cousin Eduardo works at a hospital. Since moving to the United States in 2021 with his wife and young daughter, his family has continued to grow. His two youngest children, now 3 and 1.5 years old, were born in Texas and are U.S. citizens. For his 7-year-old daughter, who also has TPS, this is the only country she remembers. Eduardo is also a member of NTPSA.

**Impact of Rescission of TPS Extension and TPS Termination**

14. If TPS is cancelled, I will lose my sole legal authorization to remain in the United States.

15. I will lose my job. I worry I will also lose the possibility of my H1B visa because I understand I would no longer be eligible if I lose status and if I lose my work authorization.

16. Without my job, I would not be able to pay for my basic needs. I would

literally be left without a place to live. Without TPS, I would not be able to work and therefore could not afford housing.

17. I would also lose my driver's license, which would mean that I could not drive legally. I depend on my drivers license to get to work, and to travel anywhere, as there is not significant access to public transportation where I live. If I drove without a license, I fear that I could be arrested if stopped by law enforcement, and then turned over to ICE and deported.

18. I recently applied for asylum with USCIS, but understand that asylum applications can take years to adjudicate. I only applied in early February, after the DHS Secretary's decision to terminate TPS for Venezuela. I must wait 180 days after the application to be able to apply for a work permit through my pending asylum case, so I would still be left without work authorization or any protection against deportation if TPS ends in April.

19. My family in Venezuela is also impacted by the announcement to end TPS. They fear both for my safety as well as for their ability to survive, since I won't be able to provide them life-saving financial support as I do now, if I lose my job.

20. For my other family members here who rely on TPS, they also feel this despair, and are in an impossible situation. I feel especially badly for my cousin Eduardo and his family. Eduardo and his wife are also protected under the 2023 designation of TPS for Venezuela. They don't know what they will do if the termination takes effect on April 7. Like me, they cannot return to Venezuela. It is not safe for them, and the country is in a state of crisis. But even if they could safely leave, their passports are expired. And their children are so young—aged 7, 3 and 1. For the younger two, they have never known Venezuela, and they are U.S. citizens. The older one has no memory of Venezuela as she left when she was one years old. They do not know if they would be forced to leave, or if they would have to make a difficult decision to have some family members leave while others remain. No child should have to worry about whether their family will be able to stay together, or have a home to live in.

21. Since the announcement to end TPS, I feel an anxiety that increases every day that passes; every time I look at the calendar, turn on the news or open social media. I see videos of raids and I feel that that I could be next if TPS ends.

22. I don't know how I would survive here, but I cannot return to Venezuela. Opposition members like me who return to Venezuela can face torture. I fear I would be persecuted and deprived of my rights by the current Venezuelan government.

23. I want this protection to continue, because families like mine need TPS to take care of our families and to contribute productively to the community. Because conditions in Venezuela have not improved, and because the extension was already announced, I expected that TPS would continue to be available. Unfortunately, it seems that discrimination—this idea that all Venezuelans are criminals—is guiding decision-making. This is very painful for me. I don't understand how a government's decisions can be based on such a broad and unjustified characterization of an entire people.

24. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Plano, Texas, on February 18, 2025.

/s/ Freddy Jose Arape Rivas
_____
Freddy Jose Arape Rivas

CIVIL LOCAL RULE 5.1 ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

                */s/ Emilou Maclean*
                Emilou Maclean



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**DECLARATION OF FREDDY JOSE ARAPE RIVAS**" is, to the best of my knowledge and belief, a true and accurate translation from English into Spanish (LA).

_____
Jacqueline Yorke

Sworn to before me this
February 19, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

_____
Stamp, Notary Public

**DECLARACIÓN DE FREDDY JOSÉ ARAPE RIVAS**

Yo, Freddy José Arape Rivas, declaro lo siguiente:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Soy ciudadano de Venezuela y beneficiario del Estatus de Protección Temporal (Temporary Protected Status, TPS). Tengo 33 años y vivo en Estados Unidos desde enero de 2023. El TPS es actualmente mi única forma de autorización de trabajo y protección migratoria. Me inscribí en el TPS de conformidad con la designación de 2023 del TPS para Venezuela. Como resultado de la decisión de la secretaria del Departamento de Seguridad Nacional, Kristi Noem, de poner fin al TPS para Venezuela, mi autorización de empleo expirará el 2 de abril de 2025 y mi estatus legal expirará el 7 de abril de 2025.

