Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 25-cv-1766<br><br>**DECLARATION OF ADELYS FERRO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

## DECLARATION OF ADELYS FERRO

I, Adelys Ferro, hereby declare:

1. I declare under penalty of perjury that the foregoing is true and correct.

2. I am Venezuelan-American, and have lived in the United States for almost 17 years. I am a co-founder and the Executive Director of the Venezuelan American Caucus, which is part of a coalition of organizations and Venezuelan leaders working together to advocate for benefits for Venezuelans in the United States.

3. I provide this declaration to offer my expertise about the makeup of Venezuelan Temporary Protected Status (TPS) holders in the United States, and the impact of the termination of TPS on them, their families, and their communities.

### Venezuelan American Caucus

4. The Venezuelan American Caucus is a project incubated by Latino Victory Project (a 501(c)(4)) and is a grassroots organization dedicated to building an infrastructure of active and informed Venezuelan-Americans with the purpose of ensuring our participation and commitment in the creation and implementation of U.S. domestic and foreign policies. Since its foundation on December 3, 2021, the Venezuelan American Caucus has brought the concerns of the Venezuelan community directly to the U.S. government at all levels—to the White House, legislature, and elected officials and government authorities at national and local levels, all over the country.

5. We have no membership requirement, and our activities and events are open for all to participate. People can register on our website, but registration is not required for individuals to volunteer with us or participate in our community events. We share information about activities, events, and developments in the community to all those who register on our website, follow us on social media, or contact us in other ways.

6. Along with leaders and organizations from the Latino and Venezuelan communities, we have successfully advocated for the designation of TPS by President Biden in March 2021, the renewal of TPS in 2022, humanitarian parole for Venezuelans in October 2022, the re-designation of TPS in September 2023, and the January 2025 TPS extension. These efforts have together benefitted over 700,000 Venezuelans in the United States.

7. Our organization has always placed special emphasis on securing TPS, because although it is a temporary benefit, it provides protection to hundreds of thousands of Venezuelans who would otherwise be forced to return to the country from which they fled, escaping one of the greatest political and humanitarian crises our hemisphere has ever experienced. This crisis continues to provoke one of the largest human exoduses in history.

8. From my personal experience and as Executive Director of the Venezuelan American Caucus, I have met hundreds, if not thousands, of Venezuelan TPS beneficiaries. I meet TPS beneficiaries in various ways, including holiday events we organize, and either virtual or in-person events which may include democracy fora, events to provide immigration information, or social and community events.

9. Some Venezuelan TPS holders have lived in the United States for many years, but most arrived in the United States after 2017, as a result of the ongoing political, economic, and humanitarian crises in Venezuela. In this period, there has been a mass exodus of Venezuelans due to the country's political instability, particularly under the leadership of Nicolás Maduro, which has led to widespread shortages of food, medicine, and essential goods, making life increasingly difficult for millions of Venezuelans. Additionally, there has been significant government repression and human rights violations, pushing many to flee. The deteriorating situation, including violence, a collapsing economy, and the lack of basic services, has driven a large number of Venezuelans to seek refuge in other countries, with the United States being a major destination. TPS has been a lifeline for these Venezuelans—providing them a secure albeit temporary legal status during a period when they cannot safely return to Venezuela because of the continuing political, economic and humanitarian crisis; and granting them work authorization to be able to support themselves and their families while here.

10. TPS has also been invaluable for local jurisdictions which have struggled with the influx of Venezuelans due to the crisis in the country. As a result of TPS, Venezuelans have been able to find work to support themselves rather than relying on public benefits and private handouts, as many had to do when they initially arrived. TPS has also enabled Venezuelans to do essential work in the public good, including for instance in the health, education, agricultural, construction,

manufacturing, and other sectors. Venezuelans with legal status are also more willing to engage with public officials, including law enforcement, than those who do not have legal status; TPS thus has a public safety benefit. For these reasons, many local governments joined our advocacy efforts for the designation and re-designation of TPS for Venezuela.

11. Venezuelan TPS holders have varied backgrounds and experiences. While the largest Venezuelan TPS populations are in Florida, New York and Texas, there are TPS holders across the country. Through my work, I am personally in communication with Venezuelan TPS holders in various other states, including Alabama, California, Kansas, Ohio, West Virginia, Illinois, North Carolina, Pennsylvania, Georgia, Kentucky, Colorado, Maryland, and New Jersey, among other places. Venezuelan TPS holders have diverse backgrounds—some with postgraduate education left elite professions in Venezuela, others fled grinding poverty. In the United States, TPS holders work in frontline jobs, hospitality, delivery, customer service, retail, restaurants, transportation, construction, factories, and manufacturing, among many other professional fields.

12. Many Venezuelan TPS holders have more than one job, pay their taxes, and take pride in doing everything right and legally. They play a fundamental role in the economic development of the communities in which they live.

