Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 25-cv-1766<br><br>**DECLARATION OF E.R. IN SUPPORT OF PLAINTIFF' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

DECLARATION OF E.R. - CASE NO. 25-CV-1766

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*pro hac vice pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

**DECLARATION OF E.R.**

I, E.R., declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a citizen of Venezuela living in the United States with Temporary Protected Status (TPS). I live with my twelve-year-old daughter, who also has TPS. We arrived in the United States in May 2023, and registered for TPS under the 2023 TPS designation of Venezuela. As a result of the decision by the Department of Homeland Security to terminate TPS for Venezuela, my employment authorization is set to expire on April 2, 2025, and TPS for my daughter and myself will expire on April 7, 2025. TPS is our only form of immigration protection, and is the only source for my employment authorization.

3. I am also a member of the National TPS Alliance (NTPSA). I joined voluntarily, because I agree with the NTPSA's mission of defending the TPS program.

4. I am submitting this declaration to describe the harm my daughter and I have suffered since the announcement of the rescission of the TPS extension for Venezuela and the harm we will suffer if the protection is terminated in April.

**Background**

5. I was born and raised in Maracay, Venezuela. I graduated college in 2013 with a degree in administration. My daughter was born in 2012 and, after graduating, I raised my daughter while working for a company that made baby products and later a company that sold lottery tickets.

6. I became an adult during a tumultuous time in Venezuela. I did not support the Maduro regime and I participated in protests against his regime. Around the time I graduated, I was the victim of a brutal robbery in front of my home. I was with a friend who had a car and the robbers beat us up, took my friend's car, and threatened us. A few days later graffiti appeared next to my home, warning that things would get worse if we didn't stop protesting the government. I didn't feel safe staying in my home and I moved

to live with my grandmother after that.

7. In approximately 2015 I went back to school to complete a masters degree in administration. Unfortunately, I was unable to complete my degree as the political and economic situation in Venezuela worsened. There were constant protests; public transit was regularly shut down, making it difficult to get to class; and it became increasingly unsafe to be out in public.

8. I struggled to find employment, though I applied to many jobs for which I was qualified. I felt that I may have been blacklisted for not supporting the Maduro regime and for participating in protests. I did my best to care for myself and my daughter by selling food and other essential goods informally here and there, but survival was always a struggle.

9. As the situation continued to worsen in Venezuela and it became increasingly difficult to survive and provide for my growing daughter, we fled Venezuela.

10. In 2023, we presented ourselves to border officials to seek asylum in the United States. After a few days we were released with an ICE check-in date, and travelled to New York, where we have lived ever since.

**Impact of TPS**

11. In the fall of 2023, I learned that Venezuela had been designated for TPS. I applied as soon as I could for myself and my daughter, and we were approved in early 2024.

12. I had an immigration court case, but at my first hearing in June 2024, the judge dismissed the case because I had been granted TPS.

13. With my TPS work authorization, I was able to get a steady job at a local factory that makes makeup cases. I bought a car to be able to get to work and take my daughter to school. I work the night shift which allows me to take my daughter to school and pick her up afterwards.

14. I have paid my taxes each year that I've worked in the United States. My TPS and work authorization allow me to provide for my daughter and not have to rely on

2

assistance or be destitute.

**Harm of TPS Extension Rescission and Termination**

15. It makes me very anxious just to think about the possibility that our TPS will end in April. I was so relieved in January when I learned that TPS had been extended for another 18 months. While I know that TPS is temporary, I understood that Venezuela was granted TPS because of the horrible conditions in Venezuela, and I thought that, so long as the conditions did not improve, TPS would continue to be available. The conditions in Venezuela have not improved, so it doesn't make any sense to me that TPS for Venezuela has been terminated.

16. When we heard the announcement that the government was reversing the extension decision, I was devastated. If I lose my protection through TPS, how would I work? How would I live? How would I cover my daughter's basic needs? I feel torn between a rock and a hard place.

17. I am raising my daughter alone. My daughter's father left us last year. He mistreated us and caused us psychological harm. He has not supported me or our daughter since that time, making my income the sole source of support for me and my daughter. If I lost my work authorization, we would quickly lose our housing. I don't know where we would live or how we would eat.

18. I have my next ICE check-in in June 2025 and I am afraid that I will be detained at that time, if TPS is not extended. I don't want to go to the check-in alone because I'm afraid they could deport me, leaving my daughter all alone. I am the sole caretaker for my daughter and she relies on me for everything. I fear what would happen to her. I don't have anyone here that I can rely on.

