Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO, | Case No. 25-cv-1766 |
| *Plaintiffs*, | **EXPERT DECLARATION OF DAVID CARD IN SUPPORT OF PLAINTIFF' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, | |
| *Defendants*. | |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (pro hac vice pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

## EXPERT DECLARATION OF DAVID CARD

1.      I, David Card, am a Professor of the Graduate School and Class of 1950 Professor Emeritus at the University of California Berkeley. If called to testify, I could and would do so as follows:

2.      I have been asked to provide an expert opinion on the economic impact of the potential termination of Temporary Protected Status (TPS) for Venezuela. I make this declaration based on my personal and professional knowledge, my skill, experience, training, and education, and facts and data regularly relied upon in my field that are currently available to me. If additional information becomes available, or if I believe it would be appropriate to respond to any critique or contrary theories, I will advise Plaintiffs' counsel that I intend to do so and will seek their help in following the appropriate judicial procedures. The opinions in this declaration are my own and I provided them *pro bono*.

### I.      Professional Background and Qualifications

3.      I earned a Bachelor of Arts degree in Economics from Queen's University in 1978 and a Ph.D. in Economics from Princeton University in 1983. I was an Assistant Professor at the University of Chicago Graduate School of Business from 1982 to 1983. From 1983 to 1997, I held positions as Assistant Professor and Professor of Economics at Princeton University. From 1997 to 2023, I was Class of 1950 Professor of Economics at University of California Berkeley. Since 2024 I have been a Professor of the Graduate School and Class of 1950 Professor Emeritus at the University of California Berkeley.

4.      I have published over 140 articles and book chapters, co-authored two books, and co-edited seven others, including two editions of the Handbook of Labor Economics. I served as co-editor of the journal *Econometrica* from 1993 to 1997, and of the *American Economic Review* from 2002 to 2005. I served as the President of the American Economic Association in 2021.

5.      I have received several awards and prizes for my research in labor economics, including election as a Fellow of the National Academy of Science, the American Academy of Arts and Sciences, the Econometric Society and the Society of Labor Economics. In 1995, I received the John Bates Clark Prize, which was awarded by the American Economic Association to an outstanding economist under the age of 40. In 2006 I was awarded the IZA Prize by the Institute for the Study of Labor in Bonn for

outstanding academic achievement in the field of labor economics. I was co-recipient of the 2015 BBVA Foundation Frontiers of Knowledge Award in economics, and received the 2019 Jacob Mincer Award from the Society of Labor Economists for my contributions to the field of Labor Economics.

6.    In 2021, I was the recipient of one-half of the Nobel Prize for Economics (the Sveriges Riksbank Prize in Economic Sciences in Memory of Alfred Nobel) for my "methodological contributions to the analysis of causal relationships" in labor markets.

7.    My research focuses on statistical analysis of labor markets and related data. Many of my research studies focus specifically on issues related to immigration, including the effects of immigrants on the labor market opportunities of natives, and analysis of the earnings outcomes of immigrants in their host country.

8.    Appendix A is a true and correct copy of my complete curriculum vitae.

## II.    Summary of Conclusions

9.    Based on my understanding of the extensive economics literature on issues related to immigration, and my analysis of data pertaining to the characteristics of people interviewed in the 2023 American Community Survey (ACS) who were born in Venezuela and moved to the United States at some time in the past, I have reached a series of conclusions about the potential termination of TPS for Venezuelans:

i)  The estimated population affected by this potential action includes approximately 366,000 people from Venezuela who arrived in the U.S. between 2021 and 2023. In calculating this number I have adjusted the population weights in the public use sample of the 2023 ACS to reflect the revisions in the estimated counts of immigrants arriving to the U.S. between 2021 and 2023 reported in a December 2024 memo by the U.S. Census Bureau.[1]  Focusing on this group alone, there were approximately 195,000 people age 16 and over who had earnings in the United States in the year before they were interviewed in the ACS. Their average earnings were $17,981 per person.

---

[1] "Census Bureau Improves Methodology to Better Estimate Increase in Net International Migration," (Dec. 19, 2024), https://www.census.gov/newsroom/blogs/random-samplings/2024/12/international-migration-population-estimates.html.  I assume weights for arrivals in 2021 are inflated by a factor of 1.3475, weights for arrivals in 2022 are inflated by a factor of 1.856, and weights for arrivals in 2023 are inflated by a factor of 2.107.

**Termination of their TPS status would result in an estimated 3.5 billion dollar annual loss to the U.S. economy, and an annual loss of 434.8 million dollars in Social Security taxes**.

ii)  In addition to the group of Venezuelans who arrived in the U.S. between 2021 and 2023, there are approximately 320,000 additional Venezuelans who were present in the U.S. in 2023 and arrived between 2013 (the year that Nicolás Maduro assumed power in Venezuela) and 2020. This includes approximately 230,000 people age 16 and over who had earnings in the United States in the year before they were interviewed in the ACS. Their average earnings were $37,161 per person. Assuming a fraction **x** of this group would lose TPS status as a result of the proposed termination, there would be an estimated 8.55**x** billion dollars annual loss to the U.S. economy, and an annual loss of 1.06**x** billion dollars in Social Security taxes.

iii) The approximately 366,000 people who were born in Venezuela and arrived in the U.S. between 2021 and 2023 are spread across the United States. The following table shows the states where at least 3% of this group were living when they were interviewed in the ACS, and the percent of the group living in each of these states:

|  |  |
|---|---|
| Florida | 34.7% |
| Texas | 19.5% |
| New York | 6.2% |
| Illinois | 4.4% |
| Georgia | 4.1% |
| Utah | 3.7% |
| California | 3.0% |

This distribution implies that the economic losses associated with the termination of TPS would be spread relatively widely across the United States.

iv)  The level of education among the people who were born in Venezuela and arrived in the U.S. between 2021 and 2023 is relatively high. Using the conventional approach of measuring completed education only for people who are at least 24 years of age, the fraction who have a bachelor's degree or more is over 40%, slightly higher than the 36% rate among people age 24 or older interviewed in the 2023 ACS who were born in the U.S.  The fraction of Venezuelans who arrived between 2013 and 2020 with a bachelor's degree or more is even higher at 54%.  These relative levels of education are important because in standard economic models the key factor that determines the labor market impacts of an immigrant group is their education distribution relative to the native-born population. (See e.g., Card, 2009 and Card, 2012).  In a standard economic model in which firms can adjust the amount of capital they use, if immigrants have about the same education as natives then their arrival would not be expected to have a permanent effect on the wages or employment rates of natives.  In other words, the set of Venezuelans currently granted TPS does not pose a significant threat to the labor market opportunities of native workers.

