Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 25-cv-1766<br><br>**EXPERT DECLARATION OF SANTIAGO PÉREZ IN SUPPORT OF PLAINTIFF' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (pro hac vice pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

## DECLARATION OF SANTIAGO PÉREZ

1. I, Santiago Pérez, am an Associate Professor of Economics at the University of California, Davis. If called to testify, I could and would do so as follows:

2. I have been asked to provide an expert opinion on the impact of terminating Venezuela's temporary protected status (TPS). I make this declaration based on my personal and professional knowledge, my skill, experience, training, and education, and facts and data regularly relied upon in my field that are currently available to me. If additional information becomes available, or if I believe it would be appropriate to respond to any critique or contrary theories, I will advise Plaintiffs' counsel that I intend to do so and will seek their help in following the appropriate judicial procedures. The opinions in this declaration are my own.

3. I am an Associate Professor of Economics at the University of California, Davis, and a Research Associate at the National Bureau of Economic Research (NBER). I am also a faculty affiliate of the UC Davis Global Migration Center. I have a Ph.D in Economics from Stanford University. Before completing my Ph.D., I completed a master's degree in economics at the Universidad de San Andrés (Argentina) and a bachelor's degree in economics at the Universidad de Buenos Aires (Argentina). I have received grants from the National Science Foundation and the Russell Sage Foundation, and fellowships from Stanford University and the National Bureau of Economic Research. A true and correct copy of my curriculum vitae is attached as Appendix A.

4. One of my core areas of research is the economic analysis of immigration. I have published several peer-reviewed articles on immigration-related topics, including articles in the *American Economic Review* and *American Economic Review: Insights*, two of the flagship journals of the main association of professional economists in the U.S., the American Economic Association.

5. I have published two peer-reviewed articles that deal with one of the fundamental questions in the economics of immigration. Namely, how do immigrants and their children perform in the U.S. economy and society? These two studies, which are based on empirical analysis of data over many years, suggest an optimistic view on the integration of immigrants and their children (including those of South American origin) in the American economy and society in recent decades. This research is relevant to understanding the potential consequences of ending TPS for Venezuelan

immigrants: the termination of TPS for Venezuela risks expelling thousands of valuable contributors to American communities.

6. My first publication is entitled "Intergenerational Mobility of Immigrants in the U.S. over Two Centuries." This peer-reviewed article was published in the *American Economic Review* in 2021. The *American Economic Review* is arguably the most prestigious journal for economics research. This article studies the intergenerational mobility of children of immigrants in the U.S. since 1880 to the present day. We found that children of immigrants whose parents entered the U.S. in the early 1980s, including those whose parents had low levels of income, are doing very well on the American labor market. For instance, children of immigrants whose parents were in the bottom quarter of the income distribution ended up, on average, at around the middle of the U.S. income distribution as adults. Importantly, this success is also present when we focus on the children of lower-income immigrants from South American countries, including Argentina, Brazil, Chile, Colombia, or Peru. While there were too few Venezuelan migrants in the 1980s to allow us to reliably measure the long-term outcomes of their children using the article's data, the success of other South American immigrants' children suggests that children of Venezuelan migrants stand to perform well in the American labor market. For example, we found that children of lower-income Argentinian, Brazilian, Chilean, Colombian, and Peruvian migrants rose economically even though many of their parents arrived without English proficiency or significant financial resources. The success of these children indicates that the children of Venezuelan immigrants—many of whom have parents who faced similar barriers—will succeed as well. Indeed, we find that rates of immigrants' upward mobility have been remarkably similar throughout American history despite substantial changes in the number, composition, and country of origin of different immigrant communities.

7. My second publication that is particularly relevant to this context is entitled "Law-Abiding Immigrants: The Incarceration Gap Between Immigrants and the U.S.-Born, 1870-2020." This peer-reviewed paper was published as the lead article in the *American Economic Review: Insights*, which is similar to the *American Economic Review* with respect to quality but is intended for shorter articles. In this study, we measure gaps in incarceration between immigrants and the

U.S.-born from 1870 until the present day. There are two main findings in this study. First, immigrants have had lower incarceration rates than the U.S.-born *throughout American history* (including lower incarceration rates than U.S.-born *whites*). Second, immigrants' relative incarceration rates have actually *declined* since the 1960s in the U.S. Importantly, for the most recent period, we find that immigrants from *nearly all* sending countries, including immigrants from Venezuela, have lower incarceration rates than the U.S.-born.[1] Hence, immigrants in general, and Latin Americans in particular, are, if anything, less likely to have interactions with law enforcement that lead to incarceration than are U.S.-born individuals.[2]

