Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Case No. 25-cv-1766<br><br>**DECLARATION OF KATHERINE GREENSLADE IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

**DECLARATION OF KATHERINE GREENSLADE**

I, Katherine Greenslade, make this declaration based on my own personal knowledge. If called to testify, I could and would do so as follows:

1. I am an attorney licensed with the Illinois state bar. I serve as the Director of The Resurrection Project ("TRP"), Immigrant Justice Legal Clinic in Chicago, Illinois. TRP has had a legal clinic for about 10 years (since 2014) that helps immigrants handle a wide variety of legal issues. I have led the legal clinic since joining TRP in 2018. TRP is connected to a large network of organizations throughout Illinois to increase access to justice.

2. Since approximately 2022, we have been serving significant numbers of Venezuelan immigrants, most of whom qualified for Temporary Protected Status (TPS). Around August 2022, buses carrying immigrants, mostly from Venezuela and Haiti, began arriving to Chicago from the southern border.

3. In response to this large number of recent arrivals, TRP developed large-scale workshops with city and state agencies to support applications for TPS and employment authorization (EADs). Legal representatives met with participants to determine eligibility for TPS or a parole-based EAD. Following pilot workshops in October 2023, TRP started offering large-scale workshops in Chicago in November 2023. These workshops have continued in various iterations since that time to assist TPS holders, including with EADs. Thousands of individuals seeking TPS at our workshops have been Venezuelan. From September 1, 2023 through February 18, 2025, 10,730 Venezuelans have attended these workshops. Almost a third of the Venezuelans at the workshops (3,072) have been children.

4. The first workshops served all eligible new arrivals who were living in a city-operated shelter and who qualified for work authorization. Conducting these workshops gave me an understanding of the particular challenges facing the population of Venezuelans who felt compelled to migrate to the United States over the last few years. The immigrants we served were low-income, arriving with few possessions and little to no money.

5. Because of time and resource constraints, TRP generally has been unable to conduct full screenings of individuals who participate in these workshops to determine whether, in addition

1

to TPS, they might be eligible for other types of immigration relief, such as asylum. Based on my experience and observations at these workshops, the vast majority of persons who seek assistance from TRP do not have access to private legal counsel to determine what other types of immigration relief, aside from TPS, may be available to them that would allow them to remain in the U.S.

6. If TPS designation for Venezuela is terminated, then TPS holders will lose protection from removal and the legal right to work in the U.S. that TPS provides. TPS holders like the ones served in our workshops also may be subject to expedited removal if they have been in the United States for less than two years and fail to convince an immigration officer that they have a credible fear of persecution or torture if returned to Venezuela.

7. Since late 2022, as Chicago continued to receive buses of immigrants from the US Southern border, I have conducted screenings for asylum eligibility for many Venezuelans. Based on my experience and observations, TPS holders from Venezuela have fled for a wide variety of compelling reasons relating to health and safety. Some have valid asylum claims, but many of the people I spoke to described hardships and deprivations in Venezuela that created conditions of desperation and grinding poverty, but which may not meet the narrow specific legal criteria for asylum, leaving TPS as the only safety valve for them to avoid being forced to return to a country where they genuinely fear imminent harm.

8. The people we served in TRP workshops and clinics represented a broad cross section of Venezuelan society. They have included individuals and families of all ages—infants, teenagers, adults, and the elderly. Many had no choice but to walk from Venezuela with infants and toddlers in tow—arduous and risky journeys that no parent would undertake unless they fervently believed that desperate circumstances had left them with no other choice but to flee Venezuela. As a parent of young children, it is difficult to imagine just how bad conditions in Venezuela must be for individuals from all walks of life to come to the conclusion that the risks of hunger, thieves, and the unknown along a 2,900+ mile route are preferable to remaining in Venezuela.

9. Once in the United States, their economic circumstances did not immediately improve. Without work authorization, the Venezuelan immigrants I served in Chicago struggled to

survive. Many arrived during Chicago's harsh winter months lacking proper clothing and footwear, some arriving to our workshops wearing flip flops.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 19, 2025, in Chicago, Illinois.

*Katherine Greenslade*