Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 25-cv-1766<br><br>**DECLARATION OF LAURA GUERRERO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

1

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

**DECLARATION OF LAURA GUERRERO**

I, Laura Guerrero, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I have lived in the United States since 2016, and I first applied for Temporary Protected Status (TPS) in 2021. My husband and daughters (aged 18 and 10), are also TPS beneficiaries. As a result of the decision by Secretary of Homeland Security Kristi Noem to vacate the prior DHS extension of TPS for Venezuela, TPS for myself, my husband, and our two daughters is now expected to expire in September 2025.

3. I am a member of the National TPS Alliance, and joined voluntarily because I believe in the mission of the organization.

4. I am submitting this declaration to describe the harm my family and I have suffered since the announcement of the vacatur of the extension of TPS for Venezuela, and the harm we would suffer if TPS is ultimately terminated.

**Background**

5. I am from Venezuela, and I have been in the United States since 2016, when I arrived with my family on a tourist visa. I am trained as an intellectual property lawyer in Venezuela, and worked for over 12 years with the state-owned oil company. Because of my opposition to the government while employed by the government, I was kidnapped. Soon after, my family and I left the country.

6. One month after arriving in the United States, I applied for asylum affirmatively. Between 2016 until I was granted TPS in 2021, I only had a pending asylum application but no immigration status. For the nine years that my asylum application has been pending, there has been no action on it. I have not even had an interview.

7. My husband and daughters, C. and E., are derivatives on my asylum application. My husband works as a sales representative for a wine distribution company.

8. C. arrived in the United States when she was only about nine years old. Now C. is a vocal jazz singer in her first year of college at Berklee College of Music, in Boston,

Massachusetts, which she attends on a full scholarship.

9. Our younger daughter E. is ten years old, and in the fifth grade. She arrived in the United States when she was only two years old; this is the only country that she has ever known. She loves to dance, and recently was accepted to a selective middle and high school for the arts for which she had to audition. I am not sure how both of my daughters are artists; they have such natural skills in that arena that my husband and I lack. I only hope that we will continue to be able to support them to achieve their dreams.

10. I work remotely for the University of Pittsburgh as an intellectual property assistant.

11. My husband and I bought a house together for our family in 2020. We live there with our younger daughter, E., now that my older daughter has moved to Boston to pursue higher education.

12. All of my immediate family is in in the United States and with permanent status. My brother, a transplant surgeon, won the diversity visa lottery and has lived in the United States since 2013, with his two daughters, aged 22 and 24. My sister was resettled here as a refugee in 2022, and now lives in Houston with her husband. My mother is also here with a green card, after my brother petitioned for her adjustment, and they live together in Orlando, Florida.

**Impact of Temporary Protected Status**

13. My husband, 18-year-old daughter C., 10-year-old daughter E., and I are TPS recipients, having registered under the 2021 Venezuela designation.

14. Before I had TPS, when I only had my pending asylum claim, I was always fearful that my asylum application would be denied and I would be immediately at risk of deportation. This lack of status was also challenging for me in other ways. For example, I was deprived of the chance to apply for government jobs – for instance clerical jobs with the court – when I only had a pending asylum claim, because my pending asylum application was not considered a legal status. Once I got TPS, that changed. In my current job, I had to produce my TPS documentation in order to be able to access and maintain my

employment.

15. My daughter C. was able to get financial aid—a full scholarship—to college only as a result of her TPS. She would not have been able to get financial aid, and we would not have been able to afford her studies, without her TPS. She would not have been eligible for financial aid with only a pending asylum application. I don't think that C. really understood the significance of her vulnerable immigration status until she was applying for college, when she was asked many times—in college applications and through the financial aid process—to show proof of her legal status, and she had to reckon with what this meant.

**Impact of the Decision to Terminate TPS**

16. I know that the writing is on the wall for those protected by the 2021 Venezuela designation, like me and my family. I expect that DHS will make the same decision for us that was made for those protected by the 2023 designation, and that we will lose our status in September of this year.

