Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 25-cv-1766<br><br>**DECLARATION OF M.R. IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

# DECLARATION OF M.R.

I, M.R., declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a single mother caring for two children, and my aging mother, in West Virginia. I work two jobs to make ends meet, including a full-time job in the health care sector.

3. My daughter, mother, and I are all beneficiaries of the 2021 designation of Venezuela for Temporary Protected Status. I am also mother to a five-year-old U.S. citizen daughter who was born here, and over whom I share custody with her father. I am afraid that my daughter, mother, and I will all lose our TPS status, and I will lose my work authorization, in September 2025, as a result of the decision of Department of Homeland Security Secretary Kristi Noem to reverse the extension of TPS for Venezuela.

4. My life and that of my family will be upended if TPS is terminated. I worry about the possibility that my family will be separated as my youngest daughter is a U.S. citizen. The health of my mother and eldest daughter, who is diabetic, are also at risk, as their health care is dependent on their TPS. And without TPS, I would not be able to continue to work, which means I could not afford the house where we live or basic necessities. But we cannot safely go back to Venezuela. Ever since Secretary Noem's decision, my life has been in a constant state of crisis.

5. I am a member of the National TPS Alliance, which I joined voluntarily because I believe in its mission to defend TPS and the rights of TPS holders.

6. I am submitting this declaration to describe the harm my family and I have suffered since the announcement of the vacatur of the extension TPS for Venezuela and the harm we would suffer if TPS is ultimately terminated.

## Background

7. I am from Venezuela, and I have been in the United States since 2015 when I arrived with my two-year-old daughter on a tourist visa. I came to the United States

because the situation in Venezuela was deteriorating terribly. I graduated with a technical degree in computer science and was working as an administrative assistant. I was unable to get basic goods, like food and diapers for my baby. There were long lines in the supermarket to get any food, but I couldn't wait in the lines and still keep my job.

8.  I live together with my two daughters and my mother, who is 77 years old. I am the sole provider for our family of four.

9.  For the past two years, I have worked full-time in a hospital nutrition department, helping with food preparation consistent with the health and dietary needs of the hospital patients. I also work half-time at McDonalds at night.

10. My older daughter is now twelve years old and in seventh grade. She. was diagnosed with Type 1 Diabetes in 2022. As a result of her medical condition, she must consult with a doctor every three months and get medicine from the pharmacy monthly.

11. My younger daughter is five years old and in kindergarten. She was born in the United States and is a U.S. citizen. I am no longer together with her father but we share custody of her.

12. My mother suffers from high blood pressure and also needs to see a doctor every three months and get monthly prescriptions from the pharmacy.

**Impact of Temporary Protected Status**

13. My eldest daughter, mother and I registered for TPS after DHS designated Venezuela for TPS in 2021. None of us have applied for asylum, so TPS is our only form of immigration protection. It is also the only source of work authorization I have.

14. I have been terrified about my future and that of my family since the DHS announcement of the imminent end of TPS for Venezuela. Every day brings me more anxiety about my immigration status. I am thinking about it constantly. It is affecting me emotionally and physically. I have been struggling with insomnia since the decision. This is something I had not experienced before.

15. My mother and my daughter have chronic health conditions, and are only able to access their health care as a result of our TPS. They could not access health care

from Medicaid if they were undocumented. And neither my older daughter nor my mother would be able to get the essential medical care that they need if we were forced to leave the United States for Venezuela, given the societal breakdown and economic crisis there.

16. My income from my two jobs is what allows us to afford to rent a home. I am only able to work these jobs because of my employment authorization through TPS. I am afraid of losing TPS, and then losing my ability to work.

17. I couldn't safely return to Venezuela; I am terrified of political retaliation and persecution of those who do not support Maduro's dictatorship. Even if I wanted to, and it was safe to do so, I could not because it would mean that I was separated from my family—my youngest daughter would not be able to join me. I also cannot imagine anywhere else I could go to, and even if I could, I do not have a passport so I would be prevented from traveling internationally.

18. My eldest daughter. is aware that she has TPS but she doesn't fully understand it. I am most worried about what would happen to her if we were deported to Venezuela. I know that she is anxious about her immigration status and continued access to essential health services. So am I.

