1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  Stephany Martinez Tiffer (SBN 341254)
   martineztiffer@law.ucla.edu
3  CENTER FOR IMMIGRATION LAW AND
   POLICY, UCLA SCHOOL OF LAW
4  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
5  Telephone: (310) 825-1029

6  Emilou MacLean (SBN 319071)
   emaclean@aclunc.org
7  Michelle (Minju) Y. Cho (SBN 321939)
   mcho@aclunc.org
8  ACLU FOUNDATION
   OF NORTHERN CALIFORNIA
9  39 Drumm Street
   San Francisco, CA 94111-4805
10 Telephone: (415) 621-2493
   Facsimile: (415) 863-7832

11
   Attorneys for Plaintiffs
12 *[Additional Counsel Listed on Next Page]*

13                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN FRANCISCO DIVISION
15

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 25-cv-1766<br><br>**DECLARATION OF ALBA CECILIA PURICA HERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

## DECLARATION OF ALBA CECILIA PURICA HERNANDEZ

I, Alba Cecilia Purica Hernández, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am a native of Venezuela and I am a beneficiary of Temporary Protected Status (TPS). I am 24 years old, and I have lived in the United States since 2022. I currently work providing child care. TPS is my only form of immigration protection. I registered for TPS based on the 2023 designation, and I am at risk of losing my legal immigration status in April 2025. I am submitting this declaration to describe the harm I have suffered since the announcement of the termination of the extension TPS for Venezuela and the harm I would suffer if TPS is ultimately terminated.

### Background

3. I grew up in a town on the outskirts of Caracas, in the State of Miranda,Venzuela. My sister and I were raised by our maternal grandmother. My parents divorced when I was a baby. They would visit us, but I did not live with either of them full time. After I graduated high school, I went to study at a technical school in Caracas to be an administrative assistant. Around that time, Venezuela was becoming very unstable. My family lived day to day, usually able to secure food, but in a constant state of survival, no more. There were shortages of basic necessities, empty shelves at the supermarket, electric blackouts, protests and civil unrest, and the constant threat of political violence. Sometimes, I felt like I was physically suffocating because I was under so much stress.

4. In 2022 life became completely unbearable and I decided to leave Venezuela, arriving in the United States in July 2022. I presented myself to immigration officials in Eagle Pass, Texas. After a day and a half of processing, they released me and took me to San Antonio. About two days later, I flew from San Antonio to Oakland, California.

### Impact of TPS

5. When TPS was designated, I applied with the help of a local non-profit. I

was so, so happy when my TPS was approved. Although it was only temporary status, I understood that it would likely be renewed if the situation in Venezuela did not improve. Since I knew that was very unlikely to happen in the near future, I hoped that TPS would give me enough stability to work and have a decent standard of living, at least until a time when it might be safe for me to return to Venezuela.

6. With TPS, I finally felt safe and comfortable. It gave me a lot of opportunities. I was able to open a bank account and get a California ID. TPS opened the doors for me to be able to get my feet on the ground. Now I have a studio apartment in San Leandro, California. Since August 2024, I have been working as a child care provider in a day care in Oakland, California. I love my job, because the children are so much fun to be around. They are so pure and loving, and spending time with those little children helps me take my mind off my worries. I love getting to know their little personalities and watching them grow. I am also studying to get my GED. My diploma from Venezuela cannot be validated, so the first step is for me to get my GED so that I can then continue my education. My dream is to become a nurse.

**Impact of the Decision to Vacate TPS Extension**

7. When I read the news online that the TPS extension had been revoked, I couldn't believe it. I felt sad, scared, and adrift. I saw that Secretary Noem called us criminals, and I felt a deep sense of injustice and outrage. It is racist to say that all Venezuelans are criminals. They want to deport us because of our nationality, not because of anything else. They see us as less than human.

8. The next day, I had an appointment with my legal service provider. She helped me submit an application to renew my TPS because the decision to revoke the extension had not yet been published. I have not received any receipt for that application.

