Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 25-cv-1766<br><br>**DECLARATION OF HENDRINA VIVAS CASTILLO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

1

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

## DECLARATION OF HENDRINA VIVAS CASTILLO

I, Hendrina Vivas Castillo, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I am 49 years old and a citizen of Venezuela. I have lived in the United States since July 2023, and I am a beneficiary of the 2023 designation of Temporary Protected Status (TPS). As a result of the decision by Secretary of Homeland Security Kristi Noem to terminate TPS for Venezuela, I expect to lose my work authorization and driver's license on April 2, 2025, and my legal status on April 7, 2025.

3. I am a member of the National TPS Alliance, and joined voluntarily because I believe in the mission of the organization to defend the TPS program.

4. I am submitting this declaration to describe the harm I have suffered since the announcement of the vacatur of the extension of TPS for Venezuela, and the harm we would suffer if TPS is ultimately terminated.

### Background

5. In Venezuela, I was a small business owner. In around 2019, together with my brother and a family friend, I started a business to manufacture egg separators. Many people did not believe it was possible to start a business in Venezuela with the economic and political crisis, but we believed in ourselves and we wanted to try.

6. At first, our main problem was that, due to rationing of electricity, the lights kept being shut off. We would go up to five or six hours without light.

7. Our problems got worse when the government declared that the recycled cardboard and paper that was a primary material in our factory was to be considered "material of strategic importance" to the government. After that, it became much more difficult and expensive to buy and transport the material we needed.

8. In around 2022, one of my business partners was detained by the National Guard. They accused him of transporting material of strategic importance without proper permission and threatened him with up to twenty years in prison. Ultimately, he was

released after six days, but the experience was terrifying for me. Every day that he was detained, I traveled two to three hours to the jail to bring him food. In Venezuela, the conditions in jails are horrible. There is not enough food and people die of hunger and sickness. If a prisoner's family or friends do not bring them food, they do not eat.

9. I was so scared after that that I never returned to our factory.

10. Ultimately, we had to close our business down. It just became too difficult and expensive to keep it open.

11. On top of the problems with my business, the economic crisis in Venezuela was affecting me emotionally. Daily life in Venezuela is very difficult. You regularly go five or six hours without electricity. There are very long lines to purchase natural gas and gasoline. I started to feel constantly depressed by the situation. It seemed like I could pass my entire life away just waiting for things to improve and wondering if they ever would.

12. In July 2023, I decided to visit the United States. At the time, I did not intend to stay long-term. My plan was to get to know the country a little and then return to Venezuela. I flew to Los Angeles, and entered on a visitor visa. A close friend from Venezuela let me stay with her at her home.

13. In October 2023, while I was still visiting the United States, Venezuela was designated for Temporary Protected Status. Since I had arrived before July 31, 2023, I was eligible to apply. My family in Venezuela encouraged me to stay in the United States because the situation in Venezuela remained extremely difficult.

**Impact of Temporary Protected Status**

14. When I received my TPS status and work authorization, I felt blessed. I was so content to be able to be here in this country lawfully. It was deeply satisfying to be able to get a driver's license and social security number, open my own bank account, and start to work.

15. Before receiving my work permit I did only odd jobs here and there, like cleaning homes and babysitting. Once I had my work authorization and a drivers' license, my friend showed me how to apply for work with some app-based delivery companies.

My economic situation started to improve.

16. As I settled in to my new life in Los Angeles, I felt my emotional state began to change. I no longer felt depressed all the time. I felt more stable, both emotionally and economically. I was happy.

17. With my delivery jobs, I was able to send some money back to my parents and my adult daughter in Venezuela. All the Venezuelans I know who live outside of the country do this. We have to help our families, because it is so difficult to get by on the salaries in Venezuela.

18. My mother is a professor. She has a graduate degree. But in Venezuela, she still does not earn enough to buy the basic things she needs. The money that I send her helps her and my father to buy food and medicine.

**Impact of the Decision to Terminate TPS**

19. In January of this year, I learned about the extension of Venezuela's TPS designation from an immigration lawyer I follow on social media. I felt so relieved, like a weight was lifted from my chest.

20. Then, a few weeks later, I woke up to find many messages on my phone from a close family friend. She let me know that the TPS extension had been revoked. I was consumed by worry and stress. My mind was racing, trying to figure out what to do.

21. I recently applied for asylum based on persecution I experienced in Venezuela. But I understand that my pending asylum application does not protect me against the possibility of deportation once my TPS expires.

22. A few days after the TPS extension was revoked, union organizers who have been helping us delivery drivers organize to improve our working conditions called a meeting to talk about TPS. They shared that an organization called the National TPS Alliance was working with TPS holders to try to defend the TPS program. I felt nervous, but I decided that I wanted to get involved because these TPS decisions are affecting my life.

