# EXHIBIT 1





Post

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

**Kristi Noem** @KristiNoem

Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let America's open border be the solution to their problem.

The tragic murder in Georgia proves that Biden's border policies are putting our kids in danger.

foxnews.com/us/ice-confirm...

7:19 PM · Feb 26, 2024 · **185.2K** Views

807 2.6K 8.3K 88

Post your reply Reply

**Marla Hohner** @marlahohner · Feb 26, 2024
Again, it goes without saying:

45 21 101 3.2K

**Chris Pressley** @sparty8607 · Feb 26, 2024
#TrumpNoem2024

**David Michaels** @DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Post

Search

45 · 21 · 101 · 3.2K

**Chris Pressley** @sparty8607 · Feb 26, 2024
#TrumpNoem2024

1 · 13 · 1.1K

**Craig** @Marine1CK · Feb 26, 2024
I have written and called my representatives, and they respond politely and say they are doing their best. They are liars, and Americans don't trust their leadership.

7 · 322

**John Brooks** @JohnBro13865445 · Feb 26, 2024
Similar to what Castro did years ago
To the U.S.

6 · 245

**Red Bird 72** @RedBird725 · Feb 26, 2024
I find it to be very interesting that the governor of SD comments and shows more compassion than Pres Biden. Of course maybe because he created the border crisis, allowing this man into our country, makes it too embarrassing to face Americans.

5 · 1 · 148

**PhyllisA** @phyllisa99998 · Feb 26, 2024
Trump did this 🤣🤣

9 · 308

**Tuners** @Tuners36 · Feb 26, 2024
Time to send them back.

2 · 180

**James Holden** @jamesholden007 · Feb 26, 2024
Bidens egregious border policy would almost be laughable if it wasn't for the deaths and mayhem cause by allowing drugs and dangerous criminals in through the open border.

1 · 1 · 60

**hellcat_180mph** @hellcat_180mph · Feb 26, 2024
FJB

Donald J. Trump
@realDonaldTrump

Crooked Joe Biden's Border INVASION is destroying our country and killing our citizens! The horrible murder of 22-year-old Laken Riley at the University of Georgia should have NEVER happened! The monster who took her life illegally entered our Country in 2022...and then was released AGAIN by Radical Democrats in New York after injuring a CHILD!! When I am your President, we will immediately Seal the Border, Stop the Invasion, and on Day One, we will begin the largest deportation operation of illegal CRIMINALS in American History! May God Bless Laken Riley and her family!!! Our prayers are with you!

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.



Post

Reply

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

operation of illegal CRIMINALS in American History! May God Bless Laken Riley and her family!!! Our prayers are with you!

1 · 8 · 126

**InquisitiveScout** @scout8712 · Feb 26, 2024
Then why did djt give Venezuelans temporary legal status ?

> **POBrien-Blue Crew** @obrien70p · 1h
> jr., he was in the U.S. illegally from Venezuela.
> Your daddy dearest can take credit for giving Venezuelans legal status!
> He did this on 2/28/2019. 👇
> Do you remember?
> You should.
> You were considered a "Top Advisor".
> Or were you in a stupor with Ronny!
>
> **Trump grants Venezuelans temporary legal status on his way out**
> The U.S. will defer for 18 months the removal of certain Venezuelan nationals.
>
> 
>
> Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

12

**Lisa Marie** @Lisasinglee · Feb 26, 2024
Biden brought them here. Send Biden and the gang bangers to an island far away to live together.

22

**Jerimiah Stapleton** @Jstapleton005 · Feb 26, 2024
When this country gets attacked, the blood will be on the hands of everyone who has voted for Democrats.

25

**Corey Hall** @OG_COREY_HALL · Feb 26, 2024
And now they are invading our state as well. I see them on the daily begging for money in Rapid City. Walking in huge packs with suitcases. Please get a handle on this!!!

7

**InquisitiveScout** @scout8712 · Feb 26, 2024
There's other issues putting people at risk- remember this killing?⬇️⬇️⬇️

> **Ahmaud Arbery**
> UPDATED NOVEMBER 24, 2021 · 3:23 PM ET
> By Merrit Kennedy, Jaclyn Diaz
>
> 

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.





X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

Post | Reply | Search

By Merrit Kennedy, Jaclyn Diaz

Travis McMichael (from left); his father, Gregory McMichael; and William "Roddie" Bryan have been on trial over the killing of Ahmaud Arbery, a Black man who was fatally shot while out for a run last year in Georgia.
*Sean Rayford, Octavio Jones-Pool/ Getty Images*

The three white men who chased down and killed Ahmaud Arbery, a 25-year-old Black man who was jogging through their Georgia neighborhood last year, were all found guilty

12

**J & M🇺🇸🇺🇸🇺🇸🇺🇸** @Trumpsters45 · Feb 26, 2024
Venezuela says now they DONT take any Venezuelas back from America
9

**guyp** @jackflash59 · Feb 26, 2024
Except it was under Trump that these killers came in, back in 2019. And Tex Abbott sent them to New York, free bus ride.
1 1 28

**There is only One Light in ...** @McKel... · Feb 26, 2024
Sounding more like a VP every speech!!
3 5 908

**Mervin Merencio** @LqbanoMulato · Feb 26, 2024
Biden tried to change the border policy but GOP shot it down. Cut the crap.
1 6 76

**Antifa South Dakota Chapter** @SD_Antifa · Feb 26, 2024
You and your MAGA cult are more dangerous than migrants. Full stop.
14 143

**B MAC** @MamaBird49 · Feb 26, 2024
And, we can't deport them!

Asinine
1 85

**BadHabits_LV** @Badhabits_LV · Feb 26, 2024
And once they get here Venezuela won't take them back.
6 1 35 2.5K

**Piano Music** @PianoMusic37 · Feb 26, 2024
👊🇺🇸
3 150

**MedSciInsights** @Health__Vibes · Feb 26, 2024
💙💙
1 2 1K

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Post

Reply

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Piano Music @PianoMusic37 · Feb 26, 2024

3 150

**MedSciInsights** @Health__Vibes · Feb 26, 2024
💙💙

1 2 1K

**Mark R Sweeney** @MarkSweeney777 · Feb 26, 2024
Soon Venezuela will be safer than the USA! It's not just an invasion it is a coup and a revolution to over throw our way of life. I fear for our nation. This will not end well.

