# EXHIBIT 2

# X

- Home
- Explore
- Notifications **2**
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829

**Post**

**Kristi Noem** ✓
@KristiNoem

Venezuela didn't send us their best. They emptied their prisons and sent criminals to America.

Deportations need to start on DAY ONE of @realDonaldTrump's term.

🦊 **Fox News** ✓ @FoxNews · Feb 27, 2024
Venezuelan migrant illegally in US charged for sexual assault against minor in Virginia trib.al/QAZB0dQ

1:26 AM · Feb 28, 2024 · **74.8K** Views

💬 231    🔁 808    ♥ 3.6K    🔖 21    📤

Post your reply    **Reply**

**K** @kgboulder · Feb 28, 2024
They're committing less crime than our citizens so I'm okay with it
💬 1    🔁    ♥ 5    📊 74    📤

**mike nelson** ✓ @mheathnelson · Feb 28, 2024
Straight out of the Castro playbook
💬 1    🔁    ♥ 4    📊 251    🔖    📤

**Heartgirl0316** @Heartgirl0316 · Feb 28, 2024

> **Heartgirl0316** @Heartgirl0316 · Feb 28, 2024
> Replying to @seanhannity
> The Republicans won't stop at killing Roe vs Wade or IVF, the extreme wacky messed up MAGA are coming after Contraception too !! Vote for freedom ladies!
> Vote Blue 💙💙



💬    🔁    ♥    📊 10    🔖    📤

**Teddy's Mama** ✓ @pjvaught2 · Feb 28, 2024

**Search**

**Recent**    Clear all

🔍 ("TaxAct") (from:hollycappucc...    ✕
🔍 ("Smith") (from:hollycappucci...    ✕
🔍 ("Washington settlement") (fr...    ✕
🔍 ("Smith-Washington settleme...    ✕
🔍 ("settlement") (from:hollycap...    ✕
🔍 ("kroll") (from:hollycappuccino)    ✕
🔍 ("Kroll") (from:hollycappuccino)    ✕

**Relevant people**

Kristi Noem ✓
@KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

Fox News ✓
@FoxNews    **Follow**
Follow America's #1 cable news network, delivering you breaking news, insightful analysis, and must-see videos.
foxnews.com/contact

**What's happening**

X

Home

Explore

Notifications ②

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Post    Reply

💬    🔁    ♡    ılı 10    🔖    ⬆

**Teddy's Mama** ✓ @pjvaught2 · Feb 28, 2024
💯💯💯💯💯💯💯💯💯💯
💬    🔁    ♡    ılı 8    🔖    ⬆

**Alec Callen** @AlecCallen78237 · Feb 28, 2024
👏🏼👏🏼👏🏼
💬    🔁    ♡    ılı 10    🔖    ⬆

**Anne Thompson** @lpnanne · Feb 28, 2024
They need to start ASAP. Someone needs to get busy.
💬    🔁    ♡    ılı 47    🔖    ⬆

**Rick Gagne** @RickGagne394052 · Feb 28, 2024
Exactly
💬    🔁    ♡    ılı 51    🔖    ⬆

**Nate** @VolckersThesis · Feb 28, 2024
So we won't focus on inauguration crowd size on day 1 this time??
💬    🔁    ♡ 2    ılı 168    🔖    ⬆

**ChuSez** 🇺🇸🇺🇦⚖ @BillWilde388919 · Feb 28, 2024
"Must...Protect...Corey..."



💬    🔁    ♡ 2    ılı 36    🔖    ⬆

**C Steele** @CarolSteel73373 · Feb 28, 2024
Noem, what's your point? This kind of thing has happened before.
Remember Scarface ??
💬    🔁    ♡    ılı 7    🔖    ⬆

**DocRocket** ✓ @DocRockett · Feb 28, 2024
Problem no one's talking about. We need to fix ICE response time
(slo roll), or pass a law making detainment absent due process legal
till they get to the jail. And ICE picks up tab. It's a huge problem.
💬    🔁    ♡    ılı 4    🔖    ⬆

**lawndawgii** @Orlando37698630 · Feb 28, 2024
Trump was right again
💬    🔁    ♡ 1    ılı 26    🔖    ⬆

**Nathan** @EatSomeAcorns · Feb 28, 2024
Venezuela didn't "send them" they are fleeing a murderous dictator.

**David Michaels**
@DavidMi47644829

**Post**

---

**Recent**                                    Clear all

🔍 ("TaxAct") (from:hollycappuc...    ✕

🔍 ("Smith") (from:hollycappuccin...    ✕

🔍 ("Washington settlement") (fr...    ✕

🔍 ("Smith-Washington settleme...    ✕

🔍 ("settlement") (from:hollycap...    ✕

🔍 ("kroll") (from:hollycappuccino)    ✕

🔍 ("Kroll") (from:hollycappuccino)    ✕

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on...
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Post

Trump was right again
1 · 26

**Nathan** @EatSomeAcorns · Feb 28, 2024
Venezuela didn't "send them" they are fleeing a murderous dictator.
7

**ToneDoctor** @AmpegBabyBass76 · Feb 28, 2024
Thank you KN.
8

**Cindy Peterson** @TribSportsLady · Feb 28, 2024
Burns my ass
15

**Eric Yake** @YakeEric · Feb 28, 2024
Bitch please. Trump made an agreement with Venezuela. You be stupid. Not Best. Oh! And slut.
23

**Jeffrey wilen** @jeffrey_w_1776 · Feb 28, 2024
Trump was right again
1 · 1 · 3 · 82

**J** @MrJ25 · Feb 29, 2024
You think the best people came over on the Mayflower? Nope.
13

**Robert** @62RAB · Feb 28, 2024
Just saw a report that murder is way down in Venezuela due in large part to emigration of the offenders. Gee, I wonder where they went. 🤷
1 · 1 · 61

**Rockland Democrats** @rcdcdems · Feb 28, 2024
The Republicans. They're not sending their best.
5 · 169

**Antifa South Dakota Chapter** @SD_Antifa · Feb 29, 2024
You're trying to send a criminal to the White House.
2 · 50

**Trump: Narcissistic conman d...** @Sedi... · Feb 29, 2024
Trump used the Deferred Enforced Departure program offering temporary legal status to Venezuelans January 19, 2021.

▪ Jose Antonio Ibarra, suspect in Laken Riley's death, is Venezuelan.

▪ Trump had Republicans reject the bi-partisan Border Act of 2024.

➡️ Republicans own this.
1 · 25

**Robert Simkavitz** @RN8mfxhwm2g · Feb 28, 2024
What can actual Americans do to keep Speaker Johnson from funding Ukraine and not addressing the border?
78

**Bill Kennedy** @bk5137 · Feb 28, 2024
Deportations of Venezuelans ENDED on Trump's last day in office by HIS hand. Trump made it possible for them to stay here! Why would we bring him back for more?

**David Michaels**
@DavidMi47644829

Search

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

X

**Home**

**Explore**

**Notifications** 2

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**

**David Michaels**
@DavidMi47644829

Post    Reply

Q Search

**Recent**                    Clear all

Q  ("TaxAct") (from:hollycappucc...  ✕

Q  ("Smith") (from:hollycappucci...  ✕

Q  ("Washington settlement") (fr...  ✕

Q  ("Smith-Washington settleme...  ✕

Q  ("settlement") (from:hollycap...  ✕

Q  ("kroll") (from:hollycappuccino)  ✕

Q  ("Kroll") (from:hollycappuccino)  ✕

78

**Bill Kennedy** @bk5137 · Feb 28, 2024
Deportations of Venezuelans ENDED on Trump's last day in office by HIS hand. Trump made it possible for them to stay here! Why would we bring him back for more?

