# EXHIBIT 3

**Post**

**Kristi Noem** ✓
@KristiNoem



Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America.

The White House is facilitating this invasion. They're doing it on purpose. Joe Biden could stop it — but he hasn't.



11:01 PM · Mar 6, 2024 · **265.2K** Views

| 💬 998 | 🔁 3K | ♡ 9.7K | 🔖 83 | ⬆ |

🧑 **Post your reply**                     Reply

**Starfish** @StarfishLBK · Mar 6, 2024
Please sue them. I'm hoping my @GovRonDeSantis governor will sue as well. Catholic Charities, Jewish Federation, Lutheran Social services must answer for assisting in mass trafficking of children.
💬 1    🔁    ♡ 4    📊 201    🔖 ⬆

**megourd1967** ✓ @megourd1967 · Mar 6, 2024
South Dakota, you have a great governor!
💬 20    🔁    ♡ 59    📊 2.2K    🔖 ⬆

**Gerardo de la Fuente †** ✓ @GdelaFuenteMTY · Mar 6, 2024
Same that Cuba un Mariel.
💬    🔁    ♡ 1    📊 218    🔖 ⬆

**LAURENCE2A** @a_LAURENCE2A · Mar 6, 2024
Serious Hottie.
💬 3    🔁    ♡ 2    📊 256    🔖 ⬆

**Svetti Bolz** 🇺🇸 @NOApologiesMAGA · Mar 6, 2024
The Mariel Boatlift ended Jimmy Carter's career. What's happening now is one hundred times worse.
💬 1    🔁    ♡ 3    📊 151    🔖 ⬆

**Tatted Merica** ✓ @nottodaylibs · Mar 6, 2024
You're an amazing Governor ma'am, and will be an amazing VP.
💬 7    🔁 3    ♡ 7    📊 866    🔖 ⬆

**xSimon Wu** ✓ @sisisimon · Mar 6, 2024
Yup!  So we have to deal with Venezuela's problems.  I pray 🙏 things will get better!
💬 3    🔁    ♡ 8    📊 1.1K    🔖 ⬆

## Navigation (sidebar)

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

🧑 **David Michaels**
@DavidMi47644829

## Relevant people

🧑 **Kristi Noem** ✓    **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening



**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

Post

**Relevant people**


**Kristi Noem** ✓
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**Simon Wu** ✓ @sisisimon · Mar 6, 2024
Yup!  So we have to deal with Venezuela's problems.  I pray 🙏 that
things will get better!
💬 3        ♡ 8        ⫸ 1.1K

**Thomas Matthew** ✓ @twittah98058656 · Mar 6, 2024
Treason? Yup!
                  ♡ 1        ⫸ 85

**52.8 million** @happygilmo17232 · Mar 6, 2024
God you're hawt!!!
💬 2        ♡ 1        ⫸ 179

**So Tired** ✓ @SoTiredOfficial · Mar 6, 2024
🔴
                  ♡ 1        ⫸ 829

**Heartgirl0316** @Heartgirl0316 · Mar 6, 2024
Read and weep you distrusting gaslighter ! America is not stupid !

> 🏛 **House Judiciary Dems** ✓ @HouseJudiciary · Mar 6, 2024
> .@RepSwalwell to House GOP: You get a border bill from the
> second most conservative member of the Senate. You oppose it
> because Trump opposes it. He opposes it because he wants to be
> president because he has 91 felony counts that he's facing. And
> those go away if he's president.



💬 1        ♡ 1        ⫸ 40

**ShanghaiOG** @Shinpath · Mar 6, 2024
Good. Freedom-lovers coming!
                  ♡        ⫸ 99

**mj** @jensen_49 · Mar 6, 2024
Your gop candidate loves the Venezuelan president.  You are such an
idiot
                  ♡        ⫸ 21

**YachatsSteve**🇺🇸🎖 @stevepaul59 · Mar 6, 2024
That immigrant might have more skills than this family man. (Think
Elon) You have family members on the taxpayer backs and one that
probably lobbies with pharmaceutical (thus your cannabis
shenanigans). Hypocrisy Hussy is really earning that moniker
recently.

> In 2019, Jayson Boebert had no income.
> In 2020, after Lauren was elected, he was
> hired by Terra Energy Partners and paid an
> annual fee of $460,000. Terra has a heavy

**What's happening**


**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**  ···
@DavidMi47644829

𝕏

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Post    Reply    Search



In 2019, Jayson Boebert had no income. In 2020, after Lauren was elected, he was hired by Terra Energy Partners and paid an annual fee of $460,000. Terra has a heavy presence in Lauren Boebert's district.

When can we expect a congressional investigation into this matter?

💬    ⟲ 1    ♡ 4     lıl 61    🔖    ⬆

**cindylouW.H.O.** @gldimhere · Mar 6, 2024    𝕏 ···
WTF is living in your hair?

💬    ⟲    ♡    lıl 25    🔖    ⬆

**Steve** @StopWokeInsane · Mar 6, 2024    𝕏 ···
Decent citizens need a leader with the cash & power to match Soros. We don't need a politician! We need a General for a CW.

💬    ⟲    ♡    lıl 52    🔖    ⬆

**Marc** @kmbsdusa · Mar 6, 2024    𝕏 ···
Freedumb spewing her bullshit.

💬    ⟲    ♡ 1    lıl 16    🔖    ⬆

**Adalberto Perez** @Adalber68692499 · Mar 6, 2024    𝕏 ···
And of course they're heading straight to South Dakota among a population that only speaks English, unable to hide in a sea of pale faces.

💬    ⟲    ♡    lıl 51    🔖    ⬆

**nd beef** @beef_nd · Mar 6, 2024    𝕏 ···
U could kick summit the fuck outta SD but u slut would rather take bribes..hows Corey??

💬    ⟲    ♡    lıl 20    🔖    ⬆

**A Person Who Thinks For The...** ✓ @dwi... · Mar 7, 2024    𝕏 ···
This is "The Cloward-Piven Strategy". It is a plan they have been working on for quite some time. We are seeing an acceleration because I think they fear we may wake up and stop it before they pull it off. Oh and if you look that up... don't bother with the wiki post for it.
Show more

💬    ⟲ 3    ♡ 11    lıl 931    🔖    ⬆

**Marcus Jones** @MarcusJ62576875 · Mar 6, 2024    𝕏 ···
Sad part is it's all because of GREED

💬    ⟲    ♡ 1    lıl 102    🔖    ⬆

**Utah Moderate** 🇨🇦 🇺🇦 @LJRK0909 · Mar 7, 2024    𝕏 ···

**Relevant people**

 **Kristi Noem** ✓    **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.8K posts    ···

Trending in United States
**Isagi**
7,340 posts    ···

Trending in United States
**Malibu**
8,221 posts    ···

Politics · Trending
**Ohio**
49K posts    ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829    ···

**Post**

Post



**Relevant people**

Kristi Noem ✓
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

**Marcus Jones** @MarcusJ62576875 · Mar 6, 2024
Sad part is it's all because of GREED
102

**Utah Moderate** 🇨🇦 @LJRK0909 · Mar 7, 2024
First, none of this is true. Second, you fail to mention your orange idol gave Venezuelans a pass on coming here in order to escape the mess in their country.
7

**David Valade(he/his/him-il/le/lui)...** @Dav... · Mar 7, 2024
Liar.  #factsmatter  Try one or two sometime.
8

**Peace&Good**👤 @jmduhnke · Mar 7, 2024
Nope, they're NOT!  Prove it!
11

**DaveStirek** @57555ds · Mar 7, 2024
Show some proof!!! Or STFU with trumps lies!!!
2

**Alison Kostas** @AlisonKostas · Mar 7, 2024
You're a total POS to spew this nonsense as you KNOW its a lie.
3

**Glenn McSparin** @glennm52 · Mar 7, 2024
Stop posting ur fucking lies and with no proof!! Psycho bitch!
3

**Lieutenant Dan** 🟢 @doody445 · Mar 7, 2024
This is what happens when you elect a bimbo to be your governor.
8

😺**Castiel Crowley**😺👤 🇵🇷🇺🇦🇺🇸 @reinasdada · Mar 7, 2024
You're such a reprehensible, sorry excuse of a human being. Calling you human is a real stretch.  GFY
8

**Tari** @Beantari · Mar 8, 2024
What a load of nonsense. Begone!
6

**Cee** @DPolitics1 · Mar 7, 2024
Yup Biden wants ex cons and mental patients from other countries here bc that helps him politically.....its stupid when u say it out loud lol.
GOP motto....be afraid...be very afraid.
1

**armand** @ArmamdT · Mar 7, 2024
When they get here, we will bus them right up to you in South Dakota!
But you're another idiot that can't think of shit on your own! Like a good little girl, you repeat what trump says.
But just remember that he only like young girls like Ivanka! He grabbed her ass the other day!
4

**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6 month to a

**David Michaels** ···
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

Post



**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6 month to a year.

💬          ⟲          ♡          ∎ 14          🔖 ⬆

**paul senez** @paul_senez · Mar 8, 2024
And you have reams of evidence that you are prepared to share to substantiate your claims?

💬          ⟲          ♡          ∎ 9          🔖 ⬆

**Grizliz⚡️** @Grizliz1 · Mar 7, 2024
@CommunityNotes

💬          ⟲          ♡ 1          ∎ 54          🔖 ⬆

**Blue Bird** @BlueBir80680931 · Mar 7, 2024
True

💬          ⟲          ♡ 1          ∎ 26          🔖 ⬆

**JB** @JBeverly28 · Mar 7, 2024
Worked when Castro did it

💬          ⟲          ♡ 1          ∎ 48          🔖 ⬆

**Rev Miguel A Rivera** @MiguelReverend · Mar 7, 2024
False misleading wrong information

💬          ⟲          ♡ 1          ∎ 34          🔖 ⬆

**Susanne Weber** @Susanne44580497 · Mar 7, 2024
Of course that's not true, but the right has to amp up fake fear so you think they're here to protect you. Ridiculous!  They're here to CONTROL YOU!



💬          ⟲          ♡ 1          ∎ 10          🔖 ⬆

**PopcornTV** @PopcornTV999 · Mar 6, 2024
1000%

💬          ⟲          ♡          ∎ 24          🔖 ⬆

---

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- Grok
- 🗒 Lists
- 🔖 Bookmarks
- 🗂 Jobs
- 👥 Communities
- Premium
- Verified Orgs
- 👤 Profile
- More

**Post**

**David Michaels**
@DavidMi47644829

---

## Relevant people

**Kristi Noem** ✓ @KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

 **Post** 



**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6 month to a year.

💬    ⟲    ♡    📊 14    🔖    ⬆

**paul senez** @paul_senez · Mar 8, 2024
And you have reams of evidence that you are prepared to share to substantiate your claims?

💬    ⟲    ♡    📊 9    🔖    ⬆

**Grizliz**⚡ @Grizliz1 · Mar 7, 2024
@CommunityNotes

💬    ⟲    ♡ 1    📊 54    🔖    ⬆

**Blue Bird** @BlueBir80680931 · Mar 7, 2024
True

💬    ⟲    ♡ 1    📊 26    🔖    ⬆

**JB** @JBeverly28 · Mar 7, 2024
Worked when Castro did it

💬    ⟲    ♡ 1    📊 48    🔖    ⬆

**Rev Miguel A Rivera** @MiguelReverend · Mar 7, 2024
False misleading wrong information

💬    ⟲    ♡ 1    📊 34    🔖    ⬆

**Susanne Weber** @Susanne44580497 · Mar 7, 2024
Of course that's not true, but the right has to amp up fake fear so you think they're here to protect you. Ridiculous!  They're here to CONTROL YOU!

**2023** MAJOR ACCOMPLISHMENTS *of the Biden-Harris Administration*

💬    ⟲    ♡ 1    📊 10    🔖    ⬆

**PopcornTV** @PopcornTV999 · Mar 6, 2024
1000%

💬    ⟲    ♡    📊 24    🔖    ⬆

---

### Sidebar

## Relevant people

**Kristi Noem** ✔
@KristiNoem    [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2025 X Corp.

---

**David Michaels**
@DavidMi47644829

---

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT
Page 6 of 29

# X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829



💬    🔁    ♡ 2    📊 94

**SDH** @SDWoman62 · Mar 6, 2024
@GovKristiNoem starring in The Real Housewives of MAGA....

▶ GIF   I REALLY FEEL LIKE HE'S MY SOULMATE

💬    🔁    ♡ 4    📊 119    🔖    📤

**YachatsSteve** 🇺🇸 @stevepaul59 · Mar 6, 2024
Cruelty has no borders. You MFs are everywhere. Shucks.

> **Damaan, AKA "Philly's Fine...** @Damaan4... · Mar 6, 2024
> Who agrees cruelty has no borders? 🤚🏼🤚🏼🤚🏼
>
> Who is this man? He helped evict a lady in her 60's with stage 4 ovarian cancer from her home. This is England!

💬    🔁    ♡ 1    📊 50    🔖    📤

**Democrat Rick** ✓ @DemocratRick12 · Mar 6, 2024
Citation on this claim?

💬 12    🔁    ♡ 45    📊 1.6K    🔖    📤

**Suk Medic** @SukMedic2 · Mar 7, 2024
Didn't Castro do this in the 1980s?  Yeah. And taxpayers foot the bill to house them for decades.
History repeats it's self because dumbasses didnt learn the first time.

💬    🔁    ♡    📊 2    🔖    📤

**Joy TR** 🇺🇸🇩🇪 @jayhawkjoy · Mar 7, 2024

## Relevant people

 **Kristi Noem** ✓    **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.





X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

History repeats it's self because dumbasses didnt learn the first time.

🔁    ♡    📊 2    🔖 ⬆️

**Joy TR** 🇺🇸🇺🇦 @jayhawkjoy · Mar 7, 2024
You definitely know how to lie like your cult leader

💬    🔁    ♡    📊 15    🔖 ⬆️

**Kristi Janeen** @KristiJaneen · Mar 7, 2024
Just stop. That is not true. Stop the fear porn.

💬    🔁    ♡ 1    📊 124    🔖 ⬆️

**Ryan Schoen** @ryguy1o1 · Mar 7, 2024
We have enough mentally ill people here already. We don't need anymore democrats

💬    🔁    ♡    📊 6    🔖 ⬆️

**Howard Bailey** @HowardB47707870 · Mar 7, 2024
That's the truth

💬 1    🔁    ♡    📊 81    🔖 ⬆️

**AsKo2** @Beachnut222 · Mar 7, 2024
No they're actually not!  Lying sack o shit!  Hey, where's Corey?

💬    🔁    ♡    📊 4    🔖 ⬆️

**Dr. Vladimir Joukov** ✔️ @vladijoukov · Mar 7, 2024
Because the American people's representatives in the government should be loyal to America— and not to any foreign country— and faithful to God and Christianity. This cannot be said about many ppl in our government, including the person in charge for the security of our borders.

💬 8    🔁    ♡ 9    📊 815    🔖 ⬆️

**Floyd Dabarber** @ZacharySmithdoc · Mar 7, 2024
Biden needs to be impeached

💬    🔁    ♡    📊 1    🔖 ⬆️

**JM For Science Reason Tr...** @Cavebear20... · Mar 7, 2024
Traitor Trash.

💬    🔁    ♡    📊 7    🔖 ⬆️

**G.C. Andrade** @gary_a75 · Mar 7, 2024
The 2024 election won't even take place..

💬    🔁    ♡    📊 64    🔖 ⬆️

**James Pennington** ✔️ @pennington_jr · Mar 7, 2024
Vote @realDonaldTrump

> **James Pennington** ✔️ @pennington_jr · Feb 23, 2024
> It's time to rock the vote! Trump 2024 keep America great! song titled 👇🏻
>
> " Donald J Trump "
> 🇺🇸🇺🇸🇺🇸🇺🇸

▶️

**David Michaels** ...
@DavidMi47644829

**Post**

🔍 Search

## Relevant people

**Kristi Noem** ✔️
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Follow**

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Post



0:49

💬 3     🔁 1     ♡ 5     📊 610     🔖  ⬆️

**Don the border king** ✅ @johnny45436859 · Mar 7, 2024   𝕏  ⋯
She's hot and stupid.
💬          🔁          ♡          📊 8          🔖  ⬆️

**X Worlboss 14** ✅ @WorlbossBarnes · Mar 7, 2024   𝕏  ⋯
😔😔😔 so beautiful 😍
💬          🔁          ♡          📊 3          🔖  ⬆️

**Jasper Wyoming** ✅ @JasperWyoming01 · Mar 7, 2024   𝕏  ⋯
Republicans could defund it but they don't.
💬          🔁          ♡          📊 19          🔖  ⬆️

**Mike** ✅ @NapalmAirstrike · Mar 8, 2024   𝕏  ⋯
Somebody has to Stop that Rat 🐀 Biden!
💬          🔁          ♡          📊 6          🔖  ⬆️

**Publius** 💳 @captlibertas · Mar 6, 2024   𝕏  ⋯
#TrumpNoem2024



💬          🔁          ♡          📊 17          🔖  ⬆️

**drew allen** ✅ @drewholm3 · Mar 6, 2024   𝕏  ⋯
Fuck - let's empty our prisons and fly our scum bags there - along with bringing theirs back.  Clean house !
💬          🔁          ♡          📊 106          🔖  ⬆️

**Joseph** ✅ @Un_Spin_City · Mar 7, 2024   𝕏  ⋯
It's a plan to eventually make the all citizens and voters for the Democrats.
💬          🔁          ♡          📊 58          🔖  ⬆️

**Steve Ferguson** ✅ @lsferguson · Mar 7, 2024   𝕏  ⋯
This invasion is by design

---

X
- Home
- Explore
- Notifications  2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829  ⋯

---

## Right sidebar

### Relevant people

**Kristi Noem** ✅ @KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.





0:47

💬 3          ↻ 1          ♡ 5          ◪ 610          🔖  ⬆

**Don the border king** ✔ @johnny45436859 · Mar 7, 2024    𝕏  •••
She's hot and stupid.
💬          ↻          ♡          ◪ 8          🔖  ⬆

**X Worlboss 14** ✔ @WorlbossBarnes · Mar 7, 2024    𝕏  •••
😙😙😙 so beautiful 😍
💬          ↻          ♡          ◪ 3          🔖  ⬆

**Jasper Wyoming** ✔ @JasperWyoming01 · Mar 7, 2024    𝕏  •••
Republicans could defund it but they don't.
💬          ↻          ♡          ◪ 19          🔖  ⬆

**Mike** ✔ @NapalmAirstrike · Mar 8, 2024    𝕏  •••
Somebody has to Stop that Rat 🐀 Biden!
💬          ↻          ♡          ◪ 6          🔖  ⬆

*Publius* �6 @captlibertas · Mar 6, 2024    𝕏  •••
#TrumpNoem2024



💬          ↻          ♡          ◪ 17          🔖  ⬆

**drew allen** ✔ @drewholm3 · Mar 6, 2024    𝕏  •••
Fuck - let's empty our prisons and fly our scum bags there - along
with bringing theirs back.  Clean house !
💬          ↻          ♡          ◪ 106          🔖  ⬆

**Joseph** ✔ @Un_Spin_City · Mar 7, 2024    𝕏  •••
It's a plan to eventually make the all citizens and voters for the
Democrats.
💬          ↻          ♡          ◪ 58          🔖  ⬆

**Steve Ferguson** ✔ @lsferguson · Mar 7, 2024    𝕏  •••
This invasion is by design

---

𝕏

🏠 Home
🔍 Explore
🔔 Notifications ②
✉ Messages
𝕏 Grok
☰ Lists
🔖 Bookmarks
🧳 Jobs
👥 Communities
✓ Premium
⌁ Verified Orgs
👤 Profile
◉ More

**Post**

**David Michaels**
@DavidMi47644829    •••

---

## Relevant people

 **Kristi Noem** ✔    **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE                                    •••

Trending in United States
**#earthquake**
43.8K posts                             •••

Trending in United States
**Isagi**
7,340 posts                             •••

Trending in United States
**Malibu**
8,221 posts                             •••

Politics · Trending
**Ohio**
49K posts                               •••

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.



---

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT



## Post

At this point it is now Trump's fault.

💬       ↻ 1       ♡ 2       ⲓⲗⲓ 53       🔖       ⬆

 **E-Diplomacy+government | ...** ✓ @ShirlA... · Mar 7, 2024    𝕏 ···
🚩❗Blatant Lies! FactsAndTruthWins:
The #Venezuelan refugee crisis, the largest recorded refugee crisis
in the Americas, refers to the emigration of millions of Venezuelans
from their native country during the presidencies of Hugo Chávez
and Nicolás Maduro because of the
Show more

💬 2       ↻ 6       ♡ 22       ⲓⲗⲓ 1K       🔖       ⬆

**Mr. C** ✓ @knowledgewins8 · Mar 7, 2024                  𝕏 ···
Canada is allowing Chinese Military to train on our Northern borders!

💬       ↻       ♡       ⲓⲗⲓ 1       🔖       ⬆

**Lars@C-bus** @LarryHillyer3 · Mar 7, 2024              𝕏 ···



💬       ↻       ♡ 4       ⲓⲗⲓ 19       🔖       ⬆

**SassyCassiefromTallahas...** ✓ @SassyCassief... · Mar 7, 2024    𝕏 ···
Sloppy seconds Noem  aka Cory's cum Dumpster is leaking in the
rear..




**David Michaels** ···
@DavidMi47644829

### Relevant people

 **Kristi Noem** ✓                    [ Follow ]
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening


**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States                    ···
**#earthquake**
43.8K posts

Trending in United States                    ···
**Isagi**
7,340 posts

Trending in United States                    ···
**Malibu**
8,221 posts

Politics · Trending                           ···
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





**I TAPPED THAT**

💬   ⟲ 1   ♡ 1   𝖎𝖍 6   🔖   ⬆

**Jack aguilera** @Jackaguilera18 · Mar 7, 2024
Shut your mouth .

💬   ⟲ 1   ♡   𝖎𝖍 6   🔖   ⬆

**Susan Perino** @susan_perino · Mar 7, 2024
The House could stop it but they got their marching orders from Trump to not pass the Bill because he admittedly wants to use it as a political talking point because he has nothing else!

💬   ⟲   ♡   𝖎𝖍 12   🔖   ⬆

**MSFighter** 🇲🇽🇺🇦⚧🧿🌈 @BrujaAnon · Mar 7, 2024

▶ GIF

💬   ⟲   ♡   𝖎𝖍 11   🔖   ⬆

**Brian York** @BrianYork827 · Mar 7, 2024
That is exactly what happened years ago when Cuba emptied all of its prisons too and sent them to Miami.

💬   ⟲   ♡   𝖎𝖍 10   🔖   ⬆

**BK** @KB41151 · Mar 7, 2024
Dressed up for another nite working the Motel 6 .   🤣🤣🤣

💬   ⟲   ♡   𝖎𝖍 12   🔖   ⬆

**I really hope I'm wrong** @bigalmedina · Mar 7, 2024

▶ GIF
COOCOO

💬   ⟲   ♡   𝖎𝖍 5   🔖   ⬆

**Heyward Wall** @heywardwall · Mar 7, 2024

---

# X

🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
Grok
☰ Lists
🔖 Bookmarks
💼 Jobs
👥 Communities
✓ Premium
⌖ Verified Orgs
👤 Profile
⊙ More

**Post**

**David Michaels**
@DavidMi47644829

---

## Relevant people

**Kristi Noem** ✓   **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.



**I TAPPED THAT**

💬    ⟲ 1    ♡ 1    �random 6    🔖    ⬆

Jack aguilera @Jackaguilera18 · Mar 7, 2024
Shut your mouth .

💬    ⟲ 1    ♡    �random 6    🔖    ⬆

Susan Perino @susan_perino · Mar 7, 2024
The House could stop it but they got their marching orders from
Trump to not pass the Bill because he admittedly wants to use it as
a political talking point because he has nothing else!

💬    ⟲    ♡    �random 12    🔖    ⬆

MSFighter 🟦🇺🇦🏳️‍🌈🔑🏳️‍⚧️🏳️‍🌈 @BrujaAnon · Mar 7, 2024

**BULL SH*T**

⏸  GIF

⟲    ♡    �random 11    🔖    ⬆

Brian York @BrianYork827 · Mar 7, 2024
That is exactly what happened years ago when Cuba emptied all of
its prisons too and sent them to Miami.

💬    ⟲    ♡    �random 10    🔖    ⬆

BK @KB41151 · Mar 7, 2024
Dressed up for another nite working the Motel 6 .   🤣🤣🤣

💬    ⟲    ♡    �random 12    🔖    ⬆

I really hope I'm wrong @bigalmedina · Mar 7, 2024

COOCOO

▶  GIF

💬    ⟲    ♡    �random 5    🔖    ⬆

Heyward Wall @heywardwall · Mar 7, 2024

---

## Sidebar

### Relevant people

 **Kristi Noem** ✓  **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening


**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States          ···
**#earthquake**
43.8K posts

Trending in United States          ···
**Isagi**
7,340 posts

Trending in United States          ···
**Malibu**
8,221 posts

Politics · Trending          ···
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

David Michaels          ···
@DavidMi47644829



Post

**JOEEFX** @JOEANDREAS3000 · Mar 7, 2024
Send the SD they'll fit right in. Crooked from the top down.

💬          ⟲          ♡          ⻑ 4          🔖  ⬆

**Monica** @Monica60517016 · Mar 7, 2024
Who is really mentally ill here?

💬          ⟲          ♡          ⻑ 6          🔖  ⬆

**Samuel Baker** @samuel_bak31863 · Mar 7, 2024
document your claims b*tch!!!!

💬          ⟲          ♡          ⻑ 5          🔖  ⬆

**DrGigiB** @DrGingembre · Mar 7, 2024
Any evidence of that?

💬          ⟲          ♡          ⻑ 15          🔖  ⬆

**Ilanna Phillips** @IlannaPhillips · Mar 7, 2024
Gawd..this idiot

💬          ⟲          ♡          ⻑ 1          🔖  ⬆

**Brian Hirsh (Thor)** ✓ @BrianHirsh1 · Mar 7, 2024



💬 7          ⟲ 3          ♡ 12          ⻑ 534          🔖  ⬆

**Joel Keith** ✓ @MayNotBeJoking · Mar 7, 2024
CALLING ALL CARS...CALLING ALL CARS...CAR 54 WHERE ARE YOU?

seriously though, it is going to take all of us to call out this bullshit every damn time we see it.

Between now and Nov5. We need to clear the smoke screen.

(I'm too young to have actually seen Car54, just saying)

💬          ⟲          ♡ 1          ⻑ 13          🔖  ⬆

**Tod** ✓ @TodRevolution · Mar 7, 2024
Yup, and we have approximately 9,000 in this state. What is being done to have them removed?

💬 1          ⟲          ♡ 2          ⻑ 364          🔖  ⬆

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                    Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



Post

**Relevant people**

 **Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Tod** ✓ @TodRevolution · Mar 7, 2024
Yup, and we have approximately 9,000 in this state.  What is being done to have them removed?

💬 1          ♥ 2          📊 364          🔖  ⬆

**Writer Grl** 🫶🇺🇸 @JustAWriter71 · Mar 7, 2024
You look like a cheap hooker. Stop with the filler and the hair extension. You will not be the VP.

💬 3          ↻ 1          ♥ 11          📊 274          🔖  ⬆

**Frank Bravo** ✓ @BravojfMe · Mar 7, 2024
#TrumpNoem

💬          ↻          ♥ 1          📊 33          🔖  ⬆

**Eric Yake** ✓ @YakeEric · Mar 7, 2024
You got some learning to do on Trump and Venezuela, before you put the other foot in your mouth.  Oh wait... your mouth as 2 men in it.

> The following media includes potentially sensitive content. Change settings          **View**

💬          ↻          ♥ 2          📊 11          🔖  ⬆

**Jon MAGA is a CULT** ✓ @howsthat1959 · Mar 7, 2024
I see one of the mental patients became the Governor of South Dakota.

💬          ↻          ♥          📊 12          🔖  ⬆

**Gratefulheart360** ✓ @delbra_lynn · Mar 7, 2024
@KristiNoem
Get serious. Comb your hair. Get rid of the hoop earrings. Straighten your shoulders. Then actually do something rather than pandering to the press with your "woe is us" routine. We know it's bad, but most of us are  without the resources to do one thing about it.

💬          ↻          ♥          📊 23          🔖  ⬆

**LFG!** ✓ @zcstocks · Mar 7, 2024
Illegal immigrants are illegal One World Army, created by WEF and UN to take over the United States of America.

💬          ↻          ♥          📊 9          🔖  ⬆

**Ricky Clay** ✓ @ricky_clay · Mar 7, 2024
All in.

💬          ↻          ♥          📊 25          🔖  ⬆

**kathryn strachan** @CtStormy · Mar 7, 2024



**WHY WOULD I WORRY ABOUT WHO'S CROSSING THE BORDER WHEN THESE ASSHOLES ARE ALREADY HERE?**

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

 **David Michaels** ···
@DavidMi47644829



Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT


Post



reply        ♡ 2    ⅱ 14    🔖    ⬆

**Relevant people**

 **Kristi Noem** ✔    [Follow]
@KristiNoem

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

 **4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**Blue Tsunami** @SkyBlueTsunami · Mar 8, 2024        ···
As Kirsti is at level 3 Meghan hair, we only have to hear from for another 6 months, tops.



reply    ⬆    ♡    ⅱ 75    🔖    ⬆

🍧🍧🍧🍧🍧**Oh Happy Day!!!**🍧🍧🍧... @... · Mar 8, 2024        ···
Idiot.



EVEN JESUS THINKS

YOU'RE A CUNT

reply    ⬆    ♡    ⅱ 3    🔖    ⬆

 **David Michaels** ···
@DavidMi47644829

**equality** @RaymundoMonto16 · Mar 7, 2024        ···



Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

 Post

## Relevant people

 **Kristi Noem** ✓
@KristiNoem    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**

💬    ⟲    ♡    📊 3    🔖    ⬆

**equality** @RaymundoMonto16 · Mar 7, 2024     ···



💬    ⟲    ♡ 1    📊 49    🔖    ⬆

**jennimorgan**💙 @BonzoMinnesota · Mar 7, 2024    ⋏ ···
Are you bat🦇 crazy or on something? This is an unfounded conspiracy and you in your intellectual glory sucked it right in. What a fool! When the voters find out you're in the shallow end of the gene pool, you'll be unemployed.

I hear McDonald's is hiring. Minimum wage. Deserved

💬    ⟲    ♡ 1    📊 9    🔖    ⬆

**furrfu!** @DougMount · Mar 7, 2024    ⋏ ···
You're still mad about the fireworks, aren't you?

💬    ⟲    ♡    📊 4    🔖    ⬆

**Steve Lewis** @SteveZ28RS · Mar 7, 2024    ⋏ ···
Noem is a lying tRunt.

💬    ⟲    ♡ 1    📊 17    🔖    ⬆

**CheriNotCherry** @H_AmorinForge · Mar 7, 2024    ⋏ ···
Traditionally married conservative "Christian" mother & adulteress recites lies on behalf of adjudicated rapist...

PS: @KristiNoem , since you get the Mar-A-Lago discount now, you may want to look in to a little refresher. The aging hooker look isnt

**David Michaels**
@DavidMi47644829    ···





X

Home

Explore

Notifications ②

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**CheriNotCherry** @H_AmorinForge · Mar 7, 2024
Traditionally married conservative "Christian" mother & adulterous
recites lies on behalf of adjudicated rapist...

PS: @KristiNoem , since you get the Mar-A-Lago discount now, you
may want to look in to a little refresher. The aging hooker look isnt
doing you any favors.

💬    ⟲    ♡ 1    📊 36    🔖  ⬆️

**NapaMan7862** 🇺🇸 @NapaMan7862 · Mar 7, 2024
We are sending them to South Dakota with the rest of the trash.

💬    ⟲ 1    ♡ 1    📊 11    🔖  ⬆️

**Niley** 🇺🇸 @nileybhn · Mar 7, 2024
You look like a chola from the San Fernando Valley😢 You're
beautiful you don't need all the extras!

💬    ⟲    ♡    📊 21    🔖  ⬆️

**truth seeker** @holding_on29 · Mar 7, 2024
Trump said to "Blame ME!!!"

💬    ⟲    ♡    📊 7    🔖  ⬆️

🇺🇸🇪🇸**Rules_of_Lloyd** 🇪🇸🇺🇸 @RulesLloyd · Mar 7, 2024

▶ GIF    ▶ GIF

💬    ⟲    ♡    📊 2    🔖  ⬆️

**Cheryl L Abbate**🏳️‍🌈 @cheryllabbate · Mar 7, 2024
She's lookin like a vampire...wth?

💬    ⟲    ♡    📊 2    🔖  ⬆️

**RGMartin** @1RGMartin · Mar 7, 2024

⚠

**This is a fucking lie.**

Help keep Twitter a place for reliable info.
Find out more before sharing.

**Find out more**

💬    ⟲    ♡    📊 6    🔖  ⬆️

**Fla Buckeye** @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!

**Post**

**Relevant people**



**Kristi Noem** ✓          **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT



Post

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels @DavidMi47644829

6

**Fla Buckeye** @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!
7

**Daring Diva** @Knittingraven · Mar 7, 2024
Could you possibly be anymore full of shit. Your eyes are about to turn brown..
4

**Chiefs 'n Cheese** @blanks1969 · Mar 8, 2024
Prove it
7

**Patrioticashell_Meidas** @patrioticashell · Mar 8, 2024
you're a fucking moron
2

**fiddlepower** @brentwoodfan1 · Mar 7, 2024
Hi my name is @KristiNoem and i am dumb as a stump.
7

**🇺🇸🇻🇪🐘✌️** @orlymj · Mar 7, 2024
This is completely true, I am from Venezuela, and I know some bad people who did horrible things in Venezuela, Now they are here in the US cause they came through the border. I don't know where they are, but I heard they are already here. I came 24 years ago legally with family.
12

**Poison Leninade** @MichaelPaladi18 · Mar 7, 2024
Every time I see her she's hotter.
13

**Palmer Hasty** @Lightbookpro · Mar 7, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
3

**Jack .G. Bula Santoro.** 🎗️ @traiano99ad · Mar 7, 2024
You, Governor will be the next Vice President of the United States. 🇺🇸✊
24

**Brian** @FlyBri1wheeler · Mar 7, 2024
Sad that we allow our government to get away with this.
13

**Double Kay🟧** @kklass · Mar 7, 2024
Liar
7 170

**Alexis Martis Vladlova** @alexisbytes_us · Mar 7, 2024
Huh, Texas made their choices. Poor choices yield consequences. If you know, you will learn
9

**Jack Hopkins** @thejackhopkins · Mar 7, 2024
STOP LYING.

Search

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

David Michaels
@DavidMi47644829

Fla Buckeye @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!

Daring Diva @Knittingraven · Mar 7, 2024
Could you possibly be anymore full of shit. Your eyes are about to turn brown..

Chiefs 'n Cheese @blanks1969 · Mar 8, 2024
Prove it

Patrioticashell_Meidas @patrioticashell · Mar 8, 2024
you're a fucking moron

fiddlepower @brentwoodfan1 · Mar 7, 2024
Hi my name is @KristiNoem and i am dumb as a stump.

@orlymj · Mar 7, 2024
This is completely true, I am from Venezuela, and I know some bad people who did horrible things in Venezuela, Now they are here in the US cause they came through the border. I don't know where they are, but I heard they are already here. I came 24 years ago legally with family.

Poison Leninade @MichaelPaladi18 · Mar 7, 2024
Every time I see her she's hotter.

Palmer Hasty @Lightbookpro · Mar 7, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Jack .G. Bula Santoro. @traiano99ad · Mar 7, 2024
You, Governor will be the next Vice President of the United States.

Brian @FlyBri1wheeler · Mar 7, 2024
Sad that we allow our government to get away with this.

Double Kay @kklass · Mar 7, 2024
Liar

Alexis Martis Vladlova @alexisbytes_us · Mar 7, 2024
Huh, Texas made their choices. Poor choices yield consequences. If you know, you will learn

Jack Hopkins @thejackhopkins · Mar 7, 2024
STOP LYING.

## Relevant people

Kristi Noem @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.



huh, rats would shift themselves. For choices I put consequences... if you know, you will learn

💬          🔁          ♡          📊 9

**Jack Hopkins** ✔ @thejackhopkins · Mar 7, 2024
STOP LYING.

💬 1        🔁          ♡ 44        📊 593

**Magnificent Beast** ✔ @largemunster · Mar 7, 2024
What's up with that?  Lost me.

💬          🔁          ♡          📊 7

**Dianne Callahan** ✔ @DianneCallaha16 · Mar 7, 2024
That's not true.

💬          🔁 1        ♡ 12        📊 456

**GDawgs** @gadawg97 · Mar 7, 2024
Can you show us some proof please?
Hows Corey?

💬          🔁          ♡          📊 18

**RkoEsq** @EsqRko · Mar 7, 2024
Incredible allegations. Any evidence?

💬          🔁          ♡          📊 12

**Eric Oestmann** @OestmannEric · Mar 7, 2024
🔴

💬          🔁          ♡          📊 5

**John Fischer** 🇨🇦🇺🇸 🎄 @JohnCFischer_ · Mar 7, 2024
What a crock!

💬          🔁          ♡          📊 2

**Michael Orsburn** @Proserv12 · Mar 7, 2024
Great job!
Your husband is a lucky man! You are a very intelligent and beautiful lady! Keep up the good work!

💬          🔁          ♡          📊 30

**Dave B.** @az_dude79 · Mar 7, 2024
You are a liar.

💬          🔁          ♡          📊 8

**Celery** @almighty_cdawg · Mar 7, 2024
What's up with that rats nest?  no mirrors in your house?

💬          🔁          ♡          📊 8

**Graham Heathcote** 🇺🇦🇺🇦 @4wding · Mar 7, 2024
Saying this type of bullshit should be treason.

💬          🔁          ♡          📊 10

**Dustin Lenz** @sauball3 · Mar 7, 2024
Lets return the favor and send our mentally ill population, democrats, to their countries

💬          🔁          ♡          📊 3

**Squish** @Squish69 · Mar 7, 2024
Oh the fear tactic.  There is no proof of any of this,

💬          🔁          ♡          📊 10

**caseygirl** @MaryAnnDevine17 · Mar 7, 2024

---

# X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

✖️ Grok

🗒 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✔️ Premium

⚹ Verified Orgs

👤 Profile

⊙ More

**Post**

**David Michaels**
@DavidMi47644829

---

Post

## Relevant people



**Kristi Noem** ✔
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

 Post 

X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Squish** @Squish69 · Mar 7, 2024
Oh the fear tactic. There is no proof of any of this,
💬   🔁   ♡   📊 10   🔖   ⬆️

**caseygirl** @MaryAnnDevine17 · Mar 7, 2024
Lie.
💬   🔁   ♡   📊 4   🔖   ⬆️

**Charis** 🇺🇸🧑‍🎄 @CharisHamilton8 · Mar 7, 2024
Weaponized stupidity
💬   🔁   ♡   📊 5   🔖   ⬆️

**Mar** @Mrey571957 · Mar 7, 2024
My God get a 🧠
💬   🔁   ♡   📊 6   🔖   ⬆️

**gone to bluer skies** @DavidCh80671676 · Mar 8, 2024
Trump admires Venezuelan President.
💬   🔁   ♡   📊 6   🔖   ⬆️

**Greg Nichols** @Greg_JN · Mar 7, 2024
I bet Biden doesn't even know about it, in between flavors of ice cream 🍦!
💬   🔁   ♡   📊 10   🔖   ⬆️

**Specker** @specker99 · Mar 7, 2024


SEN. JOHN THUNE, SD (R)
SLASH SOCIAL SECURITY OR WE'LL WRECK THE ECONOMY.

💬   🔁   ♡ 1   📊 43   🔖   ⬆️

**Witch Tracy** 🇨🇿 @Tracy23460365 · Mar 7, 2024
Proof, please.
💬   🔁   ♡ 2   📊 45   🔖   ⬆️

**KB 3.0** @SDdude420 · Mar 7, 2024
They're sending their prisons and mental institutions to America 🤔
💬   🔁   ♡ 1   📊 67   🔖   ⬆️

**MAGA Filth Patrol** @Boner60 · Mar 7, 2024
The only invasion of any kind, of any people whatsoever, is the one Cory did on your southern border while you were committing adultery with him. Christian Values!
💬   🔁   ♡ 1   📊 56   🔖   ⬆️

**YachatsSteve**🇺🇸🧑 @stevepaul59 · Mar 7, 2024
Hypocrisy Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

**David Michaels** @DavidMi47644829 ...

**Relevant people**

Kristi Noem ✓ @KristiNoem   **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





Hypocrity Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

YachatsSteve🇺🇸🌊 @stevepaul59 · Mar 7, 2024
Liberty University Goes Down As UNTHINKABLE Student Punishment Exposed #TDR youtu.be/esWjtG8z0vc?si... via @YouTube

💬          ⟳          ♡ 1          �11 35          🔖  ⬆

Ron @MarEngRetired · Mar 7, 2024
Don't forget Haiti

💬          ⟳          ♡ 1          ᐧ11 18          🔖  ⬆

Vanessa 🇨🇺🇺🇸🇻🇪 @Vanessa01336830 · Mar 7, 2024
Lies and more lies

💬          ⟳          ♡ 1          ᐧ11 55          🔖  ⬆

Joe Maurer @moore144675 · Mar 7, 2024
That is why we need Trump

💬          ⟳          ♡ 1          ᐧ11 16          🔖  ⬆

JB @JBCalifornia57 · Mar 7, 2024
Kristi Noem for VP! 🇺🇸

💬          ⟳          ♡ 1          ᐧ11 45          🔖  ⬆

sheshe2 @sheshe224866221 · Mar 7, 2024
What is with all the fake hair, is it prom night?

💬          ⟳          ♡ 1          ᐧ11 19          🔖  ⬆

Martyn Peel #FBPE @martynpeel · Mar 7, 2024

Bullshit
PEAK
II  GIF

💬          ⟳          ♡ 1          ᐧ11 8          🔖  ⬆

Turd Ferguson @FergtheTurd · Mar 7, 2024
What's with the hair and the hoops?  You look ridiculous.  Straight from the trailer.

💬 1          ⟳          ♡ 1          ᐧ11 12          🔖  ⬆

Brian Riley @rileybriannv · Mar 7, 2024

AMERICA'S MENTAL
HEALTH CRISIS

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**



David Michaels
@DavidMi47644829

Hypocrisy Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

> YachatsSteve🇺🇸🏴 @stevepaul59 · Mar 7, 2024
> Liberty University Goes Down As UNTHINKABLE Student Punishment Exposed #TDR youtu.be/esWjtG8z0vc?si... via @YouTube

💬        ⟲        ♡ 1        �III 35        🔖  ⬆

Ron @MarEngRetired · Mar 7, 2024
Don't forget Haiti

💬        ⟲        ♡ 1         III 18        🔖  ⬆

Vanessa 🇵🇷🇺🇸🎖 @Vanessa01336830 · Mar 7, 2024
Lies and more lies

💬        ⟲        ♡ 1        III 55        🔖  ⬆

Joe Maurer @moore144675 · Mar 7, 2024
That is why we need Trump

💬        ⟲        ♡ 1        III 16        🔖  ⬆

JB @JBCalifornia57 · Mar 7, 2024
Kristi Noem for VP! 🇺🇸

💬        ⟲        ♡ 1        III 45        🔖  ⬆

sheshe2 @sheshe224866221 · Mar 7, 2024
What is with all the fake hair, is it prom night?

💬        ⟲        ♡ 1        III 19        🔖  ⬆

Martyn Peel #FBPE @martynpeel · Mar 7, 2024



**Bullshit**

II   GIF

💬        ⟲        ♡ 1        III 8        🔖  ⬆

Turd Ferguson @FergtheTurd · Mar 7, 2024
What's with the hair and the hoops? You look ridiculous. Straight from the trailer.

💬 1        ⟲        ♡ 1        III 12        🔖  ⬆

Brian Riley @rileybriannv · Mar 7, 2024

AMERICA'S MENTAL HEALTH CRISIS

---

**Relevant people**

Kristi Noem ✔
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





THE MAGA
UNIVERSE

💬   🔁   ♡ 1   📊 5   🔖   📤

**Relevant people**

 **Kristi Noem** ✓   `Follow`
@KristiNoem

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**Ny718** 🇺🇸🟪 @Ny718allday · Mar 7, 2024
Thanks to TRUMP!! He used the DED to give them legal status in the U.S.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬   🔁   ♡   📊 4   🔖   📤

**CommonSense&FactsMat...** @thecarbonar... · Mar 7, 2024
Don't you have infidelity to commit since you're part of the party of "family values"?   Lies on top of lies on top of adultry

💬   🔁   📊 10   🔖   📤

**peter lupoff** @peterlupoff · Mar 7, 2024
THEY'RE COMING FOR OUR WHITE WOMEN!! 🤡🤡🤡🤡🤡🤡🤡 🤡🤡😂😂😂😂😂

💬   🔁   ♡   📊 6   🔖   📤

**BustedGril$$$** @xSilentWindx · Mar 7, 2024
Nobody can take you seriously with that mop on your head.

💬   🔁   ♡   📊 4   🔖   📤

**Alpine Traverse** @TraverseAlpine · Mar 7, 2024
Cite your source, bitch.

**David Michaels**
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous...
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

**Post**

Nobody can take you seriously with that mop on your head.

💬    ⟲    ♡    ⬚ 4    🔖    ⬆

**Alpine Traverse** @TraverseAlpine · Mar 7, 2024
Cite your source, bitch.

💬    ⟲    ♡    ⬚ 4    🔖    ⬆

**DC** @DCorDeeCee · Mar 7, 2024
Kristi is gaslighting and blaming Biden for Trumps EO.

Kristi is lying and hoping Americans are stupid and will believe her.

On his final night in office, Donald Trump signed an executive order deferring the removal of Venezuelans.

💬    ⟲    ♡    ⬚ 11    🔖    ⬆

**LL Cool Ray** @PettyLePugh · Mar 7, 2024



▶ GIF

💬    ⟲    ♡    ⬚ 5    🔖    ⬆

**Corinnaclp1** @Corinna09756649 · Mar 7, 2024
The lies are getting so stupid. Omg this is too much. The right's brains have completely dissolved into putty.

💬    ⟲    ♡    ⬚ 1    🔖    ⬆

**JusPlainTalk101** @JusPlainTalk101 · Mar 7, 2024
#KristiNoem is sincerely as big a LIAR as tRumpt & all of @GOP America, Kristi has not shown any proof. No facts or articles, sources to back up her accusations against @POTUS tRumpt does the same thing! Throwing out accusations with absolutely no proof of those accusations!

💬    ⟲ 1    ♡    ⬚ 9    🔖    ⬆

**Kathleen** @allymya62 · Mar 7, 2024
😂🤣😂😆🤣😂😆😂🤣😂😆😝

💬    ⟲    ♡    ⬚ 3    🔖    ⬆

**Steve Craig** @stevecraig72 · Mar 7, 2024

## Relevant people

**Kristi Noem** ✓
@KristiNoem
**Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

# Post



**Steve Craig** @stevecraig72 · Mar 7, 2024

Trump Approves Deportation Protections for Venezuelans in U.S. Illegally

From wsj.com

○ 17 ♡ 10 🔖 ↑

**Jose Ortega** @dosxxamber · Mar 7, 2024
Not factual, but then it's Kristi Noem.

○ 17 ♡ 13 🔖 ↑

**Susie.....An American Vo...** @susie_lastna... · Mar 7, 2024
Wanna bet she has "Pretty Little Liar" on her calling card.

○ 17 ♡ 25 🔖 ↑

**Bdorf** @bdorf97 · Mar 7, 2024
Trump puppet says what?

○ 17 ♡ 6 🔖 ↑

**Eugene Watson** @rewatson79 · Mar 7, 2024
Stop lying to the idiots.

○ 17 ♡ 68 🔖 ↑

**MAC V SOG 68 69** @MACVSOG68691 · Mar 7, 2024
Send them all back period

○ 17 ♡ 29 🔖 ↑

**Bob F. Apples** @TheBoz26510221 · Mar 7, 2024
It's unacceptable.

○ 17 ♡ 18 🔖 ↑

**Bruce** @brucman66 · Mar 7, 2024
Where's the proof of this. I want facts. Something @KristiNoem and the rest of MAGA is incapable of providing.

○ 17 ♡ 4 🔖 ↑

**Noreen Liebrock** @NoreenLiebrock · Mar 7, 2024
False
Republicans ( trump) refused to pass the strictest bipartisan immigration bill that we've had in years

○ 17 ♡ 🔖 ↑

**Random 🐴 - 👧 🌀 💔** @NoMoreTrumpShit · Mar 7, 2024
🌀 dumb fvcking lies

○ 17 ♡ 7 🔖 ↑

**Sammy4justice2** @WT_FUCK4 · Mar 7, 2024
THANKS TO trump...NOT BIDEN!!!!!!

## Relevant people



**Kristi Noem** ✔
@KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2025 X Corp.



**David Michaels**
@DavidMi47644829

---

X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829

**Sammy4Justice2** @WT_FUCK4 · Mar 7, 2024
THANKS TO trump...NOT BIDEN!!!!!!



Venezuela

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:26 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬    ⟲    ♡    ᶫ�088 7    🔖    ⬆

**Shirley Hinze** @rubychirp · Mar 7, 2024
Venezuela has lost a huge portion of its workforce. Professionals like doctors, cops teachers who are fleeing the kind of dictatorship you're embracing

💬    ⟲    ♡    ᶫ�088 1    🔖    ⬆

**Tara Reilly - I Stand With Ukr...** @treilly1... · Mar 7, 2024
Thou shalt not lie

💬    ⟲    ♡    ᶫ�088 7    🔖    ⬆

**Betty McBettie** @BettyMcbettie · Mar 7, 2024
Still doin' Lewandowski?

💬    ⟲    ♡    ᶫ�088 11    🔖    ⬆

**🐟Joshua Owen🐟** @Joshua__Owen_ · Mar 7, 2024
The lies 😂 but people are stupid enough to believe this trash

💬    ⟲    ♡    ᶫ�088    🔖    ⬆

**Emmana Young** @YoungEmmana · Mar 7, 2024
🤣🤣🤣🤣🤣

💬    ⟲    ♡    ᶫ�088 3    🔖    ⬆

**Becca Blue🏳️ 💙💙💙 ...** @RebeccaMcNu... · Mar 7, 2024
You're a liar. I read that Russia is doing that in Europe. And is trying to do it here. I think you're willing to destroy our democracy for your power and our money.

💬    ⟲    ♡    ᶫ�088 11    🔖    ⬆

**Viva Cristo Rey** @Tookdaville · Mar 7, 2024
Wasn't the president of Venezuela just at c-pack?

💬    ⟲    ♡    ᶫ�088 23    🔖    ⬆

**OD Chivers** @ODChivers · Mar 7, 2024
Stop with the lies.

💬    ⟲    ♡    ᶫ�088 7    🔖    ⬆

**D.E.Marsh 🏴 (Formerly NotS...** @DMarsh... · Mar 7, 2024

## Relevant people



**Kristi Noem** ✓    **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



X

Post

Search

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



**OD Chivers** @ODChivers · Mar 7, 2024
Stop with the lies.

💬    🔁    ♡    📊 7    🔖    ⬆️

**D.E.Marsh** 🔀 **(Formerly NotS...** @DMarsh... · Mar 7, 2024
Wow, that's the same #Crazy talk that tRump is echoing... That proves how nuts you are.

💬    🔁    ♡ 2    📊 11    🔖    ⬆️

**StrongAsTrees** @strongastrees · Mar 7, 2024
What's with the hooker hairdo?

💬    🔁    ♡ 4    📊 75    🔖    ⬆️

**mj** @jensen_49 · Mar 7, 2024
Maybe if we send all the MAGA Republicans to Venezuela, we would be even

💬 1    🔁    ♡ 4    📊 100    🔖    ⬆️

**Skyclad_Conjurings** @CSkyclad · Mar 7, 2024
Lying, adulterous trash.

💬    🔁    ♡ 2    📊 14    🔖    ⬆️

**Hollly** @hollybRN07 · Mar 7, 2024
Republicans lie all day long

💬 1    🔁    ♡ 1    📊 101    🔖    ⬆️

**Bob Schwab** @BobSchwab7 · Mar 7, 2024
Let's put Corey on the job

💬 5    🔁    ♡ 17    📊 827    🔖    ⬆️

**Edward W. Moore** @TweetMoore · Mar 7, 2024
They will fit right in with the MAGA movement.

💬 1    🔁    ♡ 4    📊 422    🔖    ⬆️

**Poloplayboy** @mallieg1023 · Mar 7, 2024
1) It was Trump that gave Venezuelan refugees easier access
2) How do you know what Venezuela is doing? Do you have some inside knowledge from their side?
3) Stop using the work Invasion to justify your racism and

**David Michaels**
@DavidMi47644829

### Relevant people



**Kristi Noem** ✓      **Follow**
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: "Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT