# EXHIBIT 4

X

Post

Home

Explore

Notifications 2

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

David Michaels
@DavidMi47644829



**Kristi Noem** ✔
@KristiNoem

At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied their prisons and told them to come to America.

Far too few have been deported. If we don't want more families grieving like Laken Riley's, that has to change.

4:24 PM · Mar 14, 2024 · **28.2K** Views

💬 149        ↻ 299        ♡ 922        🔖 13

Post your reply                                  Reply

AMAC ✔ @AMACforAmerica · Mar 14, 2024
Remember: A vote for Biden is a vote for Harris 👇

AMAC ✔ @AMACforAmerica · Mar 14, 2024
"I don't know how you watch him (Biden) over a period of time, and imagine that if he wins in November, that somehow he is going to be president four years later. So my point is, a vote for President Biden is a vote for President Kamala Harris."
...
Show more

0:46

💬 1        ↻         ♡ 3        ᴸ 473

Valentina Gomez ✔ @ValentinaForUSA · Mar 14, 2024
Lets start mass deportations!

💬 6        ↻ 5        ♡ 30        ᴸ 755

The Bar Sheet Weekly™ @BarSheetWeekly · Mar 14, 2024
LOL. Nice teeth.

**Relevant people**

**Kristi Noem** ✔
@KristiNoem                          Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
#earthquake
44K posts

Music · Trending
Cher
22.2K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





X

Post

Reply

Search

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Lets start mass deportations!

6 · 5 · 30 · 755

**The Bar Sheet Weekly℠** @BarSheetWeekly · Mar 14, 2024
LOL. Nice teeth.

2 · 90

**Kevin Jennings** @MarkVNavyDiver · Mar 14, 2024
The US builds prisons in each country willing to receive illegals that committed non victim crimes in the US.
Trials are carried out remotely, and sentences served in their native country.
Cheaper and inhibits crime in the US.

2 · 246

**SDChick** @jacqedinger · Mar 14, 2024
Blame Trump - Trump signed an executive order deferring the removal of Venezuelans who were at risk of being sent back. He cited the "deteriorative condition" within Venezuela that constitutes a national security threat as the basis for his decision.

2 · 2 · 94

**Blue_for_Life** @Blue_for_life88 · Mar 14, 2024

PRESIDENTIAL MEMORANDA

Memorandum on Deferred Enforced Departure for Certain Venezuelans

FOREIGN POLICY

Issued on: January 19, 2021

★ ★ ★

ALL NEWS

MEMORANDUM FOR THE SECRETARY OF STATE

THE SECRETARY OF HOMELAND SECURITY

2 · 13

**Lucas Mueller** @muellerl25 · Mar 14, 2024
More complaining from the GOP. No solutions from the GOP.

2 · 67

**Dr. Vladimir Joukov** @vladijoukov · Mar 15, 2024
US Secretary of Homeland Security Alejandro Mayorkas is in charge of the security of our borders. As a "God's chosen person", he's the one who decides whether to keep our borders open or sealed. We, gentiles, have no power over him, esp after your HB176. Ask Israel for help.

91

**Common Sense #1** @PleaseThink1776 · Mar 14, 2024
Trump passed legislation that stoped deportation of people from Venezuela

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

GROK

X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829

Post

↩ Reply

🔍 Search

91

**Common Sense #1** @PleaseThink1776 · Mar 14, 2024
Trump passed legislation that stoped deportation of people from Venezuela

💬     🔁     ♡ 4     📊 62

**Dickie Davies** ✓ @BigEOnFire · Mar 14, 2024
You're in S Dakota. How are they bothering you?

💬     🔁     ♡ 1     📊 20

**Iain Brown** @iainb1991 · Mar 14, 2024
only 835 deported??

You gotta pump those numbers up
Those are rookie numbers

GIF

💬     🔁     ♡     📊 42

**U MAGA ME CRAZY** @bcc2025 · Mar 14, 2024
@elonmusk I have a use for one or a few of your rockets..

💬     🔁     ♡     📊 13

**Darrell** @Darrell20598993 · Mar 14, 2024
Yes
TREASONOUS gov we have. Sick.
I'm sure that Mexico has done the same
WAY back, Castro did the same thing.
Including mental hospitals.
And God forbid if we accept any from TOXIC Haiti !!!!!😱😱
Before ANYTHING being passed. STOP ILLEGALS From STROLLING in.

💬     🔁     ♡     📊 28

**New Glory** @NewGloryComith · Mar 14, 2024
Sounds like a dream come true, for them..

## Relevant people

**Kristi Noem** ✓
@KristiNoem                    [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

Khloé in Wonder Land
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Post   Reply   Search



OPEN BORDERS

💬 1          🔁          ♡          📊 198     🔖     ⬆

**Doug Matatall** @DougMatatall3 · Mar 14, 2024
yeah, yeah, yeah.

And Venezuelas' crime rate has plummeted.

About 50 Republicans beat you to the punch today...

💬          🔁          ♡          📊 1     🔖     ⬆

**14 Hatey Hate** @NickGurr14_88 · Mar 14, 2024
Send them to israel

💬          🔁          ♡          📊 1     🔖     ⬆

**Michele** @ScreamingMemeMe · Mar 15, 2024
You can't even govern you own state...you have no idea what's going on in other states!  MIND YOUR OWN STATE!

In the meantime you have an affair to continue...

💬          🔁          ♡          📊 4     🔖     ⬆

**Michele** @ScreamingMemeMe · Mar 15, 2024

We've blocked every piece of

---

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- Grok
- 📋 Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ✔️ Premium
- Verified Orgs
- 👤 Profile
- ⊙ More

**Post**


**David Michaels**
@DavidMi47644829

---

## Relevant people


**Kristi Noem** ✔️
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



---



Post

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

2

**F Trump** @manuelantoniobc · Mar 15, 2024
How many encounters has there been with @CLewandowski_ in your pants

3

**VSpark** @VSpark176207 · Mar 15, 2024
Guess whose policies caused this? 🍊🤡

4

**Allan Suttor** @ASuttor31119 · Mar 15, 2024
Venzualans are the best

13

**Lonny Bardash** @LonnyBardash · Mar 15, 2024
How many fanatical murderous rapists entered and deported?

christianpost.com
Suspected terrorists entering US with fake IDs...
FBI Director Christopher Wray warned of an increase in the number of known or suspecte...

10

**Nora Eagle** @MZepeda19 · Mar 14, 2024

in the United States as of Jan. 20, 2021, except for those:

- Who have voluntarily returned to Venezuela or their country of last habitual residence outside the United States;
- Who have not continuously resided in the United States since Jan. 20, 2021;
- Who are inadmissible under section 212(a)(3) of the Immigration and Nationality Act (INA) (8 U.S.C. 1182(a)(3)) or removable under section 237(a)(4) of the INA (8 U.S.C. 1227(a)(4));
- Who have been convicted of any felony or two or more misdemeanors committed in the United States, or who meet the criteria set forth in section 208(b)(2)(A) of the INA (8 U.S.C. 1158(b)(2)(A));
- Who were deported, excluded, or removed before Jan. 20, 2021;
- Who are subject to extradition;
- Whose presence in the United States the secretary of Homeland Security has determined is not in the interest of the United States or presents a danger to public safety; or
- Whose presence in the United States the secretary of State has reasonable grounds to believe would have potentially serious adverse foreign policy consequences for the United States

1 10

**David Michaels** @DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2025 X Corp.

Post

Reply

Search

- Whose presence in the United States the secretary of State has reasonable grounds to believe would have potentially serious adverse foreign policy consequences for the United States

1 · 10

**Janet Iams Shannon** @avgusergirl · Mar 15, 2024

Sound familiar?

Trump grants Venezuelans temporary legal status on his way out

From politico.com

14

**pmandvik** 🇺🇸 @pmandvik · Mar 14, 2024

HELPED CREATE THE BIPARTISAN BORDER SECURITY BILL. VOTED AGAINST HER OWN BILL. THEN COMPLAINED ABOUT THE BORDERS NOT BEING SECURE.

9

**jreb** @profjimr · Mar 14, 2024

Actually, this has to be undone. Illegals should not get to stay here.

1 · 21

**NotYourOrdinaryGranny** 💔🇺🇦... @NoOr... · Mar 15, 2024

And the border bill to help that is being stopped by @SpeakerJohnson .

Talk to them

1

**ggg** @Mab88630840Mab · Mar 15, 2024

Not an illegal immigrant

KandyKorn reposted
Beks @antifaoperative · 1h
Texas police officer, Rodney Price, has been arrested for secretly recording a child

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2025 X Corp.

Post    Reply    Search



KandyKorn reposted

**Beks** @antifaoperative · 1h

Texas police officer, Rodney Price, has been arrested for secretly recording a child under the age of 14 undressing.

💬    🔁    ♡    ili 8    🔖    ⬆️

**Michigan_Chick** 💙🏳️‍🌈🌈🔬🐝... @Michigan_Ch... · Mar 15, 2024 · · ·

Huh. Looks like the tangerine tyrants fault.

Trump grants Venezuelans temporary legal status on his way out
From politico.com

💬    🔁    ♡    ili 13    🔖    ⬆️

**Jon MAGA is a CULT** ✔ @howsthat1959 · Mar 14, 2024

Do they have shiny white teeth?

💬 1    🔁    ♡ 8    ili 191    🔖    ⬆️

**Mack** @KylesSpeeches · Mar 15, 2024    · · ·

You mean these Venezuelans? Because it was not Biden who let them stay here but Trump. So maybe blame the guy who let them stay

Trump grants Venezuelans temporary legal status on his way out
From politico.com

💬    🔁    ♡    ili 10    🔖    ⬆️

**Relevant people**

Kristi Noem ✔
@KristiNoem                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**


Khloé in Wonder Land
LIVE

Trending in United States
#earthquake
44K posts

Music · Trending
Cher
22.2K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,461 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

David Michaels    · · ·
@DavidMi47644829





Post

Reply

Search

### Relevant people

**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

---

Trump grants Venezuelans temporary legal status on his way out

From politico.com

💬    🔁    ♡    📊 10    🔖    ⬆️

**Vivek knew!** @GpKennedy · Mar 15, 2024

Can you ask Lumpy Bloomers to take a few of her welcome packs to them Kristi. Matthew 25:35 I was hungry, and you gave me something to eat. I was thirsty, and you gave me something to drink. I was a stranger, and you took me into your home

💬    🔁    ♡    📊 11    🔖    ⬆️

**GHGIRL-No Mouse** @ghgirl_s · Mar 14, 2024

The lawsuit for your 'war-zone smile' must have you so mad. So darn mad, that you'll spew lies about the border to try and get the news off your 'war-zone teeth,' right? Is that a frown?

💬    🔁    ♡ 2    📊 23    🔖    ⬆️

**Alicia** @pinkcatamount · Mar 14, 2024

Well, that's because Trump granted Venezuelans, along with Cubans, special status on his way out of office. Apparently a gift to his voters in FL. No wonder Venezuela decided to empty their prisons and send them up here. This one is your guy's fault

💬    🔁    ♡    📊 8    🔖    ⬆️

**Robin Eublind 🇺🇦** @iamrobineublind · Mar 15, 2024

No, they did not empty their prisons Governor Barbie. You're fear mongering and lying, again.

💬    🔁    ♡    📊 3    🔖    ⬆️

**JJ** @joshjour65 · Mar 15, 2024

That is about 100k high. Biden extended per se trumps out the door EO on Venezulans. Did you bitch then?

💬    🔁    ♡    📊 2    🔖    ⬆️

**Patricia Padron Fonda🇺🇸** @abuelaofanarchy · Mar 14, 2024

🚫

**Content warning: Sensitive content**

The author labeled this post as containing sensitive content.

**Show**

💬    🔁    ♡ 1    📊 28    🔖    ⬆️

**David Michaels**
@DavidMi47644829
···

**John Davis** @aumkarasd · Mar 15, 2024



 Post

X

- Home
- Explore
- 2 Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

♡ 1          📊 28

**John Davis** @aumkarasd · Mar 15, 2024    ••• 
Trump protected Venezuelans from being deported. @gop refuses to fix the border

💬          🔁          ♡          📊 2

**Craig Franco** @CraigFranco04 · Mar 14, 2024    ••• 
2028

💬          🔁          ♡          📊 50

**Jimmy P (Gilbert AZ)** @gilbertjimp · Mar 14, 2024    ••• 



💬          🔁          ♡          📊 95

**Michelle Mccoy** @MichelleMccoy02 · Mar 14, 2024    ••• 
So What? Do your job ! Teeth Thief

**David Michaels** 
@DavidMi47644829    •••

## Relevant people

**Kristi Noem** ✓ 
@KristiNoem                      **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land** 
LIVE

Trending in United States 
**#earthquake** 
44K posts

Music · Trending 
**Cher** 
22.2K posts

Trending in United States 
**Malibu** 
8,290 posts

Trending in United States 
**Isagi** 
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy 
Accessibility   Ads info   More ••• 
© 2025 X Corp.



OKAY, SO?

GIF

💬     🔁     ♡ 1     📊 16     🔖     ⬆️

**Sally Ambrose** @fjrsally · Mar 14, 2024
Didn't Trump grant Venezuelan in this Country amnesty to stay?

💬     🔁     ♡ 3     📊 45     🔖     ⬆️

**Chauncey8581** @jfalahee · Mar 14, 2024
What was it like when you cheated on your husband?

💬     🔁     ♡     📊 12     🔖     ⬆️

**Regina Dramatica** 🇺🇸 🏳️‍🌈☕😊🌈🦋... @LM... · Mar 15, 2024
THEN FUND THE PROCESSING! ITS ON YOU GOP!!!

💬     🔁     ♡     📊     🔖     ⬆️

**John** @Dakota_13578 · Mar 15, 2024
Goo are pro..
Incest
Rape
Child marriage
Pedophile priests
Pedophile republicons
Pedophile church members
Pedophile cops
#pedotrump has wanted to fck ivanka since she was 13
#RapistTrump ...
Show more



💬     🔁 1     ♡ 1     📊 67     🔖     ⬆️

**Turd Ferguson** @Drut_Ferg · Mar 14, 2024
Venezuela, eh?
Man, they crossed over 7 borders and all of Central America to get this far. That's pretty impressive.
I don't know about your claim about emptying prisons, the only one saying it is you and your cult.

💬     🔁     ♡ 2     📊 22     🔖     ⬆️

**Dittie** ✓ @DittiePE · Mar 15, 2024
Worry about your own lawn.

| Crime & Corrections | − | Health Care | − |
| RANKING | | RANKING | |

---

**Relevant people**



**Kristi Noem** ✓
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

Khloé in Wonder Land
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

---

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**David Michaels**
@DavidMi47644829





Post Reply Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

1 51

**scifi life** @life_scifi · Mar 14, 2024
😆

1 7

**mj** @jensen_49 · Mar 14, 2024
Trying to divert attention away from yourself. You lie through your teeth..pun intended

4 35

**#RIPGOP ™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024

2 93

**#RIPGOP ™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024
#RIPGOP

**David Michaels**
@DavidMi47644829

## Relevant people

**Kristi Noem** @KristiNoem Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

## Relevant people

**Kristi Noem** ✓
@KristiNoem                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.



## What's happening



**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

**#RIPGOP** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024
#RIPGOP

REPUGS GIVE IT A REST W/THE BORDER BS.  BIDEN + THE DEMS AGREED TO SUPPORT JAMES LANKFORD'S (R-OK) BIPARTISAN BORDER DEAL.  TRUMP TOLD REPUGS TO TANK THE DEAL B/C IT WOULD BE A WIN FOR BIDEN.

💬 1        ↻        ♥ 3        📊 91

**Debra Ponto** @PontoDebra · Mar 14, 2024
You lie, yet talk about Christian values. What about the families of the victims in all the mass shootings that were born and raised here? Only one person counts so you can use that as political agenda? You are shameful.

💬        ↻        ♥ 5        📊 59

**Angelcrusher** @Angelcrusher · Mar 14, 2024
Because Trump gave them legal status.

Trump grants Venezuelans temporary legal status on his way out


**David Michaels**
@DavidMi47644829



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



Trump grants Venezuelans temporary legal status on his way out

From politico.com

🗨  ↻  ♡ 1  ⊪ 22  🔖  ⬆

**Rev Miguel A Rivera** @MiguelReverend · Mar 14, 2024    𝕏  ···
FALSE MISLEADING MAGA PROPAGANDA

🗨  ↻  ♡ 1  ⊪ 22  🔖  ⬆

**Sandra Callnan** @CallnanSandra · Mar 15, 2024    𝕏  ···
Bla Bla Bla
THIRSTY Kristi...

🗨  ↻  ♡  ⊪  🔖  ⬆  GIF

**southgal1** @southgal11 · Mar 14, 2024    𝕏  ···
You are using her and your horses for publicity

🗨  ↻  ♡  ⊪ 33  🔖  ⬆

**George Hawkins** @GeorgeH81794543 · Mar 15, 2024    𝕏  ···
Maybe they came here to get their teeth fixed

🗨  ↻  ♡  ⊪ 6  🔖  ⬆

**dar jaxs** @JAXDAR1 · Mar 15, 2024    𝕏  ···
🤣🤣🤣🤣

He told me I was wrong
and to check my facts...

then he provided a

---

𝕏 Post

← Search

## Relevant people

 **Kristi Noem** ✔    **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels** 
@DavidMi47644829



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied...
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

Post

 

## Relevant people

 **Kristi Noem** ✓
@KristiNoem          **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---



**then he provided a link to Fox News...**

💬          🔁          ♡          ᐧ 16    🔖    ⬆

**fatblock** @1fatblock · Mar 15, 2024                               𝕏 ···

Venezuela

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬          🔁          ♡          ᐧ 17    🔖    ⬆

**AJ** @RubyStar_22 · Mar 15, 2024                               𝕏 ···
Prove this! PROVE IT! Fear mongering and lie is all you do!! Oh wait, I forgot about making commercials in exchange for who knows what.....

💬          🔁          ♡          ᐧ 10    🔖    ⬆

**GUSTAH STANDS WITH UK...** @WinnieJ93... · Mar 15, 2024      𝕏 ···
DON'T COMPLAIN! PASS LANKFORD'S BILL!

💬          🔁          ♡          ᐧ 6    🔖    ⬆

**AV** @ajv44 · Mar 15, 2024                                       𝕏 ···
Did you brush  your teeth today?

💬          🔁          ♡          ᐧ 6    🔖    ⬆

**Nasty Kitty😾** @ChrisZubat · Mar 14, 2024                      𝕏 ···
Grieving family and their cult leader

---

## Left navigation

🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
Grok
Lists
🔖 Bookmarks
Jobs
👥 Communities
Premium
Verified Orgs
Profile
More

**Post**

 **David Michaels**
@DavidMi47644829 ···





**Relevant people**

 Kristi Noem ✔
@KristiNoem    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

reply      33

Pam Riley @jayhawksmile96 · Mar 15, 2024
Didn't Trump sign an order extending Venezuelans ability to stay as he left the White House?  It's on your orange cult leader

reply      4

Mike Thomas @mikethomas007 · Mar 15, 2024
It's on FOX NEWS it must be true😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂

reply      4

Christian Soldier 219 @wignatmonster · Mar 14, 2024
Why don't you check with Israel to see if you're allowed to complain?

reply      21

teds8trackemporium @tedsemporium69 · Mar 14, 2024
Why hasn't this happened?

THIS POS NEEDS TO BE CHARGED WITH TREASON

reply      21

Down2Compete @TvkLB · Mar 14, 2024
How's your teeth?

reply      23

Tim @tim10bob · Mar 15, 2024

**What's happening**

Khloé in Wonder Land
LIVE

Trending in United States
#earthquake
44K posts

Music · Trending
Cher
22.2K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,461 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

David Michaels
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT
Page 15 of 24



## Relevant people

**Kristi Noem** ✓
@KristiNoem        [Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

**Tuatha De Danann** @gdog553 · Mar 14, 2024
Apprehensions and expulsions
26

**What'SUP!** @SupwiththatWhat · Mar 14, 2024
How many of those have slipped through the cracks.
1     93

**Golferman** @Brucethegolfer · Mar 14, 2024
In case you forgot (easy to do with Cores's dick in your mouth), trump gave Venezuelan immigrants special status.
1     19

**Tim Sutton** @Haulingtmber · Mar 14, 2024
Liar, you all can't even use the same number. You just pick the biggest one you think you saw and copy it. Do better, sidesaddle K!

OMG , HAHA!!
We should trademark that, "SidesaddleK" a ranch for all ruined Family Values!!!🤭 Donate my share .
1     8

**Lisa** 💕🌴🌷💌🇺🇸 @Lawlady99 · Mar 14, 2024
How are they illegals if they're presenting themselves at the border?
2     6     133

**Danger Foe** @Jolicoeur1 · Mar 14, 2024
the 834 deported likely said they love American values and hate communism
1     52

**Sandee** 🟣 @sandeew18 · Mar 14, 2024



**Post**

## Relevant people

 **Kristi Noem** 
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

 **Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

---

**illegally**

The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization

By *Michelle Hackman* Follow
Updated Jan. 19, 2021 at 10:30 pm ET

Members of the audience wave Venezuelan and American flags as

💬        ⟳        ♡ 1        ⬛ 22        🔖        ⬆

**BradX** ✅ @Brad41219011 · Mar 15, 2024
Add 30% more for the Unknown Gotaways. Thats 1/2 Million at least.

💬        ⟳        ♡        ⬛ 77        🔖        ⬆

**Pesky Jski** 🥺 @PeskyJski · Mar 14, 2024
Remember the amnesty that your BFF ensured?

💬        ⟳        ♡ 1        ⬛ 25        🔖        ⬆

**pam simpson** @PJS_SDstrong · Mar 14, 2024
Republican lead Congress really should have passed bipartisan bill for border!  What a shame!!!

💬        ⟳        ♡ 1        ⬛ 7        🔖        ⬆

**redstateboomer** @redstateboomer · Mar 14, 2024
This is a total horseshit lie. You'll believe anything you read or hear on rightwing media, because your "brain" is nothing but a rotting glob of moldy cottage cheese. You disgust every decent South Dakotan and your entire political career is nothing but BS and grift.

💬        ⟳        ♡ 8        ⬛ 41        🔖        ⬆

**Avron** ✅ @Avron_p · Mar 14, 2024
GOP did absolutely zero

💬 2      ⟳        ♡ 5        ⬛ 214        🔖        ⬆

**Cindi Woohoo** @CindiWoohoo · Mar 14, 2024
Congressional Republicans are to blame. They refused funding and all serious bills. Hr2 is a steaming pile.

💬 1      ⟳        ♡ 5        ⬛ 133        🔖        ⬆

**Gazpacho Policewoman** 🌀 🇺🇸 ... @zlatin... · Mar 14, 2024
Thank the fat orange fuck for this.

> # Trump grants Venezuelans temporary legal status on his way out
>
> The U.S. will defer for 18 months the removal of certain Venezuelan nationals.



**David Michaels**
@DavidMi47644829

⋯

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied...
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

# Post

## Relevant people


Kristi Noem ✔
@KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

Khloé in Wonder Land
LIVE

Trending in United States
#earthquake
44K posts

Music · Trending
Cher
22.2K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

♡ 1    📊 23

**Godless Heathen** @heathen_godless · Mar 14, 2024
Trump invited them.



EMPLOYMENT & IMMIGRATION
## Trump grants Venezuelans temporary legal status on his way out
The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

💬    ⟲ 1    ♡ 6    📊 58

**Charlie Newquist**🇺🇸 🇺🇦 @CharlieNewquist · Mar 16, 2024
Gosh, I wonder why so many Venezuelans decided to come here...

Based on Trump's memo, the U.S. will defer for 18 months the removal of certain Venezuelan nationals present in the U.S. on Jan. 20. It also allows those Venezuelans to work during that period of time.  Jan 19, 2021

🅟 https://www.politico.com > news
Trump grants Venezuelans temporary legal status on his way out - POLITICO

About featured snippets    🗩 Feedback

AP News
apnews.com
Trump blocks Venezuelans' deportation in last political gift
Jan 19, 2021 — President Donald Trump has shielded tens of thousands of Venezuelan migrants from deportation from the U.S...

WSJ
www.wsj.com
Trump Approves Deportation Protections for Venezuelans in U.S. Illegally
Jan 19, 2021 — The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the ...

💬    ⟲    ♡    📊 8

**Lynne Morse** @Lynneandkids · Mar 14, 2024
Noem for VP!!!!!

💬    ⟲    ♡    📊 14

**A GREAT NOTICER** @sawwingdust · Mar 14, 2024
Your masters are promoting this.

💬    ⟲    ♡    📊 17

X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829 ...

Post

**A GREAT NOTICER** @sawwingdust · Mar 14, 2024
Your masters are promoting this.

17

**Mack Piotrowski** @mackpio · Mar 15, 2024
Next VP

3

**DrezInLA VOTE BLUE** @Andrez68LA · Mar 14, 2024
Eat shit

**Mark Redlin** @mark_redli14486 · Mar 14, 2024



▶ GIF

♡ 1    9

**mukluk** @DanMcCollu15644 · Mar 14, 2024
Texas Governor Abbott is in Europe. Who's watching the border while he's gone. A few weeks ago everyone was down there Standing with Texas. Now you guys are leaving it wide open or did you fix the crisis. Confused mega supporter here ,do I still blame Biden ?

1    ♡ 1    29

**Kelly** @KellyforGod · Mar 14, 2024

HE SENDS ONE OF YOURS TO HOSPITAL, YOU SEND ONE OF HIS TO THE MORGUE!

▶ GIF

3

**No Party Juice** @nopartyjuice · Mar 15, 2024
Tell your Jewish Kalergi Plan paymasters to stop shipping them here, and lobbying for open border immigration policies.

1

**Bret** @WokeLeftyGuy · Mar 15, 2024
Now define "encounter" as opposed to "crossed the border and disappeared into the country with whereabouts unknown."

## Relevant people



**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied...
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**Relevant people**

 **Kristi Noem** ✔
@KristiNoem    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**Bret** @WokeLeftyGuy · Mar 15, 2024

Now define "encounter" as opposed to "crossed the border and disappeared into the country with whereabouts unknown."

As always, you MAGAs pray on the uninformed who accept your exaggerations as gospel.

#FuckMAGA

💬        🔁        ♡ 1        ılıl 4        🔖        ⬆

**Jill** @blukesmom · Mar 14, 2024

How much money did you get for your teeth? Are you gonna buy a little cottage for you and Corey?

💬        🔁        ♡ 1        ılıl 5        🔖        ⬆

**Pierce Caravan** @Piercecaravan · Mar 15, 2024

I wonder how many of them have had affairs?

SCANDAL

# Governor Kristi Noem, "God-Fearing" Family Woman, and Corey Lewandowski, Trump Creep, Reportedly Had "Yearslong" Affair

It's always the ones who insist that marriage is "a special, God-given union between one man and one woman" that forget how to count.

💬        🔁        ♡        ılıl 3        🔖        ⬆

**Gregg's Cell** @greggscell · Mar 14, 2024



WE SUCK RUSSIAN COCK

**David Michaels**
@DavidMi47644829        ···



Post

Relevant people



**Kristi Noem** ✓
@KristiNoem

[Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

What's happening

Khloé in Wonder Land
LIVE

Trending in United States
#earthquake
44K posts

Music · Trending
Cher
22.2K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2025 X Corp.

---

**Liberty Jones** @Liberty_Jones2 · Mar 14, 2024
Open Border: You see, their  goal, besides illegal votes is to procure as many fighting-age males as possible. Can you guess why? In order to implement their own personal militia and come after all MAGA conservatives! Oh it's coming. I encourage all of you to buy more guns!

💬    🔁    ♡    ılı 22    🔖    ⬆

**Nigel Lew** ✓ @NigelLew2 · Mar 14, 2024
Trump gave 400,000 of them amnesty. Kindly STFU.

💬    🔁    ♡ 2    ılı 9    🔖    ⬆

**Mountain Momma** 🎃 @twainhartemom · Mar 15, 2024
How many of those migrants has Greg Abbott bused into sanctuary cities, Kristi and how much has South Dakota contributed to his cause?

💬    🔁    ♡    ılı 3    🔖    ⬆

**Chingao Sullivan** @ChingaoSullivan · Mar 14, 2024
You should try sitting in the Pine Ridge student section

💬    🔁    ♡ 1    ılı 5    🔖    ⬆

**steve** @steve63537426 · Mar 14, 2024
Why did you go to Texas to get your teeth cleaned??

💬    🔁    ♡    ılı 3    🔖    ⬆

**Liddle' JirkyRick** @jirkyrick · Mar 14, 2024
I wonder why?



Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 04:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬    🔁    ♡    ılı 3    🔖    ⬆

**Shelly** @Shelly71431539 · Mar 14, 2024
Hey I hear Venezuela is a really nice guy.

💬    🔁    ♡    ılı 7    🔖    ⬆

**David Michaels**
@DavidMi47644829

Post

Search

# X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829

**Shelly** @Shelly71431539 · Mar 14, 2024
Hey I hear Venezuela is a really nice guy.

💬   🔁   ♡   📊 7   🔖   ⬆

**Ruthie Kitty/2012!** @2012Ruthie · Mar 14, 2024
And you cheated on your husband with a punk Trump sycophant, and would force children to have children. And there is this!



💬 1   🔁 1   ♡ 1   📊 54   🔖   ⬆

**John** @John08362652 · Mar 14, 2024
FOR OVER A CENTURY, DEMOCRAT PRESIDENTS
HAVE SOAKED THEIR HANDS
IN INNOCENT AMERICAN BLOOD! Lyndon JOHNSON
poster beast for unnecessary carnage.



💬   🔁   ♡   📊 17   🔖   ⬆

Bob Todd ✔ @Bob ToddIAMI · Mar 14, 2024

## Relevant people


**Kristi Noem** ✔
@KristiNoem    **Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





## Relevant people



**Kristi Noem** ✓  
@KristiNoem    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**  
LIVE

Trending in United States  
**#earthquake**  
44K posts

Music · Trending  
**Cher**  
22.2K posts

Trending in United States  
**Malibu**  
8,290 posts

Trending in United States  
**Isagi**  
7,461 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy  
Accessibility  Ads info  More …  
© 2025 X Corp.

🔍 17

**Bob Todd** ✓ @Bob_ToddIAMU · Mar 14, 2024  
Our Morning Read Psalm 107  
Thoughts on conditioning to be OK with not good, subliminally.



🔍 9

**I'm still your Mom's favorite...** @sdnorse... · Mar 14, 2024  
Thanks trump...

**TRICKLE DOWN TRUMPISM.**

💬    🔁    ❤️ 2    🔍 38

**Dr. C Ismael , MD** @JaeSea1 · Mar 14, 2024  
Aren't you supposed to be deepthroating Israel and creating more laws for the tiny percent of your South Dakota population?

💬    🔁    ❤️ 1    🔍 22

Show probable spam



**David Michaels**  
@DavidMi47644829



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied...  
Capture URL: https://x.com/KristiNoem/status/1768312288560247199  
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

Post

Reply

Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

Show probable spam

## Relevant people

**Kristi Noem**
@KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What’s happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829




