# EXHIBIT 5







Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

**kristinoem** • Follow
Original audio

**kristinoem** Every illegal immigrant broke the law as their first action in our country. And nations like Venezuela are using our open border to solve their own crime and mental health crises.

When @realDonaldTrump takes office, we will immediately address this issue and deport

**5,901 likes**
December 9, 2024

Comments on this post have been limited.

More posts from **kristinoem**

- AI Studio
- Threads
- More

### More posts from kristinoem

