# EXHIBIT 6

X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Secretary Kristi Noem** ✔ ☒
@Sec_Noem

7 AM in NYC. Getting the dirt bags off the streets.



0:00

3:35 PM · Jan 28, 2025 · **35.5M** Views

💬 19K    ⟳ 21K    ♡ 136K    🔖 3.9K    ⬆️

Post your reply    **Reply**

**The Subtext** ✔ @TrueSubtext · Jan 29
The "dirt bags"



💬    ⟳ 1    ♡ 29    📊 263    🔖    ⬆️

**Faketriots Watch** ✔ @Faketriots · Jan 30
Look out everybody and hide your dogs

💬 2    ⟳ 4    ♡ 132    📊 9.3K    🔖    ⬆️

**RelRheeannaRN** ✔ @RelRheennaRN · Feb 13
You are one sick maggot get off our streets

**David Michaels** ···
@DavidMi47644829

**Relevant people**



**Secretary Kri...** ✔ ☒    **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**



**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE
WHO WILL WIN?

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Look after everybody and hide your dogs

💬 2    🔁 4    ♡ 132    📊 9.3K    🔖 ⬆️

**RelRheeannaRN** ✓ @RelRheennaRN · Feb 13
You are one sick maggot get off our streets

💬    ♡ 5    🔖 ⬆️

**Russell Drew** ✓ @RussOnPolitics · Jan 28
Kristi Noem is in New York City! That explains why I haven't seen any dogs on the streets today. They are in as much danger as the undocumented immigrants.



She attacked me and it was a hard decision.

💬 3    🔁 25    ♡ 195    📊 4.3K    🔖 ⬆️

💙💙 🐰**PETTY_CRAMPS**🐰💙💙 @JessieWeasley75 · Jan 30
You don't know a damn thing about anybody. You don't know anything you are hurting Americans in America with your ICE bs. You are harming people and families. You have no idea what you're doing absolutely none.

💬 4    🔁    ♡ 1    📊 121    🔖 ⬆️

**Viral News NYC** ✓ @ViralNewsNYC · Jan 28
It's about time

💬 2    🔁 6    ♡ 97    📊 3.6K    🔖 ⬆️

**College Shirt Clubs by The Fan Stop** ✓ @the_fanstop    Ad ⋯
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...

**David Michaels** ⋯
@DavidMi47644829

**Relevant people**

Secretary Kri... ✓    **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More⋯
© 2025 X Corp.



X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels** ···
@DavidMi47644829

Post     Reply     Search

**Relevant people**



**Secretary Kri...** ✔ ☒     **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

⟲ 4    ♡ 131    1.9M    🔖 ⬆

**Auden B. Cabello** ✔ @CabelloAuden · Jan 28    𝕏 ···
The mission is not only to get "dirt bags off the streets", the goal should be to put a permanent end to the policies that allowed millions of illegals in and remain in the US.
♡ 52    ⟲ 16    ♡ 200    47K    🔖 ⬆

**Gimme3Steps** ✔ @TheSouthGAJohn · Jan 28    𝕏 ···
What an upgrade at DHS 🇺🇸😍

💬 48    ⟲ 62    ♡ 445    24K    🔖 ⬆

**SG Carter** ✔ @SGCarter151217 · Jan 28    𝕏 ···

If she were a president, she'd be Baberaham Lincoln.
MOVIECLIPS.com

💬     ⟲    ♡ 11    414    🔖 ⬆

**The Handiest Man ™** ✔ @Handiest_man · Jan 28    ···

**The Handiest Man ™** ✔ @Handiest_man · Jan 28

𝕏 Article
Shady Dealings of Texas Governor Greg Abbott





**Shady Dealings of Texas Governor Greg Abbott and Ken Paxton in the Colony Ridge Scandal**

In the Lone Star State, a scandal of significant proportions has emerged, intertwining the actions of two of its most prominent political figures: Governor Greg Abbott and Attorney General Ken Paxton....

💬 2    🔁 12    ♡ 65    📊 50K    🔖    ⬆️

ƎℲⱯИOM ✓ @Monkie669_ · Jan 28

You can start with this one



💬 8    🔁 12    ♡ 123    📊 1.5K    🔖    ⬆️

**College Shirt Clubs by The Fan Stop** ✓ @the_fanstop    Ad ···
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...



## Relevant people

**Secretary Kri...** ✓    [Follow]
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

David Michaels ···
@DavidMi47644829





Post    Reply    Search

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**



💬    ⟲ 7    ♡ 121    ☰ 1.9M    🔖    ⬆️

**Impeach Trump a 3rd Time!** ✅ @Christo12919382 · Jan 28
Don't shoot Corey! I thought you two were in love! 😂😂😂😂😂



💬 26    ⟲ 116    ♡ 925    ☰ 22K    🔖    ⬆️

**Reshell Gurney** ✅ @GurneyReshell · Jan 28
Leadership at it's finest 🇺🇸❤️
💬 446    ⟲ 20    ♡ 524    ☰ 219K    🔖    ⬆️

**The Austin Conservative** 🇺🇸🤘 ✅ @atx_republican · Jan 28
You are straight up fire!! Keep it up!! 🔥
💬 88    ⟲ 4    ♡ 341    ☰ 145K    🔖    ⬆️

**Deepa**X ✅ @realdeepakterra · Jan 28
We got a huge upgrade as our secretary of our homeland security
💬 105    ⟲ 16    ♡ 547    ☰ 192K    🔖    ⬆️

**joe miller** ✅ @joemill37087868 · Jan 28
"7 AM in NYC. Getting the dirt bags off the streets."
For the win 🏆
@JrzyJoePiscopo @RudyGiuliani @BernardKerik
💬 29    ⟲ 4    ♡ 232    ☰ 161K    🔖    ⬆️

**The Sapient Savant** 👾 ✅ @joesap23 · Jan 28
Excellent work!
💬 6    ⟲ 2    ♡ 52    ☰ 28K    🔖    ⬆️

**Brett Moulton** ✅ @brettmoulton24 · Jan 28

### Relevant people



**Secretary Kri...** ✅ ❄️    **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

### What's happening



**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts    ···

Trending in United States
**Malibu**
8,290 posts    ···

Trending in United States
**Isagi**
7,521 posts    ···

Music · Trending
**Cher**
22.2K posts    ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



 

Post

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

**The Sapient Savant** 🟣 ✅ @joesap23 · Jan 28
Excellent work!

💬 6    🔁 2    ♥ 52    📊 28K    🔖 ⬆️

**Brett Moulton** ✅ @brettmoulton24 · Jan 28
Love it!

💬 6    🔁 2    ♥ 50    📊 33K    🔖 ⬆️

**UltraMAGA Ginger** 🇺🇸 ✅ @4TrumpDogs · Jan 28
She's a bad ass 🤩



▶ GIF    BAD ASS AF!!

💬 72    🔁 3    ♥ 58    📊 25K    🔖 ⬆️

**Courage Is A Habit** 🎖️ 🇺🇸 @CourageHabit · Jan 28
While you try to get those dirt bag off the streets, teachers and superintendents in government K-12 are aiding and abetting them.

Say hi to Superintendent Jake @kjlanglais @MultilingualLPS and the law firm that instructed him to destroy evidence and data. Yes, this is real we
Show more



SUPERINTENDENT AIDS POTENTIALLY VIOLENT ILLEGAL ALIENS

SUPERINTENDENT JAKE LANGLAIS
Lewiston Public Schools

MAINE LAW FIRM INSTRUCTS SCHOOLS TO DESTROY IMMIGRATION RECORDS

MAINE WIRE

💬 3    🔁 16    ♥ 31    📊 9.9K    🔖 ⬆️

**ddd Kicks the Cult to the Curb** ✅ @dddfaber · Jan 28
So.... Get off the street then. Puppy killers are pretty massive dirt bags in my book.

💬 3    🔁 27    ♥ 568    📊 8.8K    🔖 ⬆️

**David Michaels**
@DavidMi47644829

### Relevant people

**Secretary Kri...** ✅ 🟣
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

Follow

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



Post

**ddd Kicks the Cult to the Curb** ✓ @dddfaber · Jan 28
So.... Get off the street then. Puppy killers are pretty massive dirt bags in my book.

💬 3          ↻ 27          ♡ 568          ‖ 8.8K          🔖  ⬆

**Whale Psychiatrist** TM ✓ @k_ovfefe2 · Jan 28  𝕏  ···
I have whiplash from all this winning!

💬 82          ↻ 10          ♡ 400          ‖ 116K          🔖  ⬆

*Malbon* **Malbon Golf** ✓ @MalbonGolf          Ad  ···
A complete look at the Lost Luggage Sweatsuit Collection.

Available now on malbon.com



💬 26          ↻ 17          ♡ 293          ‖ 810K          🔖  ⬆

**Beard Vet** ✓ @Beard_Vet · Jan 28  𝕏  ···
All of them must go back 👊🇺🇸

💬 3          ↻ 9          ♡ 133          ‖ 6.6K          🔖  ⬆

**Cryptid Politics** 🇺🇸🐸 ✓ @CryptidPolitics · Jan 28  𝕏  ···
Stop cosplaying as an ICE agent, @KristiNoem.

We know you are just tying to generate ad material for your 2028 presidential run.

💬 26          ↻ 8          ♡ 277          ‖ 16K          🔖  ⬆

**Tim Young** ✓ @TimRunsHisMouth · Jan 28  𝕏  ···
Kristi Noem isn't messing around either.  Love this!

💬 25          ↻ 16          ♡ 427          ‖ 13K          🔖  ⬆

**Paul A. Szypula** 🇺🇸 ✓ @Bubblebathgirl · Jan 28  𝕏  ···
Thank you Sec Noem!

💬 7          ↻ 4          ♡ 126          ‖ 5.8K          🔖  ⬆

**Gunther Eagleman™** ✓ @GuntherEagleman · Jan 28  𝕏  ···
Don't let up. We want records set.

💬 17          ↻ 15          ♡ 472          ‖ 24K          🔖  ⬆

@Chicago1Ray 🇺🇸 ✓ @Chicago1Ray · Jan 28  𝕏

---

𝕏

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
𝕏 Grok
🗒 Lists
🔖 Bookmarks
💼 Jobs
👥 Communities
🏅 Premium
☑ Verified Orgs
👤 Profile
⊙ More

**Post**


**David Michaels**
@DavidMi47644829          ···

---

🔍 Search

**Relevant people**

Secretary Kri... ✓ 𝕏          **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**


**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
#earthquake
44K posts          ···

Trending in United States
Malibu
8,290 posts          ···

Trending in United States
Isagi
7,521 posts          ···

Music · Trending
Cher
22.2K posts          ···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



---

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Post

**Gunther Eagleman™** ✔ @GuntherEagleman · Jan 28
Don't let up. We want records set.
💬 17   🔁 15   ♥ 472   📊 24K

**@Chicago1Ray** 🇺🇸 @Chicago1Ray · Jan 28
They'd probably wanna be arrested by you
💬 10   🔁 2   ♥ 58   📊 4.7K

**Derek Cressman** ✔ @DerekCressman · Jan 28
Nice cosplay!
💬 6   🔁 13   ♥ 286   📊 15K

**Sage of Karachi** ✔ @AhmarMustikhan · Jan 29
Didn't you shoot a dog & lost your chance of becoming @VP?
💬 2   🔁 2   ♥ 276   📊 4.7K

**RN 4 U** 🩺🟣🌼 @RnTami · Jan 31



RN 4 U 🩺🟣🌼
@RnTami

Botox✅
Fillers✅
Hair extensions✅
Fake Eyebrows✅
Funny Costume✅
Unqualified puppy killer ✅
Kristi Noem 🤮

💬   🔁 1   ♥   📊 40

**College Shirt Clubs by The Fan Stop** ✔ @the_fanstop   Ad
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne…

**David Michaels**
@DavidMi47644829

**Relevant people**

**Secretary Kri...** ✔ ✔
@Sec_Noem   **Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.



⟲ 7    ♡ 121    📊 1.9M

**Peggy Gabour** ✓ @peggy_gabour · Jan 28    🖊 ···



KRISTI NOEM'S
POLITICAL CAREER

💬 6    ⟲ 6    ♡ 351    📊 16K

**TechTeslaFusion** ✓ @TechTeslaFusion · Jan 28    🖊 ···
Thanks a bunch for all your hard work!!

💬 47    ⟲ 4    ♡ 207    📊 174K

**miguelifornia** ✓ @miguelifornia · Jan 28    🖊 ···
HELL YES 🇺🇸 👏

💬    ⟲    ♡ 34    📊 1.5K

**SickOfWar** ✓ @AZMaGHaMaMa · Jan 28    🖊 ···
Thank you!!!!!!

💬 11    ⟲    ♡ 62    📊 40K

**UC?** ✓ @TruthbetoldUC · Jan 28    🖊 ···
Thank you for all that you do and Florida is inundated with illegal aliens. I'm sure that's on your list.

💬 1    ⟲    ♡ 14    📊 424

**Lattina Brown, MPA** 🇯🇲 ✓ @LattinaBrown · Jan 28    🖊 ···
Thank you so much for helping the Bronx. Mott Haven shelter and Hunts Point needs to be raided. The councilmembers are breaking laws.

💬 1    ⟲ 2    ♡ 28    📊 703

### Relevant people

**Secretary Kri...** ✓ 🛡    [Follow]
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.


**David Michaels**
@DavidMi47644829

X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

← Post



**Lattina Brown, MPA** 🏴‍☠️✅ @LattinaBrown · Jan 28
Thank you so much for helping the Bronx. Mott Haven shelter and Hunts Point needs to be raided. The councilmembers are breaking laws.

💬 1    ⟳ 2    ♡ 28    📊 703    🔖    ⬆️

**Randall K. #BE_LOUD #SPEAK_UR...** ✅ @Crank... · Jan 28
❤️❤️❤️❤️❤️❤️❤️❤️👏

💬 2    ⟳ 2    ♡ 30    📊 14K    🔖    ⬆️

**Sticklizard** @Sticklizard3 · Jan 28

▶ GIF

💬 2    ⟳ 1    ♡ 29    📊 12K    🔖    ⬆️

**BlockedByKirkHerbstreit.al...** ✅ @blockedbyher... · Jan 28
unbelievably based, ma'am

love it

💬 2    ⟳ 1    ♡ 27    📊 9K    🔖    ⬆️

**⚔️ Silent Silas ⚔️** ✅ @RagingKuJo1222 · Jan 28
Thank you!! 🇺🇸

💬 10    ⟳ 3    ♡ 97    📊 80K    🔖    ⬆️

**GirlRight** ✅ @bobbimoody · Jan 28
Secretary, Noem - you look amazing getting dirt bags off the street

💬 19    ⟳ 1    ♡ 45    📊 18K    🔖    ⬆️

**I ❤️ Winning** 🇺🇸 ✅ @PatriotMarie70 · Jan 28
Thank you !!

**Relevant people**



**Secretary Kri...** ✅ 🏛️    [Follow]
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**



**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT



**Relevant people**

Secretary Kri... ✔️ 🌐 🌐
@Sec_Noem                    Follow

The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**



**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

▶ GIF

♡ 14        📊 261

Tactical Gear Junkie ✔️ @tacgearjunkie        Ad ···
Morale Patches for Those Who Give Zero F*cks! Made in Kentucky USA.

Shop Now | "Undiagnosed But I'm Pretty Sure" - 2x3 Patch
From tacticalgearjunkie.com

💬 32    ↻ 95    ♡ 1.6K    📊 1.1M

Valentina Gomez ✔️ @ValentinaForUSA · Jan 28
Leading by example. I love it Kristi
💬 54    ↻ 69    ♡ 1.4K    📊 21K

Theevlqueen ✔️ @Theevlqueen8372 · Jan 28
Let's GOOOOO!!!! 🔥🇺🇸🔥🔥🇺🇸
💬    ↻ 2    ♡ 23    📊 1.6K

Trading for Time ✔️ @sun_sand_stocks · Jan 28
Love to see this 🇺🇸
💬 3    ↻ 2    ♡ 30    📊 7.8K

ANTI-RINO ✔️ @Anna1555269 · Jan 28
This is why you were chosen by Trump!
Stay safe Kristi.
💬    ↻ 1    ♡ 25    📊 4.3K

Jeremy ✔️ @anotherarizonan · Jan 28
Id like to sign up to be one of the dirt bags she gets off of the streets
please

David Michaels
@DavidMi47644829



**Relevant people**

Secretary Kri... ✓ 🛡️    Follow
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

Stay safe Kristi.

💬    ↻ 1    ♡ 25    �nl 4.3K    🔖 ⬆️

**Jeremy** ✓ @anotherarizonan · Jan 28
Id like to sign up to be one of the dirt bags she gets off of the streets please

💬 2    ↻ 1    ♡ 23    �nl 3.7K    🔖 ⬆️

**Mark McLain** ✓ @MarkMcLain · Jan 28
Thank you for your efforts. Greatly appreciated.

💬 1    ↻ 1    ♡ 19    �nl 2.7K    🔖 ⬆️

**Basketcase1969** ✓ @basketcase1969 · Jan 28
Awesome!  From Dentist, to Plumber, and now Secretary of DHS.

Massive upgrade from the previous clown

💬 4    ↻ 1    ♡ 18    ⬛ 1.8K    🔖 ⬆️

**GettingTrumpNow.com** ✓ @gettingtrumpnow · Jan 28
just imagine the Bidenistas doing anything like this.

Not to mention the Alpha female symbolism.

A new day has dawned.

💬 28    ↻ 1    ♡ 57    ⬛ 19K    🔖 ⬆️

**J. Orville Young** ✓ @orvilley01 · Jan 28
Diggin it!!

💬 1    ↻ 1    ♡ 27    ⬛ 12K    🔖 ⬆️

**College Shirt Clubs by The Fan Stop** ✓ @the_fanstop    Ad ···
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...



↻ 4    ♡ 131    ⬛ 1.9M    🔖 ⬆️

**Doctah GIF** ✓ @Doctah_Gish · Jan 28
What a phenomenal job.

David Michaels
@DavidMi47644829



Post

## Relevant people

 Secretary Kri... ✓ 🛡
@Sec_Noem                    **Follow**

The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

🔁 4          ♡ 131          1.9M

**Doctah GIF** ✓ @Doctah_Gish · Jan 28
What a phenomenal job.

Immediately LEADING. Thank you for jumping into your new position with such vigor.

💬 1          🔁 1          ♡ 28          3.1K

## What's happening

 **4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

**DD123** ✓ @DD123PDQ · Jan 28
Quit getting in the way! Get down to DC and start reducing the size of Homeland Security. Then dissolve it! God I hate politicians.

💬 1          🔁 1          ♡ 16          2K

Trending in United States
**#earthquake**
44K posts

**Dani Rouse** ✓ @Dani_R_13 · Jan 28
How many dogs did you kill?

💬 1          🔁 1          ♡ 146          2.1K

Trending in United States
**Malibu**
8,290 posts

🇺🇸 **STOP SEATTLE DEMs 202...** ✓ @TurnSeattle... · Jan 28
@GOP just went from the basement to the Penthouse when we got
@Sec_Noem

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



DEPUTY CHAIR OF THE DEMOCRATIC NATIONAL COMMITTEE DID THIS TO HIS GIRLFRIEND.

BUT THE DEMOCRATS DON'T WANT TO TALK ABOUT THIS.

💬 1          🔁 4          ♡ 17          508

**Bruce D Smith** ✓ @carjicstill · Jan 28
I will never understand this nomination and confirmation.

💬 6          🔁 1          ♡ 101          3.6K

**Brazzmunki** ✓ @BrazzMunki · Jan 28
This is what meritocracy looks like.

💬 8          🔁          ♡ 16          1.5K

**Robert Davis** ✓ @the_robertdavis · Jan 28
Go Madam Secretary!

GET ER DONE!!!!

**David Michaels**
@DavidMi47644829

Post





## GET ER DONE!!!!

💬 2    🔁 1    ♡ 15    📊 1K    🔖 ⬆️

**Jonathan Bowen** ✔️ @BostonByBirth · Jan 28
You look ridiculous in that vest.

💬 3    🔁 2    ♡ 70    📊 1.3K    🔖 ⬆️

**Phantom Shadow** ✔️ @Fuknutz · Jan 28

> **Phantom Shadow** ✔️ @Fuknutz · Jan 28
> President Trump Declares War on the Cartels



💬    🔁 3    ♡ 27    📊 2K    🔖 ⬆️

**Kate Austin** ✔️ @KateAus1976 · Jan 28
Epic

💬 3    🔁    ♡ 29    📊 11K    🔖 ⬆️

**College Shirt Clubs by The Fan Stop** ✔️ @the_fanstop    Ad  •••
UTSA Roadrunners Shirt of the Month

Get new UTSA Roadrunners T-shirts, long-sleeves & hoodies monthly

schools.thefanstop.com/utsa-roadrunne...

### Navigation Sidebar

𝕏

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

**Post**


**David Michaels**  •••
@DavidMi47644829

### Right Sidebar

**Relevant people**



**Secretary Kri...** ✔️ ✔️    **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**



**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts    •••

Trending in United States
**Malibu**
8,290 posts    •••

Trending in United States
**Isagi**
7,521 posts    •••

Music · Trending
**Cher**
22.2K posts    •••

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More •••
© 2025 X Corp.



 Post 



### Relevant people

 **Secretary Kri...**   **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts                                    ···

Trending in United States
**Malibu**
8,290 posts                                   ···

Trending in United States
**Isagi**
7,521 posts                                   ···

Music · Trending
**Cher**
22.2K posts                                   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

⟲ 7        ♡ 121        📊 1.9M        🔖  ⬆

**Texas Hammer** ✓ @ketanpandya01 · Jan 28      𝕏  ···
Smoking hot also!
💬 6        ⟲ 1        ♡ 22        📊 7K        🔖  ⬆

**Thug Life 'Lago** ✓ @LudoUnknownmaga · Jan 28      𝕏  ···
Stalkin'......



💬 2        ⟲        ♡ 14        📊 1.8K        🔖  ⬆

**Dr. Urso** ✓ @richardursomd · Jan 28      𝕏  ···
Leadership at it's finest
💬 1        ⟲        ♡ 14        📊 727        🔖  ⬆

**Homan Meme** ✓ @Homanmeme · Jan 28            ···
WE WILL!

tomhoman.meme

 **David Michaels**   ···
@DavidMi47644829



# X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

---



💬 5    ⇄ 14    ♡ 15    📊 48    🔖    ⬆

**J Flay** ✓ @JFlay69420 · Jan 28



💬    ⇄    ♡ 3    📊 53    🔖    ⬆

**SixxMe** ᵐᶠᵉʳ ✓ @4AnimalsGoVegan · Jan 28
Hell yeah! We love you girl! 🙌🙌🙌🙌

💬 1    ⇄    ♡    📊 253    🔖    ⬆

**LionLady** @NewDayAllDay1 · Jan 28
And the hair is perfectly curled, make up applied - camera ready Kristi!

💬 1    ⇄    ♡    📊 97    🔖    ⬆

**Nurse Populist** @KYLE_WTF_ · Jan 29
This is drag

💬 2    ⇄ 1    ♡ 34    📊 2.4K    🔖    ⬆

**The Sport Pigeon™** ✓ @TheSportPigeon · Jan 28
By all means necessary 🇺🇸

💬 2    ⇄ 1    ♡ 21    📊 5.2K    🔖    ⬆

**Vote Me Harder, Daddy** ✓ @VoteMeHarder · Jan 28
Stop the political theater. Get in your office and start fixing your organizations like TSA, Secret Service & FEMA. Stop this crap, you're acting like a liberal. This is a photo op Mayor Pete would have pulled... when he wasn't on maternity leave. @RealTomHoman has it covered.

💬 2    ⇄ 3    ♡ 34    📊 1.4K    🔖    ⬆

**🇺🇸 SGT Valadez** ✗ ✓ @SGTValadez · Jan 28
Well done, Kristi!  Go get them! 🇺🇸
Stay safe 🙏

💬    ⇄    ♡ 27    📊 1.1K    🔖    ⬆

**David Michaels** ···
@DavidMi47644829

---

## Relevant people

**Secretary Kri...** ✓ 🆔
@Sec_Noem
**Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening


**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X   Post

## Relevant people

Secretary Kri... ✓ ✓ ⬚   **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**SGT Valadez X** ✓ @SGTValadez · Jan 28
Well done, Kristi!  Go get them! 🇺🇸
Stay safe 🙏
💬   ♡ 27   📊 1.1K   🔖 ⬆

**Overmused Author** ✓ @Jocelynbeard · Jan 28
And yet, I'm looking right at an overly Botoxed dirtbag in a borrowed vest. Fugouttahere, Noem.
💬   ♡ 84   📊 937   🔖 ⬆

**Hugh Jaynus** ✓ @Just_Ed609 · Jan 28



💬   ♡ 2   📊 42   🔖 ⬆

**Matt A. Spartan** ✓ @AF_Spartan · Jan 28
You could have at least tied your hair back, ffs.
💬 4   ♡ 25   📊 445   🔖 ⬆

**PostNational** ✓ @postapoccanada · Jan 28
She woke up at 4 in the morning to do makeup and hair for this...
💬 2   ♡ 61   📊 1K   🔖 ⬆

**Milenka~** ✓ @MilenaAmit · Jan 28
Spent more time on that hair extension blowout than any ICE briefing but OK, ICE Barbie...
💬 10   ♡ 211   📊 2.7K   🔖 ⬆

🔥 **KC** 🇺🇸🔥 ✓ @KCPayTreeIt · Jan 28
Thank you, Secretary Kristi! 😘🇺🇸

## What's happening

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

David Michaels ···
@DavidMi47644829



**APPROVED!**
GIF

💬 1    🔁 4    ♡ 25    📊 1K    🔖    ⬆️

Malbon Golf ✓ @MalbonGolf                                    Ad  •••
The #1 Sweatsuit on Tour

The Lost Luggage Sweatsuit, as seen on @JDayGolf arrives
Thursday, 2.6 at 10AM PT on malbon.com

💬 41    🔁 22    ♡ 363    📊 493K    🔖    ⬆️

David Chase ✓ @SirDavidChase · Jan 28                         𝕏  •••
I get the impression you don't know what your job consist of.
💬    🔁    ♡ 11    📊 187    🔖    ⬆️

Sue Knows Best ✓ @sues86453 · Jan 28                         𝕏  •••
Wonderful!  Let's go!
💬 1    🔁    ♡ 17    📊 961    🔖    ⬆️

Queen Iseabail, the Sassy Lassy ... ✓ @bandr... · Jan 28    𝕏  •••
You're an embarrassment
💬 1    🔁    ♡ 74    📊 3.8K    🔖    ⬆️

Tulsi Gabbard ✓ Comment... ✓ @TulsiGabbard... · Jan 28    𝕏  •••
🎭 Parody account
THANK YOU

AMERICA FIRST

LFG 🔥🔥🔥
💬    🔁 3    ♡ 50    📊 1.8K    🔖    ⬆️

Post

# Left Navigation
- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**


David Michaels
@DavidMi47644829  •••

## Relevant people

Secretary Kri... ✓ ✓    **Follow**
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

## What's happening

4 Nations Face-Off:
Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2025 X Corp.

Post

AMERICA FIRST

LFG 🔥🔥🔥

💬        ⟲ 3        ♡ 50        ᴸᵢₗ 1.8K        🔖 ⬆️

Li Li Raven ❄️❤️😷🥺😊🐰🍎🇺🇸🏳️...  @raven_c...· Jan 28   ⋮
@CLewandowski loves this outfit, doesn't he? Sorry, Kristi - all the
filler and hair extensions and wannabe cop cosplay in the world
aren't gonna cover up your trash. 🙄

💬 1        ⟲        ♡ 1        ᴸᵢₗ 91        🔖 ⬆️

Vivian🇺🇸Joyful Warrior ✅ @vivian1212 · Jan 29   ⋮
🥳🥳🥳🥳🥳🥳🥳



💬 13        ⟲ 15        ♡ 589        ᴸᵢₗ 27K        🔖 ⬆️

Matthew White @MatthewWhi17466 · Jan 29   ⋮
Vomit in  drag.

💬 1        ⟲        ♡ 1        ᴸᵢₗ 45        🔖 ⬆️

1st Roboeconomist, Church of the... ✅ @clima...· Jan 29   ⋮
Great if you can solve a problem you created yourself..

💬 1        ⟲ 1        ♡ 6        ᴸᵢₗ 324        🔖 ⬆️

NavyDadx3🇺🇸⚓️⚔️♻️✅ @realCharlesBeck · Jan 29   ⋮
I have to say, being arrested by you may not be the worst thing ...

💬 42        ⟲ 3        ♡ 22        ᴸᵢₗ 14K        🔖 ⬆️

DarkMAGA 🇺🇸 𝕏 @johntran75 · Jan 29   ⋮
👍🔥🔥🔥

### Relevant people

Secretary Kri... ✅ 🛡️        [Follow]
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

### What's happening


**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States        ⋯
**#earthquake**
44K posts

Trending in United States        ⋯
**Malibu**
8,290 posts

Trending in United States        ⋯
**Isagi**
7,521 posts

Music · Trending        ⋯
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

David Michaels        ⋯
@DavidMi47644829





# Post



🖐️

💬 1          ⟲          ♡          📊 16          🔖 ⬆️

 **$aturn¥oshi** 🏳️‍🌈 ✅ @SaturnYoshi · Jan 29          𝕏 ···

**Where's my dignity?**

💬          ⟲          ♡ 19          📊 2.6K          🔖 ⬆️

**Corinne Clark Barron** ✅ @corinnec · Jan 28          𝕏 ···
Pretty girls get shit done

💬 3          ⟲ 1          ♡ 15          📊 557          🔖 ⬆️

**Jill Noble Shearer** ✅ @Jill_N_Noble · Jan 28          𝕏 ···
You look stupid. Tons of makeup, your hair all curled and flying
around. You're a joke. I hope people in NY keep their puppies inside
while Homeland Barbie is in town. Doesn't surprise me that
someone who can kill a puppy would call other humans "dirtbags".

💬 2          ⟲          ♡ 13          📊 109          🔖 ⬆️

**BonkDaCarnivore** ✅ @BonkDaCarnivore · Jan 28          𝕏 ···
Why is your hair down?

Women don't have their hair down for tactical ops

💬 2          ⟲ 1          ♡ 62          📊 919          🔖 ⬆️

## Relevant people


**Secretary Kri...** ✅ 🔵    [Follow]
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

## What's happening


**4 Nations Face-Off:**
**Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT

Post    Search

Why is your hair down?

Women don't have their hair down for tactical ops

💬 2          ⟲ 1          ♡ 62          ılıl 919          🔖    ↗

**Tony @MBTA is a dumpster fire** ✓ @Tony_01902 · Jan 28    𝕏 ···
What an upgrade.



💬 1          ⟲ 1          ♡ 6          ılıl 221          🔖    ↗

**Tactical Gear Junkie** ✓ @tacgearjunkie          Ad ···
These patches are exactly as showcased in the photos, with no other color variations available.

- 2 inches high by 3 inches wide.
- Includes hook fastener backing.
- Great for hats, bags and jackets with loop fastener

THIS MEETING REALLY COULDVE BEEN AN EMAIL OR A FIGHT

Shop Now | This Meeting Could've Been an Email or a Fight - 2x4 Patch

From tacticalgearjunkie.com

💬          ⟲ 1          ♡ 6          ılıl 3.7K          🔖    ↗

**Conservative [0 𝗕𝗟𝗨𝗘™** ✓ @1776Diva · Jan 28          𝕏 ···
Get 'em Secretary Noem! 🔥

💬          ⟲ 2          ♡ 23          ılıl 1K          🔖    ↗

**z** ✓ @zesqyb · Jan 28          𝕏 ···
please tell me you left this guy alone.....

## Relevant people

**Secretary Kri...** ✓ ⬛
@Sec_Noem                    **Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts
···

Trending in United States
**Malibu**
8,290 posts
···

Trending in United States
**Isagi**
7,521 posts
···

Music · Trending
**Cher**
22.2K posts
···

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT

# X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829

---

**Post**

**z** ✔ @zesqyb · Jan 28
please tell me you left this guy alone.....



💬 1          🔁 2          ♡ 81          📊 826

**Dink McTorkelson** ✔ @dinkmctorkelson · Jan 29
How do you respond to the rumors that you were approached and given a written warning for solicitation by VICE?

💬 1          🔁 1          ♡ 9          📊 697

**Sergeant Alvin York** 🎖✔ @acyork1887 · Jan 29
People of America, hide your puppies.

💬 1          🔁 2          ♡ 41          📊 330

**ladidai (@ladidaix)** 💳 see linkinby... ✔ @ladid... · Jan 29
Ma'am what are you wearing 😭💀💀💀💀💀

💬 1          🔁 1          ♡ 42          📊 9.4K

**K-Med** @K__Med · Jan 29
That vest looks brand new, and it looks like you took the time to do your hair for this.

All of that just screams "badass" to me 🥴🙄

💬 3          🔁          ♡ 30          📊 8.2K

**Brian Hirsh (Thor)** ✔ @BrianHirsh1 · Jan 28



---

## Relevant people

**Secretary Kri...** ✔ 🔵    [Follow]
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening


**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

X

- Home
- Explore
- Notifications ②
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



"LA MIGRA"
Galaxy S23

💬     ↻     ♡     📊 43     🔖     ⬆️

**Rob Carson Show** ✓ @RobCarson · Jan 28
I gotta tell ya...she could slap cuffs on me...yeah, nevermind.
💬 1     ↻     ♡ 4     📊 151     🔖     ⬆️

**Phil Bryant** ✓ @PhilBryantMS · Jan 28
Lock em up.
💬 1     ↻     ♡     📊 88     🔖     ⬆️

**Josh** ✓ @Venti__Poet · Jan 29
She can start with the sexual abuser dirtbag in the Oval office.
💬     ↻ 6     ♡ 45     📊 479     🔖     ⬆️

**Trixie- I 🍷 🪄 📝 teach!** ✓ @MsTrixieRVA · Jan 29
There are so many bots on this thread supporting this dog killer.
💬 2     ↻     ♡ 55     📊 681     🔖     ⬆️

**Gary Koepnick** ✓ @garykoepnick · Jan 29
Cosplaying like she's in some cheesy reality TV show.
💬 38     ↻ 52     ♡ 4.6K     📊 88K     🔖     ⬆️

**UserInterface** ✓ @SeketAanru     Ad
THETA & Helium #hnt are killing the #crypto market this morning.
#theta



xclusive.tv
Theta & Theta Fuel Outpace the Market with ...
Market Update for May 28th, 2021 The market
is mostly down this morning. I think it's cause...

💬 35     ↻ 33     ♡ 807     📊     🔖     ⬆️

**Carlos Gzz** ✓ @carlosgzz03 · Jan 29
You all Are a FRAUD AND A show.
💬     ↻     ♡ 7     📊 112     🔖     ⬆️

**Martha Bueno** ✓ @BuenoForMiami · Jan 29
Who are the "dirt bags" in this case?
💬 7     ↻     ♡ 10     📊 4.6K     🔖     ⬆️

**JAMO DEPRESSION SZN😈** @LionsAreDAWGS · Jan 29
Fuck you

Puppy killing piece of shit
💬 4     ↻     ♡ 3     📊 274     🔖     ⬆️

**Darren Michaels** ✓ @copyofa_ · Jan 29
In before she gets arrested for impersonating a law enforcement
enforcement office.
💬 1     ↻     ♡ 24     📊 3.7K     🔖     ⬆️


**David Michaels**
@DavidMi47644829     ···

**Post**

### Relevant people


**Secretary Kri...** ✓ 🛡️ 🏛️     [Follow]
@Sec_Noem
The Secretary of the Department
of Homeland Security under the
leadership of @POTUS Trump

### What's happening


**4 Nations Face-Off:**
**Unveiled (NHL/NHLPA)**
LIVE
WHO WILL WIN?

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**Post**



# Post

**Darren Michaels** ✓ @copyofa_ · Jan 29
In before she gets arrested for impersonating a law enforcement enforcement office.

💬 1    🔁    ♡ 24    📊 3.7K    🔖 ⬆️

**momoflegends** 🇺🇸 @momoflegends_ · Jan 28
Go get em 🔥🔥🔥

💬    🔁 2    ♡ 26    📊 15K    🔖 ⬆️

**Todd Harrison** ✓ @todd_harrison · Jan 28
Make New York Safe Again 👊

💬    🔁    ♡ 2    📊 160    🔖 ⬆️

**Building 7 Boutique** ✓ @B7Boutique    Ad
🇺🇸 Trump: Better Coverage than 5G...Can you hear us now?

🇺🇸 Get ready to celebrate the 2025 Presidential Inauguration!



The Trump Red Wave Shirt

From etsy.com

💬 172    🔁 229    ♡ 2.2K    📊 1.1M    🔖 ⬆️

**csd** 🇺🇦 ✓ @csd · Jan 29
Learn how to correctly spell your abhorrent racism.

💬    🔁    ♡ 38    📊 540    🔖 ⬆️

**Cliff Schecter** ✓ @cliffschecter · Jan 29
So you're taking Corey Lewandowski to a motel?

💬 4    🔁 7    ♡ 255    📊 13K    🔖 ⬆️

**Football Report** ✓ @FootballReprt · Jan 30
They should do to you what you did to that innocent puppy!

💬 1    🔁    ♡ 25    📊 561    🔖 ⬆️

**Deanna Erickson** ✓ @DowntimeOps · Jan 30
Takes one to know one

💬    🔁    ♡ 3    📊 2.3K    🔖 ⬆️

**seven.day.weeknd** ✓ @erriiiic · Jan 30
So...you kill animals when you're mad?

💬    🔁    ♡ 1    📊 45    🔖 ⬆️

## Relevant people

**Secretary Kri...** ✓ 🔵 🔵
@Sec_Noem    **Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening



4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ...
© 2025 X Corp.

**David Michaels**
@DavidMi47644829



Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT



### Relevant people

 Secretary Kri...    **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

### What's happening

 **4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

**seven.day.weeknd** ✅ @erriiiic · Jan 30
So...you kill animals when you're mad?

💬   ↻   ♡ 1   📊 45   🔖 ⬆️

**DARK�MAGA** ✅ @IStand4Trump · Jan 30   ···
¡Fuera de nuestro país!

youtube.com
Vete Ya - Los Gatos Rock & Billy ( cover en español a The Hit Road...

💬   ↻   ♡   📊 22   🔖 ⬆️

🖤 **Christine** ✅ @christinelu · Jan 30   ···

▶ GIF

💬   ↻   ♡ 6   📊 702   🔖 ⬆️

**K.Dumilé** ✅ @KenyattahDumile · Jan 30   ···
I wish I could work with ya'll to clean up the streets. I'm tired of the decline of my hometown 😔

💬 1   ↻   ♡ 2   📊 284   🔖 ⬆️

d **Sportsandpolitics** ✅ @ofthebambino · Jan 28   ···
Obama deported more people than Trump. Biden was deporting 3,000/day during his term (Trump's not even close to that number).

Instead, Trump sends his goons to make a few arrests with a Fox camera crew and talking heads, and his supporters think he's doing something.

Sheep.

💬 3   ↻   ♡ 1   📊 153   🔖 ⬆️

**Nicholas Veniamin** ✅ @NickVeniamin · Jan 28   ···
You go girl 👍

💬   ↻   ♡ 16   📊 1K   🔖 ⬆️

**Tactical Gear Junkie** ✅ @tacgearjunkie   Ad   ···
Morale Patches for Those Who Give Zero F*cks! Made in Kentucky USA. Limited edition February Patch of the Month!

 **David Michaels**
@DavidMi47644829   ···



X


Post

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Relevant people**

Secretary Kri... ✓ 
@Sec_Noem    Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

♡ 3              📊 2.3K



**seven.day.weeknd** ✓ @erriiiic · Jan 30
So...you kill animals when you're mad?

💬          ♡ 1          📊 45

**DARK⸮MAGA** ✓ @IStand4Trump · Jan 30
¡Fuera de nuestro país!

youtube.com
Vete Ya - Los Gatos Rock & Billy ( cover en español a The Hit Road...

💬    ↻              📊 22

🖤 **Christine** ✓ @christinelu · Jan 30


▶ GIF

WHAT DO I HAVE TO DO FOR ATTENTION?

💬    ↻    ♡ 6              📊 702

**K.Dumilé** ✓ @KenyattahDumile · Jan 30
I wish I could work with ya'll to clean up the streets. I'm tired of the decline of my hometown 😔

💬 1    ↻    ♡ 2              📊 284

d **Sportsandpolitics** @ofthebambino · Jan 28
Obama deported more people than Trump. Biden was deporting 3,000/day during his term (Trump's not even close to that number).

Instead, Trump sends his goons to make a few arrests with a Fox camera crew and talking heads, and his supporters think he's doing something.

Sheep.

💬 3    ↻    ♡ 1              📊 153

**Nicholas Veniamin** ✓ @NickVeniamin · Jan 28
You go girl 👍

💬    ↻    ♡ 16              📊 1K

**Tactical Gear Junkie** ✓ @tacgearjunkie          Ad
Morale Patches for Those Who Give Zero F*cks! Made in Kentucky USA. Limited edition February Patch of the Month!

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.


**David Michaels**
@DavidMi47644829





KRISTI NOEM MURDERED ME.

💬 2    🔁 3    ♡ 302    〽 5.9K    🔖  ⬆

**Vanessa33333-🥥🥥🥥U2,...** ✓ @VanessaEsca... · Jan 29    〽 ···
Spoken like a true christian!

💬 1    🔁    ♡ 4    〽 604    🔖  ⬆

**Erin** ✓ @airynne · Jan 30    〽 ···
This is embarrassing.

💬 1    🔁    ♡ 5    〽 297    🔖  ⬆

**Dan Stilwell** ✓ @realdanstilwell · Jan 28    〽 ···
Work on fixing DHS or photo op... We all know what you chose.

💬    🔁 1    ♡ 33    〽 1.1K    🔖  ⬆

**JoeyBonanno** ✓ @RealJoeBonanno · Jan 28    〽 ···
You do know in 3 years 11 months and 3 days, you'll need a job right?

💬 18    🔁 10    ♡ 389    〽 29K    🔖  ⬆

**Fleon The Flea™** ✓ @FleonTheFlea · Jan 28    〽 ···
Go get 'em!



💬 2    🔁 1    ♡ 11    〽 1.1K    🔖  ⬆

**NSBill** ✓ @Bill_nsb · Jan 29    〽 ···
You are a pathetic self-absorbed opportunist cosplaying for the camera.

💬    🔁    ♡ 5    〽 30    🔖  ⬆

**Rick** ✓ @SlickRick00666 · Jan 29    〽 ···
You're still on the street though...

💬    🔁 1    ♡ 59    〽 6.4K    🔖  ⬆

**Lou to my friends** 💛 **the far r...** @LouiseScot51 · Jan 29    〽

---

**X**

🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
〽 Grok
▤ Lists
🔖 Bookmarks
💼 Jobs
👥 Communities
◎ Premium
✚ Verified Orgs
👤 Profile
⊙ More

Post

David Michaels
@DavidMi47644829

Post

**Relevant people**

**Secretary Kri...** ✓    Follow
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**



4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

𝕏 Grok

🗒️ Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✓ Premium

🔧 Verified Orgs

👤 Profile

⊙ More

**Post**

**Relevant people**


Secretary Kri... ✓ 𝕏
@Sec_Noem **Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.

---

**Rick** ✓ @SlickRick00666 · Jan 29
You're still on the street though...
💬 1    🔁 1    ♡ 59    📊 6.4K    🔖 ⬆️

**Lou to my friends.** 👆 **the far r...** @LouiseScot51... · Jan 29
Get a grip you silly tart.
💬 2    🔁    ♡ 37    📊 308    🔖 ⬆️

**claudia** ☆ 🅐 @4ui12i2124u · Jan 29
girl u should get the doctor that butchered ur fkn face off the office instead im begging
💬    🔁    ♡ 6    📊 80    🔖 ⬆️

**DC** ✓ @TruckinManDan · Jan 30
No she is not kicking down doors but is a good idea to wear a protective vest. Tell me a DummyCrat wldnt want the same photo op?
💬 1    🔁    ♡ 2    📊 214    🔖 ⬆️

**🧡BITCOIN BEE MONTANA🧡** ✓ @MTTRUTHBTC · Jan 30
Look at all the jealous liberals here with ugly personalities to match their words.
Not one of them has accomplished 1/10th of what you have in life.
Keep bringing it, woman!!
🏆👏👏👏👏
💬 4    🔁    ♡ 1    📊 347    🔖 ⬆️

**ShaneSaw Massacre** @FinalDude78 · Jan 30
you going out to hunt more puppies?
💬 4    🔁    ♡ 131    📊 5.1K    🔖 ⬆️

**Letter writer** 🇺🇸 🧑‍🏭 @fireworkbonnie · Jan 29
kristi likes to dress up in costumes. She played a nurse, a secretary, and a plumber in commercials for South Dakota.
💬 1    🔁    ♡ 11    📊 893    🔖 ⬆️

**IC3BOY** ✓ @exsdys · Jan 29
everyone hide your puppies omg
💬    🔁    ♡ 114    📊 6.6K    🔖 ⬆️

**Mistress Dolly** ✓ @MistressDolly1 · Jan 29
Deport trumps wife while you're at it!
💬 1    🔁 1    ♡ 3    📊 404    🔖 ⬆️

**Kevin Williams** ✓ @Kpopp46 · Jan 30
Outstanding. I could watch these roundups daily.
💬 2    🔁    ♡ 3    📊 805    🔖 ⬆️

**Kenna Brockriede** ✓ @Jkbsrt · Jan 30
Let's go !!!!
💬    🔁    ♡    📊 524    🔖 ⬆️

**Troy** ✓ @BlueBarndog · Jan 30
Thank God you had time to do a horrible makeup job Barbie.
💬    🔁    ♡ 39    📊 2.6K    🔖 ⬆️

**Tom Barsoomian** @barsoomian · Jan 30
Isn't it illegal to represent yourself as a police officer or ICE Agent?
💬 2    🔁    ♡ 16    📊 352    🔖 ⬆️

Who is John Galt ♊ 𝕏 dАI/Acc ✓ @JohnGalt1st · Jan 30

**David Michaels**
@DavidMi47644829
···



# Post

**Tom Barsoomian** @barsoomian · Jan 30
Isn't it illegal to represent yourself as a police officer or ICE Agent?

💬 2 　 🔁 　 ♥ 16 　 ‖ 352 　 🔖 ↗

**Who is John Galt ⊤ ⊤ dAI/Acc** ✔ @JohnGalt1st · Jan 30
Get some more Botox and STFU

💬 　 🔁 　 ♥ 　 ‖ 11 　 🔖 ↗

**Luke MD** ✔ @Warrior_334 · Jan 30
Take off your hair extensions! You look ridiculous. How do you want people to take you seriously with your witchy hair extensions. LoL! 😂

💬 　 🔁 2 　 ♥ 35 　 ‖ 469 　 🔖 ↗

**NewYorkCityKopp** ✔ @newyorkcitykopp · Jan 30
So ridiculous

💬 2 　 🔁 　 ♥ 27 　 ‖ 5.6K 　 🔖 ↗

**DeletelawZ** ✔ @DeletelawZ · Jan 30
You look like a clown

💬 5 　 🔁 1 　 ♥ 12 　 ‖ 591 　 🔖 ↗

**tpy** ✔ @itstpy · Jan 30
Cool cosplay are you going to kill more dogs?

💬 　 🔁 　 ♥ 1 　 ‖ 85 　 🔖 ↗

**JW | johnnysolami.sol** ✔ @DegentlemanJohn · Jan 30
remember when you executed a puppy

💬 　 🔁 　 ♥ 5 　 ‖ 208 　 🔖 ↗

**Bonkey** 🇺🇸🇨🇱🇪🏴‍☠️ @UwuBonkey · Jan 30
Is that how you dressed when you shot your puppy execution style?

💬 　 🔁 　 ♥ 2 　 ‖ 42 　 🔖 ↗

**Ryan Sonnenberg** ✔ @ryantsonnenberg · Jan 30
This is so cringe.

💬 　 🔁 　 ♥ 13 　 ‖ 2.4K 　 🔖 ↗

**Susie** @pdxsoaplover · Jan 30
I only see one.

💬 1 　 🔁 　 ♥ 7 　 ‖ 295 　 🔖 ↗

**Pantera Bread** 🍞🥖🟧 @Jozsa412 · Jan 30



## Relevant people

**Secretary Kri...** ✔ ✔
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

[ Follow ]

## What's happening


**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2025 X Corp.

**David Michaels** ···
@DavidMi47644829

---

Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT



💬 1    🔁    ♡ 20    📊 980    🔖 ⬆️

**Steven Eugene Kuhn** ✔️ @KuhnSteven90717 · Jan 30
Yes! Setting the pace!

💬    🔁    ♡ 2    📊 445    🔖 ⬆️

**Crypto Cassowary** ✔️ @cryptocassowar2 · Jan 30
One wall, one bullet. Kristi problem solved.

💬    🔁    ♡ 3    📊 38    🔖 ⬆️

**FortDixonFrogboi20.eth** @frogboi20 · Jan 28
Im a fucking dirtbag. ARREST ME

💬 1    🔁    ♡ 4    📊 126    🔖 ⬆️

**Epstein's Sheet.** 🔞 ✔️ @meantweeting1 · Jan 29
Start with her.


GIF

💬 3    🔁 3    ♡ 29    📊 652    🔖 ⬆️

**RITAex59754699** @ex59754699 · Jan 29
You're garbage, literally

💬 1    🔁    ♡ 2    📊 29    🔖 ⬆️

**Leander the fool** 🤡 @Leander0_0 · Jan 29
This woman shot her dog btw

💬 1    🔁    ♡ 1    📊 26    🔖 ⬆️

**donna_hewett@aol.com** ✔️ @donnahewett657 · Jan 29
If you are going to continue going into the field you need to learn non-violent crisis intervention as well. You also need your hair braided or in a ponytail that can be tucked under your collar in a second. Hair is easy to grab, and it is painful. If you are grabbed by the top
Show more

💬 5    🔁    ♡ 9    📊 5.9K    🔖 ⬆️

**Judy Hockenbrough** 🔵 @JHockenbrough · Jan 30
You're an absolute pig.

💬 1    🔁    ♡ 3    📊 27    🔖 ⬆️

---

**X**

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- 🤖 Grok
- 📋 Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- 🎖️ Premium
- ✔️ Verified Orgs
- 👤 Profile
- ⊙ More

**Post**

**David Michaels**
@DavidMi47644829

---

Post
Reply
Search

**Relevant people**


**Secretary Kri...** ✔️ 🛡️    **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**


**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.




 

X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



💬 1    🔁    ❤️ 20    📊 980    🔖 ⬆️

**Steven Eugene Kuhn** ✅ @KuhnSteven90717 · Jan 30
Yes! Setting the pace!

💬    🔁    ❤️ 2    📊 445    🔖 ⬆️

**Crypto Cassowary** ✅ @cryptocassowar2 · Jan 30
One wall, one bullet. Kristi problem solved.

💬    🔁    ❤️ 3    📊 38    🔖 ⬆️

**FortDixonFrogboi20.eth** @frogboi20 · Jan 28
Im a fucking dirtbag. ARREST ME

💬 1    🔁    ❤️ 4    📊 126    🔖 ⬆️

**Epstein's Sheet.** 🛏️✅ @meantweeting1 · Jan 29
Start with her.


GIF

💬 3    🔁 3    ❤️ 29    📊 652    🔖 ⬆️

**RITAex59754699** @ex59754699 · Jan 29
You're garbage, literally

💬 1    🔁    ❤️ 2    📊 29    🔖 ⬆️

**Leander the fool** 🤡 @Leander0_0 · Jan 29
This woman shot her dog btw

💬 1    🔁    ❤️ 1    📊 26    🔖 ⬆️

**donna_hewett@aol.com** ✅ @donnahewett657 · Jan 29
If you are going to continue going into the field you need to learn non-violent crisis intervention as well. You also need your hair braided or in a ponytail that can be tucked under your collar in a second. Hair is easy to grab, and it is painful. If you are grabbed by the top
Show more

💬 5    🔁    ❤️ 9    📊 5.9K    🔖 ⬆️

**Judy Hockenbrough** 🅹 @JHockenbrough · Jan 30
You're an absolute pig.

💬 1    🔁    ❤️ 3    📊 27    🔖 ⬆️

**David Michaels**
@DavidMi47644829

---

### Relevant people

**Secretary Kri...** ✅   **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

### What's happening


**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



 Post

🔍 Search

### Relevant people

 **Secretary Kri...** ✓ 🔵  **Follow**
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

### What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
#earthquake
44K posts

Trending in United States
Malibu
8,290 posts

Trending in United States
Isagi
7,521 posts

Music · Trending
Cher
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

💬 5   🔁   ♡ 9   📊 5.9K   🔖  ⬆

**Judy Hockenbrough** 🦋 @JHockenbrough · Jan 30   𝕏 ···
You're an absolute pig.
💬 1   🔁   ♡ 3   📊 27   🔖  ⬆

**A.J.** @DeprcookAJ · Jan 30   𝕏 ···
Isn't this lady the one who murders dogs for fun
💬   🔁   ♡ 3   📊 16   🔖  ⬆

**jay he/him** @JayC270311 · Jan 30   𝕏 ···
Why you still there then?
💬   🔁   ♡ 5   📊 1K   🔖  ⬆

**Paul Maxwell14** @Pmaxwellfnp · Jan 30   𝕏 ···
Pathetic COSPLAY…. your antics are sad.  And you joining a field team puts THEM at increased risk.
💬   🔁   ♡ 3   📊 10   🔖  ⬆

**Chicano Marine** 🇵🇷🇺🇸🔵✓ @elchicanomarine · Jan 29   𝕏 ···
Cos playing for MAGA is so cringe. 🤡
💬   🔁   ♡ 98   📊 834   🔖  ⬆

**GaiusDeer @VF, FE** @GaiusGuy · Jan 29   𝕏 ···
Gonna shoot them in the face like ya did with your dog?
💬 1   🔁   ♡ 8   📊 136   🔖  ⬆

**MeltedBarbie**✨💫🌙✓ @MeltedDollParts · Jan 29   𝕏 ···
Then get off the street, dog murderer
💬   🔁 2   ♡ 5   📊 85   🔖  ⬆

**The Nutcracker** @TheNutcracker20 · Jan 30   𝕏 ···
Is that Kevlar makeup??
💬   🔁   ♡ 3   📊 22   🔖  ⬆

**Mr. Crouton** 🖕❤️🥀 @MrCrouton37 · Jan 30   𝕏 ···
Pathetic
💬   🔁   ♡ 2   📊 27   🔖  ⬆

**KLee** ✓ @LeeKurtiss · Jan 30   𝕏 ···



Run puppies RUN!!!

### David Michaels
@DavidMi47644829   ···





## X

- **Home**
- **Explore**
- **Notifications** 2
- **Messages**
- **Grok**
- **Lists**
- **Bookmarks**
- **Jobs**
- **Communities**
- **Premium**
- **Verified Orgs**
- **Profile**
- **More**

**Post**

**David** @DRM55919130 · Jan 30
She is a bad ass!
Did I forget to say beautiful, too?
♡ 2    18

**Ciel Sander** @CielSander · Jan 30

youtube.com
Downfall of Tesla 2025
Here's me critical analysis of Musky's salute and why it has resulted in me ditching Tesla ...
♡ 2    27

**Brad Gifford** @GiffordBrad · Jan 30
Human beings.

Not dirtbags.

Not cockroaches.

Not vermin.

Human. Beings.
...
Show more
♡ 3    20

**BlueDash** @BlueDash12 · Jan 30
Money spent on those hair extensions could have fed a family of 5 for a year.

Cosplay stupid.
♡ 4    21

**Wack Jalten** @Pinkgobi · Jan 30
Remember when you murdered a puppy and wrote a book about it.
1    14

**marie starr** @mariest07510564 · Jan 30
Dressing up in ICE gear reveals your depth, Kristi noem.
1    ♡ 2    403

**Michael Catalano** @AAARCHER1959 · Jan 30
Well, you got the "bad" part of badass  down.
♡ 1    76

**BlueGoldfish** @DeeDee11128437 · Jan 30



### Relevant people



**Secretary Kri...** ✓ 
@Sec_Noem
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**Follow**

### What's happening



4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AlDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT



# X

- Home
- Explore
- Notifications 2
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

David Michaels
@DavidMi47644829

## Post

Content warning: Sensitive content
The author labeled this post as containing sensitive content.

Show

❤ 1    171

**ImARebelDotty** @ImARebelDotty · Jan 30
Good you can start by leaving them

❤ 1    258

**Tee Nova** @teenovaxxx · Jan 30
I thought it was illegal to impersonate police , but we aren't a country of law and order. So , I suppose this fits.

❤ 1    23

**BBallRef314** @BBallRef314 · Jan 30
You rocking them extensions, uh honey?

❤ 1    48

**Void Starer** @StarerVoid · Jan 30
Show tits Kristi!

❤ 1    11

**Sean with Pontoon Brewing** @PontoonBrewing · Jan 30
I'm impressed she can speak with all that filler in her face. Troglodyte.

❤ 1    23

**Hal Koiman** 🦋 @HKoiman · Jan 30
When the world is your gravel pit, every problem looks like a puppy.

❤ 1    6

**Tracey Eva WOKE REVOLUTIONARY ...** ✔ @tra... · Jan 30
TWAT

❤ 1    2

**The Truth** ✔ @The_x_Truth · Jan 30
Aren't you the one that executed a puppy by 🔫 it in the head?

❤ 2    37

**ChadLindberg** @ChadLindberg · Jan 30
You're a fucking disgrace.

❤ 17    224

## Relevant people

**Secretary Kri...** ✔ ✔
@Sec_Noem
**Follow**
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



Document title: (2) Secretary Kristi Noem on X: &quot;7 AM in NYC. Getting the dirt bags off the streets. https://t.co/AIDD819K89&quot; / X
Capture URL: https://x.com/Sec_Noem/status/1884264039158800547
Capture timestamp (UTC): Sat, 15 Feb 2025 08:43:06 GMT



Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

**ChadLindberg** @ChadLindberg · Jan 30
You're a fucking disgrace.
17 · 224

**Gloops** @gwompystompy · Jan 30
Face full of makeup and perfect hair

You're not doing a DAMN thing 😭😭
48

**rubbercake** 🦕 @rubbercake · Jan 30
Take yourself out in the trash then ✌️ Puppy murder.
3 · 33

**Romanos_stavros** @romanos_stavros · Jan 30
get the garbage out Kristi!
16

**Jarmo Aalto** @JarmoAalto4 · Jan 30
Ugly inside,ugly outside =maga
1 · 7 · 126

**Tulsa Gabber** @heidicruzxxx · Jan 30
Why do you do your makeup like a pornstar?
11 · 24

**KAY** 🇺🇸 🇨🇦 💙 🏳️‍🌈 🇺🇦 @chriskay909 · Jan 30
Then take yourself off the street first... dirtbag dog killer!
4 · 64

**Relevant people**

**Secretary Kri...** @Sec_Noem Follow
The Secretary of the Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
44K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,521 posts

Music · Trending
**Cher**
22.2K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829


