# EXHIBIT 7

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13   Dec. 16, 2023 C-SPAN
14   Dec. 16, 2023 Campaign Speech by Donald Trump in
15   Durham, New Hampshire
16
17
18
19
20
21
22
23
24
25
```

Page 1

1        PRESIDENT DONALD TRUMP:  We've got a
2  lot of work to do.  You know, when they let -- I
3  think the real number is 15, 16 million people
4  into our country.  When they do that, we've got a
5  lot of work to do.  They're poisoning the blood
6  of our country.  That's what they've done.  They
7  poison mental institutions and prisons all over
8  the world.  Not just in South America, not just
9  the three or four countries that we think about,
10 but all over the world, they're coming into our
11 country from Africa, from Asia, all over the
12 world.  They're pouring into our country.
13 Nobody's even looking at them.  They just come
14 in.  The crime is going to be tremendous.  The
15 terrorism is going to be -- terrorism is going to
16 be.  And then we built a tremendous piece of the
17 wall, and then we're going to build more.  And
18 the election was rigged, and we didn't do it, but
19 I figured they'd just throw it up.  It would have
20 taken three weeks.  It was all built, it was all
21 ready to be just hoisted up.  The exact wall that
22 the border patrol, who are incredible, Brandon
23 Judd and all of the people at border patrol.
24 That's exactly what they designed.  They had the
25 anti-climb bars, they had everything.  And you

Page 2

1  know what they did?  They didn't want it to go
2  up.  They sold it for five cents on the dollar.
3  Can you believe it?  All of that stuff.  It's
4  very sad.  But this is far more than a campaign,
5  this is the greatest political movement in the
6  history of our country.  It really is.

Page 3

1        C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8
9  _Sonya M. Ledanski Hyde_
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date:  February 18, 2025

Page 4

2 (Pages 2 - 4)

[11501 - stuff]

| 1 | climb 2:25 | greatest 3:5 | o |
|---|---|---|---|
| **11501** 4:14 | **come** 2:13 | **h** | **o** 4:1 |
| **12151** 4:9 | **coming** 2:10 | **hampshire** 1:15 | **old** 4:12 |
| **15** 2:3 | **countries** 2:9 | **history** 3:6 | **p** |
| **16** 1:13,14 2:3 | **country** 2:4,6 2:11,12 3:6 4:12 | **hoisted** 2:21 | **patrol** 2:22,23 |
| **18** 4:16 | **crime** 2:14 | **hyde** 4:3 | **people** 2:3,23 |
| **2** | **d** | **i** | **piece** 2:16 |
| **2023** 1:13,14 | **date** 4:16 | **incredible** 2:22 | **poison** 2:7 |
| **2025** 4:16 | **dec** 1:13,14 | **institutions** 2:7 | **poisoning** 2:5 |
| **3** | **designed** 2:24 | **it's** 3:3 | **political** 3:5 |
| **300** 4:13 | **didn't** 2:18 3:1 | **j** | **pouring** 2:12 |
| **330** 4:12 | **dollar** 3:2 | **judd** 2:23 | **president** 2:1 |
| **a** | **donald** 1:14 2:1 | **k** | **prisons** 2:7 |
| **accurate** 4:4 | **durham** 1:15 | **know** 2:2 3:1 | **proceedings** 4:5 |
| **africa** 2:11 | **e** | **l** | **r** |
| **america** 2:8 | **e** 4:1 | **ledanski** 4:3 | **r** 4:1 |
| **anti** 2:25 | **election** 2:18 | **legal** 4:11 | **ready** 2:21 |
| **asia** 2:11 | **exact** 2:21 | **looking** 2:13 | **real** 2:3 |
| **b** | **exactly** 2:24 | **lot** 2:2,5 | **really** 3:6 |
| **bars** 2:25 | **f** | **m** | **record** 4:5 |
| **believe** 3:3 | **f** 4:1 | **mental** 2:7 | **rigged** 2:18 |
| **blood** 2:5 | **far** 3:4 | **million** 2:3 | **road** 4:12 |
| **border** 2:22,23 | **february** 4:16 | **mineola** 4:14 | **s** |
| **brandon** 2:22 | **figured** 2:19 | **movement** 3:5 | **sad** 3:4 |
| **build** 2:17 | **five** 3:2 | **n** | **signature** 4:9 |
| **built** 2:16,20 | **foregoing** 4:4 | **n** 4:1 | **sold** 3:2 |
| **c** | **four** 2:9 | **new** 1:15 | **solutions** 4:11 |
| **c** 1:13 4:1,1 | **g** | **nobody's** 2:13 | **sonya** 4:3 |
| **campaign** 1:14 3:4 | **go** 3:1 | **number** 2:3 | **south** 2:8 |
| **cents** 3:2 | **going** 2:14,15 2:15,17 | **ny** 4:14 | **span** 1:13 |
| **certify** 4:3 | | | **speech** 1:14 |
| | | | **stuff** 3:3 |

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[suite - world]**

| |
|---|
| **suite**  4:13 |
| **t** |
| **t**  4:1,1<br>**taken**  2:20<br>**terrorism**  2:15<br>  2:15<br>**that's**  2:6,24<br>**they'd**  2:19<br>**they're**  2:5,10<br>  2:12<br>**they've**  2:6<br>**think**  2:3,9<br>**three**  2:9,20<br>**throw**  2:19<br>**transcript**  4:4<br>**tremendous**<br>  2:14,16<br>**true**  4:4<br>**trump**  1:14 2:1 |
| **v** |
| **veritext**  4:11 |
| **w** |
| **wall**  2:17,21<br>**want**  3:1<br>**weeks**  2:20<br>**we're**  2:17<br>**we've**  2:1,4<br>**work**  2:2,5<br>**world**  2:8,10,12 |