# EXHIBIT 8

1

2

3

4

5

6

7

8

9

10

11

12

13  September 10, 2024

14  Presidential Debate

15  Vice President Kamala Harris (D) and Former

16  President Donald Trump (R), moderated by Linsey

17  Davis and David Muire (ABC News)

18

19

20

21

22

23

24

25

Page 1

**Page 2**

1    DAVID MUIR:  Good evening, I'm David
2  Muir.  And thank you for joining us for tonight's
3  ABC News Presidential Debate.  We want to welcome
4  viewers watching on ABC and around the world
5  tonight.  Vice President Kamala Harris and
6  President Donald Trump are just moments away from
7  taking the stage in this unprecedented race for
8  president.
9    LINSEY DAVIS:  And I'm Linsey Davis.
10  Tonight's meeting could be the most consequential
11  event of their campaigns, with Election Day now
12  less than two months away.  For Vice President
13  Kamala Harris, this is her first debate since
14  President Biden withdrew from the race on July
15  21st.  Of course, that decision followed his
16  debate against President Donald Trump in June.
17  Since then, this race has taken on an entirely
18  new dynamic.
19    DAVID MUIR:  And that brings us to the
20  rules of tonight's debate: 90 minutes with two
21  commercial breaks.  No topics or questions have
22  been shared with the campaigns.  The candidates
23  will have two minutes to answer questions.  And
24  this is the clock.  That's what they'll be
25  seeing.  Two minutes for rebuttals and one minute

**Page 3**

1  for follow-ups, clarifications, or responses.
2  Their microphones will only be turned on when
3  it's their turn to speak.  No prewritten notes
4  allowed.  There is no audience here tonight in
5  this hall at the National Constitution Center.
6  This is an intimate setting for two candidates
7  who have never met.
8    LINSEY DAVIS:  President Trump won the
9  coin toss.  He chose to deliver the final closing
10  statement of the evening.  Vice President Harris
11  selected the podium to the right.
12    DAVID MUIR:  So, let's now welcome the
13  candidates to the stage.  Vice President Kamala
14  Harris and President Donald Trump.
15    VICE PRESIDENT KAMALA HARRIS:  Kamala
16  Harris.  Let's have a good debate.
17    PRESIDENT DONALD TRUMP:  Nice to see
18  you.  Have fun.
19    VICE PRESIDENT KAMALA HARRIS:  Thank
20  you.
21    PRESIDENT DONALD TRUMP:  Thank you.
22    DAVID MUIR:  Welcome to you both.  It's
23  wonderful to have you.  It's an honor to have you
24  both here tonight.
25    LINSEY DAVIS:  Good evening, we are

**Page 4**

1  looking forward to a spirited and thoughtful
2  debate.
3    DAVID MUIR:  So, let's get started.  I
4  want to begin tonight with the issue voters
5  repeatedly say is their number one issue, and
6  that is the economy and the cost of living in
7  this country.  Vice President Harris, you and
8  President Trump were elected four years ago and
9  your opponent on the stage here tonight often
10  asks his supporters, are you better off than you
11  were four years ago?  When it comes to the
12  economy, do you believe Americans are better off
13  than they were four years ago?
14    VICE PRESIDENT KAMALA HARRIS:  So, I
15  was raised as a middle-class kid.  And I am
16  actually the only person on this stage who has a
17  plan that is about lifting up the middle class
18  and working people of America.  I believe in the
19  ambition, the aspirations, the dreams of the
20  American people.  And that is why I imagine and
21  have actually a plan to build what I call an
22  opportunity economy.  Because here's the thing.
23  We know that we have a, a shortage of homes and
24  housing, and the cost of housing is too expensive
25  for far too many people.  We know that young

**Page 5**

1  families need support to raise their children.
2  And I intend on extending a tax cut for those
3  families of $6,000, which is the largest child
4  tax credit that we have given in a long time.  So
5  that those young families can afford to buy a
6  crib, buy a car seat, buy clothes for their
7  children.  My passion, one of them, is small
8  businesses.  I was actually -- my mother raised
9  my sister and me but there was a woman who helped
10  raise us.  We call her our second mother.  She
11  was a small business owner.  I love our small
12  businesses.  My plan is to give a $50,000 tax
13  deduction to start up small businesses, knowing
14  they are part of the backbone of America's
15  economy.  My opponent, on the other hand, his
16  plan is to do what he has done before, which is
17  to provide a tax cut for billionaires and big
18  corporations, which will result in $5 trillion to
19  America's deficit.  My opponent has a plan that I
20  call the Trump sales tax, which would be a 20
21  percent tax on everyday goods that you rely on to
22  get through the month.  Economists have said that
23  that Trump's sales tax would actually result for
24  middle-class families in about $4,000 more a year
25  because of his policies and his ideas about what

2 (Pages 2 - 5)

1 should be the backs of middle-class people paying
2 for tax cuts for billionaires.
3      DAVID MUIR:  President Trump, I'll give
4 you two minutes.
5      PRESIDENT DONALD TRUMP:  First of all,
6 I have no sales tax.  That's an incorrect
7 statement.  She knows that.  We're doing tariffs
8 on other countries.  Other countries are going to
9 finally, after 75 years, pay us back for all that
10 we've done for the world.  And the tariff will be
11 substantial in some cases.  I took in billions
12 and billions of dollars, as you know, from China.
13 In fact, they never took the tariff off because
14 it was so much money they can't.  It would
15 totally destroy everything that they've set out
16 to do.  They're taking in billions of dollars
17 from China and other places.  They've left the
18 tariffs on.  When I had it, I had tariffs and yet
19 I had no inflation.  Look, we've had a terrible
20 economy because inflation has -- which is really
21 known as a country buster.  It breaks up
22 countries.  We have inflation like very few
23 people have ever seen before.  Probably the worst
24 in our nation's history.  We were at 21 percent.
25 But that's being generous because many things are

1 50, 60, 70, and 80 percent higher than they were
2 just a few years ago.  This has been a disaster
3 for people, for the middle class, but for every
4 class.  On top of that, we have millions of
5 people pouring into our country from prisons and
6 jails, from mental institutions and insane
7 asylums.  And they're coming in and they're
8 taking jobs that are occupied right now by
9 African Americans and Hispanics and also unions.
10 Unions are going to be affected very soon.  And
11 you see what's happening.
12      You see what's happening with towns
13 throughout the United States.  You look at
14 Springfield, Ohio.  You look at Aurora in
15 Colorado.  They are taking over the towns.
16 They're taking over buildings.  They're going in
17 violently.  These are the people that she and
18 Biden let into our country.  And they're
19 destroying our country.  They're dangerous.
20 They're at the highest level of criminality.  And
21 we have to get them out.  We have to get them out
22 fast.  I created one of the greatest economies in
23 the history of our country.  I'll do it again and
24 even better.
25      DAVID MUIR:  We are going to get to

1 immigration and border security during this
2 debate.  But I would like to let Vice President
3 Harris respond on the economy here.
4      VICE PRESIDENT KAMALA HARRIS:  Well, I
5 would love to.  Let's talk about what Donald
6 Trump left us.  Donald Trump left us the worst
7 unemployment since the Great Depression.  Donald
8 Trump left us the worst public health epidemic in
9 a century.  Donald Trump left us the worst attack
10 on our democracy since the Civil War.  And what
11 we have done is clean up Donald Trump's mess.
12 What we have done and what I intend to do is
13 build on what we know are the aspirations and the
14 hopes of the American people.  But I'm going to
15 tell you all, in this debate tonight, you're
16 going to hear from the same old, tired playbook,
17 a bunch of lies, grievances and name-calling.
18 What you're going to hear tonight is a detailed
19 and dangerous plan called Project 2025 that the
20 former president intends on implementing if he
21 were elected again.  I believe very strongly that
22 the American people want a president who
23 understands the importance of bringing us
24 together knowing we have so much more in common
25 than what separates us.  And I pledge to you to

1 be a president for all Americans.
2      DAVID MUIR:  President Trump, I'll give
3 you a minute here to respond.
4      PRESIDENT DONALD TRUMP:  Number one, I
5 have nothing to do, as you know and as she knows
6 better than anyone, I have nothing to do with
7 Project 2025.  That's out there.  I haven't read
8 it.  I don't want to read it purposely.  I'm not
9 going to read it.  This was a group of people
10 that got together, they came up with some ideas.
11 I guess some good, some bad.  But it makes no
12 difference.  I have nothing to do -- everybody
13 knows I'm an open book.  Everybody knows what I'm
14 going to do.  Cut taxes very substantially.  And
15 create a great economy like I did before.  We had
16 the greatest economy.
17      We got hit with a pandemic.  And the
18 pandemic was -- not since 1917 where 100 million
19 people died has there been anything like it.  We
20 did a phenomenal job with the pandemic.  We
21 handed them over a country where the economy and
22 where the stock market was higher than it was
23 before the pandemic came in.  Nobody's ever seen
24 anything like it.  We made ventilators for the
25 entire world.  We got gowns.  We got masks.  We

3 (Pages 6 - 9)

1 did things that nobody thought possible. And
2 people give me credit for rebuilding the
3 military. They give me credit for a lot of
4 things. But not enough credit for the great job
5 we did with the pandemic. But the only jobs they
6 got were bounce-back jobs. These were jobs,
7 bounce-back. And it bounced back, and it went to
8 their benefit. But I was the one that created
9 them. They know it and so does everybody else.
10         DAVID MUIR: Vice President Harris,
11 I'll let you respond.
12         VICE PRESIDENT KAMALA HARRIS: So,
13 Donald Trump has no plan for you. And when you
14 look at his economic plan, it's all about tax
15 breaks for the richest people. I am offering
16 what I describe as an opportunity economy, and
17 the best economists in our country, if not the
18 world, have reviewed our relative plans for the
19 future of America. What Goldman Sachs has said
20 is that Donald Trump's plan would make the
21 economy worse. Mine would strengthen the
22 economy. What the Wharton School has said is
23 Donald Trump's plan would actually explode the
24 deficit. Sixteen Nobel laureates have described
25 his economic plan as something that would

1 increase inflation and, by the middle of next
2 year, would invite a recession. You just have to
3 look at where we are and where we stand on the
4 issues. And I'd invite you to know that Donald
5 Trump actually has no plan for you, because he is
6 more interested in defending himself than he is
7 in looking out for you.
8         PRESIDENT DONALD TRUMP: That's just a
9 sound bite. They gave her that to say. Look, I
10 went to the Wharton School of Finance and many of
11 those professors, the top professors, think my
12 plan is a brilliant plan, it's a great plan.
13 It's a plan that's going to bring up our worth,
14 our value as a country. It's going to make
15 people want to be able to go and work and create
16 jobs and create a lot of good, solid money for
17 our -- for our country. And just to finish off,
18 she doesn't have a plan. She copied Biden's
19 plan. And it's like four sentences, like run-
20 Spot-run. Four sentences that are just oh, we'll
21 try and lower taxes. She doesn't have a plan.
22 Take a look at her plan. She doesn't have a
23 plan.
24         DAVID MUIR: Mr. President, I do want
25 to drill down on something you both brought up.

1 The vice president brought up your tariffs you
2 responded and let's drill down on this because
3 your plan is, what she calls is a essentially a
4 national sales tax. Your proposal calls for
5 tariffs, as you pointed out here, on foreign
6 imports across the board. You recently said that
7 you might double your plan, imposing tariffs up
8 to 20 percent on good coming into this country.
9 As you know, many economists say that with
10 tariffs at that level costs are then passed onto
11 the consumer. Vice President Harris has argued
12 it'll mean higher prices on gas, food, clothing
13 medication arguing it costs the typical family
14 nearly four thousand dollars a year. Do you
15 believe Americans can afford higher prices
16 because of tariffs.
17         PRESIDENT DONALD TRUMP: They aren't
18 going to have higher prices what's going to have,
19 and who's going to have higher prices is China
20 and all of the countries that have been ripping
21 us off for years. I charge, I was the only
22 president ever -- China was paying us hundreds of
23 billions of dollars and so were other countries
24 and you know if she doesn't like them, they
25 should have gone out and they should have

1 immediately cut the tariffs, but those tariffs
2 are there three and a half years now under their
3 administration. We are going to take in billions
4 of dollars, hundreds of billions of dollars. I
5 had no inflation, virtually no inflation, they
6 had the highest inflation, perhaps in the history
7 of our country because I've never seen a worse
8 period of time. People can't go out and buy
9 cereal or bacon or eggs or anything else. These
10 -- the people of our country are absolutely dying
11 with what they've done. They've destroyed the
12 economy and all you have to do is look at a poll.
13 The polls say 80 and 85 and even 90 percent that
14 the Trump economy was great that their economy
15 was terrible.
16         DAVID MUIR: Vice President Harris, I
17 do want to ask for your response, and you heard
18 what the president said there because the Biden
19 administration did keep a number of the Trump
20 tariffs in place so how do you respond?
21         VICE PRESIDENT KAMALA HARRIS: Well,
22 let's be clear that the Trump administration
23 resulted in a trade deficit, one of the highest
24 we've ever seen in the history of America. He
25 invited trade wars; you want to talk about his

1 deal with China -- what he ended up doing is
2 under Donald Trump's presidency he ended up
3 selling American chips to China to help them
4 improve and modernize their military. Basically,
5 sold us out, when a policy about China should be
6 in making sure the United States of America wins
7 the competition for the 21st century. Which
8 means focusing on the details of what that
9 requires, focusing on relationships with our
10 allies; focusing on investing in American based
11 technology so that we win the race on A.I., on
12 quantum computing; focusing on what we need to do
13 to support America's workforce, so that we don't
14 end up having the -- on the short end of the
15 stick in terms of workers' rights. But what
16 Donald Trump did, let's talk about this, with
17 COVID, is he actually thanked President Xi for
18 what he did during COVID. Look at his tweet.
19 "Thank you, President Xi," exclamation point.
20 When we know that Xi was responsible for lacking
21 and not giving us transparency about the origins
22 of COVID.
23       DAVID MUIR: President Trump, I'll let
24 you respond.
25       PRESIDENT DONALD TRUMP: First of all,

1 thing that can happen to our economy. They have,
2 and she has, destroyed our country with policy
3 that's insane. Almost policy that you'd say they
4 have to hate our country.
5       DAVID MUIR: President Trump, thank
6 you. Linsey?
7       LINSEY DAVIS: I want to turn to the
8 issue of abortion. President Trump, you've often
9 touted that you were able to kill Roe v. Wade.
10 Last year, you said that you were proud to be the
11 most pro-life president in American history.
12 Then last month you said that your administration
13 would be great for women and their reproductive
14 rights. In your home state of Florida, you
15 surprised many with regard to your six-week
16 abortion ban because you initially had said that
17 it was too short and you said, "I'm going to be
18 voting that we need more than six weeks." But
19 then the very next day, you reversed course and
20 said you would vote to support the six-week ban.
21 Vice President Harris says that women shouldn't
22 trust you on the issue of abortion because you've
23 changed your position so many times. Therefore,
24 why should they trust you?
25       PRESIDENT DONALD TRUMP: Well, the

1 they bought their chips from Taiwan. We hardly
2 make chips anymore because of philosophies like
3 they have and policies like they have. I don't
4 say her because she has no policy. Everything
5 that she believed three years ago and four years
6 ago is out the window. She's going to my
7 philosophy now. In fact, I was going to send her
8 a MAGA hat. She's gone to my philosophy. But,
9 if she ever got elected, she'd change it. And it
10 will be the end of our country. She's a Marxist.
11 Everybody knows she's a Marxist. Her father's a
12 Marxist professor in economics. And he taught
13 her well. But when you look at what she's done
14 to our country and when you look at these
15 millions and millions of people that are pouring
16 into our country monthly where it's, I believe 21
17 million people, not the 15 that people say, and I
18 think it's a lot higher than the 21. That's
19 bigger than New York state. Pouring in. And
20 just look at what they're doing to our country.
21 They're criminals. Many of these people coming
22 in are criminals. And that's bad for our economy
23 too. You know, you mentioned before, we'll talk
24 about immigration later.
25       Well, bad immigration is the worst

1 reason I'm doing that vote is because the plan
2 is, as you know, the vote is, they have abortion
3 in the ninth month. They even have, and you can
4 look at the governor of West Virginia, the
5 previous governor of West Virginia, not the
6 current governor, who's doing an excellent job,
7 but the governor before. He said the baby will
8 be born and we will decide what to do with the
9 baby. In other words, we'll execute the baby.
10       And that's why I did that because that
11 predominates. Because they're radical. The
12 Democrats are radical in that. And her vice-
13 presidential pick, which I think was a horrible
14 pick, by the way for our country, because he is
15 really out of it. But her vice-presidential pick
16 says abortion in the ninth month is absolutely
17 fine. He also says execution after birth it's
18 execution, no longer abortion, because the baby
19 is born, is okay. And that's not okay with me.
20 Hence the vote. But what I did is something, for
21 52 years they've been trying to get Roe v. Wade
22 into the states.
23       And through the genius and heart and
24 strength of six Supreme Court justices we were
25 able to do that. Now, I believe in the

1 exceptions for rape, incest, and life of the
2 mother. I believe strongly in it. Ronald Reagan
3 did also. Eighty-five percent of Republicans do
4 -- exceptions. It's very important. But we were
5 able to get it. And now states are voting on it.
6 And for the first time you're going to see --
7 look, this is an issue that's torn our country
8 apart for 52 years. Every legal scholar, every
9 Democrat, every Republican, liberal,
10 conservative, they all wanted this issue to be
11 brought back to the states where the people could
12 vote. And that's what happened, happened. Now,
13 Ohio, the vote was somewhat liberal. Kansas the
14 vote was somewhat liberal. Much more liberal
15 than people would have thought. But each
16 individual state is voting. It's the vote of the
17 people now. It's not tied up in the federal
18 government. I did a great service in doing it.
19 It took courage to do it. And the Supreme Court
20 had great courage in doing it. And I give
21 tremendous credit to those six justices.
22      LINSEY DAVIS: There is no state in
23 this country where it is legal to kill a baby
24 after it's born. Madam Vice-President, I want to
25 get your response to President Trump.

Page 18

1      VICE PRESIDENT KAMALA HARRIS: Well, as
2 I said, you're going to hear a bunch of lies.
3 And that's not actually a surprising fact. Let's
4 understand how we got here. Donald Trump hand-
5 selected three members of the United States
6 Supreme Court with the intention that they would
7 undo the protections of Roe v. Wade. And they
8 did exactly as he intended. And now in over 20
9 states there are Trump abortion bans which make
10 it criminal for a doctor or nurse to provide
11 health care. In one state it provides prison for
12 life. Trump abortion bans that make no exception
13 even for rape and incest. Which understand what
14 that means: A survivor of a crime of violation to
15 their body, does not have the right to make a
16 decision about what happens to their body next.
17 That is immoral. And one does not have to
18 abandon their faith or deeply held beliefs to
19 agree the government, and Donald Trump certainly,
20 should not be telling a woman what to do with her
21 body.
22      I have talked with women around our
23 country. You want to talk about this is what
24 people wanted? Pregnant women who want to carry
25 a pregnancy to term suffering from a miscarriage,

Page 19

1 being denied care in an emergency room because
2 the health care providers are afraid, they might
3 go to jail and she's bleeding out in a car in the
4 parking lot? She didn't want that. Her husband
5 didn't want that. A 12 or 13-year-old survivor
6 of incest being forced to carry a pregnancy to
7 term? They don't want that. And I pledge to you
8 when Congress passes a bill to put back in place
9 the protections of Roe v. Wade as President of
10 the United States, I will proudly sign it into
11 law. But understand, if Donald Trump were to be
12 re-elected, he will sign a national abortion ban.
13 Understand, in his Project 2025 there would be a
14 national abortion -- a monitor that would be
15 monitoring your pregnancies, your miscarriages.
16 I think the American people believe that certain
17 freedoms, in particular the freedom to make
18 decisions about one's own body, should not be
19 made by the government.
20      LINSEY DAVIS: Thank you, Vice
21 President Harris.
22      PRESIDENT DONALD TRUMP: Well, there
23 she goes again. It's a lie. I'm not signing a
24 ban. And there's no reason to sign a ban.
25 Because we've gotten what everybody wanted.

Page 20

1 Democrats, Republicans, and everybody else and
2 every legal scholar wanted it to be brought back
3 into the states. And the states are voting. And
4 it may take a little time, but for 52 years this
5 issue has torn our country apart. And they've
6 wanted it back in the states. And I did
7 something that nobody thought was possible. The
8 states are now voting. What she says is an
9 absolute lie. And as far as the abortion ban,
10 no, I'm not in favor of abortion ban. But it
11 doesn't matter because this issue has now been
12 taken over by the states.
13      LINSEY DAVIS: Would you veto a
14 national abortion ban if it came to your desk --
15      PRESIDENT DONALD TRUMP: -- well, I
16 won't have to because again -- two things.
17 Number one, she said she'll go back to Congress.
18 She'll never get the vote. It's impossible for
19 her to get the vote. Especially now with a 50-50
20 in -- essentially 50-50 in both Senate and the
21 House. She's not going to get the vote. She
22 can't get the vote. She won't even come close to
23 it. So, it's just talk. You know what it
24 reminds me of? When they said they're going to
25 get student loans terminated and it ended up

Page 21

6 (Pages 18 - 21)

1 being a total catastrophe. The student loans --
2 and then her -- I think probably her boss, if you
3 call them a boss, he spends all his time on the
4 beach -- but look, her boss went out and said
5 we'll do it again, we'll do it a different way.
6 He went out, got rejected again by the Supreme
7 Court. So, all these students got taunted with
8 this whole thing about -- this whole idea. And
9 how unfair that would have been -- part of the
10 reason they lost -- to the millions and millions
11 of people that had to pay off their student
12 loans. They didn't get it for free. But they
13 were saying -- it's the same way that they talked
14 about that, that they talk about abortion.
15     LINSEY DAVIS: But if I could just get
16 a yes or no. Because your running mate -- J.D.
17 Vance has said that you would veto if it did come
18 to your desk.
19     PRESIDENT DONALD TRUMP: Well, I didn't
20 discuss it with J.D., in all fairness. J.D. --
21 and I don't mind if he has a certain view, but I
22 think he was speaking for me, but I really
23 didn't. Look, we don't have to discuss it
24 because she'd never be able to get it just like
25 she couldn't get student loans. They couldn't

Page 22

1 get -- they didn't even come close to getting
2 student loans. They didn't even come close to
3 getting student loans. They taunted young people
4 -- and a lot of other people that had loans.
5 They can never get this approved. So, it doesn't
6 matter what she says about going to Congress.
7 Wonderful. Let's go to Congress. Do it. But
8 the fact is that for years they wanted to get it
9 out of Congress and out of the federal government
10 and we did something that everybody said couldn't
11 be done. And now you have a vote of the people
12 on abortion.
13     LINSEY DAVIS: Vice President Harris, I
14 want to give you your time to respond. But I do
15 want to ask, would you support any restrictions
16 on a woman's right to an abortion?
17     VICE PRESIDENT KAMALA HARRIS: I
18 absolutely support reinstating the protections of
19 Roe v. Wade. And as you rightly mentioned,
20 nowhere in America is a woman carrying a
21 pregnancy to term and and, and asking for an
22 abortion. That is not happening. It's insulting
23 to the women of America. And understand what has
24 been happening under Donald Trump's abortion
25 bans. Couples who pray and and, and dream of

Page 23

1 having a family are being denied IVF treatments.
2 What is happening in our country, working people,
3 working women who are working one or two jobs,
4 who can barely afford childcare as it is, have to
5 travel to another state -- to get on a plane
6 sitting next to strangers -- to go and get the
7 health care she needs. Barely can afford to do
8 it, and what you are putting her through is
9 unconscionable. And the people of America have
10 not -- the, the majority of Americans believe in
11 a woman's right to make decisions about her own
12 body. And that is why in every state where this
13 issue has been on the ballot, in red and blue
14 states both, the people of America have voted for
15 freedom.
16     LINSEY DAVIS: Vice President Harris --
17     PRESIDENT DONALD TRUMP: Excuse me, I
18 have to respond. Another lie. It's another lie.
19 I have been a leader on IVF which is
20 fertilization. The IVF -- I have been a leader.
21 In fact, when they got a very negative decision
22 on IVF from the Alabama courts, I saw the people
23 of Alabama and the legislature two days later
24 voted it in. I've been a leader on it. They
25 know that and everybody else knows it. I have

Page 24

1 been a leader on fertilization, IVF. And the
2 other thing, they -- you should ask, will she
3 allow abortion in the eighth month, ninth month,
4 seventh month?
5     VICE PRESIDENT KAMALA HARRIS: Come on.
6     PRESIDENT DONALD TRUMP: Would you do
7 that? Why don't you ask her that question --
8     VICE PRESIDENT KAMALA HARRIS: Why, why
9 don't you answer the question would you veto --
10     PRESIDENT DONALD TRUMP: That's the
11 problem. Because under Roe v. Wade.
12     VICE PRESIDENT KAMALA HARRIS: Answer
13 the question, would you veto --
14     PRESIDENT DONALD TRUMP: You could do
15 abortions in the seventh month, the eighth month,
16 the ninth month --
17     VICE PRESIDENT KAMALA HARRIS: --
18 that's not true.
19     PRESIDENT DONALD TRUMP: And probably
20 after birth. Just look at the governor, former
21 governor of Virginia. The governor of Virginia
22 said we put the baby aside and then we determine
23 what we want to do with the baby.
24     LINSEY DAVIS: President Trump, thank
25 you.

Page 25

7 (Pages 22 - 25)

1       DAVID MUIR:  We're going to turn now to
2  immigration and border security.  We know it's an
3  issue that's important to Republicans, Democrats,
4  voters across the board in this country.  Vice
5  President Harris, you were tasked by President
6  Biden with getting to the root causes of
7  migration from Central America.  We know that
8  illegal border crossings reached a record high in
9  the Biden Administration.  This past June,
10  President Biden imposed tough new asylum
11  restrictions.  We know the numbers since then
12  have dropped significantly.  But my question to
13  you tonight is why did the administration wait
14  until six months before the election to act and
15  would you have done anything differently from
16  President Biden on this?
17       VICE PRESIDENT KAMALA HARRIS:  So, I'm
18  the only person on this stage who has prosecuted
19  transnational criminal organizations for the
20  trafficking of guns, drugs, and human beings.
21  And let me say that the United States Congress,
22  including some of the most conservative members
23  of the United States Senate, came up with a
24  border security bill which I supported.  And that
25  bill would have put fifteen hundred more border

Page 26

1  agents on the border to help those folks who are
2  working' there right now overtime trying to do
3  their job.  It would have allowed us to stem the
4  flow of fentanyl coming into the United States.
5  I know there are so many families watching
6  tonight who have been personally affected by the
7  surge of fentanyl in our country.  That bill
8  would have put more resources to allow us to
9  prosecute transnational criminal organizations
10  for trafficking in guns, drugs, and human beings.
11  But you know what happened to that bill?  Donald
12  Trump got on the phone, called up some folks in
13  Congress, and said kill the bill.  And you know
14  why?  Because he'd prefer to run on a problem
15  instead of fixing a problem.  And understand,
16  this comes at a time where the people of our
17  country actually need a leader who engages in
18  solutions, who actually addresses the problems at
19  hand.  But what we have in the former president
20  is someone who would prefer to run on a problem
21  instead of fixing a problem.  And I'll tell you
22  something, he's going to talk about immigration a
23  lot tonight even when it's not the subject that
24  is being raised.  And I'm going to actually do
25  something really unusual and I'm going to invite

Page 27

1  you to attend one of Donald Trump's rallies
2  because it's a really interesting thing to watch.
3  You will see, during the course of his rallies he
4  talks about fictional characters like Hannibal
5  Lecter.  He will talk about windmills cause
6  cancer.  And what you will also notice is that
7  people start leaving his rallies early out of
8  exhaustion and boredom.  And I will tell you, the
9  one thing you will not hear him talk about is
10  you.  You will not hear him talk about your
11  needs, your dreams, and your ne -- your desires.
12  And I'll tell you, I believe you ne -- deserve a
13  president who actually puts you first.  And I
14  pledge to you that I will.
15       DAVID MUIR:  Vice President Harris,
16  thank you.  President Trump, on that point I want
17  to get your response.
18       PRESIDENT DONALD TRUMP:  Well, I would
19  like to respond.
20       DAVID MUIR:  Let me just ask, though,
21  why did you try to kill that bill and
22  successfully so?  That would have put thousands
23  of additional agents and officers on the border.
24       PRESIDENT DONALD TRUMP:  First let me
25  respond as to the rallies.  She said people start

Page 28

1  leaving.  People don't go to her rallies.
2  There's no reason to go.  And the people that do
3  go, she's busing them in and paying them to be
4  there.  And then showing them in a different
5  light.  So, she can't talk about that.  People
6  don't leave my rallies.  We have the biggest
7  rallies, the most incredible rallies in the
8  history of politics.  That's because people want
9  to take their country back.  Our country is being
10  lost.  We're a failing nation.  And it happened
11  three and a half years ago.  And what, what's
12  going on here, you're going to end up in World
13  War 3, just to go on to another subject.  What
14  they have done to our country by allowing these
15  millions and millions of people to come into our
16  country.  And look at what's happening to the
17  towns all over the United States.  And a lotta
18  towns don't want to talk -- not going to be
19  Aurora or Springfield.  A lot of towns don't want
20  to talk about it because they're so embarrassed
21  by it.  In Springfield, they're eating the dogs.
22  The people that came in.  They're eating the
23  cats.  They're eating -- they're eating the pets
24  of the people that live there.  And this is
25  what's happening in our country.  And it's a

Page 29

8 (Pages 26 - 29)

1  shame.  As far as rallies are concerned, as far
2  as -- the reason they go is they like what I say.
3  They want to bring our country back.  They want
4  to make America great again.  It's a very simple
5  phrase.  Make America great again.  She's
6  destroying this country.  And if she becomes
7  President, this country doesn't have a chance of
8  success.  Not only success.  We'll end up being
9  Venezuela on steroids.
10      DAVID MUIR:  I just want to clarify
11  here, you bring up Springfield, Ohio.  And ABC
12  News did reach out to the city manager there.  He
13  told us there have been no credible reports of
14  specific claims of pets being harmed, injured, or
15  abused by individuals within the immigrant
16  community --
17      PRESIDENT DONALD TRUMP:  Well, I've
18  seen people on television --
19      DAVID MUIR:  Let me just say here this
20  --
21      PRESIDENT DONALD TRUMP:  -- the people
22  on television say my dog was taken and used for
23  food.  So maybe he said that and maybe that's a
24  good thing to say for a city manager.
25      DAVID MUIR:  -- I'm not taking this

Page 30

1  from television.  I'm taking it from the city
2  manager --
3      PRESIDENT DONALD TRUMP:  -- but the
4  people on television say their dog was eaten by
5  the people that went there.
6      DAVID MUIR:  Again, the Springfield
7  city manager says there's no evidence of that.
8      PRESIDENT DONALD TRUMP:  -- we'll find
9  out --
10      DAVID MUIR:  -- Vice President Harris,
11  I'll let you respond to the rest of what you
12  heard.
13      VICE PRESIDENT KAMALA HARRIS:  Talk
14  about extreme.  You know, I -- this is I think,
15  one of the reasons why in this election I
16  actually have the endorsement of 200 Republicans
17  who have formally worked with President Bush,
18  Mitt Romney, and John McCain including the
19  endorsement of former Vice President Dick Cheney
20  and Congressmember Liz Cheney.  And if you want
21  to really know the inside track on who the former
22  President is, if he didn't make it clear already,
23  just ask people who have worked with him.  His
24  former Chief of Staff, a four-star general, has
25  said he has contempt for the Constitution of the

Page 31

1  United States.  His former National Security
2  Adviser has said he is dangerous and unfit.  His
3  former Secretary of Defense has said the nation,
4  the republic would never survive another Trump
5  term.  And when we listen to this kind of
6  rhetoric, when the issues that affect the
7  American people are not being addressed, I think
8  the choice is clear in this election.
9      DAVID MUIR:  President Trump, I'll give
10  you a quick minute to respond.
11      PRESIDENT DONALD TRUMP:  Yeah.  Thank
12  you.  Because when I hear that -- see, I'm a
13  different kind of a person.  I fired most of
14  those people.  Not so graciously.  They did bad
15  things or a bad job.  I fired them.  They never
16  fired one person.  They didn't fire anybody
17  having to do with Afghanistan and the Taliban and
18  the 13 people who's, who's -- were just killed,
19  viciously and violently killed, and I got to know
20  the parents and the family.  They should have
21  fired all those Generals, all those top people
22  because that was one of the most incompetently
23  handled situations anybody has ever seen.  So,
24  when somebody does a bad job, I fire them.  And
25  you take a guy like Esper.  He was no good, I

Page 32

1  fired him.  So, he writes a book.  Another one
2  writes a book.  Because with me they can write
3  books.  With nobody else can they.  But they have
4  done such a poor job.  And they never fire
5  anybody.  Look at the economy.  Look how -- look
6  at the inflation.  They didn't fire any of their
7  economists.  They have the same people.  That's a
8  good way not to have books written about you.
9  But, just to finish, I got more votes than any
10  Republican in history by far.  In fact, I got
11  more votes than any President, sitting President
12  in history by far.
13      DAVID MUIR:  Let me continue on
14  immigration.  It was what you wanted to talk
15  about earlier.  So, let's get back to your
16  deportation proposal that the Vice President has
17  reacted to as well.  President Trump, you called
18  this the largest domestic deportation operation
19  in the history of our country.  You say you would
20  use the National Guard.  You say if things get
21  out of control, you'd have no problem using the
22  U.S. military.
23      PRESIDENT DONALD TRUMP:  With local
24  police.
25      DAVID MUIR:  You also said you would

Page 33

9 (Pages 30 - 33)

1 use local police. How would you deport 11
2 million undocumented immigrants? I know you
3 believe that number is much higher. Take us
4 through this. What does this look like? Will
5 authorities be going door to door in this
6 country?
7      PRESIDENT DONALD TRUMP: Yeah. It is
8 much higher, because of them. They allowed
9 criminals. Many, many, millions of criminals.
10 They allowed terrorists. They allowed common
11 street criminals. They allowed people to come
12 in, drug dealers, to come into our country, and
13 they're now in the United States. And told by
14 their countries like Venezuela don't ever come
15 back or we're going to kill you. Do you know
16 that crime in Venezuela and crime in countries
17 all over the world is way down? You know why?
18 Because they've taken their criminals off the
19 street, and they've given them to her to put into
20 our country. And this will be one of the
21 greatest mistakes in history for them to allow --
22 and I think they probably did it because they
23 think they're going to get votes. But it's not
24 worth it. Because they're -- they're destroying
25 the fabric of our country by what they've done.
                                                    Page 34

1 There's never been anything done like this at
2 all. They've destroyed the fabric of our
3 country. Millions of people let in. And all
4 over the world crime is down. All over the world
5 except here. Crime here is up and through the
6 roof. Despite their fraudulent statements that
7 they made. Crime in this country is through the
8 roof. And we have a new form of crime. It's
9 called migrant crime. And it's happening at
10 levels that nobody thought possible.
11      DAVID MUIR: President Trump, as you
12 know, the FBI says overall violent crime is
13 actually coming down in this country, but Vice
14 President Harris, I'll give you --
15      PRESIDENT DONALD TRUMP: -- excuse me,
16 the FBI defraud -- they were defrauding
17 statements. They, they didn't include the worst
18 cities. They didn't include the cities with the
19 worst crime. It was a, a fraud. Just like their
20 number of 818,000 jobs that they said they
21 created turned out to be a fraud.
22      DAVID MUIR: President Trump, thank
23 you. I'll let you respond, Vice President
24 Harris.
25      VICE PRESIDENT KAMALA HARRIS: Well, I
                                                    Page 35

1 think this is so rich. Coming from someone who
2 has been prosecuted for national security crimes,
3 economic crimes, election interference, has been
4 found liable for sexual assault, and his next big
5 court appearance is in November at his own
6 criminal sentencing. And let's be clear where
7 each person stands on the issue of what is
8 important about respect for the rule of law and
9 respect for law enforcement. The former Vice
10 President called for defunding, federal law
11 enforcement, 45,000 agents, get this, on the day
12 after he was arraigned on 34 felony counts. So,
13 let's talk about what is important in this race.
14 It is important that we move forward, that we
15 turn the page on this same old tired rhetoric.
16 And address the needs of the American people,
17 address what we need to do about the housing
18 shortage, which I have a plan for. Address what
19 we must do to support our small businesses.
20 Address bringing down the price of groceries.
21 But frankly, the American people are exhausted
22 with the same old tired playbook.
23      DAVID MUIR: Vice President Harris,
24 thank you.
25      PRESIDENT DONALD TRUMP: Excuse me.
                                                    Page 36

1 Every one of those cases was started by them
2 against their political opponent. And I'm
3 winning most of them and I will win the rest on
4 appeal. And you saw that with the decision that
5 came down just recently from the Supreme Court.
6 I'm winning most of them. But those are cases,
7 it's called weaponization. Never happened in
8 this country. They weaponized the Justice
9 Department. Every one of those cases was
10 involved with the DOJ, from Atlanta and Fani
11 Willis -- to, to the Attorney General of New York
12 and the D.A. In New York. Every one of those
13 cases. And then they say, "Oh, he was -- he's a
14 criminal." They're the ones that made them go
15 after me. By the way, Joe Biden was found
16 essentially guilty on the documents case. And
17 what happened in my documents case? They said
18 "Oh, that's the toughest of them all." A
19 complete and total victory. Two months ago, it
20 was thrown out. It's weaponization. And they
21 used it. And it's never happened in this
22 country. They used it to try and win an
23 election. They're fake cases.
24      DAVID MUIR: President Trump, thank
25 you. A really quick response here, Vice
                                                    Page 37

1  President Harris, on this notion of weaponization
2  of the Justice Department.
3        VICE PRESIDENT KAMALA HARRIS:  Well,
4  let's talk about extreme.  And understand the
5  context in which this election in 2024 is taking
6  place.  The United States Supreme Court recently
7  ruled that the former President would essentially
8  be immune from any misconduct if he were to enter
9  the White House again.  Understand, this is
10  someone who has openly said he would terminate,
11  I'm quoting, terminate the Constitution of the
12  United States.  That he would weaponize the
13  Department of Justice against his political
14  enemies.  Someone who has openly expressed
15  disdain for members of our military.  Understand
16  what it would mean if Donald Trump were back in
17  the White House with no guardrails.  Because
18  certainly, we know now the Court won't stop him.
19  We know J.D. Vance is not going to stop him.
20  It's up to the American people to stop him.
21        DAVID MUIR:  Vice President Harris,
22  thank you.  Linsey?
23        LINSEY DAVIS:  Vice President Harris,
24  in your last run for president --
25        PRESIDENT DONALD TRUMP:  This is the

Page 38

1  fracking because we're here in Pennsylvania.  I
2  made that very clear in 2020.  I will not ban
3  fracking.  I have not banned fracking as Vice
4  President of the United States.  And, in fact, I
5  was the tie-breaking vote on the Inflation
6  Reduction Act, which opened new leases for
7  fracking.  My position is that we have got to
8  invest in diverse sources of energy, so we reduce
9  our reliance on foreign oil.  We have had the
10  largest increase in domestic oil production in
11  history because of an approach that recognizes
12  that we cannot over-rely on foreign oil.
13        As it relates to my values, let me tell
14  you, I grew up a middle-class kid raised by a
15  hard-working mother who worked and saved and was
16  able to buy our first home when I was a teenager.
17  The values I bring to the importance of home
18  ownership, knowing not everybody got handed $400
19  million on a silver platter and then filed
20  bankruptcy six times, is a value that I bring to
21  my work, to say we are going to work with the
22  private sector and home builders to increase 3
23  million homes, increase by 3 million homes by the
24  end of my first term.  My work that is related to
25  having a friend when I was in high school who was

Page 40

1  one that weaponized.  Not me.  She weaponized.  I
2  probably took a bullet to the head because of the
3  things that they say about me.  They talk about
4  democracy.  I'm a threat to democracy.  They're
5  the threat to democracy --
6        DAVID MUIR:  President Trump --
7        PRESIDENT DONALD TRUMP:  -- with the
8  fake Russia Russia Russia investigation that went
9  nowhere.
10        DAVID MUIR:  We have a lot to get to.
11  Linsey?
12        LINSEY DAVIS:  Vice President Harris,
13  in your last run for president you said you
14  wanted to ban fracking.  Now you don't.  You
15  wanted mandatory government buyback programs for
16  assault weapons.  Now your campaign says you
17  don't.  You supported decriminalizing border
18  crossings.  Now you're taking a harder line.  I
19  know you say that your values have not changed.
20  So then why have so many of your policy positions
21  changed?
22        VICE PRESIDENT KAMALA HARRIS:  So, my
23  values have not changed.  And I'm going to
24  discuss everyone -- at least every point that
25  you've made.  But in particular, let's talk about

Page 39

1  sexually assaulted by her stepfather.  And my
2  focus then, on protecting women and children from
3  violent crime, is based on a value that is deeply
4  grounded in the importance of standing up for
5  those who are most vulnerable.  My work that is
6  about protecting social security and Medicare is
7  based on long-standing work that I have done --
8  protecting seniors from scams.  My values have
9  not changed.  And what is important is that there
10  is a president who actually brings values and a
11  perspective that is about lifting people up and
12  not beating people down and name-calling.  The
13  true measure of the leader is the leader who
14  actually understands that strength is not in
15  beating people down, it's in lifting people up.
16  I intend to be that president.
17        LINSEY DAVIS:  President Trump, your
18  response.
19        PRESIDENT DONALD TRUMP:  Well, first of
20  all, I wasn't given $400 million.  I wish I was.
21  My father was a Brooklyn builder.  Brooklyn,
22  Queens.  And a great father and I learned a lot
23  from him.  But I was given a fraction of that, a
24  tiny fraction, and I built it into many, many
25  billions of dollars.  Many, many billions.  And

Page 41

11 (Pages 38 - 41)

1  when people see it, they are even surprised.  So,
2  we don't have to talk about that.  Fracking?
3  She's been against it for 12 years.  Defund the
4  police.  She's been against that forever.  She
5  gave all that stuff up, very wrongly, very
6  horribly.  And everybody's laughing at it, okay?
7  They're all laughing at it.  She gave up at least
8  12 and probably 14 or 15 different policies.
9  Like, she was big on defund the police.
10      VICE PRESIDENT KAMALA HARRIS:  That's
11  not true.
12      PRESIDENT DONALD TRUMP:  In Minnesota,
13  she went out -- wait a minute.  I'm talking now.
14  If you don't mind.  Please.  Does that sound
15  familiar?
16      VICE PRESIDENT KAMALA HARRIS:  Don't
17  lie.
18      PRESIDENT DONALD TRUMP:  She went out -
19  - she went out in Minnesota and wanted to let
20  criminals that killed people, that burned down
21  Minneapolis, she went out and raised money to get
22  them out of jail.  She did things that nobody
23  would ever think of.  Now she wants to do
24  transgender operations on illegal aliens that are
25  in prison.  This is a radical left liberal that

1  would do this.  She wants to confiscate your
2  guns, and she will never allow fracking in
3  Pennsylvania.  If she won the election, fracking
4  in Pennsylvania will end on day one.  Just to
5  finish one thing, so important in my opinion:  So,
6  I got the oil business going like nobody has ever
7  done before.  They took, when they took over,
8  they got rid of it, started getting rid of it,
9  and the prices were going up the roof.  They
10  immediately let these guys go to where they were.
11  I would have been five times, four times, five
12  times higher because you're talking about 3 1/2
13  years ago.  They got it up to where I was because
14  they had no choice.  Because the prices of energy
15  were quadrupling and doubling.  You saw what
16  happened to gasoline.  So, they said let's go
17  back to Trump.  But if she won the election, the
18  day after that election, they'll go back to
19  destroying our country and oil will be dead,
20  fossil fuel will be dead.  We'll go back to
21  windmills, and we'll go back to solar, where they
22  need a whole desert to get some energy to come
23  out.  You ever see a solar plant?  By the way,
24  I'm a big fan of solar.  But they take 400, 500
25  acres of desert soil --

1      LINSEY DAVIS:  President Trump --
2      PRESIDENT DONALD TRUMP:  -- these are
3  not good things for the environment that she
4  understands.
5      LINSEY DAVIS:  President Trump, we have
6  a lot of issues that we have to get to.  We're
7  out of time.  Thank you.
8      DAVID MUIR:  Linsey, thank you.  We
9  have an election in just 56 days.  An -- I want
10  to talk about the peaceful transfer of power,
11  which of course we all know was a cornerstone of
12  our democracy and the role of a president in a
13  moment of crisis.  Mr. President, on January 6th
14  you told your supporters to march to the Capitol.
15  You said you would be right there with them.  The
16  country and the world saw what played out at the
17  Capitol that day.  The officers coming under
18  attack.  Aides in the West Wing say you watched
19  it unfold on television off the Oval Office.  You
20  did send out tweets, but it was more than two
21  hours before you sent out that video message
22  telling your supporters to go home.  Is there
23  anything you regret about what you did on that
24  day?
25      PRESIDENT DONALD TRUMP:  You just said

1  a thing that isn't covered.  Peacefully and
2  patriotically, I said during my speech.  Not
3  later on.  Peacefully and patriotically, I said
4  nobody on the other side was killed.  Ashli
5  Babbitt was shot by an out-of-control police
6  officer that should have never, ever shot her.
7  It's a disgrace.  But we didn't do -- this group
8  of people that have been treated so badly.  I
9  ask, what about all the people that are pouring
10  into our country and killing people?  That she
11  allowed to pour in.  She was the border czar.
12  Remember that.  She was the border czar.  She
13  doesn't want to be called the border czar because
14  she's embarrassed by the border.  In fact, she
15  said at the beginning, I'm surprised you're not
16  talking about the border yet.  That's because she
17  knows what a bad job they've done.  What about
18  those people?  What's -- when are they going to
19  be prosecuted?  When are these people from
20  countries all over the world, not just South
21  America, they're coming in from all over the
22  world, David, all over the world.  And crime
23  rates are down all over the world because of it -
24  -
25      DAVID MUIR:  But let me just ask you --

1      PRESIDENT DONALD TRUMP:  David.  But
2  when are those, David, when are those people
3  going to be prosecuted?  When are the people that
4  burned down Minneapolis going to be prosecuted?
5  Or in Seattle?  They went into Seattle; they took
6  over a big percentage of the city of Seattle.
7  When are those people going to be prosecuted?
8      DAVID MUIR:  But let me just ask you --
9      PRESIDENT DONALD TRUMP:  You might ask
10  her that question.
11      DAVID MUIR:  You were the President.
12  You were watching it unfold on television.  It's
13  a very simple question as we move forward toward
14  another election.  Is there anything you regret
15  about what you did on that day?  Yes or no.
16      PRESIDENT DONALD TRUMP:  I had nothing
17  to do with that other than they asked me to make
18  a speech.  I showed up for a speech.  I said, I
19  think it's going to be big.  I went to Nancy
20  Pelosi and the mayor of Washington, D.C.  And the
21  mayor put it back in writing, as you know.  I
22  said, you know, this is going to be a very big
23  rally or whatever you want to call it.  And
24  again, it wasn't done by me.  It was done by
25  others.  I said I'd like to give you 10,000

1  National Guard or soldiers.  They rejected me.
2  Nancy Pelosi rejected me.  It was just two weeks
3  ago; her daughter has a tape of her saying she is
4  fully responsible for what happened.  They want
5  to get rid of that tape.  It would have never
6  happened if Nancy Pelosi and the mayor of
7  Washington did their jobs.  I wasn't responsible
8  for security.  Nancy Pelosi was responsible.  She
9  didn't do her job.
10      DAVID MUIR:  The question was about you
11  as President, not about Former Speaker Pelosi.
12  But I do want Vice President Harris to respond
13  here.
14      VICE PRESIDENT KAMALA HARRIS:  I was at
15  the Capitol on January 6th.  I was the Vice
16  President-Elect.  I was also an acting senator.
17  I was there.  And on that day, the President of
18  the United States incited a violent mob to attack
19  our nation's Capitol, to desecrate our nation's
20  Capitol.  On that day, 140 law enforcement
21  officers were injured.  And some died.  And
22  understand, the former President has been
23  indicted and impeached for exactly that reason.
24  But this is not an isolated situation.  Let's
25  remember Charlottesville, where there was a mob

1  of people carrying tiki torches, spewing
2  antisemitic hate, and what did the President then
3  at the time say?  There were fine people on each
4  side.  Let's remember that when it came to the
5  Proud Boys, a militia, the President said, the
6  former President said, "Stand back and stand by."
7  So, for everyone watching who remembers what
8  January 6th was, I say we don't have to go back.
9  Let's not go back.  We're not going back.  It's
10  time to turn the page.  And if that was a bridge
11  too far for you, well, there is a place in our
12  campaign for you.  To stand for country.  To
13  stand for our democracy.  To stand for rule of
14  law.  And to end the chaos.  And to end the
15  approach that is about attacking the foundations
16  of our democracy because you don't like the
17  outcome.  And be clear on that point.  Donald
18  Trump the candidate has said in this election
19  there will be a bloodbath if this -- and the
20  outcome of this election is not to his liking.
21  Let's turn the page on this.  Let's not go back.
22  Let's chart a course for the future and not go
23  backwards to the past.
24      DAVID MUIR:  Let me just follow up here
25  --

1      PRESIDENT DONALD TRUMP:  -- I have said
2  blood-bash -- bath.  It was a different term, and
3  it was a term that related to energy, because
4  they have destroyed our energy business.  That
5  was where bloodbath was.  Also, on
6  Charlottesville, that story has been, as you
7  would say, debunked.  Laura Ingraham, Sean
8  Hannity, Jesse -- all of these people, they
9  covered it.  If they go an extra sentence, they
10  will see it was perfect.  It was debunked in
11  almost every newspaper.  But they still bring it
12  up, just like they bring 2025 up.  They bring all
13  of this stuff up.  I ask you this.  You talk
14  about the Capitol.  Why are we allowing these
15  millions of people to come through on the
16  southern border?  How come she's not doing the --
17  and I'll tell you what I would do.  And I would
18  be very proud to do it.  I would say we would
19  both leave this debate right now; I'd like to see
20  her go down to Washington, D.C. during this
21  debate because we're wasting a lot of time.  Go
22  down to -- because she's been so bad, it's so
23  ridiculous.  Go down to Washington, D.C.  And let
24  her sign a bill to close up the border.  Because
25  they have the right to do it.  They don't need

1 bills. They have the right to do it. The
2 President of the United States, you'll get him
3 out of bed. You'll wake him up at 4:00 in the
4 afternoon --
5        DAVID MUIR: All right --
6        PRESIDENT DONALD TRUMP: -- you'll say
7 come on; come on down to the office, let's sign a
8 bill. If he -- if he signs a bill that the
9 border is closed, all he has to do is say it to
10 the border patrol, who are phenomenal. If they
11 do that, the border is closed.
12        DAVID MUIR: Mr. President --
13        PRESIDENT DONALD TRUMP: -- those
14 people are killing many people, unlike J-6.
15        DAVID MUIR: We talked immigration here
16 tonight. I do want to focus on this next issue
17 to both of you. Because it really brings us this
18 into focus. Truth in these times that we're
19 living in. Mr. President, for three and a half
20 years after you lost the 2020 election you
21 repeatedly, falsely claimed that you won, many
22 times saying you won in a landslide. In the past
23 couple of weeks leading up to this debate, you
24 have said, quote, you lost by a whisker, that
25 you, quote, didn't quite make it, that you came

Page 50

1 speak English. They don't even know what country
2 they're in practically. And these people are
3 trying to get them to vote. And that's why
4 they're allowing them to come into our country.
5        DAVID MUIR: I did watch all of these
6 pieces of video. I didn't detect the sarcasm,
7 "lost by a whisker," "we didn't quite make it,"
8 and we should just point out as clarification,
9 and you know this, you, and your allies, 60 cases
10 in front of many judges. Many of them --
11        PRESIDENT DONALD TRUMP: No judge
12 looked at it.
13        DAVID MUIR: -- and said there was no
14 widespread fraud.
15        PRESIDENT DONALD TRUMP: They said we
16 didn't have standing. That's the other thing.
17 They said we didn't have standing. A
18 technicality. Can you imagine a system where a
19 person in an election doesn't have standing, the
20 President of the United States doesn't have
21 standing? That's how we lost. If you look at
22 the facts, and I'd love to have you -- you'll do
23 a special on it. I'll show you Georgia and I'll
24 show you Wisconsin and I'll show you Pennsylvania
25 and I'll show you -- we have so many facts and

Page 52

1 up a little bit short.
2        PRESIDENT DONALD TRUMP: I said that?
3        DAVID MUIR: Are you now acknowledging
4 that you lost in 2020?
5        PRESIDENT DONALD TRUMP: No, I don't
6 acknowledge that at all.
7        DAVID MUIR: But you did say that.
8        PRESIDENT DONALD TRUMP: I said that
9 sarcastically. You know that. It was said, oh
10 we lost by a whisker. That was said
11 sarcastically. Look, there's so much proof. All
12 you have to do is look at it. And they should
13 have sent it back to the legislatures for
14 approval. I got almost 75 million votes. The
15 most votes any sitting president has ever gotten.
16 I was told if I got 63, which was what I got in
17 2016, you can't be beaten. The election, people
18 should never be thinking about an election as
19 fraudulent. We need two things. We need walls.
20 We need -- and we have to have it. We have to
21 have borders. And we have to have good
22 elections.
23        Our elections are bad. And a lot of
24 these illegal immigrants coming in, they're
25 trying to get them to vote. They can't even

Page 51

1 statistics. But you know what? That doesn't
2 matter. Because we have to solve the problem
3 that we have right now. That's old news. And
4 the problem that we have right now is we have a
5 nation in decline, and they have put it into
6 decline. We have a nation that is dying, David.
7        DAVID MUIR: Mr. President, thank you.
8 Vice President Harris, you heard the President
9 there tonight. He said he didn't say that he
10 lost by a whisker. So, he still believes he did
11 not lose the election that was won by President
12 Biden and yourself. But I do want to ask you
13 about something that's come up in the last couple
14 of days. This was a post from President Trump
15 about this upcoming election just weeks away. He
16 said, "When I win, those people who cheated," and
17 then he lists donors, voters, election officials,
18 he says "Will be prosecuted to the fullest extent
19 of the law, which will include long-term prison
20 sentences." One of your campaign's top lawyers
21 responded saying, "We won't let Donald Trump
22 intimidate us. We won't let him suppress the
23 vote." Is that what you believe he's trying to
24 do here?
25        VICE PRESIDENT KAMALA HARRIS: Donald

Page 53

14 (Pages 50 - 53)

Page 54

1  Trump was fired by 81 million people. So, let's
2  be clear about that. And clearly, he is having a
3  very difficult time processing that. But we
4  cannot afford to have a President of the United
5  States who attempts as he did in the past to
6  upend the will of the voters in a free and fair
7  election. And I'm going to tell you that I have
8  traveled the world as Vice President of the
9  United States. And world leaders are laughing at
10 Donald Trump. I have talked with military
11 leaders, some of whom worked with you. And they
12 say you're a disgrace. And when you then talk in
13 this way in a presidential debate and deny what
14 over and over again are court cases you have
15 lost, because you did in fact lose that election,
16 it leads one to believe that perhaps we do not
17 have in the candidate to my right the temperament
18 or, or the ability to not be confused about fact.
19 That's deeply troubling. And the American people
20 deserve better.
21        DAVID MUIR: I'll give you one minute
22 to respond, Mr. President.
23        PRESIDENT DONALD TRUMP: Okay, let me
24 just tell you about world leaders. Viktor Orban,
25 one of the most respected men -- they call him a

Page 55

1  strong man. He's a, he's a tough person. Smart.
2  Prime Minister of Hungary. They said, "Why is
3  the whole world blowing up? Three years ago, it
4  wasn't. Why is it blowing up?" He said,
5  "Because you need Trump back as President. They
6  were afraid of him. China was afraid." And I
7  don't like to use the word afraid but I'm just
8  quoting him. "China was afraid of him. North
9  Korea was afraid of him." Look at what's going
10 on with North Korea, by the way. He said,
11 "Russia was afraid of him." I ended the Nord
12 Stream 2 pipeline and Biden put it back on day
13 one, but he ended the XL pipeline. The XL
14 pipeline in our country. He ended that. But he
15 let the Russians build a pipeline going all over
16 Europe and heading into Germany. The biggest
17 pipeline in the world. Look, Viktor Orban said
18 it. He said the most respected, most feared
19 person is Donald Trump. We had no problems when
20 Trump was President. But when this weak,
21 pathetic man that you saw at a debate just a few
22 months ago that if he weren't in that debate he'd
23 be running instead of her, she got no votes, he
24 got 14 million votes, what you did, you talk
25 about a threat to democracy. He got 14 million

Page 56

1  votes, and they threw him out of office. And you
2  know what? I'll give you a little secret. He
3  hates her. He can't stand her.
4        DAVID MUIR: Mr. President --
5        PRESIDENT DONALD TRUMP: But he had 14
6  million votes. They threw him out. She got zero
7  votes. And when she ran, she was the first one
8  to leave because she failed. And now she's
9  running. I don't understand it but I'm okay with
10 it--
11       DAVID MUIR: Mr. President --
12       PRESIDENT DONALD TRUMP: -- because I
13 think we're going to do pretty well.
14       DAVID MUIR: Mr. President, your time
15 is up. We've got a lot more to get -- to.
16       LINSEY DAVIS: Turning now to the
17 Israel-Hamas war and the hostages who are still
18 being held, Americans among them. Vice President
19 Harris, in December you said, "Israel has a right
20 to defend itself" but you added, "It matters
21 how." Saying, "International humanitarian law
22 must be respected, Israel must do more to protect
23 innocent civilians." You said that nine months
24 ago. Now an estimated 40,000 Palestinians are
25 dead. Nearly 100 hostages remain. Just last

Page 57

1  week Prime Minister Benjamin Netanyahu said
2  there's not a deal in the making. President
3  Biden has not been able to break through the
4  stalemate. How would you do it?
5        VICE PRESIDENT KAMALA HARRIS: Well,
6  let's understand how we got here. On Oct. 7,
7  Hamas, a terrorist organization, slaughtered
8  twelve hundred Israelis. Many of them young
9  people who were simply attending a concert.
10 Women were horribly raped. And so absolutely, I
11 said then, I say now, Israel has a right to
12 defend itself. We would. And how it does so
13 matters. Because it is also true, far too many
14 innocent Palestinians have been killed.
15 Children, mothers. What we know is that this war
16 must end. It must when -- end immediately, and
17 the way it will end is we need a cease-fire deal,
18 and we need the hostages out. And so, we will
19 continue to work around the clock on that. Work
20 around the clock also understanding that we must
21 chart a course for a two-state solution. And in
22 that solution, there must be security for the
23 Israeli people and Israel and in equal measure
24 for the Palestinians. But the one thing I will
25 assure you always, I will always give Israel the

15 (Pages 54 - 57)

1  ability to defend itself, in particular as it
2  rates -- relates to Iran and any threat that Iran
3  and its proxies pose to Israel.  But we must have
4  a two-state solution where we can rebuild Gaza,
5  where the Palestinians have security, self-
6  determination, and the dignity they so rightly
7  deserve.
8      LINSEY DAVIS:  President Trump, how
9  would you negotiate with Netanyahu and also Hamas
10 in order to get the hostages out and prevent the
11 killing of more innocent civilians in Gaza?
12     PRESIDENT DONALD TRUMP:  If I were
13 president, it would have never started.  If I
14 were president, Russia would have never, ever --
15 I know Putin very well.  He would have never --
16 and there was no threat of it either, by the way,
17 for four years -- have gone into Ukraine and
18 killed millions of people when you add it up.
19 Far worse than people understand what's going on
20 over there.  But when she mentions about Israel
21 all of a sudden -- she hates Israel.  She
22 wouldn't even meet with Netanyahu when he went to
23 Congress to make a very important speech.  She
24 refused to be there because she was at a sorority
25 party of hers.  She wanted to go to the sorority

1  party.  She hates Israel.  If she's president, I
2  believe that Israel will not exist within two
3  years from now.  And I've been pretty good at
4  predictions.  And I hope I'm wrong about that
5  one.  She hates Israel.  At the same time in her
6  own way, she hates the Arab population because
7  the whole place is going to get blown up, Arabs,
8  Jewish people, Israel.  Israel will be gone.  It
9  would have never happened.  Iran was broke under
10 Donald Trump.  Now Iran has $300 billion because
11 they took off all the sanctions that I had.  Iran
12 had no money for Hamas or Hezbollah or any of the
13 28 different spheres of terror.  And they are
14 spheres of terror.  Horrible terror.  They had no
15 money.  It was a big story, and you know it.  You
16 covered it.  Very well, actually.  They had no
17 money for terror.  They were broke.  Now they're
18 a rich nation.  And now what they're doing is
19 spreading that money around.  Look at what's
20 happening with the Houthis and Yemen.  Look at
21 what's going on in the Middle East.  This would
22 have never happened.  I will get that settled and
23 fast.  And I'll get the war with Ukraine and
24 Russia ended.  If I'm President-Elect, I'll get
25 it done before even becoming President.

1      LINSEY DAVIS:  Vice President Harris,
2  he says you hate Israel.
3      VICE PRESIDENT KAMALA HARRIS:  Heh,
4  well, that's absolutely not true.  I have my
5  entire career and life supported Israel and the
6  Israeli people.  He knows that.  He's trying to
7  again divide and distract from the reality,
8  which is it is very well known that Donald Trump
9  is weak and wrong on national security and
10 foreign policy.  It is well known that he admires
11 dictators, wants to be a dictator on day one
12 according to himself.  It is well known that he
13 said of Putin that he can do whatever the hell he
14 wants and go into Ukraine.  It is well known that
15 he said when Russia went into Ukraine it was
16 brilliant.  It is well known he exchanged love
17 letters with Kim Jong Un.  And it is absolutely
18 well known that these dictators and autocrats are
19 rooting for you to be president again because
20 they're so clear, they can manipulate you with
21 flattery and favors.  And that is why so many
22 military leaders who you have worked with have
23 told me you are a disgrace.  That is why we
24 understand that we have to have a president who
25 is not consistently weak and wrong on national

1  security --
2      LINSEY DAVIS:  Vice President Harris --
3      VICE PRESIDENT KAMALA HARRIS:  --
4  including the importance of upholding and
5  respecting in highest regard our military.
6      LINSEY DAVIS:  Vice President Harris,
7  thank you.
8      PRESIDENT DONALD TRUMP:  They're the
9  ones -- and she's the one that caused it --
10 that's weak on national security by allowing
11 every nation last month for the year, 168
12 different countries sending people into our
13 country.  Their crime rates are way down.  Putin
14 endorsed her last week.  Said, "I hope she wins."
15 And I think he meant it.  Because what he's
16 gotten away with is absolutely incredible.  It
17 wouldn't have happened with me.  The leaders of
18 other countries think that they're weak and
19 incompetent.  And they are.  They're grossly
20 incompetent.  And I just ask one question.  Why
21 does Biden go in and kill the Keystone pipeline
22 and approve the single biggest deal that Russia's
23 ever made, Nord Stream 2, the biggest pipeline
24 anywhere in the world going to Germany and all
25 over Europe?  Because they're weak and they're

1 ineffective. And Biden, by the way --
2    LINSEY DAVIS: President Trump --
3    PRESIDENT DONALD TRUMP: -- gets paid a
4 lot of money --
5    LINSEY DAVIS: Thank you. We have a
6 lot of issues to get to.
7    DAVID MUIR: We'll be right back with
8 much more of this historic ABC News presidential
9 debate from the National Constitution Center
10 right here in Philadelphia. Back in a moment.
11    Welcome back to this historic ABC news
12 presidential debate tonight. We're going to
13 continue here, and I want to turn to the war in
14 Ukraine. We're now two and a half years into
15 this conflict. Mr. President, it has been the
16 position of the Biden Administration that we must
17 defend Ukraine from Russia, from Vladimir Putin,
18 to defend their sovereignty, their democracy,
19 that it's in America's best interest to do so,
20 arguing that if Putin wins, he may be emboldened
21 to move even further into other countries. You
22 have said you would solve this war in 24 hours.
23 You said so just before the break tonight. How
24 exactly would you do that? And I want to ask you
25 a very simple question tonight. Do you want

Page 62

1 For what reason? He hasn't even made a phone
2 call in two years to Putin. Hasn't spoken to
3 anybody. They don't even try and get it. That
4 is a war that's dying to be settled. I will get
5 it settled before I even become President. If I
6 win, when I'm President-Elect, and what I'll do
7 is I'll speak to one, I'll speak to the other,
8 I'll get them together. That war would have
9 never happened. And in fact, when I saw Putin
10 after I left, unfortunately left because our --
11 our country has gone to hell, but after I left
12 when I saw him building up soldiers, he did it
13 after I left, I said oh, he must be negotiating.
14 It must be a good strong point of negotiation.
15 Well, it wasn't because Biden had no idea how to
16 talk to him. He had no idea how to stop it. And
17 now you have millions of people dead and it's
18 only getting worse, and it could lead to World
19 War 3. Don't kid yourself, David. We're playing
20 with World War 3. And we have a President that
21 we don't even know if he's -- where is our
22 President? We don't even know if he's a
23 President.
24    DAVID MUIR: And just to clarify here.
25    PRESIDENT DONALD TRUMP: They threw him

Page 64

1 Ukraine to win this war?
2    PRESIDENT DONALD TRUMP: I want the war
3 to stop. I want to save lives that are being
4 uselessly -- people being killed by the millions.
5 It's the millions. It's so much worse than the
6 numbers that you're getting, which are fake
7 numbers. Look, we're in for 250 billion or more,
8 because they don't ask Europe, which is a much
9 bigger beneficiary to getting this thing done
10 than we are. They're in for $150 billion less
11 because Biden and you don't have the courage to
12 ask Europe like I did with NATO. They paid
13 billions and billions, hundreds of billions of
14 dollars when I said either you pay up or we're
15 not going to protect you anymore. So that may be
16 one of the reasons they don't like me as much as
17 they like weak people. But you take a look at
18 what's happening. We're in for 250 to 275
19 billion. They're into 100 to 150. They should
20 be forced to equalize. With that being said, I
21 want to get the war settled. I know Zelenskyy
22 very well, and I know Putin very well. I have a
23 good relationship. And they respect your
24 President. Okay? They respect me. They don't
25 respect Biden. How would you respect him? Why?

Page 63

1 out of a campaign like a dog. We don't even
2 know, is he our President? But we have a
3 President --
4    DAVID MUIR: Mr. President,
5    PRESIDENT DONALD TRUMP: -- that
6 doesn't know he's alive.
7    DAVID MUIR: Your time is up. Just to
8 clarify the question, do you believe it's in the
9 U.S. best interests for Ukraine to win this war?
10 Yes or no?
11    PRESIDENT DONALD TRUMP: I think it's
12 in the U.S. best interest to get this war
13 finished and f -- just get it done.
14    DAVID MUIR: All right.
15    PRESIDENT DONALD TRUMP: Negotiate a
16 deal. Because we have to stop all of these human
17 lives from being destroyed.
18    DAVID MUIR: I want to take this to
19 Vice President Harris. I want to get your
20 thoughts on support for Ukraine in this moment.
21 But also, as Commander-in-Chief, if elected, how
22 would you deal with Vladimir Putin, and would it
23 be any different from what we're seeing from
24 President Biden?
25    VICE PRESIDENT KAMALA HARRIS: Well,

Page 65

17 (Pages 62 - 65)

1 first of all, it's important to remind the former
2 President you're not running' against Joe Biden,
3 you're running' against me. I believe the reason
4 that Donald Trump says that this war would be
5 over within 24 hours is because he would just
6 give it up. And that's not who we are as
7 Americans. Let's understand what happened here.
8 I actually met with Zelenskyy a few days before
9 Russia invaded, tried through force to change
10 territorial boundaries, to defy one of the most
11 important international rules and norms, which is
12 the importance of sovereignty and territorial
13 integrity. And I met with President Zelenskyy.
14 I shared with him American intelligence and how
15 he could defend himself. Days later I went to
16 NATO's eastern flank, to Poland and Romania. And
17 through the work that I and others did, we
18 brought 50 countries together to support Ukraine
19 in its righteous defense. And because of our
20 support, because of the air defense, the
21 ammunition, the artillery, the javelins, the
22 Abrams tanks that we have provided, Ukraine
23 stands as an independent and free country. If
24 Donald Trump were President, Putin would be
25 sitting in Kyiv right now. And understand what

1 that would mean. Because Putin's agenda is not
2 just about Ukraine. Understand why the European
3 allies and our NATO allies are so thankful that
4 you are no longer President and that we
5 understand the importance of the greatest
6 military alliance the world has ever known, which
7 is NATO. And what we have done to preserve the
8 ability of Zelenskyy and the Ukrainians to fight
9 for their Independence. Otherwise, Putin would
10 be sitting in Kyiv with his eyes on the rest of
11 Europe. Starting with Poland. And why don't you
12 tell the 800,000 Polish Americans right here in
13 Pennsylvania how quickly you would give up, for
14 the sake of favor and what you think is a
15 friendship, with what is known to be a dictator
16 who would eat you for lunch.
17      DAVID MUIR: Vice President Harris
18 Thank you. We heard from both of you on Ukraine
19 tonight. Afghanistan came up in the last hour --
20      PRESIDENT DONALD TRUMP: I have to
21 respond to her.
22      DAVID MUIR: -- I wanted her to respond
23 to something you said earlier.
24      PRESIDENT DONALD TRUMP: I have to
25 respond.

1      DAVID MUIR: Please I'll give you a
2 minute here.
3      PRESIDENT DONALD TRUMP: Putin would be
4 sitting in Moscow, and he wouldn't have lost
5 300,000 men and women. But he would have been
6 sitting in Moscow.
7      VICE PRESIDENT KAMALA HARRIS:
8 (Indiscernible).
9      PRESIDENT DONALD TRUMP: Quiet, please.
10 He would have been sitting in Moscow much happier
11 than he is right now. But eventually, you know,
12 he's got a thing that other people don't have.
13 He's got nuclear weapons. They don't ever talk
14 about that. He's got nuclear weapons. Nobody
15 ever thinks about that. And eventually, maybe
16 he'll use them. Maybe he hasn't been that
17 threatening. But he does have that. Something
18 we don't even like to talk about. Nobody likes
19 to talk about it. But just so you understand,
20 they sent her to negotiate peace before this war
21 started. Three days later he went in, and he
22 started the war because everything they said was
23 weak and stupid. They said the wrong things.
24 That war should have never started. She was the
25 emissary. They sent her in to negotiate with

1 Zelenskyy and Putin. And she did and the war
2 started three days later --
3      DAVID MUIR: Vice President --
4      PRESIDENT DONALD TRUMP: -- and that's
5 the kind of talent we have with her. She's worse
6 than Biden. In my opinion, I think he's the
7 worst president in the history of our country.
8 She goes down as the worst Vice President in the
9 history of our country. But let me tell you
10 something. She is a horrible negotiator. They
11 sent her in to negotiate. As soon as they left
12 Putin did the invasion.
13      DAVID MUIR: President Trump, thank
14 you. You did bring up something, you said she
15 went to negotiate with Vladimir Putin. Vice
16 President Harris, have you ever met Vladimir
17 Putin, can you clarify tonight?
18      VICE PRESIDENT KAMALA HARRIS: Yet
19 again, I said it at the beginning of this debate,
20 you're going to hear a bunch of lies coming from
21 this fella. And that is another one. When I
22 went to meet with President Zelenskyy, I've now
23 met with him over five times. The reality is, it
24 has been about standing as America always should,
25 as a leader upholding international rules and

1 norms. As a leader who shows strength,
2 understanding that the alliances we have around
3 the world are dependent on our ability to look
4 out for our friends and not favor our enemies,
5 because you adore strongmen instead of caring
6 about democracy. And that is very much what is
7 at stake here. The President of the United
8 States is Commander-in-Chief. And the American
9 people have a right to rely on a president who
10 understands the significance of America's role
11 and responsibility in terms of ensuring that
12 there is stability and ensuring we stand up for
13 our principles and not sell them for the -- for
14 the benefit of personal flattery.
15      DAVID MUIR: We've talked about Ukraine
16 and Vladimir Putin. I do want to talk about
17 Afghanistan. It came up in the first hour of
18 this debate.
19      PRESIDENT DONALD TRUMP: David, one
20 thing.
21      DAVID MUIR: I, I want to move on to
22 Afghanistan --
23      PRESIDENT DONALD TRUMP: Secretary
24 General Stoltenberg said Trump did the most
25 amazing thing I've ever seen, he got these

1 And as a result, America's taxpayers are not
2 paying the $300 million a day we were paying for
3 that endless war. And as of today, there is not
4 one member of the United States military who is
5 in active duty in a combat zone in any war zone
6 around the world -- the first time this century.
7 But let's understand how we got to where we are.
8 Donald Trump when he was President negotiated one
9 of the weakest deals you can imagine. He calls
10 himself a dealmaker. Even his National Security
11 Adviser said it was a weak, terrible deal. And
12 here's how it went down. He bypassed the Afghan
13 government. He negotiated directly with a
14 terrorist organization called the Taliban. The
15 negotiation involved the Taliban getting 5,000
16 terrorists, Taliban terrorists, released.
17      And get this -- no, get this. And the
18 President at the time invited the Taliban to Camp
19 David. A place of storied significance for us as
20 Americans, a place where we honor the importance
21 of American diplomacy, where we invite and
22 receive respected world leaders. And this former
23 President as President invited them to Camp David
24 because he does not again appreciate the role and
25 responsibility of the President of the United

1 countries, the 28 countries at the time, to pay
2 up. He said I've never seen -- he's the head of
3 NATO. He said I've never seen -- for years we
4 were paying almost all of NATO. We were being
5 ripped off by European nations both on trade and
6 on NATO. I got them to pay up by saying one of
7 the negotiations you made before, if you don't pay,
8 we're not going to protect you.
9      DAVID MUIR: President Trump --
10      PRESIDENT DONALD TRUMP: Otherwise, we
11 would've never gotten it. He said it was one of
12 the most incredible jobs that he's ever seen
13 done.
14      DAVID MUIR: Thank you. I want to turn
15 to Afghanistan. It came up in the first hour of
16 the debate, and we witnessed a, a poignant moment
17 today on Capitol Hill honoring the soldiers who
18 died in the chaotic withdrawal from Afghanistan.
19 I do want to ask the Vice President, do you
20 believe you bear any responsibility in the way
21 that withdrawal played out?
22      VICE PRESIDENT KAMALA HARRIS: Well, I
23 will tell you, I agreed with President Biden's
24 decision to pull out of Afghanistan. Four
25 presidents said they would, and Joe Biden did.

1 States to be Commander in Chief with a level of
2 respect. And this gets back to the point of how
3 he has consistently disparaged and demeaned
4 members of our military, fallen soldiers, and the
5 work that we must do to uphold the strength and
6 the respect of the United States of America
7 around the world.
8      DAVID MUIR: Vice President Harris,
9 thank you. President Trump, your response to her
10 saying that you began the negotiations with the
11 Taliban.
12      PRESIDENT DONALD TRUMP: Yeah, thank
13 you. So, if you take a look at that period of
14 time, the Taliban was killing our soldiers, a lot
15 of them, with snipers. And I got involved with
16 the Taliban because the Taliban was doing the
17 killing. That's the fighting force within
18 Afghanistan. They don't bother doing that
19 because you know, they deal with the wrong people
20 all the time. But I got involved. And Abdul is
21 the head of the Taliban. He is still the head of
22 the Taliban. And I told Abdul don't do it
23 anymore, you do it anymore you're going to have
24 problems. And he said, "Why do you send me a
25 picture of my house?" I said, "You're going to

1 have to figure that out, Abdul." And for 18
2 months we had nobody killed. We did have an
3 agreement negotiated by Mike Pompeo. It was a
4 very good agreement. The reason it was good, it
5 was -- we were getting out. We would have been
6 out faster than them, but we wouldn't have lost
7 the soldiers. We wouldn't have left many
8 Americans behind. And we wouldn't have left --
9 we wouldn't have left $85 billion worth of brand-
10 new beautiful military equipment behind. And
11 just to finish, they blew it. The agreement said
12 you have to do this, this, this, this, this, and
13 they didn't do it. They didn't do it. The
14 agreement was -- was terminated by us because
15 they didn't do what they were supposed to do.
16      DAVID MUIR: I want to move on.
17      PRESIDENT DONALD TRUMP: And these
18 people did the worst withdrawal, and in my
19 opinion, the most embarrassing moment in the
20 history of our country. And by the way, that's
21 why Russia attacked Ukraine. Because they saw
22 how incompetent she and her boss are.
23      DAVID MUIR: President Trump, thank
24 you. I want to move on now to race and politics
25 in this country. Mr. President, you recently

Page 74

1 said of Vice President Harris, "I didn't know she
2 was Black until a number of years ago when she
3 happened to turn Black, and now she wants to be
4 known as Black." I want to ask a bigger-picture
5 question here tonight. Why do you believe it's
6 appropriate to weigh in on the racial identity of
7 your opponent?
8      PRESIDENT DONALD TRUMP: I don't. And
9 I don't care. I don't care what she is. I don't
10 care. You make a big deal out of something. I
11 couldn't care less. Whatever she wants to be is
12 okay with me.
13      DAVID MUIR: But those were your words.
14 So, I'm asking --
15      PRESIDENT DONALD TRUMP: I don't know.
16 I don't know. All I can say is I read where she
17 was not Black -- that she put out. And, I'll say
18 that. And then I read that she was Black. And
19 that's okay. Either one was okay with me.
20 That's up to her. That's up to her.
21      DAVID MUIR: Vice President Harris,
22 your thoughts on this?
23      VICE PRESIDENT KAMALA HARRIS: I think
24 it's, I mean honestly, I think it's a tragedy
25 that we have someone who wants to be President

Page 75

1 who has consistently over the course of his
2 career attempted to use race to divide the
3 American people. You know, I do believe that the
4 vast majority of us know that we have so much
5 more in common than what separates us. And we
6 don't want this kind of approach that is just
7 constantly trying to divide us, and especially by
8 race. And let's remember how Donald Trump
9 started. He was a, a, a—land, he owned land, he
10 owned buildings, and he was investigated because
11 he refused to rent property to Black families.
12 Let's remember, this is the same individual who
13 took out a full-page ad in The New York Times
14 calling for the execution of five young Black and
15 Latino boys who were innocent, the Central Park
16 Five. Took out a full-page ad calling for their
17 execution. This is the same individual who
18 spread birther lies about the first Black
19 President of the United States. And I think the
20 American people want better than that. Want
21 better than this. Want someone who understands
22 as I do, I travel our country, we see in each
23 other a friend. We see in each other a neighbor.
24 We don't want a leader who is constantly trying
25 to have Americans point their fingers at each

Page 76

1 other. I meet with people all the time who tell
2 me "Can we please just have discourse about how
3 we're going to invest in the aspirations and the
4 ambitions and the dreams of the American people?"
5 Knowing that regardless of people's color or the
6 language their grandmother speaks we all have the
7 same dreams and aspirations and want a president
8 who invests in those, not in hate and division.
9      DAVID MUIR: Vice President Harris
10 thank you. Linsey?
11      LINSEY DAVIS: President Trump, this is
12 now your third time --
13      PRESIDENT DONALD TRUMP: This is the
14 most divisive presidency in the history of our
15 country. There's never been anything like it.
16 They're destroying our country. And they come up
17 with things like what she just said, going back
18 many, many years when a lot of people, including
19 Mayor Bloomberg agreed with me on the Central
20 Park Five. They admitted -- they said, they pled
21 guilty. And I said, well, if they pled guilty,
22 they badly hurt a person, killed a person
23 ultimately. And if they pled guilty -- then they
24 pled we're not guilty. But this is a person that
25 has to stretch back years, 40, 50 years ago

Page 77

20 (Pages 74 - 77)

1 because there's nothing now. I built one of the
2 greatest economies in the history of the world
3 and I'm going to build it again. It's going to
4 be bigger, better, and stronger. But they're
5 destroying our economy. They have no idea what a
6 good economy is. Their oil policies -- every
7 single policy -- and remember this. She is
8 Biden. She's trying to get away from Biden. I
9 don't know the gentleman, she says. She is
10 Biden. The worst inflation we've ever had. A
11 horrible economy because inflation has made it so
12 bad. And she can't get away with that.
13      DAVID MUIR: Mr. President, thank you,
14 your time is up. Linsey --
15      VICE PRESIDENT KAMALA HARRIS: I want
16 to respond to that, though. I want to just
17 respond briefly. Clearly, I am not Joe Biden.
18 And I am certainly not Donald Trump. And what I
19 do offer is a new generation of leadership for
20 our country. One who believes in what is
21 possible, one who brings a sense of optimism
22 about what we can do instead of always
23 disparaging the American people. I believe in
24 what we can do to strengthen our small
25 businesses, which is why I have a plan. Let's

Page 78

1 talk about our plans. And let's compare the
2 plans. I have a plan to give startup businesses
3 $50,000 tax deduction, to pursue their ambitions,
4 their innovation, their ideas, their hard work.
5 I have a plan. $6,000 for young families for the
6 first year of your child's life. To help you in
7 that most critical stage of your child's
8 development. I have a plan that is about
9 allowing people to be able to pursue what has
10 been fleeting in terms of the American dream, by
11 offering a help with down payment of $25,000,
12 down payment assistance for first-time home
13 buyers. That's the kind of conversation I
14 believe, David, that people really want tonight
15 as opposed to a conversation that is constantly
16 about belittling and name-calling. Let's turn
17 the page and move forward.
18      DAVID MUIR: Vice President Harris,
19 thank you. Let's turn to policy -- let's turn
20 back to policy.
21      LINSEY DAVIS: President Trump, we have
22 to move on. President Trump --
23      PRESIDENT DONALD TRUMP: She is
24 destroying our country.
25      DAVID MUIR: Let's turn to policy,

Page 79

1 please?
2      PRESIDENT DONALD TRUMP: She has a plan
3 to defund the police. She has a flan -- plan to
4 confiscate everybody's gun.
5      LINSEY DAVIS: President Trump, we do
6 have to --
7      PRESIDENT DONALD TRUMP: She has a plan
8 to not allow fracking in Pennsylvania or anywhere
9 else. That's what her plan is until just
10 recently.
11      LINSEY DAVIS: President Trump,
12 President Trump.
13      VICE PRESIDENT KAMALA HARRIS: The
14 former president has said something twice and I
15 need to respond too. I just need to respond one
16 time to what he has said multiple times.
17      LINSEY DAVIS: I'm sorry, we're going
18 to move on, Vice President Harris.
19      This is now your third time running for
20 president. You have long vowed to repeal and
21 replace the Affordable Care Act, also known as
22 Obamacare. You have failed to accomplish that.
23 You now say you're going to keep Obamacare.
24 Quote, unless we can do something much better.
25 Last month you said, quote, we're working on it.

Page 80

1 So tonight, nine years after you first started
2 running, do you have a plan, and can you tell us
3 what it is?
4      PRESIDENT DONALD TRUMP: Obamacare was
5 lousy health care. Always was. It's not very
6 good today. And what I said, that if we come up
7 with something, and we are working on things,
8 we're going to do it and we're going to replace
9 it. But remember this. I inherited Obamacare
10 because Democrats wouldn't change it. They
11 wouldn't vote for it. They were unanimous. They
12 wouldn't vote to change it. If they would have
13 done that, we would have had a much better plan
14 than Obamacare. But the Democrats came up, they
15 wouldn't vote for it. I had a choice to make
16 when I was President, do I save it and make it as
17 good as it can be? Never going to be great. Or
18 do I let it rot? And I felt I had an obligation,
19 even though politically it would have been good
20 to just let it rot and let it go away. I decided
21 -- and I told my people, the top people, and
22 they're very good people -- I have a lot of good
23 people in this -- that administration. We read
24 about the bad ones. We had some real bad ones
25 too. And so do they. They have really bad ones.

Page 81

21 (Pages 78 - 81)

1 The difference is they don't get rid of them.
2 But let me just explain. I had a choice to make
3 do I save it and make it as good as it can be, or
4 do I let it rot? And I saved it. I did the
5 right thing. But it's still never going to be
6 great. And it's too expensive for people. And
7 what we will do is we're looking at different
8 plans. If we can come up with a plan that's
9 going to cost our people, our population, less
10 money and be better health care than Obamacare,
11 then I would absolutely do it. But until then,
12 I'd run it as good as it can be run.
13        LINSEY DAVIS: So just a yes or no, you
14 still do not have a plan?
15        PRESIDENT DONALD TRUMP: I have
16 concepts of a plan. I'm not President right now.
17 But if we come up with something I would only
18 change it if we come up with something that's
19 better and less expensive. And there are
20 concepts and options we we have to do that. And
21 you'll be hearing about it in the not-too-distant
22 future.
23        LINSEY DAVIS: Vice president Harris,
24 in 2017 you supported Bernie Sanders' proposal to
25 do away with private insurance and create a

Page 82

1 government-run health care system. Two years
2 later you proposed a plan that included a private
3 insurance option. What is your plan today?
4        VICE PRESIDENT KAMALA HARRIS: Well,
5 first of all, I absolutely support and over the
6 last four years as Vice President, private health
7 care options. But what we need to do is maintain
8 and grow the Affordable Care Act. But I, I'll
9 get to that, Linsey. I just need to respond to a
10 previous point that the former President has
11 made. I've made very clear my position on
12 fracking. And then this business about taking
13 everyone's guns away. Tim Walz and I are both
14 gun owners. We're not taking anybody's guns
15 away. So, stop with the continuous lying about
16 this stuff. As it relates to the Affordable Care
17 Act, understand, just look at the history to know
18 where people stand. When Donald Trump was
19 president, 60 times he tried to get rid of the
20 Affordable Care Act. 60 times. I was a Senator
21 at the time. When, I will never forget the early
22 morning hours when it was up for a vote in the
23 United States Senate and the late great John
24 McCain, who you have disparaged as being -- you
25 don't like him, you said at the time, because he

Page 83

1 got caught, he was an American hero. The late
2 great John McCain, I will never forget that
3 night. Walked onto the Senate floor and said no,
4 you don't. No, you don't. No, you don't get rid
5 of the Affordable Care Act. You have no plan.
6 And what the Affordable Care Act has done is
7 eliminate the ability of insurance companies to
8 deny people with pre-existing conditions. I
9 don't have to tell the people watching tonight,
10 you remember what that was like? Remember when
11 an insurance company could deny if a child had
12 asthma, if someone was a breast cancer survivor,
13 if a grandparent had diabetes? And thankfully,
14 as I've been Vice President and we over the last
15 four years have strengthened the Affordable Care
16 Act, we have allowed for the first time Medicare
17 to negotiate drug prices on behalf of you the
18 American people. Donald Trump said he was going
19 to allow Medicare to negotiate dr, drug prices.
20 He never did. We did. And now we have capped
21 the cost of insulin at $35 a month. Since I've
22 been Vice President, we have capped the cost of
23 prescription medication for seniors at $2,000 a
24 year. And when I am President, we will do that
25 for all people understanding that the value I

Page 84

1 bring to this is that access to health care
2 should be a right and not just a privilege of
3 those who can afford it. And the plan has to be
4 to strengthen the Affordable Care Act, not get
5 rid of it --
6        LINSEY DAVIS: Thank you --
7        VICE PRESIDENT KAMALA HARRIS: -- the
8 past is prologue in terms of where Donald Trump
9 stands on that.
10        LINSEY DAVIS: I want to move to an
11 issue that's important --
12        PRESIDENT DONALD TRUMP: She made a
13 mistake. Number one, John McCain fought
14 Obamacare for ten years. But it wasn't only him.
15 It was, all of the Democrats that kept it going.
16 And you know what? We could do much better than
17 Obamacare. Much less money. But she won't
18 improve private insurance for people. Private,
19 medical insurance. That's another thing she
20 doesn't want to get --
21        LINSEY DAVIS: President Trump --
22        PRESIDENT DONALD TRUMP: -- people are
23 paying privately for insurance that have worked
24 hard and made money, and they want to have
25 private. She wants everybody to be on government

Page 85

22 (Pages 82 - 85)

1 insurance where you wait six months for an
2 operation that you need immediately.
3     LINSEY DAVIS: President Trump, thank
4 you. We have another issue that we'd like to get
5 to that's important for a number of Americans, in
6 particular younger voters, and that's climate
7 change. President Trump, with regard to the
8 environment, you say that we have to have clean
9 air and clean water. Vice President Harris, you
10 call climate change an existential threat. The
11 question to you both tonight is what would you do
12 to fight climate change? And Vice President
13 Harris, we'll start with you. One minute for you
14 each.
15     VICE PRESIDENT KAMALA HARRIS: Well,
16 the former President had said that climate change
17 is a hoax. And what we know is that it is very
18 real. You ask anyone who lives in a state who
19 has experienced these extreme weather
20 occurrences, who now is either being denied home
21 insurance or is being jacked up. You ask anybody
22 who has been um, the victim of what that means in
23 terms of losing their home, having nowhere to go.
24 We know that we can actually deal with this
25 issue. The young people of America care deeply

Page 86

1 about this issue. And I am proud that as Vice
2 President over the last four years we have
3 invested a trillion dollars in a clean energy
4 economy while we have also increased domestic gas
5 production to historic levels. We have created
6 over 800,000 new manufacturing jobs while I have
7 been Vice President. We have invested in clean
8 energy to the point that we are opening up
9 factories around the world. Donald Trump said he
10 was going to create manufacturing jobs. He lost
11 manufacturing jobs. And I'm also proud to have
12 the endorsement of the United Auto Workers and
13 Shawn Fain, who also know that part of building a
14 clean energy economy includes investing in
15 American-made products, American automobiles. It
16 includes growing what we can do around American
17 manufacturing and opening up auto plants, not
18 closing them like happened under Donald Trump.
19     LINSEY DAVIS: Vice President Harris,
20 thank you.
21     PRESIDENT DONALD TRUMP: That didn't
22 happen under Donald Trump. Let me just tell you,
23 they lost 10,000 manufacturing jobs this last
24 month. It's going -- they're all leaving. In
25 They're building big auto plants in Mexico. In

Page 87

1 many cases owned by China. They're building
2 these massive plants, and they think they're
3 going to sell their cars into the United States
4 because of these people. What they have given to
5 China is unbelievable. But we're not going to
6 let that. We'll put tariffs on those cars so
7 they can't come into our country. Because they
8 will kill the United Auto Workers and any auto
9 worker, whether it's in Detroit or South Carolina
10 or any other place. What they've done to
11 business and manufacturing in this country is
12 horrible. We have nothing because they, they
13 refuse -- you know, Biden doesn't go after people
14 because supposedly China paid him millions of
15 dollars. He's afraid to do it. Between him and
16 his son. They get all this money from Ukraine.
17 They get all this money from all of these
18 different countries. And then you wonder why is
19 he so loyal to this one, that one Ukraine, China?
20 Why is he? Why did he get 3 1/2 million dollars
21 from the mayor of Moscow's wife? Why did he get
22 -- why did she pay him 3 1/2 million dollars?
23 This is a crooked administration, and they're
24 selling our country down the tubes.
25     LINSEY DAVIS: President Trump, thank

Page 88

1 you.
2     PRESIDENT DONALD TRUMP: Thank you.
3     DAVID MUIR: We'll be right back with
4 closing statements from both of our candidates.
5 An historic night, this ABC News Presidential
6 Debate from Philadelphia. Back in a moment.
7     The time has come for closing
8 statements. And Vice President Harris, we begin
9 with you.
10     VICE PRESIDENT KAMALA HARRIS: So, I
11 think you've heard tonight two very different
12 visions for our country. One that is focused on
13 the future and the other that is focused on the
14 past. And an attempt to take us backward. But
15 we're not going back. And I do believe that the
16 American people know we all have so much more in
17 common than what separates us, and we can chart a
18 new way forward. And a vision of that includes
19 having a plan, understanding the aspirations, the
20 dreams, the hopes, the ambition of the American
21 people, which is why I intend to create an
22 opportunity economy, investing in small
23 businesses, in new families, in what we can do
24 around protecting seniors, what we can do that is
25 about giving hard-working folks a break in

Page 89

23 (Pages 86 - 89)

1 bringing down the cost of living. I believe in
2 what we can do together that is about sustaining
3 America's standing in the world and ensuring we
4 have the respect that we so rightly deserve
5 including respecting our military and ensuring we
6 have the most lethal fighting force in the world.
7 I will be a President that will protect our
8 fundamental rights and freedoms including the
9 right of a woman to make decisions about her own
10 body and not have her government tell her what to
11 do. I'll tell you; I started my career as a
12 prosecutor. I was a D.A. I was an attorney
13 general. A United States Senator. And now Vice
14 President. I've only had one client. The
15 people. And I'll tell you, as a prosecutor I
16 never asked a victim, or a witness are you a
17 Republican or a Democrat. The only thing I ever
18 asked them, are you okay? And that's the kind of
19 president we need right now. Someone who cares
20 about you and is not putting themselves first. I
21 intend to be a president for all Americans and
22 focus on what we can do over the next 10 and 20
23 years to build back up our country by investing
24 right now in you the American people.
25     LINSEY DAVIS: Vice President Harris,

1 decline. We're being laughed at all over the
2 world. All over the world, they laugh, I know
3 the leaders very well. They're coming to see me.
4 They call me. We're laughed at all over the
5 world. They don't understand what happened to us
6 as a nation. We're not a leader. We don't have
7 any idea what's going on. We have wars going on
8 in the Middle East. We have wars going on with
9 Russia and Ukraine. We're going to end up in a
10 third World War. And it will be a war like no
11 other because of nuclear weapons, the power of
12 weaponry. I rebuilt our entire military. She
13 gave a lot of it away to the Taliban. She gave
14 it to Afghanistan. What these people have done
15 to our country, and maybe toughest of all, is
16 allowing millions of people to come into our
17 country, many of them are criminals, and they're
18 destroying our country. The worst President, the
19 worst Vice President in the history of our
20 country.
21     LINSEY DAVIS: President Trump thank
22 you. And that is our ABC News presidential
23 debate from here in Philadelphia at the National
24 Constitution Center. I'm Linsey Davis.
25     DAVID MUIR: And I'm David Muir. Thank

1 thank you. President Trump?
2     PRESIDENT DONALD TRUMP: So, she just
3 started by saying she's going to do this,
4 she's going to to do that, she's going to to do
5 all these wonderful things. Why hasn't she done
6 it? She's been there for 3 1/2 years. They've
7 had 3 1/2 years to fix the border. They've had 3
8 1/2 years to create jobs and all the things we
9 talked about. Why hasn't she done it? She
10 should leave right now, go down to that beautiful
11 White House, go to the Capitol, get everyone
12 together and do the things you want to do. But
13 you haven't done it. And you won't do it.
14 Because you believe in things that the American
15 people don't believe in. You believe in things
16 like, we're not going to frack. We're not going
17 to take fossil fuel. We're not going to do --
18 things that are going to make this country
19 strong, whether you like it or not. Germany
20 tried that and within one year they were back to
21 building normal energy plants. We're not ready
22 for it. We can't sacrifice our country for the
23 sake of bad vision. But I just ask one simple
24 question. Why didn't she do it? We're a failing
25 nation. We're a nation that's in serious

1 you for watching here in the U.S. And all over
2 the world. And from all of us here at ABC News,
3 good night.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1        C E R T I F I C A T I O N
2  I, Sonya Ledanski Hyde, certify that the
3  foregoing transcript is a true and accurate
4  record of the proceedings.
5
6  Sonya V. Ledanski Hyde
7
8
9
10
11
12  Veritext Legal Solutions
13  330 Old Country Road
14  Suite 300
15  Mineola, NY 11501
16
17  Date:  February 17, 2025
18
19
20
21
22
23
24
25
                                    Page 94
```

**[1/2 - acknowledging]**

### 1

**1/2**   43:12 88:20 88:22 91:6,7,8
**10**   1:13 90:22
**10,000**   46:25 87:23
**100**   9:18 56:25 63:19
**11**   34:1
**11501**   94:15
**12**   20:5 42:3,8
**12151**   94:6
**13**   20:5 32:18
**14**   42:8 55:24 55:25 56:5
**140**   47:20
**15**   15:17 42:8
**150**   63:10,19
**168**   61:11
**17**   94:17
**18**   74:1
**1917**   9:18

### 2

**2**   55:12 61:23
**2,000**   84:23
**20**   5:20 12:8 19:8 90:22
**200**   31:16
**2016**   51:17
**2017**   82:24
**2020**   40:2 50:20 51:4
**2024**   1:13 38:5
**2025**   8:19 9:7 20:13 49:12

94:17
**21**   6:24 15:16 15:18
**21st**   2:15 14:7
**24**   62:22 66:5
**25,000**   79:11
**250**   63:7,18
**275**   63:18
**28**   59:13 71:1

### 3

**3**   29:13 40:22 40:23 43:12 64:19,20 88:20 88:22 91:6,7,7
**300**   59:10 72:2 94:14
**300,000**   68:5
**330**   94:13
**34**   36:12
**35**   84:21

### 4

**4,000**   5:24
**40**   77:25
**40,000**   56:24
**400**   40:18 41:20 43:24
**45,000**   36:11
**4:00**   50:3

### 5

**5**   5:18
**5,000**   72:15
**50**   7:1 66:18 77:25

**50,000**   5:12 79:3
**50-50**   21:19,20
**500**   43:24
**52**   17:21 18:8 21:4
**56**   44:9

### 6

**6**   50:14
**6,000**   5:3 79:5
**60**   7:1 52:9 83:19,20
**63**   51:16
**6th**   44:13 47:15 48:8

### 7

**7**   57:6
**70**   7:1
**75**   6:9 51:14

### 8

**80**   7:1 13:13
**800,000**   67:12 87:6
**81**   54:1
**818,000**   35:20
**85**   13:13 74:9

### 9

**90**   2:20 13:13

### a

**a.i.**   14:11
**abandon**   19:18
**abc**   1:17 2:3,4 30:11 62:8,11

89:5 92:22 93:2
**abdul**   73:20,22 74:1
**ability**   54:18 58:1 67:8 70:3 84:7
**able**   11:15 16:9 17:25 18:5 22:24 40:16 57:3 79:9
**abortion**   16:8 16:16,22 17:2 17:16,18 19:9 19:12 20:12,14 21:9,10,14 22:14 23:12,16 23:22,24 25:3
**abortions**   25:15
**abrams**   66:22
**absolute**   21:9
**absolutely**   13:10 17:16 23:18 57:10 60:4,17 61:16 82:11 83:5
**abused**   30:15
**access**   85:1
**accomplish**   80:22
**accurate**   94:3
**acknowledge**   51:6
**acknowledging**   51:3

**[acres - anybody's]**

| | | | |
|---|---|---|---|
| acres 43:25 | adviser 32:2 | agreement 74:3 | america's 5:14 |
| act 26:14 40:6 | 72:11 | 74:4,11,14 | 5:19 14:13 |
| 80:21 83:8,17 | affect 32:6 | aides 44:18 | 62:19 70:10 |
| 83:20 84:5,6,16 | affected 7:10 | air 66:20 86:9 | 72:1 90:3 |
| 85:4 | 27:6 | alabama 24:22 | american 4:20 |
| acting 47:16 | afford 5:5 | 24:23 | 8:14,22 14:3,10 |
| active 72:5 | 12:15 24:4,7 | aliens 42:24 | 16:11 20:16 |
| actually 4:16 | 54:4 85:3 | alive 65:6 | 32:7 36:16,21 |
| 4:21 5:8,23 | affordable | alliance 67:6 | 38:20 54:19 |
| 10:23 11:5 | 80:21 83:8,16 | alliances 70:2 | 66:14 70:8 |
| 14:17 19:3 | 83:20 84:5,6,15 | allies 14:10 | 72:21 76:3,20 |
| 27:17,18,24 | 85:4 | 52:9 67:3,3 | 77:4 78:23 |
| 28:13 31:16 | afghan 72:12 | allow 25:3 27:8 | 79:10 84:1,18 |
| 35:13 41:10,14 | afghanistan | 34:21 43:2 | 87:15,15,16 |
| 59:16 66:8 | 32:17 67:19 | 80:8 84:19 | 89:16,20 90:24 |
| 86:24 | 70:17,22 71:15 | allowed 3:4 | 91:14 |
| ad 76:13,16 | 71:18,24 73:18 | 27:3 34:8,10,10 | americans 4:12 |
| add 58:18 | 92:14 | 34:11 45:11 | 7:9 9:1 12:15 |
| added 56:20 | afraid 20:2 | 84:16 | 24:10 56:18 |
| additional | 55:6,6,7,8,9,11 | allowing 29:14 | 66:7 67:12 |
| 28:23 | 88:15 | 49:14 52:4 | 72:20 74:8 |
| address 36:16 | african 7:9 | 61:10 79:9 | 76:25 86:5 |
| 36:17,18,20 | afternoon 50:4 | 92:16 | 90:21 |
| addressed 32:7 | agenda 67:1 | amazing 70:25 | ammunition |
| addresses | agents 27:1 | ambition 4:19 | 66:21 |
| 27:18 | 28:23 36:11 | 89:20 | answer 2:23 |
| administration | ago 4:8,11,13 | ambitions 77:4 | 25:9,12 |
| 13:3,19,22 | 7:2 15:5,6 | 79:3 | antisemitic |
| 16:12 26:9,13 | 29:11 37:19 | america 4:18 | 48:2 |
| 62:16 81:23 | 43:13 47:3 | 10:19 13:24 | anybody 32:16 |
| 88:23 | 55:3,22 56:24 | 14:6 23:20,23 | 32:23 33:5 |
| admires 60:10 | 75:2 77:25 | 24:9,14 26:7 | 64:3 86:21 |
| admitted 77:20 | agree 19:19 | 30:4,5 45:21 | anybody's |
| adore 70:5 | agreed 71:23 | 69:24 73:6 | 83:14 |
| | 77:19 | 86:25 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[anymore - believe]**

| | | | |
|---|---|---|---|
| **anymore** 15:2 | **assault** 36:4 | 25:22,23 | **bankruptcy** |
| 63:15 73:23,23 | 39:16 | **back** 6:9 10:6,7 | 40:20 |
| **apart** 18:8 21:5 | **assaulted** 41:1 | 10:7 18:11 | **banned** 40:3 |
| **appeal** 37:4 | **assistance** | 20:8 21:2,6,17 | **bans** 19:9,12 |
| **appearance** | 79:12 | 29:9 30:3 | 23:25 |
| 36:5 | **assure** 57:25 | 33:15 34:15 | **barely** 24:4,7 |
| **appreciate** | **asthma** 84:12 | 38:16 43:17,18 | **based** 14:10 |
| 72:24 | **asylum** 26:10 | 43:20,21 46:21 | 41:3,7 |
| **approach** | **asylums** 7:7 | 48:6,8,9,9,21 | **bash** 49:2 |
| 40:11 48:15 | **atlanta** 37:10 | 51:13 55:5,12 | **basically** 14:4 |
| 76:6 | **attack** 8:9 | 62:7,10,11 73:2 | **bath** 49:2 |
| **appropriate** | 44:18 47:18 | 77:17,25 79:20 | **beach** 22:4 |
| 75:6 | **attacked** 74:21 | 89:3,6,15 90:23 | **bear** 71:20 |
| **approval** 51:14 | **attacking** 48:15 | 91:20 | **beaten** 51:17 |
| **approve** 61:22 | **attempt** 89:14 | **backbone** 5:14 | **beating** 41:12 |
| **approved** 23:5 | **attempted** 76:2 | **backs** 6:1 | 41:15 |
| **arab** 59:6 | **attempts** 54:5 | **backward** | **beautiful** 74:10 |
| **arabs** 59:7 | **attend** 28:1 | 89:14 | 91:10 |
| **argued** 12:11 | **attending** 57:9 | **backwards** | **becoming** |
| **arguing** 12:13 | **attorney** 37:11 | 48:23 | 59:25 |
| 62:20 | 90:12 | **bacon** 13:9 | **bed** 50:3 |
| **arraigned** | **audience** 3:4 | **bad** 9:11 15:22 | **began** 73:10 |
| 36:12 | **aurora** 7:14 | 15:25 32:14,15 | **beginning** |
| **artillery** 66:21 | 29:19 | 32:24 45:17 | 45:15 69:19 |
| **ashli** 45:4 | **authorities** | 49:22 51:23 | **behalf** 84:17 |
| **aside** 25:22 | 34:5 | 78:12 81:24,24 | **beings** 26:20 |
| **asked** 46:17 | **auto** 87:12,17 | 81:25 91:23 | 27:10 |
| 90:16,18 | 87:25 88:8,8 | **badly** 45:8 | **beliefs** 19:18 |
| **asking** 23:21 | **autocrats** 60:18 | 77:22 | **believe** 4:12,18 |
| 75:14 | **automobiles** | **ballot** 24:13 | 8:21 12:15 |
| **asks** 4:10 | 87:15 | **ban** 16:16,20 | 15:16 17:25 |
| **aspirations** | **b** | 20:12,24,24 | 18:2 20:16 |
| 4:19 8:13 77:3 | | 21:9,10,14 | 24:10 28:12 |
| 77:7 89:19 | **babbitt** 45:5 | 39:14 40:2 | 34:3 53:23 |
| | **baby** 17:7,9,9 | | 54:16 59:2 |
| | 17:18 18:23 | | |

Page 3

**[believe - building]**

65:8 66:3
71:20 75:5
76:3 78:23
79:14 89:15
90:1 91:14,15
91:15
**believed** 15:5
**believes** 53:10
78:20
**belittling** 79:16
**beneficiary**
63:9
**benefit** 10:8
70:14
**benjamin** 57:1
**bernie** 82:24
**best** 10:17
62:19 65:9,12
**better** 4:10,12
7:24 9:6 54:20
76:20,21 78:4
80:24 81:13
82:10,19 85:16
**biden** 2:14 7:18
13:18 26:6,9,10
26:16 37:15
53:12 55:12
57:3 61:21
62:1,16 63:11
63:25 64:15
65:24 66:2
69:6 71:25
78:8,8,10,17
88:13

**biden's** 11:18
71:23
**big** 5:17 36:4
42:9 43:24
46:6,19,22
59:15 75:10
87:25
**bigger** 15:19
63:9 75:4 78:4
**biggest** 29:6
55:16 61:22,23
**bill** 20:8 26:24
26:25 27:7,11
27:13 28:21
49:24 50:8,8
**billion** 59:10
63:7,10,19 74:9
**billionaires**
5:17 6:2
**billions** 6:11,12
6:16 12:23
13:3,4 41:25,25
63:13,13,13
**bills** 50:1
**birth** 17:17
25:20
**birther** 76:18
**bit** 51:1
**bite** 11:9
**black** 75:2,3,4
75:17,18 76:11
76:14,18
**bleeding** 20:3
**blew** 74:11

**blood** 49:2
**bloodbath**
48:19 49:5
**bloomberg**
77:19
**blowing** 55:3,4
**blown** 59:7
**blue** 24:13
**board** 12:6
26:4
**body** 19:15,16
19:21 20:18
24:12 90:10
**book** 9:13 33:1
33:2
**books** 33:3,8
**border** 8:1 26:2
26:8,24,25 27:1
28:23 39:17
45:11,12,13,14
45:16 49:16,24
50:9,10,11 91:7
**borders** 51:21
**boredom** 28:8
**born** 17:8,19
18:24
**boss** 22:2,3,4
74:22
**bother** 73:18
**bought** 15:1
**bounce** 10:6,7
**bounced** 10:7
**boundaries**
66:10

**boys** 48:5 76:15
**brand** 74:9
**break** 57:3
62:23 89:25
**breaking** 40:5
**breaks** 2:21
6:21 10:15
**breast** 84:12
**bridge** 48:10
**briefly** 78:17
**brilliant** 11:12
60:16
**bring** 11:13
30:3,11 40:17
40:20 49:11,12
49:12 69:14
85:1
**bringing** 8:23
36:20 90:1
**brings** 2:19
41:10 50:17
78:21
**broke** 59:9,17
**brooklyn** 41:21
41:21
**brought** 11:25
12:1 18:11
21:2 66:18
**build** 4:21 8:13
55:15 78:3
90:23
**builder** 41:21
**builders** 40:22
**building** 64:12
87:13,25 88:1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[building - chips]

91:21
**buildings** 7:16
　76:10
**built** 41:24 78:1
**bullet** 39:2
**bunch** 8:17
　19:2 69:20
**burned** 42:20
　46:4
**bush** 31:17
**business** 5:11
　43:6 49:4
　83:12 88:11
**businesses** 5:8
　5:12,13 36:19
　78:25 79:2
　89:23
**busing** 29:3
**buster** 6:21
**buy** 5:5,6,6
　13:8 40:16
**buyback** 39:15
**buyers** 79:13
**bypassed** 72:12

**c**

**c** 94:1,1
**call** 4:21 5:10
　5:20 22:3
　46:23 54:25
　64:2 86:10
　92:4
**called** 8:19
　27:12 33:17
　35:9 36:10
　37:7 45:13

72:14
**calling** 8:17
　41:12 76:14,16
　79:16
**calls** 12:3,4
　72:9
**camp** 72:18,23
**campaign**
　39:16 48:12
　65:1
**campaign's**
　53:20
**campaigns** 2:11
　2:22
**cancer** 28:6
　84:12
**candidate**
　48:18 54:17
**candidates** 2:22
　3:6,13 89:4
**capitol** 44:14
　44:17 47:15,19
　47:20 49:14
　71:17 91:11
**capped** 84:20
　84:22
**car** 5:6 20:3
**care** 19:11 20:1
　20:2 24:7 75:9
　75:9,10,11
　80:21 81:5
　82:10 83:1,7,8
　83:16,20 84:5,6
　84:15 85:1,4
　86:25

**career** 60:5
　76:2 90:11
**cares** 90:19
**caring** 70:5
**carolina** 88:9
**carry** 19:24
　20:6
**carrying** 23:20
　48:1
**cars** 88:3,6
**case** 37:16,17
**cases** 6:11 37:1
　37:6,9,13,23
　52:9 54:14
　88:1
**catastrophe**
　22:1
**cats** 29:23
**caught** 84:1
**cause** 28:5
**caused** 61:9
**causes** 26:6
**cease** 57:17
**center** 3:5 62:9
　92:24
**central** 26:7
　76:15 77:19
**century** 8:9
　14:7 72:6
**cereal** 13:9
**certain** 20:16
　22:21
**certainly** 19:19
　38:18 78:18

**certify** 94:2
**chance** 30:7
**change** 15:9
　66:9 81:10,12
　82:18 86:7,10
　86:12,16
**changed** 16:23
　39:19,21,23
　41:9
**chaos** 48:14
**chaotic** 71:18
**characters** 28:4
**charge** 12:21
**charlottesville**
　47:25 49:6
**chart** 48:22
　57:21 89:17
**cheated** 53:16
**cheney** 31:19
　31:20
**chief** 31:24
　65:21 70:8
　73:1
**child** 5:3 84:11
**child's** 79:6,7
**childcare** 24:4
**children** 5:1,7
　41:2 57:15
**china** 6:12,17
　12:19,22 14:1,3
　14:5 55:6,8
　88:1,5,14,19
**chips** 14:3 15:1
　15:2

Page 5

**[choice - countries]**

**choice** 32:8
43:14 81:15
82:2
**chose** 3:9
**cities** 35:18,18
**city** 30:12,24
31:1,7 46:6
**civil** 8:10
**civilians** 56:23
58:11
**claimed** 50:21
**claims** 30:14
**clarification**
52:8
**clarifications**
3:1
**clarify** 30:10
64:24 65:8
69:17
**class** 4:15,17
5:24 6:1 7:3,4
40:14
**clean** 8:11 86:8
86:9 87:3,7,14
**clear** 13:22
31:22 32:8
36:6 40:2
48:17 54:2
60:20 83:11
**clearly** 54:2
78:17
**client** 90:14
**climate** 86:6,10
86:12,16

**clock** 2:24
57:19,20
**close** 21:22
23:1,2 49:24
**closed** 50:9,11
**closing** 3:9
87:18 89:4,7
**clothes** 5:6
**clothing** 12:12
**coin** 3:9
**color** 77:5
**colorado** 7:15
**combat** 72:5
**come** 21:22
22:17 23:1,2
25:5 29:15
34:11,12,14
43:22 49:15,16
50:7,7 52:4
53:13 77:16
81:6 82:8,17,18
88:7 89:7
92:16
**comes** 4:11
27:16
**coming** 7:7
12:8 15:21
27:4 35:13
36:1 44:17
45:21 51:24
69:20 92:3
**commander**
65:21 70:8
73:1

**commercial**
2:21
**common** 8:24
34:10 76:5
89:17
**community**
30:16
**companies** 84:7
**company** 84:11
**compare** 79:1
**competition**
14:7
**complete** 37:19
**computing**
14:12
**concepts** 82:16
82:20
**concerned** 30:1
**concert** 57:9
**conditions** 84:8
**confiscate** 43:1
80:4
**conflict** 62:15
**confused** 54:18
**congress** 20:8
21:17 23:6,7,9
26:21 27:13
58:23
**congressme...**
31:20
**consequential**
2:10
**conservative**
18:10 26:22

**consistently**
60:25 73:3
76:1
**constantly** 76:7
76:24 79:15
**constitution** 3:5
31:25 38:11
62:9 92:24
**consumer**
12:11
**contempt** 31:25
**context** 38:5
**continue** 33:13
57:19 62:13
**continuous**
83:15
**control** 33:21
45:5
**conversation**
79:13,15
**copied** 11:18
**cornerstone**
44:11
**corporations**
5:18
**cost** 4:6,24 82:9
84:21,22 90:1
**costs** 12:10,13
**countries** 6:8,8
6:22 12:20,23
34:14,16 45:20
61:12,18 62:21
66:18 71:1,1
88:18

Page 6

**[country - davis]**

| | | | |
|---|---|---|---|
| **country** 4:7 | 44:11 48:22 | 34:18 42:20 | 39:6,10 44:8 |
| 6:21 7:5,18,19 | 57:21 76:1 | 92:17 | 45:22,25 46:1,2 |
| 7:23 9:21 | **court** 17:24 | **crisis** 44:13 | 46:8,11 47:10 |
| 10:17 11:14,17 | 18:19 19:6 | **critical** 79:7 | 48:24 50:5,12 |
| 12:8 13:7,10 | 22:7 36:5 37:5 | **crooked** 88:23 | 50:15 51:3,7 |
| 15:10,14,16,20 | 38:6,18 54:14 | **crossings** 26:8 | 52:5,13 53:6,7 |
| 16:2,4 17:14 | **courts** 24:22 | 39:18 | 54:21 56:4,11 |
| 18:7,23 19:23 | **covered** 45:1 | **current** 17:6 | 56:14 62:7 |
| 21:5 24:2 26:4 | 49:9 59:16 | **cut** 5:2,17 9:14 | 64:19,24 65:4,7 |
| 27:7,17 29:9,9 | **covid** 14:17,18 | 13:1 | 65:14,18 67:17 |
| 29:14,16,25 | 14:22 | **cuts** 6:2 | 67:22 68:1 |
| 30:3,6,7 33:19 | **create** 9:15 | **czar** 45:11,12 | 69:3,13 70:15 |
| 34:6,12,20,25 | 11:15,16 82:25 | 45:13 | 70:19,21 71:9 |
| 35:3,7,13 37:8 | 87:10 89:21 | | 71:14 72:19,23 |
| 37:22 43:19 | 91:8 | **d** | 73:8 74:16,23 |
| 44:16 45:10 | **created** 7:22 | **d** 1:15 | 75:13,21 77:9 |
| 48:12 52:1,4 | 10:8 35:21 | **d.a.** 37:12 | 78:13 79:14,18 |
| 55:14 61:13 | 87:5 | 90:12 | 79:25 89:3 |
| 64:11 66:23 | **credible** 30:13 | **d.c.** 46:20 49:20 | 92:25,25 |
| 69:7,9 74:20,25 | **credit** 5:4 10:2 | 49:23 | **davis** 1:17 2:9,9 |
| 76:22 77:15,16 | 10:3,4 18:21 | **dangerous** 7:19 | 3:8,25 16:7 |
| 78:20 79:24 | **crib** 5:6 | 8:19 32:2 | 18:22 20:20 |
| 88:7,11,24 | **crime** 19:14 | **date** 94:17 | 21:13 22:15 |
| 89:12 90:23 | 34:16,16 35:4,5 | **daughter** 47:3 | 23:13 24:16 |
| 91:18,22 92:15 | 35:7,8,9,12,19 | **david** 1:17 2:1 | 25:24 38:23 |
| 92:17,18,20 | 41:3 45:22 | 2:1,19 3:12,22 | 39:12 41:17 |
| 94:13 | 61:13 | 4:3 6:3 7:25 | 44:1,5 56:16 |
| **counts** 36:12 | **crimes** 36:2,3 | 9:2 10:10 | 58:8 60:1 61:2 |
| **couple** 50:23 | **criminal** 19:10 | 11:24 13:16 | 61:6 62:2,5 |
| 53:13 | 26:19 27:9 | 14:23 16:5 | 77:11 79:21 |
| **couples** 23:25 | 36:6 37:14 | 26:1 28:15,20 | 80:5,11,17 |
| **courage** 18:19 | **criminality** | 30:10,19,25 | 82:13,23 85:6 |
| 18:20 63:11 | 7:20 | 31:6,10 32:9 | 85:10,21 86:3 |
| **course** 2:15 | **criminals** 15:21 | 33:13,25 35:11 | 87:19 88:25 |
| 16:19 28:3 | 15:22 34:9,9,11 | 35:22 36:23 | 90:25 92:21,24 |
| | | 37:24 38:21 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[day - difficult]**

**day** 2:11 16:19
36:11 43:4,18
44:17,24 46:15
47:17,20 55:12
60:11 72:2
**days** 24:23 44:9
53:14 66:8,15
68:21 69:2
**dead** 43:19,20
56:25 64:17
**deal** 14:1 57:2
57:17 61:22
65:16,22 72:11
73:19 75:10
86:24
**dealers** 34:12
**dealmaker**
72:10
**deals** 72:9
**debate** 1:14 2:3
2:13,16,20 3:16
4:2 8:2,15
49:19,21 50:23
54:13 55:21,22
62:9,12 69:19
70:18 71:16
89:6 92:23
**debunked** 49:7
49:10
**december**
56:19
**decide** 17:8
**decided** 81:20
**decision** 2:15
19:16 24:21

37:4 71:24
**decisions** 20:18
24:11 90:9
**decline** 53:5,6
92:1
**decriminalizi...**
39:17
**deduction** 5:13
79:3
**deeply** 19:18
41:3 54:19
86:25
**defend** 56:20
57:12 58:1
62:17,18 66:15
**defending** 11:6
**defense** 32:3
66:19,20
**deficit** 5:19
10:24 13:23
**defraud** 35:16
**defrauding**
35:16
**defund** 42:3,9
80:3
**defunding**
36:10
**defy** 66:10
**deliver** 3:9
**demeaned** 73:3
**democracy**
8:10 39:4,4,5
44:12 48:13,16
55:25 62:18
70:6

**democrat** 18:9
90:17
**democrats**
17:12 21:1
26:3 81:10,14
85:15
**denied** 20:1
24:1 86:20
**deny** 54:13
84:8,11
**department**
37:9 38:2,13
**dependent** 70:3
**deport** 34:1
**deportation**
33:16,18
**depression** 8:7
**describe** 10:16
**described**
10:24
**desecrate** 47:19
**desert** 43:22,25
**deserve** 28:12
54:20 58:7
90:4
**desires** 28:11
**desk** 21:14
22:18
**despite** 35:6
**destroy** 6:15
**destroyed**
13:11 16:2
35:2 49:4
65:17

**destroying** 7:19
30:6 34:24
43:19 77:16
78:5 79:24
92:18
**detailed** 8:18
**details** 14:8
**detect** 52:6
**determination**
58:6
**determine**
25:22
**detroit** 88:9
**development**
79:8
**diabetes** 84:13
**dick** 31:19
**dictator** 60:11
67:15
**dictators** 60:11
60:18
**died** 9:19 47:21
71:18
**difference** 9:12
82:1
**different** 22:5
29:4 32:13
42:8 49:2
59:13 61:12
65:23 82:7
88:18 89:11
**differently**
26:15
**difficult** 54:3

Page 8

**[dignity - elected]**

| | | | |
|---|---|---|---|
| **dignity** 58:6 | 41:25 63:14 | 69:4 70:19,23 | **early** 28:7 |
| **diplomacy** | 87:3 88:15,20 | 71:10 72:8 | 83:21 |
| 72:21 | 88:22 | 73:12 74:17 | **east** 59:21 92:8 |
| **directly** 72:13 | **domestic** 33:18 | 75:8,15 76:8 | **eastern** 66:16 |
| **disaster** 7:2 | 40:10 87:4 | 77:13 78:18 | **eat** 67:16 |
| **discourse** 77:2 | **donald** 1:16 2:6 | 79:23 80:2,7 | **eaten** 31:4 |
| **discuss** 22:20 | 2:16 3:14,17,21 | 81:4 82:15 | **eating** 29:21,22 |
| 22:23 39:24 | 6:5 8:5,6,7,9,11 | 83:18 84:18 | 29:23,23 |
| **disdain** 38:15 | 9:4 10:13,20,23 | 85:8,12,22 87:9 | **economic** 10:14 |
| **disgrace** 45:7 | 11:4,8 12:17 | 87:18,21,22 | 10:25 36:3 |
| 54:12 60:23 | 14:2,16,25 | 89:2 91:2 | **economics** |
| **disparaged** | 16:25 19:4,19 | **donors** 53:17 | 15:12 |
| 73:3 83:24 | 20:11,22 21:15 | **door** 34:5,5 | **economies** 7:22 |
| **disparaging** | 22:19 23:24 | **double** 12:7 | 78:2 |
| 78:23 | 24:17 25:6,10 | **doubling** 43:15 | **economists** |
| **distant** 82:21 | 25:14,19 27:11 | **dr** 84:19 | 5:22 10:17 |
| **distract** 60:7 | 28:1,18,24 | **dream** 23:25 | 12:9 33:7 |
| **diverse** 40:8 | 30:17,21 31:3,8 | 79:10 | **economy** 4:6,12 |
| **divide** 60:7 | 32:11 33:23 | **dreams** 4:19 | 4:22 5:15 6:20 |
| 76:2,7 | 34:7 35:15 | 28:11 77:4,7 | 8:3 9:15,16,21 |
| **division** 77:8 | 36:25 38:16,25 | 89:20 | 10:16,21,22 |
| **divisive** 77:14 | 39:7 41:19 | **drill** 11:25 12:2 | 13:12,14,14 |
| **doctor** 19:10 | 42:12,18 44:2 | **dropped** 26:12 | 15:22 16:1 |
| **documents** | 44:25 46:1,9,16 | **drug** 34:12 | 33:5 78:5,6,11 |
| 37:16,17 | 48:17 49:1 | 84:17,19 | 87:4,14 89:22 |
| **dog** 30:22 31:4 | 50:6,13 51:2,5 | **drugs** 26:20 | **eggs** 13:9 |
| 65:1 | 51:8 52:11,15 | 27:10 | **eighth** 25:3,15 |
| **dogs** 29:21 | 53:21,25 54:10 | **duty** 72:5 | **eighty** 18:3 |
| **doing** 6:7 14:1 | 54:23 55:19 | **dying** 13:10 | **either** 58:16 |
| 15:20 17:1,6 | 56:5,12 58:12 | 53:6 64:4 | 63:14 75:19 |
| 18:18,20 49:16 | 59:10 60:8 | **dynamic** 2:18 | 86:20 |
| 59:18 73:16,18 | 61:8 62:3 63:2 | | **elect** 47:16 |
| **doj** 37:10 | 64:25 65:5,11 | **e** | 59:24 64:6 |
| **dollars** 6:12,16 | 65:15 66:4,24 | **e** 94:1 | **elected** 4:8 8:21 |
| 12:14,23 13:4,4 | 67:20,24 68:3,9 | **earlier** 33:15 | 15:9 20:12 |
| | | 67:23 | |

**[elected - faith]**

65:21
**election** 2:11
26:14 31:15
32:8 36:3
37:23 38:5
43:3,17,18 44:9
46:14 48:18,20
50:20 51:17,18
52:19 53:11,15
53:17 54:7,15
**elections** 51:22
51:23
**eliminate** 84:7
**embarrassed**
29:20 45:14
**embarrassing**
74:19
**emboldened**
62:20
**emergency**
20:1
**emissary** 68:25
**ended** 14:1,2
21:25 55:11,13
55:14 59:24
**endless** 72:3
**endorsed** 61:14
**endorsement**
31:16,19 87:12
**enemies** 38:14
70:4
**energy** 40:8
43:14,22 49:3,4
87:3,8,14 91:21

**enforcement**
36:9,11 47:20
**engages** 27:17
**english** 52:1
**ensuring** 70:11
70:12 90:3,5
**enter** 38:8
**entire** 9:25 60:5
92:12
**entirely** 2:17
**environment**
44:3 86:8
**epidemic** 8:8
**equal** 57:23
**equalize** 63:20
**equipment**
74:10
**especially**
21:19 76:7
**esper** 32:25
**essentially** 12:3
21:20 37:16
38:7
**estimated**
56:24
**europe** 55:16
61:25 63:8,12
67:11
**european** 67:2
71:5
**evening** 2:1
3:10,25
**event** 2:11
**eventually**
68:11,15

**everybody** 9:12
9:13 10:9
15:11 20:25
21:1 23:10
24:25 40:18
85:25
**everybody's**
42:6 80:4
**everyday** 5:21
**everyone's**
83:13
**evidence** 31:7
**exactly** 19:8
47:23 62:24
**excellent** 17:6
**except** 35:5
**exception** 19:12
**exceptions** 18:1
18:4
**exchanged**
60:16
**exclamation**
14:19
**excuse** 24:17
35:15 36:25
**execute** 17:9
**execution** 17:17
17:18 76:14,17
**exhausted**
36:21
**exhaustion**
28:8
**exist** 59:2
**existential**
86:10

**existing** 84:8
**expensive** 4:24
82:6,19
**experienced**
86:19
**explain** 82:2
**explode** 10:23
**expressed**
38:14
**extending** 5:2
**extent** 53:18
**extra** 49:9
**extreme** 31:14
38:4 86:19
**eyes** 67:10

**f**

**f** 65:13 94:1
**fabric** 34:25
35:2
**fact** 6:13 15:7
19:3 23:8
24:21 33:10
40:4 45:14
54:15,18 64:9
**factories** 87:9
**facts** 52:22,25
**failed** 56:8
80:22
**failing** 29:10
91:24
**fain** 87:13
**fair** 54:6
**fairness** 22:20
**faith** 19:18

Page 10

## [fake - frankly]

**fake** 37:23 39:8
  63:6
**fallen** 73:4
**falsely** 50:21
**familiar** 42:15
**families** 5:1,3,5
  5:24 27:5
  76:11 79:5
  89:23
**family** 12:13
  24:1 32:20
**fan** 43:24
**fani** 37:10
**far** 4:25 21:9
  30:1,1 33:10,12
  48:11 57:13
  58:19
**fast** 7:22 59:23
**faster** 74:6
**father** 41:21,22
**father's** 15:11
**favor** 21:10
  67:14 70:4
**favors** 60:21
**fbi** 35:12,16
**feared** 55:18
**february** 94:17
**federal** 18:17
  23:9 36:10
**fella** 69:21
**felony** 36:12
**felt** 81:18
**fentanyl** 27:4,7
**fertilization**
  24:20 25:1

**fictional** 28:4
**fifteen** 26:25
**fight** 67:8 86:12
**fighting** 73:17
  90:6
**figure** 74:1
**filed** 40:19
**final** 3:9
**finally** 6:9
**finance** 11:10
**find** 31:8
**fine** 17:17 48:3
**fingers** 76:25
**finish** 11:17
  33:9 43:5
  74:11
**finished** 65:13
**fire** 32:16,24
  33:4,6 57:17
**fired** 32:13,15
  32:16,21 33:1
  54:1
**first** 2:13 6:5
  14:25 18:6
  28:13,24 40:16
  40:24 41:19
  56:7 66:1
  70:17 71:15
  72:6 76:18
  79:6,12 81:1
  83:5 84:16
  90:20
**five** 18:3 43:11
  43:11 69:23
  76:14,16 77:20

**fix** 91:7
**fixing** 27:15,21
**flan** 80:3
**flank** 66:16
**flattery** 60:21
  70:14
**fleeting** 79:10
**floor** 84:3
**florida** 16:14
**flow** 27:4
**focus** 41:2
  50:16,18 90:22
**focused** 89:12
  89:13
**focusing** 14:8,9
  14:10,12
**folks** 27:1,12
  89:25
**follow** 3:1
  48:24
**followed** 2:15
**food** 12:12
  30:23
**force** 66:9
  73:17 90:6
**forced** 20:6
  63:20
**foregoing** 94:3
**foreign** 12:5
  40:9,12 60:10
**forever** 42:4
**forget** 83:21
  84:2
**form** 35:8

**formally** 31:17
**former** 1:15
  8:20 25:20
  27:19 31:19,21
  31:24 32:1,3
  36:9 38:7
  47:11,22 48:6
  66:1 72:22
  80:14 83:10
  86:16
**forward** 4:1
  36:14 46:13
  79:17 89:18
**fossil** 43:20
  91:17
**fought** 85:13
**found** 36:4
  37:15
**foundations**
  48:15
**four** 4:8,11,13
  11:19,20 12:14
  15:5 31:24
  43:11 58:17
  71:24 83:6
  84:15 87:2
**frack** 91:16
**fracking** 39:14
  40:1,3,3,7 42:2
  43:2,3 80:8
  83:12
**fraction** 41:23
  41:24
**frankly** 36:21

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[fraud - great]**

| | | | |
|---|---|---|---|
| **fraud** 35:19,21 52:14 | **generals** 32:21 | 81:20 86:23 | 11:16 12:8 |
| **fraudulent** 35:6 51:19 | **generation** 78:19 | 88:13 91:10,11 | 30:24 32:25 |
| **free** 22:12 54:6 66:23 | **generous** 6:25 | **goes** 20:23 69:8 | 33:8 44:3 |
| **freedom** 20:17 24:15 | **genius** 17:23 | **going** 6:8 7:10 | 51:21 59:3 |
| **freedoms** 20:17 90:8 | **gentleman** 78:9 | 7:16,25 8:14,16 | 63:23 64:14 |
| **friend** 40:25 76:23 | **georgia** 52:23 | 8:18 9:9,14 | 74:4,4 78:6 |
| **friends** 70:4 | **germany** 55:16 61:24 91:19 | 11:13,14 12:18 | 81:6,17,19,22 |
| **friendship** 67:15 | **getting** 23:1,3 | 12:18,19 13:3 | 81:22 82:3,12 |
| **front** 52:10 | 26:6 43:8 63:6 | 15:6,7 16:17 | 93:3 |
| **fuel** 43:20 91:17 | 63:9 64:18 | 18:6 19:2 | **goods** 5:21 |
| **full** 76:13,16 | 72:15 74:5 | 21:21,24 23:6 | **gotten** 20:25 |
| **fullest** 53:18 | **give** 5:12 6:3 | 26:1 27:22,24 | 51:15 61:16 |
| **fully** 47:4 | 9:2 10:2,3 | 27:25 29:12,12 | 71:11 |
| **fun** 3:18 | 18:20 23:14 | 29:18 34:5,15 | **government** |
| **fundamental** 90:8 | 32:9 35:14 | 34:23 38:19 | 18:18 19:19 |
| **further** 62:21 | 46:25 54:21 | 39:23 40:21 | 20:19 23:9 |
| **future** 10:19 48:22 82:22 89:13 | 56:2 57:25 | 43:6,9 45:18 | 39:15 72:13 |
| | 66:6 67:13 | 46:3,4,7,19,22 | 83:1 85:25 |
| | 68:1 79:2 | 48:9 54:7 55:9 | 90:10 |
| **g** | **given** 5:4 34:19 | 55:15 56:13 | **governor** 17:4 |
| | 41:20,23 88:4 | 58:19 59:7,21 | 17:5,6,7 25:20 |
| **gas** 12:12 87:4 | **giving** 14:21 | 61:24 62:12 | 25:21,21 |
| **gasoline** 43:16 | 89:25 | 63:15 69:20 | **gowns** 9:25 |
| **gaza** 58:4,11 | **go** 11:15 13:8 | 71:8 73:23,25 | **graciously** |
| **general** 31:24 37:11 70:24 90:13 | 20:3 21:17 | 77:3,17 78:3,3 | 32:14 |
| | 23:7 24:6 29:1 | 80:17,23 81:8,8 | **grandmother** |
| | 29:2,3,13 30:2 | 81:17 82:5,9 | 77:6 |
| | 37:14 43:10,16 | 84:18 85:15 | **grandparent** |
| | 43:18,20,21 | 87:10,24 88:3,5 | 84:13 |
| | 44:22 48:8,9,21 | 89:15 91:3,4,4 | **great** 8:7 9:15 |
| | 48:22 49:9,20 | 91:16,16,17,18 | 10:4 11:12 |
| | 49:21,23 58:25 | 92:7,7,8,9 | 13:14 16:13 |
| | 60:14 61:21 | **goldman** 10:19 | 18:18,20 30:4,5 |
| | | **good** 2:1 3:16 | 41:22 81:17 |
| | | 3:25 9:11 | 82:6 83:23 |

Page 12

**[great - history]**

| | | | |
|---|---|---|---|
| 84:2 | **handed** 9:21 | 25:17 26:5,17 | **heard** 13:17 |
| **greatest** 7:22 | 40:18 | 28:15 31:10,13 | 31:12 53:8 |
| 9:16 34:21 | **handled** 32:23 | 35:14,24,25 | 67:18 89:11 |
| 67:5 78:2 | **hannibal** 28:4 | 36:23 38:1,3,21 | **hearing** 82:21 |
| **grew** 40:14 | **hannity** 49:8 | 38:23 39:12,22 | **heart** 17:23 |
| **grievances** 8:17 | **happen** 16:1 | 42:10,16 47:12 | **heh** 60:3 |
| **groceries** 36:20 | 87:22 | 47:14 53:8,25 | **held** 19:18 |
| **grossly** 61:19 | **happened** | 56:19 57:5 | 56:18 |
| **grounded** 41:4 | 18:12,12 27:11 | 60:1,3 61:2,3,6 | **hell** 60:13 |
| **group** 9:9 45:7 | 29:10 37:7,17 | 65:19,25 67:17 | 64:11 |
| **grow** 83:8 | 37:21 43:16 | 68:7 69:16,18 | **help** 14:3 27:1 |
| **growing** 87:16 | 47:4,6 59:9,22 | 71:22 73:8 | 79:6,11 |
| **guard** 33:20 | 61:17 64:9 | 75:1,21,23 77:9 | **helped** 5:9 |
| 47:1 | 66:7 75:3 | 78:15 79:18 | **hero** 84:1 |
| **guardrails** | 87:18 92:5 | 80:13,18 82:23 | **hezbollah** |
| 38:17 | **happening** 7:11 | 83:4 85:7 86:9 | 59:12 |
| **guess** 9:11 | 7:12 23:22,24 | 86:13,15 87:19 | **high** 26:8 40:25 |
| **guilty** 37:16 | 24:2 29:16,25 | 89:8,10 90:25 | **higher** 7:1 9:22 |
| 77:21,21,23,24 | 35:9 59:20 | **hat** 15:8 | 12:12,15,18,19 |
| **gun** 80:4 83:14 | 63:18 | **hate** 16:4 48:2 | 15:18 34:3,8 |
| **guns** 26:20 | **happens** 19:16 | 60:2 77:8 | 43:12 |
| 27:10 43:2 | **happier** 68:10 | **hates** 56:3 | **highest** 7:20 |
| 83:13,14 | **hard** 40:15 | 58:21 59:1,5,6 | 13:6,23 61:5 |
| **guy** 32:25 | 79:4 85:24 | **he'll** 68:16 | **hill** 71:17 |
| **guys** 43:10 | 89:25 | **head** 39:2 71:2 | **hispanics** 7:9 |
| | **harder** 39:18 | 73:21,21 | **historic** 62:8,11 |
| **h** | **harmed** 30:14 | **heading** 55:16 | 87:5 89:5 |
| **half** 13:2 29:11 | **harris** 1:15 2:5 | **health** 8:8 | **history** 6:24 |
| 50:19 62:14 | 2:13 3:10,14,15 | 19:11 20:2 | 7:23 13:6,24 |
| **hall** 3:5 | 3:16,19 4:7,14 | 24:7 81:5 | 16:11 29:8 |
| **hamas** 56:17 | 8:3,4 10:10,12 | 82:10 83:1,6 | 33:10,12,19 |
| 57:7 58:9 | 12:11 13:16,21 | 85:1 | 34:21 40:11 |
| 59:12 | 16:21 19:1 | **hear** 8:16,18 | 69:7,9 74:20 |
| **hand** 5:15 19:4 | 20:21 23:13,17 | 19:2 28:9,10 | 77:14 78:2 |
| 27:19 | 24:16 25:5,8,12 | 32:12 69:20 | 83:17 92:19 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[hit - innocent]**

| | | | |
|---|---|---|---|
| **hit** 9:17 | **houthis** 59:20 | 33:14 50:15 | **incompetent** |
| **hoax** 86:17 | **human** 26:20 | **immoral** 19:17 | 61:19,20 74:22 |
| **home** 16:14 | 27:10 65:16 | **immune** 38:8 | **incompetently** |
| 40:16,17,22 | **humanitarian** | **impeached** | 32:22 |
| 44:22 79:12 | 56:21 | 47:23 | **incorrect** 6:6 |
| 86:20,23 | **hundred** 26:25 | **implementing** | **increase** 11:1 |
| **homes** 4:23 | 57:8 | 8:20 | 40:10,22,23 |
| 40:23,23 | **hundreds** | **importance** | **increased** 87:4 |
| **honestly** 75:24 | 12:22 13:4 | 8:23 40:17 | **incredible** 29:7 |
| **honor** 3:23 | 63:13 | 41:4 61:4 | 61:16 71:12 |
| 72:20 | **hungary** 55:2 | 66:12 67:5 | **independence** |
| **honoring** 71:17 | **hurt** 77:22 | 72:20 | 67:9 |
| **hope** 59:4 | **husband** 20:4 | **important** 18:4 | **independent** |
| 61:14 | **hyde** 94:2 | 26:3 36:8,13,14 | 66:23 |
| **hopes** 8:14 | **i** | 41:9 43:5 | **indicted** 47:23 |
| 89:20 | **idea** 22:8 64:15 | 58:23 66:1,11 | **indiscernible** |
| **horrible** 17:13 | 64:16 78:5 | 85:11 86:5 | 68:8 |
| 59:14 69:10 | 92:7 | **imports** 12:6 | **individual** |
| 78:11 88:12 | **ideas** 5:25 9:10 | **imposed** 26:10 | 18:16 76:12,17 |
| **horribly** 42:6 | 79:4 | **imposing** 12:7 | **individuals** |
| 57:10 | **identity** 75:6 | **impossible** | 30:15 |
| **hostages** 56:17 | **illegal** 26:8 | 21:18 | **ineffective** 62:1 |
| 56:25 57:18 | 42:24 51:24 | **improve** 14:4 | **inflation** 6:19 |
| 58:10 | **imagine** 4:20 | 85:18 | 6:20,22 11:1 |
| **hour** 67:19 | 52:18 72:9 | **incest** 18:1 | 13:5,5,6 33:6 |
| 70:17 71:15 | **immediately** | 19:13 20:6 | 40:5 78:10,11 |
| **hours** 44:21 | 13:1 43:10 | **incited** 47:18 | **ingraham** 49:7 |
| 62:22 66:5 | 57:16 86:2 | **include** 35:17 | **inherited** 81:9 |
| 83:22 | **immigrant** | 35:18 53:19 | **initially** 16:16 |
| **house** 21:21 | 30:15 | **included** 83:2 | **injured** 30:14 |
| 38:9,17 73:25 | **immigrants** | **includes** 87:14 | 47:21 |
| 91:11 | 34:2 51:24 | 87:16 89:18 | **innocent** 56:23 |
| **housing** 4:24 | **immigration** | **including** 26:22 | 57:14 58:11 |
| 4:24 36:17 | 8:1 15:24,25 | 31:18 61:4 | 76:15 |
| | 26:2 27:22 | 77:18 90:5,8 | |

Page 14

**[innovation - kid]**

**innovation** 79:4
**insane** 7:6 16:3
**inside** 31:21
**institutions** 7:6
**insulin** 84:21
**insulting** 23:22
**insurance**
   82:25 83:3
   84:7,11 85:18
   85:19,23 86:1
   86:21
**integrity** 66:13
**intelligence**
   66:14
**intend** 5:2 8:12
   41:16 89:21
   90:21
**intended** 19:8
**intends** 8:20
**intention** 19:6
**interest** 62:19
   65:12
**interested** 11:6
**interesting** 28:2
**interests** 65:9
**interference**
   36:3
**international**
   56:21 66:11
   69:25
**intimate** 3:6
**intimidate**
   53:22
**invaded** 66:9

**invasion** 69:12
**invest** 40:8 77:3
**invested** 87:3,7
**investigated**
   76:10
**investigation**
   39:8
**investing** 14:10
   87:14 89:22
   90:23
**invests** 77:8
**invite** 11:2,4
   27:25 72:21
**invited** 13:25
   72:18,23
**involved** 37:10
   72:15 73:15,20
**iran** 58:2,2
   59:9,10,11
**isolated** 47:24
**israel** 56:17,19
   56:22 57:11,23
   57:25 58:3,20
   58:21 59:1,2,5
   59:8,8 60:2,5
**israeli** 57:23
   60:6
**israelis** 57:8
**issue** 4:4,5 16:8
   16:22 18:7,10
   21:5,11 24:13
   26:3 36:7
   50:16 85:11
   86:4,25 87:1

**issues** 11:4 32:6
   44:6 62:6
**it'll** 12:12
**ivf** 24:1,19,20
   24:22 25:1

**j**

**j** 50:14
**j.d.** 22:16,20,20
   38:19
**jacked** 86:21
**jail** 20:3 42:22
**jails** 7:6
**january** 44:13
   47:15 48:8
**javelins** 66:21
**jesse** 49:8
**jewish** 59:8
**job** 9:20 10:4
   17:6 27:3
   32:15,24 33:4
   45:17 47:9
**jobs** 7:8 10:5,6
   10:6 11:16
   24:3 35:20
   47:7 71:12
   87:6,10,11,23
   91:8
**joe** 37:15 66:2
   71:25 78:17
**john** 31:18
   83:23 84:2
   85:13
**joining** 2:2
**jong** 60:17

**judge** 52:11
**judges** 52:10
**july** 2:14
**june** 2:16 26:9
**justice** 37:8
   38:2,13
**justices** 17:24
   18:21

**k**

**kamala** 1:15
   2:5,13 3:13,15
   3:15,19 4:14
   8:4 10:12
   13:21 19:1
   23:17 25:5,8,12
   25:17 26:17
   31:13 35:25
   38:3 39:22
   42:10,16 47:14
   53:25 57:5
   60:3 61:3
   65:25 68:7
   69:18 71:22
   75:23 78:15
   80:13 83:4
   85:7 86:15
   89:10
**kansas** 18:13
**keep** 13:19
   80:23
**kept** 85:15
**keystone** 61:21
**kid** 4:15 40:14
   64:19

Page 15

**[kill - linsey]**

| | | | |
|---|---|---|---|
| **kill** 16:9 18:23 27:13 28:21 34:15 61:21 88:8 | 75:1,15,16 76:3 76:4 78:9 83:17 85:16 86:17,24 87:13 88:13 89:16 92:2 | **laura** 49:7 | **legal** 18:8,23 21:2 94:12 |

**kill** 16:9 18:23
27:13 28:21
34:15 61:21
88:8
**killed** 32:18,19
42:20 45:4
57:14 58:18
63:4 74:2
77:22
**killing** 45:10
50:14 58:11
73:14,17
**kim** 60:17
**kind** 32:5,13
69:5 76:6
79:13 90:18
**know** 4:23,25
6:12 8:13 9:5
10:9 11:4 12:9
12:24 14:20
15:23 17:2
21:23 24:25
26:2,7,11 27:5
27:11,13 31:14
31:21 32:19
34:2,15,17
35:12 38:18,19
39:19 44:11
46:21,22 51:9
52:1,9 53:1
56:2 57:15
58:15 59:15
63:21,22 64:21
64:22 65:2,6
68:11 73:19

75:1,15,16 76:3
76:4 78:9
83:17 85:16
86:17,24 87:13
88:13 89:16
92:2
**knowing** 5:13
8:24 40:18
77:5
**known** 6:21
60:8,10,12,14
60:16,18 67:6
67:15 75:4
80:21
**knows** 6:7 9:5
9:13,13 15:11
24:25 45:17
60:6
**korea** 55:9,10
**kyiv** 66:25
67:10

**l**

**lacking** 14:20
**land** 76:9,9
**landslide** 50:22
**language** 77:6
**largest** 5:3
33:18 40:10
**late** 83:23 84:1
**latino** 76:15
**laugh** 92:2
**laughed** 92:1,4
**laughing** 42:6,7
54:9

**laura** 49:7
**laureates** 10:24
**law** 20:11 36:8
36:9,10 47:20
48:14 53:19
56:21
**lawyers** 53:20
**lead** 64:18
**leader** 24:19,20
24:24 25:1
27:17 41:13,13
69:25 70:1
76:24 92:6
**leaders** 54:9,11
54:24 60:22
61:17 72:22
92:3
**leadership**
78:19
**leading** 50:23
**leads** 54:16
**learned** 41:22
**leases** 40:6
**leave** 29:6
49:19 56:8
91:10
**leaving** 28:7
29:1 87:24
**lecter** 28:5
**ledanski** 94:2
**left** 6:17 8:6,6,8
8:9 42:25
64:10,10,11,13
69:11 74:7,8,9

**legal** 18:8,23
21:2 94:12
**legislature**
24:23
**legislatures**
51:13
**lethal** 90:6
**letters** 60:17
**level** 7:20 12:10
73:1
**levels** 35:10
87:5
**liable** 36:4
**liberal** 18:9,13
18:14,14 42:25
**lie** 20:23 21:9
24:18,18 42:17
**lies** 8:17 19:2
69:20 76:18
**life** 16:11 18:1
19:12 60:5
79:6
**lifting** 4:17
41:11,15
**light** 29:5
**likes** 68:18
**liking** 48:20
**line** 39:18
**linsey** 1:16 2:9
2:9 3:8,25 16:6
16:7 18:22
20:20 21:13
22:15 23:13
24:16 25:24
38:22,23 39:11

Page 16

**[linsey - meet]**

| | | | |
|---|---|---|---|
| 39:12 41:17 44:1,5,8 56:16 58:8 60:1 61:2 61:6 62:2,5 77:10,11 78:14 79:21 80:5,11 80:17 82:13,23 83:9 85:6,10,21 86:3 87:19 88:25 90:25 92:21,24 | 25:20 29:16 33:5,5,5 34:4 51:11,12 52:21 55:9,17 59:19 59:20 63:7,17 70:3 73:13 83:17 | **lunch** 67:16 **lying** 83:15 | **manufacturing** 87:6,10,11,17 87:23 88:11 **march** 44:14 **market** 9:22 |
| **listen** 32:5 | **looked** 52:12 | **m** | **marxist** 15:10 15:11,12 |
| **lists** 53:17 | **looking** 4:1 | **madam** 18:24 | **masks** 9:25 |
| **little** 21:4 51:1 56:2 | 11:7 82:7 | **made** 9:24 20:19 35:7 | **massive** 88:2 |
| **live** 29:24 | **lose** 53:11 54:15 | 37:14 39:25 40:2 61:23 | **mate** 22:16 |
| **lives** 63:3 65:17 86:18 | **losing** 86:23 | 64:1 71:7 78:11 83:11,11 | **matter** 21:11 23:6 53:2 |
| **living** 4:6 50:19 90:1 | **lost** 22:10 29:10 50:20,24 51:4 | 85:12,24 87:15 | **matters** 56:20 57:13 |
| **liz** 31:20 | 51:10 52:7,21 53:10 54:15 | **maga** 15:8 | **mayor** 46:20,21 47:6 77:19 |
| **loans** 21:25 22:1,12,25 23:2 | 68:4 74:6 87:10,23 | **maintain** 83:7 | 88:21 |
| 23:3,4 | **lot** 10:3 11:16 | **majority** 24:10 76:4 | **mccain** 31:18 83:24 84:2 |
| **local** 33:23 34:1 | 15:18 20:4 23:4 27:23 | **make** 10:20 11:14 15:2 | 85:13 |
| **long** 5:4 41:7 53:19 80:20 | 29:19 39:10 41:22 44:6 | 19:9,12,15 20:17 24:11 | **mean** 12:12 38:16 67:1 |
| **longer** 17:18 67:4 | 49:21 51:23 56:15 62:4,6 | 30:4,5 31:22 46:17 50:25 | 75:24 |
| **look** 6:19 7:13 7:14 10:14 | 73:14 77:18 81:22 92:13 | 52:7 58:23 75:10 81:15,16 | **means** 14:8 19:14 86:22 |
| 11:3,9,22 13:12 14:18 15:13,14 | **lotta** 29:17 | 82:2,3 90:9 91:18 | **meant** 61:15 |
| 15:20 17:4 18:7 22:4,23 | **lousy** 81:5 | **makes** 9:11 | **measure** 41:13 57:23 |
| | **love** 5:11 8:5 52:22 60:16 | **making** 14:6 57:2 | **medical** 85:19 |
| | **lower** 11:21 | **man** 55:1,21 | **medicare** 41:6 84:16,19 |
| | **loyal** 88:19 | **manager** 30:12 30:24 31:2,7 | **medication** 12:13 84:23 |
| | | **mandatory** 39:15 | **meet** 58:22 69:22 77:1 |
| | | **manipulate** 60:20 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[meeting - muir]**

**meeting** 2:10
**member** 72:4
**members** 19:5
  26:22 38:15
  73:4
**men** 54:25 68:5
**mental** 7:6
**mentioned**
  15:23 23:19
**mentions** 58:20
**mess** 8:11
**message** 44:21
**met** 3:7 66:8,13
  69:16,23
**mexico** 87:25
**microphones**
  3:2
**middle** 4:15,17
  5:24 6:1 7:3
  11:1 40:14
  59:21 92:8
**migrant** 35:9
**migration** 26:7
**mike** 74:3
**military** 10:3
  14:4 33:22
  38:15 54:10
  60:22 61:5
  67:6 72:4 73:4
  74:10 90:5
  92:12
**militia** 48:5
**million** 9:18
  15:17 34:2
  40:19,23,23

41:20 51:14
54:1 55:24,25
56:6 72:2
88:20,22
**millions** 7:4
  15:15,15 22:10
  22:10 29:15,15
  34:9 35:3
  49:15 58:18
  63:4,5 64:17
  88:14 92:16
**mind** 22:21
  42:14
**mine** 10:21
**mineola** 94:15
**minister** 55:2
  57:1
**minneapolis**
  42:21 46:4
**minnesota**
  42:12,19
**minute** 2:25 9:3
  32:10 42:13
  54:21 68:2
  86:13
**minutes** 2:20
  2:23,25 6:4
**miscarriage**
  19:25
**miscarriages**
  20:15
**misconduct**
  38:8
**mistake** 85:13

**mistakes** 34:21
**mitt** 31:18
**mob** 47:18,25
**moderated**
  1:16
**modernize** 14:4
**moment** 44:13
  62:10 65:20
  71:16 74:19
  89:6
**moments** 2:6
**money** 6:14
  11:16 42:21
  59:12,15,17,19
  62:4 82:10
  85:17,24 88:16
  88:17
**monitor** 20:14
**monitoring**
  20:15
**month** 5:22
  16:12 17:3,16
  25:3,3,4,15,15
  25:16 61:11
  80:25 84:21
  87:24
**monthly** 15:16
**months** 2:12
  26:14 37:19
  55:22 56:23
  74:2 86:1
**morning** 83:22
**moscow** 68:4,6
  68:10

**moscow's** 88:21
**mother** 5:8,10
  18:2 40:15
**mothers** 57:15
**move** 36:14
  46:13 62:21
  70:21 74:16,24
  79:17,22 80:18
  85:10
**muir** 2:1,2,19
  3:12,22 4:3 6:3
  7:25 9:2 10:10
  11:24 13:16
  14:23 16:5
  26:1 28:15,20
  30:10,19,25
  31:6,10 32:9
  33:13,25 35:11
  35:22 36:23
  37:24 38:21
  39:6,10 44:8
  45:25 46:8,11
  47:10 48:24
  50:5,12,15 51:3
  51:7 52:5,13
  53:7 54:21
  56:4,11,14 62:7
  64:24 65:4,7,14
  65:18 67:17,22
  68:1 69:3,13
  70:15,21 71:9
  71:14 73:8
  74:16,23 75:13
  75:21 77:9
  78:13 79:18,25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[muir - oil]

89:3 92:25,25
**muire** 1:17
**multiple** 80:16

**n**

**n** 94:1
**name** 8:17
41:12 79:16
**nancy** 46:19
47:2,6,8
**nation** 29:10
32:3 53:5,6
59:18 61:11
91:25,25 92:6
**nation's** 6:24
47:19,19
**national** 3:5
12:4 20:12,14
21:14 32:1
33:20 36:2
47:1 60:9,25
61:10 62:9
72:10 92:23
**nations** 71:5
**nato** 63:12 67:3
67:7 71:3,4,6
**nato's** 66:16
**ne** 28:11,12
**nearly** 12:14
56:25
**need** 5:1 14:12
16:18 27:17
36:17 43:22
49:25 51:19,19
51:20 55:5
57:17,18 80:15

80:15 83:7,9
86:2 90:19
**needs** 24:7
28:11 36:16
**negative** 24:21
**negotiate** 58:9
65:15 68:20,25
69:11,15 84:17
84:19
**negotiated** 72:8
72:13 74:3
**negotiating**
64:13
**negotiation**
64:14 72:15
**negotiations**
73:10
**negotiator**
69:10
**neighbor** 76:23
**netanyahu** 57:1
58:9,22
**never** 3:7 6:13
13:7 21:18
22:24 23:5
32:4,15 33:4
35:1 37:7,21
43:2 45:6 47:5
51:18 58:13,14
58:15 59:9,22
64:9 68:24
71:2,3,11 77:15
81:17 82:5
83:21 84:2,20
90:16

**new** 2:18 15:19
26:10 35:8
37:11,12 40:6
74:10 76:13
78:19 87:6
89:18,23
**news** 1:17 2:3
30:12 53:3
62:8,11 89:5
92:22 93:2
**newspaper**
49:11
**nice** 3:17
**night** 84:3 89:5
93:3
**nine** 56:23 81:1
**ninth** 17:3,16
25:3,16
**nobel** 10:24
**nobody's** 9:23
**nord** 55:11
61:23
**normal** 91:21
**norms** 66:11
70:1
**north** 55:8,10
**notes** 3:3
**notice** 28:6
**notion** 38:1
**november** 36:5
**nuclear** 68:13
68:14 92:11
**number** 4:5 9:4
13:19 21:17
34:3 35:20

75:2 85:13
86:5
**numbers** 26:11
63:6,7
**nurse** 19:10
**ny** 94:15

**o**

**o** 94:1
**obamacare**
80:22,23 81:4,9
81:14 82:10
85:14,17
**obligation**
81:18
**occupied** 7:8
**occurrences**
86:20
**oct** 57:6
**offer** 78:19
**offering** 10:15
79:11
**office** 44:19
50:7 56:1
**officer** 45:6
**officers** 28:23
44:17 47:21
**officials** 53:17
**oh** 11:20 37:13
37:18 51:9
64:13
**ohio** 7:14 18:13
30:11
**oil** 40:9,10,12
43:6,19 78:6

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[okay - people]**

**okay** 17:19,19
42:6 54:23
56:9 63:24
75:12,19,19
90:18
**old** 8:16 20:5
36:15,22 53:3
94:13
**one's** 20:18
**ones** 37:14 61:9
81:24,24,25
**open** 9:13
**opened** 40:6
**opening** 87:8
87:17
**openly** 38:10
38:14
**operation**
33:18 86:2
**operations**
42:24
**opinion** 43:5
69:6 74:19
**opponent** 4:9
5:15,19 37:2
75:7
**opportunity**
4:22 10:16
89:22
**opposed** 79:15
**optimism** 78:21
**option** 83:3
**options** 82:20
83:7

**orban** 54:24
55:17
**order** 58:10
**organization**
57:7 72:14
**organizations**
26:19 27:9
**origins** 14:21
**outcome** 48:17
48:20
**oval** 44:19
**overall** 35:12
**overtime** 27:2
**own** 20:18
24:11 36:5
59:6 90:9
**owned** 76:9,10
88:1
**owner** 5:11
**owners** 83:14
**ownership**
40:18

**p**

**page** 36:15
48:10,21 76:13
76:16 79:17
**paid** 62:3 63:12
88:14
**palestinians**
56:24 57:14,24
58:5
**pandemic** 9:17
9:18,20,23 10:5
**parents** 32:20

**park** 76:15
77:20
**parking** 20:4
**part** 5:14 22:9
87:13
**particular**
20:17 39:25
58:1 86:6
**party** 58:25
59:1
**passed** 12:10
**passes** 20:8
**passion** 5:7
**past** 26:9 48:23
50:22 54:5
85:8 89:14
**pathetic** 55:21
**patriotically**
45:2,3
**patrol** 50:10
**pay** 6:9 22:11
63:14 71:1,6,7
88:22
**paying** 6:1
12:22 29:3
71:4 72:2,2
85:23
**payment** 79:11
79:12
**peace** 68:20
**peaceful** 44:10
**peacefully** 45:1
45:3
**pelosi** 46:20
47:2,6,8,11

**pennsylvania**
40:1 43:3,4
52:24 67:13
80:8
**people** 4:18,20
4:25 6:1,23 7:3
7:5,17 8:14,22
9:9,19 10:2,15
11:15 13:8,10
15:15,17,17,21
18:11,15,17
19:24 20:16
22:11 23:3,4,11
24:2,9,14,22
27:16 28:7,25
29:1,2,5,8,15
29:22,24 30:18
30:21 31:4,5,23
32:7,14,18,21
33:7 34:11
35:3 36:16,21
38:20 41:11,12
41:15,15 42:1
42:20 45:8,9,10
45:18,19 46:2,3
46:7 48:1,3
49:8,15 50:14
50:14 51:17
52:2 53:16
54:1,19 57:9,23
58:18,19 59:8
60:6 61:12
63:4,17 64:17
68:12 70:9
73:19 74:18

Page 20

**[people - pray]**

| | | | |
|---|---|---|---|
| 76:3,20 77:1,4 | **philosophies** | **plans** 10:18 | **policy** 14:5 |
| 77:18 78:23 | 15:2 | 79:1,2 82:8 | 15:4 16:2,3 |
| 79:9,14 81:21 | **philosophy** | **plant** 43:23 | 39:20 60:10 |
| 81:21,22,23 | 15:7,8 | **plants** 87:17,25 | 78:7 79:19,20 |
| 82:6,9 83:18 | **phone** 27:12 | 88:2 91:21 | 79:25 |
| 84:8,9,18,25 | 64:1 | **platter** 40:19 | **polish** 67:12 |
| 85:18,22 86:25 | **phrase** 30:5 | **playbook** 8:16 | **political** 37:2 |
| 88:4,13 89:16 | **pick** 17:13,14 | 36:22 | 38:13 |
| 89:21 90:15,24 | 17:15 | **played** 44:16 | **politically** |
| 91:15 92:14,16 | **picture** 73:25 | 71:21 | 81:19 |
| **people's** 77:5 | 75:4 | **playing** 64:19 | **politics** 29:8 |
| **percent** 5:21 | **pieces** 52:6 | **please** 42:14 | 74:24 |
| 6:24 7:1 12:8 | **pipeline** 55:12 | 68:1,9 77:2 | **poll** 13:12 |
| 13:13 18:3 | 55:13,14,15,17 | 80:1 | **polls** 13:13 |
| **percentage** | 61:21,23 | **pled** 77:20,21 | **pompeo** 74:3 |
| 46:6 | **place** 13:20 | 77:23,24 | **poor** 33:4 |
| **perfect** 49:10 | 20:8 38:6 | **pledge** 8:25 | **population** |
| **period** 13:8 | 48:11 59:7 | 20:7 28:14 | 59:6 82:9 |
| 73:13 | 72:19,20 88:10 | **podium** 3:11 | **pose** 58:3 |
| **person** 4:16 | **places** 6:17 | **poignant** 71:16 | **position** 16:23 |
| 26:18 32:13,16 | **plan** 4:17,21 | **point** 14:19 | 40:7 62:16 |
| 36:7 52:19 | 5:12,16,19 8:19 | 28:16 39:24 | 83:11 |
| 55:1,19 77:22 | 10:13,14,20,23 | 48:17 52:8 | **positions** 39:20 |
| 77:22,24 | 10:25 11:5,12 | 64:14 73:2 | **possible** 10:1 |
| **personal** 70:14 | 11:12,12,13,18 | 76:25 83:10 | 21:7 35:10 |
| **personally** 27:6 | 11:19,21,22,23 | 87:8 | 78:21 |
| **perspective** | 12:3,7 17:1 | **pointed** 12:5 | **post** 53:14 |
| 41:11 | 36:18 78:25 | **poland** 66:16 | **pour** 45:11 |
| **pets** 29:23 | 79:2,5,8 80:2,3 | 67:11 | **pouring** 7:5 |
| 30:14 | 80:7,9 81:2,13 | **police** 33:24 | 15:15,19 45:9 |
| **phenomenal** | 82:8,14,16 83:2 | 34:1 42:4,9 | **power** 44:10 |
| 9:20 50:10 | 83:3 84:5 85:3 | 45:5 80:3 | 92:11 |
| **philadelphia** | 89:19 | **policies** 5:25 | **practically** 52:2 |
| 62:10 89:6 | **plane** 24:5 | 15:3 42:8 78:6 | **pray** 23:25 |
| 92:23 | | | |

[pre - probably]

| | | | |
|---|---|---|---|
| **pre**  84:8 | 25:10,12,14,17 | 61:3,6,8 62:2,3 | **presidential** |
| **predictions** | 25:19,24 26:5,5 | 62:15 63:2,24 | 1:14 2:3 17:13 |
| 59:4 | 26:10,16,17 | 64:5,6,20,22,23 | 17:15 54:13 |
| **predominates** | 27:19 28:13,15 | 64:25 65:2,3,4 | 62:8,12 89:5 |
| 17:11 | 28:16,18,24 | 65:5,11,15,19 | 92:22 |
| **prefer**  27:14,20 | 30:7,17,21 31:3 | 65:24,25 66:2 | **presidents** |
| **pregnancies** | 31:8,10,13,17 | 66:13,24 67:4 | 71:25 |
| 20:15 | 31:19,22 32:9 | 67:17,20,24 | **pretty**  56:13 |
| **pregnancy** | 32:11 33:11,11 | 68:3,7,9 69:3,4 | 59:3 |
| 19:25 20:6 | 33:16,17,23 | 69:7,8,13,16,18 | **prevent**  58:10 |
| 23:21 | 34:7 35:11,14 | 69:22 70:7,9,19 | **previous**  17:5 |
| **pregnant**  19:24 | 35:15,22,23,25 | 70:23 71:9,10 | 83:10 |
| **prescription** | 36:10,23,25 | 71:19,22,23 | **prewritten**  3:3 |
| 84:23 | 37:24 38:1,3,7 | 72:8,18,23,23 | **price**  36:20 |
| **preserve**  67:7 | 38:21,23,24,25 | 72:25 73:8,9,12 | **prices**  12:12,15 |
| **presidency** | 39:6,7,12,13,22 | 74:17,23,25 | 12:18,19 43:9 |
| 14:2 77:14 | 40:4 41:10,16 | 75:1,8,15,21,23 | 43:14 84:17,19 |
| **president**  1:15 | 41:17,19 42:10 | 75:25 76:19 | **prime**  55:2 |
| 1:16 2:5,6,8,12 | 42:12,16,18 | 77:7,9,11,13 | 57:1 |
| 2:14,16 3:8,10 | 44:1,2,5,12,13 | 78:13,15 79:18 | **principles** |
| 3:13,14,15,17 | 44:25 46:1,9,11 | 79:21,22,23 | 70:13 |
| 3:19,21 4:7,8 | 46:16 47:11,12 | 80:2,5,7,11,12 | **prison**  19:11 |
| 4:14 6:3,5 8:2 | 47:14,16,17,22 | 80:13,14,18,20 | 42:25 53:19 |
| 8:4,20,22 9:1,2 | 48:2,5,6 49:1 | 81:4,16 82:15 | **prisons**  7:5 |
| 9:4 10:10,12 | 50:2,6,12,13,19 | 82:16,23 83:4,6 | **private**  40:22 |
| 11:8,24 12:1,11 | 51:2,5,8,15 | 83:10,19 84:14 | 82:25 83:2,6 |
| 12:17,22 13:16 | 52:11,15,20 | 84:22,24 85:7 | 85:18,18,25 |
| 13:18,21 14:17 | 53:7,8,8,11,14 | 85:12,21,22 | **privately**  85:23 |
| 14:19,23,25 | 53:25 54:4,8,22 | 86:3,7,9,12,15 | **privilege**  85:2 |
| 16:5,8,11,21,25 | 54:23 55:5,20 | 86:16 87:2,7,19 | **pro**  16:11 |
| 18:24,25 19:1 | 56:4,5,11,12,14 | 87:21 88:25 | **probably**  6:23 |
| 20:9,21,22 | 56:18 57:2,5 | 89:2,8,10 90:7 | 22:2 25:19 |
| 21:15 22:19 | 58:8,12,13,14 | 90:14,19,21,25 | 34:22 39:2 |
| 23:13,17 24:16 | 59:1,24,25 60:1 | 91:1,2 92:18,19 | 42:8 |
| 24:17 25:5,6,8 | 60:3,19,24 61:2 | 92:21 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[problem - reason]**

**problem** 25:11
27:14,15,20,21
33:21 53:2,4
**problems** 27:18
55:19 73:24
**proceedings**
94:4
**processing** 54:3
**production**
40:10 87:5
**products** 87:15
**professor** 15:12
**professors**
11:11,11
**programs**
39:15
**project** 8:19
9:7 20:13
**prologue** 85:8
**proof** 51:11
**property** 76:11
**proposal** 12:4
33:16 82:24
**proposed** 83:2
**prosecute** 27:9
**prosecuted**
26:18 36:2
45:19 46:3,4,7
53:18
**prosecutor**
90:12,15
**protect** 56:22
63:15 71:8
90:7

**protecting** 41:2
41:6,8 89:24
**protections**
19:7 20:9
23:18
**proud** 16:10
48:5 49:18
87:1,11
**proudly** 20:10
**provide** 5:17
19:10
**provided** 66:22
**providers** 20:2
**provides** 19:11
**proxies** 58:3
**public** 8:8
**pull** 71:24
**purposely** 9:8
**pursue** 79:3,9
**put** 20:8 25:22
26:25 27:8
28:22 34:19
46:21 53:5
55:12 75:17
88:6
**putin** 58:15
60:13 61:13
62:17,20 63:22
64:2,9 65:22
66:24 67:9
68:3 69:1,12,15
69:17 70:16
**putin's** 67:1
**puts** 28:13

**putting** 24:8
90:20

**q**

**quadrupling**
43:15
**quantum** 14:12
**queens** 41:22
**question** 25:7,9
25:13 26:12
46:10,13 47:10
61:20 62:25
65:8 75:5
86:11 91:24
**questions** 2:21
2:23
**quick** 32:10
37:25
**quickly** 67:13
**quiet** 68:9
**quite** 50:25
52:7
**quote** 50:24,25
80:24,25
**quoting** 38:11
55:8

**r**

**r** 1:16 94:1
**race** 2:7,14,17
14:11 36:13
74:24 76:2,8
**racial** 75:6
**radical** 17:11
17:12 42:25

**raise** 5:1,10
**raised** 4:15 5:8
27:24 40:14
42:21
**rallies** 28:1,3,7
28:25 29:1,6,7
29:7 30:1
**rally** 46:23
**ran** 56:7
**rape** 18:1 19:13
**raped** 57:10
**rates** 45:23
58:2 61:13
**reach** 30:12
**reached** 26:8
**reacted** 33:17
**read** 9:7,8,9
75:16,18 81:23
**ready** 91:21
**reagan** 18:2
**real** 81:24
86:18
**reality** 60:7
69:23
**really** 6:20
17:15 22:22
27:25 28:2
31:21 37:25
50:17 79:14
81:25
**reason** 17:1
20:24 22:10
29:2 30:2
47:23 64:1
66:3 74:4

Page 23

**[reasons - road]**

| | | | |
|---|---|---|---|
| **reasons** 31:15 63:16 | **relationship** 63:23 | **requires** 14:9 | **result** 5:18,23 72:1 |
| **rebuild** 58:4 | **relationships** 14:9 | **resources** 27:8 | **resulted** 13:23 |
| **rebuilding** 10:2 | **relative** 10:18 | **respect** 36:8,9 63:23,24,25,25 73:2,6 90:4 | **reversed** 16:19 |
| **rebuilt** 92:12 | **released** 72:16 | | **reviewed** 10:18 |
| **rebuttals** 2:25 | **reliance** 40:9 | **respected** 54:25 55:18 56:22 72:22 | **rhetoric** 32:6 36:15 |
| **receive** 72:22 | **rely** 5:21 40:12 70:9 | | **rich** 36:1 59:18 |
| **recently** 12:6 37:5 38:6 74:25 80:10 | **remain** 56:25 | **respecting** 61:5 90:5 | **richest** 10:15 |
| | **remember** 45:12 47:25 48:4 76:8,12 78:7 81:9 84:10,10 | **respond** 8:3 9:3 10:11 13:20 14:24 23:14 24:18 28:19,25 31:11 32:10 35:23 47:12 54:22 67:21,22 67:25 78:16,17 80:15,15 83:9 | **rid** 43:8,8 47:5 82:1 83:19 84:4 85:5 |
| **recession** 11:2 | | | **ridiculous** 49:23 |
| **recognizes** 40:11 | | | **right** 3:11 7:8 19:15 23:16 24:11 27:2 44:15 49:19,25 50:1,5 53:3,4 54:17 56:19 57:11 62:7,10 65:14 66:25 67:12 68:11 70:9 82:5,16 85:2 89:3 90:9 90:19,24 91:10 |
| **record** 26:8 94:4 | | | |
| **red** 24:13 | **remembers** 48:7 | | |
| **reduce** 40:8 | | | |
| **reduction** 40:6 | **remind** 66:1 | | |
| **refuse** 88:13 | **reminds** 21:24 | **responded** 12:2 53:21 | |
| **refused** 58:24 76:11 | **rent** 76:11 | **response** 13:17 18:25 28:17 37:25 41:18 73:9 | |
| | **repeal** 80:20 | | |
| **regard** 16:15 61:5 86:7 | **repeatedly** 4:5 50:21 | | |
| **regardless** 77:5 | **replace** 80:21 81:8 | **responses** 3:1 | **righteous** 66:19 |
| **regret** 44:23 46:14 | **reports** 30:13 | **responsibility** 70:11 71:20 72:25 | **rightly** 23:19 58:6 90:4 |
| **reinstating** 23:18 | **reproductive** 16:13 | **responsible** 14:20 47:4,7,8 | **rights** 14:15 16:14 90:8 |
| **rejected** 22:6 47:1,2 | **republic** 32:4 | **rest** 31:11 37:3 67:10 | **ripped** 71:5 |
| **related** 40:24 49:3 | **republican** 18:9 33:10 90:17 | **restrictions** 23:15 26:11 | **ripping** 12:20 |
| **relates** 40:13 58:2 83:16 | **republicans** 18:3 21:1 26:3 31:16 | | **road** 94:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[roe - she'd]**

roe  16:9 17:21
  19:7 20:9
  23:19 25:11
role  44:12
  70:10 72:24
romania  66:16
romney  31:18
ronald  18:2
roof  35:6,8
  43:9
room  20:1
root  26:6
rooting  60:19
rot  81:18,20
  82:4
rule  36:8 48:13
ruled  38:7
rules  2:20
  66:11 69:25
run  11:19,20
  27:14,20 38:24
  39:13 82:12,12
  83:1
running  22:16
  55:23 56:9
  66:2,3 80:19
  81:2
russia  39:8,8,8
  55:11 58:14
  59:24 60:15
  62:17 66:9
  74:21 92:9
russia's  61:22
russians  55:15

**s**

sachs  10:19
sacrifice  91:22
sake  67:14
  91:23
sales  5:20,23
  6:6 12:4
sanctions  59:11
sanders  82:24
sarcasm  52:6
sarcastically
  51:9,11
save  63:3 81:16
  82:3
saved  40:15
  82:4
saw  24:22 37:4
  43:15 44:16
  55:21 64:9,12
  74:21
saying  22:13
  47:3 50:22
  53:21 56:21
  71:6 73:10
  91:3
says  16:21
  17:16,17 21:8
  23:6 31:7
  35:12 39:16
  53:18 60:2
  66:4 78:9
scams  41:8
scholar  18:8
  21:2

school  10:22
  11:10 40:25
sean  49:7
seat  5:6
seattle  46:5,5,6
second  5:10
secret  56:2
secretary  32:3
  70:23
sector  40:22
security  8:1
  26:2,24 32:1
  36:2 41:6 47:8
  57:22 58:5
  60:9 61:1,10
  72:10
see  3:17 7:11
  7:12 18:6 28:3
  32:12 42:1
  43:23 49:10,19
  76:22,23 92:3
seeing  2:25
  65:23
seen  6:23 9:23
  13:7,24 30:18
  32:23 70:25
  71:2,3,12
selected  3:11
  19:5
self  58:5
sell  70:13 88:3
selling  14:3
  88:24
senate  21:20
  26:23 83:23

84:3
senator  47:16
  83:20 90:13
send  15:7 44:20
  73:24
sending  61:12
seniors  41:8
  84:23 89:24
sense  78:21
sent  44:21
  51:13 68:20,25
  69:11
sentence  49:9
sentences  11:19
  11:20 53:20
sentencing  36:6
separates  8:25
  76:5 89:17
september  1:13
serious  91:25
service  18:18
set  6:15
setting  3:6
settled  59:22
  63:21 64:4,5
seventh  25:4,15
sexual  36:4
sexually  41:1
shame  30:1
shared  2:22
  66:14
shawn  87:13
she'd  15:9
  22:24

**[she'll - statement]**

| | | | |
|---|---|---|---|
| **she'll** 21:17,18 | **situation** 47:24 | **son** 88:16 | 30:11 31:6 |
| **short** 14:14 | **situations** | **sonya** 94:2 | **stability** 70:12 |
| 16:17 51:1 | 32:23 | **soon** 7:10 69:11 | **staff** 31:24 |
| **shortage** 4:23 | **six** 16:15,18,20 | **sorority** 58:24 | **stage** 2:7 3:13 |
| 36:18 | 17:24 18:21 | 58:25 | 4:9,16 26:18 |
| **shot** 45:5,6 | 26:14 40:20 | **sorry** 80:17 | 79:7 |
| **show** 52:23,24 | 86:1 | **sound** 11:9 | **stake** 70:7 |
| 52:24,25 | **sixteen** 10:24 | 42:14 | **stalemate** 57:4 |
| **showed** 46:18 | **slaughtered** | **sources** 40:8 | **stand** 11:3 48:6 |
| **showing** 29:4 | 57:7 | **south** 45:20 | 48:6,12,13,13 |
| **shows** 70:1 | **small** 5:7,11,11 | 88:9 | 56:3 70:12 |
| **side** 45:4 48:4 | 5:13 36:19 | **southern** 49:16 | 83:18 |
| **sign** 20:10,12 | 78:24 89:22 | **sovereignty** | **standing** 41:4,7 |
| 20:24 49:24 | **smart** 55:1 | 62:18 66:12 | 52:16,17,19,21 |
| 50:7 | **snipers** 73:15 | **speak** 3:3 52:1 | 69:24 90:3 |
| **signature** 94:6 | **social** 41:6 | 64:7,7 | **stands** 36:7 |
| **significance** | **soil** 43:25 | **speaker** 47:11 | 66:23 85:9 |
| 70:10 72:19 | **solar** 43:21,23 | **speaking** 22:22 | **star** 31:24 |
| **significantly** | 43:24 | **speaks** 77:6 | **start** 5:13 28:7 |
| 26:12 | **sold** 14:5 | **special** 52:23 | 28:25 86:13 |
| **signing** 20:23 | **soldiers** 47:1 | **specific** 30:14 | **started** 4:3 37:1 |
| **signs** 50:8 | 64:12 71:17 | **speech** 45:2 | 43:8 58:13 |
| **silver** 40:19 | 73:4,14 74:7 | 46:18,18 58:23 | 68:21,22,24 |
| **simple** 30:4 | **solid** 11:16 | **spends** 22:3 | 69:2 76:9 81:1 |
| 46:13 62:25 | **solution** 57:21 | **spewing** 48:1 | 90:11 91:3 |
| 91:23 | 57:22 58:4 | **spheres** 59:13 | **starting** 67:11 |
| **simply** 57:9 | **solutions** 27:18 | 59:14 | **startup** 79:2 |
| **single** 61:22 | 94:12 | **spirited** 4:1 | **state** 15:19 |
| 78:7 | **solve** 53:2 | **spoken** 64:2 | 16:14 18:16,22 |
| **sister** 5:9 | 62:22 | **spot** 11:20 | 19:11 24:5,12 |
| **sitting** 24:6 | **somebody** | **spread** 76:18 | 57:21 58:4 |
| 33:11 51:15 | 32:24 | **spreading** | 86:18 |
| 66:25 67:10 | **somewhat** | 59:19 | **statement** 3:10 |
| 68:4,6,10 | 18:13,14 | **springfield** | 6:7 |
| | | 7:14 29:19,21 | |

**[statements - tariff]**

| | | | |
|---|---|---|---|
| **statements** 35:6 | **street** 34:11,19 | **suite** 94:14 | 43:24 63:17 |
| 35:17 71:7 | **strength** 17:24 | **support** 5:1 | 65:18 73:13 |
| 89:4,8 | 41:14 70:1 | 14:13 16:20 | 89:14 91:17 |
| **states** 7:13 14:6 | 73:5 | 23:15,18 36:19 | **taken** 2:17 |
| 17:22 18:5,11 | **strengthen** | 65:20 66:18,20 | 21:12 30:22 |
| 19:5,9 20:10 | 10:21 78:24 | 83:5 | 34:18 |
| 21:3,3,6,8,12 | 85:4 | **supported** | **talent** 69:5 |
| 24:14 26:21,23 | **strengthened** | 26:24 39:17 | **taliban** 32:17 |
| 27:4 29:17 | 84:15 | 60:5 82:24 | 72:14,15,16,18 |
| 32:1 34:13 | **stretch** 77:25 | **supporters** | 73:11,14,16,16 |
| 38:6,12 40:4 | **strong** 55:1 | 4:10 44:14,22 | 73:21,22 92:13 |
| 47:18 50:2 | 64:14 91:19 | **supposed** 74:15 | **talk** 8:5 13:25 |
| 52:20 54:5,9 | **stronger** 78:4 | **supposedly** | 14:16 15:23 |
| 70:8 72:4 73:1 | **strongly** 8:21 | 88:14 | 19:23 21:23 |
| 73:6 76:19 | 18:2 | **suppress** 53:22 | 22:14 27:22 |
| 83:23 88:3 | **strongmen** 70:5 | **supreme** 17:24 | 28:5,9,10 29:5 |
| 90:13 | **student** 21:25 | 18:19 19:6 | 29:18,20 31:13 |
| **statistics** 53:1 | 22:1,11,25 23:2 | 22:6 37:5 38:6 | 33:14 36:13 |
| **stem** 27:3 | 23:3 | **sure** 14:6 | 38:4 39:3,25 |
| **stepfather** 41:1 | **students** 22:7 | **surge** 27:7 | 42:2 44:10 |
| **steroids** 30:9 | **stuff** 42:5 49:13 | **surprised** 16:15 | 49:13 54:12 |
| **stick** 14:15 | 83:16 | 42:1 45:15 | 55:24 64:16 |
| **stock** 9:22 | **stupid** 68:23 | **surprising** 19:3 | 68:13,18,19 |
| **stoltenberg** | **subject** 27:23 | **survive** 32:4 | 70:16 79:1 |
| 70:24 | 29:13 | **survivor** 19:14 | **talked** 19:22 |
| **stop** 38:18,19 | **substantial** | 20:5 84:12 | 22:13 50:15 |
| 38:20 63:3 | 6:11 | **sustaining** 90:2 | 54:10 70:15 |
| 64:16 65:16 | **substantially** | **system** 52:18 | 91:9 |
| 83:15 | 9:14 | 83:1 | **talking** 42:13 |
| **storied** 72:19 | **success** 30:8,8 | **t** | 43:12 45:16 |
| **story** 49:6 | **successfully** | | **talks** 28:4 |
| 59:15 | 28:22 | **t** 94:1,1 | **tanks** 66:22 |
| **strangers** 24:6 | **sudden** 58:21 | **taiwan** 15:1 | **tape** 47:3,5 |
| **stream** 55:12 | **suffering** 19:25 | **take** 11:22 13:3 | **tariff** 6:10,13 |
| 61:23 | | 21:4 29:9 | |
| | | 32:25 34:3 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[tariffs - time]**

**tariffs** 6:7,18
  6:18 12:1,5,7
  12:10,16 13:1,1
  13:20 88:6
**tasked** 26:5
**taught** 15:12
**taunted** 22:7
  23:3
**tax** 5:2,4,12,17
  5:20,21,23 6:2
  6:6 10:14 12:4
  79:3
**taxes** 9:14
  11:21
**taxpayers** 72:1
**technicality**
  52:18
**technology**
  14:11
**teenager** 40:16
**television** 30:18
  30:22 31:1,4
  44:19 46:12
**tell** 8:15 27:21
  28:8,12 40:13
  49:17 54:7,24
  67:12 69:9
  71:23 77:1
  81:2 84:9
  87:22 90:10,11
  90:15
**telling** 19:20
  44:22
**temperament**
  54:17

**ten** 85:14
**term** 19:25
  20:7 23:21
  32:5 40:24
  49:2,3 53:19
**terminate**
  38:10,11
**terminated**
  21:25 74:14
**terms** 14:15
  70:11 79:10
  85:8 86:23
**terrible** 6:19
  13:15 72:11
**territorial**
  66:10,12
**terror** 59:13,14
  59:14,17
**terrorist** 57:7
  72:14
**terrorists** 34:10
  72:16,16
**thank** 2:2 3:19
  3:21 14:19
  16:5 20:20
  25:24 28:16
  32:11 35:22
  36:24 37:24
  38:22 44:7,8
  53:7 61:7 62:5
  67:18 69:13
  71:14 73:9,12
  74:23 77:10
  78:13 79:19
  85:6 86:3

  87:20 88:25
  89:2 91:1
  92:21,25
**thanked** 14:17
**thankful** 67:3
**thankfully**
  84:13
**thing** 4:22 16:1
  22:8 25:2 28:2
  28:9 30:24
  43:5 45:1
  52:16 57:24
  63:9 68:12
  70:20,25 82:5
  85:19 90:17
**things** 6:25
  10:1,4 21:16
  32:15 33:20
  39:3 42:22
  44:3 51:19
  68:23 77:17
  81:7 91:5,8,12
  91:14,15,18
**think** 11:11
  15:18 17:13
  20:16 22:2,22
  31:14 32:7
  34:22,23 36:1
  42:23 46:19
  56:13 61:15,18
  65:11 67:14
  69:6 75:23,24
  76:19 88:2
  89:11

**thinking** 51:18
**thinks** 68:15
**third** 77:12
  80:19 92:10
**thought** 10:1
  18:15 21:7
  35:10
**thoughtful** 4:1
**thoughts** 65:20
  75:22
**thousand** 12:14
**thousands**
  28:22
**threat** 39:4,5
  55:25 58:2,16
  86:10
**threatening**
  68:17
**three** 13:2 15:5
  19:5 29:11
  50:19 55:3
  68:21 69:2
**threw** 56:1,6
  64:25
**thrown** 37:20
**tie** 40:5
**tied** 18:17
**tiki** 48:1
**tim** 83:13
**time** 5:4 13:8
  18:6 21:4 22:3
  23:14 27:16
  44:7 48:3,10
  49:21 54:3
  56:14 59:5

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[time - trump]**

| | | | |
|---|---|---|---|
| 65:7 71:1 72:6 | **tonight's** 2:2,10 | **transparency** | 32:4,9,11 33:17 |
| 72:18 73:14,20 | 2:20 | 14:21 | 33:23 34:7 |
| 77:1,12 78:14 | **took** 6:11,13 | **travel** 24:5 | 35:11,15,22 |
| 79:12 80:16,19 | 18:19 39:2 | 76:22 | 36:25 37:24 |
| 83:21,25 84:16 | 43:7,7 46:5 | **traveled** 54:8 | 38:16,25 39:6,7 |
| 89:7 | 59:11 76:13,16 | **treated** 45:8 | 41:17,19 42:12 |
| **times** 16:23 | **top** 7:4 11:11 | **treatments** | 42:18 43:17 |
| 40:20 43:11,11 | 32:21 53:20 | 24:1 | 44:1,2,5,25 |
| 43:12 50:18,22 | 81:21 | **tremendous** | 46:1,9,16 48:18 |
| 69:23 76:13 | **topics** 2:21 | 18:21 | 49:1 50:6,13 |
| 80:16 83:19,20 | **torches** 48:1 | **tried** 66:9 | 51:2,5,8 52:11 |
| **tiny** 41:24 | **torn** 18:7 21:5 | 83:19 91:20 | 52:15 53:14,21 |
| **tired** 8:16 | **toss** 3:9 | **trillion** 5:18 | 54:1,10,23 55:5 |
| 36:15,22 | **total** 22:1 37:19 | 87:3 | 55:19,20 56:5 |
| **today** 71:17 | **totally** 6:15 | **troubling** 54:19 | 56:12 58:8,12 |
| 72:3 81:6 83:3 | **tough** 26:10 | **true** 25:18 | 59:10 60:8 |
| **together** 8:24 | 55:1 | 41:13 42:11 | 61:8 62:2,3 |
| 9:10 64:8 | **toughest** 37:18 | 57:13 60:4 | 63:2 64:25 |
| 66:18 90:2 | 92:15 | 94:3 | 65:5,11,15 66:4 |
| 91:12 | **touted** 16:9 | **trump** 1:16 2:6 | 66:24 67:20,24 |
| **told** 30:13 | **toward** 46:13 | 2:16 3:8,14,17 | 68:3,9 69:4,13 |
| 34:13 44:14 | **towns** 7:12,15 | 3:21 4:8 5:20 | 70:19,23,24 |
| 51:16 60:23 | 29:17,18,19 | 6:3,5 8:6,6,8,9 | 71:9,10 72:8 |
| 73:22 81:21 | **track** 31:21 | 9:2,4 10:13 | 73:9,12 74:17 |
| **tonight** 2:5 3:4 | **trade** 13:23,25 | 11:5,8 12:17 | 74:23 75:8,15 |
| 3:24 4:9 8:15 | 71:5 | 13:14,19,22 | 76:8 77:11,13 |
| 8:18 26:13 | **trafficking** | 14:16,23,25 | 78:18 79:21,22 |
| 27:6,23 50:16 | 26:20 27:10 | 16:5,8,25 18:25 | 79:23 80:2,5,7 |
| 53:9 62:12,23 | **tragedy** 75:24 | 19:4,9,12,19 | 80:11,12 81:4 |
| 62:25 67:19 | **transcript** 94:3 | 20:11,22 21:15 | 82:15 83:18 |
| 69:17 75:5 | **transfer** 44:10 | 22:19 24:17 | 84:18 85:8,12 |
| 79:14 81:1 | **transgender** | 25:6,10,14,19 | 85:21,22 86:3,7 |
| 84:9 86:11 | 42:24 | 25:24 27:12 | 87:9,18,21,22 |
| 89:11 | **transnational** | 28:16,18,24 | 88:25 89:2 |
| | 26:19 27:9 | 30:17,21 31:3,8 | 91:1,2 92:21 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[trump's - veto]**

| | | | |
|---|---|---|---|
| **trump's** 5:23 | **typical** 12:13 | 72:7 83:17 | **unusual** 27:25 |
| 8:11 10:20,23 | **u** | 92:5 | **upcoming** |
| 14:2 23:24 | | **understanding** | 53:15 |
| 28:1 | **u.s.** 33:22 65:9 | 57:20 70:2 | **upend** 54:6 |
| **trust** 16:22,24 | 65:12 93:1 | 84:25 89:19 | **uphold** 73:5 |
| **truth** 50:18 | **ukraine** 58:17 | **understands** | **upholding** 61:4 |
| **try** 11:21 28:21 | 59:23 60:14,15 | 8:23 41:14 | 69:25 |
| 37:22 64:3 | 62:14,17 63:1 | 44:4 70:10 | **ups** 3:1 |
| **trying** 17:21 | 65:9,20 66:18 | 76:21 | **use** 33:20 34:1 |
| 27:2 51:25 | 66:22 67:2,18 | **undo** 19:7 | 55:7 68:16 |
| 52:3 53:23 | 70:15 74:21 | **undocumented** | 76:2 |
| 60:6 76:7,24 | 88:16,19 92:9 | 34:2 | **used** 30:22 |
| 78:8 | **ukrainians** | **unemployment** | 37:21,22 |
| **tubes** 88:24 | 67:8 | 8:7 | **uselessly** 63:4 |
| **turn** 3:3 16:7 | **ultimately** | **unfair** 22:9 | **using** 33:21 |
| 26:1 36:15 | 77:23 | **unfit** 32:2 | **v** |
| 48:10,21 62:13 | **um** 86:22 | **unfold** 44:19 | |
| 71:14 75:3 | **un** 60:17 | 46:12 | **v** 16:9 17:21 |
| 79:16,19,19,25 | **unanimous** | **unfortunately** | 19:7 20:9 |
| **turned** 3:2 | 81:11 | 64:10 | 23:19 25:11 |
| 35:21 | **unbelievable** | **unions** 7:9,10 | **value** 11:14 |
| **turning** 56:16 | 88:5 | **united** 7:13 | 40:20 41:3 |
| **tweet** 14:18 | **unconscionable** | 14:6 19:5 | 84:25 |
| **tweets** 44:20 | 24:9 | 20:10 26:21,23 | **values** 39:19,23 |
| **twelve** 57:8 | **under** 13:2 | 27:4 29:17 | 40:13,17 41:8 |
| **twice** 80:14 | 14:2 23:24 | 32:1 34:13 | 41:10 |
| **two** 2:12,20,23 | 25:11 44:17 | 38:6,12 40:4 | **vance** 22:17 |
| 2:25 3:6 6:4 | 59:9 87:18,22 | 47:18 50:2 | 38:19 |
| 21:16 24:3,23 | **understand** | 52:20 54:4,9 | **vast** 76:4 |
| 37:19 44:20 | 19:4,13 20:11 | 70:7 72:4,25 | **venezuela** 30:9 |
| 47:2 51:19 | 20:13 23:23 | 73:6 76:19 | 34:14,16 |
| 57:21 58:4 | 27:15 38:4,9,15 | 83:23 87:12 | **ventilators** 9:24 |
| 59:2 62:14 | 47:22 56:9 | 88:3,8 90:13 | **veritext** 94:12 |
| 64:2 83:1 | 57:6 58:19 | **unprecedented** | **veto** 21:13 |
| 89:11 | 60:24 66:7,25 | 2:7 | 22:17 25:9,13 |
| | 67:2,5 68:19 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[vice - watching]**

| | | | |
|---|---|---|---|
| **vice** 1:15 2:5,12 | **victory** 37:19 | 55:23,24 56:1,6 | 76:24 77:7 |
| 3:10,13,15,19 | **video** 44:21 | 56:7 | 78:15,16 79:14 |
| 4:7,14 8:2,4 | 52:6 | **voting** 16:18 | 85:10,20,24 |
| 10:10,12 12:1 | **view** 22:21 | 18:5,16 21:3,8 | 91:12 |
| 12:11 13:16,21 | **viewers** 2:4 | **vowed** 80:20 | **wanted** 18:10 |
| 16:21 17:12,15 | **viktor** 54:24 | **vulnerable** 41:5 | 19:24 20:25 |
| 18:24 19:1 | 55:17 | **w** | 21:2,6 23:8 |
| 20:20 23:13,17 | **violation** 19:14 | | 33:14 39:14,15 |
| 24:16 25:5,8,12 | **violent** 35:12 | **wade** 16:9 | 42:19 58:25 |
| 25:17 26:4,17 | 41:3 47:18 | 17:21 19:7 | 67:22 |
| 28:15 31:10,13 | **violently** 7:17 | 20:9 23:19 | **wants** 42:23 |
| 31:19 33:16 | 32:19 | 25:11 | 43:1 60:11,14 |
| 35:13,23,25 | **virginia** 17:4,5 | **wait** 26:13 | 75:3,11,25 |
| 36:9,23 37:25 | 25:21,21 | 42:13 86:1 | 85:25 |
| 38:3,21,23 | **virtually** 13:5 | **wake** 50:3 | **war** 8:10 29:13 |
| 39:12,22 40:3 | **vision** 89:18 | **walked** 84:3 | 56:17 57:15 |
| 42:10,16 47:12 | 91:23 | **walls** 51:19 | 59:23 62:13,22 |
| 47:14,15 53:8 | **visions** 89:12 | **walz** 83:13 | 63:1,2,21 64:4 |
| 53:25 54:8 | **vladimir** 62:17 | **want** 2:3 4:4 | 64:8,19,20 65:9 |
| 56:18 57:5 | 65:22 69:15,16 | 8:22 9:8 11:15 | 65:12 66:4 |
| 60:1,3 61:2,3,6 | 70:16 | 11:24 13:17,25 | 68:20,22,24 |
| 65:19,25 67:17 | **vote** 16:20 17:1 | 16:7 18:24 | 69:1 72:3,5 |
| 68:7 69:3,8,15 | 17:2,20 18:12 | 19:23,24 20:4,5 | 92:10,10 |
| 69:18 71:19,22 | 18:13,14,16 | 20:7 23:14,15 | **wars** 13:25 |
| 73:8 75:1,21,23 | 21:18,19,21,22 | 25:23 28:16 | 92:7,8 |
| 77:9 78:15 | 23:11 40:5 | 29:8,18,19 30:3 | **washington** |
| 79:18 80:13,18 | 51:25 52:3 | 30:3,10 31:20 | 46:20 47:7 |
| 82:23 83:4,6 | 53:23 81:11,12 | 44:9 45:13 | 49:20,23 |
| 84:14,22 85:7 | 81:15 83:22 | 46:23 47:4,12 | **wasting** 49:21 |
| 86:9,12,15 87:1 | **voted** 24:14,24 | 50:16 53:12 | **watch** 28:2 |
| 87:7,19 89:8,10 | **voters** 4:4 26:4 | 62:13,24,25 | 52:5 |
| 90:13,25 92:19 | 53:17 54:6 | 63:2,3,21 65:18 | **watched** 44:18 |
| **viciously** 32:19 | 86:6 | 65:19 70:16,21 | **watching** 2:4 |
| **victim** 86:22 | **votes** 33:9,11 | 71:14,19 74:16 | 27:5 46:12 |
| 90:16 | 34:23 51:14,15 | 74:24 75:4 | 48:7 84:9 93:1 |
| | | 76:6,20,20,21 | |

Page 31

**[water - worth]**

water  86:9
way  17:14 22:5
  22:13 33:8
  34:17 37:15
  43:23 54:13
  55:10 57:17
  58:16 59:6
  61:13 62:1
  71:20 74:20
  89:18
we've  6:10,19
  13:24 20:25
  56:15 70:15
  78:10
weak  55:20
  60:9,25 61:10
  61:18,25 63:17
  68:23 72:11
weakest  72:9
weaponization
  37:7,20 38:1
weaponize
  38:12
weaponized
  37:8 39:1,1
weaponry
  92:12
weapons  39:16
  68:13,14 92:11
weather  86:19
week  16:15,20
  57:1 61:14
weeks  16:18
  47:2 50:23
  53:15

weigh  75:6
welcome  2:3
  3:12,22 62:11
went  10:7
  11:10 22:4,6
  31:5 39:8
  42:13,18,19,21
  46:5,19 58:22
  60:15 66:15
  68:21 69:15,22
  72:12
west  17:4,5
  44:18
wharton  10:22
  11:10
whisker  50:24
  51:10 52:7
  53:10
white  38:9,17
  91:11
widespread
  52:14
wife  88:21
willis  37:11
win  14:11 37:3
  37:22 53:16
  63:1 64:6 65:9
windmills  28:5
  43:21
window  15:6
wing  44:18
winning  37:3,6
wins  14:6 61:14
  62:20

wisconsin
  52:24
wish  41:20
withdrawal
  71:18,21 74:18
withdrew  2:14
witness  90:16
witnessed
  71:16
woman  5:9
  19:20 23:20
  90:9
woman's  23:16
  24:11
women  16:13
  16:21 19:22,24
  23:23 24:3
  41:2 57:10
  68:5
won  3:8 43:3
  43:17 50:21,22
  53:11
wonder  88:18
wonderful  3:23
  23:7 91:5
word  55:7
words  17:9
  75:13
work  11:15
  40:21,21,24
  41:5,7 57:19,19
  66:17 73:5
  79:4
worked  31:17
  31:23 40:15

54:11 60:22
  85:23
worker  88:9
workers  14:15
  87:12 88:8
workforce
  14:13
working  4:18
  24:2,3,3 27:2
  40:15 80:25
  81:7 89:25
world  2:4 6:10
  9:25 10:18
  29:12 34:17
  35:4,4 44:16
  45:20,22,22,23
  54:8,9,24 55:3
  55:17 61:24
  64:18,20 67:6
  70:3 72:6,22
  73:7 78:2 87:9
  90:3,6 92:2,2,5
  92:10 93:2
worse  10:21
  13:7 58:19
  63:5 64:18
  69:5
worst  6:23 8:6
  8:8,9 15:25
  35:17,19 69:7,8
  74:18 78:10
  92:18,19
worth  11:13
  34:24 74:9

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[would've - zone]**

| | |
|---|---|
| **would've**  71:11 | 91:6,7,8 |
| **write**  33:2 | **yemen**  59:20 |
| **writes**  33:1,2 | **york**  15:19 |
| **writing**  46:21 | 37:11,12 76:13 |
| **written**  33:8 | **young**  4:25 5:5 |
| **wrong**  59:4 | 23:3 57:8 |
| 60:9,25 68:23 | 76:14 79:5 |
| 73:19 | 86:25 |
| **wrongly**  42:5 | **younger**  86:6 |
| **x** | **z** |
| **xi**  14:17,19,20 | **zelenskyy** |
| **xl**  55:13,13 | 63:21 66:8,13 |
| **y** | 67:8 69:1,22 |
| **yeah**  32:11 34:7 | **zero**  56:6 |
| 73:12 | **zone**  72:5,5 |
| **year**  5:24 11:2 | |
| 12:14 16:10 | |
| 20:5 61:11 | |
| 79:6 84:24 | |
| 91:20 | |
| **years**  4:8,11,13 | |
| 6:9 7:2 12:21 | |
| 13:2 15:5,5 | |
| 17:21 18:8 | |
| 21:4 23:8 | |
| 29:11 42:3 | |
| 43:13 50:20 | |
| 55:3 58:17 | |
| 59:3 62:14 | |
| 64:2 71:3 75:2 | |
| 77:18,25,25 | |
| 81:1 83:1,6 | |
| 84:15 85:14 | |
| 87:2 90:23 | |

Page 33