# EXHIBIT 9

1

2

3

4

5

6

7

8

9

10

11

12

13    October 11, 2024 Campaign Speech by

14    President Donald Trump in Aurora, Colorado

15

16

17

18

19

20

21

22

23

24

25

Page 1

1      PRESIDENT DONALD TRUMP:  Thank you very
2  much, everybody.  Thank you very much.  And it's
3  great to be back in this beautiful state with
4  thousands of proud, hardworking, American
5  patriots.  That's what you are.  And before going
6  further, I want to let everyone who is still
7  recovering from the hurricanes that hit Florida,
8  Georgia, North Carolina, South Carolina, Alabama,
9  Tennessee, and Virginia to know that we are
10  thinking of them and we are praying for them.
11      God bless them.  God bless them.  We
12  have a lot of great people today, and I'll do it
13  at the beginning because we have a lot to talk
14  about.  What the hell is happening with our
15  country?  What are they doing?  What are they
16  doing to Colorado?  They're ruining your state.
17  They're ruining your state.  So, let's do this.
18      Let's just very quickly mention some of
19  the really great people and great patriots, and
20  then we're going to get back into the business of
21  discussing what we're going to do.  You know what
22  you're going to do?  You're going to vote for
23  Trump, and we'll solve your problem in about 15
24  minutes.  We're pleased to be joined this
25  afternoon by Congresswoman Lauren Boebert.

Page 2

1      Lauren, good job today.  Thank you.
2  Also, Greg Lopez.  Thank you, Greg.  And a woman
3  who beat Liz Cheney by the largest margin in the
4  history of Congress.  She got out of that whack
5  job.  Harriet Hagerman.  Harriet, thank you.
6  Where's Harriet?  What a job.  She beat herself
7  badly.  The single biggest victory in the
8  history, defeating a person sitting in Congress,
9  and she deserved it.
10      She is bad news.  Thank you, Harriet,
11  very much.  You're really fantastic.  Thank you,
12  darling.  Also, we have congressional candidates
13  who are really terrific people.  They have my
14  endorsement.  Gabe Evans and Jeff Crank.  A
15  candidate for Congress and former ICE field
16  office director who did a really good job for me,
17  John Fabbricatore.
18      John Fabbricatore.  That's a hell of a
19  name, but it worked.  It worked because he did a
20  great job.  Wyoming secretary of state, Chuck
21  Gray.  Chuck, thank you very much.  Great job,
22  Chuck.  The sheriff of Douglas County, Darren
23  Weakly.  Aurora City councilwoman, Danielle
24  Jurinsky.  And Stephanie Hancock.  The founder or
25  president of the Article III Project, this guy is

Page 3

1  tough as hell.
2      We want him in a very high capacity,
3  Mike Davis.  Mike.  Thank you, Mike.  Where's
4  Mike?  Mike is great.  Here's a man -- I met him
5  backstage, and I realized I'd never be a big
6  football player.  Denver Bronco Derek Wolfe.
7  Where is he?  Where is he?  Where is he?  Man, is
8  he -- where is he?  Oh, there he -- he's a little
9  hard.
10      You are one big guy.  You know, you are
11  one hell of a guy, but you had a great career.
12  Congratulations.  Ten years in the NFL, all with
13  your team, and he was a winner.  He was a winner.
14  And you are a winner.  Thank you very much for
15  being here, Derek.  Appreciate it.  We have a
16  very popular man, a very popular political
17  person, and a great congressman from Texas,
18  Wesley Hunt.
19      Wesley.  Wesley's fantastic.  Thank
20  you.  Wesley came in with me.  And a woman who's,
21  unbelievable, actually.  I've gotten to know her.
22  She endorsed me in 2016.  I said, "You got to be
23  kidding."  It was a surprise endorsement.  And
24  she believed in the message and what we were
25  saying.  We were right about what we were saying.

Page 4

1      You know, when we came down that
2  escalator and I made those statements, everyone
3  said, "How terrible are those statements?"  Turned
4  out that they were minor compared to -- they
5  were, like, little minor statements by
6  comparison.  But she got it better than anybody
7  and she endorsed us very early when it wasn't the
8  thing to do.
9      From Alaska, the great Sarah Palin.
10  Where is she?  Thank you, Sarah.  With the help
11  of everyone here today, 25 days from now, think
12  of it, 25 days, we are going to defeat Kamala
13  Harris, who has no clue what the hell is going
14  on.  I have to tell you.  Did you see where she
15  did a town hall yesterday and she used a
16  teleprompter?  I never saw a town -- you don't
17  use teleprompters.
18      We don't use teleprompters period,
19  pretty much.  You don't use them for town halls.
20  No.  She's not the right person for -- not for
21  this country, not for any country.  But very
22  simply, we're going to make America great again.
23  So, I've been waiting for this.  I've been
24  waiting for this day because I've been reading
25  about it like so many people all around the

Page 5

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1 world, and I want to get here as soon as I could.
2      And I took a good time and a good day
3 and, you know, the crowd, we could sell this
4 place out four times.  You see what's outside.
5 NBC, of all networks, said a little while ago,
6 they announced, it's the single longest line for
7 anything that they've ever seen.  That's pretty
8 good.  But I've been waiting this day, and
9 we're here finally in Aurora, Colorado to call
10 the attention of the world, and, unfortunately,
11 the world's already got its attention, to one of
12 the most egregious betrayals that any leader in
13 any nation has ever inflicted on its own people,
14 what they've done to our country, what they're
15 doing to our country.
16      They're destroying -- they are ruining
17 our country.  We are being led by stupid people.
18 We cannot take it anymore.  For the past four
19 years, as the so-called border czar, the person
20 in charge of our border, Kamala Harris -- and you
21 can't use the name Harris.  You know, if you say
22 Harris, nobody knows who the hell you're talking
23 about.
24      Think of it.  Harris.  Nice name.  It's
25 like -- so we use the name, Kamala.  She was

1 enforcement all over the world -- they know them
2 all over the world.  They're a savage gang, one
3 of the worst in the world, and they're getting
4 bigger all the time because of our stupidity.
5 They're known as TDA.  TDA.  TDA has killed seven
6 people today, sir.  Last month, six men with
7 armed rifles and many other men standing right
8 outside waiting for them, and handguns were
9 caught on camera as they were forced into a
10 situation, and they said they were forced.
11      They weren't forced.  They got their
12 way into an apartment building.  They threatened
13 the tenants at gunpoint.  These are people that
14 never saw anything like this.  These are people
15 that never experienced criminals and crime.  They
16 burst into the building and they held tenants at
17 gunpoint and at knifepoint.
18      Ten minutes later, they opened fire on
19 a 25-year-old man outside the building, fatally
20 shooting him.  Of the barbaric thugs who have
21 been identified, at least three are illegal
22 aliens who were in border patrol custody.  They
23 were in custody.  By the way, four years ago, we
24 had the safest border in the history of our
25 country.

1 last, right?  She came in last, and now she's
2 running.  How about that?  In all fairness, I'm
3 not a fan of Sleepy Joe, but Sleepy Joe got 14
4 million votes.  She got none.  She never made it
5 to the great state of Iowa.  She quit.
6      Out of 22 people, she quit.  She had
7 nothing going.  And interestingly, when she came
8 in, she was okay.  Pretty good.  But then they
9 heard her talking.  They watched her brain in
10 action.  And when they saw the brain in action,
11 they said that's a -- and here she is again.  But
12 Kamala has imported an army of illegal alien gang
13 members and migrant criminals from the dungeons
14 of the third world.
15      They come from the dungeons, think of
16 that, the dungeons of the third world, from
17 prisons and jails, insane asylums, and mental
18 institutions.  And she has had them resettled
19 beautifully into your community to prey upon
20 innocent, American citizens.  That's what they're
21 doing.  And no place is it more evident than
22 right here because in Aurora, multiple apartment
23 complexes have been taken over by the savage
24 Venezuela prison gang known as Tren de Aragua.
25      Or is your law enforcement and law

1      Put up that sign, please.  Put up my
2 all-time favorite graph.  Put up my all-time --
3 get that put up.  That is the most beautiful
4 graph I've ever seen.  It's the most beautiful
5 piece of paper I've ever seen.  I take it home
6 every night, and I sleep with it and I kiss it.
7 Oh, I kiss it.  Because without that sucker, I
8 wouldn't be here right now.
9      So, if you think about it, Mr. Pastor,
10 great job you did, Pastor.  If you think about
11 it, illegal immigration saved my life.  I'm the
12 only one.  Usually, it's the opposite.  It's
13 usually the opposite.  Thank you very much.  But
14 you see that arrow on the bottom?  That's when I
15 left -- that's the day I left office.
16      You had the lowest number of people
17 coming into our country in the history --
18 recorded history of our country.  And then look
19 what happened.  Like a rocket ship.  And they
20 were rough, the ones that came in.  We were very,
21 very careful.  We were Remain in Mexico.  We
22 checked everybody out.  People came in, but then
23 they got rough because then they said, "Let's do
24 open borders.  Let's set the whole world."
25      And as soon as they did that, jails

3 (Pages 6 - 9)

1 were emptied, mental institutions were emptied.
2 And I would have done the same thing if I were in
3 charge of any of the many countries we're talking
4 about. Three of these thugs were in Border
5 Patrol custody but were released into the United
6 States by Kamala. And my message -- they were
7 released, and they killed people, a lot of
8 people.
9     They were released. But my message
10 today is very simple. No person who has
11 inflicted the violence and terror that Kamala
12 Harris has inflicted on this community can ever
13 be allowed to become the president of the United
14 States. We're not going to let it happen. And
15 your weak and ineffective governor -- he's a
16 totally ineffective guy, by the way.
17     I hope you know that. His name is
18 Jared Polis. I got to know him. I got to know
19 him in the White House. He come in with other
20 governors, some Democrat. I see them all. I
21 worked with all of them. I know the good ones
22 and the bad ones. He's not a good one, this one.
23 But he come in, "Sir, it's so nice to meet you,
24 sir. Oh, it's such an honor to be -- oh, this is
25 the Oval Office. Oh, sir. Thank you, sir.

1 Thank you, sir."
2     Then he comes back here and he says, "I
3 didn't like the guy." Can you believe it? And I
4 gave you -- not him, I didn't give anything. I
5 gave you everything that they wanted. I gave you
6 because I love this state. This state has to
7 flip, Republican. It has to. It has to. Let's
8 do it. That's why I'm here.
9     Let's do it. I'm not here for my
10 health. That's why I'm here. Think of where I
11 could be though. I could take our beautiful
12 First Lady. I could be on the beautiful beaches
13 all over the world. I could be in Monte Carlo.
14 I could be all over the world, the best
15 properties in the world. I have the best
16 properties.
17     And where am I? I'm right now in
18 Aurora, and that's where I want to be because
19 we're going to solve this problem. We're going
20 to solve this problem, right? If you said, where
21 would you rather be, in the most beautiful
22 beaches in the world or with you? Trying to
23 figure out what the hell happened to Aurora
24 because you have a very different place than you
25 had just a few months ago, right? We're going to

1 take care of it.
2     But Paul is -- he's a coward. He's a
3 fraud. He's pathetically trying to deny -- he's
4 pathetic. He doesn't see. You know, they don't
5 want to see. You know what? They don't want to
6 -- they want to stay with Washington because,
7 otherwise, they'll get indicted. They'll find
8 they did something wrong. They'll get indicted
9 if they don't.
10     So, he's afraid. They're all afraid.
11 They're all cowards. So, this guy doesn't see
12 what you see. He doesn't see people bursting
13 into buildings with AK-47s, military-style
14 weapons, sometimes better than our own military.
15 You have to ask, they're illegal migrants. They
16 come from poor areas. Where the hell do they get
17 these guns, the best guns? Where do they got
18 them? Where do they got them? Who gives them
19 better guns than our military has? Who is giving
20 them the guns? But she's committed crimes
21 against your state.
22     She has committed crimes by allowing
23 these criminals in, and many of these people are
24 murderers. Let's take a look at a couple of
25 little, quick notes that I put up. You know,

1 we're giving you the expensive treatment because
2 of the fact we want to win the state so badly.
3 So, we gave you a couple of videos today. Play
4 them, please.
5     [BEGIN VIDEO]
6     REPORTER: Was it a mistake to loosen
7 the immigration policies?
8     REPORTER: Do you regret terminating it
9 given that migration has increased in the wake of
10 that?
11     REPORTER: The entire world is showing
12 up here at our doorstep. They're crossing
13 illegally, and they are expecting to get released
14 here into the United States.
15     REPORTER: A group of men walking up a
16 stairwell at the Edge at Lowry apartment complex
17 in Aurora. All of them appear to be carrying
18 rifles and handguns, and the video shot earlier
19 this month, one of the men can be seen talking on
20 a cell phone. They all then gather around a door
21 and go in. Another video clip shows men forcing
22 a door open. This is a picture of gang members
23 breaking into a vacant apartment so they could
24 move a Venezuelan family in and then collect
25 rent.

1      "This is our business plan," one gang
2  member told the housekeeper.  "If he," the
3  property manager, "doesn't like it, we'll fill
4  him with bullets."
5      REPORTER:  Police in the region say a
6  Venezuelan gang known as Tren de Aragua has
7  victimized thousands through extortion, drug, and
8  human trafficking, kidnapping, and murder.
9      Alvaro Boza, a former Venezuelan police
10  officer, now living in Florida, says he fled his
11  country in large part because the gang had become
12  so powerful they could kill law enforcement like
13  him with impunity.  Boza says a fellow police
14  officer who refused to cooperate with the gang
15  was shot 50 times.  Now U.S. law enforcement,
16  including Customs and Border Protection and the
17  FBI, say the gang has made their way into the
18  country.
19      REPORTER:  Members have been tied to
20  hundreds of crimes from assaulting NYPD officers
21  and a murder in Miami to shooting two different
22  NYPD cops who were trying to arrest one of its
23  members in June.
24      REPORTER:  We hear from the mother of
25  Jocelyn Nungaray, the 12-year-old, allegedly

Page 14

1  crossings are putting a strain on cities across
2  America.
3      REPORTER:  It is a full-blown invasion.
4      REPORTER:  Armed Venezuelan gang
5  members storming an apartment complex in Aurora,
6  Colorado.
7      REPORTER:  When people talk about
8  migrant crime, this is what they're talking
9  about.  Biden and Harris had created a program to
10  bring them in under humanitarian parole.
11      KAMALA HARRIS:  I am in favor of saying
12  that we're not going to treat people who are
13  undocumented across the border as criminals.
14      REPORTER:  More than 13,000 illegal
15  immigrants convicted of murder have been released
16  into the United States.
17      WOMAN 2:  My 20-year-old daughter,
18  Kayla Hamilton, was murdered in her own room.
19  Kayla's murderer was apprehended by Border
20  Patrol, crossing illegally into the U.S.
21      REPORTER:  Kayla's murderer had been
22  improperly released into the United States.
23      KAMALA HARRIS:  Abolish ICE, yeah.  We
24  need to probably think about starting from
25  scratch.

Page 16

1  assaulted and killed in June by two illegal
2  migrants.  New court documents revealed they were
3  part of a Venezuelan gang.
4      REPORTER:  Trend de Aragua has given
5  their members the green light to attack and kill
6  police officers in Denver.
7      REPORTER:  We went out to some of
8  Chicago's most violent neighborhoods to meet with
9  current and former gang members who tell us that
10  TDA first showed up when the city opened up
11  migrant shelters in these areas, and that now the
12  Venezuelans are trying to move in.
13      REPORTER:  The city nonprofits have
14  lined up to help the migrants that have come
15  here, but nobody is helping the American
16  citizens, the residents that are trapped.
17      WOMAN 1:  They told us that they really
18  couldn't do anything unless something happened.
19  It is not, by any means, an isolated occurrence,
20  unfortunately.  I call 911.  No help comes for
21  me.  No help.  We were on our own, and we were
22  left to die.
23      REPORTER:  Open borders, deadly
24  consequences.
25      REPORTER:  Border crisis.  Record-high

Page 15

1      REPORTER:  An Afghan national is in
2  custody the day after being accused of plotting
3  an Election Day terrorist attack.  The suspect
4  entered the U.S. on a special immigrant visa.
5      REPORTER:  More than a dozen people
6  suspected of being Tren de Aragua gang members
7  right here in San Antonio.
8      REPORTER:  The gang members had been
9  terrorizing the apartment complex.
10      REPORTER:  New details in the murder of
11  Laken Riley.  The illegal immigrant suspect who
12  cops say committed the heinous murder is a
13  Venezuelan national.
14      REPORTER:  And was paroled and released
15  into the country by the Biden administration.
16      REPORTER:  Two men, investigators say,
17  are in the country illegally from Venezuela are
18  charged with capital murder in the death of
19  Jocelyn Nungaray.
20      REPORTER:  Court documents suggest a
21  group of men arrested for beating and robbing a
22  Dallas woman last month are members of a
23  Venezuelan street gang.
24      REPORTER:  Emmanuel Hernandez-Hernandez
25  was booked by Colleyville police just two days

Page 17

5 (Pages 14 - 17)

1 earlier and released the day before the robbery.
2     [END VIDEO]
3     PRESIDENT DONALD TRUMP:  Four years
4 ago, it would be unthinkable that you'd be
5 watching something like that.  Again, we had,
6 think of it, the safest border in the history of
7 our country.  We never had a border so safe.  All
8 they had to do is leave it.  Joe could have gone
9 to the beach.  He thinks he looks good in a
10 bathing suit.  And all he had to do is leave the
11 guys that we had.  They were great, great people,
12 and we ran it tough.
13     Remain in Mexico.  Little things like
14 Remain in Mexico.  I want to say we want to have
15 people come into our country but they have to
16 come in legally.  We don't want them.  And now,
17 America is known all throughout the world as
18 occupied America.  They call it occupied.  We're
19 being occupied by a criminal force.
20     And we're an occupied state that
21 refuses to let our great law enforcement
22 professionals do the job that they so dearly want
23 to do.  You know they want to do the job so
24 badly, but they are threatened constantly.
25     You're going to lose your pension.

Page 18

1 sir.  It's such an honor."  And yet it was Polis
2 who led the move to take me off the ballot
3 because I was leading in the polls against all of
4 the Democrats.  And then the Supreme Court, very
5 brave and very brilliant, actually, voted nine to
6 nothing that I should be on the ballot.
7     Nine to nothing.  Everybody was
8 unanimous that I should be -- I was leading
9 everybody in the ballot.  Every Democrat, I was
10 leading everybody.  He said, "We have to get them
11 off the ballot because that was part of their
12 scheme."  You know, not only the weaponization,
13 but this was actually part of the weaponization.
14     Their first move was to try and get me
15 off the bat.  They didn't want to run against me.
16 They liked other people much better.  Much
17 better.  You know, we ran and won in 2016.  We
18 did much better by millions of votes in 2020, but
19 we won't discuss that.  And I will tell you, you
20 see it by the crowd.  You see it outside.
21     Let's take a look outside.  We are
22 today -- there's more enthusiasm for this
23 movement, MAGA, the greatest movement.  It's
24 called Make America Great Again.  There's more
25 enthusiasm today than ever before.  But there was

Page 20

1 They don't want to do it.  What is this ideology?
2 It's so sick.  But to everyone here in Colorado
3 and all across our nation, I make this pledge and
4 vow to you, November 5th, 2024 will be liberation
5 day in America.  It will be Liberation Day.
6 Thank you.
7     [AUDIENCE CHANTS "USA"]
8     Thank you.  I will rescue Aurora and
9 every town that has been invaded and conquered.
10 These towns have been conquered.  Explain that to
11 your governor.  He doesn't have a clue.  They've
12 been conquered.  And we will put these vicious
13 and bloodthirsty criminals in jail or kick them
14 out of our country, and we will be very, very
15 effective in doing it.  It's going to happen
16 very, very fast.
17     Going to get them the hell out of our
18 country.  And if your weak and ineffective
19 governor, Jared Polis, was doing his job, he
20 would be leading the fight to get these gangs and
21 thugs the hell out of Colorado now.  And
22 remember, it was Polis.  "So, nice to be in the
23 White House, sir.  Yes, sir."  He called me sir.
24     Called me sir.  I would have done
25 whatever the hell I wanted.  "Yes, sir.  Always,

Page 19

1 great indignation in Colorado by what this
2 ineffective person did.  They really were angry
3 at him and they were angry.
4     And especially, you know who was the
5 most indignant?  The Democrats, believe it or
6 not.  They thought it was a terrible thing to do
7 because that is really a threat to democracy, not
8 the fake threat that they use all the time.  So,
9 I hope that Colorado -- I love this place.  I'm
10 here a lot.  As you know, I have a lot of friends
11 -- I have a lot of friends here, and they tell me
12 the whole thing is turning, but you can't live
13 like this.
14     You can't live with these people.
15 These are stone-cold killers.  You could be
16 walking down the street with your husband.
17 You'll both be dead.  They won't even remember
18 they did it the following morning.  You can't
19 live like this.  So, I hope that Colorado will
20 show a tremendous protest vote for what they did
21 to try and keep you off the ballot and more
22 importantly, for what they have done to the
23 fabric of your culture.
24     And remember, I really believe Colorado
25 is -- you know, we're very close.  We're very

Page 21

6 (Pages 18 - 21)

1 close. In fact, in one poll, we're leading by a
2 little bit. Think of it, though. Just think of
3 it. The Democrats are good people. The
4 Democrats were angrier than anybody. They
5 thought it was terrible, the concept of it.
6      And even when you get the three very
7 liberal votes in the Supreme Court voting and
8 when they vote for Trump, you know, it's got to
9 be pretty off the wall, right?
10     But they did. I respect them for doing
11 it. But Colorado is going to vote for me because
12 I am going to make Colorado safe again. We're
13 going to make you safe. We're going to do it
14 fast. In three local apartment complexes that
15 Kamala has infested with the TDA. That's the
16 gang that we talked about, the prison gang, they
17 come out of prisons, 80 percent of the residents
18 are now living with their relatives in different
19 states and other places.
20     They've been forced out of their
21 building. Twenty percent of the residents
22 stayed, and they're fearing for their lives.
23 They had no choice but to stay. They're being
24 threatened every single day. They're going to be
25 out soon. They're going to be out. They don't

1 have to be out. I would say if they can hold
2 out.
3      you know, in January 20th -- it's too
4 long. You better get out of this, too, I'd say.
5 But January 20th, those guys are going to be out
6 on their asses, and they're going to be out of
7 this country. They're going to be out of their
8 country. Members of the gang now beat down doors
9 with hammers and engage in open gun battles with
10 rival groups in this once peaceful, beautiful,
11 pretty crime-free community.
12     The illegal alien gang member who was
13 the alleged leader behind the invasion of Aurora
14 was recently charged for beating a man beyond
15 recognition. Beat him beyond recognition,
16 breaking his nose, breaking his jaw, and
17 inflicting traumatic brain injury on this victim.
18 He will never be the same, as you know.
19     The thug was later arrested for
20 shooting two men in the same apartment building
21 and breaking another man's ankle, which he did
22 just for fun. Once again, this animal had
23 arrived at our border and was released into the
24 United States by Kamala Harris, the worst border
25 czar in the history of our country here in

1 Aurora.
2      And remember that chart, my all-time
3 favorite chart, remember that chart. Look what
4 happened, that arrow, all-time low in history.
5 And then look to the right. Look what happened.
6 Literally, the day they took over, it became a
7 scene that nobody thought was possible. Not in
8 this state. I know this state very well.
9      I've been here so much. And not in
10 this state. Nobody thought this was possible.
11 They would even be up here talking about this.
12 Did anybody think five years ago, six years,
13 anybody would be up here talking about that a
14 Venezuelan gang with the most sophisticated
15 rifles, weapons, and guns that anybody has ever
16 seen would be taking over your state?
17     And they're not stopping. They're not
18 stopping. This guy gets in, and you got to get a
19 new governor, by the way. But if he gets in
20 again -- runs next year. But, actually, more
21 importantly, I can't believe she gets it. I
22 can't believe it. By the way, did you see "60
23 Minutes"? Her answer was so incompetent that CBS
24 and "60 Minutes," a prestigious show, but I knew
25 they were crooked as hell for years.

1      They used to do the opposite to me.
2 You know, to me, they used to cut my statement.
3 To her, they added the statement on. This is a
4 big difference. You want the guy that gets cut.
5 They cut it because I made such great statements.
6 I said, "Why did you cut that statement?" "Well,
7 we just felt we had to do it for time." They cut
8 the heart out of the statements.
9      But for me, they cut the statements.
10 For them, they added it on. So, they took her
11 entire statement out, and they took some just
12 words. It's just words. She doesn't know what
13 the hell she's talking about. I'm telling you,
14 there's something wrong with her. They took
15 these words. So, think of this. And, you know,
16 they got caught.
17     I think it's the greatest scandal in
18 broadcast history, actually. They took it out
19 and they added something else in. You think
20 they'd do that for Trump? Her statement was so
21 bad that rather than airing it, they cut it out.
22 They took out the whole thing and they added a
23 much shorter statement that she made 10 minutes
24 later, having nothing to do with the question.
25     I don't think anything like that's ever

1  happened.  And now we're finding out that it
2  happened throughout.  It wasn't the only
3  instance.  And now we're thinking that it
4  probably happened with Biden a couple of times
5  because he was interviewed by "60 Minutes" and
6  some strange things happened.  So, they're asking
7  -- but think of this.
8         So, CBS gets a license, and the license
9  is based on honesty.  I think they have to take
10  their license away.  I do.  Here in Aurora, a 35-
11 year-old mother of three had to leave her
12 apartment out of fear for her children's lives.
13 She said, quote, "It's not safe there, especially
14 if you have kids.  If you have kids, it's
15 horrible.
16        My kids used to walk to school.  They
17 were so happy.  We were so safe, but they don't
18 feel safe anymore.  And I would never let them
19 walk to school.  Sometimes I keep my kids home.
20 I don't even let them go to school." When I
21 announced my presidency in 2015, you all remember
22 that time, and they said, "Oh, he's just doing it
23 for fun." You think this has been fun?
24        I've been investigated more than Al
25 Capone.  This is not -- Al Capone, Scarface, he's

1  the most probably -- I always try and think of
2  very evil people.  Give me the most, and I'll
3  tell you I was investigated more.  But think of
4  it.  Here goes Hillary Clinton.  How about
5  Hunter, right?  Now I think of Al Capone because
6  there's a toughness, a meanness, Scarface, all --
7  he had the whole deal.
8         And I've been investigated more than
9  Alphonse Capone.  That's an amazing phenomena.
10 But when I announced my presidency in 2015, I
11 said they're not sending their best, and I took
12 such heat.  "How dare he say that?  This is
13 America."  Well, it turned out that what I said
14 was like peanuts compared to the fact.
15        I said they're sending people that have
16 lots of problems, which they definitely do.
17 They're sending people and bringing those
18 problems with them, and they're bringing drugs,
19 and they're bringing crime, and they're rapists.
20        Okay.  So, I made that statement, and I
21 got the hell knocked out of me by the fake news.
22 Look how many you have back there.  Oh, I got the
23 hell.  But I took a lot of heat for saying it,
24 but I was right.  And now everybody is admitting
25 that I was right.  You know that Trump -- was how

1  many times have you heard that?
2         You know, when Trump ran, he made those
3  statements.  Those statements are peanuts
4  compared to what's happening to our country.
5  These are the worst criminals in the world.
6  Kamala used to say -- she can't say it anymore,
7  "No, the people we're bringing in are very nice
8  people.  They don't commit crime," remember?
9         Our criminals are worse.  Our criminals
10 are like babies compared to these people.  These
11 people are the most violent people on earth.  And
12 remember, they don't come just from South
13 America.  They come from the Congo and Africa.
14 They come from all over the world.  They come
15 from the Middle East.  They come from Asia.
16        They come from prisons and jails.  They
17 come from all over the world.  And she was
18 saying, these are very nice people.  Either she's
19 really dumb or she's very naive.  Something's
20 wrong up there.  The only good thing about it --
21 I'll tell you, there's a couple of good things.
22 There are only one good thing, but maybe two.
23        One of the good things about it is that
24 they make our criminals look like nice people.
25 Okay?  So, our criminals are now -- we see these

1  really horrible, horrendous criminals, and we
2  say, they're not so bad.  The other thing is
3  they're really great if you happen to be running
4  against the politician that allowed this to
5  happen because I don't know how it's possible for
6  anybody to lose -- because we have to clean out
7  our country and we have to make America great
8  again, and we're going to do it.  So, you know
9  the story here.
10        We're joined today by another Aurora
11 resident who you know, Cindy Romero, and she's
12 going to come up and say just a few words.  She
13 bravely published her camera footage of what she
14 witnessed, and it is gone all over the world.
15 Cindy was forced to flee her home after a car was
16 hit with gunfire, another day in Aurora.
17        Can you imagine this happening?  A lot
18 of these people live in Aurora.  They live in
19 Colorado.  Most of you live in Colorado.  And can
20 you imagine that you have somebody standing up
21 here talking about this stuff?  It's hard to
22 believe.  She said life in her community had
23 become, quote, "a total nightmare."  And every
24 time she went to take out the trash or went to
25 bed at night, she had to lock her door with four

1 separate locks.
2          She has locks all over her door, and
3 then put braces on her door, and she was
4 preventing people that were knocking on her door.
5 They were wanting to do a lot of bad things. So,
6 I'd like to ask Cindy. She's been very brave,
7 actually, and she was able to release footage
8 that was so violent and vicious.
9          And Cindy, I wouldn't have done it
10 personally, but that's Okay. You're probably
11 braver than I am. Cindy, come up for a minute,
12 please. Come on up. Cindy Romero
13          Thank you. Thank you. This isn't just
14 affecting me. This is affecting all of you as
15 well. We've got to get Trump back in office.
16 We've got to get it done. With Trump's help, we
17 can take the state back over. We can make a
18 difference. Thank you, guys, so much for all of
19 your support, for believing me. Thank you.
20          Thank you. Thank you. She's very
21 brave. Getting all of the evidence and all of
22 that footage, you -- I just said you're very
23 brave, Cindy. Thank you very much. Really a big
24 help. And because of Cindy and others like
25 Cindy, the radical left can't say it never

Page 30

1 happened because there we have it. And I promise
2 you this, Cindy, that Kamala Harris' reign of
3 terror ends the day I take the oath of office.
4          It ends. Your community will no longer
5 live in fear. You will once again have a
6 protector in the White House. I'm going to be a
7 protector. You know, I said, I think we're doing
8 very well with women. We're doing great in the
9 polls. We're winning in all of the polls just
10 about. But somebody said, women love my policy,
11 but they don't like me.
12          I think they do like me. I'll tell you
13 what. So, they said -- and I said a week ago, I
14 said, "I think women like me because I will be
15 your protector, and I protected you for four
16 years." We had no wars. We had no terrorism.
17 We had none of these things that you're seeing
18 today at levels that nobody in the world is
19 experiencing.
20          And I said, "I will be your protector."
21 They said, "Who the hell is he to the" -- but the
22 women didn't say that. The women want
23 protection. They don't want to have these people
24 pouring into their house. And you know where
25 else I protect you? Where I protect you very

Page 31

1 well. I knocked out ISIS, as you know.
2          They've been playing with ISIS for 20
3 years. I did it in one month. We have the
4 greatest military in the world, but you have to
5 know how to use them. You have to know how to
6 use them. But I protect you against outside
7 enemies. But, you know, I always say we have the
8 outside enemy, so you can say China, you can say
9 Russia, you can say Kim Jong Un, you can say --
10 but that's not -- it's going to be fun.
11          If you have a smart president, no
12 problem. It's the enemy from within. All the
13 scum that we have to deal with that hate our
14 country, that's a bigger enemy than China and
15 Russia. And I'll tell you, as an example with
16 Russia, if I were president, the Ukraine-Russia
17 situation would have never happened, would have
18 never happened.
19          October 7th in Israel would have never
20 happened. Inflation would have never happened.
21 You had no inflation. Every day, Americans like
22 Cindy are living in fear all because Kamala
23 Harris decided to empty the slums and prison
24 cells of Caracas and many other places happening
25 all over the world. Every country.

Page 32

1          You know, prison populations all over
2 the world are down. Crime all over the world is
3 down because they take the world's criminals,
4 gang members, drug dealers, and they deposit them
5 into the United States bus after bus after bus.
6 In Venezuela, their crime rate went down 72
7 percent. You know why? Because they took the
8 criminals out of Caracas and they put them along
9 your border and they said, "If you ever come
10 back, we're going to kill you."
11          Think of that. And we have to live
12 with these animals, but we're not going to live
13 with them for long, you watch. Kamala's policy
14 is to release and resettle all illegals without
15 checking -- without check. You know, she's a
16 radical left person, just so you know. She's --
17 there's no way. The biggest problem with her is
18 nobody knew who the hell she was.
19          They say, "Who's running?" "Harris."
20 "Harris. Who the hell is Harris?" They said,
21 "Kamala, the one that failed" -- the one that --
22 was the first one out in the 22-person campaign
23 for the Democrat nomination, the one that wasn't
24 able to make it to Iowa, the one that quit first.
25 She was the first one out.

Page 33

9 (Pages 30 - 33)

1    She's running, but she's more liberal
2  than Crazy Bernie Sanders.  Can you believe it?
3  She's more liberal than Pocahontas.  You know who
4  that is?  Remember Pocahontas?  She said she's
5  Indian.  Why?  "Because my cheekbones are high,"
6  my mother told me.  "My mother told me I had high
7  cheekbones, and therefore, I'm an Indian."
8    She made a living going around saying
9  she was an Indian, going to college, becoming a
10  professor.  No, but I hit her very hard.  That
11  was the end of her presidential campaign.
12  Thereby guaranteeing unfettered access for
13  Venezuelan gangs and thugs and criminals.  And,
14  you know, we're talking a lot about Venezuela
15  because Aurora is really infected by Venezuela,
16  but they're coming from all countries, all
17  countries.
18    We have the great Tom Homan, central
19  casting, right?  Tom Homan told me the other day.
20  He said, last month, it came -- they came from
21  168 countries all over the world.  Most people
22  don't even know you had that.  We actually have
23  more than 200, but they don't even know you had -
24  - but they came from 168 countries.
25    Most of them, criminals.  And they

1  going to make it better, and we're going to make
2  it better really fast.  Kamala is flying them.
3  Think of this.  She said, "No."  You know, about
4  two months ago, her and Sleepy Joe, they said,
5  "We're really getting killed by this issue.  So,
6  let's toughen up the border a little bit."
7    All he would have had to do is say --
8  you know, he keeps talking about policy and
9  "Trump told the Congress not to do this" and
10  that's not -- it's false.  All he had to do is
11  one thing, call up Border Patrol, "This is the
12  president of the United States speaking.  Close
13  the border."  And the border's closed.
14    You don't need a bill.  You don't need
15  a bill.  But he doesn't want to do that.  He
16  doesn't want to do that because they actually
17  want to have open borders.  So, they had 21
18  million people come in.  I think much more than
19  that, including the getaways.  But think of this,
20  if you had four years of that, you would have 200
21  million people come in the whole world.
22    The country would be over.  It would be
23  finished.  It wouldn't be -- you wouldn't even
24  have a country anymore.  You'd have a crime den.
25  She cannot be allowed to do this to our country.

1  deposit them in our country, and we are supposed
2  to take it.  And then the liberal philosophy is
3  we'll make them into wonderful people.  No,
4  you're not going to make them into wonderful
5  people.  Some people murdered -- many people
6  actually murdered more than three people.
7    The murderers that came in, many --
8  some were on death row, and they said it's better
9  if we just let it go to America.  This is what we
10  have, and they're in your community, but they're
11  going to be all over.  And, you know, other
12  communities in other states because every state
13  is a border state now -- it's not Texas and
14  Arizona and -- it's every state is a border
15  state, every state.
16    And they're now -- and people are
17  living in deathly fear.  Most of them -- a lot of
18  them have already been hit, but a lot of them
19  haven't.  But they're going to be hit because
20  there's millions of them.  They're all over the
21  place, and they're walking through our country
22  and they're going to be settled in a lot of these
23  states that never thought a thing like this could
24  happen.
25    It's only going to get worse, but we're

1  She shouldn't be the one that was chosen anyway
2  because she is, in fact -- by the way they chose
3  her -- a threat to democracy.
4    She really is.  And just in case you
5  didn't know it, Biden hates her.  I believe there
6  is a small possibility, very small, like 1
7  percent.  There's a 1 percent possibility that he
8  hates her more than he hates Donald Trump.  I
9  think he hates her.  The last thing he thought --
10  you know, he won the primary.  In all fairness,
11  he won.
12    It was me against him.  How about me?
13  I have to run against the guy.  I spent $150
14  million.  I had to debate him.  I debated the
15  guy.  He went way, way down, and I thought it was
16  over.  And then it's like a fighter.  Then they
17  put a new person in her, and we don't know
18  anything about her.  We have to -- but now we
19  learned, and now the people are learning, and
20  she's crashing like a rock.
21    Uh-oh.  I just thought -- just a
22  thought from a very brilliant mind.  They might
23  want to put a third person in that.  Oh, no.
24  Please be nice to Kamala, to my people, I'm
25  telling.  Everybody that's on the Trump team, be

1 nice to Kamala because they're going to put a
2 third person in. Let's see. Who are they going
3 to put in next? This can only -- they keep
4 saying Hillary.
5 　　　　Hillary's coming. Oh, Hillary's back.
6 You know, it's interesting. If Trump talks about
7 the 2020 election, they say, "Indict him. He's a
8 conspiracy theorist." But Hillary is still
9 talking about 2016. She's like -- she has got
10 serious Trump derangement syndrome. She's got a
11 massive case of Trump derangement.
12 　　　　No. But you ever notice she talks
13 about it all the time, all those people that --
14 but when anybody from the right talks even a
15 little bit, no, no. We don't forget. We're not
16 forgetting. Hillary is talking about it. I saw
17 her two days ago. "What they did to me?" Now
18 isn't it fun? Isn't it nice? Because I haven't
19 looked at these stupid things in about 15
20 minutes.
21 　　　　Isn't it nice to have a president that
22 doesn't need a teleprompter? Isn't that nice?
23 Isn't that -- look at it. Look at that. Would
24 some of you like to go outside and let them take
25 your place for a little while? I thought that

1 would happen. She's flying them in now with
2 migrant flights. So, we thought, you know -- she
3 said, "We're going to sort of" -- so they
4 tightened it up a little bit.
5 　　　　So, their numbers looked a little --
6 but it doesn't count. The migrant flights don't
7 count. So, they don't count. So, she forgot to
8 tell anybody that they have massive Boeing
9 aircraft flying them in one after another over
10 the border. So, she didn't close it. And then
11 they have the apps, right? How about the apps?
12 Where they have an app so that the gangs, the
13 people, the cartels, the heads of them, they can
14 call the app.
15 　　　　They call the second most resettled
16 population nobody's ever seen. They call up the
17 app and they ask, "Where do we drop the
18 illegals?" And people are on the other side and
19 they left that. She actually created an app, a
20 phone system where they can call up. I mean,
21 she's a criminal. She's a criminal. She really
22 is, if you think about it.
23 　　　　So, now we inform them that you didn't
24 close up the border because you have hundreds of
25 thousands of people being flown in over the top

1 of the border. No. No. If they ever did get
2 this, and I don't believe it can happen. I can't
3 because the American people ultimately get it
4 right this far. But if she ever did, you're
5 going to have hundreds of millions of people
6 coming in here, and you're not going to have it
7 and they're going to take your house.
8 　　　　That woman has a beautiful house over
9 there. I saw it actually. Enjoy it because you
10 won't have it long. They will take over your
11 house, just like Venezuela. You know, Venezuela
12 was a very successful country 20 years ago. It
13 was a rich, beautiful country. It was taken
14 over. And I used to talk about this.
15 　　　　I said, if they don't get it right,
16 you'll have Venezuela on steroids. Remember?
17 And that's what you're going to have if you don't
18 vote for Trump. I hate to say that. But if you
19 vote for Trump, you're going to have one hell of
20 a great country. We're going to build it back
21 and fast. Venezuelan illegals are the No.
22 　　　　2 most resettled population, but they
23 do it through their phone app. And on day one of
24 this Trump administration -- you know, if you
25 take a look at Springfield, Ohio, how about that?

1 They have they have about 50,000 people. No
2 crime, beautiful community. Everything nice.
3 Schools, everything is nice. They dropped in
4 32,000 people that are really illegal.
5 　　　　You know, they did it in such a way
6 that they could make the case, you know? They
7 said they did it through probation. What's
8 probation? They took him in through probation.
9 So, I assume they assume they're, like, prisoners
10 or something, and therefore, they're legal. They
11 brought in 32,000 people into a community of 50,
12 a community that was a nice community.
13 　　　　And now, if you want to go to the
14 hospital, you can't get in. Your children can't
15 get into school. And what they're doing is
16 looking -- the mayor is a very nice man. I mean,
17 I think he's nice. He's trying to be nice. He's
18 looking for interpreters because they don't speak
19 the language of you and you and everybody in this
20 room.
21 　　　　It's a totally different language. So,
22 they're looking for interpreters and he's acting
23 like, "Yes, we're having a hard time hiring
24 interpreters." This community was hit with
25 32,000 illegal migrants. They have to go back to

11 (Pages 38 - 41)

1 where they came from. I'm sorry. Springfield,
2 Ohio. On day one of the Trump Organization, the
3 Trump Organization, when I founded it, it was
4 nice, but now it's great.
5      But I want to get back to the Trump
6 administration because the Trump administration
7 is going to do things like has really never been
8 done. We're going to clean this thing out. The
9 good thing about this four-year period -- it's a
10 horrible period. It's a shame it happened. It
11 should've never happened. Shouldn't have
12 happened.
13     But they've done so badly that we'll be
14 able to do it, and we'll be able to do it with
15 cheers because people see how bad it is and how
16 bad it's been run. And that's why there's far
17 more enthusiasm for this move, the greatest
18 movement ever. It's this -- and, by the way, if
19 it wasn't, the fake news would be headlines.
20     Donald Trump lied. When Biden would
21 get up and he'd say, "We're going to stop MAGA.
22 We're going to do something about MAGA."
23 Remember with the pink wall, he looked like the
24 devil, right? Remember the pink wall? "We're
25 going to stop, MAGA. I think it's called MAGA.
Page 42

1 We're going to stop MAGA." And I said, "Joe,
2 it's called Make America Great Again," and he
3 wants to stop it.
4      He wants to stop it. "We're going to
5 stop that." But the border will be sealed. The
6 invasion will be stopped. The migrant flights
7 will end, and Kamala's app for illegals will be
8 shut down immediately within 24 hours. All
9 within 24 hours. And, you know, I've always had
10 an ability to do a lot of things, so I got to do
11 something else in the first day.
12     I'm going to do all those things. The
13 border, we're going to make it strong very
14 quickly. We're going to get people out that are
15 criminals and horrible people, but we're also
16 going to do something else. Drill, baby, drill.
17 Two things. On that same day, we will begin the
18 task of finding and deporting every single
19 illegal alien gang member from our country.
20     We'll get them out. This will be a
21 major, national undertaking according to newly
22 published data from ICE. The great patriots of
23 ICE, I call them. These guys are tough as hell,
24 I tell you. They should be fighting for Dana
25 White, UFC, ICE. You got to see them. They go
Page 43

1 in MS-13. That's another beautiful gang.
2      They're tough as hell. They've taken
3 them out by the thousands. She wants to end ICE.
4 She doesn't want to have ICE. But they informed
5 us that over the last short period of time,
6 13,099 illegal aliens, convicted of murder, are
7 at large and dropped into the United States
8 against their wishes, against our Border Patrol's
9 wish -- the wishes of our Border Patrol.
10     They were saying, "Please don't do
11 this. Please don't do this." Even as the New
12 York Times, which is totally corrupt I mean, I
13 can't stand that paper. I can't stand that. You
14 know what you do with the Times? When you read a
15 story, just think the opposite. They're the
16 enemy of the people. They're really -- New York
17 Times is the enemy.
18     Washington Post is the enemy of the
19 people, too. I don't understand it. Why? Why?
20 And then they lose credibility. Eventually, they
21 go out of business. I call it the failing New
22 York Times. But even as the New York Times
23 recently reported, the TDA Venezuelan prison gang
24 has, "sneaked" into the United States among the
25 millions of migrants who have crossed the border
Page 44

1 and is peddling drugs, guns, and women all across
2 the 50 states from the urban centers like New
3 York and Chicago to Florida beaches to the once
4 tranquil middle America.
5      It was once tranquil. You were once
6 tranquil. In Colorado, the gang even got a green
7 light to shoot police officers. Did you know
8 that the gang got the okay to kill your police?
9 You know that. By the way, that's the New York
10 Times. That's not me. That's the New York Times
11 saying that. They got the green light to kill
12 your police.
13     Just days ago, it was an amazing day.
14 I was in a small town, Prairie Du Chien in
15 Wisconsin. You know, we're leading Wisconsin by
16 four and a half points too, right? They have a
17 similar problem. You know, almost all states
18 have this. You know, just so we set it straight,
19 Aurora's got a lot of publicity, but you have
20 states that have a bigger problem than Aurora.
21     You have -- that people aren't talking
22 about. A lot of the people that run the states,
23 they don't want to talk about it. They want to
24 try and solve it, but they can't because they're
25 not tough enough. You need very tough people
Page 45

12 (Pages 42 - 45)

1  like ICE, like military.  You need very tough
2  people to solve it.  They can't -- you know,
3  you'll have a sheriff with one or two men, and
4  you'll have 25 migrants with weaponry that they
5  haven't even seen in some cases.
6        No, you need help.  But they don't want
7  to talk about it because the public relations is
8  so bad for the town or the little city that they
9  run or the big city.  Look at Chicago.  Look at
10 New York.  Look at Los Angeles.  What's happening
11 to it?  In Wisconsin, where last month an illegal
12 alien member of this ruthless gang was arrested
13 for holding a mother and a daughter captive
14 against their will and sexually assaulting them
15 again and again and again.
16       In Houston in June, 12-year-old Jocelyn
17 Nungaray was kidnapped, tied up, and assaulted
18 for two hours under the bridge before she was
19 murdered by two Venezuelan TDAs, these gang
20 members who Kamala Harris had ordered -- Kamala
21 Harris had ordered and let into the United
22 States.  Totally unvetted.  Nobody knew who they
23 were.
24       Totally unvetted.  Come on in.  You
25 just come on in.  In New York City, another gang

1        I'm announcing today that upon taking
2  office, we will have an Operation Aurora at the
3  federal level to expedite the removals of these
4  savage gangs, and I will invoke the Alien Enemies
5  Act of 1798.  Think of that, 1798.  This was put
6  there 1798.  That's a long time ago, right?  To
7  target and dismantle every migrant criminal
8  network operating on American soil.
9        Who would have ever thought that a
10 president or a future president would ever have
11 to stand here and say such things?  Who would
12 think that that's even possible to have to do?
13 So, many things are changed in the last four
14 years, but that's the state of our country now
15 after Kamala and Joe Biden have just absolutely
16 destroyed our country.
17       We're a country in tremendous distress.
18 We're a failing country.  We're laughed at all
19 over the world.  We will send elite squads of
20 ICE, Border Patrol, and federal law enforcement
21 officers to hunt down, arrest, and deport every
22 last illegal alien gang member until there is not
23 a single one left in this country.
24       And if they come back into our country,
25 they will be told it is an automatic 10-year

1  member recently shot two New York City police
2  officers, hitting one in the chest and the other
3  in the leg.  They were really, really badly hurt,
4  probably going to make it.  And just last week,
5  police arrested over a dozen members of TDA, the
6  Venezuelan gang, who had taken over yet another
7  apartment complex in San Antonio.
8        They're, like, in the real estate
9  business like I used to be.  They take over a lot
10 of real estate, but they do it by gunpoint.  I
11 had to go borrow money.  I had to see the banks.
12 This is a wonderful deal.  Would you like to?
13 But they just walk in with guns and take it over.
14 It's much quicker.  It's a horrible -- in San
15 Antonio -- and terrorized its residents to a
16 level that they've never seen before.
17       San Antonio police very aptly named
18 their law enforcement effort Operation Aurora
19 because Aurora was the one that was first and got
20 all that publicity.  Operation Aurora.  In honor
21 of Jocelyn Nungaray, Laken Riley, beautiful
22 Laken, Rachel Moran, and all of the others that
23 are dead and/or mortally wounded at the hands of
24 migrants who should never have been allowed into
25 our country.

1  sentence in jail with no possibility of parole.
2  And I'm hereby calling for the death penalty for
3  any migrant that kills an American citizen or a
4  law enforcement officer.  With your vote, we will
5  achieve complete and total victory over these
6  sadistic monsters.
7        It's going to go very quickly.
8  Remember our local police?  They're great.  I
9  know them so well.  They've been restricted from
10 operating.  They're great.  They know everything
11 about every one of them.  I said, "Oh, how will
12 you ever find them?" The local police know
13 everyone.  They know their middle names.  They
14 know their serial numbers, where they live.
15       No.  And they want to do their job.
16 They're done.  You have no idea how many police
17 officers say, "Sir, we're going to indemnify them
18 against any prosecutions" because they get
19 prosecuted if they do their work.  Going to pass
20 that.  It'll pass so fast.  If they do their job,
21 they get prosecuted by their own people.
22       They get sued by the people that won't
23 take care of the criminals, some of the DAs that
24 won't do the -- think of it, and AGs.  They won't
25 go after the criminal, but they'll go after our

13 (Pages 46 - 49)

1 police officers if they do the job. We will take
2 back our suburbs. We'll take back our cities and
3 towns, and we will take back our country, and we
4 will do it very, very quickly.
5     What Kamala Harris -- and remember -- I
6 remember when Joe -- he didn't want to do it. He
7 was too tired. He didn't want to do it. I like
8 to do it myself. And by the way, how good is JD
9 Vance? Is he great? I know JD, JD is going to
10 be saying, "Sir, let me do it. I want to do it,
11 sir." And if he did it, it would be done right.
12     But I'd say, "JD, I want to do it.
13 We'd have an argument over who's going to do it."
14 It'll be done right. But JD was great. He was
15 great the other night exposing that total moron.
16 Man, can you imagine? How about at a debate, a
17 guy calls himself a knucklehead? He says he's a
18 knucklehead, and he is a knucklehead when you get
19 right down.
20     What a team that is. So, Joe Biden is
21 considered the worst president in the history of
22 our country. They are considered the worst
23 administration in the history of our country, and
24 the only one that's happy is Jimmy Carter because
25 by comparison, he looked like a brilliant

Page 50

1 president. Okay? Much better. No.
2     He was much better. What Kamala Harris
3 has done to our border is a crime and an atrocity
4 of the highest order. But even after all of the
5 pain and suffering she's caused when Kamala was
6 asked this week, if she would do anything
7 different than Biden, she choked like a dog. She
8 said not one thing. I would -- so she wouldn't
9 have done anything different.
10     Let's take a look at this video.
11     [BEGIN VIDEO]
12     SUNNY HOSTIN: Would you have done
13 something differently than President Biden during
14 the past four years?
15     KAMALA HARRIS: There is not a thing
16 that comes to mind.
17     MARK SCHMITZ: I stood there on the
18 tarmac watching you check your watch.
19     ANDREA MITCHELL: The chaotic and
20 deadly U.S. evacuation from Afghanistan stunned
21 Americans and the world and cost the lives of
22 thirteen U.S. soldiers.
23     SUNNY HOSTIN: Would you have done
24 something differently?
25     KAMALA HARRIS: There is not a thing

Page 51

1 that comes to mind.
2     REPORTER: More than 13,000 illegal
3 immigrants convicted of murder have been caught
4 at the border and then released into the United
5 States.
6     ENRIQUE ACEVEDO: An Afghan national is
7 in custody today after being accused of plotting
8 an election-day terrorist attack. The suspect
9 entered the U.S. on a special immigrant visa.
10     REPORTER: Gut-wrenching new details in
11 the murder of Georgia nursing student, Laken
12 Riley.
13     REPORTER: The illegal immigrant
14 suspect who, cops say, committed the heinous
15 murder is a Venezuelan national who crossed the
16 unsecured southern border back in 2022.
17     REPORTER: Two men, investigators say,
18 are in the country illegally from Venezuela are
19 charged with capital murder in the death of
20 Jocelyn Nungaray.
21     REPORTER: A fifth illegal immigrant
22 accused of attacking two New York City police
23 officers over the weekend showed no remorse or
24 regret.
25     SUNNY HOSTIN: Would you have done

Page 52

1 something differently?
2     KAMALA HARRIS: There is not a thing
3 that comes to mind.
4     REPORTER: Only 18 percent say the
5 economy is in excellent or good condition. U.S.
6 inflation has hit a new 40-year high, increasing
7 by 9.1 percent over the financial year.
8     REPORTER: The cost of homes have
9 spiked. Home buyers need to earn 80 percent more
10 than they did in 2020 to afford a house.
11     DANA BASH: Were you the last person in
12 the room?
13     KAMALA HARRIS: Yes.
14     [END VIDEOTAPE]
15     PRESIDENT DONALD TRUMP: Can you
16 imagine? I watched that, and I said, well, this
17 is going to be a long answer because she's got --
18 you know, she's changed 15 policies. She was in
19 favor of gun confiscation. Every single thing
20 that you don't want, 15 times. I said this --
21 and she changed. Nobody's ever -- if you change
22 one thing, you're in trouble.
23     She did -- every single thing. But
24 every single thing she changed, she would end up
25 doing, including banning fracking, which is going

Page 53

14 (Pages 50 - 53)

1 to drive up cost, which -- and hence, I'm leading
2 Pennsylvania by a lot. That would be the end of
3 Pennsylvania. That would be the end of
4 Pennsylvania. But that statement, "I can't think
5 of a thing I changed from Joe Biden," the worst
6 president ever.
7          She's not going to change. No, she
8 choked. I thought this was going to be a long
9 answer. Long, beautiful -- the weave. I thought
10 she'd do a weave like Trump does. You know,
11 weave and then always come back into what you're
12 doing. You need a great memory for that. She
13 doesn't have that. But what she said is
14 disqualifying.
15          If she had any honor, she would drop
16 out of the race right now and resign the vice
17 presidency. A disgrace, because she's -- what
18 she has done to the country is unthinkable. It
19 was just announced yesterday that inflation came
20 in substantially higher than expected last month,
21 double what was predicted with much of the gain
22 coming from food prices going up, rent and
23 housing costs going up, and car prices going
24 through the roof.
25          Four years ago, when I left office, we

1 had no inflation. We had virtually -- think of
2 it. We had no inflation virtually for my whole
3 term, four years. We had the greatest economy in
4 the history of our country. We never had an
5 economy like that. And we were energy-
6 independent. How does that sound? We're energy-
7 independent.
8          Now we're buying our oil from Venezuela
9 and other countries. Under Biden and Harris, the
10 economy has been a disaster. The worst inflation
11 in history, costing the typical family $29,000
12 and higher prices. Think of that, 29,000. But I
13 think to me, the worst thing of all when she says
14 she wouldn't have changed -- this is something
15 that if it was me, I mean, you'd never see me
16 again.
17          I really believe it. Kamala lost
18 325,000 migrant children who are now dead or in
19 slavery. They're gone. She's missing 325,000
20 children. Their parents are looking -- they're
21 never going to see their parents again. They
22 came in. They were taken in. And they're either
23 dead in slavery or just plain missing.
24          It's a horrible thing. And I thought
25 I'd put this up because it's a beautiful day. We

1 have some wonderful people. And I want you to
2 take a look at military the way it was, where we
3 won two world wars, where we had something known
4 as Fort Bragg, where the names were changed. We
5 win two wars out of Fort Bragg, and they want to
6 change the name.
7          But where they changed the name, they
8 changed the name out of places that we won a lot
9 of military battles, wars. And I thought you
10 should see, the way it sort of was, you get a
11 pretty heavy dose of this. And I saw it the
12 other day. I said, "We got to put it up." Go
13 ahead, please.
14          [VIDEOTAPE]
15          DRILL SERGEANT: You little scumbag. I
16 got your name. I got your ass. You will not
17 laugh. You will not cry. You will learn by the
18 numbers.
19          MAN: Happy pride. Happy pride
20 month. And actually, let's declare it a summer
21 of pride.
22          DRILL SERGEANT: So, you're a killer.
23          MARINE: Sir, yes, sir.
24          DRILL SERGEANT: Let me see your war
25 face.

1          MARINE: Sir.
2          DRILL SERGEANT: You got a war face?
3 Ahhh, that's a war face. Now let me see your war
4 face.
5          MARINE: Ahhh.
6          DRILL SERGEANT: Bullshit. You didn't
7 convince me. Let me see your real war face. You
8 will be a weapon. You will be a minister of
9 death, praying for war. But until that day, you
10 are pukes. You are the lowest form of life on
11 earth. You are not even killing fucking pigs.
12 You are nothing but unorganized, grab-asstic
13 pieces of amphibian shit.
14          It wasn't me like the best party you
15 ran down to practice your mama's ass and ended up
16 as a brown stain on the mattress. I love working
17 for Uncle Sam.
18          MARINES: I love working for Uncle Sam.
19          DRILL SERGEANT: Lets me know just who
20 I am.
21          MARINES: Lets me know just who I am.
22          DRILL SERGEANT: One, two, three, four,
23 United States, Marine Corps.
24          MARINE: One, two, three, four, United
25 States Marine Corps.

1    [END VIDEO]
2    [AUDIENCE CHANTS "USA"]
3    PRESIDENT DONALD TRUMP:  And you see
4 all of that, and Kamala says she wouldn't change
5 one thing from the worst president in the history
6 of our country.  She wouldn't change one thing.
7 The only way to end this suffering is to vote for
8 change this November.  You got to vote for
9 change.  Emergency rooms in Denver, beautiful
10 Denver, have been, think of this, 6,000 percent
11 increase in patients, 6000 percent increase.
12    You're not going to get a room, you
13 know, when you go to hospitals.  You're not going
14 to get a room.  Someday, you don't know it
15 because you hopefully won't need a hospital.  But
16 if you do, you're not going to be able to get in.
17 They come in from Colombia, from Honduras, from
18 Ecuador, from Venezuela.  They come in for many
19 you cannot get a room.
20    They can't get a room.  A hospital only
21 15 miles outside Aurora has been overwhelmed by
22 20,000 visits from illegal aliens, costing the
23 hospital over $10 million, and those costs are
24 being passed on to you directly.  Before Kamala
25 Harris, before she came, Denver schools enrolled

Page 58

1 an average -- listen to this, though.
2    Denver schools, this is the way it used
3 to be, enrolled an average of 500 new students
4 every year.  Earlier this year, it was reported
5 that they were enrolling 500 new students every
6 two weeks, most of them coming in from South
7 American countries.  They don't speak our
8 language, and they don't even want to be here,
9 frankly.
10    Many of them don't even want to be
11 here.  In Aurora, nearly 3,000 illegal migrant
12 children have been placed into your elementary
13 schools, middle schools, and high schools once
14 again at your expense, and at the cost of more
15 opportunity for them and no opportunity for your
16 kids.  They're not -- your kids can't even get
17 into their own schools.
18    Kids that went to a school aren't even
19 able to get back in.  They're taking care of
20 these people before they take care of our
21 children.  These massive new burdens on our
22 education and health care systems are being
23 experienced by communities all across our country
24 and are destroying your children's education,
25 safety, and indeed destroying their lives.

Page 59

1    And as you know, FEMA, which has
2 totally gotten out of control and away from its
3 mission -- it had a mission, a big mission.  You
4 know what that mission was, to save people in
5 storms and other things.  Has spent billions and
6 billions of dollars illegally allowing people to
7 come into our country and destroying our once
8 beautiful way of life.
9    Yet hurricane victims from North
10 Carolina, Georgia, Florida, South Carolina,
11 Tennessee, Louisiana, Texas, all over our
12 country, when you have storms all over our
13 country, different kinds of storms, different
14 kinds of catastrophes, they can't get housing or
15 rescues, and they're offered pennies on the
16 dollar.
17    They're offered pennies on the dollar.
18 These people that have gone through hell are
19 offered pennies on the dollar from Kamala and
20 Joe, and yet we give hundreds of billions of
21 dollars from countries that people have never
22 even heard of in this country.  And now Kamala
23 wants to provide amnesty and citizenship to the
24 21 million illegal aliens she let in, including
25 murderers, gang members, drug lords, human

Page 60

1 traffickers, not to mention the millions of
2 getaways, and all of the others that very smart
3 leaders have viciously thrown out of their
4 countries.
5    These are very smart leaders.  I would
6 do it.  I would have done it faster than them, I
7 tell you.  Soon as I thought of it, I said, you
8 know, that's -- remember I said it three years
9 ago.  I said that's going to happen if they have
10 open borders, and I was right.  But who Kamala
11 has allowed into our country at the expense of
12 our children, our mothers, our fathers, our
13 grandparents, our uncles, and our aunts.
14    Under the Trump administration, we will
15 put American citizens first, American children
16 first, American patients first, American
17 taxpayers first, American workers first, and
18 American communities first.  We will put
19 communists, Marxists, and fascists last, and they
20 will always be last.  I will end catch and
21 release.
22    I will restore Remain in Mexico.
23 Remember, I got it done with the Mexican
24 government, Remain in Mexico.  They couldn't come
25 into this country and they had to remain in

Page 61

16 (Pages 58 - 61)

1 Mexico. You think that was easy to get from
2 Mexico, was it? But I got it. I got everything.
3 I will bring back Title 42, medical rejections.
4        People come in, they're very sick.
5 Very sick. They're coming into our country.
6 They're very, very, very sick with highly
7 contagious disease, and they're let into our
8 country to infect our country. And they're
9 coming in at numbers that nobody's ever seen
10 before. I will send Congress a bill to ban all
11 sanctuary cities in our country, including
12 Denver.
13        And we will begin the largest
14 deportation operation in the history of the
15 United States. We will close the border. We
16 will stop the invasion of illegals into our
17 country. We will defend our territory. We will
18 not be conquered. We will not be conquered. We
19 will reclaim our sovereignty, and Colorado will
20 vote for Trump as a protest and signal to the
21 world that we are not going to take it anymore.
22        We're not going to take it anymore. I
23 will liberate Colorado. I will give you back
24 your freedom and your life, and together, we will
25 make America powerful again. We will make

Page 62

1 America wealthy again. We will make America
2 healthy again. We will make America strong
3 again. We will make America proud again.
4        We will make America safe again, and we
5 will make America great again. Thank you,
6 Colorado. Vote for Trump. God bless you. God
7 bless you, all. Thank you.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 63

1        C E R T I F I C A T I O N
2
3 I, Sonya Ledanski Hyde, certify that the
4 foregoing transcript is a true and accurate
5 record of the proceedings.
6
7
8
9 *Sonya M. Ledanski Hyde*
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date: February 18, 2025
17
18
19
20
21
22
23
24
25

Page 64

17 (Pages 62 - 64)

**[1 - alien]**

| 1 |
|---|
| **1**   15:17 37:6,7 |
| **10**   25:23 48:25 |
| 58:23 |
| **11**   1:13 |
| **11501**   64:14 |
| **12**   14:25 46:16 |
| **12151**   64:9 |
| **13**   44:1 |
| **13,000**   16:14 |
| 52:2 |
| **13,099**   44:6 |
| **14**   7:3 |
| **15**   2:23 38:19 |
| 53:18,20 58:21 |
| **150**   37:13 |
| **168**   34:21,24 |
| **1798**   48:5,5,6 |
| **18**   53:4 64:16 |

| 2 |
|---|
| **2**   16:17 40:22 |
| **20**   16:17 32:2 |
| 40:12 |
| **20,000**   58:22 |
| **200**   34:23 36:20 |
| **2015**   26:21 |
| 27:10 |
| **2016**   4:22 20:17 |
| 38:9 |
| **2020**   20:18 38:7 |
| 53:10 |
| **2022**   52:16 |
| **2024**   1:13 19:4 |
| **2025**   64:16 |

| 20th   23:3,5 |
|---|
| **21**   36:17 60:24 |
| **22**   7:6 33:22 |
| **24**   43:8,9 |
| **25**   5:11,12 8:19 |
| 46:4 |
| **29,000**   55:11,12 |

| 3 |
|---|
| **3,000**   59:11 |
| **300**   64:13 |
| **32,000**   41:4,11 |
| 41:25 |
| **325,000**   55:18 |
| 55:19 |
| **330**   64:12 |
| **35**   26:10 |

| 4 |
|---|
| **40**   53:6 |
| **42**   62:3 |
| **47s**   12:13 |

| 5 |
|---|
| **50**   14:15 41:11 |
| 45:2 |
| **50,000**   41:1 |
| **500**   59:3,5 |
| **5th**   19:4 |

| 6 |
|---|
| **6,000**   58:10 |
| **60**   24:22,24 |
| 26:5 |
| **6000**   58:11 |

| 7 |
|---|
| **72**   33:6 |
| **7th**   32:19 |

| 8 |
|---|
| **80**   22:17 53:9 |

| 9 |
|---|
| **9.1**   53:7 |
| **911**   15:20 |

| a |
|---|
| **ability**   43:10 |
| **able**   30:7 33:24 |
| 42:14,14 58:16 |
| 59:19 |
| **abolish**   16:23 |
| **absolutely** |
| 48:15 |
| **access**   34:12 |
| **accurate**   64:4 |
| **accused**   17:2 |
| 52:7,22 |
| **acevedo**   52:6 |
| **achieve**   49:5 |
| **act**   48:5 |
| **acting**   41:22 |
| **action**   7:10,10 |
| **actually**   4:21 |
| 20:5,13 24:20 |
| 25:18 30:7 |
| 34:22 35:6 |
| 36:16 39:19 |
| 40:9 56:20 |
| **added**   25:3,10 |
| 25:19,22 |

| administration |
|---|
| 17:15 40:24 |
| 42:6,6 50:23 |
| 61:14 |
| **admitting** |
| 27:24 |
| **affecting**   30:14 |
| 30:14 |
| **afford**   53:10 |
| **afghan**   17:1 |
| 52:6 |
| **afghanistan** |
| 51:20 |
| **afraid**   12:10,10 |
| **africa**   28:13 |
| **afternoon**   2:25 |
| **ago**   6:5 8:23 |
| 11:25 18:4 |
| 24:12 31:13 |
| 36:4 38:17 |
| 40:12 45:13 |
| 48:6 54:25 |
| 61:9 |
| **ags**   49:24 |
| **ahead**   56:13 |
| **ahhh**   57:3,5 |
| **aircraft**   39:9 |
| **airing**   25:21 |
| **ak**   12:13 |
| **al**   26:24,25 |
| 27:5 |
| **alabama**   2:8 |
| **alaska**   5:9 |
| **alien**   7:12 |
| 23:12 43:19 |

Page 1

**[alien - bad]**

46:12 48:4,22
**aliens** 8:22 44:6
  58:22 60:24
**alleged** 23:13
**allegedly** 14:25
**allowed** 10:13
  29:4 36:25
  47:24 61:11
**allowing** 12:22
  60:6
**alphonse** 27:9
**alvaro** 14:9
**amazing** 27:9
  45:13
**america** 5:22
  16:2 18:17,18
  19:5 20:24
  27:13 28:13
  29:7 35:9 43:2
  45:4 62:25
  63:1,1,2,3,4,5
**american** 2:4
  7:20 15:15
  40:3 48:8 49:3
  59:7 61:15,15
  61:16,16,17,18
**americans**
  32:21 51:21
**amnesty** 60:23
**amphibian**
  57:13
**andrea** 51:19
**angeles** 46:10
**angrier** 22:4

**angry** 21:2,3
**animal** 23:22
**animals** 33:12
**ankle** 23:21
**announced** 6:6
  26:21 27:10
  54:19
**announcing**
  48:1
**answer** 24:23
  53:17 54:9
**antonio** 17:7
  47:7,15,17
**anybody** 5:6
  22:4 24:12,13
  24:15 29:6
  38:14 39:8
**anymore** 6:18
  26:18 28:6
  36:24 62:21,22
**anyway** 37:1
**apartment** 7:22
  8:12 13:16,23
  16:5 17:9
  22:14 23:20
  26:12 47:7
**app** 39:12,14
  39:17,19 40:23
  43:7
**appear** 13:17
**appreciate** 4:15
**apprehended**
  16:19
**apps** 39:11,11

**aptly** 47:17
**aragua** 7:24
  14:6 15:4 17:6
**areas** 12:16
  15:11
**argument**
  50:13
**arizona** 35:14
**armed** 8:7 16:4
**army** 7:12
**arrest** 14:22
  48:21
**arrested** 17:21
  23:19 46:12
  47:5
**arrived** 23:23
**arrow** 9:14
  24:4
**article** 3:25
**asia** 28:15
**asked** 51:6
**asking** 26:6
**ass** 56:16 57:15
**assaulted** 15:1
  46:17
**assaulting**
  14:20 46:14
**asses** 23:6
**asstic** 57:12
**assume** 41:9,9
**asylums** 7:17
**atrocity** 51:3
**attack** 15:5
  17:3 52:8

**attacking** 52:22
**attention** 6:10
  6:11
**audience** 19:7
  58:2
**aunts** 61:13
**aurora** 1:14
  3:23 6:9 7:22
  11:18,23 13:17
  16:5 19:8
  23:13 24:1
  26:10 29:10,16
  29:18 34:15
  45:20 47:18,19
  47:20 48:2
  58:21 59:11
**aurora's** 45:19
**automatic**
  48:25
**average** 59:1,3

|      **b**      |

**babies** 28:10
**baby** 43:16
**back** 2:3,20
  11:2 27:22
  30:15,17 33:10
  38:5 40:20
  41:25 42:5
  48:24 50:2,2,3
  52:16 54:11
  59:19 62:3,23
**backstage** 4:5
**bad** 3:10 10:22
  25:21 29:2
  30:5 42:15,16

Page 2

[bad - buying]

46:8

**badly** 3:7 13:2
18:24 42:13
47:3

**ballot** 20:2,6,9
20:11 21:21

**ban** 62:10

**banks** 47:11

**banning** 53:25

**barbaric** 8:20

**based** 26:9

**bash** 53:11

**bat** 20:15

**bathing** 18:10

**battles** 23:9
56:9

**beach** 18:9

**beaches** 11:12
11:22 45:3

**beat** 3:3,6 23:8
23:15

**beating** 17:21
23:14

**beautiful** 2:3
9:3,4 11:11,12
11:21 23:10
40:8,13 41:2
44:1 47:21
54:9 55:25
58:9 60:8

**beautifully**
7:19

**becoming** 34:9

**bed** 29:25

**beginning** 2:13

**believe** 11:3
21:5,24 24:21
24:22 29:22
34:2 37:5 40:2
55:17

**believed** 4:24

**believing** 30:19

**bernie** 34:2

**best** 11:14,15
12:17 27:11
57:14

**betrayals** 6:12

**better** 5:6
12:14,19 20:16
20:17,18 23:4
35:8 36:1,2
51:1,2

**beyond** 23:14
23:15

**biden** 16:9
17:15 26:4
37:5 42:20
48:15 50:20
51:7,13 54:5
55:9

**big** 4:5,10 25:4
30:23 46:9
60:3

**bigger** 8:4
32:14 45:20

**biggest** 3:7
33:17

**bill** 36:14,15
62:10

**billions** 60:5,6
60:20

**bit** 22:2 36:6
38:15 39:4

**bless** 2:11,11
63:6,7

**bloodthirsty**
19:13

**blown** 16:3

**boebert** 2:25

**boeing** 39:8

**booked** 17:25

**border** 6:19,20
8:22,24 10:4
14:16 15:25
16:13,19 18:6,7
23:23,24 33:9
35:13,14 36:6
36:11,13 39:10
39:24 40:1
43:5,13 44:8,9
44:25 48:20
51:3 52:4,16
62:15

**border's** 36:13

**borders** 9:24
15:23 36:17
61:10

**borrow** 47:11

**bottom** 9:14

**boza** 14:9,13

**braces** 30:3

**bragg** 56:4,5

**brain** 7:9,10
23:17

**brave** 20:5 30:6
30:21,23

**bravely** 29:13

**braver** 30:11

**breaking** 13:23
23:16,16,21

**bridge** 46:18

**brilliant** 20:5
37:22 50:25

**bring** 16:10
62:3

**bringing** 27:17
27:18,19 28:7

**broadcast**
25:18

**bronco** 4:6

**brought** 41:11

**brown** 57:16

**build** 40:20

**building** 8:12
8:16,19 22:21
23:20

**buildings** 12:13

**bullets** 14:4

**bullshit** 57:6

**burdens** 59:21

**burst** 8:16

**bursting** 12:12

**bus** 33:5,5,5

**business** 2:20
14:1 44:21
47:9

**buyers** 53:9

**buying** 55:8

Page 3

**[c - come]**

| c | | | |
|---|---|---|---|
| **c** 64:1,1 | **cartels** 39:13 | **checked** 9:22 | **city** 3:23 15:10 |
| **call** 6:9 15:20 | **carter** 50:24 | **checking** 33:15 | 15:13 46:8,9,25 |
| 18:18 36:11 | **case** 37:4 38:11 | **cheekbones** | 47:1 52:22 |
| 39:14,15,16,20 | 41:6 | 34:5,7 | **clean** 29:6 42:8 |
| 43:23 44:21 | **cases** 46:5 | **cheers** 42:15 | **clinton** 27:4 |
| **called** 6:19 | **casting** 34:19 | **cheney** 3:3 | **clip** 13:21 |
| 19:23,24 20:24 | **catastrophes** | **chest** 47:2 | **close** 21:25 |
| 42:25 43:2 | 60:14 | **chicago** 45:3 | 22:1 36:12 |
| **calling** 49:2 | **catch** 61:20 | 46:9 | 39:10,24 62:15 |
| **calls** 50:17 | **caught** 8:9 | **chicago's** 15:8 | **closed** 36:13 |
| **camera** 8:9 | 25:16 52:3 | **chien** 45:14 | **clue** 5:13 19:11 |
| 29:13 | **caused** 51:5 | **children** 41:14 | **cold** 21:15 |
| **campaign** 1:13 | **cbs** 24:23 26:8 | 55:18,20 59:12 | **collect** 13:24 |
| 33:22 34:11 | **cell** 13:20 | 59:21 61:12,15 | **college** 34:9 |
| **candidate** 3:15 | **cells** 32:24 | **children's** | **colleyville** |
| **candidates** 3:12 | **centers** 45:2 | 26:12 59:24 | 17:25 |
| **capacity** 4:2 | **central** 34:18 | **china** 32:8,14 | **colombia** 58:17 |
| **capital** 17:18 | **certify** 64:3 | **choice** 22:23 | **colorado** 1:14 |
| 52:19 | **change** 53:21 | **choked** 51:7 | 2:16 6:9 16:6 |
| **capone** 26:25 | 54:7 56:6 58:4 | 54:8 | 19:2,21 21:1,9 |
| 26:25 27:5,9 | 58:6,8,9 | **chose** 37:2 | 21:19,24 22:11 |
| **captive** 46:13 | **changed** 48:13 | **chosen** 37:1 | 22:12 29:19,19 |
| **car** 29:15 54:23 | 53:18,21,24 | **chuck** 3:20,21 | 45:6 62:19,23 |
| **caracas** 32:24 | 54:5 55:14 | 3:22 | 63:6 |
| 33:8 | 56:4,7,8 | **cindy** 29:11,15 | **come** 7:15 |
| **care** 12:1 49:23 | **chants** 19:7 | 30:6,9,11,12,23 | 10:19,23 12:16 |
| 59:19,20,22 | 58:2 | 30:24,25 31:2 | 15:14 18:15,16 |
| **career** 4:11 | **chaotic** 51:19 | 32:22 | 22:17 28:12,13 |
| **careful** 9:21 | **charge** 6:20 | **cities** 16:1 50:2 | 28:14,14,15,16 |
| **carlo** 11:13 | 10:3 | 62:11 | 28:17 29:12 |
| **carolina** 2:8,8 | **charged** 17:18 | **citizen** 49:3 | 30:11,12 33:9 |
| 60:10,10 | 23:14 52:19 | **citizens** 7:20 | 36:18,21 46:24 |
| **carrying** 13:17 | **chart** 24:2,3,3 | 15:16 61:15 | 46:25 48:24 |
| | **check** 33:15 | **citizenship** | 54:11 58:17,18 |
| | 51:18 | 60:23 | 60:7 61:24 |

Page 4

**[come - crisis]**

62:4
**comes** 11:2
15:20 51:16
52:1 53:3
**coming** 9:17
34:16 38:5
40:6 54:22
59:6 62:5,9
**commit** 28:8
**committed**
12:20,22 17:12
52:14
**communists**
61:19
**communities**
35:12 59:23
61:18
**community**
7:19 10:12
23:11 29:22
31:4 35:10
41:2,11,12,12
41:24
**compared** 5:4
27:14 28:4,10
**comparison** 5:6
50:25
**complete** 49:5
**complex** 13:16
16:5 17:9 47:7
**complexes** 7:23
22:14
**concept** 22:5
**condition** 53:5

**confiscation**
53:19
**congo** 28:13
**congratulations**
4:12
**congress** 3:4,8
3:15 36:9
62:10
**congressional**
3:12
**congressman**
4:17
**congresswo...**
2:25
**conquered** 19:9
19:10,12 62:18
62:18
**consequences**
15:24
**considered**
50:21,22
**conspiracy**
38:8
**constantly**
18:24
**contagious** 62:7
**control** 60:2
**convicted** 16:15
44:6 52:3
**convince** 57:7
**cooperate**
14:14
**cops** 14:22
17:12 52:14

**corps** 57:23,25
**corrupt** 44:12
**cost** 51:21 53:8
54:1 59:14
**costing** 55:11
58:22
**costs** 54:23
58:23
**councilwoman**
3:23
**count** 39:6,7,7
**countries** 10:3
34:16,17,21,24
55:9 59:7
60:21 61:4
**country** 2:15
5:21,21 6:14,15
6:17 8:25 9:17
9:18 14:11,18
17:15,17 18:7
18:15 19:14,18
23:7,8,25 28:4
29:7 32:14,25
35:1,21 36:22
36:24,25 40:12
40:13,20 43:19
47:25 48:14,16
48:17,18,23,24
50:3,22,23
52:18 54:18
55:4 58:6
59:23 60:7,12
60:13,22 61:11
61:25 62:5,8,8
62:11,17 64:12

**county** 3:22
**couple** 12:24
13:3 26:4
28:21
**court** 15:2
17:20 20:4
22:7
**coward** 12:2
**cowards** 12:11
**crank** 3:14
**crashing** 37:20
**crazy** 34:2
**created** 16:9
39:19
**credibility**
44:20
**crime** 8:15 16:8
23:11 27:19
28:8 33:2,6
36:24 41:2
51:3
**crimes** 12:20
12:22 14:20
**criminal** 18:19
39:21,21 48:7
49:25
**criminals** 7:13
8:15 12:23
16:13 19:13
28:5,9,9,24,25
29:1 33:3,8
34:13,25 43:15
49:23
**crisis** 15:25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[crooked - dose]**

**crooked** 24:25
**crossed** 44:25
52:15
**crossing** 13:12
16:20
**crossings** 16:1
**crowd** 6:3
20:20
**cry** 56:17
**culture** 21:23
**current** 15:9
**custody** 8:22,23
10:5 17:2 52:7
**customs** 14:16
**cut** 25:2,4,5,6,7
25:9,21
**czar** 6:19 23:25

**d**

**dallas** 17:22
**dana** 43:24
53:11
**danielle** 3:23
**dare** 27:12
**darling** 3:12
**darren** 3:22
**das** 49:23
**data** 43:22
**date** 64:16
**daughter** 16:17
46:13
**davis** 4:3
**day** 5:24 6:2,8
9:15 17:2,3
18:1 19:5,5
22:24 24:6

29:16 31:3
32:21 34:19
40:23 42:2
43:11,17 45:13
52:8 55:25
56:12 57:9
**days** 5:11,12
17:25 38:17
45:13
**de** 7:24 14:6
15:4 17:6
**dead** 21:17
47:23 55:18,23
**deadly** 15:23
51:20
**deal** 27:7 32:13
47:12
**dealers** 33:4
**dearly** 18:22
**death** 17:18
35:8 49:2
52:19 57:9
**deathly** 35:17
**debate** 37:14
50:16
**debated** 37:14
**decided** 32:23
**declare** 56:20
**defeat** 5:12
**defeating** 3:8
**defend** 62:17
**definitely** 27:16
**democracy**
21:7 37:3

**democrat** 10:20
20:9 33:23
**democrats** 20:4
21:5 22:3,4
**den** 36:24
**denver** 4:6 15:6
58:9,10,25 59:2
62:12
**deny** 12:3
**deport** 48:21
**deportation**
62:14
**deporting**
43:18
**deposit** 33:4
35:1
**derangement**
38:10,11
**derek** 4:6,15
**deserved** 3:9
**destroyed**
48:16
**destroying** 6:16
59:24,25 60:7
**details** 17:10
52:10
**devil** 42:24
**die** 15:22
**difference** 25:4
30:18
**different** 11:24
14:21 22:18
41:21 51:7,9
60:13,13

**differently**
51:13,24 53:1
**directly** 58:24
**director** 3:16
**disaster** 55:10
**discuss** 20:19
**discussing** 2:21
**disease** 62:7
**disgrace** 54:17
**dismantle** 48:7
**disqualifying**
54:14
**distress** 48:17
**documents**
15:2 17:20
**dog** 51:7
**doing** 2:15,16
6:15 7:21
19:15,19 22:10
26:22 31:7,8
41:15 53:25
54:12
**dollar** 60:16,17
60:19
**dollars** 60:6,21
**donald** 1:14 2:1
18:3 37:8
42:20 53:15
58:3
**door** 13:20,22
29:25 30:2,3,4
**doors** 23:8
**doorstep** 13:12
**dose** 56:11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[double - fast]**

double 54:21
douglas 3:22
dozen 17:5 47:5
drill 43:16,16
　56:15,22,24
　57:2,6,19,22
drive 54:1
drop 39:17
　54:15
dropped 41:3
　44:7
drug 14:7 33:4
　60:25
drugs 27:18
　45:1
du 45:14
dumb 28:19
dungeons 7:13
　7:15,16

**e**

e 64:1
earlier 13:18
　18:1 59:4
early 5:7
earn 53:9
earth 28:11
　57:11
east 28:15
easy 62:1
economy 53:5
　55:3,5,10
ecuador 58:18
edge 13:16
education
　59:22,24

effective 19:15
effort 47:18
egregious 6:12
either 28:18
　55:22
election 17:3
　38:7 52:8
elementary
　59:12
elite 48:19
emergency
　58:9
emmanuel
　17:24
emptied 10:1,1
empty 32:23
ended 57:15
endorsed 4:22
　5:7
endorsement
　3:14 4:23
ends 31:3,4
enemies 32:7
　48:4
enemy 32:8,12
　32:14 44:16,17
　44:18
energy 55:5,6
enforcement
　7:25 8:1 14:12
　14:15 18:21
　47:18 48:20
　49:4
engage 23:9

enjoy 40:9
enrique 52:6
enrolled 58:25
　59:3
enrolling 59:5
entered 17:4
　52:9
enthusiasm
　20:22,25 42:17
entire 13:11
　25:11
escalator 5:2
especially 21:4
　26:13
estate 47:8,10
evacuation
　51:20
evans 3:14
eventually
　44:20
everybody 2:2
　9:22 20:7,9,10
　27:24 37:25
　41:19
evidence 30:21
evident 7:21
evil 27:2
example 32:15
excellent 53:5
expected 54:20
expecting 13:13
expedite 48:3
expense 59:14
　61:11

expensive 13:1
experienced
　8:15 59:23
experiencing
　31:19
explain 19:10
exposing 50:15
extortion 14:7

**f**

f 64:1
fabbricatore
　3:17,18
fabric 21:23
face 56:25 57:2
　57:3,4,7
fact 13:2 22:1
　27:14 37:2
failed 33:21
failing 44:21
　48:18
fairness 7:2
　37:10
fake 21:8 27:21
　42:19
false 36:10
family 13:24
　55:11
fan 7:3
fantastic 3:11
　4:19
far 40:4 42:16
fascists 61:19
fast 19:16
　22:14 36:2
　40:21 49:20

Page 7

**[faster - going]**

| | | | |
|---|---|---|---|
| **faster** 61:6 | 61:15,16,16,17 | **founder** 3:24 | 48:22 60:25 |
| **fatally** 8:19 | 61:17,18 | **four** 6:4,18 | **gangs** 19:20 |
| **fathers** 61:12 | **five** 24:12 | 8:23 18:3 | 34:13 39:12 |
| **favor** 16:11 | **fled** 14:10 | 29:25 31:15 | 48:4 |
| 53:19 | **flee** 29:15 | 36:20 42:9 | **gather** 13:20 |
| **favorite** 9:2 | **flights** 39:2,6 | 45:16 48:13 | **georgia** 2:8 |
| 24:3 | 43:6 | 51:14 54:25 | 52:11 60:10 |
| **fbi** 14:17 | **flip** 11:7 | 55:3 57:22,24 | **getaways** 36:19 |
| **fear** 26:12 31:5 | **florida** 2:7 | **fracking** 53:25 | 61:2 |
| 32:22 35:17 | 14:10 45:3 | **frankly** 59:9 | **getting** 8:3 |
| **fearing** 22:22 | 60:10 | **fraud** 12:3 | 30:21 36:5 |
| **february** 64:16 | **flown** 39:25 | **free** 23:11 | **give** 11:4 27:2 |
| **federal** 48:3,20 | **flying** 36:2 39:1 | **freedom** 62:24 | 60:20 62:23 |
| **feel** 26:18 | 39:9 | **friends** 21:10 | **given** 13:9 15:4 |
| **fellow** 14:13 | **following** 21:18 | 21:11 | **gives** 12:18 |
| **felt** 25:7 | **food** 54:22 | **fucking** 57:11 | **giving** 12:19 |
| **fema** 60:1 | **footage** 29:13 | **full** 16:3 | 13:1 |
| **field** 3:15 | 30:7,22 | **fun** 23:22 26:23 | **go** 13:21 26:20 |
| **fifth** 52:21 | **football** 4:6 | 26:23 32:10 | 35:9 38:24 |
| **fight** 19:20 | **force** 18:19 | 38:18 | 41:13,25 43:25 |
| **fighter** 37:16 | **forced** 8:9,10 | **further** 2:6 | 44:21 47:11 |
| **fighting** 43:24 | 8:11 22:20 | **future** 48:10 | 49:7,25,25 |
| **figure** 11:23 | 29:15 | | 56:12 58:13 |
| **fill** 14:3 | **forcing** 13:21 | **g** | **god** 2:11,11 |
| **finally** 6:9 | **foregoing** 64:4 | | 63:6,6 |
| **financial** 53:7 | **forget** 38:15 | **gabe** 3:14 | **goes** 27:4 |
| **find** 12:7 49:12 | **forgetting** | **gain** 54:21 | **going** 2:5,20,21 |
| **finding** 26:1 | 38:16 | **gang** 7:12,24 | 2:22,22 5:12,13 |
| 43:18 | **forgot** 39:7 | 8:2 13:22 14:1 | 5:22 7:7 10:14 |
| **finished** 36:23 | **form** 57:10 | 14:6,11,14,17 | 11:19,19,25 |
| **fire** 8:18 | **former** 3:15 | 15:3,9 16:4 | 16:12 18:25 |
| **first** 11:12 | 14:9 15:9 | 17:6,8,23 22:16 | 19:15,17 22:11 |
| 15:10 20:14 | **fort** 56:4,5 | 22:16 23:8,12 | 22:12,13,13,24 |
| 33:22,24,25 | **founded** 42:3 | 24:14 33:4 | 22:25 23:5,6,7 |
| 43:11 47:19 | | 43:19 44:1,23 | 29:8,12 31:6 |
| | | 45:6,8 46:12,19 | |
| | | 46:25 47:6 | |

Page 8

**[going - hell]**

32:10 33:10,12
34:8,9 35:4,11
35:19,22,25
36:1,1 38:1,2
39:3 40:5,6,7
40:17,19,20
42:7,8,21,22,25
43:1,4,12,13,14
43:16 47:4
49:7,17,19 50:9
50:13 53:17,25
54:7,8,22,23,23
55:21 58:12,13
58:16 61:9
62:21,22
**good**  3:1,16 6:2
6:2,8 7:8 10:21
10:22 18:9
22:3 28:20,21
28:22,23 42:9
50:8 53:5
**gotten**  4:21
60:2
**government**
61:24
**governor**  10:15
19:11,19 24:19
**governors**
10:20
**grab**  57:12
**grandparents**
61:13
**graph**  9:2,4
**gray**  3:21

**great**  2:3,12,19
2:19 3:20,21
4:4,11,17 5:9
5:22 7:5 9:10
18:11,11,21
20:24 21:1
25:5 29:3,7
31:8 34:18
40:20 42:4
43:2,22 49:8,10
50:9,14,15
54:12 63:5
**greatest**  20:23
25:17 32:4
42:17 55:3
**green**  15:5 45:6
45:11
**greg**  3:2,2
**group**  13:15
17:21
**groups**  23:10
**guaranteeing**
34:12
**gun**  23:9 53:19
**gunfire**  29:16
**gunpoint**  8:13
8:17 47:10
**guns**  12:17,17
12:19,20 24:15
45:1 47:13
**gut**  52:10
**guy**  3:25 4:10
4:11 10:16
11:3 12:11
24:18 25:4

37:13,15 50:17
**guys**  18:11 23:5
30:18 43:23

**h**

**hagerman**  3:5
**half**  45:16
**hall**  5:15
**halls**  5:19
**hamilton**  16:18
**hammers**  23:9
**hancock**  3:24
**handguns**  8:8
13:18
**hands**  47:23
**happen**  10:14
19:15 29:3,5
35:24 39:1
40:2 61:9
**happened**  9:19
11:23 15:18
24:4,5 26:1,2,4
26:6 31:1
32:17,18,20,20
42:10,11,12
**happening**  2:14
28:4 29:17
32:24 46:10
**happy**  26:17
50:24 56:19,19
**hard**  4:9 29:21
34:10 41:23
**hardworking**
2:4
**harriet**  3:5,5,6
3:10

**harris**  5:13
6:20,21,22,24
10:12 16:9,11
16:23 23:24
31:2 32:23
33:19,20,20
46:20,21 50:5
51:2,15,25 53:2
53:13 55:9
58:25
**hate**  32:13
40:18
**hates**  37:5,8,8,9
**headlines**  42:19
**heads**  39:13
**health**  11:10
59:22
**healthy**  63:2
**hear**  14:24
**heard**  7:9 28:1
60:22
**heart**  25:8
**heat**  27:12,23
**heavy**  56:11
**heinous**  17:12
52:14
**held**  8:16
**hell**  2:14 3:18
4:1,11 5:13
6:22 11:23
12:16 19:17,21
19:25 24:25
25:13 27:21,23
31:21 33:18,20
40:19 43:23

**[hell - indicted]**

44:2 60:18
**help** 5:10 15:14
15:20,21 30:16
30:24 46:6
**helping** 15:15
**hernandez**
17:24,24
**high** 4:2 15:25
34:5,6 53:6
59:13
**higher** 54:20
55:12
**highest** 51:4
**highly** 62:6
**hillary** 27:4
38:4,8,16
**hillary's** 38:5,5
**hiring** 41:23
**history** 3:4,8
8:24 9:17,18
18:6 23:25
24:4 25:18
50:21,23 55:4
55:11 58:5
62:14
**hit** 2:7 29:16
34:10 35:18,19
41:24 53:6
**hitting** 47:2
**hold** 23:1
**holding** 46:13
**homan** 34:18
34:19
**home** 9:5 26:19
29:15 53:9

**homes** 53:8
**honduras**
58:17
**honesty** 26:9
**honor** 10:24
20:1 47:20
54:15
**hope** 10:17
21:9,19
**hopefully** 58:15
**horrendous**
29:1
**horrible** 26:15
29:1 42:10
43:15 47:14
55:24
**hospital** 41:14
58:15,20,23
**hospitals** 58:13
**hostin** 51:12,23
52:25
**hours** 43:8,9
46:18
**house** 10:19
19:23 31:6,24
40:7,8,11 53:10
**housekeeper**
14:2
**housing** 54:23
60:14
**houston** 46:16
**human** 14:8
60:25
**humanitarian**
16:10

**hundreds**
14:20 39:24
40:5 60:20
**hunt** 4:18 48:21
**hunter** 27:5
**hurricane** 60:9
**hurricanes** 2:7
**hurt** 47:3
**husband** 21:16
**hyde** 64:3

**i**

**ice** 3:15 16:23
43:22,23,25
44:3,4 46:1
48:20
**idea** 49:16
**identified** 8:21
**ideology** 19:1
**iii** 3:25
**illegal** 7:12
8:21 9:11
12:15 15:1
16:14 17:11
23:12 41:4,25
43:19 44:6
46:11 48:22
52:2,13,21
58:22 59:11
60:24
**illegally** 13:13
16:20 17:17
52:18 60:6
**illegals** 33:14
39:18 40:21
43:7 62:16

**imagine** 29:17
29:20 50:16
53:16
**immediately**
43:8
**immigrant** 17:4
17:11 52:9,13
52:21
**immigrants**
16:15 52:3
**immigration**
9:11 13:7
**importantly**
21:22 24:21
**imported** 7:12
**improperly**
16:22
**impunity** 14:13
**including** 14:16
36:19 53:25
60:24 62:11
**incompetent**
24:23
**increase** 58:11
58:11
**increased** 13:9
**increasing** 53:6
**indemnify**
49:17
**independent**
55:6,7
**indian** 34:5,7,9
**indict** 38:7
**indicted** 12:7,8

Page 10

**[indignant - know]**

**indignant** 21:5
**indignation**
  21:1
**ineffective**
  10:15,16 19:18
  21:2
**infect** 62:8
**infected** 34:15
**infested** 22:15
**inflation** 32:20
  32:21 53:6
  54:19 55:1,2,10
**inflicted** 6:13
  10:11,12
**inflicting** 23:17
**inform** 39:23
**informed** 44:4
**injury** 23:17
**innocent** 7:20
**insane** 7:17
**instance** 26:3
**institutions**
  7:18 10:1
**interesting** 38:6
**interestingly**
  7:7
**interpreters**
  41:18,22,24
**interviewed**
  26:5
**invaded** 19:9
**invasion** 16:3
  23:13 43:6
  62:16

**investigated**
  26:24 27:3,8
**investigators**
  17:16 52:17
**invoke** 48:4
**iowa** 7:5 33:24
**isis** 32:1,2
**isolated** 15:19
**israel** 32:19
**issue** 36:5
**it'll** 49:20 50:14

**j**

**jail** 19:13 49:1
**jails** 7:17 9:25
  28:16
**january** 23:3,5
**jared** 10:18
  19:19
**jaw** 23:16
**jd** 50:8,9,9,12
  50:14
**jeff** 3:14
**jimmy** 50:24
**job** 3:1,5,6,16
  3:20,21 9:10
  18:22,23 19:19
  49:15,20 50:1
**jocelyn** 14:25
  17:19 46:16
  47:21 52:20
**joe** 7:3,3 18:8
  36:4 43:1
  48:15 50:6,20
  54:5 60:20

**john** 3:17,18
**joined** 2:24
  29:10
**jong** 32:9
**june** 14:23 15:1
  46:16
**jurinsky** 3:24

**k**

**kamala** 5:12
  6:20,25 7:12
  10:6,11 16:11
  16:23 22:15
  23:24 28:6
  31:2 32:22
  33:21 36:2
  37:24 38:1
  46:20,20 48:15
  50:5 51:2,5,15
  51:25 53:2,13
  55:17 58:4,24
  60:19,22 61:10
**kamala's** 33:13
  43:7
**kayla** 16:18
**kayla's** 16:19
  16:21
**keep** 21:21
  26:19 38:3
**keeps** 36:8
**kick** 19:13
**kidding** 4:23
**kidnapped**
  46:17
**kidnapping**
  14:8

**kids** 26:14,14
  26:16,19 59:16
  59:16,18
**kill** 14:12 15:5
  33:10 45:8,11
**killed** 8:5 10:7
  15:1 36:5
**killer** 56:22
**killers** 21:15
**killing** 57:11
**kills** 49:3
**kim** 32:9
**kinds** 60:13,14
**kiss** 9:6,7
**knew** 24:24
  33:18 46:22
**knifepoint** 8:17
**knocked** 27:21
  32:1
**knocking** 30:4
**know** 2:9,21
  4:10,21 5:1 6:3
  6:21 8:1 10:17
  10:18,18,21
  12:4,5,25 18:23
  20:12,17 21:4
  21:10,25 22:8
  23:3,18 24:8
  25:2,12,15
  27:25 28:2
  29:5,8,11 31:7
  31:24 32:1,5,5
  32:7 33:1,7,15
  33:16 34:3,14
  34:22,23 35:11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[know - made]**

36:3,8 37:5,10
37:17 38:6
39:2 40:11,24
41:5,6 43:9
44:14 45:7,9,15
45:17,18 46:2
49:9,10,12,13
49:14 50:9
53:18 54:10
57:19,21 58:13
58:14 60:1,4
61:8
**known**   7:24 8:5
14:6 18:17
56:3
**knows**   6:22
**knucklehead**
50:17,18,18

**l**

**lady**   11:12
**laken**   17:11
47:21,22 52:11
**language**   41:19
41:21 59:8
**large**   14:11
44:7
**largest**   3:3
62:13
**laugh**   56:17
**laughed**   48:18
**lauren**   2:25 3:1
**law**   7:25,25
14:12,15 18:21
47:18 48:20
49:4

**leader**   6:12
23:13
**leaders**   61:3,5
**leading**   19:20
20:3,8,10 22:1
45:15 54:1
**learn**   56:17
**learned**   37:19
**learning**   37:19
**leave**   18:8,10
26:11
**led**   6:17 20:2
**ledanski**   64:3
**left**   9:15,15
15:22 30:25
33:16 39:19
48:23 54:25
**leg**   47:3
**legal**   41:10
64:11
**legally**   18:16
**level**   47:16 48:3
**levels**   31:18
**liberal**   22:7
34:1,3 35:2
**liberate**   62:23
**liberation**   19:4
19:5
**license**   26:8,8
26:10
**lied**   42:20
**life**   9:11 29:22
57:10 60:8
62:24

**light**   15:5 45:7
45:11
**liked**   20:16
**line**   6:6
**lined**   15:14
**listen**   59:1
**literally**   24:6
**little**   4:8 5:5 6:5
12:25 18:13
22:2 36:6
38:15,25 39:4,5
46:8 56:15
**live**   21:12,14,19
29:18,18,19
31:5 33:11,12
49:14
**lives**   22:22
26:12 51:21
59:25
**living**   14:10
22:18 32:22
34:8 35:17
**liz**   3:3
**local**   22:14 49:8
49:12
**lock**   29:25
**locks**   30:1,2
**long**   23:4 33:13
40:10 48:6
53:17 54:8,9
**longer**   31:4
**longest**   6:6
**look**   9:18 12:24
20:21 24:3,5,5
27:22 28:24

38:23,23 40:25
46:9,9,10 51:10
56:2
**looked**   38:19
39:5 42:23
50:25
**looking**   41:16
41:18,22 55:20
**looks**   18:9
**loosen**   13:6
**lopez**   3:2
**lords**   60:25
**los**   46:10
**lose**   18:25 29:6
44:20
**lost**   55:17
**lot**   2:12,13 10:7
21:10,10,11
27:23 29:17
30:5 34:14
35:17,18,22
43:10 45:19,22
47:9 54:2 56:8
**lots**   27:16
**louisiana**   60:11
**love**   11:6 21:9
31:10 57:16,18
**low**   24:4
**lowest**   9:16
57:10
**lowry**   13:16

**m**

**made**   5:2 7:4
14:17 25:5,23
27:20 28:2

Page 12

**[made - murdered]**

| | | | |
|---|---|---|---|
| 34:8 | **meanness** 27:6 | **migrant** 7:13 | **mission** 60:3,3 |
| **maga** 20:23 | **means** 15:19 | 15:11 16:8 | 60:3,4 |
| 42:21,22,25,25 | **medical** 62:3 | 39:2,6 43:6 | **mistake** 13:6 |
| 43:1 | **meet** 10:23 | 48:7 49:3 | **mitchell** 51:19 |
| **major** 43:21 | 15:8 | 55:18 59:11 | **money** 47:11 |
| **make** 5:22 19:3 | **member** 14:2 | **migrants** 12:15 | **monsters** 49:6 |
| 20:24 22:12,13 | 23:12 43:19 | 15:2,14 41:25 | **monte** 11:13 |
| 28:24 29:7 | 46:12 47:1 | 44:25 46:4 | **month** 8:6 |
| 30:17 33:24 | 48:22 | 47:24 | 13:19 17:22 |
| 35:3,4 36:1,1 | **members** 7:13 | **migration** 13:9 | 32:3 34:20 |
| 41:6 43:2,13 | 13:22 14:19,23 | **mike** 4:3,3,3,4 | 46:11 54:20 |
| 47:4 62:25,25 | 15:5,9 16:5 | 4:4 | 56:20 |
| 63:1,2,3,4,5 | 17:6,8,22 23:8 | **miles** 58:21 | **months** 11:25 |
| **mama's** 57:15 | 33:4 46:20 | **military** 12:13 | 36:4 |
| **man** 4:4,7,16 | 47:5 60:25 | 12:14,19 32:4 | **moran** 47:22 |
| 8:19 23:14 | **memory** 54:12 | 46:1 56:2,9 | **morning** 21:18 |
| 41:16 50:16 | **men** 8:6,7 | **million** 7:4 | **moron** 50:15 |
| 56:19 | 13:15,19,21 | 36:18,21 37:14 | **mortally** 47:23 |
| **man's** 23:21 | 17:16,21 23:20 | 58:23 60:24 | **mother** 14:24 |
| **manager** 14:3 | 46:3 52:17 | **millions** 20:18 | 26:11 34:6,6 |
| **margin** 3:3 | **mental** 7:17 | 35:20 40:5 | 46:13 |
| **marine** 56:23 | 10:1 | 44:25 61:1 | **mothers** 61:12 |
| 57:1,5,23,24,25 | **mention** 2:18 | **mind** 37:22 | **move** 13:24 |
| **marines** 57:18 | 61:1 | 51:16 52:1 | 15:12 20:2,14 |
| 57:21 | **message** 4:24 | 53:3 | 42:17 |
| **mark** 51:17 | 10:6,9 | **mineola** 64:14 | **movement** |
| **marxists** 61:19 | **met** 4:4 | **minister** 57:8 | 20:23,23 42:18 |
| **massive** 38:11 | **mexican** 61:23 | **minor** 5:4,5 | **multiple** 7:22 |
| 39:8 59:21 | **mexico** 9:21 | **minute** 30:11 | **murder** 14:8,21 |
| **mattress** 57:16 | 18:13,14 61:22 | **minutes** 2:24 | 16:15 17:10,12 |
| **mayor** 41:16 | 61:24 62:1,2 | 8:18 24:23,24 | 17:18 44:6 |
| **mean** 39:20 | **miami** 14:21 | 25:23 26:5 | 52:3,11,15,19 |
| 41:16 44:12 | **middle** 28:15 | 38:20 | **murdered** |
| 55:15 | 45:4 49:13 | **missing** 55:19 | 16:18 35:5,6 |
| | 59:13 | 55:23 | 46:19 |

Page 13

**[murderer - opposite]**

murderer
  16:19,21
murderers
  12:24 35:7
  60:25

**n**

n 64:1
naive 28:19
name 3:19 6:21
  6:24,25 10:17
  56:6,7,8,16
named 47:17
names 49:13
  56:4
nation 6:13
  19:3
national 17:1
  17:13 43:21
  52:6,15
nbc 6:5
nearly 59:11
need 16:24
  36:14,14 38:22
  45:25 46:1,6
  53:9 54:12
  58:15
neighborhoods
  15:8
network 48:8
networks 6:5
never 4:5 5:16
  7:4 8:14,15
  18:7 23:18
  26:18 30:25
  32:17,18,19,20

35:23 42:7,11
47:16,24 55:4
55:15,21 60:21
new 15:2 17:10
  24:19 37:17
  44:11,16,21,22
  45:2,9,10 46:10
  46:25 47:1
  52:10,22 53:6
  59:3,5,21
newly 43:21
news 3:10
  27:21 42:19
nfl 4:12
nice 6:24 10:23
  19:22 28:7,18
  28:24 37:24
  38:1,18,21,22
  41:2,3,12,16,17
  41:17 42:4
night 9:6 29:25
  50:15
nightmare
  29:23
nine 20:5,7
nobody's 39:16
  53:21 62:9
nomination
  33:23
nonprofits
  15:13
north 2:8 60:9
nose 23:16
notes 12:25

notice 38:12
november 19:4
  58:8
number 9:16
numbers 39:5
  49:14 56:18
  62:9
nungaray
  14:25 17:19
  46:17 47:21
  52:20
nursing 52:11
ny 64:14
nypd 14:20,22

**o**

o 64:1
oath 31:3
occupied 18:18
  18:18,19,20
occurrence
  15:19
october 1:13
  32:19
offered 60:15
  60:17,19
office 3:16 9:15
  10:25 30:15
  31:3 48:2
  54:25
officer 14:10,14
  49:4
officers 14:20
  15:6 45:7 47:2
  48:21 49:17
  50:1 52:23

oh 4:8 9:7
  10:24,24,25
  26:22 27:22
  37:21,23 38:5
  49:11
ohio 40:25 42:2
oil 55:8
okay 7:8 27:20
  28:25 30:10
  45:8 51:1
old 8:19 14:25
  16:17 26:11
  46:16 64:12
once 23:10,22
  31:5 45:3,5,5
  59:13 60:7
ones 9:20 10:21
  10:22
open 9:24
  13:22 15:23
  23:9 36:17
  61:10
opened 8:18
  15:10
operating 48:8
  49:10
operation
  47:18,20 48:2
  62:14
opportunity
  59:15,15
opposite 9:12
  9:13 25:1
  44:15

Page 14

**[order - political]**

| | | | |
|---|---|---|---|
| **order** 51:4 | **patients** 58:11 | 38:13 39:13,18 | **place** 6:4 7:21 |
| **ordered** 46:20 | 61:16 | 39:25 40:3,5 | 11:24 21:9 |
| 46:21 | **patriots** 2:5,19 | 41:1,4,11 42:15 | 35:21 38:25 |
| **organization** | 43:22 | 43:14,15 44:16 | **placed** 59:12 |
| 42:2,3 | **patrol** 8:22 | 44:19 45:21,22 | **places** 22:19 |
| **outside** 6:4 8:8 | 10:5 16:20 | 45:25 46:2 | 32:24 56:8 |
| 8:19 20:20,21 | 36:11 44:9 | 49:21,22 56:1 | **plain** 55:23 |
| 32:6,8 38:24 | 48:20 | 59:20 60:4,6,18 | **plan** 14:1 |
| 58:21 | **patrol's** 44:8 | 60:21 62:4 | **play** 13:3 |
| **oval** 10:25 | **paul** 12:2 | **percent** 22:17 | **player** 4:6 |
| **overwhelmed** | **peaceful** 23:10 | 22:21 33:7 | **playing** 32:2 |
| 58:21 | **peanuts** 27:14 | 37:7,7 53:4,7,9 | **please** 9:1 13:4 |
| **own** 6:13 12:14 | 28:3 | 58:10,11 | 30:12 37:24 |
| 15:21 16:18 | **peddling** 45:1 | **period** 5:18 | 44:10,11 56:13 |
| 49:21 59:17 | **penalty** 49:2 | 42:9,10 44:5 | **pleased** 2:24 |
| | **pennies** 60:15 | **person** 3:8 4:17 | **pledge** 19:3 |
| **p** | 60:17,19 | 5:20 6:19 | **plotting** 17:2 |
| | **pennsylvania** | 10:10 21:2 | 52:7 |
| **pain** 51:5 | 54:2,3,4 | 33:16,22 37:17 | **pocahontas** |
| **palin** 5:9 | **pension** 18:25 | 37:23 38:2 | 34:3,4 |
| **paper** 9:5 44:13 | **people** 2:12,19 | 53:11 | **points** 45:16 |
| **parents** 55:20 | 3:13 5:25 6:13 | **personally** | **police** 14:5,9,13 |
| 55:21 | 6:17 7:6 8:6,13 | 30:10 | 15:6 17:25 |
| **parole** 16:10 | 8:14 9:16,22 | **phenomena** | 45:7,8,12 47:1 |
| 49:1 | 10:7,8 12:12,23 | 27:9 | 47:5,17 49:8,12 |
| **paroled** 17:14 | 16:7,12 17:5 | **philosophy** | 49:16 50:1 |
| **part** 14:11 15:3 | 18:11,15 20:16 | 35:2 | 52:22 |
| 20:11,13 | 21:14 22:3 | **phone** 13:20 | **policies** 13:7 |
| **party** 57:14 | 27:2,15,17 28:7 | 39:20 40:23 | 53:18 |
| **pass** 49:19,20 | 28:8,10,11,11 | **picture** 13:22 | **policy** 31:10 |
| **passed** 58:24 | 28:18,24 29:18 | **piece** 9:5 | 33:13 36:8 |
| **past** 6:18 51:14 | 30:4 31:23 | **pieces** 57:13 | **polis** 10:18 |
| **pastor** 9:9,10 | 34:21 35:3,5,5 | **pigs** 57:11 | 19:19,22 20:1 |
| **pathetic** 12:4 | 35:5,6,16 36:18 | **pink** 42:23,24 | **political** 4:16 |
| **pathetically** | 36:21 37:19,24 | | |
| 12:3 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[politician - really]

| | | | |
|---|---|---|---|
| politician  29:4 | presidential | professor  34:10 | putting  16:1 |
| poll  22:1 | 34:11 | program  16:9 | **q** |
| polls  20:3 31:9 | prestigious | project  3:25 | question  25:24 |
| 31:9 | 24:24 | promise  31:1 | quick  12:25 |
| poor  12:16 | pretty  5:19 6:7 | properties | quicker  47:14 |
| popular  4:16 | 7:8 22:9 23:11 | 11:15,16 | quickly  2:18 |
| 4:16 | 56:11 | property  14:3 | 43:14 49:7 |
| population | preventing | prosecuted | 50:4 |
| 39:16 40:22 | 30:4 | 49:19,21 | quit  7:5,6 33:24 |
| populations | prey  7:19 | prosecutions | quote  26:13 |
| 33:1 | prices  54:22,23 | 49:18 | 29:23 |
| possibility  37:6 | 55:12 | protect  31:25 | **r** |
| 37:7 49:1 | pride  56:19,19 | 31:25 32:6 | r  64:1 |
| possible  24:7 | 56:21 | protected  31:15 | race  54:16 |
| 24:10 29:5 | primary  37:10 | protection | rachel  47:22 |
| 48:12 | prison  7:24 | 14:16 31:23 | radical  30:25 |
| post  44:18 | 22:16 32:23 | protector  31:6 | 33:16 |
| pouring  31:24 | 33:1 44:23 | 31:7,15,20 | ran  18:12 20:17 |
| powerful  14:12 | prisoners  41:9 | protest  21:20 | 28:2 57:15 |
| 62:25 | prisons  7:17 | 62:20 | rapists  27:19 |
| practice  57:15 | 22:17 28:16 | proud  2:4 63:3 | rate  33:6 |
| prairie  45:14 | probably  16:24 | provide  60:23 | rather  11:21 |
| praying  2:10 | 26:4 27:1 | public  46:7 | 25:21 |
| 57:9 | 30:10 47:4 | publicity  45:19 | read  44:14 |
| predicted  54:21 | probation  41:7 | 47:20 | reading  5:24 |
| presidency | 41:8,8 | published | real  47:8,10 |
| 26:21 27:10 | problem  2:23 | 29:13 43:22 | 57:7 |
| 54:17 | 11:19,20 32:12 | pukes  57:10 | realized  4:5 |
| president  1:14 | 33:17 45:17,20 | put  9:1,1,2,3 | really  2:19 3:11 |
| 2:1 3:25 10:13 | problems  27:16 | 12:25 19:12 | 3:13,16 15:17 |
| 18:3 32:11,16 | 27:18 | 30:3 33:8 | 21:2,7,24 28:19 |
| 36:12 38:21 | proceedings | 37:17,23 38:1,3 | 29:1,3 30:23 |
| 48:10,10 50:21 | 64:5 | 48:5 55:25 | 34:15 36:2,5 |
| 51:1,13 53:15 | professionals | 56:12 61:15,18 | 37:4 39:21 |
| 54:6 58:3,5 | 18:22 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[really - says]**

| | | | |
|---|---|---|---|
| 41:4 42:7 44:16 47:3,3 55:17 | 40:16 42:23,24 49:8 50:5,6 61:8,23 | **rifles** 8:7 13:18 24:15 | **running** 7:2 29:3 33:19 34:1 |
| **recently** 23:14 44:23 47:1 | **remorse** 52:23 **removals** 48:3 | **right** 4:25 5:20 7:1,22 8:7 9:8 | **runs** 24:20 **russia** 32:9,15 |

**recently** 23:14
44:23 47:1
**reclaim** 62:19
**recognition**
23:15,15
**record** 15:25
64:5
**recorded** 9:18
**recovering** 2:7
**refused** 14:14
**refuses** 18:21
**region** 14:5
**regret** 13:8
52:24
**reign** 31:2
**rejections** 62:3
**relations** 46:7
**relatives** 22:18
**release** 30:7
33:14 61:21
**released** 10:5,7
10:9 13:13
16:15,22 17:14
18:1 23:23
52:4
**remain** 9:21
18:13,14 61:22
61:24,25
**remember**
19:22 21:17,24
24:2,3 26:21
28:8,12 34:4

40:16 42:23,24
49:8 50:5,6
61:8,23
**remorse** 52:23
**removals** 48:3
**rent** 13:25
54:22
**reported** 44:23
59:4
**reporter** 13:6,8
13:11,15 14:5
14:19,24 15:4,7
15:13,23,25
16:3,4,7,14,21
17:1,5,8,10,14
17:16,20,24
52:2,10,13,17
52:21 53:4,8
**republican**
11:7
**rescue** 19:8
**rescues** 60:15
**resettle** 33:14
**resettled** 7:18
39:15 40:22
**resident** 29:11
**residents** 15:16
22:17,21 47:15
**resign** 54:16
**respect** 22:10
**restore** 61:22
**restricted** 49:9
**revealed** 15:2
**rich** 40:13

**rifles** 8:7 13:18
24:15
**right** 4:25 5:20
7:1,22 8:7 9:8
11:17,20,25
17:7 22:9 24:5
27:5,24,25
34:19 38:14
39:11 40:4,15
42:24 45:16
48:6 50:11,14
50:19 54:16
61:10
**riley** 17:11
47:21 52:12
**rival** 23:10
**road** 64:12
**robbery** 18:1
**robbing** 17:21
**rock** 37:20
**rocket** 9:19
**romero** 29:11
30:12
**roof** 54:24
**room** 16:18
41:20 53:12
58:12,14,19,20
**rooms** 58:9
**rough** 9:20,23
**row** 35:8
**ruining** 2:16,17
6:16
**run** 20:15
37:13 42:16
45:22 46:9

**running** 7:2
29:3 33:19
34:1
**runs** 24:20
**russia** 32:9,15
32:16,16
**ruthless** 46:12

**s**

**sadistic** 49:6
**safe** 18:7 22:12
22:13 26:13,17
26:18 63:4
**safest** 8:24 18:6
**safety** 59:25
**sam** 57:17,18
**san** 17:7 47:7
47:14,17
**sanctuary**
62:11
**sanders** 34:2
**sarah** 5:9,10
**savage** 7:23 8:2
48:4
**save** 60:4
**saved** 9:11
**saw** 5:16 7:10
8:14 38:16
40:9 56:11
**saying** 4:25,25
16:11 27:23
28:18 34:8
38:4 44:10
45:11 50:10
**says** 11:2 14:10
14:13 50:17

**[says - spent]**

55:13 58:4
**scandal** 25:17
**scarface** 26:25
    27:6
**scene** 24:7
**scheme** 20:12
**schmitz** 51:17
**school** 26:16,19
    26:20 41:15
    59:18
**schools** 41:3
    58:25 59:2,13
    59:13,13,17
**scratch** 16:25
**scum** 32:13
**scumbag** 56:15
**sealed** 43:5
**second** 39:15
**secretary** 3:20
**see** 5:14 6:4
    9:14 10:20
    12:4,5,11,12,12
    20:20,20 24:22
    28:25 38:2
    42:15 43:25
    47:11 55:15,21
    56:10,24 57:3,7
    58:3
**seeing** 31:17
**seen** 6:7 9:4,5
    13:19 24:16
    39:16 46:5
    47:16 62:9
**sell** 6:3

**send** 48:19
    62:10
**sending** 27:11
    27:15,17
**sentence** 49:1
**separate** 30:1
**sergeant** 56:15
    56:22,24 57:2,6
    57:19,22
**serial** 49:14
**serious** 38:10
**set** 9:24 45:18
**settled** 35:22
**seven** 8:5
**sexually** 46:14
**shame** 42:10
**she'd** 54:10
**shelters** 15:11
**sheriff** 3:22
    46:3
**ship** 9:19
**shit** 57:13
**shoot** 45:7
**shooting** 8:20
    14:21 23:20
**short** 44:5
**shorter** 25:23
**shot** 13:18
    14:15 47:1
**should've** 42:11
**show** 21:20
    24:24
**showed** 15:10
    52:23

**showing** 13:11
**shows** 13:21
**shut** 43:8
**sick** 19:2 62:4,5
    62:6
**side** 39:18
**sign** 9:1
**signal** 62:20
**signature** 64:9
**similar** 45:17
**simple** 10:10
**simply** 5:22
**single** 3:7 6:6
    22:24 43:18
    48:23 53:19,23
    53:24
**sir** 8:6 10:23,24
    10:25,25 11:1
    19:23,23,23,24
    19:25 20:1
    49:17 50:10,11
    56:23,23 57:1
**sitting** 3:8
**situation** 8:10
    32:17
**six** 8:6 24:12
**slavery** 55:19
    55:23
**sleep** 9:6
**sleepy** 7:3,3
    36:4
**slums** 32:23
**small** 37:6,6
    45:14

**smart** 32:11
    61:2,5
**sneaked** 44:24
**soil** 48:8
**soldiers** 51:22
**solutions** 64:11
**solve** 2:23
    11:19,20 45:24
    46:2
**somebody**
    29:20 31:10
**someday** 58:14
**something's**
    28:19
**sonya** 64:3
**soon** 6:1 9:25
    22:25 61:7
**sophisticated**
    24:14
**sorry** 42:1
**sort** 39:3 56:10
**sound** 55:6
**south** 2:8 28:12
    59:6 60:10
**southern** 52:16
**sovereignty**
    62:19
**speak** 41:18
    59:7
**speaking** 36:12
**special** 17:4
    52:9
**speech** 1:13
**spent** 37:13
    60:5

Page 18

**[spiked - tell]**

spiked 53:9
springfield 40:25 42:1
squads 48:19
stain 57:16
stairwell 13:16
stand 44:13,13 48:11
standing 8:7 29:20
starting 16:24
state 2:3,16,17 3:20 7:5 11:6,6 12:21 13:2 18:20 24:8,8,10 24:16 30:17 35:12,13,14,15 35:15 48:14
statement 25:2 25:3,6,11,20,23 27:20 54:4
statements 5:2 5:3,5 25:5,8,9 28:3,3
states 10:6,14 13:14 16:16,22 22:19 23:24 33:5 35:12,23 36:12 44:7,24 45:2,17,20,22 46:22 52:5 57:23,25 62:15
stay 12:6 22:23
stayed 22:22

stephanie 3:24
steroids 40:16
stone 21:15
stood 51:17
stop 42:21,25 43:1,3,4,5 62:16
stopped 43:6
stopping 24:17 24:18
storming 16:5
storms 60:5,12 60:13
story 29:9 44:15
straight 45:18
strain 16:1
strange 26:6
street 17:23 21:16
strong 43:13 63:2
student 52:11
students 59:3,5
stuff 29:21
stunned 51:20
stupid 6:17 38:19
stupidity 8:4
style 12:13
substantially 54:20
suburbs 50:2
successful 40:12

sucker 9:7
sued 49:22
suffering 51:5 58:7
suggest 17:20
suit 18:10
suite 64:13
summer 56:20
sunny 51:12,23 52:25
support 30:19
supposed 35:1
supreme 20:4 22:7
surprise 4:23
suspect 17:3,11 52:8,14
suspected 17:6
syndrome 38:10
system 39:20
systems 59:22

**t**

t 64:1,1
take 6:18 9:5 11:11 12:1,24 20:2,21 26:9 29:24 30:17 31:3 33:3 35:2 38:24 40:7,10 40:25 47:9,13 49:23 50:1,2,3 51:10 56:2 59:20 62:21,22

taken 7:23 40:13 44:2 47:6 55:22
talk 2:13 16:7 40:14 45:23 46:7
talked 22:16
talking 6:22 7:9 10:3 13:19 16:8 24:11,13 25:13 29:21 34:14 36:8 38:9,16 45:21
talks 38:6,12 38:14
target 48:7
tarmac 51:18
task 43:18
taxpayers 61:17
tda 8:5,5,5 15:10 22:15 44:23 47:5
tdas 46:19
team 4:13 37:25 50:20
teleprompter 5:16 38:22
teleprompters 5:17,18
tell 5:14 15:9 20:19 21:11 27:3 28:21 31:12 32:15 39:8 43:24

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[tell - town]**

61:7

**telling** 25:13
  37:25

**ten** 4:12 8:18

**tenants** 8:13,16

**tennessee** 2:9
  60:11

**term** 55:3

**terminating**
  13:8

**terrible** 5:3
  21:6 22:5

**terrific** 3:13

**territory** 62:17

**terror** 10:11
  31:3

**terrorism**
  31:16

**terrorist** 17:3
  52:8

**terrorized**
  47:15

**terrorizing**
  17:9

**texas** 4:17
  35:13 60:11

**thank** 2:1,2 3:1
  3:2,5,10,11,21
  4:3,14,19 5:10
  9:13 10:25
  11:1 19:6,8
  30:13,13,18,19
  30:20,20,23
  63:5,7

**theorist** 38:8

**thing** 5:8 10:2
  21:6,12 25:22
  28:20,22 29:2
  35:23 36:11
  37:9 42:8,9
  51:8,15,25 53:2
  53:19,22,23,24
  54:5 55:13,24
  58:5,6

**things** 18:13
  26:6 28:21,23
  30:5 31:17
  38:19 42:7
  43:10,12,17
  48:11,13 60:5

**think** 5:11 6:24
  7:15 9:9,10
  11:10 16:24
  18:6 22:2,2
  24:12 25:15,17
  25:19,25 26:7,9
  26:23 27:1,3,5
  31:7,12,14
  33:11 36:3,18
  36:19 37:9
  39:22 41:17
  42:25 44:15
  48:5,12 49:24
  54:4 55:1,12,13
  58:10 62:1

**thinking** 2:10
  26:3

**thinks** 18:9

**third** 7:14,16
  37:23 38:2

**thirteen** 51:22

**thought** 21:6
  22:5 24:7,10
  35:23 37:9,15
  37:21,22 38:25
  39:2 48:9 54:8
  54:9 55:24
  56:9 61:7

**thousands** 2:4
  14:7 39:25
  44:3

**threat** 21:7,8
  37:3

**threatened**
  8:12 18:24
  22:24

**three** 8:21 10:4
  22:6,14 26:11
  35:6 57:22,24
  61:8

**thrown** 61:3

**thug** 23:19

**thugs** 8:20 10:4
  19:21 34:13

**tied** 14:19
  46:17

**tightened** 39:4

**time** 6:2 8:4 9:2
  9:2 21:8 24:2,4
  25:7 26:22
  29:24 38:13
  41:23 44:5
  48:6

**times** 6:4 14:15
  26:4 28:1
  44:12,14,17,22
  44:22 45:10,10
  53:20

**tired** 50:7

**title** 62:3

**today** 2:12 3:1
  5:11 8:6 10:10
  13:3 20:22,25
  29:10 31:18
  48:1 52:7

**together** 62:24

**told** 14:2 15:17
  34:6,6,19 36:9
  48:25

**tom** 34:18,19

**took** 6:2 24:6
  25:10,11,14,18
  25:22 27:11,23
  33:7 41:8

**top** 39:25

**total** 29:23 49:5
  50:15

**totally** 10:16
  41:21 44:12
  46:22,24 60:2

**tough** 4:1 18:12
  43:23 44:2
  45:25,25 46:1

**toughen** 36:6

**toughness** 27:6

**town** 5:15,16
  5:19 19:9
  45:14 46:8

Page 20

**[towns - violent]**

| | | | |
|---|---|---|---|
| **towns** 19:10 50:3 | **trying** 11:22 12:3 14:22 15:12 41:17 | **undertaking** 43:21 | **v** |
| **traffickers** 61:1 | **turned** 5:3 27:13 | **undocumented** 16:13 | **vacant** 13:23 |
| **trafficking** 14:8 | | **unfettered** 34:12 | **vance** 50:9 |
| **tranquil** 45:4,5 45:6 | **turning** 21:12 | | **venezuela** 7:24 17:17 33:6 34:14,15 40:11 40:11,16 52:18 55:8 58:18 |
| **transcript** 64:4 | **twenty** 22:21 | **unfortunately** 6:10 15:20 | |
| **trapped** 15:16 | **two** 14:21 15:1 17:16,25 23:20 28:22 36:4 38:17 43:17 46:3,18,19 47:1 52:17,22 56:3,5 57:22,24 59:6 | **united** 10:5,13 13:14 16:16,22 23:24 33:5 36:12 44:7,24 46:21 52:4 57:23,24 62:15 | |
| **trash** 29:24 | | | **venezuelan** 13:24 14:6,9 15:3 16:4 17:13,23 24:14 34:13 40:21 44:23 46:19 47:6 52:15 |
| **traumatic** 23:17 | | | |
| **treat** 16:12 | | | |
| **treatment** 13:1 | | **unorganized** 57:12 | |
| **tremendous** 21:20 48:17 | **typical** 55:11 | **unsecured** 52:16 | **venezuelans** 15:12 |
| **tren** 7:24 14:6 17:6 | **u** | **unthinkable** 18:4 54:18 | **veritext** 64:11 |
| **trend** 15:4 | **u.s.** 14:15 16:20 17:4 51:20,22 52:9 53:5 | **unvetted** 46:22 46:24 | **vice** 54:16 |
| **trouble** 53:22 | | | **vicious** 19:12 30:8 |
| **true** 64:4 | **ufc** 43:25 | **urban** 45:2 | **viciously** 61:3 |
| **trump** 1:14 2:1 2:23 18:3 22:8 25:20 27:25 28:2 30:15 36:9 37:8,25 38:6,10,11 40:18,19,24 42:2,3,5,6,20 53:15 54:10 58:3 61:14 62:20 63:6 | **uh** 37:21 | **usa** 19:7 58:2 | **victim** 23:17 |
| | **ukraine** 32:16 | **use** 5:17,18,19 6:21,25 21:8 32:5,6 | **victimized** 14:7 |
| | **ultimately** 40:3 | | **victims** 60:9 |
| | **un** 32:9 | | **victory** 3:7 49:5 |
| | **unanimous** 20:8 | **used** 5:15 25:1 25:2 26:16 28:6 40:14 47:9 59:2 | **video** 13:5,18 13:21 18:2 51:10,11 58:1 |
| | **unbelievable** 4:21 | | **videos** 13:3 |
| | **uncle** 57:17,18 | **usually** 9:12,13 | **videotape** 53:14 56:14 |
| **trump's** 30:16 | **uncles** 61:13 | | **violence** 10:11 |
| **try** 20:14 21:21 27:1 45:24 | **under** 16:10 46:18 55:9 61:14 | | **violent** 15:8 28:11 30:8 |
| | **understand** 44:19 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[virginia - worst]**

| | | | |
|---|---|---|---|
| **virginia** 2:9 | 50:6,7,10,12 | **weaponry** 46:4 | **women** 31:8,10 |
| **virtually** 55:1,2 | 53:20 56:1,5 | **weapons** 12:14 | 31:14,22,22 |
| **visa** 17:4 52:9 | 59:8,10 | 24:15 | 45:1 |
| **visits** 58:22 | **wanted** 11:5 | **weave** 54:9,10 | **won** 20:17 |
| **vote** 2:22 21:20 | 19:25 | 54:11 | 37:10,11 56:3,8 |
| 22:8,11 40:18 | **wanting** 30:5 | **week** 31:13 | **wonderful** 35:3 |
| 40:19 49:4 | **wants** 43:3,4 | 47:4 51:6 | 35:4 47:12 |
| 58:7,8 62:20 | 44:3 60:23 | **weekend** 52:23 | 56:1 |
| 63:6 | **war** 56:24 57:2 | **weekly** 3:23 | **words** 25:12,12 |
| **voted** 20:5 | 57:3,3,7,9 | **weeks** 59:6 | 25:15 29:12 |
| **votes** 7:4 20:18 | **wars** 31:16 | **went** 15:7 | **work** 49:19 |
| 22:7 | 56:3,5,9 | 29:24,24 33:6 | **worked** 3:19,19 |
| **voting** 22:7 | **washington** | 37:15 59:18 | 10:21 |
| **vow** 19:4 | 12:6 44:18 | **wesley** 4:18,19 | **workers** 61:17 |
| | **watch** 33:13 | 4:20 | **working** 57:16 |
| **w** | 51:18 | **wesley's** 4:19 | 57:18 |
| **waiting** 5:23,24 | **watched** 7:9 | **whack** 3:4 | **world** 6:1,10 |
| 6:8 8:8 | 53:16 | **white** 10:19 | 7:14,16 8:1,2,3 |
| **wake** 13:9 | **watching** 18:5 | 19:23 31:6 | 9:24 11:13,14 |
| **walk** 26:16,19 | 51:18 | 43:25 | 11:15,22 13:11 |
| 47:13 | **way** 8:12,23 | **win** 13:2 56:5 | 18:17 28:5,14 |
| **walking** 13:15 | 10:16 14:17 | **winner** 4:13,13 | 28:17 29:14 |
| 21:16 35:21 | 24:19,22 33:17 | 4:14 | 31:18 32:4,25 |
| **wall** 22:9 42:23 | 37:2,15,15 41:5 | **winning** 31:9 | 33:2,2 34:21 |
| 42:24 | 42:18 45:9 | **wisconsin** | 36:21 48:19 |
| **want** 2:6 4:2 | 50:8 56:2,10 | 45:15,15 46:11 | 51:21 56:3 |
| 6:1 11:18 12:5 | 58:7 59:2 60:8 | **wish** 44:9 | 62:21 |
| 12:5,6 13:2 | **we've** 30:15,16 | **wishes** 44:8,9 | **world's** 6:11 |
| 18:14,14,16,22 | **weak** 10:15 | **witnessed** | 33:3 |
| 18:23 19:1 | 19:18 | 29:14 | **worse** 28:9 |
| 20:15 25:4 | **wealthy** 63:1 | **wolfe** 4:6 | 35:25 |
| 31:22,23 36:15 | **weapon** 57:8 | **woman** 3:2 | **worst** 8:3 23:24 |
| 36:16,17 37:23 | **weaponization** | 4:20 15:17 | 28:5 50:21,22 |
| 41:13 42:5 | 20:12,13 | 16:17 17:22 | 54:5 55:10,13 |
| 44:4 45:23,23 | | 40:8 | 58:5 |
| 46:6 49:15 | | | |

Page 22

**[wounded - york]**

**wounded**   47:23
**wrenching**
   52:10
**wrong**   12:8
   25:14 28:20
**wyoming**   3:20

**y**

**yeah**   16:23
**year**   8:19 14:25
   16:17 24:20
   26:11 42:9
   46:16 48:25
   53:6,7 59:4,4
**years**   4:12 6:19
   8:23 18:3
   24:12,12,25
   31:16 32:3
   36:20 40:12
   48:14 51:14
   54:25 55:3
   61:8
**yesterday**   5:15
   54:19
**york**   44:12,16
   44:22,22 45:3,9
   45:10 46:10,25
   47:1 52:22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127