# EXHIBIT 10

1

2

3

4

5

6

7

8

9

10

11

12

13   October 27, 2024

14   Madison Square Garden Speech

15   President Donald Trump

16

17

18

19

20

21

22

23

24

25

Page 1

1     PRESIDENT DONALD TRUMP:  Thank you,
2 everybody.  Thank you.  Thank you very much,
3 everybody.  Thank you very much to a very popular
4 former First Lady, hopefully First Lady again.
5     And I just want to say a very big hello
6 to a special place, New York, and to an
7 incredible arena, Madison Square Garden.
8 Incredible.  And then we have all of the people
9 that could fill it up ten times.  Ten times.  You
10 take a look at outside what's going on all the
11 way down to the river, the beautiful, beautiful
12 Hudson River.  They're outside watching this now
13 at levels that nobody's ever seen before.
14 They've never had it.
15     And I want to thank Jim Dolan.  He's
16 been incredible.  He's been just incredible.  The
17 job they've done.  The job they've done.  Thank
18 you.
19     But I'm thrilled to be back in the city
20 I love and thousands of proud, hardworking
21 American patriots.  You're with me.  We've always
22 been together.  And I'd like to begin by asking a
23 very simple question.  Are you better off now
24 than you were four years ago?
25     I'm here today with a message of hope

1 for all Americans.  With your vote in this
2 election, I will end inflation.  I will stop the
3 invasion of criminals coming into our country.
4 And I will bring back the American dream.  We
5 need the American dream to come back home.
6     Our country will be bigger, better,
7 bolder, richer, safer, and stronger than ever
8 before.  This election is a choice between
9 whether we will have four more years of gross
10 incompetence and failure or whether we will begin
11 the four greatest years in the history of our
12 country.
13     We will achieve success that no one can
14 imagine.  We will have the strongest economy, the
15 most secure borders, the safest cities, the most
16 powerful military, the best trade deals, and we
17 will dominate the frontiers of science, medicine,
18 business, technology, and space.
19     And I'm asking you to be excited about
20 the future of our country again.  I'm asking you
21 to dream big again.  We're going to dream big
22 again.  We haven't been dreaming big at all.
23 This will be America's new golden age.  It's
24 going to happen quickly too, very quickly.
25     Every problem facing us can be solved,

1 but now the fate of our nation is in your hands.
2 Next Tuesday, you have to stand up and you have
3 to tell Kamala Harris that you've done a terrible
4 job, that crooked Joe Biden has done a terrible
5 job.  You've destroyed our country.  We're not
6 going to take it anymore.  Kamala, you're fired.
7 Get out.  Get out.  You're fired.
8     Early voting is underway in every swing
9 state, and we are setting all-time records of
10 voting.  I tell you what, I don't want to talk
11 about it.  But we have to keep it going.  We've
12 got to get out and vote.  We just have to get
13 out.  And who would have thought this was going
14 to happen?  We're leading in every swing state.
15 But it doesn't mean a thing.  It only means how
16 are we doing at the end?  So, we have nine days
17 from now and we're going to defeat Kamala Harris
18 and we're going to win back the beautiful White
19 House and we're going to make America great
20 again.  And it's going to happen fast.  Thank
21 you.
22     In less than four years, Kamala Harris
23 has shattered our middle class.  She cast the
24 deciding votes that launched the worst inflation
25 in the history of our country.  She cost the

1 typical American family over three thousand
2 dollars in a short period, but over thirty
3 thousand dollars over the last three years.
4     She killed fifty thousand manufacturing
5 jobs this year alone.  Now, Kamala wants to raise
6 the typical family taxes by nearly three thousand
7 dollars a year and impose a thirty three percent
8 tax hike on all domestic production.  If Kamala
9 Harris gets four more years, our economy can
10 never recover.
11     If I win, we will quickly build the
12 greatest economy in the history of the world.
13 Which is what we had in our last term.  We will
14 rapidly defeat inflation, and we will very simply
15 make America affordable again.  We're going to
16 make it affordable.
17     I will massively cut taxes for workers
18 and small businesses, and we will have no tax on
19 tips, no tax on overtime and no tax on Social
20 Security benefits for our seniors.  And I'm
21 announcing a new policy today that I will support
22 a tax credit for family caregivers who take care
23 of a parent or a loved one.  It's about time that
24 they were recognized.  They add so much to our
25 country and are never spoken of ever, ever, ever.

1 But they're going to be spoken of now. Thank you
2 all very much.
3        I'll also make interest on car loans
4 fully tax deductible, but only for cars made in
5 America. Have to be made in America and we will
6 achieve energy independence, and we will do
7 something we wanted so badly. We're going to do
8 some, you know, we're going to do "front row
9 Joe's." You know, I got front row Joe's here. I
10 got the ladies from North Carolina. Number 249.
11 This is the 200. And you look so beautiful.
12        We have a lot of people. They followed
13 us. But we're going to do something. The ladies
14 can tell you what we're going to do. We're going
15 to drill a baby drill. And I will terminate the
16 Green New Deal scam, and we'll cut your energy
17 prices in half. Fifty percent within one year
18 from January 20th. Is the fake news hearing
19 that? Whoa. Look how much. Wow. That's a lot
20 of fake news. That is a lot of fake news. Look
21 at that. Wow. That's got to be a record, Mr.
22 Speaker. I think that's a record. That is a lot
23 of fakers back there.
24        To bring back millions of jobs, we will
25 give our companies the lowest taxes, the lowest

Page 6

1 the richest and most powerful nation on the face
2 of the earth.
3        As we rescue our economy, I will also
4 restore our borders. There's never been anything
5 like it. It's bigger than inflation. It's
6 bigger than the economy. What they're doing to
7 our country, they're allowing criminals from all
8 over the world to enter our country.
9        Over the past four years, Kamala Harris
10 has orchestrated the most egregious betrayal that
11 any leader in American history has ever inflicted
12 upon our people. She has violated her oath,
13 eradicated our sovereign border, and unleashed an
14 army of migrant gangs who are waging a campaign
15 of violence and terror against our citizens.
16 There has never been anything like it anywhere in
17 the world for any country.
18        Kamala has imported criminal migrants
19 from prisons and jails, insane asylums, and
20 mental institutions from all around the world,
21 from Venezuela to the Congo. A lot of people are
22 coming from the Congo prisons. They're coming
23 from all over the world. Over the last month,
24 181 countries violated our laws. And she has
25 resettled them into your communities to prey upon

Page 8

1 energy costs, the lowest regulatory burdens, and
2 free access to the best and biggest market on the
3 planet. Remember this. If we keep going like
4 this, we won't have the biggest and the best. We
5 won't have a market. We won't have a country.
6        But only for those who make their
7 product here in the USA and hire American workers
8 for the job. And if these companies don't make
9 their products here, then they will pay a very
10 stiff tariff when they send their products into
11 the United States for the privilege of competing
12 with our workers and our now protected companies.
13 We're going to protect our companies. They're
14 not leaving anymore. They're not leaving
15 anymore.
16        We're also going to pass the Trump
17 Reciprocal Trade Act, meaning if China or any
18 other country charges us 100 or 200 percent tax
19 or tariff, we will then charge them a 100 or 200
20 percent tax or tariff. It's called an eye for an
21 eye. And I will never apologize for defending
22 America. I will protect our workers. I will
23 protect our jobs. I will protect our borders. I
24 will protect our great families. And I will
25 protect the birthright of our children to live in

Page 7

1 innocent American citizens.
2        But the day I take the oath of office,
3 the migrant invasion of our country ends, and the
4 restoration of our country begins. One of the
5 deadliest and most vicious migrant gangs that
6 Kamala has imported into our country is the
7 savage Venezuelan prison gang. Nice group of
8 people. They got together in prison. The worst
9 prison in the world, they say. It's called Tren
10 de Aragua. And that is taking over apartment
11 complexes and unleashing a violent killing spree
12 all over America, especially in Aurora, Colorado,
13 where we have a governor who's petrified of them.
14 And maybe he should be. But now they've even
15 taken over Times Square. Take a look.
16        [VIDEO CLIP PLAYS]
17        WOMAN 1: "Border's deadly
18 consequences.
19        MAN 1: Border crisis.
20        MAN 2: Record high crossings are
21 putting a strain on cities across America.
22        MAN 3: It is a full-blown invasion.
23        WOMAN 2: Armed Venezuelan gang members
24 storming an apartment complex in Aurora,
25 Colorado.

Page 9

3 (Pages 6 - 9)

1        MAN 4:  And when people talk about
2   migrant crime, this is what they're talking
3   about.
4        WOMAN 3:  San Antonio, Texas, just one
5   of the latest cities to have apartment complexes
6   taken over by members of the Venezuelan gang.
7        MAN 5:  Biden and Harris have created a
8   program to bring them in on a humanitarian tour.
9        KAMALA HARRIS:  I am in favor of saying
10  that we're not going to treat people who are
11  undocumented cross-borders criminals.
12       MAN 6:  More than 13,000 illegal
13  immigrants convicted of murder have been released
14  into the United States.
15       WOMAN 4:  My 20-year-old daughter,
16  Kayla Hamilton, was murdered in her own room.
17  Kayla's murderer was apprehended by border
18  patrol, crossed in illegally into the U.S.
19       MAN 7:  Kayla's murderer had been
20  improperly released into the United States.
21       KAMALA HARRIS:  Abolish ICE.  Yeah, we
22  need to probably think about starting from
23  scratch.
24       MAN 8:  More than a dozen people
25  suspected of being Tren de Aragua gang members

Page 10

1   right here in San Antonio.
2        WOMAN 5:  The gang members had been
3   terrorized in the apartment complex.
4        WOMAN 6:  New details in the murder of
5   Laken Riley.
6        WOMAN 7:  The illegal immigrant suspect
7   who cops say committed the heinous murder is a
8   Venezuelan national.
9        MAN 9:  He was paroled and released
10  into the country by the Biden administration.
11       MAN 10:  If they had all been properly
12  vetted, that probably wouldn't have happened.
13       WOMAN 8:  Two men investigators say are
14  in the country illegally from Venezuela are
15  charged with capital murder and the death of
16  Jocelyn Nungaray.
17       MAN 11:  Martinez and I have wrapped
18  his arms around Jocelyn's neck took off her head
19  and climbed on top of her, later strangled
20  Jocelyn to death and then tied up her hands and
21  feet.
22       MAN 12:  Court documents suggest a
23  group of men arrested for beating and robbing a
24  Dallas woman last month are members of a
25  Venezuelan street gang.

Page 11

1        MAN 13:  The men threatened to cut off
2   her fingers if she did not cooperate.  Manuel
3   Hernandez-Hernandez was booked by Colleyville
4   police just two days earlier and released the day
5   before the robbery.
6        MAN 14:  A Peruvian gang leader who was
7   wanted for 23 murders, who was arrested by border
8   patrol near Rolla, Texas, then released into
9   America."
10       [VIDEO CLIP CONCLUDES]
11       PRESIDENT DONALD TRUMP:  That's who
12  we're allowing into our country.  We're not going
13  to have a country any longer.  That's who we're
14  allowing in.
15       The United States is now an occupied
16  country, but it will soon be an occupied country
17  no longer.  Not going to be happening.  Not going
18  to be happening.  November 5th, 2024, nine days
19  from now will be Liberation Day in America.  It's
20  going to be Liberation Day.
21       On day one, I will launch the largest
22  deportation program in American history to get
23  these criminals out.  I will rescue every city
24  and town that has been invaded and conquered, and
25  we will put these vicious and bloodthirsty

Page 12

1   criminals in jail.  We're going to kick them the
2   hell out of our country as fast as possible.
3        And to expedite removals of Trinidad
4   and Tobago and other savage gangs like MS-13,
5   which is equally vicious, I will invoke the Alien
6   Enemies Act of 1798.  Think of that.  That's how
7   far back.  That's when they had law and order.
8   They had some tough ones.  Think of the Alien
9   Enemies Act of 1798 -- you hear that, Mr.
10  Speaker, get ready -- to target and dismantle
11  every migrant criminal network operating on
12  American soil.  And there are lots of them.  We
13  don't have the same country anymore.  You know
14  that.  And you know, when you look at the polls
15  and they say about the economy and they have all
16  these different things, the worst nightmare that
17  we're facing is what they've done to us on our
18  borders.
19       We had the safest border in the world.
20  In fact, there's a chart, which I hope they have,
21  because I didn't tell them I wanted it.  But
22  there's a chart that I love very much because I
23  wouldn't be here without it.  I'm in love with
24  it.  I love that chart.  Even if it had bad
25  numbers, I would have loved that chart.  But it

Page 13

4 (Pages 10 - 13)

1 does. It has great numbers.
2       And if you look at the arrow on the
3 bottom, you'll see that was the day I left
4 office. That was the lowest illegal immigration
5 that we've ever had in recorded history, the
6 recorded history of our country. And then look
7 at it. It was like an Elon Musk rocket ship.
8 Look at what happened. Look at what happened
9 after that. And if they come back into our
10 country, it's an automatic 10 years in jail with
11 no possibility of parole.
12       And I'm hereby calling for the death
13 penalty for any migrant that kills an American
14 citizen or law enforcement officer. Under
15 Kamala, America is a sanctuary for criminals and
16 for illegal aliens that are in our country
17 illegally. I will immediately ban all sanctuary
18 cities in the United States.
19       Kamala's gross incompetence
20 disqualifies her from being president of the
21 United States of America. She is grossly
22 incompetent. All you have to do is look at her
23 interviews. Look at what she did the other night
24 on fake news, CNN. Just take a look. She
25 couldn't answer a question. She's unfit for

1 office. Everyone knows it. No one respects her.
2 No one trusts her. No one takes her seriously.
3 Everyone knows she is a very low IQ individual.
4       From humiliating our country in
5 Afghanistan, to the war in Ukraine, to the
6 nightmare on our border, to her inflation
7 catastrophe, all done in conjunction with Sleepy
8 Joe. But he was largely sleeping, wasn't he?
9 After 4:00, it's time to go to bed. To his and
10 her egregious hurricane response, the worst
11 response in North Carolina and other states since
12 Katrina, but I think it was even worse than
13 Katrina.
14       They haven't even responded in North
15 Carolina. They haven't even responded. There's
16 nobody. They don't see any FEMA. You know why?
17 They spent their money on bringing in illegal
18 migrants, so they didn't have money for Georgia
19 and North Carolina and Alabama and Tennessee and
20 Florida and South Carolina. They didn't have any
21 money for them.
22       They spent all of their money on
23 bringing in illegal immigrants and flying them in
24 by beautiful jet planes. They flew in. We just
25 found out about a year and a half ago. Remember,

1 we said, what's going on? Those planes, a lot of
2 planes going over there. What are they? They
3 would fly them into the middle of our country,
4 our beautiful, beautiful country.
5       And you know what happened? You take a
6 look at Springfield, Ohio. Think of this. Think
7 of this. Where 30,000 illegal migrants were put
8 into a town of 50,000 people. No, no place can
9 withstand that. Or take a look at Aurora in
10 Colorado.
11       Colorado is going to vote for us. You
12 know why? Typically, they go a little bit the
13 other way. Of course, with their voting system,
14 I'm not so sure about that. But you know why?
15 Because they tried to throw the leading candidate
16 of both parties, meaning me, I was leading both
17 parties, off the ballot. And the people of
18 Colorado, including Democrats, are very angry
19 about it. They are a threat to democracy, to use
20 their term.
21       Isn't it nice to have somebody that's
22 your president that doesn't need a teleprompter?
23 We haven't been on a teleprompter for a long
24 time. I haven't been on this teleprompter. You
25 know, it is nice. You saw the other day where

1 Kamala got a little stuck on the teleprompter,
2 went a little bad and stopped on her. You have
3 to be, you know, if you're a politician, you have
4 to be able to handle that.
5       Remember, you have to do the weave, he
6 says. You got to do more than the weave. But it
7 happens a lot as a politician. It happens. I
8 mean, we have so many politicians here, great
9 ones, really good. Some are not so good, but
10 great ones.
11       And when Newt or when the speaker or
12 when Tommy Tuberville, who's here someplace, the
13 great senator from Alabama, or when any one of
14 our literally 75. By the way, should I introduce
15 all of them by name? I should. Should I? No?
16 Yes? I don't know. It's a lot. Speaker, should
17 I? I don't know. Will they be angry? Yeah,
18 they will. It's a lot of introducing. Let's
19 keep going with this speech.
20       But you know, when you have a when
21 you're in this profession, I have a friend who
22 wanted to come in. I said, what's your you like
23 speaking? Well, I do. But I have a great fear
24 of speaking. I said, don't be a politician. If
25 you have a fear of speaking, don't be a

1 politician. But one thing you have to know is
2 that no matter how good your people are that
3 operate this machinery, it's going to break and
4 you're going to be out there all by yourself a
5 lot. And you got to be able to do so.
6        Three weeks ago, she was saying there
7 was only 32 days left. And she's reading it like
8 this. Thirty-two days and it stopped. And she
9 went is 32 days. Thirty-two. Thirty-two. And I
10 was watching. He said, this isn't pretty.
11 Thirty-two. She was gone. And then, damn it, it
12 kicked back on. She was gone.
13       We've had it. It happens a lot. And
14 don't forget, you had all those people back
15 there. Now, they don't talk about her. But if
16 that ever happened, it happens all the time.
17       I was campaigning in Ohio for a very,
18 very Bernie Marino. He's doing a good job. I
19 think he's maybe going to win in Ohio. The
20 problem, he's got his opponent, Brown, Sherrod
21 Brown, he's taking ads in like he's my best
22 friend. He never votes for me. He's not my best
23 friend.
24       Ohio has been very friendly to Trump.
25 We win it all the time by a landslide. But the

Page 18

1 opponent is taking ads. I got four of them. I
2 think we have four of them, right? They're
3 taking ads. All of a sudden, they love Trump.
4 We agree with Trump on tariffs. We agree with
5 Trump on the border. We love Trump. And they're
6 Democrats. There friends are calling up. Did
7 they switch to the Republican Party?
8        But it happened with Bernie Marino. I
9 was in Ohio to to try and get him over the
10 initial primary hump. And it was 45 mile an hour
11 winds. And these suckers were blowing like --
12 you ever try reading a teleprompter where it's
13 moving about two feet in each -- but I didn't
14 have to worry about that, because even worse,
15 they ended up blowing off the stage a lot of it.
16       So, I'm now in the first sentence. And
17 I got 28,000 people and millions of people
18 watching on television. I got no teleprompter.
19 And did I do a good job, Mr. Speaker? Anyone?
20 Anyone? Thank you, Matt. Anyone? And so,
21 you're up there all alone. We don't go 32, 32,
22 32. Oh, my God.
23       Kamala Harris is a train wreck who has
24 destroyed everything in her path to make her
25 president would be a gamble with the lives of

Page 19

1 millions and millions of people. She would get
2 us into World War III. We're very close to World
3 War III. If you don't have a smart president,
4 you don't have a president that gets it. If you
5 don't have a president that is respected by the
6 other side. And they did respect us four years
7 ago. They really respected us.
8        Iran was broke. They had no money.
9 Russia wouldn't have played with us at all.
10 Russia would have never gone into Ukraine.
11 Israel, October 7th, would never, ever have
12 happened, would have never happened. All those
13 all those people would be alive right now. Those
14 people that were killed on that horrible day.
15       But if you don't have a president that
16 gets it, you know, you know what else you
17 wouldn't have had. You wouldn't have had that.
18 The most embarrassing day in the history of our
19 country, in my opinion, Afghanistan, the way they
20 not that they got out, we were getting out, but
21 we were going to get out with dignity and
22 strength.
23       We got out an embarrassment, the likes
24 of which this country has never suffered. And
25 because of that, Putin looked at us and they

Page 20

1 probably figured we were a paper tiger. And he
2 went into Ukraine and the rest is history. It
3 would have never happened with us.
4        And you wouldn't have had any
5 inflation. You know, we had the best economy.
6 We had no inflation, and inflation has destroyed
7 a lot of seniors on fixed income. And a lot of
8 people in this room have been virtually destroyed
9 by inflation. You wouldn't have had inflation.
10 They screwed up our energy and it went up so
11 much. And then they started spending far too
12 much money on things like the Green New Deal
13 scam, which is just a scam, just a complete scam.
14 They actually admitted that if you think about
15 it.
16       But she would get us into World War III
17 because she's incompetent, can't do the job,
18 unfit for it. And then all of your sons and
19 daughters will end up getting a little notice.
20 They'll say, Mom, Dad, what is this little green
21 piece of paper? Oh, aye, aye. Darling, that's a
22 draft notice. They're drafting you to go and
23 fight in some country that I've never heard this.
24 I've never heard of this country before. Oh, no.
25 I don't want my baby to fight. I don't want my

Page 21

6 (Pages 18 - 21)

1 baby to be killed.
2        What they did in Afghanistan with those
3 13 great soldiers -- I've gotten to know the
4 parents so well and leaving all of that equipment
5 behind and leaving Americans behind.  And many,
6 many people with no legs and no arms, all because
7 of incompetent people.
8        But we don't want your sons and
9 daughters to get a little draft notice, and you
10 have to explain to them what it means.  We're
11 tired of fighting.  I'm the only president in the
12 last 84 years that didn't start a war.  Remember
13 Crooked Hillary?  Remember Crooked Hillary
14 Clinton?  Crooked Hillary, oh, she was a beauty.
15        During one of our many debates, she
16 said, look at him, listen to him.  He's going to
17 start a war.  Listen to his rhetoric.  He's going
18 to start a war.  I said, no, no, no.  My rhetoric
19 is going to keep us out of wars.  And that's what
20 happened.  82 years -- other than I finished off
21 ISIS.  But that was already started.
22        We had stupid generals like Milley and
23 Mattis, weak, stupid people.  But fear not.  We
24 have great generals.  It's not the ones that you
25 see on television all the time.  And we wiped

Page 22

1 about the same one tenth of one percent of dying.
2 If you become president of the United States, you
3 got a hell of a shot at dying.
4        I never knew that when I ran.  I never
5 thought about it.  But but here we are.  Here we
6 are.  And I'm OK with it.  And I would rather be
7 here than any place in the world.  It's called a
8 very dangerous profession.  But if we win, our
9 enemies won't be laughing anymore.  They're not
10 going to be laughing.
11        And you know what?  The truth is, I got
12 along with all of them.  I got along with Putin.
13 Ukraine was the apple of his eye.  But I said,
14 Vladimir, don't go in.  Remember, I ended the
15 pipeline in Europe.  I ended the pipeline in
16 Europe.  And then when Biden came in, he approved
17 it.  But he ended the Keystone Pipeline, the one
18 in America.  So, he got it.  He got it a little
19 mixed up, didn't he?  Nord Stream 2.
20        I said, we're ending Nord Stream 2.
21 Everybody said, what is Nord Stream 2?  I said,
22 that's the massive Russian pipeline where they're
23 going to make a fortune, where they're going to
24 Germany and all countries in Europe.  So, I said,
25 you mean we're fighting to help them with NATO

Page 24

1 them out very quickly.  It was going to take five
2 years.
3        Mattis said it would take five years.
4 And I'm not sure we could do it.  It took us like
5 four weeks.  We have great generals.  We have the
6 greatest military in the world.  Just a lot of
7 people don't know that.  And everybody knows it.
8        But, you know, I saw the other day a
9 report that they issued that if we end up in a
10 war with China, we cannot win.  We're not strong
11 enough.  So, I said to myself, assuming that's
12 true, how stupid are you to put out a report like
13 that?  How stupid?  Why would you put out a
14 report that they'll say, oh, that, Trump is not
15 truthful?  No, I'm smart.  You don't put out
16 reports like that.  And it's not true.  We would
17 kick their ass.  It's not true.  Terrible.
18        Our enemies are laughing at her.  They
19 want her to win so badly.  They don't want Trump.
20 They don't want Trump.  I've made this position a
21 very dangerous one because of that.  That's why
22 it's a very dangerous.  You know, if you drive a
23 race car, you have one tenth of one percent
24 chance of dying.  If you ride the bulls, I think
25 the bulls are pretty nasty, right?  You have

Page 23

1 and spending all of that money and they're paying
2 the person and the group that we're fighting
3 billions of dollars a month?  What the hell are
4 we doing?  I ended it.  It was dead.  And Biden
5 came along, and he approved it.  Weak.
6        Look, 30 years ago, he was not
7 considered smart either.  So, now he's really
8 that smart.  If we win, America will be
9 respected.  And even if it's necessary to hear it
10 again, it's not the worst word.
11        On issue after issue, Kamala broke it,
12 but I will fix it.  We're going to fix it.  But
13 we're just not running against Kamala.  I think a
14 lot of our politicians here tonight know this.
15 She means nothing.  She's purely a vessel.
16 That's all she is.
17        When you see her up there talking about
18 the grass on my front lawn, I grew up in a
19 middle-class neighborhood and I had grass on my
20 front lawn.  Yeah, but we're asking, what would
21 you do to fix the country?  And why didn't you do
22 it yet?  Almost four years.  Why didn't you do
23 this stuff?
24        Now she's, you know, she's becoming
25 more MAGA than those politicians I just told you

Page 25

7 (Pages 22 - 25)

**Page 26**

1 about from the different states. She can't put
2 two sentences together. She's just like she's
3 really just like, in many ways, Crooked Joe
4 Biden. Crooked Joe Biden. And she never said to
5 us, she never told us that Joe was not
6 functioning properly. She should have. You
7 know, we're talking about the life of the most
8 important country in the world. We need very
9 smart people.
10     We're running against something far
11 bigger than Joe or Kamala and far more powerful
12 than them, which is a massive, vicious, crooked,
13 radical left machine that runs today's Democrat
14 Party. They're just vessels. In fact, they're
15 perfect vessels because they'll never give them a
16 hard time. They'll do whatever they want. I
17 know many of them. It's just this amorphous
18 group of people. But they're smart and they're
19 vicious. And we have to defeat them.
20     And when I say the enemy from within,
21 the other side goes crazy, becomes a sound hole.
22 How can he say now they've done very bad things
23 to this country? They are indeed the enemy from
24 within. But this is who we're fighting. These
25 are the people who are doing such harm to our

**Page 27**

1 country with their open border policies, record
2 setting inflation, Green New Deal scam and
3 everything else that they're doing.
4     But we're not going to let it happen
5 any longer. We're going to have the biggest
6 victory in the history of our country on November
7 5th. It's going to be the biggest. We're going
8 to make America great again, everybody.
9     On top of it all, Kamala say she would
10 not do one thing differently from Joe Biden,
11 which is totally disqualifying. And you have to
12 remember this. All of the mistakes you made.
13 And you know what? Maybe is the worst. But
14 they're also bad.
15     Think of this. 325,000 children are
16 missing dead sex slaves or slaves. They came
17 through the open border, and they're gone. Their
18 parents will most likely never see them again.
19 Almost any of them. Think of the number 325,000
20 children are missing or dead.
21     Take a look at this, please.
22     [VIDEO CLIP PLAYS]
23     WOMAN 9: Would you have done something
24 differently than President Biden during the past
25 four years?

**Page 28**

1     KAMALA HARRIS: There is not a thing
2 that comes to mind."
3     MAN 15: I stood there on the tarmac
4 watching you check your watch.
5     WOMAN 10: The chaotic and deadly U.S.
6 evacuation from Afghanistan stunned Americans and
7 the world and cost the lives of 13 U.S. soldiers.
8     WOMAN 11: Would you have done
9 something differently?
10     KAMALA HARRIS: There is not a thing
11 that comes to mind."
12     MAN 16: More than 13,000 illegal
13 immigrants convicted of murder have been caught
14 at the border and then released into the United
15 States.
16     MAN 17: An Afghan national is in
17 custody today after being accused of plotting an
18 election day terrorist attack. The suspect
19 entered the U.S. on a special immigrant visa.
20     WOMAN 12: Gut-wrenching new details in
21 the murder of Georgia nursing student Laken
22 Riley.
23     WOMAN 13: The illegal immigrant
24 suspect who cops say committed the heinous murder
25 is a Venezuelan national who crossed the

**Page 29**

1 unsecured southern border back in 2022.
2     WOMAN 14: Two men investigators say
3 are in the country illegally from Venezuela are
4 charged with capital murder and the death of
5 Jocelyn Nungaray.
6     WOMAN 15: A fifth illegal immigrant
7 accused of attacking two New York City police
8 officers over the weekend shows no remorse or
9 regret.
10     WOMAN 11: Would you have done
11 something differently?
12     KAMALA HARRIS: There is not a thing
13 that comes to mind.
14     MAN 18: Only 18 percent say the
15 economy is in excellent or good condition.
16     MAN 19: U.S. inflation has hit a new
17 40-year high, increasing by 9.1 percent over the
18 financial year.
19     WOMAN 16: Authorities say train day
20 Aragua, which has been linked with more than 100
21 criminal investigations here in the U.S., have
22 now been found operating a criminal enterprise in
23 apartment complexes.
24     WOMAN 17: Were you the last person in
25 the room?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    KAMALA HARRIS:  Yes.
2    [VIDEO CLIP CONCLUDES]
3    DONALD TRUMP:  So, if you want to end
4  this disaster, you got to get out and vote.  Just
5  go out and vote.  You got to get out.  We have to
6  put it away.  We're close.  We're so close.  You
7  know, usually the Republicans are losing in the
8  first week of the early voting, and we did
9  something that has not been done.  I don't think
10  Speaker has been done yet, but it's been done for
11  us.  We're leading every one of the swing states,
12  all seven of them.
13    We usually get them from behind.
14  Because Republicans like to vote on a thing
15  called election day.  You know, in the old days,
16  we had election days.  Today we have election
17  periods.  They go on forever.  And last time they
18  went beyond and start early, start late, do
19  whatever the hell you want.
20    You know, we got more votes in 2020
21  than any sitting president in history by
22  millions.  And we did great.  Obviously, in 2016,
23  we won, but we did much better in 2020.  But
24  everything, nothing compares to what's happening.
25  I mean, you have tens of thousands of people

Page 30

1  standing outside watching us on a television, and
2  we love you out there.  We love you.  They're
3  watching.
4    But both of those great races, both of
5  them don't compare to what's happening now.  In
6  Florida, we took a massive lead.  And all of
7  these places, I mean, there's something happening
8  that's really good.  There's something happening
9  that's really good.  But let's close it out.
10  Pretend you're one point down.  Would everybody
11  pretend?
12    Let me just do a poll.  Who has already
13  voted?  Who is going to vote?  That's what I
14  like.  That would be better than the other way.
15  That would be better than the other way if you've
16  already voted.  So, I'd say 16, 17, maybe 20
17  percent.  And we're leading.  And most of you
18  haven't voted, but you promise you're going to
19  vote?  Everybody, promise?  There's a lot of
20  people in here.
21    Well, the beauty is that, you know, a
22  Republican likes to vote late.  And they like to
23  vote and make sure their vote is in the box,
24  right?  They want to vote.  They just feel better
25  about it.  And so, we had a lot of people voting.

Page 31

1  But really, that's the same.  I do it in every
2  event.  I say, who's voted?
3    The last three events.  Last night, I
4  was at Penn State, a great place I met.  I
5  actually met, this is amazing, the national
6  championship wrestling team.  They won.  Penn
7  State won the national championship.  I listened
8  to this 11 out of the last 13 years.  Even Jim
9  Jordan would be impressed by that.  You know, Jim
10  Jordan is a great guy.  He's a great wrestler,
11  all-American wrestler, Jim.  You can see it by
12  the way he acts.  Not afraid of anything, right?
13    And I looked at those guys, and they're
14  rough as hell.  I said, you may be the only
15  people that can take Trendy Uruguay in a fight.
16  And it won't even be that easy for them.  They're
17  tough people.  But it was great to meet that
18  team.  And they're great champions.  Amazing,
19  really great champions.  And we were packed at
20  Penn State.  We were packed.  No matter where we
21  go, we're packed.  No matter where we go because
22  there's something happening.  And the something
23  happening is they want to take back their
24  country.  People want to take back their country.
25    You love the country.  I love the

Page 32

1  country.  We want to take it back.  I could be
2  right now on the most beautiful beach in the
3  world.  I could be at Turnberry in Scotland.  I
4  could be anywhere.  I got that greatest.  I don't
5  have to be here, but I would much rather be at
6  Madison Square Garden with you.
7    So, we're thrilled to be joined today
8  by an incredible group of patriots who are going
9  to help us save our country, including our next
10  Vice President, J. D. Vance.  And a man who was
11  so incredible last week, I watched that rocket
12  ship come down.  I've never seen it.
13    I told this story last night.  I was on
14  the phone with a very, very important person.
15  And I'm talking to him and I'm watching the
16  television while I'm talking to this guy.  He's
17  boring as hell.  And I said, wait a minute.
18  Wait, wait, wait a minute.  I'm looking at the
19  screen and I see this rocket pouring the fire,
20  the flames.  It's all over the place.  It was
21  white a week ago and now it's pitch black from
22  the burning coming down at 10,000 miles an hour.
23    It's coming down and I love it.  He's
24  that great.  You know what he was doing for the
25  last week?  Campaigning in Pennsylvania.  He's a

Page 33

9 (Pages 30 - 33)

**Page 34**

1 sweetheart, too. So, I'm talking to this guy,
2 very important guy, big, big guy. And I have the
3 television screen on and there's rockets coming
4 down. I said, you know, it was pure, beautiful
5 white when it left, but it's burned from the fire
6 and the flame. And it is.
7         And now I see it coming down like this.
8 And it's like 20 stories tall or something. It's
9 massive. And it's coming down. I say to the
10 guy, give me a favor. Will you hold on a minute?
11 Just hold on. I'm going to talk to you. This is
12 like one of the most important people. I'm
13 watching. Just hold on. I put the phone down.
14         By the way, I never picked it up again.
15 You know what these people are going to say? Oh,
16 you don't think so? They're the worst. They are
17 the worst. So, I put it down and I'm watching
18 this rocket. And I see the engines. I said, oh,
19 it's going to crash. No, because it was looking
20 great next to a gantry. I guess they call it the
21 gantry, whatever the hell they call it. The
22 launching pad.
23         And it's coming down at a bad angle.
24 And I wasn't happy. And I was a little worried.
25 You might have been worried, too. I said, oh,

**Page 35**

1 no, it's not going to be good. And I saw the
2 flame on the bottom left. And it was ripping.
3 The flame was pouring out of that sucker. And it
4 straightened it out like this. And it came down.
5 And it landed. And then it's two of these big,
6 beautiful arms grabbed it. And they held it
7 tight.
8         And I said, I wasn't sure if it was a
9 movie. I thought it might be one of these crazy
10 movies. And I said, I got to call Elon. And I
11 called him. I said, Elon, was that you? This is
12 like about four minutes after. Was that you?
13 Yeah, that was me.
14         I say, Elon, you're a genius. You are
15 a genius. You are a genius. He is special. He
16 is special. And you know what he wants more than
17 anything else? For our country to be really well
18 run, solidly run. To be run democratically. All
19 the things that everybody in this room wants.
20 And I mean, honestly, he left that pad. And he
21 went to Pennsylvania to campaign. Can you
22 believe it?
23         And I asked him a couple of questions.
24 I said, Elon, let me ask you a question. Can
25 Russia do that? No. Can China do that? No.

**Page 36**

1 Can the United States do that? No. Can China do
2 that? No. Can anybody do that other than you?
3 Nobody else can do it. Nobody else can do it.
4 Pretty good. And he said, and they won't be able
5 to for 10 years, you said, right? They won't be
6 able to for 10 years. No, he's amazing. And
7 he's a great guy too. He really is. Got to
8 remember him. This is a piece of work.
9         You know, we had a black hat, right? I
10 was with a black hat at Butler. He was there.
11 It was beautiful. We had 101,000 people
12 celebrating a great firefighter, a great guy,
13 Corey. And Elon got up. And I didn't even know
14 we made a black hat. I've never seen anybody
15 wear it. I see the red hats all over the place,
16 the white hats. I see all different, but I never
17 saw black.
18         But he liked the black. You know, he
19 said it was different. It's a black hat with
20 black letters, OK? It's called understated. I
21 said, do you like that hat? He said, I love that
22 hat. I call it Dark MAGA. But you know that
23 after that evening, that became our number one
24 best-selling hat. All I have to do is put
25 something on it, and now you're great. And thank

**Page 37**

1 you very much. Thank you very much. It's great.
2 Thank you.
3         And we also have somebody that is
4 great. And look, we're not going to let him go
5 too crazy, Elon, with the oil and gas stuff.
6 Because Robert F. Kennedy cares more about human
7 beings and health and the environment than
8 anybody. And he's going to be absolute. Having
9 him is such a great honor. I've been friends of
10 his for a long time. And I'm going to let him go
11 wild on health. I'm going to let him go wild on
12 the food. I'm going to let him go wild on
13 medicine. The only thing I don't think I'm going
14 to let him even get near is the liquid gold that
15 we have under our feet. I don't know, Elon. He
16 might not like liquid gold. It's oil and gas.
17 Sometimes referred to as oil and gas.
18         J.D., I think we're going to have to
19 keep him away from the oil and gas. What do you
20 think, Howard? Yes?
21         But where is Robert? He's around. He
22 gave a beautiful speech. And it's an honor. And
23 we're also pleased to be joined by my beautiful
24 wife. She's got the number one bestselling book
25 in the whole universe. New York Times. Number

10 (Pages 34 - 37)

1 one bestselling. Go out and buy one of her
2 books. It's a great book.
3     You know what? I was nervous when I
4 read it. I said, I wonder if she said some bad
5 stuff about me. I was very nervous. But she's
6 great. Congratulations, honey. That's a big
7 deal. Number one in the New York Times list.
8 Now, if she's number one and her name is Trump on
9 the New York Times list, that book definitely was
10 number one. I guarantee you that. Thank you,
11 honey. Great.
12     And we have a fabulous, brilliant
13 woman. Top, top student. Top student at Yale
14 Law School. They were both top students. They
15 can have very smart kids. If you believe in
16 that, I believe in it strongly. I would like to
17 have their children because they are going to be
18 smart. Yale Law School, top of the class, both
19 of them. Usha Vance, thank you, Usha, for being
20 here. Thank you. Thank you very much. With
21 their two beautiful children.
22     And my children here, Don and Eric and
23 Tiffany. And along with Lara, Kimberly, and
24 Michael. We have great people. We have Barron
25 home. He's watching. That Barron is watching.

1 He's the king of the internet. He's the king of
2 the Internet. Oh. Who was that? That's very
3 nice.
4     My sister Elizabeth is here. She's
5 great. I don't know where she is, but she's
6 great. And we love her. And Speaker Mike
7 Johnson is here.
8     And he's doing a great job. It's not
9 easy when you have a majority of three. But he's
10 done a great job. And he's going to continue to
11 do a great job. And we like him. He's a
12 terrific person.
13     I watched him just totally decapitate a
14 fake reporter on NBC. Meet the press. Meet the
15 fake press. What he did to her was, I think,
16 probably that should never be the same. Look at
17 him. Such a nice-looking guy. Just that little
18 beautiful face with the glasses. Got the little
19 glasses. Everyone says, oh, he's so nice. He's
20 such a nice person. He's not a nice person.
21 He's not nice at all. Right, Matt? But great
22 job. We think he's great. And he's going to be
23 around for a long time, I predict.
24     We have a senator here who I love.
25 Senator Tommy Tuberville. And he's from a great

1 place, Alabama. I love Alabama. I'm up in
2 Alabama by 49 points. 49 points. We're up by a
3 lot, in a lot of different places. But it's a
4 great place. And thank you, Tommy.
5     And all of our other great congressmen.
6 We have so many. If I ever named them, we're
7 going to be up here a long time. So, they're
8 going to be angry. They won't speak to me for
9 probably a month or so. It'll calm down. It'll
10 calm down. But we have great, great people. And
11 they're really doing a job. And we're going to
12 turn this country around.
13     You know, with me, we've got to get the
14 congressmen elected. And we've got to get the
15 senators elected. Because we can take the Senate
16 pretty easily. And I think with our little
17 secret, we're going to do really well with the
18 House, right? Our little secret is having a big
19 impact. He and I have a secret. We'll tell you
20 what it is when the race is over.
21     I also want to thank Jim Dolan and
22 everyone at Madison Square Garden for an
23 unbelievable. This is unbelievable. I've
24 watched the Knicks and Rangers here. And what a
25 location. You know, they tried to talk Jim out

1 of this location. We're going to move you to the
2 river. We're going to move you all over the
3 place. He's tough. He said, I don't know. They
4 offered him all sorts of money. He said, we're
5 going to move it to the river. Well, we're right
6 on top of every train hub. It's like the world
7 or something right here. And he didn't like it
8 that much, but he was over a lot. Man, did he
9 make a good decision. That would have been
10 peanuts compared to the value. But there's no
11 place like Madison Square Garden. Thank you very
12 much to Jim and all of your people.
13     But here are the facts. Kamala Harris
14 is a radical left Marxist, rated even worse than
15 crazy Bernie Sanders or Pocahontas. She
16 destroyed our economy. She was an original
17 creator of Defund the Police. Can you believe
18 it? She was one of the originals for Defund the
19 Police. And anybody who wants to defund our
20 great police for even one week is not worthy of
21 being president of the United States. Because
22 that's where her thinking is.
23     Kamala vowed to abolish ICE. You know,
24 those tough people you've been looking up at the
25 screen. They're the ones that get them out of

11 (Pages 38 - 41)

**Page 42**

1 our country. I know a lot of people right in
2 these rows. They're very tough. They don't want
3 any part of it. They got to go in there, fist to
4 blazing to move them.
5          You know, we had a case in Long Island
6 where MS-13, one of the other really bad gangs,
7 killed two young girls, 16 years old, walking to
8 school. They didn't shoot them. They knifed
9 them and they cut them into little pieces because
10 it was so painful. Perfect, perfect, young,
11 beautiful girls were cut up into little pieces by
12 knives. MS-13, they're animals. And you know
13 who took care of it for us? ICE. ICE. They had
14 no problem.
15          Kamala wants to defund ICE. We're not
16 defunding ICE, right? We're not defunding ICE.
17 We're not even going to think about it. She's
18 never going to get the chance. There's no way
19 she becomes president. There's no way.
20          Radical left lunatic who destroyed.
21 She destroyed San Francisco. She destroyed,
22 along with Gavin Newsom, the governor, who's the
23 worst, one of the worst governors in the country.
24 They destroyed California. And she's not going
25 to get a chance to destroy our country any

**Page 43**

1 further. We're going to get it back fast.
2          She wants to ban fracking. And as
3 California Attorney General, she redefined child
4 sex trafficking, assault with a deadly weapon,
5 and rape of an unconscious person as a totally
6 nonviolent crime. She pledged to confiscate your
7 guns. Is there anybody in the room that would
8 like to give up their gun to Kamala? I had a
9 feeling you might say that. And endorsed a total
10 ban on handgun ownership.
11          I don't think that's good. When a
12 criminal crawls into your house at night, it
13 would be nice to be able to at least have a
14 chance, wouldn't it? Wouldn't it be nice? She
15 even called for free sex change operations on
16 illegal aliens in detention at taxpayer expense.
17 Think of it. At taxpayer, she said, they're
18 caught. They're illegally detained. But if they
19 want a sex change operation, she's all in favor.
20 She's all in favor.
21          Now she gave this stuff up about a year
22 ago, a little more because it didn't work. It
23 wasn't working too well with the electorate. But
24 she'll be back to it because that's where it is.
25 She's a radical left person from San Francisco.

**Page 44**

1 She destroyed the place.
2          But you know, she lied about that. But
3 she also lied about something very important.
4 For years and years, she said she had a job at
5 McDonald's. And the reason I went there last
6 week, I got a call from Sundar, very smart guy at
7 Google. He said, this is the most amazing thing.
8 We've had just about more hits on this crazy
9 McDonald's story.
10          And I went there just to prove a little
11 point. See, you never know how something's going
12 to work out, Mr. VP, do you? But he called and
13 he said, we've had more hits on McDonald's than I
14 think he's said anything we've ever had. But
15 let's say it's close. And did anybody watch Joe
16 Rogan recently?
17          So, she lied about McDonald's. She
18 lied about everything. She's got ads on saying
19 Donald Trump is this. He's going to do this.
20 It's the exact opposite of what my policies are.
21 She's got me doing this. He doesn't want to
22 frack. No, no, I'm all for fracking.
23          One thing I have been, even the enemy,
24 because they are the enemy, what they've said,
25 even that enemy, too, when they're really the

**Page 45**

1 enemy, they're the enemy of the people, the
2 press. They said one thing about me that I
3 consider a great compliment. They said, this guy
4 is the most consistent person we've ever seen.
5 Because I've been against cars and car factories
6 being taken out of Detroit and being taken out of
7 our manufacturing of automobiles, being taken out
8 of our system, out of our country for years.
9          I've been against all of the things
10 that are happening and have happened. We stopped
11 it, and now it's happening again. When you hear
12 50,000 manufacturing jobs lost in just a short
13 period of time. But I've been the most
14 consistent because we're going to bring our
15 manufacturing back to the United States. It's
16 all coming back, so get ready. Get ready.
17 You're going to have your choice of great jobs.
18          And on top of all this, Kamala tried to
19 turn our military woke into an army. So,
20 tonight, whether you are a Republican, Democrat,
21 or Independent, Conservative, or Liberal, I'm
22 inviting you to join the greatest political
23 movement in the history of our country. It's
24 really the... You know, it's the greatest
25 movement in the history of our country.

12 (Pages 42 - 45)

**Page 46**

1    I tell them the story years ago.
2  There's a guy, great guy, older guy now, very
3  old.  But he was great.  Conservative guy, Pat
4  Buchanan, right?  Yeah.  He came in second in the
5  New Hampshire primary.  And for 45 years, he made
6  an unbelievable career of it.  He was a hot item.
7  He was on every show.  He came in second in one
8  primary.
9    We came in first in 50 primaries.  We
10  then had a great election that we won.  We then
11  had another great election that we did a held of
12  a lot better in.  Bad things happened.  We're not
13  going to let that happen.  That's a cheat.
14    But we then had an election, but now we
15  have the election of all.  This will be, in my
16  opinion, I have to say if, because, you know,
17  there's always risks, I guess.  But if we pull
18  this off, this will be the biggest political
19  event in the history of our country.  Right?  And
20  we're building the biggest, broadest, most
21  diverse coalition in American history, including
22  union workers and Border Patrol agents.
23    By the way, the Border Patrol gave me
24  last week their complete and total endorsement.
25  They said he's the greatest president in the

**Page 47**

1  history of the country, but we don't have to go
2  that far.  And they said there's never been
3  anybody like him on the border.  They said to
4  him, the fake news said, has she ever called you?
5  Has she ever called you?  No.  They didn't like
6  that answer, by the way.  Then they asked her,
7  have you ever called?  No, she never called.
8  Almost four years, she never called, not once,
9  the Border Patrol.  And she was the Border czar.
10  She was in charge of the border.  Think of it.
11  Four years, she never called.
12    Now she's trying to say, well, you
13  know, I was really not the border.  Whether she
14  was the Border czar or not, she was put in charge
15  of the border because she did the worst job on
16  the border than anybody has done in the history
17  of the world.  There's never been a border like
18  this in the world.  And a third world country
19  would fight people with sticks and stones to stop
20  them from pouring into that country.  And we let
21  them just come right in.  What a shame.  What a
22  shame.
23    Police and firefighters also.  We have
24  every endorsement from virtually every sheriff's
25  department, every police department.  I don't

**Page 48**

1  think they have one cop.  They're looking for
2  just one cop.  Is there one?  Well, it's not
3  going to be a New York's finest.  By the way, how
4  good are the police outside?  New York's finest.
5    Now she's trying to say, well, you
6  know, I was really not the border.  Whether she
7  was the Border czar or not, she was put in charge
8  of the border because she did the worst job on
9  the border than anybody has done in the history
10  of the world.  There's never been a border like
11  this in the world.  And a third world country
12  would fight people with sticks and stones to stop
13  them from pouring into that country.  And we let
14  them just come right in.  What a shame.  What a
15  shame.
16    Police and firefighters also.  We have
17  every endorsement from virtually every sheriff's
18  department, every police department.  I don't
19  think they have one cop.  They're looking for
20  just one cop.  Is there one?  Well, it's not
21  going to be a New York's finest.  By the way, how
22  good are the police outside?  New York's finest.
23    Now she's trying to say, well, you
24  know, I was really not the border.  Whether she
25  was the Border czar or not, she was put in charge

**Page 49**

1  of the border because she did the worst job on
2  the border than anybody has done in the history
3  of the world.  There's never been a border like
4  this in the world.  And a third world country
5  would fight people with sticks and stones to stop
6  them from pouring into that country.  And we let
7  them just come right in.  What a shame.  What a
8  shame.
9    Police and firefighters also.  We have
10  every endorsement from virtually every sheriff's
11  department, every police department.  I don't
12  think they have one cop.  They're looking for
13  just one cop.  Is there one?  Well, it's not
14  going to be a New York's finest.  By the way, how
15  good are the police outside?  New York's finest.
16    Now she's trying to say, well, you
17  know, I was really not the border.  Whether she
18  was the Border czar or not, she was put in charge
19  of the border because she did the worst job on
20  the border than anybody has done in the history
21  of the world.  There's never been a border like
22  this in the world.  And a third world country
23  would fight people with sticks and stones to stop
24  them from pouring into that country.  And we a
25  them just come right in.  What a shame.  What a

13 (Pages 46 - 49)

1 shame.
2          Police and firefighters also.  We have
3 every endorsement from virtually every sheriff's
4 department, every police department.  I don't
5 think they have one cop.  They're looking for
6 just one cop.  Is there one?  Well, it's not
7 going to be a New York's finest.  By the way, how
8 good are the police outside?  New York's finest.
9          We're seeing historic levels of support
10 among our black population, Hispanic population,
11 and our Asian population.  Muslims, by the way.
12 Did anybody see yesterday?  Did anybody see what
13 took place?  I was with the Muslims yesterday in
14 Michigan.  And when the polls first came out,
15 they had a hundred percent.  I had zero.
16          And yesterday I watched this anchor on
17 CNN almost choke.  She said, something's
18 happening in Michigan.  Big population, couple of
19 hundred thousand, a lot of votes.  Something's
20 happening.  The poll just came out.  Trump is at
21 59.  Kamala is at eight with the Muslim
22 population.  They never saw anything like that.
23 And these are people, by the way, they're great.
24 They just want peace.  They want to have peace
25 and it's great.

Page 50

1          So, Jews and Muslims and Catholics and
2 evangelicals and Mormons are all joining our
3 cause in large numbers, larger than anyone has
4 ever seen in this country before.  Larger than
5 they've ever seen in any country.  And the
6 Republican Party has really become the party of
7 inclusion.  And that's something very nice about
8 that.  And we're a big, powerful party and
9 they're losing it.  They're really losing it.
10          Together we will lift America to glory
11 beyond your wildest dreams.  So, in conclusion,
12 with your vote this November, we are going to
13 fire Kamala, and we are going to save America.
14          We will cut your taxes, end inflation,
15 slash your prices, raise your wages, and bring
16 thousands and thousands of factories back to
17 America.  We're even going to get Elon to bring
18 that stuff back.
19          We will build America.  We will buy
20 America, and we will hire America.
21          I will end the war in Ukraine, which
22 would have never happened if I were president.
23          I will stop the chaos in the Middle
24 East, and I will prevent World War III from
25 happening.

Page 51

1          We will crush violent crime and give
2 our police the support, protection, resources,
3 and respect that they so dearly deserve.
4          We will strengthen and modernize our
5 military.  I rebuilt our military in total.  We
6 built all of our military, built 571 miles of
7 wall too.  I took it out of the military because
8 I couldn't get it from the people in Congress
9 that should have given it to us.  So, I
10 considered it an invasion.  I said to a couple of
11 generals, I said, congratulations, this is an
12 invasion of our country.  So, I took it out of
13 the military, gave it to the Americans and won
14 them all.
15          We will build a massive defense shield
16 all made in the USA.  We're going to build a
17 beautiful dome over our country.  And a lot of
18 it's going to be made right here in New York.
19          We will rebuild our cities, including
20 our capital in Washington, D.C., which has become
21 a very dangerous and badly managed place.  We're
22 going to make them safe, clean, and beautiful
23 again.  We're going to make it a place to honor
24 our history and to always respect our great
25 American flag.

Page 52

1          And as long as the Speaker of the House
2 of Representatives is here, I would like to put
3 forward a bill because I watched two months ago
4 as some very bad people, radical left people, by
5 the way, nothing happened to them in Washington,
6 D.C., burned our American flags.  And I would
7 like to suggest that we put in a bill.  If you
8 burn the American flag one year in jail, we will
9 get critical race theory and transgender insanity
10 the hell out of our school.  And we will keep men
11 out of women's sports.  And we will keep men out
12 of women's sports.  And we will keep men out of
13 women's sports.  And we will keep men out of
14 women's sports.
15          I will defend religious liberty.  I
16 will restore free speech.  And I will defend the
17 right to keep and bear arms.  Our Second
18 Amendment is under siege.  After years of
19 building up foreign nations, defending foreign
20 borders, and protecting foreign lands, we are
21 finally going to build up our country, defend our
22 borders, and protect our citizens.  America
23 first.
24          And it's going to happen at levels
25 never seen before.  And I'll tell our friends,

Page 53

14 (Pages 50 - 53)

1 our allies, who sometimes treat us very badly,
2 that it's about time we take care of ourselves.
3 And we will stop the illegal immigration that's
4 taking place at levels never seen before. We
5 will stop it cold and once and for all, we will
6 not be occupied. We will not be overrun. We
7 will not be conquered. We will be a free and
8 proud nation once again.
9      Everyone will prosper. Every family
10 will thrive. And every day will be filled with
11 opportunity and hope. And very much so, it will
12 be filled with the American dream. We're
13 bringing back the American dream. We're bringing
14 it back at the highest level that you've ever
15 seen.
16      But for that to happen, we must defeat
17 Kamala Harris and stop her radical left agenda
18 with a landslide that is too big to rig. So, you
19 need to get out and vote. Get your husband off
20 the couch. The football game doesn't mean a damn
21 thing. You got to get out and vote. You're
22 going to vote for the president, Harry. We're
23 going to save our country.
24      For the past nine years, we have been
25 fighting against the most sinister and corrupt

Page 54

1 well of it. But we're going to bring it back and
2 we're going to bring it back strong. And I hope
3 you go out and vote. You got to vote for it.
4 You got to vote. It would be such an honor to
5 win New York. Hasn't been done in decades.
6 Hasn't been done in so long. It hasn't been done
7 in so long.
8      They all say, sir, you're wasting your
9 money. I don't think so. Your crime is through
10 the roof. Everything is through the roof. I
11 remember during the day they said, no, sir, this
12 stupid person named David Muir from ABC Fake
13 News, he said, sir, crime is not through the
14 roof. Crime is down. I said, no, it's not. I
15 said, it's not down, it's up. It's down. I was
16 like debating three people. And him, I had that
17 person next to him who I never even heard of.
18 But it turned out the following day they released
19 the stats, and crime was up 45 percent. And what
20 a shame. What a shame.
21      We really need a fair press in this
22 country. If we have a fair press that's going to
23 be 50 percent of the battle of bringing it back.
24 But this is the city where I was born and raised.
25 And this is the town that taught me that

Page 56

1 forces on Earth. With your vote in this
2 election, you could show them once and for all
3 that this nation does not belong to them. This
4 nation belongs to you. It belongs to you.
5      No city embodies the spirit, energy,
6 and potential of the American people more than
7 where we are gathered tonight. We want to win
8 our country, but we also want to win New York and
9 make it safe and strong and beautiful and
10 affordable and vibrant again. And we're going to
11 do that. And we'll work with the mayor, and
12 we'll work with the governor. We're going to do
13 that. We're going to make it great.
14      You know, when I left for Washington
15 eight years ago, we had a horrible mayor named de
16 Blasio. He was a horrible, horrible... And
17 things you could see, they weren't being properly
18 done, but still it was a place that people wanted
19 to be and all. But since then, our federal
20 government, what they've done to this place, what
21 they've done to the state, and I mean to force
22 hundreds of thousands of really rough people into
23 this beautiful... I call it a beautiful oasis.
24      When I left, New York was the place you
25 wanted to be. And now people just don't speak

Page 55

1 Americans can do anything when they want to. So,
2 no matter our differences when we work together
3 there is nothing that we cannot achieve.
4      From New York to Las Vegas. From
5 Philadelphia to Phoenix. From Chicago to
6 Charlotte. From Atlanta to Detroit. This nation
7 was built by generations of American patriots who
8 gave everything they had for our rights, our
9 future and for our freedom. Through freezing
10 cold winters and hot scorching summers. Through
11 storms and setbacks and conflicts and danger.
12 Our American ancestors pushed onward. Marched
13 forward and overcame every single obstacle that
14 stood in their way.
15      Together they crossed the oceans.
16 Settled a continent. Tamed the wilderness. Laid
17 down the railroads. Raised up those mighty
18 skyscrapers. Built the highways. Won two world
19 wars. Defeated fascism and communism. And
20 launched American astronauts to the moon.
21      It was hard working patriots like you
22 who built this country. And nine days from now
23 it's hard-working patriots like you who are going
24 to save our country. After all we have been
25 through together. We stand on the verge of the

Page 57

15 (Pages 54 - 57)

1 four greatest years in the history of the USA.
2 With your help from now until election day.  We
3 will restore America's promise.  We will put
4 America first and we will take back the nation
5 that we all love.
6        We bleed the same blood.  We share the
7 same home, and we salute the same great American
8 flag.  We are one people.  One family.  And one
9 glorious nation under God.  We will never give
10 in.  We will never give up.  We will never ever
11 back down.  And we will never ever ever ever
12 surrender.
13        Together we will fight fight fight.
14 And we will win win win.  We're going to win win
15 win.  November 5th will be the most important day
16 in the history of our country.  And together we
17 will make America powerful again.  We will make
18 America wealthy again.  We will make America
19 healthy again.  We will make America strong
20 again.  We will make America proud again.  We
21 will make America safe again.  And we will make
22 America great again.
23        Thank you, New York.  God bless you.
24 God bless you all.  Thank you.
25
Page 58

1        C E R T I F I C A T I O N
2
3 I, Sonya Ledanski Hyde, certify that the
4 foregoing transcript is a true and accurate
5 record of the proceedings.
6
7
8
9 *Sonya M. Ledanski Hyde*
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date:  February 17, 2025
17
18
19
20
21
22
23
24
25
Page 59

16 (Pages 58 - 59)

**[1 - amazing]**

**1**

**1**  9:17,19
**10**  11:11 14:10
  28:5 36:5,6
**10,000**  33:22
**100**  7:18,19
  29:20
**101,000**  36:11
**11**  11:17 28:8
  29:10 32:8
**11501**  59:14
**12**  11:22 28:20
**12151**  59:9
**13**  12:1 13:4
  22:3 28:7,23
  32:8 42:6,12
**13,000**  10:12
  28:12
**14**  12:6 29:2
**15**  28:3 29:6
**16**  28:12 29:19
  31:16 42:7
**17**  28:16 29:24
  31:16 59:16
**1798**  13:6,9
**18**  29:14,14
**181**  8:24
**19**  29:16

**2**

**2**  9:20,23 24:19
  24:20,21
**20**  10:15 31:16
  34:8
**200**  6:11 7:18
  7:19

**2016**  30:22
**2020**  30:20,23
**2022**  29:1
**2024**  1:13 12:18
**2025**  59:16
**20th**  6:18
**23**  12:7
**249**  6:10
**27**  1:13
**28,000**  19:17

**3**

**3**  9:22 10:4
**30**  25:6
**30,000**  16:7
**300**  59:13
**32**  18:7,9 19:21
  19:21,22
**325,000**  27:15
  27:19
**330**  59:12

**4**

**4**  10:1,15
**40**  29:17
**45**  19:10 46:5
  56:19
**49**  40:2,2
**4:00**  15:9

**5**

**5**  10:7 11:2
**50**  46:9 56:23
**50,000**  16:8
  45:12
**571**  52:6

**59**  50:21
**5th**  12:18 27:7
  58:15

**6**

**6**  10:12 11:4

**7**

**7**  10:19 11:6
**75**  17:14
**7th**  20:11

**8**

**8**  10:24 11:13
**82**  22:20
**84**  22:12

**9**

**9**  11:9 27:23
**9.1**  29:17

**a**

**abc**  56:12
**able**  17:4 18:5
  36:4,6 43:13
**abolish**  10:21
  41:23
**absolute**  37:8
**access**  7:2
**accurate**  59:4
**accused**  28:17
  29:7
**achieve**  3:13
  6:6 57:3
**act**  7:17 13:6,9
**acts**  32:12
**actually**  21:14
  32:5

**add**  5:24
**administration**
  11:10
**admitted**  21:14
**ads**  18:21 19:1
  19:3 44:18
**affordable**  5:15
  5:16 55:10
**afghan**  28:16
**afghanistan**
  15:5 20:19
  22:2 28:6
**afraid**  32:12
**age**  3:23
**agenda**  54:17
**agents**  46:22
**ago**  2:24 15:25
  18:6 20:7 25:6
  33:21 43:22
  46:1 53:3
  55:15
**agree**  19:4,4
**alabama**  15:19
  17:13 40:1,1,2
**alien**  13:5,8
**aliens**  14:16
  43:16
**alive**  20:13
**allies**  54:1
**allowing**  8:7
  12:12,14
**amazing**  32:5
  32:18 36:6
  44:7

Page 1

**[amendment - believe]**

**amendment** 53:18

**america** 4:19 5:15 6:5,5 7:22 9:12,21 12:9,19 14:15,21 24:18 25:8 27:8 51:10,13,17,19 51:20,20 53:22 58:4,17,18,18 58:19,20,21,22

**america's** 3:23 58:3

**american** 2:21 3:4,5 5:1 7:7 8:11 9:1 12:22 13:12 14:13 32:11 46:21 52:25 53:6,8 54:12,13 55:6 57:7,12,20 58:7

**americans** 3:1 22:5 28:6 52:13 57:1

**amorphous** 26:17

**ancestors** 57:12

**anchor** 50:16

**angle** 34:23

**angry** 16:18 17:17 40:8

**animals** 42:12

**announcing** 5:21

**answer** 14:25 47:6

**antonio** 10:4 11:1

**anybody** 36:2 36:14 37:8 41:19 43:7 44:15 47:3,16 48:9 49:2,20 50:12,12

**anymore** 4:6 7:14,15 13:13 24:9

**apartment** 9:10 9:24 10:5 11:3 29:23

**apologize** 7:21

**apple** 24:13

**apprehended** 10:17

**approved** 24:16 25:5

**aragua** 9:10 10:25 29:20

**arena** 2:7

**armed** 9:23

**arms** 11:18 22:6 35:6 53:17

**army** 8:14 45:19

**arrested** 11:23 12:7

**arrow** 14:2

**asian** 50:11

**asked** 35:23 47:6

**asking** 2:22 3:19,20 25:20

**ass** 23:17

**assault** 43:4

**assuming** 23:11

**astronauts** 57:20

**asylums** 8:19

**atlanta** 57:6

**attack** 28:18

**attacking** 29:7

**attorney** 43:3

**aurora** 9:12,24 16:9

**authorities** 29:19

**automatic** 14:10

**automobiles** 45:7

**aye** 21:21,21

**b**

**baby** 6:15 21:25 22:1

**back** 2:19 3:4,5 4:18 6:23,24 13:7 14:9 18:12,14 29:1 32:23,24 33:1 43:1,24 45:15 45:16 51:16,18 54:13,14 56:1,2

**56:23 58:4,11**

**bad** 13:24 17:2 26:22 27:14 34:23 38:4 42:6 46:12 53:4

**badly** 6:7 23:19 52:21 54:1

**ballot** 16:17

**ban** 14:17 43:2 43:10

**barron** 38:24 38:25

**battle** 56:23

**beach** 33:2

**bear** 53:17

**beating** 11:23

**beautiful** 2:11 2:11 4:18 6:11 15:24 16:4,4 33:2 34:4 35:6 36:11 37:22,23 38:21 39:18 42:11 52:17,22 55:9,23,23

**beauty** 22:14 31:21

**becoming** 25:24

**bed** 15:9

**begins** 9:4

**beings** 37:7

**believe** 35:22 38:15,16 41:17

Page 2

**[belong - case]**

| | | | |
|---|---|---|---|
| **belong** 55:3 | 36:18,19,20 | **born** 56:24 | **c** |
| **belongs** 55:4,4 | 50:10 | **bottom** 14:3 | **c** 59:1,1 |
| **benefits** 5:20 | **blasio** 55:16 | 35:2 | **california** |
| **bernie** 18:18 | **blazing** 42:4 | **box** 31:23 | 42:24 43:3 |
| 19:8 41:15 | **bleed** 58:6 | **break** 18:3 | **call** 34:20,21 |
| **best** 3:16 7:2,4 | **bless** 58:23,24 | **brilliant** 38:12 | 35:10 36:22 |
| 18:21,22 21:5 | **blood** 58:6 | **bring** 3:4 6:24 | 44:6 55:23 |
| 36:24 | **bloodthirsty** | 10:8 45:14 | **called** 7:20 9:9 |
| **bestselling** | 12:25 | 51:15,17 56:1,2 | 24:7 30:15 |
| 37:24 38:1 | **blowing** 19:11 | **bringing** 15:17 | 35:11 36:20 |
| **betrayal** 8:10 | 19:15 | 15:23 54:13,13 | 43:15 44:12 |
| **better** 2:23 3:6 | **blown** 9:22 | 56:23 | 47:4,5,7,7,8,11 |
| 30:23 31:14,15 | **bolder** 3:7 | **broadest** 46:20 | **calling** 14:12 |
| 31:24 46:12 | **book** 37:24 | **broke** 20:8 | 19:6 |
| **beyond** 30:18 | 38:2,9 | 25:11 | **calm** 40:9,10 |
| 51:11 | **booked** 12:3 | **brown** 18:20,21 | **campaign** 8:14 |
| **biden** 4:4 10:7 | **books** 38:2 | **buchanan** 46:4 | 35:21 |
| 11:10 24:16 | **border** 8:13 | **build** 5:11 | **campaigning** |
| 25:4 26:4,4 | 9:19 10:17 | 51:19 52:15,16 | 18:17 33:25 |
| 27:10,24 | 12:7 13:19 | 53:21 | **candidate** |
| **big** 2:5 3:21,21 | 15:6 19:5 27:1 | **building** 46:20 | 16:15 |
| 3:22 34:2,2 | 27:17 28:14 | 53:19 | **capital** 11:15 |
| 35:5 38:6 | 29:1 46:22,23 | **built** 52:6,6 | 29:4 52:20 |
| 40:18 50:18 | 47:3,9,9,10,13 | 57:7,18,22 | **car** 6:3 23:23 |
| 51:8 54:18 | 47:14,15,16,17 | **bulls** 23:24,25 | 45:5 |
| **bigger** 3:6 8:5,6 | 48:6,7,8,9,10 | **burdens** 7:1 | **care** 5:22 42:13 |
| 26:11 | 48:24,25 49:1,2 | **burn** 53:8 | 54:2 |
| **biggest** 7:2,4 | 49:3,17,18,19 | **burned** 34:5 | **career** 46:6 |
| 27:5,7 46:18,20 | 49:20,21 | 53:6 | **caregivers** 5:22 |
| **bill** 53:3,7 | **border's** 9:17 | **burning** 33:22 | **cares** 37:6 |
| **billions** 25:3 | **borders** 3:15 | **business** 3:18 | **carolina** 6:10 |
| **birthright** 7:25 | 7:23 8:4 10:11 | **businesses** 5:18 | 15:11,15,19,20 |
| **bit** 16:12 | 13:18 53:20,22 | **butler** 36:10 | **cars** 6:4 45:5 |
| **black** 33:21 | **boring** 33:17 | **buy** 38:1 51:19 | **case** 42:5 |
| 36:9,10,14,17 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[cast - corey]**

cast  4:23
catastrophe
  15:7
catholics  51:1
caught  28:13
  43:18
cause  51:3
celebrating
  36:12
certify  59:3
champions
  32:18,19
championship
  32:6,7
chance  23:24
  42:18,25 43:14
change  43:15
  43:19
chaos  51:23
chaotic  28:5
charge  7:19
  47:10,14 48:7
  48:25 49:18
charged  11:15
  29:4
charges  7:18
charlotte  57:6
chart  13:20,22
  13:24,25
cheat  46:13
check  28:4
chicago  57:5
child  43:3
children  7:25
  27:15,20 38:17

38:21,22
china  7:17
  23:10 35:25
  36:1
choice  3:8
  45:17
choke  50:17
cities  3:15 9:21
  10:5 14:18
  52:19
citizen  14:14
citizens  8:15
  9:1 53:22
city  2:19 12:23
  29:7 55:5
  56:24
class  4:23 25:19
  38:18
clean  52:22
climbed  11:19
clinton  22:14
clip  9:16 12:10
  27:22 30:2
close  20:2 30:6
  30:6 31:9
  44:15
cnn  14:24
  50:17
coalition  46:21
cold  54:5 57:10
colleyville  12:3
colorado  9:12
  9:25 16:10,11
  16:18

come  3:5 14:9
  17:22 33:12
  47:21 48:14
  49:7,25
comes  28:2,11
  29:13
coming  3:3
  8:22,22 33:22
  33:23 34:3,7,9
  34:23 45:16
committed  11:7
  28:24
communism
  57:19
communities
  8:25
companies  6:25
  7:8,12,13
compare  31:5
compared
  41:10
compares
  30:24
competing  7:11
complete  21:13
  46:24
complex  9:24
  11:3
complexes  9:11
  10:5 29:23
compliment
  45:3
concludes
  12:10 30:2

conclusion
  51:11
condition  29:15
confiscate  43:6
conflicts  57:11
congo  8:21,22
congratulations
  38:6 52:11
congress  52:8
congressmen
  40:5,14
conjunction
  15:7
conquered
  12:24 54:7
consequences
  9:18
conservative
  45:21 46:3
consider  45:3
considered
  25:7 52:10
consistent  45:4
  45:14
continent  57:16
continue  39:10
convicted  10:13
  28:13
cooperate  12:2
cop  48:1,2,19
  48:20 49:12,13
  50:5,6
cops  11:7 28:24
corey  36:13

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[corrupt - democratically]

| | | d | |
|---|---|---|---|
| corrupt  54:25 | crawls  43:12 | | deal  6:16 21:12 |
| cost  4:25 28:7 | crazy  26:21 | d  33:10 | 27:2 38:7 |
| costs  7:1 | 35:9 37:5 | d.c.  52:20 53:6 | deals  3:16 |
| couch  54:20 | 41:15 44:8 | dad  21:20 | dearly  52:3 |
| countries  8:24 | created  10:7 | dallas  11:24 | death  11:15,20 |
| 24:24 | creator  41:17 | damn  18:11 | 14:12 29:4 |
| country  3:3,6 | credit  5:22 | 54:20 | debates  22:15 |
| 3:12,20 4:5,25 | crime  10:2 43:6 | danger  57:11 | debating  56:16 |
| 5:25 7:5,18 8:7 | 52:1 56:9,13,14 | dangerous | decades  56:5 |
| 8:8,17 9:3,4,6 | 56:19 | 23:21,22 24:8 | decapitate |
| 11:10,14 12:12 | criminal  8:18 | 52:21 | 39:13 |
| 12:13,16,16 | 13:11 29:21,22 | dark  36:22 | deciding  4:24 |
| 13:2,13 14:6,10 | 43:12 | darling  21:21 | decision  41:9 |
| 14:16 15:4 | criminals  3:3 | date  59:16 | deductible  6:4 |
| 16:3,4 20:19,24 | 8:7 10:11 | daughter  10:15 | defeat  4:17 |
| 21:23,24 25:21 | 12:23 13:1 | daughters | 5:14 26:19 |
| 26:8,23 27:1,6 | 14:15 | 21:19 22:9 | 54:16 |
| 29:3 32:24,24 | crisis  9:19 | david  56:12 | defeated  57:19 |
| 32:25 33:1,9 | critical  53:9 | day  9:2 12:4,19 | defend  53:15 |
| 35:17 40:12 | crooked  4:4 | 12:20,21 14:3 | 53:16,21 |
| 42:1,23,25 45:8 | 22:13,13,14 | 16:25 20:14,18 | defending  7:21 |
| 45:23,25 46:19 | 26:3,4,12 | 23:8 28:18 | 53:19 |
| 47:1,18,20 | cross  10:11 | 29:19 30:15 | defense  52:15 |
| 48:11,13 49:4,6 | crossed  10:18 | 54:10 56:11,18 | definitely  38:9 |
| 49:22,24 51:4,5 | 28:25 57:15 | 58:2,15 | defund  41:17 |
| 52:12,17 53:21 | crossings  9:20 | days  4:16 12:4 | 41:18,19 42:15 |
| 54:23 55:8 | crush  52:1 | 12:18 18:7,8,9 | defunding |
| 56:22 57:22,24 | custody  28:17 | 30:15,16 57:22 | 42:16,16 |
| 58:16 59:12 | cut  5:17 6:16 | de  9:10 10:25 | democracy |
| couple  35:23 | 12:1 42:9,11 | 55:15 | 16:19 |
| 50:18 52:10 | 51:14 | dead  25:4 | democrat  26:13 |
| course  16:13 | czar  47:9,14 | 27:16,20 | 45:20 |
| court  11:22 | 48:7,25 49:18 | deadliest  9:5 | democratically |
| crash  34:19 | | deadly  9:17 | 35:18 |
| | | 28:5 43:4 | |

**[democrats - europe]**

| democrats | disqualifying | e | embarrassment |
|---|---|---|---|
| 16:18 19:6 | 27:11 | e 59:1 | 20:23 |

**democrats**
16:18 19:6
**department**
47:25,25 48:18
48:18 49:11,11
50:4,4
**deportation**
12:22
**deserve** 52:3
**destroy** 42:25
**destroyed** 4:5
19:24 21:6,8
41:16 42:20,21
42:21,24 44:1
**details** 11:4
28:20
**detained** 43:18
**detention** 43:16
**detroit** 45:6
57:6
**differences**
57:2
**different** 13:16
26:1 36:16,19
40:3
**differently**
27:10,24 28:9
29:11
**dignity** 20:21
**disaster** 30:4
**dismantle**
13:10
**disqualifies**
14:20

**disqualifying**
27:11
**diverse** 46:21
**documents**
11:22
**doing** 4:16 8:6
18:18 25:4
26:25 27:3
33:24 39:8
40:11 44:21
**dolan** 2:15
40:21
**dollars** 5:2,3,7
25:3
**dome** 52:17
**domestic** 5:8
**dominate** 3:17
**don** 38:22
**donald** 1:15 2:1
12:11 30:3
44:19
**dozen** 10:24
**draft** 21:22
22:9
**drafting** 21:22
**dream** 3:4,5,21
3:21 54:12,13
**dreaming** 3:22
**dreams** 51:11
**drill** 6:15,15
**drive** 23:22
**dying** 23:24
24:1,3

**e**
e 59:1
**earlier** 12:4
**early** 4:8 30:8
30:18
**earth** 8:2 55:1
**easily** 40:16
**east** 51:24
**easy** 32:16 39:9
**economy** 3:14
5:9,12 8:3,6
13:15 21:5
29:15 41:16
**egregious** 8:10
15:10
**eight** 50:21
55:15
**either** 25:7
**elected** 40:14
40:15
**election** 3:2,8
28:18 30:15,16
30:16 46:10,11
46:14,15 55:2
58:2
**electorate**
43:23
**elizabeth** 39:4
**elon** 14:7 35:10
35:11,14,24
36:13 37:5,15
51:17
**embarrassing**
20:18

**embarrassment**
20:23
**embodies** 55:5
**ended** 19:15
24:14,15,17
25:4
**endorsed** 43:9
**endorsement**
46:24 47:24
48:17 49:10
50:3
**ends** 9:3
**enemies** 13:6,9
23:18 24:9
**enemy** 26:20,23
44:23,24,25
45:1,1
**energy** 6:6,16
7:1 21:10 55:5
**enforcement**
14:14
**engines** 34:18
**enter** 8:8
**entered** 28:19
**enterprise**
29:22
**environment**
37:7
**equally** 13:5
**equipment** 22:4
**eradicated** 8:13
**eric** 38:22
**especially** 9:12
**europe** 24:15
24:16,24

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[evacuation - friend]**

evacuation
  28:6
evangelicals
  51:2
evening 36:23
event 32:2
  46:19
events 32:3
everybody 2:2
  2:3 23:7 24:21
  27:8 31:10,19
  35:19
exact 44:20
excellent 29:15
excited 3:19
expedite 13:3
expense 43:16
explain 22:10
eye 7:20,21
  24:13

**f**

f 37:6 59:1
fabulous 38:12
face 8:1 39:18
facing 3:25
  13:17
fact 13:20
  26:14
factories 45:5
  51:16
facts 41:13
failure 3:10
fair 56:21,22
fake 6:18,20,20
  14:24 39:14,15

47:4 56:12
fakers 6:23
families 7:24
family 5:1,6,22
  54:9 58:8
far 13:7 21:11
  26:10,11 47:2
fascism 57:19
fast 4:20 13:2
  43:1
fate 4:1
favor 10:9
  34:10 43:19,20
fear 17:23,25
  22:23
february 59:16
federal 55:19
feel 31:24
feeling 43:9
feet 11:21
  19:13 37:15
fema 15:16
fifth 29:6
fifty 5:4 6:17
fight 21:23,25
  32:15 47:19
  48:12 49:5,23
  58:13,13,13
fighting 22:11
  24:25 25:2
  26:24 54:25
figured 21:1
fill 2:9
filled 54:10,12

finally 53:21
financial 29:18
finest 48:3,4,21
  48:22 49:14,15
  50:7,8
fingers 12:2
finished 22:20
fire 33:19 34:5
  51:13
fired 4:6,7
firefighter
  36:12
firefighters
  47:23 48:16
  49:9 50:2
first 2:4,4 19:16
  30:8 46:9
  50:14 53:23
  58:4
fist 42:3
five 23:1,3
fix 25:12,12,21
fixed 21:7
flag 52:25 53:8
  58:8
flags 53:6
flame 34:6 35:2
  35:3
flames 33:20
flew 15:24
florida 15:20
  31:6
fly 16:3
flying 15:23

followed 6:12
following 56:18
food 37:12
football 54:20
force 55:21
forces 55:1
foregoing 59:4
foreign 53:19
  53:19,20
forever 30:17
forget 18:14
former 2:4
fortune 24:23
forward 53:3
  57:13
found 15:25
  29:22
four 2:24 3:9
  3:11 4:22 5:9
  8:9 19:1,2 20:6
  23:5 25:22
  27:25 35:12
  47:8,11 58:1
frack 44:22
fracking 43:2
  44:22
francisco 42:21
  43:25
free 7:2 43:15
  53:16 54:7
freedom 57:9
freezing 57:9
friend 17:21
  18:22,23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[friendly - grew]**

| | | | |
|---|---|---|---|
| **friendly** 18:24 | **generations** 57:7 | 13:1 16:1,2,11 | **gotten** 22:3 |
| **friends** 19:6 37:9 53:25 | **genius** 35:14,15 35:15 | 17:19 18:3,4,19 20:21 22:16,17 | **government** 55:20 |
| **front** 6:8,9 25:18,20 | **georgia** 15:18 28:21 | 22:19 23:1 24:10,23,23 | **governor** 9:13 42:22 55:12 |
| **frontiers** 3:17 | **germany** 24:24 | 25:12 27:4,5,7 | **governors** 42:23 |
| **full** 9:22 | **getting** 20:20 21:19 | 27:7 31:13,18 33:8 34:11,15 | **grabbed** 35:6 |
| **fully** 6:4 | **girls** 42:7,11 | 34:19 35:1 | **grass** 25:18,19 |
| **functioning** 26:6 | **give** 6:25 26:15 34:10 43:8 | 37:4,8,10,11,12 37:13,18 38:17 | **great** 4:19 7:24 14:1 17:8,10,13 |
| **further** 43:1 | 52:1 58:9,10 | 39:10,22 40:7,8 | 17:23 22:3,24 |
| **future** 3:20 57:9 | **given** 52:9 | 40:11,17 41:1,2 | 23:5 27:8 |
| | **glasses** 39:18 39:19 | 41:5 42:17,18 42:24 43:1 | 30:22 31:4 32:4,10,10,17 |
| **g** | **glorious** 58:9 | 44:11,19 45:14 | 32:18,19 33:24 |
| **gamble** 19:25 | **glory** 51:10 | 45:17 46:13 48:3,21 49:14 | 34:20 36:7,12 36:12,25 37:1,4 |
| **game** 54:20 | **go** 15:9 16:12 19:21 21:22 | 50:7 51:12,13 | 37:9 38:2,6,11 |
| **gang** 9:7,23 10:6,25 11:2,25 | 24:14 30:5,17 | 51:17 52:16,18 52:22,23 53:21 | 38:24 39:5,6,8 39:10,11,21,22 |
| 12:6 | 32:21,21 37:4 | 53:24 54:22,23 | 39:25 40:4,5,10 |
| **gangs** 8:14 9:5 13:4 42:6 | 37:10,11,12 38:1 42:3 47:1 | 55:10,12,13 56:1,2,22 57:23 | 40:10 41:20 45:3,17 46:2,3 |
| **gantry** 34:20 34:21 | 56:3 | 58:14 | 46:10,11 50:23 |
| **garden** 1:14 2:7 33:6 40:22 | **god** 19:22 58:9 58:23,24 | **gold** 37:14,16 **golden** 3:23 | 50:25 52:24 55:13 58:7,22 |
| 41:11 | **goes** 26:21 | **good** 17:9,9 | **greatest** 3:11 5:12 23:6 33:4 |
| **gas** 37:5,16,17 37:19 | **going** 2:10 3:21 3:24 4:6,11,13 | 18:2,18 19:19 29:15 31:8,9 | 45:22,24 46:25 58:1 |
| **gathered** 55:7 | 4:17,18,19,20 | 35:1 36:4 41:9 | **green** 6:16 |
| **gavin** 42:22 | 5:15 6:1,7,8,13 6:14,14 7:3,13 | 43:11 48:4,22 49:15 50:8 | 21:12,20 27:2 |
| **general** 43:3 | 7:16 10:10 | **google** 44:7 | **grew** 25:18 |
| **generals** 22:22 22:24 23:5 52:11 | 12:12,17,17,20 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[gross - husband]

| | | | |
|---|---|---|---|
| gross 3:9 14:19 | 45:10 46:12 | held 35:6 | home 3:5 38:25 |
| grossly 14:21 | 51:22 53:5 | hell 13:2 24:3 | 58:7 |
| group 9:7 | happening | 25:3 30:19 | honestly 35:20 |
| 11:23 25:2 | 12:17,18 30:24 | 32:14 33:17 | honey 38:6,11 |
| 26:18 33:8 | 31:5,7,8 32:22 | 34:21 46:11 | honor 37:9,22 |
| guarantee | 32:23 45:10,11 | 53:10 | 52:23 56:4 |
| 38:10 | 50:18,20 51:25 | hello 2:5 | hope 2:25 |
| guess 34:20 | happens 17:7,7 | help 24:25 33:9 | 13:20 54:11 |
| 46:17 | 18:13,16 | 58:2 | 56:2 |
| gun 43:8 | happy 34:24 | hernandez 12:3 | hopefully 2:4 |
| guns 43:7 | hard 26:16 | 12:3 | horrible 20:14 |
| gut 28:20 | 57:21,23 | high 9:20 29:17 | 55:15,16,16 |
| guy 32:10 | hardworking | highest 54:14 | hot 46:6 57:10 |
| 33:16 34:1,2,2 | 2:20 | highways 57:18 | hour 19:10 |
| 34:10 36:7,12 | harm 26:25 | hike 5:8 | 33:22 |
| 39:17 44:6 | harris 4:3,17 | hillary 22:13 | house 4:19 |
| 45:3 46:2,2,2,3 | 4:22 5:9 8:9 | 22:13,14 | 40:18 43:12 |
| guys 32:13 | 10:7,9,21 19:23 | hire 7:7 51:20 | 53:1 |
| **h** | 28:1,10 29:12 | hispanic 50:10 | howard 37:20 |
| | 30:1 41:13 | historic 50:9 | hub 41:6 |
| half 6:17 15:25 | 54:17 | history 3:11 | hudson 2:12 |
| hamilton 10:16 | harry 54:22 | 4:25 5:12 8:11 | human 37:6 |
| hampshire 46:5 | hat 36:9,10,14 | 12:22 14:5,6 | humanitarian |
| handgun 43:10 | 36:19,21,22,24 | 20:18 21:2 | 10:8 |
| handle 17:4 | hats 36:15,16 | 27:6 30:21 | humiliating |
| hands 4:1 | head 11:18 | 45:23,25 46:19 | 15:4 |
| 11:20 | health 37:7,11 | 46:21 47:1,16 | hump 19:10 |
| happen 3:24 | healthy 58:19 | 48:9 49:2,20 | hundred 50:15 |
| 4:14,20 27:4 | hear 13:9 25:9 | 52:24 58:1,16 | 50:19 |
| 46:13 53:24 | 45:11 | hit 29:16 | hundreds |
| 54:16 | heard 21:23,24 | hits 44:8,13 | 55:22 |
| happened | 56:17 | hold 34:10,11 | hurricane |
| 11:12 14:8,8 | hearing 6:18 | 34:13 | 15:10 |
| 16:5 18:16 | heinous 11:7 | hole 26:21 | husband 54:19 |
| 19:8 20:12,12 | 28:24 | | |
| 21:3 22:20 | | | |

Page 9

**[hyde - kamala]**

| | | | |
|---|---|---|---|
| **hyde** 59:3 | **including** 16:18 | **introduce** | **job** 2:17,17 4:4 |
| **i** | 33:9 46:21 | 17:14 | 4:5 7:8 18:18 |
| **ice** 10:21 41:23 | 52:19 | **introducing** | 19:19 21:17 |
| 42:13,13,15,16 | **inclusion** 51:7 | 17:18 | 39:8,10,11,22 |
| 42:16 | **income** 21:7 | **invaded** 12:24 | 40:11 44:4 |
| **iii** 20:2,3 21:16 | **incompetence** | **invasion** 3:3 | 47:15 48:8 |
| 51:24 | 3:10 14:19 | 9:3,22 52:10,12 | 49:1,19 |
| **illegal** 10:12 | **incompetent** | **investigations** | **jobs** 5:5 6:24 |
| 11:6 14:4,16 | 14:22 21:17 | 29:21 | 7:23 45:12,17 |
| 15:17,23 16:7 | 22:7 | **investigators** | **jocelyn** 11:16 |
| 28:12,23 29:6 | **increasing** | 11:13 29:2 | 11:20 29:5 |
| 43:16 54:3 | 29:17 | **inviting** 45:22 | **jocelyn's** 11:18 |
| **illegally** 10:18 | **incredible** 2:7,8 | **invoke** 13:5 | **joe** 4:4 15:8 |
| 11:14 14:17 | 2:16,16 33:8,11 | **iq** 15:3 | 26:3,4,5,11 |
| 29:3 43:18 | **independence** | **iran** 20:8 | 27:10 44:15 |
| **imagine** 3:14 | 6:6 | **isis** 22:21 | **joe's** 6:9,9 |
| **immediately** | **independent** | **island** 42:5 | **johnson** 39:7 |
| 14:17 | 45:21 | **israel** 20:11 | **join** 45:22 |
| **immigrant** 11:6 | **individual** 15:3 | **issue** 25:11,11 | **joined** 33:7 |
| 28:19,23 29:6 | **inflation** 3:2 | **issued** 23:9 | 37:23 |
| **immigrants** | 4:24 5:14 8:5 | **it'll** 40:9,9 | **joining** 51:2 |
| 10:13 15:23 | 15:6 21:5,6,6,9 | **item** 46:6 | **jordan** 32:9,10 |
| 28:13 | 21:9 27:2 | **j** | **k** |
| **immigration** | 29:16 51:14 | **j** 33:10 | **kamala** 4:3,6 |
| 14:4 54:3 | **inflicted** 8:11 | **j.d.** 37:18 | 4:17,22 5:5,8 |
| **impact** 40:19 | **initial** 19:10 | **jail** 13:1 14:10 | 8:9,18 9:6 10:9 |
| **important** 26:8 | **innocent** 9:1 | 53:8 | 10:21 14:15 |
| 33:14 34:2,12 | **insane** 8:19 | **jails** 8:19 | 17:1 19:23 |
| 44:3 58:15 | **insanity** 53:9 | **january** 6:18 | 25:11,13 26:11 |
| **imported** 8:18 | **institutions** | **jet** 15:24 | 27:9 28:1,10 |
| 9:6 | 8:20 | **jews** 51:1 | 29:12 30:1 |
| **impose** 5:7 | **interest** 6:3 | **jim** 2:15 32:8,9 | 41:13,23 42:15 |
| **impressed** 32:9 | **internet** 39:1,2 | 32:11 40:21,25 | 43:8 45:18 |
| **improperly** | **interviews** | 41:12 | 50:21 51:13 |
| 10:20 | 14:23 | | 54:17 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

## [kamala's - look]

**kamala's** 14:19
**katrina** 15:12
  15:13
**kayla** 10:16
**kayla's** 10:17
  10:19
**keep** 4:11 7:3
  17:19 22:19
  37:19 53:10,11
  53:12,13,17
**kennedy** 37:6
**keystone** 24:17
**kick** 13:1 23:17
**kicked** 18:12
**kids** 38:15
**killed** 5:4 20:14
  22:1 42:7
**killing** 9:11
**kills** 14:13
**kimberly** 38:23
**king** 39:1,1
**knew** 24:4
**knicks** 40:24
**knifed** 42:8
**knives** 42:12
**know** 6:8,9
  13:13,14 15:16
  16:5,12,14,25
  17:3,16,17,20
  18:1 20:16,16
  21:5 22:3 23:7
  23:8,22 24:11
  25:14,24 26:7
  26:17 27:13
  30:7,15,20

31:21 32:9
33:24 34:4,15
35:16 36:9,13
36:18,22 37:15
38:3 39:5
40:13,25 41:3
41:23 42:1,5,12
44:2,11 45:24
46:16 47:13
48:6,24 49:17
55:14
**knows** 15:1,3
  23:7

### l

**ladies** 6:10,13
**lady** 2:4,4
**laid** 57:16
**laken** 11:5
  28:21
**landed** 35:5
**lands** 53:20
**landslide** 18:25
  54:18
**lara** 38:23
**large** 51:3
**largely** 15:8
**larger** 51:3,4
**largest** 12:21
**las** 57:4
**late** 30:18
  31:22
**latest** 10:5
**laughing** 23:18
  24:9,10

**launch** 12:21
**launched** 4:24
  57:20
**launching**
  34:22
**law** 13:7 14:14
  38:14,18
**lawn** 25:18,20
**laws** 8:24
**lead** 31:6
**leader** 8:11
  12:6
**leading** 4:14
  16:15,16 30:11
  31:17
**leaving** 7:14,14
  22:4,5
**ledanski** 59:3
**left** 14:3 18:7
  26:13 34:5
  35:2,20 41:14
  42:20 43:25
  53:4 54:17
  55:14,24
**legal** 59:11
**legs** 22:6
**letters** 36:20
**level** 54:14
**levels** 2:13 50:9
  53:24 54:4
**liberal** 45:21
**liberation**
  12:19,20
**liberty** 53:15

**lied** 44:2,3,17
  44:18
**life** 26:7
**lift** 51:10
**liked** 36:18
**likely** 27:18
**likes** 20:23
  31:22
**linked** 29:20
**liquid** 37:14,16
**list** 38:7,9
**listen** 22:16,17
**listened** 32:7
**literally** 17:14
**little** 16:12 17:1
  17:2 21:19,20
  22:9 24:18
  34:24 39:17,18
  40:16,18 42:9
  42:11 43:22
  44:10
**live** 7:25
**lives** 19:25 28:7
**loans** 6:3
**location** 40:25
  41:1
**long** 16:23
  37:10 39:23
  40:7 42:5 53:1
  56:6,7
**longer** 12:13,17
  27:5
**look** 2:10 6:11
  6:19,20 9:15
  13:14 14:2,6,8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[look - mistakes]**

14:8,22,23,24
16:6,9 22:16
25:6 27:21
37:4 39:16
**looked** 20:25
32:13
**looking** 33:18
34:19 39:17
41:24 48:1,19
49:12 50:5
**losing** 30:7 51:9
51:9
**lost** 45:12
**lot** 6:12,19,20
6:22 8:21 16:1
17:7,16,18 18:5
18:13 19:15
21:7,7 23:6
25:14 31:19,25
40:3,3 41:8
42:1 46:12
50:19 52:17
**lots** 13:12
**love** 2:20 13:22
13:23,24 19:3,5
31:2,2 32:25,25
33:23 36:21
39:6,24 40:1
58:5
**loved** 5:23
13:25
**low** 15:3
**lowest** 6:25,25
7:1 14:4

**lunatic** 42:20

**m**

**machine** 26:13
**machinery** 18:3
**made** 6:4,5
23:20 27:12
36:14 46:5
52:16,18
**madison** 1:14
2:7 33:6 40:22
41:11
**maga** 25:25
36:22
**majority** 39:9
**make** 4:19 5:15
5:16 6:3 7:6,8
19:24 24:23
27:8 31:23
41:9 52:22,23
55:9,13 58:17
58:17,18,19,20
58:21,21
**man** 9:19,20,22
10:1,7,12,19,24
11:9,11,17,22
12:1,6 28:3,12
28:16 29:14,16
33:10 41:8
**managed** 52:21
**manuel** 12:2
**manufacturing**
5:4 45:7,12,15
**marched** 57:12
**marino** 18:18
19:8

**market** 7:2,5
**martinez** 11:17
**marxist** 41:14
**massive** 24:22
26:12 31:6
34:9 52:15
**massively** 5:17
**matt** 19:20
39:21
**matter** 18:2
32:20,21 57:2
**mattis** 22:23
23:3
**mayor** 55:11,15
**mcdonald's**
44:5,9,13,17
**mean** 4:15 17:8
24:25 30:25
31:7 35:20
54:20 55:21
**meaning** 7:17
16:16
**means** 4:15
22:10 25:15
**medicine** 3:17
37:13
**meet** 32:17
39:14,14
**members** 9:23
10:6,25 11:2,24
**men** 11:13,23
12:1 29:2
53:10,11,12,13
**mental** 8:20

**message** 2:25
**met** 32:4,5
**michael** 38:24
**michigan** 50:14
50:18
**middle** 4:23
16:3 25:19
51:23
**mighty** 57:17
**migrant** 8:14
9:3,5 10:2
13:11 14:13
**migrants** 8:18
15:18 16:7
**mike** 39:6
**mile** 19:10
**miles** 33:22
52:6
**military** 3:16
23:6 45:19
52:5,5,6,7,13
**milley** 22:22
**millions** 6:24
19:17 20:1,1
30:22
**mind** 28:2,11
29:13
**mineola** 59:14
**minute** 33:17
33:18 34:10
**minutes** 35:12
**missing** 27:16
27:20
**mistakes** 27:12

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[mixed - officer]**

**mixed** 24:19
**modernize** 52:4
**mom** 21:20
**money** 15:17 15:18,21,22 20:8 21:12 25:1 41:4 56:9
**month** 8:23 11:24 25:3 40:9
**months** 53:3
**moon** 57:20
**mormons** 51:2
**move** 41:1,2,5 42:4
**movement** 45:23,25
**movie** 35:9
**movies** 35:10
**moving** 19:13
**muir** 56:12
**murder** 10:13 11:4,7,15 28:13 28:21,24 29:4
**murdered** 10:16
**murderer** 10:17,19
**murders** 12:7
**musk** 14:7
**muslim** 50:21
**muslims** 50:11 50:13 51:1

**n**

**n** 59:1
**name** 17:15 38:8
**named** 40:6 55:15 56:12
**nasty** 23:25
**nation** 4:1 8:1 54:8 55:3,4 57:6 58:4,9
**national** 11:8 28:16,25 32:5,7
**nations** 53:19
**nato** 24:25
**nbc** 39:14
**near** 12:8 37:14
**nearly** 5:6
**necessary** 25:9
**neck** 11:18
**need** 3:5 10:22 16:22 26:8 54:19 56:21
**neighborhood** 25:19
**nervous** 38:3,5
**network** 13:11
**never** 2:14 5:10 5:25 7:21 8:4 8:16 18:22 20:10,11,12,24 21:3,23,24 24:4 24:4 26:4,5,15 27:18 33:12 34:14 36:14,16 39:16 42:18

44:11 47:2,7,8 47:11,17 48:10 49:3,21 50:22 51:22 53:25 54:4 56:17 58:9,10,10,11
**new** 2:6 3:23 5:21 6:16 11:4 21:12 27:2 28:20 29:7,16 37:25 38:7,9 46:5 48:3,4,21 48:22 49:14,15 50:7,8 52:18 55:8,24 56:5 57:4 58:23
**news** 6:18,20 6:20 14:24 47:4 56:13
**newsom** 42:22
**newt** 17:11
**nice** 9:7 16:21 16:25 39:3,17 39:19,20,20,21 43:13,14 51:7
**night** 14:23 32:3 33:13 43:12
**nightmare** 13:16 15:6
**nine** 4:16 12:18 54:24 57:22
**nobody's** 2:13
**nonviolent** 43:6

**nord** 24:19,20 24:21
**north** 6:10 15:11,14,19
**notice** 21:19,22 22:9
**november** 12:18 27:6 51:12 58:15
**number** 6:10 27:19 36:23 37:24,25 38:7,8 38:10
**numbers** 13:25 14:1 51:3
**nungaray** 11:16 29:5
**nursing** 28:21
**ny** 59:14

**o**

**o** 59:1
**oasis** 55:23
**oath** 8:12 9:2
**obstacle** 57:13
**obviously** 30:22
**occupied** 12:15 12:16 54:6
**oceans** 57:15
**october** 1:13 20:11
**offered** 41:4
**office** 9:2 14:4 15:1
**officer** 14:14

Page 13

[officers - place]

| | | | |
|---|---|---|---|
| **officers** 29:8 | **opposite** 44:20 | **past** 8:9 27:24 | 58:8 |
| **oh** 19:22 21:21 | **orchestrated** | 54:24 | **percent** 5:7 |
| 21:24 22:14 | 8:10 | **pat** 46:3 | 6:17 7:18,20 |
| 23:14 34:15,18 | **order** 13:7 | **path** 19:24 | 23:23 24:1 |
| 34:25 39:2,19 | **original** 41:16 | **patriots** 2:21 | 29:14,17 31:17 |
| **ohio** 16:6 18:17 | **originals** 41:18 | 33:8 57:7,21,23 | 50:15 56:19,23 |
| 18:19,24 19:9 | **outside** 2:10,12 | **patrol** 10:18 | **perfect** 26:15 |
| **oil** 37:5,16,17 | 31:1 48:4,22 | 12:8 46:22,23 | 42:10,10 |
| 37:19 | 49:15 50:8 | 47:9 | **period** 5:2 |
| **ok** 24:6 36:20 | **overcame** | **pay** 7:9 | 45:13 |
| **old** 10:15 30:15 | 57:13 | **paying** 25:1 | **periods** 30:17 |
| 42:7 46:3 | **overrun** 54:6 | **peace** 50:24,24 | **person** 25:2 |
| 59:12 | **overtime** 5:19 | **peanuts** 41:10 | 29:24 33:14 |
| **older** 46:2 | **own** 10:16 | **penalty** 14:13 | 39:12,20,20 |
| **once** 47:8 54:5 | **ownership** | **penn** 32:4,6,20 | 43:5,25 45:4 |
| 54:8 55:2 | 43:10 | **pennsylvania** | 56:12,17 |
| **ones** 13:8 17:9 | | 33:25 35:21 | **peruvian** 12:6 |
| 17:10 22:24 | **p** | **people** 2:8 6:12 | **petrified** 9:13 |
| 41:25 | **packed** 32:19 | 8:12,21 9:8 | **philadelphia** |
| **onward** 57:12 | 32:20,21 | 10:1,10,24 16:8 | 57:5 |
| **open** 27:1,17 | **pad** 34:22 | 16:17 18:2,14 | **phoenix** 57:5 |
| **operate** 18:3 | 35:20 | 19:17,17 20:1 | **phone** 33:14 |
| **operating** | **painful** 42:10 | 20:13,14 21:8 | 34:13 |
| 13:11 29:22 | **paper** 21:1,21 | 22:6,7,23 23:7 | **picked** 34:14 |
| **operation** | **parent** 5:23 | 26:9,18,25 | **piece** 21:21 |
| 43:19 | **parents** 22:4 | 30:25 31:20,25 | 36:8 |
| **operations** | 27:18 | 32:15,17,24 | **pieces** 42:9,11 |
| 43:15 | **parole** 14:11 | 34:12,15 36:11 | **pipeline** 24:15 |
| **opinion** 20:19 | **paroled** 11:9 | 38:24 40:10 | 24:15,17,22 |
| 46:16 | **part** 42:3 | 41:12,24 42:1 | **pitch** 33:21 |
| **opponent** 18:20 | **parties** 16:16 | 45:1 47:19 | **place** 2:6 16:8 |
| 19:1 | 16:17 | 48:12 49:5,23 | 24:7 32:4 |
| **opportunity** | **party** 19:7 | 50:23 52:8 | 33:20 36:15 |
| 54:11 | 26:14 51:6,6,8 | 53:4,4 55:6,18 | 40:1,4 41:3,11 |
| | **pass** 7:16 | 55:22,25 56:16 | 44:1 50:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[place - radical]**

52:21,23 54:4
55:18,20,24
**places** 31:7
40:3
**planes** 15:24
16:1,2
**planet** 7:3
**played** 20:9
**plays** 9:16
27:22
**please** 27:21
**pleased** 37:23
**pledged** 43:6
**plotting** 28:17
**pocahontas**
41:15
**point** 31:10
44:11
**points** 40:2,2
**police** 12:4 29:7
41:17,19,20
47:23,25 48:4
48:16,18,22
49:9,11,15 50:2
50:4,8 52:2
**policies** 27:1
44:20
**policy** 5:21
**political** 45:22
46:18
**politician** 17:3
17:7,24 18:1
**politicians** 17:8
25:14,25

**poll** 31:12
50:20
**polls** 13:14
50:14
**popular** 2:3
**population**
50:10,10,11,18
50:22
**position** 23:20
**possibility**
14:11
**possible** 13:2
**potential** 55:6
**pouring** 33:19
35:3 47:20
48:13 49:6,24
**powerful** 3:16
8:1 26:11 51:8
58:17
**predict** 39:23
**president** 1:15
2:1 12:11
14:20 16:22
19:25 20:3,4,5
20:15 22:11
24:2 27:24
30:21 33:10
41:21 42:19
46:25 51:22
54:22
**press** 39:14,15
45:2 56:21,22
**pretend** 31:10
31:11

**pretty** 18:10
23:25 36:4
40:16
**prevent** 51:24
**prey** 8:25
**prices** 6:17
51:15
**primaries** 46:9
**primary** 19:10
46:5,8
**prison** 9:7,8,9
**prisons** 8:19,22
**privilege** 7:11
**probably** 10:22
11:12 21:1
39:16 40:9
**problem** 3:25
18:20 42:14
**proceedings**
59:5
**product** 7:7
**production** 5:8
**products** 7:9,10
**profession**
17:21 24:8
**program** 10:8
12:22
**promise** 31:18
31:19 58:3
**properly** 11:11
26:6 55:17
**prosper** 54:9
**protect** 7:13,22
7:23,23,24,25
53:22

**protected** 7:12
**protecting**
53:20
**protection** 52:2
**proud** 2:20
54:8 58:20
**prove** 44:10
**pull** 46:17
**pure** 34:4
**purely** 25:15
**pushed** 57:12
**put** 12:25 16:7
23:12,13,15
26:1 30:6
34:13,17 36:24
47:14 48:7,25
49:18 53:2,7
58:3
**putin** 20:25
24:12
**putting** 9:21

**q**

**question** 2:23
14:25 35:24
**questions** 35:23
**quickly** 3:24,24
5:11 23:1

**r**

**r** 59:1
**race** 23:23
40:20 53:9
**races** 31:4
**radical** 26:13
41:14 42:20

Page 15

**[radical - safer]**

| | | | |
|---|---|---|---|
| 43:25 53:4 54:17 | **record** 6:21,22 9:20 27:1 59:5 | **rescue** 8:3 12:23 | **ripping** 35:2 |
| **railroads** 57:17 | **recorded** 14:5 14:6 | **resettled** 8:25 | **risks** 46:17 |
| **raise** 5:5 51:15 | **records** 4:9 | **resources** 52:2 | **river** 2:11,12 41:2,5 |
| **raised** 56:24 57:17 | **recover** 5:10 | **respect** 20:6 52:3,24 | **road** 59:12 |
| **ran** 24:4 | **red** 36:15 | **respected** 20:5 20:7 25:9 | **robbery** 12:5 |
| **rangers** 40:24 | **redefined** 43:3 | **respects** 15:1 | **robbing** 11:23 |
| **rape** 43:5 | **referred** 37:17 | **responded** 15:14,15 | **robert** 37:6,21 |
| **rapidly** 5:14 | **regret** 29:9 | **response** 15:10 15:11 | **rocket** 14:7 33:11,19 34:18 |
| **rated** 41:14 | **regulatory** 7:1 | **rest** 21:2 | **rockets** 34:3 |
| **rather** 24:6 33:5 | **released** 10:13 10:20 11:9 12:4,8 28:14 56:18 | **restoration** 9:4 | **rogan** 44:16 |
| **read** 38:4 | **religious** 53:15 | **restore** 8:4 53:16 58:3 | **rolla** 12:8 |
| **reading** 18:7 19:12 | **remember** 7:3 15:25 17:5 22:12,13 24:14 27:12 36:8 56:11 | **rhetoric** 22:17 22:18 | **roof** 56:10,10 56:14 |
| **ready** 13:10 45:16,16 | | **richer** 3:7 | **room** 10:16 21:8 29:25 35:19 43:7 |
| **really** 17:9 20:7 25:7 26:3 31:8 31:9 32:1,19 35:17 36:7 40:11,17 42:6 44:25 45:24 47:13 48:6,24 49:17 51:6,9 55:22 56:21 | **remorse** 29:8 | **richest** 8:1 | **rough** 32:14 55:22 |
| | **removals** 13:3 | **ride** 23:24 | **row** 6:8,9 |
| | **report** 23:9,12 23:14 | **rig** 54:18 | **rows** 42:2 |
| | **reporter** 39:14 | **right** 11:1 19:2 20:13 23:25 31:24 32:12 33:2 36:5,9 39:21 40:18 41:5,7 42:1,16 46:4,19 47:21 48:14 49:7,25 52:18 53:17 | **run** 35:18,18 35:18 |
| | **reports** 23:16 | | **running** 25:13 26:10 |
| **reason** 44:5 | **representatives** 53:2 | | **runs** 26:13 |
| **rebuild** 52:19 | **republican** 19:7 31:22 45:20 51:6 | | **russia** 20:9,10 35:25 |
| **rebuilt** 52:5 | | **rights** 57:8 | **russian** 24:22 |
| **recently** 44:16 | **republicans** 30:7,14 | **riley** 11:5 28:22 | **s** |
| **reciprocal** 7:17 | | | **safe** 52:22 55:9 58:21 |
| **recognized** 5:24 | | | **safer** 3:7 |

Page 16

**[safest - speech]**

| | | | |
|---|---|---|---|
| **safest** 3:15 13:19 | **secure** 3:15 | **share** 58:6 | **social** 5:19 |
| **salute** 58:7 | **security** 5:20 | **shattered** 4:23 | **soil** 13:12 |
| **san** 10:4 11:1 42:21 43:25 | **see** 14:3 15:16 22:25 25:17 27:18 32:11 33:19 34:7,18 36:15,16 44:11 50:12,12 55:17 | **she'll** 43:24 | **soldiers** 22:3 28:7 |
| **sanctuary** 14:15,17 | | **sheriff's** 47:24 48:17 49:10 50:3 | **solidly** 35:18 |
| **sanders** 41:15 | | | **solutions** 59:11 |
| **savage** 9:7 13:4 | | **sherrod** 18:20 | **solved** 3:25 |
| **save** 33:9 51:13 54:23 57:24 | **seeing** 50:9 | **shield** 52:15 | **somebody** 16:21 37:3 |
| **saw** 16:25 23:8 35:1 36:17 50:22 | **seen** 2:13 33:12 36:14 45:4 51:4,5 53:25 54:4,15 | **ship** 14:7 33:12 | **someplace** 17:12 |
| | | **shoot** 42:8 | **something's** 44:11 50:17,19 |
| | | **short** 5:2 45:12 | |
| **saying** 10:9 18:6 44:18 | **selling** 36:24 | **shot** 24:3 | **sons** 21:18 22:8 |
| | **senate** 40:15 | **show** 46:7 55:2 | **sonya** 59:3 |
| **says** 17:6 39:19 | **senator** 17:13 39:24,25 | **shows** 29:8 | **soon** 12:16 |
| **scam** 6:16 21:13,13,13 27:2 | | **side** 20:6 26:21 | **sorts** 41:4 |
| | **senators** 40:15 | **siege** 53:18 | **sound** 26:21 |
| | **send** 7:10 | **signature** 59:9 | **south** 15:20 |
| **school** 38:14,18 42:8 53:10 | **seniors** 5:20 21:7 | **simple** 2:23 | **southern** 29:1 |
| | | **simply** 5:14 | **sovereign** 8:13 |
| **science** 3:17 | **sentence** 19:16 | **single** 57:13 | **space** 3:18 |
| **scorching** 57:10 | **sentences** 26:2 | **sinister** 54:25 | **speak** 40:8 55:25 |
| | **seriously** 15:2 | **sir** 56:8,11,13 | |
| **scotland** 33:3 | **setbacks** 57:11 | **sister** 39:4 | **speaker** 6:22 13:10 17:11,16 19:19 30:10 39:6 53:1 |
| **scratch** 10:23 | **setting** 4:9 27:2 | **sitting** 30:21 | |
| **screen** 33:19 34:3 41:25 | **settled** 57:16 | **skyscrapers** 57:18 | |
| | **seven** 30:12 | | **speaking** 17:23 17:24,25 |
| **screwed** 21:10 | **sex** 27:16 43:4 43:15,19 | **slash** 51:15 | |
| **second** 46:4,7 53:17 | | **slaves** 27:16,16 | **special** 2:6 28:19 35:15,16 |
| | **shame** 47:21,22 48:14,15 49:7,8 49:25 50:1 56:20,20 | **sleeping** 15:8 | |
| **secret** 40:17,18 40:19 | | **sleepy** 15:7 | **speech** 1:14 17:19 37:22 53:16 |
| | | **small** 5:18 | |
| | | **smart** 20:3 23:15 25:7,8 26:9,18 38:15 38:18 44:6 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[spending - teleprompter]**

| | | | |
|---|---|---|---|
| **spending** 21:11 25:1 | **stones** 47:19 48:12 49:5,23 | 51:18 | 14:24 16:5,9 23:1,3 27:21 |
| **spent** 15:17,22 | **stood** 28:3 57:14 | **stunned** 28:6 | 32:15,23,24 |
| **spirit** 55:5 | **stop** 3:2 47:19 | **stupid** 22:22,23 23:12,13 56:12 | 33:1 40:15 |
| **spoken** 5:25 6:1 | 48:12 49:5,23 | **success** 3:13 | 54:2 58:4 |
| **sports** 53:11,12 53:13,14 | 51:23 54:3,5,17 | **sucker** 35:3 | **taken** 9:15 10:6 45:6,6,7 |
| **spree** 9:11 | **stopped** 17:2 18:8 45:10 | **suckers** 19:11 | **takes** 15:2 |
| **springfield** 16:6 | **stories** 34:8 | **sudden** 19:3 | **talk** 4:10 10:1 18:15 34:11 |
| **square** 1:14 2:7 9:15 33:6 | **storming** 9:24 | **suffered** 20:24 | 40:25 |
| 40:22 41:11 | **storms** 57:11 | **suggest** 11:22 53:7 | **talking** 10:2 25:17 26:7 |
| **stage** 19:15 | **story** 33:13 44:9 46:1 | **suite** 59:13 | 33:15,16 34:1 |
| **stand** 4:2 57:25 | **straightened** 35:4 | **summers** 57:10 | **tall** 34:8 |
| **standing** 31:1 | **strain** 9:21 | **sundar** 44:6 | **tamed** 57:16 |
| **start** 22:12,17 22:18 30:18,18 | **strangled** 11:19 | **support** 5:21 50:9 52:2 | **target** 13:10 |
| **started** 21:11 22:21 | **stream** 24:19 24:20,21 | **sure** 16:14 23:4 31:23 35:8 | **tariff** 7:10,19 7:20 |
| **starting** 10:22 | **street** 11:25 | **surrender** 58:12 | **tariffs** 19:4 |
| **state** 4:9,14 32:4,7,20 55:21 | **strength** 20:22 | **suspect** 11:6 28:18,24 | **tarmac** 28:3 |
| **states** 7:11 10:14,20 12:15 | **strengthen** 52:4 | **suspected** 10:25 | **taught** 56:25 |
| 14:18,21 15:11 | **strong** 23:10 55:9 56:2 | **sweetheart** 34:1 | **tax** 5:8,18,19 5:19,22 6:4 |
| 24:2 26:1 | 58:19 | **swing** 4:8,14 30:11 | 7:18,20 |
| 28:15 30:11 | **stronger** 3:7 | **switch** 19:7 | **taxes** 5:6,17 6:25 51:14 |
| 36:1 41:21 | **strongest** 3:14 | **system** 16:13 45:8 | **taxpayer** 43:16 43:17 |
| 45:15 | **strongly** 38:16 | | |
| **stats** 56:19 | **stuck** 17:1 | **t** | **team** 32:6,18 |
| **sticks** 47:19 48:12 49:5,23 | **student** 28:21 38:13,13 | **t** 59:1,1 | **technology** 3:18 |
| **stiff** 7:10 | **students** 38:14 | **take** 2:10 4:6 5:22 9:2,15 | **teleprompter** 16:22,23,24 17:1 19:12,18 |
| | **stuff** 25:23 37:5 38:5 43:21 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[television - trump]**

| | | | |
|---|---|---|---|
| **television** 19:18 | **things** 13:16 | **thrilled** 2:19 | **took** 11:18 23:4 |
| 22:25 31:1 | 21:12 26:22 | 33:7 | 31:6 42:13 |
| 33:16 34:3 | 35:19 45:9 | **thrive** 54:10 | 50:13 52:7,12 |
| **tell** 4:3,10 6:14 | 46:12 55:17 | **throw** 16:15 | **top** 11:19 27:9 |
| 13:21 40:19 | **think** 6:22 | **tied** 11:20 | 38:13,13,13,14 |
| 46:1 53:25 | 10:22 13:6,8 | **tiffany** 38:23 | 38:18 41:6 |
| **ten** 2:9,9 | 15:12 16:6,6 | **tiger** 21:1 | 45:18 |
| **tennessee** 15:19 | 18:19 19:2 | **tight** 35:7 | **total** 43:9 46:24 |
| **tens** 30:25 | 21:14 23:24 | **time** 4:9 5:23 | 52:5 |
| **tenth** 23:23 | 25:13 27:15,19 | 15:9 16:24 | **totally** 27:11 |
| 24:1 | 30:9 34:16 | 18:16,25 22:25 | 39:13 43:5 |
| **term** 5:13 | 37:13,18,20 | 26:16 30:17 | **tough** 13:8 |
| 16:20 | 39:15,22 40:16 | 37:10 39:23 | 32:17 41:3,24 |
| **terminate** 6:15 | 42:17 43:11,17 | 40:7 45:13 | 42:2 |
| **terrible** 4:3,4 | 44:14 47:10 | 54:2 | **tour** 10:8 |
| 23:17 | 48:1,19 49:12 | **times** 2:9,9 9:15 | **town** 12:24 |
| **terrific** 39:12 | 50:5 56:9 | 37:25 38:7,9 | 16:8 56:25 |
| **terror** 8:15 | **thinking** 41:22 | **tips** 5:19 | **trade** 3:16 7:17 |
| **terrorist** 28:18 | **third** 47:18 | **tired** 22:11 | **trafficking** 43:4 |
| **terrorized** 11:3 | 48:11 49:4,22 | **tobago** 13:4 | **train** 19:23 |
| **texas** 10:4 12:8 | **thirty** 5:2,7 | **today** 2:25 5:21 | 29:19 41:6 |
| **thank** 2:1,2,2,3 | 18:8,9,9,11 | 28:17 30:16 | **transcript** 59:4 |
| 2:15,17 4:20 | **thought** 4:13 | 33:7 | **transgender** |
| 6:1 19:20 | 24:5 35:9 | **today's** 26:13 | 53:9 |
| 36:25 37:1,2 | **thousand** 5:1,3 | **together** 2:22 | **treat** 10:10 |
| 38:10,19,20,20 | 5:4,6 50:19 | 9:8 26:2 51:10 | 54:1 |
| 40:4,21 41:11 | **thousands** 2:20 | 57:2,15,25 | **tren** 9:9 10:25 |
| 58:23,24 | 30:25 51:16,16 | 58:13,16 | **trendy** 32:15 |
| **theory** 53:9 | 55:22 | **told** 25:25 26:5 | **tried** 16:15 |
| **thing** 4:15 18:1 | **threat** 16:19 | 33:13 | 40:25 45:18 |
| 27:10 28:1,10 | **threatened** | **tommy** 17:12 | **trinidad** 13:3 |
| 29:12 30:14 | 12:1 | 39:25 40:4 | **true** 23:12,16 |
| 37:13 44:7,23 | **three** 5:1,3,6,7 | **tonight** 25:14 | 23:17 59:4 |
| 45:2 54:21 | 18:6 32:3 39:9 | 45:20 55:7 | **trump** 1:15 2:1 |
| | 56:16 | | 7:16 12:11 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[trump - wants]**

18:24 19:3,4,5
19:5 23:14,19
23:20 30:3
38:8 44:19
50:20
**trusts** 15:2
**truth** 24:11
**truthful** 23:15
**try** 19:9,12
**trying** 47:12
48:5,23 49:16
**tuberville**
17:12 39:25
**tuesday** 4:2
**turn** 40:12
45:19
**turnberry** 33:3
**turned** 56:18
**two** 11:13 12:4
18:8,9,9,11
19:13 26:2
29:2,7 35:5
38:21 42:7
53:3 57:18
**typical** 5:1,6
**typically** 16:12

**u**

**u.s.** 10:18 28:5
28:7,19 29:16
29:21
**ukraine** 15:5
20:10 21:2
24:13 51:21
**unbelievable**
40:23,23 46:6

**unconscious**
43:5
**under** 14:14
37:15 53:18
58:9
**understated**
36:20
**underway** 4:8
**undocumented**
10:11
**unfit** 14:25
21:18
**union** 46:22
**united** 7:11
10:14,20 12:15
14:18,21 24:2
28:14 36:1
41:21 45:15
**universe** 37:25
**unleashed** 8:13
**unleashing**
9:11
**unsecured** 29:1
**uruguay** 32:15
**usa** 7:7 52:16
58:1
**use** 16:19
**usha** 38:19,19
**usually** 30:7,13

**v**

**value** 41:10
**vance** 33:10
38:19
**vegas** 57:4

**venezuela** 8:21
11:14 29:3
**venezuelan** 9:7
9:23 10:6 11:8
11:25 28:25
**verge** 57:25
**veritext** 59:11
**vessel** 25:15
**vessels** 26:14
26:15
**vetted** 11:12
**vibrant** 55:10
**vice** 33:10
**vicious** 9:5
12:25 13:5
26:12,19
**victory** 27:6
**video** 9:16
12:10 27:22
30:2
**violated** 8:12
8:24
**violence** 8:15
**violent** 9:11
52:1
**virtually** 21:8
47:24 48:17
49:10 50:3
**visa** 28:19
**vladimir** 24:14
**vote** 3:1 4:12
16:11 30:4,5,14
31:13,19,22,23
31:23,24 51:12
54:19,21,22

55:1 56:3,3,4
**voted** 31:13,16
31:18 32:2
**votes** 4:24
18:22 30:20
50:19
**voting** 4:8,10
16:13 30:8
31:25
**vowed** 41:23
**vp** 44:12

**w**

**wages** 51:15
**waging** 8:14
**wait** 33:17,18
33:18,18
**walking** 42:7
**wall** 52:7
**want** 2:5,15
4:10 21:25,25
22:8 23:19,19
23:20 26:16
30:3,19 31:24
32:23,24 33:1
40:21 42:2
43:19 44:21
50:24,24 55:7,8
57:1
**wanted** 6:7
12:7 13:21
17:22 55:18,25
**wants** 5:5 35:16
35:19 41:19
42:15 43:2

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[war - years]**

war   15:5 20:2,3
    21:16 22:12,17
    22:18 23:10
    51:21,24
wars   22:19
    57:19
washington
    52:20 53:5
    55:14
wasting   56:8
watch   28:4
    44:15
watched   33:11
    39:13 40:24
    50:16 53:3
watching   2:12
    18:10 19:18
    28:4 31:1,3
    33:15 34:13,17
    38:25,25
way   2:11 16:13
    17:14 20:19
    31:14,15 32:12
    34:14 42:18,19
    46:23 47:6
    48:3,21 49:14
    50:7,11,23 53:5
    57:14
ways   26:3
we've   2:21 4:11
    14:5 18:13
    40:13,14 44:8
    44:13,14 45:4
weak   22:23
    25:5

wealthy   58:18
weapon   43:4
wear   36:15
weave   17:5,6
week   30:8
    33:11,21,25
    41:20 44:6
    46:24
weekend   29:8
weeks   18:6
    23:5
went   17:2 18:9
    21:2,10 30:18
    35:21 44:5,10
white   4:18
    33:21 34:5
    36:16
whoa   6:19
wife   37:24
wild   37:11,11
    37:12
wilderness
    57:16
wildest   51:11
win   4:18 5:11
    18:19,25 23:10
    23:19 24:8
    25:8 55:7,8
    56:5 58:14,14
    58:14,14,14,15
winds   19:11
winters   57:10
wiped   22:25
withstand   16:9

woke   45:19
woman   9:17,23
    10:4,15 11:2,4
    11:6,13,24
    27:23 28:5,8,20
    28:23 29:2,6,10
    29:19,24 38:13
women's   53:11
    53:12,13,14
won   30:23 32:6
    32:7 46:10
    52:13 57:18
wonder   38:4
word   25:10
work   36:8
    43:22 44:12
    55:11,12 57:2
workers   5:17
    7:7,12,22 46:22
working   43:23
    57:21,23
world   5:12 8:8
    8:17,20,23 9:9
    13:19 20:2,2
    21:16 23:6
    24:7 26:8 28:7
    33:3 41:6
    47:17,18,18
    48:10,11,11
    49:3,4,4,21,22
    49:22 51:24
    57:18
worried   34:24
    34:25

worry   19:14
worse   15:12
    19:14 41:14
worst   4:24 9:8
    13:16 15:10
    25:10 27:13
    34:16,17 42:23
    42:23 47:15
    48:8 49:1,19
worthy   41:20
wow   6:19,21
wrapped   11:17
wreck   19:23
wrenching
    28:20
wrestler   32:10
    32:11
wrestling   32:6

**y**

yale   38:13,18
yeah   10:21
    17:17 25:20
    35:13 46:4
year   5:5,7 6:17
    10:15 15:25
    29:17,18 43:21
    53:8
years   2:24 3:9
    3:11 4:22 5:3,9
    8:9 14:10 20:6
    22:12,20 23:2,3
    25:6,22 27:25
    32:8 36:5,6
    42:7 44:4,4
    45:8 46:1,5

**[years - zero]**

47:8,11 53:18
54:24 55:15
58:1
**yesterday**
50:12,13,16
**york**  2:6 29:7
37:25 38:7,9
52:18 55:8,24
56:5 57:4
58:23
**york's**  48:3,4
48:21,22 49:14
49:15 50:7,8
**young**  42:7,10

**z**

**zero**  50:15

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127