# EXHIBIT 11



1

2

3

4

5

6

7

8

9

10

11

12   December 8, 2024 Meet the Press

13   Kristen Welker's Interview with President-Elect

14   Donald Trump

15   Panel Discussion

16

17

18

19

20

21

22

23

24

25

Page 1

1    KRISTEN WELKER:  This Sunday: return to
2  office.  My exclusive interview with President-
3  elect Donald Trump.  His plans for the economy,
4  and his promises for mass deportation.
5    KRISTEN WELKER:  Is it your plan to
6  deport everyone who is here illegally over the
7  next four years?
8    PRESIDENT DONALD TRUMP:  Well, I think
9  you have to do it
10    KRISTEN WELKER:  And will he seek
11  retribution against his political enemies?  Are
12  you going to go after Joe Biden?
13    PRESIDENT DONALD TRUMP:  I'm really
14  looking to make our country successful.  I'm not
15  looking to go back into the past.  Retribution
16  will be through success.
17    KRISTEN WELKER:  Plus, his vow to
18  pardon those convicted of attacking the Capitol
19  on January 6th.
20    PRESIDENT DONALD TRUMP:  I'm going to
21  be acting very quickly.
22    KRISTEN WELKER:  Within your first 100
23  days, first day?
24    PRESIDENT DONALD TRUMP:  First day.
25    KRISTEN WELKER:  And now that he's won

Page 2

1  the 2024 election, has he changed his mind about
2  his 2020 loss?
3    For the sake of unifying this
4  country, will you concede the 2020 election and
5  turn the page on that chapter?
6    Joining me for insight and analysis are
7  NBC News Managing Washington Editor Carol Lee,
8  Politico "Playbook" Co-author Eugene Daniels,
9  Marc Short, former Chief of Staff to Vice
10  President Mike Pence and former White House Press
11  Secretary Jen Psaki.  Welcome to Sunday, and a
12  special edition of Meet the Press.
13    ANNOUNCER:  From NBC News in
14  Washington, the longest-running show in
15  television history, this is a special edition of
16  Meet the Press with Kristen Welker.
17    KRISTEN WELKER:  Good Sunday morning.
18  President-elect Donald Trump is the first
19  president to win non-consecutive terms since
20  Grover Cleveland and we haven't heard from him
21  extensively since his decisive victory until now.
22  I sat down with the president-elect at Trump
23  Tower in New York on Friday for his first
24  broadcast interview since winning the election.
25  We spoke for nearly an hour and a half in a wide-

Page 3

1  ranging conversation about what these next four
2  years will look like.  He told me his first 100
3  days will focus on bringing down prices,
4  addressing the border and getting his cabinet
5  picks confirmed.  And I asked him what he'll do
6  on his first day in office.
7    [BEGIN TAPE]
8    KRISTEN WELKER:  I understand that on
9  day one you're going to be signing a flurry of
10  executive orders.
11    PRESIDENT DONALD TRUMP:  Yes.  A lot.
12    KRISTEN WELKER:  Can you give me just--
13  what are the top ones people should know about?
14    PRESIDENT DONALD TRUMP:  Well, a lot of
15  it will have to do with economics.  A lot's going
16  to have to do with energy.  A lot's having to do
17  with the border.  We're going to immediately
18  strengthen up the border and do a real job.  And
19  some of the basics.
20    [END TAPE]
21    KRISTEN WELKER:  I began the interview
22  with one of the top issues for voters: the
23  economy and the cost of living.
24    [BEGIN TAPE]
25    KRISTEN WELKER:  I want to delve into

Page 4

1  one of your signature promises on the campaign
2  trail, which was to end inflation, to lower
3  prices.  You are now proposing tariffs against
4  the United States' three biggest trading
5  partners.  Economists of all stripes say that
6  ultimately consumers pay the price of tariffs.
7    PRESIDENT DONALD TRUMP:  I don't
8  believe that.
9    KRISTEN WELKER:  Can you guarantee
10  American families won't pay more?
11    PRESIDENT DONALD TRUMP:  I can't
12  guarantee anything.  I can't guarantee tomorrow.
13  But I can say that if you look at my -- just pre-
14  Covid, we had the greatest economy in the history
15  of our country.  And I had a lot of tariffs on a
16  lot of different countries, but in particular
17  China.  We took in hundreds of billions of
18  dollars and we had no inflation.  In fact, when I
19  handed it over, they didn't have inflation for a
20  year and a half.  They went almost two years just
21  based on what I had created.  And then they
22  created inflation with energy and with spending
23  too much.  So, I think we will -- I'm a big
24  believer in tariffs.  I think tariffs are the
25  most beautiful word.  I think they're beautiful.

Page 5

2 (Pages 2 - 5)

1 It's going to make us rich. We're subsidizing
2 Canada to the tune over $100 billion a year.
3 We're subsidizing Mexico for almost $300 billion.
4 We shouldn't be -- why are we subsidizing these
5 countries? If we're going to subsidize them, let
6 them become a state. We're subsidizing Mexico
7 and we're subsidizing Canada and we're
8 subsidizing many countries all over the world.
9 And all I want to do is I want to have a level,
10 fast, but fair playing field.
11        KRISTEN WELKER: Sir, your previous
12 tariffs during your first administration cost
13 Americans some $80 billion, and now you have
14 major companies from Walmart, Black & Decker,
15 AutoZone, saying that any tariffs are going to
16 force them to drive up prices for their
17 consumers. How do you make sure that these CEOs,
18 that these companies don't, in fact, pass on the
19 cost of tariffs to their consumers?
20        PRESIDENT DONALD TRUMP: They cost
21 Americans nothing. They made a great economy for
22 us. They also solve another problem. If we were
23 going to have problems having to do with wars and
24 having to do with other things, tariffs -- I have
25 stopped wars with tariffs by saying, "You guys

Page 6

1 want to fight, it's great. But both of you are
2 going to pay tariffs to the United States at 100
3 percent." And -- they have many purposes,
4 tariffs, if properly used. I don't say you use
5 them like a madman. I say properly used. But it
6 didn't cost this country anything. It made this
7 country money. And we never really got the
8 chance to go all out because we had to fight
9 Covid in the last part, and we did it very
10 successfully. And when I handed it over to
11 Biden, the stock market was higher than what it
12 was just previous to Covid coming in. It was
13 actually higher. Tariffs are a -- properly used,
14 are a very powerful tool, not only economically,
15 but also for getting other things outside of
16 economics.
17        KRISTEN WELKER: Are you actually going
18 to impose these tariffs or are they a negotiating
19 tactic?
20        PRESIDENT DONALD TRUMP: Well, I'll
21 give you an example. With Canada, and in
22 particular Mexico, we have millions of people
23 pouring into our country. You agree with that.
24 I spoke with the -- both -- I spoke with Justin
25 Trudeau. In fact, he flew to Mar-a-Lago, within

Page 7

1 about 15 seconds after the call ended. It was at
2 Mar-a-Lago, we were having dinner, talking about
3 it. I said, "You have to close up your borders,"
4 because they're coming in the northern border
5 too, a lot. Not like the southern border, but
6 they're coming in the Canadian border a lot. And
7 drugs are pouring in. Almost as importantly,
8 drugs are pouring in. Maybe more importantly.
9 Drugs are pouring in at levels never seen before,
10 10 times what we had. They're just pouring in.
11 We can't have open borders. And I said to the
12 president of Mexico and to Justin Trudeau, "If it
13 doesn't stop, I'm going to put tariffs on your
14 country at about 25 percent.
15        KRISTEN WELKER: The chairman of the
16 Federal Reserve, Jerome Powell, said he will not
17 leave his post even if you ask him to. Will you
18 try to replace Jerome Powell?
19        PRESIDENT DONALD TRUMP: No, I don't
20 think so. I don't see it. But, I don't -- I
21 think if I told him to, he would. But if I asked
22 him to, he probably wouldn't. But if I told him
23 to, he would.
24        KRISTEN WELKER: You don't have plans
25 to do that right now?

Page 8

1        PRESIDENT DONALD TRUMP: No, I don't.
2        KRISTEN WELKER: Okay. Let's talk
3 about mass deportation –
4        PRESIDENT DONALD TRUMP: Okay.
5        KRISTEN WELKER: -- one of your big
6 agenda items. You've talked about prioritizing
7 people who have criminal history.
8        PRESIDENT DONALD TRUMP: Correct.
9        KRISTEN WELKER: But is it your plan to
10 deport everyone who is here illegally over the
11 next four years?
12        PRESIDENT DONALD TRUMP: Well, I think
13 you have to do it, and it's a hard -- it's a very
14 tough thing to do. It's -- but you have to have,
15 you know, you have rules, regulations, laws.
16 They came in illegally. You know the people that
17 have been treated very unfairly are the people
18 that have been online for ten years to come into
19 the country. And we're going to make it very
20 easy for people to come in in terms of they have
21 to pass the test. They have to be able to tell
22 you what the Statue of Liberty is. They have to
23 tell you a little bit about our country. They
24 have to love our country. They can't come out of
25 prisons. We don't want people that are in for

Page 9

3 (Pages 6 - 9)

1 murder. So, we had 11,000 and 13,000, different
2 estimates. 13,099 murderers released into our
3 country over the last three years. They're
4 walking down the streets. They're walking next
5 to you and your family. And they're very
6 dangerous people –
7         KRISTEN WELKER: The 13,000 figure I
8 think goes back about 40 years.
9         PRESIDENT DONALD TRUMP: It goes --
10 nope. No, it doesn't
11         KRISTEN WELKER: That 13,000 figure.
12         PRESIDENT DONALD TRUMP: It's within
13 the three-year period. It's during the Biden
14 term. No, that was a fiction that they put that
15 out. This was done by the border patrol. It's
16 13,099 and it's during the Biden period of time.
17 And these are murderers, many of whom murdered
18 more than one person. You don't want those
19 people in this country.
20         KRISTEN WELKER: But you're saying
21 something, sir, that's significant. So, –
22         PRESIDENT DONALD TRUMP: Go ahead.
23         KRISTEN WELKER: I just want to make
24 sure I'm clear, which is that you're saying, yes,
25 you're going to focus on the people with criminal

1 police say that is not the case in Colorado.
2         PRESIDENT DONALD TRUMP: Oh, it's
3 totally the case. I mean, they have it on tape.
4         KRISTEN WELKER: You don't believe the
5 local police?
6         PRESIDENT DONALD TRUMP: I play it, I
7 used to play it at my rallies every single night.
8 No, it was breaking into doors. They're taking
9 over the building.
10         KRISTEN WELKER: But sir, you raised
11 the point –
12         PRESIDENT DONALD TRUMP: And by the
13 way, the police, the police –
14         KRISTEN WELKER: Yeah.
15         PRESIDENT DONALD TRUMP: -- are afraid
16 to do anything.
17         KRISTEN WELKER: You, you raised the
18 point that the logistics are complicated. You
19 said it yourself –
20         PRESIDENT DONALD TRUMP: Sure they are.
21 But everything's complicated.
22         KRISTEN WELKER: -- yeah, you need 24
23 times more ICE detention capacity just to deport
24 1 million people per year, not to mention more
25 agents, more judges, more planes. Is it

1 histories, but everyone who's here illegally has
2 to go, is what you're saying.
3         PRESIDENT DONALD TRUMP: I'm saying
4 this. We have to get the criminals out of our
5 country. We have to get people that were taken
6 out of mental institutions and put them back into
7 their mental institution no matter what country
8 it is. Do you know that in Venezuela their
9 prisons are, are at the lowest point in terms of
10 emptiness that they've ever been? They're taking
11 their people out of those prisons by the
12 thousands and they're drop -- and just to get
13 back, because I know exactly what you're getting
14 at. Number one, we're doing criminals and we're
15 going to do them really rapidly. We're getting
16 the worst gang probably with MS-13 and the
17 Venezuelan gangs are the worst in the world.
18 They're vicious, violent people. And you've seen
19 what they've done in Colorado and other places.
20 They're taking over, they're literally taking
21 over apartment complexes and doing it with
22 impunity. They don't care. They couldn't --
23 they just are -- they're in the real estate
24 business, okay?
25         KRISTEN WELKER: You know that local

1 realistic to deport everyone who's here
2 illegally?
3         PRESIDENT DONALD TRUMP: You have no
4 choice. First of all, they're costing us a
5 fortune. But we're starting with the criminals
6 and we've got to do it. And then we're starting
7 with others and we're going to see how it goes.
8         KRISTEN WELKER: Who are the others?
9         PRESIDENT DONALD TRUMP: Others are
10 other people outside of criminals. We have
11 convicted murderers. And we don't mean people
12 that are even on trial. We have people that have
13 murdered numerous people are on our streets and
14 in our farms and we have to get them out of our
15 country.
16         KRISTEN WELKER: What about dreamers,
17 sir? Dreamers, who were brought to this country
18 illegally as children. You said once back in
19 2017 they, quote, "Shouldn't be very worried
20 about being deported." Should they be worried
21 now?
22         PRESIDENT DONALD TRUMP: The dreamers
23 are going to come later, and we have to do
24 something about the dreamers because these are
25 people that have been brought here at a very

4 (Pages 10 - 13)

1 young age. And many of these are middle-aged
2 people now. They don't even speak the language
3 of their country. And yes, we're going to do
4 something about the dreamers. And –
5          KRISTEN WELKER: What does that mean?
6 What are you going to do?
7          PRESIDENT DONALD TRUMP: I will work
8 with the Democrats on a plan. And if we can come
9 up with a plan, but the Democrats have made it
10 very, very difficult to do anything. Republicans
11 are very open to the dreamers. The dreamers,
12 we're talking many years ago they were brought
13 into this country. Many years ago. Some of them
14 are no longer young people. And in many cases,
15 they've become successful. They have great jobs.
16 In some cases they have small businesses. Some
17 cases they might have large businesses. And
18 we're going to have to do something with them.
19 And –
20          KRISTEN WELKER: You want them to be
21 able to stay, that's what you're saying?
22          PRESIDENT DONALD TRUMP: I do. I want
23 to be able to work something out, and it
24 should've been able to be worked out over the
25 last three or four years and it never got worked

1 out. You know, Biden could've done it because he
2 controlled, you know, Congress to a certain
3 extent, right? He could've done something, but
4 they didn't do it. I never understood why
5 because they always seemed to want to do it, but
6 then when it comes down to it, they don't. I
7 think we can work with the Democrats and work
8 something out.
9          KRISTEN WELKER: Let me ask you about
10 another group of people, the estimated 4 million
11 families in America who have mixed immigration
12 status. So, I'm talking about parents who might
13 be here illegally –
14          PRESIDENT DONALD TRUMP: Yeah.
15          KRISTEN WELKER: -- but the kids are
16 here legally. Your Border Czar Tom Homan –
17          PRESIDENT DONALD TRUMP: You're talking
18 about separation?
19          KRISTEN WELKER: Well, I mean there are
20 two aspects to this. Your Border Czar Tom Homan
21 said they can be deported together.
22          PRESIDENT DONALD TRUMP: Correct.
23          KRISTEN WELKER: Is that the plan?
24          PRESIDENT DONALD TRUMP: Well, that way
25 you keep the -- well, I don't want to be breaking

1 up families, so the only way you don't break up
2 the family is you keep them together and you have
3 to send them all back.
4          KRISTEN WELKER: Even kids who are here
5 legally?
6          PRESIDENT DONALD TRUMP: Well, what
7 you've got to do if they want to stay with their
8 father -- look, we have to have rules and
9 regulations. You can always find something out
10 like, you know, "This doesn't work. That doesn't
11 work." I'll tell you what's going to be
12 horrible, when we take a wonderful young woman
13 who's with a criminal. And they show the woman,
14 and she could stay by the law, but they show the
15 woman being taken out. Or they want her out and
16 your cameras are focused on her as she's crying
17 as she's being taken out of our country. And
18 then the public turns against us. But we have to
19 do our job. And you have to have a series of
20 standards and a series of laws. And in the end,
21 look, our country is a mess.
22          KRISTEN WELKER: Let me ask you about
23 some of your other promises on this topic.
24          PRESIDENT DONALD TRUMP: Okay. Yeah.
25          KRISTEN WELKER: You promised to end

1 birthright citizenship on day one.
2          PRESIDENT DONALD TRUMP: Correct.
3          KRISTEN WELKER: Is that still your
4 plan?
5          PRESIDENT DONALD TRUMP: Yeah.
6 Absolutely.
7          KRISTEN WELKER: The 14th Amendment,
8 though, says that, quote, "All persons born in
9 the United States are citizens."
10          PRESIDENT DONALD TRUMP: Yeah.
11          KRISTEN WELKER: Can you get around the
12 14th Amendment with an executive action?
13          PRESIDENT DONALD TRUMP: Well, we're
14 going to have to get it changed. We'll maybe
15 have to go back to the people. But we have to
16 end it. We're the only country that has it, you
17 know.
18          KRISTEN WELKER: Through an executive
19 action? You're going to –
20          PRESIDENT DONALD TRUMP: You know we're
21 the only country that has it. Do you know if
22 somebody sets a foot, just a foot, one foot, you
23 don't need two, on our land, "Congratulations you
24 are now a citizen of the United States of
25 America." Yes, we're going to end that because

1 it's ridiculous.
2    KRISTEN WELKER:  Through executive
3 action?
4    PRESIDENT DONALD TRUMP:  Do you know --
5 well, if we can, through executive action.  I was
6 going to do it through executive action but then
7 we had to fix COVID first, to be honest with you.
8 We have to end it.
9    KRISTEN WELKER:  Let's talk about
10 health care.  I've been talking to Republican
11 lawmakers on Capitol Hill.  They say it's no
12 longer feasible to repeal and replace Obamacare
13 because it's so entrenched in the system.  Do you
14 see it that way?  Is that now off the table,
15 repealing and replacing Obamacare?
16    PRESIDENT DONALD TRUMP:  So, when John
17 McCain let us down by voting, and Murkowski and
18 Collins, and whoever it was that voted against,
19 but they really let us down.  They did us a great
20 disservice, because we would've had great health
21 -- Obamacare is lousy health care.  It's very
22 expensive health care for the people.  It's also
23 expensive for the country, but for the people.
24 It's lousy health care.  When John McCain gave
25 his thumbs down after saying for ten years that

Page 18

1 he wants to repeal and replace, okay, and then he
2 came out, he put his now famous thumbs down and
3 he became a hero to the left, just let me just
4 tell you, if we find something better, I would
5 love to do it.  But unless we find -- but, one
6 thing I have to say, I inherited Obamacare, or
7 anything else you want -- it's got about 20
8 names.  But I inherited it.  And I had a decision
9 to make with health and human services.  I had a
10 big decision to make.  Do I make it as good as we
11 can make it or do I let it rot?  And a lot of
12 political people said, "Let it rot and let it be
13 a failure."  I said, "That's not the right thing
14 to do."  And I had very good people in the
15 medical area that handled that.  And I said,
16 "What do you want to do?"  I said, "We really
17 have an obligation to make it as good as we can,"
18 and we did.  We made it as good as we can make
19 it.  Instead of, instead of making it bad, where
20 everybody would be calling for its repeal, I made
21 it so that it works.  Now, it works --
22    KRISTEN WELKER:  But you did try to
23 overturn it, sir.
24    PRESIDENT DONALD TRUMP:  Well, it's
25 lousy.  No, no.

Page 19

1    KRISTEN WELKER:  You did try to
2 overturn it.  You did have your Justice
3 Department try to direct the Supreme Court to
4 overturn it.
5    PRESIDENT DONALD TRUMP:  No, we had a
6 little bit of a surprising opinion, to be honest
7 with you.  If it would've been overturned, we
8 would've had much better health care right now.
9 But right now we have something that I made the
10 best of.  I could've made the worst of it and it
11 would've fallen by the wayside.  I did the right
12 thing from a human standpoint.  But, you know,
13 I'm sort of proud of my decision.  At the same
14 time, sometimes I regret it.  I told the people
15 and I gave them the money to do it.  I said, "Fix
16 it.  Make it work."  Because people would've
17 suffered.  But it's too bad that they voted no.
18 I wish John McCain, I wish -- he fought for ten
19 years on repairing, replacing Obamacare.  For ten
20 years.  And then he voted against.  Nobody
21 understands it.
22    KRISTEN WELKER:  Sir, you said during
23 the campaign you had concepts of a plan.  Do you
24 have an actual plan at this point for health
25 care?

Page 20

1    PRESIDENT DONALD TRUMP:  Yes.  We have
2 concepts of a plan that would be better.  But –
3    KRISTEN WELKER:  Still just concepts?
4 Do you have a fully developed plan?
5    PRESIDENT DONALD TRUMP:  Let me
6 explain.  We have the biggest health care
7 companies looking at it.  We have doctors who are
8 always looking.  Because Obamacare stinks.  It's
9 lousy.  There are better answers.  If we come up
10 with a better answer, I would present that answer
11 to Democrats and to everybody else and I'd do
12 something about it.  But until we have that or
13 until they can approve it -- but we're not going
14 to go through the big deal.  I am the one that
15 saved Obamacare, I will say.  And I did the right
16 thing.  I could've done the more political thing
17 and killed it.  And all I had to do is starve it
18 to death.
19    KRISTEN WELKER:  You did try to have
20 your Justice Department effectively kill it,
21 though, sir.
22    PRESIDENT DONALD TRUMP:  No, no.  Kill
23 it from a legal standpoint.  But from a physical
24 standpoint, I made it work.
25    KRISTEN WELKER:  In -- in your concepts

Page 21

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1 of a plan, sir, will people with preexisting
2 conditions still have coverage?  And can you
3 guarantee their prices will not go up?
4 　　　　PRESIDENT DONALD TRUMP:  The answer is
5 yes, they'll have coverage.  You have to have it
6 --
7 　　　　KRISTEN WELKER:  And what about their
8 prices --
9 　　　　PRESIDENT DONALD TRUMP:  -- because you
10 know what, it's --
11 　　　　KRISTEN WELKER:  What about their
12 prices, sir?
13 　　　　PRESIDENT DONALD TRUMP:  I want the
14 prices to go down.  I want to have better
15 healthcare for less money, and there are ways of
16 doing it, I believe.
17 　　　　KRISTEN WELKER:  Let's talk about
18 abortion, sir.  You have taken responsibility for
19 overturning Roe v. Wade.  You've said that
20 abortion is now a state issue.  There are steps
21 that you could take, though, as president to
22 restrict abortion through executive action
23 without Congress.  More than half of abortions in
24 this country are medication abortions.  Will you
25 restrict the availability of abortion pills when

1 you're in office?
2 　　　　PRESIDENT DONALD TRUMP:  I'll probably
3 -- I'll probably stay with exactly what I've been
4 saying for the last two years.  And the answer is
5 no.
6 　　　　KRISTEN WELKER:  You commit to that?
7 　　　　PRESIDENT DONALD TRUMP:  Well, I
8 commit.  I mean, are -- things do -- things
9 change.  I think they change.  I hate to go on
10 shows like Joe Biden, "I'm not going to give my
11 son a pardon.  I will not under any circumstances
12 give him a pardon."  I watched this and I always
13 knew he was going to give him a pardon.  And so,
14 I don't like putting myself in a position like
15 that.  So, things do change.  But I don't think
16 it's going to change at all.
17 　　　　[END TAPE]
18 　　　　KRISTEN WELKER:  And when we come back,
19 will President-elect Trump direct his FBI
20 director and attorney general to go after his
21 political enemies?
22 　　　　KRISTEN WELKER:  Welcome back.  In our
23 interview, President-elect Trump defended some of
24 his cabinet picks, including his embattled choice
25 for defense secretary, Pete Hegseth.  Hegseth, an

1 army veteran, is facing allegations of past
2 sexual misconduct and excessive drinking, which
3 he denies.  Mr. Trump told me he has confidence
4 in Hegseth.  I also asked him about his choice
5 for FBI director, Kash Patel, a hardline critic
6 of the very agency he's been tapped to lead.
7 　　　　[BEGIN TAPE]
8 　　　　KRISTEN WELKER:  You named Kash Patel
9 to be the next FBI director.
10 　　　　PRESIDENT DONALD TRUMP:  Yeah.
11 　　　　KRISTEN WELKER:  He has a list in his
12 book of 60 people that he calls members of the
13 so-called "deep state."  It includes Democrats
14 like Joe Biden and Hillary Clinton.  It includes
15 former members of your cabinet, from Bill Barr to
16 Christopher Wray.  You campaigned on destroying
17 the deep state.  Do you want Kash Patel to launch
18 investigations into people on that list?
19 　　　　PRESIDENT DONALD TRUMP:  No.  I mean,
20 he's going to do what he thinks is right.  And I
21 will --
22 　　　　KRISTEN WELKER:  Well, do you think
23 that's right?
24 　　　　PRESIDENT DONALD TRUMP:  -- and I will
25 --

1 　　　　KRISTEN WELKER:  Do you think that's
2 right, sir?
3 　　　　PRESIDENT DONALD TRUMP:  If they think
4 that somebody was dishonest or crooked or a
5 corrupt politician, I think he probably has an
6 obligation to do it, but --
7 　　　　KRISTEN WELKER:  Are you going to
8 direct him to do it?
9 　　　　PRESIDENT DONALD TRUMP:  No.  Not at
10 all.  We have two great people that
11 -- we have him, and we have Pam.  And Pam Bondi
12 has been like a rocket ship.  She's very popular
13 and very good and very fair.  And Kash Patel is
14 very fair.  I'll tell you.  I thought Kash may be
15 difficult because he's, you know, a strong
16 conservative voice, and I don't know of anybody
17 that's not singing his praises.  The other day, I
18 was watching, and Trey Gowdy, who's a moderate
19 person and very smart and very respected in the
20 party, he's Kash's biggest fan.  He said, "This
21 is the most misunderstood man in politics.  He's
22 great."  I guess they worked together on the
23 Russia hoax or something, and Trey Gowdy became a
24 fan.  Trey, you know, Trey Gowdy.  Everybody
25 respects him, and, you know, just like him,

1 others also, I don't know of one negative vote --
2 I don't think he's going to have any negative
3 votes.
4      KRISTEN WELKER:  Is it your
5 expectation, though, that Kash Patel will pursue
6 investigations against your political enemies?
7      PRESIDENT DONALD TRUMP:  No, I don't
8 think so.
9      KRISTEN WELKER:  Do you want to see
10 that happen?
11      PRESIDENT DONALD TRUMP:  If they were
12 crooked, if they did something wrong, if they
13 have broken the law, probably.  They went after
14 me.  You know, they went after me and I did
15 nothing wrong.
16      KRISTEN WELKER:  Well, let me ask you
17 this.  You said, President Biden, quote, that
18 you're going to appoint a real special prosecutor
19 to go after Joe Biden.  You said that during --
20      PRESIDENT DONALD TRUMP:  Where did I
21 say that?
22      KRISTEN WELKER:  -- the campaign
23      PRESIDENT DONALD TRUMP:  Where?
24      KRISTEN WELKER:  You said that on Truth
25 Social, June 12, 2023: "I will appoint a real

Page 26

1 special prosecutor to go after the most corrupt
2 president in the history of the United States,
3 Joe Biden –
4      PRESIDENT DONALD TRUMP:  Well, that
5 part is true.
6      KRISTEN WELKER:  -- and the entire
7 Biden crime family."  Are you going to do that?
8 Are you going to go after Joe Biden?
9      PRESIDENT DONALD TRUMP:  I'm really
10 looking to make our country successful.  I'm not
11 looking to go back into the past.  I'm looking to
12 make our country successful.  Retribution will be
13 through success.  If we can make our success --
14 this country successful, that would be my
15 greatest, that would be such a great achievement.
16 Bring it back.  We have a country now that's
17 overridden with crime, that has millions of
18 people that shouldn't be here, that should be in
19 prisons in other countries, that should be in
20 mental institutions.  We have drug lords being
21 dropped into our country and told never go back
22 to their country.  I'm looking to make our
23 country great.  I'm looking to get -- bring
24 prices down.  Because, you know, I won on two
25 things, the border and more than immigration.

Page 27

1 You know, they like to say immigration, I break
2 it down more to the border, but I won on the
3 border, and I won on groceries.  Very simple
4 word, groceries.  Like almost -- you know, who
5 uses the word?  I started using the word -- the
6 groceries.  When you buy apples, when you buy
7 bacon, when you buy eggs, they would double and
8 triple the price over a short period of time, and
9 I won an election based on that.  We're going to
10 bring those prices way down.
11      KRISTEN WELKER:  I want to pause here,
12 because what you're saying is significant.
13 Because you wrote on Truth
14      Social in 2023 that you're going to
15 appoint a real special prosecutor to go after Joe
16 Biden.  Now you're saying you're not going to do
17 that.
18      PRESIDENT DONALD TRUMP:  I will say
19 this, no, I'm not doing that unless I find
20 something that I think is reasonable, but that's
21 not going to be my decision.  That's going to be
22 Pam Bondi's decision, and, to a different extent,
23 Kash Patel, assuming they're both there, and I
24 think they're both going to get approved.  But I
25 -- I -- you know, while you ask me that, what

Page 28

1 they've done to me with weaponization is a
2 disgrace.
3      KRISTEN WELKER:  We'll get to some of
4 that, sir --
5      PRESIDENT DONALD TRUMP:  No, no, wait,
6 wait, wait, you can't do one without the other.
7 In the history of our country, nothing like this
8 has ever happened.  And I've won these cases.
9 I've won every one and the rest are in the
10 process of being won.  Deranged Jack Smith is on
11 his way back to The Hague where he can execute
12 people.  This is where he should have stayed.  I
13 don't -- I think he's dangerous even being there.
14 But I'll tell you what, what they've done to me
15 in terms of weaponization, indictments,
16 impeachments and everything else.  And in the
17 end, it probably helped, because I got the
18 biggest vote, the most votes any Republican's
19 ever gotten in history.
20      KRISTEN WELKER:  Do -- Pam Bondi talks
21 about investigating the investigators.  Do you
22 want her to investigate Jack Smith based --
23      PRESIDENT DONALD TRUMP:  I want her to
24 do what she wants to do.
25      KRISTEN WELKER:  -- do you want to see

Page 29

8 (Pages 26 - 29)

1 Jack Smith investigated?
2      PRESIDENT DONALD TRUMP: Well, I think
3 he's very corrupt, but I want her to do whatever
4 she –
5      KRISTEN WELKER: Are you going to
6 direct her --
7      PRESIDENT DONALD TRUMP: No, I'm not,
8 I'm not
9      KRISTEN WELKER: -- to prosecute Jack
10 Smith?
11      PRESIDENT DONALD TRUMP: She's a very
12 smart person. She's -- She was a great attorney
13 general in Florida. She's very experienced. I
14 want her to do what she wants to do. I'm not
15 going to instruct her to do it, no.
16      KRISTEN WELKER: Sir, are you going to
17 fire the current FBI director, Christopher Wray,
18 who you appointed?
19      PRESIDENT DONALD TRUMP: Well, I can't
20 say I'm thrilled with him. He invaded my home.
21 I'm suing the country over it. He invaded Mar-a-
22 Lago. I'm very unhappy with the things he --
23 he's done, and crime is at an all-time high.
24 Migrants are pouring into the country that are
25 from prisons and from mental institutions, as

Page 30

1 we've discussed. I can't say I'm thrilled. I
2 don't want to say -- I don't want to, again, I
3 don't want to be Joe Biden and give you an answer
4 and then do the exact opposite –
5      KRISTEN WELKER: We're going to talk
6 about that --
7      PRESIDENT DONALD TRUMP: -- so I'm not
8 going to do that. What I'm going to say is I
9 certainly cannot be happy with him. You take a
10 look at what's happened. And then when I was
11 shot in the ear, he said, "Oh, maybe it was
12 shrapnel." Where's the shrapnel coming from? Is
13 it coming from -- is it coming from heaven? I
14 don't think so. So, we need somebody to
15 straighten -- you know, I have a lot of respect
16 for the FBI, but the FBI's respect has gone way
17 down over the last number of years.
18      KRISTEN WELKER: Don't you have to fire
19 him in order to make room for Kash Patel --
20      PRESIDENT DONALD TRUMP: Yeah, but --
21      KRISTEN WELKER: -- if he is, in fact,
22 confirmed?
23      PRESIDENT DONALD TRUMP: Well, I mean,
24 it would sort of seem pretty obvious that if Kash
25 gets in, he's going to be taking somebody's

Page 31

1 place, right? Somebody is the man that you're
2 talking about.
3      KRISTEN WELKER: I asked you last time
4 we sat down for an interview if you were going to
5 pardon yourself. You said no. But now that
6 President Biden has pardoned his son Hunter, are
7 you reconsidering? Might you pardon yourself?
8      PRESIDENT DONALD TRUMP: I didn't do
9 anything wrong. I -- I was given the option, and
10 the lawyers told me -- a very specific lawyer. I
11 don't have to go into who, but very high up in
12 the -- in the administration, said, "Sir, if you
13 pardon yourself, you're going to look guilty, and
14 you did nothing wrong." Oh, I had that option.
15 I could've saved myself a lot of legal fees. But
16 it turned out that I was right. Look at what's
17 gone on. Everything's being dropped. I still
18 have a -- Fani Willis, Fani, a total hoax.
19 That's a total hoax. Every -- it's all being
20 dropped.
21      [END TAPE]
22      KRISTEN WELKER: I also asked the
23 president-elect about NBC News's reporting that
24 President Biden is considering preemptive pardons
25 for some of the people who have clashed with Mr.

Page 32

1 Trump, including Senator-elect Adam Schiff, Dr.
2 Anthony Fauci, and former Congresswoman Liz
3 Cheney. As part of his response, Mr. Trump
4 lashed out at the January 6th committee, accusing
5 it of unfairly targeting him and even of
6 destroying its records, which the committee
7 denies.
8      [BEGIN TAPE]
9      PRESIDENT DONALD TRUMP: Cheney was
10 behind it.
11      KRISTEN WELKER: Well –
12      PRESIDENT DONALD TRUMP: And so was
13 Bennie Thompson and everybody on that committee.
14      KRISTEN WELKER: We're going to —
15      PRESIDENT DONALD TRUMP: For what they
16 did –
17      KRISTEN WELKER: Yeah –
18      PRESIDENT DONALD TRUMP: -- honestly,
19 they should go to jail.
20      KRISTEN WELKER: So, you think Liz
21 Cheney should go to jail?
22      PRESIDENT DONALD TRUMP: For what they
23 did –
24      KRISTEN WELKER: Everyone on the
25 committee you think –

Page 33

9 (Pages 30 - 33)

Page 34

1    PRESIDENT DONALD TRUMP:  I think
2 everybody –
3    KRISTEN WELKER:  -- should go to jail?
4    PRESIDENT DONALD TRUMP:  -- on the --
5 anybody that voted in favor –
6    KRISTEN WELKER:  Are you going to
7 direct your FBI director –
8    PRESIDENT DONALD TRUMP:  No.
9    KRISTEN WELKER:  -- and your attorney
10 general to send them to jail?
11    PRESIDENT DONALD TRUMP:  No, not at
12 all.  I think that they'll have to look at that,
13 but I'm not going to -- I'm going to focus on
14 drill, baby, drill.
15    [END TAPE]
16    KRISTEN WELKER:  And I asked President-
17 elect Trump if he plans to follow through on his
18 campaign promise to pardon those who attacked the
19 Capitol on January 6th, including the more than
20 900 people who pleaded guilty to crimes.
21    [BEGIN TAPE]
22    PRESIDENT DONALD TRUMP:  I'm going to
23 look at everything.  We're going to look at
24 individual cases –
25    KRISTEN WELKER:  Everyone?

Page 35

1    PRESIDENT DONALD TRUMP:  Yeah.
2    KRISTEN WELKER:  Okay.
3    PRESIDENT DONALD TRUMP:  But I'm going
4 to be acting very quickly.
5    KRISTEN WELKER:  Within your first 100
6 days, first day?
7    PRESIDENT DONALD TRUMP:  First day.
8    KRISTEN WELKER:  First day?
9    PRESIDENT DONALD TRUMP:  Yeah.  I'm
10 looking first day.
11    KRISTEN WELKER:  You're going to issue
12 these pardons?
13    PRESIDENT DONALD TRUMP:  These people
14 have been there, how long is it?  Three, four
15 years.
16    KRISTEN WELKER:  Okay.
17    PRESIDENT DONALD TRUMP:  You know, by
18 the way, they've been in there for years, and
19 they're in a filthy, disgusting place that
20 shouldn't even be allowed to be open.
21    [END TAPE]
22    KRISTEN WELKER:  And when we come back,
23 President-elect Trump's message to the people who
24 didn't vote for him.
25    KRISTEN WELKER:  Welcome back.  The

Page 36

1 Syrian government fell overnight, a stunning end
2 to the more than 50-year rule of the Assad
3 family, as rebels claim Damascus.  I pressed the
4 president-elect on a range of foreign policy
5 issues -- including U.S. support for Ukraine and
6 NATO in his second administration.
7    [BEGIN TAPE]
8    KRISTEN WELKER:  Should Ukraine prepare
9 for less aid from the United States after you're
10 sworn in --
11    PRESIDENT DONALD TRUMP:  Possibly.
12    KRISTEN WELKER:  -- to office?
13    PRESIDENT DONALD TRUMP:  Yeah.
14 Probably.  Sure.
15    KRISTEN WELKER:  You said you can end
16 the war in 24 hours.  You've even said you want
17 to try to end it before you're sworn into office
18 --
19    PRESIDENT DONALD TRUMP:  Well, I'm
20 trying to.  I'm trying to end it if I can --
21    KRISTEN WELKER:  You're actively trying
22 to?
23    PRESIDENT DONALD TRUMP:  I am.
24    KRISTEN WELKER:  Have you talked to
25 President Putin?

Page 37

1    PRESIDENT DONALD TRUMP:  No, I have
2 not.
3    KRISTEN WELKER:  You haven't talked to
4 President Putin --
5    PRESIDENT DONALD TRUMP:  No, I have
6 not.
7    KRISTEN WELKER:  -- since you've been
8 elected?
9    PRESIDENT DONALD TRUMP:  I mean, no.
10 Well, I don't want to say that.  But I haven't
11 spoken to him recently.
12    KRISTEN WELKER:  So, you've spoken to
13 President Putin since you've been elected?
14    PRESIDENT DONALD TRUMP:  I don't want
15 to say that.  I don't want to say anything about
16 that because I don't want to do anything that
17 could impede the negotiation.
18    KRISTEN WELKER:  But you --
19    PRESIDENT DONALD TRUMP:  I want to
20 stop--
21    KRISTEN WELKER:  -- have talked about -
22 -
23    PRESIDENT DONALD TRUMP:  Let me tell
24 you what --
25    KRISTEN WELKER:  -- the other world

1 leaders.
2      PRESIDENT DONALD TRUMP:  -- I have
3 talked about.  Let me tell.  There are people
4 being killed in that war at levels that nobody's
5 ever seen before.  You have to go back to the
6 Second World War, and even that, if you take a
7 look -- and you know what it is?  It's the
8 soldiers largely.  The cities have been emptied
9 out and demolished.  The country has been
10 demolished.  If I won that election, which you
11 know how I feel about it.  I won't get into it
12 because we don't need to start that argument.  I
13 think it's an easy argument.  It was really
14 proven even more conclusively by the win that I
15 had on this one.  But--
16      KRISTEN WELKER:  But you did go to --
17      PRESIDENT DONALD TRUMP:  -- had I --
18      KRISTEN WELKER:  -- court, sir.  And
19 you didn't –
20      PRESIDENT DONALD TRUMP:  Yeah, well,
21 that's your opinion.  But I disagree with it.
22 Had I assumed, kept control.  Number one, Israel
23 wouldn't have happened.  Number two, Ukraine
24 would've never happened.  It would've never
25 happened, Ukraine, Russia.  But the number of

1 people that are being killed, soldiers, young,
2 beautiful soldiers, hundreds of thousands of
3 people are being killed.  And, you know, it's
4 very interesting.  It's level.  Totally level,
5 the battlefields.  Totally level.  You know
6 what's happening?  The only thing that stops a
7 bullet, you know what it is?  Is a body, a human
8 body.  And the people that are being killed,
9 hundreds of thousands on both sides.  Russia's
10 lost probably 500,000 –
11      KRISTEN WELKER:  It's devastating.
12      PRESIDENT DONALD TRUMP:  Ukraine's lost
13 higher than they say, probably 400,000.  You're
14 talking about hundreds of thousands of bodies
15 lying all over the fields.  It's the stupidest
16 thing I've ever seen, and it should've never been
17 allowed to happen.  Biden should've been able to
18 stop it.
19      KRISTEN WELKER:  Sir, will the United
20 States stay in NATO while you're in office?
21      PRESIDENT DONALD TRUMP:  In where?
22      KRISTEN WELKER:  NATO.  Do you commit
23 that the United States will remain a member of
24 NATO while you're in office?
25      PRESIDENT DONALD TRUMP:  Again, they

1 have to pay their bills.  If they pay their
2 bills, absolutely.
3      KRISTEN WELKER:  But not if they don't
4 pay their bills?
5      PRESIDENT DONALD TRUMP:  But NATO's
6 taking advantage of us.  Because we were -- look,
7 two things.  Number one, they take advantage of
8 us on trade, meaning the European nations, okay,
9 like terrible.  They don't take our cars, they
10 don't take our food product, they don't take
11 anything.  It's a disgrace.  And on top of that,
12 we defend them.  So, it's a double-whammy.  So,
13 let me just tell you, I was able to get hundreds
14 of billions of dollars put into NATO just by a
15 tough attitude.  I said to the countries, "I'm
16 not going to protect you unless you pay," and
17 they started paying.  And that amounted to more
18 than $600 billion.  That's a big thing.
19 Otherwise they wouldn't even be fighting.  They
20 wouldn't have any money to fight.  If they're
21 paying their bills, and if I think they're doing
22 a fair -- they're treating us fairly, the answer
23 is absolutely I'd stay with NATO.
24      KRISTEN WELKER:  But if not, you would
25 consider the possibility of getting out?

1      PRESIDENT DONALD TRUMP:  Absolutely.
2 Yeah, absolutely.
3      [END TAPE]
4      KRISTEN WELKER:  The president-elect is
5 tasking Elon Musk, the billionaire CEO of Tesla
6 and SpaceX, to try to cut government spending
7 along with one of Mr. Trump's former primary
8 rivals, businessman Vivek Ramaswamy.  All of it
9 putting a spotlight on what it could mean for
10 entitlements and defense spending.
11      [BEGIN TAPE]
12      KRISTEN WELKER:  You've tapped Elon
13 Musk, Vivek Ramaswamy to head up this Department
14 of Government Efficiency --
15      PRESIDENT DONALD TRUMP:  Correct.
16      KRISTEN WELKER:  -- which proposes cuts
17 to the federal government.  Think a lot of people
18 hear that and they get concerned about Medicare
19 and Social Security and Medicaid --
20      PRESIDENT DONALD TRUMP:  You're not
21 going to have anything to do --
22      KRISTEN WELKER:  And defense spending.
23      PRESIDENT DONALD TRUMP:  We're talking
24 about --
25      KRISTEN WELKER:  You won't touch

1 Medicare --
2     PRESIDENT DONALD TRUMP:  -- theft --
3     KRISTEN WELKER:  -- Social Security?
4     PRESIDENT DONALD TRUMP:  -- abuse,
5 fraud.  No.  I said to people we're not touching
6 Social Security, other than we make it more
7 efficient.  But the people are going to get what
8 they're getting.
9     KRISTEN WELKER:  Okay.  Entitlements
10 off the table?
11     PRESIDENT DONALD TRUMP:  And we're not
12 raising ages or any of that stuff.
13     KRISTEN WELKER:  Ok.  Off the table?
14     PRESIDENT DONALD TRUMP:  I won't do it.
15     [END TAPE]
16     KRISTEN WELKER:  Finally, I asked the
17 president-elect about this extraordinary moment
18 in time.  He is taking office against the
19 backdrop of a country that is so sharply divided,
20 and when he has yet to concede the 2020 election,
21 which he lost.
22     [BEGIN TAPE]
23     KRISTEN WELKER:  And sir, I don't have
24 to tell you this, because you've talked about it.
25 It comes at a time when the country is deeply

Page 42

1 divided, and now you're going to be leading this
2 country for the next four years.  For the sake of
3 unifying this country, will you concede the 2020
4 election and turn the page on that chapter?
5     PRESIDENT DONALD TRUMP:  No.  No, why
6 would I do that?  But let me just tell you --
7     KRISTEN WELKER:  You won't ever concede
8 --
9     PRESIDENT DONALD TRUMP:  -- when you
10 say the country is deeply divided, I'm not the
11 president.  Joe Biden is the president.
12     KRISTEN WELKER:  But you're going to be
13 the president.
14     PRESIDENT DONALD TRUMP:  No, no.  I'm
15 not the president.  So, when you say it's deeply
16 divided, I agree.  But Biden's the president, I'm
17 not.  And he has been a divider.  And you know
18 where he divided it more than anything else, and
19 it probably backfired on him.  I think definitely
20 is weaponization.  When he weaponized the Justice
21 Department and he went after his political
22 opponent, me.  He went after his political
23 opponent violently because he knew he couldn't
24 beat him.  And I think it really was a bad thing,
25 and it really divided our country.

Page 43

1     KRISTEN WELKER:  Sir, Democrats have
2 control of the White House now.  They didn't in
3 2020.  If they are going around stealing
4 elections, why didn't they do it this time --
5     PRESIDENT DONALD TRUMP:  When you say
6 Democrats have control now --
7     KRISTEN WELKER:  Of the White House.
8 So, why didn't they steal this election?  Since
9 they have more power now?
10     PRESIDENT DONALD TRUMP:  Because I
11 think it was too big to rig.
12     KRISTEN WELKER:  So, you won't --
13     PRESIDENT DONALD TRUMP:  It was too big
14 to rig.
15     KRISTEN WELKER:  To the people who say
16 that you're now directing your Justice Department
17 to investigate 2020 and they want to move on --
18     PRESIDENT DONALD TRUMP:  No, I think
19 Pam is going to be great --
20     KRISTEN WELKER:  Is that a good use of
21 precious resources?  Is that what you want them
22 to do --
23     PRESIDENT DONALD TRUMP:  By the way,
24 just so you know, I have the right to do that but
25 I'm not interested in that.

Page 44

1     KRISTEN WELKER:  Oh, you're not?
2 You're not going to do that?
3     PRESIDENT DONALD TRUMP:  I'm not
4 interested.  I have the absolute right.  I'm the
5 chief law enforcement officer, you do know that.
6 I'm the president.  But I'm not interested in
7 that.  You know what I'm interested in?
8 Drilling, and getting prices down, and stopping
9 people from pouring into our border that come
10 from prisons and mental institutions.
11     KRISTEN WELKER:  One of the things that
12 made this campaign unprecedented and
13 extraordinary were the horrific attempts against
14 your life.  Two assassination attempts.  Do you
15 feel safe going into the White House --
16     PRESIDENT DONALD TRUMP:  I do --
17     KRISTEN WELKER:  -- for the next four
18 years?  Why?
19     PRESIDENT DONALD TRUMP:  I have
20 confidence in Secret Service.  I know the people.
21 I got to know a lot of them, and I have
22 confidence.  It was a bad moment.  Something
23 shouldn't have happened.  But I have a lot of
24 confidence, and they really stepped it up.  They
25 were restricted from giving the -- look, I do a

Page 45

12 (Pages 42 - 45)

1 rally, and you were at many of them. And I'd
2 have 50,000 people. Joe would have a rally and
3 he'd have 30 people. And he had more Secret
4 Service than me. My Secret Service was always
5 asking for more manpower slash woman power. They
6 were asking for more and more, and more, and they
7 couldn't get it. I'm not blaming them really,
8 because they were always fighting for more
9 people. And they wouldn't get -- now, boy, do we
10 have it.
11      KRISTEN WELKER: I want to ask you,
12 sir, one final question. What do you want to say
13 to Americans who didn't support you in this
14 campaign?
15      PRESIDENT DONALD TRUMP: I'm going to
16 treat you every bit as well as I have treated the
17 greatest MAGA supporters. There's never been
18 anything like MAGA in the history of this
19 country. These people are so dedicated to making
20 America great again. It's very simple. And I'm
21 going to treat them just the same as I treat
22 MAGA. We're going to treat everybody good. We
23 want success for our country, we want safety for
24 our country. You know our country's under
25 threat, as you know. We have tremendous threat

Page 46

1 the highest anyone -- McLaughlin and Fabrizio
2 said, "George Washington and Abraham Lincoln, if
3 they came back from the dead and they ran as
4 president and vice president, couldn't beat you,
5 sir." We were doing so well. And I was getting
6 along with the left. Let's call it the left.
7 We'll be nice, okay? We're just going to call it
8 -- but I was getting along with people that you
9 would consider liberal or progressive, as they
10 like to say, at levels that I never thought was
11 possible. And you know what it was? Success.
12 Success was bringing the country together, and
13 that's what I want to do.
14      [END TAPE]
15      KRISTEN WELKER: And when we come back,
16 President-elect Trump gives us a preview of his
17 inaugural address.
18      KRISTEN WELKER: Welcome back. When
19 Mr. Trump is sworn in as president in January, he
20 will be the oldest person ever to assume the
21 office. I asked Mr. Trump about what he will say
22 in that inaugural address and whether he will
23 release his medical records.
24      [BEGIN TAPE]
25      KRISTEN WELKER: Let me ask you, sir,

Page 48

1 militarily because of the power of weapons and
2 weaponry. There's tremendous threat, nobody
3 talks about it. But it's tremendous threat. I
4 want to treat everybody the same. I want to
5 treat them well. And at the end of this four
6 years -- and I have a big head start, because I
7 was there for four years fairly recently. A lot
8 of bad things were done during the four years
9 that I wasn't there. And mostly -- and what
10 they've done in terms of our reputation overseas
11 -- our reputation is so bad, so shot. I got to
12 bring it back, and I also have to, have to bring
13 back civilization to our country. Our country is
14 a crime pod and we have to get rid of crime. We
15 have so many things to do. We have to do the
16 prices, we have to do all of that. But we have
17 to get the criminals out of our country. We have
18 to bring down crime. People have to be able to
19 walk across the street and buy a loaf of bread
20 without being shot. And that's going to happen.
21 But what I say to them is I love you, and we're
22 going to all work together. And we're going to
23 bring it together. And you know what's going to
24 bring it together? Success. I saw that just
25 prior to COVID coming in, I had polls that were

Page 47

1 as you think about your inauguration. I remember
2 your first inaugural address, you talked about
3 American carnage. Have you thought about your
4 message for your second inaugural address?
5      PRESIDENT DONALD TRUMP: I have. It's
6 --
7      KRISTEN WELKER: Can you give us a
8 preview?
9      PRESIDENT DONALD TRUMP: -- unity.
10 We're going to have a message. It will make you
11 happy: unity. It's going to be a message of
12 unity. And again, I think success brings unity,
13 and I've experienced that. I've experienced it
14 in my first term. As I said, we're going to be
15 talking about unity, and we're going to be
16 talking about success, making our country safe,
17 keeping people that shouldn't be in our country -
18 - we have to do that. I know it doesn't sound
19 nice, but we have to do that. But basically it's
20 going to be about bringing our country together.
21      KRISTEN WELKER: Sir, when you think
22 about your time in office, you are making history
23 for a range of reasons, including the fact you
24 will be the oldest person to be sworn into
25 office. Do you commit to releasing your medical

Page 49

13 (Pages 46 - 49)

1 records?
2     PRESIDENT DONALD TRUMP: Sure, I do it
3 all the time. I think I've released four of
4 them.
5     KRISTEN WELKER: Not just a letter
6 though. Your -- your full medical report.
7     PRESIDENT DONALD TRUMP: Yeah, I would,
8 and I think anybody should. But I -- I mean,
9 according to all the reports, I don't want to --
10 where's wood? Is this a wood where I can knock
11 on wood? But my reports are very good, very
12 strong.
13     KRISTEN WELKER: So, you plan to
14 release them?
15     PRESIDENT DONALD TRUMP: Sure, no
16 problem with it.
17     [END TAPE]
18     KRISTEN WELKER: You can watch our full
19 interview with President-elect Donald Trump at
20 NBCNews.com. And when we come back, the panel is
21 here for reaction.
22     (Break)
23     KRISTEN WELKER: Welcome back. The
24 panel is here. NBC News Managing Washington
25 Editor Carol Lee; Eugene Daniels, White House

Page 50

1 correspondent for Politico and co-author of
2 Politico Playbook; former White House Press
3 Secretary Jen Psaki, host of Inside with Jen
4 Psaki; and Marc Short, former chief of staff to
5 Vice President Mike Pence. Thanks to all of you
6 for being here on a very big Sunday. Carol, let
7 me start with you. You broke the news earlier
8 this week that President Biden was going to
9 pardon his son, Hunter. It's just one of the
10 many topics we discussed. What were your key
11 takeaways from this conversation?
12     CAROL LEE: Well, a couple of things,
13 Kristen. You know, I was struck by how
14 succinctly the president-elect summed up his
15 mandate. He said, "I won on the border and I won
16 on groceries," and how quickly he plans to move
17 on both of those fronts. And then his posture on
18 retribution against his perceived political
19 adversaries. You know, he is suggesting that
20 he'll keep some distance from the FBI and the
21 Justice Department in a way, perhaps, he didn't
22 during his first term. So, he's saying, you
23 know, "Those decisions about investigations,
24 they'll be left up to the people that I put in
25 those agencies. However, you know, some of these

Page 51

1 folks should probably be in jail." And so you
2 know, that message comes off as a little bit
3 mixed. And he's saying it knowing that the
4 people that he's putting in these jobs are people
5 who share his views on these issues. And so
6 it'll be very interesting to see how that plays
7 out.
8     KRISTEN WELKER: It will be, Eugene.
9 And to hear him back away from what he had posted
10 on Truth Social, that he did want to go after
11 President Biden. He backed away from that. He
12 said his success is going to be his retribution.
13 But, as Carol notes, there was some mixed
14 messaging, broadly speaking. He had some pretty
15 strong language for the January 6th Committee.
16     EUGENE DANIELS: Yeah. I think one of
17 things that was most fascinating is he didn't
18 seem very combative in this interview, right?
19 Including on those points, right? He said some
20 names. He said "Bennie Thompson, Liz Cheney.
21 Maybe they should be in jail, maybe not. That's
22 someone else's decision." But he didn't want to
23 fight with you, right? And that's something that
24 he often wants to do. So, it shows you, one,
25 that he feels emboldened. He won this election.

Page 52

1 He feels ready to move on. And I thought what
2 was most fascinating is the -- there's no
3 ideological purity with him. And that popped up
4 over and over and over again, right? Just a
5 patchwork of different policy prescriptions for
6 things that usually, if you're a Republican,
7 there's kind of, you know, "This, this, and this,
8 and that's what we care about." That wasn't here
9 with Donald Trump. And I think that kind of
10 gives voters what they wanted, which was not
11 exactly a Republican who's going to do all of the
12 things that Republicans typically do.
13     KRISTEN WELKER: It's a fascinating way
14 to put it, Marc, that there's no ideological
15 purity that we heard. But he was very clear
16 about what his agenda items were, and he feels
17 emboldened that he believes he has a mandate
18 after his decisive win.
19     MARC SHORT: Well, he should. And I
20 thought he looked very relaxed and confident in
21 your long interview, covering a lot of topics. I
22 do think that you're going to see a flurry of
23 activity in the first 100 days from the executive
24 branch. But I do think something that's being
25 underappreciated here from a legislative agenda

Page 53

14 (Pages 50 - 53)

1 is, what is the legislative agenda? The one item
2 that's really there is going to be trying to
3 renew the tax relief package from 2017. And when
4 that was passed, 12 House Republicans defected.
5 So, we talk about the fact that there are 53
6 Republican senators, which should help in those
7 confirmations. But Speaker Johnson's going to
8 have an enormous task next year, and it's going
9 to be a really hard job. And he really is going
10 to have hardship, one or two members at all to
11 actually can lose. And so getting legislation
12 through the Congress is going to be very
13 difficult. And certainly, if Trump isn't getting
14 his way he is going to blame Senate and House
15 leadership for that.
16      JEN PSAKI: And those tax cuts are very
17 unpopular across the country, which is another
18 challenge --
19      MARC SHORT: Oh, I don't know about
20 that. Come on.
21      JEN PSAKI: They are in every piece of
22 data, Marc --
23      MARC SHORT: The economy is one of the
24 reasons he won.
25      JEN PSAKI: They're in every piece of

1 not a difference in what he intends to do or what
2 he wants the people he's nominating to do.
3      KRISTEN WELKER: It's a really critical
4 point. He's also put hardliners in charge of his
5 immigration policy, which I thought it was a big
6 headline for him to say, "We are deporting
7 everyone." Eugene, though he said, yes, he wants
8 to try to work out a deal for Dreamers.
9      EUGENE DANIELS: Yeah. I think that is
10 where he's thought the most about, when you're
11 thinking about what his policies are going to be,
12 is immigration. When you went through tick by
13 tick by tick of the kinds of things that we're
14 seeing, he had a lot of ideas. And it was kind
15 of the most clarity we've gotten on immigration
16 from him. I will also say, he and his team feel
17 like he has the backing of the American people,
18 especially on mass deportation. Because in some
19 polls, 53 percent of Americans say that they are
20 for mass deportation. Now, when you dig into
21 kind of what that means and whether you want your
22 neighbors to get out of the country, or you know,
23 what happens with children, or when you see that
24 woman that he's talking about getting pulled
25 away, is that different? And he talked about it,

1 data. That's why it's interesting --
2      MARC SHORT: It's one of the reasons he
3 won.
4      JEN PSAKI: -- that it's -- it's in his
5 agenda.
6      MARC SHORT: If that was the case,
7 Kamala would've done a lot better if that was the
8 case.
9      JEN PSAKI: You know, one of the things
10 that struck me, Kristen, yes, the tone was
11 different, but it doesn't mean it's a difference
12 in his priorities or his policies. Because even
13 when it talks -- when you, when you listen to
14 what he had to say about retribution,
15 "Retribution will be through success." That's
16 not saying he's not going to go after his
17 political enemies. What I heard was him trying
18 to give some space for himself for plausible
19 deniability. Because he picked these people, and
20 Carol touched on this -- Pam Bondi and Kash Patel
21 are election deniers. Kash Patel is somebody who
22 has empathized with QAnon. They know what the
23 direction is. He does not need to direct them.
24 This is why he picked them. They have passed the
25 loyalty test. So, what struck me is more tone,

1 I think most interestingly, "The public might
2 turn against us on immigration," so they have to
3 be careful there, is what he's saying.
4      KRISTEN WELKER: Carol.
5      CAROL LEE: That was what struck me, is
6 that he seemed a little uncertain about how some
7 of this stuff's going to play out. Yes, he's
8 going to do it. But you know, when you talk
9 about birthright citizenship, you know, first of
10 all there are other countries that have
11 birthright citizenship.
12      It's not just the United States. But
13 he said, "If we can do it by an executive order.
14 Maybe we'll have to take it to the people," you
15 know, suggesting some sort of constitutional
16 amendment. And on mass deportations, he talked
17 about how this might play out publicly. He talks
18 about the woman who's crying, and the cameras are
19 capturing her as she's being deported. And he
20 said, you know, "Then the public turns against
21 us." So, he's not real confident that this is
22 going to play out exactly how he wants it to be.
23      KRISTEN WELKER: Such a revelatory
24 moment there. Jen, we talked about foreign
25 policy as well. Of course we're all watching

1 what's happening in Syria.  The government has
2 been toppled.  I talked to him about Ukraine and
3 NATO.  Boy, he really left the door open to
4 potentially pulling out of NATO.
5      JEN PSAKI:  He certainly did, which I
6 don't think should be a surprise.  He also
7 refused, after you pushed him repeatedly, to
8 answer the question as to whether he'd talked to
9 Vladimir Putin.  And when you --
10      KRISTEN WELKER:  Yes.  I tried.  I
11 tried it.
12      JEN PSAKI:  Certainly.  When you look
13 at the statement he put out in response to Assad
14 fleeing the country, it was almost defensive of
15 Putin and defensive of the Russians' interest.
16 So, this is definitely a massive shift.  There is
17 an allegiance, an affinity for Russia that is
18 different than what we have had in Democratic and
19 Republican presidents for decades.
20      KRISTEN WELKER:  And Marc, he was very
21 clear, there will likely be less funding for
22 Ukraine, with the last 30 seconds we have.
23      MARC SHORT:  Well, sure.  That's been
24 his position all along.  I think that the ones
25 who are celebrating most right now in the

Page 58

1 situation in Syria is the fact that -- I should
2 say, the ones who I think are most concerned are
3 Putin, the Ayatollah, and Tulsi Gabbard.
4      KRISTEN WELKER:  And by the way, I
5 asked him about Tulsi Gabbard.  He said he has
6 confidence in her and Pete Hegseth, who's also
7 another embattled Cabinet pick.  Thank you all
8 for being here for a fantastic conversation.
9 That is all for today.  Thank you for watching.
10 We'll be back next week, because if it's Sunday,
11 it is Meet the Press.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 59

1            C E R T I F I C A T I O N
2
3 I, Sonya Ledanski Hyde, certify that the
4 foregoing transcript is a true and accurate
5 record of the proceedings.
6
7
8
9 Sonya M. Ledanski Hyde
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date:  February 18, 2025
17
18
19
20
21
22
23
24
25

Page 60

16 (Pages 58 - 60)

**[& - answer]**

| & | |
|---|---|
| **&** | 6:14 |

**1**

**1** 12:24
**10** 8:10
**100** 2:22 4:2
6:2 7:2 35:5
53:23
**11,000** 10:1
**11501** 60:14
**12** 26:25 54:4
**12151** 60:9
**13** 11:16
**13,000** 10:1,7
10:11
**13,099** 10:2,16
**14th** 17:7,12
**15** 8:1
**18** 60:16

**2**

**20** 19:7
**2017** 13:19 54:3
**2020** 3:2,4
42:20 43:3
44:3,17
**2023** 26:25
28:14
**2024** 1:12 3:1
**2025** 60:16
**24** 12:22 36:16
**25** 8:14

**3**

**30** 46:3 58:22
**300** 6:3 60:13
**330** 60:12

**4**

**4** 15:10
**40** 10:8
**400,000** 39:13

**5**

**50** 36:2
**50,000** 46:2
**500,000** 39:10
**53** 54:5 56:19

**6**

**60** 24:12
**600** 40:18
**6th** 2:19 33:4
34:19 52:15

**8**

**8** 1:12
**80** 6:13

**9**

**900** 34:20

**a**

**able** 9:21 14:21
14:23,24 39:17
40:13 47:18
**abortion** 22:18
22:20,22,25
**abortions** 22:23
22:24

**abraham** 48:2
**absolute** 45:4
**absolutely** 17:6
40:2,23 41:1,2
**abuse** 42:4
**accurate** 60:4
**accusing** 33:4
**achievement**
27:15
**acting** 2:21
35:4
**action** 17:12,19
18:3,5,6 22:22
**actively** 36:21
**activity** 53:23
**actual** 20:24
**actually** 7:13
7:17 54:11
**adam** 33:1
**address** 48:17
48:22 49:2,4
**addressing** 4:4
**administration**
6:12 32:12
36:6
**advantage** 40:6
40:7
**adversaries**
51:19
**affinity** 58:17
**afraid** 12:15
**age** 14:1
**aged** 14:1
**agencies** 51:25

**agency** 24:6
**agenda** 9:6
53:16,25 54:1
55:5
**agents** 12:25
**ages** 42:12
**ago** 14:12,13
**agree** 7:23
43:16
**ahead** 10:22
**aid** 36:9
**allegations** 24:1
**allegiance**
58:17
**allowed** 35:20
39:17
**amendment**
17:7,12 57:16
**america** 15:11
17:25 46:20
**american** 5:10
49:3 56:17
**americans** 6:13
6:21 46:13
56:19
**amounted**
40:17
**analysis** 3:6
**announcer**
3:13
**answer** 21:10
21:10 22:4
23:4 31:3
40:22 58:8

Page 1

[answers - bring]

answers  21:9
anthony  33:2
anybody  25:16
  34:5 50:8
apartment
  11:21
apples  28:6
appoint  26:18
  26:25 28:15
appointed
  30:18
approve  21:13
approved
  28:24
area  19:15
argument
  38:12,13
army  24:1
asked  4:5 8:21
  24:4 32:3,22
  34:16 42:16
  48:21 59:5
asking  46:5,6
aspects  15:20
assad  36:2
  58:13
assassination
  45:14
assume  48:20
assumed  38:22
assuming  28:23
attacked  34:18
attacking  2:18
attempts  45:13
  45:14

attitude  40:15
attorney  23:20
  30:12 34:9
author  3:8 51:1
autozone  6:15
availability
  22:25
ayatollah  59:3

**b**

baby  34:14
back  2:15 10:8
  11:6,13 13:18
  16:3 17:15
  23:18,22 27:11
  27:16,21 29:11
  35:22,25 38:5
  47:12,13 48:3
  48:15,18 50:20
  50:23 52:9
  59:10
backdrop
  42:19
backed  52:11
backfired
  43:19
backing  56:17
bacon  28:7
bad  19:19
  20:17 43:24
  45:22 47:8,11
barr  24:15
based  5:21 28:9
  29:22
basically  49:19

basics  4:19
battlefields
  39:5
beat  43:24 48:4
beautiful  5:25
  5:25 39:2
began  4:21
believe  5:8 12:4
  22:16
believer  5:24
believes  53:17
bennie  33:13
  52:20
best  20:10
better  19:4
  20:8 21:2,9,10
  22:14 55:7
biden  2:12 7:11
  10:13,16 15:1
  23:10 24:14
  26:17,19 27:3,7
  27:8 28:16
  31:3 32:6,24
  39:17 43:11
  51:8 52:11
biden's  43:16
big  5:23 9:5
  19:10 21:14
  40:18 44:11,13
  47:6 51:6 56:5
biggest  5:4 21:6
  25:20 29:18
bill  24:15
billion  6:2,3,13
  40:18

billionaire  41:5
billions  5:17
  40:14
bills  40:1,2,4,21
birthright  17:1
  57:9,11
bit  9:23 20:6
  46:16 52:2
black  6:14
blame  54:14
blaming  46:7
bodies  39:14
body  39:7,8
bondi  25:11
  29:20 55:20
bondi's  28:22
book  24:12
border  4:4,17
  4:18 8:4,5,6
  10:15 15:16,20
  27:25 28:2,3
  45:9 51:15
borders  8:3,11
born  17:8
boy  46:9 58:3
branch  53:24
bread  47:19
break  16:1 28:1
  50:22
breaking  12:8
  15:25
bring  27:16,23
  28:10 47:12,12
  47:18,23,24

**[bringing - concerned]**

| | | | |
|---|---|---|---|
| **bringing** 4:3 48:12 49:20 | **canada** 6:2,7 7:21 | **change** 23:9,9 23:15,16 | **close** 8:3 |
| **brings** 49:12 | **canadian** 8:6 | **changed** 3:1 17:14 | **collins** 18:18 |
| **broadcast** 3:24 | **capacity** 12:23 | **chapter** 3:5 43:4 | **colorado** 11:19 12:1 |
| **broadly** 52:14 | **capitol** 2:18 18:11 34:19 | **charge** 56:4 | **combative** 52:18 |
| **broke** 51:7 | **capturing** 57:19 | **cheney** 33:3,9 33:21 52:20 | **come** 9:18,20 9:24 13:23 14:8 21:9 23:18 35:22 45:9 48:15 50:20 54:20 |
| **broken** 26:13 | **care** 11:22 18:10,21,22,24 20:8,25 21:6 53:8 | **chief** 3:9 45:5 51:4 | |
| **brought** 13:17 13:25 14:12 | | **children** 13:18 56:23 | |
| **building** 12:9 | **careful** 57:3 | **china** 5:17 | **comes** 15:6 42:25 52:2 |
| **bullet** 39:7 | **carnage** 49:3 | **choice** 13:4 23:24 24:4 | **coming** 7:12 8:4,6 31:12,13 31:13 47:25 |
| **business** 11:24 | **carol** 3:7 50:25 51:6,12 52:13 55:20 57:4,5 | **christopher** 24:16 30:17 | |
| **businesses** 14:16,17 | | **circumstances** 23:11 | **commit** 23:6,8 39:22 49:25 |
| **businessman** 41:8 | **cars** 40:9 | **cities** 38:8 | **committee** 33:4 33:6,13,25 52:15 |
| **buy** 28:6,6,7 47:19 | **case** 12:1,3 55:6,8 | **citizen** 17:24 | |
| | **cases** 14:14,16 14:17 29:8 34:24 | **citizens** 17:9 | **companies** 6:14 6:18 21:7 |
| **c** | | **citizenship** 17:1 57:9,11 | |
| **c** 60:1,1 | **celebrating** 58:25 | **civilization** 47:13 | **complexes** 11:21 |
| **cabinet** 4:4 23:24 24:15 59:7 | **ceo** 41:5 | **claim** 36:3 | **complicated** 12:18,21 |
| **call** 8:1 48:6,7 | **ceos** 6:17 | **clarity** 56:15 | **concede** 3:4 42:20 43:3,7 |
| **called** 24:13 | **certain** 15:2 | **clashed** 32:25 | |
| **calling** 19:20 | **certainly** 31:9 54:13 58:5,12 | **clear** 10:24 53:15 58:21 | **concepts** 20:23 21:2,3,25 |
| **calls** 24:12 | | **cleveland** 3:20 | |
| **cameras** 16:16 57:18 | **certify** 60:3 | **clinton** 24:14 | **concerned** 41:18 59:2 |
| **campaign** 5:1 20:23 26:22 34:18 45:12 46:14 | **chairman** 8:15 | | |
| | **challenge** 54:18 | | |
| **campaigned** 24:16 | **chance** 7:8 | | |

Page 3

**[conclusively - defended]**

| | | | d |
|---|---|---|---|

**conclusively** 38:14

**conditions** 22:2

**confidence** 24:3 45:20,22,24 59:6

**confident** 53:20 57:21

**confirmations** 54:7

**confirmed** 4:5 31:22

**congratulations** 17:23

**congress** 15:2 22:23 54:12

**congresswo...** 33:2

**consecutive** 3:19

**conservative** 25:16

**consider** 40:25 48:9

**considering** 32:24

**constitutional** 57:15

**consumers** 5:6 6:17,19

**control** 38:22 44:2,6

**controlled** 15:2

**conversation** 4:1 51:11 59:8

**convicted** 2:18 13:11

**correct** 9:8 15:22 17:2 41:15

**correspondent** 51:1

**corrupt** 25:5 27:1 30:3

**cost** 4:23 6:12 6:19,20 7:6

**costing** 13:4

**could've** 15:1,3 20:10 21:16 32:15

**couldn't** 11:22

**countries** 5:16 6:5,8 27:19 40:15 57:10

**country** 2:14 3:4 5:15 7:6,7 7:23 8:14 9:19 9:23,24 10:3,19 11:5,7 13:15,17 14:3,13 16:17 16:21 17:16,21 18:23 22:24 27:10,12,14,16 27:21,22,23 29:7 30:21,24 38:9 42:19,25 43:2,3,10,25 46:19,23,24 47:13,13,17 48:12 49:16,17

**convicted** 2:18 49:20 54:17 56:22 58:14 60:12

**country's** 46:24

**couple** 51:12

**course** 57:25

**court** 20:3 38:18

**coverage** 22:2,5

**covering** 53:21

**covid** 5:14 7:9 7:12 18:7 47:25

**created** 5:21,22

**crime** 27:7,17 30:23 47:14,14 47:18

**crimes** 34:20

**criminal** 9:7 10:25 16:13

**criminals** 11:4 11:14 13:5,10 47:17

**critic** 24:5

**critical** 56:3

**crooked** 25:4 26:12

**crying** 16:16 57:18

**current** 30:17

**cut** 41:6

**cuts** 41:16 54:16

**czar** 15:16,20

**damascus** 36:3

**dangerous** 10:6 29:13

**daniels** 3:8 50:25 52:16 56:9

**data** 54:22 55:1

**date** 60:16

**day** 2:23,24 4:6 4:9 17:1 25:17 35:6,7,8,10

**days** 2:23 4:3 35:6 53:23

**dead** 48:3

**deal** 21:14 56:8

**death** 21:18

**decades** 58:19

**december** 1:12

**decision** 19:8 19:10 20:13 28:21,22 52:22

**decisions** 51:23

**decisive** 3:21 53:18

**decker** 6:14

**dedicated** 46:19

**deep** 24:13,17

**deeply** 42:25 43:10,15

**defected** 54:4

**defend** 40:12

**defended** 23:23

Page 4

**[defense - drive]**

| | | | |
|---|---|---|---|
| **defense** 23:25 | **destroying** | **dishonest** 25:4 | 29:5,23 30:2,7 |
| 41:10,22 | 24:16 33:6 | **disservice** | 30:11,19 31:7 |
| **defensive** 58:14 | **detention** 12:23 | 18:20 | 31:20,23 32:8 |
| 58:15 | **devastating** | **distance** 51:20 | 33:9,12,15,18 |
| **definitely** 43:19 | 39:11 | **divided** 42:19 | 33:22 34:1,4,8 |
| 58:16 | **developed** 21:4 | 43:1,10,16,18 | 34:11,22 35:1,3 |
| **delve** 4:25 | **didn't** 38:19 | 43:25 | 35:7,9,13,17 |
| **democratic** | **difference** | **divider** 43:17 | 36:11,13,19,23 |
| 58:18 | 55:11 56:1 | **doctors** 21:7 | 37:1,5,9,14,19 |
| **democrats** 14:8 | **different** 5:16 | **doesn't** 10:10 | 37:23 38:2,17 |
| 14:9 15:7 | 10:1 28:22 | **doing** 11:14,21 | 38:20 39:12,21 |
| 21:11 24:13 | 53:5 55:11 | 22:16 28:19 | 39:25 40:5 |
| 44:1,6 | 56:25 58:18 | 40:21 48:5 | 41:1,15,20,23 |
| **demolished** | **difficult** 14:10 | **dollars** 5:18 | 42:2,4,11,14 |
| 38:9,10 | 25:15 54:13 | 40:14 | 43:5,9,14 44:5 |
| **deniability** | **dig** 56:20 | **donald** 1:14 2:3 | 44:10,13,18,23 |
| 55:19 | **dinner** 8:2 | 2:8,13,20,24 | 45:3,16,19 |
| **deniers** 55:21 | **direct** 20:3 | 3:18 4:11,14 | 46:15 49:5,9 |
| **denies** 24:3 | 23:19 25:8 | 5:7,11 6:20 | 50:2,7,15,19 |
| 33:7 | 30:6 34:7 | 7:20 8:19 9:1,4 | 53:9 |
| **department** | 55:23 | 9:8,12 10:9,12 | **don't** 8:20 |
| 20:3 21:20 | **directing** 44:16 | 10:22 11:3 | 29:13 |
| 41:13 43:21 | **direction** 55:23 | 12:2,6,12,15,20 | **door** 58:3 |
| 44:16 51:21 | **director** 23:20 | 13:3,9,22 14:7 | **doors** 12:8 |
| **deport** 2:6 9:10 | 24:5,9 30:17 | 14:22 15:14,17 | **double** 28:7 |
| 12:23 13:1 | 34:7 | 15:22,24 16:6 | 40:12 |
| **deportation** 2:4 | **disagree** 38:21 | 16:24 17:2,5,10 | **dr** 33:1 |
| 9:3 56:18,20 | **discussed** 31:1 | 17:13,20 18:4 | **dreamers** 13:16 |
| **deportations** | 51:10 | 18:16 19:24 | 13:17,22,24 |
| 57:16 | **discussion** 1:15 | 20:5 21:1,5,22 | 14:4,11,11 56:8 |
| **deported** 13:20 | **disgrace** 29:2 | 22:4,9,13 23:2 | **drill** 34:14,14 |
| 15:21 57:19 | 40:11 | 23:7 24:10,19 | **drilling** 45:8 |
| **deporting** 56:6 | **disgusting** | 24:24 25:3,9 | **drinking** 24:2 |
| **deranged** 29:10 | 35:19 | 26:7,11,20,23 | **drive** 6:16 |
| | | 27:4,9 28:18 | |

**[drop - fauci]**

**drop**  11:12
**dropped**  27:21
  32:17,20
**drug**  27:20
**drugs**  8:7,8,9

**e**

**e**  60:1
**ear**  31:11
**earlier**  51:7
**easy**  9:20 38:13
**economically**
  7:14
**economics**  4:15
  7:16
**economists**  5:5
**economy**  2:3
  4:23 5:14 6:21
  54:23
**edition**  3:12,15
**editor**  3:7
  50:25
**effectively**
  21:20
**efficiency**  41:14
**efficient**  42:7
**eggs**  28:7
**elect**  1:13 2:3
  3:18,22 23:19
  23:23 32:23
  33:1 34:17
  35:23 36:4
  41:4 42:17
  48:16 50:19
  51:14

**elected**  37:8,13
**election**  3:1,4
  3:24 28:9
  38:10 42:20
  43:4 44:8
  52:25 55:21
**elections**  44:4
**elon**  41:5,12
**else's**  52:22
**embattled**
  23:24 59:7
**emboldened**
  52:25 53:17
**empathized**
  55:22
**emptied**  38:8
**emptiness**
  11:10
**ended**  8:1
**enemies**  2:11
  23:21 26:6
  55:17
**energy**  4:16
  5:22
**enforcement**
  45:5
**enormous**  54:8
**entire**  27:6
**entitlements**
  41:10 42:9
**entrenched**
  18:13
**especially**
  56:18

**estate**  11:23
**estimated**
  15:10
**estimates**  10:2
**eugene**  3:8
  50:25 52:8,16
  56:7,9
**european**  40:8
**everybody**
  19:20 21:11
  25:24 33:13
  34:2 46:22
  47:4
**everything's**
  12:21 32:17
**exact**  31:4
**exactly**  11:13
  23:3 53:11
  57:22
**example**  7:21
**excessive**  24:2
**exclusive**  2:2
**execute**  29:11
**executive**  4:10
  17:12,18 18:2,5
  18:6 22:22
  53:23 57:13
**expectation**
  26:5
**expensive**
  18:22,23
**experienced**
  30:13 49:13,13
**explain**  21:6

**extensively**
  3:21
**extent**  15:3
  28:22
**extraordinary**
  42:17 45:13

**f**

**f**  60:1
**fabrizio**  48:1
**facing**  24:1
**fact**  5:18 6:18
  7:25 31:21
  49:23 54:5
  59:1
**failure**  19:13
**fair**  6:10 25:13
  25:14 40:22
**fairly**  40:22
  47:7
**fallen**  20:11
**families**  5:10
  15:11 16:1
**family**  10:5
  16:2 27:7 36:3
**famous**  19:2
**fan**  25:20,24
**fani**  32:18,18
**fantastic**  59:8
**farms**  13:14
**fascinating**
  52:17 53:2,13
**fast**  6:10
**father**  16:8
**fauci**  33:2

Page 6

**[favor - government]**

| | | g | |
|---|---|---|---|

**favor** 34:5
**fbi** 23:19 24:5,9
　30:17 31:16
　34:7 51:20
**fbi's** 31:16
**feasible** 18:12
**february** 60:16
**federal** 8:16
　41:17
**feel** 38:11 45:15
　56:16
**feels** 52:25 53:1
　53:16
**fees** 32:15
**fell** 36:1
**fiction** 10:14
**field** 6:10
**fields** 39:15
**fight** 7:1,8
　40:20 52:23
**fighting** 40:19
　46:8
**figure** 10:7,11
**filthy** 35:19
**final** 46:12
**finally** 42:16
**find** 16:9 19:4,5
　28:19
**fire** 30:17 31:18
**first** 2:22,23,24
　3:18,23 4:2,6
　6:12 13:4 18:7
　35:5,6,7,8,10
　49:2,14 51:22
　53:23 57:9

**fix** 18:7 20:15
**fleeing** 58:14
**flew** 7:25
**florida** 30:13
**flurry** 4:9
　53:22
**focus** 4:3 10:25
　34:13
**focused** 16:16
**folks** 52:1
**follow** 34:17
**food** 40:10
**foot** 17:22,22
　17:22
**force** 6:16
**foregoing** 60:4
**foreign** 36:4
　57:24
**former** 3:9,10
　24:15 33:2
　41:7 51:2,4
**fortune** 13:5
**fought** 20:18
**four** 2:7 4:1
　9:11 14:25
　35:14 43:2
　45:17 47:5,7,8
　50:3
**fraud** 42:5
**friday** 3:23
**fronts** 51:17
**full** 50:6,18
**fully** 21:4
**funding** 58:21

**gabbard** 59:3,5
**gang** 11:16
**gangs** 11:17
**general** 23:20
　30:13 34:10
**george** 48:2
**getting** 4:4 7:15
　11:13,15 40:25
　42:8 45:8 48:5
　48:8 54:11,13
　56:24
**give** 4:12 7:21
　23:10,12,13
　31:3 49:7
　55:18
**given** 32:9
**gives** 48:16
　53:10
**giving** 45:25
**go** 2:12,15 7:8
　10:22 11:2
　17:15 21:14
　22:3,14 23:9,20
　26:19 27:1,8,11
　27:21 28:15
　32:11 33:19,21
　34:3 38:5,16
　52:10 55:16
**goes** 10:8,9
　13:7
**going** 2:12,20
　4:9,15,17 6:1,5
　6:15,23 7:2,17
　8:13 9:19

10:25 11:15
13:7,23 14:3,6
14:18 16:11
17:14,19,25
18:6 21:13
23:10,13,16
24:20 25:7
26:2,18 27:7,8
28:9,14,16,21
28:21,24 30:5
30:15,16 31:5,8
31:8,25 32:4,13
33:14 34:6,13
34:13,22,23
35:3,11 40:16
41:21 42:7
43:1,12 44:3,19
45:2,15 46:15
46:21,22 47:20
47:22,22,23
48:7 49:10,11
49:14,15,20
51:8 52:12
53:11,22 54:2,7
54:8,9,12,14
55:16 56:11
57:7,8,22
**good** 3:17
19:10,14,17,18
25:13 44:20
46:22 50:11
**gotten** 29:19
56:15
**government**
36:1 41:6,14,17

**[government - inflation]**

58:1
**gowdy**  25:18,23
  25:24
**great**  6:21 7:1
  14:15 18:19,20
  25:10,22 27:15
  27:23 30:12
  44:19 46:20
**greatest**  5:14
  27:15 46:17
**groceries**  28:3
  28:4,6 51:16
**group**  15:10
**grover**  3:20
**guarantee**  5:9
  5:12,12 22:3
**guess**  25:22
**guilty**  32:13
  34:20
**guys**  6:25

**h**

**hague**  29:11
**half**  3:25 5:20
  22:23
**handed**  5:19
  7:10
**handled**  19:15
**happen**  26:10
  39:17 47:20
**happened**  29:8
  31:10 38:23,24
  38:25 45:23
**happening**  39:6
  58:1

**happens**  56:23
**happy**  31:9
  49:11
**hard**  9:13 54:9
**hardline**  24:5
**hardliners**  56:4
**hardship**  54:10
**hate**  23:9
**he'll**  4:5 51:20
**head**  41:13
  47:6
**headline**  56:6
**health**  18:10,20
  18:21,22,24
  19:9 20:8,24
  21:6
**healthcare**
  22:15
**hear**  41:18 52:9
**heard**  3:20
  53:15 55:17
**heaven**  31:13
**hegseth**  23:25
  23:25 24:4
  59:6
**help**  54:6
**helped**  29:17
**hero**  19:3
**he's**  2:25 30:23
**high**  30:23
  32:11
**higher**  7:11,13
  39:13
**highest**  48:1

**hill**  18:11
**hillary**  24:14
**histories**  11:1
**history**  3:15
  5:14 9:7 27:2
  29:7,19 46:18
  49:22
**hoax**  25:23
  32:18,19
**homan**  15:16
  15:20
**home**  30:20
**honest**  18:7
  20:6
**honestly**  33:18
**horrible**  16:12
**horrific**  45:13
**host**  51:3
**hour**  3:25
**hours**  36:16
**house**  3:10 44:2
  44:7 45:15
  50:25 51:2
  54:4,14
**human**  19:9
  20:12 39:7
**hundreds**  5:17
  39:2,9,14 40:13
**hunter**  32:6
  51:9
**hyde**  60:3

**i**

**ice**  12:23
**ideas**  56:14

**ideological**  53:3
  53:14
**illegally**  2:6
  9:10,16 11:1
  13:2,18 15:13
**immediately**
  4:17
**immigration**
  15:11 27:25
  28:1 56:5,12,15
  57:2
**impeachments**
  29:16
**impede**  37:17
**importantly**
  8:7,8
**impose**  7:18
**impunity**  11:22
**inaugural**
  48:17,22 49:2,4
**inauguration**
  49:1
**includes**  24:13
  24:14
**including**  23:24
  33:1 34:19
  36:5 49:23
  52:19
**indictments**
  29:15
**individual**
  34:24
**inflation**  5:2,18
  5:19,22

Page 8

**[inherited - kristen]**

**inherited** 19:6 19:8
**inside** 51:3
**insight** 3:6
**institution** 11:7
**institutions** 11:6 27:20 30:25 45:10
**instruct** 30:15
**intends** 56:1
**interest** 58:15
**interested** 44:25 45:4,6,7
**interesting** 39:4 52:6 55:1
**interestingly** 57:1
**interview** 1:13 2:2 3:24 4:21 23:23 32:4 50:19 52:18 53:21
**invaded** 30:20 30:21
**investigate** 29:22 44:17
**investigated** 30:1
**investigating** 29:21
**investigations** 24:18 26:6 51:23
**investigators** 29:21

**israel** 38:22
**issue** 22:20 35:11
**issues** 4:22 36:5 52:5
**it'll** 52:6
**item** 54:1
**items** 9:6 53:16
**it's** 9:13,14 22:10 39:11 40:12 49:5 55:4
**i'll** 23:3
**i'm** 30:7,8

**j**

**jack** 29:10,22 30:1,9
**jail** 33:19,21 34:3,10 52:1,21
**january** 2:19 33:4 34:19 48:19 52:15
**jen** 3:11 51:3,3 54:16,21,25 55:4,9 57:24 58:5,12
**jerome** 8:16,18
**job** 4:18 16:19 54:9
**jobs** 14:15 52:4
**joe** 2:12 23:10 24:14 26:19 27:3,8 28:15 31:3 43:11 46:2

**john** 18:16,24 20:18
**johnson's** 54:7
**joining** 3:6
**judges** 12:25
**june** 26:25
**justice** 20:2 21:20 43:20 44:16 51:21
**justin** 7:24 8:12

**k**

**kamala** 55:7
**kash** 24:5,8,17 25:13,14 26:5 28:23 31:19,24 55:20,21
**kash's** 25:20
**keep** 15:25 16:2 51:20
**keeping** 49:17
**kept** 38:22
**key** 51:10
**kids** 15:15 16:4
**kill** 21:20,22
**killed** 21:17 38:4 39:1,3,8
**kind** 53:7,9 56:14,21
**kinds** 56:13
**knew** 23:13 43:23
**knock** 50:10
**know** 4:13 9:15 9:16 11:8,13,25 15:1,2 16:10

17:17,20,21
18:4 20:12
22:10 25:15,16
25:24,25 26:1
26:14 27:24
28:1,4,25 31:15
35:17 38:7,11
39:3,5,7 43:17
44:24 45:5,7,20
45:21 46:24,25
47:23 48:11
49:18 51:13,19
51:23,25 52:2
53:7 54:19
55:9,22 56:22
57:8,9,15,20
**knowing** 52:3
**kristen** 1:13 2:1
2:5,10,17,22,25
3:16,17 4:8,12
4:21,25 5:9
6:11 7:17 8:15
8:24 9:2,5,9
10:7,11,20,23
11:25 12:4,10
12:14,17,22
13:8,16 14:5,20
15:9,15,19,23
16:4,22,25 17:3
17:7,11,18 18:2
18:9 19:22
20:1,22 21:3,19
21:25 22:7,11
22:17 23:6,18
23:22 24:8,11

Page 9

**[kristen - make]**

| | | | |
|---|---|---|---|
| 24:22 25:1,7 | **large** 14:17 | **liberal** 48:9 | **loss** 3:2 |
| 26:4,9,16,22,24 | **largely** 38:8 | **liberty** 9:22 | **lost** 39:10,12 |
| 27:6 28:11 | **lashed** 33:4 | **life** 45:14 | 42:21 |
| 29:3,20,25 30:5 | **launch** 24:17 | **likely** 58:21 | **lot** 4:11,14 5:15 |
| 30:9,16 31:5,18 | **law** 16:14 26:13 | **lincoln** 48:2 | 5:16 8:5,6 |
| 31:21 32:3,22 | 45:5 | **list** 24:11,18 | 19:11 31:15 |
| 33:11,14,17,20 | **lawmakers** | **listen** 55:13 | 32:15 41:17 |
| 33:24 34:3,6,9 | 18:11 | **literally** 11:20 | 45:21,23 47:7 |
| 34:16,25 35:2,5 | **laws** 9:15 16:20 | **little** 9:23 20:6 | 53:21 55:7 |
| 35:8,11,16,22 | **lawyer** 32:10 | 52:2 57:6 | 56:14 |
| 35:25 36:8,12 | **lawyers** 32:10 | **living** 4:23 | **lot's** 4:15,16 |
| 36:15,21,24 | **lead** 24:6 | **liz** 33:2,20 | **lousy** 18:21,24 |
| 37:3,7,12,18,21 | **leaders** 38:1 | 52:20 | 19:25 21:9 |
| 37:25 38:16,18 | **leadership** | **loaf** 47:19 | **love** 9:24 19:5 |
| 39:11,19,22 | 54:15 | **local** 11:25 12:5 | 47:21 |
| 40:3,24 41:4,12 | **leading** 43:1 | **logistics** 12:18 | **lower** 5:2 |
| 41:16,22,25 | **leave** 8:17 | **long** 35:14 | **lowest** 11:9 |
| 42:3,9,13,16,23 | **ledanski** 60:3 | 53:21 | **loyalty** 55:25 |
| 43:7,12 44:1,7 | **lee** 3:7 50:25 | **longer** 14:14 | **lying** 39:15 |
| 44:12,15,20 | 51:12 57:5 | 18:12 | |
| 45:1,11,17 | **left** 19:3 48:6,6 | **longest** 3:14 | **m** |
| 46:11 48:15,18 | 51:24 58:3 | **look** 4:2 5:13 | **made** 6:21 7:6 |
| 48:25 49:7,21 | **legal** 21:23 | 16:8,21 31:10 | 14:9 19:18,20 |
| 50:5,13,18,23 | 32:15 60:11 | 32:13,16 34:12 | 20:9,10 21:24 |
| 51:13 52:8 | **legally** 15:16 | 34:23,23 38:7 | 45:12 |
| 53:13 55:10 | 16:5 | 40:6 45:25 | **madman** 7:5 |
| 56:3 57:4,23 | **legislation** | 58:12 | **maga** 46:17,18 |
| 58:10,20 59:4 | 54:11 | **looked** 53:20 | 46:22 |
| **l** | **legislative** | **looking** 2:14,15 | **major** 6:14 |
| **lago** 7:25 8:2 | 53:25 54:1 | 21:7,8 27:10,11 | **make** 2:14 6:1 |
| 30:22 | **letter** 50:5 | 27:11,22,23 | 6:17 9:19 |
| **land** 17:23 | **level** 6:9 39:4,4 | 35:10 | 10:23 19:9,10 |
| **language** 14:2 | 39:5 | **lords** 27:20 | 19:10,11,17,18 |
| 52:15 | **levels** 8:9 38:4 | **lose** 54:11 | 20:16 27:10,12 |
| | 48:10 | | 27:13,22 31:19 |
| | | | 42:6 49:10 |

Page 10

**[making - ny]**

| | | | |
|---|---|---|---|
| **making** 19:19 | 50:6 | **mixed** 15:11 | **need** 12:22 |
| 46:19 49:16,22 | **medicare** 41:18 | 52:3,13 | 17:23 31:14 |
| **man** 25:21 32:1 | 42:1 | **moderate** 25:18 | 38:12 55:23 |
| **managing** 3:7 | **medication** | **moment** 42:17 | **negative** 26:1,2 |
| 50:24 | 22:24 | 45:22 57:24 | **negotiating** |
| **mandate** 51:15 | **meet** 1:12 3:12 | **money** 7:7 | 7:18 |
| 53:17 | 3:16 59:11 | 20:15 22:15 | **negotiation** |
| **manpower** | **member** 39:23 | 40:20 | 37:17 |
| 46:5 | **members** 24:12 | **morning** 3:17 | **neighbors** |
| **mar** 7:25 8:2 | 24:15 54:10 | **move** 44:17 | 56:22 |
| 30:21 | **mental** 11:6,7 | 51:16 53:1 | **never** 7:7 8:9 |
| **marc** 3:9 51:4 | 27:20 30:25 | **murder** 10:1 | 14:25 15:4 |
| 53:14,19 54:19 | 45:10 | **murdered** | 27:21 38:24,24 |
| 54:22,23 55:2,6 | **mention** 12:24 | 10:17 13:13 | 39:16 46:17 |
| 58:20,23 | **mess** 16:21 | **murderers** 10:2 | 48:10 |
| **market** 7:11 | **message** 35:23 | 10:17 13:11 | **new** 3:23 |
| **mass** 2:4 9:3 | 49:4,10,11 52:2 | **murkowski** | **news** 3:7,13 |
| 56:18,20 57:16 | **messaging** | 18:17 | 50:24 51:7 |
| **massive** 58:16 | 52:14 | **musk** 41:5,13 | **news's** 32:23 |
| **matter** 11:7 | **mexico** 6:3,6 | **n** | **nice** 48:7 49:19 |
| **mccain** 18:17 | 7:22 8:12 | | **night** 12:7 |
| 18:24 20:18 | **middle** 14:1 | **n** 60:1 | **nobody's** 38:4 |
| **mclaughlin** | **migrants** 30:24 | **named** 24:8 | **nominating** |
| 48:1 | **mike** 3:10 51:5 | **names** 19:8 | 56:2 |
| **mean** 12:3 | **militarily** 47:1 | 52:20 | **non** 3:19 |
| 13:11 14:5 | **million** 12:24 | **nations** 40:8 | **nope** 10:10 |
| 15:19 23:8 | 15:10 | **nato** 36:6 39:20 | **northern** 8:4 |
| 24:19 31:23 | **millions** 7:22 | 39:22,24 40:14 | **notes** 52:13 |
| 37:9 41:9 50:8 | 27:17 | 40:23 58:3,4 | **number** 11:14 |
| 55:11 | **mind** 3:1 | **nato's** 40:5 | 31:17 38:22,23 |
| **meaning** 40:8 | **mineola** 60:14 | **nbc** 3:7,13 | 38:25 40:7 |
| **means** 56:21 | **misconduct** | 32:23 50:24 | **numerous** |
| **medicaid** 41:19 | 24:2 | **nbcnews.com.** | 13:13 |
| **medical** 19:15 | **misunderstood** | 50:20 | **ny** 60:14 |
| 48:23 49:25 | 25:21 | **nearly** 3:25 | |

**[o - plan]**

| o | | | |
|---|---|---|---|
| **o** 60:1 | **opponent** 43:22 | **parents** 15:12 | 22:1 24:12,18 |
| **obamacare** | 43:23 | **part** 7:9 27:5 | 25:10 27:18 |
| 18:12,15,21 | **opposite** 31:4 | 33:3 | 29:12 32:25 |
| 19:6 20:19 | **option** 32:9,14 | **particular** 5:16 | 34:20 35:13,23 |
| 21:8,15 | **order** 31:19 | 7:22 | 38:3 39:1,3,8 |
| **obligation** | 57:13 | **partners** 5:5 | 41:17 42:5,7 |
| 19:17 25:6 | **orders** 4:10 | **party** 25:20 | 44:15 45:9,20 |
| **obvious** 31:24 | **outside** 7:15 | **pass** 6:18 9:21 | 46:2,3,9,19 |
| **office** 2:2 4:6 | 13:10 | **passed** 54:4 | 47:18 48:8 |
| 23:1 36:12,17 | **overnight** 36:1 | 55:24 | 49:17 51:24 |
| 39:20,24 42:18 | **overridden** | **past** 2:15 24:1 | 52:4,4 55:19 |
| 48:21 49:22,25 | 27:17 | 27:11 | 56:2,17 57:14 |
| **officer** 45:5 | **overseas** 47:10 | **patchwork** | **perceived** |
| **oh** 12:2 31:11 | **overturn** 19:23 | 53:5 | 51:18 |
| 32:14 45:1 | 20:2,4 | **patel** 24:5,8,17 | **percent** 7:3 |
| 54:19 | **overturned** | 25:13 26:5 | 8:14 56:19 |
| **ok** 42:13 | 20:7 | 28:23 31:19 | **period** 10:13,16 |
| **okay** 9:2,4 | **overturning** | 55:20,21 | 28:8 |
| 11:24 16:24 | 22:19 | **patrol** 10:15 | **person** 10:18 |
| 19:1 35:2,16 | | **pause** 28:11 | 25:19 30:12 |
| 40:8 42:9 48:7 | p | **pay** 5:6,10 7:2 | 48:20 49:24 |
| **old** 60:12 | | 40:1,1,4,16 | **persons** 17:8 |
| **oldest** 48:20 | **package** 54:3 | **paying** 40:17 | **pete** 23:25 59:6 |
| 49:24 | **page** 3:5 43:4 | 40:21 | **physical** 21:23 |
| **once** 13:18 | **pam** 25:11,11 | **pence** 3:10 51:5 | **pick** 59:7 |
| **ones** 4:13 58:24 | 28:22 29:20 | **people** 4:13 | **picked** 55:19 |
| 59:2 | 44:19 55:20 | 7:22 9:7,16,17 | 55:24 |
| **online** 9:18 | **panel** 1:15 | 9:20,25 10:6,19 | **picks** 4:5 23:24 |
| **open** 8:11 | 50:20,24 | 10:25 11:5,11 | **piece** 54:21,25 |
| 14:11 35:20 | **pardon** 2:18 | 11:18 12:24 | **pills** 22:25 |
| 58:3 | 23:11,12,13 | 13:10,11,12,13 | **place** 32:1 |
| **opinion** 20:6 | 32:5,7,13 34:18 | 13:25 14:2,14 | 35:19 |
| 38:21 | 51:9 | 15:10 17:15 | **places** 11:19 |
| | **pardoned** 32:6 | 18:22,23 19:12 | **plan** 2:5 9:9 |
| | **pardons** 32:24 | 19:14 20:14,16 | 14:8,9 15:23 |
| | 35:12 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[plan - prisons]**

17:4 20:23,24
21:2,4 22:1
50:13
**planes** 12:25
**plans** 2:3 8:24
34:17 51:16
**plausible** 55:18
**play** 12:6,7
57:7,17,22
**playbook** 3:8
51:2
**playing** 6:10
**plays** 52:6
**pleaded** 34:20
**plus** 2:17
**pod** 47:14
**point** 11:9
12:11,18 20:24
56:4
**points** 52:19
**police** 12:1,5,13
12:13
**policies** 55:12
56:11
**policy** 36:4
53:5 56:5
57:25
**political** 2:11
19:12 21:16
23:21 26:6
43:21,22 51:18
55:17
**politician** 25:5
**politico** 3:8
51:1,2

**politics** 25:21
**polls** 47:25
56:19
**popped** 53:3
**popular** 25:12
**position** 23:14
58:24
**possibility**
40:25
**possible** 48:11
**possibly** 36:11
**post** 8:17
**posted** 52:9
**posture** 51:17
**potentially** 58:4
**pouring** 7:23
8:7,8,9,10
30:24 45:9
**powell** 8:16,18
**power** 44:9
46:5 47:1
**powerful** 7:14
**praises** 25:17
**pre** 5:13
**precious** 44:21
**preemptive**
32:24
**preexisting**
22:1
**prepare** 36:8
**prescriptions**
53:5
**present** 21:10
**president** 1:13
2:2,8,13,20,24

3:10,18,19,22
4:11,14 5:7,11
6:20 7:20 8:12
8:19 9:1,4,8,12
10:9,12,22 11:3
12:2,6,12,15,20
13:3,9,22 14:7
14:22 15:14,17
15:22,24 16:6
16:24 17:2,5,10
17:13,20 18:4
18:16 19:24
20:5 21:1,5,22
22:4,9,13,21
23:2,7,19,23
24:10,19,24
25:3,9 26:7,11
26:17,20,23
27:2,4,9 28:18
29:5,23 30:2,7
30:11,19 31:7
31:20,23 32:6,8
32:23,24 33:9
33:12,15,18,22
34:1,4,8,11,16
34:22 35:1,3,7
35:9,13,17,23
36:4,11,13,19
36:23,25 37:1,4
37:5,9,13,14,19
37:23 38:2,17
38:20 39:12,21
39:25 40:5
41:1,4,15,20,23
42:2,4,11,14,17

43:5,9,11,11,13
43:14,15,16
44:5,10,13,18
44:23 45:3,6,16
45:19 46:15
48:4,4,16,19
49:5,9 50:2,7
50:15,19 51:5,8
51:14 52:11
**presidents**
58:19
**press** 1:12 3:10
3:12,16 51:2
59:11
**pressed** 36:3
**pretty** 31:24
52:14
**preview** 48:16
49:8
**previous** 6:11
7:12
**price** 5:6 28:8
**prices** 4:3 5:3
6:16 22:3,8,12
22:14 27:24
28:10 45:8
47:16
**primary** 41:7
**prior** 47:25
**priorities** 55:12
**prioritizing** 9:6
**prisons** 9:25
11:9,11 27:19
30:25 45:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[probably - reputation]**

| | | | |
|---|---|---|---|
| **probably** 8:22 | **public** 16:18 | **ramaswamy** | **regulations** |
| 11:16 23:2,3 | 57:1,20 | 41:8,13 | 9:15 16:9 |
| 25:5 26:13 | **publicly** 57:17 | **ran** 48:3 | **relaxed** 53:20 |
| 29:17 36:14 | **pulled** 56:24 | **range** 36:4 | **release** 48:23 |
| 39:10,13 43:19 | **pulling** 58:4 | 49:23 | 50:14 |
| 52:1 | **purity** 53:3,15 | **ranging** 4:1 | **released** 10:2 |
| **problem** 6:22 | **purposes** 7:3 | **rapidly** 11:15 | 50:3 |
| 50:16 | **pursue** 26:5 | **reaction** 50:21 | **releasing** 49:25 |
| **problems** 6:23 | **pushed** 58:7 | **ready** 53:1 | **relief** 54:3 |
| **proceedings** | **put** 8:13 10:14 | **real** 4:18 11:23 | **remain** 39:23 |
| 60:5 | 11:6 19:2 | 26:18,25 28:15 | **remember** 49:1 |
| **process** 29:10 | 40:14 51:24 | 57:21 | **renew** 54:3 |
| **product** 40:10 | 53:14 56:4 | **realistic** 13:1 | **repairing** 20:19 |
| **progressive** | 58:13 | **really** 2:13 7:7 | **repeal** 18:12 |
| 48:9 | **putin** 36:25 | 11:15 18:19 | 19:1,20 |
| **promise** 34:18 | 37:4,13 58:9,15 | 19:16 27:9 | **repealing** 18:15 |
| **promised** 16:25 | 59:3 | 38:13 43:24,25 | **repeatedly** 58:7 |
| **promises** 2:4 | **putting** 23:14 | 45:24 46:7 | **replace** 8:18 |
| 5:1 16:23 | 41:9 52:4 | 54:2,9,9 56:3 | 18:12 19:1 |
| **properly** 7:4,5 | | 58:3 | **replacing** 18:15 |
| 7:13 | **q** | **reasonable** | 20:19 |
| **proposes** 41:16 | | 28:20 | **report** 50:6 |
| **proposing** 5:3 | **qanon** 55:22 | **reasons** 49:23 | **reporting** 32:23 |
| **prosecute** 30:9 | **question** 46:12 | 54:24 55:2 | **reports** 50:9,11 |
| **prosecutor** | 58:8 | **rebels** 36:3 | **republican** |
| 26:18 27:1 | **quickly** 2:21 | **recently** 37:11 | 18:10 53:6,11 |
| 28:15 | 35:4 51:16 | 47:7 | 54:6 58:19 |
| **protect** 40:16 | **quote** 13:19 | **reconsidering** | **republicans** |
| **proud** 20:13 | 17:8 26:17 | 32:7 | 14:10 53:12 |
| **proven** 38:14 | | **record** 60:5 | 54:4 |
| **psaki** 3:11 51:3 | **r** | **records** 33:6 | **republican's** |
| 51:4 54:16,21 | | 48:23 50:1 | 29:18 |
| 54:25 55:4,9 | **r** 60:1 | **refused** 58:7 | **reputation** |
| 58:5,12 | **raised** 12:10,17 | **regret** 20:14 | 47:10,11 |
| | **raising** 42:12 | | |
| | **rallies** 12:7 | | |
| | **rally** 46:1,2 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[reserve - slash]**

**reserve** 8:16
**resources** 44:21
**respect** 31:15
   31:16
**respected** 25:19
**respects** 25:25
**response** 33:3
   58:13
**responsibility**
   22:18
**rest** 29:9
**restrict** 22:22
   22:25
**restricted**
   45:25
**retribution**
   2:11,15 27:12
   51:18 52:12
   55:14,15
**return** 2:1
**revelatory**
   57:23
**rich** 6:1
**rid** 47:14
**ridiculous** 18:1
**rig** 44:11,14
**right** 8:25 15:3
   19:13 20:8,9,11
   21:15 24:20,23
   25:2 32:1,16
   44:24 45:4
   52:18,19,23
   53:4 58:25
**rivals** 41:8

**road** 60:12
**rocket** 25:12
**roe** 22:19
**room** 31:19
**rot** 19:11,12
**rule** 36:2
**rules** 9:15 16:8
**running** 3:14
**russia** 25:23
   38:25 58:17
**russia's** 39:9
**russians'** 58:15

**s**

**safe** 45:15
   49:16
**safety** 46:23
**sake** 3:3 43:2
**sat** 3:22 32:4
**saved** 21:15
   32:15
**saw** 47:24
**saying** 6:15,25
   10:20,24 11:2,3
   14:21 18:25
   23:4 28:12,16
   51:22 52:3
   55:16 57:3
**says** 17:8
**schiff** 33:1
**second** 36:6
   38:6 49:4
**seconds** 8:1
   58:22
**secret** 45:20
   46:3,4

**secretary** 3:11
   23:25 51:3
**security** 41:19
   42:3,6
**see** 8:20 13:7
   18:14 26:9
   29:25 52:6
   53:22 56:23
**seeing** 56:14
**seek** 2:10
**seem** 31:24
   52:18
**seemed** 15:5
   57:6
**seen** 8:9 11:18
   38:5 39:16
**senate** 54:14
**senator** 33:1
**senators** 54:6
**send** 16:3 34:10
**separation**
   15:18
**series** 16:19,20
**service** 45:20
   46:4,4
**services** 19:9
**sets** 17:22
**sexual** 24:2
**share** 52:5
**sharply** 42:19
**shift** 58:16
**ship** 25:12
**short** 3:9 28:8
   51:4 53:19
   54:19,23 55:2,6

   58:23
**shot** 31:11
   47:11,20
**should've** 14:24
   39:16,17
**shouldn't** 6:4
**show** 3:14
   16:13,14
**shows** 23:10
   52:24
**shrapnel** 31:12
   31:12
**sides** 39:9
**signature** 5:1
   60:9
**significant**
   10:21 28:12
**signing** 4:9
**simple** 28:3
   46:20
**singing** 25:17
**single** 12:7
**sir** 6:11 10:21
   12:10 13:17
   19:23 20:22
   21:21 22:1,12
   22:18 25:2
   29:4 30:16
   32:12 38:18
   39:19 42:23
   44:1 46:12
   48:5,25 49:21
**situation** 59:1
**slash** 46:5

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[small - take]**

| | | | |
|---|---|---|---|
| **small** 14:16 | **spending** 5:22 | **stepped** 45:24 | **successfully** |
| **smart** 25:19 | 41:6,10,22 | **steps** 22:20 | 7:10 |
| 30:12 | **spoke** 3:25 7:24 | **stinks** 21:8 | **succinctly** |
| **smith** 29:10,22 | 7:24 | **stock** 7:11 | 51:14 |
| 30:1,10 | **spoken** 37:11 | **stop** 8:13 37:20 | **suffered** 20:17 |
| **social** 26:25 | 37:12 | 39:18 | **suggesting** |
| 28:14 41:19 | **spotlight** 41:9 | **stopped** 6:25 | 51:19 57:15 |
| 42:3,6 52:10 | **staff** 3:9 51:4 | **stopping** 45:8 | **suing** 30:21 |
| **soldiers** 38:8 | **standards** | **stops** 39:6 | **suite** 60:13 |
| 39:1,2 | 16:20 | **straighten** | **summed** 51:14 |
| **solutions** 60:11 | **standpoint** | 31:15 | **sunday** 2:1 |
| **solve** 6:22 | 20:12 21:23,24 | **street** 47:19 | 3:11,17 51:6 |
| **somebody** | **start** 38:12 47:6 | **streets** 10:4 | 59:10 |
| 17:22 25:4 | 51:7 | 13:13 | **support** 36:5 |
| 31:14 32:1 | **started** 28:5 | **strengthen** 4:18 | 46:13 |
| 55:21 | 40:17 | **stripes** 5:5 | **supporters** |
| **somebody's** | **starting** 13:5,6 | **strong** 25:15 | 46:17 |
| 31:25 | **starve** 21:17 | 50:12 52:15 | **supreme** 20:3 |
| **son** 23:11 32:6 | **state** 6:6 22:20 | **struck** 51:13 | **sure** 6:17 10:24 |
| 51:9 | 24:13,17 | 55:10,25 57:5 | 12:20 36:14 |
| **sonya** 60:3 | **statement** | **stuff** 42:12 | 50:2,15 58:23 |
| **sort** 20:13 | 58:13 | **stuff's** 57:7 | **surprise** 58:6 |
| 31:24 57:15 | **states** 5:4 7:2 | **stunning** 36:1 | **surprising** 20:6 |
| **sound** 49:18 | 17:9,24 27:2 | **stupidest** 39:15 | **sworn** 36:10,17 |
| **southern** 8:5 | 36:9 39:20,23 | **subsidize** 6:5 | 48:19 49:24 |
| **space** 55:18 | 57:12 | **subsidizing** 6:1 | **syria** 58:1 59:1 |
| **spacex** 41:6 | **statue** 9:22 | 6:3,4,6,7,8 | **syrian** 36:1 |
| **speak** 14:2 | **status** 15:12 | **success** 2:16 | **system** 18:13 |
| **speaker** 54:7 | **stay** 14:21 16:7 | 27:13,13 46:23 | |
| **speaking** 52:14 | 16:14 23:3 | 47:24 48:11,12 | **t** |
| **special** 3:12,15 | 39:20 40:23 | 49:12,16 52:12 | |
| 26:18 27:1 | **stayed** 29:12 | 55:15 | **t** 60:1,1 |
| 28:15 | **steal** 44:8 | **successful** 2:14 | **table** 18:14 |
| **specific** 32:10 | **stealing** 44:3 | 14:15 27:10,12 | 42:10,13 |
| | | 27:14 | **tactic** 7:19 |
| | | | **take** 16:12 |
| | | | 22:21 31:9 |

**[take - topics]**

38:6 40:7,9,10
40:10 57:14
**takeaways**
51:11
**taken** 11:5
16:15,17 22:18
**talk** 9:2 18:9
22:17 31:5
54:5 57:8
**talked** 9:6
36:24 37:3,21
38:3 42:24
49:2 56:25
57:16,24 58:2,8
**talking** 8:2
14:12 15:12,17
18:10 32:2
39:14 41:23
49:15,16 56:24
**talks** 29:20
47:3 55:13
57:17
**tape** 4:7,20,24
12:3 23:17
24:7 32:21
33:8 34:15,21
35:21 36:7
41:3,11 42:15
42:22 48:14,24
50:17
**tapped** 24:6
41:12
**targeting** 33:5
**tariffs** 5:3,6,15
5:24,24 6:12,15

6:19,24,25 7:2
7:4,13,18 8:13
**task** 54:8
**tasking** 41:5
**tax** 54:3,16
**team** 56:16
**television** 3:15
**tell** 9:21,23
16:11 19:4
25:14 29:14
37:23 38:3
40:13 42:24
43:6
**ten** 9:18 18:25
20:18,19
**term** 10:14
49:14 51:22
**terms** 3:19 9:20
11:9 29:15
47:10
**terrible** 40:9
**tesla** 41:5
**test** 9:21 55:25
**thank** 59:7,9
**thanks** 51:5
**that's** 25:1
**theft** 42:2
**they're** 11:12
11:20 40:21
**thing** 9:14 19:6
19:13 20:12
21:16,16 39:6
39:16 40:18
43:24

**things** 6:24
7:15 23:8,8,15
27:25 30:22
40:7 45:11
47:8,15 51:12
52:17 53:6,12
55:9 56:13
**think** 2:8 5:23
5:24,25 8:20,21
9:12 10:8 15:7
23:9,15 24:22
25:1,3,5 26:2,8
28:20,24 29:13
30:2 31:14
33:20,25 34:1
34:12 38:13
40:21 41:17
43:19,24 44:11
44:18 49:1,12
49:21 50:3,8
52:16 53:9,22
53:24 56:9
57:1 58:6,24
59:2
**thinking** 56:11
**thinks** 24:20
**thompson**
33:13 52:20
**thought** 25:14
48:10 49:3
53:1,20 56:5,10
**thousands**
11:12 39:2,9,14
**threat** 46:25,25
47:2,3

**three** 5:4 10:3
10:13 14:25
35:14
**thrilled** 30:20
31:1
**thumbs** 18:25
19:2
**tick** 56:12,13
56:13
**time** 10:16
20:14 28:8
30:23 32:3
42:18,25 44:4
49:22 50:3
**times** 8:10
12:23
**today** 59:9
**together** 15:21
16:2 25:22
47:22,23,24
48:12 49:20
**told** 4:2 8:21,22
20:14 24:3
27:21 32:10
**tom** 15:16,20
**tomorrow** 5:12
**tone** 55:10,25
**took** 5:17
**tool** 7:14
**top** 4:13,22
40:11
**topic** 16:23
**topics** 51:10
53:21

Page 17

**[toppled - veritext]**

| | | | |
|---|---|---|---|
| **toppled**  58:2 | 10:22 11:3 | 54:13 | **underappreci...** |
| **total**  32:18,19 | 12:2,6,12,15,20 | **trump's**  35:23 | 53:25 |
| **totally**  12:3 | 13:3,9,22 14:7 | 41:7 | **understand**  4:8 |
| 39:4,5 | 14:22 15:14,17 | **truth**  26:24 | **understands** |
| **touch**  41:25 | 15:22,24 16:6 | 28:13 52:10 | 20:21 |
| **touched**  55:20 | 16:24 17:2,5,10 | **try**  8:18 19:22 | **understood** |
| **touching**  42:5 | 17:13,20 18:4 | 20:1,3 21:19 | 15:4 |
| **tough**  9:14 | 18:16 19:24 | 36:17 41:6 | **unfairly**  9:17 |
| 40:15 | 20:5 21:1,5,22 | 56:8 | 33:5 |
| **tower**  3:23 | 22:4,9,13 23:2 | **trying**  36:20,20 | **unhappy**  30:22 |
| **trade**  40:8 | 23:7,19,23 24:3 | 36:21 54:2 | **unifying**  3:3 |
| **trading**  5:4 | 24:10,19,24 | 55:17 | 43:3 |
| **trail**  5:2 | 25:3,9 26:7,11 | **tulsi**  59:3,5 | **united**  5:4 7:2 |
| **transcript**  60:4 | 26:20,23 27:4,9 | **tune**  6:2 | 17:9,24 27:2 |
| **treat**  46:16,21 | 28:18 29:5,23 | **turn**  3:5 43:4 | 36:9 39:19,23 |
| 46:21,22 47:4,5 | 30:2,7,11,19 | 57:2 | 57:12 |
| **treated**  9:17 | 31:7,20,23 32:8 | **turned**  32:16 | **unity**  49:9,11 |
| 46:16 | 33:1,3,9,12,15 | **turns**  16:18 | 49:12,12,15 |
| **treating**  40:22 | 33:18,22 34:1,4 | 57:20 | **unpopular** |
| **tremendous** | 34:8,11,17,22 | **two**  5:20 15:20 | 54:17 |
| 46:25 47:2,3 | 35:1,3,7,9,13 | 17:23 23:4 | **unprecedented** |
| **trey**  25:18,23 | 35:17 36:11,13 | 25:10 27:24 | 45:12 |
| 25:24,24 | 36:19,23 37:1,5 | 38:23 40:7 | **use**  7:4 44:20 |
| **trial**  13:12 | 37:9,14,19,23 | 45:14 54:10 | **used**  7:4,5,13 |
| **tried**  58:10,11 | 38:2,17,20 | **typically**  53:12 | 12:7 |
| **triple**  28:8 | 39:12,21,25 | **u** | **uses**  28:5 |
| **trudeau**  7:25 | 40:5 41:1,15,20 | | **using**  28:5 |
| 8:12 | 41:23 42:2,4,11 | **u.s.**  36:5 | **usually**  53:6 |
| **true**  27:5 60:4 | 42:14 43:5,9,14 | **ukraine**  36:5,8 | **v** |
| **trump**  1:14 2:3 | 44:5,10,13,18 | 38:23,25 58:2 | |
| 2:8,13,20,24 | 44:23 45:3,16 | 58:22 | **v**  22:19 |
| 3:18,22 4:11,14 | 45:19 46:15 | **ukraine's**  39:12 | **venezuela**  11:8 |
| 5:7,11 6:20 | 48:16,19,21 | **ultimately**  5:6 | **venezuelan** |
| 7:20 8:19 9:1,4 | 49:5,9 50:2,7 | **uncertain**  57:6 | 11:17 |
| 9:8,12 10:9,12 | 50:15,19 53:9 | **under**  23:11 | **veritext**  60:11 |
| | | 46:24 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[veteran - win]**

| | | | |
|---|---|---|---|
| **veteran** 24:1 | 30:3,14 31:2,2 | **weaponization** | 33:24 34:3,6,9 |
| **vice** 3:9 48:4 | 31:3 36:16 | 29:1,15 43:20 | 34:16,25 35:2,5 |
| 51:5 | 37:10,14,15,16 | **weaponized** | 35:8,11,16,22 |
| **vicious** 11:18 | 37:19 44:17,21 | 43:20 | 35:25 36:8,12 |
| **victory** 3:21 | 46:11,12,23,23 | **weaponry** 47:2 | 36:15,21,24 |
| **views** 52:5 | 47:4,4 48:13 | **weapons** 47:1 | 37:3,7,12,18,21 |
| **violent** 11:18 | 50:9 52:10,22 | **week** 51:8 | 37:25 38:16,18 |
| **violently** 43:23 | 56:21 | 59:10 | 39:11,19,22 |
| **vivek** 41:8,13 | **wanted** 53:10 | **welcome** 3:11 | 40:3,24 41:4,12 |
| **vladimir** 58:9 | **wants** 19:1 | 23:22 35:25 | 41:16,22,25 |
| **voice** 25:16 | 29:24 30:14 | 48:18 50:23 | 42:3,9,13,16,23 |
| **vote** 26:1 29:18 | 52:24 56:2,7 | **welker** 2:1,5,10 | 43:7,12 44:1,7 |
| 35:24 | 57:22 | 2:17,22,25 3:16 | 44:12,15,20 |
| **voted** 18:18 | **war** 36:16 38:4 | 3:17 4:8,12,21 | 45:1,11,17 |
| 20:17,20 34:5 | 38:6 | 4:25 5:9 6:11 | 46:11 48:15,18 |
| **voters** 4:22 | **wars** 6:23,25 | 7:17 8:15,24 | 48:25 49:7,21 |
| 53:10 | **washington** 3:7 | 9:2,5,9 10:7,11 | 50:5,13,18,23 |
| **votes** 26:3 | 3:14 48:2 | 10:20,23 11:25 | 52:8 53:13 |
| 29:18 | 50:24 | 12:4,10,14,17 | 56:3 57:4,23 |
| **voting** 18:17 | **watch** 50:18 | 12:22 13:8,16 | 58:10,20 59:4 |
| **vow** 2:17 | **watched** 23:12 | 14:5,20 15:9,15 | **welker's** 1:13 |
| **w** | **watching** 25:18 | 15:19,23 16:4 | **went** 5:20 |
| | 57:25 59:9 | 16:22,25 17:3,7 | 26:13,14 43:21 |
| **wade** 22:19 | **way** 12:13 | 17:11,18 18:2,9 | 43:22 56:12 |
| **wait** 29:5,6,6 | 15:24 16:1 | 19:22 20:1,22 | **we're** 33:14 |
| **walk** 47:19 | 18:14 28:10 | 21:3,19,25 22:7 | 48:7 49:10 |
| **walking** 10:4,4 | 29:11 31:16 | 22:11,17 23:6 | **whammy** 40:12 |
| **walmart** 6:14 | 35:18 44:23 | 23:18,22 24:8 | **white** 3:10 44:2 |
| **want** 4:25 6:9,9 | 51:21 53:13 | 24:11,22 25:1,7 | 44:7 45:15 |
| 7:1 9:25 10:18 | 54:14 59:4 | 26:4,9,16,22,24 | 50:25 51:2 |
| 10:23 14:20,22 | **ways** 22:15 | 27:6 28:11 | **wide** 3:25 |
| 15:5,25 16:7,15 | **wayside** 20:11 | 29:3,20,25 30:5 | **willis** 32:18 |
| 19:7,16 22:13 | **we've** 13:6 31:1 | 30:9,16 31:5,18 | **win** 3:19 38:14 |
| 22:14 24:17 | 56:15 | 31:21 32:3,22 | 53:18 |
| 26:9 28:11 | | 33:11,14,17,20 | |
| 29:22,23,25 | | | |

Page 19

**[winning - you're]**

| | |
|---|---|
| **winning** 3:24 | **wrong** 26:12,15 |
| **wish** 20:18,18 | 32:9,14 |
| **woman** 16:12 | **wrote** 28:13 |
| 16:13,15 46:5 | **y** |
| 56:24 57:18 | **yeah** 12:14,22 |
| **won** 2:25 27:24 | 15:14 16:24 |
| 28:2,3,9 29:8,9 | 17:5,10 24:10 |
| 29:10 38:10 | 31:20 33:17 |
| 51:15,15 52:25 | 35:1,9 36:13 |
| 54:24 55:3 | 38:20 41:2 |
| **wonderful** | 50:7 52:16 |
| 16:12 | 56:9 |
| **wood** 50:10,10 | **year** 5:20 6:2 |
| 50:11 | 10:13 12:24 |
| **word** 5:25 28:4 | 36:2 54:8 |
| 28:5,5 | **years** 2:7 4:2 |
| **work** 14:7,23 | 5:20 9:11,18 |
| 15:7,7 16:10,11 | 10:3,8 14:12,13 |
| 20:16 21:24 | 14:25 18:25 |
| 47:22 56:8 | 20:19,20 23:4 |
| **worked** 14:24 | 31:17 35:15,18 |
| 14:25 25:22 | 43:2 45:18 |
| **works** 19:21,21 | 47:6,7,8 |
| **world** 6:8 11:17 | **york** 3:23 |
| 37:25 38:6 | **young** 14:1,14 |
| **worried** 13:19 | 16:12 39:1 |
| 13:20 | **you're** 17:19 |
| **worst** 11:16,17 | 41:20 |
| 20:10 | |
| **would've** 18:20 | |
| 20:7,8,11,16 | |
| 38:24,24 55:7 | |
| **wouldn't** 46:9 | |
| **wray** 24:16 | |
| 30:17 | |

Page 20