# EXHIBIT 12

1

2

3

4

5

6

7

8

9

10

11

12  January 15, 2025

13  Confirmation Hearing of Homeland Security

14  Secretary Nominee Gov. Kristi Noem

15

16

17

18

19

20

21

22

23

24

25

Page 1

1      SENATOR PAUL: ... that the department
2   and its components engage in.  In other words, we
3   do so much stuff and we're so big we can't
4   describe it for you.  But if we can't describe
5   what we have, we got a problem.  In plain
6   language, the DHS had really no idea.  Think
7   about it.  An agency commanding over $110 billion
8   annually can't account for its own activities.
9   This is not just bureaucratic incompetence, it's
10  emblematic of a deeper issue, an agency unsure of
11  its own boundaries and commitments.  How can an
12  agency fulfill its mission or earn the American
13  people's trust if it doesn't even know the extent
14  of its own operations?
15      But the problems don't stop there.
16  Instead of focusing on critical threats like
17  securing the southwest border, DHS has shifted
18  its gaze inward, targeting law-abiding Americans.
19  DHS, under the Biden administration, has often
20  used its vast powers to target Americans
21  exercising their constitutional rights.  It's
22  become an agency more focused on policing speech,
23  monitoring social media, and labeling political
24  dissent as "domestic terrorism" than addressing
25  genuine security threats.  While cartels traffic

1   people and fentanyl across an unguarded border,
2   DHS has spent its time and resources creating
3   partisan disinformation boards, spying on
4   Americans through invasive surveillance
5   technologies.  The mission drift is dangerous.
6   Every dollar spent monitoring law-abiding
7   citizens is a dollar not spent securing the
8   homeland.  Every moment spent targeting political
9   opponents is a moment not addressing real threats
10  like border security, cyber-attacks, or the
11  rising influence of adversarial nation states.
12  The priorities of DHS have been deeply distorted,
13  and the American people are paying the price.
14      And what about DHS's response to COVID-
15  19, arguably one of the greatest threats to
16  homeland security?  The answer is clear:
17  nothing.  They knew nothing of the origins, they
18  didn't study the issue, and they had no
19  information about gain-of-function research.
20  We've seen firsthand how unchecked government
21  overreach leads to waste, fraud, and abuse.  We
22  cannot let DHS become yet another agency that
23  operates behind a veil of secrecy.  The American
24  people deserve transparency, accountability, and
25  leadership that puts national security and

1   liberty hand in hand, not at odds with each
2   other.
3       Today we gather to consider the
4   nomination of Governor Kristi Noem to serve as
5   the Secretary of Department of Homeland Security.
6   I hope this hearing will set the tone for this
7   committee's work in the new Congress to restore
8   transparency and accountability to an executive
9   branch that has grown unchecked.  Governor Noem,
10  if confirmed, you will lead an agency that has
11  lost its way.  Your record as governor of South
12  Dakota and a former member of Congress
13  demonstrates your willingness to make difficult
14  decisions in the face of significant political
15  pressure, and to put the interest of American
16  people first.  You have the opportunity today to
17  address how your background and vision will
18  translate to leading one of the most critical and
19  scrutinized departments in the federal
20  government.
21      This is the first of many consequential
22  moments for this committee as we renew our
23  commitment to the constitutional oversight role
24  that Congress must assert.  I have no doubt that
25  the nominee we'll consider in the coming weeks

1   and months that you will be up for the challenge.
2   Governor Noem, thank you for your willingness to
3   serve, and I yield to the Ranking Member for his
4   opening remarks.
5       SENATOR PETERS:  Thank you, Chairman
6   Paul.  Governor Noem, it's great to see you here
7   today, and I want to first thank you for making
8   yourself available not only to the entire
9   committee, but to the discussions that we had in
10  my office.  Going perhaps a little more in-depth
11  on the issues than is possible in a hearing like
12  this and having that open and frank conversation
13  is something that I appreciate.  Also appreciate
14  your willingness to spend time with committee
15  staff as we conduct our due diligence and review
16  of your qualifications and the background to
17  serve as secretary of the Department of Homeland
18  Security.
19      As our third-largest federal agency,
20  with more than 240,000 employees and an operating
21  budget of more than $100 billion, the Department
22  of Homeland Security requires strong, stable, and
23  principled leadership.  Our nation faces serious
24  threats and security challenges, from securing
25  our borders and combating terrorism to preventing

2 (Pages 2 - 5)

1 cyber-attacks and responding to our nation's
2 increasing number of natural disasters, and DHS
3 is the first line of defense in all of those
4 areas. I appreciated the conversations we had at
5 today's hearing, where we discussed the
6 importance of ensuring that our nation's borders
7 are safe and secure. And while we must address
8 the significant challenges we face on the
9 southern border, we also need to ensure that
10 there are sufficient resources to secure our
11 northern border, something I know you're very
12 familiar with as the governor of your state,
13 including building out our Northern Border
14 Mission Center.
15        This is especially important in my home
16 state of Michigan, which has two of the nation's
17 busiest border crossings, and we're going to be
18 adding another span shortly, the Gordie Howe
19 International Bridge, which will open later this
20 year. To facilitate the lawful trade and travel
21 out those ports of entry that are absolutely
22 critical to our economy, I've worked on
23 legislation to hire additional U.S. Customs and
24 Border Protection officers to meet increased
25 staffing demands. We must secure our borders,

Page 6

1 companies. There's no question that DHS must
2 continue to lead the way in protecting our
3 networks from foreign adversaries, cyber
4 criminals, and so-called "hacktivists" to prevent
5 cyber-attacks from becoming increasingly
6 devastating to our security as well as to our
7 economy.
8        And finally, the Department of Federal
9 Emergency Management Agency must continue to work
10 hard to address the increasing number of natural
11 disasters affecting our communities as a result
12 of climate change. From violent storms like
13 hurricanes that brought destruction to states
14 across the South, to the devastating wildfires in
15 California, and countless other severe storms and
16 flooding events all across our country, we need
17 leadership at the department that will ensure our
18 nation effectively responds to communities when
19 disaster strikes them.
20        The safety and security of our nation
21 and the American people depend on the
22 department's ability to effectively address these
23 wide-ranging threats. So, Governor Noem, thank
24 you again for your willingness to serve in this
25 incredibly important position, and thank you for

Page 8

1 but we also know it is well time passed to
2 streamline our immigration and our asylum process
3 as well.
4        In addition to border security, DHS is
5 responsible for addressing many threats that face
6 our nation. Just a few weeks ago, unfortunately,
7 Americans were shocked to see two horrific
8 incidents in New Orleans and Las Vegas, a deadly
9 reminder that terrorism and radicalization remain
10 very real and ongoing threats to our homeland.
11 In my role on this committee, I've made combating
12 foreign and domestic terrorism, as well as
13 extremism, a top priority. In this complex
14 environment, it is essential that DHS continue to
15 focus on all terrorism threats, track, and report
16 data to Congress and to the American people, and
17 coordinate between all components to ensure the
18 department is effectively addressing all types of
19 terrorist threats.
20        We've also seen that persistent cyber-
21 attacks are still a very serious threat. In
22 fact, an increasing threat. A recent attack from
23 Chinese-based hackers infiltrated the Treasury
24 Department, on top of ongoing Salt Typhoon hack
25 that comprised numerous U.S. telecommunications

Page 7

1 being here today. I look forward to having a
2 comprehensive discussion about how you intend to
3 lead this critical department through a series of
4 national security challenges, if indeed you are
5 confirmed.
6        SENATOR PAUL: This morning, Governor
7 Noem will be introduced by Majority Leader John
8 Thune and Senator Kevin Cramer. Senator Thune,
9 you're recognized.
10        SENATOR THUNE: Thank you, Mr.
11 Chairman, and Ranking Member Peters, and members
12 of the committee. I'm very pleased to be able to
13 be here today to introduce South Dakota's
14 outstanding governor who has been nominated by
15 President Trump to serve as the Secretary of the
16 Department of Homeland Security. I've known
17 Kristi Noem for a long time. She has a very
18 compelling personal and family story, which
19 inspired her entrance into the public arena, and
20 I'm sure you'll hear a little bit more about that
21 from her. But I've observed as she has gone
22 through the state legislature as a leader there,
23 state House of Representatives, the U.S. House of
24 Representatives, where she was our only member
25 from South Dakota representing our state's

Page 9

3 (Pages 6 - 9)

1 interests there for eight years, and now
2 currently as South Dakota's governor, and I think
3 she brings to this job a number of things that
4 are going to be really essential.
5         And one is obviously a skill set when
6 it comes to managing hard problems. She led our
7 state through the pandemic, managed what were
8 extraordinary circumstances all across this
9 country in a way that made South Dakota, frankly,
10 a magnet for people from other states who were
11 trying to flee or get away from some of the
12 heavy-handed requirements that were imposed in
13 other states around the country. Our state
14 stayed open, stayed free, and that was largely
15 due to her leadership.
16         And I would say too, as we tackle what
17 is an enormously complicated and hard issue,
18 which is our southern border, it's going to
19 require a skill set which I believe she
20 possesses, it's going to require a tremendous
21 amount of persistence and determination, which I
22 think she has, an enormous amount of energy,
23 which she has in abundance. And frankly, what I
24 would say is just absolute toughness. It's going
25 to take some tough and hard leadership to get

1 things back in order.
2         And I want to refer to something she
3 said in her state of the state address earlier
4 this week to South Dakotans, and that is that
5 "Over the past four years, we've seen a complete
6 disregard for the security of our borders and the
7 safety of the American people, to say nothing for
8 the rule of law. Chaos at our southern border
9 and the Biden administration has left our country
10 vulnerable to a whole host of security concerns,
11 from terrorist entries to cross-border criminal
12 activity like drug trafficking." I think it's
13 well documented, and I think it's high time that
14 it gets fixed, and we have somebody nominated by
15 the President that I believe has the
16 capabilities, the qualities, the experience, and
17 again, frankly, the determination and toughness
18 to solve what is a very, very tough issue, and
19 one which is desperately in need of solutions.
20         So, I'm pleased to be able to be here
21 today to introduce our great governor and to
22 thank you for your consideration. I look forward
23 to this committee acting on her nomination, and I
24 look forward to voting for her on the floor of
25 the United States Senate to be the next Secretary

1 of the Department of Homeland Security. Thank
2 you, Mr. Chairman.
3         SENATOR PAUL: Senator Cramer?
4         SENATOR CRAMER: Thank you, Chairman
5 Paul, Ranking Member Peters, colleagues. Once
6 again, I find myself in full agreement with the
7 majority leader. It's a good place to be in our
8 business.
9         So, this is a very special opportunity
10 for me, and first thing I want to do is thank
11 nearly all of you. I got into almost every one
12 of your offices with Kristi as her very
13 amateurish sitting Senator Sherpa. And the
14 blessing for me was not only to be with my good
15 friend and former colleague, but to learn a lot
16 about this committee that I'm not on and to get
17 an inside view. And Gary, especially learning
18 how we can work together at the northern border
19 and how similar, although very different,
20 Michigan and North Dakota are. So, thank you for
21 your hospitality, you were all very kind to
22 Kristi and to me.
23         But Kristi is a former colleague. When
24 you're the only member of a body of 435 from an
25 entire state, it's really important to have

1 friends. So, together, Kristi and I were two,
2 two out of 435, and if we could get Montana,
3 Wyoming, and Alaska, there'd be five of us that
4 could take on the fight. But I know this. I
5 remember our very first year, my first year, it
6 was not hers, my first year in the House, the
7 unthinkable happened, and the House of
8 Representatives failed to pass a farm bill. And
9 all I can tell you was the least secure homeland
10 person in America was the Speaker of the House
11 and the Majority Leader the next day, when Kristi
12 and I doubled up, and eventually we got a farm
13 bill done.
14         I say that because we are living at a
15 time, and Senator Peters, you used the words
16 "strong, stable, and principled". I can't think
17 of three better words to describe Kristi Noem
18 than those three words. I would add this. I'm
19 not surprised that President Trump turned to
20 Governor Noem. Securing the homeland is the
21 number one priority, our number one priority, our
22 number one constitutional priority, as a
23 Congress. And it is for sure the number one
24 priority of the voters in the last election. And
25 it is the number one priority for President

4 (Pages 10 - 13)

1 Donald Trump.  So, naturally he would say, "Hmm,
2 who is the toughest, smartest, most capable
3 protector that I know?  I think I'd like to find
4 a ranch woman, mom, grandmother, who knows how to
5 protect her own."  And when you grow up on a
6 ranch in the prairies or the West, nobody else is
7 going to look out for your critters.  No one else
8 is protecting your family.  You do it.
9        And she brings this skill set, as
10 Senator Thune said, as a leader, as a legislator,
11 as a member of Congress, as a governor, a very
12 important... By the way, when I get into the room
13 with other governors, Senator Hassan, I might as
14 well have just left, because I was not part of a
15 club where I don't belong.  But anyway, it was
16 very, very rich, because there's an alliance
17 there that's really, really important.  And so,
18 for me, it's just a really special opportunity to
19 be able to be here with her and to have had this
20 time in your offices introducing her to you.
21        But I want to wrap up with this,
22 because last night I received a very touching
23 letter, unsolicited by either Kristi or me, from
24 the tribal chairwoman from the Standing Rock
25 Sioux Tribe, which straddles North Dakota and

Page 14

1 South Dakota.  They don't really care who wins
2 the South Dakota State/North Dakota State
3 football game, but they do care about their
4 reservation.  And Chairwoman Alkire sent me this
5 letter.  Standing Rock is the home of Sitting
6 Bull in case you were wondering about the
7 credentials of their ability to protect the
8 homeland.
9        I'll just read a few words.  "On
10 multiple occasions, Governor Noem has invited the
11 Standing Rock Sioux Tribe to her table at the
12 South Dakota State Capitol to enter into
13 meaningful discussions."  That's what I witnessed
14 when she came to your offices.  And Janet writes,
15 "It is of great excitement and enthusiasm that
16 our North Dakota Governor Doug Burgum will be at
17 the helm of the Department of Interior, and my
18 hopes remain high that you will feel the same
19 about Governor Kristi Noem at the helm of the
20 Department of Homeland Security.  These two
21 governors understand the needs in Indian country,
22 and what words like tribal sovereignty,
23 jurisdiction, and consultation mean to the
24 Indigenous people."  Speaks volumes to her
25 leadership and to her character.  It's my honor

Page 15

1 to support her and turn it over to her.
2        SENATOR PAUL:  Thank you for those
3 great introductions.  The committee has also
4 received several statements in support of
5 Governor Noem's nomination, including a letter
6 from 22 fellow governors, the International
7 Association of Firefighters, and six other
8 organizations.  Without objection, these letters
9 of support will be made part of the hearing
10 record.  And I know our Senators are going to
11 have to go but thank you for coming and doing
12 those introductions.
13        It's the practice of this committee to
14 swear in the witnesses.  Governor Noem, please
15 stand and raise your right hand.  Do you swear
16 that the testimony you will give before this
17 committee will be the truth, the whole truth, and
18 nothing but the truth, so help you God?
19        GOVERNOR NOEM:  I will.
20        SENATOR PAUL:  Governor Noem, you are
21 now recognized for your opening statement.
22        GOVERNOR NOEM:  Thank you, and good
23 morning, Chairman Paul, Ranking Member Peters,
24 and the distinguished members of this committee.
25 I'm honored to appear before all of you today as

Page 16

1 the nominee for the Secretary of Homeland
2 Security.  I want to thank President-elect Donald
3 J. Trump for his confidence in my leadership, and
4 the people of South Dakota for their fantastic
5 support throughout my time in public service.  I
6 would also like to express my sincere gratitude
7 to Senator Cramer.  He has been an invaluable
8 resource to me throughout this process, and given
9 me much wisdom, as well as insight, into the
10 thoughts and the procedures of the Senate and
11 this body.  And I'd also like to express my
12 gratitude to Senator Thune, the Majority Leader
13 of this esteemed body.  He's been an advisor to
14 me for many years, as well as a friend, and I'm
15 so grateful for the generous support of these two
16 men and their willingness to be here this morning
17 to speak on my behalf, and to introduce me to
18 this committee.
19        Now, I'm a wife and a mother and a
20 grandmother; a farmer, rancher, businessperson.
21 I've served in our state legislature, in Congress
22 for eight years, and also a governor.  I've spent
23 my entire life in rural America.  I understand
24 what it means to work hard every single day, and
25 to build a better future for your kids and for

Page 17

5 (Pages 14 - 17)

1 all of our communities. I come before you today
2 with a deep sense of responsibility and a
3 humility, as the nominee, to lead the Department
4 of Homeland Security, and also a commitment to
5 the more than 330 Americans who we will work
6 together to help serve and to keep safe and
7 secure in their homes and in their communities.
8        Now, before I proceed, I want to
9 introduce to you my husband, Bryon, who's here
10 with me today. He is my constant 24/7 reminder
11 of our dedication to public service, that
12 it's not a solo effort or done alone. He has
13 been a rock by my side, and I appreciate all of
14 his love over so many years. I'm grateful that
15 he's here with me today.
16        Now, securing our homeland is a
17 serious, sacred trust that must be relentlessly
18 pursued, and can never be taken for granted.
19 Being safe within our borders here in America is
20 critical, and yet Americans feel less safe than
21 they have felt in decades. For the first time in
22 30 years, more than 40 percent of Americans are
23 afraid to walk alone at night within a mile of
24 their homes. President-elect Trump is going to
25 change that. I've seen firsthand the challenges

1 leading the Department of Homeland Security.
2        As we face the evolving threats of the
3 21st century, the mission and the success of DHS
4 is more critical than ever. We must be vigilant
5 and proactive and innovative to protect the
6 homeland. The challenges in front of us are
7 extremely significant, and we must secure our
8 borders against illegal trafficking and
9 immigration. We must safeguard our critical
10 infrastructure to make sure that we're protected
11 against cyber-attacks, respond to natural
12 disasters, and also terrorism. I firmly believe
13 that we can meet those challenges head on with
14 resolve. Innovation, we can use collaboration
15 with federal and with state partners. And
16 Senators, I want your input. Border security
17 must remain a top priority. As a nation, we have
18 the right and the responsibility to secure our
19 borders against those who would do us harm, and
20 we must create a fair and a lawful immigration
21 system that is efficient, and is effective, and
22 that reflects our values.
23        President Trump was elected with a
24 clear mandate. He needs to achieve this mission,
25 because two-thirds of Americans support his

1 and the opportunities facing our great nation.
2 In the 20 years since the Department of Homeland
3 Security was formed, the nature of the threats to
4 our homeland has grown and they've evolved. This
5 department was created in response to the
6 failures of the government that led to the
7 September 11th 2001 terrorist attacks, and that
8 reality is not lost on me, especially in the wake
9 of the recent terrorist attacks over New Year's.
10        Now, I've led South Dakota for the last
11 six years, with a focus every day on making our
12 state safer, stronger, and freer. I've focused
13 every day on making the best decisions, not just
14 for right now, but for generations to come. I've
15 overseen a state budget of over $7 billion, and a
16 state employee workforce of more than 13,000,
17 including more than 7,000 that report directly to
18 the governor. I've addressed important issues
19 like cyber security, human trafficking, drug
20 interdiction, and also natural disasters, the
21 same challenges that are facing so many of you
22 and the people that you represent back home.
23 I've secured our state and supported the rule of
24 law, and if confirmed as the eighth secretary,
25 that is the same approach that I will take to

1 immigration and border policies, including the
2 majority of Hispanic Americans. I was the first
3 governor to send National Guard troops to our
4 southern border when Texas asked for help and
5 when they were being overwhelmed by an
6 unprecedented border crisis. If confirmed as
7 secretary, I'll ensure that our exceptional,
8 extraordinary Border Patrol agents have all the
9 tools and resources and support that they need to
10 carry out their mission effectively. The same is
11 true of my commitment to the outstanding men and
12 women of the U.S. Immigration and Customs
13 Enforcement. They are responsible for
14 apprehending, detaining, and deporting illegal
15 immigrants, and getting criminal aliens off of
16 our streets and out of the country will help
17 American communities be safer again. The bravery
18 and the dedication of the Border Patrol and ICE
19 are unmatched, and I will restore dignity to
20 their work. The rising threat of cyberattacks
21 also demands our utmost attention, and our
22 critical infrastructure, from energy grids to
23 financial institutions, is under constant attack
24 by foreign adversaries and criminal actors. As
25 secretary, I will prioritize a comprehensive,

6 (Pages 18 - 21)

1 whole-of-government approach to cybersecurity.
2 In fact, in the coming days, we have to plan
3 bigger and think faster and smarter. I fully
4 acknowledge that people in Washington D.C. do not
5 have all of the answers, and therefore, I will
6 leverage private-public partnerships, I'll
7 advance cutting-edge, state-of-the-art
8 technologies to protect our nation's digital
9 landscape, and I will have a proven track record
10 of doing this in South Dakota to back me up.
11 I've helped Dakota State University a global
12 leader in cybersecurity education, because we
13 recognize the need to address this emerging
14 threat. And I will take a proactive approach if
15 given the opportunity to serve as secretary.
16 Now, President-elect Trump has been a tremendous
17 friend to law enforcement over the years, and I
18 will do the same in my role as secretary. As
19 governor, I've worked closely with law
20 enforcement to make South Dakota safer. I've
21 overseen hundreds of state troopers in the South
22 Dakota Highway Patrol, and on several occasions,
23 I've convened groups of law enforcement from
24 across our state to address policies that will
25 make our people safer. In fact, while some in

Page 22

1 homeland security isn't just about prevention,
2 but it's also about resilience. When disasters
3 strike, as we know they will, the Department of
4 Homeland Security must be ready to respond
5 swiftly, efficiently, and effectively to protect
6 the lives and the property of Americans. As
7 governor, I've worked with FEMA in response to a
8 dozen natural disasters in South Dakota. These
9 have included historic floods, tornadoes,
10 blizzards, wildfires, a derecho, and even a
11 global pandemic. As secretary, I will enhance
12 our emergency preparedness and strengthen FEMA's
13 capabilities, and we will ensure that no
14 community is left behind, and that life-saving
15 services, like electricity and water, are quickly
16 restored.
17        As secretary, I will oversee the Secret
18 Service, an agency that is in serious need of
19 reforms. We all saw the threats to President-
20 elect Trump last year and the consequences of
21 failure. Now, that should never happen again,
22 and I've worked closely with my own gubernatorial
23 protective detail, and I'm familiar with what
24 works and what doesn't work, and I'll bring that
25 experience towards strengthening the Secret

Page 24

1 this country were attacking law enforcement and
2 defunding them, we took the opposite approach in
3 South Dakota. We recruited law enforcement
4 officers to move to South Dakota, a state that
5 respects their service and their sacrifice, and
6 we revamped our law enforcement training to
7 provide the first ever state-led tribal-focused
8 law enforcement training academy. I'm very proud
9 of the work that we've done in cooperation with
10 our tribes to help make their communities more
11 safe.
12        And we must remain vigilant against
13 terrorism and against others who wish to do us
14 harm to our country and to our great people.
15 I'll ensure that our intelligence and our law
16 enforcement agencies are working together hand-
17 in-hand, that they're fully equipped to detect,
18 prevent, and respond to threats from radical
19 ideologies and foreign adversaries. This
20 requires resources, coordination, and
21 collaboration across all levels of government.
22 And once again, I will seek your wisdom, and I
23 will seek your input into the months ahead. For
24 the sake of the people that we both represent, we
25 have to get this right. Now, I recognize that

Page 23

1 Service once again.
2        I'm committed to working with this
3 committee, with Congress, and with the dedicated
4 men and women of the Department of Homeland
5 Security to fulfill our mission. And together,
6 we can ensure that the United States remains a
7 beacon of freedom, safety, and security for
8 generations to come. So, thank you for the
9 opportunity and the honor to appear before you
10 today. Thank you for the meetings and the time
11 that you took in your office to discuss the
12 department and what we can do in the future to
13 make the American homeland much more secure. I
14 look forward to your questions, and I hope to
15 earn your trust, and hopefully also your vote, as
16 we embark on this critical work together. With
17 that, Mr. Chairman, I yield back.
18        SENATOR PAUL: Thank you, Governor
19 Noem. We will now proceed to questions. Each
20 member will have seven minutes. We will have a
21 vote that will start at 10:00 a.m., but we're
22 going to continue the hearing and keep people in
23 line; as you come and go to vote, we'll keep the
24 hearing moving. I want to be clear from the
25 outset that we will not tolerate any disruptions.

Page 25

7 (Pages 22 - 25)

1 The Capitol Police have been asked to escort
2 anyone immediately from the room if they disrupt
3 the hearing.
4          This is a standard question, Governor
5 Noem, that we ask of all nominees. Governor
6 Noem, do you agree without reservation to comply
7 with any request or summons to appear and testify
8 before any duly constituted Committee of Congress
9 if you are confirmed?
10         GOVERNOR NOEM: Yes, Mr. Chairman,
11         SENATOR PAUL: I'm going to reserve the
12 rest of my time for my questions and go to
13 Senator Peters.
14         SENATOR PETERS: Thank you, Mr.
15 Chairman. Governor Noem, the DHS Secretary, has
16 many competing priorities, as you well know, and
17 you outlined, certainly, in your opening
18 comments, from our borders to wildfires to cyber-
19 attacks. But as you and I discussed at length,
20 and I appreciate you bringing it up in your
21 opening comments as well, we do have a northern
22 border in addition to a southern border, that's
23 absolutely essential that the DHS has the
24 resources necessary at the northern border to
25 carry out its mission, both between ports of

1 entry and all along the border. In fact, we've
2 seen an increase in unauthorized crossings in
3 recent years at the northern border.
4          So, my question for you is, if
5 confirmed, do you commit to ensuring, along with
6 the southern border, that the northern border is
7 sufficiently staffed to maintain its security and
8 robust trade between the U.S. and its neighbors,
9 including at the Gordie Howe International Bridge
10 in my home state of Michigan, have the resources
11 they need to facilitate trade, while keeping
12 Americans safe?
13         GOVERNOR NOEM: Yes, Senator Peters,
14 you and I talked about this in your office, and
15 also with Senator Slotkin as well, how important
16 it is to continue to remain focused on our
17 northern border, and all borders and ports of
18 entry that the United States has. I think
19 there's been some universal concern from some of
20 the committee members that as we focus on the
21 southern border and what we're seeing, as far as
22 the invasion there and the amount of people
23 crossing, that the northern border would lose
24 focus. But that will not happen, and we will
25 ensure that our borders are secure, and we're

1 addressing all threats that may come in from any
2 direction. And also, with the bridge as well and
3 staffing up on that, that as well, and I've
4 assured Senator Slotkin as well that our focus is
5 there to make sure that it is staffed
6 appropriately.
7          SENATOR PETERS: Very good. And as we
8 discussed, the department is diligently working
9 to stand up the Northern Border Mission Center at
10 Selfridge Air National Guard Base in Michigan,
11 following the authorization and funding that I
12 was able to secure in the last Congress. This
13 center is critical to supporting the Department's
14 northern border security missions and addressing
15 evolving threats. So, quick question: if
16 confirmed, do you commit to working with me to
17 fully build out the Northern Border Mission
18 Center?
19         GOVERNOR NOEM: Yes, Senator, we will
20 look forward, and I look forward, to working with
21 you to ensure that that is a priority, and that
22 it's adequately resourced, and working with
23 Congress and Senators to make sure that we have
24 what we need to make sure that that mission for
25 that base is fully fulfilled.

1          SENATOR PETERS: Great. Thank you. On
2 New Year's, we witnessed two incidents that
3 reminded us that terrorism and extremism remain
4 serious threats to all Americans. Both DHS and
5 the FBI have consistently said that the most
6 persistent threat to the homeland is from U.S.-
7 based individuals or small groups radicalized by
8 a variety of ideologies, from white supremacy to
9 ISIS to al-Qaeda. We must certainly continue to
10 focus on people who are radicalized here in the
11 United States with the intent of terrorizing our
12 communities. So, my question for you, ma'am, is
13 how do you plan to address this threat of U.S.-
14 based terrorists?
15         GOVERNOR NOEM: Senator, this is a
16 grave concern for our country, as we all agree
17 that the number one threat to our homeland
18 security is the southern border. In fact, since
19 Joe Biden has been president, we've seen 382
20 individuals that have come over that border that
21 are on the terrorist watch list. I, behind me,
22 have the governor of Louisiana with me, and he
23 and his state and people in this country went
24 through a horrific event on New Year's Day, and
25 one that we never want to see repeated again.

1  But this governor behind me is concerned also
2  about an upcoming event, which is the Super Bowl,
3  coming shortly, which we need to do all that we
4  can to work together, that he has the reassurance
5  that the federal government, that the Department
6  of Homeland Security, is prepared to help him
7  protect that event, and to keep people safe while
8  they are there.
9      Those 382 terrorists are known
10 terrorists that have come over our border.  We
11 don't know necessarily where they are because of
12 what has been happening under Joe Biden's
13 policies.  Now, President Trump obviously won the
14 last election with a clear mandate, and that
15 mandate is for the American people to secure that
16 border.  But also, we need to focus on domestic
17 terrorism and homegrown terrorism, which you just
18 referenced in your question.  Homegrown
19      GOVERNOR NOEM:  Homegrown terrorism is
20 on the rise.  We see more and more incidents of
21 people that are U.S. citizens that have become
22 radicalized.  And knowing when people are leaving
23 the country and coming back and changes to their
24 behaviors and what their actions are is
25 critically important.

Page 30

1      So, the resources that the Department
2  of Homeland Security has needs to be utilized as
3  far as identifying those threats and being
4  proactive to prevent them but also protecting
5  civil rights and liberties in that process and
6  making sure that the department is on mission to
7  do what it was called to do, why it was created,
8  and what authorities that Congress and the Senate
9  has given them.
10     My hope is that Governor Landry and his
11 staff and his people and the people that attend
12 the Super Bowl know that the Department of
13 Homeland Security is their partner, is on watch
14 to protect them and to keep that event safe.  I
15 hope all Americans know that leadership has
16 consequences.  I hope that we can get through and
17 get your support for this nomination and get
18 confirmed quickly so that we can address the
19 threats that we currently face and make sure we
20 don't have any repeats of the day that we saw
21 just starting this year on New Year's Day.
22     SENATOR PETERS:  In the last two years,
23 we have seen increasingly aggressive and
24 expansive cyber-attacks against our federal
25 agencies.  Just last month, Chinese hackers

Page 31

1  infiltrated the Department of Treasury and stole
2  potentially thousands of unclassified documents.
3  So, given these concerning trends by the PRC to
4  hold our federal networks' hostage, do you
5  believe that federal agencies should be required
6  to implement cybersecurity upgrades and maintain
7  the highest cybersecurity standards to protect
8  sensitive or classified data and U.S. citizen
9  information as well?
10     GOVERNOR NOEM:  Well, Senator, the
11 mission of CISA, which is the Cybersecurity and
12 Infrastructure Agency, the mission of it is to
13 hunt and harden.  It's to find those bad actors
14 and help work with local and state
15 infrastructure, critical infrastructure entities
16 so that they can help them be prepared for such
17 cyber-attacks and that they can make sure that
18 they're hardening their systems to protect them
19 in the future, recognizing the vulnerabilities
20 that they have.
21     CISA has gotten far off mission.
22 They're using their resources in ways that was
23 never intended.  The misinformation and
24 disinformation that they have stuck their toe
25 into and meddled with should be refocused back

Page 32

1  onto what their job is, and that is to support
2  critical infrastructure and to help our local and
3  small businesses and critical infrastructure at
4  the state level to have the resources and be
5  prepared for those cyber-attacks that they will
6  face.
7      Salt Typhoon was a campaign of
8  espionage by the PRC in China against our
9  telecoms where large amount of data was stolen
10 and taken, and people's private information was
11 taken as well.  And we've also seen China and the
12 PRC go after our critical infrastructure with the
13 Volt Typhoon hack, and that was extremely
14 dangerous because there was no reason for them to
15 do that, just to steal people's data and
16 information.
17     The reason for them to go after that
18 was to control our critical infrastructure for
19 the ability to see if they could shut down a
20 water plant, a utility company.  And that was to
21 cripple our country.  So, these threats are real.
22 CISA needs to be much more effective, smaller,
23 more nimble to really fulfill their mission,
24 which is to hunt and to help harden our nation's
25 critical infrastructure.

Page 33

9 (Pages 30 - 33)

1     SENATOR PETERS:  Thank you.
2     GOVERNOR NOEM:  Thank you.
3     SENATOR JOHNSON:  Senator Scott.
4     SENATOR SCOTT:  Governor,
5 congratulations on your nomination.
6     GOVERNOR NOEM:  Thank you.
7     SENATOR SCOTT:  I think you're going to
8 do a great job.
9     GOVERNOR NOEM:  Thank you.
10     SENATOR SCOTT:  I think it's great that
11 you're a governor and you bring that expertise to
12 the table.  So, I just went through the campaign
13 to get reelected, and it was after the Butler
14 shooting.  I had asked people at all my events.
15 I say, "Raise your hand if you think the acting
16 director of the Secret Service is going to tell
17 us what happened."  Not one person.  I said,
18 "What about Mayorkas?  He's running HHS, what do
19 you think, or Homeland Security.  What do you
20 think?"  I said, "How about Christopher Wray,
21 head of the FBI?"  Not one person.  Can you just
22 talk about the importance of transparency and
23 accountability in government and how you're going
24 to bring that to the table?
25     GOVERNOR NOEM:  Yeah.  Senator, Scott,

Page 34

1 thank you for that question because that's what I
2 have found across the country as well, and I know
3 it's certainly true in my home state of South
4 Dakota, is that people don't trust the federal
5 government.  They don't trust our leadership and
6 this current administration that's in the White
7 House right now to tell them the truth, to tell
8 them the truth about what the threats really are
9 about our agencies and departments when there are
10 failures, addressing them and fixing it.
11     The Secret Service is one of those
12 perfect examples.  They need leadership that
13 understands why that Secret Service was created
14 and what it needs to do.  There's two elements
15 really that the Secret Service is tasked with,
16 and that is protective detail and then also
17 investigations.  Yet we see investigators within
18 the Secret Service out there investigating
19 antiquities and other things that are off mission
20 when they should be focused on making sure we're
21 addressing national security events with the
22 protocols that are necessary and protecting the
23 individuals that they're charged with and getting
24 that skill set and training that are necessary.
25 That's been compromised by not having enough

Page 35

1 people there and being adequately staffed and
2 resourced.
3     But frankly, the leadership hasn't been
4 honest about talking about it.  We saw this with
5 the drones over New Jersey as well, the federal
6 government not answering the questions from the
7 public.  And when they finally got a straight
8 answer out of President Trump, they felt
9 reassured that somebody recognized that this was
10 something they were questioning and that they
11 deserved answers.
12     My goal and my mission is to build
13 trust.  We will undertake a large job and a large
14 duty that we have to fulfill, that the American
15 people expect us to do by securing our border to
16 make sure that our nation is a nation with
17 borders or we're no nation at all, and that we
18 are making sure that those criminal actors that
19 are perpetuating violence in our communities and
20 in our cities and towns and states are removed
21 from this country, that there's consequences for
22 breaking the law in our country again.
23     There has to be consequences because
24 when Americans break the law, there's
25 consequences.  And why would we ever allow

Page 36

1 someone to come in from another country and not
2 have consequences or allow them to continue to go
3 forward and to commit rape and murders and other
4 break other laws that endanger our society?  So,
5 we've had over 13,000 murders that are loose in
6 this country that have come over that border.
7 We've had almost 16,000 rapists and sexual
8 assault perpetuators that are loose in this
9 country right now.  425,000 plus people have
10 criminal convictions that are here illegally in
11 this country that our current administration's
12 doing nothing to round them up and get them out
13 of our country.
14     We will be doing that immediately, and
15 that will be the priority, and that is one of the
16 reasons that today the American people have lost
17 their trust.  President Trump will build it back
18 and know that their federal government is
19 accountable to them and is working to put America
20 first again.
21     SENATOR SCOTT:  So, Joe Biden
22 completely opened on our southern border and
23 dismantled our entire immigration system.  As a
24 former governor, I know that when the federal
25 government policies are broken and failing

Page 37

10 (Pages 34 - 37)

1 Americans, you see the impacts in your state just
2 like I did when I was a governor, and you take
3 the steps necessary to protect the families in
4 your state. I know you've done that.
5        One thing you did is you talked about
6 before you sent troops, our National Guard, to
7 the southern border. Can you talk more about how
8 Biden's open border policy has affected your
9 state and communities and the role your state
10 resources placed in helping secure the border?
11        GOVERNOR NOEM: We certainly have seen
12 the effects in South Dakota that many of your
13 states did. And I would say every state has seen
14 the effects of an open border in the policies
15 that have been under the Biden administration.
16 We saw increased crime, but we also saw increased
17 drug activity. We saw cartel in their affiliates
18 moving into our state to proliferate trafficking,
19 and we saw people being victimized and a lack of
20 accountability with the federal government.
21        So, when Texas was addressing the
22 situation and asked other governors for help, we
23 sent help. I know many of the other governors at
24 the time were sending law enforcement, but I made
25 the decision that at that time that it was more

1 security operations. They also did building of
2 the wall and partnered with Texas recognizing the
3 failures of the federal government.
4        The failures of the federal government
5 are significant, and we've seen our families and
6 communities devastated by those effects, by the
7 drug epidemic, by the trafficking that's going
8 on. They increased crime. And we recognize that
9 just because the federal government wasn't doing
10 their job, we could not fail our state. And I
11 needed to protect the people of South Dakota.
12 And the people of South Dakota were
13 overwhelmingly supportive of these deployments
14 and very proud of our National Guard.
15        SENATOR SCOTT: When I was governor of
16 Florida, there was a terrorist hack in Paris by
17 Syrian refugees. So, President Obama was
18 president, and I said, "I'd like to know if
19 you're going to send refugees to my state that
20 you give us some background on them." I assume
21 you vetted them and tell us what's going on. You
22 have to tell me, but you ought to tell our state
23 law enforcement and our local law enforcement
24 that they said, "Go jump in the lake."
25 (Indiscernible) meaner than that, but they said,

1 appropriate to send the National Guard that our
2 National Guard could be activated under Title 32
3 and sent to assist another state from the
4 invasion that was happening and because the
5 National Guard is trained for just such a
6 mission.
7        Because of this invasion, that it is a
8 war zone down there with what they are going to
9 see, the threats that they would see and that
10 they are trained specifically to interact with
11 other agencies, the National Guard is used to
12 falling in with other agencies and cooperating
13 with them and could do that seamlessly, and their
14 families and their communities are normalized to
15 them being deployed.
16        So, we have in South Dakota deployed
17 our National Guard to the southern border eight
18 different times. Two of them were federal
19 deployments that the Biden administration sent
20 them down there. One was to send our Lakota
21 helicopters, which were used for surveillance in
22 the drug interdiction that was going on down
23 there. But six other times, I sent them under
24 state activation to partner with Texas and other
25 states in securing our southern border. They did

1 "You have no rights as a governor," which had
2 made no sense. We had over 70,000 people come
3 here after Afghanistan on planes into this
4 country completely unvetted. They've never given
5 our governors any information. So, would you
6 change that?
7        GOVERNOR NOEM: Yes. The communication
8 between states and the federal government has
9 been absolutely broken, and that's what I love
10 about this committee, is you do have governors
11 sitting on this committee that have been in that
12 role as a commander in chief and have the
13 responsibility for being the CEOs of their state.
14        It's a different perspective than
15 serving. I served in Congress too, and both are
16 extremely important, and they're just different
17 in that responsibility that weighs on your
18 shoulder. I often told folks that that is the
19 thing that most times if something was going to
20 keep me up at night, it was the responsibility
21 that I had being commander in chief, recognizing
22 the decisions that I made. And I'm sure you had
23 this feeling as well, Senator Scott, as governor,
24 that impacted those families, those soldiers.
25 And it impacted their communities when we pulled

1 them out and the importance of that.
2      And when they were bringing refugees
3 into the country, I as well communicated that to
4 the federal government. They were bringing
5 refugees, and I asked how they were vetted, how
6 we were working with their home countries to find
7 out who they really were, what their intentions
8 were and why they were coming to the United
9 States and received no information from this
10 administration that that vetting process was
11 being done, that we knew where they're going.
12      In fact, they kept us in the dark and
13 didn't communicate to us even what states and
14 where those refugees were being placed. So, that
15 is something that we need to change when we have
16 programs that fall under the purview of the
17 Department of Homeland Security. There needs to
18 be communication, especially with the governor,
19 so that we can coordinate to ensure that it's the
20 right thing for that state.
21      SENATOR SCOTT: Thank you.
22      SENATOR JOHNSON: Senator Hassan.
23      SENATOR HASSAN: Thank you, Mr. Chair.
24 And welcome, Governor Noem. I really appreciate
25 you being here. Welcome to your family as well.

Page 42

1 at the northern border recently, law enforcement
2 told me about the need for more personnel and
3 resources. We still don't have cell phone
4 coverage in a lot of the stretch of our northern
5 border. I've worked with Senator Kramer on
6 bipartisan legislation to strengthen our northern
7 border strategy because it's clear more support
8 is needed. So, Governor, if you're confirmed,
9 would you deploy additional full-time personnel
10 and upgrade equipment along the northern border?
11      GOVERNOR NOEM: Senator, I enjoyed our
12 meeting that we had and you identifying the
13 northern border issues that are going on, the
14 lack of security and the lack of technologies
15 that you really need to cover, some of the
16 landscapes that are there very different than the
17 southern border, some just as equally challenging
18 but all need to be addressed.
19      So, I definitely will be working with
20 you to ensure that our northern border is
21 adequately resourced as well, and we do have to
22 have the resources in order to be successful.
23      SENATOR HASSAN: Right.
24      GOVERNOR NOEM: That's something I want
25 to work with Congress, with the Senate and the

Page 44

1      GOVERNOR NOEM: Thank you.
2      SENATOR HASSAN: And families do share
3 in this kind of public service, and we appreciate
4 them very much. As we discussed at our meeting
5 last month, as a former governor, I appreciate
6 the important responsibilities that governors
7 have to ensure the safety and security of their
8 communities, including by managing public safety
9 and emergency agencies.
10      And I will say that, in many ways, I
11 agree with some of the things that Senator Scott
12 just said about improving communication between
13 the Department of Homeland Security and governors
14 around who is being sent to states. It's a
15 critical issue and something that I was
16 frustrated by when I was governor. So, I look
17 forward to hearing more today about your
18 priorities if confirmed about how your experience
19 as governor would help you run the Department of
20 Homeland Security.
21      Let me just start by following up with
22 a question that Senator Peters had also touched
23 on. We have recently, in New Hampshire, seen a
24 dramatic increase in unauthorized border
25 crossings at the northern border. And when I was

Page 43

1 House on to ensure that the resources are there
2 to meet the challenges that we have. We have not
3 fully utilized the technologies that are
4 available that are necessary to really secure
5 this country and to compete with those bad actors
6 which wish to infiltrate our country and having
7 the ability to utilize them will make us much
8 more safe. So, I'll work with you most
9 definitely ensuring the northern border is
10 protected.
11      SENATOR HASSAN: Well, I appreciate
12 that, and I just note too that at the same time,
13 there's real concern in New Hampshire and all
14 along the northern border that we strengthen the
15 border and have the resources we need. We also
16 have a really strong economic relationship with
17 our friends to the north and a lot of family
18 relationships.
19      So, I think it's important that we're
20 smart in the deployment of technology. We don't
21 want to impede that flow of economy and people
22 that's lawful, but we do want to make sure that
23 we have the resources we need. I want to turn to
24 the southern border now.
25

Page 45

12 (Pages 42 - 45)

1    At the southern border, we need
2 significant technological investments to support
3 law enforcement personnel in their efforts to
4 catch fentanyl smugglers to stop human
5 traffickers and seize the cash and illegal guns
6 that criminals traffic southward to the cartels.
7 And we talked about this a little bit.
8    There's bipartisan support for these
9 investments, and I've worked with colleagues
10 including Senators Lankford and Cornyn on
11 legislation around these issues. Governor Noem,
12 could you identify specific technological
13 investments that you would make at the southern
14 border and are you willing to work with me on
15 increasing southbound inspections if you're
16 confirmed?
17    GOVERNOR NOEM: Yes. Certainly,
18 Senator. You've heard President Trump talk about
19 the need to build a wall. And the wall and
20 infrastructure is critically important. But
21 also, at our 382 legal ports of entry, we need to
22 have technology so that flow can happen north and
23 south, and it can happen in a legal manner to
24 ensure that our commerce can continue to operate,
25 and that we can continue to make sure that we're

1 also secure.
2    I think de minimis shipments are a
3 concern and the need to look at those and how
4 traffickers and fentanyl distributors are using
5 that. I think we also need to use scanners
6 surveillance operations. There's new
7 technologies out there to cooperate with
8 satellites in some area where the topography does
9 not necessarily facilitate having actual
10 infrastructure and then also the ability to make
11 sure that we're utilizing that technology that
12 allows us to know what is going south that might
13 be fueling some of the violence that ends up
14 coming back north and ensuring that we're
15 stopping that before it has the chance to supply
16 those cartel and bad actors that would come in.
17    SENATOR HASSAN: Yeah. I really
18 appreciate that because the southbound flow,
19 particularly of cash and weapons, fuels the
20 cartels and strengthens them.
21    GOVERNOR NOEM: Absolutely.
22    SENATOR HASSAN: And it's something
23 that we really have to focus on. I also want to
24 follow up on the issue of cyber security.
25 Recently, criminals launched a successful cyber-

1 attack on power school, a cloud-based record
2 management system that contains personal
3 information about tens of millions of
4 kindergartners through high school seniors,
5 including many students and teachers in New
6 Hampshire.
7    This cyber-attack on power school comes
8 as schools and local governments across the
9 country have seen a surge in cyber-attacks on
10 their systems. And when a small of maybe a
11 thousand students or so has to pay $2 million in
12 ransom, I want you to think about what that does
13 to one of our small communities. Right? So,
14 Governor Noem, if you're confirmed, how will you
15 empower the cybersecurity and infrastructure
16 security agency to improve the cybersecurity of
17 state and local governments in the United States?
18    GOVERNOR NOEM: Well, thank you,
19 Senator. If I am confirmed and have the
20 opportunity to serve as secretary of this
21 department, I'll be following the constitution
22 and the rule of law and then getting these
23 departments back on mission to why they were
24 created and why they are existing.
25    What CISA should be doing is helping

1 those small entities, those schools, those local
2 city governments, the state governments, and the
3 small businesses that are critical infrastructure
4 that don't have the resources to stay on top of
5 the critical protections that they need to enact.
6    SENATOR HASSAN: Well, let me follow up
7 just quickly on that one point. It's something
8 we discussed when we had our meeting. I worked
9 with Senator Cornyn on a bipartisan bill. It
10 became law that created a cybersecurity grant
11 program for state and local governments. This is
12 an addition to each state getting a cyber
13 coordinator to help on the ground.
14    We discussed this program, and I know
15 you as governor had some reservations about the
16 structure of the program, but if confirmed, will
17 you commit to working with Congress to adjust it?
18 I'd love your input about what gave you pause as
19 governor. I think there were only two governors
20 who didn't participate in the program. And I
21 hope that as we work on the concerns you have,
22 you'd work with me to adjust and reauthorize the
23 program.
24    GOVERNOR NOEM: Yes. All grants within
25 the department will be evaluated when I come in

1 and be looked at to see what we can do to make
2 sure that they're actually fulfilling the mission
3 to which they were established. What I would say
4 about the cybersecurity grants in South Dakota,
5 when I came in as governor, one of my main
6 priorities was to bring the next industry into
7 the state. And I determined that that would be
8 technology and cybersecurity.
9        In fact, we have Dakota State
10 University in our state, which is a cybersecurity
11 national leader in training those cyber warriors
12 that we need to protect us and keep us safe.
13 I've since then partnered to grow and double the
14 size of that school. We train all of NSA
15 employees in South Dakota. And so, understanding
16 cybersecurity and my experience and that I think
17 is critically important to the department and
18 bringing it to the table to do this.
19        You talked about why we didn't take
20 that cybersecurity grant in South Dakota, and
21 it's because the requirements of that grant
22 would've caused me to grow my state government.
23 The administration costs of it would've been much
24 more than what it been able to facilitate at the
25 local level. And our state was already

Page 50

1 proactively helping these individuals that needed
2 the resources to secure their systems.
3        SENATOR HASSAN: Well, I appreciate
4 that. I'm way over time. There were very few
5 requirements purposely in that grant program
6 other than to make sure the money was being spent
7 the way we authorized. But let's continue to
8 talk about that.
9        GOVERNOR NOEM: Thank you.
10        SENATOR HASSAN: Thank you.
11        SENATOR JOHNSON: Senator Hawley.
12        SENATOR HAWLEY: Thank you, Mr.
13 Chairman. Governor Noem, welcome.
14 Congratulations on your nomination. I'm
15 delighted to see you here. I do notice the
16 Chairman of the Ways and Means Committee is over
17 your shoulder there. I have to question your
18 judgment about who your friends are based on that
19 through the great Chairman from the state of
20 Missouri. It's fantastic to have you here.
21        The Department of Homeland Security is
22 not particularly old, but you already have the,
23 what I hope, will soon be the distinction of
24 succeeding the worst secretary in the history of
25 the Department of Homeland Security. Alejandro

Page 51

1 Mayorkas has been an absolute disgrace to that
2 department and frankly to this country. And I'm
3 delighted to see you willing to step up and
4 serve. Let me just ask you something. I
5 repeatedly asked your predecessor when he sat
6 where you're sitting, whether the southern border
7 was secure. And he repeatedly told me under
8 oath, "It is secure, Senator." And he repeatedly
9 said under oath, "Our policies are working,
10 Senator," meaning the Biden administration
11 policies that, of course, gave us this
12 devastating open border. So, let me just ask
13 you, is the southern border secure as we find it
14 today?
15        GOVERNOR NOEM: Senator, no. The
16 southern border is not secure today. But in just
17 three days, we will have a new president in this
18 country, President Donald J. Trump. And he will
19 secure our border.
20        SENATOR HAWLEY: That is refreshing
21 candor. I'm glad to hear it. Let me ask you
22 about a young man from my state. This is Travis
23 Wolfe who's 12 years old when he was killed just
24 over a year ago by an illegal migrant who mowed
25 him down, and I choose my words carefully, mowed

Page 52

1 him down in a motor vehicle, hit him head on
2 doing 75 and a 40, killed him. Others were
3 severely injured. Just yesterday, a witness
4 sitting where you are sitting today told this
5 committee that migrant crime is and I quote, "Not
6 an actual concern." Not an actual concern.
7        In a hearing before this committee
8 advising us to drop the Laken Riley act and not
9 focus on migrant crime. In my state with the
10 death of people like Travis Wolfe and Officer
11 David Lee who was assaulted and killed in St.
12 Louis and officers in Kansas City who have been
13 assaulted by illegal migrants and others who have
14 been carjacked and stabbed, would you agree with
15 me that migrant crime sure as heck is an actual
16 concern and that you intend to do something about
17 it?
18        GOVERNOR NOEM: Yes, Senator.
19 Absolutely. And I'm so sorry about Travis. My
20 prayers go out to his family. I can't even
21 imagine what that is like, and thank you for
22 telling his story because there's so many
23 families in this country that have that same
24 story, and they don't understand why the federal
25 government is allowing people to come into this

Page 53

14 (Pages 50 - 53)

1 country illegally and then perpetuate crimes
2 against their people, and then give them
3 resources and shelter and food and debit cards to
4 go take care of their families when they go to
5 work every single day to make sure that they're
6 providing for their families and are held
7 accountable to when they break our laws.
8      SENATOR HAWLEY: Let me ask you this,
9 will you work with President Trump to reinstate
10 the Remain in Mexico program that the President
11 had in place in his first term, which does so
12 much to ensure that those who would seek to abuse
13 our asylum system are not allowed into the
14 country and those who have legitimate asylum
15 claims, their claims are processed in due order
16 and in due course, but they wait in Mexico until
17 those claims are fully processed. Will you work
18 to reinstate that program?
19      GOVERNOR NOEM: Yes, Senator. The
20 president and I have talked extensively about
21 this, and we'll 100 percent partner with him to
22 reinstate the Remain in Mexico policy and make
23 sure that it's in place.
24      SENATOR HAWLEY: Fantastic. I think
25 Travis might be alive today if that policy had

1 been in place. Let me ask you about CBP One, the
2 phone app, that I've called concierge service for
3 illegal Immigrants. I'm sure you're familiar
4 with it. This was the Biden administration's
5 effort to allow asylum seekers to apply ahead of
6 time using their phones but not actually to
7 provide any evidence that they needed asylum.
8 There is a newspaper report, a press report that
9 said the only problem with the app is it never
10 asks users are you seeking asylum? They don't
11 ask for any asylum evidence. They simply release
12 these so-called asylum seekers who use the app
13 into the country on parole.
14      Sometimes, they're never given a
15 hearing. The Inspector General actually did a
16 report, a full investigation report on CBP One
17 and found that, frequently, users of this app
18 were claiming the same addresses in the United
19 States as their intended destination, even though
20 they didn't know each other, they weren't family
21 connections. In other words, it has been
22 completely abused. And the idea that the federal
23 government would pay for this kind of concierge
24 service for Illegals, I think, is outrageous.
25 Will you end the use of the CBP One app?

1      GOVERNOR NOEM: Yes, Senator. If
2 confirmed, and I have the opportunity to be
3 secretary on day one, CBP One will be shut down.
4 There's data and information in there that we
5 will preserve so that we can ensure we know who's
6 coming into this country and who's already here
7 that we need to go find. But also, we make sure
8 that there's another program, CHNV, which I'm
9 sure you're very familiar with, where our federal
10 government actually paid to fly people into this
11 country directly from other countries without any
12 vetting or knowing who they are. So, there's
13 several of these programs that need to be
14 eliminated, and we need to ensure that we're
15 following legal immigration laws.
16      SENATOR HAWLEY: I'm glad you just
17 mentioned CHNV. This is a mass parole program.
18 Of course, as you know, our law allows parole in
19 only very limited circumstances. There are two
20 circumstances, and it requires case by case
21 evaluation. The present administration soon to
22 be gone has granted mass parole in direct
23 defiance of the law, not case by case evaluation.
24 The CHNV program is one of those instances. Will
25 you put a stop to this abuse of our parole law

1 and our asylum system?
2      GOVERNOR NOEM: Yes, we will go back to
3 case by case evaluation of these parole cases and
4 ensure that we have more resources, if you will
5 partner with us to make sure that our legal
6 immigration system is fully utilized, that we
7 have more judges, more immigration courts so that
8 we can process people legally and make sure that
9 they are going through that process rather than
10 like Joe Biden has done, use this an excuse to
11 allow people to come into our country with no
12 consequences.
13      SENATOR HAWLEY: Let me ask you about
14 another low light, not a highlight, but a low
15 light of this last administration and DHS. Your
16 predecessor, the current secretary of DHS,
17 established a disinformation board using taxpayer
18 resources to police speech on the internet and
19 elsewhere to tag American citizens' viewpoints as
20 either legitimate or not legitimate and use the
21 power of the state to censor them, including
22 having them removed and perhaps penalized.
23      This has got to be the darkest chapter,
24 I think, in DHS's short history. He eventually
25 withdrew the board under intense criticism but

1  has never fully repudiated it and never promised
2  not to do it again. Will you pledge to us here
3  today that, under your leadership, there will
4  never be a disinformation board or anything like
5  it at DHS, and you will be a champion for the
6  free speech and first amendment rights of all
7  Americans?
8      GOVERNOR NOEM: Senator, there will not
9  be a board such as that under my leadership at
10  the Department of Homeland Security.
11     SENATOR HAWLEY: Fantastic. Let me ask
12  you my remaining seconds, just one more thing
13  about the Secret Service. You've mentioned this,
14  and I'm so glad that you did this committee. And
15  it has been bipartisan. This committee has done
16  bipartisan work on the attempted assassinations
17  or the assassination attempts, I should perhaps
18  say, of the former president, the future
19  president, soon to be the president, President
20  Trump. We were stymied at every turn, and I
21  should use the present tense. We are currently
22  being stymied at every turn by the current Secret
23  Service leadership and, frankly, by the
24  leadership of DHS who have refused to turn over
25  documents who refused to make people available

1  it was a bipartisan report, an investigation that
2  this committee conducted. And I appreciate you
3  focusing on that, and I'll work with you to get
4  the information so that you have the truth of
5  really what happened there in the failures so
6  they can be fixed.
7      SENATOR HAWLEY: Thank you. That's a
8  great place to end in a high note as I see my
9  friend, Senator Blumenthal, who did fantastic
10  work on this effort, and it will be an incredible
11  new day and incredibly refreshing day to have a
12  DHA secretary who will tell us the truth, who
13  will be honest with us about the facts, honest
14  with the American people and who will enforce our
15  law. And I know you'll do that. Governor Noem,
16  I look forward to supporting your nomination.
17  Congratulations.
18     GOVERNOR NOEM: Thank you.
19     SENATOR JOHNSON: Senator Blumenthal.
20     SENATOR BLUMENTHAL: Thanks, Senator
21  Johnson. Welcome, Governor Noem. And thank you
22  for being here. Thank you for visiting with me
23  and thank you to your family for their service as
24  well. Let me begin on a high note thanking
25  Senator Hawley for his leadership on the effort

1  for interviews.
2      We finally had to pass my own law in
3  this committee, which we unanimously adopted a
4  law statute, mind you, which would require DHS
5  and Secret Service to turn over relevant
6  information to us about the assassination
7  attempts. It's unbelievable. When you come to
8  office to this office, I hope very soon will you
9  pledge to us that you will open the books on all
10  of the facts associated and around these
11  assassination attempts that you will make
12  available to us and to the public, most
13  importantly, all the facts so that we can ensure
14  that this never happens again and that the needed
15  reforms in the Secret Service are put into
16  effect.
17     GOVERNOR NOEM: Yeah. Senator, if I am
18  the Secretary of Homeland Security, I will
19  certainly work with you to build transparency and
20  make sure the facts are shared with you and your
21  committee. I know that you've been very
22  frustrated by the lack of transparency from the
23  department. And I want to thank those of you
24  that have worked on that report that was put
25  together on these assassination attempts. I know

1  that I led with him to essentially get some basic
2  facts out of the Secret Service when we were
3  investigating Senator Johnson and I as leaders of
4  the permanent subcommittee on investigation,
5  helping you lead it with the Chairman and ranking
6  member here.
7      And I'm hoping that you've read our
8  report and that you will agree to begin
9  implementing its recommendations, which call for
10  major reforms, in my view, a house cleaning top
11  to bottom in the Secret Service and greater
12  transparency with this committee and with the
13  American public.
14     GOVERNOR NOEM: Yes, sir. I will
15  certainly work with you to do that and to work to
16  make sure that we have that transparency, and the
17  committee has the information that it needs to do
18  due diligence of its oversight.
19     SENATOR BLUMENTHAL: Our investigation
20  is continuing, Senator Johnson, and I have
21  discussed it. And we will be making more
22  requests to pursue the fact-finding that is so
23  important. I want to ask you about disaster
24  relief. California is on fire. The fire's
25  raging. There are going to leave destruction and

1 devastation that is heartbreaking.
2      I am really disappointed with some of
3 the statements that President-elect Trump has
4 made, for example, saying that quote, "We won't
5 give him," referring to Governor Newsom, "money
6 to put out all his fires.  And if we don't give
7 him money to put out fires, he's got.
8      SENATOR BLUMENTHAL:  ... a problem.
9 The specter is there of potential discrimination
10 based on politics, withholding money from
11 California or other states.  It's not an
12 unfounded fear.  In the last administration,
13 there were public reports about President Trump
14 withholding money from the State of Washington
15 because of his disagreements with Governor
16 Inslee.  Connecticut, like the rest of the
17 nation, suffers from these natural disasters.
18 Most recently in August, we were hit by major
19 flooding, and these natural disasters are going
20 to become more frequent, as will be the need for
21 the federal government to meet the requests for
22 declarations of natural disaster.  I assume you
23 will agree with me that withholding disaster
24 relief by President Trump or any other chief
25 executive of the United States is a violation of

Page 62

1 that's a yes.
2      GOVERNOR NOEM:  I don't speak to
3 hypotheticals, which is what you're asking me to
4 do.  But what I will tell you is that as
5 secretary, I will do the same.  I will deliver
6 the programs as the laws dictate.
7      SENATOR BLUMENTHAL:  Well, it's more
8 than a hypothetical, with all due respect, and I
9 apologize for interrupting you, but my time is
10 limited, as you know, as a veteran of these
11 hearings.  It's more than a hypothetical.  It's
12 based on experience with President Trump
13 withholding money from Washington State and
14 elsewhere.  I need to know from you, will you
15 stand up to the President and say, "No, the
16 Constitution and the Impoundment Act requires us,
17 for example, to allocate the 100 billion dollars
18 that we have just appropriated in the last
19 session to states like Connecticut $3 million,
20 Texas, $10 million, almost every one of the
21 states represented here."  Will you say no to the
22 President if he withholds that money?
23      GOVERNOR NOEM:  Sir, I don't know about
24 the scenarios that you're referencing with
25 President Trump, but what I will tell you is that

Page 64

1 his duty and of law.
2      GOVERNOR NOEM:  Well, Senator
3 leadership has consequences and looking at the
4 tragedy that's happening in California is --
5      SENATOR BLUMENTHAL:  I want to ask you
6 yes or no, with all due respect, it's an easy --
7      GOVERNOR NOEM:  What's happening in
8 California is the ramification of many decisions
9 over many years.  But under my leadership at the
10 Department of Homeland Security, there will be no
11 political bias to how disaster relief is
12 delivered to the American people.
13      SENATOR BLUMENTHAL:  So, if President
14 Trump were to say to you, "We're going to
15 withhold money from Connecticut or Michigan or
16 any of the states, Iowa, because we don't like
17 the governor or we don't like the politics of the
18 state," you would stand up to him and say, "Mr.
19 president, we need to allocate that money."
20      GOVERNOR NOEM:  Senator, in three days,
21 President Trump will take an oath to uphold the
22 Constitution and the rule of law in this country,
23 and he will do that, and I'll be glad to have him
24 back.
25      SENATOR BLUMENTHAL:  And I assume

Page 63

1 if given the chance to be Secretary of Homeland
2 Security, that I will deliver the programs
3 according to the law and that it will be done
4 with no political bias, and if the programs
5 change or if you decide to change the rule of
6 law, then I will follow that while adhering to
7 the Constitution.
8      SENATOR BLUMENTHAL:  So, you pledge to
9 allocate and distribute that 100 billion dollars?
10      GOVERNOR NOEM:  According to how the
11 program is written with no political bias.
12      SENATOR BLUMENTHAL:  Thank you.
13      GOVERNOR NOEM:  Every American deserves
14 to be there and have disaster relief the same as
15 their neighbors.
16      SENATOR BLUMENTHAL:  Basically,
17 following the law.
18      GOVERNOR NOEM:  Yes.
19      SENATOR BLUMENTHAL:  Let me ask you,
20 Senator Peters asked you about homegrown
21 terrorists.  The New Orleans tragedy was the
22 result of a homegrown terrorist born in this
23 country radicalized by ISIS and it reflects the
24 reason why the intelligence community, the FBI,
25 almost all of our law enforcement has said

Page 65

17 (Pages 62 - 65)

1 repeatedly, domestic violent extremism is the
2 most lethal and persistent threat to our
3 security. That terrorist was radicalized by
4 ISIS. The investigation is underway, we don't
5 know all the facts, but we do know that he was a
6 military veteran, and ISIS was responsible for
7 radicalizing him. Shouldn't we focus on ISIS as
8 a threat to this country's security?
9       GOVERNOR NOEM: Senator, certainly we
10 should be focused on all threats to this nation's
11 security. That's the mission of the Department
12 of Homeland Security and homegrown terrorism is
13 growing. We have more and more incidences. The
14 tragedy we saw and the terrorist attack in New
15 Orleans was --
16       SENATOR BLUMENTHAL: What will you do
17 to combat it? What will you do to stop ISIS and
18 other extremist organization from radicalizing
19 people in this country?
20       GOVERNOR NOEM: Well, certainly
21 Senator, I'll continue to work with the
22 administration and our partners and the
23 Department of Defense, the intelligence agencies
24 also within Secretary of State and the other
25 branches and cabinet officials to make sure we're

Page 66

1 bringing all resources to bear to identify and to
2 stop these types of terrorist activities. What I
3 would say is the cybersecurity and intelligence
4 elements that we have within the Department of
5 Homeland Security have been incredibly siloed.
6 They have not communicated with other
7 intelligence agencies like they should and
8 partnered. INA has some interaction but not
9 enough and we also need to have CISA have
10 interaction with the FBI, CIA to make sure
11 they're working together to stop these types of
12 threats and identify when they're growing among
13 our citizens and how they become radicalized.
14       SENATOR BLUMENTHAL: My time has
15 expired. This area of questioning I think is
16 supremely important. I know there's a lot of
17 focus on the border. We all want more border
18 security. We want to stop migrant crime, but
19 let's not take our eye off the ball. The
20 governor of Louisiana for the Super Bowl ought to
21 be really riveted on the potential for homegrown
22 terrorism as a threat, and I hope that you will
23 help him and other governors to do their duty to
24 protect the people of the United States from that
25 homegrown terrorist threat. Thank you.

Page 67

1       GOVERNOR NOEM: Yeah, I look forward to
2 working with you.
3       SENATOR PAUL: Senator Ernst.
4       SENATOR ERNST: Thank you, Senator
5 Johnson. Governor Noem, thank you so much for
6 being here today and I want to thank you for your
7 continuing service, the service that you had as a
8 member of Congress, the service that you have
9 displayed as a governor of the great State of
10 South Dakota, our neighbor to the northwest, and
11 for being willing to step up and take on this
12 immense responsibility. So, thank you so very
13 much.
14       We had such a good discussion when you
15 came to my office in the last several weeks, and
16 we talked about the importance of securing our
17 border and fixing our broken immigration system.
18 And I'd like to start today by sharing a story
19 about one of my constituents from Council Bluffs,
20 Iowa. And what we have seen through this broken
21 border is tragedy that strikes so many families
22 across the United States. So, very similar to
23 the story that was shared by my colleague from
24 Missouri with his constituent Mr. Wolf. I have a
25 young woman by the name of Sarah Root who

Page 68

1 encountered tragedy on January 31st, 9 years ago.
2 So, Sarah Root was struck and killed by an
3 illegal immigrant who was drunk driving. He was
4 driving at three times the legal limit of
5 alcohol, and Sarah's killer was bonded out,
6 bonded out before the Roots laid her to rest. He
7 fled the country and has not been seen or heard
8 from since. The Root family has not seen
9 justice. So, Governor, how do you plan to
10 prioritize the detention and deportation of
11 illegal immigrants like Sarah's killer?
12       GOVERNOR NOEM: Well, yes, Senator,
13 thank you for telling Sarah's story. I remember
14 when this happened because it was so close to
15 home and so devastating for her and her family
16 and the entire State of Iowa and our country.
17 President Trump is focused on making sure that
18 these types of situations don't happen again,
19 that we don't continue to lose our children and
20 our family members to illegal immigrants that
21 come in and perpetuate crime with no
22 accountability and then are released with no
23 consequences. So, the number one priority of the
24 president is to secure the border and to deport
25 these criminal actors immediately and as soon as

Page 69

18 (Pages 66 - 69)

1  possible. They will be the number one priority
2  to make our communities safer and so that we
3  don't have this kind of situation going forward.
4       In fact, people, I think when they
5  first heard my name being mentioned and nominated
6  for the Department of Homeland Security, maybe
7  thought it was a little bit of a surprise, like,
8  "Oh, I didn't think about Kristi doing that job."
9  But I tell people the reason that I asked for it
10 is because I knew it was the President's number
11 one priority. I knew that it needed to have
12 someone in the position that would do what the
13 President promised the American people, would be
14 strong enough to do it and follow through to make
15 sure that we're protecting our communities and
16 America. But that also came at it from a
17 perspective of how these families feel, that was
18 a wife and a mom and a grandmother and would be
19 able to stand up and communicate to the American
20 people what we were doing and why we were,
21 because it's what they asked us to do.
22       I have three grandchildren and one more
23 on the way, and when I look at Little Miss Addie
24 every day, I just think, "What kind of a country
25 is she going to grow up in? What kind of a

Page 70

1  country will we leave her and her brother and a
2  sister?" And I don't want them to think that
3  their grandma sat on the sidelines and didn't do
4  all that she could. So, I will enforce the
5  Constitution and the law, and I will make sure
6  that when people enact horrific things like this
7  that happened to Sarah and her family, that there
8  will be consequences for it.
9       SENATOR ERNST: Yeah, absolutely. And
10 as a fellow grandma, I know that you are
11 perfectly positioned to enforce this.
12       I do want to move on to another topic
13 that we visited about in my office. So, I'm the
14 founder and the chair of the DOGE Senate Caucus,
15 and so we do need greater government efficiency,
16 and I do believe in order to do that, we need
17 less of our employees teleworking and more of
18 those government workers back in the office
19 working for our constituents. And to that end,
20 it ties together then too. We just found out
21 that the Treasury Department had a cyber-attack
22 on December 8th from China, and no surprise here,
23 they access servers through work from home
24 software. So, it all ties together.
25       We need more people back in the offices

Page 71

1  making sure that any communications are secured,
2  any work is secured. And to that, I know the
3  Biden Administration has put a huge emphasis on
4  the cyber bureaucracy, but they haven't really
5  done anything about it, and they haven't given
6  any authority to those that are enforcing the
7  standards. So, we need to enforce the standards
8  that are set forth to make sure the cyber
9  security is truly there, but what can DHS do one,
10 with telework how do we get the employees back,
11 and then two, how do we make sure that our
12 systems are secure from these cyber-attacks?
13       GOVERNOR NOEM: Well, Senator, thank
14 you for focusing on remote work and the need to
15 get people back in their offices and accountable
16 to the work that they do. In fact, I've heard
17 since being nominated for this position that many
18 of the agencies within the department are not
19 showing up. They're not doing their jobs. But
20 even FEMA, who is responsible for disaster
21 response, that they have the alternative, some of
22 these employees do not even respond to a
23 disaster, which might explain the horrific
24 results that we saw in North Carolina when they
25 had such a terrible disaster that impacted

Page 72

1  families and communities, and FEMA failed them so
2  miserably. If It's not even responsibility of
3  them to show up when terrible things happen, what
4  other day-to-day activities are not getting done
5  because they're working from home or not doing
6  their job at all?
7       You talked about cyber security and the
8  need to ensure that our systems are safe and
9  secure. One of the things that disturbs me the
10 most is that we don't necessarily even know how
11 some of these espionage attacks that have
12 infiltrated our systems have happened. We don't
13 know how to stop them yet. We don't have the
14 knowledge and that our departments and
15 intelligence agencies and cybersecurity agencies
16 have become siloed and aren't working together to
17 stay in front of these bad actors. But many
18 times, our most vulnerable area happens at the
19 state and local level. Some of these smaller
20 entities that feeds information into our systems
21 is where they choose to infiltrate and get our
22 data and to really hold for ransom many of these
23 companies and then impact our federal systems as
24 well.
25       So, one of the first meetings I had

Page 73

19 (Pages 70 - 73)

1 when I was elected governor with the former
2 governor during the transition was, he said, "The
3 number one priority you're going to have as
4 governor is to secure our systems."
5        SENATOR ERNST:  Yes.
6        GOVERNOR NOEM:  He said, "Our systems
7 are so antiquated, and we've had over 16,000
8 hacking attempts in just the last month.  You
9 need to secure our systems to get it done."  So,
10 that was a priority for me and to do that, and we
11 fully funded it and got it done in South Dakota
12 and it's being implemented today.  I look forward
13 to doing that at the federal level to make sure
14 that people's data and information is safe, but
15 also our country is safe from these bad actors
16 that have a plan to take us out.
17        SENATOR ERNST:  Well, thank you.  My
18 time has expired, but I do want to end on a note
19 that another thing that I do truly appreciate
20 about you and your nomination is that as a
21 governor, you have worked with those local
22 constituencies as well and those local
23 governments, and I know that this will be an
24 incredible strength that will ensure continued
25 success for you within the department.  So, thank

Page 74

1 you, Governor, very much.  Thank you, Mr. Chair.
2        SENATOR PAUL:  Senator Kim.
3        SENATOR KIM:  Thank you, Chairman.
4 Governor, it's good to see you.
5        GOVERNOR NOEM:  Good to see you again
6 too.
7        SENATOR KIM:  Thanks for coming before
8 our committee.  I wanted to just ask you not just
9 about your work, but how it's going to fit into
10 the broader incoming Trump Administration and
11 particular, I guess, I'm uncertain about roles
12 and responsibilities regarding your position and
13 Tom Homan's.  I guess, I just want to ask you
14 just point-blank who's going to be in charge of
15 the border?
16        GOVERNOR NOEM:  Well, the president
17 will be in charge of the border.  It's a national
18 security issue, and the president is in charge of
19 this country and has made a promise to the
20 American people, and we will fulfill his agenda.
21        SENATOR KIM:  Well, that was a good
22 answer, it's the answer I would've given as well,
23 but I guess I got confused.  When Trump made the
24 announcement about Tom Homan, he said, "I'm
25 pleased to announce that Tom Homan," and said

Page 75

1 that he's in charge of our nation's borders.  So,
2 I guess, again, I'd just like to go back to you.
3 How are you going to work with Mr. Homan?  What
4 is the division there?  I'm trying to get a
5 better sense of who's in charge.
6        GOVERNOR NOEM:  Yeah.  Tom Homan is an
7 incredible human being who has over 30 years of
8 experience at the border and the insight and
9 wisdom and he --
10        SENATOR KIM:  Incredible experience, I
11 get that.  I'm just trying to think through
12 decision-making process when it comes to your
13 work.  For instance, will he be giving orders
14 directly to CBP, ICE, USCIS?
15        GOVERNOR NOEM:  Tom Homan has a direct
16 line to the President.  He is an advisor to the
17 President, the border Czar.  I, obviously, will
18 be if nominated and confirmed and put into the
19 position of being the Department of Homeland
20 Security Secretary and responsible for the
21 authorities that we have and the actions that we
22 take.
23        SENATOR KIM:  I say this because I
24 actually want to make sure that we're empowering
25 the next Secretary of Homeland Security.

Page 76

1        GOVERNOR NOEM:  Yes.
2        SENATOR KIM:  In the legislation that
3 was codified by Congress and moved forward that
4 started this after September 11th, said "All
5 functions of all offices, employees and
6 organizational units of the department are vested
7 in the secretary."  So, I guess the reason why I
8 mentioned this is I've just seen some quotes from
9 Mr. Homan where he said, "I'll be making
10 decisions on border security and deportation."
11 He was asked in another interview about the
12 stronger role that he'll play, and he said,
13 "Absolutely, I'll be making decisions on how we
14 do the border."
15        So, I just raise that as a concern of
16 mine because not only is that about the function
17 of our executive branch, but also the
18 capabilities of this committee to be able to
19 properly do our constitutional duties for
20 oversight.  The ability for us to be able to have
21 that conversation.  We can talk to you, engage
22 with you, that is the direct way, but if he is
23 going to be making decisions, then he should come
24 before this committee as well.  And I know that
25 that's something where, as far as I know, his

Page 77

20 (Pages 74 - 77)

1  role will be directly at the White House, is not
2  something that will be under the purview directly
3  of this committee.  So, I just wanted to raise
4  those concerns.
5          GOVERNOR NOEM:  Yeah, yeah.  Tom and I
6  work very well together and talk and communicate
7  all the time, and we'll be working together on a
8  daily basis when we're in our positions under the
9  new administration.  And I would say there's no
10  authorities being planned to be taken away from
11  the department or myself if I'm in the role, and
12  we'll continue to oversee CPP --
13          SENATOR KIM:  But it sends some mixed
14  signals.  You can understand how people in my
15  home state, maybe around the country, when they
16  hear Mr. Homan saying, "I'm making the
17  decisions."  When they hear President-elect Trump
18  say he's in charge of our border.  So, I urge
19  that we're going to try to do our best to try to
20  make sure we're empowering the department,
21  empowering the next secretary because that's
22  where our laws are invested in our decision-
23  making.
24          GOVERNOR NOEM:  Yeah.  Well, thank you
25  Senator, and we'll make sure you have all the

1  information that you need.  And Tom working
2  directly with the president and I working
3  directly with the president, hope to help you get
4  all that you need to reassured that the
5  authorities will stay the same as they currently
6  are, but we will continue to work to secure that
7  border and make sure that we're working together
8  in that way.
9          SENATOR KIM:  I want to just switch
10  gears about you raised the concerns about
11  terrorism, especially foreign terrorist groups.
12  I guess I just want to ask you, what are the
13  major foreign terrorist groups that are... Well,
14  first of all, what are the major foreign
15  terrorist groups that are out there that we're
16  tracking, which are the ones that are concerns to
17  us in terms of potentially trying to inspire or
18  coordinate an attack upon us?  And if you can,
19  just give me a sense of what their current
20  capabilities are to try to enact that.
21          GOVERNOR NOEM:  Well, I think we face a
22  lot of threats, Senator, and since I'm not in the
23  role today, I shouldn't get into specifics with
24  you, but I think over years the --
25          SENATOR KIM:  Well, you can at least

1  get into specifics about what organizations that
2  are out there.  So, I just wanted to get a sense
3  of your knowledge of the organizations.
4          GOVERNOR NOEM:  Yes, sir.  You have all
5  the traditional terrorist organizations that have
6  always threatened the United States, but I would
7  also say --
8          SENATOR KIM:  Such as?
9          GOVERNOR NOEM:  I would say Hamas,
10  ISIS, continuing down that path of those
11  terrorist organizations.  But we'll continue to
12  also focus though not just on those, but also the
13  cartels, their partnership with the Chinese and
14  what they are doing.  Listen, I've told people
15  for years, for over 30 years, I've worked on
16  national policy, on food policy, on agriculture
17  policy, and I've seen the Chinese agenda to
18  infiltrate our country, control our food supply
19  chain, but also their manipulation of their
20  currency and stealing our IP.  And now I believe
21  that this fentanyl crisis that they have flooded
22  our country with is geared and the purpose of it
23  is to kill our next generation of Americans.  It
24  is to control us.
25          SENATOR KIM:  No, I don't discount the

1  importance of those --
2          GOVERNOR NOEM:  So, when you focus on
3  one or two groups, I think it takes your eye off
4  the ball as to where all the threats could come
5  from.  We just spent a significant amount of time
6  talking about homegrown terrorism as well and
7  about --
8          SENATOR KIM:  Correct.  And I'm glad
9  we're having that conversation.  But the reason
10  why I mentioned it, I was not trying to quiz you
11  or anything of that nature.  It's just that when
12  the Department of Homeland Security, when their
13  threat assessment for 2025 lists three
14  organizations, lists Al Qaeda, lists ISIS, in
15  particular ISIS Khorasan, and the IRGC, and the
16  threat from Iran, I just want to make sure that I
17  get it.  You're talking about the importance of
18  the border.  We all understand that we want to
19  work with the incoming administration to try to
20  have an orderly process with that.  But I just
21  want to make sure in particular with DHS, the
22  primary mission, if we look at the founding
23  legislation, the primary mission, the very first
24  mission is prevent terrorist attacks within the
25  United States and do everything we can to

1 minimize that type of threat.
2      So, yes, I do think it's important for
3 us to focus in on one, two, or three or just
4 wherever their terrorist groups are at.  Yes,
5 yes, I know that part of that effort to try to
6 minimize terrorist attacks is through the work
7 that we try to do to secure our borders, all of
8 them:  air, sea, and land.  But the primary
9 mission still is about preventing terrorism, not
10 just the border security.  That's a tool to be
11 able to accomplish that.  So, I just raised that
12 with you.  I want to make sure that the next
13 Homeland Security Secretary has a very detailed
14 knowledge and understanding about the terrorist
15 groups, their capabilities, and is tracking that
16 on a absolute daily basis, and that they
17 understand that is their top mission.  And with
18 that, I'll yield back to the Chairman.
19      SENATOR PAUL:  Senator Johnson.
20      SENATOR JOHNSON:  Governor Noem,
21 welcome and thank you --
22      GOVERNOR NOEM:  Thank you.
23      SENATOR JOHNSON:  ... for your
24 willingness to serve.  You'll be taking over a
25 massive federal government agency, 240,000

1 been a big topic of conversation in most of the
2 meetings that I've had with the members of this
3 committee was how do we fix this agency which the
4 reputation is that it's broken and dysfunctional.
5 I think that was the question I get asked the
6 most is why would you want to head up such a
7 dysfunctional department?  And I would say that
8 because the mission of the department is to
9 secure the homeland and our people, it's our
10 biggest vulnerability right now, and we have a
11 president that's not enforcing the law, and I
12 don't believe the law should be unequally
13 applied.  Everyone should be subject to our laws,
14 and a nation without laws and without borders is
15 not a nation at all.  So, I will work by ensuring
16 one of the things that Senator Ernst talked
17 about, people have to show up for work.
18      I think there's going to be a majority
19 of people who don't have their primary mission to
20 secure the homeland, that if they don't want to
21 show up for work, then maybe they're just not
22 truly passionate about protecting America.  I
23 think they need to do that, and they need to
24 recognize what their job is.  The morale in DHS
25 is very low.  I'm going to let people do their

1 employees.  It's probably too massive.  I think
2 had I been there back then, I don't think I
3 would've assembled these 22 different agencies in
4 this massive department, but that's what we've
5 got.  It's a department that the previous
6 administration, I think, has completely misused.
7 Instead of using customs and border protection to
8 do that, to protect our border and secure it,
9 they've utilized those resources to incentivize a
10 massive influx of illegal immigration.  Instead
11 of using the Cybersecurity Infrastructure
12 Security Agency to do that, they instead engage
13 in mission creep and utilized it to censor
14 Americans with the misinformation board.  I am
15 concerned about disaster relief, just federal
16 disaster relief in general, creating greater and
17 greater and increasing levels of moral hazard
18 resulting in higher costs of these disasters.
19 So, let's cover each one of those kind of in
20 order.  How do you gain control over a massive
21 agency whose resources and personnel have been
22 misused?  I mean, how do you root out those
23 individuals who instead of securing our border
24 opened it up and facilitated this?
25      GOVERNOR NOEM:  Well, Senator, this has

1 jobs.  I'm going to remind them what their jobs
2 are.  Some of these border patrol agents haven't
3 been able to do their jobs for a very long time.
4 They've been processing paperwork and
5 facilitating an invasion when they should be back
6 securing our border, which is why they were
7 recruited and wanted to serve there to begin
8 with.
9      We're going to build partnerships with
10 local law enforcement, with ICE and task forces.
11 So, we're communicating again with local sheriffs
12 and mayors and law enforcement to partner
13 together.  When you talk about the fact that this
14 is such a broken agency that needs so much
15 improvement, a lot of it goes back to why we're
16 recreated and are we fulfilling that mission and
17 making sure that these individuals are getting
18 back on task.
19      SENATOR JOHNSON:  So, under my
20 Chairmanship and under the Trump Administration,
21 we did rename a part of DHS, so the Cybersecurity
22 Information Security Agency.  I in no way, shape
23 or form ever contemplated that the sub-agency
24 within DHS that was really focused on securing us
25 against the cyber threats and other threats to

22 (Pages 82 - 85)

1 our infrastructure would ever be used to violate
2 the Constitution the way it was used to violate
3 the Constitution under the Biden Administration.
4 This administration's been completely opaque. We
5 do not have the information to know and the
6 communication in terms of what all happened here.
7 So, my question is relates to how they misused
8 CISA. Will you commit to providing the
9 transparency, providing the information,
10 investigate it yourself, but provide this
11 committee, my subcommittee, the information to
12 expose the truth of the American public, but even
13 more importantly, propose a piece of legislation
14 based on our investigation, based on those
15 results to fix it so that no administration can
16 ever misuse the language of the law to commit
17 that kind of unconstitutional act and violate
18 people's First Amendment rights?
19     GOVERNOR NOEM:  Yeah, Senator, I look
20 forward to working with you on that.  And I think
21 what we saw during the COVID pandemic, the
22 actions of CISA, their misinformation and
23 disinformation campaign, the materials they were
24 putting out was shocking.  Shocking at what they
25 were doing to decide what was truth, what wasn't,

1 their lives, the hundreds of billions of dollars'
2 worth of property damage.  It's not just
3 California though.  I mean, again, that was
4 grotesque mismanagement, that could have been
5 prevented.  You can't prevent a hurricane, you
6 can't prevent floods, but you certainly can try
7 and start reducing the moral hazard that we've
8 allowed to explode, quite honestly, by the
9 federal government rushing in immediately, no
10 questions asked, just tell us how big a check you
11 want.  What can you do in your new role to try
12 and start reducing over time the moral hazard
13 that we have created in this country with federal
14 disaster relief?
15     GOVERNOR NOEM:  Well, Senator
16 emergencies and disasters are always locally led.
17 They're led by the local communities and leaders,
18 and that's because they're much more responsive
19 and much better informed on how to bring relief
20 and to get those emergency services there to meet
21 the need.  Then it's state supported and
22 federally resourced, which means that when we
23 come in that we're supporting what the mission
24 is, what those emergency operations and plans
25 are, that the local city and county, and then

1 and how they were trying to manipulate the
2 American people.  We saw it in elections and
3 Russia influence as well, and so ensuring that
4 they can't do that in the future under any
5 administration would be a priority, that they
6 stay doing what they're supposed to do and
7 hardening our systems and working with local
8 officials to do that is a priority, and I'd look
9 forward to working with you on legislation should
10 you wish to rein them in.
11     SENATOR JOHNSON:  So, the first step in
12 that process is to expose the truth to find out
13 who these backed actors were, expose who they
14 were, hold them accountable.
15     GOVERNOR NOEM:  Yes.
16     SENATOR JOHNSON:  I mean, that is
17 crucial that we take that first step.  So, again,
18 look forward to working with you on that.  The
19 tragedy of the California fires, the more we
20 learn, the more we understand that not only was
21 it predictable, it was predicted, which means it
22 was preventable.  Again, you can't prevent the
23 initiation of those fires, but you certainly
24 prevent them from raging into the tragedy that
25 they became, the dozens of people who've lost

1 also the state has implemented and do what we can
2 to fulfill the mission of our programs.
3     One of the things that FEMA's not doing
4 today that I think we should be doing is
5 streamlining communications.  We saw this in New
6 Orleans, we saw it in other terrorist attacks in
7 the country, and you just referenced it as well
8 about the American people not getting the truth,
9 Senators not getting the truth and the
10 transparency that we need is that I believe FEMA
11 can always put out a blueprint for what a
12 response would be should something terrible
13 happen.
14     And when we look at the Secret Service,
15 what happened in Butler, we saw that
16 communication was an issue, that the Secret
17 Service wasn't communicating, and balls were
18 getting dropped with local authorities, local law
19 enforcement, and we can put forward a blueprint
20 for how communication can happen and be
21 streamlined between the federal government, the
22 state, and the local entities.  So, that should
23 something happen, this is how we talk to each
24 other, to make sure that the public has the
25 facts, they're not getting misinformation, which

1 happened with the New Orleans terror attack just
2 recently, but also up in Pennsylvania as well.
3          That blueprint is what we do at the
4 state level that FEMA has failed to do, to
5 proactively educate the public on what
6 everybody's roles are, what we do should
7 something happen, whether it be a natural
8 disaster or a terrorist attack or an emergency
9 response is needed, that we can put out those
10 blueprints ahead of time, educate people, train
11 those local entities, which they currently do to
12 a certain extent today, but not good enough to
13 really know that not only can the resources be
14 pre-deployed in many of these situations so that
15 they're more readily accessible, but also how are
16 we going to communicate and make sure everybody's
17 on the same page so that we can be much more
18 efficient.
19          I wish that we would've had different
20 leadership and a different governor in
21 California, or we might have a different result
22 there.  But in the Department of Homeland
23 Security, we can do all that we can to make sure
24 that the people that live in California know that
25 they're going to get a response from the federal

Page 90

1 government that's appropriate, and we did all
2 that we could to make sure that they had the
3 information ahead of time so they could protect
4 themselves when they do have a failure in
5 leadership like we've seen.
6          SENATOR JOHNSON:  Thank you and good
7 luck.
8          GOVERNOR NOEM:  You bet.
9          SENATOR PAUL:  Since Senator Johnson
10 brought up California fires, I have to interject
11 here.  We talked about burn policies, these are
12 local policies, how we try to not have so much
13 brush and things like that.  They're also next to
14 the largest body of water in the world, the
15 Pacific Ocean.  So, I see these homes all burning
16 on the beach in Malibu, and I'm like, "Wow, if
17 they just had a generator and a hose, you start
18 sucking the water out of the Pacific Ocean."  But
19 you could do more than that.  You could pump it
20 and put it in cisterns up in the hills a mile or
21 two in.  It doesn't rain very much there, but why
22 don't they take the ocean water, put it in
23 cisterns and have a bunch of water ready when a
24 wildfire shows up, but it's like once again, bad
25 local government.  Senator Gallego.

Page 91

1          SENATOR GALLEGO:  Thank you, Chairman.
2 Thank you, Governor, for your attendance and I
3 appreciate us meeting last week and our frank
4 conversation.  So, following up to our
5 conversation, in recent years, I've been in very
6 close contact with our Arizona border
7 communities, which are unlike other border
8 communities and about the funding needs to
9 address migrant influxes through the shelter and
10 services program or SSP.  Without this funding
11 border communities must bear all the financial
12 burden for national immigration challenges and
13 the broken border in general.  So, that means
14 police, fire, hospital systems in general,
15 anything of that.  And at the same time, they'll
16 also face the potential challenges of street
17 releases.  And again, these are very small towns
18 on the border, so having thousands of people
19 being released becomes both burdensome security
20 issues and just not fair to them.  And we get
21 lumped in with places like New York and Chicago
22 about how they do their shelter programs.
23          Our shelter programs are not the same
24 as New York and Chicago.  We do not permanently
25 put people in apartments or anything of that

Page 92

1 nature.  We are trying to move people away from
2 the border so that way they don't become a burden
3 on these very, very small communities.  So, I'm
4 very highly concerned, as I told you in our
5 meeting when the SSP program becomes politicized
6 and to the point where we get lumped in with
7 those programs, I don't think are effective and
8 are actually counterproductive and it ends up
9 depriving our small Arizona borders of these
10 very, very vital funds that they need.  So, as
11 DHS Secretary, how would you ensure that border
12 communities are not left to respond to and pay
13 for these immigration influxes, the broken border
14 system on their own?  And when you commit to
15 helping really not politicize or just join the
16 SSP program to the point where places that are
17 doing things correctly like Yuma, Arizona, like
18 Pima County, like Cochise County, aren't lumped
19 in with the people that are doing things
20 incorrectly like New York State and Chicago.
21          GOVERNOR NOEM:  Well, Senator, thank
22 you for the conversation in your office about the
23 program, FEMA, the southern border, and the
24 challenges and then also the difference between
25 your state and how you utilize funds versus other

Page 93

24 (Pages 90 - 93)

1 states. I would say that, my hope is that if
2 given the opportunity to serve as secretary, that
3 the federal government would no longer, and I
4 believe as President Trump has promised the
5 American people facilitate an illegal alien
6 invasion and that your communities in Arizona
7 would no longer have the issue with having people
8 in your small towns and communities that you need
9 to figure out how to take care of and get them to
10 where they want to go in other places of the
11 country.
12         The President has promised he will
13 secure the border that we will uphold our
14 nation's laws and that he will do that to the
15 benefit and be putting America first again. So,
16 I know we talked extensively about the SSP
17 program and how you've utilized it, but getting
18 these programs back to what they were intended is
19 important to FEMA as a disaster response agency,
20 and some of the facilities that have been
21 utilizing these types of funds and dollars need
22 to be reevaluated and to make sure that it's
23 truly doing the service that is upholding our
24 nation's laws.
25         SENATOR GALLEGO: And certainly, I

1 understand reevaluating especially how some of
2 these states have been using it and in an ideal
3 world, we don't have to have a program like that
4 because we don't have this mass of humanity
5 that's coming towards our borders, but even under
6 the first Trump administration, we actually still
7 needed it also. So, this is why my concern is to
8 not get rid of this program because again, these
9 small communities, I'm talking communities of
10 maybe 10,000 people, maybe only six or seven cops
11 are going to end up really bearing the brunt and
12 we are not a big state. We can't really
13 compensate for these types of losses. These
14 small communities are also largely, you come from
15 a rural state, counties that are largely rural
16 and with a lot of federal land so that actually
17 don't even have a tax base.
18         So, when the broken immigration system
19 sends people to these borders and these
20 communities don't have enough money to pay for
21 cops, firefighters over time for hospital
22 systems, it's that type of program that keeps
23 these small communities afloat. So, just want to
24 make sure that again, this doesn't not become
25 politicized and that we are kept separate from I

1 think the mistakes that other states have taken
2 on. Moving on, in Arizona, we have large parts
3 of the board, they run through tribal lands. We
4 have 22 federally recognized tribes. We
5 great relationships with these tribes. They want
6 to be collaborative partners when it comes to
7 border security. And then we have some great
8 programs that have worked in the past. For
9 example, the Shadow Wolves Program with the
10 Tohono O'odham Nation is a really good example,
11 collaborative program of tribal law enforcement
12 that worked with DHS to make sure they stop human
13 smuggling and cartels going through the borders.
14 But as DHS Secretary, what is your plan to
15 consult with our border tribes and work together
16 to balance both national security but also their
17 sovereignty?
18         GOVERNOR NOEM: Yeah. Well, Senator, I
19 believe that my experience as governor and my
20 relationship with working with our tribes is
21 going to be an incredible powerful tool for me to
22 bring to bear at the Department of Homeland
23 Security to work on how we secure our southern
24 border but still respect their sovereignty and
25 still be able to work with them. This year, when

1 looking at public safety issues that we had in
2 South Dakota and their lack of ability to hire
3 tribal officers on our reservations in South
4 Dakota, I offered to train federal law
5 enforcement officers, BIA officers, but also
6 their tribal police in South Dakota at no cost to
7 our tribes. And it's been an incredible powerful
8 tool that we've had to build relationships.
9 Those tribal police had the chance to go through
10 academy with the local maybe deputies from the
11 counties and the state highway patrol troopers
12 that were coming on board, and those
13 relationships have built partnerships in our
14 state that we didn't have before.
15         The Shadow Wolf training opportunity is
16 incredible. That was down in Arizona that you
17 spoke of too, and in looking into that program,
18 I'd like to continue to build on that and
19 perpetuate in the future so that our tribes have
20 an opportunity to have a secure border but also
21 have it reflect their values and their culture
22 and have their own people be a part of the
23 solution and then even when it comes to the
24 infrastructure of the wall that we're respecting
25 that and their landscapes and their land as well.

25 (Pages 94 - 97)

1  So, I look forward to working with you as we move
2  into this next administration to be able to
3  protect our country and then work and respect our
4  tribes as we do so.
5       SENATOR GALLEGO:  Thank you.  And the
6  President Trump and some of his other potential
7  staff and advisors have been very vocal about
8  implementing a mass deportation strategy, talking
9  to my agricultural community, my dairy community,
10 they have concerns that this approach will lead
11 to workforce shortages that will further drive up
12 the costs of everything and something that we
13 have really been working hard to cross, I think a
14 bipartisan and a bipartisan manner to bring down
15 the costs of everything and unfortunately this
16 would reignite inflation.  What is your plan to
17 ensure safe and legal immigration processes for
18 agricultural workers while protecting local
19 agricultural operations, including those both of
20 our home states?
21      GOVERNOR NOEM:  Well, Senator, the
22 President and President Trump has been very clear
23 that his priority is going to be deporting
24 criminals, those who have broken our laws and
25 perpetuated violence in our communities.  That'll

1  ago today, we met in probably the coldest day
2  I've ever been in my life in Iowa --
3       GOVERNOR NOEM:  Yeah, that's true.
4       SENATOR MORENO:  ... as you and I were
5  making phone calls and whipping up votes for
6  Republicans in Iowa, my wife Bridget, who's here,
7  got a chance to meet you and we left Iowa saying,
8  "That person's really going to go far," and here
9  we are nine years later, you've been an amazing
10 governor, amazing Congresswoman, and now you're
11 going to make an even better Secretary of the
12 Department of Homeland Security.  So, I think
13 sometimes in D.C. we tend to complicate things.
14 There is a current Secretary of Homeland
15 Security, so why don't we take this opportunity
16 to do a little job review and compare and
17 contrast him to you.  So, if you don't mind, I'll
18 ask you some questions and you can give me an
19 answer.  Secretary Mayorkas allowed about, you
20 said it, just about 400 people on the terror
21 watch list to come into this country legally.  If
22 you were confirmed as Secretary of Homeland
23 Security, how many people on the terror watch
24 list would you allow into this country?
25      GOVERNOR NOEM:  Well, Senator, we would

1  be the priority.  And as I spoke earlier with our
2  statistics, having over 425,000 of those with
3  criminal convictions in our country, that will be
4  a focus that we need to tackle right away, and
5  it'll be a big one.  Beyond that, his next
6  priority is going to be those with final removal
7  orders and focus on those individuals who have
8  long overstayed and that there is a consequence
9  for ignoring our federal laws.  Beyond that,
10 we'll continue conversations.  As you know, I'm a
11 farmer and a rancher and come from an
12 agricultural state and we'll work together to
13 make sure that laws are followed.  It is the
14 Senate and the house that puts forward the laws.
15 I as secretary uphold the law, so you determine
16 what that is and debate and discussion.  I'll be
17 transparent and share as much information and
18 insight as I have with my background and
19 experience and continue to work with you.
20      SENATOR GALLEGO:  (Indiscernible).
21      SENATOR PAUL:  Senator Moreno.
22      SENATOR MORENO:  First of all, thank
23 you, Governor, for being here for testifying
24 before this committee and for your service, not
25 just to your state but to America.  Nine years

1  work every single day until that number was zero.
2  And if you look at the previous Trump
3  administration over his entire four years in
4  comparison to Joe Biden's number President Trump,
5  it was 11 that were then removed from the country
6  and faced consequences.  When you look at the 382
7  that Joe Biden has let in and the policies
8  continue, is shocking and needs to be changed
9  immediately.
10      SENATOR MORENO:  Mayorkas let in about
11 12,000 murderers, how many would you target to
12 let into this country?
13      GOVERNOR NOEM:  My goal every day would
14 be to have no murderers allowed into this country
15 and our communities.
16      SENATOR MORENO:  Mayorkas allowed
17 16,000 rapists, how many would you target to let
18 in?
19      GOVERNOR NOEM:  Every day I'd work to
20 make sure that there was none let into this
21 country.
22      SENATOR MORENO:  He let 600,000 --
23 Mayorkas, 600,000, people with criminal
24 convictions, how many would you allow in?
25      GOVERNOR NOEM:  We would work every day

1 to make sure people are safe and that those with
2 criminal convictions are immediately removed.
3     SENATOR MORENO: How many private jets
4 would you have the United States taxpayers have
5 fly into foreign countries to pick up people to
6 bring them here.
7     GOVERNOR NOEM: Yeah. Senator, we will
8 no longer be undertaking that mission at the
9 Department of Homeland Security.
10     SENATOR MORENO: So, not 700,000
11 individuals on private jets over the last four
12 years, you would not have any?
13     GOVERNOR NOEM: No. I'll be working
14 with President Trump to put in place his agenda
15 and adherence to our federal laws.
16     SENATOR MORENO: And how many illegals
17 will you plan to house in luxury hotel rooms in
18 Manhattan at a cost of $6,000 per month?
19     GOVERNOR NOEM: Sir, clearly, Senator,
20 during this election, the American people said
21 they did not support that and that that would not
22 be a part of this new administration.
23     SENATOR MORENO: How about sex change
24 operations for illegals, how many of those would
25 you suspect you would fund?

Page 102

1     GOVERNOR NOEM: Senator, I believe that
2 the Department of Homeland Security will be
3 reevaluating its mission in this country to not
4 allow that going forward under President Trump's
5 goals.
6     SENATOR MORENO: And if you had any
7 legal migrant that was in this country and they
8 committed a crime, would you offer them airfare
9 from one state to another to evade law
10 enforcement?
11     GOVERNOR NOEM: Sir, I will be
12 following this nation's laws and the Constitution
13 and make sure that all laws are adhered to.
14     SENATOR MORENO: And if you had been
15 the head of the Department of Homeland Security a
16 year or so ago, would you have closed a detention
17 center in Georgia that would've allowed the
18 release of somebody charged with a crime?
19     GOVERNOR NOEM: Sir, I don't have the
20 specifics to that situation, but certainly that
21 would not be something that I would want to have
22 under my watch.
23     SENATOR MORENO: So, just to be clear,
24 Laken Riley would be alive today if you had been
25 the Secretary of Homeland Security?

Page 103

1     GOVERNOR NOEM: Oh, Senator, my hope is
2 that that would be true. Yes.
3     SENATOR MORENO: Let's switch to
4 another part of the disgraceful immigration laws
5 that Biden and Mayorkas, who objectively, by the
6 way, objectively, has been the worst cabinet
7 member ever in the history of the United States
8 of America. Let's talk about temporary
9 protective status. Temporary being the operative
10 word. Mayorkas and Biden just extended temporary
11 protective status again through 2027. Will you
12 continue to corrupt TPS to allow some sort of
13 open borders agenda and will you use hot weather
14 of 80 degrees and sunny beaches in El Salvador as
15 a reason why people have to stay in America and
16 not safely return?
17     GOVERNOR NOEM: Yeah, Senator, this
18 program has been abused and manipulated by the
19 Biden administration and that will no longer be
20 allowed to allow that and these extensions going
21 forward the way that they are, the program was
22 intended to be temporary and this extension of
23 over 600,000 Venezuelans as well is alarming when
24 you look at what we've seen in different states,
25 including Colorado with gangs doing damage and

Page 104

1 harming the individuals and the people that live
2 there.
3     SENATOR MORENO: And in terms of our
4 border, like the physical border, I've been there
5 many times. You've been there many times. Who
6 should be in charge? Who should have operational
7 control of our border? The United States
8 government or the Mexican drug cartels?
9     GOVERNOR NOEM: Oh, Senator, the United
10 States needs to control our borders and secure
11 them.
12     SENATOR MORENO: So, if this were a job
13 interview in the private sector and you had
14 somebody like Alejandro Mayorkas in charge and we
15 had the opportunity to upgrade to you, this would
16 be the greatest upgrade in history of the United
17 States of America. But I'm going to end my time
18 with a startling statistic and actually a
19 challenge to the Democrat party. When Mayorkas
20 was confirmed, every single Democrat voted to
21 confirm him, and six Republicans joined all 50
22 Democrats in that confirmation. If we get to the
23 vote, and hopefully Chairman, we could do that
24 Monday, because we cannot wait one single day
25 without you being in charge of that department.

Page 105

27 (Pages 102 - 105)

1 We should have 100 percent; 100 Senators vote for
2 your confirmation.
3         This will be the litmus test in my mind
4 as to whether we have a Democrat party that's
5 actually serious about doing bipartisan things
6 like securing this country and protecting our
7 citizens.  Any Democrat that voted for Mayorkas
8 that does not vote for you should be in front of
9 their voters and removed from office.  Thank you
10 for serving, Brian.  Thank you for being here,
11 for putting up with the nonsense that you guys
12 have had to put up with over the years.  You are
13 going to make an amazing Secretary of Homeland
14 Security.  Thank you for being here.
15         GOVERNOR NOEM:  Thank you, Senator.
16         SENATOR PAUL:  Senator Slotkin.
17         SENATOR SLOTKIN:  Thanks for being here
18 and thanks for our time in my office, Governor.
19 I'm a former CIA officer, joined right after 9/11
20 and served three tours in Iraq alongside the
21 military.  I'm actually the first CIA officer in
22 the Senate and to me the most important thing
23 again as a Democrat from a state that Trump won,
24 right, on the same ballot we both won.  I
25 understand we're going to have different policy

1 opinions.  I certainly understand that the
2 President or incoming President has the right to
3 nominate whoever he wants.  Those are not the
4 issues for me that I'm going to spend my time on.
5 The ones that I care about the most relate to the
6 mission of the organization when it was founded,
7 protecting the homeland, and I think to me, it's
8 one thing when there's campaign rhetoric or
9 political politicization of things, everyone does
10 that on both sides of the aisle in this committee
11 and in our line of work, but when it comes to
12 actually protecting the country, you do have to
13 be clear and honest about facts and not conflate
14 things.
15         So, it's just important to me that I
16 know, particularly since you do have one of the
17 intelligence agencies within the Department of
18 Homeland Security, that you're going to call a
19 spade a spade, right?  The most recent acts of
20 domestic terrorism in New Orleans, horrible
21 incident in Nevada had nothing to do with
22 migrants.  Correct?
23         GOVERNOR NOEM:  Correct.
24         SENATOR SLOTKIN:  They were homegrown
25 American citizens.  One of them was actually in a

1 very elite military unit.  I mean, it's horrible.
2 It's one of the hardest things to catch the sort
3 of lone wolf, radicalized American citizen, but I
4 want to protect ourselves.  Our most recent
5 examples of domestic terrorism we're not what
6 we've spent the majority talking about today,
7 crime from a migrant, and I don't dispute there
8 is crime, but I just want to know and I want to
9 hear from you as an intelligence officer that
10 you're going to speak about real threats and not
11 blow something up, politicize something, make
12 something more exciting because that's maybe what
13 the President wants to hear, but your mission to
14 protect and defend the Constitution means calling
15 honestly what the threats are to the country.
16 Can you just give me a yes or no, please?
17         GOVERNOR NOEM:  Yes, Senator.  I will
18 be as transparent and factual every day with you
19 and the American people as possible based on the
20 information that I have.  I don't know if the
21 investigations are closed in New Orleans and in
22 Nevada, but what we know so far and needs to be
23 relayed to the American people, needs to be the
24 truth and facts.
25         SENATOR SLOTKIN:  Yeah, I'd ask that.

1 We've talked a lot about border security.  As a
2 CIA officer, I think one of the only people on
3 this committee who's actually worked on
4 protecting the homeland.  I'm a Middle East
5 terrorism and militia expert by training, so I
6 believe deeply in it and every country of the
7 world gets to decide who comes inside its
8 borders.  That's not a radical concept, but I
9 think I've been open with this committee that it
10 is also on us to fix the deeply broken legal
11 immigration system.  I'm glad to hear that you're
12 going to carry out the laws on the immigration
13 system.  Democrats and Republicans are to blame
14 that we haven't fixed this system, but I also
15 believe you can't fully control the border unless
16 you give people that we need for our companies,
17 for our economy a legal vetted way to come here.
18 So, do you believe in legal vetted immigration
19 and that we need more of it in the United States?
20         GOVERNOR NOEM:  I do believe we need to
21 follow our legal immigration laws and that it
22 needs to be vetted.  We need more resources, I
23 believe in some of the elements of this to ensure
24 that we're --
25         SENATOR SLOTKIN:  Do you believe that

28 (Pages 106 - 109)

1 our economy depends and needs some level, just
2 like your family came from Norway and on economic
3 drive and wanted a better life --
4        GOVERNOR NOEM:  Well, immigration's
5 always been a part of our history and will be a
6 part of our future.  We just need to make sure
7 that we're adhering to our nation's laws, which
8 this body has the ability to --
9        SENATOR SLOTKIN:  I'm with you, I'm
10 with you.
11        GOVERNOR NOEM:  ... continue to change
12 and to put in place.
13        SENATOR SLOTKIN:  Again, going back to
14 the fact that you will pledge an oath to the
15 Constitution, not to President Trump.  Just like
16 every other nominee, President Trump said in
17 November that he's willing to use law
18 enforcement, National Guard, or even active-duty
19 military to go after the threat from within the
20 United States.  I don't know exactly what he was
21 talking about, but we have recent examples from
22 your predecessors at DHS where federal law
23 enforcement were sent into a state, in this case
24 Oregon without coordination with the governor.
25 Those federal law enforcement officers at the

1        SENATOR SLOTKIN:  I just to know you're
2 a former governor, you can imagine that if Joe
3 Biden sent in 700 federal law enforcement under
4 Secretary Mayorkas without coordinating with you,
5 I think we can agree you'd be a little upset.
6 So, I just ask that you give the same respect for
7 coordination and that we are very sensitive.
8 People are worried about politicizing of law
9 enforcement and the uniformed military.  That's a
10 bad thing.  I hope we can agree.  Lastly, I will
11 just say, look forward to looking at the northern
12 border, the Gordie Howe Bridge, your help
13 staffing that.  We know you are right now across
14 many administrations, we haven't met our staffing
15 goals at DHS and that's a problem, so we really
16 want to make sure that opens on time.
17        But I also want your assurances.  You
18 received FEMA assistance from Joe Biden's
19 administration, right?  You had historic floods.
20 You asked and requested of the administration,
21 and you were given millions of dollars to help
22 with that.  I understand you don't like Gavin
23 Newsom, but can you say in front of the American
24 people that you will open the books to this
25 committee who does have oversight over FEMA, that

1 time were putting down threats to federal
2 buildings and they were legitimate threats.  I
3 don't dispute, there was destruction of property
4 going on during a bunch of protests and riots, so
5 I don't dispute that.  But they weren't wearing
6 insignia.  We talked about this.  They weren't
7 wearing any markings, so people were arrested by
8 folks in fatigues with no names, no idea who they
9 were, like right out of a bad Hollywood movie.
10 Okay.  If the President asks you to send in
11 federal law enforcement to a state without
12 coordination of that, Governor, would you support
13 that action?
14        GOVERNOR NOEM:  Senator, my job, if
15 nominated, and sworn in as Secretary of Homeland
16 Security, is to uphold the Constitution and to
17 uphold --
18        SENATOR SLOTKIN:  So, you will push
19 back --
20        GOVERNOR NOEM:  ... the rules of this
21 country.  Yes, that will be the oath and the
22 pledge that I will be making.  And my goal also
23 is to work with you to ensure that we have
24 situations that are always appropriate, that we
25 are well-defined on who we are --

1 you will open the books in a bipartisan way to
2 ensure whether it's North Carolina or California
3 or anywhere in between, that the American people
4 can know that you are not playing politics with
5 disaster assistance?
6        GOVERNOR NOEM:  Yes.  Senator, I'll
7 work with you in this committee to make sure I'm
8 following the federal law and ensuring that you
9 have information and transparency from us and
10 from DHS and FEMA.
11        SENATOR SLOTKIN:  Thank you.
12 Appreciate it.  Yield back.
13        SENATOR PAUL:  Senator Lankford.
14        SENATOR LANKFORD:  Governor Noem, great
15 to see you.
16        GOVERNOR NOEM:  Great to see you too.
17        SENATOR LANKFORD:  Thanks for being
18 here.  Thanks for accepting this nod that the
19 President has given you.  For, Brian, thanks.
20 Both of you, you've walked through a lot.  I have
21 had the privilege of knowing you for a very long
22 time since we served together in the House of
23 Representatives, so I have the benefit of knowing
24 your qualifications and how strong you are in all
25 these background issues and how hard you work on

29 (Pages 110 - 113)

1 these things because I've seen it firsthand. So,
2 I appreciate you stepping into this because a lot
3 of attention across the country will be focused
4 on this. You know that full well and you've
5 stepped into it. For Governor Landry, my state
6 and many folks in my state are praying for you
7 and for your state. You've done a great job in
8 leadership at this moment in a very, very tough
9 time for Louisiana, and we don't want to see acts
10 of terrorism anywhere in our country and it's
11 incredibly difficult days for a governor, so
12 thanks for your leadership on that as well. I
13 also have to tell you, Kristi, I've whined to my
14 wife occasionally about the temperature that's
15 coming on Monday. I'm very excited about Trump's
16 inaugural, but we're all going to be sitting
17 outside in about 12 degrees. And I thought just
18 for fun, I would check South Dakota on Monday,
19 it's one, for a high, for a high.
20       GOVERNOR NOEM: Yeah, for a high.
21       SENATOR LANKFORD: And so, I'm going to
22 stop whining about the temperature Monday here in
23 Washington, D.C. on it. Look, I'm going to run
24 through a couple of things here because I know
25 you, not everybody in Oklahoma knows you. The

1 questions that I get from people though in
2 Oklahoma, I want to be able to run past you
3 because they want to be able to know the answer
4 to these things, so I'm just going to blitz
5 through a whole bunch of them. Will you use the
6 legal authority that DHS already has to be able
7 to close our border?
8       GOVERNOR NOEM: Yes, Senator. I will
9 work with President Trump to ensure that we're
10 securing our border.
11       SENATOR LANKFORD: Thank you. There's
12 a lot of things that this Congress needs to do,
13 has already been mentioned by Senator Slotkin as
14 well, that we need you to be able to close
15 loopholes to be able to give you additional
16 authority, but there's a tremendous amount of
17 authority currently not being used in Oklahoma,
18 as you're saying, is that about to be used? And
19 they'll be grateful to be able to hear that. No
20 other President has ever created a phone app to
21 be able to facilitate a faster processing of
22 aliens in, called the CBP One app. It's been
23 mentioned several times here. Will you use your
24 authority to stop facilitating faster processing
25 of illegal aliens into our country with the CBP

1 One app?
2       GOVERNOR NOEM: Yes, Senator. We will
3 eliminate the CBP One app, maintain some of the
4 data that's in it that's critical to knowing
5 who's in our country, but that app will no longer
6 be in use.
7       SENATOR LANKFORD: Thank you. No other
8 President has ever used the parole authority,
9 just in general, humanitarian parole to
10 facilitate faster processing of aliens into our
11 country, which leads to the catch and release
12 we've all heard about. So, the Oklahomans that I
13 talked to say, "Are we about to end the abuse of
14 parole and end catch and release? Is that about
15 to stop?"
16       GOVERNOR NOEM: Senator, President
17 Trump's been very clear that he will end catch
18 and release.
19       SENATOR LANKFORD: Terrific. Folks
20 want to know, will you use your authority with
21 the funds that are given to you by Congress to
22 actually build more wall rather than use the
23 funding that's given to you as the Biden
24 administration did to do environmental
25 remediation around the border rather than actual

1 border wall and border structure?
2       GOVERNOR NOEM: Yeah. Senator,
3 President Trump has been clear that he wants to
4 build the wall.
5       SENATOR LANKFORD: So, do we. So, will
6 you use your authority to be able to scan more
7 vehicles and obviously we've got to get you the
8 funding to be able to do this, to be able to scan
9 more vehicles and individuals that are carrying
10 Fentanyl into our country through our ports of
11 entry.
12       GOVERNOR NOEM: Yes, Senator. We will
13 continue to use technologies but hopefully be
14 able to use more with the resources that were
15 granted to scan those vehicles and know what's
16 coming in and out of this country.
17       SENATOR LANKFORD: Last year, FEMA
18 employees during disaster relief were instructed
19 by one of their supervisors that if they see a
20 Trump sign or a Trump flag flying to skip that
21 house, to not stop by there and tell them what
22 their federal government can do for them. Will
23 you allow FEMA employees or any within DHS to
24 politicize their role and to pick and choose who
25 gets help and who doesn't as an American?

1    GOVERNOR NOEM: Senator, under
2 President Trump's administration, disaster and
3 emergency relief will not be handed out with
4 political bias. Every American will be responded
5 to and treated equally.
6    SENATOR LANKFORD: That's what folks
7 want to know. Will you review the Secret Service
8 responsibilities to be able to go back through it
9 and to say, are they focused on their primary
10 mission or is there something you could distract?
11 Secret Service still chases down financial
12 crimes, they're still chasing down child
13 exploitation. Those are serious things for
14 Treasury or for FBI to do, but there's a question
15 is if that's the first priority for Secret
16 Service?
17    GOVERNOR NOEM: Senator, the Secret
18 Service is in need of dramatic reforms. They do
19 have a protective detail element that is their
20 priority and also an investigation side. My
21 understanding is that that investigation side is
22 often used to train the protective detailed
23 officers, but clearly, they are not focusing on
24 what their true duty is, and it needs to get back
25 onto what they were created for and that was the

1 that. Let me tell you another challenge we've
2 had with Homeland Security in the past four
3 years. When we ask for data and for information,
4 we get, "I'll get back to you on that." When we
5 ask again and again and again and again, we get
6 the same statement, "I'll get back to you on
7 that." Now, I can go down the street to the
8 command center, where they actually get the data
9 in live, and they have it up on big screens and
10 they're tracking exactly what's happening on the
11 southern border to the minute, but if I ask for
12 what happened last month, they'll say, "We're
13 still gathering that data." We're not asking for
14 anything other than what Congress is supposed to
15 get. That's the ability to be able to see data
16 and to have real oversight over DHS and that has
17 been a failure of this DHS along with multiple
18 other issues on that. When we request the data
19 for basic things like, how many special interest
20 aliens were allowed across the border.
21    If it was last year, we had to find out
22 on our own. It was 70,000 people that were
23 targeted by this administration as a potential
24 national security risk that were not just found
25 at the border that were released when they were

1 protective detail, mission, and emergency
2 situations that they need to help plan and
3 prepare for and defend.
4    SENATOR LANKFORD: Thank you. This
5 committee made a request to the Secretary of
6 Homeland Security last year, and by the way, also
7 the head of the FBI to be able to come before
8 this committee and to do what every Secretary of
9 Homeland Security has done for the last 20 years,
10 every single year, unbroken until last year. And
11 then the secretary refused to come before this
12 committee in an open session and talk about
13 national threats. Now, the former Chairman
14 protested strongly to the Biden administration
15 and DHS, they weren't coming, but they still
16 refused to be able to come. Will you come before
17 this committee and talk about the threats openly
18 so the American people can hear them in a public
19 forum?
20    GOVERNOR NOEM: Yes. Senator, Senator
21 Peters, and I discussed this quite a bit in our
22 meeting as well, and I have committed to come and
23 give that briefing to this committee and to the
24 American people.
25    SENATOR LANKFORD: Thank you. We need

1 found at the border. 70,000 people just from
2 last year in the country right now that this
3 administration declared at the border, they're a
4 potential national security risk. Now, I know
5 you're not going to do that, but when we ask for
6 the data and for the information, when we say,
7 "How's the National Vetting Center working?" Do
8 you have the connection to be able to screen
9 individuals there? We're just doing our
10 oversight responsibility. You've served in
11 Congress before and did a great job on that and
12 did oversight. We want to still be able to do
13 the same thing. Will you provide data to this
14 committee so that we can cooperate with you to
15 help?
16    GOVERNOR NOEM: Senator, I will follow
17 the law and be transparent with you and allow you
18 to do the due diligence towards oversight that
19 you're tasked with.
20    SENATOR LANKFORD: I have absolutely no
21 doubt about that, Governor. I have absolutely no
22 doubt, looking forward to you serving in that
23 role.
24    GOVERNOR NOEM: Thank you.
25    SENATOR LANKFORD: Thank you.

31 (Pages 118 - 121)

1    GOVERNOR NOEM:  Thank you.
2    SENATOR PAUL:  Well, congratulations,
3 Governor Noem.  You are almost done.
4    GOVERNOR NOEM:  Okay.
5    SENATOR PAUL:  We've been through a lot
6 of questions.  I think you've handled the
7 questions very well and I'm ask a couple of
8 questions, and I think the ranking member has a
9 few and I think we'll be done very shortly.  I
10 think a lot of Americans, including some
11 conservatives misunderstand the First Amendment.
12 They think the First Amendment says that
13 "Facebook has to publish my opinion," or, "The
14 Wall Street Journal has to publish my opinion,"
15 or "We need to force them to be fair."  That's
16 not what the First Amendment's about at all.
17    The First Amendment really doesn't
18 apply to telling private companies what we can or
19 cannot say.  YouTube censored me and I despise
20 their policy.  They actually took down speeches I
21 made on the floor, but really, I don't have a
22 legal recourse other than I can complain about
23 YouTube being unfair and not hosting both sides
24 of an issue.  However, with the government
25 though, there is a rule.  The First Amendment

1 specifically says, "Congress shall pass no law
2 banning or abridging speech," and this is what
3 really got us worried about what, not only the
4 FBI was doing, but the Department of Homeland
5 Security actually meeting with these companies.
6    SENATOR PAUL:  ... on a weekly basis.
7 And imagine the chilling effect of this, imagine
8 that there are cameras here, that they're going
9 to end their filming of this interview and then
10 decide, "Well, what she said or what he said
11 really was misinformation, and we should edit
12 that out."  Can you imagine?  It's just hard for
13 me to imagine that the media has not, which once
14 defended the First Amendment, hasn't been in more
15 of an uproar over the government meeting with the
16 media to decide things.  Some of this we didn't
17 know, and then Elon Musk bought Twitter.  People
18 asked him, they said, "Well, you've paid $44
19 billion for Twitter.  Isn't that too much?"  And
20 he said, "I paid $44 billion to defend free
21 speech."
22    And it's been an amazing service, not
23 only to open up the forum to more viewpoints, but
24 to point out what the government was doing.  In
25 this last week, we heard from Mark Zuckerberg,

1 who said that the pushiness, the coerciveness of
2 government meeting with them was unprecedented
3 and that they pushed back.  But he also said
4 worse than them just sort of telling him he
5 should restrict speech; they also threatened him.
6 They threatened to come after him through
7 antitrust law, they threatened to remove parts of
8 Section 230 of the liability protection.
9    Just to imagine this bully nature of
10 government, and I know you're opposed to that,
11 but if you're confirmed and you're in a position
12 of saying, "We're just no longer sending people
13 to meet with media," and the way I describe it is
14 to talk about constitutionally protected speech.
15 Because some will say, "Oh, well, what about
16 pornography or what about child trafficking?"
17 Those are illegal.  Those are not
18 constitutionally protected speech.  You have
19 every ability to meet with that.  But for
20 constitutionally protected speech, will you tell
21 us in America that you will no longer be sending
22 government agents to meet with the media?
23    GOVERNOR NOEM:  Yes, Senator.  I'll
24 work with you to ensure that civil rights and
25 liberties are protected and that we are not in

1 the misinformation and disinformation space like
2 the current DHS is.
3    SENATOR PAUL:  The only other thing I
4 would ask on this basis is we will send requests,
5 we sent requests previously, sometimes, and often
6 bipartisan requests, for information.  The
7 Twitter files, Michael Schellenberger, Matt
8 Taibbi, Bari Weiss did a great job of showing
9 what was happening in Twitter and how they were
10 cooperating with government.  I think the other
11 investigation that needs to occur is who are the
12 people in government they were talking to?  Do
13 they still work at DHS, and can we make sure that
14 they're not in a position of authority?
15    And this is not something I'm going to
16 tell you to do.  It's just a request that you
17 have your own investigation, that you have people
18 who work for DHS to say, "We are going to look
19 for people who are bringing their political bias
20 to work and trying to influence speech and
21 restrict speech based on their bias and help us
22 in rooting that out and making sure that these
23 people never again have that responsibility."
24 Because I don't think there's ever been anything
25 like this as far as the restriction of speech,

1 and I think the election is largely going to stop
2 and tilt things the other way. But will you help
3 us by looking internally for those who are trying
4 to restrict speech?
5      GOVERNOR NOEM: Senator, I look forward
6 to working with you on that mission.
7      SENATOR PAUL: I don't have any other
8 questions now, but I think Senator Peters and
9 Senator Blumenthal, and we'll see how it goes.
10 We're going to start with Senator Peters with one
11 more five-minute round.
12      SENATOR PETERS: Yeah, I'll be fairly
13 brief. We've had opportunity to talk at length
14 about many issues, and again, I appreciate that,
15 Governor. I just want to stress going forward,
16 and we've heard a lot of comments here, I think
17 there's been a fair amount of political theater.
18 Not as much as I know exist in other committees,
19 and I've always strived, and I know ranking
20 member or now Chairman Paul share the notion that
21 we want to be a fact-based committee and try to
22 find tangible solutions to the tough problems
23 that we face, and data is important. We've heard
24 a lot of numbers being thrown around here, and I
25 don't have time to go through and challenge those

Page 126

1 numbers. Some of them we don't even know where
2 they came from. I don't think that's helpful to
3 the very important mission of confirm that you're
4 going to be dealing with. So, I hope in the
5 future, that we're actually dealing with facts.
6      You've mentioned many times that you do
7 want to deal with facts and real data. And
8 again, we heard a lot here that's not real data,
9 and we should not operate that way. And if
10 confirmed when we move forward, I'm going to look
11 forward to working with you based on the facts
12 and understand where the real threats are, how we
13 need to appropriate resources to make sure we're
14 meeting those threats.
15      And let's take this hyper-partisanship
16 out of such an important issue of homeland
17 security. We have way too much partisanship in
18 this country, and it's resulted in a polarization
19 of people here. We've got to come together as
20 this country, we've got to lock arms and
21 understand that we're all proud Americans, we all
22 want to do what's best for the American people
23 and solve the issues that are before us.
24      So, in that spirit, and certainly
25 you've communicated that spirit to me, but in

Page 127

1 that spirit, I hope if confirmed that is exactly
2 what you will be bringing to this office, and
3 let's move away from this toxic political
4 environment that we have in the country and
5 celebrate what's great about our country in the
6 spirit of bringing the American people together.
7      So, I have one question before we turn
8 it over to other members. As a member of this
9 committee, as well as the Armed Services
10 Committee, I've focused a great deal on the safe
11 integration of drones in our airspace while
12 addressing the growing threats that drones
13 possess. We certainly see what drones are doing
14 in changing the face of warfare, whether it's in
15 Ukraine and other battlefields around the world.
16 We are very concerned about the weaponization of
17 those drones and what it could mean to the
18 security here in the United States. I've
19 proposed comprehensive legislation to extend
20 authorities beyond just the FBI and DOJ and
21 Homeland Security to local law enforcement.
22      You mentioned in your comments about
23 security for the Super Bowl, which is incredibly
24 important, but we have to remember that that
25 threat exists for all games. In fact, one of the

Page 128

1 biggest supporters of my legislation is the NFL.
2 In fact, we just had a recent playoff game that
3 was delayed because of drones that flew into that
4 playoff game. We are very concerned that you
5 could have a drone with a grenade or an explosive
6 device, which would be absolutely catastrophic.
7 It's absolutely essential that we address this
8 threat. What we're seeing around the world and
9 what we're seeing in daily activities should be a
10 concern. I think this is just a matter of time.
11 It's not if, it's when, and we need to be on the
12 front end of that.
13      And with that in mind, I want to remind
14 folks that Congress just recently extended
15 critical counter-UAS authority, counter-drone
16 authority only for a short-time basis for the
17 12th time. We only do these little, tiny short-
18 term extensions, and we aren't dealing with the
19 problem comprehensively as we should, and those
20 are going to expire on March 14th, a very short
21 time from now. And so, my question for you,
22 Governor, is if confirmed as DHS Secretary, will
23 you commit to working with me and my colleagues
24 to pass durable, long-term authorities that will
25 protect this country from what is a real threat,

Page 129

33 (Pages 126 - 129)

1 and it's just a matter of time? And I don't want
2 to have a horrible incident occur, and people
3 wonder why we didn't take action beforehand. So,
4 please address that.
5        GOVERNOR NOEM: Senator, I look forward
6 to working with you and this committee to address
7 the threats we may face and the usage of drones
8 in this country in relation to our national
9 security interests and our homeland security
10 interests. So, thank you for bringing up the
11 conversation today, because it is one of the
12 areas within DHS that we have a responsibility to
13 address in cooperation with Congress.
14        SENATOR PETERS: And my first comments
15 on bringing people together, please comment on
16 that.
17        GOVERNOR NOEM: Oh, well, thank you,
18 sir. Yes, no.
19        SENATOR PETERS: I didn't ask that
20 question, but in my 24 seconds left.
21        GOVERNOR NOEM: I'm looking forward to
22 working with everyone, Republicans and Democrats
23 and everyone else in between, that in this
24 country that is focused on keeping America safe
25 and secure for our future. I would just point,

1 Senator, to my background and my history. When I
2 came to Congress, I worked with Republicans and
3 Democrats on both sides of the aisle on many
4 pieces of legislation and was very happy to do so
5 and focus on priorities on where we could
6 agreement, knowing we may disagree on some
7 issues, but there was areas where we could keep
8 the federal government accountable and do due
9 diligence by the people that pay their taxes and
10 get up and go to work every single day. As
11 governor, as well. I was governor for every
12 single person in the state of South Dakota, and
13 they were my number one priority, and everyone
14 knew there that it didn't matter if you were
15 Republican or Democrat, that my focus was on them
16 and keeping our state thriving and free.
17        So, I look forward to continuing the
18 work that I always have to be coming up with
19 solutions and in a bipartisan manner, and
20 hopefully, my visits to your office and my intention on
21 conversations reflected that and my intention on
22 how I would conduct the role as the Department of
23 Homeland Security Secretary.
24        SENATOR PETERS: Got a brief follow up
25 to that.

1        GOVERNOR NOEM: Sure.
2        SENATOR PETERS: So, it's data and
3 facts that we can all agree on that drive our
4 policy and not political theater. Would you
5 agree?
6        GOVERNOR NOEM: Well, certainly, sir.
7 We need to be addressing facts and information
8 rather than political theater. We also need to
9 speak truth to facts. So, I think it's important
10 that we're willing to confront our challenges
11 head on and have those conversations. And you'll
12 see me back at your office door very soon to
13 continue our work together.
14        SENATOR PETERS: Very good. Thank you.
15        SENATOR PAUL: And I want to second
16 basically what Senator Peters has said. On
17 records requests, I've told him, and I plan on
18 it, it's going to be administration of my party,
19 that if he wants records and there are legitimate
20 records, we're going to sign requests together,
21 and we'd like to get the records. It also helps,
22 though, and I think Senator Lankford mentioned
23 this, is you ask a question, not you, but to the
24 administration or any administration, they're
25 like, "Oh, yeah. We'll get back to you on it."

1 Many times, I've even asked in advance, and I
2 would suggest that we ask you in advance
3 together, we ask in advance, "If you're coming in
4 a month, we say we want this data. Be prepared
5 to talk about it." And if you are, you'll have
6 many more friends on both sides because what
7 usually happens, and that's why I don't like
8 springing the question. If it's a technical
9 question that needs data, we're going to tell you
10 in advance, at least I will, and we want you to
11 come prepared with that.
12        And that goes a long way, because
13 really what happens is we get stiff-armed. They
14 say, "We'll get back to you," and we have no way
15 to force you, really, other than we could cut the
16 money off, and nobody ever does that. But you'll
17 have 200,000 people working for you. By
18 goodness, send your experts out, scour the
19 records. And it is true, facts are difficult,
20 and sometimes, there's different spins on the
21 same set of facts, but I think that will help.
22        On the drones, I think we need more
23 facts. So, I'm more than willing to work with
24 the ranking member on doing something on drones,
25 but I don't want every sheriff out there shooting

1 up in the sky at stuff. We got to figure out and
2 we got to get the truth about do we really have
3 drones everywhere flying all the time? How many
4 of them are planes? How many of them are drones?
5 And let's go through this, and then let's figure
6 out, and then let's talk about how we bring
7 drones down. If we interrupt and collect a lot
8 of cellular signal through that, are we doing it
9 with a warrant? What are we going to do with all
10 the Americans' data that we've collected to take
11 down drones? If we have to take a whole cell
12 towers worth of data, there's a lot of innocent
13 people's data is going to be collected in that.
14 Is that being gotten rid of? So, I think there
15 are ways we can get to the right place.
16 Everybody, obviously nobody wants drones coming
17 down.
18      The only other thing I'd add on drones
19 before I turn it over to Senator Lankford is
20 look, I'm all for the NFL being protected and the
21 Super Bowl being protected. They need to pay.
22 They are a very rich organization. They want
23 drones flying over in New Orleans. I'm all for
24 it. The NFL ought to pay the government if the
25 government's doing it, or we ought to have

1 have felt like they've been sidelined, and
2 they've not been able to do their job that they
3 really signed up for. And what I'm hearing from
4 you is you're going to allow them to do their job
5 again, what has been historically true for a long
6 time, that federal law enforcement is there to
7 actually help protect the country and the
8 citizens and those communities, that you're going
9 to allow them to do that, and that's helpful.
10      So, I have two quick things that I want
11 to be able to mention on this. One is right now,
12 just in the structure of this, and we can talk
13 about this a different time, but CBP facilities
14 that are along the border are really run by a
15 different entity called GSA, and they're not
16 allowed to be able to do updates on their
17 facilities or to design their facilities.
18 Somebody who lives 3,000 miles away and who
19 doesn't actually do border patrol work, they
20 actually design and oversee their facilities.
21 That's a problem that we've got to be able to
22 fix.
23      So, we've worked to be able to give
24 more flexibility to CBP that when they have
25 difficulty and challenges there, they have the

1 private contractors doing it, but they shouldn't
2 just get it for free. Senator Lankford.
3      SENATOR LANKFORD: Thank you. Thanks,
4 again. As Senator Paul will remember on this,
5 there used to be a public facing website that all
6 Americans could actually get the data, what's
7 happening on the border, what's actually moving,
8 and then when the numbers got bad, that seemed to
9 disappear, and then we couldn't even get the data
10 anymore. So, I look forward to actually finding
11 ways to be able to have everybody has the ability
12 to be able to see some of this data as well on
13 it.
14      There's a reason that the DHS Secretary
15 is the very first week of nominations. This is a
16 really important role, and it is a non-partisan
17 role. It is a national security role, and we're
18 grateful that you've stepped into this, but it is
19 important that we actually get you on the task to
20 be able to make sure that it's out there.
21      You mentioned earlier in your testimony
22 that we do have a morale problem at DHS right
23 now, and I think a lot of that is because people
24 that signed up to be federal law enforcement to
25 be able to protect the United States of America

1 ability to be able to make those changes. But
2 I'm not going to ask you to make a commitment to
3 this, because this is just one of those detail
4 areas, but will you commit in the future to
5 working with us, that this committee and you can
6 work together to be able to figure out how the
7 folks that are on the field can actually make
8 decisions about the facilities they work in?
9      GOVERNOR NOEM: Yeah. Senator, I
10 commit to working with you on that issue.
11      SENATOR LANKFORD: Terrific. And then
12 I had a constituent in Oklahoma that is a hunter,
13 like you are, like I am. He had a bag that he
14 had some additional rounds that were in his bag
15 that were left over from a hunting trip months
16 before. He packed his bag, went on a vacation
17 trip overseas, went through security with his
18 bag. When he got overseas and then left and came
19 back, they scanned his bag and said, "You have
20 bullets, you have rounds in your bag," and he had
21 I think five that were in his bag, he didn't
22 even remember were left over in an outside pocket
23 from a hunting trip before.
24      Well, they promptly put him in jail and
25 held him there and detained him there. Now, we

1 worked through all the process to be able to get
2 him back. My question is that same bag went
3 through TSA security in my state before it went
4 through security overseas. And so, one of the
5 questions that I've asked is why were those
6 rounds picked up there and not here?
7        Now, we don't have the full answer to
8 that yet, but that's just one of those TSA
9 questions that we need to have. Americans right
10 now are on planes all over the country, and they
11 count on a certain level of security when they go
12 through that process. So, in the days ahead,
13 will you work with me to be able to identify what
14 are the challenges that we still face with the
15 screening process and to be able to correct those
16 for the security of all Americans?
17        GOVERNOR NOEM: Yes, Senator, I will
18 work with you on that.
19        SENATOR LANKFORD: Thank you.
20        GOVERNOR NOEM: I was surprised TSA
21 didn't come up more today, but that is an area in
22 need of reform as well, and I look forward to
23 working with you there.
24        SENATOR LANKFORD: Look forward to
25 that. Thank you. I yield back.

Page 138

1        SENATOR PAUL: Government needs a
2 healthy dose of common sense. Bullets in your
3 bag. I had a guy with bullets in the back of his
4 pickup truck coming back from Mexico. We
5 arrested him and took his truck, and only because
6 the Institute of Justice fought for him for three
7 years that he get his truck back. That's crazy,
8 the things we do. Let's have some common sense,
9 and hopefully, someone overseeing it will allow
10 that. Senator Blumenthal, you're going to finish
11 us up.
12        SENATOR BLUMENTHAL: Thank you,
13 Chairman Paul. I'm the last of your questioners,
14 so that means I get unlimited amounts of time.
15        GOVERNOR NOEM: Okay.
16        SENATOR BLUMENTHAL: Not really. Not
17 even close. I want to sort of continue the
18 emphasis on bipartisanship and most especially on
19 immigration reform. What this nation needs is
20 comprehensive immigration reform. We know about
21 the need for more H-1B visas and other kinds of
22 extensions of the visa program that enable the
23 United States to have more workers that are
24 desperately needed in certain areas of our
25 country. We know that there has to be better

Page 139

1 border security, generally. We know we need to
2 provide some kind of path to earn citizenship for
3 a lot of the undocumented people in this country,
4 and we know it's possible, because we did it in
5 2013.
6        The United States Senate, as you will
7 recall, passed a comprehensive immigration reform
8 measure. Overwhelmingly, it was bipartisan. I
9 was proud to be a part of it, going through the
10 Judiciary Committee, but obviously it will
11 involve Homeland Security, and I hope that we can
12 continue, as Senator Lankford was a part of the
13 effort in the last session to expand on those
14 efforts and move forward on a bipartisan basis
15 toward bipartisan comprehensive immigration
16 reform.
17        I want to talk to you a little bit
18 about domestic terrorism, which we discussed
19 during my previous round, and I know you've
20 discussed it afterward, including not just
21 migrant crime and radicalization by ISIS, which
22 are real and present problems, I also want to ask
23 you about domestic terrorism events unrelated to
24 groups outside our borders. We've seen a rise in
25 antisemitism in this country. It has spiked

Page 140

1 beyond any prediction, and I want to know of your
2 concern with antisemitit, racist events,
3 Charlottesville, Buffalo, Pittsburgh, there's a
4 shorthand for these violent terrorist acts
5 against people in the United States.
6        GOVERNOR NOEM: Yes, Senator, I'm very
7 concerned about what we've seen in this country
8 as far as antisemitic violence that has happened.
9 In fact, last year during our legislative
10 session, I brought legislation to more clearly
11 define it so that we could fight it in our home
12 state. And I'm hopeful I can work with you to
13 continue to do what we can to make sure that we
14 are addressing this rising threat and not
15 facilitating it in this country.
16        SENATOR BLUMENTHAL: And I just want to
17 make sure that when you say we're protecting
18 Americans against terrorism, that we're
19 protecting all Americans, including people in
20 mosques, in churches, in synagogues, people
21 regardless of their worship, their race, their
22 background. We need to protect all Americans
23 from antisemitism, racism, Islamophobia. I hope
24 you'll commit to that effort.
25        GOVERNOR NOEM: Yes, correct. Thank

Page 141

36 (Pages 138 - 141)

1 you, Senator, and I look forward to working with
2 you to do that.
3        SENATOR BLUMENTHAL:  In my closing
4 minute-and-a-half, I just want to call your
5 attention to an effort that I've led to help
6 reunite children with their parents, children who
7 were separated as a result of the so-called
8 family separation policy.  In the last
9 administration, I have introduced a measure
10 called Keep Families Together, not only to limit
11 separation of families at or near ports of entry,
12 but also the Families Belong Together Act for
13 several Congresses to help bring the children,
14 the kids who were victims of this policy and who
15 still are not back with their parents.  I hope
16 that you will support that kind of effort.
17        GOVERNOR NOEM:  Senator, the Trump
18 administration never had a family separation
19 policy.  They had a zero-tolerance policy, which
20 said that our laws would be followed.  What I'm
21 alarmed by is the over 300,000 children that went
22 missing during the Biden administration.  And
23 when we talk about children and what they're
24 potentially facing as far as victimization in
25 this country and the trafficking that's going on,

Page 142

1 to keep families together.  We will uphold our
2 law, and we'll make sure that we're doing
3 everything we can to keep our children safe from
4 the trafficking and the drug epidemic that's hit
5 this country.
6        SENATOR BLUMENTHAL:  I'm going to end
7 on an optimistic note and say I take that as a
8 yes.
9        GOVERNOR NOEM:  Yeah.
10        SENATOR BLUMENTHAL:  Thank you, Mr.
11 Chairman.
12        SENATOR PAUL:  Thank you for your
13 testimony.  The nominee has filed responses to
14 biographical and financial questionnaires,
15 answered prehearing questions submitted by the
16 committee, and had their financial statements
17 reviewed by the Office of Government Ethics.
18 Without objection, this information will be part
19 of the hearing record with the exception of the
20 financial data, which are on file and available
21 for public inspection in the committee offices.
22 The hearing will remain open until 5:00 p.m.
23 today, Friday, January 17th for the submission of
24 statements and questions.
25        For the record, this hearing is

Page 144

1 this administration's lack of desire to find out
2 where those children are or what they may be
3 going through is alarming to me.  So, I want to
4 stop that.
5        SENATOR BLUMENTHAL:  Well, because my
6 time is expiring, I'm just going to interrupt
7 again with apologies to say let's put aside ...
8        GOVERNOR NOEM:  Well, I can't put aside
9 340,000 children.
10        SENATOR BLUMENTHAL:  Let's put aside
11 the labels, let's put aside what happened in the
12 past.  There are still a thousand children who
13 are separated and waiting to be reunited.  I'd
14 like your commitment that you're going to
15 continue the effort to reunite them with their
16 parents.
17        GOVERNOR NOEM:  Senator, keeping
18 families together is critically important to me
19 and to this country.  I'm concerned about Laken
20 Riley's family, that they no longer have her.
21 I'm concerned about the fact that we have people
22 in this country that don't know where their
23 children are or people in other countries who
24 sent their children here and they've been lost by
25 this administration.  So, yes, my focus will be

Page 143

1 adjourned.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 145

37 (Pages 142 - 145)

```
1        C E R T I F I C A T I O N
2  I, Sonya Ledanski Hyde, certify that the
3  foregoing transcript is a true and accurate
4  record of the proceedings.
5
6  Sonya V. Ledanski Hyde
7
8
9
10  Veritext Legal Solutions
11  330 Old Country Road
12  Suite 300
13  Mineola, NY 11501
14
15  Date:  February 17, 2025
16
17
18
19
20
21
22
23
24
25
                                    Page 146
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[000 - academy]**

## 0

**000**   102:18

## 1

**10**   64:20
**10,000**   95:10
**100**   5:21 54:21
64:17 65:9
106:1,1
**10:00**   25:21
**11**   101:5
**110**   2:7
**11501**   146:13
**11th**   19:7 77:4
**12**   52:23 114:17
**12,000**   101:11
**12151**   146:6
**12th**   129:17
**13,000**   19:16
37:5
**14th**   129:20
**15**   1:12
**16,000**   37:7
74:7 101:17
**17**   146:15
**17th**   144:23
**19**   3:15
**1b**   139:21

## 2

**2**   48:11
**20**   19:2 119:9
**200,000**   133:17
**2001**   19:7
**2013**   140:5

**2025**   1:12 81:13
146:15
**2027**   104:11
**21st**   20:3
**22**   16:6 83:3
96:4
**230**   124:8
**24**   130:20
**24/7**   18:10
**240,000**   5:20
82:25

## 3

**3**   64:19
**3,000**   136:18
**30**   18:22 76:7
80:15
**300**   146:12
**300,000**   142:21
**31st**   69:1
**32**   39:2
**330**   18:5 146:11
**340,000**   143:9
**382**   29:19 30:9
46:21 101:6

## 4

**40**   18:22 53:2
**400**   100:20
**425,000**   37:9
99:2
**435**   12:24 13:2
**44**   123:18,20

## 5

**50**   105:21
**5:00**   144:22

## 6

**6**   102:18
**600,000**   101:22
101:23 104:23

## 7

**7**   19:15
**7,000**   19:17
**70,000**   41:2
120:22 121:1
**700**   112:3
**700,000**   102:10
**75**   53:2

## 8

**80**   104:14
**8th**   71:22

## 9

**9**   69:1
**9/11**   106:19

## a

**a.m.**   25:21
**abiding**   2:18
3:6
**ability**   8:22
15:7 33:19
45:7 47:10
77:20 97:2
110:8 120:15
124:19 135:11
137:1

**able**   9:12 11:20
14:19 28:12
50:24 70:19
77:18,20 82:11
85:3 96:25
98:2 115:2,3,6
115:14,15,19
115:21 117:6,8
117:8,14 118:8
119:7,16
120:15 121:8
121:12 135:11
135:12,20,25
136:2,11,16,21
136:23 137:1,6
138:1,13,15
**abridging**
123:2
**absolute**   10:24
52:1 82:16
**absolutely**   6:21
26:23 41:9
47:21 53:19
71:9 77:13
121:20,21
129:6,7
**abundance**
10:23
**abuse**   3:21
54:12 56:25
116:13
**abused**   55:22
104:18
**academy**   23:8
97:10

**[accepting - afterward]**

accepting
  113:18
access   71:23
accessible
  90:15
accomplish
  82:11
account   2:8
accountability
  3:24 4:8 34:23
  38:20 69:22
accountable
  37:19 54:7
  72:15 87:14
  131:8
accurate   146:3
achieve   20:24
acknowledge
  22:4
act   53:8 64:16
  86:17 142:12
acting   11:23
  34:15
action   111:13
  130:3
actions   30:24
  76:21 86:22
activated   39:2
activation
  39:24
active   110:18
activities   2:8
  67:2 73:4
  129:9

activity   11:12
  38:17
actors   21:24
  32:13 36:18
  45:5 47:16
  69:25 73:17
  74:15 87:13
acts   107:19
  114:9 141:4
actual   47:9
  53:6,6,15
  116:25
actually   50:2
  55:6,15 56:10
  76:24 93:8
  95:6,16 105:18
  106:5,21
  107:12,25
  109:3 116:22
  120:8 122:20
  123:5 127:5
  135:6,7,10,19
  136:7,19,20
  137:7
add   13:18
  134:18
addie   70:23
adding   6:18
addition   7:4
  26:22 49:12
additional   6:23
  44:9 115:15
  137:14
address   4:17
  6:7 8:10,22

11:3 22:13,24
  29:13 31:18
  92:9 129:7
  130:4,6,13
addressed
  19:18 44:18
addresses
  55:18
addressing
  2:24 3:9 7:5,18
  28:1,14 35:10
  35:21 38:21
  128:12 132:7
  141:14
adequately
  28:22 36:1
  44:21
adhered   103:13
adherence
  102:15
adhering   65:6
  110:7
adjourned
  145:1
adjust   49:17,22
administration
  2:19 11:9 35:6
  38:15 39:19
  42:10 50:23
  52:10 56:21
  57:15 62:12
  66:22 72:3
  75:10 78:9
  81:19 83:6
  85:20 86:3,15

87:5 95:6 98:2
  101:3 102:22
  104:19 112:19
  112:20 116:24
  118:2 119:14
  120:23 121:3
  132:18,24,24
  142:9,18,22
  143:25
administratio...
  37:11 55:4
  86:4 143:1
administrations
  112:14
adopted   59:3
advance   22:7
  133:1,2,3,10
adversarial
  3:11
adversaries   8:3
  21:24 23:19
advising   53:8
advisor   17:13
  76:16
advisors   98:7
affected   38:8
affecting   8:11
affiliates   38:17
afghanistan
  41:3
afloat   95:23
afraid   18:23
afterward
  140:20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[agencies - announcement]**

**agencies** 23:16
31:25 32:5
35:9 39:11,12
43:9 66:23
67:7 72:18
73:15,15 83:3
107:17
**agency** 2:7,10
2:12,22 3:22
4:10 5:19 8:9
24:18 32:12
48:16 82:25
83:12,21 84:3
85:14,22,23
94:19
**agenda** 75:20
80:17 102:14
104:13
**agents** 21:8
85:2 124:22
**aggressive**
31:23
**ago** 7:6 52:24
69:1 100:1
103:16
**agree** 26:6
29:16 43:11
53:14 61:8
62:23 112:5,10
132:3,5
**agreement** 12:6
131:6
**agricultural**
98:9,18,19
99:12

**agriculture**
80:16
**ahead** 23:23
55:5 90:10
91:3 138:12
**air** 28:10 82:8
**airfare** 103:8
**airspace** 128:11
**aisle** 107:10
131:3
**al** 29:9 81:14
**alarmed** 142:21
**alarming**
104:23 143:3
**alaska** 13:3
**alcohol** 69:5
**alejandro**
51:25 105:14
**alien** 94:5
**aliens** 21:15
115:22,25
116:10 120:20
**alive** 54:25
103:24
**alkire** 15:4
**alliance** 14:16
**allocate** 63:19
64:17 65:9
**allow** 36:25
37:2 55:5
57:11 100:24
101:24 103:4
104:12,20
117:23 121:17
136:4,9 139:9

**allowed** 54:13
88:8 100:19
101:14,16
103:17 104:20
120:20 136:16
**allowing** 53:25
**allows** 47:12
56:18
**alongside**
106:20
**alternative**
72:21
**amateurish**
12:13
**amazing** 100:9
100:10 106:13
123:22
**amendment**
58:6 86:18
122:11,12,17
122:25 123:14
**amendment's**
122:16
**america** 13:10
17:23 18:19
37:19 70:16
84:22 94:15
99:25 104:8,15
105:17 124:21
130:24 135:25
**american** 2:12
3:13,23 4:15
7:16 8:21 11:7
21:17 25:13
30:15 36:14

37:16 57:19
60:14 61:13
63:12 65:13
70:13,19 75:20
86:12 87:2
89:8 94:5
102:20 107:25
108:3,19,23
112:23 113:3
117:25 118:4
119:18,24
127:22 128:6
**americans** 2:18
2:20 3:4 7:7
18:5,20,22
20:25 21:2
24:6 27:12
29:4 31:15
36:24 38:1
58:7 80:23
83:14 122:10
127:21 134:10
135:6 138:9,16
141:18,19,22
**amount** 10:21
10:22 27:22
33:9 81:5
115:16 126:17
**amounts**
139:14
**announce**
75:25
**announcement**
75:24

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[annually - attention]**

| | | | |
|---|---|---|---|
| **annually** 2:8 | **applied** 84:13 | **armed** 128:9 | **associated** |
| **answer** 3:16 | **apply** 55:5 | 133:13 | 59:10 |
| 36:8 75:22,22 | 122:18 | **arms** 127:20 | **association** |
| 100:19 115:3 | **appreciate** 5:13 | **arrested** 111:7 | 16:7 |
| 138:7 | 5:13 18:13 | 139:5 | **assume** 40:20 |
| **answered** | 26:20 42:24 | **art** 22:7 | 62:22 63:25 |
| 144:15 | 43:3,5 45:11 | **aside** 143:7,8 | **assurances** |
| **answering** 36:6 | 47:18 51:3 | 143:10,11 | 112:17 |
| **answers** 22:5 | 60:2 74:19 | **asked** 21:4 26:1 | **assured** 28:4 |
| 36:11 | 92:3 113:12 | 34:14 38:22 | **asylum** 7:2 |
| **antiquated** | 114:2 126:14 | 42:5 52:5 | 54:13,14 55:5,7 |
| 74:7 | **appreciated** 6:4 | 65:20 70:9,21 | 55:10,11,12 |
| **antiquities** | **apprehending** | 77:11 84:5 | 57:1 |
| 35:19 | 21:14 | 88:10 112:20 | **attack** 7:22 |
| **antisemitic** | **approach** | 123:18 133:1 | 21:23 48:1,7 |
| 141:8 | 19:25 22:1,14 | 138:5 | 66:14 71:21 |
| **antisemitism** | 23:2 98:10 | **asking** 64:3 | 79:18 90:1,8 |
| 140:25 141:23 | **appropriate** | 120:13 | **attacking** 23:1 |
| **antisemitist** | 39:1 91:1 | **asks** 55:10 | **attacks** 3:10 |
| 141:2 | 111:24 127:13 | 111:10 | 6:1 7:21 8:5 |
| **antitrust** 124:7 | **appropriated** | **assassination** | 19:7,9 20:11 |
| **anymore** | 64:18 | 58:17 59:6,11 | 26:19 31:24 |
| 135:10 | **appropriately** | 59:25 | 32:17 33:5 |
| **anyway** 14:15 | 28:6 | **assassinations** | 48:9 72:12 |
| **apartments** | **area** 47:8 67:15 | 58:16 | 73:11 81:24 |
| 92:25 | 73:18 138:21 | **assault** 37:8 | 82:6 89:6 |
| **apologies** 143:7 | **areas** 6:4 | **assaulted** 53:11 | **attempted** |
| **apologize** 64:9 | 130:12 131:7 | 53:13 | 58:16 |
| **app** 55:2,9,12 | 137:4 139:24 | **assembled** 83:3 | **attempts** 58:17 |
| 55:17,25 | **arena** 9:19 | **assert** 4:24 | 59:7,11,25 74:8 |
| 115:20,22 | **arguably** 3:15 | **assessment** | **attend** 31:11 |
| 116:1,3,5 | **arizona** 92:6 | 81:13 | **attendance** |
| **appear** 16:25 | 93:9,17 94:6 | **assist** 39:3 | 92:2 |
| 25:9 26:7 | 96:2 97:16 | **assistance** | **attention** 21:21 |
| | | 112:18 113:5 | 114:3 142:5 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[august - bipartisan]**

august  62:18
authorities
  31:8 76:21
  78:10 79:5
  89:18 128:20
  129:24
authority  72:6
  115:6,16,17,24
  116:8,20 117:6
  125:14 129:15
  129:16
authorization
  28:11
authorized
  51:7
available  5:8
  45:4 58:25
  59:12 144:20

**b**

back  11:1
  19:22 22:10
  25:17 30:23
  32:25 37:17
  47:14 48:23
  57:2 63:24
  71:18,25 72:10
  72:15 76:2
  82:18 83:2
  85:5,15,18
  94:18 110:13
  111:19 113:12
  118:8,24 120:4
  120:6 124:3
  132:12,25
  133:14 137:19

138:2,25 139:3
  139:4,7 142:15
backed  87:13
background
  4:17 5:16
  40:20 99:18
  113:25 131:1
  141:22
bad  32:13 45:5
  47:16 73:17
  74:15 91:24
  111:9 112:10
  135:8
bag  137:13,14
  137:16,18,19
  137:20,21
  138:2 139:3
balance  96:16
ball  67:19 81:4
ballot  106:24
balls  89:17
banning  123:2
bari  125:8
base  28:10,25
  95:17
based  7:23 29:7
  29:14 48:1
  51:18 62:10
  64:12 86:14,14
  108:19 125:21
  126:21 127:11
basic  61:1
  120:19
basically  65:16
  132:16

basis  78:8
  82:16 123:6
  125:4 129:16
  140:14
battlefields
  128:15
beach  91:16
beaches  104:14
beacon  25:7
bear  67:1 92:11
  96:22
bearing  95:11
becoming  8:5
behalf  17:17
behaviors
  30:24
believe  10:19
  11:15 20:12
  32:5 71:16
  80:20 84:12
  89:10 94:4
  96:19 103:1
  109:6,15,18,20
  109:23,25
belong  14:15
  142:12
benefit  94:15
  113:23
best  19:13
  78:19 127:22
bet  91:8
better  13:17
  17:25 76:5
  88:19 100:11
  110:3 139:25

beyond  99:5,9
  128:20 141:1
bia  97:5
bias  63:11 65:4
  65:11 118:4
  125:19,21
biden  2:19 11:9
  29:19 37:21
  38:15 39:19
  52:10 55:4
  57:10 72:3
  86:3 101:7
  104:5,10,19
  112:3 116:23
  119:14 142:22
biden's  30:12
  38:8 101:4
  112:18
big  2:3 84:1
  88:10 95:12
  99:5 120:9
bigger  22:3
biggest  84:10
  129:1
bill  13:8,13
  49:9
billion  2:7 5:21
  19:15 64:17
  65:9 123:19,20
billions  88:1
biographical
  144:14
bipartisan  44:6
  46:8 49:9
  58:15,16 60:1

98:14,14 106:5
113:1 125:6
131:19 140:8
140:14,15
**bipartisanship**
139:18
**bit** 9:20 46:7
70:7 119:21
140:17
**blame** 109:13
**blank** 75:14
**blessing** 12:14
**blitz** 115:4
**blizzards** 24:10
**blow** 108:11
**blueprint** 89:11
89:19 90:3
**blueprints**
90:10
**bluffs** 68:19
**blumenthal**
60:9,19,20
61:19 62:8
63:5,13,25 64:7
65:8,12,16,19
66:16 67:14
126:9 139:10
139:12,16
141:16 142:3
143:5,10 144:6
144:10
**board** 57:17,25
58:4,9 83:14
96:3 97:12

**boards** 3:3
**body** 12:24
17:11,13 91:14
110:8
**bonded** 69:5,6
**books** 59:9
112:24 113:1
**border** 2:17 3:1
3:10 6:9,11,13
6:17,24 7:4
10:18 11:8,11
12:18 20:16
21:1,4,6,8,18
26:22,22,24
27:1,3,6,6,17
27:21,23 28:9
28:14,17 29:18
29:20 30:10,16
36:15 37:6,22
38:7,8,10,14
39:17,25 43:24
43:25 44:1,5,7
44:10,13,17,20
45:9,14,15,24
46:1,14 52:6,12
52:13,16,19
67:17,17 68:17
68:21 69:24
75:15,17 76:8
76:17 77:10,14
78:18 79:7
81:18 82:10
83:7,8,23 85:2
85:6 92:6,7,11
92:13,18 93:2

93:11,13,23
94:13 96:7,15
96:24 97:20
105:4,4,7 109:1
109:15 112:12
115:7,10
116:25 117:1,1
120:11,20,25
121:1,3 135:7
136:14,19
140:1
**borders** 5:25
6:6,25 11:6
18:19 20:8,19
26:18 27:17,25
36:17 76:1
82:7 84:14
93:9 95:5,19
96:13 104:13
105:10 109:8
140:24
**born** 65:22
**bottom** 61:11
**bought** 123:17
**boundaries**
2:11
**bowl** 30:2
31:12 67:20
128:23 134:21
**branch** 4:9
77:17
**branches** 66:25
**bravery** 21:17
**break** 36:24
37:4 54:7

**breaking** 36:22
**brian** 106:10
113:19
**bridge** 6:19
27:9 28:2
112:12
**bridget** 100:6
**brief** 126:13
131:24
**briefing** 119:23
**bring** 24:24
34:11,24 50:6
88:19 96:22
98:14 102:6
134:6 142:13
**bringing** 26:20
42:2,4 50:18
67:1 125:19
128:2,6 130:10
130:15
**brings** 10:3
14:9
**broader** 75:10
**broken** 37:25
41:9 68:17,20
84:4 85:14
92:13 93:13
95:18 98:24
109:10
**brother** 71:1
**brought** 8:13
91:10 141:10
**brunt** 95:11
**brush** 91:13

Page 6

**[bryon - chairman]**

| | | | |
|---|---|---|---|
| **bryon** 18:9 | **businessperson** | **care** 15:1,3 | **celebrate** 128:5 |
| **budget** 5:21 | 17:20 | 54:4 94:9 | **cell** 44:3 134:11 |
| 19:15 | **butler** 34:13 | 107:5 | **cellular** 134:8 |
| **buffalo** 141:3 | 89:15 | **carefully** 52:25 | **censor** 57:21 |
| **build** 17:25 | **c** | **carjacked** | 83:13 |
| 28:17 36:12 | **c** 146:1,1 | 53:14 | **censored** |
| 37:17 46:19 | **cabinet** 66:25 | **carolina** 72:24 | 122:19 |
| 59:19 85:9 | 104:6 | 113:2 | **center** 6:14 |
| 97:8,18 116:22 | **california** 8:15 | **carry** 21:10 | 28:9,13,18 |
| 117:4 | 61:24 62:11 | 26:25 109:12 | 103:17 120:8 |
| **building** 6:13 | 63:4,8 87:19 | **carrying** 117:9 | 121:7 |
| 40:1 | 88:3 90:21,24 | **cartel** 38:17 | **century** 20:3 |
| **buildings** 111:2 | 91:10 113:2 | 47:16 | **ceos** 41:13 |
| **built** 97:13 | **call** 61:9 107:18 | **cartels** 2:25 | **certain** 90:12 |
| **bull** 15:6 | 142:4 | 46:6 47:20 | 138:11 139:24 |
| **bullets** 137:20 | **called** 8:4 31:7 | 80:13 96:13 | **certainly** 26:17 |
| 139:2,3 | 55:2,12 115:22 | 105:8 | 29:9 35:3 |
| **bully** 124:9 | 136:15 142:7 | **case** 15:6 56:20 | 38:11 46:17 |
| **bunch** 91:23 | 142:10 | 56:20,23,23 | 59:19 61:15 |
| 111:4 115:5 | **calling** 108:14 | 57:3,3 110:23 | 66:9,20 87:23 |
| **burden** 92:12 | **calls** 100:5 | **cases** 57:3 | 88:6 94:25 |
| 93:2 | **cameras** 123:8 | **cash** 46:5 47:19 | 103:20 107:1 |
| **burdensome** | **campaign** 33:7 | **catastrophic** | 127:24 128:13 |
| 92:19 | 34:12 86:23 | 129:6 | 132:6 |
| **bureaucracy** | 107:8 | **catch** 46:4 | **certify** 146:2 |
| 72:4 | **candor** 52:21 | 108:2 116:11 | **chain** 80:19 |
| **bureaucratic** | **capabilities** | 116:14,17 | **chair** 42:23 |
| 2:9 | 11:16 24:13 | **caucus** 71:14 | 71:14 75:1 |
| **burgum** 15:16 | 77:18 79:20 | **caused** 50:22 | **chairman** 5:5 |
| **burn** 91:11 | 82:15 | **cbp** 55:1,16,25 | 9:11 12:2,4 |
| **burning** 91:15 | **capable** 14:2 | 56:3 76:14 | 16:23 25:17 |
| **busiest** 6:17 | **capitol** 15:12 | 115:22,25 | 26:10,15 51:13 |
| **business** 12:8 | 26:1 | 116:3 136:13 | 51:16,19 61:5 |
| **businesses** 33:3 | **cards** 54:3 | 136:24 | 75:3 82:18 |
| 49:3 | | | 92:1 105:23 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[chairman - combating]**

119:13 126:20
139:13 144:11
**chairmanship**
85:20
**chairwoman**
14:24 15:4
**challenge** 5:1
105:19 120:1
126:25
**challenges** 5:24
6:8 9:4 18:25
19:21 20:6,13
45:2 92:12,16
93:24 132:10
136:25 138:14
**challenging**
44:17
**champion** 58:5
**chance** 47:15
65:1 97:9
100:7
**change** 8:12
18:25 41:6
42:15 65:5,5
102:23 110:11
**changed** 101:8
**changes** 30:23
137:1
**changing**
128:14
**chaos** 11:8
**chapter** 57:23
**character**
15:25

**charge** 75:14
75:17,18 76:1,5
78:18 105:6,14
105:25
**charged** 35:23
103:18
**charlottesville**
141:3
**chases** 118:11
**chasing** 118:12
**check** 88:10
114:18
**chicago** 92:21
92:24 93:20
**chief** 41:12,21
62:24
**child** 118:12
124:16
**children** 69:19
142:6,6,13,21
142:23 143:2,9
143:12,23,24
144:3
**chilling** 123:7
**china** 33:8,11
71:22
**chinese** 7:23
31:25 80:13,17
**chnv** 56:8,17
56:24
**choose** 52:25
73:21 117:24
**christopher**
34:20

**churches**
141:20
**cia** 67:10
106:19,21
109:2
**circumstances**
10:8 56:19,20
**cisa** 32:11,21
33:22 48:25
67:9 86:8,22
**cisterns** 91:20
91:23
**cities** 36:20
**citizen** 32:8
108:3
**citizens** 3:7
30:21 57:19
67:13 106:7
107:25 136:8
**citizenship**
140:2
**city** 49:2 53:12
88:25
**civil** 31:5
124:24
**claiming** 55:18
**claims** 54:15,15
54:17
**classified** 32:8
**cleaning** 61:10
**clear** 3:16
20:24 25:24
30:14 44:7
98:22 103:23
107:13 116:17

117:3
**clearly** 102:19
118:23 141:10
**climate** 8:12
**close** 69:14
92:6 115:7,14
139:17
**closed** 103:16
108:21
**closely** 22:19
24:22
**closing** 142:3
**cloud** 48:1
**club** 14:15
**cochise** 93:18
**codified** 77:3
**coerciveness**
124:1
**coldest** 100:1
**collaboration**
20:14 23:21
**collaborative**
96:6,11
**colleague** 12:15
12:23 68:23
**colleagues** 12:5
46:9 129:23
**collect** 134:7
**collected**
134:10,13
**colorado**
104:25
**combat** 66:17
**combating** 5:25
7:11

Page 8

**[come - complicate]**

**come** 18:1
19:14 25:8,23
28:1 29:20
30:10 37:1,6
41:2 47:16
49:25 53:25
57:11 59:7
69:21 77:23
81:4 88:23
95:14 99:11
100:21 109:17
119:7,11,16,16
119:22 124:6
127:19 133:11
138:21
**comes** 10:6
48:7 76:12
96:6 97:23
107:11 109:7
**coming** 4:25
16:11 22:2
30:3,23 42:8
47:14 56:6
75:7 95:5
97:12 114:15
117:16 119:15
131:18 133:3
134:16 139:4
**command**
120:8
**commander**
41:12,21
**commanding**
2:7

**comment**
130:15
**comments**
26:18,21
126:16 128:22
130:14
**commerce**
46:24
**commit** 27:5
28:16 37:3
49:17 86:8,16
93:14 129:23
137:4,10
141:24
**commitment**
4:23 18:4
21:11 137:2
143:14
**commitments**
2:11
**committed** 25:2
103:8 119:22
**committee** 4:22
5:9,14 7:11
9:12 11:23
12:16 16:3,13
16:17,24 17:18
25:3 26:8
27:20 41:10,11
51:16 53:5,7
58:14,15 59:3
59:21 60:2
61:12,17 75:8
77:18,24 78:3
84:3 86:11

99:24 107:10
109:3,9 112:25
113:7 119:5,8
119:12,17,23
121:14 126:21
128:9,10 130:6
137:5 140:10
144:16,21
**committee's**
4:7
**committees**
126:18
**common** 139:2
139:8
**communicate**
42:13 70:19
78:6 90:16
**communicated**
42:3 67:6
127:25
**communicating**
85:11 89:17
**communication**
41:7 42:18
43:12 86:6
89:16,20
**communicati...**
72:1 89:5
**communities**
8:11,18 18:1,7
21:17 23:10
29:12 36:19
38:9 39:14
40:6 41:25
43:8 48:13

70:2,15 73:1
88:17 92:7,8,11
93:3,12 94:6,8
95:9,9,14,20,23
98:25 101:15
136:8
**community**
24:14 65:24
98:9,9
**companies** 8:1
73:23 109:16
122:18 123:5
**company** 33:20
**compare**
100:16
**comparison**
101:4
**compelling**
9:18
**compensate**
95:13
**compete** 45:5
**competing**
26:16
**complain**
122:22
**complete** 11:5
**completely**
37:22 41:4
55:22 83:6
86:4
**complex** 7:13
**complicate**
100:13

**[complicated - continue]**

| | | | |
|---|---|---|---|
| complicated | conducted 60:2 | 123:1 129:14 | constituent |
| 10:17 | confidence 17:3 | 130:13 131:2 | 68:24 137:12 |
| comply 26:6 | confirm 105:21 | congresses | constituents |
| components | 127:3 | 142:13 | 68:19 71:19 |
| 2:2 7:17 | confirmation | congresswo... | constituted |
| comprehensive | 1:13 105:22 | 100:10 | 26:8 |
| 9:2 21:25 | 106:2 | connecticut | constitution |
| 128:19 139:20 | confirmed 4:10 | 62:16 63:15 | 48:21 63:22 |
| 140:7,15 | 9:5 19:24 21:6 | 64:19 | 64:16 65:7 |
| comprehensi... | 26:9 27:5 | connection | 71:5 86:2,3 |
| 129:19 | 28:16 31:18 | 121:8 | 103:12 108:14 |
| comprised 7:25 | 43:18 44:8 | connections | 110:15 111:16 |
| compromised | 46:16 48:14,19 | 55:21 | constitutional |
| 35:25 | 49:16 56:2 | consequence | 2:21 4:23 |
| concept 109:8 | 76:18 100:22 | 99:8 | 13:22 77:19 |
| concern 27:19 | 105:20 124:11 | consequences | constitutionally |
| 29:16 45:13 | 127:10 128:1 | 24:20 31:16 | 124:14,18,20 |
| 47:3 53:6,6,16 | 129:22 | 36:21,23,25 | consult 96:15 |
| 77:15 95:7 | conflate 107:13 | 37:2 57:12 | consultation |
| 129:10 141:2 | confront | 63:3 69:23 | 15:23 |
| concerned 30:1 | 132:10 | 71:8 101:6 | contact 92:6 |
| 83:15 93:4 | confused 75:23 | consequential | contains 48:2 |
| 128:16 129:4 | congratulations | 4:21 | contemplated |
| 141:7 143:19 | 34:5 51:14 | conservatives | 85:23 |
| 143:21 | 60:17 122:2 | 122:11 | continue 7:14 |
| concerning | congress 4:7,12 | consider 4:3,25 | 8:2,9 25:22 |
| 32:3 | 4:24 7:16 | consideration | 27:16 29:9 |
| concerns 11:10 | 13:23 14:11 | 11:22 | 37:2 46:24,25 |
| 49:21 78:4 | 17:21 25:3 | consistently | 51:7 66:21 |
| 79:10,16 98:10 | 26:8 28:12,23 | 29:5 | 69:19 78:12 |
| concierge 55:2 | 31:8 41:15 | constant 18:10 | 79:6 80:11 |
| 55:23 | 44:25 49:17 | 21:23 | 97:18 99:10,19 |
| conduct 5:15 | 68:8 77:3 | constituencies | 101:8 104:12 |
| 131:22 | 115:12 116:21 | 74:22 | 110:11 117:13 |
| | 120:14 121:11 | | 132:13 139:17 |

**[continue - crimes]**

140:12 141:13
143:15
**continued**
74:24
**continuing**
61:20 68:7
80:10 131:17
**contractors**
135:1
**contrast** 100:17
**control** 33:18
80:18,24 83:20
105:7,10
109:15
**convened** 22:23
**conversation**
5:12 77:21
81:9 84:1 92:4
92:5 93:22
130:11
**conversations**
6:4 99:10
131:21 132:11
**convictions**
37:10 99:3
101:24 102:2
**cooperate** 47:7
121:14
**cooperating**
39:12 125:10
**cooperation**
23:9 130:13
**coordinate** 7:17
42:19 79:18

**coordinating**
112:4
**coordination**
23:20 110:24
111:12 112:7
**coordinator**
49:13
**cops** 95:10,21
**cornyn** 46:10
49:9
**correct** 81:8
107:22,23
138:15 141:25
**correctly** 93:17
**corrupt** 104:12
**cost** 97:6
102:18
**costs** 50:23
83:18 98:12,15
**council** 68:19
**count** 138:11
**counter** 129:15
129:15
**counterprodu...**
93:8
**counties** 95:15
97:11
**countless** 8:15
**countries** 42:6
56:11 102:5
143:23
**country** 8:16
10:9,13 11:9
15:21 21:16
23:1,14 29:16

29:23 30:23
33:21 35:2
36:21,22 37:1,6
37:9,11,13 41:4
42:3 45:5,6
48:9 52:2,18
53:23 54:1,14
55:13 56:6,11
57:11 63:22
65:23 66:19
69:7,16 70:24
71:1 74:15
75:19 78:15
80:18,22 88:13
89:7 94:11
98:3 99:3
100:21,24
101:5,12,14,21
103:3,7 106:6
107:12 108:15
109:6 111:21
114:3,10
115:25 116:5
116:11 117:10
117:16 121:2
127:18,20
128:4,5 129:25
130:8,24 136:7
138:10 139:25
140:3,25 141:7
141:15 142:25
143:19,22
144:5 146:11
**country's** 66:8

**county** 88:25
93:18,18
**couple** 114:24
122:7
**course** 52:11
54:16 56:18
**courts** 57:7
**cover** 44:15
83:19
**coverage** 44:4
**covid** 3:14
86:21
**cpp** 78:12
**cramer** 9:8
12:3,4 17:7
**crazy** 139:7
**create** 20:20
**created** 19:5
31:7 35:13
48:24 49:10
88:13 115:20
118:25
**creating** 3:2
83:16
**credentials**
15:7
**creep** 83:13
**crime** 38:16
40:8 53:5,9,15
67:18 69:21
103:8,18 108:7
108:8 140:21
**crimes** 54:1
118:12

**[criminal - decisions]**

**criminal**  11:11
21:15,24 36:18
37:10 69:25
99:3 101:23
102:2
**criminals**  8:4
46:6 47:25
98:24
**cripple**  33:21
**crisis**  21:6
80:21
**critical**  2:16
4:18 6:22 9:3
18:20 20:4,9
21:22 25:16
28:13 32:15
33:2,3,12,18,25
43:15 49:3,5
116:4 129:15
**critically**  30:25
46:20 50:17
143:18
**criticism**  57:25
**critters**  14:7
**cross**  11:11
98:13
**crossing**  27:23
**crossings**  6:17
27:2 43:25
**crucial**  87:17
**culture**  97:21
**currency**  80:20
**current**  35:6
37:11 57:16
58:22 79:19

100:14 125:2
**currently**  10:2
31:19 58:21
79:5 90:11
115:17
**customs**  6:23
21:12 83:7
**cut**  133:15
**cutting**  22:7
**cyber**  3:10 6:1
7:20 8:3,5
19:19 20:11
26:18 31:24
32:17 33:5
47:24,25 48:7,9
49:12 50:11
71:21 72:4,8,12
73:7 85:25
**cyberattacks**
21:20
**cybersecurity**
22:1,12 32:6,7
32:11 48:15,16
49:10 50:4,8,10
50:16,20 67:3
73:15 83:11
85:21
**czar**  76:17

**d**

**d.c.**  22:4 100:13
114:23
**daily**  78:8
82:16 129:9
**dairy**  98:9

**dakota**  4:12
9:25 10:9
12:20 14:25
15:1,2,2,12,16
17:4 19:10
22:10,11,20,22
23:3,4 24:8
35:4 38:12
39:16 40:11,12
50:4,9,15,20
68:10 74:11
97:2,4,6 114:18
131:12
**dakota's**  9:13
10:2
**dakotans**  11:4
**damage**  88:2
104:25
**dangerous**  3:5
33:14
**dark**  42:12
**darkest**  57:23
**data**  7:16 32:8
33:9,15 56:4
73:22 74:14
116:4 120:3,8
120:13,15,18
121:6,13
126:23 127:7,8
132:2 133:4,9
134:10,12,13
135:6,9,12
144:20
**date**  146:15

**david**  53:11
**day**  13:11
17:24 19:11,13
29:24 31:20,21
54:5 56:3
60:11,11 70:24
73:4,4 100:1
101:1,13,19,25
105:24 108:18
131:10
**days**  22:2 52:17
63:20 114:11
138:12
**de**  47:2
**deadly**  7:8
**deal**  127:7
128:10
**dealing**  127:4,5
129:18
**death**  53:10
**debate**  99:16
**debit**  54:3
**decades**  18:21
**december**
71:22
**decide**  65:5
86:25 109:7
123:10,16
**decision**  38:25
76:12 78:22
**decisions**  4:14
19:13 41:22
63:8 77:10,13
77:23 78:17
137:8

Page 12

**[declarations - dhs]**

| | | | |
|---|---|---|---|
| **declarations** | 131:15 | 48:23 73:14 | 111:3 |
| 62:22 | **democrats** | **depend** 8:21 | **detail** 24:23 |
| **declared** 121:3 | 105:22 109:13 | **depends** 110:1 | 35:16 118:19 |
| **dedicated** 25:3 | 130:22 131:3 | **deploy** 44:9 | 119:1 137:3 |
| **dedication** | **demonstrates** | **deployed** 39:15 | **detailed** 82:13 |
| 18:11 21:18 | 4:13 | 39:16 90:14 | 118:22 |
| **deep** 18:2 | **department** 2:1 | **deployment** | **detained** |
| **deeper** 2:10 | 4:5 5:17,21 | 45:20 | 137:25 |
| **deeply** 3:12 | 7:18,24 8:8,17 | **deployments** | **detaining** 21:14 |
| 109:6,10 | 9:3,16 12:1 | 39:19 40:13 | **detect** 23:17 |
| **defend** 108:14 | 15:17,20 18:3 | **deport** 69:24 | **detention** 69:10 |
| 119:3 123:20 | 19:2,5 20:1 | **deportation** | 103:16 |
| **defended** | 24:3 25:4,12 | 69:10 77:10 | **determination** |
| 123:14 | 28:8 30:5 31:1 | 98:8 | 10:21 11:17 |
| **defense** 6:3 | 31:6,12 32:1 | **deporting** | **determine** |
| 66:23 | 42:17 43:13,19 | 21:14 98:23 | 99:15 |
| **defiance** 56:23 | 48:21 49:25 | **depriving** 93:9 | **determined** |
| **define** 141:11 | 50:17 51:21,25 | **depth** 5:10 | 50:7 |
| **defined** 111:25 | 52:2 58:10 | **deputies** 97:10 | **devastated** 40:6 |
| **definitely** 44:19 | 59:23 63:10 | **derecho** 24:10 | **devastating** 8:6 |
| 45:9 | 66:11,23 67:4 | **describe** 2:4,4 | 8:14 52:12 |
| **defunding** 23:2 | 70:6 71:21 | 13:17 124:13 | 69:15 |
| **degrees** 104:14 | 72:18 74:25 | **deserve** 3:24 | **devastation** |
| 114:17 | 76:19 77:6 | **deserved** 36:11 | 62:1 |
| **delayed** 129:3 | 78:11,20 81:12 | **deserves** 65:13 | **device** 129:6 |
| **delighted** 51:15 | 83:4,5 84:7,8 | **design** 136:17 | **dha** 60:12 |
| 52:3 | 90:22 96:22 | 136:20 | **dhs** 2:6,17,19 |
| **deliver** 64:5 | 100:12 102:9 | **desire** 143:1 | 3:2,12,22 6:2 |
| 65:2 | 103:2,15 | **desperately** | 7:4,14 8:1 20:3 |
| **delivered** 63:12 | 105:25 107:17 | 11:19 139:24 | 26:15,23 29:4 |
| **demands** 6:25 | 123:4 131:22 | **despise** 122:19 | 57:15,16 58:5 |
| 21:21 | **department's** | **destination** | 58:24 59:4 |
| **democrat** | 8:22 28:13 | 55:19 | 72:9 81:21 |
| 105:19,20 | **departments** | **destruction** | 84:24 85:21,24 |
| 106:4,7,23 | 4:19 35:9 | 8:13 61:25 | 93:11 96:12,14 |

**[dhs - dramatic]**

110:22 112:15
113:10 115:6
117:23 119:15
120:16,17
125:2,13,18
129:22 130:12
135:14,22
**dhs's** 3:14
57:24
**dictate** 64:6
**difference**
93:24
**different** 12:19
39:18 41:14,16
44:16 83:3
90:19,20,21
104:24 106:25
133:20 136:13
136:15
**difficult** 4:13
114:11 133:19
**difficulty**
136:25
**digital** 22:8
**dignity** 21:19
**diligence** 5:15
61:18 121:18
131:9
**diligently** 28:8
**direct** 56:22
76:15 77:22
**direction** 28:2
**directly** 19:17
56:11 76:14
78:1,2 79:2,3

**director** 34:16
**disagree** 131:6
**disagreements**
62:15
**disappear**
135:9
**disappointed**
62:2
**disaster** 8:19
61:23 62:22,23
63:11 65:14
72:20,23,25
83:15,16 88:14
90:8 94:19
113:5 117:18
118:2
**disasters** 6:2
8:11 19:20
20:12 24:2,8
62:17,19 83:18
88:16
**discount** 80:25
**discrimination**
62:9
**discuss** 25:11
**discussed** 6:5
26:19 28:8
43:4 49:8,14
61:21 119:21
140:18,20
**discussion** 9:2
68:14 99:16
**discussions** 5:9
15:13

**disgrace** 52:1
**disgraceful**
104:4
**disinformation**
3:3 32:24
57:17 58:4
86:23 125:1
**dismantled**
37:23
**displayed** 68:9
**dispute** 108:7
111:3,5
**disregard** 11:6
**disrupt** 26:2
**disruptions**
25:25
**dissent** 2:24
**distinction**
51:23
**distinguished**
16:24
**distorted** 3:12
**distract** 118:10
**distribute** 65:9
**distributors**
47:4
**disturbs** 73:9
**division** 76:4
**documented**
11:13
**documents**
32:2 58:25
**doge** 71:14
**doing** 16:11
22:10 37:12,14

40:9 48:25
53:2 70:8,20
72:19 73:5
74:13 80:14
86:25 87:6
89:3,4 93:17,19
94:23 104:25
106:5 121:9
123:4,24
128:13 133:24
134:8,25 135:1
144:2
**doj** 128:20
**dollar** 3:6,7
**dollars** 64:17
65:9 88:1
94:21 112:21
**domestic** 2:24
7:12 30:16
66:1 107:20
108:5 140:18
140:23
**donald** 14:1
17:2 52:18
**door** 132:12
**dose** 139:2
**double** 50:13
**doubled** 13:12
**doubt** 4:24
121:21,22
**doug** 15:16
**dozen** 24:8
**dozens** 87:25
**dramatic** 43:24
118:18

Page 14

**[drift - enforcement]**

**drift** 3:5
**drive** 98:11
　110:3 132:3
**driving** 69:3,4
**drone** 129:5,15
**drones** 36:5
　128:11,12,13
　128:17 129:3
　130:7 133:22
　133:24 134:3,4
　134:7,11,16,18
　134:23
**drop** 53:8
**dropped** 89:18
**drug** 11:12
　19:19 38:17
　39:22 40:7
　105:8 144:4
**drunk** 69:3
**due** 5:15 10:15
　54:15,16 61:18
　63:6 64:8
　121:18 131:8
**duly** 26:8
**durable** 129:24
**duties** 77:19
**duty** 36:14 63:1
　67:23 110:18
　118:24
**dysfunctional**
　84:4,7

**e**

**e** 146:1
**earlier** 11:3
　99:1 135:21

**earn** 2:12 25:15
　140:2
**east** 109:4
**easy** 63:6
**economic** 45:16
　110:2
**economy** 6:22
　8:7 45:21
　109:17 110:1
**edge** 22:7
**edit** 123:11
**educate** 90:5,10
**education**
　22:12
**effect** 59:16
　123:7
**effective** 20:21
　33:22 93:7
**effectively** 7:18
　8:18,22 21:10
　24:5
**effects** 38:12,14
　40:6
**efficiency** 71:15
**efficient** 20:21
　90:18
**efficiently** 24:5
**effort** 18:12
　55:5 60:10,25
　82:5 140:13
　141:24 142:5
　142:16 143:15
**efforts** 46:3
　140:14

**eight** 10:1
　17:22 39:17
**eighth** 19:24
**either** 14:23
　57:20
**el** 104:14
**elect** 17:2 18:24
　22:16 24:20
　62:3 78:17
**elected** 20:23
　74:1
**election** 13:24
　30:14 102:20
　126:1
**elections** 87:2
**electricity**
　24:15
**element** 118:19
**elements** 35:14
　67:4 109:23
**eliminate** 116:3
**eliminated**
　56:14
**elite** 108:1
**elon** 123:17
**embark** 25:16
**emblematic**
　2:10
**emergencies**
　88:16
**emergency** 8:9
　24:12 43:9
　88:20,24 90:8
　118:3 119:1

**emerging** 22:13
**emphasis** 72:3
　139:18
**employee** 19:16
**employees** 5:20
　50:15 71:17
　72:10,22 77:5
　83:1 117:18,23
**empower** 48:15
**empowering**
　76:24 78:20,21
**enable** 139:22
**enact** 49:5 71:6
　79:20
**encountered**
　69:1
**endanger** 37:4
**ends** 47:13 93:8
**energy** 10:22
　21:22
**enforce** 60:14
　71:4,11 72:7
**enforcement**
　21:13 22:17,20
　22:23 23:1,3,6
　23:8,16 38:24
　40:23,23 44:1
　46:3 65:25
　85:10,12 89:19
　96:11 97:5
　103:10 110:18
　110:23,25
　111:11 112:3,9
　128:21 135:24
　136:6

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[enforcing - explosive]**

enforcing  72:6
  84:11
engage  2:2
  77:21 83:12
enhance  24:11
enjoyed  44:11
enormous
  10:22
enormously
  10:17
ensure  6:9 7:17
  8:17 21:7
  23:15 24:13
  25:6 27:25
  28:21 42:19
  43:7 44:20
  45:1 46:24
  54:12 56:5,14
  57:4 59:13
  73:8 74:24
  93:11 98:17
  109:23 111:23
  113:2 115:9
  124:24
ensuring  6:6
  27:5 45:9
  47:14 84:15
  87:3 113:8
enter  15:12
enthusiasm
  15:15
entire  5:8 12:25
  17:23 37:23
  69:16 101:3

entities  32:15
  49:1 73:20
  89:22 90:11
entity  136:15
entrance  9:19
entries  11:11
entry  6:21 27:1
  27:18 46:21
  117:11 142:11
environment
  7:14 128:4
environmental
  116:24
epidemic  40:7
  144:4
equally  44:17
  118:5
equipment
  44:10
equipped  23:17
ernst  68:3,4
  71:9 74:5,17
  84:16
escort  26:1
especially  6:15
  12:17 19:8
  42:18 79:11
  95:1 139:18
espionage  33:8
  73:11
essential  7:14
  10:4 26:23
  129:7
essentially  61:1

established
  50:3 57:17
esteemed  17:13
ethics  144:17
evade  103:9
evaluated
  49:25
evaluation
  56:21,23 57:3
event  29:24
  30:2,7 31:14
events  8:16
  34:14 35:21
  140:23 141:2
eventually
  13:12 57:24
everybody
  114:25 134:16
  135:11
everybody's
  90:6,16
evidence  55:7
  55:11
evolved  19:4
evolving  20:2
  28:15
exactly  110:20
  120:10 128:1
example  62:4
  64:17 96:9,10
examples  35:12
  108:5 110:21
exception
  144:19

exceptional
  21:7
excited  114:15
excitement
  15:15
exciting  108:12
excuse  57:10
executive  4:8
  62:25 77:17
exercising  2:21
exist  126:18
existing  48:24
exists  128:25
expand  140:13
expansive
  31:24
expect  36:15
experience
  11:16 24:25
  43:18 50:16
  64:12 76:8,10
  96:19 99:19
expert  109:5
expertise  34:11
experts  133:18
expire  129:20
expired  67:15
  74:18
expiring  143:6
explain  72:23
explode  88:8
exploitation
  118:13
explosive  129:5

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[expose - federal]**

expose  86:12
  87:12,13
express  17:6,11
extend  128:19
extended
  104:10 129:14
extension
  104:22
extensions
  104:20 129:18
  139:22
extensively
  54:20 94:16
extent  2:13
  90:12
extraordinary
  10:8 21:8
extremely  20:7
  33:13 41:16
extremism  7:13
  29:3 66:1
extremist  66:18
eye  67:19 81:3

**f**

f  146:1
face  4:14 6:8
  7:5 20:2 31:19
  33:6 79:21
  92:16 126:23
  128:14 130:7
  138:14
facebook
  122:13
faced  101:6

faces  5:23
facilitate  6:20
  27:11 47:9
  50:24 94:5
  115:21 116:10
facilitated
  83:24
facilitating
  85:5 115:24
  141:15
facilities  94:20
  136:13,17,17
  136:20 137:8
facing  19:1,21
  135:5 142:24
fact  7:22 22:2
  22:25 27:1
  29:18 42:12
  50:9 61:22
  70:4 72:16
  85:13 110:14
  126:21 128:25
  129:2 141:9
  143:21
facts  59:10,13
  59:20 60:13
  61:2 66:5
  89:25 107:13
  108:24 127:5,7
  127:11 132:3,7
  132:9 133:19
  133:21,23
factual  108:18
fail  40:10

failed  13:8 73:1
  90:4
failing  37:25
failure  24:21
  91:4 120:17
failures  19:6
  35:10 40:3,4
  60:5
fair  20:20
  92:20 122:15
  126:17
fairly  126:12
fall  42:16
falling  39:12
familiar  6:12
  24:23 55:3
  56:9
families  38:3
  39:14 40:5
  41:24 43:2
  53:23 54:4,6
  68:21 70:17
  73:1 142:10,11
  142:12 143:18
  144:1
family  9:18
  14:8 42:25
  45:17 53:20
  55:20 60:23
  69:8,15,20 71:7
  110:2 142:8,18
  143:20
fantastic  17:4
  51:20 54:24
  58:11 60:9

far  27:21 31:3
  32:21 77:25
  100:8 108:22
  125:25 141:8
  142:24
farm  13:8,12
farmer  17:20
  99:11
faster  22:3
  115:21,24
  116:10
fatigues  111:8
fbi  29:5 34:21
  65:24 67:10
  118:14 119:7
  123:4 128:20
fear  62:12
february
  146:15
federal  4:19
  5:19 8:8 20:15
  30:5 31:24
  32:4,5 35:4
  36:5 37:18,24
  38:20 39:18
  40:3,4,9 41:8
  42:4 53:24
  55:22 56:9
  62:21 73:23
  74:13 82:25
  83:15 88:9,13
  89:21 90:25
  94:3 95:16
  97:4 99:9
  102:15 110:22

Page 17

**[federal - food]**

| | | | |
|---|---|---|---|
| 110:25 111:1 | **files** 125:7 | 122:17,25 | 28:4 29:10 |
| 111:11 112:3 | **filming** 123:9 | 123:14 130:14 | 30:16 47:23 |
| 113:8 117:22 | **final** 99:6 | 135:15 | 53:9 66:7 |
| 131:8 135:24 | **finally** 8:8 36:7 | **firsthand** 3:20 | 67:17 80:12 |
| 136:6 | 59:2 | 18:25 114:1 | 81:2 82:3 99:4 |
| **federally** 88:22 | **financial** 21:23 | **fit** 75:9 | 99:7 131:5,15 |
| 96:4 | 92:11 118:11 | **five** 13:3 | 143:25 |
| **feeds** 73:20 | 144:14,16,20 | 126:11 137:21 | **focused** 2:22 |
| **feel** 15:18 18:20 | **find** 12:6 14:3 | **fix** 84:3 86:15 | 19:12 23:7 |
| 70:17 | 32:13 42:6 | 109:10 136:22 | 27:16 35:20 |
| **feeling** 41:23 | 52:13 56:7 | **fixed** 11:14 | 66:10 69:17 |
| **fellow** 16:6 | 87:12 120:21 | 60:6 109:14 | 85:24 114:3 |
| 71:10 | 126:22 143:1 | **fixing** 35:10 | 118:9 128:10 |
| **felt** 18:21 36:8 | **finding** 61:22 | 68:17 | 130:24 |
| 136:1 | 135:10 | **flag** 117:20 | **focusing** 2:16 |
| **fema** 24:7 | **finish** 139:10 | **fled** 69:7 | 60:3 72:14 |
| 72:20 73:1 | **fire** 61:24 92:14 | **flee** 10:11 | 118:23 |
| 89:10 90:4 | **fire's** 61:24 | **flew** 129:3 | **folks** 41:18 |
| 93:23 94:19 | **firefighters** | **flexibility** | 111:8 114:6 |
| 112:18,25 | 16:7 95:21 | 136:24 | 116:19 118:6 |
| 113:10 117:17 | **fires** 62:6,7 | **flooded** 80:21 | 129:14 137:7 |
| 117:23 | 87:19,23 91:10 | **flooding** 8:16 | **follow** 47:24 |
| **fema's** 24:12 | **firmly** 20:12 | 62:19 | 49:6 65:6 |
| 89:3 | **first** 4:16,21 5:7 | **floods** 24:9 | 70:14 109:21 |
| **fentanyl** 3:1 | 6:3 12:10 13:5 | 88:6 112:19 | 121:16 131:24 |
| 46:4 47:4 | 13:5,6 18:21 | **floor** 11:24 | **followed** 99:13 |
| 80:21 117:10 | 21:2 23:7 | 122:21 | 142:20 |
| **field** 137:7 | 37:20 54:11 | **florida** 40:16 | **following** 28:11 |
| **fight** 13:4 | 58:6 70:5 | **flow** 45:21 | 43:21 48:21 |
| 141:11 | 73:25 79:14 | 46:22 47:18 | 56:15 65:17 |
| **figure** 94:9 | 81:23 86:18 | **fly** 56:10 102:5 | 92:4 103:12 |
| 134:1,5 137:6 | 87:11,17 94:15 | **flying** 117:20 | 113:8 |
| **file** 144:20 | 95:6 99:22 | 134:3,23 | **food** 54:3 80:16 |
| **filed** 144:13 | 106:21 118:15 | **focus** 7:15 | 80:18 |
| | 122:11,12,16 | 19:11 27:20,24 | |

**[football - getting]**

| | | | |
|---|---|---|---|
| **football** 15:3 | 142:1 | **fueling** 47:13 | **g** |
| **force** 122:15 | **fought** 139:6 | **fuels** 47:19 | |
| 133:15 | **found** 35:2 | **fulfill** 2:12 25:5 | **gain** 3:19 83:20 |
| **forces** 85:10 | 55:17 71:20 | 33:23 36:14 | **gallego** 91:25 |
| **foregoing** 146:3 | 120:24 121:1 | 75:20 89:2 | 92:1 94:25 |
| **foreign** 7:12 | **founded** 107:6 | **fulfilled** 28:25 | 98:5 99:20 |
| 8:3 21:24 | **founder** 71:14 | **fulfilling** 50:2 | **game** 15:3 |
| 23:19 79:11,13 | **founding** 81:22 | 85:16 | 129:2,4 |

**[football - getting]**

football 15:3
force 122:15 133:15
forces 85:10
foregoing 146:3
foreign 7:12 8:3 21:24 23:19 79:11,13 79:14 102:5
form 85:23
formed 19:3
former 4:12 12:15,23 37:24 43:5 58:18 74:1 106:19 112:2 119:13
forth 72:8
forum 119:19 123:23
forward 9:1 11:22,24 25:14 28:20,20 37:3 43:17 60:16 68:1 70:3 74:12 77:3 86:20 87:9,18 89:19 98:1 99:14 103:4 104:21 112:11 121:22 126:5 126:15 127:10 127:11 130:5 130:21 131:17 135:10 138:22 138:24 140:14

142:1
fought 139:6
found 35:2 55:17 71:20 120:24 121:1
founded 107:6
founder 71:14
founding 81:22
four 11:5 101:3 102:11 120:2
frank 5:12 92:3
frankly 10:9,23 11:17 36:3 52:2 58:23
fraud 3:21
free 10:14 58:6 123:20 131:16 135:2
freedom 25:7
freer 19:12
frequent 62:20
frequently 55:17
friday 144:23
friend 12:15 17:14 22:17 60:9
friends 13:1 45:17 51:18 133:6
front 20:6 73:17 106:8 112:23 129:12
frustrated 43:16 59:22

fueling 47:13
fuels 47:19
fulfill 2:12 25:5 33:23 36:14 75:20 89:2
fulfilled 28:25
fulfilling 50:2 85:16
full 12:6 44:9 55:16 114:4 138:7
fully 22:3 23:17 28:17,25 45:3 54:17 57:6 58:1 74:11 109:15
fun 114:18
function 3:19 77:16
functions 77:5
fund 102:25
funded 74:11
funding 28:11 92:8,10 116:23 117:8
funds 93:10,25 94:21 116:21
further 98:11
future 17:25 25:12 32:19 58:18 87:4 97:19 110:6 127:5 130:25 137:4

**g**

gain 3:19 83:20
gallego 91:25 92:1 94:25 98:5 99:20
game 15:3 129:2,4
games 128:25
gangs 104:25
gary 12:17
gather 4:3
gathering 120:13
gavin 112:22
gaze 2:18
geared 80:22
gears 79:10
general 55:15 83:16 92:13,14 116:9
generally 140:1
generation 80:23
generations 19:14 25:8
generator 91:17
generous 17:15
genuine 2:25
georgia 103:17
getting 21:15 35:23 48:22 49:12 73:4 85:17 89:8,9,18 89:25 94:17

Page 19

**[give - governor]**

| | | | |
|---|---|---|---|
| **give** 16:16 | **goals** 103:5 | 129:20 132:18 | 124:10,22 |
| 40:20 54:2 | 112:15 | 132:20 133:9 | 125:10,12 |
| 62:5,6 79:19 | **god** 16:18 | 134:9,13 136:4 | 131:8 134:24 |
| 100:18 108:16 | **goes** 85:15 | 136:8 137:2 | 139:1 144:17 |
| 109:16 112:6 | 126:9 133:12 | 139:10 140:9 | **government's** |
| 115:15 119:23 | **going** 5:10 6:17 | 142:25 143:3,6 | 134:25 |
| 136:23 | 10:4,18,20,24 | 143:14 144:6 | **governments** |
| **given** 17:8 | 14:7 16:10 | **good** 12:7,14 | 48:8,17 49:2,2 |
| 22:15 31:9 | 18:24 25:22 | 16:22 28:7 | 49:11 74:23 |
| 32:3 41:4 | 26:11 34:7,16 | 68:14 75:4,5,21 | **governor** 4:4,9 |
| 55:14 65:1 | 34:23 39:8,22 | 90:12 91:6 | 4:11 5:2,6 6:12 |
| 72:5 75:22 | 40:7,19,21 | 96:10 132:14 | 8:23 9:6,14 |
| 94:2 112:21 | 41:19 42:11 | **goodness** | 10:2 11:21 |
| 113:19 116:21 | 44:13 47:12 | 133:18 | 13:20 14:11 |
| 116:23 | 57:9 61:25 | **gordie** 6:18 | 15:10,16,19 |
| **giving** 76:13 | 62:19 63:14 | 27:9 112:12 | 16:5,14,19,20 |
| **glad** 52:21 | 70:3,25 74:3 | **gotten** 32:21 | 16:22 17:22 |
| 56:16 58:14 | 75:9,14 76:3 | 134:14 | 19:18 21:3 |
| 63:23 81:8 | 77:23 78:19 | **gov** 1:14 | 22:19 24:7 |
| 109:11 | 84:18,25 85:1,9 | **government** | 25:18 26:4,5,10 |
| **global** 22:11 | 90:16,25 95:11 | 3:20 4:20 19:6 | 26:15 27:13 |
| 24:11 | 96:13,21 98:23 | 22:1 23:21 | 28:19 29:15,22 |
| **go** 16:11 25:23 | 99:6 100:8,11 | 30:5 34:23 | 30:1,19 31:10 |
| 26:12 33:12,17 | 103:4 104:20 | 35:5 36:6 | 32:10 34:2,4,6 |
| 37:2 40:24 | 105:17 106:13 | 37:18,25 38:20 | 34:9,11,25 |
| 53:20 54:4,4 | 106:25 107:4 | 40:3,4,9 41:8 | 37:24 38:2,11 |
| 56:7 57:2 76:2 | 107:18 108:10 | 42:4 50:22 | 40:15 41:1,7,23 |
| 94:10 97:9 | 109:12 110:13 | 53:25 55:23 | 42:18,24 43:1,5 |
| 100:8 110:19 | 111:4 114:16 | 56:10 62:21 | 43:16,19 44:8 |
| 118:8 120:7 | 114:21,23 | 71:15,18 82:25 | 44:11,24 46:11 |
| 126:25 131:10 | 115:4 121:5 | 88:9 89:21 | 46:17 47:21 |
| 134:5 138:11 | 123:8 125:15 | 91:1,25 94:3 | 48:14,18 49:15 |
| **goal** 36:12 | 125:18 126:1 | 105:8 117:22 | 49:19,24 50:5 |
| 101:13 111:22 | 126:10,15 | 122:24 123:15 | 51:9,13 52:15 |
| | 127:4,10 | 123:24 124:2 | 53:18 54:19 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[governor - happened]**

| | | | |
|---|---|---|---|
| 56:1 57:2 58:8 | 118:17 119:20 | **grave** 29:16 | **guess** 75:11,13 |
| 59:17 60:15,18 | 121:16,21,24 | **great** 5:6 11:21 | 75:23 76:2 |
| 60:21 61:14 | 122:1,3,4 | 15:15 16:3 | 77:7 79:12 |
| 62:5,15 63:2,7 | 124:23 126:5 | 19:1 23:14 | **guns** 46:5 |
| 63:17,20 64:2 | 126:15 129:22 | 29:1 34:8,10 | **guy** 139:3 |
| 64:23 65:10,13 | 130:5,17,21 | 51:19 60:8 | **guys** 106:11 |
| 65:18 66:9,20 | 131:11,11 | 68:9 96:5,7 | **h** |
| 67:20 68:1,5,9 | 132:1,6 137:9 | 113:14,16 | |
| 69:9,12 72:13 | 138:17,20 | 114:7 121:11 | **h** 139:21 |
| 74:1,2,4,6,21 | 139:15 141:6 | 125:8 128:5,10 | **hack** 7:24 |
| 75:1,4,5,16 | 141:25 142:17 | **greater** 61:11 | 33:13 40:16 |
| 76:6,15 77:1 | 143:8,17 144:9 | 71:15 83:16,17 | **hackers** 7:23 |
| 78:5,24 79:21 | **governors** | **greatest** 3:15 | 31:25 |
| 80:4,9 81:2 | 14:13 15:21 | 105:16 | **hacking** 74:8 |
| 82:20,22 83:25 | 16:6 38:22,23 | **grenade** 129:5 | **hacktivists** 8:4 |
| 86:19 87:15 | 41:5,10 43:6,13 | **grids** 21:22 | **half** 142:4 |
| 88:15 90:20 | 49:19 67:23 | **grotesque** 88:4 | **hamas** 80:9 |
| 91:8 92:2 | **grandchildren** | **ground** 49:13 | **hampshire** |
| 93:21 96:18,19 | 70:22 | **groups** 22:23 | 43:23 45:13 |
| 98:21 99:23 | **grandma** 71:3 | 29:7 79:11,13 | 48:6 |
| 100:3,10,25 | 71:10 | 79:15 81:3 | **hand** 4:1,1 |
| 101:13,19,25 | **grandmother** | 82:4,15 140:24 | 16:15 23:16,17 |
| 102:7,13,19 | 14:4 17:20 | **grow** 14:5 | 34:15 |
| 103:1,11,19 | 70:18 | 50:13,22 70:25 | **handed** 10:12 |
| 104:1,17 105:9 | **grant** 49:10 | **growing** 66:13 | 118:3 |
| 106:15,18 | 50:20,21 51:5 | 67:12 128:12 | **handled** 122:6 |
| 107:23 108:17 | **granted** 18:18 | **grown** 4:9 19:4 | **happen** 24:21 |
| 109:20 110:4 | 56:22 117:15 | **gsa** 136:15 | 27:24 46:22,23 |
| 110:11,24 | **grants** 49:24 | **guard** 21:3 | 69:18 73:3 |
| 111:12,14,20 | 50:4 | 28:10 38:6 | 89:13,20,23 |
| 112:2 113:6,14 | **grateful** 17:15 | 39:1,2,5,11,17 | 90:7 |
| 113:16 114:5 | 18:14 115:19 | 40:14 110:18 | **happened** 13:7 |
| 114:11,20 | 135:18 | **gubernatorial** | 34:17 60:5 |
| 115:8 116:2,16 | **gratitude** 17:6 | 24:22 | 69:14 71:7 |
| 117:2,12 118:1 | 17:12 | | 73:12 86:6 |
| | | | 89:15 90:1 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[happened - homeland]**

120:12 141:8
143:11
**happening**
30:12 39:4
63:4,7 120:10
125:9 135:7
**happens** 59:14
73:18 133:7,13
**happy** 131:4
**hard** 8:10 10:6
10:17,25 17:24
98:13 113:25
123:12
**harden** 32:13
33:24
**hardening**
32:18 87:7
**hardest** 108:2
**harm** 20:19
23:14
**harming** 105:1
**hassan** 14:13
42:22,23 43:2
44:23 45:11
47:17,22 49:6
51:3,10
**hawley** 51:11
51:12 52:20
54:8,24 56:16
57:13 58:11
60:7,25
**hazard** 83:17
88:7,12
**he'll** 77:12

**head** 20:13
34:21 53:1
84:6 103:15
119:7 132:11
**healthy** 139:2
**hear** 9:20 52:21
78:16,17 108:9
108:13 109:11
115:19 119:18
**heard** 46:18
69:7 70:5
72:16 116:12
123:25 126:16
126:23 127:8
**hearing** 1:13
4:6 5:11 6:5
16:9 25:22,24
26:3 43:17
53:7 55:15
136:3 144:19
144:22,25
**hearings** 64:11
**heartbreaking**
62:1
**heavy** 10:12
**heck** 53:15
**held** 54:6
137:25
**helicopters**
39:21
**helm** 15:17,19
**help** 16:18 18:6
21:4,16 23:10
30:6 32:14,16
33:2,24 38:22

38:23 43:19
49:13 67:23
79:3 112:12,21
117:25 119:2
121:15 125:21
126:2 133:21
136:7 142:5,13
**helped** 22:11
**helpful** 127:2
136:9
**helping** 38:10
48:25 51:1
61:5 93:15
**helps** 132:21
**hhs** 34:18
**high** 11:13
15:18 48:4
60:8,24 114:19
114:19,20
**higher** 83:18
**highest** 32:7
**highlight** 57:14
**highly** 93:4
**highway** 22:22
97:11
**hills** 91:20
**hire** 6:23 97:2
**hispanic** 21:2
**historic** 24:9
112:19
**historically**
136:5
**history** 51:24
57:24 104:7
105:16 110:5

131:1
**hit** 53:1 62:18
144:4
**hmm** 14:1
**hold** 32:4 73:22
87:14
**hollywood**
111:9
**homan** 75:24
75:25 76:3,6,15
77:9 78:16
**homan's** 75:13
**home** 6:15 15:5
19:22 27:10
35:3 42:6
69:15 71:23
73:5 78:15
98:20 141:11
**homegrown**
30:17,18,19
65:20,22 66:12
67:21,25 81:6
107:24
**homeland** 1:13
3:8,16 4:5 5:17
5:22 7:10 9:16
12:1 13:9,20
15:8,20 17:1
18:4,16 19:2,4
20:1,6 24:1,4
25:4,13 29:6,17
30:6 31:2,13
34:19 42:17
43:13,20 51:21
51:25 58:10

Page 22

**[homeland - immigration]**

59:18 63:10
65:1 66:12
67:5 70:6
76:19,25 81:12
82:13 84:9,20
90:22 96:22
100:12,14,22
102:9 103:2,15
103:25 106:13
107:7,18 109:4
111:15 119:6,9
120:2 123:4
127:16 128:21
130:9 131:23
140:11
**homes**  18:7,24
91:15
**honest**  36:4
60:13,13
107:13
**honestly**  88:8
108:15
**honor**  15:25
25:9
**honored**  16:25
**hope**  4:6 25:14
31:10,15,16
49:21 51:23
59:8 67:22
79:3 94:1
104:1 112:10
127:4 128:1
140:11 141:23
142:15

**hopeful**  141:12
**hopefully**  25:15
105:23 117:13
131:20 139:9
**hopes**  15:18
**hoping**  61:7
**horrible**  107:20
108:1 130:2
**horrific**  7:7
29:24 71:6
72:23
**hose**  91:17
**hospital**  92:14
95:21
**hospitality**
12:21
**host**  11:10
**hostage**  32:4
**hosting**  122:23
**hot**  104:13
**hotel**  102:17
**house**  9:23,23
13:6,7,10 35:7
45:1 61:10
78:1 99:14
102:17 113:22
117:21
**how's**  121:7
**howe**  6:18 27:9
112:12
**huge**  72:3
**human**  19:19
46:4 76:7
96:12

**humanitarian**
116:9
**humanity**  95:4
**humility**  18:3
**hundreds**
22:21 88:1
**hunt**  32:13
33:24
**hunter**  137:12
**hunting**  137:15
137:23
**hurricane**  88:5
**hurricanes**
8:13
**husband**  18:9
**hyde**  146:2
**hyper**  127:15
**hypothetical**
64:8,11
**hypotheticals**
64:3

**i**

**ice**  21:18 76:14
85:10
**idea**  2:6 55:22
111:8
**ideal**  95:2
**identify**  46:12
67:1,12 138:13
**identifying**
31:3 44:12
**ideologies**
23:19 29:8
**ignoring**  99:9

**illegal**  20:8
21:14 46:5
52:24 53:13
55:3 69:3,11,20
83:10 94:5
115:25 124:17
**illegally**  37:10
54:1
**illegals**  55:24
102:16,24
**imagine**  53:21
112:2 123:7,7
123:12,13
124:9
**immediately**
26:2 37:14
69:25 88:9
101:9 102:2
**immense**  68:12
**immigrant**  69:3
**immigrants**
21:15 55:3
69:11,20
**immigration**
7:2 20:9,20
21:1,12 37:23
56:15 57:6,7
68:17 83:10
92:12 93:13
95:18 98:17
104:4 109:11
109:12,18,21
139:19,20
140:7,15

Page 23

**[immigration's - inslee]**

| | | | |
|---|---|---|---|
| **immigration's** 110:4 | **improve** 48:16 | 46:15 83:17 | 42:9 48:3 56:4 |
| **impact** 73:23 | **improvement** 85:15 | **increasingly** 8:5 31:23 | 59:6 60:4 |
| **impacted** 41:24 | **improving** 43:12 | **incredible** 60:10 74:24 | 61:17 73:20 |
| 41:25 72:25 | **ina** 67:8 | 76:7,10 96:21 | 74:14 79:1 |
| **impacts** 38:1 | **inaugural** 114:16 | 97:7,16 | 85:22 86:5,9,11 |
| **impede** 45:21 | **incentivize** 83:9 | **incredibly** 8:25 | 91:3 99:17 |
| **implement** 32:6 | **incidences** 66:13 | 60:11 67:5 | 108:20 113:9 |
| **implemented** 74:12 89:1 | **incident** 107:21 | 114:11 128:23 | 120:3 121:6 |
| **implementing** 61:9 98:8 | 130:2 | **indian** 15:21 | 125:6 132:7 |
| **importance** 6:6 | **incidents** 7:8 | **indigenous** 15:24 | 144:18 |
| 34:22 42:1 | 29:2 30:20 | **indiscernible** 40:25 99:20 | **informed** 88:19 |
| 68:16 81:1,17 | **included** 24:9 | **individuals** 29:7,20 35:23 | **infrastructure** 20:10 21:22 |
| **important** 6:15 | **including** 6:13 | 51:1 83:23 | 32:12,15,15 |
| 8:25 12:25 | 16:5 19:17 | 85:17 99:7 | 33:2,3,12,18,25 |
| 14:12,17 19:18 | 21:1 27:9 43:8 | 102:11 105:1 | 46:20 47:10 |
| 27:15 30:25 | 46:10 48:5 | 117:9 121:9 | 48:15 49:3 |
| 41:16 43:6 | 57:21 98:19 | **industry** 50:6 | 83:11 86:1 |
| 45:19 46:20 | 104:25 122:10 | **infiltrate** 45:6 | 97:24 |
| 50:17 61:23 | 140:20 141:19 | 73:21 80:18 | **initiation** 87:23 |
| 67:16 82:2 | **incoming** 75:10 | **infiltrated** 7:23 | **injured** 53:3 |
| 94:19 106:22 | 81:19 107:2 | 32:1 73:12 | **innocent** 134:12 |
| 107:15 126:23 | **incompetence** 2:9 | **inflation** 98:16 | **innovation** 20:14 |
| 127:3,16 | **incorrectly** 93:20 | **influence** 3:11 | **innovative** 20:5 |
| 128:24 132:9 | **increase** 27:2 | 87:3 125:20 | **input** 20:16 |
| 135:16,19 | 43:24 | **influx** 83:10 | 23:23 49:18 |
| 143:18 | **increased** 6:24 | **influxes** 92:9 | **inside** 12:17 |
| **importantly** 59:13 86:13 | 38:16,16 40:8 | 93:13 | 109:7 |
| **imposed** 10:12 | **increasing** 6:2 | **information** 3:19 32:9 | **insight** 17:9 |
| **impoundment** 64:16 | 7:22 8:10 | 33:10,16 41:5 | 76:8 99:18 |
| | | | **insignia** 111:6 |
| | | | **inslee** 62:16 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[inspection - joe]**

inspection
  144:21
inspections
  46:15
inspector  55:15
inspire  79:17
inspired  9:19
instance  76:13
instances  56:24
institute  139:6
institutions
  21:23
instructed
  117:18
integration
  128:11
intelligence
  23:15 65:24
  66:23 67:3,7
  73:15 107:17
  108:9
intend  9:2
  53:16
intended  32:23
  55:19 94:18
  104:22
intense  57:25
intent  29:11
intention
  131:21
intentions  42:7
interact  39:10
interaction
  67:8,10

interdiction
  19:20 39:22
interest  4:15
  120:19
interests  10:1
  130:9,10
interior  15:17
interject  91:10
internally
  126:3
international
  6:19 16:6 27:9
internet  57:18
interrupt  134:7
  143:6
interrupting
  64:9
interview  77:11
  105:13 123:9
interviews  59:1
introduce  9:13
  11:21 17:17
  18:9
introduced  9:7
  142:9
introducing
  14:20
introductions
  16:3,12
invaluable  17:7
invasion  27:22
  39:4,7 85:5
  94:6
invasive  3:4

invested  78:22
investigate
  86:10
investigating
  35:18 61:3
investigation
  55:16 60:1
  61:4,19 66:4
  86:14 118:20
  118:21 125:11
  125:17
investigations
  35:17 108:21
investigators
  35:17
investments
  46:2,9,13
invited  15:10
involve  140:11
inward  2:18
iowa  63:16
  68:20 69:16
  100:2,6,7
ip  80:20
iran  81:16
iraq  106:20
irgc  81:15
isis  29:9 65:23
  66:4,6,7,17
  80:10 81:14,15
  140:21
islamophobia
  141:23
issue  2:10 3:18
  10:17 11:18

43:15 47:24
  75:18 89:16
  94:7 122:24
  127:16 137:10
issues  5:11
  19:18 44:13
  46:11 92:20
  97:1 107:4
  113:25 120:18
  126:14 127:23
  131:7
it'll  99:5

j

j  17:3 52:18
jail  137:24
janet  15:14
january  1:12
  69:1 144:23
jersey  36:5
jets  102:3,11
job  10:3 33:1
  34:8 36:13
  40:10 70:8
  73:6 84:24
  100:16 105:12
  111:14 114:7
  121:11 125:8
  136:2,4
jobs  72:19 85:1
  85:1,3
joe  29:19 30:12
  37:21 57:10
  101:4,7 112:2
  112:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[john - large]**

| | | | |
|---|---|---|---|
| **john** 9:7 | **kevin** 9:8 | 71:10 72:2 | 114:13 |
| **johnson** 34:3 | **khorasan** 81:15 | 73:10,13 74:23 | **l** |
| 42:22 51:11 | **kids** 17:25 | 77:24,25 82:5 | **labeling** 2:23 |
| 60:19,21 61:3 | 142:14 | 86:5 90:13,24 | **labels** 143:11 |
| 61:20 68:5 | **kill** 80:23 | 94:16 99:10 | **lack** 38:19 |
| 82:19,20,23 | **killed** 52:23 | 107:16 108:8 | 44:14,14 59:22 |
| 85:19 87:11,16 | 53:2,11 69:2 | 108:20,22 | 97:2 143:1 |
| 91:6,9 | **killer** 69:5,11 | 110:20 112:1 | **laid** 69:6 |
| **join** 93:15 | **kim** 75:2,3,7,21 | 112:13 113:4 | **lake** 40:24 |
| **joined** 105:21 | 76:10,23 77:2 | 114:4,24 115:3 | **laken** 53:8 |
| 106:19 | 78:13 79:9,25 | 116:20 117:15 | 103:24 143:19 |
| **journal** 122:14 | 80:8,25 81:8 | 118:7 121:4 | **lakota** 39:20 |
| **judges** 57:7 | **kind** 12:21 43:3 | 123:17 124:10 | **land** 82:8 95:16 |
| **judgment** | 55:23 70:3,24 | 126:18,19 | 97:25 |
| 51:18 | 70:25 83:19 | 127:1 139:20 | **landry** 31:10 |
| **judiciary** | 86:17 140:2 | 139:25 140:1,4 | 114:5 |
| 140:10 | 142:16 | 140:19 141:1 | **lands** 96:3 |
| **jump** 40:24 | **kindergartners** | 143:22 | **landscape** 22:9 |
| **jurisdiction** | 48:4 | **knowing** 30:22 | **landscapes** |
| 15:23 | **kinds** 139:21 | 56:12 113:21 | 44:16 97:25 |
| **justice** 69:9 | **knew** 3:17 | 113:23 116:4 | **language** 2:6 |
| 139:6 | 42:11 70:10,11 | 131:6 | 86:16 |
| **k** | 131:14 | **knowledge** | **lankford** 46:10 |
| **kansas** 53:12 | **know** 2:13 6:11 | 73:14 80:3 | 113:13,14,17 |
| **keep** 18:6 25:22 | 7:1 13:4 14:3 | 82:14 | 114:21 115:11 |
| 25:23 30:7 | 16:10 24:3 | **known** 9:16 | 116:7,19 117:5 |
| 31:14 41:20 | 26:16 30:11 | 30:9 | 117:17 118:6 |
| 50:12 131:7 | 31:12,15 35:2 | **knows** 14:4 | 119:4,25 |
| 142:10 144:1,3 | 37:18,24 38:4 | 114:25 | 121:20,25 |
| **keeping** 27:11 | 38:23 40:18 | **kramer** 44:5 | 132:22 134:19 |
| 130:24 131:16 | 47:12 49:14 | **kristi** 1:14 4:4 | 135:2,3 137:11 |
| 143:17 | 55:20 56:5,18 | 9:17 12:12,22 | 138:19,24 |
| **keeps** 95:22 | 59:21,25 60:15 | 12:23 13:1,11 | 140:12 |
| **kept** 42:12 | 64:10,14,23 | 13:17 14:23 | **large** 33:9 |
| 95:25 | 66:5,5 67:16 | 15:19 70:8 | 36:13,13 96:2 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[largely - live]**

| | | | |
|---|---|---|---|
| **largely** 10:14 | 99:9,13,14 | 61:1 88:16,17 | **letter** 14:23 |
| 95:14,15 126:1 | 102:15 103:12 | 142:5 | 15:5 16:5 |
| **largest** 5:19 | 103:13 104:4 | **ledanski** 146:2 | **letters** 16:8 |
| 91:14 | 109:12,21 | **lee** 53:11 | **level** 33:4 50:25 |
| **las** 7:8 | 110:7 142:20 | **left** 11:9 14:14 | 73:19 74:13 |
| **lastly** 112:10 | **lead** 4:10 8:2 | 24:14 93:12 | 90:4 110:1 |
| **launched** 47:25 | 9:3 18:3 61:5 | 100:7 130:20 | 138:11 |
| **law** 2:18 3:6 | 98:10 | 137:15,18,22 | **levels** 23:21 |
| 11:8 19:24 | **leader** 9:7,22 | **legal** 46:21,23 | 83:17 |
| 22:17,19,23 | 12:7 13:11 | 56:15 57:5 | **leverage** 22:6 |
| 23:1,3,6,8,15 | 14:10 17:12 | 69:4 98:17 | **liability** 124:8 |
| 36:22,24 38:24 | 22:12 50:11 | 103:7 109:10 | **liberties** 31:5 |
| 40:23,23 44:1 | **leaders** 61:3 | 109:17,18,21 | 124:25 |
| 46:3 48:22 | 88:17 | 115:6 122:22 | **liberty** 4:1 |
| 49:10 56:18,23 | **leadership** 3:25 | 146:10 | **life** 17:23 24:14 |
| 56:25 59:2,4 | 5:23 8:17 | **legally** 57:8 | 100:2 110:3 |
| 60:15 63:1,22 | 10:15,25 15:25 | 100:21 | **light** 57:14,15 |
| 65:3,6,17,25 | 17:3 31:15 | **legislation** 6:23 | **limit** 69:4 |
| 71:5 84:11,12 | 35:5,12 36:3 | 44:6 46:11 | 142:10 |
| 85:10,12 86:16 | 58:3,9,23,24 | 77:2 81:23 | **limited** 56:19 |
| 89:18 96:11 | 60:25 63:3,9 | 86:13 87:9 | 64:10 |
| 97:4 99:15 | 90:20 91:5 | 128:19 129:1 | **line** 6:3 25:23 |
| 103:9 110:17 | 114:8,12 | 131:4 141:10 | 76:16 107:11 |
| 110:22,25 | **leading** 4:18 | **legislative** | **list** 29:21 |
| 111:11 112:3,8 | 20:1 | 141:9 | 100:21,24 |
| 113:8 121:17 | **leads** 3:21 | **legislator** 14:10 | **listen** 80:14 |
| 123:1 124:7 | 116:11 | **legislature** 9:22 | **lists** 81:13,14 |
| 128:21 135:24 | **learn** 12:15 | 17:21 | 81:14 |
| 136:6 144:2 | 87:20 | **legitimate** | **litmus** 106:3 |
| **lawful** 6:20 | **learning** 12:17 | 54:14 57:20,20 | **little** 5:10 9:20 |
| 20:20 45:22 | **leave** 61:25 | 111:2 132:19 | 46:7 70:7,23 |
| **laws** 37:4 54:7 | 71:1 | **length** 26:19 | 100:16 112:5 |
| 56:15 64:6 | **leaving** 30:22 | 126:13 | 129:17 140:17 |
| 78:22 84:13,14 | **led** 10:6 19:6 | **lethal** 66:2 | **live** 90:24 105:1 |
| 94:14,24 98:24 | 19:10 23:7 | | 120:9 |

**[lives - mandate]**

**lives** 24:6 88:1
136:18
**living** 13:14
**local** 32:14 33:2
40:23 48:8,17
49:1,11 50:25
73:19 74:21,22
85:10,11 87:7
88:17,25 89:18
89:18,22 90:11
91:12,25 97:10
98:18 128:21
**locally** 88:16
**lock** 127:20
**lone** 108:3
**long** 9:17 85:3
99:8 113:21
129:24 133:12
136:5
**longer** 94:3,7
102:8 104:19
116:5 124:12
124:21 143:20
**look** 9:1 11:22
11:24 14:7
25:14 28:20,20
43:16 47:3
60:16 68:1
70:23 74:12
81:22 86:19
87:8,18 89:14
98:1 101:2,6
104:24 112:11
114:23 125:18
126:5 127:10

130:5 131:17
134:20 135:10
138:22,24
142:1
**looked** 50:1
**looking** 63:3
97:1,17 112:11
121:22 126:3
130:21
**loopholes**
115:15
**loose** 37:5,8
**lose** 27:23
69:19
**losses** 95:13
**lost** 4:11 19:8
37:16 87:25
143:24
**lot** 12:15 44:4
45:17 50:14
67:16 79:22
85:15 95:16
109:1 113:20
114:2 115:12
122:5,10
126:16,24
127:8 134:7,12
135:23 140:3
**louis** 53:12
**louisiana** 29:22
67:20 114:9
**love** 18:14 41:9
49:18
**low** 57:14,14
84:25

**luck** 91:7
**lumped** 92:21
93:6,18
**luxury** 102:17

**m**

**ma'am** 29:12
**made** 7:11 10:9
16:9 38:24
41:2,22 62:4
75:19,23 119:5
122:21
**magnet** 10:10
**main** 50:5
**maintain** 27:7
32:6 116:3
**major** 61:10
62:18 79:13,14
**majority** 9:7
12:7 13:11
17:12 21:2
84:18 108:6
**make** 4:13
20:10 22:11,20
22:25 23:10
25:13 28:5,23
28:24 31:19
32:17 36:16
45:7,22 46:13
46:25 47:10
50:1 51:6 54:5
54:22 56:7
57:5,8 58:25
59:11,20 61:16
66:25 67:10
70:2,14 71:5

72:8,11 74:13
76:24 78:20,25
79:7 81:16,21
82:12 89:24
90:16,23 91:2
94:22 95:24
96:12 99:13
100:11 101:20
102:1 103:13
106:13 108:11
110:6 112:16
113:7 125:13
127:13 135:20
137:1,2,7
141:13,17
144:2
**making** 5:7
19:11,13 31:6
35:20 36:18
61:21 69:17
72:1 76:12
77:9,13,23
78:16,23 85:17
100:5 111:22
125:22
**malibu** 91:16
**man** 52:22
**managed** 10:7
**management**
8:9 48:2
**managing** 10:6
43:8
**mandate** 20:24
30:14,15

**[manhattan - mission]**

**manhattan**
102:18
**manipulate**
87:1
**manipulated**
104:18
**manipulation**
80:19
**manner** 46:23
98:14 131:19
**march** 129:20
**mark** 123:25
**markings** 111:7
**mass** 56:17,22
95:4 98:8
**massive** 82:25
83:1,4,10,20
**materials** 86:23
**matt** 125:7
**matter** 129:10
130:1 131:14
**mayorkas**
34:18 52:1
100:19 101:10
101:16,23
104:5,10
105:14,19
106:7 112:4
**mayors** 85:12
**mean** 15:23
83:22 87:16
88:3 108:1
128:17
**meaner** 40:25

**meaning** 52:10
**meaningful**
15:13
**means** 17:24
51:16 87:21
88:22 92:13
108:14 139:14
**measure** 140:8
142:9
**meddled** 32:25
**media** 2:23
123:13,16
124:13,22
**meet** 6:24
20:13 45:2
62:21 88:20
100:7 124:13
124:19,22
**meeting** 43:4
44:12 49:8
92:3 93:5
119:22 123:5
123:15 124:2
127:14
**meetings** 25:10
73:25 84:2
**member** 4:12
5:3 9:11,24
12:5,24 14:11
16:23 25:20
61:6 68:8
104:7 122:8
126:20 128:8
133:24

**members** 9:11
16:24 27:20
69:20 84:2
128:8
**men** 17:16
21:11 25:4
**mention** 136:11
**mentioned**
56:17 58:13
70:5 77:8
81:10 115:13
115:23 127:6
128:22 132:22
135:21
**met** 100:1
112:14
**mexican** 105:8
**mexico** 54:10
54:16,22 139:4
**michael** 125:7
**michigan** 6:16
12:20 27:10
28:10 63:15
**middle** 109:4
**migrant** 52:24
53:5,9,15 67:18
92:9 103:7
108:7 140:21
**migrants** 53:13
107:22
**mile** 18:23
91:20
**miles** 136:18
**military** 66:6
106:21 108:1

110:19 112:9
**militia** 109:5
**million** 48:11
64:19,20
**millions** 48:3
112:21
**mind** 59:4
100:17 106:3
129:13
**mine** 77:16
**mineola** 146:13
**minimis** 47:2
**minimize** 82:1
82:6
**minute** 120:11
126:11 142:4
**minutes** 25:20
**miserably** 73:2
**misinformation**
32:23 83:14
86:22 89:25
123:11 125:1
**mismanagem...**
88:4
**missing** 142:22
**mission** 2:12
3:5 6:14 20:3
20:24 21:10
25:5 26:25
28:9,17,24 31:6
32:11,12,21
33:23 35:19
36:12 39:6
48:23 50:2
66:11 81:22,23

Page 29

**[mission - need]**

81:24 82:9,17
83:13 84:8,19
85:16 88:23
89:2 102:8
103:3 107:6
108:13 118:10
119:1 126:6
127:3
**missions**  28:14
**missouri**  51:20
68:24
**mistakes**  96:1
**misunderstand**
122:11
**misuse**  86:16
**misused**  83:6
83:22 86:7
**mixed**  78:13
**mom**  14:4
70:18
**moment**  3:8,9
114:8
**moments**  4:22
**monday**  105:24
114:15,18,22
**money**  51:6
62:5,7,10,14
63:15,19 64:13
64:22 95:20
133:16
**monitoring**
2:23 3:6
**montana**  13:2
**month**  31:25
43:5 74:8

102:18 120:12
133:4
**months**  5:1
23:23 137:15
**moral**  83:17
88:7,12
**morale**  84:24
135:22
**moreno**  99:21
99:22 100:4
101:10,16,22
102:3,10,16,23
103:6,14,23
104:3 105:3,12
**morning**  9:6
16:23 17:16
**mosques**
141:20
**mother**  17:19
**motor**  53:1
**move**  23:4
71:12 93:1
98:1 127:10
128:3 140:14
**moved**  77:3
**movie**  111:9
**moving**  25:24
38:18 96:2
135:7
**mowed**  52:24
52:25
**multiple**  15:10
120:17
**murderers**
101:11,14

**murders**  37:3,5
**musk**  123:17

**n**

**n**  146:1
**name**  68:25
70:5
**names**  111:8
**nation**  3:11
5:23 7:6 8:18
8:20 19:1
20:17 36:16,16
36:17 62:17
84:14,15 96:10
139:19
**nation's**  6:1,6
6:16 22:8
33:24 66:10
76:1 94:14,24
103:12 110:7
**national**  3:25
9:4 21:3 28:10
35:21 38:6
39:1,2,5,11,17
40:14 50:11
75:17 80:16
92:12 96:16
110:18 119:13
120:24 121:4,7
130:8 135:17
**natural**  6:2
8:10 19:20
20:11 24:8
62:17,19,22
90:7

**naturally**  14:1
**nature**  19:3
81:11 93:1
124:9
**near**  142:11
**nearly**  12:11
**necessarily**
30:11 47:9
73:10
**necessary**
26:24 35:22,24
38:3 45:4
**need**  6:9 8:16
11:19 21:9
22:13 24:18
27:11 28:24
30:3,16 35:12
42:15 44:2,15
44:18 45:15,23
46:1,19,21 47:3
47:5 49:5
50:12 56:7,13
56:14 62:20
63:19 64:14
67:9 71:15,16
71:25 72:7,14
73:8 74:9 79:1
79:4 84:23,23
88:21 89:10
93:10 94:8,21
99:4 109:16,19
109:20,22
110:6 115:14
118:18 119:2
119:25 122:15

Page 30

**[need - north]**

| | | | |
|---|---|---|---|
| 127:13 129:11 | **new** 4:7 7:8 | 42:24 43:1 | 118:17 119:20 |
| 132:7,8 133:22 | 19:9 29:2,24 | 44:11,24 46:11 | 121:16,24 |
| 134:21 138:9 | 31:21 36:5 | 46:17 47:21 | 122:1,3,4 |
| 138:22 139:21 | 43:23 45:13 | 48:14,18 49:24 | 124:23 126:5 |
| 140:1 141:22 | 47:6 48:5 | 51:9,13 52:15 | 130:5,17,21 |
| **needed** 40:11 | 52:17 60:11 | 53:18 54:19 | 132:1,6 137:9 |
| 44:8 51:1 55:7 | 65:21 66:14 | 56:1 57:2 58:8 | 138:17,20 |
| 59:14 70:11 | 78:9 88:11 | 59:17 60:15,18 | 139:15 141:6 |
| 90:9 95:7 | 89:5 90:1 | 60:21 61:14 | 141:25 142:17 |
| 139:24 | 92:21,24 93:20 | 63:2,7,20 64:2 | 143:8,17 144:9 |
| **needs** 15:21 | 102:22 107:20 | 64:23 65:10,13 | **noem's** 16:5 |
| 20:24 31:2 | 108:21 134:23 | 65:18 66:9,20 | **nominate** 107:3 |
| 33:22 35:14 | **newsom** 62:5 | 68:1,5 69:12 | **nominated** 9:14 |
| 42:17 61:17 | 112:23 | 72:13 74:6 | 11:14 70:5 |
| 85:14 92:8 | **newspaper** | 75:5,16 76:6,15 | 72:17 76:18 |
| 101:8 105:10 | 55:8 | 77:1 78:5,24 | 111:15 |
| 108:22,23 | **nfl** 129:1 | 79:21 80:4,9 | **nomination** 4:4 |
| 109:22 110:1 | 134:20,24 | 81:2 82:20,22 | 11:23 16:5 |
| 115:12 118:24 | **night** 14:22 | 83:25 86:19 | 31:17 34:5 |
| 125:11 133:9 | 18:23 41:20 | 87:15 88:15 | 51:14 60:16 |
| 139:1,19 | **nimble** 33:23 | 91:8 93:21 | 74:20 |
| **neighbor** 68:10 | **nine** 99:25 | 96:18 98:21 | **nominations** |
| **neighbors** 27:8 | 100:9 | 100:3,25 | 135:15 |
| 65:15 | **nod** 113:18 | 101:13,19,25 | **nominee** 1:14 |
| **networks** 8:3 | **noem** 1:14 4:4 | 102:7,13,19 | 4:25 17:1 18:3 |
| 32:4 | 4:9 5:2,6 8:23 | 103:1,11,19 | 110:16 144:13 |
| **nevada** 107:21 | 9:7,17 13:17,20 | 104:1,17 105:9 | **nominees** 26:5 |
| 108:22 | 15:10,19 16:14 | 106:15 107:23 | **non** 135:16 |
| **never** 18:18 | 16:19,20,22 | 108:17 109:20 | **nonsense** |
| 24:21 29:25 | 25:19 26:5,6,10 | 110:4,11 | 106:11 |
| 32:23 41:4 | 26:15 27:13 | 111:14,20 | **normalized** |
| 55:9,14 58:1,1 | 28:19 29:15 | 113:6,14,16 | 39:14 |
| 58:4 59:14 | 30:19 32:10 | 114:20 115:8 | **north** 12:20 |
| 125:23 142:18 | 34:2,6,9,25 | 116:2,16 117:2 | 14:25 15:2,16 |
| | 38:11 41:7 | 117:12 118:1 | 45:17 46:22 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[north - opportunity]**

47:14 72:24
113:2
**northern** 6:11
6:13 12:18
26:21,24 27:3,6
27:17,23 28:9
28:14,17 43:25
44:1,4,6,10,13
44:20 45:9,14
112:11
**northwest**
68:10
**norway** 110:2
**note** 45:12 60:8
60:24 74:18
144:7
**notice** 51:15
**notion** 126:20
**november**
110:17
**nsa** 50:14
**number** 6:2
8:10 10:3
13:21,21,22,23
13:25 29:17
69:23 70:1,10
74:3 101:1,4
131:13
**numbers**
126:24 127:1
135:8
**numerous** 7:25
**ny** 146:13

**o**

**o** 146:1
**o'odham** 96:10
**oath** 52:8,9
63:21 110:14
111:21
**obama** 40:17
**objection** 16:8
144:18
**objectively**
104:5,6
**observed** 9:21
**obviously** 10:5
30:13 76:17
117:7 134:16
140:10
**occasionally**
114:14
**occasions** 15:10
22:22
**occur** 125:11
130:2
**ocean** 91:15,18
91:22
**odds** 4:1
**offer** 103:8
**offered** 97:4
**office** 5:10
25:11 27:14
59:8,8 68:15
71:13,18 93:22
106:9,18 128:2
131:20 132:12
144:17

**officer** 53:10
106:19,21
108:9 109:2
**officers** 6:24
23:4 53:12
97:3,5,5 110:25
118:23
**offices** 12:12
14:20 15:14
71:25 72:15
77:5 144:21
**officials** 66:25
87:8
**oh** 70:8 104:1
105:9 124:15
130:17 132:25
**okay** 111:10
122:4 139:15
**oklahoma**
114:25 115:2
115:17 137:12
**oklahomans**
116:12
**old** 51:22 52:23
146:11
**once** 12:5 23:22
25:1 91:24
123:13
**ones** 79:16
107:5
**ongoing** 7:10
7:24
**opaque** 86:4
**open** 5:12 6:19
10:14 38:8,14

52:12 59:9
104:13 109:9
112:24 113:1
119:12 123:23
144:22
**opened** 37:22
83:24
**opening** 5:4
16:21 26:17,21
**openly** 119:17
**opens** 112:16
**operate** 46:24
127:9
**operates** 3:23
**operating** 5:20
**operational**
105:6
**operations** 2:14
40:1 47:6
88:24 98:19
102:24
**operative** 104:9
**opinion** 122:13
122:14
**opinions** 107:1
**opponents** 3:9
**opportunities**
19:1
**opportunity**
4:16 12:9
14:18 22:15
25:9 48:20
56:2 94:2
97:15,20
100:15 105:15

Page 32

**[opportunity - paul]**

outstanding
9:14 21:11
overreach 3:21
overseas
137:17,18
138:4
oversee 24:17
78:12 136:20
overseeing
139:9
overseen 19:15
22:21
oversight 4:23
61:18 77:20
112:25 120:16
121:10,12,18
overstayed
99:8
overwhelmed
21:5
overwhelmin...
40:13 140:8
own 2:8,11,14
14:5 24:22
59:2 93:14
97:22 120:22
125:17

126:13
opposed 124:10
opposite 23:2
optimistic
144:7
order 11:1
44:22 54:15
71:16 83:20
orderly 81:20
orders 76:13
99:7
oregon 110:24
organization
66:18 107:6
134:22
organizational
77:6
organizations
16:8 80:1,3,5
80:11 81:14
origins 3:17
orleans 7:8
65:21 66:15
89:6 90:1
107:20 108:21
134:23
ought 40:22
67:20 134:24
134:25
outlined 26:17
outrageous
55:24
outset 25:25
outside 114:17
137:22 140:24

**p**

p.m. 144:22
pacific 91:15
91:18
packed 137:16
page 90:17
paid 56:10
123:18,20

pandemic 10:7
24:11 86:21
paperwork
85:4
parents 142:6
142:15 143:16
paris 40:16
parole 55:13
56:17,18,22,25
57:3 116:8,9,14
part 14:14 16:9
82:5 85:21
97:22 102:22
104:4 110:5,6
140:9,12
144:18
participate
49:20
particular
75:11 81:15,21
particularly
47:19 51:22
107:16
partisan 3:3
135:16
partisanship
127:15,17
partner 31:13
39:24 54:21
57:5 85:12
partnered 40:2
50:13 67:8
partners 20:15
66:22 96:6

partnership
80:13
partnerships
22:6 85:9
97:13
parts 96:2
124:7
party 105:19
106:4 132:18
pass 13:8 59:2
123:1 129:24
passed 7:1
140:7
passionate
84:22
past 11:5 96:8
115:2 120:2
143:12
path 80:10
140:2
patrol 21:8,18
22:22 85:2
97:11 136:19
paul 2:1 5:6 9:6
12:3,5 16:2,20
16:23 25:18
26:11 68:3
75:2 82:19
91:9 99:21
106:16 113:13
122:2,5 123:6
125:3 126:7,20
132:15 135:4
139:1,13
144:12

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[pause - please]**

pause  49:18
pay  48:11
  55:23 93:12
  95:20 131:9
  134:21,24
paying  3:13
penalized  57:22
pennsylvania
  90:2
people  3:1,13
  3:24 4:16 7:16
  8:21 10:10
  11:7 15:24
  17:4 19:22
  22:4,25 23:14
  23:24 25:22
  27:22 29:10,23
  30:7,15,21,22
  31:11,11 34:14
  35:4 36:1,15
  37:9,16 38:19
  40:11,12 41:2
  45:21 53:10,25
  54:2 56:10
  57:8,11 58:25
  60:14 63:12
  66:19 67:24
  70:4,9,13,20
  71:6,25 72:15
  75:20 78:14
  80:14 84:9,17
  84:19,25 87:2
  87:25 89:8
  90:10,24 92:18
  92:25 93:1,19

  94:5,7 95:10,19
  97:22 100:20
  100:23 101:23
  102:1,5,20
  104:15 105:1
  108:19,23
  109:2,16 111:7
  112:8,24 113:3
  115:1 119:18
  119:24 120:22
  121:1 123:17
  124:12 125:12
  125:17,19,23
  127:19,22
  128:6 130:2,15
  131:9 133:17
  135:23 140:3
  141:5,19,20
  143:21,23
people's  2:13
  33:10,15 74:14
  86:18 134:13
percent  18:22
  54:21 106:1
perfect  35:12
perfectly  71:11
permanent
  61:4
permanently
  92:24
perpetuate
  54:1 69:21
  97:19
perpetuated
  98:25

perpetuating
  36:19
perpetuators
  37:8
persistence
  10:21
persistent  7:20
  29:6 66:2
person  13:10
  34:17,21
  131:12
person's  100:8
personal  9:18
  48:2
personnel  44:2
  44:9 46:3
  83:21
perspective
  41:14 70:17
peters  5:5 9:11
  12:5 13:15
  16:23 26:13,14
  27:13 28:7
  29:1 31:22
  34:1 43:22
  65:20 119:21
  126:8,10,12
  130:14,19
  131:24 132:2
  132:14,16
phone  44:3
  55:2 100:5
  115:20
phones  55:6

physical  105:4
pick  102:5
  117:24
picked  138:6
pickup  139:4
piece  86:13
pieces  131:4
pima  93:18
pittsburgh
  141:3
place  12:7
  54:11,23 55:1
  60:8 102:14
  110:12 134:15
placed  38:10
  42:14
places  92:21
  93:16 94:10
plain  2:5
plan  22:2 29:13
  69:9 74:16
  96:14 98:16
  102:17 119:2
  132:17
planes  41:3
  134:4 138:10
planned  78:10
plans  88:24
plant  33:20
play  77:12
playing  113:4
playoff  129:2,4
please  16:14
  108:16 130:4
  130:15

Page 34

**[pleased - preventing]**

pleased   9:12
  11:20 75:25
pledge   58:2
  59:9 65:8
  110:14 111:22
plus   37:9
pocket   137:22
point   49:7
  75:14 93:6,16
  123:24 130:25
polarization
  127:18
police   26:1
  57:18 92:14
  97:6,9
policies   21:1
  22:24 30:13
  37:25 38:14
  52:9,11 91:11
  91:12 101:7
policing   2:22
policy   38:8
  54:22,25 80:16
  80:16,17
  106:25 122:20
  132:4 142:8,14
  142:19,19
political   2:23
  3:8 4:14 63:11
  65:4,11 107:9
  118:4 125:19
  126:17 128:3
  132:4,8
politicization
  107:9

politicize   93:15
  108:11 117:24
politicized   93:5
  95:25
politicizing
  112:8
politics   62:10
  63:17 113:4
pornography
  124:16
ports   6:21
  26:25 27:17
  46:21 117:10
  142:11
position   8:25
  70:12 72:17
  75:12 76:19
  124:11 125:14
positioned
  71:11
positions   78:8
possess   128:13
possesses   10:20
possible   5:11
  70:1 108:19
  140:4
potential   62:9
  67:21 92:16
  98:6 120:23
  121:4
potentially   32:2
  79:17 142:24
power   48:1,7
  57:21

powerful   96:21
  97:7
powers   2:20
practice   16:13
prairies   14:6
prayers   53:20
praying   114:6
prc   32:3 33:8
  33:12
pre   90:14
predecessor
  52:5 57:16
predecessors
  110:22
predictable
  87:21
predicted   87:21
prediction
  141:1
prehearing
  144:15
prepare   119:3
prepared   30:6
  32:16 33:5
  133:4,11
preparedness
  24:12
present   56:21
  58:21 140:22
preserve   56:5
president   9:15
  11:15 13:19,25
  17:2 18:24
  20:23 22:16
  24:19 29:19

30:13 36:8
  37:17 40:17,18
  46:18 52:17,18
  54:9,10,20
  58:18,19,19,19
  62:3,13,24
  63:13,19,21
  64:12,15,22,25
  69:17,24 70:13
  75:16,18 76:16
  76:17 78:17
  79:2,3 84:11
  94:4,12 98:6,22
  98:22 101:4
  102:14 103:4
  107:2,2 108:13
  110:15,16
  111:10 113:19
  115:9,20 116:8
  116:16 117:3
  118:2
president's
  70:10
press   55:8
pressure   4:15
prevent   8:4
  23:18 31:4
  81:24 87:22,24
  88:5,6
preventable
  87:22
prevented   88:5
preventing
  5:25 82:9

Page 35

**[prevention - public]**

**prevention**
24:1
**previous** 83:5
101:2 140:19
**previously**
125:5
**price** 3:13
**primary** 81:22
81:23 82:8
84:19 118:9
**principled** 5:23
13:16
**priorities** 3:12
26:16 43:18
50:6 131:5
**prioritize** 21:25
69:10
**priority** 7:13
13:21,21,22,24
13:25 20:17
28:21 37:15
69:23 70:1,11
74:3,10 87:5,8
98:23 99:1,6
118:15,20
131:13
**private** 22:6
33:10 102:3,11
105:13 122:18
135:1
**privilege**
113:21
**proactive** 20:5
22:14 31:4

**proactively**
51:1 90:5
**probably** 83:1
100:1
**problem** 2:5
55:9 62:8
112:15 129:19
135:22 136:21
**problems** 2:15
10:6 126:22
140:22
**procedures**
17:10
**proceed** 18:8
25:19
**proceedings**
146:4
**process** 7:2
17:8 31:5
42:10 57:8,9
76:12 81:20
87:12 138:1,12
138:15
**processed**
54:15,17
**processes** 98:17
**processing** 85:4
115:21,24
116:10
**program** 49:11
49:14,16,20,23
51:5 54:10,18
56:8,17,24
65:11 92:10
93:5,16,23

94:17 95:3,8,22
96:9,11 97:17
104:18,21
139:22
**programs**
42:16 56:13
64:6 65:2,4
89:2 92:22,23
93:7 94:18
96:8
**proliferate**
38:18
**promise** 75:19
**promised** 58:1
70:13 94:4,12
**promptly**
137:24
**properly** 77:19
**property** 24:6
88:2 111:3
**propose** 86:13
**proposed**
128:19
**protect** 14:5
15:7 20:5 22:8
24:5 30:7
31:14 32:7,18
38:3 40:11
50:12 67:24
83:8 91:3 98:3
108:4,14
129:25 135:25
136:7 141:22
**protected** 20:10
45:10 124:14

124:18,20,25
134:20,21
**protecting** 8:2
14:8 31:4
35:22 70:15
84:22 98:18
106:6 107:7,12
109:4 141:17
141:19
**protection** 6:24
83:7 124:8
**protections**
49:5
**protective**
24:23 35:16
104:9,11
118:19,22
119:1
**protector** 14:3
**protested**
119:14
**protests** 111:4
**protocols** 35:22
**proud** 23:8
40:14 127:21
140:9
**proven** 22:9
**provide** 23:7
55:7 86:10
121:13 140:2
**providing** 54:6
86:8,9
**public** 9:19
17:5 18:11
22:6 36:7 43:3

Page 36

**[public - really]**

43:8 59:12
61:13 62:13
86:12 89:24
90:5 97:1
119:18 135:5
144:21
**publish** 122:13
122:14
**pulled** 41:25
**pump** 91:19
**purpose** 80:22
**purposely** 51:5
**pursue** 61:22
**pursued** 18:18
**purview** 42:16
78:2
**push** 111:18
**pushed** 124:3
**pushiness**
124:1
**put** 4:15 37:19
56:25 59:15,24
62:6,7 72:3
76:18 89:11,19
90:9 91:20,22
92:25 102:14
106:12 110:12
137:24 143:7,8
143:10,11
**puts** 3:25 99:14
**putting** 86:24
94:15 106:11
111:1

### q

**qaeda** 29:9
81:14
**qualifications**
5:16 113:24
**qualities** 11:16
**question** 8:1
26:4 27:4
28:15 29:12
30:18 35:1
43:22 51:17
84:5 86:7
118:14 128:7
129:21 130:20
132:23 133:8,9
138:2
**questioners**
139:13
**questioning**
36:10 67:15
**questionnaires**
144:14
**questions** 25:14
25:19 26:12
36:6 88:10
100:18 115:1
122:6,7,8 126:8
138:5,9 144:15
144:24
**quick** 28:15
136:10
**quickly** 24:15
31:18 49:7
**quite** 88:8
119:21

**quiz** 81:10
**quote** 53:5 62:4
**quotes** 77:8

### r

**r** 146:1
**race** 141:21
**racism** 141:23
**racist** 141:2
**radical** 23:18
109:8
**radicalization**
7:9 140:21
**radicalized**
29:7,10 30:22
65:23 66:3
67:13 108:3
**radicalizing**
66:7,18
**raging** 61:25
87:24
**rain** 91:21
**raise** 16:15
34:15 77:15
78:3
**raised** 79:10
82:11
**ramification**
63:8
**ranch** 14:4,6
**rancher** 17:20
99:11
**ranging** 8:23
**ranking** 5:3
9:11 12:5
16:23 61:5

122:8 126:19
133:24
**ransom** 48:12
73:22
**rape** 37:3
**rapists** 37:7
101:17
**rather** 57:9
116:22,25
132:8
**read** 15:9 61:7
**readily** 90:15
**ready** 24:4
91:23
**real** 3:9 7:10
33:21 45:13
108:10 120:16
127:7,8,12
129:25 140:22
**reality** 19:8
**really** 2:6 10:4
12:25 14:17,17
14:18 15:1
33:23 35:8,15
42:7,24 44:15
45:4,16 47:17
47:23 60:5
62:2 67:21
72:4 73:22
85:24 90:13
93:15 95:11,12
96:10 98:13
100:8 112:15
122:17,21
123:3,11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[really - removed]**

| | | | |
|---|---|---|---|
| 133:13,15 | 41:21 | **reform** 138:22 | **releases** 92:17 |
| 134:2 135:16 | **recommendat...** | 139:19,20 | **relentlessly** |
| 136:3,14 | 61:9 | 140:7,16 | 18:17 |
| 139:16 | **record** 4:11 | **reforms** 24:19 | **relevant** 59:5 |
| **reason** 33:14 | 16:10 22:9 | 59:15 61:10 | **relief** 61:24 |
| 33:17 65:24 | 48:1 144:19,25 | 118:18 | 62:24 63:11 |
| 70:9 77:7 81:9 | 146:4 | **refreshing** | 65:14 83:15,16 |
| 104:15 135:14 | **records** 132:17 | 52:20 60:11 | 88:14,19 |
| **reasons** 37:16 | 132:19,20,21 | **refugees** 40:17 | 117:18 118:3 |
| **reassurance** | 133:19 | 40:19 42:2,5,14 | **remain** 7:9 |
| 30:4 | **recourse** | **refused** 58:24 | 15:18 20:17 |
| **reassured** 36:9 | 122:22 | 58:25 119:11 | 23:12 27:16 |
| 79:4 | **recreated** 85:16 | 119:16 | 29:3 54:10,22 |
| **reauthorize** | **recruited** 23:3 | **regarding** | 144:22 |
| 49:22 | 85:7 | 75:12 | **remaining** |
| **recall** 140:7 | **reducing** 88:7 | **regardless** | 58:12 |
| **received** 14:22 | 88:12 | 141:21 | **remains** 25:6 |
| 16:4 42:9 | **reelected** 34:13 | **reignite** 98:16 | **remarks** 5:4 |
| 112:18 | **reevaluated** | **rein** 87:10 | **remediation** |
| **recent** 7:22 | 94:22 | **reinstate** 54:9 | 116:25 |
| 19:9 27:3 92:5 | **reevaluating** | 54:18,22 | **remember** 13:5 |
| 107:19 108:4 | 95:1 103:3 | **relate** 107:5 | 69:13 128:24 |
| 110:21 129:2 | **refer** 11:2 | **relates** 86:7 | 135:4 137:22 |
| **recently** 43:23 | **referenced** | **relation** 130:8 | **remind** 85:1 |
| 44:1 47:25 | 30:18 89:7 | **relationship** | 129:13 |
| 62:18 90:2 | **referencing** | 45:16 96:20 | **reminded** 29:3 |
| 129:14 | 64:24 | **relationships** | **reminder** 7:9 |
| **recognize** 22:13 | **referring** 62:5 | 45:18 96:5 | 18:10 |
| 23:25 40:8 | **reflect** 97:21 | 97:8,13 | **remote** 72:14 |
| 84:24 | **reflected** | **relayed** 108:23 | **removal** 99:6 |
| **recognized** 9:9 | 131:21 | **release** 55:11 | **remove** 124:7 |
| 16:21 36:9 | **reflects** 20:22 | 103:18 116:11 | **removed** 36:20 |
| 96:4 | 65:23 | 116:14,18 | 57:22 101:5 |
| **recognizing** | **refocused** | **released** 69:22 | 102:2 106:9 |
| 32:19 40:2 | 32:25 | 92:19 120:25 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[rename - right]**

| | | | |
|---|---|---|---|
| **rename** 85:21 | **requests** 61:22 | 127:13 | **rest** 26:12 |
| **renew** 4:22 | 62:21 125:4,5,6 | **respect** 63:6 | 62:16 69:6 |
| **repeated** 29:25 | 132:17,20 | 64:8 96:24 | **restore** 4:7 |
| **repeatedly** 52:5 | **require** 10:19 | 98:3 112:6 | 21:19 |
| 52:7,8 66:1 | 10:20 59:4 | **respecting** | **restored** 24:16 |
| **repeats** 31:20 | **required** 32:5 | 97:24 | **restrict** 124:5 |
| **report** 7:15 | **requirements** | **respects** 23:5 | 125:21 126:4 |
| 19:17 55:8,8,16 | 10:12 50:21 | **respond** 20:11 | **restriction** |
| 55:16 59:24 | 51:5 | 23:18 24:4 | 125:25 |
| 60:1 61:8 | **requires** 5:22 | 72:22 93:12 | **result** 8:11 |
| **reports** 62:13 | 23:20 56:20 | **responded** | 65:22 90:21 |
| **represent** 19:22 | 64:16 | 118:4 | 142:7 |
| 23:24 | **research** 3:19 | **responding** 6:1 | **resulted** 127:18 |
| **representatives** | **reservation** | **responds** 8:18 | **resulting** 83:18 |
| 9:23,24 13:8 | 15:4 26:6 | **response** 3:14 | **results** 72:24 |
| 113:23 | **reservations** | 19:5 24:7 | 86:15 |
| **represented** | 49:15 97:3 | 72:21 89:12 | **return** 104:16 |
| 64:21 | **reserve** 26:11 | 90:9,25 94:19 | **reunite** 142:6 |
| **representing** | **resilience** 24:2 | **responses** | 143:15 |
| 9:25 | **resolve** 20:14 | 144:13 | **reunited** |
| **republican** | **resource** 17:8 | **responsibilities** | 143:13 |
| 131:15 | **resourced** | 43:6 75:12 | **revamped** 23:6 |
| **republicans** | 28:22 36:2 | 118:8 | **review** 5:15 |
| 100:6 105:21 | 44:21 88:22 | **responsibility** | 100:16 118:7 |
| 109:13 130:22 | **resources** 3:2 | 18:2 20:18 | **reviewed** |
| 131:2 | 6:10 21:9 | 41:13,17,20 | 144:17 |
| **repudiated** | 23:20 26:24 | 68:12 73:2 | **rhetoric** 107:8 |
| 58:1 | 27:10 31:1 | 121:10 125:23 | **rich** 14:16 |
| **reputation** 84:4 | 32:22 33:4 | 130:12 | 134:22 |
| **request** 26:7 | 38:10 44:3,22 | **responsible** 7:5 | **rid** 95:8 134:14 |
| 119:5 120:18 | 45:1,15,23 49:4 | 21:13 66:6 | **right** 16:15 |
| 125:16 | 51:2 54:3 57:4 | 72:20 76:20 | 19:14 20:18 |
| **requested** | 57:18 67:1 | **responsive** | 23:25 35:7 |
| 112:20 | 83:9,21 90:13 | 88:18 | 37:9 42:20 |
| | 109:22 117:14 | | 44:23 48:13 |

Page 39

**[right - secretary]**

84:10 99:4
106:19,24
107:2,19 111:9
112:13,19
121:2 134:15
135:22 136:11
138:9
**rights** 2:21 31:5
41:1 58:6
86:18 124:24
**riley** 53:8
103:24
**riley's** 143:20
**riots** 111:4
**rise** 30:20
140:24
**rising** 3:11
21:20 141:14
**risk** 120:24
121:4
**riveted** 67:21
**road** 146:11
**robust** 27:8
**rock** 14:24 15:5
15:11 18:13
**role** 4:23 7:11
22:18 38:9
41:12 77:12
78:1,11 79:23
88:11 117:24
121:23 131:22
135:16,17,17
**roles** 75:11
90:6

**room** 14:12
26:2
**rooms** 102:17
**root** 68:25 69:2
69:8 83:22
**rooting** 125:22
**roots** 69:6
**round** 37:12
126:11 140:19
**rounds** 137:14
137:20 138:6
**rule** 11:8 19:23
48:22 63:22
65:5 122:25
**rules** 111:20
**run** 43:19 96:3
114:23 115:2
136:14
**running** 34:18
**rural** 17:23
95:15,15
**rushing** 88:9
**russia** 87:3

**s**

**sacred** 18:17
**sacrifice** 23:5
**safe** 6:7 18:6,19
18:20 23:11
27:12 30:7
31:14 45:8
50:12 73:8
74:14,15 98:17
102:1 128:10
130:24 144:3

**safeguard** 20:9
**safely** 104:16
**safer** 19:12
21:17 22:20,25
70:2
**safety** 8:20 11:7
25:7 43:7,8
97:1
**sake** 23:24
**salt** 7:24 33:7
**salvador**
104:14
**sarah** 68:25
69:2 71:7
**sarah's** 69:5,11
69:13
**sat** 52:5 71:3
**satellites** 47:8
**saving** 24:14
**saw** 24:19
31:20 36:4
38:16,16,17,19
66:14 72:24
86:21 87:2
89:5,6,15
**saying** 62:4
78:16 100:7
115:18 124:12
**says** 122:12
123:1
**scan** 117:6,8,15
**scanned** 137:19
**scanners** 47:5
**scenarios** 64:24

**schellenberger**
125:7
**school** 48:1,4,7
50:14
**schools** 48:8
49:1
**scott** 34:3,4,7
34:10,25 37:21
40:15 41:23
42:21 43:11
**scour** 133:18
**screen** 121:8
**screening**
138:15
**screens** 120:9
**scrutinized**
4:19
**sea** 82:8
**seamlessly**
39:13
**second** 132:15
**seconds** 58:12
130:20
**secrecy** 3:23
**secret** 24:17,25
34:16 35:11,13
35:15,18 58:13
58:22 59:5,15
61:2,11 89:14
89:16 118:7,11
118:15,17
**secretary** 1:14
4:5 5:17 9:15
11:25 17:1
19:24 21:7,25

Page 40

**[secretary - senator]**

| | | | |
|---|---|---|---|
| 22:15,18 24:11 | **securing** 2:17 | 103:25 106:14 | 68:20 69:7,8 |
| 24:17 26:15 | 3:7 5:24 13:20 | 107:18 109:1 | 77:8 80:17 |
| 48:20 51:24 | 18:16 36:15 | 111:16 119:6,9 | 91:5 104:24 |
| 56:3 57:16 | 39:25 68:16 | 120:2,24 121:4 | 114:1 140:24 |
| 59:18 60:12 | 83:23 85:6,24 | 123:5 127:17 | 141:7 |
| 64:5 65:1 | 106:6 115:10 | 128:18,21,23 | **seize** 46:5 |
| 66:24 76:20,25 | **security** 1:13 | 130:9,9 131:23 | **selfridge** 28:10 |
| 77:7 78:21 | 2:25 3:10,16,25 | 135:17 137:17 | **senate** 11:25 |
| 82:13 93:11 | 4:5 5:18,22,24 | 138:3,4,11,16 | 17:10 31:8 |
| 94:2 96:14 | 7:4 8:6,20 9:4 | 140:1,11 | 44:25 71:14 |
| 99:15 100:11 | 9:16 11:6,10 | **see** 5:6 7:7 | 99:14 106:22 |
| 100:14,19,22 | 12:1 15:20 | 29:25 30:20 | 140:6 |
| 103:25 106:13 | 17:2 18:4 19:3 | 33:19 35:17 | **senator** 2:1 5:5 |
| 111:15 112:4 | 19:19 20:1,16 | 38:1 39:9,9 | 9:6,8,8,10 12:3 |
| 119:5,8,11 | 24:1,4 25:5,7 | 50:1 51:15 | 12:3,4,13 13:15 |
| 129:22 131:23 | 27:7 28:14 | 52:3 60:8 75:4 | 14:10,13 16:2 |
| 135:14 | 29:18 30:6 | 75:5 91:15 | 16:20 17:7,12 |
| **section** 124:8 | 31:2,13 34:19 | 113:15,16 | 25:18 26:11,13 |
| **sector** 105:13 | 35:21 40:1 | 114:9 117:19 | 26:14 27:13,15 |
| **secure** 6:7,10 | 42:17 43:7,13 | 120:15 126:9 | 28:4,7,19 29:1 |
| 6:25 13:9 18:7 | 43:20 44:14 | 128:13 132:12 | 29:15 31:22 |
| 20:7,18 25:13 | 47:24 48:16 | 135:12 | 32:10 34:1,3,3 |
| 27:25 28:12 | 51:21,25 58:10 | **seeing** 27:21 | 34:4,7,10,25 |
| 30:15 38:10 | 59:18 63:10 | 129:8,9 | 37:21 40:15 |
| 45:4 47:1 51:2 | 65:2 66:3,8,11 | **seek** 23:22,23 | 41:23 42:21,22 |
| 52:7,8,13,16,19 | 66:12 67:5,18 | 54:12 | 42:22,23 43:2 |
| 69:24 72:12 | 70:6 72:9 73:7 | **seekers** 55:5,12 | 43:11,22 44:5 |
| 73:9 74:4,9 | 75:18 76:20,25 | **seeking** 55:10 | 44:11,23 45:11 |
| 79:6 82:7 83:8 | 77:10 81:12 | **seemed** 135:8 | 46:18 47:17,22 |
| 84:9,20 94:13 | 82:10,13 83:12 | **seen** 3:20 7:20 | 48:19 49:6,9 |
| 96:23 97:20 | 85:22 90:23 | 11:5 18:25 | 51:3,10,11,11 |
| 105:10 130:25 | 92:19 96:7,16 | 27:2 29:19 | 51:12 52:8,10 |
| **secured** 19:23 | 96:23 100:12 | 31:23 33:11 | 52:15,20 53:18 |
| 72:1,2 | 100:15,23 | 38:11,13 40:5 | 54:8,19,24 56:1 |
| | 102:9 103:2,15 | 43:23 48:9 | 56:16 57:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[senator - several]**

| | | | |
|---|---|---|---|
| 58:8,11 59:17 | 109:25 110:9 | 111:10 125:4 | **served**  17:21 |
| 60:7,9,19,19,20 | 110:13 111:14 | 133:18 | 41:15 106:20 |
| 60:20,25 61:3 | 111:18 112:1 | **sending**  38:24 | 113:22 121:10 |
| 61:19,20 62:8 | 113:6,11,13,13 | 124:12,21 | **servers**  71:23 |
| 63:2,5,13,20,25 | 113:14,17 | **sends**  78:13 | **service**  17:5 |
| 64:7 65:8,12,16 | 114:21 115:8 | 95:19 | 18:11 23:5 |
| 65:19,20 66:9 | 115:11,13 | **seniors**  48:4 | 24:18 25:1 |
| 66:16,21 67:14 | 116:2,7,16,19 | **sense**  18:2 41:2 | 34:16 35:11,13 |
| 68:3,3,4,4 | 117:2,5,12,17 | 76:5 79:19 | 35:15,18 43:3 |
| 69:12 71:9 | 118:1,6,17 | 80:2 139:2,8 | 55:2,24 58:13 |
| 72:13 74:5,17 | 119:4,20,20,25 | **sensitive**  32:8 | 58:23 59:5,15 |
| 75:2,2,3,7,21 | 121:16,20,25 | 112:7 | 60:23 61:2,11 |
| 76:10,23 77:2 | 122:2,5 123:6 | **sent**  15:4 38:6 | 68:7,7,8 89:14 |
| 78:13,25 79:9 | 124:23 125:3 | 38:23 39:3,19 | 89:17 94:23 |
| 79:22,25 80:8 | 126:5,7,8,9,10 | 39:23 43:14 | 99:24 118:7,11 |
| 80:25 81:8 | 126:12 130:5 | 110:23 112:3 | 118:16,18 |
| 82:19,19,20,23 | 130:14,19 | 125:5 143:24 | 123:22 |
| 83:25 84:16 | 131:1,24 132:2 | **separate**  95:25 | **services**  24:15 |
| 85:19 86:19 | 132:14,15,16 | **separated** | 88:20 92:10 |
| 87:11,16 88:15 | 132:22 134:19 | 142:7 143:13 | 128:9 |
| 91:6,9,9,25 | 135:2,3,4 137:9 | **separation** | **serving**  41:15 |
| 92:1 93:21 | 137:11 138:17 | 142:8,11,18 | 106:10 121:22 |
| 94:25 96:18 | 138:19,24 | **september**  19:7 | **session**  64:19 |
| 98:5,21 99:20 | 139:1,10,12,16 | 77:4 | 119:12 140:13 |
| 99:21,21,22 | 140:12 141:6 | **series**  9:3 | 141:10 |
| 100:4,25 | 141:16 142:1,3 | **serious**  5:23 | **set**  4:6 10:5,19 |
| 101:10,16,22 | 142:17 143:5 | 7:21 18:17 | 14:9 35:24 |
| 102:3,7,10,16 | 143:10,17 | 24:18 29:4 | 72:8 133:21 |
| 102:19,23 | 144:6,10,12 | 106:5 118:13 | **seven**  25:20 |
| 103:1,6,14,23 | **senators**  16:10 | **serve**  4:4 5:3,17 | 95:10 |
| 104:1,3,17 | 20:16 28:23 | 8:24 9:15 18:6 | **several**  16:4 |
| 105:3,9,12 | 46:10 89:9 | 22:15 48:20 | 22:22 56:13 |
| 106:15,16,16 | 106:1 | 52:4 82:24 | 68:15 115:23 |
| 106:17 107:24 | **send**  21:3 39:1 | 85:7 94:2 | 142:13 |
| 108:17,25 | 39:20 40:19 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[severe - south]**

| | | | |
|---|---|---|---|
| **severe** 8:15 | **showing** 72:19 | **sir** 61:14 64:23 | **smart** 45:20 |
| **severely** 53:3 | 125:8 | 80:4 102:19 | **smarter** 22:3 |
| **sex** 102:23 | **shows** 91:24 | 103:11,19 | **smartest** 14:2 |
| **sexual** 37:7 | **shut** 33:19 56:3 | 130:18 132:6 | **smugglers** 46:4 |
| **shadow** 96:9 | **side** 18:13 | **sister** 71:2 | **smuggling** |
| 97:15 | 118:20,21 | **sitting** 12:13 | 96:13 |
| **shape** 85:22 | **sidelined** 136:1 | 15:5 41:11 | **social** 2:23 |
| **share** 43:2 | **sidelines** 71:3 | 52:6 53:4,4 | **society** 37:4 |
| 99:17 126:20 | **sides** 107:10 | 114:16 | **software** 71:24 |
| **shared** 59:20 | 122:23 131:3 | **situation** 38:22 | **soldiers** 41:24 |
| 68:23 | 133:6 | 70:3 103:20 | **solo** 18:12 |
| **sharing** 68:18 | **sign** 117:20 | **situations** | **solution** 97:23 |
| **shelter** 54:3 | 132:20 | 69:18 90:14 | **solutions** 11:19 |
| 92:9,22,23 | **signal** 134:8 | 111:24 119:2 | 126:22 131:19 |
| **sheriff** 133:25 | **signals** 78:14 | **six** 16:7 19:11 | 146:10 |
| **sheriffs** 85:11 | **signature** 146:6 | 39:23 95:10 | **solve** 11:18 |
| **sherpa** 12:13 | **signed** 135:24 | 105:21 | 127:23 |
| **shifted** 2:17 | 136:3 | **size** 50:14 | **somebody** |
| **shipments** 47:2 | **significant** 4:14 | **skill** 10:5,19 | 11:14 36:9 |
| **shocked** 7:7 | 6:8 20:7 40:5 | 14:9 35:24 | 103:18 105:14 |
| **shocking** 86:24 | 46:2 81:5 | **skip** 117:20 | 136:18 |
| 86:24 101:8 | **siloed** 67:5 | **sky** 134:1 | **sonya** 146:2 |
| **shooting** 34:14 | 73:16 | **slotkin** 27:15 | **soon** 51:23 |
| 133:25 | **similar** 12:19 | 28:4 106:16,17 | 56:21 58:19 |
| **short** 57:24 | 68:22 | 107:24 108:25 | 59:8 69:25 |
| 129:16,17,20 | **simply** 55:11 | 109:25 110:9 | 132:12 |
| **shortages** 98:11 | **sincere** 17:6 | 110:13 111:18 | **sorry** 53:19 |
| **shorthand** | **single** 17:24 | 112:1 113:11 | **sort** 104:12 |
| 141:4 | 54:5 101:1 | 115:13 | 108:2 124:4 |
| **shortly** 6:18 | 105:20,24 | **small** 29:7 33:3 | 139:17 |
| 30:3 122:9 | 119:10 131:10 | 48:10,13 49:1,3 | **south** 4:11 8:14 |
| **shoulder** 41:18 | 131:12 | 92:17 93:3,9 | 9:13,25 10:2,9 |
| 51:17 | **sioux** 14:25 | 94:8 95:9,14,23 | 11:4 15:1,2,12 |
| **show** 73:3 | 15:11 | **smaller** 33:22 | 17:4 19:10 |
| 84:17,21 | | 73:19 | 22:10,20,21 |

Page 43

**[south - states]**

23:3,4 24:8
35:3 38:12
39:16 40:11,12
46:23 47:12
50:4,15,20
68:10 74:11
97:2,3,6 114:18
131:12
**southbound**
46:15 47:18
**southern**  6:9
10:18 11:8
21:4 26:22
27:6,21 29:18
37:22 38:7
39:17,25 44:17
45:24 46:1,13
52:6,13,16
93:23 96:23
120:11
**southward**
46:6
**southwest**  2:17
**sovereignty**
15:22 96:17,24
**space**  125:1
**spade**  107:19
107:19
**span**  6:18
**speak**  17:17
64:2 108:10
132:9
**speaker**  13:10
**speaks**  15:24

**special**  12:9
14:18 120:19
**specific**  46:12
**specifically**
39:10 123:1
**specifics**  79:23
80:1 103:20
**specter**  62:9
**speech**  2:22
57:18 58:6
123:2,21 124:5
124:14,18,20
125:20,21,25
126:4
**speeches**
122:20
**spend**  5:14
107:4
**spent**  3:2,6,7,8
17:22 51:6
81:5 108:6
**spiked**  140:25
**spins**  133:20
**spirit**  127:24,25
128:1,6
**spoke**  97:17
99:1
**springing**  133:8
**spying**  3:3
**ssp**  92:10 93:5
93:16 94:16
**st**  53:11
**stabbed**  53:14
**stable**  5:22
13:16

**staff**  5:15 31:11
98:7
**staffed**  27:7
28:5 36:1
**staffing**  6:25
28:3 112:13,14
**stand**  16:15
28:9 63:18
64:15 70:19
**standard**  26:4
**standards**  32:7
72:7,7
**standing**  14:24
15:5,11
**start**  25:21
43:21 68:18
88:7,12 91:17
126:10
**started**  77:4
**starting**  31:21
**startling**
105:18
**state**  6:12,16
9:22,23 10:7,13
11:3,3 12:25
15:2,2,12 17:21
19:12,15,16,23
20:15 22:7,11
22:21,24 23:4,7
27:10 29:23
32:14 33:4
35:3 38:1,4,9,9
38:13,18 39:3
39:24 40:10,19
40:22 41:13

42:20 48:17
49:2,11,12 50:7
50:9,10,22,25
51:19 52:22
53:9 57:21
62:14 63:18
64:13 66:24
68:9 69:16
73:19 78:15
88:21 89:1,22
90:4 93:20,25
95:12,15 97:11
97:14 99:12,25
103:9 106:23
110:23 111:11
114:5,6,7
131:12,16
138:3 141:12
**state's**  9:25
**statement**
16:21 120:6
**statements**  16:4
62:3 144:16,24
**states**  3:11 8:13
10:10,13 11:25
25:6 27:18
29:11 36:20
38:13 39:25
41:8 42:9,13
43:14 48:17
55:19 62:11,25
63:16 64:19,21
67:24 68:22
80:6 81:25
94:1 95:2 96:1

Page 44

**[states - sure]**

98:20 102:4
104:7,24 105:7
105:10,17
109:19 110:20
128:18 135:25
139:23 140:6
141:5
**statistic** 105:18
**statistics** 99:2
**status** 104:9,11
**statute** 59:4
**stay** 49:4 73:17
79:5 87:6
104:15
**stayed** 10:14,14
**steal** 33:15
**stealing** 80:20
**step** 52:3 68:11
87:11,17
**stepped** 114:5
135:18
**stepping** 114:2
**steps** 38:3
**stiff** 133:13
**stole** 32:1
**stolen** 33:9
**stop** 2:15 46:4
56:25 66:17
67:2,11,18
73:13 96:12
114:22 115:24
116:15 117:21
126:1 143:4
**stopping** 47:15

**storms** 8:12,15
**story** 9:18
53:22,24 68:18
68:23 69:13
**straddles** 14:25
**straight** 36:7
**strategy** 44:7
98:8
**streamline** 7:2
**streamlined**
89:21
**streamlining**
89:5
**street** 92:16
120:7 122:14
**streets** 21:16
**strength** 74:24
**strengthen**
24:12 44:6
45:14
**strengthening**
24:25
**strengthens**
47:20
**stress** 126:15
**stretch** 44:4
**strike** 24:3
**strikes** 8:19
68:21
**strived** 126:19
**strong** 5:22
13:16 45:16
70:14 113:24
**stronger** 19:12
77:12

**strongly** 119:14
**struck** 69:2
**structure** 49:16
117:1 136:12
**stuck** 32:24
**students** 48:5
48:11
**study** 3:18
**stuff** 2:3 134:1
**stymied** 58:20
58:22
**sub** 85:23
**subcommittee**
61:4 86:11
**subject** 84:13
**submission**
144:23
**submitted**
144:15
**succeeding**
51:24
**success** 20:3
74:25
**successful**
44:22 47:25
**sucking** 91:18
**suffers** 62:17
**sufficient** 6:10
**sufficiently**
27:7
**suggest** 133:2
**suite** 146:12
**summons** 26:7
**sunny** 104:14

**super** 30:2
31:12 67:20
128:23 134:21
**supervisors**
117:19
**supply** 47:15
80:18
**support** 16:1,4
16:9 17:5,15
20:25 21:9
31:17 33:1
44:7 46:2,8
102:21 111:12
142:16
**supported**
19:23 88:21
**supporters**
129:1
**supporting**
28:13 60:16
88:23
**supportive**
40:13
**supposed** 87:6
120:14
**supremacy**
29:8
**supremely**
67:16
**sure** 9:20 13:23
20:10 28:5,23
28:24 31:6,19
32:17 35:20
36:16,18 41:22
45:22 46:25

Page 45

**[sure - temperature]**

47:11 50:2
51:6 53:15
54:5,23 55:3
56:7,9 57:5,8
59:20 61:16
66:25 67:10
69:17 70:15
71:5 72:1,8,11
74:13 76:24
78:20,25 79:7
81:16,21 82:12
85:17 89:24
90:16,23 91:2
94:22 95:24
96:12 99:13
101:20 102:1
103:13 110:6
112:16 113:7
125:13,22
127:13 132:1
135:20 141:13
141:17 144:2
**surge** 48:9
**surprise** 70:7
71:22
**surprised** 13:19
138:20
**surveillance**
3:4 39:21 47:6
**suspect** 102:25
**swear** 16:14,15
**swiftly** 24:5
**switch** 79:9
104:3

**sworn** 111:15
**synagogues**
141:20
**syrian** 40:17
**system** 20:21
37:23 48:2
54:13 57:1,6
68:17 93:14
95:18 109:11
109:13,14
**systems** 32:18
48:10 51:2
72:12 73:8,12
73:20,23 74:4,6
74:9 87:7
92:14 95:22

**t**

**t** 146:1,1
**table** 15:11
34:12,24 50:18
**tackle** 10:16
99:4
**tag** 57:19
**taibbi** 125:8
**take** 10:25 13:4
19:25 22:14
38:2 50:19
54:4 63:21
67:19 68:11
74:16 76:22
87:17 91:22
94:9 100:15
127:15 130:3
134:10,11
144:7

**taken** 18:18
33:10,11 78:10
96:1
**takes** 81:3
**talk** 34:22 38:7
46:18 51:8
77:21 78:6
85:13 89:23
104:8 119:12
119:17 124:14
126:13 133:5
134:6 136:12
140:17 142:23
**talked** 27:14
38:5 46:7
50:19 54:20
68:16 73:7
84:16 91:11
94:16 109:1
111:6 116:13
**talking** 36:4
81:6,17 95:9
98:8 108:6
110:21 125:12
**tangible** 126:22
**target** 2:20
101:11,17
**targeted** 120:23
**targeting** 2:18
3:8
**task** 85:10,18
135:19
**tasked** 35:15
121:19

**tax** 95:17
**taxes** 131:9
**taxpayer** 57:17
**taxpayers**
102:4
**teachers** 48:5
**technical** 133:8
**technological**
46:2,12
**technologies**
3:5 22:8 44:14
45:3 47:7
117:13
**technology**
45:20 46:22
47:11 50:8
**telecommuni...**
7:25
**telecoms** 33:9
**telework** 72:10
**teleworking**
71:17
**tell** 13:9 34:16
35:7,7 40:21,22
40:22 60:12
64:4,25 70:9
88:10 114:13
117:21 120:1
124:20 125:16
133:9
**telling** 53:22
69:13 122:18
124:4
**temperature**
114:14,22

**[temporary - thousand]**

| | | | |
|---|---|---|---|
| **temporary** 104:8,9,10,22 | **terrorists** 29:14 30:9,10 65:21 | 113:11 115:11 116:7 119:4,25 | 139:8 |
| **tend** 100:13 | **terrorizing** 29:11 | 121:24,25 122:1 130:10 | **think** 2:6 10:2 10:22 11:12,13 |
| **tens** 48:3 | **test** 106:3 | 130:17 132:14 | 13:16 14:3 |
| **tense** 58:21 | **testify** 26:7 | 135:3 138:19 | 22:3 27:18 |
| **term** 54:11 129:18,24 | **testifying** 99:23 | 138:25 139:12 141:25 144:10 | 34:7,10,15,19 34:20 45:19 |
| **terms** 79:17 86:6 105:3 | **testimony** 16:16 135:21 | 144:12 | 47:2,5 48:12 49:19 50:16 |
| **terrible** 72:25 73:3 89:12 | 144:13 | **thanking** 60:24 | 54:24 55:24 |
| | **texas** 21:4 | **thanks** 60:20 75:7 106:17,18 | 57:24 67:15 70:4,8,24 71:2 |
| **terrific** 116:19 137:11 | 38:21 39:24 40:2 64:20 | 113:17,18,19 114:12 135:3 | 76:11 79:21,24 81:3 82:2 83:1 |
| **terror** 90:1 100:20,23 | **thank** 5:2,5,7 8:23,25 9:10 | **theater** 126:17 132:4,8 | 83:2,6 84:5,18 84:23 86:20 |
| **terrorism** 2:24 5:25 7:9,12,15 | 11:22 12:1,4,10 12:20 16:2,11 | **thing** 12:10 38:5 41:19 | 89:4 93:7 96:1 98:13 100:12 |
| 20:12 23:13 29:3 30:17,17 | 16:22 17:2 25:8,10,18 | 42:20 58:12 74:19 106:22 | 107:7 109:2,9 112:5 122:6,8,9 |
| 30:19 66:12 67:22 79:11 | 26:14 29:1 34:1,2,6,9 35:1 | 107:8 112:10 121:13 125:3 | 122:10,12 125:10,24 |
| 81:6 82:9 107:20 108:5 | 42:21,23 43:1 48:18 51:9,10 | 134:18 | 126:1,8,16 127:2 129:10 |
| 109:5 114:10 140:18,23 | 51:12 53:21 59:23 60:7,18 | **things** 10:3 11:1 35:19 | 132:9,22 133:21,22 |
| 141:18 | 60:21,22,23 65:12 67:25 | 43:11 71:6 73:3,9 84:16 | 134:14 135:23 137:21 |
| **terrorist** 7:19 11:11 19:7,9 | 68:4,5,6,12 69:13 72:13 | 89:3 91:13 93:17,19 | **third** 5:19 |
| 29:21 40:16 65:22 66:3,14 | 74:17,25 75:1,3 78:24 82:21,22 | 100:13 106:5 107:9,14 108:2 | **thirds** 20:25 |
| 67:2,25 79:11 79:13,15 80:5 | 91:6 92:1,2 93:21 98:5 | 114:1,24 115:4 115:12 118:13 | **thought** 70:7 114:17 |
| 80:11 81:24 82:4,6,14 89:6 | 99:22 106:9,10 106:14,15 | 120:19 123:16 126:2 136:10 | **thoughts** 17:10 |
| 90:8 141:4 | | | **thousand** 48:11 143:12 |

[thousands - toxic]

| | | | |
|---|---|---|---|
| **thousands** 32:2 | **thrown** 126:24 | 11:21 16:25 | **tolerate** 25:25 |
| 92:18 | **thune** 9:8,8,10 | 18:1,10,15 | **tom** 75:13,24 |
| **threat** 7:21,22 | 14:10 17:12 | 25:10 37:16 | 75:25 76:6,15 |
| 21:20 22:14 | **ties** 71:20,24 | 43:17 52:14,16 | 78:5 79:1 |
| 29:6,13,17 66:2 | **tilt** 126:2 | 53:4 54:25 | **tone** 4:6 |
| 66:8 67:22,25 | **time** 3:2 5:14 | 58:3 68:6,18 | **took** 23:2 25:11 |
| 81:13,16 82:1 | 7:1 9:17 11:13 | 74:12 79:23 | 122:20 139:5 |
| 110:19 128:25 | 13:15 14:20 | 89:4 90:12 | **tool** 82:10 |
| 129:8,25 | 17:5 18:21 | 100:1 103:24 | 96:21 97:8 |
| 141:14 | 25:10 26:12 | 108:6 130:11 | **tools** 21:9 |
| **threatened** | 38:24,25 44:9 | 138:21 144:23 | **top** 7:13,24 |
| 80:6 124:5,6,7 | 45:12 51:4 | **today's** 6:5 | 20:17 49:4 |
| **threats** 2:16,25 | 55:6 64:9 | **toe** 32:24 | 61:10 82:17 |
| 3:9,15 5:24 7:5 | 67:14 74:18 | **together** 12:18 | **topic** 71:12 |
| 7:10,15,19 8:23 | 78:7 81:5 85:3 | 13:1 18:6 | 84:1 |
| 19:3 20:2 | 88:12 90:10 | 23:16 25:5,16 | **topography** |
| 23:18 24:19 | 91:3 92:15 | 30:4 59:25 | 47:8 |
| 28:1,15 29:4 | 95:21 105:17 | 67:11 71:20,24 | **tornadoes** 24:9 |
| 31:3,19 33:21 | 106:18 107:4 | 73:16 78:6,7 | **touched** 43:22 |
| 35:8 39:9 | 111:1 112:16 | 79:7 85:13 | **touching** 14:22 |
| 66:10 67:12 | 113:22 114:9 | 96:15 99:12 | **tough** 10:25 |
| 79:22 81:4 | 126:25 129:10 | 113:22 127:19 | 11:18 114:8 |
| 85:25,25 | 129:16,17,21 | 128:6 130:15 | 126:22 |
| 108:10,15 | 130:1 134:3 | 132:13,20 | **toughest** 14:2 |
| 111:1,2 119:13 | 136:6,13 | 133:3 137:6 | **toughness** |
| 119:17 127:12 | 139:14 143:6 | 142:10,12 | 10:24 11:17 |
| 127:14 128:12 | **times** 39:18,23 | 143:18 144:1 | **tours** 106:20 |
| 130:7 | 41:19 69:4 | **tohono** 96:10 | **toward** 140:15 |
| **three** 13:17,18 | 73:18 105:5,5 | **told** 41:18 44:2 | **towards** 24:25 |
| 52:17 63:20 | 115:23 127:6 | 52:7 53:4 | 95:5 121:18 |
| 69:4 70:22 | 133:1 | 80:14 93:4 | **towers** 134:12 |
| 81:13 82:3 | **tiny** 129:17 | 132:17 | **towns** 36:20 |
| 106:20 139:6 | **title** 39:2 | **tolerance** | 92:17 94:8 |
| **thriving** 131:16 | **today** 4:3,16 | 142:19 | **toxic** 128:3 |
| | 5:7 9:1,13 | | |

Page 48

**[tps - typhoon]**

| | | | |
|---|---|---|---|
| **tps** 104:12 | 89:10 113:9 | **truly** 72:9 | **try** 78:19,19 |
| **track** 7:15 22:9 | **transparent** | 74:19 84:22 | 79:20 81:19 |
| **tracking** 79:16 | 99:17 108:18 | 94:23 | 82:5,7 88:6,11 |
| 82:15 120:10 | 121:17 | **trump** 9:15 | 91:12 126:21 |
| **trade** 6:20 27:8 | **travel** 6:20 | 13:19 14:1 | **trying** 10:11 |
| 27:11 | **travis** 52:22 | 17:3 18:24 | 76:4,11 79:17 |
| **traditional** 80:5 | 53:10,19 54:25 | 20:23 22:16 | 81:10 87:1 |
| **traffic** 2:25 | **treasury** 7:23 | 24:20 30:13 | 93:1 125:20 |
| 46:6 | 32:1 71:21 | 36:8 37:17 | 126:3 |
| **traffickers** 46:5 | 118:14 | 46:18 52:18 | **tsa** 138:3,8,20 |
| 47:4 | **treated** 118:5 | 54:9 58:20 | **turn** 16:1 45:23 |
| **trafficking** | **tremendous** | 62:3,13,24 | 58:20,22,24 |
| 11:12 19:19 | 10:20 22:16 | 63:14,21 64:12 | 59:5 128:7 |
| 20:8 38:18 | 115:16 | 64:25 69:17 | 134:19 |
| 40:7 124:16 | **trends** 32:3 | 75:10,23 78:17 | **turned** 13:19 |
| 142:25 144:4 | **tribal** 14:24 | 85:20 94:4 | **twitter** 123:17 |
| **tragedy** 63:4 | 15:22 23:7 | 95:6 98:6,22 | 123:19 125:7,9 |
| 65:21 66:14 | 96:3,11 97:3,6 | 101:2,4 102:14 | **two** 6:16 7:7 |
| 68:21 69:1 | 97:9 | 106:23 110:15 | 13:1,2 15:20 |
| 87:19,24 | **tribe** 14:25 | 110:16 115:9 | 17:15 20:25 |
| **train** 50:14 | 15:11 | 117:3,20,20 | 29:2 31:22 |
| 90:10 97:4 | **tribes** 23:10 | 142:17 | 35:14 39:18 |
| 118:22 | 96:4,5,15,20 | **trump's** 103:4 | 49:19 56:19 |
| **trained** 39:5,10 | 97:7,19 98:4 | 114:15 116:17 | 72:11 81:3 |
| **training** 23:6,8 | **trip** 137:15,17 | 118:2 | 82:3 91:21 |
| 35:24 50:11 | 137:23 | **trust** 2:13 | 136:10 |
| 97:15 109:5 | **troopers** 22:21 | 18:17 25:15 | **type** 82:1 95:22 |
| **transcript** | 97:11 | 35:4,5 36:13 | **types** 7:18 67:2 |
| 146:3 | **troops** 21:3 | 37:17 | 67:11 69:18 |
| **transition** 74:2 | 38:6 | **truth** 16:17,17 | 94:21 95:13 |
| **translate** 4:18 | **truck** 139:4,5,7 | 16:18 35:7,8 | **typhoon** 7:24 |
| **transparency** | **true** 21:11 35:3 | 60:4,12 86:12 | 33:7,13 |
| 3:24 4:8 34:22 | 100:3 104:2 | 86:25 87:12 | |
| 59:19,22 61:12 | 118:24 133:19 | 89:8,9 108:24 | |
| 61:16 86:9 | 136:5 146:3 | 132:9 134:2 | |

Page 49

**[u.s. - utmost]**

| u | | | |
|---|---|---|---|
| **u.s.** 6:23 7:25<br>9:23 21:12<br>27:8 29:6,13<br>30:21 32:8<br>**uas** 129:15<br>**ukraine** 128:15<br>**unanimously**<br>59:3<br>**unauthorized**<br>27:2 43:24<br>**unbelievable**<br>59:7<br>**unbroken**<br>119:10<br>**uncertain**<br>75:11<br>**unchecked**<br>3:20 4:9<br>**unclassified**<br>32:2<br>**unconstitutio...**<br>86:17<br>**under** 2:19<br>21:23 30:12<br>38:15 39:2,23<br>42:16 52:7,9<br>57:25 58:3,9<br>63:9 78:2,8<br>85:19,20 86:3<br>87:4 95:5<br>103:4,22 112:3<br>118:1<br>**understand**<br>15:21 17:23 | 53:24 78:14<br>81:18 82:17<br>87:20 95:1<br>106:25 107:1<br>112:22 127:12<br>127:21<br>**understanding**<br>50:15 82:14<br>118:21<br>**understands**<br>35:13<br>**undertake**<br>36:13<br>**undertaking**<br>102:8<br>**underway** 66:4<br>**undocumented**<br>140:3<br>**unequally**<br>84:12<br>**unfair** 122:23<br>**unfortunately**<br>7:6 98:15<br>**unfounded**<br>62:12<br>**unguarded** 3:1<br>**uniformed**<br>112:9<br>**unit** 108:1<br>**united** 11:25<br>25:6 27:18<br>29:11 42:8<br>48:17 55:18<br>62:25 67:24<br>68:22 80:6 | 81:25 102:4<br>104:7 105:7,9<br>105:16 109:19<br>110:20 128:18<br>135:25 139:23<br>140:6 141:5<br>**units** 77:6<br>**universal** 27:19<br>**university**<br>22:11 50:10<br>**unlimited**<br>139:14<br>**unmatched**<br>21:19<br>**unprecedented**<br>21:6 124:2<br>**unrelated**<br>140:23<br>**unsolicited**<br>14:23<br>**unsure** 2:10<br>**unthinkable**<br>13:7<br>**unvetted** 41:4<br>**upcoming** 30:2<br>**updates** 136:16<br>**upgrade** 44:10<br>105:15,16<br>**upgrades** 32:6<br>**uphold** 63:21<br>94:13 99:15<br>111:16,17<br>144:1<br>**upholding**<br>94:23 | **uproar** 123:15<br>**upset** 112:5<br>**urge** 78:18<br>**usage** 130:7<br>**uscis** 76:14<br>**use** 20:14 47:5<br>55:12,25 57:10<br>57:20 58:21<br>104:13 110:17<br>115:5,23 116:6<br>116:20,22<br>117:6,13,14<br>**used** 2:20 13:15<br>39:11,21 86:1,2<br>115:17,18<br>116:8 118:22<br>135:5<br>**users** 55:10,17<br>**using** 32:22<br>47:4 55:6<br>57:17 83:7,11<br>95:2<br>**usually** 133:7<br>**utility** 33:20<br>**utilize** 45:7<br>93:25<br>**utilized** 31:2<br>45:3 57:6 83:9<br>83:13 94:17<br>**utilizing** 47:11<br>94:21<br>**utmost** 21:21 |

Page 50

**[vacation - way]**

| v | violate 86:1,2 | w | 132:15 133:4 |
|---|---|---|---|

**v**

vacation
　137:16
values 20:22
　97:21
variety 29:8
vast 2:20
vegas 7:8
vehicle 53:1
vehicles 117:7
　117:9,15
veil 3:23
venezuelans
　104:23
veritext 146:10
versus 93:25
vested 77:6
veteran 64:10
　66:6
vetted 40:21
　42:5 109:17,18
　109:22
vetting 42:10
　56:12 121:7
victimization
　142:24
victimized
　38:19
victims 142:14
view 12:17
　61:10
viewpoints
　57:19 123:23
vigilant 20:4
　23:12

violate 86:1,2
　86:17
violation 62:25
violence 36:19
　47:13 98:25
　141:8
violent 8:12
　66:1 141:4
visa 139:22
visas 139:21
vision 4:17
visited 71:13
visiting 60:22
visits 131:20
vital 93:10
vocal 98:7
volt 33:13
volumes 15:24
vote 25:15,21
　25:23 105:23
　106:1,8
voted 105:20
　106:7
voters 13:24
　106:9
votes 100:5
voting 11:24
vulnerabilities
　32:19
vulnerability
　84:10
vulnerable
　11:10 73:18

**w**

wait 54:16
　105:24
waiting 143:13
wake 19:8
walk 18:23
walked 113:20
wall 40:2 46:19
　46:19 97:24
　116:22 117:1,4
　122:14
want 5:7 11:2
　12:10 14:21
　17:2 18:8
　20:16 25:24
　29:25 44:24
　45:21,22,23
　47:23 48:12
　59:23 61:23
　63:5 67:17,18
　68:6 71:2,12
　74:18 75:13
　76:24 79:9,12
　81:16,18,21
　82:12 84:6,20
　88:11 94:10
　95:23 96:5
　103:21 108:4,8
　108:8 112:16
　112:17 114:9
　115:2,3 116:20
　118:7 121:12
　126:15,21
　127:7,22
　129:13 130:1

132:15 133:4
133:10,25
134:22 136:10
139:17 140:17
140:22 141:1
141:16 142:4
143:3
wanted 75:8
　78:3 80:2 85:7
　110:3
wants 107:3
　108:13 117:3
　132:19 134:16
war 39:8
warfare 128:14
warrant 134:9
warriors 50:11
washington
　22:4 62:14
　64:13 114:23
waste 3:21
watch 29:21
　31:13 100:21
　100:23 103:22
water 24:15
　33:20 91:14,18
　91:22,23
way 4:11 8:2
　10:9 14:12
　51:4,7 70:23
　77:22 79:8
　85:22 86:2
　93:2 104:6,21
　109:17 113:1
　119:6 124:13

Page 51

**[way - workers]**

126:2 127:9,17
133:12,14
**ways** 32:22
43:10 51:16
134:15 135:11
**we've** 3:20 7:20
11:5 23:9 27:1
29:19 33:11
37:5,7 40:5
74:7 83:4 88:7
91:5 97:8
104:24 108:6
109:1 116:12
117:7 120:1
122:5 126:13
126:16,23
127:19,20
134:10 136:21
136:23 140:24
141:7
**weaponization**
128:16
**weapons** 47:19
**wearing** 111:5
111:7
**weather** 104:13
**website** 135:5
**week** 11:4 92:3
123:25 135:15
**weekly** 123:6
**weeks** 4:25 7:6
68:15
**weighs** 41:17
**weiss** 125:8

**welcome** 42:24
42:25 51:13
60:21 82:21
**went** 29:23
34:12 137:16
137:17 138:2,3
142:21
**west** 14:6
**whined** 114:13
**whining** 114:22
**whipping** 100:5
**white** 29:8 35:6
78:1
**who've** 87:25
**wide** 8:23
**wife** 17:19
70:18 100:6
114:14
**wildfire** 91:24
**wildfires** 8:14
24:10 26:18
**willing** 46:14
52:3 68:11
110:17 132:10
133:23
**willingness**
4:13 5:2,14
8:24 17:16
82:24
**wins** 15:1
**wisdom** 17:9
23:22 76:9
**wish** 23:13 45:6
87:10 90:19

**withdrew** 57:25
57:25
**withhold** 63:15
**withholding**
62:10,14,23
64:13
**withholds**
64:22
**witness** 53:3
**witnessed**
15:13 29:2
**witnesses** 16:14
**wolf** 68:24
97:15 108:3
**wolfe** 52:23
53:10
**wolves** 96:9
**woman** 14:4
68:25
**women** 21:12
25:4
**won** 30:13
106:23,24
**wonder** 130:3
**wondering**
15:6
**word** 104:10
**words** 2:2
13:15,17,18
15:9,22 52:25
55:21
**work** 4:7 8:9
12:18 17:24
18:5 21:20
23:9 24:24

25:16 30:4
32:14 44:25
45:8 46:14
49:21,22 54:5,9
54:17 58:16
59:19 60:3,10
61:15,15 66:21
71:23 72:2,14
72:16 75:9
76:3,13 78:6
79:6 81:19
82:6 84:15,17
84:21 96:15,23
96:25 98:3
99:12,19 101:1
101:19,25
107:11 111:23
113:7,25 115:9
124:24 125:13
125:18,20
131:10,18
132:13 133:23
136:19 137:6,8
138:13,18
141:12
**worked** 6:22
22:19 24:7,22
44:5 46:9 49:8
59:24 74:21
80:15 96:8,12
109:3 131:2
136:23 138:1
**workers** 71:18
98:18 139:23

Page 52

**[workforce - zuckerberg]**

| | | |
|---|---|---|
| **workforce** 19:16 98:11 | **wow** 91:16 | 100:9 101:3 |
| **working** 23:16 | **wrap** 14:21 | 102:12 106:12 |
| 25:2 28:8,16,20 | **wray** 34:20 | 119:9 120:3 |
| 28:22 37:19 | **writes** 15:14 | 139:7 |
| 42:6 44:19 | **written** 65:11 | **yesterday** 53:3 |
| 49:17 52:9 | **wyoming** 13:3 | **yield** 5:3 25:17 |

**workforce** 19:16 98:11
**working** 23:16
25:2 28:8,16,20
28:22 37:19
42:6 44:19
49:17 52:9
67:11 68:2
71:19 73:5,16
78:7 79:1,2,7
86:20 87:7,9,18
96:20 98:1,13
102:13 121:7
126:6 127:11
129:23 130:6
130:22 133:17
137:5,10
138:23 142:1
**works** 24:24
**world** 91:14
95:3 109:7
128:15 129:8
**worried** 112:8
123:3
**worse** 124:4
**worship** 141:21
**worst** 51:24
104:6
**worth** 88:2
134:12
**would've** 50:22
50:23 75:22
83:3 90:19
103:17

**wow** 91:16
**wrap** 14:21
**wray** 34:20
**writes** 15:14
**written** 65:11
**wyoming** 13:3

**y**

**yeah** 34:25
47:17 59:17
68:1 71:9 76:6
78:5,5,24 86:19
96:18 100:3
102:7 104:17
108:25 114:20
117:2 126:12
132:25 137:9
144:9
**year** 6:20 13:5
13:5,6 24:20
31:21 52:24
96:25 103:16
117:17 119:6
119:10,10
120:21 121:2
141:9
**year's** 19:9
29:2,24 31:21
**years** 10:1 11:5
17:14,22 18:14
18:22 19:2,11
22:17 27:3
31:22 52:23
63:9 69:1 76:7
79:24 80:15,15
92:5 99:25

100:9 101:3
102:12 106:12
119:9 120:3
139:7
**yesterday** 53:3
**yield** 5:3 25:17
82:18 113:12
138:25
**york** 92:21,24
93:20
**young** 52:22
68:25
**youtube** 122:19
122:23
**yuma** 93:17

**z**

**zero** 101:1
142:19
**zone** 39:8
**zuckerberg**
123:25

Page 53