# EXHIBIT 13

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12   Jan. 22, 2025 Fox & Friends Interview
13   Sean Hannity's Interview with President Donald
14   Trump
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1        SEAN HANNITY:  You stated that you will
 2  release the files, all of the files, as it
 3  relates to the JFK assassination.
 4        The moment you walked back in this
 5  office, this desk, this room, your carpet.  How'd
 6  you feel?
 7        PRESIDENT DONALD TRUMP:  Well, it was a
 8  lot of work.
 9        SEAN HANNITY:  Do you believe that
10  moment, people say to me, they see a change in
11  you.  Do you believe you've changed?  Has this,
12  for example, increased your faith in God?
13        PRESIDENT DONALD TRUMP:  Yes.
14        SEAN HANNITY:  All these people, the
15  Biden family members, Joe Biden ran and said he
16  would never do preemptive pardons.  It was an
17  issue that came up when you were leaving your
18  first time.
19        PRESIDENT DONALD TRUMP:  Sure.  Oh, he
20  thought -- he heard that I was going to do it.  I
21  didn't want to do it.  I was given the option.
22        SEAN HANNITY:  And welcome to Hannity
23  and buckle up for a very special show.  After
24  four long years, President Donald Trump is back
25  where he belongs.  He is in the Oval Office.
                                              Page 2
```

```
 1  Earlier, the President, he did welcome us into
 2  the White House for an exclusive first interview
 3  in front of the Resolute Desk.
 4        Mr. President --
 5        PRESIDENT DONALD TRUMP:  Thank you.
 6        SEAN HANNITY:  Welcome back.
 7        PRESIDENT DONALD TRUMP:  Thank you very
 8  much.
 9        SEAN HANNITY:  Let's talk about the
10  moment you walked back in this office, this desk,
11  this room, your carpet.  How'd you feel?
12        PRESIDENT DONALD TRUMP:  Well, it was a
13  lot of work, and as you know, I felt that we
14  shouldn't have had to necessarily be here.  It
15  could have been done -- a lot of work could have
16  been -- it would have been over.  We wouldn't
17  have inflation, we wouldn't have had the
18  Afghanistan disaster, we wouldn't have had
19  October 7th with Israel where so many people were
20  killed, and you wouldn't have a Ukraine war going
21  on.  But with all that being said, I think it's
22  bigger.  It's bigger than if it were more
23  traditional.
24        SEAN HANNITY:  Only the second time in
25  history --
                                              Page 3
```

```
 1        PRESIDENT DONALD TRUMP:  Yeah.
 2        SEAN HANNITY:  -- somebody didn't have
 3  consecutive terms.
 4        PRESIDENT DONALD TRUMP:  Yeah.  Well,
 5  they say it's historically bigger.  I don't know
 6  about that.  But I can say, it showed us a couple
 7  of things.  It showed us that the radical left,
 8  their philosophies and policies are horrible,
 9  they don't work.  You look at crime, you look at
10  what's gone on at the border, you look at what's
11  going to happen to crime.  I mean, the crime
12  that's going to happen, but I think we got there
13  just in the nick of time.  But we still have you
14  covered better than anybody.  We have terrorists
15  in our country by the thousands.  We have
16  murderers in our country by the tens of
17  thousands.
18        We have numbers that came out, 11,000
19  people that murdered are now free and walking
20  around in our country.  And of them, I think 48
21  percent they say killed more than one person, and
22  they're walking around.  They came out of jails
23  from other countries.  And people, they've
24  emptied their jails.  I would -- if I were the
25  President or Prime Minister or something of
                                              Page 4
```

```
 1  another country, I'd empty my jails right into
 2  America, into the United States.  Why not?  And
 3  many of them did it.  If you look at Venezuela,
 4  their crime rate is down now 78 percent because
 5  they took their street gangs, and they moved them
 6  into the United States.  And you're seeing that
 7  in Colorado and Los Angeles and other places, and
 8  we're going to take care of it.
 9        SEAN HANNITY:  So, did Biden really say
10  to you when you came up to the front of your
11  White House, "Welcome home"?
12        PRESIDENT DONALD TRUMP:  No, did
13  somebody say that?
14        SEAN HANNITY:  I read it somewhere.  I
15  don't remember.
16        PRESIDENT DONALD TRUMP:  I don't know.
17  Maybe he did.  I really don't know.
18        SEAN HANNITY:  So, you left him a
19  letter.  It was funny what Peter Doocy and Peter
20  said, "Oh, Mr. President, did Joe Biden leave you
21  a letter?"
22        PRESIDENT DONALD TRUMP:  Yeah.
23        SEAN HANNITY:  He did leave you a
24  letter?
25        PRESIDENT DONALD TRUMP:  He did.
                                              Page 5
```

**Page 6**

1  SEAN HANNITY: And you had left him
2  one, but you've never disclosed either one of
3  them.
4  PRESIDENT DONALD TRUMP: Well, a lot of
5  people think --
6  SEAN HANNITY: Now would be a great
7  time.
8  PRESIDENT DONALD TRUMP: You know what
9  was interesting? A lot of people thought it was
10 sort of like a setup with Peter Doocy and myself,
11 and I have a lot of respect for Peter. But he
12 just asked me a question about the letter and
13 then I remember that, you know, there's like a
14 custom. You leave it right in the drawer of that
15 beautiful desk right alongside of us. And so, I
16 opened it up and I actually gave the letter to
17 Peter.
18 SEAN HANNITY: And did he -- he got to
19 read it?
20 PRESIDENT DONALD TRUMP: I guess. I
21 don't -- I haven't -- I just sent --
22 SEAN HANNITY: You don't know if he
23 read it?
24 PRESIDENT DONALD TRUMP: Yeah, I just
25 sent it to him a little while ago.

**Page 7**

1  SEAN HANNITY: All right. Before we
2  get into -- there's so much substance. You are
3  inheriting a lot of problems, a lot of things
4  that actually scare me. And I want to get to all
5  that, and I will get to all of that.
6  PRESIDENT DONALD TRUMP: They're all
7  solvable problems, though.
8  SEAN HANNITY: I agree.
9  PRESIDENT DONALD TRUMP: They're all
10 solvable.
11 SEAN HANNITY: Not easy.
12 PRESIDENT DONALD TRUMP: With time,
13 effort, money, unfortunately. But they're all
14 solvable problems. We can get our country back.
15 But if we didn't win this race, I really believe
16 our country would have been lost forever.
17 SEAN HANNITY: Were there moments -- I
18 mean, when you think of what they threw at you,
19 and I know you signed this declaration about no
20 more weaponization. And we know that the
21 preemptive part, and this came up on Joe's way
22 out, but you were facing a civil trial, a
23 criminal trial, conviction, sentencing, Jack
24 Smith, D.C., Florida, Fani Willis. I mean, you
25 fought through all of that to get back right here

**Page 8**

1  in this office. What people don't know is, over
2  there, there's a little red button you push, you
3  scare people. People think it's the nuclear
4  button, but it's really, you know --
5  PRESIDENT DONALD TRUMP: Something
6  else.
7  SEAN HANNITY: It's used for a
8  different purpose. But the question I have was,
9  at any point, did you doubt you would be back
10 here?
11 PRESIDENT DONALD TRUMP: So, it's a
12 great question. It's something I don't think
13 about. I never really thought about it. I don't
14 think about, "Gee, will I be back?" I just do
15 it. I get it done. I get things done. I'm good
16 at getting things done, and I set my mind to it.
17 As you know, we had a great election in 2016. I
18 had a much better election in 2020 and if I
19 didn't have that election, I wouldn't have run.
20 If I thought that I didn't get the number of
21 votes and it was reported that I got almost 75
22 million votes and that was their numbers. That
23 wasn't the numbers, that was their numbers. That
24 was more than anybody has gotten in history, any
25 sitting President had ever gotten, and you lost?

**Page 9**

1  Had I gotten, like, 50 million or 40 million or
2  60 million, I would never have run. But that was
3  like (indiscernible). So, but I had a different
4  attitude. Too big to rig.
5  SEAN HANNITY: Poll came out just in
6  the 24 hours by Insider Advantage, that's Matt
7  Towery. He nailed 2016, 2020 and 2024. Great
8  pollster, as you know.
9  PRESIDENT DONALD TRUMP: Right.
10 SEAN HANNITY: And he gave you a 56
11 percent approval rating. He also said of
12 Congress, and I had a Town Hall with members of
13 Congress last night, that 70 percent of
14 respondents want Congress to unite behind your
15 agenda.
16 PRESIDENT DONALD TRUMP: I watched that
17 show. It was a great show, and you had some
18 great people in the background. I know every one
19 of them, and they're really patriots. I just saw
20 the love. You know, as the speaker, who was
21 doing a terrific job, the speaker is answering
22 questions and I saw the -- like, the
23 acknowledgment and the love they had, and those
24 are tough people behind him. You know, these are
25 not easy people.

3 (Pages 6 - 9)

1  SEAN HANNITY: There are others that
2 are tougher.
3  PRESIDENT DONALD TRUMP: Well, I don't
4 know. That's -- this is a tough group if they
5 want to be. They're not -- nobody much tougher.
6 But they're very unified and I think they're
7 going to do a great job.
8  SEAN HANNITY: But they have a small
9 majority. You went through over 200 -- since
10 we've got here. And we have breaking news today
11 that we'll get to a minute. And especially as it
12 relates to the border and some other issues. And
13 -- but you're going to need to do some of these
14 things legislatively. You will probably play the
15 largest role --
16  PRESIDENT DONALD TRUMP: Yeah.
17  SEAN HANNITY: -- in uniting them both
18 in the House and Senate. Reconciliation, the
19 Senate has very strict rules governing --
20  PRESIDENT DONALD TRUMP: Sure.
21  SEAN HANNITY: -- how they can do it.
22  PRESIDENT DONALD TRUMP: Sure.
23  SEAN HANNITY: Do you -- one big,
24 beautiful bill, two bills? Do you care at this
25 point?

Page 10

1  PRESIDENT DONALD TRUMP: I don't care,
2 as long as we get to the final answer. I like
3 the concept of the one bill. I guess I said,
4 "one big, beautiful --" and that's what everyone
5 -- actually, it's sort of a nice sound to it.
6 But I do like that concept. It could be
7 something else; it could be a smaller bill and a
8 big bill.
9  SEAN HANNITY: Right.
10  PRESIDENT DONALD TRUMP: But as long as
11 we get to the right answer. Now, I will say that
12 Los Angeles has changed everything because a lot
13 of money is going to be necessary for Los
14 Angeles. And a lot of people on the other side
15 want that to happen (indiscernible)
16  SEAN HANNITY: North Carolina too.
17  PRESIDENT DONALD TRUMP: Well, they
18 don't care about North Carolina. The Democrats
19 don't care about North Carolina. What they've
20 done with FEMA is so bad. FEMA is a whole
21 another discussion.
22  SEAN HANNITY: Yeah.
23  PRESIDENT DONALD TRUMP: Because all it
24 does is complicate everything. FEMA has not done
25 their job for the last four years. You know, I

Page 11

1 had FEMA working really well. We had hurricanes
2 in Florida, we had Alabama tornadoes. But unless
3 you have certain types of leadership, it's really
4 -- it gets in the way. And FEMA is going to be a
5 whole big discussion very shortly because I'd
6 rather see the states take care of their own
7 problems. If they have a tornado someplace and
8 if they -- let that state.
9  Oklahoma is very competent. I love
10 Oklahoma. 77 out of 77 districts and that's
11 never been done before. I did it three times. I
12 mean, think of it. Three times, never been done.
13 Ronald Reagan had the record, 56, 56 out of 77.
14 I got 77 out of 77. So, you have to love a place
15 like that. I love Oklahoma. But you know what?
16 If they get hit with a tornado or something, let
17 Oklahoma fix it. You don't need -- and then the
18 federal government can help them out with the
19 money.
20  SEAN HANNITY: What do you --
21  PRESIDENT DONALD TRUMP: But I -- the
22 FEMA is getting in the way of everything, and the
23 Democrats actually use FEMA not to help North
24 Carolina.
25  SEAN HANNITY: It makes no sense that -

Page 12

1 -
2  PRESIDENT DONALD TRUMP: So, I'm
3 stopping on Friday. I'm stopping in North
4 Carolina, first stop.
5  SEAN HANNITY: Yeah.
6  PRESIDENT DONALD TRUMP: Because those
7 people were treated very badly by Democrats. And
8 I'm stopping there. We're going to get that
9 thing straightened out because they're still
10 suffering from a hurricane from months ago.
11  SEAN HANNITY: Hurricane Helene.
12  PRESIDENT DONALD TRUMP: And then I'm
13 going to -- then I'm going to go to California.
14 I'll go to.
15  SEAN HANNITY: Will you meet with
16 Gavin?
17  PRESIDENT DONALD TRUMP: I don't know.
18 I haven't even thought about it. Look, Gavin's
19 got one thing he can do, he can release the water
20 that comes from the north. There is massive
21 amounts of water, rainwater and mountain water
22 that comes through with the snow, comes down as
23 it melts. There's so much water, they're
24 releasing it into the Pacific Ocean. And I told
25 him, it's a political thing for the Democrats. I

Page 13

4 (Pages 10 - 13)

Page 14:

 1  don't know.
 2      SEAN HANNITY:  I played the tape.  You
 3  said it to him in front of him in 2018.
 4      PRESIDENT DONALD TRUMP:  I said it to
 5  him in front of the media and everything else,
 6  and nobody talks about it.  The media never picks
 7  it up.  You put it out.  I'm so happy to see that
 8  tape because some people said, "Is that
 9  possible?"
10      SEAN HANNITY:  How --
11      PRESIDENT DONALD TRUMP:  They have
12  water coming down from the Pacific northwest,
13  which is a lot of water.  So much water that
14  they'd have to let some of it go at some point.
15  They don't need reservoirs, they don't need --
16  and they're spending all this money on these
17  reservoirs, and they're fake reservoirs.  You
18  know they're concrete.
19      SEAN HANNITY:  But the reservoirs were
20  empty, the hydrants didn't work and they're not
21  practicing the science of forestry, which is --
22      PRESIDENT DONALD TRUMP:  Their
23  sprinklers didn't work in the homes because they
24  had no water.  Think of it, we have sprinklers.
25  Think of it with no water.  They didn't have any

Page 15:

 1  water.
 2      SEAN HANNITY:  (indiscernible)
 3      PRESIDENT DONALD TRUMP:  Their fire
 4  hydrants.  Yeah, hard to believe this place has
 5  sprinklers.  It's nice.  But you don't want to
 6  lose this office.  By the way, how do you like
 7  it?
 8      SEAN HANNITY:  It's -- well, I'm glad -
 9  - it's great to be back.  I'm not going to lie.
10      PRESIDENT DONALD TRUMP:  You know I've
11  had the biggest people in the world come here.
12  And they come into the Oval Office, and they just
13  look, and they want time to look.  They're
14  looking around.
15      SEAN HANNITY:  You made it.
16      PRESIDENT DONALD TRUMP:  There's
17  Washington, Honest Abe.
18      SEAN HANNITY:  One day maybe we can do
19  a tour.  We had a conversation and maybe I
20  shouldn't disclose this, but I will.  And it was
21  after the 2020 election.  And you asked me a
22  question, and we've known each other for 30
23  years.  So, we have a friendship, and we have a
24  professional relationship.
25      PRESIDENT DONALD TRUMP:  Right.

Page 16:

 1      SEAN HANNITY:  And the question you
 2  asked me, "Maybe in the end it will be better if
 3  I came back in four years."  And we talked about
 4  history.  After World War 2, Winston Churchill
 5  was thrown out, but they brought him back.
 6  Grover Cleveland was the only other American
 7  President that did not serve consecutive terms.
 8  And my answer to you was, I thought it would be
 9  bigger if you came back.
10      PRESIDENT DONALD TRUMP:  It's turning
11  out to be bigger.  And I think one thing is
12  happening is, people are learning that they can't
13  govern and that their policies are terrible.  I
14  mean, they don't want to see a woman get pummeled
15  by a man in a boxing ring.
16      SEAN HANNITY:  No.
17      PRESIDENT DONALD TRUMP:  They don't
18  want to see men in women's sports and otherwise.
19  They don't want to see them, and they don't want
20  to have transgender for everyone.  They don't
21  want a child leave home as a boy and come back
22  two days later as a girl.  A parent doesn't want
23  to see that.  And there are states where that can
24  happen.  They don't want to see taxes go through
25  the roof like, this is the only group of people

Page 17:

 1  that want to raise your taxes.  They say, "We
 2  want to raise your taxes."  You know, if they
 3  don't work with us on the Trump tax cuts
 4  extending, that would mean it would go back to
 5  the taxes.  We've got the largest tax cut in
 6  history.  That would mean the taxes would go up
 7  more than any tax hike in the history of our
 8  country.  And normally you'd say, that's got to
 9  be the easiest negotiation in history because if
10  they did that, how could they ever win an
11  election?  But they'll fight us on that.  They
12  fight us on things.  It's incredible.
13      SEAN HANNITY:  Here, I ran into --
14      PRESIDENT DONALD TRUMP:  They don't use
15  common sense.  In my opinion, the Democrats don't
16  use common sense and that's why they lost.
17      SEAN HANNITY:  Common sense won the day
18  in the election.
19      PRESIDENT DONALD TRUMP:  Yeah, but you
20  know the amazing thing?  I'm watching now.  Now
21  it's time and you know, a few months have passed,
22  and the election is over, and you see what
23  happened and it was (indiscernible).  I won all
24  seven swing states, and we won by millions of
25  votes, the popular vote, millions.  And nobody

5 (Pages 14 - 17)

```
 1  can even believe some of the numbers.  And how
 2  about with African Americans, with Hispanics,
 3  with everything, how well we did.  Nobody can
 4  believe the numbers.
 5       SEAN HANNITY:  I was --
 6       PRESIDENT DONALD TRUMP:  How about with
 7  youth?  I won youth by 36 points.  Now maybe
 8  that's because I went on TikTok.  I don't know,
 9  but I had -- I'm starting to have a very warm
10  spot in my heart --
11       SEAN HANNITY:  TikTok is going to be
12  sold, right?
13       PRESIDENT DONALD TRUMP:  I think TikTok
14  (indiscernible)
15       SEAN HANNITY:  Well, when we spoke,
16  people like Senator --
17       PRESIDENT DONALD TRUMP:  I'll tell you,
18  people want to buy it.  People want to buy it.
19       SEAN HANNITY:  I bet they do.  But
20  those that say they know, say it's a spying app
21  for the Communist Chinese.
22       PRESIDENT DONALD TRUMP:  I know, but
23  you could say that about everything made in
24  China.  Look, we have our telephones made in
25  China for the most part.
                                          Page 18
```

```
 1       SEAN HANNITY:  And so far, 308 total
 2  arrests, 296 detainees.  And the first
 3  appointment of military assets to the U.S.
 4  border, the deployment includes active-duty
 5  troops and the National Guard.
 6       PRESIDENT DONALD TRUMP:  Right.
 7       SEAN HANNITY:  And here's my biggest
 8  fear and concern beyond the arraigning and
 9  assassination squads, is we now know 14 million -
10  - we don't know how many got aways, we don't know
11  the total number.  But we have known terrorists
12  in our country.
13       PRESIDENT DONALD TRUMP:  Mm hmm.
14       SEAN HANNITY:  We have known murderers,
15  rapists.  We have violent criminals, cartel
16  members, gang members.  Now, I would imagine, if
17  you came from Iran and Syria and Egypt and
18  Afghanistan and Russia and China and Venezuela,
19  you didn't come here because you want a better
20  life for your children.  I would imagine those
21  known terrorists are planning an attack on our
22  homeland.  At a moment's notice, you're going to
23  be at the desk, maybe sitting at this desk or
24  maybe up in the residence and they're going to
25  call you down in the situation room because our
                                          Page 20
```

```
 1       SEAN HANNITY:  Mm hmm.
 2       PRESIDENT DONALD TRUMP:  We have so
 3  many things made in China.  So, why don't they
 4  mention that?  You know --
 5       SEAN HANNITY:  Let me address some
 6  issues.
 7       PRESIDENT DONALD TRUMP:  -- the
 8  interesting thing with TikTok though, is you're
 9  dealing with a lot of young people, so --
10       SEAN HANNITY:  They love it.
11       PRESIDENT DONALD TRUMP:  -- is it that
12  important for China to be spying on young people,
13  on young kids watching crazy videos of things?
14       SEAN HANNITY:  I don't want China
15  spying on anybody.
16       PRESIDENT DONALD TRUMP:  No, no, but
17  they make your telephones, and they make your
18  computers, and they make a lot of other things.
19  Isn't that a bigger threat?
20       SEAN HANNITY:  I'm sure that'll be part
21  of your discussions with President Xi, which I'm
22  going to talk about in a moment.  Let me go to
23  the border.  We do have breaking news today.  I
24  ran into Tom Homan as I was walking in today.
25       PRESIDENT DONALD TRUMP:  Right.
                                          Page 19
```

```
 1  homeland is under attack.  I would like to be
 2  wrong, but when you have known terrorists, you
 3  have to believe that they're going to -- they are
 4  going to attack our homeland.
 5       PRESIDENT DONALD TRUMP:  Mm hmm.
 6       SEAN HANNITY:  That would change their
 7  trajectory that moment of your entire presidency.
 8  That has to weigh on you.
 9       PRESIDENT DONALD TRUMP:  Could be.
10  Yeah, it could be.  And I know I've watched you
11  for a lot of years, and you actually make one
12  statement before you say that.  You say, "One
13  hundred percent certain."
14       SEAN HANNITY:  I do.
15       PRESIDENT DONALD TRUMP:  That's a
16  pretty big statement.
17       SEAN HANNITY:  And then I say, "I pray
18  to God I'm wrong."
19       PRESIDENT DONALD TRUMP:  Yeah.  I hope
20  you're wrong too, and I won't comment but I tend
21  to agree with you.  It depends.  We'll see what
22  happens.  Look, we have a lot of great people
23  right now, a lot of great, great people, on this
24  situation.  This was a gross miscarriage of
25  common sense to allow people to come in.  And I
                                          Page 21
```

1 believe the number is 21 million people and a
2 large percentage of them are criminals, all over
3 the world.  This is not just South America.  This
4 is -- you know, we talked Venezuela.  That's a
5 big abuser, but these are countries from -- these
6 are --
7         SEAN HANNITY:  Iran (indiscernible)
8         PRESIDENT DONALD TRUMP:  -- the Congo.
9 Countries that you don't even think of.  The
10 Congo has emptied their prisons out into the
11 United States.  We're not thinking about the
12 Congo, we're thinking about South America.  It's
13 much more than South America.  But prisons from
14 all over the world have been emptied out into our
15 country by Biden allowing it to happen.  I don't
16 even know if he knew what the hell was going on.
17 But who would want this?  I always say to people,
18 you know, you always like to understand, like in
19 a business or you want to understand the other
20 side.  Why do they want something?  You know,
21 etc., etc., and you figure it out.  And there's
22 usually an answer, almost always.
23         I don't understand, why does somebody
24 want to open borders where -- and they say the
25 vote.  Okay, but I did well with the Hispanic

Page 22

1         SEAN HANNITY:  Let me ask --
2         PRESIDENT DONALD TRUMP:  Sean, who
3 would ask for open borders with people pouring
4 in?  Some of whom, I won't get into it, but you
5 can look at them and you can say, "Could be
6 trouble.  Could be trouble."  There are people
7 coming in --
8         SEAN HANNITY:  There are people with
9 gang tattoos on.
10         PRESIDENT DONALD TRUMP:  There are
11 people coming in with tattoos all over their
12 face.  Their entire face is covered with tattoos.
13         SEAN HANNITY:  That identifies a gang.
14         PRESIDENT DONALD TRUMP:  Typically, you
15 know he's not going to be the head of the local
16 bank.
17         SEAN HANNITY:  Hey, Sean Hannity here.
18 Hey, click here to subscribe to Fox News YouTube
19 page and catch our hottest interviews and most
20 compelling analysis.  You will not get it
21 anywhere else.
22
23
24
25

Page 24

1 vote if you're looking at Hispanic.  They say
2 they do it because they want to -- they're going
3 to stay in power or it's going be better for
4 Democrats.  I don't really believe that.  Besides
5 that, they cheat so much, they don't have to do
6 that.  They cheat so well.  They're very good at
7 cheating.  The only thing they're good at,
8 really, is cheating.  But here's the thing I ask,
9 why would somebody say that open borders are
10 good?  Where jails and mental institutions from
11 other countries and gang members, right off the
12 streets of the toughest cities in the world, are
13 being brought to the United States of America and
14 emptied out into our country.  Why would anybody
15 that even likes -- you don't have to love our
16 country, you have to like it.  Why would anybody
17 that likes our country, the Democrats, allow that
18 to happen?  And even now, I watch them on
19 television, they're trying to justify it.  You
20 can't justify it.  The only reason it can be --
21 there's two reasons, you're stupid and I don't
22 think they're stupid.  I think anybody that
23 cheats that much and that well is not stupid.
24 You're either stupid or you hate the country.
25 Those are the only two reasons.

Page 23

1           C E R T I F I C A T I O N
2
3 I, Sonya Ledanski Hyde, certify that the
4 foregoing transcript is a true and accurate
5 record of the proceedings.
6
7
8
9 _Sonya M. Ledanski Hyde_
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date:  February 18, 2025
17
18
19
20
21
22
23
24
25

Page 25

[& - bill]

| & | 5 | allowing 22:15 | b |
|---|---|---|---|
| **&** 1:12 | **50** 9:1 | **alongside** 6:15 | **back** 2:4,24 3:6 |
| **1** | **56** 9:10 12:13 12:13 | **amazing** 17:20 | 3:10 7:14,25 |
| **11,000** 4:18 | **6** | **america** 5:2 22:3,12,13 23:13 | 8:9,14 15:9 16:3,5,9,21 17:4 |
| **11501** 25:14 | **60** 9:2 | **american** 16:6 | **background** 9:18 |
| **12151** 25:9 | **7** | **americans** 18:2 | **bad** 11:20 |
| **14** 20:9 | **70** 9:13 | **amounts** 13:21 | **badly** 13:7 |
| **18** 25:16 | **75** 8:21 | **analysis** 24:20 | **bank** 24:16 |
| **2** | **77** 12:10,10,13 12:14,14 | **angeles** 5:7 11:12,14 | **beautiful** 6:15 10:24 11:4 |
| **2** 16:4 | **78** 5:4 | **answer** 11:2,11 16:8 22:22 | **believe** 2:9,11 7:15 15:4 18:1 |
| **200** 10:9 | **7th** 3:19 | **answering** 9:21 | 18:4 21:3 22:1 23:4 |
| **2016** 8:17 9:7 | **a** | **anybody** 4:14 8:24 19:15 23:14,16,22 | **belongs** 2:25 |
| **2018** 14:3 | **abe** 15:17 | **app** 18:20 | **bet** 18:19 |
| **2020** 8:18 9:7 15:21 | **abuser** 22:5 | **appointment** 20:3 | **better** 4:14 8:18 16:2 |
| **2024** 9:7 | **accurate** 25:4 | **approval** 9:11 | 20:19 23:3 |
| **2025** 1:12 25:16 | **acknowledg...** 9:23 | **arraigning** 20:8 | **beyond** 20:8 |
| **21** 22:1 | **active** 20:4 | **arrests** 20:2 | **biden** 2:15,15 5:9,20 22:15 |
| **22** 1:12 | **actually** 6:16 7:4 11:5 12:23 21:11 | **asked** 6:12 15:21 16:2 | **big** 9:4 10:23 11:4,8 12:5 21:16 22:5 |
| **24** 9:6 | **address** 19:5 | **assassination** 2:3 20:9 | **bigger** 3:22,22 4:5 16:9,11 19:19 |
| **296** 20:2 | **advantage** 9:6 | **assets** 20:3 | **biggest** 15:11 20:7 |
| **3** | **afghanistan** 3:18 20:18 | **attack** 20:21 21:1,4 | **bill** 10:24 11:3 11:7,8 |
| **30** 15:22 | **african** 18:2 | **attitude** 9:4 | |
| **300** 25:13 | **agenda** 9:15 | **aways** 20:10 | |
| **308** 20:1 | **ago** 6:25 13:10 | | |
| **330** 25:12 | **agree** 7:8 21:21 | | |
| **36** 18:7 | **alabama** 12:2 | | |
| **4** | **allow** 21:25 23:17 | | |
| **40** 9:1 | | | |
| **48** 4:20 | | | |

[bills - discussions]

| | | | |
|---|---|---|---|
| **bills** 10:24 | **change** 2:10 | **complicate** | **cut** 17:5 |
| **border** 4:10 | 21:6 | 11:24 | **cuts** 17:3 |
| 10:12 19:23 | **changed** 2:11 | **computers** | **d** |
| 20:4 | 11:12 | 19:18 | **d.c.** 7:24 |
| **borders** 22:24 | **cheat** 23:5,6 | **concept** 11:3,6 | **date** 25:16 |
| 23:9 24:3 | **cheating** 23:7,8 | **concern** 20:8 | **day** 15:18 |
| **boxing** 16:15 | **cheats** 23:23 | **concrete** 14:18 | 17:17 |
| **boy** 16:21 | **child** 16:21 | **congo** 22:8,10 | **days** 16:22 |
| **breaking** 10:10 | **children** 20:20 | 22:12 | **dealing** 19:9 |
| 19:23 | **china** 18:24,25 | **congress** 9:12 | **declaration** |
| **brought** 16:5 | 19:3,12,14 | 9:13,14 | 7:19 |
| 23:13 | 20:18 | **consecutive** 4:3 | **democrats** |
| **buckle** 2:23 | **chinese** 18:21 | 16:7 | 11:18 12:23 |
| **business** 22:19 | **churchill** 16:4 | **conversation** | 13:7,25 17:15 |
| **button** 8:2,4 | **cities** 23:12 | 15:19 | 23:4,17 |
| **buy** 18:18,18 | **civil** 7:22 | **conviction** 7:23 | **depends** 21:21 |
| **c** | **cleveland** 16:6 | **countries** 4:23 | **deployment** |
| **c** 25:1,1 | **click** 24:18 | 22:5,9 23:11 | 20:4 |
| **california** | **colorado** 5:7 | **country** 4:15 | **desk** 2:5 3:3,10 |
| 13:13 | **come** 15:11,12 | 4:16,20 5:1 | 6:15 20:23,23 |
| **call** 20:25 | 16:21 20:19 | 7:14,16 17:8 | **detainees** 20:2 |
| **can't** 16:12 | 21:25 | 20:12 22:15 | **didn't** 2:21 4:2 |
| 23:20 | **comes** 13:20,22 | 23:14,16,17,24 | 7:15 8:19,20 |
| **care** 5:8 10:24 | 13:22 | 25:12 | 14:20,23,25 |
| 11:1,18,19 12:6 | **coming** 14:12 | **couple** 4:6 | 20:19 |
| **carolina** 11:16 | 24:7,11 | **covered** 4:14 | **different** 8:8 |
| 11:18,19 12:24 | **comment** 21:20 | 24:12 | 9:3 |
| 13:4 | **common** 17:15 | **crazy** 19:13 | **disaster** 3:18 |
| **carpet** 2:5 3:11 | 17:16,17 21:25 | **crime** 4:9,11,11 | **disclose** 15:20 |
| **cartel** 20:15 | **communist** | 5:4 | **disclosed** 6:2 |
| **catch** 24:19 | 18:21 | **criminal** 7:23 | **discussion** |
| **certain** 12:3 | **compelling** | **criminals** 20:15 | 11:21 12:5 |
| 21:13 | 24:20 | 22:2 | **discussions** |
| **certify** 25:3 | **competent** 12:9 | **custom** 6:14 | 19:21 |

[districts - government]

| | | | |
|---|---|---|---|
| **districts** 12:10 **doesn't** 16:22 **doing** 9:21 **donald** 1:13 2:7 2:13,19,24 3:5 3:7,12 4:1,4 5:12,16,22,25 6:4,8,20,24 7:6 7:9,12 8:5,11 9:9,16 10:3,16 10:20,22 11:1 11:10,17,23 12:21 13:2,6,12 13:17 14:4,11 14:22 15:3,10 15:16,25 16:10 16:17 17:14,19 18:6,13,17,22 19:2,7,11,16,25 20:6,13 21:5,9 21:15,19 22:8 24:2,10,14 **don't** 4:5,9 5:15,16,17 6:21 6:22 8:1,12,13 10:3 11:1,18,19 12:17 13:17 14:1,15,15 15:5 16:14,17,19,19 16:20,24 17:3 17:14,15 18:8 19:3,14 20:10 20:10 22:9,15 22:23 23:4,5,15 23:21 | **doocy** 5:19 6:10 **doubt** 8:9 **drawer** 6:14 **duty** 20:4 **e** **e** 25:1 **earlier** 3:1 **easiest** 17:9 **easy** 7:11 9:25 **effort** 7:13 **egypt** 20:17 **either** 6:2 23:24 **election** 8:17,18 8:19 15:21 17:11,18,22 **emptied** 4:24 22:10,14 23:14 **empty** 5:1 14:20 **entire** 21:7 24:12 **especially** 10:11 **example** 2:12 **exclusive** 3:2 **extending** 17:4 **f** **f** 25:1 **face** 24:12,12 **facing** 7:22 **faith** 2:12 **fake** 14:17 **family** 2:15 | **fani** 7:24 **far** 20:1 **fear** 20:8 **february** 25:16 **federal** 12:18 **feel** 2:6 3:11 **felt** 3:13 **fema** 11:20,20 11:24 12:1,4,22 12:23 **fight** 17:11,12 **figure** 22:21 **files** 2:2,2 **final** 11:2 **fire** 15:3 **first** 2:18 3:2 13:4 20:2 **fix** 12:17 **florida** 7:24 12:2 **foregoing** 25:4 **forestry** 14:21 **forever** 7:16 **fought** 7:25 **four** 2:24 11:25 16:3 **fox** 1:12 24:18 **free** 4:19 **friday** 13:3 **friends** 1:12 **friendship** 15:23 **front** 3:3 5:10 14:3,5 | **funny** 5:19 **g** **gang** 20:16 23:11 24:9,13 **gangs** 5:5 **gavin** 13:16 **gavin's** 13:18 **gee** 8:14 **getting** 8:16 12:22 **girl** 16:22 **given** 2:21 **glad** 15:8 **go** 13:13,14 14:14 16:24 17:4,6 19:22 **god** 2:12 21:18 **going** 2:20 3:20 4:11,12 5:8 10:7,13 11:13 12:4 13:8,13,13 15:9 18:11 19:22 20:22,24 21:3,4 22:16 23:2,3 24:15 **good** 8:15 23:6 23:7,10 **gotten** 8:24,25 9:1 **govern** 16:13 **governing** 10:19 **government** 12:18 |

[great - jails]

| | | | |
|---|---|---|---|
| **great** 6:6 8:12 8:17 9:7,17,18 10:7 15:9 21:22,23,23 | **happened** 17:23 | **homeland** 20:22 21:1,4 | **inheriting** 7:3 |
| **gross** 21:24 | **happening** 16:12 | **homes** 14:23 | **insider** 9:6 |
| **group** 10:4 16:25 | **happens** 21:22 | **honest** 15:17 | **institutions** 23:10 |
| **grover** 16:6 | **happy** 14:7 | **hope** 21:19 | **interesting** 6:9 19:8 |
| **guard** 20:5 | **hard** 15:4 | **horrible** 4:8 | **interview** 1:12 1:13 3:2 |
| **guess** 6:20 11:3 | **hate** 23:24 | **hottest** 24:19 | **interviews** 24:19 |
| **h** | **haven't** 6:21 13:18 | **hours** 9:6 | **iran** 20:17 22:7 |
| **hall** 9:12 | **head** 24:15 | **house** 3:2 5:11 10:18 | **isn't** 19:19 |
| **hannity** 2:1,9 2:14,22,22 3:6 3:9,24 4:2 5:9 5:14,18,23 6:1 6:6,18,22 7:1,8 7:11,17 8:7 9:5 9:10 10:1,8,17 10:21,23 11:9 11:16,22 12:20 12:25 13:5,11 13:15 14:2,10 14:19 15:2,8,15 15:18 16:1,16 17:13,17 18:5 18:11,15,19 19:1,5,10,14,20 20:1,7,14 21:6 21:14,17 22:7 24:1,8,13,17,17 | **heard** 2:20 | **how'd** 2:5 3:11 | **israel** 3:19 |
| | **heart** 18:10 | **hundred** 21:13 | **issue** 2:17 |
| | **helene** 13:11 | **hurricane** 13:10,11 | **issues** 10:12 19:6 |
| | **hell** 22:16 | **hurricanes** 12:1 | **it's** 3:21,22 4:5 8:3,4,7,11,12 11:5 12:3 13:25 15:5,8,9 16:10 17:12,21 18:20 22:12 |
| | **help** 12:18,23 | **hyde** 25:3 | **i'd** 5:1 12:5 |
| | **here's** 20:7 23:8 | **hydrants** 14:20 15:4 | **i'll** 13:14 18:17 |
| | **hey** 24:17,18 | **i** | **i'm** 8:15 13:2,3 13:8,12,13 14:7 15:8,9 17:20 18:9 19:20,21 21:18 |
| | **he's** 24:15 | **identifies** 24:13 | |
| | **hike** 17:7 | **imagine** 20:16 20:20 | |
| | **hispanic** 22:25 23:1 | **important** 19:12 | |
| | **hispanics** 18:2 | **includes** 20:4 | |
| | **historically** 4:5 | **increased** 2:12 | |
| | **history** 3:25 8:24 16:4 17:6 17:7,9 | **incredible** 17:12 | **i've** 15:10 21:10 |
| | **hit** 12:16 | **indiscernible** 9:3 11:15 15:2 17:23 18:14 22:7 | **j** |
| **hannity's** 1:13 | **hmm** 19:1 20:13 21:5 | | **jack** 7:23 |
| **happen** 4:11,12 11:15 16:24 22:15 23:18 | **homan** 19:24 | | **jails** 4:22,24 5:1 23:10 |
| | **home** 5:11 16:21 | **inflation** 3:17 | |

**[jan - never]**

| | | | |
|---|---|---|---|
| **jan** 1:12 | **leave** 5:20,23 6:14 16:21 | 19:10 23:15 | **mm** 19:1 20:13 21:5 |
| **jfk** 2:3 | **leaving** 2:17 | **m** | **moment** 2:4,10 3:10 19:22 21:7 |
| **job** 9:21 10:7 11:25 | **ledanski** 25:3 | **made** 15:15 18:23,24 19:3 | |
| **joe** 2:15 5:20 | **left** 4:7 5:18 6:1 | **majority** 10:9 | **moments** 7:17 |
| **joe's** 7:21 | **legal** 25:11 | **make** 19:17,17 19:18 21:11 | **moment's** 20:22 |
| **justify** 23:19,20 | **legislatively** 10:14 | **makes** 12:25 | **money** 7:13 11:13 12:19 14:16 |
| **k** | **letter** 5:19,21 5:24 6:12,16 | **man** 16:15 | |
| **kids** 19:13 | **let's** 3:9 | **massive** 13:20 | **months** 13:10 17:21 |
| **killed** 3:20 4:21 | **lie** 15:9 | **matt** 9:6 | |
| **knew** 22:16 | **life** 20:20 | **mean** 4:11 7:18 7:24 12:12 16:14 17:4,6 | **mountain** 13:21 |
| **know** 3:13 4:5 5:16,17 6:8,13 6:22 7:19,20 8:1,4,17 9:8,18 9:20,24 10:4 11:25 12:15 13:17 14:1,18 15:10 17:2,20 17:21 18:8,20 18:22 19:4 20:9,10,10 21:10 22:4,16 22:18,20 24:15 | **likes** 23:15,17 | **media** 14:5,6 | **moved** 5:5 |
| | **little** 6:25 8:2 | **meet** 13:15 | **murdered** 4:19 |
| | **local** 24:15 | **melts** 13:23 | **murderers** 4:16 20:14 |
| | **long** 2:24 11:2 11:10 | **members** 2:15 9:12 20:16,16 23:11 | **n** |
| | **look** 4:9,9,10 5:3 13:18 15:13,13 18:24 21:22 24:5 | **men** 16:18 | **n** 25:1 |
| | | **mental** 23:10 | **nailed** 9:7 |
| | **looking** 15:14 23:1 | **mention** 19:4 | **national** 20:5 |
| | | **military** 20:3 | **necessarily** 3:14 |
| | **los** 5:7 11:12,13 | **million** 8:22 9:1 9:1,2 20:9 22:1 | **necessary** 11:13 |
| **known** 15:22 20:11,14,21 21:2 | **lose** 15:6 | **millions** 17:24 17:25 | **need** 10:13 12:17 14:15,15 |
| | **lost** 7:16 8:25 17:16 | **mind** 8:16 | **negotiation** 17:9 |
| **l** | **lot** 2:8 3:13,15 6:4,9,11 7:3,3 11:12,14 14:13 19:9,18 21:11 21:22,23 | **mineola** 25:14 | **never** 2:16 6:2 8:13 9:2 12:11 12:12 14:6 |
| **large** 22:2 | | **minister** 4:25 | |
| **largest** 10:15 17:5 | | **minute** 10:11 | |
| **leadership** 12:3 | | **miscarriage** 21:24 | |
| **learning** 16:12 | **love** 9:20,23 12:9,14,15 | | |

[news - questions]

| | | | |
|---|---|---|---|
| **news** 10:10 19:23 24:18<br>**nice** 11:5 15:5<br>**nick** 4:13<br>**night** 9:13<br>**normally** 17:8<br>**north** 11:16,18 11:19 12:23 13:3,20<br>**northwest** 14:12<br>**notice** 20:22<br>**nuclear** 8:3<br>**number** 8:20 20:11 22:1<br>**numbers** 4:18 8:22,23,23 18:1 18:4<br>**ny** 25:14 | **opinion** 17:15<br>**option** 2:21<br>**oval** 2:25 15:12<br>**own** 12:6<br><br>**p**<br><br>**pacific** 13:24 14:12<br>**page** 24:19<br>**pardons** 2:16<br>**parent** 16:22<br>**part** 7:21 18:25 19:20<br>**passed** 17:21<br>**patriots** 9:19<br>**people** 2:10,14 3:19 4:19,23 6:5,9 8:1,3,3 9:18,24,25 11:14 13:7 14:8 15:11 16:12,25 18:16 18:18,18 19:9 19:12 21:22,23 21:25 22:1,17 24:3,6,8,11<br>**percent** 4:21 5:4 9:11,13 21:13<br>**percentage** 22:2<br>**person** 4:21<br>**peter** 5:19,19 6:10,11,17<br>**philosophies** 4:8 | **picks** 14:6<br>**place** 12:14 15:4<br>**places** 5:7<br>**planning** 20:21<br>**play** 10:14<br>**played** 14:2<br>**point** 8:9 10:25 14:14<br>**points** 18:7<br>**policies** 4:8 16:13<br>**political** 13:25<br>**poll** 9:5<br>**pollster** 9:8<br>**popular** 17:25<br>**possible** 14:9<br>**pouring** 24:3<br>**power** 23:3<br>**practicing** 14:21<br>**pray** 21:17<br>**preemptive** 2:16 7:21<br>**presidency** 21:7<br>**president** 1:13 2:7,13,19,24 3:1,4,5,7,12 4:1 4:4,25 5:12,16 5:20,22,25 6:4 6:8,20,24 7:6,9 7:12 8:5,11,25 9:9,16 10:3,16 10:20,22 11:1 | 11:10,17,23 12:21 13:2,6,12 13:17 14:4,11 14:22 15:3,10 15:16,25 16:7 16:10,17 17:14 17:19 18:6,13 18:17,22 19:2,7 19:11,16,21,25 20:6,13 21:5,9 21:15,19 22:8 24:2,10,14<br>**pretty** 21:16<br>**prime** 4:25<br>**prisons** 22:10 22:13<br>**probably** 10:14<br>**problems** 7:3,7 7:14 12:7<br>**proceedings** 25:5<br>**professional** 15:24<br>**pummeled** 16:14<br>**purpose** 8:8<br>**push** 8:2<br>**put** 14:7<br><br>**q**<br><br>**question** 6:12 8:8,12 15:22 16:1<br>**questions** 9:22 |

| **o** | | | |
|---|---|---|---|
| **o** 25:1<br>**ocean** 13:24<br>**october** 3:19<br>**office** 2:5,25 3:10 8:1 15:6 15:12<br>**oh** 2:19 5:20<br>**okay** 22:25<br>**oklahoma** 12:9 12:10,15,17<br>**old** 25:12<br>**open** 22:24 23:9 24:3<br>**opened** 6:16 | | | |

[r - special]

| r | releasing 13:24 | 5:18,23 6:1,6 | shortly 12:5 |
|---|---|---|---|
| r 25:1 | remember 5:15 6:13 | 6:18,22 7:1,8 7:11,17 8:7 9:5 | shouldn't 3:14 15:20 |
| race 7:15 | reported 8:21 | 9:10 10:1,8,17 | show 2:23 9:17 9:17 |
| radical 4:7 | reservoirs 14:15,17,17,19 | 10:21,23 11:9 11:16,22 12:20 | showed 4:6,7 |
| rainwater 13:21 | residence 20:24 | 12:25 13:5,11 | side 11:14 22:20 |
| raise 17:1,2 | resolute 3:3 | 13:15 14:2,10 | signature 25:9 |
| ran 2:15 17:13 19:24 | respect 6:11 | 14:19 15:2,8,15 15:18 16:1,16 | signed 7:19 |
| rapists 20:15 | respondents 9:14 | 17:13,17 18:5 | sitting 8:25 20:23 |
| rate 5:4 | rig 9:4 | 18:11,15,19 19:1,5,10,14,20 | situation 20:25 21:24 |
| rather 12:6 | right 5:1 6:14 6:15 7:1,25 9:9 | 20:1,7,14 21:6 | small 10:8 |
| rating 9:11 | 11:9,11 15:25 | 21:14,17 22:7 | smaller 11:7 |
| read 5:14 6:19 6:23 | 18:12 19:25 20:6 21:23 | 24:1,2,8,13,17 24:17 | smith 7:24 |
| reagan 12:13 | 23:11 | second 3:24 | snow 13:22 |
| really 5:9,17 7:15 8:4,13 9:19 12:1,3 23:4,8 | ring 16:15 | see 2:10 12:6 14:7 16:14,18 16:19,23,24 17:22 21:21 | sold 18:12 |
| | road 25:12 | | solutions 25:11 |
| | role 10:15 | | solvable 7:7,10 7:14 |
| reason 23:20 | ronald 12:13 | seeing 5:6 | somebody 4:2 5:13 22:23 23:9 |
| reasons 23:21 23:25 | roof 16:25 | senate 10:18,19 | |
| reconciliation 10:18 | room 2:5 3:11 20:25 | senator 18:16 | someplace 12:7 |
| record 12:13 25:5 | rules 10:19 | sense 12:25 17:15,16,17 21:25 | sonya 25:3 |
| | run 8:19 9:2 | | sort 6:10 11:5 |
| red 8:2 | russia 20:18 | sent 6:21,25 | sound 11:5 |
| relates 2:3 10:12 | s | sentencing 7:23 | south 22:3,12 22:13 |
| relationship 15:24 | saw 9:19,22 | serve 16:7 | |
| release 2:2 13:19 | scare 7:4 8:3 | set 8:16 | speaker 9:20 9:21 |
| | science 14:21 | setup 6:10 | |
| | sean 1:13 2:1,9 2:14,22 3:6,9 3:24 4:2 5:9,14 | seven 17:24 | special 2:23 |

## [spending - trouble]

| | | | |
|---|---|---|---|
| **spending** 14:16 | **swing** 17:24 | 15:16 22:21 | **threat** 19:19 |
| **spoke** 18:15 | **syria** 20:17 | 23:21 | **three** 12:11,12 |
| **sports** 16:18 | **t** | **they'd** 14:14 | **threw** 7:18 |
| **spot** 18:10 | **t** 25:1,1 | **they'll** 17:11 | **thrown** 16:5 |
| **sprinklers** 14:23,24 15:5 | **take** 5:8 12:6 | **they're** 4:22 7:6,9,13 9:19 | **tiktok** 18:8,11 18:13 19:8 |
| **spying** 18:20 19:12,15 | **talk** 3:9 19:22 | 10:5,6,6 13:9 13:23 14:16,17 | **time** 2:18 3:24 4:13 6:7 7:12 |
| **squads** 20:9 | **talked** 16:3 22:4 | 14:18,20 15:13 20:24 21:3 | 15:13 17:21 |
| **starting** 18:9 | **talks** 14:6 | 23:2,6,7,19,22 | **times** 12:11,12 |
| **state** 12:8 | **tape** 14:2,8 | **they've** 4:23 11:19 | **today** 10:10 19:23,24 |
| **stated** 2:1 | **tattoos** 24:9,11 24:12 | **thing** 13:9,19 13:25 16:11 | **told** 13:24 |
| **statement** 21:12,16 | **tax** 17:3,5,7 | 17:20 19:8 23:7,8 | **tom** 19:24 |
| **states** 5:2,6 12:6 16:23 17:24 22:11 23:13 | **taxes** 16:24 17:1,2,5,6 | **things** 4:7 7:3 8:15,16 10:14 17:12 19:3,13 19:18 | **took** 5:5 **tornado** 12:7 12:16 **tornadoes** 12:2 **total** 20:1,11 |
| **stay** 23:3 | **telephones** 18:24 19:17 | **think** 3:21 4:12 4:20 6:5 7:18 | **tough** 9:24 10:4 |
| **stop** 13:4 | **television** 23:19 | 8:3,12,14 10:6 12:12 14:24,25 | **tougher** 10:2,5 |
| **stopping** 13:3,3 13:8 | **tell** 18:17 **tend** 21:20 | 16:11 18:13 22:9 23:22,22 | **toughest** 23:12 **tour** 15:19 |
| **straightened** 13:9 | **tens** 4:16 **terms** 4:3 16:7 | **thinking** 22:11 22:12 | **towery** 9:7 **town** 9:12 |
| **street** 5:5 | **terrible** 16:13 | **thought** 2:20 6:9 8:13,20 | **traditional** 3:23 |
| **streets** 23:12 | **terrific** 9:21 | 13:18 16:8 | **trajectory** 21:7 |
| **strict** 10:19 | **terrorists** 4:14 20:11,21 21:2 | **thousands** 4:15 4:17 | **transcript** 25:4 **transgender** 16:20 |
| **stupid** 23:21,22 23:23,24 | **thank** 3:5,7 **that'll** 19:20 | | **treated** 13:7 **trial** 7:22,23 |
| **subscribe** 24:18 | **that's** 4:12 9:6 10:4 11:4 | | **troops** 20:5 |
| **substance** 7:2 | 12:10 17:8,16 18:8 21:15 22:4 | | **trouble** 24:6,6 |
| **suffering** 13:10 | **there's** 6:13 7:2 | | |
| **suite** 25:13 | 8:2 13:23 | | |
| **sure** 2:19 10:20 10:22 19:20 | | | |

[true - you're]

| | | | |
|---|---|---|---|
| **true** 25:4<br>**trump** 1:14 2:7<br>  2:13,19,24 3:5<br>  3:7,12 4:1,4<br>  5:12,16,22,25<br>  6:4,8,20,24 7:6<br>  7:9,12 8:5,11<br>  9:9,16 10:3,16<br>  10:20,22 11:1<br>  11:10,17,23<br>  12:21 13:2,6,12<br>  13:17 14:4,11<br>  14:22 15:3,10<br>  15:16,25 16:10<br>  16:17 17:3,14<br>  17:19 18:6,13<br>  18:17,22 19:2,7<br>  19:11,16,25<br>  20:6,13 21:5,9<br>  21:15,19 22:8<br>  24:2,10,14<br>**trying** 23:19<br>**turning** 16:10<br>**two** 10:24<br>  16:22 23:21,25<br>**types** 12:3<br>**typically** 24:14<br>**u**<br>**u.s.** 20:3<br>**ukraine** 3:20<br>**under** 21:1<br>**understand**<br>  22:18,19,23<br>**unfortunately**<br>  7:13 | **unified** 10:6<br>**unite** 9:14<br>**united** 5:2,6<br>  22:11 23:13<br>**uniting** 10:17<br>**use** 12:23 17:14<br>  17:16<br>**used** 8:7<br>**usually** 22:22<br>**v**<br>**venezuela** 5:3<br>  20:18 22:4<br>**veritext** 25:11<br>**videos** 19:13<br>**violent** 20:15<br>**vote** 17:25<br>  22:25 23:1<br>**votes** 8:21,22<br>  17:25<br>**w**<br>**walked** 2:4<br>  3:10<br>**walking** 4:19<br>  4:22 19:24<br>**want** 2:21 7:4<br>  9:14 10:5<br>  11:15 15:5,13<br>  16:14,18,19,19<br>  16:21,22,24<br>  17:1,2 18:18,18<br>  19:14 20:19<br>  22:17,19,20,24<br>  23:2 | **war** 3:20 16:4<br>**warm** 18:9<br>**washington**<br>  15:17<br>**wasn't** 8:23<br>**watch** 23:18<br>**watched** 9:16<br>  21:10<br>**watching** 17:20<br>  19:13<br>**water** 13:19,21<br>  13:21,23 14:12<br>  14:13,13,24,25<br>  15:1<br>**way** 7:21 12:4<br>  12:22 15:6<br>**weaponization**<br>  7:20<br>**weigh** 21:8<br>**welcome** 2:22<br>  3:1,6 5:11<br>**went** 10:9 18:8<br>**we'll** 10:11<br>  21:21<br>**we're** 5:8 13:8<br>  22:11,12<br>**we've** 10:10<br>  15:22 17:5<br>**what's** 4:10,10<br>**white** 3:2 5:11<br>**willis** 7:24<br>**win** 7:15 17:10<br>**winston** 16:4<br>**woman** 16:14 | **women's** 16:18<br>**won** 17:17,23<br>  17:24 18:7<br>**won't** 21:20<br>  24:4<br>**work** 2:8 3:13<br>  3:15 4:9 14:20<br>  14:23 17:3<br>**working** 12:1<br>**world** 15:11<br>  16:4 22:3,14<br>  23:12<br>**wouldn't** 3:16<br>  3:17,18,20 8:19<br>**wrong** 21:2,18<br>  21:20<br>**x**<br>**xi** 19:21<br>**y**<br>**yeah** 4:1,4 5:22<br>  6:24 10:16<br>  11:22 13:5<br>  15:4 17:19<br>  21:10,19<br>**years** 2:24<br>  11:25 15:23<br>  16:3 21:11<br>**young** 19:9,12<br>  19:13<br>**youth** 18:7,7<br>**youtube** 24:18<br>**you'd** 17:8<br>**you're** 5:6<br>  10:13 19:8 |

**[you're - you've]**

| |
|---|
| 20:22 21:20 23:1,21,24 |
| **you've**  2:11 6:2 |