# EXHIBIT 14

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12   Jan. 29, 2025 Fox & Friends Interview
13   Interview with Homeland Security Secretary Kristi
14   Noem
15
16
17
18
19
20
21
22
23
24
25
```

Page 1

**Page 2**

1  MAN 1: Newly Admitted Homeland
2  Security Secretary Kristi Noem is hitting the
3  ground running, enforcing President Trump's
4  immigration agenda.
5       AINSLEY: Joining federal agencies here
6  in New York City, Noem says, "Among those
7  arrested, was the ringleader of that vicious
8  Venezuelan gang, Tren de Aragua."
9       MAN 1: And now, she has a big
10 announcement. On additional measures, DHS is
11 ready to take in. This is a Fox & Friends
12 exclusive.
13      MAN 2: That's right. So, Secretary
14 Kristi Noem joins us right now. Madam Secretary,
15 good morning and congratulations.
16      LAWRENCE: Welcome.
17      KRISTI NOEM: Good morning. Thank you.
18 It's wonderful to be with all of you.
19      MAN 2: Okay. The exclusive
20 announcement is, we are withdrawing the
21 Venezuelan temporary status directive. What -- I
22 remember when (indiscernible) through. What does
23 that mean?
24      KRISTI NOEM: Well, before he left
25 town, (indiscernible) signed an order that said,

**Page 3**

1  for 18 months, they were going to extend this
2  protection to people that are in temporary
3  protected status, which meant they were going to
4  be able to stay here and violate our laws for
5  another 18 months and we stopped that. Today we
6  signed an executive order within the Department
7  of Homeland Security in a direction that we were
8  not going to follow through on what he did to tie
9  our hands, that we are going to follow the
10 process, evaluate all of these individuals that
11 are in our country, including the Venezuelans
12 that are here and members of TDA. Listen, I was
13 in New York City yesterday and the people of this
14 country want these dirt bags out. They want
15 their communities to be safe. It was so amazing
16 to me to see people walk by us on the street,
17 early in the morning and just say, "Thank you.
18 Thank you for being here." So, this part of our
19 plan to make sure that we're protecting America,
20 keeping it safe again, just like President Trump
21 promised.
22      AINSLEY: There are some --
23      LAWRENCE: Some -- go ahead, Ainsley.
24      AINSLEY: Thank you, Lawrence. There's
25 some Democratic leaders that are pushing back

**Page 4**

1  against these ICE raids. I don't get it. But
2  here's some of the comments from these Democratic
3  leaders.
4       MAYOR BRANDON JOHNSON: Stand together
5  firmly in our welcoming city status. The type of
6  fear that this Administration is trying to
7  incite, we are demonstrating that we are going to
8  protect the residents of this city.
9       NEW YORK ATTORNEY GENERAL LETITIA
10 JAMES: It is performative theater, and it's
11 nothing more than shock and awe.
12      ILLINOIS GOVERNOR J.B. PRITZKER: Our
13 local law enforcement will stand up for those
14 law-abiding, undocumented people in our state.
15      MAN 3: Law-abiding.
16      AINSLEY: The message that I'm hearing
17 from them -- I know. The message I'm hearing
18 from them is, "We want to protect the rapist
19 that's here illegally. We want to protect that
20 person that was arrested over the last few days
21 that has ties to ISIS. We want to protect the
22 man who allegedly murdered his girlfriend who was
23 pregnant and a mother of two." What does your --
24 why are they -- why do they have a problem with
25 arresting these career criminals that are here

**Page 5**

1  illegally?
2       KRISTI NOEM: They're completely out of
3  touch with the people in their cities and
4  communities. That's exactly what these Democrat
5  leaders are saying is, "We want to protect the
6  cartels. We want to protect the gangs. We want
7  to make sure that people continue to die from
8  guns, violence and drugs." And it's wrong and
9  they're going to find out very soon that their
10 communities are not with them.
11      And listen, yesterday, we picked up one
12 of the ringleaders of TDA. He had just been a
13 part of a gun -- weapons exchange and was trying
14 to buy grenades. Why would anybody in this
15 country need to buy a grenade and go out and
16 perpetuate violence? He was one of those that
17 was involved in Colorado, in Aurora, and we're so
18 thankful we got him off the streets. And what
19 I've continuously said to people is, you know,
20 what do you say to Laken Riley's family?
21      LAWRENCE: That's right.
22      KRISTI NOEM: We're going to sign that
23 bill today into law. The President will, in the
24 Oval Office, to make sure we're going after these
25 criminals. But the President is taking action

2 (Pages 2 - 5)

```
 1  and what was amazing is, you'll hear people and
 2  Democrat leaders in different cities, like New
 3  York City, some of their City Council members
 4  have tried to attack what we're doing as far as
 5  enforcing our laws.  But the people on the
 6  streets are not with them.  It was amazing to
 7  hear people and see them as they walked by taking
 8  their kids to school, going to work, just walk by
 9  us and quietly say, "Thank you.  Thank you for
10  being here."  And it means the world to those
11  officers that are out there risking their lives
12  to bring safety back.
13          LAWRENCE:  So, Madam Secretary, you
14  guys -- your men and women and doing a fantastic
15  job.  It's a dangerous job.  Those fugitive task
16  force, it's risky business.  It's easy in the
17  sense, from a PR perspective, to get the
18  criminals.  No-one wants, unless you're deranged,
19  want the criminals on the street, the violent
20  criminals.  What I worry about is the PR when you
21  guys go to the next layer, people that have
22  overstayed their visas or work doing other jobs.
23  How do you guys overcome that?  Because you've
24  been in politics for a long time.  American
25  people can be fickle.  They support something at
                                              Page 6
```

```
 1  one point and then the news media puts a crying
 2  child or someone on TV and they change.  So, how
 3  are you all going to handle that portion?
 4          KRISTI NOEM:  I think we keep talking
 5  to people and talk to them about the fact that
 6  this is an America where justice is applied
 7  equally.  You know, we can't say that American
 8  citizens have to follow the law and then say that
 9  people from the other countries don't have to.
10  You know, we choose laws, we put them in place,
11  Congress has the chance to change the law.  But
12  until then, our job is to enforce it.  And when
13  you want to live in a country where everybody's
14  treated the same and fairly and equally and has a
15  chance to live the American dream.  So, we
16  understand that there are some families who have
17  been here illegally and have been perpetuating
18  that.  That's a discussion that we're going to
19  have to continue to have and see if we can fix
20  our legal immigration system, as well.  That's
21  one of my jobs is, you know, not only are we
22  going after those that are here illegally, but we
23  have to do due diligence and making sure we have
24  the resources to process paperwork in a timely
25  manner.  And so, more immigration courts and
                                              Page 7
```

```
 1  judges, getting those kind of resources through
 2  Congress is important, to make sure we're not
 3  just securing the border, we're deporting these
 4  dangerous individuals, and then, fixing our
 5  broken system.
 6          MAN 3:  And also, legal work visas for
 7  the construction industry.
 8          KRISTI NOEM:  Yes.
 9          MAN 3:  And other things like that
10  because there's people with great work ethics.
11  Real quick, what are you going to do with the
12  Venezuelans, the Cubans, when these countries
13  don't want to take them back?  You've got 607,000
14  Venezuelans here.  What do we do?
15          KRISTI NOEM:  Well, we have a fantastic
16  Secretary of State in Secretary Rubio, and he has
17  been doing incredible work.  You know, the other
18  night, I was talking to him on the phone at 1
19  o'clock in the morning, and he was up and still
20  discussing negotiations with other countries and
21  working with those people in these countries to
22  do diplomatic relations.  And the President
23  clearly will exercise all the authority and power
24  that he has to make these countries take them
25  back, so we --
                                              Page 8
```

```
 1          MAN 3:  Are you ruling out Gitmo?
 2          KRISTI NOEM:  Oh, yeah.  We're
 3  evaluating and talking about that right now.  So,
 4  it's the President's decision, but it's an asset
 5  and we're going to continue to look at how we can
 6  use all of our assets to keep America safe.
 7          MAN 1:  What a whirlwind it must have
 8  bene for you over the last week or so.  Krisi
 9  Noem, Secretary of Homeland Security.
10          LAWRENCE:  Congratulations, by the way.
11          MAN 1:  Thank you very much.
12          KRISTI NOEM:  Thank you.
13          MAN 3:  She won over Democrats in our
14  (indiscernible)
15          LAWRENCE:  That's exactly right.
16
17
18
19
20
21
22
23
24
25
                                              Page 9
```

3 (Pages 6 - 9)

```
 1           C E R T I F I C A T I O N
 2
 3  I, Sonya Ledanski Hyde, certify that the
 4  foregoing transcript is a true and accurate
 5  record of the proceedings.
 6
 7
 8
 9  _____
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  February 18, 2025
17
18
19
20
21
22
23
24
25
                                           Page 10
```

4 (Page 10)

[& - discussing]

| & | allegedly 4:22 | buy 5:14,15 | country 3:11 |
|---|---|---|---|
| **&** 1:12 2:11 | **amazing** 3:15 | **c** | 3:14 5:15 7:13 |
| **1** | 6:1,6 | **c** 10:1,1 | 10:12 |
| **1** 2:1,9 8:18 9:7 | **america** 3:19 | **can't** 7:7 | **courts** 7:25 |
| 9:11 | 7:6 9:6 | **career** 4:25 | **criminals** 4:25 |
| **11501** 10:14 | **american** 6:24 | **cartels** 5:6 | 5:25 6:18,19,20 |
| **12151** 10:9 | 7:7,15 | **certify** 10:3 | **crying** 7:1 |
| **18** 3:1,5 10:16 | **announcement** | **chance** 7:11,15 | **cubans** 8:12 |
| **2** | 2:10,20 | **change** 7:2,11 | **d** |
| **2** 2:13,19 | **anybody** 5:14 | **child** 7:2 | **dangerous** 6:15 |
| **2025** 1:12 10:16 | **applied** 7:6 | **choose** 7:10 | 8:4 |
| **29** 1:12 | **aragua** 2:8 | **cities** 5:3 6:2 | **date** 10:16 |
| **3** | **arrested** 2:7 | **citizens** 7:8 | **days** 4:20 |
| **3** 4:15 8:6,9 9:1 | 4:20 | **city** 2:6 3:13 | **de** 2:8 |
| 9:13 | **arresting** 4:25 | 4:5,8 6:3,3 | **decision** 9:4 |
| **300** 10:13 | **asset** 9:4 | **clearly** 8:23 | **democrat** 5:4 |
| **330** 10:12 | **assets** 9:6 | **colorado** 5:17 | 6:2 |
| **6** | **attack** 6:4 | **comments** 4:2 | **democratic** |
| **607,000** 8:13 | **attorney** 4:9 | **communities** | 3:25 4:2 |
| **a** | **aurora** 5:17 | 3:15 5:4,10 | **democrats** 9:13 |
| **abiding** 4:14,15 | **authority** 8:23 | **completely** 5:2 | **demonstrating** |
| **able** 3:4 | **awe** 4:11 | **congratulations** | 4:7 |
| **accurate** 10:4 | **b** | 2:15 9:10 | **department** 3:6 |
| **action** 5:25 | **back** 3:25 6:12 | **congress** 7:11 | **deporting** 8:3 |
| **additional** 2:10 | 8:13,25 | 8:2 | **deranged** 6:18 |
| **administration** | **bags** 3:14 | **construction** | **dhs** 2:10 |
| 4:6 | **bene** 9:8 | 8:7 | **die** 5:7 |
| **admitted** 2:1 | **big** 2:9 | **continue** 5:7 | **different** 6:2 |
| **agencies** 2:5 | **bill** 5:23 | 7:19 9:5 | **diligence** 7:23 |
| **agenda** 2:4 | **border** 8:3 | **continuously** | **diplomatic** 8:22 |
| **ahead** 3:23 | **brandon** 4:4 | 5:19 | **direction** 3:7 |
| **ainsley** 2:5 3:22 | **bring** 6:12 | **council** 6:3 | **directive** 2:21 |
| 3:23,24 4:16 | **broken** 8:5 | **countries** 7:9 | **dirt** 3:14 |
| | **business** 6:16 | 8:12,20,21,24 | **discussing** 8:20 |

[discussion - kristi]

| | | | |
|---|---|---|---|
| **discussion** 7:18 | **fairly** 7:14 | **good** 2:15,17 | **industry** 8:7 |
| **doing** 6:4,14,22 8:17 | **families** 7:16 | **governor** 4:12 | **interview** 1:12 1:13 |
| **don't** 4:1 7:9 8:13 | **family** 5:20 | **great** 8:10 | **involved** 5:17 |
| **dream** 7:15 | **fantastic** 6:14 8:15 | **grenade** 5:15 | **isis** 4:21 |
| **drugs** 5:8 | **far** 6:4 | **grenades** 5:14 | **it's** 2:18 4:10 5:8 6:15,16,16 9:4,4 |
| **due** 7:23 | **fear** 4:6 | **ground** 2:3 | |
| **e** | **february** 10:16 | **gun** 5:13 | **i'm** 4:16,17 |
| **e** 10:1 | **federal** 2:5 | **guns** 5:8 | **i've** 5:19 |
| **early** 3:17 | **fickle** 6:25 | **guys** 6:14,21,23 | **j** |
| **easy** 6:16 | **find** 5:9 | **h** | **j.b.** 4:12 |
| **enforce** 7:12 | **firmly** 4:5 | **handle** 7:3 | **james** 4:10 |
| **enforcement** 4:13 | **fix** 7:19 | **hands** 3:9 | **jan** 1:12 |
| **enforcing** 2:3 6:5 | **fixing** 8:4 | **hear** 6:1,7 | **job** 6:15,15 7:12 |
| **equally** 7:7,14 | **follow** 3:8,9 7:8 | **hearing** 4:16,17 | **jobs** 6:22 7:21 |
| **ethics** 8:10 | **force** 6:16 | **here's** 4:2 | **johnson** 4:4 |
| **evaluate** 3:10 | **foregoing** 10:4 | **hitting** 2:2 | **joining** 2:5 |
| **evaluating** 9:3 | **fox** 1:12 2:11 | **homeland** 1:13 2:1 3:7 9:9 | **joins** 2:14 |
| **everybody's** 7:13 | **friends** 1:12 2:11 | **hyde** 10:3 | **judges** 8:1 |
| **exactly** 5:4 9:15 | **fugitive** 6:15 | **i** | **justice** 7:6 |
| **exchange** 5:13 | **g** | **ice** 4:1 | **k** |
| **exclusive** 2:12 2:19 | **gang** 2:8 | **illegally** 4:19 5:1 7:17,22 | **keep** 7:4 9:6 |
| **executive** 3:6 | **gangs** 5:6 | **illinois** 4:12 | **keeping** 3:20 |
| **exercise** 8:23 | **general** 4:9 | **immigration** 2:4 7:20,25 | **kids** 6:8 |
| **extend** 3:1 | **getting** 8:1 | **important** 8:2 | **kind** 8:1 |
| **f** | **girlfriend** 4:22 | **incite** 4:7 | **know** 4:17 5:19 7:7,10,21 8:17 |
| **f** 10:1 | **gitmo** 9:1 | **including** 3:11 | **krisi** 9:8 |
| **fact** 7:5 | **go** 3:23 5:15 6:21 | **incredible** 8:17 | **kristi** 1:13 2:2 2:14,17,24 5:2 5:22 7:4 8:8,15 9:2,12 |
| | **going** 3:1,3,8,9 4:7 5:9,22,24 6:8 7:3,18,22 8:11 9:5 | **indiscernible** 2:22,25 9:14 | |
| | | **individuals** 3:10 8:4 | |

[laken - rapist]

**l**

laken 5:20
law 4:13,14,15
  5:23 7:8,11
lawrence 2:16
  3:23,24 5:21
  6:13 9:10,15
laws 3:4 6:5
  7:10
layer 6:21
leaders 3:25
  4:3 5:5 6:2
ledanski 10:3
left 2:24
legal 7:20 8:6
  10:11
letitia 4:9
listen 3:12 5:11
live 7:13,15
lives 6:11
local 4:13
long 6:24
look 9:5

**m**

madam 2:14
  6:13
make 3:19 5:7
  5:24 8:2,24
making 7:23
man 2:1,9,13
  2:19 4:15,22
  8:6,9 9:1,7,11
  9:13
manner 7:25

mayor 4:4
mean 2:23
means 6:10
meant 3:3
measures 2:10
media 7:1
members 3:12
  6:3
men 6:14
message 4:16
  4:17
mineola 10:14
months 3:1,5
morning 2:15
  2:17 3:17 8:19
mother 4:23
murdered 4:22

**n**

n 10:1
need 5:15
negotiations
  8:20
new 2:6 3:13
  4:9 6:2
newly 2:1
news 7:1
night 8:18
noem 1:14 2:2
  2:6,14,17,24
  5:2,22 7:4 8:8
  8:15 9:2,9,12
ny 10:14

**o**

o 10:1
office 5:24
officers 6:11
oh 9:2
okay 2:19
old 10:12
order 2:25 3:6
oval 5:24
overcome 6:23
overstayed
  6:22
o'clock 8:19

**p**

paperwork
  7:24
part 3:18 5:13
people 3:2,13
  3:16 4:14 5:3,7
  5:19 6:1,5,7,21
  6:25 7:5,9 8:10
  8:21
performative
  4:10
perpetuate
  5:16
perpetuating
  7:17
person 4:20
perspective
  6:17
phone 8:18
picked 5:11
place 7:10

plan 3:19
point 7:1
politics 6:24
portion 7:3
power 8:23
pr 6:17,20
pregnant 4:23
president 2:3
  3:20 5:23,25
  8:22
president's 9:4
pritzker 4:12
problem 4:24
proceedings
  10:5
process 3:10
  7:24
promised 3:21
protect 4:8,18
  4:19,21 5:5,6
protected 3:3
protecting 3:19
protection 3:2
pushing 3:25
put 7:10
puts 7:1

**q**

quick 8:11
quietly 6:9

**r**

r 10:1
raids 4:1
rapist 4:18

[ready - women]

| | | | |
|---|---|---|---|
| **ready**  2:11 | **sense**  6:17 | **thankful**  5:18 | **use**  9:6 |
| **real**  8:11 | **shock**  4:11 | **that's**  2:13 4:19 | **v** |
| **record**  10:5 | **sign**  5:22 | 5:4,21 7:18,20 | **venezuelan**  2:8 |
| **relations**  8:22 | **signature**  10:9 | 9:15 | 2:21 |
| **remember**  2:22 | **signed**  2:25 3:6 | **theater**  4:10 | **venezuelans** |
| **residents**  4:8 | **solutions**  10:11 | **there's**  3:24 | 3:11 8:12,14 |
| **resources**  7:24 | **sonya**  10:3 | 8:10 | **veritext**  10:11 |
| 8:1 | **soon**  5:9 | **they're**  5:2,9 | **vicious**  2:7 |
| **right**  2:13,14 | **stand**  4:4,13 | **things**  8:9 | **violate**  3:4 |
| 5:21 9:3,15 | **state**  4:14 8:16 | **think**  7:4 | **violence**  5:8,16 |
| **riley's**  5:20 | **status**  2:21 3:3 | **tie**  3:8 | **violent**  6:19 |
| **ringleader**  2:7 | 4:5 | **ties**  4:21 | **visas**  6:22 8:6 |
| **ringleaders** | **stay**  3:4 | **time**  6:24 | **w** |
| 5:12 | **stopped**  3:5 | **timely**  7:24 | **walk**  3:16 6:8 |
| **risking**  6:11 | **street**  3:16 6:19 | **today**  3:5 5:23 | **walked**  6:7 |
| **risky**  6:16 | **streets**  5:18 6:6 | **together**  4:4 | **want**  3:14,14 |
| **road**  10:12 | **suite**  10:13 | **touch**  5:3 | 4:18,19,21 5:5 |
| **rubio**  8:16 | **support**  6:25 | **town**  2:25 | 5:6,6 6:19 7:13 |
| **ruling**  9:1 | **sure**  3:19 5:7 | **transcript**  10:4 | 8:13 |
| **running**  2:3 | 5:24 7:23 8:2 | **treated**  7:14 | **wants**  6:18 |
| **s** | **system**  7:20 8:5 | **tren**  2:8 | **way**  9:10 |
| **safe**  3:15,20 9:6 | **t** | **tried**  6:4 | **weapons**  5:13 |
| **safety**  6:12 | **t**  10:1,1 | **true**  10:4 | **week**  9:8 |
| **saying**  5:5 | **take**  2:11 8:13 | **trump**  3:20 | **welcome**  2:16 |
| **says**  2:6 | 8:24 | **trump's**  2:3 | **welcoming**  4:5 |
| **school**  6:8 | **talk**  7:5 | **trying**  4:6 5:13 | **we're**  3:19 5:17 |
| **secretary**  1:13 | **talking**  7:4 8:18 | **tv**  7:2 | 5:22,24 6:4 |
| 2:2,13,14 6:13 | 9:3 | **two**  4:23 | 7:18 8:2,3 9:2 |
| 8:16,16 9:9 | **task**  6:15 | **type**  4:5 | 9:5 |
| **securing**  8:3 | **tda**  3:12 5:12 | **u** | **whirlwind**  9:7 |
| **security**  1:13 | **temporary**  2:21 | **understand** | **withdrawing** |
| 2:2 3:7 9:9 | 3:2 | 7:16 | 2:20 |
| **see**  3:16 6:7 | **thank**  2:17 3:17 | **undocumented** | **women**  6:14 |
| 7:19 | 3:18,24 6:9,9 | 4:14 | |
| | 9:11,12 | | |

**[won - you've]**

| |
|---|
| **won**   9:13 <br> **wonderful**   2:18 <br> **work**   6:8,22  8:6 <br>   8:10,17 <br> **working**   8:21 <br> **world**   6:10 <br> **worry**   6:20 <br> **wrong**   5:8 |
| **y** |
| **yeah**   9:2 <br> **yesterday**   3:13 <br>   5:11 <br> **york**   2:6  3:13 <br>   4:9  6:3 <br> **you'll**   6:1 <br> **you're**   6:18 <br> **you've**   6:23 <br>   8:13 |