# EXHIBIT 15

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11    February 2, 2025 Meet the Press
12    Kristen Welker's Opening Sequence
13    Interviews with Department of Homeland
14    Security Secretary Kristi Noem, Missouri Senator
15    Eric Schmitt and Arizona Senator Mark Kelly
16    Panel Discussion
17
18
19
20
21
22
23
24
25
```

Page 1

1    KRISTEN WELKER:  This Sunday: Trump's
2  tariffs.  President Trump issues tariffs on
3  America's largest trading partners, threatening
4  to drive up prices for American consumers.
5  Mexico and Canada swiftly vowing to retaliate.
6    PRIME MINISTER JUSTIN TRUDEAU:  Tariffs
7  against Canada will put your jobs at risk.  They
8  will raise costs for you.
9    KRISTEN WELKER:  Is this the start of a
10  global trade war?  Plus: searching for answers.
11    JENNIFER HOMENDY:  We are going to
12  conduct a thorough investigation of this entire
13  tragedy looking at the facts.
14    KRISTEN WELKER:  As federal
15  investigators hunt for answers in the deadly
16  plane crash over the Potomac River, President
17  Trump shifts to blaming diversity policies, air
18  traffic controllers and his political rivals.
19    PRES. DONALD TRUMP:  I put safety
20  first.  Obama, Biden and the Democrats put policy
21  first.
22    SEC. SEAN DUFFY:  We can only accept
23  the best and the brightest.
24    SEC. PETE HEGSETH:  The era of DEI is
25  gone at the Defense Department.

Page 2

1    ANNOUNCER:  From NBC News in
2  Washington, the longest-running show in
3  television history, this is Meet the Press with
4  Kristen Welker.
5    KRISTEN WELKER:  Good Sunday morning.
6  After just two weeks in office, President Trump
7  is waging battles across the globe and inside his
8  own government.  Overnight, he imposed tariffs on
9  America's three largest trading partners.  They
10  are already hitting back, raising fears of a
11  trade war.  The president is also facing the
12  first crisis of his second term in office: the
13  worst aviation disaster in a generation, after an
14  Army Black Hawk helicopter and American Airlines
15  plane crashed above Washington.  There were no
16  survivors and 67 people died in the crash.  On
17  Thursday, after a moment of silence, President
18  Trump pivoted to politics, suggesting without
19  evidence that diversity and inclusion policies
20  contributed to the crash.
21    [BEGIN TAPE]
22    PRES. DONALD TRUMP:  The FAA is
23  actively recruiting workers who suffer severe
24  intellectual disabilities, psychiatric problems
25  and other mental and physical conditions under a

Page 4

1    KRISTEN WELKER:  And cabinet battles.
2    ROBERT F. KENNEDY JR.:  Senator, I
3  support vaccines.
4    SEN. MICHAEL BENNET:  This is a job
5  where it is life and death.
6    SEN JAMES LANKFORD:  Was Edward Snowden
7  a traitor?
8    TULSI GABBARD:  My heart is with my
9  commitment to our constitution.
10    KASH PATEL:  I would never do anything
11  unconstitutional or unlawful.
12    KRISTEN WELKER:  President Trump's most
13  controversial nominees face off on Capitol Hill,
14  but will they all be confirmed?  My guests this
15  morning: Homeland Security Secretary Kristi Noem,
16  Republican Senator Eric Schmitt of Missouri and
17  Democratic Senator Mark Kelly of Arizona.
18  Joining me for insight and analysis are NBC News
19  Senior White House Correspondent Kelly O'Donnell,
20  NBC News Chief Capitol Hill Correspondent Ryan
21  Nobles, Marc Short, former director of
22  legislative affairs to President Trump and former
23  Democratic Congresswoman Stephanie Murphy of
24  Florida.  Welcome to Sunday.  It's Meet the
25  Press.

Page 3

1  diversity and inclusion hiring initiative spelled
2  out on the agency's website.  Can you imagine?
3    REPORTER:  You have, today, blamed the
4  diversity element, but then told us that you
5  weren't sure that the controllers made any
6  mistake.  You then said perhaps the helicopter
7  pilots were the ones who –
8    PRES. DONALD TRUMP:  Yeah.
9    REPORTER:  -- made the mistake –
10    PRES. DONALD TRUMP:  It's all under
11  investigation.
12    REPORTER:  I understand that.  That's
13  why I'm trying to figure out how you can come to
14  the conclusion right now that diversity had
15  something to do with this crash.
16    PRES. DONALD TRUMP:  Because I have
17  common sense, okay?  And unfortunately, a lot of
18  people don't.
19    [END TAPE]
20    KRISTEN WELKER:  According to the FAA
21  and other aviation groups, all candidates seeking
22  to become air traffic controllers and pilots have
23  to go through years of rigorous training and
24  testing, and meet the same exceedingly high
25  standards.  As Washington was responding to the

Page 5

2 (Pages 2 - 5)

1 tragedy, President Trump's three most vulnerable
2 cabinet picks were testifying on Capitol Hill.
3 Now, multiple sources tell NBC News there is
4 growing concern in the White House and among
5 Republicans that Tulsi Gabbard's nomination for
6 director of national intelligence could be in
7 serious trouble after her confirmation hearing in
8 which she didn't directly answer whether Edward
9 Snowden, who leaked government secrets, is a
10 traitor.
11    [BEGIN TAPE]
12    SEN. JAMES LANKFORD:  Was he -- was he
13 a traitor at the time when he took America's
14 secret to release them in public and then ran to
15 China and became a Russian citizen?
16    TULSI GABBARD:  Senator, I'm focused on
17 the future and how we can prevent something like
18 this from happening again.
19    SEN. MICHAEL BENNET:  Was Edward
20 Snowden a traitor to the United States of
21 America?
22    TULSI GABBARD:  Senator, I will also
23 repeat my answer.  He broke the law.
24    SEN. MICHAEL BENNET:  Yes or no?  Is
25 Edward Snowden a traitor to the United States of

1    PRES. DONALD TRUMP:  No.
2    [END TAPE]
3    KRISTEN WELKER:  Canadian Prime
4 Minister Justin Trudeau firing back.
5    [BEGIN TAPE]
6    PRIME MINISTER JUSTIN TRUDEAU:  I want
7 to speak directly to Americans, our closest
8 friends and neighbors.  This is a choice that
9 yes, will harm Canadians but beyond that, it will
10 have real consequences for you.  It will raise
11 costs for you, including food at the grocery
12 store, gas at the pump.  They will impede your
13 access to an affordable supply of vital goods,
14 crucial for U.S.  security.
15    [END TAPE]
16    KRISTEN WELKER:  All of this comes as
17 the president is ramping up his deportation
18 efforts.  And joining me now from the border in
19 Del Rio, Texas is Homeland Security Secretary
20 Kristi Noem.  Secretary Noem, welcome back to
21 Meet the Press.
22    SEC. KRISTI NOEM:  Thank you.  Thank
23 you for inviting me to be with you today,
24 Kristen.
25    KRISTEN WELKER:  Thank you so much for

1 America?
2    TULSI GABBARD:  As someone who –
3    SEN. MICHAEL BENNET:  -- I'll go on to
4 my questions –
5    TULSI GABBARD:  -- has worn our uniform
6 in combat, I understand how critical our national
7 security is –
8    SEN. MICHAEL BENNET:  Apparently, you
9 don't.
10    [END TAPE]
11    KRISTEN WELKER:  White House officials
12 insist President Trump is standing by Gabbard.
13 Meanwhile, there have been a dizzying number of
14 actions this week, as President Trump halted
15 federal funding and then reversed course amid a
16 legal challenge, fired dozens of career
17 prosecutors inside the Justice Department and
18 forced out FBI senior executives.  And officially
19 on Saturday imposed tariffs on America's largest
20 trading partners: Mexico, Canada and China.
21    [BEGIN TAPE]
22    KELLY O'DONNELL:  Is there anything
23 China, Canada and Mexico can do tonight to
24 forestall your implementation of tariffs
25 tomorrow?

1 being here, madam secretary.  We are going to
2 talk about the border, the deportation plan in
3 just a moment.  I do have to start by talking
4 about the breaking news overnight, the president
5 officially announcing the new tariffs against
6 Canada, Mexico, and China, saying he wants those
7 countries to do more to crack down on illegal
8 immigration and drug trafficking.  The three
9 countries are all slamming the move.  They're
10 vowing retaliatory strikes.  Is the United States
11 now in a trade war?
12    SEC. KRISTI NOEM:  You know, these
13 countries have an opportunity to get onboard with
14 the president of the United States and to partner
15 with us to deal with illegal immigration, to take
16 back their individuals that have been in our
17 country illegally.  We want to repatriate them
18 home.  And they can be partners.  So
19 economically, yes, they will feel -- they will
20 feel pain.  They will feel what this consequences
21 are, and we'll be able to continue to go forward
22 with a president who's strong, who's putting
23 America first.
24    KRISTEN WELKER:  You know, let me just
25 stress that point that I made which is the

1 president cites stopping the flow of fentanyl and
2 undocumented migrants for reasons for these
3 tariffs. And yet, madam secretary, Canada is not
4 a major source of fentanyl coming into the United
5 States. It's frankly minuscule compared to what
6 is seized at the southern border. Why is the
7 United States punishing Canada, one of its
8 closest allies, more than China, where fentanyl
9 originates?
10     SEC. KRISTI NOEM: Canada has some work
11 to do as far as helping us secure our northern
12 border. So we still know we're extremely
13 vulnerable across that northern border, that we
14 have people coming into our country from China,
15 from foreign countries. We have people on the
16 terrorist watchlist that come in over our
17 northern border. And in fact what we have sent a
18 message this week on is that we're not just going
19 to enforce our southern border. We're going to
20 put extra resources, resources at that northern
21 border as well. So Canada needs to come to the
22 table. They need to work with us to make sure
23 that not only can we be good neighbors but that
24 we can help each other's economies by getting in
25 line and making sure that our immigration

Page 10

1 policies are followed, and that those that are
2 dangerous criminals face consequences. The
3 president has been very clear from the beginning
4 that there's a new sheriff in town, that he's
5 going to make sure he's putting Americans first,
6 and that Canada can help us or they can get in
7 the way, and they will face the consequences of
8 it.
9     KRISTEN WELKER: As you know, Madam
10 Secretary, economists all across the board are
11 warning that ultimately tariffs lead to higher
12 prices for consumers and that these tariffs in
13 particular could see prices increase on food,
14 electronics, and cars. The president himself
15 acknowledging this morning these tariffs could
16 cause, quote, "some pain." How is this move
17 helping President Trump fulfill his campaign
18 promise to lower prices?
19     SEC. KRISTI NOEM: You know, you've
20 seen the president take action already this week
21 with Colombia. And you saw Colombia react in a
22 very positive way that was good for everyone
23 involved. Canada, Mexico, other countries have
24 the opportunity to do exactly the same. So we
25 have a strong leader. He has laid down exactly

Page 11

1 what he is going to do and what the consequences
2 are. I encourage their leadership teams to get
3 onboard and to make sure that they're not pushing
4 up prices. If prices go up, it's because of
5 other people's reactions to America's laws. And
6 that's what President Trump is doing. He is
7 making sure that we're not picking and choosing
8 winners and losers, that the law applies equally
9 to everybody, American citizens. It applies to
10 those who are here illegally. And our world
11 leaders across the country and across the world,
12 they can help us, or they're going to face some
13 consequences.
14     KRISTEN WELKER: Okay, so notable, you
15 are acknowledging it is possible that prices
16 could, at least initially, go up. Secretary
17 Noem, let me shift now to the southern border,
18 where you are. Let's talk about the
19 administration's mass deportation plans. There
20 are a lot of questions about the announcement
21 this week that Guantanamo Bay will be used as a
22 detention facility for migrants. Will people
23 held at Guantanamo have the same due process
24 rights and access to attorneys that they have
25 here in the United States?

Page 12

1     SEC. KRISTI NOEM: Yes, due process
2 will be followed and having facilities at
3 Guantanamo Bay will be an asset to us in the fact
4 that we'll have the capacity to continue to do
5 there what we've always done. We've always had a
6 presence of illegal immigrants there that have
7 been detained. We're just building out some
8 capacity. So we appreciate the partnership of
9 the DOD in getting that up to the level that it
10 needs to get to in order to facilitate this
11 repatriation of people back to their countries.
12 So remember that Guantanamo Bay clearly, by this
13 president, has said that it will hold the worst
14 of the worst, that we are going after those bad
15 actors. This last week, I was in New York City.
16 We were going after people that had warrants out
17 for their arrest on murders and rapes, assaults,
18 gun purchases, drug trafficking. In fact we had
19 a member of TDA that was one of the ringleaders
20 that we picked up that that week, had been trying
21 to buy grenades. These are the types of
22 individuals that we are targeting, we're removing
23 from communities, and that could end up having a
24 stay at Guantanamo Bay before they are returned
25 home to their countries to deal with.

Page 13

4 (Pages 10 - 13)

1    KRISTEN WELKER:  Is it possible, Madam
2  Secretary, that people could be held at
3  Guantanamo Bay indefinitely?
4    SEC. KRISTI NOEM:  That is not the
5  plan.  The plan is to have a process that we
6  follow that's laid out in law and make sure that
7  we're dealing with these individuals
8  appropriately according to what the state and the
9  national lawsuit -- or law directs.  So we will
10  work with Congress to make sure that we're
11  addressing our legal immigration laws and using
12  Guantanamo Bay appropriately.  But it is an asset
13  that we have that we fully intend to utilize.
14    KRISTEN WELKER:  Could women, children,
15  and families be held there at Guantanamo?
16    SEC. KRISTI NOEM:  You know, if you
17  look at what we are doing today of targeting the
18  worst of the worst, we've been very clear on
19  that.  The priority of this president is to go
20  after criminal aliens that are making our streets
21  more dangerous.
22    KRISTEN WELKER:  But --
23    SEC. KRISTI NOEM:  After that, we have
24  final removal orders on many individuals in this
25  country.  They are the next priority, and we'll

1    KRISTEN WELKER:  Yeah.
2    SEC. KRISTI NOEM:  -- what happens when
3  they break the law and how they are returned to
4  their countries.  I've been extremely grateful
5  for Secretary of State Marco Rubio's work with
6  these countries to negotiate and use diplomacy to
7  ensure that they are going to be taking
8  individuals back not just from their country but
9  surrounding countries so that we can immediately
10  take action to return them far from the United
11  States, which dramatically increases the
12  likelihood that they're not going to come back.
13    KRISTEN WELKER:  Let me ask you, I've
14  been talking to people who are here legally and
15  they have expressed concerns.  They say they are
16  carrying, in some cases, their documents around
17  with them.  Some of them are afraid to go to
18  churches because ICE agents are now going into
19  churches and schools to carry out these
20  deportation operations.  Do people who are here
21  legally need to be carrying around paperwork?
22  And can you guarantee that people who are here
23  legally won't be wrongfully detained?
24    SEC. KRISTI NOEM:  Kristen, I would say
25  that if I've heard that expressed by people that

1  continue to work through --
2    KRISTEN WELKER:  But --
3    SEC. KRISTI NOEM:  -- people that are
4  breaking the law, that are in danger to these
5  communities, and use the detention centers that
6  we have set up in order to facilitate this in an
7  orderly way.
8    KRISTEN WELKER:  But I guess, Madam
9  Secretary, my question, would you rule out that
10  women, that children, that families could be held
11  at Guantanamo Bay?  Do you rule that out?
12    SEC. KRISTI NOEM:  You know, Kristen,
13  we're going to use the facilities that we have.
14  I think you're well aware we have other detention
15  facilities other places in the country.  So we
16  will utilize what we have according to what's
17  appropriate for the individuals that we have gone
18  out on these targeted operations with local law
19  enforcement and task forces to make sure that
20  they're being brought in, they're not paroled
21  anymore --
22    KRISTEN WELKER:  Yeah.
23    SEC. KRISTI NOEM:  -- onto our streets,
24  that we're keeping America safe, and that we're
25  following the process for --

1  are legal citizens of the United States, it's
2  because the media has perpetuated that fear.  The
3  media has said that that's a possibility.
4  There's nothing from this administration, from
5  President Trump or from any of the law
6  enforcement individuals in these communities,
7  that has said that they need to walk around and
8  be concerned about that at all.  We -- the
9  citizens of the United States are confident that
10  finally, after four long years of having a
11  president in the White House that ignored federal
12  law and endangered their communities, that
13  there's a different man in charge now.  There's a
14  man in charge who loves this country, is going to
15  help make their communities safer.  And these
16  citizens that live here are thrilled.  In fact,
17  when I was in New York City earlier this week and
18  --
19    KRISTEN WELKER:  Yeah.
20    SEC. KRISTI NOEM:  -- in several cities
21  since then, the people walking by us on the
22  streets were thanking our officers.  They were
23  thanking these investigators and those that were
24  taking these dangerous criminals out for being
25  there, for making sure that they could walk their

1 kids to school with a new confidence that they
2 could get there safely and that they could do
3 business and have their community back.
4         KRISTEN WELKER: Secretary Noem, let me
5 ask you about the news that you made overnight,
6 DHS officially making the decision to end
7 Temporary Protected Status. For our audience,
8 that means, applies to about half a million
9 Venezuelans. They no longer have protection from
10 deportation. These are people who were welcomed
11 here. They did everything by the books. Why
12 should they be subject to deportation? Just very
13 quickly.
14         SEC. KRISTI NOEM: Well, the TPP
15 program has been abused, and it doesn't have
16 integrity right now. And folks from Venezuela
17 that have come into this country are members of
18 TDA. And remember, Venezuela purposely emptied
19 out their prisons, emptied out their mental
20 health facilities and sent them to the United
21 States of America. So we are ending that
22 extension of that program, adding some integrity
23 back into it. And this administration's
24 evaluating all of our programs to make sure they
25 truly are something that's to the benefit of the

Page 18

1 note. I want to start by talking about this
2 horrific plane crash here in the nation's
3 capital. It claimed 67 lives. I know that you
4 have been paying close attention to this
5 investigation. President Trump, for his part
6 came out, he held a news conference, started with
7 a moment of silence, quickly shifted to politics,
8 including blaming diversity programs for the
9 crash. Do you believe that President Trump runs
10 the risk of getting ahead of the facts by drawing
11 conclusions that he himself says he has no
12 evidence that diversity programs played a role?
13         SEN. ERIC SCHMITT: Well, the first
14 thing I want to say is that our thoughts and
15 prayers are with the families. This is going to
16 be a long road for them. As everyone knows, this
17 is a nightmare. You know, you take a loved one
18 to the airport, you never expect this to happen,
19 you know, the last time you ever see that person.
20 And so, I don't want -- we'll talk about all
21 that, but the human tragedy here is something
22 that's gut-wrenching for those families. My
23 prayers, my family's prayers are with them, and I
24 know the country wants to wrap their arms around
25 them too. They deserve a full investigation, and

Page 20

1 United States, so that they're not to the benefit
2 of criminals.
3         KRISTEN WELKER: Homeland Security
4 Secretary Kristi Noem, thank you so much. I know
5 it's been a busy week. I know you've also been
6 very engaged in the investigation into --
7         SEC. KRISTI NOEM: Yeah.
8         KRISTEN WELKER: -- the horrific crash
9 here. We appreciate your joining us. Thank you
10 so much.
11         SEC. KRISTI NOEM: Yeah. Thank you so
12 much. We're praying for their families,
13 absolutely.
14         KRISTEN WELKER: Thank you, Madam
15 Secretary. When we come back, Republican Senator
16 Eric Schmitt of Missouri joins me next.
17         (Break)
18         KRISTEN WELKER: Welcome back. And
19 joining me now is Republican Senator Eric Schmitt
20 of Missouri. Senator Schmitt, welcome back to
21 Meet the Press.
22         SEN. ERIC SCHMITT: It's great to be
23 with you, Kristen.
24         KRISTEN WELKER: Well, it is great to
25 have you back. I do have to start on a somber

Page 19

1 I think we've learned a few things already. But
2 as it relates specifically to the president's
3 comments, this is nothing new, Kristen. This
4 idea of emphasizing DEI across the federal
5 government has real ramifications. The president
6 said and as you just mentioned, not related
7 specifically, we don't know, the investigation
8 will find out. But broadly speaking, DEI is
9 poison. It's hurt recruiting, it's hurt hiring,
10 it's hurt retention. The hours spent on these
11 struggle sessions during training is hours you
12 don't spend on safety. And that's just a fact.
13 And it's evidenced by the fact that 1,000 people
14 sued the air traffic control for not being hired
15 because of their race. It's evidenced by the
16 fact that you have also people who were fired
17 from air traffic controls, and pilots for not
18 taking the Covid shot. And then, you know, the
19 government then, of course, makes it a priority
20 to hire 87,000 IRS agents to roam across the
21 country and harass Americans. So this has
22 become, Kristen, an obsession. And in the
23 commerce committee, if you paid any attention —
24 (INAUDIBLE) that I've had, other members have
25 had, to put these policies — (INAUDIBLE) exactly

Page 21

6 (Pages 18 - 21)

1 what they've done. And they try to score
2 political points by doing it, but it has real
3 ramifications on the workforce.
4      KRISTEN WELKER: Just very quickly, I
5 mean, we have to point out that the FAA, aviation
6 groups, say that every pilot, every air traffic
7 controller has to pass the same rigorous test.
8 They have to meet exceedingly high standards.
9 But bottom line, Senator, what I'm asking you, do
10 you have any evidence whatsoever that diversity
11 programs played a role in this crash? Because
12 the President said he doesn't.
13      SEN. ERIC SCHMITT: Well, no one has
14 said that. But I do think if you want to find a
15 solution you have to be honest about the problem.
16 And the truth is, merit has taken a backseat to
17 quotas. That's the truth --
18      KRISTEN WELKER: But Senator, we don't
19 know that's the problem in this case–
20      SEN. ERIC SCHMITT: No, no.
21      KRISTEN WELKER: We don't know that
22 that's the problem in this instance–
23      SEN. ERIC SCHMITT: I know. But
24 Kristen, Kristen we can distinguish the
25 investigation in this case versus writ large.

1 It's also true in our military. Pete Hegseth is
2 going to get rid of DEI in the military. It's
3 divisive, it's hurt recruiting. The same is true
4 across the government. People don't want to sit
5 through these struggle sessions with this race
6 essentialism. And by the way, the federal
7 government is being sued for discriminating
8 against certain employees because of their race.
9 So this is a fact of the matter. It's true. And
10 the one thing people care about is they want to
11 get from here to there safely. I don't care, and
12 Americans don't care the race of the pilot, or
13 somebody in the tower, or their religion, or
14 their gender. They just want the best people,
15 and that is what we have to get back to in the
16 country.
17      KRISTEN WELKER: Alright. Let's, as
18 you say, your thoughts and prayers are with the
19 families right now. I think that certainly is
20 something that everyone can agree with. I do
21 want to move on--
22      SEN. ERIC SCHMITT: Absolutely--
23      KRISTEN WELKER: --to tariffs, this
24 breaking news overnight. President Trump, as you
25 know, won in part on a vow to bring down prices.

1 He's now imposing tariffs on the country's three
2 biggest trading partners: Mexico, Canada, and
3 China. Can you guarantee, Senator, that these
4 tariffs won't drive up prices?
5      SEN. ERIC SCHMITT: All we have to do
6 is look at President Trump's first four years
7 where he institutes tariffs. We didn't see
8 inflation. In fact, we saw record wage growth.
9 We saw $200 billion plus go into the Treasury
10 from those tariffs. Tariffs that help even the
11 playing field with countries who have been
12 ripping us off, quite frankly, for generations.
13 China, specifically. I think the American people
14 are tired of being ripped off. They're tired of
15 seeing their jobs go overseas. But I think these
16 tariffs specifically, Kristen, are meant to bring
17 Canada and Mexico to the table for the fentanyl
18 that is streaming into our communities. It's
19 also worth noting, in the last four years, that
20 the trade imbalance and our trade deficit has
21 gone up 200 percent plus with Canada and up 52
22 percent with Mexico. The fact is these countries
23 are taking advantage of us. All along the while
24 we've got fentanyl streaming into our country.
25 So Mexico has a choice. They can choose to trade

1 with the United States or continue to cozy up
2 with the cartels. It's pretty simple.
3      KRISTEN WELKER: But you talk about
4 President Trump's first term. It's worth noting
5 that during his first term a number of prices did
6 go up on various goods from washing machines and
7 tires. You mention Canada. Very little fentanyl
8 is coming across the border from Canada. Why is
9 the President punishing Canada more than China,
10 the country's adversary? Do you think that's
11 right?
12      SEN. ERIC SCHMITT: Well, that number
13 is growing, though, Kristen. I think it's
14 important, especially in the last year--
15      KRISTEN WELKER: –But it's minuscule
16 right now. It's miniscule right now.
17      SEN. ERIC SCHMITT: But it's growing.
18 It's growing. And when they have a porous
19 border, and they don't seem very concerned at
20 all-- and by the way, I heard the clip earlier,
21 Justin Trudeau sort of lecturing Americans. My
22 advice to him is, he probably ought to talk to
23 the Canadian people who are about ready to throw
24 him out of office because he's been a total
25 disaster. So, I think we've got a president that

7 (Pages 22 - 25)

1  wants to put America first and protect people.
2  We have 100,000 people a year, Kristen, dying
3  from fentanyl.  He ran about this -- on this.
4  This is not a surprise.  He talked about getting
5  operational control of our border, he talked
6  about tariffs and improving our standing in the
7  world.  He's doing all those things.  And look no
8  further, the best evidence of this last week.
9  Colombia came to the table after that threat and
10  agreed to take criminals back into their country,
11  and illegal immigrants.  So, the fact of the
12  matter is it works.  It worked the first time
13  when he was in office.  We didn't see inflation,
14  we saw wage growth, and we saw more on-shoring of
15  jobs back here to the United States.
16      KRISTEN WELKER:  I have to ask you
17  about the confirmation hearings, of course.  Last
18  time you were here in November you told me you
19  were a "yes" on President Trump's Cabinet
20  nominations.  Some of your Republican colleagues,
21  this week expressing concern in the wake of Tulsi
22  Gabbard's confirmation hearing.  She's been
23  tapped to be the Director of National
24  Intelligence.  Of course she was pressed on
25  whether Edward Snowden is a traitor–would not

Page 26

1  answer that directly.  Senator, are you still a
2  "yes" on Tulsi Gabbard's confirmation?
3      SEN. ERIC SCHMITT:  I am, 100 percent.
4  I think she's very well-qualified.  No one's
5  disputing that.  She served our country honorably
6  in the military.  She's been a member of
7  Congress.  And I think she strikes a really
8  important balance for a key position of civil
9  liberties, protecting civil liberties of United
10  States citizens, and also our national security.
11  So, I still think she's going to get confirmed.
12  That's what this confirmation process is all
13  about, for people to ask tough questions.  And I
14  think she's going to do just fine next week.
15      KRISTEN WELKER:  Senator, very quickly
16  to you, how would you answer that same question?
17  Is Edward Snowden a traitor?
18      ERIC SCHMITT:  Look, I think it's, it's
19  so interesting that this lexicon that gets
20  manipulated now.  There were certain words that
21  you needed to say during COVID.  There are
22  certain words that you need to say now.  The fact
23  of the matter is, the people who are most
24  concerned, the most pushing this narrative are
25  the same ones who had no issues whatsoever with

Page 27

1  the intelligence community spying on a
2  presidential candidate that happened to be
3  President Trump, suppressing the Hunter Biden
4  laptop story when he was running again, and then,
5  of course, the lawfare that included.  So, I
6  think people are tired of these games, of this
7  sort of, "gotcha" stuff.  Look, if he's, if he's
8  been indicted, he comes back to the States, he's
9  going to have a trial.  But this idea we tried to
10  disqualify using these terms is ridiculous.
11      KRISTEN WELKER:  Well, and what I'm
12  doing really, I mean, these are questions that
13  were asked by your Republican colleagues,
14  including Senator Langford, who asked very
15  simply, is he a traitor?  A government contractor
16  who leaked government secrets?  It's a very
17  simple question, yes or no?  We're almost out of
18  time, though.
19      ERIC SCHMITT:  Sure.
20      KRISTEN WELKER:  Is he a traitor?
21      ERIC SCHMITT:  I think he was pretty
22  clear.  I think she's pretty clear.
23      KRISTEN WELKER:  But what do you think?
24      ERIC SCHMITT:  That she served this
25  country honorably, and I think it's totally

Page 28

1  ridiculous to try to smear people who are trying
2  to serve this country, because again, it's sort
3  of "gotcha." And I will also point out a lot of
4  people that are asking this don't like her
5  because she's going to bring reform and she's
6  going to curb the excesses in the worst instincts
7  of the intelligence community at times that has
8  gone after presidential candidates.
9      KRISTEN WELKER:  Alright.  Senator Eric
10  Schmitt, thank you so much for being here.
11  Really appreciate it.
12      SEN. ERIC SCHMITT:  Great to be with
13  you.
14      KRISTEN WELKER:  When we come back,
15  Democratic Senator Mark Kelly of Arizona joins me
16  next.
17      (Break)
18      KRISTEN WELKER:  Welcome back, and
19  joining me now is Democratic Senator Mark Kelly
20  of Arizona.  Senator Kelly, welcome back to Meet
21  the Press.
22      SEN. MARK KELLY:  Good morning,
23  Kristen.
24      KRISTEN WELKER:  It's great to have you
25  back.  I do have to start again on this tragic

Page 29

8 (Pages 26 - 29)

1 news about this plane crash here in the nation's
2 capital.  You, of course, have flown combat
3 missions as a Navy pilot.  You just heard my
4 conversation with Senator Schmitt responding to
5 what we heard from President Trump this week,
6 that diversity programs, according to the
7 president, may have played a role.  The president
8 acknowledging he does not have proof of that.
9 What is your take on what we know and what you've
10 heard?
11        SEN. MARK KELLY:  Well, Kristen, first,
12 it's a tragic and sad accident.  I really feel
13 for the families on the plane, on the helicopter.
14 It's -- you know, you know, these accidents are
15 all often a very complicated set of things that
16 happen sequentially.  It's often not one thing
17 that causes a major aviation accident like this.
18 I've been involved in accident investigations,
19 particularly, like with the -- with Space Shuttle
20 Columbia, you know, as an example, that we lost
21 in 2003.  And to say that it has to do with the
22 person's color of their skin or their gender, I
23 think that's just poor leadership.  And
24 especially at a time where any president is
25 supposed to be the consoler-in-chief, and not the

1 person that's going to try to divide us as a
2 country, especially when you don't have the
3 appropriate information.  And he clearly does not
4 have the information in this case.  This is too
5 early in the investigation.  The NTSB is really
6 good at this.  They'll do a thorough
7 investigation and we'll eventually see what the
8 cause of this accident was.
9        KRISTEN WELKER:  Yeah, and they are
10 still investigating, that is for sure.  Let's
11 shift to the other big news of this morning, the
12 president's announcement on tariffs on the
13 country's three biggest trading partners.  You
14 heard Senator Schmitt defending the plan, you
15 heard Secretary Noem defending the plan as well,
16 saying ultimately this will be good for the
17 economy, rejecting the idea that it could drive
18 up prices.  Do you think, as President Trump has
19 argued, that tariffs ultimately will be good at
20 stemming the flow of illegal immigration and
21 fentanyl?
22        SEN. MARK KELLY:  Kristen, you're --
23 we're talking about two different things here.
24 Border security is important.  I represent
25 Arizona.  We're a border state.  There are things

1 that we could do to strengthen the border.  You
2 know, we've demonstrated that Democrats and
3 Republicans can work together to come up with
4 real policy solutions.  What the president has
5 proposed here, raising tariffs on Canada and
6 Mexico, it's going to just do one thing.  You say
7 it may raise prices.  It will raise prices for
8 American consumers.  We saw this in his first
9 administration here in Arizona.  We wound up in a
10 trade war over certain things with China.  For
11 cotton producers and pecan farmers, they wound up
12 -- it really, really hurt their businesses.  But,
13 you know, beyond this it's going to hurt American
14 families.  They're going to see prices go up for
15 food, for energy, for electronics, I think you
16 mentioned that, for autos.  This is not the way
17 to handle this.
18        KRISTEN WELKER:  I do want to turn to
19 the nomination process.  Tulsi Gabbard in the
20 spotlight this week.  You were among those asking
21 her a range of different questions during her
22 confirmation hearing.  She is a former Democratic
23 lawmaker.  We should let — remind folks of that.
24 She ran for president in the Democratic Party.
25 Notably, you have supported all but two of Mr.

1 Trump's nominees so far, but you've expressed
2 some real concerns about Tulsi Gabbard.  Based on
3 your conversations, do you think Tulsi Gabbard
4 has the votes to get confirmed?
5        SEN. MARK KELLY:  Well, I think anybody
6 who went into that confirmation hearing this week
7 with questions about, you know, her background,
8 her ability to manage 18 intelligence agencies,
9 and also her commitment to guard our secrets --
10 as the director of national intelligence, she is
11 responsible for a lot.  She's got to sort through
12 a massive amount of information every single day,
13 decide what to present to the president.  I think
14 if you had questions about her decision making
15 and her judgment when you went into that hearing,
16 I think anybody that sat there, like I did, or my
17 colleagues on both sides of the aisle, probably
18 left with more questions.  I know I did.  You
19 played Senator Lankford's exchange with her over
20 whether or not Edward Snowden was a traitor.
21 It's a pretty simple question to ask.  He
22 actually thought he was throwing her a softball,
23 something she could easily, you know, admit to.
24 I mean, the definition of a traitor's pretty
25 simple.  I mean, whether or not somebody betrayed

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1 our country, and in the case of Edward Snowden,
2 we know he did. He gave -- he released a lot of
3 classified information, top secret information,
4 over a million documents, and he gave a lot of
5 those to Russia, he may have given some to China.
6 He meets the definition. I don't see why she
7 couldn't, you know, say that. I'm kind of
8 puzzled by it and, you know, I don't know why she
9 wouldn't admit that. It's interesting, my friend
10 and colleague, Eric Schmitt, wouldn't either. I
11 don't, you know, I don't question, you know, his
12 judgment on this. I think this is a very
13 political situation. But I think my Republican
14 colleagues, many of them will still have
15 questions about her nomination.
16      KRISTEN WELKER: All right, well, we'll
17 have to see how it all plays out. It will be
18 obviously a dynamic several days as we wait to
19 see what happens with her vote, whether she gets
20 out of committee. Sources who are close to her
21 say they do feel confident she will. I do want
22 to talk about the president's mass deportation
23 plans. You heard from Homeland Security
24 Secretary Kristi Noem earlier in the broadcast.
25 ICE operations are already being carried out

Page 34

1 across the country. You have pushed for tougher
2 standards, tougher border policies. Do you
3 support what you are seeing so far, the
4 deportation plan, as it's been carried out by the
5 president?
6      SEN. MARK KELLY: Yeah, I don't. For a
7 number of reasons. It seems to be more about
8 intimidation of a big population of people. It's
9 going down the road of mass deportation, which he
10 said he would do, which would rip communities
11 apart. These are really bad ideas. Sending --
12 Trying to send folks back to Colombia, which we
13 do routinely, but sending them on military
14 airplanes, which, by the way, costs a lot more
15 money than putting them on a chartered airline
16 flight which we've, you know, done for decades.
17 It's all about scaring and intimidating people.
18 It's the same thing for Guantanamo Bay. Building
19 a facility there is because it just sounds very
20 frightening to a lot of folks. When you're a
21 criminal, we need to find where you are and we
22 need to take you into custody, and if you're not
23 documented, you should be returned. That makes
24 sense. I'm all about public safety and border
25 security. But we've got to do it in a way

Page 35

1 accordance with our values.
2      KRISTEN WELKER: One more question to
3 you, Senator. President Trump obviously signed
4 the Laken Riley Act into law this week. Just so
5 folks understand, that will allow law enforcement
6 to detain and to deport undocumented immigrants
7 who've been charged with theft-related crimes.
8 You voted in support of this bill. I had an
9 opportunity to interview your colleague, Senator
10 Adam Schiff, who opposed it. He told me last
11 week this bill is so broad the U.S., quote,
12 "would be able to deport Dreamers for taking a
13 tube of toothpaste." Can you guarantee this law
14 won't be applied in a way that's overly broad?
15      SEN. MARK KELLY: Well, this law is
16 about public safety. Representing a border
17 state, this affects Arizona I think more than
18 other states just because of, you know, numbers,
19 and it's where, you know, folks cross. Kristen,
20 if you come across the border and you don't have
21 documentation, you've already committed a crime.
22 This is for somebody who then decides to commit a
23 second crime. And they're taken into custody,
24 there'll be due process involved so they could
25 eventually -- if they can prove that these are

Page 36

1 not valid charges, or they go through the court
2 system -- they could then be released. I'm not
3 concerned about, you know, what Adam is talking
4 about. I think, you know, very highly of
5 Dreamers. You know, Dreamers are as American as
6 my own two kids. I think we should be working
7 towards a pathway to citizenship for Dreamers. I
8 know some of my Republican colleagues feel the
9 same way. And we're going to solve these border
10 issues by working together, Democrats and
11 Republicans, to come up with policy changes on
12 border security and immigration reform.
13      KRISTEN WELKER: All right, Senator
14 Kelly, thank you so much for joining us. We
15 really appreciate it.
16      SEN. MARK KELLY: Thank you, Kristen.
17      KRISTEN WELKER: And when we come back,
18 a warning about the need for checks and balances
19 in the federal government from a former attorney
20 general. Our Meet the Press Minute is next.
21      KRISTEN WELKER: Welcome back. One of
22 the Senate's key checks on the executive branch
23 was back on display this week as senators grilled
24 some of President Trump's more vulnerable Cabinet
25 nominees like Robert F. Kennedy, Jr. Back in

Page 37

10 (Pages 34 - 37)

1 1961, Attorney General Robert F. Kennedy, Sr.
2 joined Meet the Press with this defense of
3 Congress's role in reining in the administration.
4      [BEGIN TAPE]
5      ROBERT F. KENNEDY, SR.: I think it's
6 terribly important to ensure that the executive
7 branch of the government is not corrupt, and that
8 they are efficient, that the legislative branch
9 of the government has this ability to check on
10 what we're doing in the executive branch of the
11 government. So, in every instance that has been
12 brought to our attention at the Department of
13 Justice so far by various departments of the
14 executive branch where this question has been
15 raised, we have suggested and recommended that
16 they make the information available to Congress.
17 We will continue to do that. I don't say that
18 there might not be an instance where executive
19 privilege might have to be used, but I think that
20 it's terribly important, with the executive
21 branch of the government as powerful and strong
22 as it is, that there be some check and balance on
23 it.
24      [END TAPE]
25      KRISTEN WELKER: And when we come back,

1 after our nearest neighbors and one of our
2 biggest global adversaries and competitors in
3 China. And I pressed him looking for, "What does
4 he want back? Is it a negotiating ploy? Is
5 there a concession you're looking for?" And he
6 kept saying no. And if you read the text of it,
7 he talks about the national emergency we have
8 with Canada, using that power, that authority he
9 has to declare something that many Americans may
10 not see. I then asked him about, "You ran
11 wanting to reduce prices, and we know that prices
12 are paid -- the -- the importers pay the tariff
13 and then it's passed on." And he said, "There
14 could be disruption. But people will
15 understand." I said, "Mr. President, you said
16 you would reduce everyday costs." So, I think
17 there is a lot more to be understood about the
18 real world impact. It's coming on the fly. It
19 appeared on the fly. He sort of negotiated down
20 from 25 percent to 10 percent on energy because
21 we know energy matters to his overall policy, and
22 it matters to Americans who have to fill their
23 gas tanks.
24      KRISTEN WELKER: Well, Ryan, pick up
25 there. Because for so many constituents of

1 will President Trump's controversial Cabinet
2 nominees make it through the confirmation
3 process? The panel is next.
4      (Break)
5      KRISTEN WELKER: Welcome back. The
6 panel is here: NBC News Senior White House
7 Correspondent Kelly O'Donnell, NBC News Chief
8 Capitol Hill Correspondent Ryan Nobles, former
9 Democratic Congresswoman Stephanie Murphy of
10 Florida, and Marc Short, former Trump Director of
11 Legislative Affairs. Thanks to all of you for
12 being here. Boy, there are a lot of headlines to
13 get to. Kelly, let's start with the one that
14 broke overnight: tariffs. The president
15 officially moving to impose tariffs against
16 America's three biggest trading partners. You
17 had a very robust exchange with him on Friday in
18 the Oval Office about a range of issues,
19 including this one. You pressed him repeatedly:
20 will prices go up?
21      KELLY O'DONNELL: We had a lot of back
22 and forth on this. In part, I was acting as a
23 pool reporter, so I was in the Oval. And what
24 was striking is this is the president's first
25 foreign policy move, and it is one that goes

1 lawmakers on Capitol Hill, this is a, you know,
2 issue that impacts them on a day-to-day basis.
3 What is the reaction that you're starting to see
4 trickle into this news that the president is
5 imposing tariffs? And, by the way, potentially
6 vowing to escalate them if these other countries
7 retaliate, which they say they're going to do.
8      RYAN NOBLES: Well, this is going to be
9 a real test to see if Republicans in Congress are
10 willing to stand up to the president, because
11 they're going to be the first ones to hear
12 directly from their constituents when their
13 constituents' prices start to rise. And what
14 we've seen, at least in the first two weeks of
15 this administration, is that Congressional
16 Republicans are largely out of the loop. They're
17 finding out about these major policy proposals
18 oftentimes when we tell them in the hallways of
19 Congress. And so, there's little opportunity for
20 them to react, to respond, and to encourage the
21 president to go into a different direction
22 because he's not consulting them on some of these
23 big decisions. There's a long laundry list of
24 things that I know you want to talk about,
25 Kristen. So, we'll have to see if they're

11 (Pages 38 - 41)

1 reactionary here. Do they plead with the White
2 House to try and rein this in or refine the
3 policy proposal a little bit? Because there's no
4 doubt they're going to hear from their
5 constituents first. And we're only a year and
6 change away from the next election, and they're
7 the ones that are going to feel the brunt of
8 these decisions first.
9     KRISTEN WELKER: Marc, as someone who
10 was in the first Trump administration when
11 tariffs were imposed against China, there's a
12 difference between these round of tariffs and
13 what we saw during the first Trump
14 administration.
15     MARC SHORT: I think this is one of the
16 greatest differences between Trump 1.0 and Trump
17 2.0. In the first administration, the tariffs
18 were largely targeted, largely toward China for
19 national security purposes to get concessions.
20 The first administration had economic advisors
21 and national security advisors who believed in
22 trade for both economic benefit and national
23 security benefit. The team he has around him
24 today has a very different viewpoint. It's a
25 very mercantilist viewpoint that says, "You

1 should be paying for access to American markets."
2 Regardless of the reality that Americans or the
3 importers paying that tariff or that tax, the
4 belief is that this is a tax that should be --
5 should be assessed to other people. I think the
6 bigger question is going to be if there's this
7 huge market reaction this week, if it begins to
8 impact the economy, then I think could undermine
9 a lot of his other parts of his agenda. And I'll
10 say this is just the beginning. The president
11 and his current team really believe this is the
12 right economic policy across the board and there
13 will be a lot more tariffs coming.
14     KRISTEN WELKER: Yeah. Stephanie,
15 let's zoom out a little bit. This week really
16 has brought a dizzying number of headlines. It
17 started with the administration basically
18 announcing cuts to all federal aid. They pulled
19 that back, so big reversal. We're kind of
20 waiting to see how that plays out. The
21 president, as we talked about on the program,
22 blaming diversity programs for the crash. And
23 then on Friday, the announcement that a number of
24 prosecutors -- career prosecutors within the FBI
25 and DOJ being fired. What do you make of this

1 broad set of events that we have witnessed?
2     STEPHANIE MURPHY: Well, I think that
3 the Democrats have a real opportunity here if
4 they focus on standing up for the people. And
5 while some of the things that you mentioned are
6 really outrageous –firing people at the
7 Department of Justice and at the FBI -- Democrats
8 can't be seen as fighting for power within
9 Washington. They have to be seen fighting for
10 the people. And so highlighting the federal
11 funding freeze, talking about the impact of
12 tariffs on everyday Americans, and the cost of
13 their groceries, and all of their prices, that's
14 going to be a winning message for Democrats.
15 It's unfortunate, though, because this president
16 ran and won on lowering costs for Americans, and
17 his first sets of policies are going to actually
18 raise costs for Americans. And Democrats are
19 going to hang that around not just Donald Trump
20 but also Republicans in Congress.
21     KRISTEN WELKER: Yeah, we are starting
22 to see them galvanize around this message that
23 you talk about, Stephanie. And what's so notable
24 about the FBI firings, Kash Patel said in his
25 hearing there will not be retribution against

1 anyone at the FBI. And Ryan, it comes as we have
2 this new reporting that of all the president's
3 nominees, it's Tulsi Gabbard who may be in real
4 trouble. That White House officials were rattled
5 by her inability to say that "Yes, Edward Snowden
6 is a traitor." Notably, today Senator Schmitt
7 didn't want to go there, didn't want to touch it.
8 What are you hearing about her chances of getting
9 confirmed?
10     RYAN NOBLES: So, I think of the three
11 most controversial picks -- Patel, RFK Jr., and
12 Tulsi Gabbard -- Gabbard is the one that is in
13 the most danger. But I do think that you have to
14 start from a place of them getting confirmed and
15 work your way back. Because what this
16 administration is not going to do is what they
17 did with Matt Gaetz and pull the nominee back
18 before they get a vote. They're going to force
19 every single Republican senator to be accountable
20 for this vote, and vote yes or no. And that
21 includes Tulsi Gabbard. Now, there is a
22 difference, though, in their approach in terms of
23 how they're encouraging or putting pressure on
24 these senators to vote yes or no, which a part of
25 your reporting says, Kristen. And you know, with

1 Pete Hegseth, it was a very clear message to
2 Republican senators, a message sometimes sent by
3 the president himself. At this point, we're not
4 seeing that same level of pressure with Tulsi
5 Gabbard. Whether or not that leads to enough
6 senators, you know, it would require four to step
7 out and vote no, that's something we'll probably
8 find out this week.
9        KRISTEN WELKER: Yeah. Kelly, you know
10 how this plays out, having covered the Hill.
11        KELLY O'DONNELL: It is also a test of
12 how the president judges those on camera
13 performances. And for Robert Kennedy Jr. and
14 Tulsi Gabbard, the performances during the
15 hearings did not meet the same bar that Pete
16 Hegseth did.
17        KRISTEN WELKER: And Marc, what do you
18 make of Tulsi Gabbard, but then this morning
19 Senator Schmitt saying, "I'm not going to touch
20 that. That's -- that's not a real question." And
21 yet it was a question that Republicans were
22 asking her.
23        MARC SHORT: I think a lot of Americans
24 don't remember who Edward Snowden is or Julian
25 Assange. But I think that -- a lot of Trump

1 supporters believe the Intelligence Committee
2 hurt him greatly with the fake Russia
3 investigation. But the speed of position where
4 you can say that somebody who sold American
5 secrets, that put Americans in uniforms lives in
6 danger is somehow not a traitor, is an extension
7 that goes far beyond the pale of where I think
8 our party is today when you can't say that Julian
9 Assange and Edward Snowden were actually
10 traitors.
11        STEPHANIE MURPHY: National security is
12 dependent on the ability to collect intelligence
13 and safeguard intelligence. And on both of those
14 counts, Tulsi's hearing showed that she didn't
15 full-throately believe in either the key ability
16 to collect the intelligence or the need to
17 safeguard it. And I think that should put some
18 real questions in the senators' minds.
19        KRISTEN WELKER: All right. Well,
20 we'll have to see how it all plays out. Great
21 conversation, guys. Thanks so much for being
22 here. That is all for today. Thank you so much
23 for watching. We'll be back next week, because
24 if it's Sunday, it's Meet the Press.
25

1            C E R T I F I C A T I O N
2
3 I, Sonya Ledanski Hyde, certify that the
4 foregoing transcript is a true and accurate
5 record of the proceedings.
6
7
8
9 *Sonya M. Ledanski Hyde*
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date: February 18, 2025
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[1,000 - answer]**

| 1 |
|---|
| **1,000**  21:13 |
| **1.0**  42:16 |
| **10**  40:20 |
| **100**  27:3 |
| **100,000**  26:2 |
| **11501**  48:14 |
| **12151**  48:9 |
| **18**  33:8 48:16 |
| **1961**  38:1 |

| 2 |
|---|
| **2**  1:11 |
| **2.0.**  42:17 |
| **200**  24:9,21 |
| **2003**  30:21 |
| **2025**  1:11 48:16 |
| **25**  40:20 |

| 3 |
|---|
| **300**  48:13 |
| **330**  48:12 |

| 5 |
|---|
| **52**  24:21 |

| 6 |
|---|
| **67**  4:16 20:3 |

| 8 |
|---|
| **87,000**  21:20 |

| a |
|---|
| **ability**  33:8 38:9 47:12,15 |
| **able**  9:21 36:12 |
| **above**  4:15 |

**absolutely** 19:13 23:22
**abused** 18:15
**accept** 2:22
**access** 8:13 12:24 43:1
**accident** 30:12 30:17,18 31:8
**accidents** 30:14
**accordance** 36:1
**accountable** 45:19
**accurate** 48:4
**acknowledging** 11:15 12:15 30:8
**act** 36:4
**acting** 39:22
**action** 11:20 16:10
**actions** 7:14
**actively** 4:23
**actors** 13:15
**actually** 33:22 44:17 47:9
**adam** 36:10 37:3
**adding** 18:22
**addressing** 14:11
**administration** 17:4 32:9 38:3 41:15 42:10,14 42:17,20 43:17

45:16
**administratio...** 12:19 18:23
**admit** 33:23 34:9
**advantage** 24:23
**adversaries** 40:2
**adversary** 25:10
**advice** 25:22
**advisors** 42:20 42:21
**affairs** 3:22 39:11
**affects** 36:17
**affordable** 8:13
**afraid** 16:17
**agencies** 33:8
**agency's** 5:2
**agenda** 43:9
**agents** 16:18 21:20
**agree** 23:20
**agreed** 26:10
**ahead** 20:10
**aid** 43:18
**air** 2:17 5:22 21:14,17 22:6
**airline** 35:15
**airlines** 4:14
**airplanes** 35:14
**airport** 20:18

**aisle** 33:17
**aliens** 14:20
**allies** 10:8
**allow** 36:5
**alright** 23:17 29:9
**america** 6:21 7:1 9:23 15:24 18:21 26:1
**america's** 4:9 6:13 7:19 12:5 39:16
**american** 2:4 4:14 12:9 24:13 32:8,13 37:5 43:1 47:4
**americans** 8:7 11:5 21:21 23:12 25:21 40:9,22 43:2 44:12,16,18 46:23 47:5
**america's** 2:3
**amid** 7:15
**amount** 33:12
**analysis** 3:18
**announcement** 12:20 31:12 43:23
**announcer** 4:1
**announcing** 9:5 43:18
**answer** 6:8,23 27:1,16

**[answers - broadly]**

**answers** 2:10 2:15
**anybody** 33:5 33:16
**anymore** 15:21
**apart** 35:11
**apparently** 7:8
**appeared** 40:19
**applied** 36:14
**applies** 12:8,9 18:8
**appreciate** 13:8 19:9 29:11 37:15
**approach** 45:22
**appropriate** 15:17 31:3
**appropriately** 14:8,12
**argued** 31:19
**arizona** 1:15 3:17 29:15,20 31:25 32:9 36:17
**arms** 20:24
**army** 4:14
**arrest** 13:17
**asked** 28:13,14 40:10
**asking** 22:9 29:4 32:20 46:22
**assange** 46:25 47:9

**assaults** 13:17
**assessed** 43:5
**asset** 13:3 14:12
**attention** 20:4 21:23 38:12
**attorney** 37:19 38:1
**attorneys** 12:24
**audience** 18:7
**authority** 40:8
**autos** 32:16
**available** 38:16
**aviation** 4:13 5:21 22:5 30:17
**aware** 15:14

**b**

**back** 4:10 8:4 8:20 9:16 13:11 16:8,12 18:3,23 19:15 19:18,20,25 23:15 26:10,15 28:8 29:14,18 29:20,25 35:12 37:17,21,23,25 38:25 39:5,21 40:4 43:19 45:15,17 47:23
**background** 33:7
**backseat** 22:16
**bad** 13:14 35:11

**balance** 27:8 38:22
**balances** 37:18
**bar** 46:15
**based** 33:2
**basically** 43:17
**basis** 41:2
**battles** 3:1 4:7
**bay** 12:21 13:3 13:12,24 14:3 14:12 15:11 35:18
**beginning** 11:3 43:10
**begins** 43:7
**belief** 43:4
**believe** 20:9 43:11 47:1,15
**believed** 42:21
**benefit** 18:25 19:1 42:22,23
**bennet** 3:4 6:19 6:24 7:3,8
**best** 2:23 23:14 26:8
**betrayed** 33:25
**beyond** 8:9 32:13 47:7
**biden** 2:20 28:3
**big** 31:11 35:8 41:23 43:19
**bigger** 43:6
**biggest** 24:2 31:13 39:16 40:2

**bill** 36:8,11
**billion** 24:9
**bit** 42:3 43:15
**black** 4:14
**blamed** 5:3
**blaming** 2:17 20:8 43:22
**board** 11:10 43:12
**books** 18:11
**border** 8:18 9:2 10:6,12,13,17 10:19,21 12:17 25:8,19 26:5 31:24,25 32:1 35:2,24 36:16 36:20 37:9,12
**bottom** 22:9
**boy** 39:12
**branch** 37:22 38:7,8,10,14,21
**break** 16:3 19:17 29:17 39:4
**breaking** 9:4 15:4 23:24
**brightest** 2:23
**bring** 23:25 24:16 29:5
**broad** 36:11,14 44:1
**broadcast** 34:24
**broadly** 21:8

Page 2

**[broke - commitment]**

**broke** 6:23
  39:14
**brought** 15:20
  38:12 43:16
**brunt** 42:7
**building** 13:7
  35:18
**business** 18:3
**businesses**
  32:12
**busy** 19:5
**buy** 13:21

**c**

**c** 48:1,1
**cabinet** 3:1 6:2
  26:19 37:24
  39:1
**camera** 46:12
**campaign**
  11:17
**canada** 2:5,7
  7:20,23 9:6
  10:3,7,10,21
  11:6,23 24:2,17
  24:21 25:7,8,9
  32:5 40:8
**canadian** 8:3
  25:23
**canadians** 8:9
**candidate** 28:2
**candidates** 5:21
  29:8
**capacity** 13:4,8
**capital** 20:3
  30:2

**capitol** 3:13,20
  6:2 39:8 41:1
**care** 23:10,11
  23:12
**career** 7:16
  43:24
**carried** 34:25
  35:4
**carry** 16:19
**carrying** 16:16
  16:21
**cars** 11:14
**cartels** 25:2
**case** 22:19,25
  31:4 34:1
**cases** 16:16
**cause** 11:16
  31:8
**causes** 30:17
**centers** 15:5
**certain** 23:8
  27:20,22 32:10
**certainly** 23:19
**certify** 48:3
**challenge** 7:16
**chances** 45:8
**change** 42:6
**changes** 37:11
**charge** 17:13
  17:14
**charged** 36:7
**charges** 37:1
**chartered**
  35:15

**check** 38:9,22
**checks** 37:18
  37:22
**chief** 3:20
  30:25 39:7
**children** 14:14
  15:10
**china** 6:15 7:20
  7:23 9:6 10:8
  10:14 24:3,13
  25:9 32:10
  34:5 40:3
  42:11,18
**choice** 8:8
  24:25
**choose** 24:25
**choosing** 12:7
**churches** 16:18
  16:19
**cites** 10:1
**cities** 17:20
**citizen** 6:15
**citizens** 12:9
  17:1,9,16 27:10
**citizenship** 37:7
**city** 13:15
  17:17
**civil** 27:8,9
**claimed** 20:3
**classified** 34:3
**clear** 11:3
  14:18 28:22,22
  46:1
**clearly** 13:12
  31:3

**clip** 25:20
**close** 20:4
  34:20
**closest** 8:7 10:8
**colleague** 34:10
  36:9
**colleagues**
  26:20 28:13
  33:17 34:14
  37:8
**collect** 47:12,16
**colombia** 11:21
  11:21 26:9
  35:12
**color** 30:22
**columbia** 30:20
**combat** 7:6
  30:2
**come** 5:13
  10:16,21 16:12
  18:17 19:15
  29:14 32:3
  36:20 37:11,17
  38:25
**comes** 8:16
  28:8 45:1
**coming** 10:4,14
  25:8 40:18
  43:13
**comments** 21:3
**commerce**
  21:23
**commit** 36:22
**commitment**
  3:9 33:9

Page 3

**[committed - custody]**

committed
  36:21
committee
  21:23 34:20
  47:1
common  5:17
communities
  13:23 15:5
  17:6,12,15
  24:18 35:10
community
  18:3 28:1 29:7
compared  10:5
competitors
  40:2
complicated
  30:15
concern  6:4
  26:21
concerned  17:8
  25:19 27:24
  37:3
concerns  16:15
  33:2
concession  40:5
concessions
  42:19
conclusion  5:14
conclusions
  20:11
conditions  4:25
conduct  2:12
conference
  20:6

confidence  18:1
confident  17:9
  34:21
confirmation
  6:7 26:17,22
  27:2,12 32:22
  33:6 39:2
confirmed  3:14
  27:11 33:4
  45:9,14
congress  14:10
  27:7 38:16
  41:9,19 44:20
congress's  38:3
congressional
  41:15
congresswo...
  3:23 39:9
consequences
  8:10 9:20 11:2
  11:7 12:1,13
consoler  30:25
constituents
  40:25 41:12,13
  42:5
constitution  3:9
consulting
  41:22
consumers  2:4
  11:12 32:8
continue  9:21
  13:4 15:1 25:1
  38:17
contractor
  28:15

contributed
  4:20
control  21:14
  26:5
controller  22:7
controllers
  2:18 5:5,22
controls  21:17
controversial
  3:13 39:1
  45:11
conversation
  30:4 47:21
conversations
  33:3
correspondent
  3:19,20 39:7,8
corrupt  38:7
cost  44:12
costs  2:8 8:11
  35:14 40:16
  44:16,18
cotton  32:11
countries  9:7,9
  9:13 10:15
  11:23 13:11,25
  16:4,6,9 24:11
  24:22 41:6
country  9:17
  10:14 12:11
  14:25 15:15
  16:8 17:14
  18:17 20:24
  21:21 23:16
  24:24 26:10

27:5 28:25
  29:2 31:2 34:1
  35:1 48:12
country's  24:1
  25:10 31:13
counts  47:14
course  7:15
  21:19 26:17,24
  28:5 30:2
court  37:1
covered  46:10
covid  21:18
  27:21
cozy  25:1
crack  9:7
crash  2:16 4:16
  4:20 5:15 19:8
  20:2,9 22:11
  30:1 43:22
crashed  4:15
crime  36:21,23
crimes  36:7
criminal  14:20
  35:21
criminals  11:2
  17:24 19:2
  26:10
crisis  4:12
critical  7:6
cross  36:19
crucial  8:14
curb  29:6
current  43:11
custody  35:22
  36:23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[cuts - economic]**

cuts   43:18

**d**

danger   15:4
   45:13 47:6
dangerous   11:2
   14:21 17:24
date   48:16
day   33:12 41:2
   41:2
days   34:18
deadly   2:15
deal   9:15 13:25
dealing   14:7
death   3:5
decades   35:16
decide   33:13
decides   36:22
decision   18:6
   33:14
decisions   41:23
   42:8
declare   40:9
defending
   31:14,15
defense   2:25
   38:2
deficit   24:20
definition
   33:24 34:6
dei   2:24 21:4,8
   23:2
del   8:19
democratic
   3:17,23 29:15
   29:19 32:22,24

39:9
democrats   2:20
   32:2 37:10
   44:3,7,14,18
demonstrated
   32:2
department
   1:13 2:25 7:17
   38:12 44:7
departments
   38:13
dependent
   47:12
deport   36:6,12
deportation
   8:17 9:2 12:19
   16:20 18:10,12
   34:22 35:4,9
deserve   20:25
detain   36:6
detained   13:7
   16:23
detention   12:22
   15:5,14
dhs   18:6
died   4:16
difference
   42:12 45:22
differences
   42:16
different   17:13
   31:23 32:21
   41:21 42:24
diplomacy   16:6

direction   41:21
directly   6:8 8:7
   27:1 41:12
director   3:21
   6:6 26:23
   33:10 39:10
directs   14:9
disabilities   4:24
disaster   4:13
   25:25
discriminating
   23:7
discussion   1:16
display   37:23
disputing   27:5
disqualify
   28:10
disruption
   40:14
distinguish
   22:24
diversity   2:17
   4:19 5:1,4,14
   20:8,12 22:10
   30:6 43:22
divide   31:1
divisive   23:3
dizzying   7:13
   43:16
documentation
   36:21
documented
   35:23
documents
   16:16 34:4

dod   13:9
doing   12:6
   14:17 22:2
   26:7 28:12
   38:10
doj   43:25
donald   2:19
   4:22 5:8,10,16
   8:1 44:19
don't   20:20
   34:11
doubt   42:4
dozens   7:16
dramatically
   16:11
drawing   20:10
dreamers   36:12
   37:5,5,7
drive   2:4 24:4
   31:17
drug   9:8 13:18
due   12:23 13:1
   36:24
duffy   2:22
dying   26:2
dynamic   34:18

**e**

e   48:1
earlier   17:17
   25:20 34:24
early   31:5
easily   33:23
economic   42:20
   42:22 43:12

Page 5

**[economically - federal]**

economically
  9:19
economies
  10:24
economists
  11:10
economy  31:17
  43:8
edward  3:6 6:8
  6:19,25 26:25
  27:17 33:20
  34:1 45:5
  46:24 47:9
efficient  38:8
efforts  8:18
either  34:10
  47:15
election  42:6
electronics
  11:14 32:15
element  5:4
emergency
  40:7
emphasizing
  21:4
employees  23:8
emptied  18:18
  18:19
encourage  12:2
  41:20
encouraging
  45:23
endangered
  17:12

energy  32:15
  40:20,21
enforce  10:19
enforcement
  15:19 17:6
  36:5
engaged  19:6
ensure  16:7
  38:6
entire  2:12
equally  12:8
era  2:24
eric  1:15 3:16
  19:16,19,22
  20:13 22:13,20
  22:23 23:22
  24:5 25:12,17
  27:3,18 28:19
  28:21,24 29:9
  29:12 34:10
escalate  41:6
especially
  25:14 30:24
  31:2
essentialism
  23:6
evaluating
  18:24
events  44:1
eventually  31:7
  36:25
everybody  12:9
everyday  40:16
  44:12

evidence  4:19
  20:12 22:10
  26:8
evidenced
  21:13,15
exactly  11:24
  11:25 21:25
example  30:20
exceedingly
  5:24 22:8
excesses  29:6
exchange  33:19
  39:17
executive  37:22
  38:6,10,14,18
  38:20
executives  7:18
expect  20:18
expressed
  16:15,25 33:1
expressing
  26:21
extension  18:22
  47:6
extra  10:20
extremely
  10:12 16:4

**f**

f  3:2 37:25 38:1
  38:5 48:1
faa  4:22 5:20
  22:5
face  3:13 11:2,7
  12:12

facilitate  13:10
  15:6
facilities  13:2
  15:13,15 18:20
facility  12:22
  35:19
facing  4:11
fact  10:17 13:3
  13:18 17:16
  21:12,13,16
  23:9 24:8,22
  26:11 27:22
facts  2:13 20:10
fake  47:2
families  14:15
  15:10 19:12
  20:15,22 23:19
  30:13 32:14
family's  20:23
far  10:11 16:10
  33:1 35:3
  38:13 47:7
farmers  32:11
fbi  7:18 43:24
  44:7,24 45:1
fear  17:2
fears  4:10
february  1:11
  48:16
federal  2:14
  7:15 17:11
  21:4 23:6
  37:19 43:18
  44:10

Page 6

**[feel - grateful]**

**feel** 9:19,20,20
30:12 34:21
37:8 42:7
**fentanyl** 10:1,4
10:8 24:17,24
25:7 26:3
31:21
**field** 24:11
**fighting** 44:8,9
**figure** 5:13
**fill** 40:22
**final** 14:24
**finally** 17:10
**find** 21:8 22:14
35:21 46:8
**finding** 41:17
**fine** 27:14
**fired** 7:16
21:16 43:25
**firing** 8:4 44:6
**firings** 44:24
**first** 2:20,21
4:12 9:23 11:5
20:13 24:6
25:4,5 26:1,12
30:11 32:8
39:24 41:11,14
42:5,8,10,13,17
42:20 44:17
**flight** 35:16
**florida** 3:24
39:10
**flow** 10:1 31:20
**flown** 30:2

**fly** 40:18,19
**focus** 44:4
**focused** 6:16
**folks** 18:16
32:23 35:12,20
36:5,19
**follow** 14:6
**followed** 11:1
13:2
**following** 15:25
**food** 8:11 11:13
32:15
**force** 45:18
**forced** 7:18
**forces** 15:19
**foregoing** 48:4
**foreign** 10:15
39:25
**forestall** 7:24
**former** 3:21,22
32:22 37:19
39:8,10
**forth** 39:22
**forward** 9:21
**four** 17:10 24:6
24:19 46:6
**frankly** 10:5
24:12
**freeze** 44:11
**friday** 39:17
43:23
**friend** 34:9
**friends** 8:8
**frightening**
35:20

**fulfill** 11:17
**full** 20:25 47:15
**fully** 14:13
**funding** 7:15
44:11
**further** 26:8
**future** 6:17

**g**

**gabbard** 3:8
6:16,22 7:2,5
7:12 32:19
33:2,3 45:3,12
45:12,21 46:5
46:14,18
**gabbard's** 6:5
26:22 27:2
**gaetz** 45:17
**galvanize** 44:22
**games** 28:6
**gas** 8:12 40:23
**gender** 23:14
30:22
**general** 37:20
38:1
**generation** 4:13
**generations**
24:12
**getting** 10:24
13:9 20:10
26:4 45:8,14
**given** 34:5
**global** 2:10
40:2
**globe** 4:7

**go** 5:23 7:3
9:21 12:4,16
14:19 16:17
24:9,15 25:6
32:14 37:1
39:20 41:21
45:7
**goes** 39:25 47:7
**going** 2:11 9:1
10:18,19 11:5
12:1,12 13:14
13:16 15:13
16:7,12,18
17:14 20:15
23:2 27:11,14
28:9 29:5,6
31:1 32:6,13,14
35:9 37:9 41:7
41:8,11 42:4,7
43:6 44:14,17
44:19 45:16,18
46:19
**good** 4:5 10:23
11:22 29:22
31:6,16,19
**goods** 8:13 25:6
**gotcha** 28:7
29:3
**government**
4:8 6:9 21:5,19
23:4,7 28:15,16
37:19 38:7,9,11
38:21
**grateful** 16:4

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[great - important]**

**great** 19:22,24 29:12,24 47:20
**greatest** 42:16
**greatly** 47:2
**grenades** 13:21
**grilled** 37:23
**groceries** 44:13
**grocery** 8:11
**groups** 5:21 22:6
**growing** 6:4 25:13,17,18
**growth** 24:8 26:14
**guantanamo** 12:21,23 13:3 13:12,24 14:3 14:12,15 15:11 35:18
**guarantee** 16:22 24:3 36:13
**guard** 33:9
**guess** 15:8
**guests** 3:14
**gun** 13:18
**gut** 20:22
**guys** 47:21

**h**

**half** 18:8
**hallways** 41:18
**halted** 7:14
**handle** 32:17
**hang** 44:19

**happen** 20:18 30:16
**happened** 28:2
**happening** 6:18
**happens** 16:2 34:19
**harass** 21:21
**harm** 8:9
**hawk** 4:14
**headlines** 39:12 43:16
**health** 18:20
**hear** 41:11 42:4
**heard** 16:25 25:20 30:3,5,10 31:14,15 34:23
**hearing** 6:7 26:22 32:22 33:6,15 44:25 45:8 47:14
**hearings** 26:17 46:15
**heart** 3:8
**hegseth** 2:24 23:1 46:1,16
**held** 12:23 14:2 14:15 15:10 20:6
**helicopter** 4:14 5:6 30:13
**help** 10:24 11:6 12:12 17:15 24:10
**helping** 10:11 11:17

**high** 5:24 22:8
**higher** 11:11
**highlighting** 44:10
**highly** 37:4
**hill** 3:13,20 6:2 39:8 41:1 46:10
**hire** 21:20
**hired** 21:14
**hiring** 5:1 21:9
**history** 4:3
**hitting** 4:10
**hold** 13:13
**home** 9:18 13:25
**homeland** 1:13 3:15 8:19 19:3 34:23
**homendy** 2:11
**honest** 22:15
**honorably** 27:5 28:25
**horrific** 19:8 20:2
**hours** 21:10,11
**house** 3:19 6:4 7:11 17:11 39:6 42:2 45:4
**huge** 43:7
**human** 20:21
**hunt** 2:15
**hunter** 28:3
**hurt** 21:9,9,10 23:3 32:12,13

47:2
**hyde** 48:3

**i**

**ice** 16:18 34:25
**idea** 21:4 28:9 31:17
**ideas** 35:11
**ignored** 17:11
**illegal** 9:7,15 13:6 26:11 31:20
**illegally** 9:17 12:10
**imagine** 5:2
**imbalance** 24:20
**immediately** 16:9
**immigrants** 13:6 26:11 36:6
**immigration** 9:8,15 10:25 14:11 31:20 37:12
**impact** 40:18 43:8 44:11
**impacts** 41:2
**impede** 8:12
**implementati...** 7:24
**important** 25:14 27:8 31:24 38:6,20

Page 8

**[importers - know]**

| | | | |
|---|---|---|---|
| **importers** 40:12 43:3 | **inside** 4:7 7:17 | **inviting** 8:23 | **k** |
| **impose** 39:15 | **insight** 3:18 | **involved** 11:23 | **kash** 3:10 44:24 |
| **imposed** 4:8 7:19 42:11 | **insist** 7:12 | 30:18 36:24 | **keeping** 15:24 |
| **imposing** 24:1 41:5 | **instance** 22:22 38:11,18 | **irs** 21:20 | **kelly** 1:15 3:17 3:19 7:22 |
| **improving** 26:6 | **instincts** 29:6 | **issue** 41:2 | 29:15,19,20,22 |
| **inability** 45:5 | **institutes** 24:7 | **issues** 2:2 27:25 37:10 39:18 | 30:11 31:22 33:5 35:6 |
| **inaudible** 21:24 21:25 | **integrity** 18:16 18:22 | **it's** 5:10 25:16 29:2 30:14 | 36:15 37:14,16 39:7,13,21 46:9 |
| **included** 28:5 | **intellectual** 4:24 | **i'll** 7:3 | 46:11 |
| **includes** 45:21 | **intelligence** 6:6 26:24 28:1 | **i'm** 5:13 | **kennedy** 3:2 37:25 38:1,5 |
| **including** 8:11 20:8 28:14 39:19 | 29:7 33:8,10 47:1,12,13,16 | **j** | 46:13 |
| **inclusion** 4:19 5:1 | **intend** 14:13 | **james** 3:6 6:12 | **kept** 40:6 |
| **increase** 11:13 | **interesting** 27:19 34:9 | **jennifer** 2:11 | **key** 27:8 37:22 47:15 |
| **increases** 16:11 | **interview** 36:9 | **job** 3:4 | **kids** 18:1 37:6 |
| **indefinitely** 14:3 | **interviews** 1:13 | **jobs** 2:7 24:15 26:15 | **kind** 34:7 43:19 |
| **indicted** 28:8 | **intimidating** 35:17 | **joined** 38:2 | **know** 9:12,24 10:12 11:9,19 |
| **individuals** 9:16 13:22 14:7,24 15:17 16:8 17:6 | **intimidation** 35:8 | **joining** 3:18 8:18 19:9,19 29:19 37:14 | 14:16 15:12 19:4,5 20:3,17 20:19,24 21:7 |
| **inflation** 24:8 26:13 | **investigating** 31:10 | **joins** 19:16 29:15 | 21:18 22:19,21 22:23 23:25 |
| **information** 31:3,4 33:12 34:3,3 38:16 | **investigation** 2:12 5:11 19:6 20:5,25 21:7 22:25 31:5,7 47:3 | **jr** 3:2 37:25 45:11 46:13 | 30:9,14,14,20 32:2,13 33:7,18 33:23 34:2,7,8 |
| **initially** 12:16 | **investigations** 30:18 | **judges** 46:12 | 34:8,11,11 35:16 36:18,19 |
| **initiative** 5:1 | **investigators** 2:15 17:23 | **judgment** 33:15 34:12 | 37:3,4,5,8 40:11,21 41:1 |
| | | **julian** 46:24 47:8 | 41:24 45:25 |
| | | **justice** 7:17 38:13 44:7 | 46:6,9 |
| | | **justin** 2:6 8:4,6 25:21 | |

Page 9

**[knows - man]**

| | | | |
|---|---|---|---|
| **knows** 20:16 | 34:24 | **learned** 21:1 | **losers** 12:8 |
| **kristen** 1:12 2:1 | **l** | **lecturing** 25:21 | **lost** 30:20 |
| 2:9,14 3:1,12 | | **ledanski** 48:3 | **lot** 5:17 12:20 |
| 4:4,5 5:20 7:11 | **laid** 11:25 14:6 | **left** 33:18 | 29:3 33:11 |
| 8:3,16,24,25 | **laken** 36:4 | **legal** 7:16 14:11 | 34:2,4 35:14,20 |
| 9:24 11:9 | **langford** 28:14 | 17:1 48:11 | 39:12,21 40:17 |
| 12:14 14:1,14 | **lankford** 3:6 | **legally** 16:14,21 | 43:9,13 46:23 |
| 14:22 15:2,8,12 | 6:12 | 16:23 | 46:25 |
| 15:22 16:1,13 | **lankford's** | **legislative** 3:22 | **loved** 20:17 |
| 16:24 17:19 | 33:19 | 38:8 39:11 | **loves** 17:14 |
| 18:4 19:3,8,14 | **laptop** 28:4 | **let's** 23:17 | **lower** 11:18 |
| 19:18,23,24 | **large** 22:25 | **level** 13:9 46:4 | **lowering** 44:16 |
| 21:3,22 22:4,18 | **largely** 41:16 | **lexicon** 27:19 | **m** |
| 22:21,24,24 | 42:18,18 | **liberties** 27:9,9 | |
| 23:17,23 24:16 | **largest** 2:3 4:9 | **life** 3:5 | **machines** 25:6 |
| 25:3,13,15 26:2 | 7:19 | **likelihood** | **madam** 9:1 |
| 26:16 27:15 | **laundry** 41:23 | 16:12 | 10:3 11:9 14:1 |
| 28:11,20,23 | **law** 6:23 12:8 | **line** 10:25 22:9 | 15:8 19:14 |
| 29:9,14,18,23 | 14:6,9 15:4,18 | **list** 41:23 | **made** 5:5,9 |
| 29:24 30:11 | 16:3 17:5,12 | **little** 25:7 41:19 | 9:25 18:5 |
| 31:9,22 32:18 | 36:4,5,13,15 | 42:3 43:15 | **major** 10:4 |
| 34:16 36:2,19 | **lawfare** 28:5 | **live** 17:16 | 30:17 41:17 |
| 37:13,16,17,21 | **lawmaker** | **lives** 20:3 47:5 | **make** 10:22 |
| 38:25 39:5 | 32:23 | **local** 15:18 | 11:5 12:3 14:6 |
| 40:24 41:25 | **lawmakers** | **long** 17:10 | 14:10 15:19 |
| 42:9 43:14 | 41:1 | 20:16 41:23 | 17:15 18:24 |
| 44:21 45:25 | **laws** 12:5 14:11 | **longer** 18:9 | 38:16 39:2 |
| 46:9,17 47:19 | **lawsuit** 14:9 | **longest** 4:2 | 43:25 46:18 |
| **kristi** 1:14 3:15 | **lead** 11:11 | **look** 14:17 24:6 | **makes** 21:19 |
| 8:20,22 9:12 | **leader** 11:25 | 26:7 27:18 | 35:23 |
| 10:10 11:19 | **leaders** 12:11 | 28:7 | **making** 10:25 |
| 13:1 14:4,16,23 | **leadership** 12:2 | **looking** 2:13 | 12:7 14:20 |
| 15:3,12,23 16:2 | 30:23 | 40:3,5 | 17:25 18:6 |
| 16:24 17:20 | **leads** 46:5 | **loop** 41:16 | 33:14 |
| 18:14 19:4,7,11 | **leaked** 6:9 | | **man** 17:13,14 |
| | 28:16 | | |

Page 10

**[manage - noem]**

| | | | |
|---|---|---|---|
| **manage** 33:8 | **member** 13:19 | **missions** 30:3 | 27:22 35:21,22 |
| **manipulated** | 27:6 | **missouri** 1:14 | 37:18 47:16 |
| 27:20 | **members** 18:17 | 3:16 19:16,20 | **needed** 27:21 |
| **marc** 3:21 | 21:24 | **mistake** 5:6,9 | **needs** 10:21 |
| 39:10 42:9,15 | **mental** 4:25 | **moment** 4:17 | 13:10 |
| 46:17,23 | 18:19 | 9:3 20:7 | **negotiate** 16:6 |
| **marco** 16:5 | **mention** 25:7 | **money** 35:15 | **negotiated** |
| **mark** 1:15 3:17 | **mentioned** 21:6 | **morning** 3:15 | 40:19 |
| 29:15,19,22 | 32:16 44:5 | 4:5 11:15 | **negotiating** |
| 30:11 31:22 | **mercantilist** | 29:22 31:11 | 40:4 |
| 33:5 35:6 | 42:25 | 46:18 | **neighbors** 8:8 |
| 36:15 37:16 | **merit** 22:16 | **move** 9:9 11:16 | 10:23 40:1 |
| **market** 43:7 | **message** 10:18 | 23:21 39:25 | **never** 3:10 |
| **markets** 43:1 | 44:14,22 46:1,2 | **moving** 39:15 | 20:18 |
| **mass** 12:19 | **mexico** 2:5 7:20 | **multiple** 6:3 | **new** 9:5 11:4 |
| 34:22 35:9 | 7:23 9:6 11:23 | **murders** 13:17 | 13:15 17:17 |
| **massive** 33:12 | 24:2,17,22,25 | **murphy** 3:23 | 18:1 21:3 45:2 |
| **matt** 45:17 | 32:6 | 39:9 44:2 | **news** 3:18,20 |
| **matter** 23:9 | **michael** 3:4 | 47:11 | 4:1 6:3 9:4 |
| 26:12 27:23 | 6:19,24 7:3,8 | | 18:5 20:6 |
| **matters** 40:21 | **migrants** 10:2 | **n** | 23:24 30:1 |
| 40:22 | 12:22 | | 31:11 39:6,7 |
| **mean** 22:5 | **military** 23:1,2 | **n** 48:1 | 41:4 |
| 28:12 33:24,25 | 27:6 35:13 | **narrative** 27:24 | **nightmare** |
| **means** 18:8 | **million** 18:8 | **nation's** 20:2 | 20:17 |
| **meant** 24:16 | 34:4 | 30:1 | **nobles** 3:21 |
| **media** 17:2,3 | **minds** 47:18 | **national** 6:6 7:6 | 39:8 41:8 |
| **meet** 1:11 3:24 | **mineola** 48:14 | 14:9 26:23 | 45:10 |
| 4:3 5:24 8:21 | **miniscule** 25:16 | 27:10 33:10 | **noem** 1:14 3:15 |
| 19:21 22:8 | **minister** 2:6 | 40:7 42:19,21 | 8:20,20,22 9:12 |
| 29:20 37:20 | 8:4,6 | 42:22 47:11 | 10:10 11:19 |
| 38:2 46:15 | **minuscule** 10:5 | **navy** 30:3 | 12:17 13:1 |
| 47:24 | 25:15 | **nbc** 3:18,20 4:1 | 14:4,16,23 15:3 |
| **meets** 34:6 | **minute** 37:20 | 6:3 39:6,7 | 15:12,23 16:2 |
| | | **nearest** 40:1 | 16:24 17:20 |
| | | **need** 10:22 | |
| | | 16:21 17:7 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[noem - performances]**

18:4,14 19:4,7
19:11 31:15
34:24
**nomination** 6:5
32:19 34:15
**nominations**
26:20
**nominee** 45:17
**nominees** 3:13
33:1 37:25
39:2 45:3
**northern** 10:11
10:13,17,20
**notable** 12:14
44:23
**notably** 32:25
45:6
**note** 20:1
**noting** 24:19
25:4
**november**
26:18
**ntsb** 31:5
**number** 7:13
25:5,12 35:7
43:16,23
**numbers** 36:18
**ny** 48:14

**o**

**o** 48:1
**o'donnell** 39:7
39:21 46:11
**obama** 2:20
**obsession** 21:22

**obviously** 34:18
36:3
**office** 4:6,12
25:24 26:13
39:18
**officers** 17:22
**officially** 7:18
9:5 18:6 39:15
**officials** 7:11
45:4
**oftentimes**
41:18
**okay** 5:17
12:14
**old** 48:12
**onboard** 9:13
12:3
**one's** 27:4
**ones** 5:7 27:25
41:11 42:7
**opening** 1:12
**operational**
26:5
**operations**
15:18 16:20
34:25
**opportunity**
9:13 11:24
36:9 41:19
44:3
**opposed** 36:10
**order** 13:10
15:6
**orderly** 15:7

**orders** 14:24
**originates** 10:9
**ought** 25:22
**outrageous**
44:6
**oval** 39:18,23
**overall** 40:21
**overly** 36:14
**overnight** 4:8
9:4 18:5 23:24
39:14
**overseas** 24:15
**own** 4:8 37:6
**o'donnell** 3:19
7:22

**p**

**paid** 21:23
40:12
**pain** 9:20 11:16
**pale** 47:7
**panel** 1:16 39:3
39:6
**paperwork**
16:21
**paroled** 15:20
**part** 20:5 23:25
39:22 45:24
**particular**
11:13
**particularly**
30:19
**partner** 9:14
**partners** 2:3
4:9 7:20 9:18
24:2 31:13

39:16
**partnership**
13:8
**parts** 43:9
**party** 32:24
47:8
**pass** 22:7
**passed** 40:13
**patel** 3:10
44:24 45:11
**pathway** 37:7
**pay** 40:12
**paying** 20:4
43:1,3
**pecan** 32:11
**people** 4:16
5:18 10:14,15
12:22 13:11,16
14:2 15:3
16:14,20,22,25
17:21 18:10
21:13,16 23:4
23:10,14 24:13
25:23 26:1,2
27:13,23 28:6
29:1,4 35:8,17
40:14 43:5
44:4,6,10
**people's** 12:5
**percent** 24:21
24:22 27:3
40:20,20
**performances**
46:13,14

**[perpetuated - process]**

**perpetuated**
17:2
**person** 20:19
31:1
**person's** 30:22
**pete** 2:24 23:1
46:1,15
**physical** 4:25
**pick** 40:24
**picked** 13:20
**picking** 12:7
**picks** 6:2 45:11
**pilot** 22:6 23:12
30:3
**pilots** 5:7,22
21:17
**pivoted** 4:18
**place** 45:14
**places** 15:15
**plan** 9:2 14:5,5
31:14,15 35:4
**plane** 2:16 4:15
20:2 30:1,13
**plans** 12:19
34:23
**played** 20:12
22:11 30:7
33:19
**playing** 24:11
**plays** 34:17
43:20 46:10
47:20
**plead** 42:1
**ploy** 40:4

**plus** 2:10 24:9
24:21
**point** 9:25 22:5
29:3 46:3
**points** 22:2
**poison** 21:9
**policies** 2:17
4:19 11:1
21:25 35:2
44:17
**policy** 2:20
32:4 37:11
39:25 40:21
41:17 42:3
43:12
**political** 2:18
22:2 34:13
**politics** 4:18
20:7
**pool** 39:23
**poor** 30:23
**population**
35:8
**porous** 25:18
**position** 27:8
47:3
**positive** 11:22
**possibility** 17:3
**possible** 12:15
14:1
**potentially** 41:5
**potomac** 2:16
**power** 40:8
44:8

**powerful** 38:21
**prayers** 20:15
20:23,23 23:18
**praying** 19:12
**pres** 2:19 4:22
5:8,10,16 8:1
**presence** 13:6
**present** 33:13
**president** 2:2
2:16 3:12,22
4:6,11,17 6:1
7:12,14 8:17
9:4,14,22 10:1
11:3,14,17,20
12:6 13:13
14:19 17:5,11
20:5,9 21:5
22:12 23:24
24:6 25:4,9,25
26:19 28:3
30:5,7,7,24
31:18 32:4,24
33:13 35:5
36:3 37:24
39:1,14 40:15
41:4,10,21
43:10,21 44:15
46:3,12
**president's**
31:12 34:22
39:24 45:2
**presidential**
28:2 29:8
**president's**
21:2

**press** 1:11 3:25
4:3 8:21 19:21
29:21 37:20
38:2 47:24
**pressed** 26:24
39:19 40:3
**pressure** 45:23
46:4
**pretty** 25:2
28:21,22 33:21
33:24
**prevent** 6:17
**prices** 2:4
11:12,13,18
12:4,4,15 23:25
24:4 25:5
31:18 32:7,7,14
39:20 40:11,11
41:13 44:13
**prime** 2:6 8:3,6
**priority** 14:19
14:25 21:19
**prisons** 18:19
**privilege** 38:19
**probably** 25:22
33:17 46:7
**problem** 22:15
22:19,22
**problems** 4:24
**proceedings**
48:5
**process** 12:23
13:1 14:5
15:25 27:12
32:19 36:24

Page 13

**[process - repatriation]**

39:3
**producers**
32:11
**program** 18:15
18:22 43:21
**programs**
18:24 20:8,12
22:11 30:6
43:22
**promise** 11:18
**proof** 30:8
**proposal** 42:3
**proposals**
41:17
**proposed** 32:5
**prosecutors**
7:17 43:24,24
**protect** 26:1
**protected** 18:7
**protecting** 27:9
**protection** 18:9
**prove** 36:25
**psychiatric**
4:24
**public** 6:14
35:24 36:16
**pull** 45:17
**pulled** 43:18
**pump** 8:12
**punishing** 10:7
25:9
**purchases**
13:18
**purposely**
18:18

**purposes** 42:19
**pushed** 35:1
**pushing** 12:3
27:24
**put** 2:7,19,20
10:20 21:25
26:1 47:5,17
**putting** 9:22
11:5 35:15
45:23
**puzzled** 34:8

**q**

**qualified** 27:4
**question** 15:9
27:16 28:17
33:21 34:11
36:2 38:14
43:6 46:20,21
**questions** 7:4
12:20 27:13
28:12 32:21
33:7,14,18
34:15 47:18
**quickly** 18:13
20:7 22:4
27:15
**quite** 24:12
**quotas** 22:17
**quote** 11:16
36:11

**r**

**r** 48:1
**race** 21:15 23:5
23:8,12

**raise** 2:8 8:10
32:7,7 44:18
**raised** 38:15
**raising** 4:10
32:5
**ramifications**
21:5 22:3
**ramping** 8:17
**ran** 6:14 26:3
32:24 40:10
44:16
**range** 32:21
39:18
**rapes** 13:17
**rattled** 45:4
**react** 11:21
41:20
**reaction** 41:3
43:7
**reactionary**
42:1
**reactions** 12:5
**read** 40:6
**ready** 25:23
**real** 8:10 21:5
22:2 32:4 33:2
40:18 41:9
44:3 45:3
46:20 47:18
**reality** 43:2
**really** 27:7
28:12 29:11
30:12 31:5
32:12,12 35:11
37:15 43:11,15

44:6
**reasons** 10:2
35:7
**recommended**
38:15
**record** 24:8
48:5
**recruiting** 4:23
21:9 23:3
**reduce** 40:11
40:16
**refine** 42:2
**reform** 29:5
37:12
**regardless** 43:2
**rein** 42:2
**reining** 38:3
**rejecting** 31:17
**related** 21:6
36:7
**relates** 21:2
**release** 6:14
**released** 34:2
37:2
**religion** 23:13
**remember**
13:12 18:18
46:24
**remind** 32:23
**removal** 14:24
**removing** 13:22
**repatriate** 9:17
**repatriation**
13:11

**[repeat - secretary]**

**repeat** 6:23
**repeatedly**
  39:19
**reporter** 5:3,9
  5:12 39:23
**reporting** 45:2
  45:25
**represent** 31:24
**representing**
  36:16
**republican**
  3:16 19:15,19
  26:20 28:13
  34:13 37:8
  45:19 46:2
**republicans** 6:5
  32:3 37:11
  41:9,16 44:20
  46:21
**require** 46:6
**resources** 10:20
  10:20
**respond** 41:20
**responding**
  5:25 30:4
**responsible**
  33:11
**retaliate** 2:5
  41:7
**retaliatory** 9:10
**retention** 21:10
**retribution**
  44:25
**return** 16:10

**returned** 13:24
  16:3 35:23
**reversal** 43:19
**reversed** 7:15
**rfk** 45:11
**rid** 23:2
**ridiculous**
  28:10 29:1
**right** 5:14
  18:16 23:19
  25:11,16,16
  34:16 37:13
  43:12 47:19
**rights** 12:24
**rigorous** 5:23
  22:7
**riley** 36:4
**ringleaders**
  13:19
**rio** 8:19
**rip** 35:10
**ripped** 24:14
**ripping** 24:12
**rise** 41:13
**risk** 2:7 20:10
**rivals** 2:18
**river** 2:16
**road** 20:16 35:9
  48:12
**roam** 21:20
**robert** 3:2
  37:25 38:1,5
  46:13
**robust** 39:17

**role** 20:12
  22:11 30:7
  38:3
**round** 42:12
**routinely** 35:13
**rubio's** 16:5
**rule** 15:9,11
**running** 4:2
  28:4
**runs** 20:9
**russia** 34:5
  47:2
**russian** 6:15
**ryan** 3:20 39:8
  40:24 41:8
  45:1,10

**s**

**sad** 30:12
**safe** 15:24
**safeguard**
  47:13,17
**safely** 18:2
  23:11
**safer** 17:15
**safety** 2:19
  21:12 35:24
  36:16
**sat** 33:16
**saturday** 7:19
**saw** 11:21 24:8
  24:9 26:14,14
  32:8 42:13
**saying** 9:6
  31:16 40:6
  46:19

**says** 20:11
  42:25 45:25
**scaring** 35:17
**schiff** 36:10
**schmitt** 1:15
  3:16 19:16,19
  19:20,22 20:13
  22:13,20,23
  23:22 24:5
  25:12,17 27:3
  27:18 28:19,21
  28:24 29:10,12
  30:4 31:14
  34:10 45:6
  46:19
**school** 18:1
**schools** 16:19
**score** 22:1
**sean** 2:22
**searching** 2:10
**sec** 2:22,24
  8:22 9:12
  10:10 11:19
  13:1 14:4,16,23
  15:3,12,23 16:2
  16:24 17:20
  18:14 19:7,11
**second** 4:12
  36:23
**secret** 6:14 34:3
**secretary** 1:14
  3:15 8:19,20
  9:1 10:3 11:10
  12:16 14:2
  15:9 16:5 18:4

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[secretary - spent]**

| | | | |
|---|---|---|---|
| 19:4,15 31:15 | 31:22 33:5 | **set** 15:6 30:15 | **snowden** 3:6 |
| 34:24 | 35:6 36:15 | 44:1 | 6:9,20,25 26:25 |
| **secrets** 6:9 | 37:16 | **sets** 44:17 | 27:17 33:20 |
| 28:16 33:9 | **senate's** 37:22 | **several** 17:20 | 34:1 45:5 |
| 47:5 | **senator** 1:14,15 | 34:18 | 46:24 47:9 |
| **secure** 10:11 | 3:2,16,17 6:16 | **severe** 4:23 | **softball** 33:22 |
| **security** 1:14 | 6:22 19:15,19 | **sheriff** 11:4 | **sold** 47:4 |
| 3:15 7:7 8:14 | 19:20 22:9,18 | **shift** 12:17 | **solution** 22:15 |
| 8:19 19:3 | 24:3 27:1,15 | 31:11 | **solutions** 32:4 |
| 27:10 31:24 | 28:14 29:9,15 | **shifted** 20:7 | 48:11 |
| 34:23 35:25 | 29:19,20 30:4 | **shifts** 2:17 | **solve** 37:9 |
| 37:12 42:19,21 | 31:14 33:19 | **shoring** 26:14 | **somber** 19:25 |
| 42:23 47:11 | 36:3,9 37:13 | **short** 3:21 | **somebody** |
| **see** 11:13 20:19 | 45:6,19 46:19 | 39:10 42:15 | 23:13 33:25 |
| 24:7 26:13 | **senators** 37:23 | 46:23 | 36:22 47:4 |
| 31:7 32:14 | 45:24 46:2,6 | **shot** 21:18 | **sonya** 48:3 |
| 34:6,17,19 | **senators'** 47:18 | **show** 4:2 | **sort** 25:21 28:7 |
| 40:10 41:3,9,25 | **send** 35:12 | **showed** 47:14 | 29:2 33:11 |
| 43:20 44:22 | **sending** 35:11 | **shuttle** 30:19 | 40:19 |
| 47:20 | 35:13 | **sides** 33:17 | **sounds** 35:19 |
| **seeing** 24:15 | **senior** 3:19 | **signature** 48:9 | **source** 10:4 |
| 35:3 46:4 | 7:18 39:6 | **signed** 36:3 | **sources** 6:3 |
| **seeking** 5:21 | **sense** 5:17 | **silence** 4:17 | 34:20 |
| **seem** 25:19 | 35:24 | 20:7 | **southern** 10:6 |
| **seems** 35:7 | **sent** 10:17 | **simple** 25:2 | 10:19 12:17 |
| **seen** 11:20 | 18:20 46:2 | 28:17 33:21,25 | **space** 30:19 |
| 41:14 44:8,9 | **sequence** 1:12 | **simply** 28:15 | **speak** 8:7 |
| **seized** 10:6 | **sequentially** | **single** 33:12 | **speaking** 21:8 |
| **sen** 3:4,6 6:12 | 30:16 | 45:19 | **specifically** |
| 6:19,24 7:3,8 | **serious** 6:7 | **sit** 23:4 | 21:2,7 24:13,16 |
| 19:22 20:13 | **serve** 29:2 | **situation** 34:13 | **speed** 47:3 |
| 22:13,20,23 | **served** 27:5 | **skin** 30:22 | **spelled** 5:1 |
| 23:22 24:5 | 28:24 | **slamming** 9:9 | **spend** 21:12 |
| 25:12,17 27:3 | **sessions** 21:11 | **smear** 29:1 | **spent** 21:10 |
| 29:12,22 30:11 | 23:5 | | |

**[spotlight - terms]**

spotlight  32:20
spying  28:1
sr  38:1,5
stand  41:10
standards  5:25
 22:8 35:2
standing  7:12
 26:6 44:4
start  2:9 9:3
 19:25 20:1
 29:25 39:13
 41:13 45:14
started  20:6
 43:17
starting  41:3
 44:21
state  14:8 16:5
 31:25 36:17
states  6:20,25
 9:10,14 10:5,7
 12:25 16:11
 17:1,9 18:21
 19:1 25:1
 26:15 27:10
 28:8 36:18
status  18:7
stay  13:24
stemming
 31:20
step  46:6
stephanie  3:23
 39:9 43:14
 44:2,23 47:11
stopping  10:1

store  8:12
story  28:4
streaming
 24:18,24
streets  14:20
 15:23 17:22
strengthen  32:1
stress  9:25
strikes  9:10
 27:7
striking  39:24
strong  9:22
 11:25 38:21
struggle  21:11
 23:5
stuff  28:7
subject  18:12
sued  21:14 23:7
suffer  4:23
suggested
 38:15
suggesting  4:18
suite  48:13
sunday  2:1
 3:24 4:5 47:24
supply  8:13
support  3:3
 35:3 36:8
supported
 32:25
supporters
 47:1
supposed  30:25
suppressing
 28:3

sure  5:5 10:22
 10:25 11:5
 12:3,7 14:6,10
 15:19 17:25
 18:24 28:19
 31:10
surprise  26:4
surrounding
 16:9
survivors  4:16
swiftly  2:5
system  37:2

**t**

t  48:1,1
table  10:22
 24:17 26:9
take  9:15 11:20
 16:10 20:17
 26:10 30:9
 35:22
taken  22:16
 36:23
talk  9:2 12:18
 20:20 25:3,22
 34:22 41:24
 44:23
talked  26:4,5
 43:21
talking  9:3
 16:14 20:1
 31:23 37:3
 44:11
talks  40:7
tanks  40:23

tape  4:21 5:19
 6:11 7:10,21
 8:2,5,15 38:4
 38:24
tapped  26:23
targeted  15:18
 42:18
targeting  13:22
 14:17
tariff  40:12
 43:3
tariffs  2:2,2,6
 4:8 7:19,24 9:5
 10:3 11:11,12
 11:15 23:23
 24:1,4,7,10,10
 24:16 26:6
 31:12,19 32:5
 39:14,15 41:5
 42:11,12,17
 43:13 44:12
task  15:19
tax  43:3,4
tda  13:19 18:18
team  42:23
 43:11
teams  12:2
television  4:3
tell  6:3 41:18
temporary  18:7
term  4:12 25:4
 25:5
terms  28:10
 45:22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[terribly - trump's]**

| | | | |
|---|---|---|---|
| **terribly** 38:6,20 | 37:4,6 38:5,19 | **tomorrow** 7:25 | **traitor** 3:7 6:10 |
| **terrorist** 10:16 | 40:16 42:15 | **tonight** 7:23 | 6:13,20,25 |
| **test** 22:7 41:9 | 43:5,8 44:2 | **took** 6:13 | 26:25 27:17 |
| 46:11 | 45:10,13 46:23 | **toothpaste** | 28:15,20 33:20 |
| **testifying** 6:2 | 46:25 47:7,17 | 36:13 | 45:6 47:6 |
| **testing** 5:24 | **thorough** 2:12 | **top** 34:3 | **traitor's** 33:24 |
| **texas** 8:19 | 31:6 | **total** 25:24 | **traitors** 47:10 |
| **text** 40:6 | **thought** 33:22 | **totally** 28:25 | **transcript** 48:4 |
| **thank** 8:22,22 | **thoughts** 20:14 | **touch** 45:7 | **treasury** 24:9 |
| 8:25 19:4,9,11 | 23:18 | 46:19 | **trial** 28:9 |
| 19:14 29:10 | **threat** 26:9 | **tough** 27:13 | **trickle** 41:4 |
| 37:14,16 47:22 | **threatening** 2:3 | **tougher** 35:1,2 | **tried** 28:9 |
| **thanking** 17:22 | **three** 4:9 6:1 | **toward** 42:18 | **trouble** 6:7 |
| 17:23 | 9:8 24:1 31:13 | **towards** 37:7 | 45:4 |
| **thanks** 39:11 | 39:16 45:10 | **tower** 23:13 | **trudeau** 2:6 8:4 |
| 47:21 | **thrilled** 17:16 | **town** 11:4 | 8:6 25:21 |
| **that's** 46:20 | **throatedly** | **tpp** 18:14 | **true** 23:1,3,9 |
| **theft** 36:7 | 47:15 | **trade** 2:10 4:11 | 48:4 |
| **thing** 20:14 | **throw** 25:23 | 9:11 24:20,20 | **truly** 18:25 |
| 23:10 30:16 | **throwing** 33:22 | 24:25 32:10 | **trump** 2:2,17 |
| 32:6 35:18 | **thursday** 4:17 | 42:22 | 2:19 3:22 4:6 |
| **things** 21:1 | **time** 6:13 20:19 | **trading** 2:3 4:9 | 4:18,22 5:8,10 |
| 26:7 30:15 | 26:12,18 28:18 | 7:20 24:2 | 5:16 7:12,14 |
| 31:23,25 32:10 | 30:24 | 31:13 39:16 | 8:1 11:17 12:6 |
| 41:24 44:5 | **times** 29:7 | **traffic** 2:18 | 17:5 20:5,9 |
| **think** 15:14 | **tired** 24:14,14 | 5:22 21:14,17 | 23:24 28:3 |
| 21:1 22:14 | 28:6 | 22:6 | 30:5 31:18 |
| 23:19 24:13,15 | **tires** 25:7 | **trafficking** 9:8 | 36:3 39:10 |
| 25:10,13,25 | **today** 5:3 8:23 | 13:18 | 42:10,13,16,16 |
| 27:4,7,11,14,18 | 14:17 42:24 | **tragedy** 2:13 | 44:19 46:25 |
| 28:6,21,22,23 | 45:6 47:8,22 | 6:1 20:21 | **trump's** 3:12 |
| 28:25 30:23 | **together** 32:3 | **tragic** 29:25 | 6:1 24:6 25:4 |
| 31:18 32:15 | 37:10 | 30:12 | 26:19 33:1 |
| 33:3,5,13,16 | **told** 5:4 26:18 | **training** 5:23 | 37:24 39:1 |
| 34:12,13 36:17 | 36:10 | 21:11 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[trump's - welcome]**

| | | | |
|---|---|---|---|
| **trump's** 2:1 | **undocumented** | **versus** 22:25 | **warning** 11:11 |
| **truth** 22:16,17 | 10:2 36:6 | **viewpoint** | 37:18 |
| **try** 22:1 29:1 | **unfortunate** | 42:24,25 | **warrants** 13:16 |
| 31:1 42:2 | 44:15 | **vital** 8:13 | **washing** 25:6 |
| **trying** 5:13 | **unfortunately** | **vote** 34:19 | **washington** 4:2 |
| 13:20 29:1 | 5:17 | 45:18,20,20,24 | 4:15 5:25 44:9 |
| 35:12 | **uniform** 7:5 | 46:7 | **watching** 47:23 |
| **tube** 36:13 | **uniforms** 47:5 | **voted** 36:8 | **watchlist** 10:16 |
| **tulsi** 3:8 6:5,16 | **united** 6:20,25 | **votes** 33:4 | **way** 11:7,22 |
| 6:22 7:2,5 | 9:10,14 10:4,7 | **vow** 23:25 | 15:7 23:6 |
| 26:21 27:2 | 12:25 16:10 | **vowing** 2:5 | 25:20 32:16 |
| 32:19 33:2,3 | 17:1,9 18:20 | 9:10 41:6 | 35:14,25 36:14 |
| 45:3,12,21 46:4 | 19:1 25:1 | **vulnerable** 6:1 | 37:9 41:5 |
| 46:14,18 | 26:15 27:9 | 10:13 37:24 | 45:15 |
| **tulsi's** 47:14 | **unlawful** 3:11 | **w** | **we've** 13:5,5 |
| **turn** 32:18 | **use** 15:5,13 | | 14:18 21:1 |
| **two** 4:6 31:23 | 16:6 | **wage** 24:8 | 24:24 25:25 |
| 32:25 37:6 | **used** 12:21 | 26:14 | 32:2 35:16,25 |
| 41:14 | 38:19 | **waging** 4:7 | 41:14 |
| **types** 13:21 | **using** 14:11 | **wait** 34:18 | **website** 5:2 |
| **u** | 28:10 40:8 | **waiting** 43:20 | **week** 7:14 |
| | **utilize** 14:13 | **wake** 26:21 | 10:18 11:20 |
| **u.s.** 8:14 36:11 | 15:16 | **walk** 17:7,25 | 12:21 13:15,20 |
| **ultimately** | **v** | **walking** 17:21 | 17:17 19:5 |
| 11:11 31:16,19 | | **want** 8:6 9:17 | 26:8,21 27:14 |
| **unconstitutio...** | **vaccines** 3:3 | 20:1,14,20 | 30:5 32:20 |
| 3:11 | **valid** 37:1 | 22:14 23:4,10 | 33:6 36:4,11 |
| **under** 4:25 | **values** 36:1 | 23:14,21 32:18 | 37:23 43:7,15 |
| 5:10 | **various** 25:6 | 34:21 40:4 | 46:8 47:23 |
| **undermine** | 38:13 | 41:24 45:7,7 | **weeks** 4:6 |
| 43:8 | **venezuela** | **wanting** 40:11 | 41:14 |
| **understand** | 18:16,18 | **wants** 9:6 20:24 | **welcome** 3:24 |
| 5:12 7:6 36:5 | **venezuelans** | 26:1 | 8:20 19:18,20 |
| 40:15 | 18:9 | **war** 2:10 4:11 | 29:18,20 37:21 |
| **understood** | **veritext** 48:11 | 9:11 32:10 | 39:5 |
| 40:17 | | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[welcomed - zoom]**

| | | |
|---|---|---|
| **welcomed** 18:10 | **winners** 12:8 | **y** |
| **welker** 2:1,9,14 3:1,12 4:4,5 5:20 7:11 8:3 8:16,25 9:24 11:9 12:14 14:1,14,22 15:2 15:8,22 16:1,13 17:19 18:4 19:3,8,14,18,24 22:4,18,21 23:17,23 25:3 25:15 26:16 27:15 28:11,20 28:23 29:9,14 29:18,24 31:9 32:18 34:16 36:2 37:13,17 37:21 38:25 39:5 40:24 42:9 43:14 44:21 46:9,17 47:19 | **winning** 44:14 **witnessed** 44:1 **women** 14:14 15:10 **won** 23:25 44:16 **words** 27:20,22 **work** 10:10,22 14:10 15:1 16:5 32:3 45:15 **worked** 26:12 **workers** 4:23 **workforce** 22:3 **working** 37:6 37:10 **works** 26:12 **world** 12:10,11 26:7 40:18 **worn** 7:5 **worst** 4:13 13:13,14 14:18 14:18 29:6 | **yeah** 5:8 15:22 16:1 17:19 19:7,11 31:9 35:6 43:14 44:21 46:9 **year** 25:14 26:2 42:5 **years** 5:23 17:10 24:6,19 **york** 13:15 17:17 **you're** 31:22 |
| **welker's** 1:12 **went** 33:6,15 **we'll** 31:7 **whatsoever** 22:10 27:25 **white** 3:19 6:4 7:11 17:11 39:6 42:1 45:4 **who've** 36:7 **willing** 41:10 | **worth** 24:19 25:4 **wound** 32:9,11 **wrap** 20:24 **wrenching** 20:22 **writ** 22:25 **wrongfully** 16:23 | **z** **zoom** 43:15 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127