# EXHIBIT 17



Explainers | Politics | Cu...ited | A...ys | Listen | Watch

MENU

**Clarity in this chaotic news cycle**

There's an overwhelming amount of news, but not enough context. At Vox, we do things differently. We're not focused on being the first to break stories — **we're focused on helping you understand what actually matters.** We report urgently on the most important issues shaping our world, and dedicate time to the issues that the rest of the media often neglects. But we can't do it alone.

We rely on readers like you to fund our journalism. **Will you support our work and become a Vox Member today?**

Join today

ADVERTISEMENT



POLITICS

# "The Snake": Donald Trump brings back his favorite anti-immigrant fable at CPAC

Trump returns to his core message: immigrants want to kill you.

by **Dara Lind**
Updated Feb 23, 2018, 6:46 PM UTC

 



Chip Somodevilla/Getty Images

What President Donald Trump gave the crowd at the annual Conservative Political Action Conference (CPAC) Friday morning wasn't just rhetorical red meat. It was rhetorical severed limbs, dripping with blood.

Trump's CPAC speech was a fantasia on his favorite theme: Immigrants are dangerous and they want to kill you.



One Teaspoon Every Night Burns Body Fat Like Never Before, You Will Fit In Your Pants Again!

Health Wellness Journal        Learn More >

**MOST POPULAR**

Document title: Trump snake story: the anti-immigrant fable in his CPAC speech | Vox
Capture URL: https://www.vox.com/policy-and-politics/2018/2/23/17044744/trump-snake-speech-cpac
Capture timestamp (UTC): Sat, 15 Feb 2025 09:07:43 GMT                                                                                             Page 1 of 5

Political Action Conference (CPAC) Friday morning wasn't just rhetorical red meat. It was rhetorical severed limbs, dripping with blood.

Trump's CPAC speech was a fantasia on his favorite theme: Immigrants are dangerous and they want to kill you.

MS-13 are hiding out in sanctuary cities and they're coming for you and want to kill you. "These are animals. They cut people. They cut them. They cut them up in little pieces, and they want them to suffer. And we take them into our country."

Countries are sending bad people to the US vis the diversity visa lottery and they want to kill you. "We pick out people. Then they turn out to be horrendous. And we don't understand why. They're not giving us their best people, folks […] I don't want people who drive a car at 100 miles an hour down the West Side Highway, and kill eight innocent victims and destroy the lives of 14 more. "

Border Patrol and ICE agents have to be absolutely ruthless because they're the only line of defense against people who want to kill you. "All they understand is toughness," Trump said of MS-13, and "we have the toughest guys you've ever seen. We got tough. They don't respect anything else."

And Democrats are siding against those agents, and against the American people, tacitly supporting people who want to kill you. "They're against safety," Trump said. "You meet with Democrats and they're always fighting for the criminal. They're not fighting for law-abiding citizens."

He even did "The Snake" — the recitation of a song that Trump repurposed as an anti-immigration parable during his campaign, in which a snake asks to be taken into a woman's home and repays her for her charity by killing her. He all but made the crowd beg for it, as if it was an encore at a rock concert:

> When I walked in today, did anyone ever hear me do the snake during the campaign? Because I had five people outside say, could you do the snake? I said, well, people have heard it. Who hasn't heard the snake? You should read it anyway. Let's do it anyway. I'll do it. Okay. Should we do it?

After reminding the crowd multiple times to think of it in terms of immigration — in case the subtext might have gotten missed — he recited it to applause:

**MOST POPULAR**

1  The hypersuccessful, happily-in-love billionaire actress the internet loves to hate

2  Trump's petty revenge on the arts

3  Leaked emails show the nation's leading wildlife agency has halted critical funding for conservation

4  Take a mental break with the newest Vox crossword

5  How to stop Trump's power grab



One Teaspoon Every Night Burns Body Fat Like Never Before, You Will Fit In Your Pants Again!
Health Wellness Journal    Learn More >






Inside the Wagner Group's playbook.

---

> *I saved you, cried the woman. And you've bitten me, heavens why?*
> *You know your bite is poisonous and now I'm going to die.*
> *Oh, shut up, silly woman, said the reptile with a grin.*
> *You knew damn well I was a snake before you took me in.* [ Applause ]
>
> And that's what we're doing with our country, folks. We're letting people in. And it is going to be a lot of trouble. It is only getting worse.

Over the past year, some in the media have realized, belatedly, that the Trump administration is hawkish on both legal and unauthorized immigration. But that was always their fault. "The Snake" was never a parable about "illegal immigration." It was always about "immigration," full stop.

Most politicians' biggest applause lines are statements about the America they want to see. Donald Trump's biggest applause line is about how America is letting in people who will kill you. It's a fear that Trump uses to justify his legislative agenda — building a wall on the US-Mexico border; tightening asylum law to make it much harder for unaccompanied children and families to enter the US; and drastically cutting legal immigration, particularly family-based immigration — but it is not, fundamentally, about the policy. It is about the feelings that being at a Trump rally evokes: the effervescence of being in a room where everyone passionately agrees with you, and the loyalty and thankfulness engendered by being among leaders who say the world is a terrible place from which they will protect you.

Donald Trump was reciting "The Snake" long before he started talking about chain migration or even MS-13. And he knows that "The Snake," not the policy, is what his audience wants.

The lines between salesmanship, hucksterism, and demagoguery have always been very blurry with Trump. And the intersection of them is the place he's always been most comfortable — as a candidate, and as a president. Time and again, when Trump is in front of friendly audiences — whether it's a group of police officers on Long Island or a group of



One Teaspoon Every Night Burns Body Fat Like Never Before, You Will Fit In Your Pants Again!

Health Wellness Journal    Learn More >


AD

**Today, Explained** Understand the world with a daily explainer plus the most compelling stories of the day, compiled by news editor Sean Collins.

Enter your email    **Sign Up**



The lines between salesmanship, hucksterism, and demagoguery have always been very blurry with Trump. And the intersection of them is the place he's always been most comfortable — as a candidate, and as a president. Time and again, when Trump is in front of friendly audiences — whether it's a group of police officers on Long Island or a group of conservative activists at CPAC — he gives speeches about how immigrants are subhuman and violent, and that America needs sufficiently ruthless and violent law enforcement officers to fight against them effectively.

It's an incredibly dangerous thing to have people going around on the street believing. But that doesn't appear to bother the president much. After all, he gets the applause.

SEE MORE: DONALD TRUMP   IMMIGRATION   POLICY   POLITICS



## More in Politics


The Justice Department's alleged quid pro quo with Eric Adams, explained


Trump's petty revenge on the arts


How Democrats should respond to Trump's war on DEI


The key question for Democrats hoping to take down Trump


Is Guantánamo a black hole for immigrants?


This didn't start with DOGE

## Recommended For You

FEB 12
Trump's peace talks with Putin

FEB 12
Can anyone stop the french fry cartel?

FEB 12
Trump's shocking purge of public health data, explained

FEB 12
Why are young men so hopeless at dating?

FEB 12
An eerie prophecy of Trump's second term — from 1998

FEB 11
Has Trump's agenda stalled?

ADVERTISEMENT





SPONSORED CONTENT

**If You Drink Almond Milk Daily, This Is What Happens**
Wellness Guide

**Nutritionist: Fast Track to a Slim Waist**
GetHealthInsider

**Who Needs Stimulants? Drop This In The Morning, Watch What Happens**
health-headline.com

**Finally Legal: It's like a Vaccine for Chronic Joint & Back Pain**
Truth Domain Health

**Dedicated Virtual Assistants. Starting from $7.5/hr**
Wing Assistant

**Academic writing is getting harder to read—the humanities most of all**
The Economist

ADVERTISEMENT



About us | Our staff | Ethics & Guidelines | How we make money | Contact us | How to pitch Vox | Newsletters

Privacy Notice | Terms of Use | Cookie Policy | Do Not Sell or Share My Personal Data | Licensing | Accessibility | Platform Status | Careers

© 2025 VOX MEDIA, LLC. ALL RIGHTS RESERVED