# EXHIBIT 18



# Trump Calls Some Unauthorized Immigrants 'Animals' in Rant

🎁 Share full article   ↗   🔖   💬 428



President Trump at the California Sanctuary State Roundtable in the Cabinet Room on Wednesday.  Doug Mills/The New York Times

By Julie Hirschfeld Davis

May 16, 2018

WASHINGTON — President Trump lashed out at undocumented immigrants during a White House meeting on Wednesday, warning in front of news cameras that dangerous people were clamoring to breach the country's borders and branding such people "animals."

Mr. Trump's comments came during a round-table discussion with state and local leaders on California's so-called sanctuary laws, which strictly limit communication between local law enforcement and federal immigration officers, and which the Trump administration is suing to invalidate. It was hardly the first time

U.S. Immigration     Birthright Citizenship     News From the Border     Detention at Guantánamo     Deportation Flights     Venezuelan Immigration Deal in Florida

Case 3:25-cv-01766-EMC     Document 37-18     Filed 02/21/25     Page 3 of 9

state and local leaders on California's so-called sanctuary laws, which strictly limit communication between local law enforcement and federal immigration officers, and which the Trump administration is suing to invalidate. It was hardly the first time the president has spoken in racially fraught terms about immigrants, but it underscored his anger about unchecked immigration — the animating issue of his campaign and his tenure so far — and his frustration that he has not been able to do more to seal the nation's borders.

As he has in numerous private meetings with his advisers at the White House, Mr. Trump used the session to vent about the nation's immigration laws, calling them "the dumbest laws on immigration in the world." He exhorted his administration to "do much better" in keeping out undesirable people, including members of transnational gangs like MS-13.

"We have people coming into the country, or trying to come in — we're stopping a lot of them," Mr. Trump said in the Cabinet Room during an hourlong meeting that reporters were allowed to document. "You wouldn't believe how bad these people are. These aren't people, these are animals, and we're taking them out of the country at a level and at a rate that's never happened before."

ADVERTISEMENT



Fidelity INVESTMENTS

Doors can lead us to goals and what's important to you.

Open the door to your personalized strategy.

Learn More

Mr. Trump's remarks came as the local officials invited for the event took turns praising his immigration policies and lamenting

U.S. Immigration    Birthright Citizenship Fight    News From the Border    Detention at Guantánamo    Deportation Flights    Venezuelan Immigration Deal in Florida

Case 3:25-cv-01766-EMC    Document 37-18    Filed 02/21/25    Page 4 of 9

Mr. Trump's remarks came as the local officials invited for the event took turns praising his immigration policies and lamenting California's law, arguing that it was making it more difficult for their communities to find and deport criminals.

Sheriff Margaret Mims of Fresno County said the statute barred Immigration and Customs Enforcement authorities from using her databases "to find the bad guys," or from entering prisons to locate people who might be in the country illegally.

"It's really put us in a very bad position," Sheriff Mims said.

"It's a disgrace," Mr. Trump answered, "and we're suing on that."

The president's language and his focus on California drew a sharp rebuke from Jerry Brown, the state's Democratic governor.

"Trump is lying on immigration, lying about crime and lying about the laws of California," Mr. Brown said in a statement. "Flying in a dozen Republican politicians to flatter him and praise his reckless policies changes nothing. We, the citizens of the fifth-largest economy in the world, are not impressed."

**Editors' Picks**


Jane Fonda, Sneakerhead


Meet the Champion Who Memorized 80 Numbers in 13.5 Seconds


Making Her Homebuying Debut in Manhattan With $475,000 to Spend


PAID POST: ESPACIO HAKONE
In This Valley, Private Luxury Elevates Japan's Famed Onsen

ADVERTISEMENT



During the session, Mr. Trump suggested that the mayor of Oakland, Calif., should be charged with obstruction of justice for warning her constituents in February of an impending large-scale immigration raid and arrests.

"You talk about obstruction of justice," said the president, who is himself the subject of a special counsel's investigation into whether he sought to thwart a federal examination of Russia's meddling in the 2016 elections. "I would recommend that you look into obstruction of justice for the mayor of Oakland."

Turning to Jeff Sessions, his attorney general, who sat at the other end of the large wooden conference table, Mr. Trump said: "Perhaps the Department of Justice can look into that."



Document title: Trump Calls Some Unauthorized Immigrants 'Animals' in Rant - The New York Times
Capture URL: https://www.nytimes.com/2018/05/16/us/politics/trump-undocumented-immigrants-animals.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:18:46 GMT

obstruction of justice for the mayor of Oakland."

Turning to Jeff Sessions, his attorney general, who sat at the other end of the large wooden conference table, Mr. Trump said: "Perhaps the Department of Justice can look into that."

The round table took place exactly one week after Mr. Trump used a closed-door cabinet meeting to castigate Kirstjen Nielsen, the secretary of homeland security, for failing to do enough to crack down at the border. On Wednesday, Ms. Nielsen said little when called upon to speak, other than to thank Mr. Trump for his leadership on the issue.

ADVERTISEMENT



"You're doing a good job, and it's not an easy job," Mr. Trump told Ms. Nielsen.

He alluded to a recent push by his administration that parents be separated from their children when families cross illegally into the United States, but blamed Democrats — many of whom have vehemently opposed the practice — for the new policy.

"I know what you're going through right now with families is very tough, but those are the bad laws that the Democrats gave us," Mr. Trump said. "We have to break up families. The Democrats gave us that law."

The president also took aim at Mexico as unhelpful on immigration.



Trump said. "We have to break up families. The Democrats gave us that law."

The president also took aim at Mexico as unhelpful on immigration.

"Mexico does nothing for us," Mr. Trump said. "Mexico talks, but they do nothing for us, especially at the border. Certainly don't help us much on trade, but especially at the border, they do nothing for us."

His harsh criticism came as American and Mexican officials were at a critical stage in their efforts to renegotiate the North American Free Trade Agreement.

Mr. Trump's heated remarks on immigration, both private and public, appear to have resonated with his advisers, who have been moving to put in place ever-stricter policies in line with the president's vision. Mr. Sessions said the Department of Justice would be adding immigration judges and prosecuting twice as many immigration cases this year.

ADVERTISEMENT



"The president has made clear to all of us that we have to do better," he said. "We are going to do better."

The attorney general, a former senator who helped to derail previous attempts at revamping immigration laws, also expressed hope that a legislative overhaul could be enacted this year, although Republicans on Capitol Hill have shown little appetite for undertaking one.

"This is the year that we have to move Congress," Mr. Sessions said.

A version of this article appears in print on May 17, 2018, Section A, Page 13 of the New York edition with the headline: Trump Rants on Unauthorized Migrants: 'These Aren't People, These Are Animals'. Order Reprints | Today's Paper | Subscribe

See more on: Donald Trump, U.S. Politics, Jefferson B Sessions III, U.S. Justice Department

**READ 428 COMMENTS**

Share full article   428

**Related Coverage**



May 11, 2018
Trump Tirade Is Culmination of Immigration

### Related Coverage

May 11, 2018 — **Trump Tirade Is Culmination of Immigration Frustration** 

April 25, 2018 — **Courts Give Trump a Possible Path Through a Legal Minefield on Immigration** 

April 6, 2018 — **Trump Signs Memo Ordering End to 'Catch and Release' Immigration Policy** 

## Our Coverage of U.S. Immigration

- **Guantánamo Bay:** The Trump administration has said little about the Venezuelan men who were transferred from Texas to the U.S. military base in Cuba. Here's what we know.

- **Deported to Panama:** More than half of the migrants from Asian nations sent to the country by the U.S. have agreed to return to their home countries, Panama said. The roughly 150 migrants who refused have been sent to a camp near the jungle.

- **Kristi Noem:** In a biting rejoinder, the F.B.I. called comments by the secretary of homeland security "deeply irresponsible" after she accused the agency of corruption and suggested agents had leaked details ahead of immigration arrests.

- **Migrant Children:** The Trump administration toughened security requirements for sponsors of migrant children, which could make it more difficult for minors to be released from federal custody.

- **ICE Agents at Rikers:** After meeting President Trump's border czar, Mayor Eric Adams said he would issue an executive order to allow federal immigration authorities into the Rikers Island jail complex, a significant shift in New York City's sanctuary policies.

---

**The Trump White House**
The historic moments, head-spinning developments and inside-the-White House intrigue.

 Christopher Wray Says He'll Step Down as F.B.I. Director

 Why the Discredited Dossier Does Not Undercut the Russia Investigation

 Trump's Pentagon Chief Quashed Idea to Send 250,000 Troops to the Border

**Trending in The Times**

The White House's Love Language: 'Come Here Illegally and We'll Deport You'

Man Who Kidnapped Ride Share Driver Gets 12 Years in Prison

Being George Clooney Is Harder Than It Looks

Opinion: We're Running Out of Chances to Stop Bird Flu

Harris Has Scrambled the California Governor's Race Without Entering It

 More in Politics






Trump Targets a Growing List of Those He Sees as Disloyal


A Leading Anti-Trump Voice Returns to Democrats' Top Think Tank


PAID POST: INDEED
Don't Confuse Wellbeing with 'Fluffiness'
indeed

to Stop Bird Flu

Harris Has Scrambled the California Governor's Race Without Entering It

I Found Pornography on My Husband's Computer. I'm Furious!

Former N.F.L. Player Arrested for Protest Against MAGA Plaque

Traveling Abroad? If You're Paying With Dollars, Your Trip Is on Sale.

'The Eastern Gate' Is a Lean and Mean Spy Drama


A Lonely Holdout Where Republicans Still Resist Trump: Utah


How Each Senator Voted to Confirm Kash Patel as F.B.I. Director


In Private Remarks on Russia, Rubio Tries to Reassure Europeans

**Editors' Picks**


Fine-Dining Menus Are More Than Word Salad


You've Seen One Snake Plant, You Haven't Seen Them All


For These 20-Somethings, Trump 'Is Making It Sexy' to Be Republican

ADVERTISEMENT



Document title: Trump Calls Some Unauthorized Immigrants 'Animals' in Rant - The New York Times
Capture URL: https://www.nytimes.com/2018/05/16/us/politics/trump-undocumented-immigrants-animals.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:18:46 GMT    Page 7 of 8


Republicans Still Resist Trump: Utah


Kash Patel as F.B.I. Director


Tries to Reassure Europeans

## Editors' Picks



Fine-Dining Menus Are More Than Word Salad

You've Seen One Snake Plant, You Haven't Seen Them All

For These 20-Somethings, Trump 'Is Making It Sexy' to Be Republican

---

ADVERTISEMENT



---

# The New York Times

Go to Home Page »

| NEWS | ARTS | LIFESTYLE | OPINION | MORE | ACCOUNT |
|------|------|-----------|---------|------|---------|
| Home Page | Book Review | Health | Today's Opinion | Audio | Subscribe |
| U.S. | Best Sellers Book List | Well | Columnists | Games | Manage My Account |
| World | Dance | Food | Editorials | Cooking | Home Delivery |
| Politics | Movies | Restaurant Reviews | Guest Essays | Wirecutter | Gift Subscriptions |
| New York | Music | Love | Op-Docs | The Athletic | |
| Education | Pop Culture | Travel | Letters | Jobs | Group Subscriptions |
| Sports | Television | Style | Sunday Opinion | Video | Gift Articles |
| Business | Theater | Fashion | Opinion Video | Graphics | Email Newsletters |
| Tech | Visual Arts | Real Estate | Opinion Audio | Trending | |
| Science | | T Magazine | | Live Events | NYT Licensing |
| Weather | | | | Corrections | Replica Edition |
| The Great Read | | | | Reader Center | Times Store |
| Obituaries | | | | TimesMachine | |
| Headway | | | | The Learning Network | |
| Visual Investigations | | | | School of The NYT | |
| The Magazine | | | | inEducation | |

© 2025 The New York Times Company   NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

Your Privacy Choices

---