# EXHIBIT 19

MENU

# PolitiFact
The Poynter Institute

English    Español

**Stand up for the facts!**

Our only agenda is to publish the truth so you can be an informed participant in democracy. We need your help.

More Info

I would like to contribute

15 $    Monthly

Join Now



# In Context: Donald Trump's comments about immigrants, 'animals'

NATIONAL



President Donald Trump speaks during a roundtable on immigration policy in California in the Cabinet Room of the White House, Wednesday, May 16, 2018, in Washington. (AP Photo/Evan Vucci)



President Donald Trump speaks during a roundtable on immigration policy in California in the Cabinet Room of the White House, Wednesday, May 16, 2018, in Washington. (AP Photo/Evan Vucci)



By Miriam Valverde
May 17, 2018

President Donald Trump has fueled criticism from lawmakers and immigrant rights advocates after saying that some people coming into the United States are "animals."

Trump's remarks came during a May 16 immigration roundtable discussion that touched on so-called sanctuary cities, MS-13 gang members, the federal "catch and release" practice, and policies in California related to the detention of immigrants. Participants included cabinet members, California sheriffs and other elected officials.

But it was Trump's "animals" comment that sparked the most attention.

"Immigrants are not 'animals.' The president's statement was deeply offensive and racist. Immigrants are our family and friends, and they make significant contributions to our country," tweeted Sen. Dianne Feinstein, a Democrat from California.



However, some have pointed out that Trump was not calling *all* immigrants "animals," and rather made that comment in reference to MS-13 gang members, known for committing brutal crimes.

Trump did not specifically mention MS-13 in the same sentence, but his comment came after a California sheriff said U.S. Immigration and Customs Enforcement cannot use her office's databases "to find the bad guys" and that "there could be an MS-13 gang member" she knows about, but can't tell the


Sign Up For Our Weekly Newsletter

Enter your email

Sign up



U.S. Immigration and Customs Enforcement cannot use her office's databases "to find the bad guys" and that "there could be an MS-13 gang member" she knows about, but can't tell the federal agency.

Here's the exchange for full context.

---

**You may not realize this, but as a nonprofit news organization, we depend on — and answer to — you. Your support directly impacts our ability to provide objective reporting on issues that matter.**

**Donate to our Spring Campaign. Go on the record as saying facts matter!**

---

**Margaret Mims, Fresno County Sheriff**: "Thank you, Mr. President. You know, sheriffs in California are now in an untenable position when it comes to trying to figure out — now, we have state law, we have federal laws, and here we are stuck in the middle. Sheriffs, especially, because most of us run our county jails.

"When there became a legal challenge to the 48-hour holds for ICE, it was very frustrating for us. So what I did is I invited ICE to put their officers in my jails so they're able to do their work. We didn't have the staffing to be able to help figure out who they wanted to talk to or didn't. I said, come on in, work with our people to keep our community safe. Two weeks later, Mr. President, Kate Steinle was murdered.

"Now, I wasn't the only sheriff to do that. Sheriff Youngblood did, Sheriff Christianson. And it was perfect — because we didn't have to take our time, with our staff, to do, to do anything. ICE was in there doing their work in a safe, controlled, environment. And then, the initiatives started happening -- the TRUST Act, the TRUTH Act, and finally, SB 54, the Values Act. And that is causing us all kinds of turmoil.

"So here we are, stuck in the middle, trying to decide. We have federal law, we have state law. And that's why I welcomed Attorney General Sessions's lawsuit, because that will provide us the clarity that we need and direction that we need. What do we do? Because here we are.

us the clarity that we need and direction that we need. What do we do? Because here we are.

"And I appreciated Mr. Homan and ICE. We had a great relationship; we still do. But now ICE is the only law enforcement agency that cannot use our databases to find the bad guys. They cannot come in and talk to people in our jail, unless they reach a certain threshold. They can't do all kinds of things that other law enforcement agencies can do. And it's really put us in a very bad position."

**Trump**: "It's a disgrace. OK? It's a disgrace."

**Mims**: "It's a disgrace."

**Trump**: "And we're suing on that, and we're working hard, and I think it will all come together, because people want it to come together. It's so ridiculous. The concept that we're even talking about is ridiculous. We'll take care of it, Margaret. We'll win."

**Mims**: "Thank you. There could be an MS-13 gang member I know about — if they don't reach a certain threshold, I cannot tell ICE about it."

**Trump**: "We have people coming into the country, or trying to come in — and we're stopping a lot of them — but we're taking people out of the country. **You wouldn't believe how bad these people are. These aren't people. These are animals. And we're taking them out of the country at a level and at a rate that's never happened before.** And because of the weak laws, they come in fast, we get them, we release them, we get them again, we bring them out. It's crazy.

The dumbest laws, as I said before, the dumbest laws on immigration in the world. So we're going to take care of it, Margaret. We'll get it done."









Senator

POLITIFACT

"Immigrants are not 'animals.' The president's statement was deeply offensive and racist."

in a tweet – Wednesday, May 16, 2018

SHARE READ MORE

## Our Sources

C-SPAN, President Trump Hosts California Sanctuary State Roundtable, May 16, 2018

Twitter, @SenFeinstein tweet, May 16, 2018

Washington Examiner, It was MS-13 Trump called 'animals,' not undocumented immigrants, May 16, 2018

## Browse the Truth-O-Meter

### MORE BY MIRIAM VALVERDE

**Pramila Jayapal** stated on August 30, 2021 in an Instagram post:

"The average hospital stay for a case of COVID-19 costs about $17,064.

**Mitt Romney** stated on August 29, 2021 in a CNN interview:

The Trump administration worked to free 5,000 Taliban

**Joe Biden** stated on August 20, 2021 in a press conference:

There has been "no question of our credibility from our

MENU

PolitiFact
The Poynter Institute

Donate

"The average hospital stay for a case of COVID-19 costs about $17,064. The vaccine is free."



By Miriam Valverde • September 2, 2021

The Trump administration worked to free 5,000 Taliban prisoners.



By Miriam Valverde • August 31, 2021

There has been "no question of our credibility from our allies around the world" regarding how the U.S. is withdrawing from Afghanistan.



By Miriam Valverde • August 26, 2021

## IN CONTEXT: DONALD TRUMP'S COMMENTS ABOUT IMMIGRANTS, 'ANIMALS'



**Threads posts**

stated on January 8, 2025 in a post on Threads:

"Blue items that survive" California wildfires are "indicative of DEW's (Directed Energy Weapons)."




By Madison Czopek • January 10, 2025



**Facebook posts**

stated on January 8, 2025 in una publicación en Facebook:

Imagen muestra el letrero de Hollywood en California en llamas el 8 de enero de 2025.




By Maria Briceño • January 10, 2025



**Facebook posts**

stated on January 9, 2025 in a Facebook post:



**Facebook posts**

stated on January 9, 2025 in a Facebook post:

> Video shows a man saving a bunny during the 2025 Los Angeles fires.



By Loreben Tuquero • January 10, 2025



**Social Media**

stated on January 8, 2025 in social media posts:

> Image shows the Hollywood sign was on fire as of Jan. 8.



By Loreben Tuquero • January 10, 2025



**Viral image**

stated on January 5, 2025 in a Facebook post:

> Video shows Dr. Mehmet Oz and rapper Snoop Dogg promoting treatment for chronic lung diseases."



By Ciara O'Rourke • January 10, 2025



**X posts**

stated on January 7, 2025 in an X post:

> Video shows directed energy weapons starting fires in California.



By Ciara O'Rourke • January 10, 2025



**Viral image**

stated on January 6, 2025 in a Facebook post:

> McQueen High School in Nevada issued a "masturbation notice" to students.



By Ciara O'Rourke • January 10, 2025



**Viral image**

stated on January 1, 2025 in a Facebook post:


The Poynter Institute

MENU

Donate



**Viral image**

stated on January 1, 2025 in a Facebook post:

Actor Tom Hanks died in a "fatal car accident."

By Ciara O'Rourke • January 10, 2025



---



**X posts**

stated on January 8, 2025 in a post:

"FEMA spent billions on illegal immigrants and now has no money for California!"

By Kwasi Gyamfi Asiedu • January 10, 2025



---



**Threads posts**

stated on January 7, 2025 in A Threads post:

California wildfires "are a deliberate criminal land grab in preparation for Agenda 2030 and smart cities."

By Maria Briceño • January 9, 2025



---

Load more




### OFFICES

**District of Columbia**
1800 I Street NW
Washington, DC 20006

**Florida**
801 3rd St. S
St. Petersburg, FL 33701
727-821-9494

### PEOPLE

Joe Biden
Kamala Harris
Donald Trump
Mitch McConnell
Hakeem Jeffries
Ron DeSantis

### STATE EDITIONS

California
Florida
Iowa
Michigan
New Hampshire
New York
North Carolina
Pennsylvania

### ABOUT US

Our Process
Our Staff
En Español
Who pays for PolitiFact?
Advertise with Us
Corrections and Updates
Newsletters




MENU



**Threads posts**
stated on January 7, 2025 in A Threads post:

California wildfires "are a deliberate criminal land grab in preparation for Agenda 2030 and smart cities."



By Maria Briceño • January 9, 2025

Load more




### OFFICES

**District of Columbia**
1800 I Street NW
Washington, DC 20006

**Florida**
801 3rd St. S
St. Petersburg, FL 33701
727-821-9494

### PEOPLE

Joe Biden
Kamala Harris
Donald Trump
Mitch McConnell
Hakeem Jeffries
Ron DeSantis

### STATE EDITIONS

California
Florida
Iowa
Michigan
New Hampshire
New York
North Carolina
Pennsylvania
Texas
West Virginia
Wisconsin

### ABOUT US

Our Process
Our Staff
En Español
Who pays for PolitiFact?
Advertise with Us
Corrections and Updates
Newsletters

### RSS FEEDS

Recent Articles and Fact-checks
Recent Fact-checks

Suggest a Fact-check

FOLLOW US

THE FACTS NEWSLETTER    Enter your email    Sign up

Terms & Conditions    Privacy Policy    Copyright    ©All Rights Reserved Poynter Institute 2020, a 501(c)(3) nonprofit organization