# EXHIBIT 24

The New York Times

GIVE THE TIMES    Account

U.S. Immigration | Birthright Citizenship Order   View From the Border   Detention at Guantánamo   Deportation Flights to Venezuela   Immigration Deal in Florida

ADVERTISEMENT


# Trump, at Fund-Raiser, Says He Wants Immigrants From 'Nice' Countries

At rallies, Donald Trump frequently laments migrants from a list of countries from Africa, Asia and the Middle East as he stokes fears around the surge at the border.

 Share full article  



Former President Donald J. Trump and his wife, Melania, in Palm Beach, Fla., on Saturday.  Lynne Sladky/Associated Press

 By **Maggie Haberman** and **Michael Gold**
Maggie Haberman reported from New York, and Michael Gold from Palm Beach, Fla.

April 7, 2024

Leer en español

Former President Donald J. Trump, speaking at a multimillion-dollar fund-raiser on Saturday night, lamented that people were not immigrating to the United States from "nice" countries "like

---

Former President Donald J. Trump, speaking at a multimillion-dollar fund-raiser on Saturday night, lamented that people were not immigrating to the United States from "nice" countries "like Denmark" and suggested that his well-heeled dinner companions were temporarily safe from undocumented immigrants nearby, according to an attendee.

Mr. Trump, the presumptive Republican presidential nominee, made the comments during a roughly 45-minute presentation at a dinner at a mansion owned by the billionaire financier John Paulson in Palm Beach, Fla., a rarefied island community.

Guests were seated outdoors at white-clothed tables under a white tent, looking out on the waterway that divides the moneyed town from the more diverse West Palm Beach, a mainland city, according to the attendee, who was not authorized to speak publicly about the private event but provided an extensive readout of Mr. Trump's remarks.

Dozens of wealthy donors helped write checks that the Trump campaign and the Republican National Committee claim totaled more than $50 million, an amount that would set a record but had not been verified. Campaign finance reports encompassing the date of the event won't be available for months.

ADVERTISEMENT



Some of Mr. Trump's comments were standard fare from his stump speeches, while other parts of the speech were tailored to his wealthy audience.

About midway through his remarks, the attendee said, Mr. Trump began an extensive rant about migrants entering the United States, at a time when President Biden has been struggling with an intensified crisis at the Southern border.

"These are people coming in from prisons and jails. They're coming in from just unbelievable places and countries, countries that are a disaster," Mr. Trump told his guests, according to the attendee. The former president has made a similar claim the heart of his campaign speeches.

He then appeared to refer to an episode during his presidency when he drew significant criticism after an Oval Office meeting with federal lawmakers about immigration during which he described Haiti and some nations in Africa as "shithole countries," compared with places like Norway.

"And when I said, you know, Why can't we allow people to come in from nice countries, I'm trying to be nice," Mr. Trump said at the dinner, to chuckles from the crowd. "Nice countries, you know like Denmark, Switzerland? Do we have any people coming in from Denmark? How about Switzerland? How about Norway?"

**Editors' Picks**


Jane Fonda, Sneakerhead


Meet the Champion Who Memorized 80 Numbers in 13.5 Seconds


Making Her Homebuying Debut in Manhattan With $475,000 to Spend

ADVERTISEMENT

He continued, "And you know, they took that as a very terrible comment, but I felt it was fine."

Mr. Trump went on to say that there were people coming from Yemen, "where they're blowing each other up all over the place."

During his rallies, Mr. Trump frequently laments migrants from a list of countries from Africa, Asia and the Middle East as he stokes



U.S. Immigration | Birthright Citizenship Fight | News From the Border | Detentions at Guantánamo | Deportation Flights | Venezuelan Immigration Deal in Florida

Case 3:25-cv-01766-EMC    Document 37-24    Filed 02/21/25    Page 5 of 9

Mr. Trump went on to say that there were people coming from Yemen, "where they're blowing each other up all over the place."

During his rallies, Mr. Trump frequently laments migrants from a list of countries from Africa, Asia and the Middle East as he stokes fears around the surge at the border, which he blames for a spike in crime, blame that has not been supported by available data.

At the dinner, Mr. Trump also lamented the surge of migrants, particularly from Latin America, saying that gang members "make the Hells Angels look like extremely nice people."

"They've been shipped in, brought in, deposited in our country, and they're with us tonight," Mr. Trump said.

"In fact, I don't think they're on this island, but I know they're on that island right there. That's West Palm," Mr. Trump said, gesturing across the water, according to the attendee. "Congratulations over there. But they'll be here. Eventually, they'll be here."

ADVERTISEMENT

Asked to comment, a Trump campaign official pointed to an official readout of the former president's event, including that he had discussed the border crisis and the tax cuts that he enacted while in office. The official did not address the specific quotes and did not respond to a question about whether the campaign was disputing them.

Mr. Paulson's estate sits along the waterway that separates the town of Palm Beach — a wealthy community on a barrier island that, according to the Census Bureau, is 93.8 percent white — from West Palm Beach, where nearly a third of residents are Black and a quarter are Hispanic.

Mr. Trump blamed his successor, Mr. Biden, for the influx of migrants and mocked him and aides for what Mr. Trump said were bad decisions made around the Resolute Desk, which has been used by two dozen presidents.

"The Resolute Desk is beautiful," Mr. Trump said. "Ronald Reagan



immigrants and mocked him and aides for what Mr. Trump said were bad decisions made around the Resolute Desk, which has been used by two dozen presidents.

"The Resolute Desk is beautiful," Mr. Trump said. "Ronald Reagan used it, others used it."

He then denigrated Mr. Biden, sounding disgusted, according to the attendee: "And he's using it. I might not use it the next time. It's been soiled. And I mean that literally, which is sad."

The attendee who witnessed the moment said that dinner guests laughed and that Mr. Trump's remark was interpreted as the former president saying that Mr. Biden had defecated on the desk.

Mr. Trump also sought to point to parts of his record that could appeal to the wealthy donors in attendance. He highlighted the tax cuts under his administration and asked attendees about whether they had a preference for that measure or his regulations that allowed them to take advantage of specific write-offs, according to the attendee.

"The most successful people in the whole country are in this room," Mr. Trump said.

He ended his remarks with a grave assessment of America's future that has characterized his campaigns for the presidency, but with a more apocalyptic tenor in 2024.

"This could very well be the last election this country ever has," Mr. Trump said, using a line that has become standard at his rallies. "July 4 is not as important as this as far as I'm concerned."

**Maggie Haberman** is a senior political correspondent reporting on the 2024 presidential campaign, down ballot races across the country and the investigations into former President Donald J. Trump. More about Maggie Haberman

**Michael Gold** is a political correspondent for The Times covering the campaigns of Donald J. Trump and other candidates in the 2024 presidential elections. More about Michael Gold



A version of this article appears in print on April 8, 2024, Section A, Page 16 of the New York edition with the



**Michael Gold** is a political correspondent for The Times covering the campaigns of Donald J. Trump and other candidates in the 2024 presidential elections. More about Michael Gold

A version of this article appears in print on April 8, 2024, Section A, Page 16 of the New York edition with the headline: At Fund-Raiser, Trump Says He Wants More Immigrants From 'Nice' Countries. Order Reprints | Today's Paper | Subscribe

See more on: Donald Trump, U.S. Politics, 2024 Elections: News, Polls and Analysis

Share full article

## Our Coverage of U.S. Immigration

- **Guantánamo Bay:** The Trump administration has said little about the Venezuelan men who were transferred from Texas to the U.S. military base in Cuba. Here's what we know.

- **Deported to Panama:** More than half of the migrants from Asian nations sent to the country by the U.S. have agreed to return to their home countries, Panama said. The roughly 150 migrants who refused have been sent to a camp near the jungle.

- **Kristi Noem:** In a biting rejoinder, the F.B.I. called comments by the secretary of homeland security "deeply irresponsible" after she accused the agency of corruption and suggested agents had leaked details ahead of immigration arrests.

- **Migrant Children:** The Trump administration toughened security requirements for sponsors of migrant children, which could make it more difficult for minors to be released from federal custody.

- **ICE Agents at Rikers:** After meeting President Trump's border czar, Mayor Eric Adams said he would issue an executive order to allow federal immigration authorities into the Rikers Island jail complex, a significant shift in New York City's sanctuary policies.

ADVERTISEMENT



U.S. Immigration    Birthright Citizenship Case    Live From the Border    Detention at Guántánamo    Deportation Flights    Venezuela    Immigration Deal in Florida

Case 3:25-cv-01766-EMC    Document 37-24    Filed 02/21/25    Page 8 of 9

Resigns After Remarks About Barron Trump

Octogenarian Who Shot Teen in Kansas City Dies Days After Pleading Guilty

Scientists Describe Rare Syndrome Following Covid Vaccinations

Trump's Latest Target: A Nancy Pelosi Achievement in San Francisco

Trump Targets a Growing List of Those He Sees as Disloyal

'The Eastern Gate' Is a Lean and Mean Spy Drama

A New Hotel Perched in the Hills of Florence

Alexander Brothers Face More Lawsuits Accusing Them of Sexual Assault

Former N.F.L. Player Arrested for Protest Against MAGA Plaque

Finding Nirvana in a Pair of Socks

A Leading Anti-Trump Voice Returns to Democrats' Top Think Tank

In Private Remarks on Russia, Rubio Tries to Reassure Europeans

A Lonely Holdout Where Republicans Still Resist Trump: Utah

Former N.F.L. Player Is Arrested After Protest Over MAGA Plaque

**Editors' Picks**

Love in This Tub

Making Her Homebuying Debut in Manhattan With $475,000 to Spend



For These 20-Somethings, Trump 'Is Making It Sexy' to Be Republican

ADVERTISEMENT



---

Document title: Trump, at Fund-Raiser, Says He Wants Immigrants From 'Nice' Countries - The New York Times
Capture URL: https://www.nytimes.com/2024/04/07/us/politics/trump-immigrants-nice-countries.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:21:23 GMT





to Democrats' Top Think Tank

Tries to Reassure Europeans

Republicans Still Resist Trump: Utah

## Editors' Picks

Love in This Tub

Making Her Homebuying Debut in Manhattan With $475,000 to Spend

For These 20-Somethings, Trump 'Is Making It Sexy' to Be Republican

ADVERTISEMENT

The New York Times

Go to Home Page »

NEWS
Home Page
U.S.
World
Politics
New York
Education
Sports
Business
Tech
Science
Weather
The Great Read
Obituaries
Headway
Visual Investigations
The Magazine

ARTS
Book Review
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Visual Arts

LIFESTYLE
Health
Well
Food
Restaurant Reviews
Love
Travel
Style
Fashion
Real Estate
T Magazine

OPINION
Today's Opinion
Columnists
Editorials
Guest Essays
Op-Docs
Letters
Sunday Opinion
Opinion Video
Opinion Audio

MORE
Audio
Games
Cooking
Wirecutter
The Athletic
Jobs
Video
Graphics
Trending
Live Events
Corrections
Reader Center
TimesMachine
The Learning Network
School of The NYT
inEducation

ACCOUNT
Subscribe
Manage My Account
Home Delivery
Gift Subscriptions
Group Subscriptions
Gift Articles
Email Newsletters
NYT Licensing
Replica Edition
Times Store

© 2025 The New York Times Company NYTCo Contact Us Accessibility Work with us Advertise T Brand Studio Your Ad Choices Privacy Policy Terms of Service Terms of Sale Site Map Help Subscriptions

Your Privacy Choices California Notices