# EXHIBIT 33



**TRUST THE SOURCE.**
**CHOOSE THE SCREEN.**

 STREAMING

 APP

 ONLINE



NBC NEWS    TRUMP ADMIN    POLITICS    LOCAL    U.S. NEWS    WORLD    BUSINESS    EDITORS' PICKS    SHOPPING    • WATCH LIVE

**EXCLUSIVE**

IMMIGRATION

# DHS is seeking more than 600 migrants for possible ties to Venezuelan gang

So far 100 have been identified as gang members. The rest remain under investigation and could later be found to be victims, witnesses or members of the gang.



Officials warn about rising threat from Venezuelan gang members illegally crossing border
02:25

00:55 / 02:25

Get more news **LIVE** on 🔹 **NBC NEWS NOW.** ›

Create your free profile or log in to save this article

Oct. 23, 2024, 10:30 AM UTC

**By Julia Ainsley**

The Department of Homeland Security has identified more than 600 migrants in the U.S. who may have connections to a notorious Venezuelan gang that is drawing growing concern from local and federal law enforcement officials, according to data obtained exclusively by NBC News.

**Sponsored Stories**    by Taboola

ENERGY BILL CRUNCHER    Learn More

Virginia: Gov May Cover Your Cost To Install Solar If You Live In These Zip Codes

DHS is seeking more than 600 migrants for possible ties to Venezuelan gang

Venezuelan gang that is drawing growing concern from local and federal law enforcement officials, according to data obtained exclusively by NBC News.

Roughly 100 of the 600 migrants DHS has deemed "subjects of interest" were confirmed members of the gang whom the department recommended be placed on an FBI watchlist, officials said. The others could be found after a review to be victims, witnesses or members of the gang.

The Venezuelan gang, known as Tren de Aragua, or TDA, has a known presence in 15 states and a possible presence in eight others, according to the data.

Homeland Security officials began working to compile the data on TDA this spring after they saw a spike in crime by gang members in New York and other cities across the U.S. Crimes tied to the gang include sex trafficking in Louisiana and the point-blank shooting of two New York City police officers.

U.S. Immigration and Customs Enforcement has arrested more than 100 people suspected of being associated with TDA in connection with crimes since October 2022, the data said, and 75 have been arrested for immigration violations. More than 20 have been referred for federal prosecution.

"DHS has an ongoing operation to crack down on gang members through re-screening certain individuals previously encountered, in addition to the rigorous screening and vetting at the border," a DHS spokesperson said. "All individuals confirmed or suspected to be gang members are referred for criminal prosecution or detained and placed into expedited removal."

Determining the exact number of TDA members who have crossed into the U.S. is an enormous challenge, because, unlike most countries, Venezuela does not share its criminal histories or other information with U.S. officials. That also makes it difficult for border agents to identify who among the Venezuelans crossing the border might be TDA members.

Law enforcement experts say the figure of 600 illustrates the gap in intelligence about the gang's presence in the U.S. due to the lack of information provided by the Venezuelan government.

"The number is almost disturbingly low," said Frank Figliuzzi, a former FBI assistant director for counterintelligence and an NBC News contributor. "It should be higher."

But Figliuzzi said TDA has not yet reached the size or sophistication levels of larger gangs that have existed in the U.S. for years.

"Most gang experts would say that TDA is not yet exhibiting signs of sophistication and advanced organization within the United States," he said.

ENERGY BILL CRUNCHER



Virginia: Gov May Cover Your Cost To Install Solar If You Live In These Zip Codes

Learn More

TURBOTAX



Should Married Couples File Jointly or Separately?

Learn More

NBC NEWS

TRUST THE SOURCE.
CHOOSE THE SCREEN.

NBC NEWS NOW.        NBC        NBC NEWS .COM

STREAMING        APP        ONLINE

Case 3:25-cv-01766-EMC   Document 37-30   Filed 02/21/25   Page 4 of 15

"Most gang experts would say that TDA is not yet exhibiting signs of sophistication and advanced organization within the United States," he said.

MS-13, which emerged in Los Angeles but grew into a transnational gang based in El Salvador, has roughly 10,000 members in the U.S., according to the Justice Department.

The 18th Street gang, also from Central America, once had an estimated 30,000 to 50,000 members, according to the Justice Department, though its numbers have weakened after a nationwide crackdown in El Salvador.



—— Peruvian police transfer a member of the Venezuelan gang Tren de Aragua in Lima on Oct. 5, 2023.  Cris Bouroncle / AFP via Getty Images file

## A 2024 campaign issue

The exact size of TDA in the U.S. has become an issue in the presidential campaign.

Former President Donald Trump has claimed that TDA members have "invaded and conquered" Aurora, Colorado, a Denver suburb that's the state's third-largest city.



**Recommended**

GUNS IN AMERICA
86-year-old white man accepts plea deal in wrong-door shooting of Black teen Ralph Yarl

U.S. NEWS
NYC art dealer's fatal stabbing was murder-for-hire plotted by estranged husband, officials say

But Aurora's police chief and its mayor, Mike Coffman, a Republican, told NBC News last month that Trump's claims about the gang are grossly exaggerated.



TRUST THE SOURCE. CHOOSE THE SCREEN.

NBC NEWS NOW   NBC NEWS APP   NBC NEWS .COM
STREAMING      APP            ONLINE

But Aurora's police chief and its mayor, Mike Coffman, a Republican,
told NBC News last month that Trump's claims about the gang are
grossly exaggerated.

Coffman said TDA members have not taken over the city of 400,000
people. Instead, several apartment buildings neglected by their
landlord for years have a crime problem.

"The problems with the landlord really go back prior to the migrant
crisis," Coffman said.

And while Trump has highlighted crimes TDA members have
committed against Americans, a DHS official said the vast majority of
TDA victims are Venezuelan migrants.

"They prey first and foremost on Venezuelans," the official said,
noting that many of the recently arrived migrants had to pay TDA to
come to the U.S. "We know that they control human smuggling
routes out of Venezuela and into Colombia and into Panama. And
they are controlling more of these passages as individuals move
north through Mexico."

More than 20 of the more than 140 investigations ICE launched into
TDA since October 2022 involve suspected human smuggling or
trafficking, according to the data. And the majority are investigations
based on suspected gang affiliation.

Ammon Blair, a former Border Patrol agent who now advocates for
stronger security at the border as a senior fellow at the Texas Public
Policy Foundation, said the 600 figure tells him that DHS does not
know the full number of TDA members actually inside the U.S.

Blair said that when he retired from the Border Patrol in November,
the agency was not scrutinizing migrants crossing the border heavily
enough.

"When you look at the process, unfortunately, they're just
steamrolled through," he said. "The Border Patrol has created a
conveyor belt, an automated system to process them and release
them as fast as possible into the United States. We were not asking
questions."

The data obtained by NBC News showed that fewer than 30 of the
more than 600 subjects of interest regarding TDA are in ICE
custody.

A DHS official said many of the 600 people have not been detained
by ICE because they are in the custody of other law enforcement
organizations. The officials said that ICE may also not know where
they are or that their connections to TDA or crimes may not be
confirmed or that arresting them might interfere with ongoing
criminal investigations.

Venezuelan nationals can be released from custody if they have
served their time for committing crimes. But because Venezuela


TRUST THE SOURCE.
CHOOSE THE SCREEN.

NBC NEWS
NOW          APP          NBC NEWS
.COM

STREAMING    APP          ONLINE



confirmed or that arresting them might interfere with ongoing criminal investigations.

Venezuelan nationals can be released from custody if they have served their time for committing crimes. But because Venezuela refuses to take back nationals who have emigrated to the U.S., ICE has to release them because of a federal court ruling that bars it from detaining migrants indefinitely.

If a migrant in ICE custody is deemed to be a true risk to public safety, a separate DHS official said, ICE will find a way to keep the person detained, even if it is by another law enforcement organization. 



Julia Ainsley

Julia Ainsley is the homeland security correspondent for NBC News and covers the Department of Homeland Security for the NBC News Investigative Unit.



SPONSORED / MCLUCK | PLAY NOW                        Install Now

**Jackpot! Ashburn Men Won a Record Bonus On an Online Slot Machine**
60 Seconds to Uncover the Reason Behind America's Casinos: Play and Be Hooked



SPONSORED / HEALTH WELLNESS JOURNAL              Learn more

**Cardiologists: Teaspoon On an Empty Stomach Slims Waist from 36 To 22**



SPONSORED / SUPER-SAVINGS-ONLINE

**Why Amazon Is Powerless Against This Hack**
Amazon Driver Warns: If you order Amazon every day, use this device.

SPONSORED / GUNDRYMD

**Top Doctor: If You Eat Eggs Every Day, This Is What Happens**

SPONSORED / WELLNESSGUIDE

**Cinnamon: Could Be the Greatest Enemy Of Blood Sugar (See How T...**




day, use this device.



SPONSORED / GUNDRYMD    Learn more

**Top Doctor: If You Eat Banana Every Day, This Is What Happens**



SPONSORED / BOOKSI    Learn More

**Paris Las Vegas Hotel Flash Deal: 3 Nights Down to Just $99**

Limited time deal. 3 nights at the Paris Las Vegas Hotel at an unbelievable price. This deal is breaking the internet.



SPONSORED / HEALTH WELLNESS JOURNAL

**Eat 1 Teaspoon Every Night, See What Happens a Week Later**

Cardiologists: How Older Women Are Slimming Down Quickly



SPONSORED / WELLNESSGUIDE

**Forget Furosemide, Use This Household Item To Help Drain...**



SPONSORED / GARAGE FLOORING USA

**Virginia Homeowners Are Raving About This 1-Day Garage Floor...**

Homeowners and Businesses Alike Are Installing This Concrete Coating That is Installed In 1 Day, ...



SPONSORED / HOME VALUE LOOKUP

**See The Value Of Anyone's' Home By Searching Address (Take a Look)**



SPONSORED / SAVINGSPRO

**Three Ashburn Banks Are Paying Record High Interest Rates - See the List**

## More From NBC News





NBC NEWS / NEWS

**Tennessee man sentenced to life in prison for murdering his wife during their Fiji honeymoon**

NBC NEWS / POLITICS

**White House says about 75K federa...**



NBC NEWS / SHOP

**How to store eggs to keep them fresh as long as possible**



SPONSORED / FINANCE WALLET                    Learn More

**Virginia Introduces New Benefit for "Senior Drivers"**

SPONSORED / ULTIMATE PET NUTRITION

**Dog Dad Rob Lowe Reveals: "Itchy Dogs Should Not Be Eating This"**

Most dog owners don't know this.



SPONSORED / EXPERTSINPETHEALTH.COM            Learn More

**Cesar Millan Warns Owners: 'Stop Feeding These 3 Ingredients To Your Dog'**

SPONSORED / TOP20GADGETDEALS                  Learn More

**Sleep Apnea: Ingenious Pillow Takes the US By Storm**

The exact same pillow found in luxury hotels that charge $1,000 per night, now available for your bedroom.











NBC NEWS / POLITICS

**Trump administration tells federal agencies to fire probationary employees**

NBC NEWS / NOW

Trump admin tells federal agencies...

NBC NEWS / POLITICS

Elon Musk says DOGE staffer who...





SPONSORED / BEVERLY HILLS MD    Learn more

**Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)**

The 1 Household Item That Visibly Tightens Saggy Skin

SPONSORED / SAVINGS ACCOUNTS | TOP SEARCHER NOW    Learn More

**CD Rates Are Soaring Into 2025 (Take A Look)**







SPONSORED / SAVINGS ACCOUNTS | TOP SEARCH NOW    Learn More

**Ashburn: Three Banks Introduce 5% Interest Rates on Savings**

SPONSORED / HYUNDAI PALISADE    Learn More

**Hyundai's New 2024 Palisade Is Turning Heads (Take a Look)**

Packed with advanced safety technology, including lane-keeping assist and blind-spot monitoring, Palisade ensures peace of mind for drivers and their ...







NBC NEWS / VIDEO

**Trump says he will speak to Hegseth about his comments on Ukraine**

NBC NEWS / POLITICS

Trump says he is cutting off Biden's...

NBC NEWS / NEWS

Trump orders mass firings and...





SPONSORED / IMPRINT.COM    `Shop Now`

**How Custom Promos Boost Your Brand**

Design your own unique promotional items with ease. Trusted by over 1,000,000 customers. Shop now!



SPONSORED / ARIAT

**Best Cowboy Boots for Line Dancing**



SPONSORED / CSOONLINE | MIMECAST    `Learn More`

**A dashboard's value in cybersecurity awareness training**





SPONSORED / GEORGETOWN    `Learn More`

**Future of Careers in Urban Planning**

Are you thinking about a master's in a rewarding field? Here's a closer look at your future career as an Urban Planner.




NBC NEWS / POLITICS

**Federal prosecutors in New York and Washington resign after refusing to drop Adams charges**

NBC NEWS / NEWS

**U.S. deports nearly 120 Asian...**

NBC NEWS / NOW

**List of highest-paid athletes for 202...**



SPONSORED / HYUNDAI PALISADE AMAZING FOR SENIORS    Learn More

**All New Hyundai Palisade For Seniors Simply Amazes - See The Cost**

See These New Seniors Hyundai Palisade Prices! You Won´t Believe It! Click To See Here



SPONSORED / GRAMMARLY    Install Now

**Write Better, Work Smarter With This Desktop App**

Improve grammar, word choice, and sentence structure everywhere you work. Write better with Grammarly.



SPONSORED / SMART LIFESTYLE TRENDS    Learn More

**Remodeling Star: Cheapest Way To Get A Walk In Shower In Virginia**

Homeowners can save thousands on a 1-day bathroom remodel using this one tip.

SPONSORED / OTTO QUOTES    Click Here

**Who Charges the Most for Car Insurance in Virginia? (Check Zip Code)**










NBC NEWS / POLITICS

## Trump is 'angry' that deportation numbers are not higher

NBC NEWS / NEWS

27 religious groups sue Trump...

NBC NEWS / NEWS

Russia says U.S. relations are on...



SPONSORED / URBAN FURNISHED

Learn More

## Urban Furnished | Corporate Apartments | Min 30 days Stays



SPONSORED / TRUESEARCHES  |  SEARCH ADS

## 2024 Family SUV is A True Head Turner (You'll Love The Price)



SPONSORED / SEARCHTOPICS  |  SEARCH ADS

Learn More

## 2024 Buick's Are Turning Heads



SPONSORED / GOODRX

## What Is Taltz Used for? - GoodRx



NBC NEWS / POLITICS

## When the pain hits home, Republicans balk at



NBC NEWS / NOW

AG Pam Bondi announces charges...



NBC NEWS / NEWS

At least four dead after suspected...



NBC NEWS / POLITICS

### When the pain hits home, Republicans balk at Trump's spending cuts and tariffs

NBC NEWS / NOW

AG Pam Bondi announces charges...

NBC NEWS / NEWS

At least four dead after suspected...



SPONSORED / BESTSEARCHES | SEARCH ADS

### Average Cost to Charter A Private Jet May Surprise You (See Prices)



SPONSORED / TRAIN PACKAGES | TOP SEARCH NOW

Learn More

### Sleeper Train Vacations at Unbeatable Prices (Take a Look)



SPONSORED / COMMONSEARCHES | SEARCH ADS

### New Electric SUVs Come with Tiny Price Tags (Take a Look)



SPONSORED / RIU HOTELS

Learn More

### Beachfront hotels with All Inclusive 24/7 service
Book direct to unlock RIU Class members' benefits



NBC NEWS / POLITICS

### Trump administration preparing to restart immigrant family detention



NBC NEWS / POLITICS

Trump's anti-media rhetoric turns t...



NBC NEWS / NEWS

Six dead at resort construction...



**Trump administration preparing to restart immigrant family detention**

Trump's anti-media rhetoric turns t...

Six dead at resort construction...



SPONSORED / HOME VALUE BY ADDRESS

### Unbelievable: Calculator Shows The Value Of Your House Instantly [Take a Look]



SPONSORED / TWO TIER SPA

### Two Tier Swim Spa Keeps Selling Out (Take a Look)



SPONSORED / HOMEBUDDY

Learn More

### Here's What Gutter Guards Should Cost You In 2025

The actual cost might surprise you



SPONSORED / FASTEST SEARCH

Search Now

### Type In Any Name, Wait 127 Seconds, See Instant Results

Enter any name here. View results on the next page.





NBC NEWS / POLITICS

**Trump's border czar tells NYC mayor he'll be 'up his butt' if he breaks vow to help ICE**

NBC NEWS / POLITICS

Pennsylvania Gov. Josh Shapiro sue...

NBC NEWS / NOW

Canadians raise fears of 'war' and...






SPONSORED / ELECTRIC CARS FOR SENIORS

Learn More

**New Sleek Low-Cost Tiny Electric Cars Ideal for Pensioners: Take a Look**

These new electric cars are fantastic, and the prices are incredible. Click here to see them now!

SPONSORED / FAVORITESEARCHES | SEARCH ADS

**The All New Mind Blowing Honda CRV Is Finally Here (Take a Look)**



SPONSORED / WELLNESSGUIDE

Learn more

**Blood Sugar Over 100? Try This Cinnamon Ritual Now!**

SPONSORED / POPULARSEARCHES | SEARCH ADS

View Deals

**Least Expensive Electric Car**



NBC NEWS / POLITICS

**Trump's presence looms as Florida GOP passes immigration deal after weeks of infighting**

NBC NEWS / NEWS

Haitian migrants share harrowing...

NBC NEWS / NOW

86-year-old Missouri man pleads...

ABOUT

CONTACT

HELP

PRIVACY POLICY

YOUR PRIVACY CHOICES

CA NOTICE

CLOSED CAPTIONING

ADVERTISE

SELECT SHOPPING



SPONSORED / ELECTRIC CARS FOR SENIORS                 Learn More

**New Sleek Low-Cost Tiny Electric Cars Ideal for Pensioners: Take a Look**

These new electric cars are fantastic, and the prices are incredible. Click here to see them now!

SPONSORED / FAVORITESEARCHES | SEARCH ADS

**The All New Mind Blowing Honda CRV Is Finally Here (Take a Look)**



SPONSORED / WELLNESSGUIDE                 Learn more

**Blood Sugar Over 100? Try This Cinnamon Ritual Now!**



SPONSORED / POPULARSEARCHES | SEARCH ADS                 View Deals

**Least Expensive Electric Car**



NBC NEWS / POLITICS

**Trump's presence looms as Florida GOP passes immigration deal after weeks of infighting**

NBC NEWS / NEWS

Haitian migrants share harrowing...

NBC NEWS / NOW

86-year-old Missouri man pleads...



ABOUT

CONTACT

HELP

CAREERS

AD CHOICES

PRIVACY POLICY

☑ YOUR PRIVACY CHOICES

CA NOTICE

TERMS OF SERVICE (UPDATED JULY 7, 2023)

NBC NEWS SITEMAP

CLOSED CAPTIONING

ADVERTISE

SELECT SHOPPING

© 2025 NBCUniversal Media, LLC

NBC NEWS    MSNBC    TODAY

Document title: DHS is seeking more than 600 migrants for possible ties to Venezuelan gang
Capture URL: https://www.nbcnews.com/news/dhs-identified-600-migrants-possible-ties-venezuelan-gang-rcna176020
Capture timestamp (UTC): Fri, 14 Feb 2025 21:32:21 GMT