UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE** |

This matter is before the Court on Plaintiffs' Administrative Motion for Order Shortening Time and Setting Schedule under Civ. L.R. 6-3 in connection with Plaintiffs' Motion to Postpone Effective Date of Effective Action ("Motion to Postpone"), Docket Number 16. Having considered Plaintiffs' Request, the Court finds good cause and GRANTS the Request and ORDERS that that parties file as follows:

- Defendants shall file their Response to Plaintiffs' Motion to Postpone by March 3, 2025 at 11:59 PM PST;
- Plaintiffs shall file their Reply to Defendant's Response by March 7, 2025 at 11:59 PM PST; and
- The Court will hear argument on the Motion to Postpone on _____.

SO ORDERED.

Date: February __, 2025

_____
The Honorable EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE