Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-CV-01766-EMC<br><br>**DECLARATION OF AHILAN T. ARULANANTHAM IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

ARULANANTHAM DECLARATION IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND
SETTING SCHEDULE – CASE NO. 3:25-CV-01766-EMC

I, Ahilan T. Arulanantham, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Professor from Practice and Faculty Co-Director at the Center for Immigration Law and Policy (CILP) UCLA School of Law, counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of the Plaintiffs' Administrative Motion for Order Shortening Time and Setting Schedule ("Motion").

3. This matter pertains to the Department of Homeland Security's decision to "vacate" the January 17, 2025 extension of Temporary Protected Status ("TPS") for Venezuela and replace it with a termination. The termination will go into effect on April 3, 2025, when employment authorization documents for nearly 350,000 Venezuelan TPS holders who initially registered for TPS under Venezuela's 2023 designation will expire; those TPS holders will become subject to deportation on April 8, 2025.

4. As explained in the Motion to which this Declaration is attached, Plaintiffs contend that thousands of Venezuelan TPS holders, along with their families, employers, and broader communities, are suffering irreparable economic and psychological harm due to their imminent loss of employment authorization and immigration status. Plaintiffs contend that immediate relief is necessary to prevent this substantial and irreparable harm.

5. Plaintiffs have moved expeditiously to prepare this lawsuit and the Motion to Postpone Effective Date of Effective Action ("Motion to Postpone") Defendants' actions. Plaintiffs filed the Complaint on February 19, 2025—just over two weeks after they learned of the first of the orders challenged here. Plaintiffs filed the Motion to Postpone the next day, on February 20, 2025.

6. On February 21, 2025, I emailed counsel for Defendants and proposed an expedited schedule for the Motion to Postpone. On February 24, 2025, counsel for Defendants indicated that they could not agree to any expedited briefing or hearing schedule. *See* **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the

1

ARULANANTHAM DECLARATION IN SUPPORT OF
PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME AND
SETTING SCHEDULE – CASE NO. 3:25-CV-01766-EMC

1  foregoing is true and correct.

3  Executed this 24th day of February 2025, in Los Angeles, California.

  /s/ Ahilan T. Arulanantham
  Ahilan T. Arulanantham

2

ARULANANTHAM DECLARATION IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND
SETTING SCHEDULE – CASE NO. 3:25-CV-01766-EMC