1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National TPS Alliance, et al., <br> Plaintiff(s), <br> v. <br> Kristi Noem, et al., <br> Defendant(s). | Case No. 3:25-cv-01766 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Lauren Michel Wilfong, an active member in good standing of the bar of New York and New Jersey, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jessica Karp Bansal, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 277347.

1030 S. Arroyo Parkway, Ste. 106, Pasadena, CA 91105
MY ADDRESS OF RECORD

1030 S. Arroyo Parkway, Ste. 106, Pasadena, CA 91105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(551) 786-2299
MY TELEPHONE # OF RECORD

(626) 214-5689
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lwilfong@ndlon.org
MY EMAIL ADDRESS OF RECORD

jessica@ndlon.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY Bar # 5975529 NJ Bar # 378382021.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court -0- times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2025

/s/Lauren Michel Wilfong
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lauren Michel Wilfong is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 26, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE