AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>*Plaintiff(s)*<br>v.<br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br>*Defendant(s)* | Civil Action No. 3:25-cv-01766-EMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Emilou MacLean (SBN 319071)
> emaclean@aclunc.org
> ACLU Foundation of Northern California
> 39 Drumm Street
> San Francisco, CA 94111
> Tel. (415) 621-2493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: 2/25/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01766-EMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT TO SUMMONS
### Case No. 3:25-cv-01766-EMC

The Hon. Kristi Noem, Secretary
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

The United States of America
ATTN: Pam Bondi, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530-0001

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01766-EMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristi Noem, in her official capacity as Secretary of Homeland Security
was received by me on *(date)* 02/26/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kathy Terry, Paralegal , who is
designated by law to accept service of process on behalf of *(name of organization)* US Attorney's Office, 450
Golden Gate Ave, 9th Fl, San Francisco, CA 94102 @ 2:18P on *(date)* 02/26/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/26/2025                    _____
                                    *Server's signature*

                                    John Stuart, Reg. No.1569, San Francisco Co.
                                    *Printed name and title*

                                    Western Attorney Services
                                    75 Columbia Sq.
                                    San Francisco, CA 94103
                                    *Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT FOR COMPLETE LIST OF DOCUMENTS SERVED WITH SUMMONS

**ATTACHMENT TO THE PROOF OF SERVICE**
*National TPS Alliance, et al. v. Noem, et al.*; Case No 3:25-cv-01766-EMC

**In re Case No. 3:25-cv-01766-EMC:**

SUMMONS ISSUED AS TO KRISTI NOEM, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. ATTORNEY GENERAL [DKT: 50]

COMPLAINT [DKT:1];

SUMMONS TO: THE HON. KRISTI NOEM, SECRETARY [DKT:2];

SUMMONS TO: UNITED STATES DEPARTMENT OF HOMELAND SECURITY [DKT:3]

SUMMONS TO: UNITED STATES OF AMERICA, PAMELA BONDI [DKT:4];

PLAINTIFF NATIONAL TPS ALLIANCE'S CORPORATE DISCLOSURE PURSUANT TO FED.R. CIV.P.7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [DKT:5];

PLAINTIFFS MARIELA GONZALEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZALEZ HERRERA, ALBA CECILIA PURICA HERNANDEZ, E.R., AND HENDRINA VIVAS CASTILLO'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [DKT:6];

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION [DKT:7];

NOTICE OF APPEARANCE FILED BY STEPHANY MARTINEZ TIFFER ON BEHALF OF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 8];

NOTICE OF APPEARANCE FILED BY MICHELLE YOUNG CHO ON BEHALF OF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 9];

NOTICE OF APPEARANCE FILED BY LAUREN MICHEL WILFONG ON BEHALF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 10];

NOTICE OF APPEARANCE FILED BY EVA LUCIA BITRAN ON BEHALF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 11];

NOTICE OF APPEARANCE FILED BY JESSICA KARP BANSAL ON BEHALF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA

GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 12];

ADMINISTRATIVE MOTION OF PLAINTIFFS M.H. AND E.R. TO PROCEED UNDER PSEUDONYM [DKT:13];

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (LAUREN MICHEL WILFONG) [DKT: 14];

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [DKT: 16];

DECLARATION OF A.V. IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 17];

DECLARATION OF FREDDY JOSE ARAPE RIVAS IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 18];

DECLARATION OF ADELYS FERRO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 19];

DECLARATION OF E.R. IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 20];

EXPERT DECLARATION OF DAVID CARD IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 21];

EXPERT DECLARATION OF ELLIOT YOUNG IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 22];

EXPERT DECLARATION OF MELANIE MORTEN IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 23];

EXPERT DECLARATION OF SANTIAGO PEREZ IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 24];

EXPERT DECLARATION OF STACY TOLCHIN IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 25];

EXPERT DECLARATION OF STEVEN DUDLEY IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 26];

EXPERT DECLARATION OF TARA WATSON AND STAN VEUGER IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 27];

DECLARATION OF MARIELA GONZALEZ HERRERA IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 28];

DECLARATION OF CECILIA GONZALEZ HERRERA IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 29];

DECLARATION OF KATHERINE GREENSLADE IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 30];

DECLARATION OF LAURA GUERRERO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 31];

DECLARATION OF M.H. IN SUPPORT OF PLAINTIFF' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 32];

DECLARATION OF M.R. IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 33];

DECLARATION OF JOSE A. PALMA JIMENEZ IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 34];

DECLARATION OF ALBA CECILIA PURICA HERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 35];

DECLARATION OF HENDRINA VIVAS CASTILLO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 36];

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION (with Exhibits 1-35) [DKT: 37; 37-1 to 37-35];

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [DKT: 39]

CLERK'S NOTICE SCHEDULING MOTION HEARING [DKT: 40];

ECF REGISTRATION INFORMATION;

CIVIL STANDING ORDER - GENERAL U.S. DISTRICT JUDGE EDWARD M. CHEN;

STANDING ORDER FOR ALL JUDGES – OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

**In re Case No. 3:18-cv-01554-EMC:**

NATIONAL TPS ALLIANCE, ET AL., PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV.L.R. 3-12 AND 7-11 [DKT: 249];

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF NATIONAL TPS ALLIANCE, ET AL., PLAINTIFFS' MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [DKT: 250];

ORDER RE PLAINTIFFS' MOTION TO RELATE [DKT: 251];

DECLARATION OF AHILAN T. ARULANAN THAN REGARDING SERVICE OF THE COURT'S FEBRUARY 20, 2025 ORDER RE PLAINTIFFS' MOTION TO RELATE [DKT 252]