AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al., <br><br> *Plaintiff(s)* <br> v. <br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br> *Defendant(s)* | Civil Action No. 3:25-cv-01766-EMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Emilou MacLean (SBN 319071)
emaclean@aclunc.org
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

Date:  2/25/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-01766-EMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT TO SUMMONS
Case No. 3:25-cv-01766-EMC

The Hon. Kristi Noem, Secretary
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

The United States of America
ATTN: Pam Bondi, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530-0001

| | |
|---|---|
| 1 | Ahilan T. Arulanantham (SBN 237841) |
| | arulanantham@law.ucla.edu |
| 2 | Stephany Martinez Tiffer (SBN 341254) |
| | martineztiffer@law.ucla.edu |
| 3 | CENTER FOR IMMIGRATION LAW AND |
| | POLICY, UCLA SCHOOL OF LAW |
| 4 | 385 Charles E. Young Dr. East |
| | Los Angeles, CA 90095 |
| 5 | Telephone: (310) 825-1029 |
| 6 | Emilou MacLean (SBN 319071) |
| | emaclean@aclunc.org |
| 7 | Michelle (Minju) Y. Cho (SBN 321939) |
| | mcho@aclunc.org |
| 8 | ACLU FOUNDATION |
| | OF NORTHERN CALIFORNIA |
| 9 | 39 Drumm Street |
| | San Francisco, CA 94111-4805 |
| 10 | Telephone: (415) 621-2493 |
| | Facsimile: (415) 863-7832 |
| 11 | |
| 12 | Attorneys for Plaintiffs |
| | *[Additional Counsel Listed on Next Page]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-CV-01766-EMC<br><br>**DECLARATION OF JESSICA KARP BANSAL REGARDING SERVICE OF SUMMONS** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Admitted Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

I, Jessica Karp Bansal, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. On February 28, 2025, I caused to be sent via certified mail a copy of the following material:

SUMMONS ISSUED AS TO KRISTI NOEM, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OF AMERICA [DKT: 50]; COMPLAINT [DKT:1];

SUMMONS TO: THE HON. KRISTI NOEM, SECRETARY [DKT:2];

SUMMONS TO: UNITED STATES DEPARTMENT OF HOMELAND SECURITY [DKT:3];

SUMMONS TO: UNITED STATES OF AMERICA, PAMELA BONDI [DKT:4];

PLAINTIFF NATIONAL TPS ALLIANCE'S CORPORATE DISCLOSURE PURSUANT TO FED.R. CIV.P.7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [DKT:5];

PLAINTIFFS MARIELA GONZALEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZALEZ HERRERA, ALBA CECILIA PURICA HERNANDEZ, E.R., AND HENDRINA VIVAS CASTILLO'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [DKT:6];

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION [DKT:7];

NOTICE OF APPEARANCE FILED BY STEPHANY MARTINEZ TIFFER ON BEHALF OF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 8];

NOTICE OF APPEARANCE FILED BY MICHELLE YOUNG CHO ON BEHALF OF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 9];

NOTICE OF APPEARANCE FILED BY LAUREN MICHEL WILFONG ON BEHALF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 10];

NOTICE OF APPEARANCE FILED BY EVA LUCIA BITRAN ON BEHALF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 11];

NOTICE OF APPEARANCE FILED BY JESSICA KARP BANSAL ON BEHALF NATIONAL TPS ALLIANCE, MARIELA GONZALEZ, FREDDY ARAPE RIVAS, M.H., CECILIA

| | |
|---|---|
| 1 | GONZALEZ HERRERA, ALBA PURICA HERNANDEZ, E.R., HENDRINA VIVAS CASTILLO (Filed on 2/19/2025) [DKT: 12]; |
| 2 | |
| 3 | ADMINISTRATIVE MOTION OF PLAINTIFFS M.H. AND E.R. TO PROCEED UNDER PSEUDONYM [DKT:13]; |
| 4 | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (LAUREN MICHEL WILFONG) [DKT: 14]; |
| 5 | |
| 6 | PLAINTIFFS' NOTICE OF MOTION AND MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [DKT: 16]; |
| 7 | |
| 8 | DECLARATION OF A.V. IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 17]; |
| 9 | DECLARATION OF FREDDY JOSE ARAPE RIVAS IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 18]; |
| 10 | |
| 11 | DECLARATION OF ADELYS FERRO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 19]; |
| 12 | DECLARATION OF E.R. IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 20]; |
| 13 | |
| 14 | EXPERT DECLARATION OF DAVID CARD IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 21]; |
| 15 | EXPERT DECLARATION OF ELLIOT YOUNG IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 22]; |
| 16 | |
| 17 | EXPERT DECLARATION OF MELANIE MORTEN IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 23]; |
| 18 | EXPERT DECLARATION OF SANTIAGO PEREZ IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 24]; |
| 19 | |
| 20 | EXPERT DECLARATION OF STACY TOLCHIN IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 25]; |
| 21 | EXPERT DECLARATION OF STEVEN DUDLEY IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 26]; |
| 22 | |
| 23 | EXPERT DECLARATION OF TARA WATSON AND STAN VEUGER IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 27]; |
| 24 | DECLARATION OF MARIELA GONZALEZ HERRERA IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 28]; |
| 25 | |
| 26 | DECLARATION OF CECILIA GONZALEZ HERRERA IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 29]; |
| 27 | DECLARATION OF KATHERINE GREENSLADE IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 30]; |
| 28 | |

| | |
|---|---|
| 1 | DECLARATION OF LAURA GUERRERO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 31]; |
| 2 | |
| 3 | DECLARATION OF M.H. IN SUPPORT OF PLAINTIFF' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 32]; |
| 4 | DECLARATION OF M.R. IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 33]; |
| 5 | |
| 6 | DECLARATION OF JOSE A. PALMA JIMENEZ IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 34]; |
| 7 | DECLARATION OF ALBA CECILIA PURICA HERNANDEZ IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 35]; |
| 8 | |
| 9 | DECLARATION OF HENDRINA VIVAS CASTILLO IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION [DKT: 36]; |
| 10 | DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION (with Exhibits 1-35) [DKT: 37; 37-1 to 37-35]; |
| 11 | |
| 12 | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [DKT: 39] |
| 13 | |
| 14 | CLERK'S NOTICE SCHEDULING MOTION HEARING [DKT: 40]; |
| 15 | ECF REGISTRATION INFORMATION; |
| 16 | CIVIL STANDING ORDER - GENERAL U.S. DISTRICT JUDGE EDWARD M. CHEN; |
| 17 | STANDING ORDER FOR ALL JUDGES – OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; |
| 18 | NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; |
| 19 | NATIONAL TPS ALLIANCE, ET AL., PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV.L.R. 3-12 AND 7-11 [DKT: 249]; |
| 20 | |
| 21 | DECLARATION OF EMILOU MACLEAN IN SUPPORT OF NATIONAL TPS ALLIANCE, ET AL., PLAINTIFFS' MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [DKT: 250]; |
| 22 | |
| 23 | ORDER RE PLAINTIFFS' MOTION TO RELATE [DKT: 251]; and |
| 24 | DECLARATION OF AHILAN T. ARULANANTHAN REGARDING SERVICE OF THE COURT'S FEBRUARY 20, 2025 ORDER RE PLAINTIFFS' MOTION TO RELATE [DKT 252] |
| 25 | |

3. Addressed as followed to Pamela Bondi, Attorney General of the United States of America, the United States Department of Homeland Security, and Kristi Noehm, in her official capacity as Secretary of the U.S. Department of Homeland Security:

United States of America
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Kristi Noem in her official capacity as Secretary of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February 2025, in Claremont, California.

                                          /s/ *Jessica Karp Bansal*
                                          Jessica Karp Bansal