UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-01766-EMC |

**NOTICE OF REQUEST FOR VIDEO RECORDING**

  The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project. Further information may be found at cand.uscourts.gov/cameras.

Proceeding: Plaintiffs' Motion to Postpone Effective Date of Agency Action

Date of scheduled proceeding: March 24, 2025, at 9:30 AM

  Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras within seven days of the date of this notice.

Dated: 2/28/2025               Mark B. Busby, Clerk of Court

                          *Vicky L. Ayala*
                          Signature of Clerk or Deputy Clerk