Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**PLAINTIFFS' NOTICE OF ERRATA AND CORRECTED DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION**<br><br>Assigned to: Hon. Edward M. Chen<br><br>Date:  March 24, 2025<br>Time:  9:00 a.m.<br>Place: Courtroom 5, 17th Floor<br><br>Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*pro hac vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

1  PLEASE TAKE NOTICE that Plaintiffs hereby respectfully attach as Exhibit A the Corrected Declaration of Emilou Maclean in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action (replaces Dkt. 37), which corrects typographical errors and the following:

- The discussion of Exhibit 6 now includes the correct handle from which Secretary Kristi Noem submitted a particular social media post (@Sec_Noem).

- A quotation mark has been moved in the discussion of Exhibit 7 because President Trump said "[t]hey're" to refer to illegal immigrants.

- The discussion of Exhibit 9 has been corrected to note that President Trump said "Every day, Americans" rather than "[E]veryday Americans" and remove a reference to a statement associated with Exhibit 11.

- The discussion of Exhibit 12 has been updated to reflect the order in which Secretary Noem made certain statements.

- The discussions of Exhibits 13, 14, 15, 23, and 32 have been corrected to include exact quotations (*e.g.*, "we're," not "we are"; "in" a direction rather than "and" a direction), and the discussion of Exhibit 23 reflects that a 2024 review of a state and federal legal database found no "US criminal cases mentioning Tren de Aragua" except "[t]wo recent murders with tenuous links to Tren de Aragua" (which lacked "any apparent connection to gang activities").

Date: March 3, 2025

Respectfully submitted,

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

 */s/ Emilou MacLean*
Emilou MacLean
Michelle (Minju) Y. Cho

Ahilan T. Arulanantham
Stephany Martinez Tiffer
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Jessica Karp Bansal

Lauren Michel Wilfong (*pro hac vice*)
NATIONAL DAY LABORER ORGANIZING NETWORK

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

 /s/ Emilou MacLean
Emilou MacLean
Michelle (Minju) Y. Cho
