Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 3:25-cv-1766-EMC<br><br>**CORRECTED DECLARATION OF MARIELA GONZALEZ IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Wilfong (*Pro Hac Vice Application Pending*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

## DECLARATION OF MARIELA GONZÁLEZ

I, Mariela González, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I live in San Mateo, California and am employed in an urban public school district as an instructional coach, after previously working as a middle school teacher. My entire family are U.S. citizens and live in the United States.

3. I have lived in the United States since 2011, and I first applied for Temporary Protected Status (TPS) in 2021. After former Secretary of Homeland Security Alejandro Mayorkas extended the TPS designation for Venezuela until October 2, 2026, I immediately filed to renew my TPS status and employment authorization because I rely on that protection. On January 21, 2025, I received a receipt indicating that my work authorization was automatically extended for up to 540 days from the date of the receipt, January 21, 2025. However, on February 3, 2025, Secretary of Homeland Security Kristi Noem vacated that extension of TPS. Under that order, my current TPS status and related work authorization will now expire on September 10, 2025, although I still have the receipt saying it is good until 2026.

4. I am a member of the National TPS Alliance, and joined voluntarily because I believe in the mission of the organization to defend TPS and TPS holders. I am eager to participate in activities of the Alliance.

5. I am submitting this declaration to describe the harm I have suffered since the announcement of the vacatur of the extension TPS for Venezuela and the harm my family and I would suffer if TPS is ultimately terminated.

### Background

6. I am from Caracas, Venezuela, and I have been in the United States since 2011. I came under a J1 visa with an organization called Cultural Care: Au Pair. I worked as a nanny with an American family located in Chicago, Illinois for two years. I came to this country with the sole purpose of learning a new language and having the opportunity

to get to know a culture different than mine. I thought I would do the program for only one year. However, I found that wasn't enough time for me to learn to speak English proficiently, so I decided to extend my visa for one more year.

7. In 2013, my then-partner Guillermo came to the United States and we got married. By that time, the political climate in my home country had become very hostile and Guillermo feared persecution from the government. He planned to seek asylum. The law firm that we initially hired to help us with Guillermo's asylum case charged us increasing sums of money but never actually filed the application. We paid them a total of about $12,000, which was a lot of money for us. Ultimately, we realized that we were being scammed, and Guillermo filed the asylum application on his own around December 2013. I was included on his asylum application as his wife. For the next nine years, our application remained pending. We were never called for an interview. In December 2022, Guillermo and I divorced and, to this day, I do not know what happened with that case.

8. In 2021, former President Joe Biden designated TPS for immigrants from Venezuela. By that time, my marriage was facing problems. I realized that if I separated from my husband, I would no longer have work authorization as an asylum applicant. I desperately needed protection from deportation and work authorization. I registered for TPS in 2021, and have held valid TPS status since that time.

9. My immediate family members all reside in the United States, and they are all U.S. citizens. My father, mother, and brother reside in Florida. My brother and his wife have two children, my nephews, both born in the United States. My sister and her husband live in Chicago. I am the only member of my family who has been unable to obtain permanent immigration status in the United States, a fact which is very painful for me. My mother recently filed an I-130 petition for me, but my immigration lawyer told me that I will have to wait 10 or more years for a visa to become available to use that petition to seek a green card.

**Impact of Temporary Protected Status**

10. Thanks to TPS, I have been able to maintain legal work authorization in the United States and continue my career as a teacher. In 2014, I took an important step in my professional journey and moved from Chicago to San Francisco, where I began working as a middle school teacher. My current position is as an instructional coach with an urban school district. In that role, I provide support, guidance and mentorship to new teachers. Teaching is not just my profession—it is my passion and my way of contributing to the community that has become my home.

11. Over the years, I have worked tirelessly to provide students with a quality education, helping to shape the next generation and support young minds in their academic and personal growth. Through my role as an educator, I have formed meaningful connections, contributed to my school district, and established deep roots in this country. TPS has allowed me to remain in the workforce and be a productive member of society. It has given me the ability to live with dignity and security, something I could not have achieved in Venezuela.

**Impact of the Decision to Terminate TPS**

12. The decision to terminate TPS for Venezuela would have devastating consequences for me and my family. I have lived in the United States for nearly 14 years, building a stable and meaningful life. My family members are here, and they are all American citizens. This country is my home. Since learning of this administration's decision to vacate the extension of TPS, I have experienced a lot of fear and anxiety. It's hard to focus on daily tasks because of the looming threat of losing my immigration status.

13. If TPS is revoked, I stand to lose everything. Without the ability to work, I cannot support myself and would likely lose my housing and all sense of stability. I would have to abandon my career, my livelihood, and everything I have worked so hard to build. I have spent years working diligently, paying taxes, and contributing to my community with integrity. I have never committed a crime, and my only desire is to remain lawfully in the United States, close to my family, and continue making a positive impact as an

educator. I waited patiently for years for my ex-husband's asylum application to be reviewed—and it never was; it's hard to believe that now my own legal status is at risk of being terminated with almost no notice or opportunity to plan. I am terrified at the prospect of suddenly becoming undocumented and without work authorization in the country that has been my home for the last 14 years.

14. I am equally terrified at the prospect of being forced to return to Venezuela, where I would face dangerous conditions of insecurity, poverty, food insecurity, and lack of healthcare. Venezuela is under the control of a dictatorship, where political persecution, economic collapse, and social unrest continue to make life unsafe and unbearable. I have no house, no job, and no immediate family to go back to in Venezuela. I would face unemployment, housing and food instability. I do not know how I would survive. I would also face an indefinite separation from my U.S. citizen family members. I have a beloved dog as well from whom I cannot imagine being separated.

15. My Venezuelan passport is expired, and there is no way to renew it because of the lack of diplomatic relations, so even if I were to try to travel back to Venezuela or flee somewhere else, I believe that I would be unable to do so.

16. The uncertainty around the future of TPS status is causing me significant anxiety and distress. I avoid talking about my immigration status with friends and coworkers because I don't want to have to explain that I may lose my status. I am finding myself distracted at work, and am losing sleep. Being forced to leave the United States would strip me of the stability and opportunities I have fought to secure. I want nothing more than to continue my career, maintain my lawful status, and live with the dignity that every hardworking individual deserves. TPS has given me the opportunity to build a future, and losing it would mean losing everything I have worked for.

//

//

//

//

17. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California this 18th day of February, 2025.

_____
Mariela González