1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NATIONAL TPS ALLIANCE, et al., | Case No. 3:25-cv-1766-EMC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., | |
| Defendants. | |

1

# [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action, it is hereby ORDERED that this Motion for Leave be and hereby is GRANTED, and that the brief submitted as <u>Exhibit 1</u> to the motion be filed.

**IT IS SO ORDERED**.

Dated: March 7, 2025

The Honorable Edward M. Chen
United States District Court Judge
Northern District of California