1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 25-cv-1766<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION OF PLAINTIFFS M.H. AND E.R. TO PROCEED UNDER PSEUDONYM** |
|---|---|

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Administrative Motion for M.H. and E.R. to Proceed Under Pseudonym and for good cause shown, it is hereby:

ORDERED that Plaintiff's Administrative Motion for M.H. and E.R. to Proceed Under Pseudonym is hereby GRANTED; and it is further

ORDERED that M.H. and E.R. shall be permitted to proceed under the pseudonyms "M.H." and "E.R." respectively, and are hereby authorized when making submissions to this Court to redact from the public record all personally identifying information.

**IT IS SO ORDERED.**

Date: March 12, 2025

_____
The Honorable **Edward M. Chen**
UNITED STATES DISTRICT JUDGE