# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-1766-EMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs' Motion to Postpone Effective Date of Agency Action, it is hereby ORDERED that this Motion for Leave be and hereby is GRANTED, and that the brief submitted as Exhibit 1 to the motion be filed.

**IT IS SO ORDERED.**

DATED:  March 19, 2025

_____
The Honorable Edward M. Chen, U.S.D.J.

2

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION