United States District Court
Northern District of California

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  National TPS Alliance, et al.,
5  Plaintiff(s),
6  v.
7  Kristi Noem, et al.,
8  Defendant(s).

Case No. 3:25-cv-01766-EMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

10  I, Erik Matthew Crew, an active member in good standing of the bar of
11  New York, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Plaintiffs in the
13  above-entitled action. My local co-counsel in this case is Emilou MacLean, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California.  Local co-counsel's bar number is: 319071.

16  4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
MY ADDRESS OF RECORD

39 Drumm Street, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (949) 603-7411
MY TELEPHONE # OF RECORD

(415) 621-2493
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20  ecrew@haitianbridge.org
MY EMAIL ADDRESS OF RECORD

emaclean@aclunc.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22  I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 587991.
24  A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26  I have been granted pro hac vice admission by the Court  0  times in the 12 months
27  preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/20/2025                                                          */s/ Erik Matthew Crew*
                                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Erik Matthew Crew  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE