Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)*
*admission pending
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:25-cv-1766-EMC <br><br> **DECLARATION OF EMILOU MACLEAN IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION OF PLAINTIFFS A.C.A. AND G.S. TO PROCEED UNDER PSEUDONYM** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice pending*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO PROCEED UNDER PSEUDONYM
CASE NO. 3:25-CV-1766-EMC

I, Emilou MacLean, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Senior Staff Attorney at ACLU Foundation of Northern California, counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of the Unopposed Administrative Motion of Plaintiffs A.C.A. and G.S. to Proceed Under Pseudonym ("Administrative Motion").

3. On February 19, 2025, Plaintiffs filed an Initial Complaint challenging the Department of Homeland Security's unlawful decision to "vacate" the January 17, 2025 extension of Temporary Protected Status (TPS) for Venezuela and to terminate the 2023 designation of TPS for Venezuela. On March 20, 2025, Plaintiffs filed an Amended Complaint to add claims challenging the Department of Homeland Security's similarly unlawful decision to partially "vacate" the July 1, 2024 extension of TPS for Haiti. Plaintiffs' challenge to the Department of Homeland Security's TPS determinations for Venezuela and Haiti are premised on the same legal arguments that these determinations violate the Administrative Procedure Act ("APA") and the anti-discrimination guarantee of the Fifth Amendment's Due Process Clause.

4. Plaintiffs, including A.C.A. and G.S., are suing Kristi Noem (in her official capacity as Secretary of Homeland Security), the Department of Homeland Security, and the United States of America (collectively "Defendants"). For the reasons explained more fully in their declarations, A.C.A. and G.S. fear retaliation by the Defendants against them. Defendants could, for example, seek to retaliate, among other ways, in connection with A.C.A. and G.S.'s immigration status. A.C.A. and G.S. also face the risk of retaliation from actors in their local communities.

5. On March 19, 2025, I asked Defendants' counsel whether they would stipulate to this administrative motion to proceed via pseudonym. Defendants' counsel responded on March 20, 2025 that they "do not oppose the new plaintiffs proceeding[] via pseudonym."

/

/

1

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM
CASE NO. 3:25-CV-1766-EMC

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed this 20th day of March 2025, in San Francisco, California.

   /s/ *Emilou MacLean*
   Emilou MacLean

---

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE
MOTION TO PROCEED UNDER PSEUDONYM
CASE NO. 3:25-CV-1766-EMC