UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**[PROPOSED] ORDER SHORTENING TIME TO CONFER PURSUANT TO FED. R. CIV. P. 26(f)** |

1  This matter is before the Court on Plaintiffs' Administrative Motion to Shorten Time to
2  Confer Pursuant to Fed. R. Civ. P. 26(f). Having considered Plaintiffs' administrative motion, the
3  Court finds good cause and GRANTS the request and ORDERS that deadline for the parties to
4  confer pursuant to Fed. R. Civ. P. 26(f) shall be shortened to within 3 calendar days of this order.
5  In the alternative, the Court finds good cause and ORDERS discovery open.

7  **IT IS SO ORDERED.**

9  Date: _____, 2025

The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE