Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)*
*admission pending
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF AHILAN T. ARULANANTHAM IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO CONFER PURSUANT TO FED. R. CIV. P. 26(f)** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice pending*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

2

DECLARATION OF AHILAN T. ARULANANTHAM IN SUPPORT OF ADMINISTRATIVE MOTION TO SHORTEN TIME TO RULE 26(f) CONFERENCE – CASE NO. 3:25-CV-1766-EMC

I, Ahilan T. Arulanantham, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Professor from Practice and Faculty Co-Director at the Center for Immigration Law and Policy (CILP) UCLA School of Law, counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of the Plaintiffs' Administrative Motion to Shorten Time to Confer Pursuant to Fed. R. Civ. P. 26(f).

3. Plaintiffs seek to meet and confer with Defendants and open discovery "as soon as practicable," under Rule 26(f). *See* Fed. R. Civ. P. 26(f)(1). The deadline for the parties to conduct the Rule 26(f) conference is currently set to April 29, 2025, under the Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF 39).

4. On February 28, 2025, I contacted Defendants' counsel to schedule a Rule 26(f) conference and to commence discovery as soon as practicable.

5. Defendants' counsel responded on March 3, 2025, and initially agreed to schedule the Rule 26(f) conference for March 6, 2025.

6. After some discussion between counsel regarding the topics to cover at the Rule 26(f) conference, Defendants' counsel on March 5, 2025 cancelled the Rule 26(f) conference, stating that holding it at this stage would be "unwarranted and premature."

7. On March 6, 2025, I asked Defendants' counsel to reconsider their position and to conduct the Rule 26(f) conference as previously scheduled, citing relevant authority. Defendants' counsel refused, stating that this case was exempt from holding the Rule 26(f) conference because it is an action for review on an administrative record, and that production of an administrative record and any other discovery was inappropriate before the Court ruled on their forthcoming motion to dismiss, which would challenge the Court's jurisdiction.

8. Attached as Exhibit 1 is a true and correct copy of my correspondence with Defendants' counsel.

9. There has been one previous time modification in this case. The Court previously granted Plaintiffs' Motion to Shorten Time (ECF 51), and the modified briefing schedule is currently as follows:

- Defendants filed their Response to Plaintiffs' Motion to Postpone on March 3, 2025;
- Plaintiffs filed their Reply to Defendant's Response on March 7, 2025; and
- Hearing on the Motion to Postpone is scheduled for 9:00 AM PST on March 24, 2025.

10. If granted, the requested relief or alternative relief will have no effect on the overall case schedule. The Court has scheduled the Hearing for the Motion to Postpone Effective Agency Action for March 24, 2025, and the initial case management conference for May 20, 2025 (ECF 39). Plaintiffs filed an Amended Complaint on March 20, 2025. No other schedules have been set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March 2025, in San Francisco, California.

                                         */s/ Ahilan T. Arulanantham*
                                         Ahilan T. Arulanantham