1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PLAINTIFFS A.C.A AND G.S. TO PROCEED UNDER PSEUDONYM** |

# [PROPOSED] ORDER

Upon consideration of the Unopposed Administrative Motion of Plaintiffs A.C.A. and G.S. to Proceed Under Pseudonym and for good cause shown, it is hereby:

ORDERED that the Administrative Motion of Plaintiffs A.C.A. and G.S. to Proceed Under Pseudonym is hereby GRANTED; and it is further

ORDERED that A.C.A. and G.S. shall be permitted to proceed under the pseudonyms "A.C.A." and "G.S." respectively, and are hereby authorized when making submissions to this Court to redact from the public record all personally identifying information.

**IT IS SO ORDERED.**

Date: __March 24__, 2025

_____
The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM – CASE NO. 3:25-CV-1766-EMC