1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  Stephany Martinez Tiffer (SBN 341254)
   martineztiffer@law.ucla.edu
3  CENTER FOR IMMIGRATION LAW AND
   POLICY, UCLA SCHOOL OF LAW
4  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
5  Telephone: (310) 825-1029

6  Emilou MacLean (SBN 319071)
   emaclean@aclunc.org
7  Michelle (Minju) Y. Cho (SBN 321939)
   mcho@aclunc.org
8  Amanda Young (SBN 359753)
   ayoung@aclunc.org
9  ACLU FOUNDATION
   OF NORTHERN CALIFORNIA
10 39 Drumm Street
   San Francisco, CA 94111-4805
11 Telephone: (415) 621-2493
   Facsimile: (415) 863-7832
12
   Attorneys for Plaintiffs
13 *[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:25-cv-01766-EMC <br><br> **PLAINTIFFS A.C.A., SHERIKA BLANC, VILES DORSAINVIL, AND G.S.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

1  Additional Counsel for Plaintiffs

2  Jessica Karp Bansal (SBN 277347)
   jessica@ndlon.org
3  Lauren Michel Wilfong (*Pro Hac Vice*)
   lwilfong@ndlon.org
4  NATIONAL DAY LABORER
   ORGANIZING NETWORK
5  1030 S. Arroyo Parkway, Suite 106
   Pasadena, CA 91105
6  Telephone: (626) 214-5689

7  Eva L. Bitran (SBN 302081)
   ebitran@aclusocal.org
8  ACLU FOUNDATION
   OF SOUTHERN CALIFORNIA
9  1313 West 8th Street
   Los Angeles, CA 90017
10 Telephone: (213) 977-5236

11 Erik Crew (*Pro Hac Vice pending*)
   ecrew@haitianbridge.org
12 HAITIAN BRIDGE ALLIANCE
   4560 Alvarado Canyon Road, Suite 1H
13 San Diego, CA 92120
   Telephone: (949) 603-7411

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:  March 24, 2025

Respectfully submitted,

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

 /s/ *Emilou Maclean*
Emilou Maclean
Michelle (Minju) Y. Cho
Amanda Young

Ahilan T. Arulanantham
Stephany Martinez Tiffer
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)
NATIONAL DAY LABORER ORGANIZING NETWORK

Erik Crew (*Pro Hac Vice pending*)
HAITIAN BRIDGE ALLIANCE

Attorneys for Plaintiffs

1

PLAINTIFFS A.C.A., SHERIKA BLANC, VILES DOSAINVIL, AND G.S.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS – CASE NO. 3:25-CV-1766-EMC