YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
LUZ MARIA RESTREPO (NY Bar 4907077)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*, <br><br> Defendants. | Case No. 3:25-cv-1766-EMC <br><br> **DEFENDANTS' EMERGENCY MOTION TO SHORTEN TIME** <br><br> Judge: Hon. Edward M. Chen |

Defendants have filed an emergency motion to stay the Court's March 31, 2025, order postponing certain actions taken by Defendant Kristi Noem, Secretary of the Department of Homeland Security ("DHS"). ECF Nos. 93, 95. Expedited briefing is necessary because the Court's order prevents the Secretary's Vacatur of the 2025 Temporary Protected Status (TPS) for Venezuela and Termination of the 2023 TPS designation for Venezuela from taking effect on April 7, 2025. *Vacatur of 2025 TPS Decision for Venez.*, 90 Fed. Reg. 8,805 (Feb. 3, 2025); *Termination of the October 3, 2023 Designation of Venez. for TPS*, 90 Fed. Reg. 9,041 (Feb. 5, 2025); *see* Local Civ. R. 6-3(a)(1). Specifically, Defendants request that the Court issue a decision on Defendants' motion for a stay pending appeal no later than 3:00 p.m. PDT on April 4, 2025. If the Court does not grant Defendants' motion by then, Defendants intend to file with the United States Court of Appeals for the Ninth Circuit a motion seeking a stay of the order postponing Secretary Noem's Vacatur and Termination of TPS for Venezuela.

| | |
|---|---|
| Dated: April 1, 2025 | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division |
| | SARAH L. VUONG (CA Bar 258528)<br>Assistant Director |
| | WILLIAM H. WEILAND (Mass. Bar 661433)<br>Senior Litigation Counsel |
| | ERIC SNYDERMAN (VA Bar 99563)<br>ANNA DICHTER (NJ Bar 304442019)<br>LAUREN BRYANT (NY Bar 5321880)<br>AMANDA SAYLOR (FL Bar 1031480)<br>CATHERINE ROSS (DC Bar 9007404)<br>LUZ MARIA RESTREPO (NY Bar 4907077)<br>Trial Attorneys |
| | /s/ *Jeffrey Hartman*<br>JEFFREY HARTMAN<br>Trial Attorney (WSBA 49810)<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4404<br>Jeffrey.M.Hartman@usdoj.gov |
| | *Attorneys for the Defendants* |

DEFS.' EMERGENCY MOT. TO SHORTEN TIME
NO. 3:25-CV-1766-EMC

3

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
LUZ MARIA RESTREPO (NY Bar 4907077)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*, | Case No. 3:25-cv-1766-EMC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME** |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*, | |
| Defendants. | |

DEFS.' EMERGENCY MOT. TO SHORTEN TIME
NO. 3:25-CV-1766-EMC

4

Before the Court is the Defendants' motion to shorten time on a decision of their motion to stay the Court's order postponing the vacatur of the former DHS Secretary's decision extending the 2023 Temporary Protected Status ("TPS") designation for Venezuela, and the subsequent termination of the 2023 TPS designation for Venezuela issued by Defendant Kristi Noem, Secretary of the Department of Homeland Security. ECF Nos. 93, 95. Having reviewed the motion, and determined that further briefing is warranted, IT IS HEREBY ORDERED that the motion is GRANTED.

Issued this ___ day of April, 2025.

                                                        Edward M. Chen
                                                        United States District Judge