Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF AHILAN T. ARULANANTHAM OF APRIL 2, 2025** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

## DECLARATION OF AHILAN T. ARULANANTHAM

I, Ahilan T. Arulanantham, if called to testify, would do so as follows:

1. I am one of the counsel of record in this case, *National TPS Alliance (NTPSA) v. Noem*.

2. Attached as **Exhibit 1** is a true and correct copy of an email I sent to counsel for Defendants on March 31, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of an email exchange between counsel for Defendants and counsel for Plaintiffs, including (among others) Emi MacLean and myself.

4. At some point during the evening of Monday, March 31, 2025 or the early morning of Tuesday, April 1, 2025, I received information from Plaintiff Cecilia Gonzalez Herrera that officials in Orange County, Florida, were apparently refusing to recognize this Court's order postponing the effective date of the vacatur and termination of TPS for Venezuela, for purposes of ensuring that Venezuelan TPS holders in that county could continue to utilize their driver's licenses. As I understand it, the law in that part of Florida (and perhaps elsewhere) makes driver's licenses contingent on valid immigration status. Ms. Gonzalez Herrera expressed concern that this could become a problem for herself and other Venezuelan TPS holders in the area given on-going street-level ICE enforcement in that region. At 8:33 a.m. on the morning of Tuesday, April 1, 2025, Ms. Gonzalez Herrera sent me a picture of an email exchange between some colleagues of hers and an official responsible for driver's license administration in Orange County, Florida, to document the problem. A true and correct copy of that picture is attached hereto as **Exhibit 3**. I also sent it by email to counsel for Defendants on April 1, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of April, 2025, in South Pasadena, CA.

/s/ *[signature]*
Ahilan T. Arulanantham

1

DECLARATION OF AHILAN T. ARULANANTHAM - CASE NO. 3:25-CV-01766-EMC