# Exhibit 1

| | |
|---|---|
| **From:** | Ahilan Arulanantham |
| **To:** | MacLean, Emi (@ACLUNC.ORG); Vuong, Sarah L. (CIV); Weiland, William H. (CIV); Ross, Catherine (CIV); Restrepo, Luz Maria (CIV); Snyderman, Eric M. (CIV); Hartman, Jeffrey M. (CIV); Bryant, Lauren E (CIV); Saylor, Amanda B (CIV); Dichter, Anna L. (CIV) |
| **Cc:** | Wilfong, Lauren (@NDLON.ORG); Crew, Eric (@HAITIANBRIDGE.ORG); Young, Amanda (@ACULNC.ORG); Bansal, Jessica (@NDLON.ORG); Martinez Tiffer, Stephany (@LAW.UCLA.EDU) |
| **Subject:** | NTPSA v. Noem: Notifying the Court Decision |
| **Date:** | Monday, March 31, 2025 4:56:09 PM |

Dear Sarah,

I hope you are keeping well. I saw from the other string that you have seen the decision and, I gather, begun discussing it with your clients.

As you know, the deadline for expiration of employment documents for the 2023 cohort was April 2. We are hearing from many of our clients that employers had asked for proof of continued authorization to work as soon as tomorrow (because under the now-postponed vacatur decision and termination, they were set to lose work authorization on April 2). In addition, we know of several states and counties, including California and at least one county with a large Venezuelan TPS population in Florida (Orange), where TPS holders' driver's licenses are set to expire tomorrow.

For these and other reasons, we ask that your clients provide an update on the USCIS website for Venezuelan TPS that announces the Court's decision, makes clear that the January 17, 2025 extension remains in effect, and states that Venezuelan TPS holders continue to have the right to stay and work here until further order of the Court.

Please let us know if your clients are willing to do that. If they are not willing to do so, please let us know what other steps (if any) they intend to take to make sure that people are aware of the Court's decision before April 2.

Take care,
ahilan

Sent with Spark