# Exhibit 3

**Venezuelan TPS Status**

Tue 4/1/2025 11:27 AM

Some people who received this message don't often get email from [redacted]. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm in receipt of your email. First, the federal register you cited was from the last administration and has been replaced by the current administration. Second, yes, I saw the court injunction as of last night. However, that judge does not have the authority to extend TPS, simply to prevent removal of individuals under the Trump administration's order.

I have emailed the legal counsel for the Florida Department of Highway Motor Vehicles regarding what the state plans to do in regards to the injunction. Until that time, the state directive is the one we must follow, which at this moment still stands as April 7th.

Should that chance, our website or course will reflect that.

Thank you.