```
1  YAAKOV M. ROTH
   Acting Assistant Attorney General
2  Civil Division
   DREW ENSIGN
3  Deputy Assistant Attorney General
   SARAH L. VUONG (CA Bar 258528)
4  Assistant Director
   WILLIAM H. WEILAND (Mass. Bar 661433)
5  Senior Litigation Counsel
   LAUREN BRYANT (NY Bar 5321880)
6  ANNA DICHTER (NJ Bar 304442019)
7  JEFFREY HARTMAN (WA Bar 49810)
   LUZ MARIA RESTREPO (NY Bar 4907077)
8  CATHERINE ROSS (DC Bar 9007404)
   AMANDA SAYLOR (FL Bar 1031480)
9  ERIC SNYDERMAN (VA Bar 99563)
   Trial Attorneys
10 U.S. Department of Justice, Civil Division
   Office of Immigration Litigation
11 General Litigation and Appeals Section
12 P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
13

14 Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**INDEX OF ADMINISTRATIVE RECORD VENEZUELA VACATUR** |

    Defendants in the above-captioned matter hereby file the Administrative Record for the Venezuela Vacatur.[1] The Administrative Record includes the following documents:

---

[1] The filing of this Administrative Record is not a concession that the decision of Secretary Kristi Noem is subject to judicial review.

INDEX OF ADMINISTRATIVE RECORD
VENEZUELA VACATUR
NO. 3:25-CV-1766-EMC

## Index of Administrative Record – Venezuela Vacatur

| | Document Name | Page(s) |
|---|---|---|
| 1. | Federal Register Notice of Vacatur of Temporary Protected Status Decision for Venezuela (Feb. 3, 2025). | 0001-0003 |
| 2. | Decision Document–USCIS Notice: Determination re Venezuela's 2023 Temporary Protected Status Designation (Feb. 1, 2025) | 0004 |
| 3. | Decision Document–USCIS Notice: Vacatur of the 2025 Temporary Protected Status Designation for Venezuela (Jan. 28, 2025). | 0005 |
| 4. | USCIS Vacatur of 2025 Temporary Protected Status Decision for Venezuela (2025). | 0006-0013 |
| 5. | *Matter of Dhanasar*, 26 I&N Dec. 884 (Dec. 27, 2016). | 0014-0024 |
| 6. | El Pais: Venezuela calls on retired teachers to return to school amid staff shortages (Oct. 10, 2024). | 0025-0033 |
| 7. | El Pais: Venezuela grapples with economic collapse (Jan. 17. 2025). | 0034-0042 |
| 8. | Executive Order 14150: America First Policy Directive to the Secretary of State (Jan. 20, 2025). | 0043 |
| 9. | Associated Press: Tren de Aragua gang started in Venezuela's prisons and now spreads fear in the U.S. (Sep. 24, 2024). | 0044-0051 |
| 10. | Associated Press: U.S. sanctions a Venezuela gang for spreading criminal activity across Latin America (Jul. 11, 2024). | 0052-0058 |
| 11. | *In re D-J-*, 23 I&N Dec. 572 (Apr. 17, 2003). | 0059-0072 |
| 12. | Congressional Research Service–Venezuela: Political Crisis and U.S. Policy (Jan. 13, 2025). | 0073-0075 |
| 13. | Federal Register Notice: Designation of Venezuela for Temporary Protected Status and Implementation of Employment Authorization for Venezuelans Covered by Deferred Enforcement Departure (Mar. 9, 2021). | 0076-0083 |
| 14. | Executive Order 14159: Protecting the American People Against Invasion (Jan. 20, 2025). | 0084-0089 |
| 15. | Executive Order 14157: Designating Cartels and Other Organizations as Foreign Terrorist Organizations and Specially Designated Global Terrorists (Jan. 20, 2025). | 0090-0091 |
| 16. | Federal Register Notice: Extension and Redesignation of Venezuela for Temporary Protected Status (Oct. 3, 2023). | 0092-0101 |
| 17. | Federal Register Notice: Extension of the 2023 Designation of Venezuela for Temporary Protected Status (Jan. 17, 2025). | 0102-0113 |
| 18. | Federal Register Notice: Extension of the Designation of Venezuela for Temporary Protected Status (Sep. 8, 2022). | 0114-0122 |
| 19. | Federal Register Notice: Implementation of a Parole Process for Venezuelans (Oct. 19. 2022). | 0123-0133 |

INDEX OF ADMINISTRATIVE RECORD
VENEZUELA VACATUR
NO. 3:25-CV-1766-EMC

| 20. | Federal Register Notice: Implementation of Changes to the Parole Process for Venezuelans (Jan. 9, 2023). | 0134-0137 |
|---|---|---|
| 21. | InSight Crime: Tren de Aragua (Jul. 12, 2024). | 0138-0144 |
| 22. | InSight Crime: Why Is Venezuela's Crime Rate Falling? (May 28, 2024). | 0145-0148 |
| 23. | Inter-American Commission on Human Rights Annual Report 2023: Chapter IV.B: Venezuela (2023). | 0149-0193 |
| 24. | Letter From Secretary of State Antony J. Blinken to Alejandro Mayorkas (Sep. 24, 2024). | 0194-0205 |
| 25. | National Public Radio: Why Venezuela is no longer in freefall (May 8, 2024). | 0206-0222 |
| 26. | Situation of human rights in Bolivarian Republic of Venezuela – Report of the United Nations High Commissioner for Human Rights (Jul. 1, 2024) | 0223-0227 |
| 27. | Pan American Health Organization: Venezuela – Country Profile (Sep. 24, 2024) | 0228-0234 |
| 28. | Refugee and Migrant Response Plan 2021 – For Refugees and Migrants From Venezuela (2021). | 0235-0253 |
| 29. | Federal Register Notice: Reconsideration and Recission of Termination of the Designation of El Salvador for Temporary Protected Status ; Extension of the Temporary Protected Status Designation for El Salvador (Jun. 21, 2023). | 0254-0266 |
| 30. | Reuters: Venezuela inflation has cooled but voters say they still can't make ends meet (Jul. 23, 2024). | 0267-0279 |
| 31. | Federal Register Notice: Six-Month Extension of Temporary Protected Status Benefits for Orderly Transition Before Termination of Liberia's Designation for Temporary Protected Status (Sep. 26, 2016). | 0280-0285 |
| 32. | Federal Register Notice: Termination of the Designation of Sierra Leone Under the Temporary Protected Status Program; Extension of Employment Authorization Documentation (Sep. 3, 2003). | 0286-0289 |
| 33. | Federal Register Notice: Termination of Designation of Liberia Under Temporary Protected Status Program After Initial 6-Month Extension (Mar. 31, 1998). | 0290-0292 |
| 34. | Federal Register Notice: Termination of Designation of Angola Under the temporary Protected Status Program (Jan. 27, 2003). | 0293-0294 |
| 35. | Federal Register Notice: Termination of Designation of Lebanon Under Temporary Protected Status Program (Feb. 8. 1993). | 0295-0297 |
| 36. | Federal Register Notice: Termination of the Designation of El Salvador for Temporary Protected Status (Jan. 18, 2018). | 0298-0304 |
| 37. | Federal Register Notice: Termination of the Designation of Sudan for Temporary Protected Status (Oct. 11, 2017). | 0305-0311 |
| 38. | The Cost of the Border Crisis: Testimony Before the House Budget Committee (May 8, 2024). | 0312-0314 |
| 39. | The Fiscal Burden of Illegal Immigration on U.S. Taxpayers (2023). | 0315-0405 |
| 40. | Press Statement from Marco Rubio: Priorities and Mission of the Second Trump Administration's Department of State (Jan. 22, 2025). | 0406-0408 |

INDEX OF ADMINISTRATIVE RECORD
VENEZUELA VACATUR
NO. 3:25-CV-1766-EMC

| 41. | UNHCR: Venezuela Situation Global Focus (2024). | 0409-0411 |
|---|---|---|
| 42. | Venezuelan Observatory of Violence Social Sciences Laboratory Annual Report (2023). | 0412-0442 |
| 43. | El Pais: Venezuela experiences an economic recovery in times of electoral uncertainty (Jul. 22, 2024). | 0443-0454 |
| 44. | Associated Press: Major power outage hits Venezuela's capital, with Maduro government blaming 'sabotage' (Aug. 30, 2024). | 0455-0459 |
| 45. | The Persistence of the Venezuelan Migrant and Refugee Crisis (Nov. 27, 2023). | 0460-0467 |
| 46. | Decision Document–USCIS Notice: Extension of the 2023 Designation of Venezuela for Temporary Protected Status (Jan. 10, 2025). | 0468 |
| 47. | Proclamation 10886: Declaring a National Emergency at the Southern Border of the United States (Jan. 20, 2025). | 0469-0471 |
| 48. | USCIS RAIO TPS Considerations: Bolivarian Republic of Venezuela (2025). | 0472-0502 |
| 49. | Hunger, healthcare, and schools: Reasons to leave Venezuela (along with a Maduro poll win) (Jun. 25, 2024). | 0503-0517 |

INDEX OF ADMINISTRATIVE RECORD
VENEZUELA VACATUR
NO. 3:25-CV-1766-EMC

Dated: April 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel

ERIC SNYDERMAN (VA Bar 99563)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT (NY Bar 5321880)
AMANDA SAYLOR (FL Bar 1031480)
CATHERINE ROSS (DC Bar 9007404)
LUZ MARIA RESTREPO (NY Bar 4907077)
JEFFREY HARTMAN (WSBA 49810)
Trial Attorneys

/s/ *Sarah L. Vuong*
SARAH L. VUONG (CA Bar 258528)
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1263
Sarah.L.Vuong@usdoj.gov

*Attorneys for the Defendants*