YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
LUZ MARIA RESTREPO (NY Bar 4907077)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**INDEX OF ADMINISTRATIVE RECORD VENEZUELA TERMINATION** |

　　　Defendants in the above-captioned matter hereby file the Administrative Record for the Venezuela Termination.[1] The Administrative Record includes the following documents:

---

[1] The filing of this Administrative Record is not a concession that the decision of Secretary Kristi Noem is subject to judicial review.

**Index of Administrative Record – Venezuela Termination**

|   | Document Name | Page(s) |
|---|---|---|
| 1. | Federal Register Notice of Termination of October 3, 2023 Designation of Venezuela for Temporary Protected Status (Feb. 5, 2025). | 0001-0005 |
| 2. | USCIS Notice: Determination re Venezuela's 2023 Temporary Protected Status Designation (Feb. 1, 2025). | 0006 |
| 3. | Decision Document–USCIS Notice: Extension of the 2023 Designation of Venezuela for Temporary Protected Status (Jan. 10, 2025) | 0007 |
| 4. | USCIS Vacatur of 2025 Temporary Protected Status Decision for Venezuela (2025). | 0008-0015 |
| 5. | Decision Document–USCIS Notice: Termination of the October 23, 2023 Designation of Venezuela for Temporary Protected Status (2025). | 0016-0030 |
| 6. | *Matter of Dhanasar*, 26 I&N Dec. 884 (Dec. 27, 2016). | 0031-0041 |
| 7. | El Pais: Venezuela grapples with economic collapse (Jan. 17, 2025). | 0042-0050 |
| 8. | El Pais: Venezuela experiences an economic recovery in times of electoral uncertainty (Jul. 22, 2024). | 0051-0062 |
| 9. | Executive Order 14150 of January 20, 2025: America First Policy Directive to the Secretary of State (Jan. 29, 2025). | 0063 |
| 10. | *In re D-J-*, 23 I&N Dec. 572 (Apr. 17, 2003). | 0064-0077 |
| 11. | Center for Strategic and International Studies: The Persistence of the Venezuelan Migrant and Refugee Crisis (Nov. 27, 2023). | 0078-0085 |
| 12. | Congressional Research Service–Venezuela: Political Crisis and U.S. Policy (Jan. 13, 2025). | 0086-0088 |
| 13. | Federal Register Notice of Designation of Venezuela for Temporary Protected Status and Implementation of Employment Authorization for Venezuelans Covered by Deferred Enforcement Departure (Mar. 9, 2021). | 0089-0096 |
| 14. | Executive Order 14159 of January 20, 2025: Protecting the American People Against Invasion (Jan. 29, 2025). | 0097-0102 |
| 15. | Executive Order 14157 of January 20, 2025: Designating Cartels and Other Organizations as Foreign Terrorist Organizations and Specially Designated Global Terrorists (Jan. 29, 2025). | 0103-0104 |
| 16. | Federal Register Notice of Extension of Designation and Redesignation of Liberia Under Temporary Protected Status Program (Apr. 7, 1997). | 0105-0107 |
| 17. | Federal Register Notice of Extension and Redesignation of Venezuela for Temporary Protected Status (Oct. 3, 2023). | 0108-0117 |
| 18. | Federal Register Notice of Extension of the 2023 Designation of Venezuela for Temporary Protected Status (Jan. 17, 2025). | 0118-0129 |
| 19. | Federal Register Notice of Extension of the Designation of Venezuela for Temporary Protected Status (Sept. 8, 2022). | 0130-0138 |
| 20. | Federal Register Notice of Implementation of a Parole Process for Venezuelans (Oct. 19, 2022). | 0139-0149 |
| 21. | Federal Register Notice of Implementation of a Parole Process for Venezuelans (Jan. 9, 2023). | 0150-0153 |

| 22. | Insight Crime: Tren de Aragua (Jul. 12, 2024). | 0154-0160 |
|---|---|---|
| 23. | Insight Crime: Why is Venezuela's Crime Rate Falling? (May 28, 2024). | 0161-0164 |
| 24. | Inter-American Commission on Human Rights Annual Report 2023: Chapter IV.B: Venezuela (2023). | 0165-0209 |
| 25. | Letter From Secretary of State Antony J. Blinken to Alejandro Mayorkas (Sept. 24, 2024). | 0210-0221 |
| 26. | Letter from Secretary of State Marco Rubio to Kristi Noem (Jan. 31, 2025). | 0222-0223 |
| 27. | NPR: Why Venezuela is no longer in freefall (May 8, 2024). | 0224-0240 |
| 28. | Situation of human rights in the Bolivarian Republic of Venezuela – Report of the United Nations High commissioner for Human Rights (Jul. 1, 2024). | 0241-0245 |
| 29. | Pan American Health Organization: Venezuela–Country Profile (Sept. 24, 2021). | 0246-0252 |
| 30. | Refugee and Migrant Response Plan 2021 – For Refugees and Migrants From Venezuela (2021). | 0253-0271 |
| 31. | Reuters: Venezuela inflation has cooled – but voters say they still can't make ends meet (Jul. 23, 2024). | 0272-0284 |
| 32. | Federal Register Notice of Six-Month Extension of Temporary Protected Status Benefits for Orderly Transition Before Termination of Liberia's Designation for Temporary Protected Status (Sept. 26, 2016). | 0285-0290 |
| 33. | Federal Register Notice of Termination of the Designation of Sierra Leone Under the Temporary Protected Status Program; Extension of Employment Authorization Documentation (Sept. 3, 2003). | 0291-0294 |
| 34. | Federal Register Notice of Termination of Designation of Liberia Under Temporary Protected Status Program After Final 6-Month Extension (Mar. 31, 1998). | 0295-0297 |
| 35. | Federal Register Notice of Termination of Designation of Lebanon Under Temporary Protected Status Program (Feb. 8, 1993). | 0298-0300 |
| 36. | Federal Register Notice of Termination of the Designation of El Salvador for Temporary Protected Status (Jan. 18, 2018). | 0301-0307 |
| 37. | Federal Register Notice of Termination of the Designation of Sudan for Temporary Protected Status (Oct. 11, 2017). | 0308-0314 |
| 38. | The Cost of the Border Crisis: Testimony Before the House Budget Committee (May 8, 2024). | 0315-0317 |
| 39. | The Fiscal Burden of Illegal Immigration on United States Taxpayers (2023). | 0318-0408 |
| 40. | The New Humanitarian–Hunger, healthcare, and schools: Reasons to leave Venezuela (along with a Maduro poll win) (Jun. 25, 2024). | 0409-0423 |
| 41. | USCIS Refuge, Asylum and International Operations STAR Research Branch: Temporary Protected Status Considerations – Bolivarian Republic of Venezuela (Aug. 2024). | 0424-0454 |
| 42. | UNHCR Global Focus: Venezuela situation (2024). | 0455-0457 |

INDEX OF ADMINISTRATIVE RECORD
VENEZUELA TERMINATION
NO. 3:25-CV-1766-EMC

| 43. | Federal Register Notice of Vacatur of 2025 Temporary Protected Status Decision for Venezuela (Feb. 3, 2025). | 0458-0460 |
|---|---|---|
| 44. | Venezuelan Observatory of Violence: Annual Report (2023). | 0461-0491 |
| 45. | El Pais: Venezuela calls on retired teachers to return to school amid staff shortages (Oct. 10, 2024). | 0492-0500 |
| 46. | Associated Press: Major power outage hits Venezuela's capital, with Maduro government blaming 'sabotage' (Aug. 30, 2024). | 0501-0505 |
| 47. | Associated Press: Tren de Aragua gang started in Venezuela's prisons and now spreads fear in the U.S. (Sep. 24, 2024). | 0506-0513 |
| 48 | Associated Press: U.S. sanctions a Venezuela gang for spreading criminal activity across Latin America (Jul. 11, 2024). | 0514-0520 |
| 49. | Proclamation 10886: Declaring a National Emergency at the Southern Border of the United States (Jan. 20, 2025). | 0521-0523 |
| 50. | Press Statement from Marco Rubio: Priorities and Mission of the Second Trump Administration's Department of State (Jan. 22, 2025). | 0524-0529 |

Dated: April 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel

ERIC SNYDERMAN (VA Bar 99563)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT (NY Bar 5321880)
AMANDA SAYLOR (FL Bar 1031480)
CATHERINE ROSS (DC Bar 9007404)
LUZ MARIA RESTREPO (NY Bar 4907077)
JEFFREY HARTMAN (WSBA 49810)
Trial Attorneys

/s/ *Sarah L. Vuong*
SARAH L. VUONG (CA Bar 258528)
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1263

Sarah.L.Vuong@usdoj.gov

*Attorneys for the Defendants*

INDEX OF ADMINISTRATIVE RECORD
VENEZUELA TERMINATION
NO. 3:25-CV-1766-EMC