UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL TPS ALLIANCE; et al., | No. 25-2120 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-01766-EMC Northern District of California, San Francisco |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al., | ORDER |
| Defendants - Appellants. | |

The response to the emergency stay motion is due by 5:00 p.m. Pacific Time on April 11, 2025. The optional reply in support of the emergency stay motion is due by 5:00 p.m. Pacific Time on April 14, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT