YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
WILLIAM H. WEILAND
Senior Litigation Counsel
ERIC SNYDERMAN
ANNA DICHTER
LAUREN BRYANT
CATHERINE ROSS
LUZ MARIA RESTREPO
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1766<br><br>**NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD HAITI PARTIAL VACATUR** |

NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD
HAITI PARTIAL VACATUR
No. 3:25-cv-1766-EMC

1

**NOTICE OF SUMBISSION OF ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE THAT pursuant to this Court's April 8, 2025 Order, ECF No. 106, Defendants, through undersigned counsel, hereby submit this certified copy of the Administrative Record pertaining to Secretary of Homeland Security's decision to partially vacate the 2024 Extension of Temporary Protective Status for Haiti, dated February 24, 2025. The filing of this Administrative Record is not a concession that Secretary Noem's decision is subject to judicial review.

This certified record has been filed in .pdf format that complies with the uploading requirements of this Court's Electronic Court Filing system.

Dated: April 15, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM H. WEILAND
Senior Litigation Counsel

ERIC SNYDERMAN
ANNA DICHTER
LAUREN BRYANT
CATHERINE ROSS
LUZ MARIA RESTREPO
Trial Attorneys

/s/ *Anna L. Dichter*
ANNA L. DICHTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-2405
Anna.L.Dichter@usdoj.gov

*Attorneys for the Defendants*