UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL TPS ALLIANCE, *et. al.*,

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*,

Defendants.

Case No. 3:25-cv-1766

**CERTIFICATION OF ADMINISTRATIVE RECORD**

## CERTIFICATION

I, Juliana Blackwell, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    I am employed with the U.S. Department of Homeland Security ("DHS"), as the acting Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communications intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security, and the maintenance of official Department records. I have held this position since August 2019.

2.    I certify that, to the best of my knowledge and belief, the documents listed in the accompanying Index and contained in the PDF files annexed hereto constitute a true and accurate list of all nonprivileged documents and materials directly or indirectly considered by DHS and that these documents constitute the administrative record the agency considered in issuing the Federal Register Notice entitled "Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti."

1   I certify under penalty of perjury that the foregoing is true and correct.

2

3   Executed on: April 14, 2025

4

5

6

7                                                   Juliana Blackwell

8                                                   Executive Secretary (acting)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti:**

**Certified Administrative Record Index**

| No. | Citation | Bates No. |
|---|---|---|
| 1 | Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti, 90 FR 10511 (Feb. 24, 2025) | 0001-0005 |
| 2 | Dep't of Homeland Sec'y, Decision Document, USCIS Notice: Partial Vacatur of June 4, 2024 Decision to Extend and Newly Designate Haiti for Temporary Protected Status (Feb. 18, 2025) | 0006 |
| 3 | Council on Foreign Relations, *Haiti's Troubled Path to Development* (Sept. 17, 2021) | 0007-0017 |
| 4 | Decision and Order dated Apr. 11, 2019, ECF 155, *Saget* v. *Trump,* No. 1:18-cv-1599 (E.D.N.Y.) | 0018-0162 |
| 5 | Dep't of Homeland Sec'y, Decision Document, USCIS Notice: Extension and Redesignation of Haiti for Temporary Protected Status (June 4, 2024) | 0163 |
| 6 | Dep't of Homeland Sec'y, Record of Clearance and Approval: TPS Haiti Partial Vacatur (Feb. 14, 2025) | 0164 |
| 7 | Dep't of Homeland Sec'y, U.S. Citizenship and Immigr. Serv., CIS No. 2809-25, Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti (Feb. 19, 2025) | 0165-0178 |

| 8 | Designation of Haiti for Temporary Protected Status, 75 FR 3476 (Jan. 21, 2010) | 0179-0182 |
|---|---|---|
| 9 | Designation of Haiti for Temporary Protected Status, 86 FR 41863 (Aug. 3, 2021) | 0183-0191 |
| 10 | Diego Da Rin, *New Gang Battle Lines Scar Haiti as Political Deadlock Persists,* International Crisis Group (July 27, 2022) | 0192-0199 |
| 11 | EO 14159, Protecting the American People Against Invasion, 90 FR 8443 (Jan. 20, 2025) | 0200-0205 |
| 12 | European Country of Origin Information Network, World Report 2024—Haiti, Human Rights Watch (Jan. 11, 2024) | 0206-0213 |
| 13 | Extension and Redesignation of Haiti for Temporary Protected Status, 76 FR 29000 (May 19, 2011) | 0214-0218 |
| 14 | Extension and Redesignation of Haiti for Temporary Protected Status, 88 FR 5022 (Jan. 26, 2023) | 0219-0229 |
| 15 | Extension and Redesignation of Haiti for Temporary Protected Status, 89 FR 54484 (Jul. 1, 2024) | 0230-0242 |

| 16 | Extension of Re-Registration Periods for Extensions of the Temporary Protected Status Designations of El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan, 88 FR 86665 (Dec. 14, 2023) | 0243-0245 |
| --- | --- | --- |
| 17 | Extension of the Designation of Haiti for Temporary Protected Status, 77 FR 59943 (Oct. 1, 2012) | 0246-0251 |
| 18 | Extension of the Designation of Haiti for Temporary Protected Status, 79 FR 11808 (Mar. 3, 2014) | 0252-0258 |
| 19 | Extension of the Designation of Haiti for Temporary Protected Status, 80 FR 51582 (Aug. 25, 2015) | 0259-0265 |
| 20 | Extension of the Designation of Haiti for Temporary Protected Status, 82 FR 23830 (May 24, 2017) | 0266-0273 |
| 21 | Harvard Law School International Human Rights Clinic, *Killing with Impunity: State-Sanctioned Massacres in Haiti* (April 2021) | 0274-0330 |
| 22 | Letter from Anthony J. Blinken, Sec'y of State, to Alejandro N. Mayorkas, Sec'y of Homeland Sec. (Feb. 2, 2024) | 0331-0344 |
| 23 | Order (Parties' Stipulated Dismissal of Appeal), dated Oct. 5, 2021, ECF 281, *Saget* v. *Trump,* No. 19-1685 (2d Cir.) | 0345-0346 |

| 24 | Order Granting Defendants' Motion to Dismiss, dated Dec. 28, 2023, ECF 222, *Ramos v. Nielsen*, No. 18-cv-01554, (N.D. Cal.) | 0347-0366 |
| 25 | Order Granting Motion for Preliminary Injunction, dated Oct. 3, 2018, ECF 128, *Ramos v. Nielsen,* No. 18-cv-01554 (N.D. Cal.) | 0367-0409 |
| 26 | PACER Dkt., Paperless Order Approving Stipulation of Dismissal dated Nov. 4, 2021, ECF 116, *NAACP v. DHS*, No.1:18-cv-239 (D. Md.) | 0410 |
| 27 | Reconsideration and Rescission of Termination of the Designation of El Salvador for Temporary Protected Status; Extension of the Temporary Protected Status Designation for El Salvador, 88 FR 40282 (Jun. 21, 2023) | 0411-0423 |
| 28 | Reconsideration and Rescission of Termination of the Designation of Honduras for Temporary Protected Status; Extension of the Temporary Protected Status Designation for Honduras, 88 FR 40304 (Jun. 21, 2023) | 0424-0435 |
| 29 | Reconsideration and Rescission of Termination of the Designation of Nepal for Temporary Protected Status; Extension of the Temporary Protected Status Designation for Nepal, 88 FR 40317 (Jun. 21, 2023) | 0436-0447 |
| 30 | Reconsideration and Rescission of Termination of the Designation of Nicaragua for Temporary Protected Status; Extension of the Temporary Protected Status Designation for Nicaragua, 88 FR 40294 (Jun. 21, 2023) | 0448-0458 |
| 31 | Stipulation of Dismissal dated Jun. 29, 2023, ECF 178, *Centro Presente v. Biden*, No. 1:18-cv-1-340 (D. Mass.) | 0459-0460 |

| 32 | Stipulation of Dismissal dated Nov. 3, 2021, ECF 115, *NAACP v. DHS*, No. 1:18-cv-00239 (D. Md.) | 0461-0463 |
|----|----|----|
| 33 | Stipulation of Dismissal dated Oct. 15, 2021, ECF 166, *Saget v. Trump*, No. 1:18-cv-1599 (E.D.N.Y.) | 0464-0465 |
| 34 | Termination of the Designation of Haiti for Temporary Protected Status, 83 FR 2648 (Jan. 18, 2018) | 0466-0472 |
| 35 | U.S. Citizenship and Immigr. Serv., Temporary Protected Status (TPS) Considerations Haiti (Jan. 2024) | 0473-0487 |
| 36 | United Nations Security Council, Resolution 2699 (Oct. 2, 2023) | 0488-0493 |