# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 24, 2025  **Time:** 9:02-10:38  **Judge:** EDWARD M. CHEN
10:55-12:18
2 Hours, 59 Minutes

**Case No.**: 25-cv-01766-EMC   **Case Name:** National TPS Alliance v. Noem

**Attorneys for Plaintiffs:** Ahilan Arulanatham, Jessica Bansal, Lauren Wilfong, Emilou MacLean, Erik Crew, Amanda Young
**Attorneys for Defendants:** Anna Ditcher, Sara Voung

**Deputy Clerk:** Vicky Ayala   **Court Reporter:** April Brott

## PROCEEDINGS

Motion to Postpone - held

## SUMMARY

Parties stated appearances.  Oral argument presented.  Matter taken under submission.