Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
Stephany Martinez Tiffer (SBN 341254)
martineztiffer@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
[Additional Counsel Listed on Next Page]

Yaakov M. Roth
Acting Assistant Attorney General
Civil Division
Drew Ensign
Deputy Assistant Attorney General
Sarah L. Vuong (CA Bar 258528)
Assistant Director
William H. Weiland (MA Bar 661433)
Senior Litigation Counsel
Lauren Bryant (NY Bar 5321880)
Anna Dichter (NJ Bar 304442019)
Jeffrey Hartman (WA Bar 49810)
Luz Maria Restrepo (NY Bar 4907077)
Catherine Ross (DC Bar 9007404)
Amanda Saylor (FL Bar 1031480)
Eric Snyderman (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:25-cv-01766-EMC <br><br> **STIPULATION REGARDING CROSS-MOTION BRIEFING SCHEDULING AND [PROPOSED] ORDER** <br><br> Assigned to: Hon. Edward M. Chen <br><br> Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

Pursuant to Civ. L.R. 6-1(a), 6-2, and 7-12, the parties, by and through their respective counsel, submit this stipulation regarding the cross-motion briefing schedule for the Parties' forthcoming Motions for Summary Judgment (collectively, "the Motions").

**WHEREAS**, Plaintiffs filed this action on February 19, 2025 (ECF No. 1) and an Amended Complaint on March 20, 2025 (ECF No. 74);

**WHEREAS**, Plaintiffs filed a Motion to Postpone Effective Agency Action ("Motion to Postpone") on February 20, 2025, the Court granted the Plaintiffs' Motion to Postpone on March 31, 2025 (ECF No. 93), and Defendants' appealed to the Ninth Circuit challenging the Court's postponement order on April 1, 2025 (ECF No. 94);

**WHEREAS**, the parties' briefing to the Ninth Circuit regarding Defendants' appeal of this Court's postponement order as to Venezuela is pending, and the hearing in the Ninth Circuit regarding Defendants' appeal is scheduled for the week of July 7, 2025;

**WHEREAS**, the parties filed their Joint Case Management Statement on April 16, 2025, in which Plaintiffs stated they may move for summary judgment with respect to both Venezuela and Haiti TPS decisions as soon as practicable (ECF No. 111 at 9);

**WHEREAS**, the Court held the initial case management conference on April 21, 2025 at 1:30 PM via videoconference, during which Defendants indicated they would also be moving for summary judgment, the parties discussed the forthcoming Motions, and the Court advised the parties to meet and confer regarding a cross-motion briefing schedule for the Motions;

**WHEREAS,** at the case management conference the Court also inquired whether Plaintiffs would be moving to postpone the effective date of the Haiti TPS decision;

**WHEREAS**, Plaintiffs' counsel and Defendants' counsel met and conferred on April 25, 2025 to discuss a cross-motion briefing schedule for the Motions, among other issues, and agreed to the proposed briefing schedule;

**WHEREAS**, during the meet and confer, in response to Plaintiffs' inquiry, Defendants advised that if Plaintiffs were to move to postpone the effective date of the Haiti TPS decision, Defendants would oppose the motion on (among other grounds), the ground that the Haiti TPS

decision did not give rise to irreparable harm;

**WHEREAS,** in light of Defendants' position and in the interest of efficiency, conserving judicial resources, and narrowing the issues for decision, Plaintiffs' current plan is to move for summary judgment and vacatur of Defendants' Haiti TPS termination rather than postponement;

**WHEREAS**, this Court has not issued any order setting time regarding the cross-motion briefing schedule as the Motions are forthcoming, but did direct the parties at the initial case management conference to confer regarding a cross-motion briefing schedule, and so this request does not change an existing schedule for this case;

**WHEREAS**, the parties respectfully request that the Court grant the following stipulated briefing schedule for the parties' forthcoming Motions for Summary Judgment.

**IT IS HEREBY STIPULATED AND AGREED**, by the parties and subject to the approval of the Court:

- Plaintiffs shall file their Motion for Summary Judgment on May 26, 2025.
- Defendants shall file an Opposition to Plaintiffs' Motion for Summary Judgment and their Motion for Summary Judgment up to and including June 10, 2025.
- Plaintiffs shall file their Reply in further support of their Motion for Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment up to and including June 20, 2025.
- Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on June 27, 2025.
- The Court will hear argument on the Parties' Motions for Summary Judgment on July 11, 2025.

IT IS SO STIPULATED.

Respectfully submitted,

Date:  April 29, 2025                           ACLU FOUNDATION
                                                OF NORTHERN CALIFORNIA

                                                 _/s/ Emilou MacLean_____
                                                Emilou MacLean
                                                Attorneys for Plaintiffs
Date:  April 29 2025                            U.S. DEPARTMENT OF JUSTICE

                                                 _/s/ Sarah L. Vuong_____
                                                Sarah L. Vuong
                                                Attorneys for Defendants


## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have

concurred in the filing of this document.

                                                ACLU FOUNDATION
                                                OF NORTHERN CALIFORNIA


                                                /s/ Emilou MacLean_____
                                                Emilou MacLean


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2025

                                    _____
                                    The Honorable Edward M. Chen
                                    United States District Judge