**Exhibit A**

1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  Stephany Martinez Tiffer (SBN 341254)
   martineztiffer@law.ucla.edu
3  CENTER FOR IMMIGRATION LAW AND
   POLICY, UCLA SCHOOL OF LAW
4  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
5  Telephone: (310) 825-1029

6  Emilou MacLean (SBN 319071)
   emaclean@aclunc.org
7  Michelle (Minju) Y. Cho (SBN 321939)
   mcho@aclunc.org
8  Amanda Young (SBN 359753)
   ayoung@aclunc.org
9  ACLU FOUNDATION
   OF NORTHERN CALIFORNIA
10 39 Drumm Street
   San Francisco, CA 94111-4805
11 Telephone: (415) 621-2493
   Facsimile: (415) 863-7832
12
   Attorneys for Plaintiffs
13 *[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**PLAINTIFF NATIONAL TPS ALLIANCE'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT U.S. DEPARTMENT OF HOMELAND SECURITY (SET ONE)** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

| | |
|---|---|
| **PROPOUNDING PARTY:** | Plaintiff National TPS Alliance |
| **RESPONDING PARTY:** | Defendant U.S. Department of Homeland Security |
| **NO.:** | One |

Plaintiff National TPS Alliance hereby requests that Defendant U.S. Department of Homeland Security ("DHS") produce for inspection and photocopying all documents and tangible things responsive to the categories described below to the attention of Emilou MacLean at the offices of ACLU of Northern California, 39 Drumm St, San Francisco, CA 94111 or via electronic submission to Plaintiffs' counsel.

**REQUEST FOR PRODUCTION NO. 1:**

All communications since January 17, 2025 involving the Custodians listed in the Appendix (as to all such positions, whether acting or appointed), regarding whether to vacate, partially vacate, or terminate the TPS designations for Venezuela or Haiti.

**REQUEST FOR PRODUCTION NO. 2:**

All communications involving the Custodians listed in the Appendix (as to all such positions, whether acting or appointed), between January 20, 2025 and February 28, 2025 concerning the TPS periodic review process during that time period to the extent applied in whole or in part to the decisions to vacate, partially vacate, or terminate TPS designations for Venezuela or Haiti.

**REQUEST FOR PRODUCTION NO. 3:**

All documents and communications since January 17, 2025 about DHS press releases or internal DHS memoranda concerning vacating, partially vacating, or terminating TPS designations for Venezuela or Haiti, including any memoranda or guidance about how to respond to questions from media or TPS holders about such decisions.

**REQUEST FOR PRODUCTION NO. 4:**

The fully-executed "Record of Clearance and Approval" (or the equivalent approval document), with attachments, for the decision to vacate the January 17, 2025, TPS extension for Venezuela. (*See* HT Vacatur AR_0164.)

**REQUEST FOR PRODUCTION NO. 5:**

The fully-executed DHS "Record of Clearance and Approval" (or the equivalent approval document), with attachments, for the decision to terminate the October 3, 2023, TPS designation for Venezuela. (*See* HT Vacatur AR_0164.)

**REQUEST FOR PRODUCTION NO. 6:**

All documents provided to, reviewed by, or considered by the Secretary of DHS regarding whether to vacate, partially vacate or terminate the TPS designation for Venezuela or Haiti which have not already been produced as part of the administrative record.

**REQUEST FOR PRODUCTION NO. 7:**

Documents sufficient to show the contents of each U.S. diplomatic cable to or from an overseas U.S. State Department facility since January 17, 2025 regarding whether to vacate, partially vacate, or terminate the TPS designations for Venezuela or Haiti.

**REQUEST FOR PRODUCTION NO. 8:**

The complete administrative record for the January 17, 2025 decision to extend the TPS designation for Venezuela.

**REQUEST FOR PRODUCTION NO. 9 :**

The complete administrative record for the July 1, 2024 decision to extend the TPS designation for Haiti.

Date: April 30, 2025

Respectfully submitted,

CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW or
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

/s/ *Emilou MacLean*
Ahilan T. Arulanantham / Emilou MacLean
Stephany Martinez Tiffer / Michelle (Minju) Y. Cho

Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Eva L. Bitran
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)
NATIONAL DAY LABORER
ORGANIZING NETWORK

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE Alliance

*Attorneys for Plaintiffs*

**Appendix: Custodian List**

A. **Individuals Identified as Involved In TPS Decisions Based on Administrative Record Productions** (*See* HT Vacatur AR_0164.)
- Senior Counselor Rob Law
- Senior Advisor Jimmy Percival
- Senior Advisor Joseph Mazzara
- Senior Advisor Joseph Guy
- Senior Advisor Troup Hemenway
- Senior Advisor Troy Edgar
- Chief Advisor Corey Lewandowsky

B. **USCIS**
  A. Director (or Senior Official Performing the Duties of the Director)
  - Jennifer Higgins – Jan. 20, 2025 - Feb. 8, 2025
  - Kika Scott – Feb. 9, 2025 - present

  B. Chief of Staff of Director
  - Aaron Calkins – Jan. 20, 2025 - present

  C. Chief of Office of Policy and Strategy (OP&S)
  - Samantha Deshommes - Jan. 20, 2025 - present

  D. Senior Policy Advisor(s) or Policy Advisor(s) to Chief of Office of Policy and Strategy (with a role related to TPS)

  E. Associate Director, International and Humanitarian Affairs (or International and Refugee Affairs)

  F. Associate Director, External Affairs Directorate (EAD)
  - Carrie Selby – Jan. 20, 2021 – present (acting or appointed)

  G. Director, Refugee, Asylum and International Operations Directorate (RAIO)

  H. Associate Director, Refugee, Asylum and International Operations Directorate (RAIO)
  - Ted Kim – Sept. 13, 2021 – present (acting or appointed)

  I. Research Unit, Refugee, Asylum and International Operations Directorate (RAIO)

  J. Chief Counsel
  - John Miles - Jan. 20, 2025 - present

  K. Associate Director, Service Center Operations Directorate
  - Connie Nolan – Feb. 22, 2023 - present

  L. TPS Subject Matter Experts

C. **Department of Homeland Security**
  A. Secretary
  - Kristi Noem

  B. Chief of Staff to Secretary

  C. Deputy Secretary
  - Troy Edgar

  D. Advisor or Senior Advisor (with a role related to TPS)

  E. General Counsel
  - Joseph Mazzara

  F. Under Secretary, Management

1

- Benjamin Huffman (Senior Official Performing the Duties)
G. Under Secretary, Office of Strategy, Policy, and Plans
    - Christopher C. Pratt (Senior Official Performing the Duties)
H. Assistant Secretary for Counterterrorism, Threat Prevention and Law Enforcement, Office of Strategy, Policy and Plans (OSPP)
I. Assistant Secretary, Office of Public Affairs
    - Tricia McLaughlin
J. Principal Deputy Assistant Secretary for Media Relations,
    - Harry Fones
K. Under Secretary, Office of Intelligence and Analysis
    - Daniel Tamburello (Senior Official Performing the Duties)
L. Executive Associate Director, Enforcement and Removal Operations
    - Tom Homan