# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 21, 2025　　**Time:** 1:33-2:23　　**Judge:** EDWARD M. CHEN
　　　　　　　　　　　　　　　　50 Minutes

**Case No.:** 25-cv-01766-EMC　　**Case Name:** National TPS Alliance v. Noem

**Attorneys for Plaintiffs:** Ahilan Arulanatham, Jessica Bansal, Emilou MacLean, Erik Crew, Amanda Young
**Attorneys for Defendants:** William Weiland, Sara Voung

**Deputy Clerk:** Vicky Ayala　　**Court Reporter:** Kendra Steppler

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Initial Case Management Conference - held

### SUMMARY

Parties stated appearances.
The Court held the initial case management conference.

Defendants explicitly stated on the record that they had provided the complete administrative record for both Venezuela and Haiti.

Plaintiffs indicated that they intend to move for summary judgment for both countries with respect to the APA claim and that, even for the APA claim, extra-record discovery would be appropriate. Discovery would also be sought for the equal protection claim. The parties noted that they had not fully met and conferred on discovery-related issues.

Defendants stated that they intend to file a motion to dismiss.

The Court stated that the parties should meet and confer regarding a briefing schedule (whether for a motion for summary judgment, postponement of agency action for Haiti, and/or 12(b)(6) dismissal). A four-brief format could be used. The Court tentatively set aside 7/11/2025, at 1:30 p.m. as a hearing date.