**EXHIBIT 2**

KATHY NUEBEL KOVARIK - 08/03/2018

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN FRANCISCO
 4    - - - - - - - - - - - - - - - - -x
 5    CRISTA RAMOS, et al.,            :
 6                   Plaintiffs,       :  Case No.
 7         v.                          :  3:18-cv-1554-
 8    KIRSTJEN NIELSEN, et al.,        :  EMC
 9                   Defendants.       :
10    - - - - - - - - - - - - - - - - -x
11
12
13              VIDEOTAPED DEPOSITION OF
14        U.S. DEPARTMENT OF HOMELAND SECURITY
15        By and Through Its Corporate Designee
16                KATHY NUEBEL KOVARIK
17                  Washington, D.C.
18               Friday, August 3, 2018
19                      9:35 a.m.
20
21
22
23    Job No.:  LA-185448
24    Pages 1 - 289
25    Reported By:  Joan V. Cain
```

```
 1   after you provide that to him?                              12:32:09
 2        A    He may have edits, questions.  He may ask         12:32:10
 3   for updated statistics because by that time it may          12:32:14
 4   be stale or old and he sends his edits back through         12:32:19
 5   our executive secretariat or electronically through         12:32:28
 6   me or both.  At which point my team, including my           12:32:30
 7   subject matter experts, my senior advisor, and              12:32:35
 8   myself would adjudicate those comments, make                12:32:37
 9   changes, and send it back.                                  12:32:40
10        Q    So he may have edits that he sends back and      12:32:41
11   comments that he sends back and it gets adjudicated         12:32:44
12   by you, your senior advisor -- is that Mr. Law?             12:32:48
13        A    Yes.                                              12:32:51
14        Q    -- and who else?                                  12:32:51
15        A    And my subject matter experts, the three          12:32:53
16   that I mentioned.                                           12:32:55
17        Q    Okay.  And then it gets sent back to him          12:33:02
18   for either final sign-off or further edits?                 12:33:04
19        A    Right.  Sometimes we might go back and            12:33:07
20   forth.  Sometimes he may approve after one round of         12:33:10
21   edits.  And then he clears it for our executive             12:33:14
22   secretariat to then present it generally to the -- I        12:33:18
23   believe the executive secretariat sends it to the           12:33:22
24   department's executive secretariat, so we each have         12:33:26
25   our own.  So the executive secretariat is                   12:33:29
```

| | | |
|---|---|---|
| 1 | responsible for the transfer of that document to | 12:33:35 |
| 2 | ensure version control.  The Office of General | 12:33:37 |
| 3 | Counsel would then receive it and review it, ensure | 12:33:41 |
| 4 | it for legal sufficiency.  They may have edits. | 12:33:45 |
| 5 | It's sent back through executive secretariat -- | 12:33:49 |
| 6 |    Q    Sorry.  Office of Chief Counsel you said | 12:33:53 |
| 7 | or -- | 12:33:56 |
| 8 |    A    Office of General Counsel. | 12:33:56 |
| 9 |    Q    General counsel.  Okay.  And, sorry, what | 12:33:57 |
| 10 | is the role that they play and when? | 12:34:00 |
| 11 |    A    They review it for legal sufficiency.  They | 12:34:03 |
| 12 | may provide edits.  I adjudicate those in concert | 12:34:06 |
| 13 | with our Office of Chief Counsel. | 12:34:11 |
| 14 |    Q    And at what point does the Office of | 12:34:14 |
| 15 | General Counsel view that review? | 12:34:18 |
| 16 |    A    After the director clears it and approves | 12:34:20 |
| 17 | for it to be sent up to the department, it's | 12:34:23 |
| 18 | reviewed by Office of General Counsel for legal | 12:34:25 |
| 19 | sufficiency. | 12:34:27 |
| 20 |    Q    Okay. | 12:34:28 |
| 21 |    A    Generally. | 12:34:30 |
| 22 |    Q    And then is there further review within the | 12:34:33 |
| 23 | department, or does the secre- -- is it only | 12:34:36 |
| 24 | essentially at the level of secretary at that point | 12:34:41 |
| 25 | or something else entirely?  So this -- at this | 12:34:43 |

| | | |
|---|---|---|
| 1 | point there's been reviews from various sources, | 12:34:46 |
| 2 | including Office of General Counsel, the director, | 12:34:49 |
| 3 | and the -- the earlier review methods that you | 12:34:53 |
| 4 | described. | 12:34:58 |
| 5 | A    Yeah. | 12:34:59 |
| 6 | Q    And then it's sent directly to the | 12:34:59 |
| 7 | secretary; is that correct? | 12:35:01 |
| 8 | A    No.  No. | 12:35:01 |
| 9 | Q    Okay. | 12:35:02 |
| 10 | A    So after we adjudicate comments with the | 12:35:03 |
| 11 | Office of General Counsel and we clear that and | 12:35:05 |
| 12 | everyone is -- is satisfied with the end document, | 12:35:07 |
| 13 | including our counsel and Office of General Counsel, | 12:35:13 |
| 14 | we then prepare it for the director to sign and | 12:35:19 |
| 15 | submit that to the department's front office, which | 12:35:22 |
| 16 | then there is another layer of review. | 12:35:26 |
| 17 | Q    Before we get to that other layer of | 12:35:30 |
| 18 | review, you said that when everyone is satisfied, | 12:35:34 |
| 19 | then it's prepared for the director to sign.  Who | 12:35:36 |
| 20 | is -- I mean, who is -- when you say everyone is | 12:35:39 |
| 21 | satisfied, do you mean everyone that you've | 12:35:41 |
| 22 | described, or are there other people that have to be | 12:35:43 |
| 23 | consulted in that decision? | 12:35:46 |
| 24 | A    Everyone that I described, and -- and just | 12:35:47 |
| 25 | to make it clear that when I send it to the chief | 12:35:50 |

| | | |
|---|---|---|
| 1 | A | I believe at the time it was population of | 12:44:10 |
| 2 | potential TPS beneficiaries, depending on if it was | 12:44:15 |
| 3 | redesignated or newly designated. | 12:44:22 |
| 4 | Q | Okay. So they'll ask clarifying questions. | 12:44:24 |
| 5 | Are there other things that they do in coming back | 12:44:26 |
| 6 | to you during this process? | 12:44:28 |
| 7 | A | They may ask about the recommendation and | 12:44:30 |
| 8 | why we got to where we did. Generally, it's a | 12:44:33 |
| 9 | conversation just to understand country conditions. | 12:44:36 |
| 10 | Q | And is that -- | 12:44:41 |
| 11 | A | It's very rare -- it's usually a | 12:44:43 |
| 12 | paper-based review. I'm just saying it's not -- it | 12:44:46 |
| 13 | wouldn't be surprising if they asked questions. | 12:44:50 |
| 14 | Q | Uh-huh. Are those questions usually over | 12:44:52 |
| 15 | e-mail or by phone or in person? | 12:44:55 |
| 16 | A | It could be both. | 12:44:57 |
| 17 | Q | From that group of people that you | 12:45:02 |
| 18 | described who's involved in the review process, who | 12:45:04 |
| 19 | do you communicate with most prior to the secretary | 12:45:08 |
| 20 | sign-off? | 12:45:11 |
| 21 | A | Well, in my role, because I am Office of | 12:45:13 |
| 22 | Policy, I would communicate with the senior advisor, | 12:45:17 |
| 23 | and norm- -- I may also -- because I -- I help with | 12:45:21 |
| 24 | the adjudication of comments, I may -- may | 12:45:28 |
| 25 | communicate over e-mail with general counsel for | 12:45:31 |

| | | |
|---|---|---|
| 1 | legal sufficiency issues. | 12:45:34 |
| 2 | Q    Is there an in-person meeting with any | 12:45:44 |
| 3 | group of people after the director signs off -- | 12:45:47 |
| 4 | after the CIS director signs off? | 12:45:52 |
| 5 | A    We touch base with the department just | 12:45:56 |
| 6 | mostly on process to say, hey, when is it coming, | 12:46:00 |
| 7 | but generally on the decision-making process, an | 12:46:10 |
| 8 | in-person meeting may be done between the secretary | 12:46:14 |
| 9 | and the director or the secretary and the chief of | 12:46:17 |
| 10 | staff and the senior advisor to discuss the decision | 12:46:19 |
| 11 | memo.  It doesn't always happen, but it does happen. | 12:46:23 |
| 12 | Q    Mm-hmm.  What -- what documents are | 12:46:28 |
| 13 | generally produced by the State Department during | 12:46:37 |
| 14 | the TPS determination process? | 12:46:39 |
| 15 | A    It is the attachment that you see on all | 12:46:41 |
| 16 | the decision memos.  It is maybe a letter, a cover | 12:46:45 |
| 17 | letter along with an assessment. | 12:46:49 |
| 18 | Q    Sorry.  When you say the -- the attachment | 12:46:52 |
| 19 | on the decision memos is the cover letter and | 12:46:54 |
| 20 | additional attachment is the cover letter? | 12:47:00 |
| 21 | A    From the Department of State, yeah. | 12:47:02 |
| 22 | Q    And what are the attachments to the cover | 12:47:04 |
| 23 | letter from the Department of State? | 12:47:06 |
| 24 | A    So the Department of State will send over | 12:47:13 |
| 25 | its assessment, but the cover letter is a letter | 12:47:15 |

| | | | |
|---|---|---|---|
| 1 | Q | Do you recall what it was? | 12:48:29 |
| 2 | A | No. | 12:48:30 |
| 3 | Q | Do you remember why it was included? | 12:48:37 |
| 4 | A | It had to do with fraud -- fraud issues, | 12:48:39 |
| 5 | | and TPS was mentioned in the cable. | 12:48:48 |
| 6 | Q | Okay.  Okay.  So there's the documents that | 12:48:50 |
| 7 | | have been provided by the State Department, | 12:49:37 |
| 8 | | documents that have been provided by CIS, the review | 12:49:38 |
| 9 | | with the advisor, the chief of staff, the deputy | 12:49:43 |
| 10 | | director, general counsel of the department -- | 12:49:46 |
| 11 | A | Mm-hmm. | 12:49:50 |
| 12 | Q | -- there's maybe some consultation and back | 12:49:50 |
| 13 | | and forth with you or your office.  Is it generally | 12:49:53 |
| 14 | | you or is it others in your office that are involved | 12:49:55 |
| 15 | | in any -- responding to any questions that come up? | 12:49:58 |
| 16 | A | The general counsel could talk to our chief | 12:50:01 |
| 17 | | counsel because they work hand in hand on legal | 12:50:03 |
| 18 | | issues, so they may talk.  If I'm not available, the | 12:50:05 |
| 19 | | senior advisor may call my senior advisor. | 12:50:10 |
| 20 | Q | Mm-hmm.  And then when will the -- well, | 12:50:12 |
| 21 | | then what is provided ultimately to the secretary? | 12:50:18 |
| 22 | A | One decision memo with attachments, and | 12:50:20 |
| 23 | | those attachments vary like I mentioned. | 12:50:23 |
| 24 | Q | Is it all of the things that you've | 12:50:31 |
| 25 | | described with some variation?  Is there anything | 12:50:33 |

| | | |
|---|---|---|
| 1 | additional that is added to that? | 12:50:35 |
| 2 | A    Well, it varies from country to country.  I | 12:50:37 |
| 3 | generally laid out what is described in attachments. | 12:50:40 |
| 4 | Q    Beyond the things that you've described | 12:50:50 |
| 5 | from the countries that are at issue here, are there | 12:50:52 |
| 6 | any additional documents that have been included in | 12:50:54 |
| 7 | those -- in the package?  Is it fair to call that | 12:50:56 |
| 8 | the package that goes to the secretary? | 12:50:59 |
| 9 | A    Yes.  We've had ten decisions.  I'm sure | 12:51:01 |
| 10 | there are documents that maybe I'm not even thinking | 12:51:05 |
| 11 | of, but generally what I've laid out is what is | 12:51:07 |
| 12 | attached to a decision memo. | 12:51:09 |
| 13 | Q    Okay.  If there were dissenting opinions | 12:51:10 |
| 14 | within the department or within CIS, would those be | 12:51:13 |
| 15 | included as well? | 12:51:16 |
| 16 | A    They may be packaged by the executive | 12:51:17 |
| 17 | secretariat for the secretary's folder.  Sorry, but | 12:51:24 |
| 18 | I'm not privy to what is put in her folder, but in | 12:51:27 |
| 19 | the USCIS decision packet, that is what is normally | 12:51:30 |
| 20 | included, what I've said. | 12:51:36 |
| 21 | Q    Just to make sure that I'm clear on this | 12:51:38 |
| 22 | too, there is -- is there a separate USCIS decision | 12:51:40 |
| 23 | packet and a DHS decision packet, or when you're | 12:51:46 |
| 24 | talking about the decision packet, is that the same | 12:51:47 |
| 25 | thing maybe with additional things that are added in | 12:51:50 |

| | | |
|---|---|---|
| 1 | the process? | 12:51:51 |
| 2 | A    Let me -- yeah, that's a good question. To | 12:51:51 |
| 3 | clarify, there's a USCIS decision packet. The | 12:51:51 |
| 4 | secretary may receive a packet with additional stuff | 12:51:54 |
| 5 | that I'm not aware of, but Office of General Counsel | 12:51:57 |
| 6 | may do a review of the legal sufficiency or provide | 12:52:01 |
| 7 | more background in a -- a legal background on TPS. | 12:52:06 |
| 8 | Q    Mm-hmm.  And that's on the interpretation | 12:52:13 |
| 9 | of TPS, or what would that be on? | 12:52:17 |
| 10 | A    I have never seen one so -- | 12:52:20 |
| 11 | Q    Okay.  That stays amongst the general | 12:52:21 |
| 12 | counsel and the Office of Chief Counsel? | 12:52:24 |
| 13 | A    That stays between the general counsel and | 12:52:26 |
| 14 | the secretary. | 12:52:29 |
| 15 | Q    And once the decision packet goes to the | 12:52:40 |
| 16 | DHS secretary, what are the next steps? | 12:52:46 |
| 17 | A    The secretary is very thorough.  She reads | 12:52:49 |
| 18 | the decision packet.  If she has questions, she'll | 12:52:53 |
| 19 | ask for a meeting and they do a meeting.  In most | 12:52:58 |
| 20 | instances, there is a meeting that takes place to go | 12:53:04 |
| 21 | over that country's condition. | 12:53:09 |
| 22 | Q    Who -- sorry to interrupt.  Who | 12:53:11 |
| 23 | participates in that meeting? | 12:53:13 |
| 24 | A    It varies, but generally the director of | 12:53:14 |
| 25 | U.S. Citizenship and Immigration Service, the | 12:53:20 |

| | | |
|---|---|---|
| 1 | same. | 14:22:48 |
| 2 | Q    Okay.  And that shift to sending the | 14:22:48 |
| 3 | Federal Register Notice to the OMB earlier, that was | 14:22:55 |
| 4 | a shift that you initiated? | 14:22:57 |
| 5 | A    Yes. | 14:22:58 |
| 6 | Q    When did you initiate that? | 14:23:00 |
| 7 | A    I -- I believe it -- the first decision | 14:23:08 |
| 8 | that came when I was chief of the Office of Policy | 14:23:09 |
| 9 | was Haiti.  I believe that it shifted after that | 14:23:12 |
| 10 | when we weren't sure what the decision was going to | 14:23:22 |
| 11 | be. | 14:23:33 |
| 12 | Q    Did there have to be an approval for that | 14:23:33 |
| 13 | decision to not send the Federal Register Notice to | 14:23:36 |
| 14 | OMB earlier? | 14:23:39 |
| 15 | A    No.  I made that decision. | 14:23:40 |
| 16 | Q    Were all stakeholders, including OMB but | 14:23:53 |
| 17 | also the other agencies, consulted at all in that | 14:23:57 |
| 18 | process -- in that shift in process? | 14:23:59 |
| 19 | A    Yes.  The Office of General Counsel was | 14:24:02 |
| 20 | consulted because they were used to seeing the | 14:24:04 |
| 21 | Federal Register Notice behind the decision memo. | 14:24:06 |
| 22 | Q    And when you say Office of General Counsel, | 14:24:09 |
| 23 | do you mean the Office of General Counsel -- | 14:24:11 |
| 24 | A    At the department of Homeland Security. | 14:24:12 |
| 25 | Q    -- at the Department of Homeland Security? | 14:24:14 |

1        CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2              I, Joan V. Cain, Court Reporter, the officer

3    before whom the foregoing deposition was taken, do

4    hereby certify that Kathy Nuebel Kovarik personally

5    appeared before me on August 3, 2018 and was duly

6    sworn; that the foregoing transcript is a true and

7    correct record of the testimony given; that said

8    testimony was taken by me stenographically and

9    thereafter reduced to typewriting under my

10   direction; that reading and signing was not

11   requested; and that I am neither counsel for,

12   related to, nor employed by any of the parties to

13   this case and have no interest, financial or

14   otherwise, in its outcome.

15             IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this 6th day of

17   August 2018.

18

19   My commission expires:

20   July 31, 2019

21   _____

22   NOTARY PUBLIC IN AND FOR THE

23   DISTRICT OF COLUMBIA

24

25