**EXHIBIT 3**

SUMMARY: TPS DESIGNATIONS FOR EL SALVADOR, HONDURAS, AND NICARAGUA

ES 17-6549    WF 1152685    TYPE OF ACTION: AS1 SIGNATURE

| DEPARTMENT OF HOMELAND SECURITY RECORD OF CLEARANCE AND APPROVAL | | |
|---|---|---|
| COMPONENT TASKED: USCIS | DRAFT DUE DATE: N/A | DRAFT RECEIVED DATE: N/A |
| DATE SUBMITTED TO FO: 10/31/2017 | DATE PACKAGED: 10/31/2017 | DATE APPROVED/SIGNED: |

SUMMARY OF DOCUMENT: TPS DESIGNATIONS FOR EL SALVADOR, HONDURAS, AND NICARAGUA
PLCY MEMO IS UNDER RCA.

ATTACHMENTS:
- TAB 1: ACTION MEMORANDUM – EL SALVADOR TPS
- TAB 2: TPS CONSIDERATIONS: EL SALVADOR (JUNE 2017)
- TAB 3: ACTION MEMORANDUM – HONDURAS TPS
- TAB 4: TPS CONSIDERATIONS: HONDURAS (APRIL 2017)
- TAB 5: ACTION MEMORANDUM – NICARAGUA TPS
- TAB 6: TPS CONSIDERATIONS – NICARAGUA (APRIL 2017)
- TAB 7: ATTACHMENT – TPS LEGAL AUTHORITY

| CLEARED BY | DATE | CLEARED BY | DATE |
|---|---|---|---|
| MGMT/LAURIE BOULDEN | 10/27/2017 | ICE/MATHEW BRODMAN | 10/30/2017 |
| OGC/DIMPLE SHAH* | 10/31/2017 | PLCY/JAMES NEALON* (NON-CONCUR WITH USCIS RECOMMENDATION) | 10/31/2017 |
| FO STAFF/NICHOLE LILLIBRIDGE | 10/31/2017 | | |

| SIGNATURE NEEDED BY DATE | N/A | REASON | |
|---|---|---|---|

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| EXECUTIVE SECRETARY | [signature] | 10/31/17 | |
| S2 — CHIEF OF STAFF | KVS | 10/31 | |
| SOPDDS | CB | 11/1 | [handwritten comments] |
| S1 — DEPUTY CHIEF OF STAFF | | | El Salvador decision not needed until Jan. Haiti not in this package. – Stronger case for term Nicaragua. Hon & ES case is weaker. |
| ACTING CHIEF OF STAFF | | | – Concerns of ongoing security operations may be impacted if we Reviewing Electronically terminate all |
| ACTING SECRETARY | Elf | 11/20 | Separate? Nicar. |

AFTER REVIEW RETURN TO:
AMANDA BOOTH-COLSON, COMPONENT LIAISON COORDINATOR, EXECUTIVE SECRETARIAT    TELEPHONE: [redacted]

APPROVED FOR AUTOPEN: ___ YES ___ NO    DATE AND INITIALS FOR AUTOPEN APPROVAL: _____

AR-NICARAGUA-00000137

DPP_00003585