# EXHIBIT 4



| | | | |
|---|---|---|---|
| **DEPARTMENT OF HOMELAND SECURITY** <br> **RECORD OF CLEARANCE AND APPROVAL** | **STORM #** <br> 25-07536 | | **SENIOR LIAISON OFFICER:** <br> LAWRENCE INDYK |
| LEAD COMPONENT: OGC | DATE SUBMITTED TO FO: 02/14/25 | | DRAFT RECEIVED DATE: 02/14/25 |

SUMMARY OF DOCUMENT: TPS HAITI PARTIAL VACATUR
ATTACHMENT A: DECISION DOCUMENT
ATTACHMENT B: DRAFT FEDERAL REGISTER NOTICE
ATTACHMENT C: JULY 2024 PACKAGE - TPS LEGAL AUTHORITY
ATTACHMENT D: JULY 2024 PACKAGE - USCIS COUNTRY CONDITIONS
ATTACHMENT E: JULY 2024 PACKAGE - DEPARTMENT OF STATE RECOMMENDATION & COUNTRY CONDITIONS
ATTACHMENT F: JULY 2024 PACKAGE - SIGNED DECISION DOCUMENT
ATTACHMENT G: JULY 2024 PACKAGE - PUBLISHED FEDERAL REGISTER NOTICE

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR COUNSELOR (ROB LAW) | RL | 2/14 | CLEAR |
| SENIOR ADVISOR (JIMMY PERCIVAL) | JP | 2/14 | CLEAR |
| SENIOR ADVISOR (JOSEPH N. MAZZARA) | JM | 2/15 | CLEAR |
| JOSEPH GUY SENIOR ADVISOR | JG | 2/15 | CLEAR |
| SENIOR ADVISOR (TROUP HEMENWAY) | TH | 2/15 | CLEAR |
| SENIOR ADVISOR (TROY EDGAR) | TE | 2/15 | CLEAR |
| CHIEF ADVISOR COREY LEWANDOWSKI | [signature] | 2/17 | (ALSO PROVIDED VIA EMAIL) |
| S1 | [signature] | 2/18/25 | — |

| AFTER REVIEW RETURN TO: <br> [redacted], EXECUTIVE SECRETARIAT | TELEPHONE <br> [redacted] |
|---|---|

APPROVED FOR AUTOPEN: ____ YES ____ NO  DATE AND INITIALS FOR AUTOPEN APPROVAL: _____