| | |
|---|---|
| Ahilan T. Arulanantham (SBN 237841)<br>arulanantham@law.ucla.edu<br>Stephany Martinez Tiffer (SBN 341254)<br>martineztiffer@law.ucla.edu<br>CENTER FOR IMMIGRATION LAW AND<br>POLICY, UCLA SCHOOL OF LAW<br>385 Charles E. Young Dr. East<br>Los Angeles, CA 90095<br>Telephone: (310) 825-1029<br><br>Emilou MacLean (SBN 319071)<br>emaclean@aclunc.org<br>Michelle (Minju) Y. Cho (SBN 321939)<br>mcho@aclunc.org<br>Amanda Young (SBN 359753)<br>ayoung@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 863-7832<br><br>Attorneys for Plaintiffs<br>[Additional Counsel Listed on Next Page] | Yaakov M. Roth<br>Acting Assistant Attorney General<br>Civil Division<br>Drew Ensign<br>Deputy Assistant Attorney General<br>Sarah L. Vuong (CA Bar 258528)<br>Assistant Director<br>William H. Weiland (MA Bar 661433)<br>Senior Litigation Counsel<br>Lauren Bryant (NY Bar 5321880)<br>Anna Dichter (NJ Bar 304442019)<br>Jeffrey Hartman (WA Bar 49810)<br>Luz Maria Restrepo (NY Bar 4907077)<br>Catherine Ross (DC Bar 9007404)<br>Amanda Saylor (FL Bar 1031480)<br>Eric Snyderman (VA Bar 99563)<br>Trial Attorneys<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**STIPULATION REGARDING MOTION TO DISMISS AND CROSS SUMMARY JUDGMENT MOTION BRIEFING SCHEDULING AND [PROPOSED] ORDER**<br><br>Assigned to: Hon. Edward M. Chen<br><br>Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

Pursuant to Civ. L.R. 6-2 and 7-12, the parties, by and through their respective counsel, submit this stipulation regarding the due date for Plaintiffs' Motion for Summary Judgment and the briefing schedule for Defendants' Motion to Dismiss.

**WHEREAS**, on April 29, 2025, Defendants filed a Motion to Dismiss. Dkt. 122;

**WHEREAS**, the hearing on Defendants' Motion to Dismiss was initially set for June 12, 2025, with Plaintiffs' Opposition due May 13, 2025, and Defendants' Reply due by May 20, 2025;

**WHEREAS**, on May 5, 2025, this Court *sua sponte* rescheduled the hearing on Defendants' Motion to Dismiss from June 12, 2025 to July 11, 2025;

**WHEREAS**, on April 30, 2025, this Court set a briefing schedule for the Parties' Cross Motions for Summary Judgment pursuant to the Parties' stipulation, which inadvertently set May 26, 2025, Memorial Day, as the due date for Plaintiffs' Motion for Summary Judgment. Dkt. 124;

**WHEREAS**, the parties respectfully request that the Court grant the following stipulated briefing schedule for the parties' forthcoming Motion to Dismiss briefing and Plaintiffs' forthcoming Motion for Summary Judgment.

**IT IS HEREBY STIPULATED AND AGREED**, by the parties and subject to the approval of the Court:

- Plaintiffs shall file their Motion for Summary Judgment by May 27, 2025.
- Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss by May 28, 2025.
- Defendants shall file their Reply in Support of their Motion to Dismiss by June 10, 2025.
- The briefing schedule for the parties' Summary Judgment Motions will otherwise remain the same.

IT IS SO STIPULATED.

Respectfully submitted,

1

STIPULATION REGARDING MOTION TO DISMISS AND CROSS SUMMARY JUDGMENT
MOTION BRIEFING SCHEDULE AND [PROPOSED] ORDER
CASE NO. 3:25-CV-01766-EMC

| | |
|---|---|
| Date: May 9, 2025 | ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br><br>  */s/ Emilou MacLean*  <br>Emilou MacLean<br>Attorneys for Plaintiffs |
| Date: May 9, 2025 | U.S. DEPARTMENT OF JUSTICE<br><br>  */s/ Sarah L. Vuong*  <br>Sarah L. Vuong<br>Attorneys for Defendants |

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

ACLU FOUNDATION
OF NORTHERN CALIFORNIA


*/s/ Emilou MacLean*
Emilou MacLean

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Edward M. Chen
United States District Judge