1   YAAKOV M. ROTH
    Acting Assistant Attorney General
2   Civil Division
    SARAH L. VUONG (CA Bar 258528)
3   Assistant Director
    WILLIAM H. WEILAND (Mass. Bar 661433)
4   Senior Litigation Counsel
    LAUREN BRYANT (NY Bar 5321880)
5   ANNA DICHTER (NJ Bar 304442019)
    JEFFREY HARTMAN (WA Bar 49810)
6   CATHERINE ROSS (DC Bar 9007404)
7   AMANDA SAYLOR (FL Bar 1031480)
    ERIC SNYDERMAN (VA Bar 99563)
8   Trial Attorneys
    U.S. Department of Justice, Civil Division
9   Office of Immigration Litigation
    General Litigation and Appeals Section
10  P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
11
12  Attorneys for Defendants
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17
    NATIONAL TPS ALLIANCE, *et. al.*,          Case No. 3:25-cv-1766-EMC
18
                       Plaintiff,
19                                             DEFENDANTS' MOTION FOR LEAVE TO FILE
         v.                                    A MOTION TO RECONSIDER THE COURT'S
20                                             MAY 2, 2025 AND MAY 9, 2025 ORDERS
    KRISTI NOEM, in her official capacity as
21  Secretary of Homeland Security, *et. al.*,
                                               Judge: Hon. Edward M. Chen
22                     Defendants.
23

24

25

26

27

28  DEFS.' REQUEST FOR LEAVE TO FILE A MOTION TO RECONSIDER
    No. 3:25-cv-1766-EMC
                                          1

1    Pursuant to Local Rule 7-9, Defendants seek leave to file a Motion to Reconsider the Court's May

2    2, 2025 and May 9, 2025 Orders, ECF Nos. 129, 135.

3    Local Rule 7-9(a) requires that a party "make a motion before a Judge requesting that the Judge

4    grant the party leave to file a motion for reconsideration of any interlocutory order on any ground set forth

5    in Civil L.R. 7-9(b)). "The moving party must specifically show reasonable diligence in bringing the

6    motion." Local Rule 7-9(b). The moving party must also show that "a material difference in fact or law

7    exists from that which was presented to the Court before entry of the interlocutory order for which

8    reconsideration is being sought." Local Rule 7-9(b)(1).

9    On April 25, 2025, Defendants filed a Motion to Stay Further District Court Proceedings, including

10   Defendants' answer or other dispositive pleadings, discovery, and all other pending deadlines related to

11   the Venezuela TPS determination. ECF No. 115. On May 2, 2025, this Court held that a "stay of discovery

12   pending the interlocutory appeal is not warranted." ECF No. 129 at 3. On May 9, 2025, the Court further

13   ordered the Defendants to search documents using the search terms proposed by Plaintiffs and produce

     those documents by today, May 19, 2025. ECF No. 135.

14   On May 19, 2025, the Supreme Court, in an 8-1 decision, granted the government's application

15   for a stay of this Court's March 31, 2025 Order "pending the disposition of the appeal in the United States

16   Court of Appeals for the Ninth Circuit and disposition of a petition for a writ of certiorari." *Noem v. Nat.*

17   *TPS Alliance*, No. 24A1059 (S. Ct. May 19, 2025). This stay reverses the Court's order granting the

18   motion to postpone the Secretary of Homeland Security's "decision to vacate the extension of the 2023

19   Designation and to terminate the 2023 Designation." *Nat. TPS Alliance*, --- F.Supp.3d ----, 2025 WL

20   957677, at *47 (N.D. Cal. Mar. 31, 2025). As required in Local Rule 7-9(b)(1), "a material difference in

21   fact or law exists from that which was presented to the Court before entry of the interlocutory order."

22   Specifically, the Supreme Court has stayed this Court's postponement order pending the appeal to the

23   Ninth Circuit.

24   Additionally, Defendants' Request for Leave should be granted because Defendants have shown

25   reasonable diligence in bringing the motion. "Reasonable diligence" in bringing a motion for leave to file

26   a motion for reconsideration requires the party seeking reconsideration to bring its motion expeditiously.

27

28   DEFS.' REQUEST FOR LEAVE TO FILE A MOTION TO RECONSIDER
     No. 3:25-cv-1766-EMC

                                                        1

1   *See, e.g., York v. Bank of America*, 2016 WL 7033956, at \*1 (N.D. Cal. Dec. 2, 2016) (motion brought 35

2   days after order issued was "stale filing" submitted after "lengthy delay"); *Largan Precision Co., Ltd. v.*

3   *Genius Electronic Optical Co., Ltd.*, 2015 WL 2063988, at \*2 (N.D. Cal. May 4, 2015) ("waiting more

4   than four weeks to file a motion for reconsideration" did not constitute reasonable diligence). Here, the

5   Government brings this Motion the same day that the Supreme Court ruled on the government's

6   application for a stay.

7        Accordingly, Defendants respectfully request the opportunity to file a Motion to Reconsider the

8   Court's May 2, 2025 and May 9, 2025 Orders.

9

10  Dated: May 19, 2025                              Respectfully submitted,

11                                                   YAAKOV M. ROTH
                                                     Acting Assistant Attorney General
12                                                   Civil Division

13                                                   WILLIAM H. WEILAND (Mass. Bar 661433)
                                                     Senior Litigation Counsel
14

15                                                   ERIC SNYDERMAN (VA Bar 99563)
                                                     ANNA DICHTER (NJ Bar 304442019)
16                                                   LAUREN BRYANT (NY Bar 5321880)
                                                     AMANDA SAYLOR (FL Bar 1031480)
17                                                   CATHERINE ROSS (DC Bar 9007404)
                                                     Trial Attorneys
18
                                                     /s/ *Sarah L. Vuong*
19                                                   Sarah L. Vuong
                                                     Assistant Director (CA Bar 258528)
20                                                   U.S. Department of Justice, Civil Division
                                                     Office of Immigration Litigation
21                                                   General Litigation and Appeals Section
                                                     P.O. Box 868, Ben Franklin Station
22                                                   Washington, DC 20044
                                                     Tel: (202) 305-1263
23                                                   Sarah.l.vuong@usdoj.gov

24                                                   *Attorneys for the Defendants*

25

26

27

28  DEFS.' REQUEST FOR LEAVE TO FILE A MOTION TO RECONSIDER
    No. 3:25-cv-1766-EMC
                                              2