YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
ERIC SNYDERMAN (VA Bar 99563)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT
AMANDA SAYLOR
CATHERINE ROSS (DC Bar 9007404)
JEFFREY HARTMAN (WA Bar 49810)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>                    Plaintiff,<br>   v.<br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*,<br><br>                    Defendants. | Case No. 3:25-cv-1766-EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION TO RECONSIDER THE COURT'S MAY 2, 2025 AND MAY 9, 2025 ORDERS |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE
No. 3:25-cv-1766-EMC

Before the Court is Defendants' Motion for Leave to File a Motion to Reconsider the Court's May 2, 2025 and May 9, 2025 Orders. Having reviewed the motion, IT IS ORDERED that Defendant's Motion for Leave to File a Motion to Reconsider GRANTED.

Issued this ___ day of May, 2025.

_____
Edward M. Chen
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE
No. 3:25-cv-1766-EMC

2