# Exhibit A

(ORDER LIST: 605 U.S.)

MONDAY, MAY 19, 2025

ORDER IN PENDING CASE

24A1059    NOEM, SEC., DHS, ET AL. V. NAT. TPS ALLIANCE, ET AL.

The application for stay presented to Justice Kagan and by her referred to the Court is granted. The March 31, 2025 order entered by the United States District Court for the Northern District of California, case No. 3:25-cv-1766, is stayed pending the disposition of the appeal in the United States Court of Appeals for the Ninth Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought. Should certiorari be denied, this stay shall terminate automatically. In the event certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

This order is without prejudice to any challenge to Secretary Noem's February 3, 2025 vacatur notice insofar as it purports to invalidate EADs, Forms I-797, Notices of Action, and Forms I-94 issued with October 2, 2026 expiration dates. See 8 U. S. C. §1254a(d)(3).

Justice Jackson would deny the application.