UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>       Defendants. | Case No.  3:25-cv-01766-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO PRESERVE STATUS AND RIGHTS UNDER SECTION 705** |

# [PROPOSED] ORDER

Plaintiffs' Motion to Preserve Status and Rights Under Section 705 ("Plaintiffs' Motion") was filed on May 21, 2025. After consideration of the briefs and arguments of counsel, the evidence filed in support of and in opposition to Plaintiffs' Motion, and being fully advised, the Court finds that Plaintiffs have carried their burden to demonstrate a need for preservation of status and rights under Section 705 pending resolution of this case on the merits.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs' Motion is Granted as follows:

1. The Court concludes that Plaintiffs have carried their burden of showing (1) a likelihood of success on the merits of their claims that the government's actions purporting to invalidate TPS-related documentation issued prior to the effective date of termination exceeds statutory authority and violates the Administrative Procedure Act ("APA"); (2) that the invalidation of such documentation would cause irreparable harm to TPS holders that received such documentation, their families, and the public absent preservation of the TPS holders' status and rights; and (3) that the balance of equities and the public interest weigh in favor of preserving the status and rights conferred by such documentation.

2. It is hereby ORDERED THAT in order to preserve the status and rights of individuals who received "EADs, Forms I-797, Notices of Action, and Forms I-94 issued with October 2, 2026 expiration dates" pursuant to the January 17, 2025 extension of TPS for Venezuela, as referenced in the Supreme Court's order on May 19, 2025, the effective date of the portion of the vacatur order purporting to invalidate those documents is postponed pending resolution of this case on the merits.

**IT IS SO ORDERED.**

Date: _____, 2025

The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE