Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong *(Pro Hac Vice)*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

I, Emilou MacLean, declare as follows:

1.  I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Senior Staff Attorney at ACLU Foundation of Northern California, counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.  I file this Declaration in support of Plaintiffs' Administrative Motion for Order Shortening Time and Setting Schedule Re: Plaintiffs' Motion to Preserve Status and Rights Under Section 705 ("Motion for Order Shortening Time").

3.  This case challenges, *inter alia*, Defendants' decisions to "vacate" the January 17, 2025 extension of Temporary Protected Status ("TPS") for Venezuela and subsequently terminate TPS for nearly 350,000 Venezuelan TPS holders who first qualified for TPS protection under the 2023 designation. This Court granted Plaintiffs' motion to postpone both decisions on March 31, 2025. Defendants moved to stay that order. After this Court and the Ninth Circuit denied Defendants' motion, the Supreme Court granted a stay in a two-paragraph ruling issued on May 19, 2025. *See* Mot. to Preserve, Ex. A (Dkt. 144-1).

4.  In the second paragraph of its order, the Supreme Court stated that the order "is without prejudice to any challenge to Secretary Noem's February 3, 2025 vacatur notice insofar as it purports to invalidate EADs, Forms I-797, Notices of Action, and Forms I-94 issued with October 2, 2026 expiration dates. *See* 8 U. S. C. §1254a(d)(3)." *Id.* Accordingly, Plaintiffs are moving to preserve the status and rights under 5 U.S.C. section 705 of the particular individuals identified in the Supreme Court's order with "EADs, Forms I-797, Notices of Action, and Forms I-94 issued with October 2, 2026 expiration dates." *See* Mot. to Preserve (Dkt. 144).

5.  I met and conferred with Defendants' counsel regarding Plaintiffs' planned Motion to Preserve on May 21, 2025. Defendants' counsel stated that DHS is reviewing the Supreme Court's order and has no position to provide at this time.

6.  At the meet-and-confer, Defendants' counsel stated that Defendants would agree to Plaintiffs' proposal that Defendants file their opposition to the Motion to Preserve on Wednesday, May 28, 2025 by 9:00 am PST. However, Defendants' counsel stated Defendants would not agree to

1

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE – CASE NO. 3:25-CV-01766-EMC

1  Plaintiffs' request that the Motion to Preserve be heard at the previously-scheduled hearing in this
2  matter on May 29, 2025, at 1:30 pm PST.
3       I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5
6       Executed on May 21, 2025, in San Francisco, California.

                                    *Emilou MacLean*
                                    Emilou MacLean