1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>            Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE** |

This matter is before the Court on Plaintiffs' Administrative Motion for Order Shortening Time and Setting Schedule under Civ. L.R. 6-3 and Civ. L.R. 7-11, in connection with Plaintiffs' Motion to Preserve Status or Rights Under Section 705 ("Motion to Preserve"). Having considered Plaintiffs' Request and any response thereto, the Court finds good cause and GRANTS the Request and ORDERS as follows:

- Defendants shall file their Response to Plaintiffs' Motion to Preserve by May 28, 2025 at 9:00 am PST;
- Plaintiffs will file their Reply to the Defendant's Response, if any, by May 28, 2025 at 11:59 pm PST; and
- The Court will hear argument on the Motion to Preserve at the status conference already scheduled for May 29, 2025 at 1:30 pm PST.

SO ORDERED.

Date: _____, 2025

_____
The Honorable EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE – CASE NO. 3:25-CV-01766-EMC