Exhibit C

SIGNATURE NEEDED BY DATE: 2/1/2025

STATUS:

SUMMARY: TERMINATION OF THE OCTOBER 3, 2023 DESIGNATION OF VENEZUELA FOR TEMPORARY PROTECTED

ES 25-07083   TYPE OF ACTION: S1 INFORMATION

| DEPARTMENT OF HOMELAND SECURITY RECORD OF CLEARANCE AND APPROVAL | STORM # 25-07083 | SENIOR LIAISON OFFICER: LAWRENCE INDYK |
|---|---|---|
| LEAD COMPONENT: FRONT OFFICE/OGC | | |

SUMMARY OF DOCUMENT: TERMINATION OF THE OCTOBER 3, 2023 DESIGNATION OF VENEZUELA FOR TEMPORARY PROTECTED STATUS.

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR ADVISOR | *Joseph Mazzara* | 1/31 | |
| SENIOR ADVISOR | ✓ | | Cleared via e-mail. |
| SENIOR ADVISOR | ✓ | | |
| SECRETARY | *[signature]* | 2-1-25 | |

AFTER REVIEW RETURN TO: NANCY CLARK, EXECUTIVE SECRETARIAT

TELEPHONE 202-282-9397

APPROVED FOR AUTOPEN: ____ YES ____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____

NTPSA_000004