Exhibit D

SIGNATURE NEEDED BY DATE: ASAP



SUMMARY: TPS HAITI PARTIAL VACATUR

TYPE OF ACTION: S1 SIGNATURE

ES 25-07536

| DEPARTMENT OF HOMELAND SECURITY | STORM # | SENIOR LIAISON OFFICER: |
|---|---|---|
| RECORD OF CLEARANCE AND APPROVAL | 25-07536 | LAWRENCE INDYK |
| LEAD COMPONENT: OGC | DATE SUBMITTED TO FO: 02/14/25 | DRAFT RECEIVED DATE: 02/14/25 |

**SUMMARY OF DOCUMENT:** TPS HAITI PARTIAL VACATUR
**ATTACHMENT A:** DECISION DOCUMENT
**ATTACHMENT B:** DRAFT FEDERAL REGISTER NOTICE
**ATTACHMENT C:** JULY 2024 PACKAGE - TPS LEGAL AUTHORITY
**ATTACHMENT D:** JULY 2024 PACKAGE - USCIS COUNTRY CONDITIONS
**ATTACHMENT E:** JULY 2024 PACKAGE - DEPARTMENT OF STATE RECOMMENDATION & COUNTRY CONDITIONS
**ATTACHMENT F:** JULY 2024 PACKAGE - SIGNED DECISION DOCUMENT
**ATTACHMENT G:** JULY 2024 PACKAGE- PUBLISHED FEDERAL REGISTER NOTICE

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR COUNSELOR (ROB LAW) | RL | 2/14 | CLEAR |
| SENIOR ADVISOR (JIMMY PERCIVAL) | JP | 2/14 | CLEAR |
| SENIOR ADVISOR (JOSEPH N. MAZZARA) | JM | 2/15 | CLEAR |
| JOSEPH GUY SENIOR ADVISOR | JG | 2/15 | CLEAR |
| SENIOR ADVISOR (TROUP HEMENWAY) | TH | 2/15 | CLEAR |
| SENIOR ADVISOR (TROY EDGAR) | TE | 2/15 | CLEAR |
| CHIEF ADVISOR COREY LEWANDOWSKI | *(signature)* | 2.7 | (ALSO PROVIDED VIA EMAIL) |
| S1 | *(signature)* | 2/18/25 | — |

| AFTER REVIEW RETURN TO: | TELEPHONE |
|---|---|
| NANCY CLARK, EXECUTIVE SECRETARIAT | 202-282-9397 |

APPROVED FOR AUTOPEN: ____ YES ____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____ ☐ ☐