| | |
|---|---|
| Ahilan T. Arulanantham (SBN 237841)<br>arulanantham@law.ucla.edu<br>CENTER FOR IMMIGRATION LAW AND<br>POLICY, UCLA SCHOOL OF LAW<br>385 Charles E. Young Dr. East<br>Los Angeles, CA 90095<br>Telephone: (310) 825-1029<br><br>Emilou MacLean (SBN 319071)<br>emaclean@aclunc.org<br>Michelle (Minju) Y. Cho (SBN 321939)<br>mcho@aclunc.org<br>Amanda Young (SBN 359753)<br>ayoung@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 863-7832<br><br>Attorneys for Plaintiffs<br>[Additional Counsel Listed on Next Page] | Yaakov M. Roth<br>Acting Assistant Attorney General<br>Civil Division<br>Sarah L. Vuong (CA Bar 258528)<br>Assistant Director<br>William H. Weiland (MA Bar 661433)<br>Senior Litigation Counsel<br>Lauren Bryant (NY Bar 5321880)<br>Anna Dichter (NJ Bar 304442019)<br>Jeffrey Hartman (WA Bar 49810)<br>Catherine Ross (DC Bar 9007404)<br>Amanda Saylor (FL Bar 1031480)<br>Eric Snyderman (VA Bar 99563)<br>Trial Attorneys<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Assigned to: Hon. Edward M. Chen<br><br>Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-741

Pursuant to Civ. L.R. 6-1(b), 6-2 and 7-12, the Parties, by and through their respective counsel, submit this stipulation and [proposed] order regarding the briefing schedule for the Parties' cross-motions for summary judgment.

**WHEREAS**, on April 30, 2025, pursuant to the Parties' stipulation, this Court set the following briefing schedule for the Parties' Cross-Motions for Summary Judgment:

- Plaintiffs shall file their Motion for Summary Judgment on or before May 26, 2025.
- Defendants shall file an Opposition to Plaintiffs' Motion for Summary Judgment and their Motion for Summary Judgment on or before June 10, 2025.
- Plaintiffs shall file their Reply in further support of their Motion for Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment on or before June 20, 2025.
- Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on or before June 27, 2025.
- The Court shall hear argument on the Parties' Cross-Motions for Summary Judgment on July 11, 2025. Dkt. 124.

**WHEREAS**, on May 9, 2025, this Court granted Parties' stipulated request that Plaintiffs file their Motion for Summary Judgment on or before May 27, 2025, in light of the Memorial Day holiday on May 26, 2025. The briefing schedule for the Parties' Cross-Motions for Summary Judgment otherwise remained the same. Dkt. 134.

**WHEREAS,** on May 19, 2025, pursuant to Court Order, (*see* Dkts. 135, 143), Defendants produced 77 documents responsive to Plaintiffs' first, second and sixth requests for production; and

**WHEREAS**, on May 22, 2025, Defendants' counsel emailed Plaintiffs' counsel to notify Plaintiffs that 159 documents from USCIS custodians that were potentially responsive to Plaintiffs' requests for production were inadvertently not batched out for review. Defendants' counsel stated that they intended to have the documents reviewed, and responsive, non-privileged documents produced, by May 27, 2025, and offered to adjust the briefing schedule on the Parties' cross-motions for summary judgment to accommodate this belated production.

**IT IS THEREFORE STIPULATED AND AGREED**, by the Parties and subject to the

approval of the Court:

- Plaintiffs shall file their Motion for Summary Judgment on or before June 3, 2025.
- Defendants shall file their Opposition and Cross-Motion for Summary Judgment on or before June 17, 2025.
- Plaintiffs shall file their Reply in further support of their Motion for Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment on or before June 27, 2025.
- Defendants will waive their Reply in further support of their Motion for Summary Judgment.
- The Court will hear argument on the Parties' Cross-Motions for Summary Judgment on July 11, 2025.

IT IS SO STIPULATED.

Respectfully submitted,

Date: May 23, 2025          ACLU FOUNDATION
                            OF NORTHERN CALIFORNIA

                             */s/ Emilou MacLean*
                            Emilou MacLean
                            Attorneys for Plaintiffs

Date: May 23, 2025          U.S. DEPARTMENT OF JUSTICE

                             */s/ Anna Dichter*
                            Anna Dichter
                            Attorneys for Defendants

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

                            ACLU FOUNDATION
                            OF NORTHERN CALIFORNIA

                             */s/ Emilou MacLean*
                            Emilou MacLean

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2025

                                                        _____
                                                        The Honorable Edward M. Chen
                                                        United States District Judge

3

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE FOR
PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT
CASE NO. 3:25-CV-01766-EMC