1  Ahilan T. Arulanantham (SBN 237841)
   arulanantham@law.ucla.edu
2  CENTER FOR IMMIGRATION LAW AND
   POLICY, UCLA SCHOOL OF LAW
3  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
4  Telephone: (310) 825-1029

5  Emilou MacLean (SBN 319071)
   emaclean@aclunc.org
6  Michelle (Minju) Y. Cho (SBN 321939)
   mcho@aclunc.org
7  Amanda Young (SBN 359753)
   ayoung@aclunc.org
8  ACLU FOUNDATION
   OF NORTHERN CALIFORNIA
9  39 Drumm Street
   San Francisco, CA 94111-4805
10 Telephone: (415) 621-2493
   Facsimile: (415) 863-7832
11
   Attorneys for Plaintiffs
12 *[Additional Counsel Listed on Next Page]*

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br>         Plaintiffs, <br><br>    vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br>         Defendants. | Case No.  3:25-cv-01766-EMC <br><br> **DECLARATION OF EMILOU MACLEAN IN SUPPORT OF STIPULATION AND [PROPOSED ORDER] RE: BRIEFING SCHEDULE FOR PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong *(Pro Hac Vice)*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

I, Emilou MacLean, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Senior Staff Attorney at ACLU Foundation of Northern California, counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I file this Declaration in support of the Parties' Stipulation Re: Briefing Schedule for Parties' Cross-Motions for Summary Judgment.

3. There have been the following previous time modifications in this case:

- On February 25, 2025, the Court granted Plaintiffs' Motion to Shorten Time regarding Plaintiffs' Motion to Postpone Effective Agency Action (Dkt. 45) for good cause shown and advanced the parties' briefing schedule and hearing on the Motion to Postpone. *See* Dkt. 51.

- On March 31, 2025, in response to Plaintiffs' Motion to Shorten Time to Confer under Rule 26(f) (Dkt. 79), the Court ordered parties to meet and confer within a week of its order. *See* Dkt. 93.

- On April 2, 2025, the Court granted Defendants' Motion to Shorten Time regarding its Motion to Stay Pending Appeal to the Ninth Circuit (Dkt. 96), and denied Plaintiffs' Motion for Extension of Time to file Response and Reply (Dkt. 98), thus ordering Plaintiffs to file their Response on April 3, 2025. *See* Dkt. 99.

- On April 8, 2025, the Court advanced the Initial Case Management Conference from May 20, 2025, to April 21, 2025. *See* Dkt. 107.

- On April 30, 2025, the Court granted the parties' Stipulated Cross-Motion Briefing Schedule regarding the Parties' respective Motions for Summary Judgment ("MSJ"), and ordered Plaintiffs to file their MSJ on May 26, 2025; Defendants to file their Opposition to Plaintiffs' MSJ and their own MSJ on June 10, 2025; Plaintiffs to file their Reply in further support of their MSJ and their Opposition to Defendants' MSJ on June 20, 2025; Defendants to file their Reply in further support of their MSJ on June 27, 2025; and set argument on the Parties' MSJs for July 11, 2025. *See* Dkt. 124.

1

- On May 9, 2025, the Court granted the Parties' Stipulated Motion to Dismiss and Cross Summary Judgment Motion Briefing Schedule and ordered Plaintiffs to file their MSJ on May 27, 2025, Plaintiffs to file their Opposition to Defendants' Motion to Dismiss on May 28, 2025, and Defendants to file their Reply in support of their Motion to Dismiss on June 10, 2025. *See* Dkt. 134.

- On May 21, 2025, this Court granted Plaintiffs' Motion for Order Shortening Time and Setting Schedule Re: Plaintiffs' Motion to Preserve Status and Rights under Section 705 ("Motion to Preserve"), and ordered Defendants to respond to the Motion to Preserve by May 27, 2025 at 5:00 PM PST, Plaintiffs to file their Reply by May 28, 2025, at noon, and for the Motion to Preserve to be heard at the hearing already scheduled for May 29, 2025. *See* Dkt. 146.

4. On May 19, 2025, pursuant to Court Order, (*see* Dkts. 135, 143), Defendants produced 77 documents responsive to Plaintiffs' first, second and sixth requests for production. On May 22, 2025, Defendants' counsel emailed Plaintiffs' counsel to notify Plaintiffs that 159 documents from USCIS custodians that were potentially responsive to Plaintiffs' requests for production were inadvertently not batched out for review. Defendants' counsel stated that they intended to have the documents reviewed, and responsive, non-privileged documents produced, by May 27, 2025, and offered to adjust the briefing schedule on the Parties' cross-motions for summary judgment to accommodate this belated production.

5. Accordingly, the Parties agreed to the following changes to the briefing schedule for the Cross-Motions for Summary Judgment, subject to Court approval:

- Plaintiffs shall file their Motion for Summary Judgment on or before June 3, 2025.
- Defendants shall file their Opposition and Cross-Motion for Summary Judgment on or before June 17, 2025.
- Plaintiffs shall file their Reply in further support of their Motion for Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment on or before June 27, 2025.
- Defendants will waive their Reply in further support of their Motion for Summary

2

Judgment.

- The Court will hear argument on the Parties' Cross-Motions for Summary Judgment on July 11, 2025.

6. If granted, the stipulation will have no effect on the overall case schedule. The Parties' proposed changes to the briefing schedule will have no effect on the hearing date for the Parties' Cross-Motions for Summary Judgment, currently set for July 11, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2025, in San Francisco, California.

*Emilou MacLean*
Emilou MacLean