| | |
|---|---|
| Ahilan T. Arulanantham (SBN 237841) | Yaakov M. Roth |
| arulanantham@law.ucla.edu | Acting Assistant Attorney General |
| CENTER FOR IMMIGRATION LAW AND | Civil Division |
| POLICY, UCLA SCHOOL OF LAW | Drew Ensign |
| 385 Charles E. Young Dr. East | Deputy Assistant Attorney General |
| Los Angeles, CA 90095 | Sarah L. Vuong (CA Bar 258528) |
| Telephone: (310) 825-1029 | Assistant Director |
| | William H. Weiland (MA Bar 661433) |
| Emilou MacLean (SBN 319071) | Senior Litigation Counsel |
| emaclean@aclunc.org | Lauren Bryant (NY Bar 5321880) |
| Michelle (Minju) Y. Cho (SBN 321939) | Anna Dichter (NJ Bar 304442019) |
| mcho@aclunc.org | Jeffrey Hartman (WA Bar 49810) |
| ACLU FOUNDATION | Catherine Ross (DC Bar 9007404) |
| OF NORTHERN CALIFORNIA | Amanda Saylor (FL Bar 1031480) |
| 39 Drumm Street | Eric Snyderman (VA Bar 99563) |
| San Francisco, CA 94111-4805 | Trial Attorneys |
| Telephone: (415) 621-2493 | U.S. Department of Justice, Civil Division |
| Facsimile: (415) 863-7832 | Office of Immigration Litigation |
| | General Litigation and Appeals Section |
| Attorneys for Plaintiffs | P.O. Box 868, Ben Franklin Station |
| *[Additional Counsel Listed on Next Page]* | Washington, DC 20044 |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., and HENDRINA VIVAS CASTILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**JOINT STATUS REPORT IN LIGHT OF SUPREME COURT'S DECISION**<br><br>Assigned to: Hon. Edward M. Chen<br><br>Date: May 29, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 17th Floor<br><br>Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*pro hac vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

1    The parties file this joint status report pursuant to the Court's order of May 19, 2025, Dkt.
2 139, which the Court issued shortly after the Supreme Court's ruling staying this Court's order
3 granting Plaintiffs' motion for postponement under 5 U.S.C. 705. Dkt. 93. The parties have met and
4 conferred as required by the Court's order.

5    **Plaintiffs' Statement**

6    Plaintiffs request that the Court allow this case to proceed to summary judgment under
7 Section 706 consistent with this Court's previous rulings, subject to certain modifications in the
8 schedule Plaintiffs have sought or intend to seek in light of on-going discovery disputes. *See* Dkt.
9 147.

10    The Supreme Court's ruling provides no reasoning and has no precedential effect. Indeed, the
11 Supreme Court has affirmed rulings after staying them (including in recent years), *see Allen v.*
12 *Milligan*, 143 S. Ct. 1487, 1502-03 (2023); and it has reversed rulings it declined to stay. *E.g.*,
13 *United States v. Texas*, 143 S. Ct. 51 (2022) (denying stay of district court order halting Secretary's
14 enforcement priorities guidance); 599 U.S. 670 (2023) (reversing that same order).

15    Because the only effect of the Supreme Court's ruling is to stay enforcement of the Court's
16 March 31, 2025, order under Section 705, the Supreme Court ruling does not require any change to
17 this Court's approach to Plaintiffs' motion under Section 706, or to any other aspect of how this
18 Court is approaching this case.

19    In addition, Plaintiffs have requested interim relief short of a total postponement under
20 Section 705 based on the second paragraph of the Supreme Court's ruling, which appeared to invite
21 that challenge. Dkt. 144. This Court has scheduled the motion about individuals identified in the
22 second paragraph for hearing on May 29, 2025—at the same time as the status conference to which
23 this filing is addressed. Plaintiffs intend to request that the Court rule on that motion as expeditiously
24 as possible in light of the on-going harm that thousands of TPS holders are now facing as a result of
25 the actions challenged in this case.

26    **Defendants' Statement**

27    In light of the Supreme Court's decision granting a stay of this Court's postponement order,
28 Defendants maintain that all District Court proceedings – including Defendants' answer or other

1
JOINT STATUS REPORT IN LIGHT OF SUPREME COURT'S DECISION

dispositive pleadings, discovery, and all other pending deadlines related to the Venezuela TPS determination – should be stayed pending the disposition of the Ninth Circuit Appeal. In this vein, Defendants have since filed a Motion for Reconsideration of this Court's May 2, 2025 Order (Dkt. 141). *See* Local Rule 7-9(b)(1) ("a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order").

In the alternative, Defendants request that the Court order the parties to move forward on any summary judgment briefing involving purely legal issues as undertaken in similar cases. *See HECA v. Trump*, No. 1:25-cv-01464 (Dkt. 17) (Plaintiffs' Motion for Partial Summary Judgment), (Dkt. 37) (Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment), (Dkt. 44) (Plaintiffs Reply in Support of Motion for Partial Summary Judgment); *CASA v. Noem*, No. 8:25-cv-00525 (Dkt. 8) (Plaintiffs' Motion for Partial Summary Judgment).

Defendants will respond to Plaintiffs' Motion to Preserve Status and Rights under 5 U.S.C. § 705 by the deadline ordered by the Court. Dkts. 145, 146.

May 23, 2025

U.S. DEPARTMENT OF JUSTICE

/s/Anna L. Dichter
Anna L. Dichter

Attorneys for Defendants

Respectfully submitted,

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

/s/ Emilou MacLean
Emilou MacLean
Michelle (Minju) Y. Cho

Ahilan T. Arulanantham
Stephany Martinez Tiffer
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Jessica Karp Bansal
Lauren Michel Wilfong (*pro hac vice*)
NATIONAL DAY LABORER ORGANIZING
NETWORK

Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

*/s/ Emilou MacLean*
Emilou MacLean

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

*/s/ Emilou MacLean*
Emilou MacLean
Michelle (Minju) Y. Cho