1   Ahilan T. Arulanantham (SBN 237841)
    arulanantham@law.ucla.edu
2   CENTER FOR IMMIGRATION LAW AND
    POLICY, UCLA SCHOOL OF LAW
3   385 Charles E. Young Dr. East
    Los Angeles, CA 90095
4   Telephone: (310) 825-1029

5   Emilou MacLean (SBN 319071)
    emaclean@aclunc.org
6   Michelle (Minju) Y. Cho (SBN 321939)
    mcho@aclunc.org
7   Amanda Young (SBN 359753)
    ayoung@aclunc.org
8   ACLU FOUNDATION
    OF NORTHERN CALIFORNIA
9   39 Drumm Street
    San Francisco, CA 94111-4805
10  Telephone: (415) 621-2493
    Facsimile: (415) 863-7832

11
    Attorneys for Plaintiffs
12  [Additional Counsel Listed on Next Page]

    Yaakov M. Roth
    Acting Assistant Attorney General
    Civil Division
    Sarah L. Vuong (CA Bar 258528)
    Assistant Director
    William H. Weiland (MA Bar 661433)
    Senior Litigation Counsel
    Lauren Bryant (NY Bar 5321880)
    Anna Dichter (NJ Bar 304442019)
    Jeffrey Hartman (WA Bar 49810)
    Catherine Ross (DC Bar 9007404)
    Amanda Saylor (FL Bar 1031480)
    Eric Snyderman (VA Bar 99563)
    Trial Attorneys
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044

    Attorneys for Defendants

13   UNITED STATES DISTRICT COURT

14   NORTHERN DISTRICT OF CALIFORNIA

15   SAN FRANCISCO DIVISION

16

17   NATIONAL TPS ALLIANCE, MARIELA
     GONZÁLEZ, FREDDY JOSE ARAPE RIVAS,
18   M.H., CECILIA DANIELA GONZÁLEZ
     HERRERA, ALBA CECILIA PURICA
19   HERNÁNDEZ, E.R., HENDRINA VIVAS
     CASTILLO, A.C.A., SHERIKA BLANC, VILES
20   DORSAINVIL, and G.S.,

21                    Plaintiffs,

22        vs.

23   KRISTI NOEM, in her official capacity as
     Secretary of Homeland Security, UNITED
24   STATES DEPARTMENT OF HOMELAND
     SECURITY, and UNITED STATES OF
25   AMERICA,

26                    Defendants.

Case No. 3:25-cv-01766-EMC

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Assigned to: Hon. Edward M. Chen

Complaint filed: February 19, 2025

27

28

1   Additional Counsel for Plaintiffs

2   Jessica Karp Bansal (SBN 277347)
    jessica@ndlon.org
3   Lauren Michel Wilfong (*Pro Hac Vice*)
    lwilfong@ndlon.org
4   NATIONAL DAY LABORER
    ORGANIZING NETWORK
5   1030 S. Arroyo Parkway, Suite 106
    Pasadena, CA 91105
6   Telephone: (626) 214-5689

7   Eva L. Bitran (SBN 302081)
    ebitran@aclusocal.org
8   Diana Sanchez (SBN 338871)
    dianasanchez@aclusocal.org
9   ACLU FOUNDATION
    OF SOUTHERN CALIFORNIA
10  1313 West 8th Street
    Los Angeles, CA 90017
11  Telephone: (213) 977-5236

12  Erik Crew (*Pro Hac Vice*)
    ecrew@haitianbridge.org
13  HAITIAN BRIDGE ALLIANCE
    4560 Alvarado Canyon Road, 1H
14  San Diego, CA 92120
    Telephone: (949) 603-741

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civ. L.R. 6-1(b), 6-2 and 7-12, the Parties, by and through their respective counsel, submit this stipulation and [proposed] order regarding the briefing schedule for the Parties' cross-motions for summary judgment.

**WHEREAS**, on April 30, 2025, pursuant to the Parties' stipulation, this Court set the following briefing schedule for the Parties' Cross-Motions for Summary Judgment:

- Plaintiffs shall file their Motion for Summary Judgment on or before May 26, 2025.
- Defendants shall file an Opposition to Plaintiffs' Motion for Summary Judgment and their Motion for Summary Judgment on or before June 10, 2025.
- Plaintiffs shall file their Reply in further support of their Motion for Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment on or before June 20, 2025.
- Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on or before June 27, 2025.
- The Court shall hear argument on the Parties' Cross-Motions for Summary Judgment on July 11, 2025. Dkt. 124.

**WHEREAS**, on May 9, 2025, this Court granted Parties' stipulated request that Plaintiffs file their Motion for Summary Judgment on or before May 27, 2025, in light of the Memorial Day holiday on May 26, 2025. The briefing schedule for the Parties' Cross-Motions for Summary Judgment otherwise remained the same. Dkt. 134.

**WHEREAS,** on May 19, 2025, pursuant to Court Order, (*see* Dkts. 135, 143), Defendants produced 77 documents responsive to Plaintiffs' first, second and sixth requests for production; and

**WHEREAS**, on May 22, 2025, Defendants' counsel emailed Plaintiffs' counsel to notify Plaintiffs that 159 documents from USCIS custodians that were potentially responsive to Plaintiffs' requests for production were inadvertently not batched out for review. Defendants' counsel stated that they intended to have the documents reviewed, and responsive, non-privileged documents produced, by May 27, 2025, and offered to adjust the briefing schedule on the Parties' cross-motions for summary judgment to accommodate this belated production.

**IT IS THEREFORE STIPULATED AND AGREED**, by the Parties and subject to the

1

STIPULATION AND ~~PROPOSED~~ ORDER RE: BRIEFING SCHEDULE FOR
PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT
CASE NO. 3:25-CV-01766-EMC

approval of the Court:

- Plaintiffs shall file their Motion for Summary Judgment on or before June 3, 2025.
- Defendants shall file their Opposition and Cross-Motion for Summary Judgment on or before June 17, 2025.
- Plaintiffs shall file their Reply in further support of their Motion for Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment on or before June 27, 2025.
- Defendants will waive their Reply in further support of their Motion for Summary Judgment.
- The Court will hear argument on the Parties' Cross-Motions for Summary Judgment on July 11, 2025.

IT IS SO STIPULATED.

Respectfully submitted,

Date:  May 23, 2025                          ACLU FOUNDATION
                                             OF NORTHERN CALIFORNIA

                                              _/s/ Emilou MacLean_
                                             Emilou MacLean
                                             Attorneys for Plaintiffs

Date:  May 23, 2025                          U.S. DEPARTMENT OF JUSTICE

                                              _/s/ Anna Dichter_
                                             Anna Dichter
                                             Attorneys for Defendants

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

                                             ACLU FOUNDATION
                                             OF NORTHERN CALIFORNIA

                                              _/s/ Emilou MacLean_
                                             Emilou MacLean

2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 27_____, 2025

The Honorable Edward M. Chen
United States District Judge