# EXHIBIT 1

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*, | Case No. 3:25-cv-1766-EMC |
| Plaintiff, | |
| v. | Judge: Hon. Edward M. Chen |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*, | DECLARATION OF KEVIN MARBY |
| Defendants. | |

DECLARATION OF KEVIN MARBY
No. 3:25-cv-1766-EMC

I, Kevin Marbray, based upon my personal knowledge and information made known to me in the course of my official employment hereby declare, to the best of my knowledge, information, and belief, as follows relating to the above-captioned matter:

1. I am employed with the U.S. Department of Homeland Security ("DHS"), as the Network Operations Security Branch (NOSC) Data Acquisition Manager within the Office of the Chief Information Officer ("OCIO"). I am a member of the DHS NOSC Cyber Data Acquisitions team responsible for the retrieval of data from DHS personnel accounts for litigation purposes. I have held this position since March 2015.

2. OCIO uses a standard "OCIO Data Request Form" for all users to request data pulls. On May 12, 2025 at approximately 11:16 am, I received a completed data request form from the Office of General Counsel (OGC) for National TPS Alliance v. Noem, Case No. 25-cv-01766-EMC (the "Initial Request"), asking me to search:

   a. all emails, calendars, One Drive Folders—which is the cloud equivalent of a hard drive search—and Teams Chats,

   b. for each of the following DHS HQ custodians: Benjamine C. Huffman, Corey Lewandowski, James Percival, Joseph Guy, Joseph Mazzara, Kristi Noem, Robert Law, Tony Pham, Troup Hemenway, and Troy Edgar;

   c. that hit on the following search terms (the "Venezuela Search Terms") and were dated between Jan. 20, 2025 and Feb. 5, 2025:

      i. ["Temporary Protected Status" or "TPS" or 1254a] AND [Venezuela]

      ii. ["Temporary Protected Status" or "TPS" or 1254a] AND ["Tren de Aragua" or "Tren de Agua" or TdA]

      iii. ["Temporary Protected Status" or "TPS" or 1254a] AND [vacat*]; and

   d. that hit on the following search terms (the "Haiti Search Term") and were dated between Jan. 20, 2025 and Feb. 24, 2025:

      i. ["Temporary Protected Status" or "TPS" or 1254a] AND [Haiti].

The request also included the following in the cover email: "we need this data pulled ASAP

DECLARATION OF KEVIN MARBY
No. 3:25-cv-1766-EMC

since the court ordered a quite tight deadline of producing documents by next Monday, May 19."

3. I ran the searches and retrieved approximately 175 MB of data ("the May 12th Data Pull"), which I uploaded to a designated DHS server. I understand that another member of our team transferred the data to the Department of Justice ("DOJ") via the Justice Enterprise File Sharing ("JEFS") system on May 12, 2025 at approximately 4:45 pm.

4. On May 24, 2025 at approximately 1:16 pm, the Office of General Counsel asked me to double check to ensure that the searches for National TPS Alliance v. Noem were run correctly. Upon double checking my work, I discovered that during the time of the May 12th Data Pull, our search tool, Office O365 Purview Standard, was experiencing serious systematic issues and was not running properly. This impairment of our search tool and the compressed time frame resulted in the following errors in the May 12th Data Pull:

   a. Mr. Benjamine C. Huffman's data was not pulled as a custodian;

   b. The use of "or" rather than "OR" as search operators erroneously resulted in zero hits for the MS Teams chat search for the Haiti Search Term; and

   c. The use of "or" rather than "OR" as search operators erroneously resulted in zero hits for the Calendar and OneDrive search for the Haiti Search Term.

5. On May 25, 2025, I redid the searches for the Initial Request correcting the errors above, which resulted in approximately 334 MB of cumulative data (May 25th Data Pull). I understand that another member of our team transferred the data to DOJ via the Justice Enterprise File Sharing (JEFS) system on May 27, 2025 at approximately 10:00 am.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: May 27, 2025

KEVIN A MARBRAY
Digitally signed by KEVIN A MARBRAY
Date: 2025.05.27 12:03:08 -04'00'

Kevin Marbray
Network Operations Security Branch
Data Acquisition Manager, Office of the Chief Information Officer,
Department of Homeland Security

DECLARATION OF KEVIN MARBY
No. 3:25-cv-1766-EMC