Exhibit B

SIGNATURE NEEDED BY DATE: ASAP

FOR VENEZUELA

SUMMARY: USCIS FRN - VACATUR OF JANUARY 10 2025 TEMPORARY PROTECTED STATUS DECISION

| ES 25-07092 | | TYPE OF ACTION: S1 SIGNATURE | |
|---|---|---|---|
| **DEPARTMENT OF HOMELAND SECURITY** **RECORD OF CLEARANCE AND APPROVAL** | **STORM #** **25-07092** | **SENIOR LIAISON OFFICER:** LAWRENCE INDYK | |
| LEAD COMPONENT: MGMT-SE | DATE SUBMITTED TO S1 FO: 1/28/25 | DRAFT RECEIVED DATE: 1/28/25 | |

SUMMARY OF DOCUMENT: S1 Action Memo - USCIS Notice: Vacatur of January 10, 2025 Temporary Protected Status Decision for Venezuela

ATTACHMENTS:
A. Decision Document
B. Package from January 10, 2025 – Draft Federal Register Notice
C. Package from January 10, 2025 – Temporary Protected Status Legal Authority
D. Package from January 10, 2025 – USCIS Country Conditions Report
E. Package from January 10, 2025 – DOS Recommendation and Country Conditions
F. Package from January 10, 2025 – D1 Memo
G. Package from January 10, 2025 – Federal Register Notice dated January 17, 2025
H. Package from January 10, 2025 – Decision Document signed January 10, 2025

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR ADVISOR (ROBERT LAW) | CLEARED | 1/28/25 | |
| SENIOR ADVISOR (JIMMY PERCIVAL) | CLEARED | 1/28/25 | |
| SENIOR ADVISOR (TROUP HEMENWAY) | CLEARED | 1/28/25 | |
| SENIOR ADVISOR (TROY EDGAR) | [signature] | 1/28/25 | |
| AS2 | [signature] | 1/28/25 | |
| S1 | [signature] | 1/28/25 | |

| AFTER REVIEW RETURN TO: NANCY CLARK, EXECUTIVE SECRETARIAT | TELEPHONE 202-282-9397 |
|---|---|

APPROVED FOR AUTOPEN: _____ YES _____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____

NTPSAs_000003