Exhibit C

SIGNATURE NEEDED BY DATE: 2/1/2025

**SUMMARY:** TERMINATION OF THE OCTOBER 3, 2023 DESIGNATION OF VENEZUELA FOR TEMPORARY PROTECTED STATUS.

**TYPE OF ACTION:** S1 INFORMATION

ES 25-07083

| | | | |
|---|---|---|---|
| **DEPARTMENT OF HOMELAND SECURITY** **RECORD OF CLEARANCE AND APPROVAL** LEAD COMPONENT: FRONT OFFICE/OGC | **STORM #** **25-07083** | **SENIOR LIAISON OFFICER:** LAWRENCE INDYK | |

SUMMARY OF DOCUMENT: TERMINATION OF THE OCTOBER 3, 2023 DESIGNATION OF VENEZUELA FOR TEMPORARY PROTECTED STATUS.

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR ADVISOR | JOSEPH MAZZARA | 1/31 | |
| SENIOR ADVISOR | ✓ | | Cleared via e-mail. |
| SENIOR ADVISOR | ✓ | | |
| SECRETARY | [signature] | 2-1-25 | |

**AFTER REVIEW RETURN TO:** NANCY CLARK, EXECUTIVE SECRETARIAT

**TELEPHONE** 202-282-9397

APPROVED FOR AUTOPEN: ____ YES ____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____