Exhibit D

SIGNATURE NEEDED BY DATE: ASAP

SUMMARY: TPS Haiti Partial Vacatur

ES 25-07536    TYPE OF ACTION: S1 SIGNATURE



| DEPARTMENT OF HOMELAND SECURITY RECORD OF CLEARANCE AND APPROVAL | STORM # 25-07536 | SENIOR LIAISON OFFICER: LAWRENCE INDYK |
|---|---|---|
| LEAD COMPONENT: OGC | DATE SUBMITTED TO FO: 02/14/25 | DRAFT RECEIVED DATE: 02/14/25 |

SUMMARY OF DOCUMENT: TPS Haiti Partial Vacatur
ATTACHMENT A: Decision Document
ATTACHMENT B: Draft Federal Register Notice
ATTACHMENT C: July 2024 Package - TPS Legal Authority
ATTACHMENT D: July 2024 Package - USCIS Country Conditions
ATTACHMENT E: July 2024 Package - Department of State Recommendation & Country Conditions
ATTACHMENT F: July 2024 Package - Signed Decision Document
ATTACHMENT G: July 2024 Package - Published Federal Register Notice

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR COUNSELOR (ROB LAW) | RL | 2/14 | CLEAR |
| SENIOR ADVISOR (JIMMY PERCIVAL) | JP | 2/14 | CLEAR |
| SENIOR ADVISOR (JOSEPH N. MAZZARA) | JM | 2/15 | CLEAR |
| JOSEPH GUY SENIOR ADVISOR | JG | 2/15 | CLEAR |
| SENIOR ADVISOR (TROUP HEMENWAY) | TH | 2/15 | CLEAR |
| SENIOR ADVISOR (TROY EDGAR) | TE | 2/15 | CLEAR |
| CHIEF ADVISOR COREY LEWANDOWSKI | [signature] | 2/17 | (ALSO PROVIDED VIA EMAIL) |
| S1 | [signature] | 2/18/25 | |

AFTER REVIEW RETURN TO: NANCY CLARK, EXECUTIVE SECRETARIAT    TELEPHONE 202-282-9397

APPROVED FOR AUTOPEN: ____ YES ____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____

NTPSA_000005