# EXHIBIT 1

| Custodian | Logged | Produced |
|---|---|---|
| Amany Ezeldin (OP&S) | 26 | 17 |
| Andrew J. Davidson | 11 | 0 |
| Benjamine C. Huffman | 0 | 0 |
| CFOKMS (Kika Scott) | 31 | 1 |
| Connie L. Nolan | 36 | 4 |
| Corey Lewandowski | 0 | 0 |
| Emma Krichinsky (RAIO) | 8 | 2 |
| James Percival | 88 | 27 |
| Jennifer B. Higgins | 0 | 2 |
| Jessica Robles (RAIO) | 1 | 0 |
| Joseph B. Edlow | 109 | 13 |
| Joseph Guy | 1 | 0 |
| Joseph Mazzara | 68 | 8 |
| Kristi Noem | 0 | 0 |
| Rob Law | 7 | 0 |
| S2TDE (Troy Edgar) | 10 | 6 |
| Samantha L. Deshommes | 52 | 11 |
| Tom Perkowski (RAIO) | 2 | 1 |
| Tony Pham | 9 | 1 |
| Troup Hemenway | 7 | 4 |