UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-01766-EMC  (SK)<br><br>**ORDER REGARDING IN CAMERA REVIEW**<br><br>Regarding Docket No. 159 |

This matter has been referred to the Undersigned for discovery. The District Judge previously instructed Defendants to submit 25 "bellwether" documents to the Undersigned on or before June 4, 2025. Defendants SHALL submit the documents by emailing them in .pdf format to SKSettlement@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: June 2, 2025



SALLIE KIM
United States Magistrate Judge