UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>   Defendants. | Case No. 25-cv-01766-EMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred

[ ] for random assignment to a United States Magistrate Judge.

[X] to United States Magistrate Judge Sallie Kim.

Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

**IT IS SO ORDERED.**

Dated: June 3, 2025

_____
EDWARD M. CHEN
United States District Judge

*Rev. 3-20*