3. También soy miembro de la Alianza Nacional del TPS (National TPS Alliance, NTPSA). Me uní voluntariamente, porque creo en la misión de la NTPSA de defender el programa TPS. Recientemente participé en una reunión virtual de la NTPSA sobre la terminación del TPS para Venezuela, y he hablado con Orlando Zepeda, un miembro de la NTPSA que también fue demandante en la demanda Ramos, que impugnó las anteriores terminaciones del TPS durante la primera administración Trump, sobre la defensa del TPS para Venezuela.

4. Presento esta declaración para describir el daño que mi familia y yo hemos sufrido desde el anuncio de la terminación de la extensión del TPS para Venezuela y el daño que mi familia y yo sufriremos si se permite que la terminación del TPS de Venezuela de 2023 tenga lugar el 7 de abril de 2025.

**Antecedentes**

5. Nací y crecí en Cabimas, Venezuela. Estudié informática en la universidad y me gradué en 2013. Trabajé en el sector privado para compañías tecnológicas hasta que me vi obligado a dejar el país debido al empeoramiento de las condiciones económicas, la represión y el aumento de la violencia.

6. Vengo de una familia de fieles practicantes de la democracia, siempre

presente en las luchas políticas. Mis padres fueron algunos de los despedidos de la industria petrolera en 2002 de forma arbitraria por Hugo Chávez, lo que nos convirtió en una de las primeras víctimas de la flagrante violación de los derechos humanos por parte de su régimen totalitario. Mis padres tuvieron problemas para encontrar empleo después de eso. Creo que fueron incluidos en la lista negra debido a la oposición abierta de nuestra familia a Chávez. Otro miembro de la familia era el alcalde de nuestra ciudad y un importante líder del partido de la oposición. Mis padres trabajaban para él. Finalmente, se vio obligado a exiliarse. Todas estas experiencias me llevaron a participar, cuando era joven, en los procesos de transformación de mi país, basados en las ideas de libertad. Participé en el partido de la oposición liderado por el candidato presidencial Henrique Capriles. Asistí a muchas protestas y participé en campañas políticas.

7. Desafortunadamente, debido al empeoramiento de las condiciones en Venezuela, incluyendo el aumento de la represión y la violencia contra los miembros de la oposición, y el colapso de la economía, donde se hizo imposible obtener las necesidades básicas, me vi obligado a huir de Venezuela.

8. Tuve la suerte de que un miembro de mi familia en Texas me patrocinara para obtener un permiso humanitario en virtud del Proceso de Permiso Humanitario para Venezolanos de 2022; y pude entrar en Estados Unidos con permiso humanitario en enero de 2023 a través del aeropuerto de Houston. Recibí autorización de trabajo a través de mi permiso humanitario, y pude conseguir un trabajo de informática para una compañía que trabaja en energía y tecnología. He trabajado allí desde entonces. Como soy el único hispanohablante de la oficina, soy el principal punto de contacto para las oficinas de la compañía en América Latina, y ellos dependen de mí para mantener la comunicación y la colaboración con estas oficinas. Aprendí inglés básico cuando era niño, pero desde que llegué a Estados Unidos he trabajado duro para dominarlo. Mi compañía estaba tan contenta con mi rendimiento que se ofreció a patrocinarme para un visado H1B. Sin embargo, esa solicitud sigue pendiente.

9. He presentado mi declaración de impuestos cada año que he vivido en

Estados Unidos.

10. Me preocupo mucho por mi familia que permanece en Venezuela, especialmente por mis padres, que tienen enfermedades crónicas que requieren medicación diaria. Dado el estado de colapso económico y político de Venezuela, soy su única fuente de apoyo económico.

**Impacto del TPS**

11. Cuando Venezuela fue designada para el TPS en 2023, me sentí increíblemente aliviado. Sabía que mi permiso humanitario expiraría en enero de 2025, así que solicité el TPS tan pronto como pude. Con el TPS, me sentí más seguro de mi capacidad para construir una vida por mí mismo. Compré un coche, una necesidad para moverme por Texas, donde vivo. Inicialmente recibí mi licencia de conducir en Texas con mi estatus de permiso humanitario, y pude renovar mi licencia de conducir hasta abril de 2025 con mi TPS.

12. El 17 de enero de 2025, el gobierno anunció la extensión del TPS para Venezuela, y ese mismo día presenté mi solicitud de renovación. Recibí un recibo que confirmaba que mi autorización de trabajo se había prorrogado automáticamente por 540 días, que presenté a mis empleadores para poder seguir trabajando para ellos. Con esa tranquilidad, renové el contrato de alquiler de mi casa.

13. Tengo muchos otros familiares en Texas, entre ellos una tía y un tío con residencia permanente legal y varios primos con TPS. Estamos muy unidos y pasamos todos los fines de semana juntos, ya sea para hacer una barbacoa, bailar o simplemente pasar el rato. Al igual que yo, los demás miembros de mi familia con TPS se han hecho una vida aquí. Por ejemplo, mi primo Eduardo trabaja en un hospital. Desde que se mudó a Estados Unidos en 2021 con su esposa y su hija pequeña, su familia no ha dejado de crecer. Sus dos hijos menores, que ahora tienen 3 y 1,5 años, nacieron en Texas y son ciudadanos estadounidenses. Para su hija de 7 años, que también tiene TPS, este es el único país que recuerda. Eduardo también es miembro de NTPSA.

**Impacto de la rescisión de la extensión del TPS y la terminación del TPS**

14. Si se cancela el TPS, perderé mi única autorización legal para permanecer en los Estados Unidos.

15. Perderé mi trabajo. Me preocupa que también perderé la posibilidad de obtener mi visa H1B porque entiendo que dejaré de ser elegible si pierdo el estatus y si pierdo mi autorización de trabajo.

16. Sin mi trabajo, no podría pagar mis necesidades básicas. Literalmente me quedaría sin un lugar para vivir. Sin el TPS, no podría trabajar y, por lo tanto, no podría pagar una vivienda.

17. También perdería mi licencia de conducir, lo que significaría que no podría conducir legalmente. Dependo de mi licencia de conducir para ir al trabajo y viajar a cualquier lugar, ya que no hay un acceso significativo al transporte público donde vivo. Si condujera sin licencia, me temo que podrían arrestarme si me detuviera la policía, y luego me entregarían al ICE y me deportarían.

18. Recientemente solicité asilo en el USCIS, pero entiendo que las solicitudes de asilo pueden tardar años en resolverse. Solo presenté la solicitud a principios de febrero, después de la decisión del secretario del DHS de poner fin al TPS para Venezuela. Debo esperar 180 días después de la solicitud para poder solicitar un permiso de trabajo a través de mi caso de asilo pendiente, por lo que seguiría sin autorización de trabajo ni protección contra la deportación si el TPS finaliza en abril.

19. Mi familia en Venezuela también se ve afectada por el anuncio de la finalización del TPS. Temen tanto por mi seguridad como por su capacidad de sobrevivir, ya que no podré proporcionarles el apoyo financiero que les salva la vida como lo hago ahora, si pierdo mi trabajo.

20. Los demás miembros de mi familia aquí que dependen del TPS también sienten esta desesperación y se encuentran en una situación imposible. Me siento especialmente mal por mi primo Eduardo y su familia. Eduardo y su esposa también están protegidos por la designación de TPS para Venezuela hasta 2023. No saben qué harán si la

terminación entra en vigor el 7 de abril. Como yo, no pueden regresar a Venezuela. No es seguro para ellos, y el país está en crisis. Pero incluso si pudieran irse con seguridad, sus pasaportes están caducados. Y sus hijos son muy pequeños: 7, 3 y 1 años. Los dos más pequeños nunca han conocido Venezuela y son ciudadanos estadounidenses. La mayor no tiene recuerdos de Venezuela porque se fue cuando tenía un año. No saben si se verán obligados a irse o si tendrán que tomar la difícil decisión de que algunos miembros de la familia se vayan mientras otros se quedan. Ningún niño debería tener que preocuparse por si su familia podrá permanecer unida o tener un hogar donde vivir.

21. Desde el anuncio del fin del TPS, siento una ansiedad que aumenta cada día que pasa; cada vez que miro el calendario, enciendo las noticias o abro las redes sociales. Veo videos de redadas y siento que yo podría ser el siguiente si el TPS termina.

22. No sé cómo sobreviviría aquí, pero no puedo regresar a Venezuela. Los miembros de la oposición como yo que regresan a Venezuela pueden sufrir torturas. Temo que el actual gobierno venezolano me persiga y me prive de mis derechos.

23. Quiero que esta protección continúe, porque familias como la mía necesitan el TPS para cuidar de nuestras familias y contribuir productivamente a la comunidad. Como las condiciones en Venezuela no han mejorado, y como la prórroga ya estaba anunciada, esperaba que el TPS siguiera estando disponible. Desafortunadamente, parece que la discriminación, esta idea de que todos los venezolanos son delincuentes, está guiando la toma de decisiones. Esto es muy doloroso para mí. No entiendo cómo las decisiones de un gobierno pueden basarse en una caracterización tan amplia e injustificada de todo un pueblo.

24. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en Plano, Texas, el 19 de febrero de 2025.

*freddy Jose Arape*

Freddy José Arape Rivas