13. Since the decisions by Secretary Kristi Noem to vacate the January 2025 extension of TPS, and then to terminate TPS for those benefiting from the 2023 designation, I have spoken with countless Venezuelan TPS holders who are facing serious harm from the threatened end of their legal status. The stories of Venezuelan TPS holders are as varied as they are moving: small business owners unsure whether to sell their businesses or close their doors; employees who will lose their employment authorization, and their livelihood, in a matter of weeks; students fearful of the loss of financial aid which guarantees their ability to pursue their education; individuals terrified that they will be deported without this essential legal status, and trying to determine whether to stay or flee to avoid this outcome; business owners with employees unsure whether to lay them off in preparation for closure; Venezuelans who have taken out significant loans from banks to start businesses or buy homes and properties, now unable to sleep at night, wondering what to do and how to resolve these matters; and Venezuelans who honestly know they have no grounds to apply for political asylum,

and who, wanting to do things the right way, have turned to TPS while they wait for a real solution to the political and humanitarian crisis caused by the dictatorship of Nicolas Maduro, especially after the largest electoral fraud ever perpetrated in the region in July 2024.

14. Venezuelans with TPS include families who fear being separated because some of their young children are U.S. citizens born here. On the other side, Venezuelans whose families were able to reunite thanks to this benefit now suffer immensely at the thought of another separation.

15. Many Venezuelan TPS beneficiaries do not consider staying in the United States without documents as an option, but nor do they consider the possibility of returning to Venezuela under a repressive and criminal dictatorship. As a result, many of them are suffering from anxiety attacks, panic attacks, depressive crises, and serious health issues caused by the stress and uncertainty they have been living with since the threats to eliminate the benefit began, which have only worsened with the confirmation of the decision.

16. There have not been regularized diplomatic relations between the United States and Venezuela since January 23, 2019. There is no Venezuelan consular office in the United States, and so no way to either get or renew a passport. Therefore, there are many Venezuelan nationals in the United States who lack the necessary documentation to either voluntarily return to Venezuela or travel to a safe third country.

17. When it comes to the Venezuelan community, TPS has served exactly its intended purpose—allowing people who desperately need a lifeline to live in democracy, freedom, and peace, while helping grow local economies and support themselves and their families, during a period of time where it is unsafe to safely return to a country in crisis.

18. It has caused tremendous pain in the Venezuelan community, and for myself personally, to see the Venezuelan community labeled as criminals by the highest levels of the U.S. government. Labeling all Venezuelans with TPS as criminals is having significant and harmful consequences, both for the individuals involved and for the broader community. It has also led to widespread social stigmatization, resulting in individuals facing prejudice, harassment, and discrimination, not only from people outside their community but also within the immigrant community itself. I have seen firsthand the significant mental and emotional impact of being labeled

as criminals for many Venezuelans with TPS. I have seen severe psychological stress and anxiety. I have seen people fearful of taking their children to school, of going to work; and people signing documents with notaries to make sure their children will be taken care of if they are detained. We Venezuelans escaped our home country to escape violence, political persecution and economic hardship. Because of that, TPS holders are already grappling with the trauma of their past experiences, and this additional labeling by the U.S. government only worsens their mental health struggles. I have also seen that the false association of TPS holders with criminality also heightens the fear TPS holders have of deportation and separation from their families.

19. This has been particularly painful, and surprising, when used as a justification for the termination of TPS. Anything but the slightest criminal conviction renders an individual ineligible for TPS. The overwhelming majority of Venezuelan TPS holders have had no interaction with law enforcement at all.

20. In contrast, from having been part of the Venezuelan immigrant community during this crisis, what I have seen is a community that has shown extraordinary resilience and adaptability its members have learned from having faced significant political, economic, and social turmoil in Venezuela. Those skills have benefitted their local communities, as Venezuelans with TPS often engage in local activities, volunteering, and giving back to their communities. Their background has also inspired many Venezuelan TPS holders to work hard, innovate, and contribute positively to their new home. They have helped care for elderly parents and children, creating strong, supportive environments in cities where immigrant populations thrive.

21. In sum, Venezuelans with TPS bring a wealth of skills that help strengthen U.S. communities both economically and culturally, making them indispensable contributors to the country's growth and diversity. Venezuelans have relied on TPS as an essential lifeline when they cannot safely return to Venezuela in the midst of a protracted crisis which has resulted in the exodus of one-third of the country's population. The termination of TPS for this population stands to worsen the humanitarian crisis in Venezuela; harm the communities in which TPS holders reside; and devastate the individuals and families who rely on this essential protection.

I declare under penalty of perjury that the foregoing is true and correct.

5

DECLARATION OF ADELYS FERRO - CASE NO.

Executed this 19th day of February, 2025, in Los Angeles, California.

_____
Adelys Ferro