19. All of this has left my daughter very sad and discouraged. She is enrolled in seventh grade here and was finally settling in. She has been through so much upheaval and trauma to get here. Though she has struggled with learning a new language and new culture, she now speaks English well and has begun to adjust to her school, making friends and joining afterschool clubs. She dreams of being an artist when she grows up. She

worries now she will lose all the progress that she has made. At school, rumors spread about how the Venezuelans are going to get deported. She feels isolated and anxious. She is afraid every time she hears about a raid or an ICE arrest, that they will come for us next. She cries and asks me what will happen to her if I am deported. She is afraid to leave the house.

20. I don't know how we would survive here, under the constant threat of deportation, without TPS. But thinking about going back to Venezuela also feels impossible. Things have only gotten worse since we left. I fear for my life and especially for my daughter's life. I worry we would face retaliation for not supporting the Maduro regime. Having to go back to Venezuela now would rob my daughter of her future. In Venezuela, the public schools are basically dysfunctional. The teachers are always on strike so class is constantly cancelled. The private schools are extremely expensive.

21. My daughter's Venezuelan passport is expired and I understand there is no way to renew the passport in the United States right now. I believe this could make it difficult to return, even if we tried.

22. I also worry about being able to access my necessary medical care in Venezuela. A few months ago, I had an accident. My hair got caught in a machine while it was on. The injury was very serious. I had to get 20 staples in my head. I wasn't able to stay in the hospital more than a day because I did not have health insurance and could not afford the care. I have had chronic pain whenever I move my head ever since, and I receive physical therapy twice a week to help manage the pain. I also take prescription painkillers to help manage my symptoms. There is a surgery I need to reduce the pain, but I cannot currently afford it. I hope to be able to save money and get the surgery with a payment plan. In Venezuela, I would not have access to my medication, my physical therapy, or the surgery I need.

23. I am a hardworking and law-abiding person. The conditions in Venezuela forced my daughter and me to leave. All I want to do is to take care of my daughter and contribute to my community. It hurts me to see that the government treats us like we are an

4

evil plague brought to the country. I think it's right to challenge this idea that all Venezuelans are criminals. I believe those of us who are working hard and have never had any problems should be allowed to continue to receive TPS protections.

### Need for Anonymity

24. I am fearful that my participation in this lawsuit will put my family and me at risk of retaliation from the United States and Venezuelan governments.

25. I am afraid that I will be targeted for speaking out about my experience and for supporting this lawsuit challenging the U.S. government. I fear being prioritized for immigration enforcement, since in a matter of weeks, my daughter and I will lose our TPS, which is our only form of protection, we have an ICE check in soon after, and government officials have made many comments about going after Venezuelans.

26. I am also afraid that if my name is made public in relation to this lawsuit, that people would see it in Venezuela, and then if I am forced to go back to Venezuela it would put me at higher risk. I would have a target on my back because of my public participation in this lawsuit, both by the Venezuelan government for publicly expressing my opposition to the Maduro regime, and by criminals who believe anyone coming from the United States has money.

27. I want to be able to fully participate in this lawsuit in order to stand up for myself, my daughter and others like us who need these protections.

28. For all of these reasons, I wish to be allowed to proceed anonymously.

29. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in New York, on February 19, 2025.

/s/ *E.R.*
E.R.

5

**CIVIL LOCAL RULE 5.1 ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

          /s/ *Emilou MacLean*

Emilou MacLean



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**DECLARATION OF E.R.**" is, to the best of my knowledge and belief, a true and accurate translation from English into Spanish (LA).

_____
Jacqueline Yorke

Sworn to before me this
February 19, 2025

_____
Signature, Notary Public

> WENDY POON
> Notary Public - State of New York
> No. 01PO0000184
> Qualified in Queens County
> My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

## DECLARACIÓN DE E.R.

Yo, E.R., declaro lo siguiente:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Soy ciudadana de Venezuela y vivo en Estados Unidos con Estatus de Protección Temporal (TPS). Vivo con mi hija de doce años, que también tiene TPS. Llegamos a Estados Unidos en mayo de 2023 y nos registramos para el TPS bajo la designación de TPS de Venezuela de 2023. Como resultado de la decisión del Departamento de Seguridad Nacional de poner fin al TPS para Venezuela, mi autorización de empleo expirará el 2 de abril de 2025, y el TPS para mi hija y para mí expirará el 7 de abril de 2025. El TPS es nuestra única forma de protección migratoria y es la única fuente de mi autorización de empleo.

3. También soy miembro de la Alianza Nacional del TPS (National TPS Alliance, NTPSA). Me uní voluntariamente porque estoy de acuerdo con la misión de la NTPSA de defender el programa del TPS.

4. Presento esta declaración para describir el daño que mi hija y yo hemos sufrido desde el anuncio de la rescisión de la extensión del TPS para Venezuela y el daño que sufriremos si la protección finaliza en abril.

### Antecedentes

5. Nací y crecí en Maracay, Venezuela. Me gradué de la universidad en 2013 con un título en administración. Mi hija nació en 2012 y, después de graduarme, la crie mientras trabajaba para una compañía que fabricaba productos para bebés y luego para una compañía que vendía boletos de lotería.

6. Me convertí en adulta durante una época tumultuosa en Venezuela. No apoyé al régimen de Maduro y participé en protestas en su contra. Por la época en que me gradué, fui víctima de un brutal robo frente a mi casa. Estaba con un amigo que tenía un coche y los ladrones nos golpearon, se llevaron el coche de mi amigo y nos amenazaron. Unos días después aparecieron pintadas junto a mi casa, advirtiendo que las cosas empeorarían si no dejábamos de protestar contra el gobierno. No me sentía segura en mi casa y me mudé a

vivir con mi abuela después de eso.

7. Aproximadamente en 2015 volví a la escuela para completar una maestría en administración. Desafortunadamente, no pude completar mi título ya que la situación política y económica en Venezuela empeoró. Había protestas constantes; el transporte público se cerraba regularmente, lo que dificultaba llegar a clase; y cada vez era más inseguro salir en público.

8. Luché por encontrar empleo, aunque solicité muchos trabajos para los que estaba cualificado. Sentí que podría haber sido incluido en una lista negra por no apoyar al régimen de Maduro y por participar en protestas. Hice todo lo posible por cuidar de mí y de mi hija vendiendo comida y otros bienes esenciales de manera informal aquí y allá, pero sobrevivir siempre fue una lucha.

9. A medida que la situación en Venezuela seguía empeorando y se hacía cada vez más difícil sobrevivir y mantener a mi pequeña hija, huimos de Venezuela.

10. En 2023, nos presentamos ante los funcionarios fronterizos para solicitar asilo en Estados Unidos. Después de unos días, nos liberaron con una fecha de registro en el ICE y viajamos a Nueva York, donde hemos vivido desde entonces.

**Impacto del TPS**

11. En otoño de 2023, me enteré de que Venezuela había sido designada para el TPS. Solicité lo antes posible para mí y para mi hija, y nos aprobaron a principios de 2024.

12. Tuve un caso en el tribunal de inmigración, pero en mi primera audiencia en junio de 2024, el juez desestimó el caso porque me habían concedido el TPS.

13. Con mi autorización de trabajo del TPS, pude conseguir un trabajo estable en una fábrica local que fabrica estuches de maquillaje. Compré un coche para poder ir a trabajar y llevar a mi hija al colegio. Trabajo en el turno de noche, lo que me permite llevar a mi hija al colegio y recogerla después.

14. He remunerado mis impuestos cada año que he trabajado en los Estados Unidos. Mi TPS y mi autorización de trabajo me permiten mantener a mi hija y no tener que depender de la asistencia o estar en la indigencia.

**Daño de la rescisión y terminación de la extensión del TPS**

15. Me pongo muy nerviosa solo de pensar en la posibilidad de que nuestro TPS termine en abril. Me sentí muy aliviada en enero cuando me enteré de que el TPS se había prorrogado por otros 18 meses. Aunque sé que el TPS es temporal, entendí que a Venezuela se le concedió el TPS debido a las horribles condiciones en Venezuela, y pensé que, mientras las condiciones no mejoraran, el TPS seguiría estando disponible. Las condiciones en Venezuela no han mejorado, por lo que no tiene ningún sentido para mí que el TPS para Venezuela haya sido cancelado.

16. Cuando nos enteramos del anuncio de que el gobierno estaba revocando la decisión de prórroga, me quedé devastada. Si pierdo mi protección a través del TPS, ¿cómo trabajaré? ¿Cómo viviré? ¿Cómo cubriré las necesidades básicas de mi hija? Me siento entre la espada y la pared.

17. Estoy criando a mi hija sola. El padre de mi hija nos dejó el año pasado. Nos maltrató y nos causó daño psicológico. No nos ha mantenido a mi hija ni a mí desde entonces, por lo que mis ingresos son la única fuente de sustento para nosotras. Si perdiera mi autorización de trabajo, perderíamos rápidamente nuestra vivienda. No sé dónde viviríamos ni cómo comeríamos.

18. Tengo mi próxima cita con ICE en junio de 2025 y me temo que me detendrán en ese momento, si no se prorroga el TPS. No quiero ir solo a la cita porque tengo miedo de que me deporten, dejando a mi hija sola. Soy la única que cuida de mi hija y ella depende de mí para todo. Temo lo que le pueda pasar. No tengo a nadie aquí en quien pueda confiar.

19. Todo esto ha dejado a mi hija muy triste y desanimada. Está matriculada en séptimo grado aquí y por fin se estaba adaptando. Ha pasado por tantos trastornos y traumas para llegar hasta aquí. Aunque le ha costado aprender un nuevo idioma y una nueva cultura, ahora habla bien inglés y ha empezado a adaptarse a su escuela, haciendo amigos y uniéndose a clubes extraescolares. Sueña con ser artista cuando sea mayor. Le preocupa que ahora vaya a perder todos los progresos que ha hecho. En la escuela, se extienden rumores sobre cómo van a deportar a los venezolanos. Se siente aislada y ansiosa. Tiene miedo cada vez que oye hablar de una redada o de una detención de ICE, de

que ahora vengan por nosotros. Llora y me pregunta qué pasará con ella si me deportan. Tiene miedo de salir de casa.

20. No sé cómo sobreviviríamos aquí, bajo la amenaza constante de deportación, sin el TPS. Pero pensar en volver a Venezuela también me parece imposible. Las cosas solo han empeorado desde que nos fuimos. Temo por mi vida y especialmente por la vida de mi hija. Me preocupa que suframos represalias por no apoyar al régimen de Maduro. Tener que volver a Venezuela ahora le robaría el futuro a mi hija. En Venezuela, las escuelas públicas son básicamente disfuncionales. Los maestros están siempre en huelga, por lo que las clases se cancelan constantemente. Las escuelas privadas son extremadamente caras.

21. El pasaporte venezolano de mi hija ha caducado y tengo entendido que no hay forma de renovarlo en Estados Unidos en este momento. Creo que esto podría dificultar el regreso, incluso si lo intentáramos.

22. También me preocupa poder acceder a la atención médica necesaria en Venezuela. Hace unos meses, tuve un accidente. Mi cabello quedó atrapado en una máquina mientras estaba encendida. La lesión fue muy grave. Tuve que ponerme 20 grapas en la cabeza. No pude quedarme en el hospital más de un día porque no tenía seguro médico y no podía pagar la atención. Desde entonces, tengo dolor crónico cada vez que muevo la cabeza y recibo fisioterapia dos veces por semana para ayudar a controlar el dolor. También tomo analgésicos recetados para ayudar a controlar mis síntomas. Necesito una cirugía para reducir el dolor, pero actualmente no puedo pagarla. Espero poder ahorrar dinero y someterme a la cirugía con un plan de pago. En Venezuela, no tendría acceso a mi medicación, a mi fisioterapia ni a la cirugía que necesito.

23. Soy una persona trabajadora y respetuosa con la ley. Las condiciones en Venezuela nos obligaron a mi hija y a mí a irnos. Todo lo que quiero hacer es cuidar de mi hija y hacer una contribución a mi comunidad. Me duele ver que el gobierno nos trata como si fuéramos una plaga maligna traída al país. Creo que es correcto cuestionar esta idea de que todos los venezolanos somos criminales. Creo que a aquellos de nosotros que trabajamos duro y nunca hemos tenido ningún problema se nos debería permitir seguir

recibiendo las protecciones del TPS.

### Necesidad de anonimato

24. Temo que mi participación en esta demanda nos ponga a mi familia y a mí en riesgo de represalias por parte de los gobiernos de Estados Unidos y Venezuela.

25. Temo que me tomen como blanco por hablar sobre mi experiencia y por apoyar esta demanda que desafía al gobierno de los Estados Unidos. Temo que se me dé prioridad para la aplicación de la ley de inmigración, ya que en cuestión de semanas, mi hija y yo perderemos nuestro TPS, que es nuestra única forma de protección, tenemos una verificación de ICE poco después, y los funcionarios gubernamentales han hecho muchos comentarios sobre perseguir a los venezolanos.

26. También temo que si mi nombre se hace público en relación con esta demanda, la gente lo verá en Venezuela, y si me veo obligado a volver a Venezuela, correría un mayor riesgo. Tendría una diana en la espalda debido a mi participación pública en esta demanda, tanto por parte del gobierno venezolano por expresar públicamente mi oposición al régimen de Maduro, como por parte de delincuentes que creen que cualquiera que venga de Estados Unidos tiene dinero.

27. Quiero poder participar plenamente en esta demanda para defenderme a mí mismo, a mi hija y a otras personas como nosotros que necesitamos estas protecciones.

28. Por todas estas razones, deseo que se me permita proceder de forma anónima.

29. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en Nueva York, el 19 de febrero de 2025.

_____
E.R.