v)  When they first arrive in the host country, immigrants typically face barriers, including language issues, lack of recognition of their skills and credentials, and unfamiliarity with the host labor market that lead to some "downgrading" in the quality of jobs they can obtain. (Dustmann et al., 2016).  The economics literature contains many studies documenting that over time these problems are largely resolved, leading to a process referred to as "economic assimilation." (Chiswick, 1978; Duleep, 2015). Comparisons between the earnings of Venezuelans who arrived at different times to the U.S. suggests that the fraction who are working rises over the first 5 years in the U.S., and their wage rate per hour of work also rises steadily.  The rate of hourly wage growth per year in the U.S. among Venezuelans who arrived between 2013 and 2020 is 3.8 percent per year.  Assuming the same wage growth for those who arrived between 2021 and 2023, their earnings would rise approximately 45% over the next 10 years if

their TPS status was maintained, even ignoring any increase in the probability of working. This means that the economic losses caused by the termination of TPS are approximately 22.5%[2] larger than are calculated when we assume, as I did in paragraph i. above, that Venezuelan TPS holders will have the same average earnings per year.

vi) Venezuelans who arrived in the U.S. between 2021 and 2023 and were age 16 or older at the time of the ACS interview received an average of $56.9 in public assistance payments over the previous 12 months. On average, over 96% of their personal income was attributable to their own earnings. Again, comparisons with the group of Venezuelans who arrived somewhat earlier (2013-2020) suggest that the relatively modest public assistance benefits they currently receive would fall further with more time in the U.S., if TPS were not terminated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of February, 2025, in _____Berkeley___, _California____.

/s/
David Card

---

[2] Earnings would grow steadily, and on average over all years the net effect of the growth is about one half of the final increase in wages (here, approximately 45%).

**References**

Card, David. 2009. "Immigration and Inequality." American Economic Review: Papers & Proceedings 99 (2) (2009), pp. 1–21.

Card, David, 2012. "Comment: The Elusive Search for the Negative Wage Impacts of Immigration." Journal of the European Economic Association, 10 (1) (2012), pp. 211–215,

Chiswick, Barry. 1978. "The effect of Americanization on the earnings of foreign-born men." J. Polit. Econ., 86 (5) (1978), pp. 897-921

Duleep, Harriet. 2015. "The adjustment of immigrants in the labor market."  Chapter 3 in

Chiswick B.R., Miller P.W. (Eds.), Handbook of the Economics of International Migration, Handbook of the Economics of International Migration, Vol. 1, North-Holland (2015), pp. 105-182

Dustmann, Christian, Uta Schönberg, and Jan Stuhler. 2016. "The Impact of Immigration: Why Do Studies Reach Such Different Results?" Journal of Economic Perspectives, 30 (4) (2016), pp. 31–56.

# APPENDIX A

Curriculum Vita - David Card
November 2024

| | |
|---|---|
| Business Address: | Department of Economics |
| | 530 Evans Hall #3880 |
| | University of California Berkeley |
| | Berkeley, CA  94720-3880 |
| | email: card@berkeley.edu |
| Citizenship: | U.S. and Canada |
| Current Position: | Professor of the Graduate School, UC Berkeley |
| | Class of 1950 Professor Emeritus, UC Berkeley |
| Previous Positions: | Assistant Professor of Business Economics |
| | University of Chicago, 1982-83 |
| | Assistant Professor of Economics |
| | Princeton University, 1983-87 |
| | Professor of Economics |
| | Princeton University, 1987-1997 |
| | Class of 1950 Professor |
| | UC Berkeley, 1997-2023 |
| | Visiting Professor of Economics |
| | Columbia University, 1990-91 |
| | Fellow, Center for Advanced Study in |
| | Behavioral Sciences, 1996-97 |
| | Visiting Professor of Economics |
| | Princeton University, 2000-2001 |
| | Visiting Professor of Economics |
| | Harvard University, 2008 |
| | Director of Labor Studies Program |
| | National Bureau of Economic Research, 2008-2017 |
| | Founding Director, Center for Labor Economics, UC Berkeley |
| | 1997-2022 |
| Education: | Queen's University (Kingston), B.A. 1978 |
| | Princeton University, Ph.D. 1983 |

Editorial Positions:    Co-editor **American Economic Review**, 2002 - 2005.
Co-editor **Econometrica**, 1993-97
Associate Editor **Journal of Labor Economics** 1988-92

Editorial Boards:    **Journal of Population Economics**, 2001-2021
**AEJ: Applied Economics**, 2007-2019
**Quarterly Journal of Economics**, 2008-2020

Awards and Prizes:    Nobel Memorial Prize in Economics, 2021
Fellow, National Academy of Science, 2021
Research Award, National Institute for Health Care Management (for
    2023 paper in **Am. Econ. Rev.** with David Chan and Lowell Taylor)
Douglas Purvis Memorial Prize, 2020 (also 1994)
J. K. Galbraith Award, American Association of Agricultural
    Economists, 2019
Jacob Mincer Award, Society of Labor Economists, 2019
BBVA Foundation Frontiers of Knowledge Award, 2015
J.K. Galbraith Fellow, American Academy of Political
    and Social Science, 2013
Frisch Medal, 2007 (for 2005 paper in **Econometrica** with D. Hyslop)
UC Berkeley Distinguished Service Award, 2007
IZA Prize in Labor Economics, 2006
Fellow, Society of Labor Economics, 2004
John Bates Clark Prize, American Economic Assoc., 1995
Fellow, American Academy of Arts and Sciences, 1998
Fellow of the Econometric Society, 1992
Prince of Wales Prize, Queen's University, 1978

Honorary Degrees:    Honorary Doctorate, Ruhr University Bochum Germany, 2022
Doctor of Laws (Honoris Causa) University of Montreal, 2019
Doctor of Laws (Honoris Causa) University of Ottawa, 2017
Doctor of Laws (Honoris Causa) University of Guelph, 2015
Doctor of Laws (Honoris Causa) Queen's University (Kingston), 1999

Selected Lectures:    Inaugural Lecture, Pompeu Fabra University, October 2024.
Alumni Lecture, College of Mexico, August 2024
Inaugural Lecture, Collegio Carlo Alberto, November 2022.
American Economic Association Presidential Address, January 2022.
Martin Meyerson Lecture, UC Berkeley, February 2020
Frank Anton Inaugural Distinguished Lecture, University of Calgary, 2017
Henry George Lecture, University of Scranton, 2016
Condliffe Lecture, University of Canterbury, June 2014
Arrow Lectures, Stanford University, May 2013
Lampman Lecture, University of Wisconsin Madison, May 2013

|  | Woytinsky Lecture, University of Michigan, March 2012. |
|--|--|
|  | Snyder Lecture, UC Santa Barbara, April 2011. |
|  | Ely Lecture, American Economic Association, January 2009 |
|  | Woodward Lecturer, University British Columbia, March 2008. |
|  | Dennis Sargan Lecture to Royal Economic Society, 2006. |
|  | Adam Smith Lecture to European Labor Economics Association, 2006. |
|  | Fisher-Schultz Lecture to Econometric Society, 2002. |
|  | Alfred Marshall Lecture, Cambridge University, 2000. |

Advisory Boards:       National Academy of Science Committee on Nat. Statistics (2012-2015)
                       "What Works Clearinghouse" Expert Panel Review (Chair),
                              US Department of Education, October 2008.
                       AEA Representative to US Census Advisory Committee, 1991-96
                       Statistics Canada Advisory Committee, 1990-2002
                       Advisory Council, ICPSR, 1994-96.
                       Joint Center for Poverty Research, 1997-99
                       National Research Council Institute of Medicine Board on
                              Children, Youth and Families, 1998-2001.
                       RWI – Essen Advisory Board, 2005-2011.
                       Comitato Scientifico Labor, Laboratorio R. Revelli, 2006-2009.

Selected Review Panels   National Institute of Health, Social Sciences, Nursing,
and Assignments:          Epidemiology, and Methods (SNEM) Review Panel, 1998-2003
                       Russell Sage Foundation Immigration Advisory Committee, 1999- 2001.
                       Government of Spain Severo Ochoa Program (2014)

Professional Societies:  President of American Economic Association for 2021
                       President of Western Economics Association for 2015/2016
                       Vice President of American Economic Association for 2014
                       President of Society of Labor Economics for 2010/11
                       Elected member of the Council, Econometric Society, 2007-2012

**Books**:

(co-authored with Alan B. Krueger)  *Myth and Measurement: The New Economics of the Minimum Wage*.  Princeton: Princeton University Press, 1995.  Second Edition 2016.  Spanish and Chinese editions 2022.

(co-authored with Alan B. Krueger; edited by Randall Akee and Klaus Zimmerman). *Wages, School Quality, and Employment Demand*.  Oxford: Oxford University Press, 2011.

(co-edited with Steven Raphael). *Immigration, Poverty, and Socioeconomic Inequality*. New York: Russell Sage Foundation, 2013.

3

(co-edited with Orley Ashenfelter) *Handbook of Labor Economics* (volumes 4a-4b). Amsterdam: Elsevier, 2011.

(co-edited with Orley Ashenfelter) *Handbook of Labor Economics* Volumes 3a-3c. Amsterdam: Elsevier, 1999.

co-edited with Alan Auerbach and John Quigley). *Poverty, the Distribution of Income, and Public Policy*. New York: Russell Sage Foundation, 2006.

(co-edited with Richard Blundell and Richard B. Freeman) *Seeking a Premier Economy*. Chicago: University of Chicago Press for NBER, 2004.

(co-edited with Rebecca M. Blank) *Finding Work: Jobs and Welfare Reform.* New York: Russell Sage Foundation, 2000.

(co-edited with Richard B. Freeman). *Small Differences that Matter: Labor Markets and Income Maintenance in Canada and the United States*. Chicago: University of Chicago Press, 1993.


**Edited Journal Issues**

Labor Markets in Developing Economies.  Journal of Labor Economics 15 (Supplement 3) July 1997.  (co-edited with Ann Harrison).

Labor Markets in the Aftermath of the Great Recession.  Journal of Labor Economics 34 (Supplement 1) January 2016.  (co-edited with Alexandre Mas).

Essays in Honor of Robert J. Lalonde. Journal of Labor Economics 34 (Supplement 1) January 2017.  (co-edited with Orley Ashenfelter).

Youth Labor Markets.  Journal of Labor Economics 37 (Supplement 1) January 2019.

Small Differences II: Public Policies in Canada and the United States. Journal of Labor Economics 37 (Supplement 2) July 2019.  (co-edited with Philip Oreopoulous).

Essays in Honor of John E. DiNardo. Journal of Labor Economics 39 (Supplement 2) July 2021.  (co-edited with David Lee and Thomas Lemieux).

Essays in Honor of Alan B. Krueger.  Journal of Labor Economics 40 (Supplement 1), April 2022. (co-edited with Alexandre Mas).

Monopsony in the Labor Market.  Journal of Human Resources 57 (Supplement) 2022. (co-edited with Orley Ashenfelter, Henry Farber and Michael Ransom)

Models of Linked Employer-Employee Data. <u>Journal of Econometrics</u> 233(2) April 2023 (co-edited with Ian Schmutte and Lars Vilhuber).

**Journal Articles and Chapters in Books**:

(with Fabrizio Colella and Rafael Lalive). "Gender Preferences in Job Vacancies and Workplace Gender Diversification." Forthcoming <u>Review of Economic Studies</u>.

(with Daniel L. Rubinfeld). "Reference Guide on Multiple Regression and Advanced Statistical Models." In <u>Reference Manual on Scientific Evidence</u>, 4th Edition. Federal Judicial Center National Research Council. Washington DC: National Academies Press, forthcoming 2024.

(with Jesse Rothstein and Moises Yi). "Location, Location, Location." Forthcoming <u>AEJ: Applied</u>.

(with Jesse Rothstein and Moises Yi). "Reassessing the Spatial Mismatch Hypothesis." <u>AEA Papers and Proceedings</u> 114, May 2024.

(with Jesse Rothstein and Moises Yi). "Industry Wage Differentials: A Firm-Based Approach." <u>Journal of Labor Economics</u> 42 (S1), April 2024.

(with David Chan and Lowell Taylor). "Is there Is There a VA Advantage? Evidence from Dually Eligible Veterans." <u>American Economic Review</u> 113(11), November 2023. Winner 2023 National Institute for Health Care Management Research Award.

(with Benoit Dostie, Jiang Li and Daniel Parent). "Employer Policies and the Immigrant-Native Earnings Gap." <u>Journal of Econometrics</u> 233(2) April 2023.

(with Alessandra Fenizia and David Silver). "The Health Impacts of Hospital Delivery Practices." <u>American Economic Journal: Economic Policy</u> 15(2), May 2023.

(with Stefano Della Vigna, Patricia Funk, and Nagore Iriberri). "Gender Gaps at the Academies." <u>Proceedings of the National Academy of Sciences</u> (PNAS) 120(4) January 2023.

(with Orley Ashenfelter, Henry Farber and Michael Ransom). "Monopsony in the Labor Market: New Empirical Results and New Public Policies." <u>Journal of Human Resources</u> 57 (Supplement) 2022.

(with Ana Rute Cardoso). "Wage Flexibility Under Sectoral Bargaining." <u>Journal of the European Economic Association</u> 20 October 2022.

(with Stefano Della Vigna, Patricia Funk, and Nagore Iriberri). "Gender Differences in Peer Recognition by Economists." <u>Econometrica</u> 90 September 2022.

"Design-based Research in Empirical Economics." (Nobel Memorial Lecture). <u>American Economic</u>

Review, 112 June 2022.

(with Zhuan Pei, David S. Lee, and Andrea Weber). "Local Polynomial Order in Regression Discontinuity Designs." Journal of Business and Economics Statistics 40 June 2022.

(with David Chan, Kaveh Danesh, Sydney Costantini, Lowell Taylor, and David M. Studdert). "Mortality Among US Veterans After Emergency Visits to Veterans Affairs and Other Hospitals: Retrospective Cohort Study." British Medical Journal (BMJ) 376:e068099 2022.

"Who Set Your Wage?" (AEA Presidential Address). American Economic Review, 112 April 2022.

(with Ciprian Domnisoru and Lowell Taylor). "The Intergenerational Transmission of Human Capital: Evidence from the Golden Age of Upward Mobility." Journal of Labor Economics 40 S1, April 2022.

(with Alex Solis). "Measuring the Effect of Student Loans on College Persistence." Education Finance and Policy 17 April 2022.

(with Francois Gerard, Lorenzo Lagos and Edson Severnini). "Assortative Matching or Exclusionary Hiring? The Impact of Firm Policies on Racial Wage Differences in Brazil." American Economic Review, 111 October 2021.

(with Dean Hyslop). "Female Earnings Inequality: The Changing Role of Family Characteristics on the Extensive and Intensive Margins." Journal of Labor Economics 39 S1, 2021.

(with A. Abigail Payne). "High School Choices and the Gender Gap in STEM." Economic Inquiry 59 January 2021.

(with Stefano Della Vigna). "What Do Editors Maximize? Evidence from Four Leading Economics Journals." Review of Economics and Statistics, 102 March 2020.

(with Stefano Della Vigna, Patricia Funk, and Nagore Iriberri). "Are Editors in Economics Gender Neutral? Quarterly Journal of Economics, 135 February 2020.

(with Thomas Lemieux and W. Craig Riddell). "Unions and Wage Inequality: The Roles of Gender, Skill, and Public Service Employment." Canadian Journal of Economics, 53 2020.

(with Jochen Kluve and Andrea Weber). "What Works? A Meta Analysis of Recent Active Labor Market Program Evaluations." Journal of the European Economic Association 16 June 2018.

(with Ana Rute Cardoso, Joerg Heining, and Patrick Kline). "Firms and Labor Market Inequality: Evidence and Some Theory." Journal of Labor Economics 36 January 2018.

(with Stefan Bender, Nicolas Bloom, John Van Reenen, and Stephani Wolter). "Management Practices, Workforce Selection, and Productivity." Journal of Labor Economics 36 January 2018.

6

(with Zhuan Pei, David S. Lee and Andrea Weber). "Regression Kink Design: Theory and Practice." <u>Advances in Econometrics</u> 38, 2017.

(with Laura Giuliano). "Can Universal Screening Increase the Representation of Low Income and Minority Students in Gifted Education?" <u>Proceedings of the National Academy of Science</u> 113, November 2016.

(with Laura Giuliano). "Can Tracking Raise the Test Scores of High-Ability Minority Students?" <u>American Economic Review</u> October 2016.

(with Ana Rute Cardoso and Patrick Kline). "Bargaining, Sorting, and the Gender Wage Gap: Quantifying the Impact of Firms on the Relative Pay of Women." <u>Quarterly Journal of Economics</u> May 2016.

(with David S. Lee, Zhuan Pei and Andrea Weber). "Inference on Causal Effects in a Generalized Regression Kink Design." <u>Econometrica</u> 83, November 2015.

(with Andrew Johnson, Pauline Leung, Alexandre Mas and Zhuan Pei). "The Effect of Unemployment Benefits on the Duration of UI Receipt: New Evidence from a Regression Kink Design in Missouri: 2003-2013." <u>American Economic Review</u> 105, May 2015.

(with Laura Giuliano). "Peer Effects and Multiple Equilibria in the Risky Behavior of Friends." <u>Review of Economics and Statistics</u>, 95 October 2014.

(with Stefano Della Vigna). "Page Limits on Economics Articles: Evidence from Two Journals." <u>Journal of Economic Perspectives</u> 28 Summer 2014.

(with Franceso Devicienti and Agata Maida). "Rent Sharing, Holdup, and Wages: Evidence from Matched Panel Data." <u>Review of Economic Studies</u> 84, January 2014.

(with Jörg Heining and Patrick Kline). "Workplace Heterogeneity and the Rise of West German Wage Inequality." <u>Quarterly Journal of Economics</u>, 128 August 2013.

(with Stefano Della Vigna). "Nine Facts About Top Journals in Economics." <u>Journal of Economic Literature</u>, March 2013.

(with Alexandre Mas, Enrico Moretti, and Emmanuel Saez). "Inequality at Work: The Effect of Peer Salaries on Job Satisfaction." <u>American Economic Review</u>, October 2012.

(with Ana Rute Cardoso). "Can Compulsory Military Service Increase Civilian Wages? Evidence from the Peacetime Draft in Portugal." <u>American Economic Journal: Applied Economics</u>, October 2012.

(with Christian Dustmann and Ian Preston). "Immigration, Wages, and Compositional Amenities." <u>Journal of the European Economic Association</u>, February 2012.

(with Pablo Ibarraran, Ferdinando Regalia, David Rosas and Yuri Soares). "The Labor Market Impacts of Youth Training in the Dominican Republic: Evidence from a Randomized Evaluation." Journal of Labor Economics, April 2011.

(with Alexandre Mas and Jesse Rothstein). "Are Mixed Neighborhoods Always Unstable? Two-sided and One-sided Tipping." In Harriet Newburger, Eugenie Birch and Susan M. Wachter, editors, *Neighborhood and Life Chances.* Philadelphia: University of Pennsylvania Press, 2011.

(with Stefano Della Vigna and Ulrike Malmendier. "The Role of Theory in Field Experiments". Journal of Economic Perspectives, Summer 2011.

"Origins of the Unemployment Rate: The Lasting Legacy of Measurement without Theory." American Economic Review, May 2011.

(with Gordon B. Dahl). "Family Violence and Football: The Effect of Unexpected Emotional Cues on Violent Behavior." Quarterly Journal of Economics, March 2011.

(with Michael Ransom). "Pension Plan Characteristics and Framing Effects in Employee Savings Behavior." Review of Economics and Statistics, January 2011.

(with Jochen Kluve and Andrea Weber). "Active Labor Market Policy Evaluations: A Meta-Analysis." Economic Journal Features, November 2010.

(with A. Abigail Payne and Martin Dooley). "School Competition and Efficiency with Publicly-Funded Catholic Schools." American Economic Journal: Applied Economics, 2 (October 2010).

(with Kevin Hallock and Enrico Moretti). "The Geography of Giving: The Effect of Corporate Headquarters on Local Charities." Journal of Public Economics, 94 (April 2010).

(with Dean Hyslop). "The Dynamic Effects of an Earnings Subsidy for Long-term Welfare Recipients: Evidence from the SSP Applicant Experiment." Journal of Econometrics 153 (November 2009).

(with Carlos Dobkin and Nicole Maestas). "Does Medicare Save Lives?" Quarterly Journal of Economics, 124 (May 2009).

"Immigration and Inequality". American Economic Review 99 May 2009.

(with Brian McCall). "When to Start a Fight and When to Fight Back: Workers' Compensation Liability Denials and Disputes." Journal of Labor Economics, 27 (April 2009).

"How Immigration Affects U.S. Cities." In Robert Inman, editor *Urban Enigma: City Problems, City Prospects.* Princeton NJ: Princeton University Press, 2009.

(with Carlos Dobkin and Nicole Maestas).  "The Impact of Nearly Universal Insurance Coverage on Health Care Utilization: Evidence from Medicare".  American Economic Review, 98 December 2008.

(with Rebecca Blank). "The Changing Incidence and Severity of Poverty Spells Among Female-Headed Families." American Economic Review 98 (May 2008).

(with Alexandre Mas and Jesse Rothstein). "Tipping and the Dynamics of Segregation." Quarterly Journal of Economics, 123 (February 2008).

(with David S. Lee). "Regression Discontinuity Inference with Specification Error." Journal of Econometrics, 142 (February 2008).

(with Jesse Rothstein).  "Racial Segregation and the Black-White Test Score Gap." Journal of Public Economics, 91 (December 2007).

(with Raj Chetty and Andrea Weber). "Cash-on-Hand and Competing Models of Intertemporal Behavior: New Evidence from the Labor Market." Quarterly Journal of Economics, 122 (November 2007).

(with Enrico Moretti). "Does Voting Technology Affect Election Outcomes?  Touch-Screen Voting and the 2004 Presidential Election." Review of Economics and Statistics, 89 (November 2007).

(with Raj Chetty and Andrea Weber). "The Spike at Benefit Exhaustion: Leaving the Unemployment System or Starting a New Job?" American Economic Review,  97 (May 2007).

(with Ethan G. Lewis).  "The Diffusion of Mexican Immigrants During the 1990s: Explanations and Impacts." In George Borjas, editor, *Mexican Immigration to the United States*.  University of Chicago Press, 2007.

(with Sara de la Rica).  "The Effect of Firm-Level Contracts on the Structure of Wages: Evidence from Matched Employer-Employee Data." Industrial and Labor Relations Review, October 2006.

"Is the New Immigration Really So Bad? " Economic Journal 115 (November 2005).

(with Dean R. Hyslop).  "Estimating the Effects of a Time-Limited Earnings Subsidy for Welfare Leavers." Econometrica, 73 (November 2005).  Winner of 2007 Frisch Prize.

(with Alan B. Krueger).  "Would the Elimination of Affirmative Action Affect Highly Qualified Minority Applicants?  Evidence from California and Texas."  Industrial and Labor Relations Review 58 (April 2005). (with Philip Robins).  "How Important Are Entry Effects in Financial Incentive Programs for Welfare Recipients?  Experimental Evidence from the Self-Sufficiency Project." Journal of Econometrics 125 (March-April 2005).

(with Charles Michalopoulos and Philip K. Robins).  "When Financial Incentives Pay for Themselves: Evidence from a Randomized Social Experiment for Welfare Recipients."  Journal of Public Economics 89 (January 2005).

(with Lara D. Shore-Sheppard).  "Using Discontinuous Eligibility Rules to Identify the Effects of the Federal Medicaid Expansions."  Review of Economics and Statistics, 86 (August 2004).

(with Andrew K. G. Hildreth and Lara Shore-Sheppard).  "The Measurement of Medicaid Coverage in the SIPP: Evidence from California, 1990-1996."   Journal of Business and Economic Statistics, 22 (October 2004).

(with Thomas Lemieux and W. Craig Riddell).  "Unions and Wage Inequality."  Journal of Labor Research, 25 (Fall 2004).  Reprinted in James T. Bennett and Bruce E. Kaufman, editors, *What Do Unions Do? A Twenty Year Retrospective*.  New Brunswick NJ: Transaction Publishers, 2007.

(with Richard B. Freeman).  "What Have Two Decades of British Economic Reform Delivered?"  In Richard Blundell, David Card, and Richard B. Freeman, editors, *Seeking a Premier League Economy*.  Chicago: University of Chicago Press for NBER, 2004.

"Canadian Emigration to the United States."  In Charles Beach, editor, *Canadian Immigration Policy for the 21st Century*.  Kingston, Ontario: John Deutsch Institute for the Study of Economic Policy, 2003.

(with Thomas Lemieux and W. Craig Riddell).  "Unions and the Wage Structure."  In John T. Addison and Claus Schnabel, editors, *The International Handbook of Trade Unions*.  Cheltenham, UK: Edward Elgar, 2003.

(with John E. DiNardo).  "Skill Biased Technical Change and Rising Wage Inequality: Some Problems and Puzzles."  Journal of Labor Economics 20 (October 2002).

(with Orley Ashenfelter).  "Did the Elimination of Mandatory Retirement Affect Faculty Retirement Flows?"  American Economic Review 92 (September 2002).

(with A. Abigail Payne).  "School Finance Reform, the Distribution of School Spending, and the Distribution of SAT Scores."  Journal of Public Economics 83 (January 2002).

(with Thomas Lemieux).  "Education, Earnings, and the Canadian G.I. Bill." Canadian Journal of Economics 34 (May 2001).

"Estimating the Return to Schooling: Progress on Some Persistent Econometric Problems." Econometrica 69 (September 2001).

(with Thomas Lemieux).  "Can Falling Supply Explain the Rising Return to College for Younger Men?  A Cohort-Based Analysis."  Quarterly Journal of Economics 116 (May 2001).

10

(with Thomas Lemieux). "Going to College to Avoid the Draft: The Unintended Legacy of the Vietnam War." <u>American Economic Review</u> 91 (May 2001).

"Immigrant Inflows, Native Outflows and the Local Labor Market Impacts of Higher Immigration." <u>Journal of Labor Economics</u> 19 (January 2001).

"The Effect of Unions on Wage Inequality in the U.S. Labor Market." <u>Industrial and Labor Relations Review</u> 54 (January 2001).

"Welfare Reform and the Labor Market Outcomes of Women." In Paul Ong and James R. Lincoln, editors, *The State of California Labor*. Berkeley CA: Institute of Industrial Relations, 2001.

(with Thomas Lemieux). "Dropout and Enrollment Trends in the Post-War Period: What Went Wrong in the 1970s?" In Jonathan Gruber, editor, *Risky Behavior Among Youth: An Economic Analysis*. Chicago: University of Chicago Press, 2000.

(with Alan Krueger). "A Re-analysis of the Effect of the New Jersey Minimum Wage with Representative Payroll Data." <u>American Economic Review</u> 90 (December 2000).

(with John E. DiNardo). "Do Immigrant Inflows Lead to Native Outflows?" <u>American Economic Review</u> 90 (May 2000).

(with Rebecca M. Blank and Philip K. Robins). "Financial Incentives for Increasing Work and Income Among Low-Income Families." In Rebecca M.. Blank and David Card, editors, *Finding Work: Jobs and Welfare Reform.* New York: Russell Sage Foundation, 2000.

(with Phillip Levine). "Extended Benefits and the Duration of UI Spells: Evidence from the New Jersey Extended Benefit Program." <u>Journal of Public Economics</u> 78 (October 2000).

(with John E. DiNardo and Eugena Estes). "The More Things Change: Immigrants and the Children of Immigrants in the 1940s, the 1970s, and the 1990s." In George J. Borjas, editor, *Issues in the Economics of Immigration*. Chicago: University of Chicago Press, 2000.

"The Causal Effect of Education on Earnings". In Orley Ashenfelter and David Card, editors, *Handbook of Labor Economics* Volume 3A. Amsterdam: Elsevier, 1999.

(with Francis Kramarz and Thomas Lemieux). "Changes in the Relative Structure of Wages and Employment: A Comparison of the United States, Canada, and France." <u>Canadian Journal of Economics</u> 32 (August 1999).

(with Thomas Lemieux). "Adapting to Circumstances: The Evolution of Work, School, and Living Arrangements Among North American Youth." In David Blanchflower and Richard Freeman, editors, *Youth Employment and Joblessness in Advanced Countries*. Chicago: University of Chicago Press, 1999.

(with Philip Robins). "Do Financial Incentives Encourage Welfare Recipients to Work? Evidence from a Randomized Evaluation of the Self-Sufficiency Project".  In Solomon Polachek, editor,  Research in Labor Economics  vol. 17.  Greenwich Connecticut: JAI Press, 1998.

(with Alan Krueger).  "School Resources and Student Outcomes."  Annals of the American Academy of Political and Social Sciences 559 (September 1998).

(with Thomas Lemieux). "Recent Trends in the Economic Status of North American Youth".  Annual Proceedings of the Industrial Relations Research Association (December 1997).

"Deregulation and Labor Earnings in the Airline Industry."  In James Peoples, editor, *Regulatory Reform and Labor Markets*.  Norwell, MA: Kluwer Academic Publishers, 1997.

(with W. Craig Riddell).  "Unemployment in Canada and the United States: A Further Analysis".  In  B. Curtis Eaton and Richard Harris, editors, *Trade, Technology, and Economics: Essays in Honour of Richard G. Lipsey*.  Brookfield MA: Edward Elgar, 1997.

(with Dean Hyslop). "Does Inflation 'Grease the Wheels of the Labor Market'?"  In Christina D. Romer and David H. Romer, editors, *Reducing Inflation: Motivation and Strategy*.  University of Chicago Press, 1997.

(with Alan Krueger).  "School Resources and Student Outcomes: An Overview of the Literature and New Evidence from North and South Carolina".  Journal of Economic Perspectives 10 (Fall 1996).

(with Thomas Lemieux).  "Wage Dispersion, Returns to Skill, and Black-White Wage Differentials".  Journal of Econometrics 74 (October 1996).

(with Alan Krueger). "Labor Market Effects of School Quality: Theory and Evidence". In Gary Burtless, editor, *The Link Between Schools, Student Achievement, and Adult Success*.  Washington D.C.: Brookings Institution, 1996.

(with Brian McCall).  "Is Workers' Compensation Covering Uninsured Medical Costs? Evidence from the 'Monday Effect'".  Industrial and Labor Relations Review 49 (July 1996).

"The Effect of Unions on the Structure of Wages: A Longitudinal Analysis."  Econometrica 64 (July 1996).

"Earnings, Schooling, and Ability Revisited."  In Solomon Polachek, editor, Research in Labor Economics, vol. 14.  Greenwich Connecticut: JAI Press, 1995.

(with Alan Krueger).  "The Economic Return to School Quality: A Partial Survey."  In William Baumol and William E. Becker, editors, *Assessing Educational Practices: The Contribution of Economics*.  Cambridge, Massachusetts: MIT Press, 1995.

"Using Geographic Variation in College Proximity to Estimate the Return to Schooling".  In L.N.

12

Christofides, E.K. Grant, and R. Swidinsky, editors, *Aspects of Labor Market Behaviour: Essays in Honour of John Vanderkamp*.  Toronto: University of Toronto Press, 1995.

(with Alan Krueger).  "Time-Series Minimum Wage Studies: A Meta-Analysis."  <u>American Economic Review</u> 85 (May 1995).

(with Craig Olson).  "Bargaining Power, Strike Durations, and Wage Outcomes: An Analysis of Strikes in the 1880s."   <u>Journal of Labor Economics</u> 13 (January 1995).

(with Alan Krueger).  "Minimum Wages and Employment: A Case Study of the Fast Food Industry in New Jersey and Pennsylvania."  <u>American Economic Review</u> 84 (September 1994).

(with Richard Freeman).  "Small Differences that Matter: Canada Versus the United States."  In Richard B. Freeman, editor, *Working Under Different Rules*.  New York: Russell Sage Foundation, 1994.

(with Thomas Lemieux).  "Changing Wage Structure and Black-White Wage Differentials."  <u>American Economic Review</u> 84 (May 1994).

"Intertemporal Labor Supply: An Assessment."  In Christopher Sims, editor, *Advances in Econometrics, Sixth World Congress*. New York: Cambridge University Press, 1994.

(with Phillip Levine). "Unemployment Insurance Taxes and the Cyclical Properties of Employment and Unemployment."  <u>Journal of Public Economics</u> 53 (February 1994).

(with Rebecca Blank).  "Poverty, Income, and Growth: Are They Still Connected?"  <u>Brookings Papers on Economic Activity</u>, 2 (Fall) 1993.

(with W. Craig Riddell). "A Comparative Analysis of Unemployment in the United States and Canada."  In David Card and Richard B. Freeman, editors, *Small Differences that Matter: Labor Markets and Income Maintenance in Canada and the United States*.  Chicago: University of Chicago Press, 1993.

(with Alan Krueger). "Trends in Relative Black-White Earnings Revisited."  <u>American Economic Review</u> 83 (May 1993).

"Do Minimum Wages Reduce Employment?  A Case Study of California, 1987-89." <u>Industrial and Labor Relations Review</u> 46 (October 1992).

"Using Regional Variation in Wages to Measure the Effects of the Federal Minimum Wage." <u>Industrial and Labor Relations Review</u> 46 (October 1992).

(with Alan Krueger). "Does School Quality Matter: Returns to Education and the Characteristics of Public Schools in the United States."  <u>Journal of Political Economy</u> 100 (February 1992).

(with Alan Krueger). "School Quality and Black-White Relative Earnings: A Direct Assessment." <u>Quarterly Journal of Economics</u> 107 (February 1992).

(with Rebecca Blank).  "Recent Trends in Insured and Uninsured Unemployment: Is There An Explanation?" <u>Quarterly Journal of Economics</u> 106 (November 1991).

(with Kristin Butcher). "Immigration and Wages: Evidence from the 1980s." <u>American Economic Review</u> 81 (May 1991).

(with Joseph Altonji).  "The Effects of Immigration on the Labor Market Outcomes of Less-Skilled Natives."  In John Abowd and Richard B. Freeman, editors., *Immigration, Trade and Labor*. Chicago: University of Chicago Press, 1991.

"Minimum Wages and the Teenage Labor Market: A Case Study of California, 1987-89." <u>Annual Proceedings of the Industrial Relations Research Association</u> (December 1990).

"Labor Supply with a Minimum Hours Threshold." <u>Carnegie Rochester Conference on Public Policy</u> 33 (Autumn 1990).

"Strikes and Wages: A Test of An Asymmetric Information Model." <u>Quarterly Journal of Economics</u> 105 (August 1990).

"Unexpected Inflation, Real Wages, and Employment Determination in Union Contracts." <u>American Economic Review</u> 80 (September 1990).

"Strikes and Bargaining: A Survey of the Recent Empirical Literature." <u>American Economic Review</u> 80 (May 1990).

"The Impact of the Mariel Boatlift on the Miami Labor Market." <u>Industrial and Labor Relations Review</u> 43 (January 1990).

(with John Abowd).  "On the Covariance Structure of Earnings and Hours Changes." <u>Econometrica</u> 57 (March 1989).

"Longitudinal Analysis of Strike Activity." <u>Journal of Labor Economics</u> 6 (April 1988).

(with Daniel Sullivan).  "Measuring the Effect of Subsidized Training Programs on Movements In and Out of Employment." <u>Econometrica</u> 56 (May 1988).

(with John Abowd).  "Intertemporal Labor Supply and Long Term Employment Contracts." <u>American Economic Review</u> 77 (March 1987).

"Efficient Contracts with Costly Adjustment:  Short Run Employment Determination for Airline Mechanics." <u>American Economic Review</u> 76 (December 1986).

"The Impact of Deregulation on the Employment and Wages of Airline Mechanics."  Industrial and Labor Relations Review 39 (July 1986).

(with Orley Ashenfelter).  "Why Have Unemployment Rates in Canada and the United States Diverged?" Economica 53 (Supplement 1986).

"An Empirical Model of Wage Indexation Provisions in Union Contracts."  Journal of Political Economy 94 (June 1986).

(with Orley Ashenfelter).  "Using the Longitudinal Structure of Earnings to Estimate the Effect of Training Programs."  Review of Economics and Statistics 67 (November 1985).

"Microeconomic Models of Wage Indexation."  Annual Proceedings of the Industrial Relations Research Association (December 1984).

"Cost of Living Escalators in Major Union Contracts."  Industrial and Labor Relations Review, 37 (October 1983).

(with Orley Ashenfelter).  "Time Series Representations of Economic Variables and Alternative Models of the Labor Market."  Review of Economic Studies, 69 (September 1982).


**Unpublished Papers**:

(with Laura Giuliano). "Targeted Acceleration in Middle School Math: Impacts on College Entry, Degree Completion, and STEM." Working paper, October 2024.

(with  Francesco Devicienti, Mariacristina Rossi, and Andrea Weber). "First Time Jobs and Gendered Career Trajectories." Working paper, August 2024.

(with Eric Chyn and Laura Giuliano). "Can Gifted Education Help Higher-Ability Students from Disadvantaged Backgrounds?"  NBER Working Paper Number 33282, December 2024.

(with Ciprian Domnisoru, Leah Clark and Lowell Taylor). "School Equalization in the Shadow of Jim Crow: Causes and Consequences of Resource Disparity in Mississippi Circa 1940." NBER Working Paper Number 32496, May 2024.

(with Stefano DellaVigna, Chenxi Jiang, and Dmitry Taubinsky). "Understanding Expert Choices Using Decision Time." NBER Working Paper Number 32515, May 2024.

(with Ciprian Domnisoru, Seth G. Sanders, Lowell Taylor and Victoria Udalova). "The Impact of Female Teachers on Female Students' Lifetime Well-being." NBER Working Paper Number 30430, September 2022. Revised April 2024.

(with Jesse Rothstein and Moises Yi). "Reassessing the Spatial Mismatch Hypothesis." NBER Working Paper Number 32252, March 2024.

(with Rebecca M. Blank and Hanns Kutner). "Falling into Poverty: the Impact of New Poverty Spells on US Women." Working paper February 2024.

(with Alessandra Fenizia and David Silver). "The Health Effects of Cesarean Delivery for Low-Risk First Births." NBER Working Paper Number 24493, April 2018.

(with Nicole Maestas and Patrick Purcell). "Labor Market Shocks and Early Social Security Benefit Claiming." Working Paper 2014-317. Michigan Retirement Research Center. 2014.

(with Laura Giuliano). "Does Gifted Education Work? For Which Students?" NBER Working Paper Number 204553, September 2014.

(with David S. Lee, Zhuan Pei, and Andrea Weber). "Inference on Causal Effects in a Generalized Regression Kink Design." IZA Working Paper 8757, January 2015.

(with Pablo Ibarrarán and Juan Miguel Villa) Miguel. "Building in an Evaluation Component for Active Labor Market Programs: A Practitioner's Guide." IZA Discussion Paper 6085, 2011.

(with Thomas Lemieux). "Did Draft Avoidance Raise College Attendance During the Vietnam War?" UC Berkeley Center for Labor Economics Working Paper 46, February 2002.

(with Philip K. Robins and Charles Michalopoulos). "The Limits to Wage Growth: Measuring The Growth Rate of Wages for Recent Welfare Leavers". NBER Working Paper No. 8444, August 2001.

"Reforming the Financial Incentives of the Welfare System". IZA Discussion Paper No. 172. Institute for the Study of Labor (IZA), Bonn Germany.

"The Effect of Unions on the Level and Distribution of Wages: A Longitudinal Analysis." Princeton University Industrial Relations Section Working Paper Number 287, July 1991, revised March 1995.

"Supply and Demand in the Labor Market." Princeton University Industrial Relations Section Working Paper Number 228, November 1987.

(with Orley Ashenfelter). "Using Longitudinal Data to Measure Minimum Wage Effects." Center for Labour Economics, London School of Economics Discussion Paper, September 1981.

**Published Reviews, Comments, and Other Works**:

(with Giovanni Peri). "*Immigration Economics* by George J. Borjas – A Review". <u>Journal of Economic Literature</u>, December 2016.

L'évaluation des Politiques Actives du Marché du Travail: Quels Enseignements? <u>Travail et Emploi</u> 139, Juillet-Septembre 2014.

"The Elusive Search for Negative Wage Impacts of Immigration" <u>Journal of the European Economic Association</u>, February 2012.

Comment on Robert A. Moffitt, "Demographic Change and Public Assistance Expenditures." In Alan Auerbach, editor, *Demographic Change and Fiscal Policy*. New York: Cambridge University Press, 2000.

"The Research Contributions of Thomas Lemieux." *Canadian Journal of Economics* 31 (October 1998): 975-984.

"*The Wage Curve*: A Review." <u>Journal of Economic Literature</u> 33 (June 1995).

(with Lawrence Katz and Alan Krueger). Comment on David Neumark and William Wascher, "Employment Effects of Minimum and Subminimum Wages: Panel Data on State Minimum Wage Laws". <u>Industrial and Labor Relations Review</u> 47 (April 1994).

Review of Michael Goldfield's *The Decline of Organized Labor in the United States*. <u>Journal of Economic History</u> 49 (December 1989).

Review of H. Gregg Lewis' *Union Relative Wage Effects: A Survey*. <u>Journal of Economic Literature</u>, 25 (March 1987).

(with Henry Farber). "Comments on Semi-Parametric Estimation of Employment Duration Models," by Joel Horowitz and George Neumann. <u>Econometric Reviews</u>, (1988).

Comments on "Empirical Tests of Labor Market Equilibrium: An Evaluation," by J. Heckman and T. MaCurdy. <u>Carnegie Rochester Conference Series on Public Policy</u>, 28 (Spring 1988).

Comments on "Macroeconomic Performance and the Disadvantaged," by Lawrence Katz and David Cutler. <u>Brookings Papers on Economic Activity</u> Number 2, 1991.