8. To sum up, these two studies based on large-scale data and careful analysis indicate that immigrants in the U.S., including Venezuelan immigrants, have been remarkably successful in terms of the labor market as well as other dimensions such as (lack of) propensity to commit crimes. It is wrong to paint Venezuelan TPS holders as a group of dangerous criminals who will be a net burden on the American economy because my research empirically suggests the opposite. In fact, deporting hundreds of thousands of Venezuelan migrants would likely harm the United States by depriving it of industrious, law-abiding community members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of February, 2025, in  DAVIS, CA

/s/ [signature]
Santiago Pérez

---

[1] The "Law-Abiding Immigrants" article omitted country-by-country data due to the publisher's length requirements.
[2] My latest research has led to another notable finding: refugees fleeing political persecution have even lower incarceration rates than other immigrant populations. I am preparing a new article on this topic.

# APPENDIX A

# Santiago Pérez

| | | |
|---|---|---|
| CONTACT INFORMATION | University of California, Davis<br>Department of Economics<br>One Shields Ave<br>Davis, CA 95616 | seperez@ucdavis.edu |

EMPLOYMENT  **University of California, Davis**

   Associate Professor of Economics, 2023-

   Assistant Professor of Economics, 2017-2023

PROFESSIONAL AFFILIATIONS  **National Bureau of Economic Research (NBER)**

   Research Associate, 2023-

   Faculty Research Fellow, 2019-2023

   **Global Migration Center, UC Davis**

   Associate Faculty, 2017-

PREVIOUS AFFILIATIONS  **National Bureau of Economic Research (NBER)**

   Post-doctoral Fellow on "The Economics of Mobility", 2020-2021

   **Brown University**

   Visiting Assistant Professor of Economics, 2021-2022

EDUCATION  **Stanford University**

   Ph.D., Economics, 2011-2017

   **Universidad de San Andrés**

   Master, Economics, 2008-2009

   **Universidad de Buenos Aires**

   Licenciatura, Economics, 2003-2008

PUBLICATIONS
- *Law-Abiding Immigrants: The Incarceration Gap Between Immigrants and the US-born, 1870–2020* [joint with Ran Abramitzky, Leah Boustan, Elisa Jacome and Juan David Torres] [AER: Insights, 2024]

- *Civil Service Exams and Organizational Performance: Evidence from the Pendleton Act* [joint with Diana Moreira] [AEJ: Applied Economics, 2024]

- *Southern (American) Hospitality: Italians in Argentina and the US during the Age of Mass Migration* [Economic Journal, 2021]

- *The Long-Term Spillover Effects of Changes in the Return to Schooling* [joint with Ran Abramitzky and Victor Lavy] [Journal of Public Economics, 2021]

- *Intergenerational Mobility of Immigrants in the U.S. over the Last Two Centuries* [joint with Ran Abramitzky, Leah Boustan, and Elisa Jácome] [American Economic Review, 2021]

- *Automated Linking of Historical Data* [joint with Ran Abramitzky, Leah Boustan, Katherine Eriksson and James Feigenbaum] [Journal of Economic Literature, 2021]

- *Intergenerational Occupational Mobility Across Three Continents* [The Journal of Economic History, 2019]

- *Linking Individuals Across Historical Sources: A Fully Automated Approach* [joint with Ran Abramitzky and Roy Mill] [Historical Methods: A Journal of Quantitative and Interdisciplinary History, 2019]

- *The (South) American Dream: Mobility and Economic Outcomes of First- and Second-Generation Immigrants in 19th-Century Argentina*, [The Journal of Economic History, 2017, (lead article)]
  *Best Article by a Researcher under 35 (National Academy of Economic Sciences of Argentina)*

WORKING PAPERS

- *Daughters as Safety Net? Family Responses to Parental Employment Shocks: Evidence from Alcohol Prohibition* [joint with Anna Aizer and Gabrielle Grafton]

- *The G.I. Bill, Standardized Testing, and the Socioeconomic Origins of the US Educational Elite* [joint with Ran Abramitzky, Jennifer Kowalski, and Joseph Price]

- *Finding John Smith: Using Extra Information for Historical Record Linkage* [joint with (with Ran Abramitzky, Harriet Brookes Gray, Leah Boustan, Katherine Eriksson, and Myera Rashid] R&R at **Review of Economics and Statistics**

- *Who Benefits from Meritocracy?* [joint with Diana Moreira]

- *Railroads and the Rural to Urban Transition: Evidence from 19th-Century Argentina*

SELECTED WORK IN PROGRESS

- *College Dynasties* [joint with Ran Abramitzky, Jennifer Kowalski, and Joseph Price]

BOOK CHAPTERS

- *Migration and Immigrant Outcomes at the Destination*, in "Research Handbook of Historical Sociology." Edited Volume. Edward Elgar Publishing
- *Argentina in the Age of Mass Migration*, in "Roots of Underdevelopment: A New Economic (and Political) History of Latin America and the Caribbean." Edited Volume. Palgrave, Macmillan, 2022 [joint with Federico Droller and Martín Fiszbein]

BOOK REVIEWS

- "Snakes and Ladders: The Great British Social Mobility Myth." by Selina Todd. Economic History Review (2021)
- "Migrant Marketplaces: Food and Italians in North and South America." by Elizabeth Zanoni. Business History Review 93.3 (2019): 645-647.

RESEARCH GRANTS

National Science Foundation ($500,000) [with Ran Abramitzky and Joe Price] 2022
Russell Sage Foundation ($166,553) [with Ran Abramitzky and Joe Price]    2022
UC Davis, Small Grant In Aid of Research                    2018-2020, 2023-2024
Economic History Association, Arthur H. Cole Grant in Aid                2018

| | | |
|---|---|---|
| Fellowships and awards | Economic History Association Engerman-Goldin Prize [with Abramitzky, Boustan, Eriksson, and Rashid for the *Census Linking Project*] | 2024 |
| | UC Davis Dept. of Economics, Thomas Meyer Distinguished Teaching Award | 2023 |
| | UC Davis, Hellman Fellowship [with Diana Moreira] | 2021 |
| | *Journal of Economic Geography*, Best Referee Award | 2020 |
| | NBER Postdoctoral Fellowship on the Economics of Mobility | 2020 |
| | *National Academy of Economic Sciences of Argentina*, Best Article by a Researcher under the Age of 35 | 2019 |
| | *Explorations in Economic History*, Excellence in Refereeing Award | 2019 |
| | Leonard W. Ely and Shirley R. Ely Graduate Student Fund Fellowship | 2016-2017 |
| | Economic History Association, Dissertation Fellowship | 2016 |
| | Stanford University, Outstanding TA Award | Fall, 2015 |
| | SCID Exploratory Award | 2015 |
| | Economic History Association, Exploratory Data and Travel Grant | 2015 |
| | Stanford University, Economics Department. Research Grant | 2014 |
| | Stanford University, Graduate Fellowship | 2011/12-2012/13 |
| | Universidad de San Andrés. Master Program Scholarship | 2009 |

Invited Seminars and Conference Presentations (*Conference Presentation by Coauthors)

**2024 (including planned):** Universidad de San Andrés; Central Washington University Economic Outlook Conference (keynote speaker); Dondena-Cornell DOCG gathering; Linnaeus University; NBER Summer Institute*; UC Berkeley; San Diego State University; Santa Clara University; Wake Forest University

**2023:** Chicago Federal Reserve; NBER Immigrants and the US Economy Conference; UCMX Seminar on the Economics of Immigration; Universidad de Buenos Aires; Corporación Andina de Fomento (CAF); University of Texas, El Paso; University of Arizona; University of Syracuse; Universidad de San Andres Alumni Conference

**2022:** Harvard University; World Economic History Congress; Stanford Institute for Theoretical Economics; University of British Columbia; Peking University; Universidad de San Andres Alumni Conference

**2021:** Corporacion Andina de Fomento (CAF); University of Melbourne; University of British Columbia; Yale University Economic History Conference; Universidad Nacional de La Plata; Annual Cliometrics Conference; Economic History Association; BREAD Conference*; NBER Summer Institute (X2); Warwick University; Brown University; Northwestern University; Yale University; Rutgers University; PUC Chile; Wilfrid Laurier University; NBER Economics of Mobility; Social Science History Association

**2020 (cancelled due to COVID+):** ASSA meetings; Oxford University Historical Perspectives on Intergenerational Mobility; Galatina Summer Meetings+; CEPR Meeting on Structural Transformation and Economic Growth*; University of Southern Denmark; University of Ottawa; NBER Organizational Economics*; Opportunity Insights Lunch Meetings

**2019:** Economic History @ UdeSA; 3rd LSE-Stanford-U de los Andes Conference on Long-Run Development in Latin America and Beyond; 12th Migration and Development Conference (Madrid); Workshop on Intergenerational Mobility, Gender and Family Formation in the Long Run (Statistics Norway); NBER Summer Institute; Stanford Institute for Theoretical Economics; Economic History Association; University of Milan Global Challenges Seminar; Udesa Alumni Conference

**2018:** University of Arizona; Pontificia Universidad de Católica de Chile; EH Clio Lab

**2017:** CU Boulder; University of Notre Dame; UC Davis; Fundacion Getulio Vargas; Universidad de los Andes; Universidad del Rosario; Universidad de los Andes SOM; Northwestern University; UC Berkeley; UC Davis HIA/ISS; UC Irvine; All-California Labor Economics Conference

**2016:** Vanderbilt University; LSE Economic History; All-UC Economic History

|  |  |
|---|---|
|  | Group Meetings, Economic History Association, NBER Summer Institute (poster session), Annual Cliometrics Conference<br>**2015:** Universidad de San Andrés Alumni Conference, UC Berkeley Complete Census Count Workshop, Economic History Association (poster session), Stanford SITE Conference<br>**2014:** Stanford-Berkeley Immigration Conference |
| INVITED DISCUSSIONS | **2025:** ASSA meetings (Session chair + Two discussions)<br>**2024:** LACEA Migration Network Meeting ; Economic History Association meetings (Session chair)<br>**2022:** Economic History Association meetings (Session chair)<br>**2021:** CAF Workshop on Intergenerational Mobility in Latin America; Explorations in Economic History Conference on Methodological Advances in the Extraction and Analysis of Historical Data<br>**2020:** NBER Economics of Mobility Meeting<br>**2017:** Economic History Association meetings |
| CONFERENCE ORGANIZATION AND SCIENTIFIC COMMITTEES | **2024:** Economic History Association Local Arrangements Committee<br>**2024:** LACEA Migration Network Meeting<br>**2023:** LACEA LAMES Annual Meeting<br>**2022:** Stanford Institute for Theoretical Economics (Migration Session) |
| REFEREEING | *AEJ: Applied Economics, AEJ: Economic Policy, American Economic Review, American Economic Review: Insights, American Sociological Review, Applied Economics, Chile's National Research and Development Agency, Demographic Research, Econometrica, Economica, Economic History of Developing Regions, Economic History Review, Economic Journal, European Review of Economic History, Explorations in Economic History, Israel Science Foundation, International Migration Review, Journal of Development Economics, Journal of Economic Geography, Journal of Economic History, Journal of American Ethnic History, Journal of Human Resources, Journal of Labor Economics, Journal of Urban Economics, Journal of the European Economic Association, Journal of Political Economy, Journal of Public Economics, Quarterly Journal of Economics, Regional Science and Urban Economics, Revista de Historia Económica, Review of Economics and Statistics, Review of World Economics, Russell Sage Foundation, Scandinavian Review of Economic History, Canada Foundation for Innovation* |
| DEPARTMENT SERVICE | • News committee                                                                      2022-<br>• Co-organizer, Economic History Seminar |
| CAMPUS SERVICE | • U21 Global Leadership Program<br>• Review Committee Alianza UC-MX Collaborative Research Proposals |
| TEACHING | • **UC Davis**<br>  Economics of international migrations (*undergraduate*)    Since Fall 2017-<br>  US Economic History (*undergraduate*)                 Since Winter 2023-<br>  Economic history (*graduate*)                         Since Winter 2018-<br>• **Brown University**<br>  Inequality and Social Policies (*graduate*)                    Fall 2021 |

| | | |
|---|---|---|
| SHORT COURSES AND INVITED LECTURES | • **Global Migration Center and Alianza UCMX** Summer School on the Economics of Immigration | 2022, 2023, 2024 |
| | • **Bogotá Summer School of Economics** | 2024 |
| | • **Feria del Libro de Buenos Aires** (invited by FamilySearch) "New Technologies to Know Better our History" | 2023 |
| | • **UCSD, Center for Comparative Immigration Studies** A new frontier in immigration research: Historical record linkage | 2022 |

PHD STUDENTS ORAL EXAMINATIONS
- Zhixian Lin (UC Davis)
- Matthew Curtis (UC Davis)
- Tamoghna Halder (UC Davis)
- John Blanchette (UC Davis)
- Mingxi Li (UC Davis)
- Joshua Grelewicz (UC Davis)
- Giuseppe Ippedico (UC Davis)
- Camila Saez (UC Davis)
- Julian Arteaga (UC Davis ARE)
- Reem Zaiour (UC Davis)
- Juliana Jaramillo Echeverri (LSE Economic History)
- Ellen Anderson (UC Davis)
- Denis Sosinsky (UC Davis)
- Roozbeh Faghihi Moghadam (UC Davis)
- Angelita Repetto (UC Davis Sociology)
- Ze Zhang (UC Davis ARE)
- Beau Bressler (UC Davis)
- Alessandro Caiumi (UC Davis)
- Carlos Henrique Brito (UC Davis)
- Madeleine Ho (UC Davis)
- Raymond Kim (UC Merced)
- Rebecca Brough (UC Davis)
- Wenni Yang (UC Davis)
- Gabriela Rubio (UC Davis)

PERSONAL INFORMATION  Argentine Citizen, US Permanent Resident, US Census Special Sworn Status

**Last updated:** December 3, 2024