17. I don't know what I would do if TPS were terminated. I cannot safely return to Venezuela. I have no family there anymore; all of my family is here. I truly cannot imagine what I would do.

18. I started to become very stressed and anxious about my legal status in around August 2024 because of how President Trump, when he was a candidate, was talking about what he was going to do with regard to immigration and TPS. And then after all the executive orders of the earliest days of the Trump administration, and the vacatur of the January extension of TPS for Venezuela, and then the ultimate termination of the 2023 Venezuela TPS designation, I became terrified. Since then my husband and I have been talking, and crying, about it every day. I have tremendous anxiety, and have even felt panic attacks. Every day, and every story that I hear, seems worse than the last.

19. I have also become terrified for my daughter's safety in Boston, where she is studying and lives by herself, because of the anti-immigrant sentiment that seems to be everywhere now. I am worried about her all the time. I have told her not to speak Spanish

in the street; I cannot believe that I felt that I had to tell her that. It causes me tremendous pain that I have so much anxiety, and that I am transmitting it to her; and that I am telling her she should have to hide a part of her identity. I have also told her that she needs to bring her immigration papers with her all the time as I am fearful that she will be stopped on the street by an ICE agent.

20. I didn't feel such fear and anxiety until TPS was terminated for Venezuelans. Now I feel like I am at risk of being without a status again very soon. While I still have the asylum application, I know from experience that people do not treat a pending asylum application as a form of immigration status. I also never know if or when my asylum application could be denied.

21. I am afraid that I will lose my job if I lose my TPS. My boss has also been asking me whether there is somewhere else I would move to. I can't believe that I am even thinking about that question—nearly a decade after living in the United States and with my asylum application long pending. *This* was supposed to be my safe place.

22. Losing TPS would also be catastrophic for my daughter. She would be unable to access scholarships and financial aid with only a pending asylum claim. With TPS, however, she benefits from a full scholarship to Berklee. Without it, we would not be able to afford her education. This would jeopardize not only her education, but also her career. She has a tremendous opportunity, enrolled at one of the top music schools in the country, and it pains me tremendously to think that is at risk.

23. My younger daughter E. doesn't really understand about TPS and our vulnerable immigration status. In January, around the time of President Trump's inauguration and the termination of TPS for Venezuela, she was subject to bullying and abuse at school as a migrant. Around the same time, some of her friends were trying to reassure her and told her she would be fine because she only needed a green card to stay. She came home crying, knowing that she did not have a green card. I know she is also really affected by the stress that my husband and I are under since the announcement of the end of TPS for Venezuela.

24. In addition to all of this, I believe we would lose our house if the TPS termination goes in to effect, as we could not afford to pay the mortgage on our home without our valid work authorization.

25. We have many family and friends who have TPS, and have been very negatively affected by the decision of DHS Secretary Noem to terminate it. My nieces' boyfriends and their family members have TPS, for example, as do so many other friends of ours.

26. I feel I am living the trauma and fear that I lived in Venezuela all over again. I can't believe that now Venezuelans are being made a target. The highest ranking government officials are saying on national television and social media that Venezuelans are criminals and associated with the Tren de Aragua gang, even though of course we have nothing to do with that gang. I am constantly shocked by these statements. I can't understand why high-level government officials could not distinguish between the hundreds of thousands of law-abiding Venezuelans who are living in the United States because they fled a country in crisis, and the small numbers of people who are part of this gang. I know that there are individual Americans who commit heinous crimes, but I would never think of categorizing all Americans as responsible for the actions of a few. I also see that they have been targeting TPS as a program, which is painful, as it is a program that so many of us depend on when we cannot return to our countries.

27. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Orlando, Florida this 17th day of February, 2025.

*Laura Guerrero*
Laura Guerrero

DECLARATION OF LAURA GUERRERO – CASE NO.