19. My younger daughter is not aware of our uncertain immigration status, but she would be terribly affected if we lose our TPS. I cannot even begin to imagine what we would do, and how she would be harmed. I know her father would not allow her to go to Venezuela—a country in a state of crisis, where she wouldn't be able to have her basic needs met, and which she has never even visited. I fear that this would mean that I would be separated from her if I lost my TPS—a fate that is unimaginable.

### Fear for My Safety if Name Public

20. I am providing this declaration anonymously because I fear for my safety and that of my family. I know that in a matter of months, my mother, daughter and I are all likely to lose our immigration status. I am the sole provider for my family; and my mother and daughter (who also have TPS) have serious health care needs which would not be met if we lose our TPS, and/or if we were deported. I am afraid that I will be targeted for

speaking out about my experience, and my fears, and supporting this lawsuit which is challenging both the U.S. and Venezuelan governments. I am afraid that that would mean that I could be targeted and prioritized for immigration enforcement, particularly as TPS is the only thing that is stopping me from being undocumented; and because the Trump administration has been targeting Venezuelans for deportation. I am also afraid this could cause me and my family harm if we were forced to return to Venezuela.

21. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in West Virginia this 19th day of February, 2025.

/s/ M.R.
_____
M.R.

CIVIL LOCAL RULE 5.1 ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

　　　　　　　　　　　　　　　　　　　  /s/ Emilou Maclean
　　　　　　　　　　　　　　　　　　　 Emilou Maclean



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**DECLARATION OF M.R.**" is, to the best of my knowledge and belief, a true and accurate translation from English into Spanish (LA).

_____
Jacqueline Yorke

Sworn to before me this
February 19, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# DECLARACIÓN DE M.R.

Yo, M.R., declaro lo siguiente:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Soy madre soltera y cuido a dos hijas, y a mi madre mayor, en Virginia Occidental. Sostengo dos trabajos para llegar a fin de mes, incluido un trabajo de tiempo completo en el sector de la atención médica.

3. Mi hija, mi madre y yo somos todos beneficiarios de la designación de 2021 de Venezuela para la Condición de Protección Temporal (Temporary Protected Status, TPS). También soy madre de una hija ciudadana estadounidense de cinco años que nació aquí y sobre quien comparto la custodia con su padre. Tengo miedo de que mi hija, mi madre y yo perdamos nuestra condición de TPS, y que perderé mi autorización de trabajo, en septiembre de 2025, como resultado de la decisión de la secretaria del Departamento de Seguridad Nacional, Kristi Noem, de revertir la extensión de la TPS para Venezuela.

4. Mi vida y la de mi familia se verán alteradas si se da por terminada la TPS. Me preocupa la posibilidad de que mi familia sea separada ya que mi hija menor es ciudadana estadounidense. La salud de mi madre e hija mayor, que es diabética, también están en riesgo, ya que su atención médica depende de su TPS. Y sin la TPS, no podría continuar trabajando, lo que significa que no podría pagar la casa donde vivimos ni las necesidades básicas. Pero no podemos volver a Venezuela de manera segura. Desde la decisión de la secretaria Noem, mi vida ha estado en un estado constante de crisis.

5. Soy miembro de la National TPS Alliance, a la que me inscribí voluntariamente porque creo en su misión de defender la TPS y los derechos de los titulares de la TPS.

6. Presento esta declaración para describir el daño que mi familia y yo hemos sufrido desde el anuncio del *vacatur* de la TPS de extensión para Venezuela y el daño que sufriríamos si la TPS finalmente se terminara.

## Antecedentes

7. Soy de Venezuela y he estado en los Estados Unidos desde 2015 cuando llegué con mi hija de dos años con una visa de turista. Vine a los Estados Unidos porque la situación en Venezuela se deterioraba terriblemente. Me gradué con un título técnico en ciencias informáticas y trabajaba como asistente administrativo. No podía obtener productos básicos, como alimentos y pañales para mi bebé. Había largas filas en el supermercado para comprar comida, pero no podía esperar en ellas y seguir manteniendo mi trabajo.

8. Vivo con mis dos hijas y mi madre, que tiene 77 años de edad. Soy la única proveedora de nuestra familia de cuatro integrantes.

9. Durante los últimos dos años, he trabajado a tiempo completo en el departamento de nutrición de un hospital, ayudando en la preparación de alimentos de acuerdo con las necesidades de salud y dieta de los pacientes del hospital. Además, trabajo medio tiempo en McDonalds por la noche.

10. Mi hija mayor ahora tiene doce años y está en séptimo grado. Se le diagnosticó diabetes tipo 1 en 2022. Como resultado de su afección médica, debe consultar a un médico cada tres meses y obtener medicamentos de la farmacia mensualmente.

11. Mi hija menor tiene cinco años y está en el jardín de infantes. Nació en los Estados Unidos y es ciudadana estadounidense. Ya no estamos juntos con su padre, pero compartimos la custodia de ella.

12. Mi madre sufre de presión arterial alta y también necesita ver a un médico cada tres meses y obtener recetas mensuales de la farmacia.

**Impacto de la Condición de protección temporal**

13. Mi hija mayor, mi madre y yo nos registramos para la TPS después de que el DHS designara a Venezuela para la TPS en 2021. Ninguno de nosotros ha solicitado asilo, por lo que la TPS es nuestra única forma de protección de inmigración. También es la única fuente de autorización de trabajo que tengo.

14. He estado aterrorizada con respecto a mi futuro y el de mi familia desde el anuncio del DHS del inminente final de la TPS para Venezuela. Todos los días me genera

más ansiedad sobre mi condición migratoria. Pienso en ello constantemente. Me está afectando emocional y físicamente. He estado luchando contra el insomnio desde la decisión. Esto es algo que no había vivido antes.

15. Mi madre y mi hija tienen afecciones médicas crónicas y solo pueden acceder a su atención médica como resultado de nuestra TPS. No podrían acceder a la atención médica de Medicaid si no estuvieran documentadas. Y ni mi hija mayor ni mi madre podrían obtener la atención médica esencial que necesitan si nos viéramos obligadas a salir de los Estados Unidos y regresar a Venezuela, dada la crisis económica y social allí.

16. Los ingresos de mis dos trabajos es lo que nos permite pagar el alquiler de una casa. Solo puedo trabajar en estos trabajos debido a mi autorización de empleo a través de la TPS. Tengo miedo de perder la TPS y luego perder mi capacidad para trabajar.

17. No podía regresar de manera segura a Venezuela; me aterrorizan las represalias políticas y la persecución de aquellos que no apoyan la dictadura de Maduro. Incluso si hubiese querido, y si hubiese sido seguro hacerlo, no podía porque eso habría significado que me separara de mi familia; mi hija menor no podría acompañarme. Tampoco puedo imaginarme a ningún otro lugar al que pudiera ir, e incluso si pudiera, no tengo un pasaporte, por lo que se me impediría viajar internacionalmente.

18. Mi hija mayor es consciente de que tiene la TPS, pero no lo entiende completamente. Me preocupa más lo que podría pasarle si fuéramos deportadas a Venezuela. Sé que está ansiosa por su condición migratoria y por el acceso continuo a servicios esenciales de salud. Yo también lo estoy.

19. Mi hija menor no está al tanto de nuestro estado incierto de inmigración, pero se vería terriblemente afectada si perdiéramos nuestra TPS. Ni siquiera puedo comenzar a imaginar lo que haríamos y cómo se vería perjudicada. Sé que su padre no le permitiría ir a Venezuela, un país en estado de crisis, donde no podría satisfacer sus necesidades básicas y que nunca ha visitado. Temo que esto signifique que me separaría de ella si perdiera mi TPS, un destino que es inimaginable.

**Miedo por mi seguridad si mi nombre se hace público**

20. Proporciono esta declaración de forma anónima porque temo por mi seguridad y la de mi familia. Sé que, en cuestión de meses, mi madre, mi hija y yo tenemos probabilidades de perder nuestra condición migratoria. Soy la única proveedora de mi familia; y mi madre e hija (que también tienen TPS) tienen necesidades de atención médica graves que no se cubrirían si perdiéramos nuestra TPS y/o si fuéramos deportadas. Tengo miedo de estar bajo la mira por hablar sobre mi experiencia y mis miedos, y apoyar esta demanda que está desafiando tanto al gobierno de EE. UU. como al venezolano. Tengo miedo de que eso signifique que podría ser blanco y que me prioricen para la aplicación de la ley de inmigración, particularmente porque TPS es lo único que me impide estar indocumentada; y porque la administración de Trump se ha estado focalizando en venezolanos para su deportación. También temo que esto podría causarme daño a mí y a mi familia si nos viéramos obligados a regresar a Venezuela.

21. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en Virginia Occidental a los 19 días de febrero de 2025.

                                                                    ___████___
                                                                         M.R.