9. If TPS expires in April, I do not know what I will do. Without TPS, I will not have authorization to work. If I cannot work, I will not be able to pay my rent or support myself. I truly am at a loss. I cannot return to Venezuela. I do not have a life or a future there.

10. Even if I could safely return to Venezuela, I have no way to get there. I do not have a Venezuelan passport, and there are no embassies in the United States. I feel trapped again, because I cannot go to Venezuela, but I am facing losing the measure of stability that I have achieved in the United States thanks to TPS. My only desire is to stay here, working and studying, so that I can support myself and live a decent life. I am not a criminal.

11. After I arrived in the U.S., I had a case in immigration court, but it was closed after I received my TPS. Now, I am afraid that I could be placed in deportation proceedings again if I lose my TPS.

12. At first, I was afraid to participate in this lawsuit. In Venezuela, it is not safe to criticize the government. I thought that I could be arrested or deported for speaking out. After a lot of thought, I decided to participate because it important to me to stand up for my rights and for those of others.

13. I am also a member of the National TPS Alliance. I joined voluntarily because I believe in NTPSA's mission to defend the TPS program. I have been in communication with José Palma, Co-Coordinator of the NTPSA, about working to defend the TPS program and about this litigation. It is inspiring to see so many people coming together to support each other. I too want to do something to help my community, and raising my voice against the decision to terminate TPS is my way of doing so.

14. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Leandro, California, this 19th day of February, 2025.

/s/*Alba Cecilia Purica Hernández*

_____
Alba Cecilia Purica Hernández

CIVIL LOCAL RULE 5.1 ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

 /s/ Emilou Maclean
Emilou Maclean



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**DECLARATION OF ALBA CECILIA PURICA HERNANDEZ**" is, to the best of my knowledge and belief, a true and accurate translation from English into Spanish (LA).

_____
Jacqueline Yorke

Sworn to before me this
February 19, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 2027

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

## DECLARACIÓN DE ALBA CECILIA PURICA HERNÁNDEZ

Yo, Alba Cecilia Purica Hernández, declaro lo siguiente:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Soy nativa de Venezuela y beneficiaria del Estatus de Protección Temporal (Temporary Protected Status, TPS). Tengo 24 años y vivo en Estados Unidos desde 2022. Actualmente trabajo cuidando niños. El TPS es mi única forma de protección migratoria. Me inscribí en el TPS con la designación de 2023 y corro el riesgo de perder mi estatus migratorio legal en abril de 2025. Presento esta declaración para describir el daño que he sufrido desde el anuncio de la finalización de la extensión del TPS para Venezuela y el daño que sufriría si finalmente se pone fin al TPS.

### Antecedentes

3. Me crie en un pueblo a las afueras de Caracas, en el estado de Miranda, Venezuela. Mi hermana y yo fuimos criadas por nuestra abuela materna. Mis padres se divorciaron cuando yo era una bebé. Nos visitaban, pero no vivía con ninguno de ellos a tiempo completo. Después de graduarme de la escuela secundaria, fui a estudiar a una escuela técnica en Caracas para ser asistente administrativa. Por aquel entonces, Venezuela se estaba volviendo muy inestable. Mi familia vivía al día, normalmente podía conseguir comida, pero en un estado constante de supervivencia, nada más. Había escasez de productos de primera necesidad, estantes vacíos en el supermercado, apagones, protestas y disturbios civiles, y la amenaza constante de violencia política. A veces, sentía que me asfixiaba físicamente porque estaba bajo mucho estrés.

4. En 2022 la vida se volvió completamente insoportable y decidí irme de Venezuela, y llegué a Estados Unidos en julio de 2022. Me presenté ante los funcionarios de inmigración en Eagle Pass, Texas. Después de un día y medio de trámites, me liberaron y me llevaron a San Antonio. Unos dos días después, volé de San Antonio a Oakland, California.

### Impacto del TPS

5. Cuando se designó el TPS, solicité la ayuda de una organización local sin ánimo de lucro. Me alegré mucho cuando me concedieron el TPS. Aunque era solo un estatus temporal, entendí que seguramente se renovaría si la situación en Venezuela no mejoraba. Como sabía que era muy poco probable que eso sucediera en un futuro próximo, esperaba que el TPS me diera suficiente estabilidad para trabajar y tener un nivel de vida decente, al menos hasta el momento en que pudiera ser seguro para mí regresar a Venezuela.

6. Con el TPS, finalmente me sentí segura y cómoda. Me dio muchas oportunidades. Pude abrir una cuenta bancaria y obtener una identificación de California. El TPS me abrió las puertas para poder poner los pies sobre la tierra. Ahora tengo un apartamento estudio en San Leandro, California. Desde agosto de 2024, trabajo como cuidadora de niños en una guardería en Oakland, California. Me encanta mi trabajo, porque es muy divertido estar con los niños. Son tan puros y cariñosos, y pasar tiempo con esos pequeños me ayuda a distraerme de mis preocupaciones. Me encanta conocer sus pequeñas personalidades y verlos crecer. También estoy estudiando para obtener mi GED. Mi diploma de Venezuela no puede ser validado, así que el primer paso es obtener mi GED para poder continuar mi educación. Mi sueño es ser enfermera.

**Impacto de la decisión de anular la extensión del TPS**

7. Cuando leí en Internet la noticia de que la extensión del TPS había sido revocada, no me lo podía creer. Me sentí triste, asustada y a la deriva. Vi que la secretaria Noem nos llamó criminales, y sentí una profunda sensación de injusticia e indignación. Es racista decir que todos los venezolanos son criminales. Nos quieren deportar por nuestra nacionalidad, no por otra cosa. Nos ven como menos que humanos.

8. Al día siguiente, tuve una cita con mi proveedora de servicios legales. Me ayudó a presentar una solicitud para renovar mi TPS porque la decisión de revocar la extensión aún no se había publicado. No he recibido ningún comprobante de esa solicitud.

9. Si el TPS expira en abril, no sé qué haré. Sin el TPS, no tendré autorización para trabajar. Si no puedo trabajar, no podré pagar el alquiler ni mantenerme. Realmente

estoy perdida. No puedo volver a Venezuela. No tengo una vida ni un futuro allí.

10. Incluso si pudiera regresar a Venezuela de forma segura, no tengo forma de llegar allí. No tengo pasaporte venezolano y no hay embajadas en Estados Unidos. Me siento atrapada de nuevo, porque no puedo ir a Venezuela, pero me enfrento a perder la medida de estabilidad que he logrado en Estados Unidos gracias al TPS. Mi único deseo es quedarme aquí, trabajando y estudiando, para poder mantenerme y vivir una vida digna. No soy una delincuente.

11. Después de llegar a EE. UU., tuve un caso en el tribunal de inmigración, pero se cerró después de que recibí mi TPS. Ahora, tengo miedo de que me sometan a un proceso de deportación de nuevo si pierdo mi TPS.

12. Al principio, tenía miedo de participar en esta demanda. En Venezuela, no es seguro criticar al gobierno. Pensé que podrían arrestarme o deportarme por hablar. Después de pensarlo mucho, decidí participar porque para mí es importante defender mis derechos y los de los demás.

13. También soy miembro de la Alianza Nacional del TPS. Me uní voluntariamente porque creo en la misión de la NTPSA de defender el programa del TPS. He estado en comunicación con José Palma, co-coordinador de la NTPSA, sobre el trabajo para defender el programa del TPS y sobre este litigio. Es inspirador ver a tanta gente unirse para apoyarse mutuamente. Yo también quiero hacer algo para ayudar a mi comunidad, y alzar mi voz contra la decisión de poner fin al TPS es mi forma de hacerlo.

14. Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en San Leandro, California, hoy 19 día de febrero de 2025.

_AlbaPurica_
Alba Cecilia Purica Hernández