23. I joined the National TPS Alliance voluntarily, because I believe in its

mission to defend TPS. Speaking to other NTPSA members, including a member who was also a plaintiff in the *Ramos* lawsuit, which challenged the prior TPS terminations during the first Trump administration, helped give me the courage to be part of this lawsuit.

24. I do not know what I will do if my TPS ends in April. I have not been able to sleep at night since the termination was announced.

25. My work permit and driver's license both expire on April 2, 2025. Without them, I will lose my job. My legal status will be terminated on April 7, 2025.

26. I cannot go back to Venezuela. Conditions there have not improved. If anything, they have gotten worse. And I have an obligation to help my parents, who depend on the financial support I have been providing. They raised me and gave me so much. Now it is my turn to help them.

27. I have always tried to follow the rules and do things correctly. But I feel like I am now in an impossible situation and I have no idea what to do.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Culver City, California this 19th day of February, 2025.

/s/ Hendrina Vivas Castillo

Hendrina Vivas Castillo

CIVIL LOCAL RULE 5.1 ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

　　　　　　　　　　　　　　　　　　*/s/ Emilou Maclean*
　　　　　　　　　　　　　　　　　　Emilou Maclean



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**DECLARATION OF HENDRINA VIVAS CASTILLO**" is, to the best of my knowledge and belief, a true and accurate translation from English into Spanish (LA).

_____
Jacqueline Yorke

Sworn to before me this
February 19, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

## DECLARACIÓN DE HENDRINA VIVAS CASTILLO

Yo, Hendrina Vivas Castillo, declaro lo siguiente:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Tengo 49 años y soy ciudadana de Venezuela. He vivido en los Estados Unidos desde julio de 2023 y soy beneficiaria de la designación de Condición de Protección Temporal (TPS) de 2023. Como resultado de la decisión de la secretaria de Seguridad Nacional, Kristi Noem, de terminar la TPS para Venezuela, espero perder mi autorización de trabajo y licencia de conducir el 2 de abril de 2025, y mi estado legal el 7 de abril de 2025.

3. Soy miembro de la National TPS Alliance, y me inscribí voluntariamente porque creo en la misión de la organización de defender el programa de la TPS.

4. Presento esta declaración para describir el daño que he he sufrido desde el anuncio del *vacatur* de la TPS de extensión para Venezuela y el daño que sufriríamos si la TPS finalmente se terminara.

### Antecedentes

5. En Venezuela, era propietaria de una pequeña empresa. Aproximadamente en 2019, junto con mi hermano y un amigo de mi familia, inicié un negocio para fabricar separadores de huevos. Muchos no creían que fuera posible iniciar un negocio en Venezuela con la crisis económica y política, pero creíamos en nosotros mismos y queríamos intentarlo.

6. Al principio, nuestro principal problema era que, debido al racionamiento de la electricidad, se seguía cortando la luz. Pasábamos hasta cinco o seis horas sin luz.

7. Nuestros problemas empeoraron cuando el gobierno declaró que el cartón y el papel reciclado que eran un material principal en nuestra fábrica debían considerarse "materiales de importancia estratégica" para el gobierno. Tras eso, se volvió mucho más difícil y costoso comprar y transportar el material que necesitábamos.

8. Aproximadamente en 2022, uno de mis socios comerciales fue detenido por

1  la Guardia Nacional. Lo acusaron de transportar material de importancia estratégica sin el
2  permiso adecuado y lo amenazaron con hasta veinte años de prisión. Finalmente, fue
3  liberado luego de seis días, pero la experiencia fue aterradora para mí. Todos los días que
4  fue detenido, viajaba de dos a tres horas hacia la cárcel para llevarle comida. En
5  Venezuela, las condiciones en las cárceles son horribles. No hay suficientes alimentos y las
6  personas mueren de hambre y enfermedad. Si la familia o los amigos de un prisionero no
7  les traen comida, no comen.
8        9.     Estaba tan asustada después de eso que nunca regresé a nuestra fábrica.
9       10.     Por último, tuvimos que cerrar nuestro negocio. Acaba de volverse
10 demasiado difícil y costoso mantenerlo abierto.
11      11.     Además de los problemas con mi negocio, la crisis económica en Venezuela
12 me estaba afectando emocionalmente. La vida diaria en Venezuela es muy difícil. Pasas
13 regularmente cinco o seis horas sin electricidad. Se hacen líneas muy largas para comprar
14 gas natural y gasolina. Comencé a sentirme constantemente deprimida por la situación.
15 Parecía que podía pasar toda mi vida esperando que las cosas mejoraran y preguntándome
16 si alguna vez lo harían.
17      12.     En julio de 2023, decidí visitar los Estados Unidos. En aquel momento, no
18 tenía la intención de quedarme a largo plazo. Mi plan era conocer un poco el país y luego
19 regresar a Venezuela. Volé a Los Ángeles e ingresé con una visa de visitante. Una amiga
20 cercana de Venezuela dejó que me quedara con ella en su casa.
21      13.     En octubre de 2023, mientras aún visitaba los Estados Unidos, Venezuela fue
22 designada para la Condición de Protección Temporal. Gracias a que había llegado antes del
23 31 de julio de 2023, era elegible para presentar una solicitud. Mi familia en Venezuela me
24 alentó a que me quedara en los Estados Unidos porque la situación en Venezuela seguía
25 siendo extremadamente difícil.
26                            **Impacto de la Condición de protección temporal**
27      14.     Cuando recibí mi estado de TPS y autorización de trabajo, me sentía
28 bendecida. Estaba muy contenta de poder estar aquí en este país de manera legítima. Fue

muy satisfactorio poder obtener una licencia de conducir y un número de seguro social, abrir mi cuenta bancaria propia y comenzar a trabajar.

15. Antes de recibir mi permiso de trabajo, solo hacía trabajos ocasionales aquí y allá, como hace aseo en casas y cuidar niños. Una vez que tuve mi autorización de trabajo y una licencia de conducir, mi amigo me mostró cómo solicitar trabajo en algunas empresas de entrega basadas en aplicaciones. Mi situación económica comenzó a mejorar.

16. A medida que mi nueva vida en Los Ángeles se solventaba, sentía que mi estado emocional comenzaba a cambiar. Ya no me sentía deprimida todo el tiempo. Me sentía más estable, tanto emocional como económicamente. Estaba feliz.

17. Con mis trabajos de entrega, podía enviar algo de dinero a mis padres y a mi hija adulta en Venezuela. Todos los venezolanos que conozco que viven fuera del país hacen esto. Tenemos que ayudar a nuestras familias, porque es muy difícil salir adelante con los salarios en Venezuela.

18. Mi madre es profesora. Tiene un título de posgrado. Pero en Venezuela, todavía no gana lo suficiente para comprar las cosas básicas que necesita. El dinero que le envío la ayuda a ella y a mi padre a comprar alimentos y medicamentos.

**Impacto de la decisión de terminar la TPS**

19. En enero de este año, me enteré de la extensión de la designación de TPS de Venezuela de un abogado de inmigración que sigo en las redes sociales. Me sentí tan aliviada, como si me levantaran un peso del pecho.

20. Luego, unas semanas después, me desperté encontrando muchos mensajes en mi teléfono de una amiga cercano de mi familia. Me contó que la extensión de la TPS había sido revocada. Me consumía la preocupación y el estrés. Mi mente daba vueltas, tratando de averiguar qué hacer.

21. Recientemente solicité asilo por la persecución que experimenté en Venezuela. Pero entiendo que mi solicitud de asilo pendiente no me protege contra la posibilidad de deportación una vez que mi TPS venza.

22. Unos días después de que se revocara la extensión de la TPS, los

organizadores sindicales que nos han ayudado a los conductores de entregas se organizan para mejorar nuestras condiciones laborales llamaron a una reunión para hablar sobre la TPS. Compartieron que una organización llamada National TPS Alliance estaba trabajando con los titulares de TPS con la intención de defender el programa TPS. Me sentía nerviosa, pero decidí que quería involucrarme porque estas decisiones de la TPS están afectando mi vida.

23. Me uní a la National TPS Alliance voluntariamente, porque creo en su misión de defender la TPS. Hablar con otros miembros de la NTPSA, incluido un miembro que también era demandante en la demanda de *Ramos*, que impugnaba las anteriores rescisiones de la TPS durante la primera administración de Trump, me ayudó a darme el coraje de ser parte de esta demanda.

24. No sé qué haré si mi TPS se termina en abril. No he podido dormir por la noche desde que se anunció la rescisión.

25. Mi permiso de trabajo y licencia de conducir vencen el 2 de abril de 2025. Sin ellos, perderé mi trabajo. Mi condición legal finalizará el 7 de abril de 2025.

26. No puedo volver a Venezuela. Las condiciones no han mejorado. Al contrario, han empeorado. Y tengo la obligación de ayudar a mis padres, que dependen del apoyo financiero que les he estado proporcionando. Me criaron y me dieron tanto. Ahora es mi turno de ayudarlos.

27. Siempre he intentado seguir las reglas y hacer las cosas correctamente. Pero siento que ahora estoy en una situación imposible y no tengo idea de qué hacer.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto, y que esta declaración se firmó en Culver City, California, el día 19 de febrero de 2025.

Hendrina Vivas Castillo