1 5 62

**Hanshi ODonnell** @HanshiODonnell · Feb 26, 2024
I have been saying this since this shit started.
How many other Countries have and are emptying their Jails and Psych Wards right now as we speak, and sending them to the US???
What If a Leader of a Country, needed to clean up its own country, Huuuumm Would they send them all to
Show more

3 5 478

**Tess Schmigiel** @tschmigiel · Feb 26, 2024
So ridiculous!! He needs to go now - we may not make it to November!! 🤬

4 97

**Ruben Michaels**🎸🎶🎼... @MicaelsRub... · Feb 26, 2024
You should resign or explain your Affairs...Hussy

11 16 61 1.7K

**StOrMyNiGhT** @Nautiguy48 · Feb 26, 2024
It is time to start arresting democrats that support the violation of our laws.

16 4 58 2K

**Flash**☄️💥💥 @1974_Pegasus · Feb 26, 2024
This open border policy has put all of US in danger. Biden & adm have lied repeatedly! If Joe ever tells the truth, I won't believe it. But that's a big IF!

1 4 44

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

GROK

X

Post

Search

- Home
- Explore
- Notifications `2`
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829

**Flash** 💋💥💥 ✅ @1974_Pegasus · Feb 26, 2024
This open border policy has put all of US in danger. Biden & adm have lied repeatedly! If Joe ever tells the truth, I won't believe it. But that's a big IF!

💬 1    🔁    ♡ 4    ၊�050 44    🔖    📤

**Dianne Callahan** ✅ @DianneCallaha16 · Feb 27, 2024
This is a lie and she knows it. Remember, MAGA Republicans use fear and lies to intimidate voters.

What she fails to tell you here is the truth. Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans. Just the facts maim.

💬 14    🔁 9    ♡ 60    ၊၊ 1.6K    🔖    📤

**Chase Odell** 🐘🟥🏝️🐂🐎🐖 @ChaseOdell7 · Feb 26, 2024
Not open, but the GOP might be the problem.



💬    🔁 4    ♡ 11    ၊၊ 442    🔖    📤

**C-Bo the Eggman** @CBoTheEggman · Feb 26, 2024
Trump tried to engineer a coup in Venezuela, but failed, creating more instability, and contributing to millions migrating out of the country seeking asylum. Trump also signed an order right before he left office that prohibited deportation of Venezuelans.

💬    🔁 14    ♡ 50    ၊၊ 700    🔖    📤

**Brooklyn Flowers** @BrooklynFlowe15 · Feb 26, 2024

anyone_want_on... **Follow** ⋮
@anyonewantch...

Trump cheated on Ivana & cheated on Marla with Melania & cheated on Melania with Stormy & Karen. Potential Trump VP Kristi Noem cheated on her husband with Corey Lewandowski, who's also married & had cheated on his wife with Hope Hicks. Family values my ass.

---

**Relevant people**

Kristi Noem ✅
@KristiNoem    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**

Khloé in Wonder Land
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📣 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Post    Reply    ♀



Stormy & Karen. Potential Trump husband with Corey Lewandowski, who's also married & had cheated on his wife with Hope Hicks. Family values my ass.

💬 3    🔁 13    ♡ 26    📊 361    🔖    ⬆️

**Grover One** ✓ @groversmith1 · Feb 26, 2024    ✗ ···
Congratulations on more lies dumped on your gullible followers.

You and your party are more interested in talking about the border than actually doing anything.

💬    🔁    ♡ 1    📊 12    🔖    ⬆️

**Dean Gloster** @deangloster · Feb 26, 2024    ···
The policy of blanket non-deportations of undocumented Venezuelans was Trump's, not Biden's.

> 📄 wsj.com
> Trump Approves Deportation Protections for V...
> As one of his final acts in office, President Trump has authorized a program to give work...

💬 3    🔁 6    ♡ 15    📊 471    🔖    ⬆️

**Denise Wheeler** 💙🤍 @denisedwheeler · Feb 26, 2024    ✗ ···
Kristi Noem is lying. In order to win FL in 2020, Trump needed the Venezuelan vote. He made a deal to give all Venezuelans living in the US illegally, deportation protections. He signed the executive order and Gaetz, DeSantis & Rubio helped arrange the protections w State Dept.

💬 2    🔁 11    ♡ 26    📊 1K    🔖    ⬆️

**Bruce Bunner** @BruceBunner1 · Feb 26, 2024    ✗ ···
Kristi, when I see the GOP pass sensible gun legislation and an effort to stop this other than thoughts and prayers then I will believe you care about kids safety.

UVALDE SHOOTING VICTIMS

💬 1    🔁 3    ♡ 8    📊 121    🔖    ⬆️

**Deirdre Flanagan** @DeirdreFlanagan · Feb 26, 2024    ✗ ···
TRUTH: President Biden inherited an

---

# X

🏠 Home
🔍 Explore
🔔 Notifications ②
✉️ Messages
Grok
📋 Lists
🔖 Bookmarks
💼 Jobs
👥 Communities
✓ Premium
⚡ Verified Orgs
👤 Profile
⊙ More

**Post**

**David Michaels**
@DavidMi47644829

---

## Relevant people

**Kristi Noem** ✓
@KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

## What's happening

Khloé in Wonder Land
LIVE

Jeep. There's Only One.
Choose gas. Choose hybrid. Choose electric.
⬛ Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



---

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Post Reply

MGN

1 3 8 121

**Deirdre Flanagan** @DeirdreFlanagan · Feb 26, 2024

TRUTH: President Biden inherited an immigration system in tatters. The Trump administration cut off legal pathways to citizenship, leaving would-be migrants with fewer lawful methods of entering the country. They cut funding to Central American countries in 2019 as they splurged on an ineffective, costly wall.

It was the Trump administration that tightened sanctions on Cuba, Venezuela, and Nicaragua, exacerbating the macroeconomic crises that have led hundreds of thousands to flee and arrive at the southern border. When they pulled the rug out from various, essential assistance programs, they made the problem worse.

1 2 5 46

**Mr. C** @knowledgewins8 · Feb 26, 2024
Why is so hard to acknowledge that they are coming in from the North as well. Trudeux has allowed Chinese Military to train on our Northern border. Build a wall in the North!!!

**ana mcnally** @aimcnally1956 · Feb 27, 2024
Every nation in the world takes advantage of the Americans naivety

1 17

**Be kind to Animals!** @HOWS00NISN0W · Feb 26, 2024
Will you be adultering with any of them

2 9 219

**Debra Ponto** @PontoDebra · Feb 26, 2024
What did your Republicans do? Absolutely nothing because your cult leader told them not to. You just blow black smoke Kristi.

9 111

**Gbob** @lynn_hettinger · Feb 26, 2024
My God you're a liar.

1 8 100

**Amy2972** @Amyy2972 · Feb 26, 2024
Yeah all those children being released from prison & crossing the border are coming here to taget the children here.
All anyone gets from you is political theater & playground politics.
You help no one but yourself & that racist rapist you want back in the WH

12 148

**Mick in SC** @morrowmed · Feb 26, 2024
The guy in Georgia got in because the GOP voted no on funding border security.If Biden were a dictator like Putin the border would

David Michaels
@DavidMi47644829

Search

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.
Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

Post    Q Search

Home

Explore

Notifications 2

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829

**Relevant people**

Kristi Noem ✔
@KristiNoem    [Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

[Subscribe]

**What's happening**

Khloé in Wonder Land
LIVE

Jeep. There's Only One.
Choose gas. Choose hybrid. Choose electric.
📺 Promoted by Jeep

Politics · Trending
Colony Ridge
10.7K posts

Politics · Trending
Medicaid
110K posts

Trending in United States
#NBAAllStar
9.821 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

···the wit

Mick in SC @morrowmed · Feb 26, 2024
The guy in Georgia got in because the GOP voted no on funding border security.If Biden were a dictator like Putin the border would be fixed. Biden has to count on a criminal GOP to pass laws to fix the border.The GOP controls the cartels and aren't going to give up the drug money
💬 1    🔁    ♡ 4    ıⅡ 115    🔖    ⬆

Glenna Thill @glenna_thill · Feb 26, 2024
Work on South Dakota, thats your job.
💬 1    🔁    ♡ 6    ıⅡ 132    🔖    ⬆

FK47 @wokeAF2024 · Feb 26, 2024



💬    🔁    ♡ 5    ıⅡ 46    🔖    ⬆

mj @jensen_49 · Feb 26, 2024
Last week a 16 year old transgender was beaten to death by students in Oklahoma.  The state senator cheered this on.  Where is your statement about what happened.  Using a tragedy to benefit you is also a tragedy
💬    🔁    ♡ 7    ıⅡ 73    🔖    ⬆

Cindi Woohoo @CindiWoohoo · Feb 26, 2024

💬    🔁    ♡ 7    ıⅡ 168    🔖    ⬆

Sean Snyder ✔ @wolfsny66 · Feb 26, 2024
Did you know that trump is the one who changed the rules for Venezuela's entering the country?

He did it to appease Venezuelan migrants already living in Florida.
💬    🔁 2    ♡ 10    ıⅡ 122    🔖    ⬆

Gary Skye @skye_gary · Feb 26, 2024
Fear mongering, eh? Republicans are good at that.





Post

Did you know that trump is the one who changed the rules for

He did it to appease Venezuelan migrants already living in Florida.

2 10 122

**Gary Skye** @skye_gary · Feb 26, 2024

Fear mongering, eh? Republicans are good at that.

2 8 154

**Stronger Together**🟧☮️🏳️‍🌈❤️… @Theni… · Feb 26, 2024

Venezuela

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

3 8 192

**Common Sense #1** @PleaseThink1776 · Feb 26, 2024

Trump's policy

Venezuela

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

5 9 174

**LINDZEE** @WVUMAMA2 · Feb 27, 2024

Can you provide PROO that they are sending prisoners or is that just more Maga BS?

You know what's putting our kids in danger....GUNS!! They're the #1 cause of deaths in kids. Magas don't care because they get so much money from the NRA.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**David Michaels**
@DavidMi47644829

Search

**Relevant people**

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Grok

Post    Reply    Search

Home
Explore
Notifications 2
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Can you provide PROO that they are sending prisoners or is that just more Maga BS?

You know what's putting our kids in danger....GUNS!! They're the #1 cause of deaths in kids. Magas don't care because they get so much money from the NRA.

1 · 1 · 3 · 27

**Brian Stevens** @bristevens · Feb 27, 2024
Trump's final act in office was to let the Venezuelan migrants stay here. But tell me more how this is Biden's fault.

1 · 7 · 37

**SAH1980** @SAH19801 · Feb 27, 2024
If you're up for VP you better brush up on Trump policies. He left this on the way out the door.

Trump grants Venezuelans temporary legal status on his way out

From politico.com

2 · 7 · 90

**Matt Reed** @Reedsrebels17 · Feb 27, 2024
Who is responsible for Venezuela emptying their prisons and paying the way for these criminals?
China?

6 · 2 · 7 · 453

**Claude Bouchard** @ceebee308 · Feb 27, 2024
Speaking of Venezuela...

Trump orders 18-month halt to removal of Venezuelans from the U.S.

From reuters.com

3 · 1 · 5 · 85

**BravoBuzzard** @BravoBuzzard · Feb 27, 2024
It's the equity aspect of the DEI policy. Bringing down the greatness of our country levels the playing field of lesser countries.

1 · 19

**TheRealMichaelScott🇺🇸 ...** @MikeScott... · Feb 27, 2024
I hope trump picks you for VP candidate because it will ensure a President Biden win. Come on, loser Trump, pick the Palin-Cursed Noem for VP.

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.







Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**TheRealMichaelScott🇺🇸 ...** @MikeScott... · Feb 27, 2024
I hope trump picks you for VP candidate because it will ensure a President Biden win. Come on, loser Trump, pick the Palin-Cursed Noem for VP.
9

**comeonforsome** @comeonforsome · Feb 26, 2024
Give it up Trump is not gonna pick you because Corey
1 68

**Legacy Speaks** @LegacySpeaks2 · Feb 26, 2024
Wait. Trump loves the new president of Venezuela. Can't your god stop it?
1 31

**Coffee4me2** @Coffee4us123 · Feb 26, 2024
Call your senators?
2 108

**RESIST 🫂💛💫🫂** @DennyWill14 · Feb 26, 2024
FEAR MONGERING AND SENDING OUT HATE CRIME SIGNALS...... LAW ENFORCEMRNT SHOULD BE DOING SOMETHING ABOUT THE ATTEMPTED COUP OF A NATION THROUGH THE UNINTELLIGENT BABOONS LIKE NOEM, BOEBERT, MTG.
@DOJ
1 13

**Joe Cup** @Cupofjoe1962 · Feb 26, 2024
Sometimes you need to think outside the box

40

**Scott Carmichael** @scocrmch62 · Feb 26, 2024
#LyingSackOf 💩
1 35

**Ramon Sasquatch** @MrDuck210 · Feb 26, 2024
A lot of other countries are sending the U.S. their criminals out of prisons. I believe the UN and Biden are in on this program together to flood the U.S. with criminals!

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Post

**Ramon Sasquatch** @MrDuck210 · Feb 26, 2024
A lot of other countries are sending the U.S. their criminals out of prisons. I believe the UN and Biden are in on this program together to flood the U.S. with criminals!
3 · 84

**BobMelan** @bmelan67 · Feb 26, 2024
EVERYONE knows this is fear-mongering for the elections. #PutinsPuppets #PutinsGOP
6

**Randy🇺🇸🗽** @docgoodloe · Feb 26, 2024
Yes and it was the orange tumor who signed the EO saying verified Venezuela citizens be allowed in the country immediately, you people really think we are all blind MAGAt followers,.some of us know and keep track of government actions, try again Gov. Simple Mind!!
3 · 10

**Sixty Six & Refind** @BonSixtySix · Feb 26, 2024
Because Trump rolled out the welcome mat for them, specifivally for Venezuelans you fake wanna be Barbie VP....

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

2 · 36

**Janet Iams Shannon** @avgusergirl · Feb 26, 2024
Trump enacted the Venezuela migrant forgiveness program, not Biden.
1 · 9 · 128

**Humble Hal** @HalHarger · Feb 26, 2024
And yet it can keep until after the election.
1 · 6 · 123

**Strikers** @Dictator_Slayer · Feb 26, 2024
You people have no problem with shameless lying. None!

POLITICO

Search

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

Might come up with a fact now and then. Show us these empty jails please.

💬        🔁        ♡ 2        📊 27        🔖 ⬆️

**charlie** @herbiechar · Feb 26, 2024
Why do you allow Kristi LIE to you!!

💬        🔁        ♡ 4        📊 86        🔖 ⬆️

**Dr. Daniel, PhD** @SirDanielJ · Feb 26, 2024



💬        🔁        ♡ 3        📊 26        🔖 ⬆️

**Bob Schwab** @BobSchwab7 · Feb 26, 2024
Put Corey on it

💬        🔁        ♡ 2        📊 16        🔖 ⬆️

**Blue Dot in the Upstate** @CaerulaCanisSC · Feb 26, 2024
You missed someone else if you're hitting immigration as it relates

---

## Relevant people

**Kristi Noem** ✓
@KristiNoem                    [Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

[Subscribe]

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📢 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

2 16

**Blue Dot in the Upstate** @CaerulaCanisSC · Feb 26, 2024
You missed someone else if you're hitting immigration as it relates to Venezuela.

Unless you're not serious about this and it's all for show.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

4 31

**ChuSez** 🇺🇸🇺🇦🇮🇱 @BillWilde388919 · Feb 26, 2024
Oh no! Is Corey endangered? We must do something!

2 31

**Thomas S** @Tjsplumb · Feb 26, 2024
Nobody believed Trump when he said this but it's true. These countries are giving their prisoners a one-one thousand count to escape

1 13

**Morgothra** @morgothra · Feb 26, 2024
The murderer that was released due to overcrowding that has resulted from GOP created budget problems.

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Post

resulted from GOP created budget problems.



ripgop

# WHY THERE IS A
# BORDER CRISIS IN 2023

In 2022, Republicans voted against
necessary border funding, opposing:
$7.2 billion for Border Patrol operations,
including for hiring; $65 million for
300 more Border Patrol agents;
and $60 million for additional personnel
at ports of entry.

Republicans created the current
problem so they could use the border
as another fear mongering dog
whistle against Biden.

*Republicans put their party
NOT
America First.*

♡ 5    ıl 37

**Bill likes guitars** @TakamineBill · Feb 26, 2024
Dakota Barbie with delusions of relevance.

ıl 9

**Balang** @Ba4lang · Feb 26, 2024
Send to your state 😅

♡ 4    ıl 44

**YachatsSteve**🇺🇸🦅 @stevepaul59 · Feb 26, 2024
Maybe they want to join your sex cult.

C'MON, JUST LET ME **SCHLAPP**
IT AROUND A LITTLE. IT'S NOT
**GAY** IF WE DON'T TELL ANYONE

**Linda Duba** @sdduba · Feb 26, 2024
This is not the GOP that I remember. It's a cult
x.com/ProjectLincoln...

---

## Relevant people



**Kristi Noem** ✓
@KristiNoem                    Follow

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## Subscribe to Premium to
## write your own longer
## posts

Write longer posts and apply text
formatting such as bold and italic.

Subscribe

## What's happening



Khloé in Wonder Land
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose
electric.
📷 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



---

# X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829

← **Post**

**Linda Duba** @sdduba · Feb 26, 2024
This is not the GOP that I remember. It's a cult
x.com/ProjectLincoln...

💬    ↻    ♡ 2    📊 83    🔖    ⬆

**Jim Stratton🌀 🇺🇸🇺🇦 - @jfstratton...** @jf... · Feb 26, 2024    𝕏 ⋯
Shut up, you lying traitor.

💬    ↻ 1    ♡ 5    📊 30    🔖    ⬆

**Shieldmaiden Steph 🔱😡🥵** @SotaSteph · Feb 26, 2024    ⋯



Trump grants Venezuelans temporary legal status on his way out

From politico.com

💬    ↻    ♡ 4    📊 99    🔖    ⬆

**A.S.Embree** @s_embree1515 · Feb 26, 2024    𝕏 ⋯
Republicans voted down the very border policy they wrote in 2023 .
💅🤡👺 Trump  had  $25  million  in  donations  for  the  wall  ,
Not  one  dime  was  spent  on  the  wall  just  in  private  pockets.

💬    ↻    ♡ 6    📊 61    🔖    ⬆

**Paulie** @DragonsEyeImage · Feb 26, 2024    𝕏 ⋯
👈🏻👆🏻🤡

**SERIAL CHEATERS!**

**JUST IN CASE ANYBODY IS WONDERING, THIS IS THE GUY KRISTI HAS BEEN FUCKING WHILE USING TAXPAYER DOLLARS TO RENT HOTEL ROOMS**

💬    ↻    ♡ 9    📊 139    🔖    ⬆

**Sir Bluey** @voice97417 · Feb 26, 2024    𝕏 ⋯
Why must you lie about everything?  That includes your marriage!

---

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                    [Follow]
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**Subscribe to Premium to
write your own longer
posts**
Write longer posts and apply text
formatting such as bold and italic.

[Subscribe]

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**                    ⋯
Choose gas. Choose hybrid. Choose
electric.
📣 Promoted by Jeep

Politics · Trending                    ⋯
**Colony Ridge**
10.7K posts

Politics · Trending                    ⋯
**Medicaid**
110K posts

Trending in United States              ⋯
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Post

9 · 139

**Sir Bluey** @voice97417 · Feb 26, 2024
Why must you lie about everything? That includes your marriage!
3 · 21

**kj martin - out of Fs to give** @martin_kj · Feb 26, 2024
Do you ever do work for South Dakota or do you just keep collecting their money for your salary and use their money for political stunts at the border?
6 · 140

**Errol Edwards** @es_edwards · Feb 26, 2024

7 · 143

**Patriot Possum (Wes)** 🇺🇸 ... @WesCo... · Feb 26, 2024
And no one can make biden close the border apparently
1 · 4 · 107

**Tim** @tim10bob · Feb 26, 2024
Quit fear mongering. @KristiNoem is such a liar. Do not believe her gaslighting lies. Forever Trumper, loser.
1 · 4 · 18

**BlueInTN** @apluswaw · Feb 26, 2024
HOWS COREY !
2 · 71

**hnm19** @ogal_c · Feb 26, 2024
@JoeBiden joeb @BarackObama @AliMayorkas

Search

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

1 · 1 · 23

**Turd Ferguson** @Drut_Ferg · Feb 26, 2024
Can you even find Venezuela on a map?

1 · 19

**Capp** @Capp97403345 · Feb 26, 2024
Kristi - Are you just stupid or is gaslighting your only solution to everything? Grow a f**king brain, you miserable, sad and pathetic, sorry-excuse-for-a-Governor, let alone an American. FFS! Also, once again, THIS:

MAGA Republicans = Domestic Terrorists/Fascists

1 · 5

**GEE ROCKER** @GaryGeerocker · Feb 26, 2024
I saw earlier today that Venezuela crime is at a 23 year low going back to 2001 - Imagine my surprise.

1 · 6 · 92

**Delzerie Ortega** @DelzerieOrtega · Feb 26, 2024
Shame on you.

4 · 20

**"You look tired" means you loo...** @tfran... · Feb 26, 2024

2 · 16

**DayneKnite** @DayneKnite · Feb 26, 2024
The Venezuelan TPS Act was originally proposed to the US Congress on Jan 15, 2019, but the act failed. However, just before leaving office, Trump personally granted DED to Venezuela on Jan 19, 2021

Meaning Venezuelans enjoy a temporary legal immigration status.

5 · 150

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.



on Jan 31, 2019, but the act failed. However, just before leaving office, Trump personally granted DED to Venezuela on Jan 19, 2021

Meaning Venezuelans enjoy a temporary legal immigration status.

💬   ♡ 5   📊 150   🔖  ⬆️

**Doc Whitfield** @BBTB76 · Feb 26, 2024
Love this lady Patriot. SouthDakota got blessed when she became governor. Way to go governor  Noem. We in North Carolina have been watching you do the stand tall job that our governor is afraid to do.

💬   ↻   ♡ 2   📊 103   🔖  ⬆️

**2ndDIVGhetto** @350inBull · Feb 26, 2024
How's Corey?

💬   ↻   ♡ 2   📊 42   🔖  ⬆️

**KempCorruptGA** @ga_kemp · Feb 26, 2024
Hmm, it was Trump who allowed all Venezuelans in without exception.

💬   ↻   ♡ 1   📊 11   🔖  ⬆️

**colleen** @whataprettycow · Feb 26, 2024
Trump owns the border now.  Go tell the adjudicated rapist fraud that we blame him.  He told us to blame him so we do.  I hope he picks you for VP.  We've never had an all-Adulterous ticket before.

💬   ↻   ♡ 2   📊 14   🔖  ⬆️

**Bill wolf** ✔ @Wwolfhunt · Feb 26, 2024
It's tragic, that House Republican shut down the bipartisan, Senate border bill, and Republicans threw up in the southern border! How shameful that the Republican border crisis rages on, costing us valuable American lives.

#RepublicanBorderCrisis

💬   ↻   ♡   📊 29   🔖  ⬆️

**chigobiker3130** @chigobiker3130 · Feb 26, 2024

> ### Trump grants Venezuelans temporary legal status on his way out
>
> The U.S. will defer for 18 months the removal of certain Venezuelan nationals.
>
> Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo
>
> BY SABRINA RODRIGUEZ
> 01/19/2021 09:24 PM EST
> f   𝕏   🔗   •••

💬   ↻   ♡   📊 2   🔖  ⬆️

**AssCalloway** 🔥🔥🔥 @AssCalloway · Feb 26, 2024

---

**David Michaels**
@DavidMi47684829   •••

**Relevant people**

**Kristi Noem** ✔
@KristiNoem   [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
[Subscribe]

**What's happening**

Khloé in Wonder Land
LIVE

Jeep. There's Only One.
Choose gas. Choose hybrid. Choose electric.
📢 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2025 X Corp.





X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

David Michaels
@DavidMi47644829

← Post

01/19/2021 09:24 PM EST

2

**AssCalloway** 🇨🇦🇺🇸 @AssCalloway · Feb 26, 2024
This is Breitbart bullshit and you bought it.

4

**Barry Mapole** @RenMan00 · Feb 26, 2024
Kristi, you're so dumber you wouldn't know the difference between a border and a boarder.

4

**Dave** @dmp2you · Feb 26, 2024

Governor Kristi Noem, "God-Fearing" Family Woman, and Corey Lewan...

From vanityfair.com

6

**Vanessa** 🇵🇷🇺🇸 @Vanessa01336830 · Feb 26, 2024
This kids were mutilated beyond recognition by an American and nothing from you

5

**LastChanceTexaco** @TexacoLast · Feb 26, 2024
lying pos with 2ts&mouth

2

**QuincyAdamsGhost (Unindicted F...** @O... · Feb 26, 2024
YOU STUPID FUCKING WHORE, YOU DIDN'T SAY A THING ABOUT UVALDE. DON'T WANT TO UPSET THE NRA BC THAT WOULD PUT YOUR COCK SUCKING LYING MOUTH OUT OF BUSINESS. SPECIAL PLACE IN HELL FOR SCUM LIKE YOU AND YOUR BF COREY !!

14

**S.J.Israel** @sjisrael738 · Feb 26, 2024
what about the MAGA targeted attack on the Tree of Life Synagogue?

Search

## Relevant people

**Kristi Noem** @KristiNoem — Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

YOUR COCK SUCKING LYING MOUTH OUT OF BUSINESS. SPECIAL

Post

Reply

14

**S.J.Israel** @sjisrael738 · Feb 26, 2024
what about the MAGA targeted attack on the Tree of Life Synagogue?

14

**P Hawkins** @PrideHawkins · Feb 26, 2024
Why did the former president let those people in then if they are so dangerous? It is funny because a while back England emptied their prisons out to send those people to America? That is partly how Georgia was founded but you wouldn't know anything about that would you?

6

**bill truther** @BillTruther · Feb 26, 2024

Trump grants Venezuelans temporary legal status on his way out

From politico.com

6

**Generalissimo Donaldo El Trumpo ...** @... · Feb 26, 2024
Do you have any proof that the Venezuelan government is sending prisoners to the US, or is it just some creative political rhetoric? Wait..wait...Don't answer, Krispi.

1 21

**Rebel Just 4 Kicks** @toniadyson1010 · Feb 26, 2024
#lies are all you #republicans have

3 26

Search

**Relevant people**

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2025 X Corp.



**Post**

🔍 Search

## Relevant people



**Kristi Noem** 
@KristiNoem                    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

## What's happening



Khloé in Wonder Land
🔴 LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
🔲 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

MILLIONS OF STATE OF THE ART TOOLS TO COMBAT DRUGS, AND MUCH MORE
REPUBLICAN SENATORS GOT EVERYTHING THEY WANTED
BUT JOHNSON SAYS THE BILL IS DOA

💬          🔁          ♡ 3          📊 26          🔖    ⬆️

**Rebel Just 4 Kicks** @toniadyson1010 · Feb 26, 2024    𝕏  ···



Hi! I'm Mike Johnson. I'm keeping the border open and letting your kid die from fentanyl for Donald Trump.

💬          🔁          ♡ 4          📊 24          🔖    ⬆️

**Barbara Ketchum** @BarbaraKetchum7 · Feb 26, 2024    𝕏  ···

You just watch our military if war comes to our land!
Have no doubt at all.
They will defend us, their families, and their homeland despite any other orders!
Hell hath no fury as an American scorned!
They will not stand with Biden.

RESPECT
▶ GIF

💬          🔁          ♡ 1          📊 24          🔖    ⬆️

**YachatsSteve**🇺🇸 @stevepaul59 · Feb 26, 2024    𝕏  ···

'M SORRY... COULDN'T UNDERSTAND YOU WITH DONALD TRUMP'S

It's A life!    It's A right!

---


**David Michaels**
@DavidMi47644829   ···





**UNDERSTAND YOU WITH DONALD TRUMP'S ICK IN YOUR MOUTH**

♡ 5 · ıl 75

**Nt Paris** @1ahilton · Feb 26, 2024
Cult follower

♡ 2 · ıl 41

**OUT OF FUQS QWEEN** 👑 @SanteenaR · Feb 26, 2024
Lying POS

Fact-checking claim about Venezuela sending prisoners to the US sout…
From statesman.com

♡1 · ♡ 3 · ıl 21

**Skelly Duncan** @DuncanSkelly · Feb 26, 2024
Your incompetent Speaker from Louisiana is the problem. Trump will not "allow" him to pass the bill.

Next time you hear Republicans b;tch about the "border problem"...
BORDER FUNDING BILL
REMIND THEM THEY'RE THE PROBLEM!

ıl 6

**Kyle Michel Sullivan: Pure liber…** @kms… · Feb 26, 2024
You're ridiculous.

ıl 4

**Relevant people**

**Kristi Noem** ✓ @KristiNoem — Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**
Khloé in Wonder Land LIVE

Jeep. There's Only One. Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
Colony Ridge
10.7K posts

Politics · Trending
Medicaid
110K posts

Trending in United States
#NBAAllStar
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

**David Michaels** @DavidMi47644829



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Relevant people**

 Kristi Noem ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

💬 6

Kyle Michel Sullivan: Pure liber... @kms... · Feb 26, 2024
You're ridiculous.

💬   4

mike E @mike_sstempest · Feb 26, 2024



Republicans searching for ways to clear trump's name.

💬   ♡ 5   📊 20

Gustavo @GusHurt13 · Feb 26, 2024

THE PARTY
OF TRAITORS

💬   ♡ 3   📊 18

Tammy Swanson @TammySw96725525 · Feb 26, 2024
I wish you would use all these focus and energy on SD... you know the star where you are Governor!!

💬   ♡ 4   📊 57

fore_not_four (𝕎𝕚𝕝𝕝𝕚𝕒𝕞 𝔻𝕣𝕦𝕞𝕞... @altimagu... · Feb 26, 2024

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**

Khloé in Wonder Land
LIVE

Jeep. There's Only One.
Choose gas. Choose hybrid. Choose electric.
📣 Promoted by Jeep

Politics · Trending
Colony Ridge
10.7K posts

Politics · Trending
Medicaid
110K posts

Trending in United States
#NBAAllStar
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

 David Michaels
@DavidMi47644829



X

Home

Explore

Notifications 2

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

I wish you would use all these focus and energy on SD... you know the star where you are Governor!!

♡ 4    ılı 57

fore_not_four *William Drumm...* @altimagu... · Feb 26, 2024

Just had a thought 🤔
If they commit a crime & their country won't take them back, deport them to Ukraine to fight for them.

♡ 5    ılı 68

thzink111 @michaeldug20676 · Feb 26, 2024
GFY.

♡ 4    ılı 61

Keith Butler @keithrbutler · Feb 26, 2024
This is a lie and the worst kind of fear mongering!! Crime among immigrants is actually lower than among our resident population!!

↻ 1    ♡ 3    ılı 18

James Tarr @JatarrTarr · Feb 26, 2024
Trump should have foreseen that before he granted them special status.

♡ 3    ılı 21

BANG! 💙 @TheNewsBox1 · Feb 26, 2024
OMG Kristi...that means you will be holding oral interviews in the men's room again huh

♡ 4    ılı 20

Jeff @jjfsls2 · Feb 27, 2024

🇺🇸 Cat @CommandersNMgal · Jan 26, 2024
Replying to @MajesticResists and @LePapillonBlu2

BORDER FUNDING BILL

ON PASSAGE

H R   3401

        YEA  NAY  PRES  NV
DEMOCRATIC  227   4
REPUBLICAN   2   191
INDEPENDENT
TOTALS      229   195

TIME REMAINING 0:00    C-SPAN

↻ 1    ♡ 1    ılı 39

Darla B - DarlaB.bsky.social @Darla_B · Feb 27, 2024
Our most dangerous criminals are the traitorous Republicans infesting the House and Senate and their fuhrer, Trump.  Speaking of which, remember how Trump gave 145,000 Venezuelan migrants an 18 month extended stay just before he left office?

David Michaels
@DavidMi47644829

Post

**Relevant people**

Kristi Noem ✔
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
**Subscribe**

**What's happening**

Khloé in Wonder Land
LIVE

Jeep. There's Only One.
Choose gas. Choose hybrid. Choose electric.
■ Promoted by Jeep

Politics · Trending
Colony Ridge
10.7K posts

Politics · Trending
Medicaid
110K posts

Trending in United States
#NBAAllStar
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





Post

Reply

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

David Michaels
@DavidMi47644829

Our most dangerous criminals are the traitorous Republicans ... of which, remember how Trump gave 145,000 Venezuelan migrants an 18 month extended stay just before he left office?

Trump blocks Venezuelans' deportation in last political gift

From apnews.com

11

**I Didn't Vote For The PayPal ...** @Anothe... · Feb 27, 2024
Quack quack, duck lips

15

**brian** @Brian1Million · Feb 27, 2024
Well, I would venture to say that Venezuelan's prisons are filled with academics, so maybe not a bad thing?

2 43

**1** @BigOneEagle · Feb 27, 2024
A federal abortion ban will kill even more women. Assault weapons will kill even more in mass.

10

**BeckyWillisMotew** @BeckyWMotew · Feb 27, 2024
And to think your party could've helped solve it.

1 11

**Brad Lovett** @Brad_Lovett · Feb 27, 2024
Scary brown people!

1 5 60

**Larry Mcquinn** @LarryMcquinn3 · Feb 27, 2024
My VP pick, actually a couple years running 🤠

4 50

**Effina** @effinalavina · Feb 27, 2024
It was said today you couldn't be trumps VP because you have too much history with him.

14

**Obeah** @obeah323 · Feb 26, 2024
Gnome is such a tiny racist bore.

1 13

**Invisible Fame** @fameinvisible · Feb 27, 2024
I've been to Venezuela and been interrogated by their military. They are completely different from all other South American countries. America needs to wake up.

1 31

**Tami Drew** @tamaloutoo_y · Feb 27, 2024

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Post

WeTheNorth @FrankieDeliso · Feb 27, 2024
2 · 37

**James Childress** @chillie1313 · Feb 27, 2024
That's what Fidel did!
2 · 46

**🌵Ⓜ🅰®T🅰 💙** @KariTrump · Feb 27, 2024
Gunning for VP again today I see.
2 · 43

**Mary Ward** @Wardmaryb · Feb 27, 2024
And a former President Trump issued an executive order protecting immigrants from Venezuela from deportation. Have you asked him why?
trumpwhitehouse.archives.gov/presidential-a...
1 · 1 · 24

**Edwina Anderson** @edmiester · Feb 27, 2024
If they end up in South Dakota, I'm ok with that.
2 · 50

**Sandra Callnan** @CallnanSandra · Feb 27, 2024
Bla Bla Bla.

1 · 7

**Anti Orange** @elpers_tho4411 · Feb 27, 2024
We need to fill a prison cell with your orange messiah, the freaking sexually deviant RAPIST!!!!!
1 · 9

**Scooter 🇺🇸 🇺🇦** @scootey · Feb 27, 2024
@CommunityNotes This is a flat out lie.
1 · 9

**Patrick conlisk** @PConlisk · Feb 27, 2024
Huh, you sound like, oh I don't know, the bad hair guy?
1 · 10

**Mike G Urquhart** @LosAngeles4me_ · Feb 27, 2024
I think you are the obvious choice for VP.
3 · 33

**annski4KS 🌻🟦** @annskis · Feb 27, 2024
Any actual evidence or just wishful thinking?

David Michaels
@DavidMi47644829

Search

Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.





- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

I think you are the obvious choice for VP.

3 · 33

**annski4KS** 🌻🟦 @annskis · Feb 27, 2024
Any actual evidence or just wishful thinking?

2 · 37

**Leo** @Leo71106092 · Feb 26, 2024
This asshole needs to go back research what Trump did....

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

2

**fore_not_four (William Drumm...** @altimagu... · Feb 26, 2024
You forgot to mention, once they get in to USA Venezuela won't take them back. Biden owns them. 🤯

27

**TruthToPower** @TruthTo59816979 · Feb 26, 2024
Kristi the political whore

3

**BRANDSDIGGITY** @piratelord1979 · Feb 26, 2024
You have proof they are doing that? Show your proof, otherwise you just sound like the rest of the conspiracy theory but jobs in DC. Oh wait you are a nut job and a liar

4

**Alicia** @pinkcatamount · Feb 26, 2024
Trump approved a deal ALLOWING immigrants from Venezuela to come here, legal or not, as he was leaving office. A favor for some of his FL voters.

18

**Larry Herndon** @LarryHerndon16 · Feb 26, 2024
House Republicans could take action on this right now, but won't. Don't blame Biden for your own screw ups.

10

**Tone** @HarleyandInk · Feb 27, 2024
BUT the tragic murder of innocents in mass shootings because of the Republicans and their right that every lunatic can own an assault rifle is OK.

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Post

Don't blame Biden for your own screw ups

**Tone** @HarleyandInk · Feb 27, 2024
BUT the tragic murder of innocents in mass shootings because of the Republicans and their right that every lunatic can own an assault rifle is OK.
13

**Mad Scientist** @riledScientist · Feb 27, 2024
Why do you keep telling the world our border is OPEN?

YOU ARE FKING INVITING PEOPLE TO COME!

And the rest of you "emptying prisons" bullshit is just nazi level lies
5

**Rob** @Robsmit81704936 · Feb 27, 2024
GOP own the border crisis because Trump prevented a strong Republican border bill to pass for political reasons.
GOP work for Trump not the America People.
Traitors
11

**Tha Duece** @jsnjarrell76 · Feb 27, 2024
So what actions is your state taking against those countries banning them from doing any business or selling goods in your state ??
1 6

**simbad909** @simbad909 · Feb 27, 2024
Yes
2 18

**SirGizmo170** @SirGizmo170 · Feb 27, 2024
Congress has known this for 3 years and done nothing. All 4 yrs of Trumps' Presidency, the Dems barely waited 1 day before they filed another investigation/impeachment, etc. GOP are pure cowards! 20K ICE agents @66k/year=1,320,000.00 per year x 3=almost 4 Billion WASTED
2 5 296

**SirGizmo170** @SirGizmo170 · Feb 27, 2024
I AM embarrassed at how the GOP are handling crises. Zero consequences as the Dems violate Federal Laws, violate the US Constitution, do whatever they wish & the GOP has done NOTHING. Their lawlessness runs circles around the GOP; you'll schedule a meeting. Power of the Purse?
4 1 7 247

**Zachary Lucas Kidd** @zach73533 · Feb 27, 2024
God Bless you Kristi. You have the backbone & integrity we need right now. You have witnessed the spineless republicans who haven't backed President Trump. I wish you the best & I will always back you. Thank you for showing our nation what a true American is made of. God Bless!
1 4 364

**Active Andres** @Fel702 · Feb 27, 2024
Yeah, but you know what's funny? The government of Venezuela was on the brink of cracking down, and Biden came out of heaven and started buying gas from them to try to fight the gas prices in the US, Nicolas Maburro I mean Maduro says that he doesn't have the resources to keep
Show more
1 6 189

**Downgraded** @BayStateBanter · Feb 27, 2024

David Michaels
@DavidMi47644829

Search

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**
Khloé in Wonder Land
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2025 X Corp.

X   **Post**   Search

**Home**

the US, Nicolas Maduro I mean Maduro says that he doesn't have the resources to keep
Show more

♡ 6   📊 189

**Relevant people**



**Kristi Noem** ✔
@KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

🔍 **Explore**

🔔 **Notifications**

**Downgraded** ✔ @BayStateBanter · Feb 27, 2024
Castro did the same thing



The Mariel Boatlift: How Cold War Politics Drove Thousands of Cubans ...
From history.com

♡ 2   📊 32

✉ **Messages**

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

Subscribe

〽 **Grok**

**caring** 💙🟧🟦🌈🐦🌻 ✔ @caringguy1957 · Feb 27, 2024
The tragic murder in Georgia proves that the Republican's lack of border policies are putting our kids in danger.

♡ 3   📊 17

📋 **Lists**

🔖 **Bookmarks**

**itswhatithink** ✔ @conservemontana · Feb 27, 2024
We've known this 2 years and only now @KristiNoem is speaking about it. Every country released their criminals to come here and she has had a long time to stop it but didn't event mention it until election period. We need LEADERS in high office Kristi..not followers.

📊 9

**What's happening**



**Khloé in Wonder Land**
LIVE

💼 **Jobs**

**Anarchy7906** ✔ @northbound2017 · Feb 27, 2024
Kristi for VP!

📊 33

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
🚙 Promoted by Jeep

👥 **Communities**

🏅 **Premium**

**Nutshell Truths** @NutshellTruths · Feb 27, 2024
This week the Trump GQP will be responsible for thousands of Ukrainians being killed thanks to their pro-Putin idiocy, then on Friday they'll be responsible for the deaths of Americans when the government shuts down.
The Trump GQP.
Actively working to destroy America & democracy.

Politics · Trending
**Colony Ridge**
10.7K posts

〽 **Verified Orgs**

👤 **Profile**

Politics · Trending
**Medicaid**
110K posts

**Jackie Daytona** 🥃 @zottsingtao · Feb 27, 2024
nope. you're an idiot.

Trending in United States
**#NBAAllStar**
9,821 posts

⊙ **More**

**Post**

**CallaLilly33** @CLilly33 · Feb 27, 2024



"WE HAVE A
CATASTROPHE AT THE
SOUTHERN BORDER."
BUT WE

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829





SOUTHERN BORDER.

BUT WE CAN WAIT UNTIL 2025 TO FIX IT.

REPUBLICANS ARE THE PROBLEM!

💬          ⟲          ♡          ꜛ 2          🔖    ⬆

**Retired Uploader** @RetiredUploader · Feb 27, 2024
Another lie from Kristi Noem.

💬          ⟲          ♡ 1          ꜛ 35          🔖    ⬆

**DonL New England Guy** @DonLePage4 · Feb 27, 2024
Trump Minion says what?

💬          ⟲          ♡          ꜛ 6          🔖    ⬆

**T McB** @tmcbgolf · Feb 27, 2024
Governor, you need to be better than this. Spreading MAGA disinformation is the action of a political hack. On the other hand, maybe that is what you are. SAD!

💬          ⟲          ♡ 1          ꜛ 19          🔖    ⬆

**WarriorsForPatriotism** @luckynik30 · Feb 27, 2024
The USA is infested by foreign criminals illegally entering into our borders, and the 70-plus senile in the WH finally visit an area of t border where minimum entry is being done. Of course that's just for leftist liberal showboating, & the media will follow him like a puppy dog.

OPEN BORDERS          MASS INFLATION

WEAK MILITARY          TERRIBLE ECONOMY

RUNAWAY NATIONAL DEBT          UNAFFORDABLE HOUSING

CULTURAL WARFARE          GLOBAL CONFLICT

DESTRUCTION OF LIBERTIES

THE BIDEN LEGACY

💬          ⟲          ♡          ꜛ 11          🔖    ⬆

---

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post


**David Michaels**
@DavidMi47644829

---

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                    Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium** to write your own longer posts
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

Khloé in Wonder Land
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
🚗 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





# THE BIDEN LEGACY

💬  🔁  🤍  11

**Random 🐾 - 🎶 💿 📺** @NoMoreTrumpShit · Feb 27, 2024
You're really not very serious people 🙅 all fvcking lies

💬  🔁  🤍  5

**Fred Dee** @FredDee18746 · Feb 27, 2024
These murderous criminals need to be strapped into a parachute and repatriated or executed.

💬  🔁  🤍 1  14

**S. Woodrow** @SWoodrowFahy · Feb 27, 2024
Yes, and there's an investigation into Russian/GOP involvement with this

💬  🔁  🤍 2  43

**The Godfather** @Normalfella5 · Feb 27, 2024
Is this real?

💬 3  🔁  🤍 2  520

**Jay🔞** @jaystormy99 · Feb 27, 2024
The biggest criminal is free in the USA

⏸ GIF

💬  🔁  🤍 2  33

**Dawn Holubiak** @DHolubiak73409 · Feb 27, 2024
What a lying fraud!

💬  🔁  🤍 2  19

**Just Pete** 🎩�](💰🙏 @PeteHowarth5 · Feb 27, 2024
Kristi we also need to look into the organizations which may include churches assisting with moving illegals into the country.  This video is telling. youtube.com/watch?v=sgag7m...

💬  🔁  🤍 4  42

**Joe Bush** @JoeBush1214 · Feb 27, 2024
Nice of Corey to write that for you!

X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**


**David Michaels**
@DavidMi47644829

## Right sidebar

**Relevant people**


**Kristi Noem** ✓    **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**


Khloé in Wonder Land
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📣 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let...
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

churches assisting with moving illegals into the country. This video is telling. youtube.com/watch?v=sgag7m...

1    4    42

**Joe Bush** @JoeBush1214 · Feb 27, 2024
Nice of Corey to write that for you!

3    37

**C**  **Cindy Downey** @CindyDo83420405 · Feb 27, 2024
Apparently you forgot  frump gave asylum to Venezuela. The accused is from Venezuela.

1    12

**Aaron Pepelis** @apepelis · Feb 27, 2024
False.

2    31

**furrfu!** @DougMount · Feb 27, 2024
Still mad about the fireworks?

1    29

**Nancy Sinclair** @TeamEPFitness · Feb 27, 2024
🐷🐷🐷🐷

2    38

**David Michaels** @DavidMi47644829    ...

**Relevant people**

**Kristi Noem** ✓    **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9.821 posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



X

Home

Explore

Notifications ②

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Post

Nancy Sinclair @TeamEPFitness · Feb 27, 2024
🙀🙀🙀🙀🙀

💬    🔁    ♡ 2    📊 38    🔖    ⬆️

**Relevant people**

Kristi Noem ✓                    **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

**Subscribe**

**What's happening**

Khloé in Wonder Land
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📣 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

David Michaels
@DavidMi47644829