💬 1          ↻          ♡          📊 21          🔖  ⬆

**Luke** ✅ @JDLuckenbach · Feb 28, 2024
Nor has the Republicans sent their best... but unfortunately there's nowhere we can deport them.

💬          ↻          ♡ 8          📊 156          🔖  ⬆

**Emil Vicale** ✅ @EmilVicale · Feb 28, 2024
Of course, they didn't!

💬          ↻          ♡ 2          📊 262          🔖  ⬆

**Brett Murphy** ✅ @PatriotPointman · Feb 28, 2024
Yes!

💬          ↻          ♡          📊 375          🔖  ⬆

**Whitey McWhite Face** @McWhiteywhite1 · Feb 28, 2024
South Dakota didn't elect their best. At least I hope not.

💬          ↻          ♡ 4          📊 69          🔖  ⬆

**Vivek knew!** @GpKennedy · Feb 28, 2024
Are these the ones that Trump pardoned while he was still President?

💬          ↻          ♡ 1          📊 30          🔖  ⬆

**Robert Blomstrom** 💙🌀... @BlomstromR... · Feb 28, 2024
Donald Trump didn't send his best either. They attacked our Capitol. Yet you have a stench filled desire to be his right hand gal. You're equal to the worst of the Venezuelans.

💬 2          ↻          ♡ 8          📊 152          🔖  ⬆

**domasian99** @domasian995 · Feb 28, 2024
What does Cory think about all these?

💬          ↻          ♡          📊 13          🔖  ⬆

**Katie Orth** @korthtulsa · Feb 28, 2024
You apparently have no recollection of Trump granting Venezuelans a legal stay before he was fired. Do better

💬          ↻          ♡          📊 7          🔖  ⬆

**Profiler** @hoov2010 · Feb 28, 2024
Spoken like a true VP candidate.  As long it is NOT @votetimscott

💬          ↻          ♡ 8          🔖  ⬆

**Cleveland Maxwell** @ClevelandMaxwe5 · Feb 28, 2024
Thank Trump for the sanctions he put on Venezuela.

💬          ↻          ♡          📊 10          🔖  ⬆

**azlizardman** @falise_thomas · Feb 28, 2024
You're a disgusting human.

💬          ↻          ♡          📊 8          🔖  ⬆

**Indiana Women's Action Mov...** @Indiana... · Feb 28, 2024
How do you decide who to deport?

💬          ↻          ♡          📊 14          🔖  ⬆

Unveiled (NHL/NHLPA)
LIVE

**Trending in United States**
**#earthquake**
43.7K posts                              ...

**Trending in United States**
**Genghis Khan**                          ...

Entertainment · Trending
**Eddie Murphy**                          ...

Politics · Trending
**Ohio**                                  ...
48.9K posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2025 X Corp.



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Post**

**Reply**

**Q** Search

**Indiana Women's Action Mov...** @Indiana... · Feb 28, 2024  ···
How do you decide who to deport?
💬   🔁   ♡   ‖ 14   🔖   ⬆️

**Don'tfactcheckmebro**🌲🏔️ ... @sking123195... · Feb 28, 2024  ‖  ···
must have been a Minnesota GOP funraiser,,you know who i mean KKKristi
💬   🔁   ♡   ‖ 14   🔖   ⬆️

**ctfw529** @ctfw529 · Feb 28, 2024  ‖  ···
He already broke that promise multiple times, so...👤👤
💬   🔁   ♡   ‖ 7   🔖   ⬆️

**Carlos Castanon** @ccastavelaz · Feb 28, 2024  ‖  ···
Agree deport them immediately
💬   🔁   ♡ 1   ‖ 14   🔖   ⬆️

**Gregory Martin** @LouisvileMartin · Feb 28, 2024  ‖  ···
Ger rid off them, they snaked past people doing it the correct way and that is not right.
💬   🔁   ♡ 1   ‖ 11   🔖   ⬆️

**Skelly Duncan** @DuncanSkelly · Feb 28, 2024  ‖  ···

Dear **Kristi Noem**

You say South Dakota won't be taking any more *illegal immigrants*, yet you and every other white South Dakotan *literally illegally* immigrated here.

Curious.

Sitting Bull
Founder, Real South Dakota

TURNING
POINT
REAL SOUTH
DAKOTA

💬   🔁   ♡ 2   ‖ 15   🔖   ⬆️

**CheriNotCherry** @H_AmorinForge · Feb 28, 2024  ‖  ···
1/20/2021 Trump extended the stay of deportation for 145,000 Venezuelans by 18 months as a 'thank you' to venezuelan exiles who were among his most loyal supporters.

CARACAS, Venezuela (AP) — With the clock winding down on his term, U.S. President Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the

**Recent**                    Clear all

Q   ("TaxAct") (from:hollycappucc...   ✕
Q   ("Smith") (from:hollycappucci...   ✕
Q   ("Washington settlement") (fr...   ✕
Q   ("Smith-Washington settleme...   ✕
Q   ("settlement") (from:hollycap...   ✕
Q   ("kroll") (from:hollycappuccino)   ✕
Q   ("Kroll") (from:hollycappuccino)   ✕

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States               ···
**#earthquake**
43.7K posts

Trending in United States               ···
**Genghis Khan**

Entertainment · Trending               ···
**Eddie Murphy**

Politics · Trending               ···
**Ohio**
48.9K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**  ···
@DavidMi47644829







X
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Post

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:26 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

1 1 8 67

**Amy2972** @Amyy2972 · Feb 28, 2024
JC...you & your dumb fking propaganda. A few days ago an 11 yr old was killed by a literal Nazi then he tied her body to a block & threw her in the river. Where is your outrage. I guess TX isn't sending their best. msn.com/en-us/news/cri...

2 27

**Barbara Maple** @BarbaraMaple5 · Feb 28, 2024
Yep. Shut it down and deport

1 87

**michael** @michaeljames86 · Feb 28, 2024
I'm sure the s.d. big govt agriculture industry will give them jobs.

2 296

**John Wisniewski** @WhiskeyMD247365 · Feb 28, 2024
No one sends Biden their best.

4 3 316

**Tim Sutton** @Haulingtmber · Feb 28, 2024
Sidesaddle Kristi.
Repeating today's dish of bullshit still doesn't make it true. However, cheating on your family with a puke named Cory is pretty disgusting of you after your "Family Values" crap. How much is hubby being paid to act happy, and how much of that is tax dollars?

1 20

**CrimsonDynamo57 Brady before b...** @... · Feb 28, 2024
You know the jackhole Trumpy gave Venezuelans a green light to get into the US, right, Kristi?
Trump made this possible.

1 15

**Not the problem** @Thatkyleguy57 · Feb 28, 2024
President Trump was right again!!!

1 33

**DayneKnite** @DayneKnite · Feb 28, 2024
Thank you @realDonaldTrump for allowing Venezuelans into the states

1 45

**Blue Shirt Project** @blueshirtday1 · Feb 28, 2024
Trump invited those Venezuelans here and said they could stay, Kristi.

Try to pay attention. There are receipts.

David Michaels
@DavidMi47644829

Search
Recent Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:26 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

1 1 8 67

**Amy2972** @Amyy2972 · Feb 28, 2024
JC...you & your dumb fking propaganda. A few days ago an 11 yr old was killed by a literal Nazi then he tied her body to a block & threw her in the river. Where is your outrage. I guess TX isn't sending their best. msn.com/en-us/news/cri...
2 27

**Barbara Maple** @BarbaraMaple5 · Feb 28, 2024
Yep. Shut it down and deport
1 87

**michael** @michaeljames86 · Feb 28, 2024
I'm sure the s.d. big govt agriculture industry will give them jobs.
2 296

**John Wisniewski** @WhiskeyMD247365 · Feb 28, 2024
No one sends Biden their best.
4 3 316

**Tim Sutton** @Haulingtmber · Feb 28, 2024
Sidesaddle Kristi.
Repeating today's dish of bullshit still doesn't make it true. However, cheating on your family with a puke named Cory is pretty disgusting of you after your "Family Values" crap. How much is hubby being paid to act happy, and how much of that is tax dollars?
1 20

**CrimsonDynamo57 Brady before b...** @... · Feb 28, 2024
You know the jackhole Trumpy gave Venezuelans a green light to get into the US, right, Kristi?
Trump made this possible.
1 15

**Not the problem** @Thatkyleguy57 · Feb 28, 2024
President Trump was right again!!!
1 33

**DayneKnite** @DayneKnite · Feb 28, 2024
Thank you @realDonaldTrump for allowing Venezuelans into the states
1 45

**Blue Shirt Project** @blueshirtday1 · Feb 28, 2024
Trump invited those Venezuelans here and said they could stay, Kristi.

Try to pay attention. There are receipts.

David Michaels
@DavidMi47644829

Recent Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

# Post

Try to pay attention.  There are receipts.



Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬        ⇄ 2        ♡ 3        📊 58        🔖        ⬆️

---

**PoliticOhMyGawd** @PoliticOhMyGawd · Feb 28, 2024       🔲 ···
Can someone please show Corey's side piece how to do a Google search? Thanks.

### Trump grants Venezuelans temporary legal status on his way out

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

---

> 🖼 **Kristi Noem** ✔ @KristiNoem · Feb 28, 2024
>
> Venezuela didn't send us their best. They emptied their prisons and sent criminals to America.
>
> Deportations need to start on DAY ONE of @realDonaldTrump's term. x.com/FoxNews/status...

💬        ⇄        ♡ 4        📊 28        🔖        ⬆️

---

🖼 **jkeys** @jakeslisch · Feb 28, 2024       🔲 ···
There you go again - getting involved with something you know nothing about! FYI you are not one of our best either!

---

🖼 **David Michaels**
@DavidMi47644829       ···

---

Document title: (2) Kristi Noem on X: "Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT

---

## Sidebar

**Recent**       Clear all

🔍 ("TaxAct") (from:hollycappucc...   ✕

🔍 ("Smith") (from:hollycappucci...   ✕

🔍 ("Washington settlement") (fr...   ✕

🔍 ("Smith-Washington settleme...   ✕

🔍 ("settlement") (from:hollycap...   ✕

🔍 ("kroll") (from:hollycappuccino)   ✕

🔍 ("Kroll") (from:hollycappuccino)   ✕

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States       ···
**#earthquake**
43.7K posts

Trending in United States       ···
**Genghis Khan**

Entertainment · Trending       ···
**Eddie Murphy**

Politics · Trending       ···
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Post

Recent    Clear all



**jkeys** @jakeslisch · Feb 28, 2024
There you go again - getting involved with something you know nothing about! FYI you are not one of our best either!

💬 1    🔁    ♡ 2    ᴸ 53    🔖    ⬆

**DrMojo** 🏴‍☠️ 👽 @DrMetaMojo · Feb 29, 2024
Deport all the Venezuelan!

💬    🔁    ♡    ᴸ 7    🔖    ⬆

**BrianOfDakota** ✓ @BRoyJohnson1 · Feb 28, 2024
This is all on the Biden administration.
Trump had a shot, I'm going with Kennedy, one reason is he's been to the border twice, talked to the people on the ground dealing with this travesty and he'll get it closed day 1 and will get them out. Biden has got almost 8 million new
Show more

💬    🔁    ♡    ᴸ 31    🔖    ⬆

**Palmer Hasty** ✓ @Lightbookpro · Feb 28, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!!

💬    🔁    ♡    ᴸ 11    🔖    ⬆

**Jooselo** @avijose2446 · Feb 28, 2024
You'll be surprised what most people around the world think about "americans" 😂😂😂😂

💬    🔁    ♡    ᴸ 7    🔖    ⬆

**Marigold** @magold01 · Feb 28, 2024
They sent them here and not taking them back!!! Thanks Joe..

💬    🔁    ♡    ᴸ 11    🔖    ⬆

**Monica LaBrie** @MonicaLaBrie · Feb 28, 2024
Resign.

💬    🔁    ♡    ᴸ 14    🔖    ⬆

**Bat Man** @BatManGreenBay · Feb 28, 2024
It is clear that there are a lot of people that are voting in the primaries who are uneducated or racist or both

And noem seems to be one of them
@CNN @FoxNews @NikkiHaley
#trumpOrangeMonkey

💬    🔁    ♡    ᴸ 14    🔖    ⬆

**Carbi D** @yourauntifa · Feb 28, 2024
You're pitiful.

💬    🔁    ♡    ᴸ 8    🔖    ⬆

**Denver Wayne** 🇺🇸 (she/her) @DenverLofts · Feb 28, 2024
Any proof of that statement

💬    🔁    ♡    ᴸ 10    🔖    ⬆

**TinaMarie**🌴🏝️ Mom, Music 🤘🎸🔯... @... · Feb 28, 2024

> **Trump Approves Deportation Protections for Venezuelans in U.S**

**David Michaels**
@DavidMi47644829 ···

Platform... 1.33 GMT
**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

("TaxAct") (from:hollycappucci...    ✕
("Smith") (from:hollycappucci...    ✕
("Washington settlement") (fr...    ✕
("Smith-Washington settleme...    ✕
("settlement") (from:hollycap...    ✕
("kroll") (from:hollycappuccino)    ✕
("Kroll") (from:hollycappuccino)    ✕



# Deportation Protections for Venezuelans in U.S. Illegally

The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization

💬   ⟳   ♡   ||ı 10   🔖 ↥

**DC** 🌀 @fatlube · Feb 28, 2024  𝕏 ···
Hiring ?

💬   ⟳   ♡   ||ı 9   🔖 ↥

**Hey! My Eggs Are MORE Exp...** @jabroni... · Feb 28, 2024  𝕏 ···
The pathetic audition of the Fox-regurgitating parrot for donny's VP continues. Kristi, have the kids warmed up to Corey Lewandowski yet?



💬   ⟳   ♡   ||ı 26   🔖 ↥

**Geo Hut** @geo_hut · Feb 28, 2024  𝕏 ···
YES ABSOLUTELY 💯

💬   ⟳   ♡   ||ı 20   🔖 ↥

**SassyCassiefromTallaha...** @SassyCassie... · Feb 28, 2024  𝕏 ···
GOP convicted pedophiles.

**David Michaels** ···
@DavidMi47644829

**Recent**                    Clear all

🔍  ("TaxAct") (from:hollycappucc...   ✕

🔍  ("Smith") (from:hollycappucci...   ✕

🔍  ("Washington settlement") (fr...   ✕

🔍  ("Smith-Washington settleme...   ✕

🔍  ("settlement") (from:hollycap...   ✕

🔍  ("kroll") (from:hollycappuccino)   ✕

🔍  ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States          ···
**#earthquake**
43.7K posts

Trending in United States          ···
**Genghis Khan**

Entertainment · Trending          ···
**Eddie Murphy**

Politics · Trending          ···
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829

Post

**SassyCassiefromTallaha...** @SassyCassie... · Feb 28, 2024
GOP convicted pedophiles.

DJT is a convicted rapist.

You're a slut. Fuck off noem.



List of Convicted Republican Pedophiles

💬     ↻     ♡     📊 12     🔖  ⬆

**\*Thašúŋke Witkó** 🌈 @OizumiSteve · Feb 28, 2024
😂, ya, well, its your policy problem to fix. Unless of course Biden fixes it first and defuses the political landmine your boss left behind, 😂

temporary legal status on his...

Jan 19, 2021 — President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for ...

The Hill
thehill....

Trump's sanctions are still hurting everyday Venezuelan...

Jan 27, 2024 — Five years since Trump's oil sanctions announcement, Venezuela has finally managed to

💬     ↻     ♡     📊 9     🔖  ⬆

**Martyn Peel #FBPE** @martynpeel · Feb 28, 2024
Blame this Russian asset:

---

💬     ↻     ♡     📊 20     🔖  ⬆

**Recent**     Clear all

🔍  ("TaxAct") (from:hollycappuc...  ✕

🔍  ("Smith") (from:hollycappucci...  ✕

🔍  ("Washington settlement") (fr...  ✕

🔍  ("Smith-Washington settleme...  ✕

🔍  ("settlement") (from:hollycap...  ✕

🔍  ("kroll") (from:hollycappuccino)  ✕

🔍  ("Kroll") (from:hollycappuccino)  ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829

**Post**

**Martyn Peel #FBPE** @martynpeel · Feb 28, 2024
Blame this Russian asset:

Trump signs last-minute order shielding Venezuelan migrants from dep...
From latimes.com

💬    🔁    ♡    ᴵᴵᴵ 11    🔖    ↑

**Iknowtheassignment** @STLCardKCChiefs · Feb 28, 2024
Deportations to where? Venezuela refused to allow these migrants back into the country? Where you going to go deport them to?

💬    🔁    ♡    ᴵᴵᴵ 1    🔖    ↑

**Jack Sullivan** @JackSulliv74852 · Feb 28, 2024
Please be our VP

💬    🔁    ♡    ᴵᴵᴵ 8    🔖    ↑

**Keith Dutter** @phil31213 · Feb 28, 2024
And here I thought they were all here by no fault of there own

💬    🔁    ♡    ᴵᴵᴵ 61    🔖    ↑

**RESIST** 💝💙✨👵 @DennyWill14 · Feb 28, 2024
YOU'RE REALLY SPEWING THAT BULLSHIT ON OUR HARD EARNED TAX MONEY?
@POTUS

💬    🔁    ♡    ᴵᴵᴵ 21    🔖    ↑

**Aaron Pepelis** @apepelis · Feb 28, 2024
From Corey Lewandowski's penis to your mouth.

💬    🔁    ♡    ᴵᴵᴵ 31    🔖    ↑

**Anthony** 🔞 @SomebodysHuman · Feb 29, 2024

▶ GIF

💬    🔁    ♡    ᴵᴵᴵ 10    🔖    ↑

**redstateboomer** @redstateboomer · Feb 28, 2024
So, right wing "media" and right wing social media are back to Venezuela as a talking point again, eh?

**Recent**    Clear all

🔍 ("TaxAct") (from:hollycappucc...    ✕
🔍 ("Smith") (from:hollycappucci...    ✕
🔍 ("Washington settlement") (fr...    ✕
🔍 ("Smith-Washington settleme...    ✕
🔍 ("settlement") (from:hollycap...    ✕
🔍 ("kroll") (from:hollycappuccino)    ✕
🔍 ("Kroll") (from:hollycappuccino)    ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States    ···
**#earthquake**
43.7K posts

Trending in United States    ···
**Genghis Khan**

Entertainment · Trending    ···
**Eddie Murphy**

Politics · Trending    ···
**Ohio**
48.9K posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



Post

10

**redstateboomer** @redstateboomer · Feb 28, 2024

So, right wing "media" and right wing social media are back to
Venezuela as a talking point again, eh?
Don't forget "triggered,"
"snowflake,"
"socialists, communists (must be said with jowls shaking ala Nixon),"
"Freedom,"
"libtard,"
"globalist,"
"coastal elites,"
&...
Show more

2          35

**Cindi Woohoo** @CindiWoohoo · Feb 28, 2024
Republicans didn't send their best and brightest either. Resign.
C u n t

1          9          181

**caring** 💙🏳️‍🌈🇺🇸🏳️‍⚧️✊ @caringguy1957 · Feb 28, 2024



Trump grants Venezuelans temporary legal status on his way out

From politico.com

1          7          162

**Scotty Paul** @PolskaMolska · Feb 29, 2024
Trump is not going to happen.  It's not right that the United States of
America has, occupying the highest office, someone without ethics,
morals, skills, experience, and who is seriously flawed from a
psychological perspective.

1          19

**Junky PostOffice** @JunkyPostoffice · Feb 29, 2024
Wow Trump was right AGAIN!

1

**Joseph L Trahan for Senate ...** ✓ @Josep... · Feb 28, 2024

≡ **Bloomberg**    Subscribe   👤

Politics

# Venezuela's Violent Deaths Fall to 22-Year Low on Migration

- Rate is the lowest since 2001, violence
  observatory says
- Suicide rate rises amid continued
  humanitarian crisis

**David Michaels**
@DavidMi47644829

**Recent**          Clear all

🔍 ("TaxAct") (from:hollycappucci...   ✕

🔍 ("Smith") (from:hollycappucci...   ✕

🔍 ("Washington settlement") (fr...   ✕

🔍 ("Smith-Washington settleme...   ✕

🔍 ("settlement") (from:hollycap...   ✕

🔍 ("kroll") (from:hollycappuccino)   ✕

🔍 ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on...
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT



- Rate is the lowest since 2001, violence observatory says
- Suicide rate rises amid continued humanitarian crisis



**Ann Gables** ✔ @GablesGables5 · Feb 28, 2024
This beautiful girl had her whole life ahead of her. But Biden took it away. How many more innocent people have to die bc of his ignorance?
x.com/TooStupidForPo...

This Post is from a suspended account. Learn more

7

**G Krill** @DreamingSeer · Feb 29, 2024
You killed your precious border deal. Then you whine about it. Oh, but you're from "the Heartland". So pure and noble. Dedicated to "America first" except when you overlord the Orange Jesus dictates otherwise.

7

**David William** @DavidCalhoon206 · Feb 28, 2024
Poor Kristi, ignoring the fact that TRUMP implemented the Venezuelan free border crossing policy right before he left office in one last "Screw America" act of revenge.

1    8

**Jeff Lewis** @JeffL1020 · Feb 28, 2024
You were already fact checked and they are releasing their prisoners to come to the us

69

**🪷🙌BetterThanMoonshine...** @LadyKn... · Feb 28, 2024

**Trump blocks Venezuelans' deportation in last political gift**

BY SCOTT SMITH AND JOSHUA GOODMAN
Updated 8:58 PM MST, January 19, 2021

Share ⬆

CARACAS, Venezuela (AP) — With the clock winding down on his term, U.S. President Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

**David Michaels**
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on...
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT

X

Post

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829



migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to

15

**Clayton McDonald** @mcmcpacfa · Feb 28, 2024
Problem is Venezuela refuses to take them back. What to do? Send them to fight in Ukraine?

15

**John Attinello** @johnattinello13 · Feb 28, 2024
Put all in planes and send them to the Ukraine

25

**Sandra Callnan** @CallnanSandra · Feb 28, 2024
PROVE IT.
LIAR.

GIF     HERE I AM

8

**Keith Butler** @keithrbutler · Feb 28, 2024
This is fear mongering of immigrants and is shameful!! Immigrant crime is consistently lower than the general population!! By picking a single example as if somehow typical is disgusting!! Shame on you, Kristi!

8

**Karen Keeler** @KarenKe77226348 · Feb 28, 2024
Deport!

9

**Dorothy Whitaker** @Dorothy18147587 · Feb 28, 2024
Yes and your ancestors were not the best either and yet here we are.

7

**Always Question** @Horsesandstocks · Feb 28, 2024
#MarielBoatlift2

28

**JC™** @JSCINNY · Feb 28, 2024
That's a lie.

8

**Recent**     Clear all

- Q ("TaxAct") (from:hollycappucci...     ×
- Q ("Smith") (from:hollycappucci...     ×
- Q ("Washington settlement") (fr...     ×
- Q ("Smith-Washington settleme...     ×
- Q ("settlement") (from:hollycap...     ×
- Q ("kroll") (from:hollycappuccino)     ×
- Q ("Kroll") (from:hollycappuccino)     ×

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2025 X Corp.





Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**JC™** @JSCINNY · Feb 28, 2024
That's a lie.
8

**Hashem Echad** @markeemark920 · Feb 28, 2024
They pulled a Scarface
46

**Jewish Space Laser Technician** @BigTParker · Feb 28, 2024
Trump kept them here.

Biden resumed deporting them.

Trump Approves Deportation Protections for Venezuelans in U.S. Illegally

From wsj.com
23

**DayneKnite** @DayneKnite · Feb 28, 2024
Thank you DJT
38

**Trump was saved by GOD! #FJB ...** @Fat... · Feb 28, 2024
Unfortunately, Venezuela has already stated they will refuse to accept deportees... we need to send these criminal invaders to Gitmo
18

**Tammy Swanson** @TammySw96725525 · Feb 28, 2024
We should fact check your remarks every time you post!
11

**Sam Ballard** @ballard12_sam · Feb 28, 2024
Another reason for that wall on the Nebraska border. Make Venezuela pay for it.
12

**Vote, Fuckers.** @AnalizeThis · Feb 28, 2024
Who were you expecting, Maduro?
15

**@CarlosTryidero☮** @CarlosTryidero · Feb 28, 2024
SAY THE CHEATERMOTHER AND WIFE LOOK AT THE MIRROR CHEATER
7

**Bobbie J** @BobbieJ1126 · Feb 28, 2024
How will we ever find them all?
37

**Ed King** @TNCat53 · Feb 28, 2024
GOP DEFINITELY DIDN'T send their best. It's definitely time to send

**David Michaels**
@DavidMi47644829

Search

**Recent** Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

Grok

# X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

How will we ever find them all?

🗨 ⟲ ♡ ▥ 37 🔖 ⬆

**Ed King** @TNCat53 · Feb 28, 2024
GOP DEFINITELY DIDN'T send their best. It's definitely time to send them home.

🗨 ⟲ ♡ ▥ 15 🔖 ⬆

**Margaret Barton (Susie)** @susie_margaret · Feb 28, 2024
Another great strong dedicated and beautiful Governor for the people and the country🇺🇸

🗨 ⟲ ♡ ▥ 19 🔖 ⬆

**Jon Meaders** @MeadersJon · Feb 28, 2024
And yet YOUR mango messiah kisses the a$$ of the Venezuelan leader.

🗨 ⟲ ♡ ▥ 6 🔖 ⬆

**denise rodriguez** @jezabel52 · Feb 28, 2024
You still sleeping with Flynn? Your husband ok with that

🗨 ⟲ ♡ ▥ 5 🔖 ⬆

**TaskMaster** @littleimpressio · Feb 28, 2024
Scotland didn't send their best either hon



🗨 ⟲ ♡ ▥ 10 🔖 ⬆

**Carl Craig** @RedWaveSurfer99 · Feb 28, 2024
Without a doubt. Looking forward to it.

🗨 ⟲ ♡ ▥ 60 🔖 ⬆

**Teddy Roosevelt's Musta...** @mustache_t... · Feb 28, 2024
I loved watching a member of The Lincoln Project say last night on MSNBC that you have absolutely no chance of being the Orange Tumor's VP because of a relationship with a member of his entourage.

He he..ha ha...hello Corey!

🗨 ⟲ ♡ ▥ 17 🔖 ⬆

**Mitch Zawaski** @MitchZawaski · Feb 28, 2024

## Recent    Clear all

🔍 ("TaxAct") (from:hollycappuc...   ✕
🔍 ("Smith") (from:hollycappucci...   ✕
🔍 ("Washington settlement") (fr...   ✕
🔍 ("Smith-Washington settleme...   ✕
🔍 ("settlement") (from:hollycap...   ✕
🔍 ("kroll") (from:hollycappuccino)   ✕
🔍 ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



X

Post

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

entourage.

He he..ha ha...hello Corey!

🔁 17

**Mitch Zawaski** @MitchZawaski · Feb 28, 2024    ···



BY SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

🔁 10

**Guantanamo is open 👍** @Gracesodapop · Feb 28, 2024    ···
Joe Biden has blood on his hands!!!

📊 44

**Nunya 🇺🇸🇺🇸🇺🇸** @nano_rjdman · Feb 28, 2024    ···
Joe Biden opened up the border and allowed a massive influx of criminal insane illegal aliens to permeate our neighborhoods.

He more than enabled it, he planned, funded, organized and managed the invasion.

Americans and our families are no longer safe.

#BidensBoys

🔁      📊 12

**Jordan Bates** @JordanBate58831 · Feb 28, 2024    ···
Under Trump? His policies! @Eminem

📊 8

**Michele** @ScreamingMemeMe · Feb 28, 2024    ···
Kristi Noem needs to mind her own state! South Dakota it's time to vote this media whore out!

📊 7

**TheBirdisTheWord** @WordBirdis · Feb 28, 2024    ···
SD farms and ranches ARE FULL OF ILLEGAL WORKERS!!!!

**David Michaels**
@DavidMi47644829    ···

---

**Search**

**Recent**                    Clear all

🔍 ("TaxAct") (from:hollycappucc...    ✕

🔍 ("Smith") (from:hollycappucci...    ✕

🔍 ("Washington settlement") (fr...    ✕

🔍 ("Smith-Washington settleme...    ✕

🔍 ("settlement") (from:hollycap...    ✕

🔍 ("kroll") (from:hollycappuccino...    ✕

🔍 ("Kroll") (from:hollycappuccino)    ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



X

- Home
- Explore
- Notifications **2**
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Post

**Recent**    Clear all

Q ("TaxAct") (from:hollycappucci...    ✕

Q ("Smith") (from:hollycappucci...    ✕

Q ("Washington settlement") (fr...    ✕

Q ("Smith-Washington settleme...    ✕

Q ("settlement") (from:hollycap...    ✕

Q ("kroll") (from:hollycappuccino)    ✕

Q ("Kroll") (from:hollycappuccino)    ✕

⭥ 7

**TheBirdisTheWord** @WordBirdis · Feb 28, 2024
SD farms and ranches ARE FULL OF ILLEGAL WORKERS!!!!

⭥ 5

**willow2008** 🏵 @kwillow2008 · Feb 28, 2024
#MAGACultMorons



**Say it to Her face!!!** @Select00001 · Feb 28, 2024
And trump dump let them stay. You ppl are bozos.
#TrumpForPrison2024

⭥ 4

**Joe Blowe** @mellett1 · Feb 28, 2024

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More …
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



GIF

Recent                                    Clear all

Q  ("TaxAct") (from:hollycappuc...    ✕

Q  ("Smith") (from:hollycappucci...   ✕

Q  ("Washington settlement") (fr...   ✕

Q  ("Smith-Washington settleme...    ✕

Q  ("settlement") (from:hollycapp...  ✕

Q  ("kroll") (from:hollycappuccino)   ✕

Q  ("Kroll") (from:hollycappuccino)   ✕

**Joe Blowe** @mellett1 · Feb 28, 2024
I'm pretty sure I saw a Venezuelan drive by my place the other day. I was scared spitless! I'm plenty scared for my kid too. I think that darned Biden must enjoy putting us in danger because he really hates the USA. Am I getting your message right, Madamn Governor?

📊 11

**Harry Watts** @habwatts · Feb 28, 2024
Trying to nail that VP BS huh, you suck and after November, you will be nothing.

📊 3

**Michael McAlister** @MichaelMcA42 · Feb 28, 2024
KristiNoem spreading misinformation and lies!

📊 5

**Verity 4** @verity2x2 · Feb 28, 2024
So rude, since TRUMP invited them and  gave them asylum



**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

📊 9

**TheTruthSayer** @TheSayer42119 · Feb 29, 2024
Due process you unconstitutional idiot

📊 2

**JohnG1290** @johng1290 · Feb 28, 2024

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



# X

- Home
- Explore
- Notifications 🔵2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Trump grants Venezuelans temporary legal status on his way out

From politico.com

💬      🔁      ♡      📊 3      🔖  ⬆️

**Christina F** @Christi62372927 · Feb 28, 2024
Correct me if I am wrong, but didn't Trump approve temporary legal status for those who fled Venezuela and entered our country illegally on the last day he was in office in 2021? Wouldn't that imply that Trump invited in the man who then committed murder in GA?

💬      🔁      ♡      📊 6      🔖  ⬆️

**CBunny** @EH_CBunny · Feb 28, 2024
#RACIST

💬      🔁      ♡      📊 6      🔖  ⬆️

**Michele F** @michele86093736 · Feb 28, 2024



**GOVERNOR CUM DUMP**

💬      🔁      ♡      📊 8      🔖  ⬆️

**JadedB** @JadedB · Feb 28, 2024
Try again, loser. #WompWomp

> The U.S. will defer for 18 months the removal of certain Venezuelan nationals. President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.
> Jan 19, 2021
> 🅿️ Politico
> https://www.politico.com › news › 2021/01/19 › tramp...
> **Trump grants Venezuelans temporary legal status on his way ...**

💬      🔁      ♡      📊 9      🔖  ⬆️

**SDH** @SDWoman62 · Feb 28, 2024
Meanwhile in South Dakota, a Republican candidate can stay get (allegedly) SD Republican party to provide bail money AND get vote, all while being charged and convicted with the rape of his adopted


**David Michaels**
@DavidMi47644829

## Recent        Clear all

🔍 ("TaxAct") (from:hollycappuc...    ✕

🔍 ("Smith") (from:hollycappucci...    ✕

🔍 ("Washington settlement") (fr...    ✕

🔍 ("Smith-Washington settleme...    ✕

🔍 ("settlement") (from:hollycapp...    ✕

🔍 ("kroll") (from:hollycappuccino)    ✕

🔍 ("Kroll") (from:hollycappuccino)    ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.





X

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

**SDH** @SDWoman62 · Feb 28, 2024

Meanwhile in South Dakota, a Republican candidate can stay get (allegedly) SD Republican party to provide bail money AND get vote, all while being charged and convicted with the rape of his adopted daughter.

From listen.sdpb.org

1 · 73

**Douglas Wiegand** @Eelpout · Feb 28, 2024

And you evidence of such an outlandish claim is? Why didn't you complain when Trump on his last day in office suspended deportations of all those criminals? You are such a lying hypocrite.

8

**Kari Brooks** @ibphotokari · Feb 29, 2024

More fearmongering

POLITIFACT

IF YOUR TIME IS SHORT

- The Department of Homeland Security did not confirm the existence of an "intelligence report" about Venezuela sending criminals to the southern U.S. border. The claim originated with a Breitbart News article that cited an unnamed Customs and Border Protection source.
- PolitiFact was unable to find any evidence of the report's existence or any proof that Venezuela is taking those actions.

6

**janicepeterson1123@gmail.c...** @weedbl... · Feb 28, 2024

Oh please Ms Noem spare me your self righteous bullshit. Show me the facts based on your claim. If you aren't able to back up your claim that Venezuela emptied their prisons and purposely sent people here then shut the fuck up.

1 · 10

**Eric** @edresq92 · Feb 28, 2024

Which explains why Trump created 11th hour amnesty for Venezuelans in January 2021??

Search

Recent Clear all

("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.



Post

people here then shut the fuck up.

10

**Eric** @edresq92 · Feb 28, 2024
Which explains why Trump created 11th hour amnesty for Venezuelans in January 2021?

1 · 12

**WhoAreWe** @tropicalswell · Feb 28, 2024
👎👌👉👈

7

**Rem 2000 & 2016** @Rem2000 · Feb 28, 2024
Is Corey Lewandowski the best you can do, Sweetie? Many Venezuelans I've spoken to are seeking better lives. Are you looking for a more risqué relationship, Kristi?

nypost.com
Trump donor files police report accusing Core...
Trashelle Odom, a prominent Trump campaign donor, said that Lewandowski made several ...

1 · 25

**TJ_TX_LA** @747_TJ · Feb 28, 2024
Says the political hack that has done nothing to help the US government stop this!

2

**ThatOneGuy** @DOGGO525 · Feb 28, 2024
Neither did Colorado.

4

**Wes Rupert** @rupert_wes · Feb 28, 2024
Magats ban more people than they embrace. Wonder why they lost in 2020, 2022?

6

**Victor Rodriguez** @VictorR48801957 · Feb 28, 2024
Democrats didn't learn with ms13. So I guess their mentally challenged. Why are they in power?? Oh yeah, brainwashed useful idiots.

4

**Michael Auerbach** @auerbachaz · Feb 28, 2024
@KristiNoem sure sounded like a VP nominee speech.
Go Kristi

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels
@DavidMi47644829

Recent · Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2025 X Corp.

Post

**Michael Auerbach** @auerbachaz · Feb 28, 2024

@KristiNoem sure sounded like a VP nominee speech.
Go Kristi

LIVE
NATIONAL HARBOR, MD
CPAC    CPAC    CPAC
BREAKING NEWS
NEWSMAX    GOV. NOEM SPEAKS AT CPAC

🔁    7    🔖    ⬆

**Trick_Or_Tweet** @wet_mogwai · Mar 1, 2024

**I Smoked The Kansas Cit...** ✓ @BlackKni... · Feb 25, 2024
That immigrant was Venezuelan and guess how he got here
x.com/My_comments_R/...

**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain
Venezuelan nationals.

Members of the audience wave Venezuelan and American flags
as President Donald Trump speaks to a Venezuelan American
community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP
Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

f    𝕏    🔗    •••

💬    🔁    ♡    7    🔖    ⬆

**OldLadyInAZ** 🌴🇺🇸 @HappyAZLady · Feb 29, 2024
Like these Venezuelans that your orange stinky criminal kept from
being deported?

☰    AP    🔍
Israel-Hamas war    Flaco the owl dies    Trump d

Donald Trump shielded tens of thousands of
Venezuelan migrants from deportation
Tuesday night, rewarding Venezuelan exiles
who have been among his most loyal
supporters and who fear losing the same
privileged access to the White House during
the Biden administration.

Trump signed an executive order deferring for
18 months the removal of more than 145,000

---

## Sidebar

**Recent**    Clear all

🔍 ("TaxAct") (from:hollycappuc...    ✕

🔍 ("Smith") (from:hollycappucci...    ✕

🔍 ("Washington settlement") (fr...    ✕

🔍 ("Smith-Washington settleme...    ✕

🔍 ("settlement") (from:hollycap...    ✕

🔍 ("kroll") (from:hollycappuccino)    ✕

🔍 ("Kroll") (from:hollycappuccino)    ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

## Navigation

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**

**David Michaels**
@DavidMi47644829    •••



---

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT

privileged access to the White House during
the Biden administration.

Trump signed an executive order deferring for
18 months the removal of more than 145,000
Venezuelans who were at risk of being sent
back to their crisis-wracked homeland. He
cited the "deteriorative condition" within
Venezuela that constitutes a national security
threat as the basis for his decision.

"America remains a beacon of hope and
freedom for many, and now eligible

💬            📊 2    🔖 ⬆️

**Y-Man** @ty_mandividend · Feb 28, 2024    𝕏 ···

By SABRINA RODRIGUEZ
01/19/2021 09:26 PM EST                    f  🐦  🔗  ···

President Donald Trump on Tuesday announced he will offer Venezuelan exiles
protection from deportation, a move he has considered for years but refused to
do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or
DED, for temporary legal status to Venezuelans fleeing the humanitarian
crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary
Protected Status or TPS, protects recipients from deportation and allows them
to get work permits. However, it is granted directly by the president instead of
the Department of Homeland Security.

💬            📊 7    🔖 ⬆️

**Nanette Price** @nanetteprice71 · Feb 28, 2024    𝕏 ···
Jan 19, 2021 · President Donald Trump has shielded tens of
thousands of Venezuelan migrants from deportation from the U.S.
The order signed Tuesday night was a final reward for Venezuelan
exiles.

💬            📊 9    🔖 ⬆️

**Bob Schwab** @BobSchwab7 · Feb 28, 2024    𝕏 ···
So original. Fear and hatred is all you have to sell. Did Corey give
you this idea?



**Recent**                          Clear all

🔍  ("TaxAct") (from:hollycappucc...   ✕

🔍  ("Smith") (from:hollycappucci...   ✕

🔍  ("Washington settlement") (fr...   ✕

🔍  ("Smith-Washington settleme...   ✕

🔍  ("settlement") (from:hollycapp...   ✕

🔍  ("kroll") (from:hollycappuccino)   ✕

🔍  ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels** ···
@DavidMi47644829





**Recent**    Clear all

🔍 ("TaxAct") (from:hollycappucci...   ✕

🔍 ("Smith") (from:hollycappucci...   ✕

🔍 ("Washington settlement") (fr...   ✕

🔍 ("Smith-Washington settleme...   ✕

🔍 ("settlement") (from:hollycapp...   ✕

🔍 ("kroll") (from:hollycappuccino)   ✕

🔍 ("Kroll") (from:hollycappuccino)   ✕

**Ken Atwood** @cabmanbxr · Feb 28, 2024
You've kissed the Orange Moron's diapered ass for ages. You encourage loser racists and white nationalists to come here. Traitor Tot, you're as someone else said, a true show pony. Trash personified.
Hungry schoolkids? You don't care. Can't wait until you're GONE.

💬    ↺    ♡    ᴸᴸ 8    🔖    ⬆

**Christopher Himsl** @christo28213184 · Feb 29, 2024
Here are your criminals.
What happened to the America of
"Give me your tired, your poor,
your huddle masses yearning to breathe free . . ."

How & when did your family get here?

💬    ↺    ♡    ᴸᴸ 10    🔖    ⬆

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2025 X Corp.

**Scott Zoller** @ScottZoller · Feb 28, 2024
Your undying devotion to your cult leader Daffy Donnie will be your downfall.

💬    ↺    ♡    ᴸᴸ 6    🔖    ⬆

**wi_dust_nd** @wi_dust_nd · Feb 28, 2024

**Jo** ✓ @JoJoFromJerz · Feb 27, 2024
Hey @GOP — YOU killed the bipartisan border bill YOU asked for because Trump told YOU to.
Can't pin this shit on Biden.



**David Michaels**
@DavidMi47644829



X

**Post**

**Recent**                                    Clear all

🔍 ("TaxAct") (from:hollycappucc...    ✕

🔍 ("Smith") (from:hollycappucci...    ✕

🔍 ("Washington settlement") (fr...    ✕

🔍 ("Smith-Washington settleme...    ✕

🔍 ("settlement") (from:hollycap...    ✕

🔍 ("kroll") (from:hollycappuccino)    ✕

🔍 ("Kroll") (from:hollycappuccino)    ✕

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

wr_dust_hd @wr_dust_hd · Feb 28, 2024

**Jo** @JoJoFromJerz · Feb 27, 2024

Hey @GOP — YOU killed the bipartisan border bill YOU asked for
because Trump told YOU to.
Can't pin this shit on Biden.
YOU the border now.

**GOP** @GOP                              Follow   ···

Americans now view the border crisis as
the most important problem facing the
country.

Biden created the crisis through his
executive actions, and he refuses to end it
by reversing them.

Immigration Surges to Top of Most Important Problem List

From news.gallup.com

💬        ⟲        ♡        ıl 5    🔖  ⬆

**YachatsSteve**🇺🇸 @stevepaul59 · Feb 28, 2024
Gee willikers Hypocrisy Hussy! What makes you think that your
dude is worthy of anything but scorn. You are the party of no shame.



💬        ⟲        ♡ 3      ıl 39    🔖  ⬆

**YachatsSteve**🇺🇸 @stevepaul59 · Feb 28, 2024
x.com/badbadrsr/sta...

💬        ⟲        ♡ 2      ıl 38    🔖  ⬆

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts                              ···

Trending in United States
**Genghis Khan**

Entertainment · Trending                 ···
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts                              ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



**David Michaels**   ···
@DavidMi47644829





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

David Michaels @DavidMi47644829

**YachatsSteve** @stevepaul59 · Feb 28, 2024
x.com/badbradrsr/sta...
2 · 38

**Bandele Ganiyu** @BandeleGaniyu · Feb 28, 2024
Fox News is not a credible reliable source they were sued for lying to Americans admitted lying and settled for $787.5Mil. #kristinoem #SouthDakota supports a con man, fraud and a rapist. Went to kiss his ring in Florida.

Fox News @FoxNews · Feb 26
Venezuelan migrant illegally in US charged for sexual assault against minor in Virginia trib.al/QAZB0dQ

6:26 PM · Feb 27, 2024 · 61.7K Views

This part

01/2021

CARACAS, Venezuela (AP) — With the clock winding down on his term, U.S. President Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to their crisis-wracked

15

**Mandy** @Mandy04771043 · Feb 28, 2024

6

**Rick** @Rick56561940 · Feb 28, 2024
This government in charge right now in America is absolutely evil. Wake up, everybody -TRUMP 2024
24

**Alan Harvey** @kleinbattle · Feb 28, 2024
There she is! Gotta deflect from YOUR party sinking the immigration fix favored by the Border Patrol. Demagog away, Kristi. Can't fund Ukraine, the star witness in the Hunter Biden probe was a Russian asset. That's the truth. Y'all are really stupid or you're complicit, or both.
5

**Recent** Clear all
("TaxAct") (from:hollycappuc...
("Smith") (from:hollycappucci...
("Washington settlement") (fr...
("Smith-Washington settleme...
("settlement") (from:hollycap...
("kroll") (from:hollycappuccino)
("Kroll") (from:hollycappuccino)

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

X

Post

Recent                                    Clear all

🔍 ("TaxAct") (from:hollycappucci...    ✕

🔍 ("Smith") (from:hollycappucci...    ✕

🔍 ("Washington settlement") (fr...    ✕

🔍 ("Smith-Washington settleme...    ✕

🔍 ("settlement") (from:hollycap...    ✕

🔍 ("kroll") (from:hollycappuccino)    ✕

🔍 ("Kroll") (from:hollycappuccino)    ✕

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

fix favored by the Border Patrol. Demagog away, Kristi. Can't fund Ukraine, the star witness in the Hunter Biden probe was a Russian asset. That's the truth. Y'all are really stupid or you're complicit, or both.

💬    🔁    ♡    📊 5    🔖 ⬆️

**Bill Watkins** @TravelingPoet1 · Feb 28, 2024

Scapegoating migrants while our own citizens remain gun sick.



Number of mass shootings in the United States between 1982 and December 2023, by shooter's race or ethnicity

White — 80
Black — 26
Latino — 12
Asian — 10
Other — 5
Native American — 3

💬    🔁    ♡    📊 21    🔖 ⬆️

**Wayne Rice** @wrice99 · Feb 28, 2024

We have to thank Donnie for allowing Putin to interfere in Venezuela's affairs which caused the exodus into the US. We need to understand why people flee their countries.

💬    🔁    ♡    📊 19    🔖 ⬆️

**Wayne Rice** @wrice99 · Feb 28, 2024

Trump grants Venezuelans temporary legal status on his way out

From politico.com

💬    🔁    ♡    📊 21    🔖 ⬆️

**VHS - Brim$ton3** 👁 @Brimstone_NYC · Feb 28, 2024

Why wait? Start now!

💬    🔁    ♡    📊 19    🔖 ⬆️

**White Mamba** ✓ @vipersnke · Feb 28, 2024

Warned years ago it was coming.
Flipping hemispheres. #GlobalEquity

📊 20

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Post



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT

# X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Post**

**White Mamba** ✓ @vipersnke · Feb 28, 2024
Warned years ago it was coming.
Flipping hemispheres. #GlobalEquity
📊 20

**whyohwhy** @ohwhyohwhy22 · Feb 28, 2024
You lie worse than you cheat on your hubby
📊 10

**Tom Donald** @TomDona47629830 · Feb 28, 2024
Must elevate the consequences for criminal behavior.
📊 3

**David Govostes** @DaveWoburn · Feb 28, 2024
China loves liberal Democrats
📊 11

**Porky the Pig** @porky626 · Feb 28, 2024



📊 21

**Sam Lopez** @miraflores1962 · Feb 28, 2024
You fit right in!  The lowest of the low.

**Search / Recent**

Recent          Clear all

🔍 ("TaxAct") (from:hollycappuc...   ✕
🔍 ("Smith") (from:hollycappucci...   ✕
🔍 ("Washington settlement") (fr...   ✕
🔍 ("Smith-Washington settleme...   ✕
🔍 ("settlement") (from:hollycap...   ✕
🔍 ("kroll") (from:hollycappuccino)   ✕
🔍 ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States      ⋯
#earthquake
43.7K posts

Trending in United States      ⋯
Genghis Khan

Entertainment · Trending       ⋯
Eddie Murphy

Politics · Trending            ⋯
Ohio
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.



**David Michaels** ⋯
@DavidMi47644829



Post

YOU MEAN THE WICKED
WITCH OF THE RIGHT

2

**Peace thru Pets** 🇺🇦 🐾 @DroppyEars · Feb 28, 2024
Republicans are better at whining at actually solving problems.



Waiting for Republicans to

stop whining about the border
& pass a Border Security Bill

5

**MichiganRocks** @michigan4season · Feb 28, 2024
Just like Trump said.

6

**Peeoveroh** @theravenking00 · Feb 29, 2024
And now they don't want them deported back. Well I say too bad.
Give them a helicopter ride 😉

Venezuela Stops the US From
Deporting Violent Criminals

CROSS
ROADS
LIVE
NO RETURNS

9

**Joseph** @jagdbs · Feb 28, 2024
His prison term?

Joe could arrange that

TRUMP

**David Michaels**
@DavidMi47644829

Recent                                    Clear all

🔍 ("TaxAct") (from:hollycappucci...   ✕

🔍 ("Smith") (from:hollycappucci...   ✕

🔍 ("Washington settlement") (fr...   ✕

🔍 ("Smith-Washington settleme...   ✕

🔍 ("settlement") (from:hollycapp...   ✕

🔍 ("kroll") (from:hollycappuccino)   ✕

🔍 ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



# X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Post

His prison term?

Joe could arrange that



19

**Joseph** @jagdbs · Feb 28, 2024
You just disparaged a whole country

You have lost any moral ground you might have had

19

**Sweep the Leg** @SweepTheLeg45 · Feb 28, 2024
Yessssssssss!

🚫

**Content warning: Sensitive content**
The author labeled this post as containing sensitive content.

**Show**

10

Show probable spam

### Recent    Clear all

- 🔍 ("TaxAct") (from:hollycappucc...   ✕
- 🔍 ("Smith") (from:hollycappucci...   ✕
- 🔍 ("Washington settlement") (fr...   ✕
- 🔍 ("Smith-Washington settleme...   ✕
- 🔍 ("settlement") (from:hollycapp...   ✕
- 🔍 ("kroll") (from:hollycappuccino)   ✕
- 🔍 ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start now…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT