1   Ahilan T. Arulanantham (SBN 237841)
    arulanantham@law.ucla.edu
2   CENTER FOR IMMIGRATION LAW AND
    POLICY, UCLA SCHOOL OF LAW
3   385 Charles E. Young Dr. East
    Los Angeles, CA 90095
4   Telephone: (310) 825-1029

5   Emilou MacLean (SBN 319071)
    emaclean@aclunc.org
6   Michelle (Minju) Y. Cho (SBN 321939)
    mcho@aclunc.org
7   Amanda Young (SBN 359753)
    ayoung@aclunc.org
8   ACLU FOUNDATION
    OF NORTHERN CALIFORNIA
9   39 Drumm Street
    San Francisco, CA 94111-4805
10  Telephone: (415) 621-2493
    Facsimile: (415) 863-7832

11

12  Attorneys for Plaintiffs
    *[Additional Counsel Listed on Next Page]*

13

14                UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17

18  NATIONAL TPS ALLIANCE, MARIELA          Case No.  3:25-cv-01766-EMC
    GONZÁLEZ, FREDDY JOSE ARAPE RIVAS,
19  M.H., CECILIA DANIELA GONZÁLEZ           **DECLARATION OF EMILOU MACLEAN**
    HERRERA, ALBA CECILIA PURICA            **IN SUPPORT OF PLAINTIFFS' MOTION**
20  HERNÁNDEZ, E.R., HENDRINA VIVAS         **FOR PARTIAL SUMMARY JUDGMENT**
    CASTILLO, A.C.A., SHERIKA BLANC, VILES
21  DORSAINVIL, and G.S.,

22              Plaintiffs,                  Date:   July 11, 2025
                                            Time:   9:00 a.m.
23         vs.                              Place:  Courtroom 5, 17th Floor

24  KRISTI NOEM, in her official capacity as
    Secretary of Homeland Security, UNITED
25  STATES DEPARTMENT OF HOMELAND
    SECURITY, and UNITED STATES OF
26  AMERICA,

27              Defendants.

28

---

1    Additional Counsel for Plaintiffs

2    Jessica Karp Bansal (SBN 277347)
     jessica@ndlon.org
3    Lauren Michel Wilfong *(Pro Hac Vice)*
     lwilfong@ndlon.org
4    NATIONAL DAY LABORER
     ORGANIZING NETWORK
5    1030 S. Arroyo Parkway, Suite 106
     Pasadena, CA 91105
6    Telephone: (626) 214-5689

7    Eva L. Bitran (SBN 302081)
     ebitran@aclusocal.org
8    Diana Sanchez (SBN 338871)
     dianasanchez@aclusocal.org
9    ACLU FOUNDATION
     OF SOUTHERN CALIFORNIA
10   1313 West 8th Street
     Los Angeles, CA 90017
11   Telephone: (213) 977-5236

12   Erik Crew (*Pro Hac Vice*)
     ecrew@haitianbridge.org
13   HAITIAN BRIDGE ALLIANCE
     4560 Alvarado Canyon Road, Suite 1H
14   San Diego, CA 92120
     Telephone: (949) 603-7411

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Emilou MacLean, declare as follows:

2        1.    I am an attorney at law duly licensed and entitled to practice in the State of

3    California. I am a Senior Staff Attorney at ACLU Foundation of Northern California, counsel of

4    record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration

5    and, if called as a witness, I could and would testify competently thereto.

6        2.    Attached hereto as **Exhibit 1** is a true and correct copy of an email communication

7    produced by Defendants dated Friday, January 24, 2025 bearing the Bates range: NTPSA_000510–

8    NTPSA_000511. The initial email, at 8:39 PM, is from Christina McDonald at the Department of

9    Homeland Security ("DHS") Office of General Counsel to DHS and U.S. Citizenship and

10    Immigration Services ("USCIS") personnel, with the subject, "For review by 5 pm Sat: TPS Vacatur

11    for Venezuela."

12        3.    Attached hereto as **Exhibit 2** is a true and correct copy of an email communication

13    produced by Defendants dated Monday, January 27, 2025 bearing Bates number: NTPSA_000262.

14    The email is from DHS Senior Advisor and Acting General Counsel Joseph Mazzara to Christina

15    McDonald at the DHS Office of General Counsel, with the subject and attachment, "Memo – TPS

16    VZ Vacatur Final.pdf."

17        4.    Attached hereto as **Exhibit 3** is a true and correct copy of an email communication

18    produced by Defendants dated Tuesday, January 28, 2025 at 6:12 PM bearing Bates number:

19    NTPSA_000253. The email is from Juliana Blackwell at the DHS Office of the Executive Secretary

20    to DHS Senior Advisor James Percival and Joseph Mazzara, cc: Clark Barrow and Christina

21    McDonald, with subject "Venezuela Vacatur Notice," and attachments "Venezuela – Vacatur – FR –

22    SIGNED.pdf" and "Memo – TPS VZ Vacatur Final.pdf," and text "Attached is the signed Venezuela

23    Vacatur Notice. Best, JJ."

24        5.    Attached hereto as **Exhibit 4** is a true and correct copy of a DHS Record of Clearance

25    and Approval for the "S1 Action Memo – USCIS Notice: Vacatur of January 10, 2025 Temporary

26    Protected Status Decision for Venezuela" signed by Secretary Kristi Noem on January 28, 2025,

27    produced by Defendants bearing Bates number: NTPSA_000003.

28

1    6.    Attached hereto as **Exhibit 5** is a true and correct copy of privilege log entries

2 provided by Defendants on May 19, 2025 and corrected on May 21, 2025, for Privilege Log

3 Document Numbers NTPSA-DHSHQ_00000211, NTPSA-DHSHQ_00000374, NTPSA-

4 DHSHQ_00000632, NTPSA-DHSHQ_00000677, NTPSA-DHSHQ_00000172,

5 NTPSA_USCIS_00001617, NTPSA-DHSHQ_00000667, NTPSA_USCIS_00001620,

6 NTPSA_USCIS_00001618, NTPSA-DHSHQ_00000623, NTPSA_USCIS_00001619, NTPSA-

7 DHSHQ_00000670, and NTPSA-DHSHQ_00000474. The entries are dated between January 26 and

8 January 28, 2025. NTPSA-DHSHQ_00000211 logs an email from Joseph Mazzara to James Percival

9 dated January 26 1:42 PM with subject "FW: TPS VZ Termination: Draft Notice." NTPSA-

10 DHSHQ_00000474 logs an email dated January 28 12:05 PM from Joseph Mazzara to Juliana

11 Blackwell, Senior Advisor Troup Hemenway, Senior Advisor Rob Law, James Percival, Senior

12 Advisor Troy Edgar and DHS spokesperson Tricia McLaughlin, with subject "Re: [Review Request]

13 TPS VZ Vacatur Notice." The remainder are dated between January 27 and 28, with subject "RE:

14 TPS VZ Termination: Data & Policy Matters."

15    7.    Attached hereto as **Exhibit 6** is a true and correct copy of privilege log entries

16 provided by Defendants on May 19, 2025 and corrected on May 21, 2025, for Privilege Log

17 Document Numbers NTPSA_USCIS_00001623 and NTPSA_USCIS_00001371.

18 NTPSA_USCIS_00001623 is an email dated January 28, 2025 at 12:41 PM from current USCIS

19 Director Nominee Joseph Edlow to Ted Kim, senior leadership with USCIS Refugee, Asylum and

20 International Operations Directorate ("RAIO"), with subject "Venezuela country conditions," and

21 attachment "Relevant quotes from updated Venezuela COI sources (012825)_positive improvements

22 highlighted.docx." NTPSA_USCIS_00001371 is a document titled, "Relevant quotes from updated

23 Venezuela COI sources (012825)_positive improvements highlighted.docx," created January 28,

24 2025 at 12:35 PM.

25    8.    Attached hereto as **Exhibit 7** is a true and correct copy of an email communication

26 produced by Defendants dated Tuesday, January 28, 2025 1:38 PM bearing Bates number:

27 NTPSA_000626. The email is from current USCIS Director Nominee Joseph Edlow to USCIS

28 Acting Chief of Office of Policy & Strategy ("OP&S") Samantha Deshommes to Ihsan Gunduz with

2

1  subject "FW: Venezuela country conditions," and text "Sam and Ihsan, Connecting you both on the

2  Venezuela TPS issue. Attached is the information pulled together from RAIO. Please share with the

3  OPNS Team working on TPS. Joe."

4     9.    Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by

5  Defendants with the original file path

6  "emma_k_krichinsky_uscis_dhs_gov\Documentss\Documents\RAIO Research 2025 DATED

7  January 27, 2025" and bearing Bates number: NTPSA_000649. Defendants identified Emma

8  Kirchinsky as an employee of USCIS RAIO.

9     10.   Attached hereto as **Exhibit 9** is a true and correct copy of an email communication

10  produced by Defendants dated Thursday, January 30, 2025 at 12:10 PM bearing Bates range:

11  NTPSA_000467–NTPSA_000468. The email is from Samantha Deshommes to various USCIS

12  personnel with subject, "URGENT: VZ Draft FRN – Due by 3 pm TODAY," with substantive text

13  redacted, and a subsequent email in the same chain from Samantha Deshommes at 4:21 PM, stating

14  "For your viz, here is the version I am submitting to OGC now."

15     11.   Attached hereto as **Exhibit 10** is a true and correct copy of privilege log entries

16  provided by Defendants on May 19, 2025 and corrected on May 21, 2025 for Privilege Log

17  Document Numbers NTPSA_USCIS_00001503, NTPSA_USCIS_00001442, and

18  NTPSA_USCIS_00002112. NTPSA_USCIS_00001503 is the first log entry Defendants identified

19  as a communication pertaining to the decision to partially vacate TPS for Haiti. It is dated Thursday,

20  February 6 at 5:51 PM, with a redacted subject line, attachment list, and file name.

21  NTPSA_USCIS_00002112 is a document with the File Name: "FRN - Haiti TPS Partial Vacatur

22  (DRAFT ONLY 2.7.25).docx," created February 7, 2025 at 4:39 PM. NTPSA_USCIS_00001442 is

23  an email dated Tuesday, February 11 at 1:39 PM, with subject "Options paper," and attachment

24  "Options Paper – Haiti TPS.docx."

25     12.   Attached hereto as **Exhibit 11** is a true and correct copy of an email communication

26  produced by Defendants dated Wednesday, February 12, 2025 at 6:43 PM bearing Bates number:

27  NTPSA_000465. The email is from Sheila Mahmoudi to Joseph Edlow, copying others, with subject

28  "FRN – Haiti TPS Partial Vacatur (DRAFT ONLY 2.7.25)_ARK_ops.docx," and text "Ok thanks to

1  Alex and Amany we have the draft ready. Did you want us to send to OCC or will you send direct to

2  OGC?"

3      13.    Attached hereto as **Exhibit 12** is a true and correct copy of the transcript for the

4  hearing for Plaintiffs' Motion to Postpone Effective Agency Action before this Court on March 24,

5  2025.

6      14.    Attached hereto as **Exhibit 13** is a true and correct copy of a Department of

7  Homeland Security Record of Clearance and Approval for the Termination of the October 3, 2023

8  Designation of Venezuela for Temporary Protected Status signed by Secretary Kristi Noem on

9  February 1, 2025, produced by Defendants bearing Bates number: NTPSA_000004.

10     15.    Attached hereto as **Exhibit 14** is a true and correct copy of "Table A", which lists the

11 country, date, and duration of all Temporary Protected Status (TPS) extensions between April 2005

12 and the present.

13     16.    Attached hereto as **Exhibit 15** is a true and correct copy of a Department of

14 Homeland Security press release titled "Secretary Noem Rescinds Previous Administration's

15 Extension of Haiti's Temporary Protected Status" published on February 20, 2025. The press release

16 is also available at https://www.dhs.gov/news/2025/02/20/secretary-noem-rescinds-extension-haitis-

17 temporary-protected-status.

18     17.    Attached hereto as **Exhibit 16** is a true and correct copy of a report by the U.S.

19 Government Accountability Office (GAO) on "Temporary Protected Status: Steps Taken to Inform

20 and Communicate Secretary of Homeland Security's Decisions," published April 3, 2020. The report

21 is also available at https://www.gao.gov/assets/gao-20-134.pdf.

22     18.    Attached hereto as **Exhibit 17** is a true and correct copy of a certified transcript of the

23 January 15, 2025 confirmation hearing of Secretary Kristi Noem. The video is available for viewing

24 at available at https://www.cspan.org/program/senate-committee/homeland-security-secretary-

25 nominee-gov-kristi-noem-testifiesat-confirmation-hearing/654484. At approximately 1:51:50,

26 Secretary Noem states, "[TPS] has been abused and manipulated by the Biden Administration, and

27 that will no longer be allowed . . . and these extensions going forward the way that they are."

28 Secretary Noem adds, "this extension [of TPS] of over 600,000 Venezuelans [] is alarming when

1    you look at what we've seen in different states including Colorado with gangs doing damage and

2    harming the individuals and the people that live there." The program was intended to be

3    temporary[.]"

4          19.    Attached as **Exhibit 18** is a true and correct copy of a certified transcript of a January

5    29, 2025 interview of Secretary Kristi Noem on "Fox and Friends." The video is available for

6    viewing at

7    https://www.foxnews.com/video/6367942790112?msockid=30416397acd261bf24f1707bad686037.

8    At approximately 1:00, Secretary Noem states, "today we signed an executive order within the

9    Department of Homeland Security and a direction that we were not going to follow through on what

10   he did to tie our hands, that we are going to follow the process, evaluate all of these individuals that

11   are in our country, including the Venezuelans that are here and members of TdA [transnational gang

12   Tren de Aragua]. Listen, . . . the people of this country want these dirtbags out. They want their

13   communities to be safe . . . . So, this is part of our plan to make sure we are protecting America and

14   keeping it safe again, just like President Trump promised." Secretary Noem described ending TPS

15   for Venezuelans as necessary in order to "evaluate all of these individuals that are in our country."

16         20.    Attached hereto as **Exhibit 19** is a true and correct copy of an article by Damita

17   Menezes and Ali Bradley, dated October 2, 2024, titled *Trump on Springfield Haitian migrants:*

18   *'They have to be removed'*, NEWSNATION, available at

19   https://www.newsnationnow.com/politics/2024-election/trump-springfield-haitian-migrants-

20   removed/. The article includes a video of an interview with President Trump, who, when asked

21   whether Haitian TPS holders in Springfield, Ohio were "legal or illegal" at approximately the 12:00

22   mark of the video, answered that: "You have to remove [Haitians]; you cannot destroy our country

23   … In my opinion, it's not legal …. Absolutely I would revoke [TPS]."

24         21.    Attached hereto as **Exhibit 20** is a true and correct copy of a video of a September 18,

25   2024 campaign speech by then-Senator JD Vance in Raleigh, North Carolina on C-SPAN. The video

26   is available for viewing at https://www.c-span.org/program/campaign-2024/senator-jd-vance-

27   campaigns-in-raleigh-north-carolina/649012. When asked about TPS for Haiti at approximately the

28   41:00 mark of the video, then-Senator Vance stated: "The media loves to say that the Haitian

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 3:25-CV-01766-EM

1    migrants, hundreds of thousands of them, by the way . . . they are here legally. And what they mean

2    is that Kamala Harris used two separate programs, mass parole and temporary protective status. She

3    used two programs to wave a wand and to say we're not going to deport those people here. Well, if

4    Kamala Harris waves the wand illegally and says these people are now here legally, I'm still going

5    to call them an illegal alien. An illegal action from Kamala Harris does not make an alien legal."

6        22.    Attached as **Exhibit 21** is a true and correct copy of a certified transcript of a

7    February 2, 2025 interview of Secretary Kristi Noem, Missouri Senator Eric Schmitt and Arizona

8    Senator Mark Kelly on the "Meet the Press." The video is available for viewing at

9    https://www.youtube.com/watch?v=FpeMXrvxHco. At approximately 16:25, Secretary Kristi Noem

10   states "The TPP [sic] program has been abused and it doesn't have integrity right now." At

11   approximately 16:27, Secretary Kristi Noem states: "Folks from Venezuela that have come into this

12   country are members of TdA. And remember, Venezuela purposely emptied out their prisons,

13   emptied out their mental health facilities and sent them to the United States of America. So we are

14   ending that extension of that program, adding some integrity back into it, and this administration is

15   evaluating all of our programs to make sure that they truly are something that is to the benefit of the

16   United States, so they are not for the benefit of criminals."

17       23.    Attached as **Exhibit 22** is a true and correct copy of an article by Jonathan Weisman

18   dated September 15, 2024, titled How the False Story of a Gang 'Takeover' in Colorado Reached

19   Trump, N.Y. TIMES, and available at https://www.nytimes.com/2024/09/15/us/politics/trump-

20   auroracolorado-immigration.html. The article claims that President Trump perpetuated a false story

21   on the campaign trail of a gang takeover in Aurora, Colorado.

22       24.    Attached as **Exhibit 23** is an article by Robert Farley and Catalina Jaramillo titled

23   Crime Drop in Venezuela Does Not Prove Trump's Claim the Country Is Sending Criminals to U.S.,

24   FACTCHECK.ORG (Jun. 14, 2024). It is available at https://www.factcheck.org/2024/06/crime-

25   dropin-venezuela-does-not-prove-trumps-claim-the-country-is-sending-criminals-to-u-s/. The article

26   states that there is "no evidence that the Venezuelan government is emptying the prisons or mental

27   hospitals to send them out of the country[.]" The article quotes Carlos Nieto of a Venezuelan NGO

28   monitoring the prison situation in Venezuela stating: "there is nothing that can be affirmed that

1    establishes that there is an agreement, or that the Venezuelan government is helping criminals leave

2    Venezuela to go to the United States." Nieto added: "there definitely is no official state policy to that

3    effect." The article quotes Roberto Briceño-León, the founder and director of The Venezuelan

4    Observatory of Violence, that emigrants from Venezuela are "honest workers fleeing the country's

5    poverty, looking for a job and a better future." The article also noted that "[t]he vast majority of

6    those fleeing Venezuela have settled in nearby South American countries."

7         25.    Attached as **Exhibit 24** is a true and correct copy of a February 26, 2024 social media

8    post by Secretary Kristi Noem on the X social media platform using the handle "@KristiNoem,"

9    which is also available at https://x.com/KristiNoem/status/1762195636491825295. The post contains

10   a video in which Secretary Noem states, "Nations like Venezuela are emptying their prisons of

11   dangerous criminals to send them to America. They are happy to let America's open border be the

12   solution to their problem."

13        26.    Attached as **Exhibit 25** is a true and correct copy of a February 28, 2024, social

14   media post by Secretary Krisi Noem on the X social media platform using the handle

15   "@KristiNoem," which is also available at https://x.com/KristiNoem/status/1762650522920652828.

16   In that post, she said, "Venezuela didn't send us their best. They emptied their prisons and sent

17   criminals to America. Deportations need to start on DAY ONE of [President Trump's] term" in

18   office.

19        27.    Attached as **Exhibit 26** is a true and correct copy of a March 6, 2024 social media

20   post by Secretary Kristi Noem on the X social media platform using the handle "@KristiNoem,"

21   which is also available at https://x.com/KristiNoem/status/1765513039795601862. The post contains

22   a video of Secretary Noem discussing immigration and the caption reads, "[c]ountries like

23   Venezuela are emptying their prisons, their mental institutions, and sending them to America. The

24   White House is facilitating this invasion. They're doing it on purpose."

25        28.    Attached as **Exhibit 27** is a true and correct copy of a March 14, 2024 social media

26   post by Secretary Kristi Noem on the X social media platform using the handle "@KristiNoem,"

27   which is also available at https://x.com/KristiNoem/status/1768312288560247199. In the post,

28

1   Secretary Noem states, "At least 300,000 illegal immigrants from Venezuela have been encountered

2   at the border. Remember, Venezuela emptied their prisons and told them to come to America."

3       29.     Attached as **Exhibit 28** is a true and correct copy of a December 9, 2024 social media

4   post by Secretary Kristi Noem on the Instagram social media platform using the handle

5   "@KristiNoem," which is also available at

6   https://www.instagram.com/kristinoem/reel/DDVjJnURRqw/. In the post, she states, "nations like

7   Venezuela are using our open border to solve their own crime and mental health crises."

8       30.     I have reviewed, with co-counsel, all Federal Register Notices from all previous TPS

9   designations, re-designations, extensions, and terminations for all countries. In the 35-year history of

10  the TPS statute, and prior to the vacatur and termination of TPS for Venezuela at issue in this

11  litigation, no Secretary has ever terminated a TPS designation on the basis that it was contrary to

12  national interest. In addition, in virtually all instances where a DHS Secretary announced the length

13  of a TPS designation or extension, they did so without elaborating their reasons for choosing that

14  duration and not another duration length. There are only exceedingly rare instances where

15  Secretaries have provided any explanation for the duration of a designation or extension—for

16  instance, in the last extension of TPS for Haiti in 2017 before the termination that never went into

17  effect during the first Trump administration, 82 Fed. Reg. 23380 (May 24, 2017); or where the

18  Secretary identified that there was anticipated recovery over the course of a year in Nicaragua,

19  justifying a 12-month extension, 66 Fed. Reg. 23271 (May 8, 2001). Secretaries have never

20  explained their conclusion that "permitting [TPS beneficiaries] to remain temporarily in the United

21  States" is not "contrary to the national interest." It is also not uncommon for Secretaries to have

22  considered facts both close in time to and further from the determination when conducting a TPS

23  periodic review.

24

25       I declare under penalty of perjury under the laws of the United States of America that the

26  foregoing is true and correct.

27       Executed on June 3, 2025, in San Francisco, California.

28

_/s/ Emilou MacLean_
Emilou MacLean

DECLARATION OF EMILOU MACLEAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE No. 3:25-CV-01766-EM

**Exhibit 1**

**From:**    McDonald, Christina (OGC) [Redacted PII]
**Sent:**    Friday, January 24, 2025 11:14 PM
**To:**    Edlow, Joseph B [Redacted PII]
**Cc:**    Baroukh, Nader [Redacted PII]
**Subject:**    RE: For review by 5 pm Sat: TPS Vacatur for Venezuela
**Attach:**    TPS Vacatur - Venezuela.docx

Joe:  Attached is the doc as an attachment.

Btw – the doc is in my OneDrive cloud (not SharePoint).  I could move it into SharePoint if you think you can access that instead.  I had a similar situation with ICE and CBP earlier this week – but we solved it by having them click on the link and request access.

Christina E. McDonald
[Redacted PII]

**From:** Edlow, Joseph B [Redacted PII]
**Sent:** Friday, January 24, 2025 9:19 PM
**To:** McDonald, Christina (OGC) [Redacted PII] Browne, Rene [Redacted PII] Smith, Laura (HQ) [Redacted PII] Kelliher, Brian [Redacted PII] LAW, ROB [Redacted PII]
**Cc:** Havranek, John [Redacted PII] Baroukh, Nader [Redacted PII]
**Subject:** RE: For review by 5 pm Sat: TPS Vacatur for Venezuela

I hate to do this piecemeal but I also don't want to waste time...can you just send me the doc in its current form as an attachment and I'll add in my part...hopefully I'll be able to get access to sharepoint and ultimately be able to just incorporate.

**From:** McDonald, Christina (OGC) [Redacted PII]
**Sent:** Friday, January 24, 2025 8:39 PM
**To:** Browne, Rene [Redacted PII] Smith, Laura (HQ) [Redacted PII] Kelliher, Brian [Redacted PII] ; LAW, ROB [Redacted PII] Edlow, Joseph B < [Redacted PII]
**Cc:** Havranek, John [Redacted PII] ; Baroukh, Nader [Redacted PII]
**Subject:** For review by 5 pm Sat: TPS Vacatur for Venezuela
**Importance:** High

You don't often get email from [Redacted PII] Learn why this is important

nee/Laura, Brian, Rob, and Joe E:

Available, for your review, is the first (rough) draft of the TPS Venezuela Vacatur notice that Nader and I prepared this evening.   Joseph Mazzara set our deadline for 1 pm on Sunday.

**By 5 pm on Saturday, can you folks complete your review and draft your parts?**  Then, we can finalize the document on Sunday morning.

Please work in following link: 🌐 TPS Vacatur - Venezuela.docx  (Joe Edlow – The system won't let me tag you, and it tells me here you don't have access.  There are 2 other ways to get you access, and I did both: (1) I sent you an email with a link (Try that). (2) If that doesn't work, please click on this link – then click on the "request access" link.  Once I accept that request, you should be able to access the document).

Thank you.

Christina E. McDonald
Associate General Counsel
 for Regulatory Affairs
Office of the General Counsel
U.S. Department of Homeland Security

**Redacted PII**

**Exhibit 2**

**From:** Mazzara, Joseph **Redacted PII**

# Redacted PII

**Sent:** Monday, January 27, 2025 8:42 PM
**To:** McDonald, Christina (OGC) < **Redacted** >
**Subject:** Memo - TPS VZ Vacatur Final.pdf
**Attach:** Memo - TPS VZ Vacatur Final.pdf

CONFIDENTIAL

**Exhibit 3**

**From:**      Blackwell, Juliana    **Redacted PII**
**Sent:**      Tuesday, January 28, 2025 6:12 PM
**To:**        PERCIVAL, JAMES    **Redacted PII**    Mazzara, Joseph
               **Redacted PII**
**Cc:**        BARROW, CLARK    **Redacted PII**    McDonald, Christina (OGC)
               **Redacted PII**
**Subject:**   Venezuela Vacatur Notice
**Attach:**    Venezuela - Vacatur - FR - SIGNED.pdf; Memo - TPS VZ Vacatur Final.pdf

---

Attached is the signed Venezuela Vacatur Notice.

Best,
JJ


Juliana J. Blackwell
Office of the Executive Secretary
Department of Homeland Security

**Redacted PII**

**Exhibit 4**

FOR VENEZUELA

SUMMARY: USCIS FRN - VACATUR OF JANUARY 10 2025 TEMPORARY PROTECTED STATUS DECISION

Type of Action: S1 Signature

ES  25-07092

| DEPARTMENT OF HOMELAND SECURITY | STORM # | SENIOR LIAISON OFFICER: |
|---|---|---|
| RECORD OF CLEARANCE AND APPROVAL | 25-07092 | LAWRENCE INDYK |
| LEAD COMPONENT: MGMT-SE | DATE SUBMITTED TO S1 FO: 1/28/25 | DRAFT RECEIVED DATE: 1/28/25 |

SUMMARY OF DOCUMENT: S1 ACTION MEMO - USCIS NOTICE: VACATUR OF JANUARY 10, 2025 TEMPORARY PROTECTED STATUS DECISION FOR VENEZUELA

ATTACHMENTS:
A. DECISION DOCUMENT
B. PACKAGE FROM JANUARY 10, 2025 – DRAFT FEDERAL REGISTER NOTICE
C. PACKAGE FROM JANUARY 10, 2025 – TEMPORARY PROTECTED STATUS LEGAL AUTHORITY
D. PACKAGE FROM JANUARY 10, 2025 – USCIS COUNTRY CONDITIONS REPORT
E. PACKAGE FROM JANUARY 10, 2025 – DOS RECOMMENDATION AND COUNTRY CONDITIONS
F. PACKAGE FROM JANUARY 10, 2025 – D1 MEMO
G. PACKAGE FROM JANUARY 10, 2025 – FEDERAL REGISTER NOTICE DATED JANUARY 17, 2025
H. PACKAGE FROM JANUARY 10, 2025 – DECISION DOCUMENT SIGNED JANUARY 10, 2025

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR ADVISOR (ROBERT LAW) | CLEARED | 1/28/25 | |
| SENIOR ADVISOR (JIMMY PERCIVAL) | CLEARED | 1/28/25 | |
| SENIOR ADVISOR (TROUP HEMENWAY) | CLEARED | 1/28/25 | |
| SENIOR ADVISOR (TROY EDGAR) | *[signature]* | 1/28/25 | |
| AS2 | *[signature]* | 1/28/24 | |
| S1 | *[signature]* | 1/28/25 | |

| AFTER REVIEW RETURN TO: | TELEPHONE |
|---|---|
| NANCY CLARK, EXECUTIVE SECRETARIAT | |

APPROVED FOR AUTOPEN: _____ YES _____ NO  DATE AND TIME: _____ OPEN APPROVAL: _____

NTPSA-SD00803

**Exhibit 5**

**Exhibit 5**

| DOCID | CUSTODIAN | FROM | To | CC | DATE/TIME SENT | DATE/TIME RCVD | SUBJECT | FILENAME | DATE/TIME CRTD | DATE/TIME MOD | DOCDATE | TAG - Privilege | TAG - Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NTPSA-DHSHQ_00000171 | James Percival | Mazzara, Joe | PERDHIAL, JAMES | | 1/26/2025 13:42 | 1/26/2025 13:42 | FW: TPS VZ Termination: Draft Notice | FW: TPS VZ Termination: Draft Notice.htm | | | | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel regarding policy options and legal advice for Venezuela TPS |
| NTPSA-DHSHQ_00000174 | Joseph Mazzara | Unspecified Sender | PHAM, TONY; McDonald, Christina (OGC) | | 1/27/2025 10:28 | 1/27/2025 10:28 | RE: TPS VZ Termination: Data & Policy Matters | RE: TPS VZ Termination: Data & Policy Matters.htm | | | 1/27/2025 | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel and DHS regarding policy options and legal advice for Venezuela TPS |
| NTPSA-DHSHQ_00000182 | Tony Pham | GUNDUZ, IHSAN | PHAM, TONY | | 1/27/2025 10:46 | 1/27/2025 10:46 | RE: TPS VZ Termination: Data & Policy Matters | RE: TPS VZ Termination: Data & Policy Matters.htm | | | 1/27/2025 | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel and DHS regarding policy options and legal advice for Venezuela TPS |
| NTPSA-USCfB_000016 17 | Joseph B. Edlow | Mazzara, Joseph | PERDHIAL, JAMES; Keither, Brian; LAW, ROB; McDonald, Christina (OGC); PHAM, TONY | Barseath, Nader - Browne, Reese ; Smith, Laura (HQ); Heavanek, John ; Edlow, Joseph B | 1/28/2025 11:56 | 1/28/2025 11:58 | Re: TPS VZ Termination: Data & Policy Matters | Re: TPS VZ Termination: Data & Policy Matters.htm | | | 1/28/2025 | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel and DHS regarding policy options and legal advice for Venezuela TPS |
| NTPSA-USCfB_000016 18 | Joseph B. Edlow | Mazzara, Joseph | PERDHIAL, JAMES; Edlow, Joseph B; Keither, Brian; LAW, ROB; McDonald, Christina (OGC); PHAM, TONY | Barseath, Nader - Browne, Reese ; Smith, Laura (HQ); Heavanek, John | 1/28/2025 12:05 | 1/28/2025 12:05 | Re: TPS VZ Termination: Data & Policy Matters | Re: TPS VZ Termination: Data & Policy Matters.htm | | | 1/28/2025 | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel and DHS regarding policy options and legal advice for Venezuela TPS |
| NTPSA-USCfB_000016 19 | Joseph B. Edlow | Mazzara, Joseph | LAW, ROB; PERDHIAL, JAMES; Edlow, Joseph B; Keither, Brian; McDonald, Christina (OGC); PHAM, TONY | Barseath, Nader - Browne, Reese ; Smith, Laura (HQ); Heavanek, John | 1/28/2025 12:41 | 1/28/2025 12:43 | Re: TPS VZ Termination: Data & Policy Matters | Re: TPS VZ Termination: Data & Policy Matters.htm | | | 1/28/2025 | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel and DHS regarding policy options and legal advice for Venezuela TPS |
| NTPSA-USCfB_000016 20 | Joseph B. Edlow | Mazzara, Joseph | Edlow, Joseph B; PERDHIAL, JAMES; Keither, Brian; LAW, ROB; McDonald, Christina (OGC); PHAM, TONY | Barseath, Nader - Browne, Reese ; Smith, Laura (HQ); Heavanek, John | 1/28/2025 12:07 | 1/28/2025 12:07 | Re: TPS VZ Termination: Data & Policy Matters | Re: TPS VZ Termination: Data & Policy Matters.htm | | | 1/28/2025 | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel and DHS regarding policy options and legal advice for Venezuela TPS |
| NTPSA-DHSHQ_00000172 | James Percival | PERDHIAL, JAMES | LAW, ROB | | 1/28/2025 10:17 | 1/28/2025 12:50 | RE: [Review Request] TPS VZ Vacatur Notice | RE: [Review Request] TPS VZ Vacatur Notice.htm | | | | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel regarding policy options and legal advice for Venezuela TPS |
| NTPSA-DHSHQ_00000474 | STERE | Mazzara, Joseph | Blackwell, Juliana; HETHENIAN, TROOP; LAW, ROB; PERDHIAL, JAMES; LOKAR, TROY; McLaughlin, Tricia | Faxpart, Stephanie; BARROW, CLARK | 1/28/2025 11:56 | 1/28/2025 11:58 | RE: TPS VZ Termination: Data & Policy Matters | RE: TPS VZ Termination: Data & Policy Matters.htm | | | 1/28/2025 | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions regarding Venezuela TPS. Communications regarding predecisional and deliberative discussion on policy options. |
| NTPSA-DHSHQ_00000323 | Tony Pham | PHAM, TONY | Boxenbaum, Marc; GUNDUZ, IHSAN | | 1/28/2025 12:22 | 1/28/2025 12:22 | RE: TPS VZ Termination: Data & Policy Matters | RE: TPS VZ Termination: Data & Policy Matters.htm | | | 1/28/2025 | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions regarding Venezuela TPS |
| NTPSA-DHSHQ_00000667 | Tony Pham | Mazzara, Joseph | PERDHIAL, JAMES; Keither, Brian; LAW, ROB; McDonald, Christina (OGC); PHAM, TONY | Barseath, Nader - Browne, Reese ; Smith, Laura (HQ); Heavanek, John ; Edlow, Joseph B | 1/28/2025 11:56 | 1/28/2025 11:58 | RE: TPS VZ Termination: Data & Policy Matters | RE: TPS VZ Termination: Data & Policy Matters.htm | | | 1/28/2025 | AC=Attorney-Client; | Email communications reflecting predecisional, deliberative discussions among DHS counsel regarding requirements for TPS administrative record |
| NTPSA-DHSHQ_00000670 | Tony Pham | Mazzara, Joseph | LAW, ROB; PERDHIAL, JAMES; Edlow, Joseph B; Keither, Brian; McDonald, Christina (OGC); PHAM, TONY | Barseath, Nader - Browne, Reese ; Smith, Laura (HQ); Heavanek, John | 1/28/2025 12:41 | 1/28/2025 12:43 | RE: TPS VZ Termination: Data & Policy Matters | RE: TPS VZ Termination: Data & Policy Matters.htm | | | 1/28/2025 | AC=Attorney-Client; | Email communications reflecting predecisional, deliberative discussions regarding requirements to TPS administrative record |
| NTPSA-DHSHQ_00000877 | Tony Pham | GUNDUZ, IHSAN | PHAM, TONY | | 1/28/2025 15:06 | 1/28/2025 15:06 | RE: TPS VZ Termination: Data & Policy Matters | RE: TPS VZ Termination: Data & Policy Matters.htm | | | | AC=Attorney-Client; DP=Deliberative Process; | Email communications reflecting predecisional, deliberative discussions among DHS counsel regarding policy options and legal advice for Venezuela TPS |
| NTPSA-USCfB_000002 11 | CFDHHS | | | | | | Venezuela memo_20250130_ACl P8_DPP Response_Scott Chvan.pdf | Venezuela memo_20250130_ACl P8_DPP Response_Scott Chvan.pdf | 1/31/2025 13:22 | 1/31/2025 13:22 | 1/31/2025 | DP=Deliberative Process | Predecisional, deliberative memorandum from USCIS Director providing mental impressions and recommendations to Secretary relating to Venezuela TPS |

**Exhibit 6**

| DOCID | CUSTODIAN | FROM | To | CC | DATE TIME SENT | DATE TIME RCVD | SUBJECT | ATTACHMENT | FILENAME | DATE TIME CRTD | DATE TIME MOD | DOCDATE | T&O-Privilege | T&O-Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NTPSA_USCIS_000016 23 | Joseph B. Edlow | Kim, Ted H | Edlow, Joseph B | | 1/29/2025 12:41 | 1/29/2025 12:41 | Venezuela country conditions | Relevant quotes from updated Venezuela CCR sources (012825)_positive improvements highlighted.docx | Venezuela country conditions.htm | | | | DP; Deliberative Process | Email communications reflecting professional, deliberative discussions among DHS regarding Venezuela TPS. |
| NTPSA_USCIS_000032 21 | Samantha L. Deshommes | | | | | | | | Relevant quotes from updated Venezuela CCR sources (012825)_positive improvements highlighted.docx | 1/29/2025 12:36 | 1/29/2025 12:36 | 1/29/2025 12:36 | DP; Deliberative Process | Professional, deliberative communications regarding Venezuela TPS decisionmaking. |

**Exhibit 7**

**From:** Edlow, Joseph B      Redacted PII

<center>

# Redacted PII

</center>

**Sent:** Tuesday, January 28, 2025 1:34 PM
**To:** Deshommes, Samantha L ███████████████ GUNDUZ, IHSAN ███████████
**Subject:** FW: Venezuela country conditions
**Attach:** ████████████████████████████

Sam and Ihsan,
Connecting you both on the Venezuela TPS issue.  Attached is the information pulled together from RAIO.  Please share with the OPNS Team working on TPS.
Joe

**Exhibit 8**

- US rejects Venezuelan President Maduro's reelection, but keeps financial lifeline for his government, The Associated Press, Jan. 18, 2025.
- US recognizes Venezuela's opposition candidate as president-elect months after the disputed election, The Associated Press, Nov. 19, 2024.
- Venezuela: Reversing the Slide into Dictatorship, International Crisis Group, Oct. 15, 2024.
- Independent election experts legitimize tally sheets Venezuela's opposition says prove Maduro lost, The Associated Press, Oct. 2, 2024.

**Exhibit 9**

**From:** Deshommes, Samantha L <[Redacted]>
**Sent:** Thursday, January 30, 2025 4:21 PM
**To:** Nolan, Connie L <[Redacted]>; Ezeldin, Amany S <[Redacted]>; Ridley, Sasha M <[Redacted]>; Cutlip-Mason, Rená E <[Redacted]>; Noncent, Karine A <[Redacted]>; King, Alexander R <[Redacted]>; Vagle, Ruhee V <[Redacted]>
**Subject:** RE: URGENT: VZ Draft FRN - Due by 3 pm TODAY
**Attach:** TPS VZ Termination 2025-01-29 at 226 pm_USCIS review.docx

For your viz, here is the version I am submitting to OGC now. Thanks again!

**From:** Deshommes, Samantha L
**Sent:** Thursday, January 30, 2025 4:12 PM
**To:** Nolan, Connie L <[Redacted]>; Ezeldin, Amany S <[Redacted]>; Ridley, Sasha M <[Redacted]>; Cutlip-Mason, Rená E <[Redacted]>; Noncent, Karine A <[Redacted]>; King, Alexander R <[Redacted]>; Vagle, Ruhee V <[Redacted]>
**Subject:** RE: URGENT: VZ Draft FRN - Due by 3 pm TODAY

Thanks, everyone. Looks like all have completed their review, so I'll pull this down and get it back to OGC unless you alert by 4:15 pm.

**From:** Nolan, Connie L <[Redacted]>
**Sent:** Thursday, January 30, 2025 12:20 PM
**To:** Deshommes, Samantha L <[Redacted]>; Ezeldin, Amany S <[Redacted]>; Ridley, Sasha M <[Redacted]>; Cutlip-Mason, Rená E <[Redacted]>; Noncent, Karine A <[Redacted]>; King, Alexander R <[Redacted]>
**Subject:** RE: URGENT: VZ Draft FRN - Due by 3 pm TODAY

Thanks Sam, I am sure Alex is already all over it ⬤

*Connie Nolan*
*Associate Director*
*Service Center Operations*
*USCIS,DHS*

Redacted

SCOPS Communications HUB

**Collaboration:** *Building partnerships and relationships*

**From:** Deshommes, Samantha L <[Redacted]>
**Sent:** Thursday, January 30, 2025 12:10 PM
**To:** Ezeldin, Amany S <[Redacted]>; Ridley, Sasha M <[Redacted]>; Cutlip-Mason, Rená E <[Redacted]>; Noncent, Karine A <[Redacted]>; Nolan,

Connie L <［⋯⋯⋯Redacted⋯⋯⋯］>; King, Alexander R <［⋯⋯⋯Redacted⋯⋯⋯］>

**Subject:** URGENT: VZ Draft FRN - Due by 3 pm TODAY
**Importance:** High

Hi all,



Thank you!

Sam


*Samantha Deshommes*
*(Acting) Chief,*
*Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
［⋯⋯Redacted⋯⋯］

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

**Exhibit 10**

| DOCID | CUSTODIAN | FROM | To | CC | DATE TIME SENT | DATE TIME RCVD | SUBJECT | ATTACHMENT | FILENAME | DATE TIME CRTD | DATE TIME PROD | DOCDATE | T&C-Privilege | T&C-Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NYPSLA_DFCBL_000151 03 | Joseph B. Edlow | Edlow, Joseph B | PETERS, JAMES; LAW, ROB | | 2/6/2025 17:51 | 2/6/2025 17:51 | REDACTED as reflecting subject of privileged Attorney-Client Communications | REDACTED as reflecting subject of privileged Attorney-Client Communications | REDACTED as reflecting subject of privileged Attorney-Client Communications | | | 2/6/2025 | AC=Attorney Client; DP = Deliberative Process | Email communications reflecting predecisional, deliberative discussions among DHS counsel and DHS regarding policy options and legal advice for Haiti TPS. |
| NYPSLA_DFCBL_000154 40 | Joseph B. Edlow | Gerbonneau, Samantha J. | Collaru, Aaron L.; Edlow, Joseph B | | 2/11/2025 13:28 | 2/11/2025 13:28 | Options paper | Options Paper=Haiti TPS.docx | Options paper.htm | | | 2/11/2025 | AC=Attorney Client; DP = Deliberative Process | Predecisional, deliberative communication regarding attorney recommendations for Venezuela TPS. |
| NYPSLA_DFCBL_000021 12 | Joseph B. Edlow | | | | | | | | FBN-Haiti TPS Partial Vacatur DRAFT ONLY 2.7.25.docx | 2/7/2025 16:06 | 2/7/2025 16:44 | 2/7/2025 | AC=Attorney Client; DP = Deliberative Process | Predecisional, deliberative draft document reflecting possible policy decision for Haiti TPS sent among DHS counsel for legal review. |

**Exhibit 11**

**From:**     Mahmoudi, Sheila C <[Redacted]>
**Sent:**     Wednesday, February 12, 2025 6:43 PM
**To:**       Edlow, Joseph B <[Redacted]>
**Cc:**       Nolan, Connie L <[Redacted]>; Selby, Cara M (Carrie)
              <[Redacted]>; King, Alexander R
              <[Redacted]>; Deshommes, Samantha L
              <[Redacted]>; Ezeldin, Amany S
              <[Redacted]>
**Subject:**  For USCIS input: TPS Haiti Vacatur Notice
**Attach:**   FRN - Haiti TPS Partial Vacatur (DRAFT ONLY 2.7.25)_ARK_ops.docx

Ok thanks to Alex and Amany we have the draft ready. Did you want us to send to OCC or will you be sending direct to OGC?

-Sheila

**Exhibit 12**

**PAGES 1 - 123**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Edward M. Chen, Judge

NATIONAL TPS ALLIANCE, MARIELA       )
GONZALEZ, FREEDY JOSE ARAPE          )
RIVAS, M.H., CECILIA DANIELA         )
GONZALEZ HERRERA, AHA CECILIA        )
PURICA HERNANDEZ, E.R., and          )
HENDRINA VIVAS CASTILLO,             )
                                     )
          Plaintiffs,                )
                                     )
VS.                                  )  **NO. 3:25-CV-01766-EMC**
                                     )
KRISTI NOEM, in her official         )
capacity as Secretary of             )
Homeland Security, UNITED STATES     )
DEPARTMENT OF HOMELAND SECURITY,     )
and UNITED STATES OF AMERICA,        )
                                     )
          Defendants.                )
_____)

San Francisco, California
Monday, March 24, 2025

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:
                    UCLA School of Law
                    35 Charles E. Young Drive East
                    Box 951476
                    Los Angeles, California 90095
              BY:  **AHILAN T. ARULANANTHAM, ATTORNEY AT LAW**

          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  April Wood Brott, CSR No. 13782
              Official United States Reporter

**APPEARANCES:**  (CONTINUED)

For Plaintiffs:

                ACLU Foundation of Northern California
                39 Drumm Street
                San Francisco, California 94111
      BY:  **EMILOU MACLEAN, ATTORNEY AT LAW**
           **AMANDA YOUNG, ATTORNEY AT LAW**

                National Day Laborer Organizing Network
                1030 S. Arroyo Parkway, Suite 106
                Pasadena, California 91105
      BY:  **JESSICA KARP BANSAL, ATTORNEY AT LAW**
           **LAUREN M. WILFONG, ATTORNEY AT LAW**

                Haitian Bridge Alliance
                4560 Alvarado Canyon Road
                San Diego, California 92120
      BY:  **ERIK M. CREW, ATTORNEY AT LAW**

For Defendants:

                DOJ/Civil/Office of Immigration Litigation
                P.O.  Box 868 Ben Franklin Station
                Washington, DC 20044
      BY:  **SARAH L. VUONG, ATTORNEY AT LAW**
           **ANNA DICHTER, ATTORNEY AT LAW**

1    decision based on an assessment of country conditions, based on

2    foreign relations and this sort of thing, but really kind of

3    looking at procedurally whether Secretary Mayorkas essentially

4    screwed up and caused confusion, did something in violation of

5    the TPS statute, created a sort of procedural problem that

6    needed to be fixed.

7         Putting aside the merits of that, isn't that the kind of

8    thing that is not necessarily within the agency's expertise and

9    doesn't depend on the records of individual TPS beneficiaries

10   or specific facts about the country?  It could have been about

11   any country.  I mean, it didn't have to be about -- if he had

12   done the same thing with Haiti or El Salvador, the same

13   arguments would be made.

14        So it doesn't seem to even be related to the country.

15   It's more about the process.  Isn't that the kind of thing that

16   is reviewable?

17              MS. VUONG:  No, Your Honor.

18              THE COURT:  All right.  Tell me why.

19              MS. VUONG:  Looking at the vacated decision from Ramos

20   v. Wolf, the Ninth Circuit talks about the merits of these

21   decisions, and those merits aren't reviewable.  And here,

22   looking at registration, that's a discretionary function of the

23   statute.  The statute gives the Secretary the discretion to

24   determine how registration takes place and when.  And so

25   Plaintiffs are correct that these overlapping registrations can

1    take place, but that's within the discretion of the Secretary

2    on how that registration should take place.

3          So here, the Secretary herself has that knowledge and that

4    ability, that the statute gives her that ability to determine

5    whether or not, in her discretion, she thinks this is the way

6    that the registration should be taking place, and she uses that

7    to decide to vacate the decision extending TPS for Venezuela.

8          And if you're looking for the statutes that I'm

9    discussing, it's 1154(c)(1)(A), sub-Romanette iv, which says,

10    "To the extent and in a manner which the Secretary establishes,

11    the alien registers for temporary protected status under this

12    section during registration period."

13          And I believe there's another.  The period of validity is

14    subsection (d)(2).  The Attorney General may stagger the

15    period's ability of documentation and authorization.  So both

16    of those statutes are discretionary in how the Secretary sets

17    up the registration periods.

18          THE COURT:  So it's funny.  It depends on who's

19    arguing what.  To the extent that there's an argument that any

20    secretary, including Secretary Mayorkas, had the ability to

21    determine the manner of registration and to stagger periods,

22    etcetera, etcetera, there's an argument that that was committed

23    to his discretion in his initial.  But then you're saying that

24    if vacatur revisiting is within the inherent power of the next

25    secretary, she also has the same power to exercise her

1          THE COURT:  No.  I understand the arguments, and you

2     have an organization here as represented, and it's provided by

3     declaration or substantiated by declaration that this is a

4     membership organization that is nationwide with members in all

5     states.  Whether that's relevant or not, I don't know.  We'll

6     figure that out.  All right?  All right.

7          Thank you, everyone.

8          THE COURTROOM DEPUTY:  This hearing is concluded.

9          (The proceedings concluded at 12:18 P.M.)

10                          ---o0o---

11                    CERTIFICATE OF REPORTER

12          I certify that the foregoing is a correct transcript from

13     the record of proceedings in the above-entitled matter.

14

15     DATE:  Friday, March 21, 2025

16

17     _____
                    *April Wood Brott*

18              April Wood Brott, CSR No. 13782

19

20

21

22

23

24

25

**Exhibit 13**

STATUS.

SUMMARY: TERMINATION OF THE OCTOBER 3, 2023 DESIGNATION OF VENEZUELA FOR TEMPORARY PROTECTED

TYPE OF ACTION: S1 INFORMATION

ES 25-07083

| DEPARTMENT OF HOMELAND SECURITY RECORD OF CLEARANCE AND APPROVAL | STORM # | SENIOR LIAISON OFFICER: |
|---|---|---|
| 25-07083 | LAWRENCE INDYK |

LEAD COMPONENT: FRONT OFFICE/OGC

SUMMARY OF DOCUMENT: TERMINATION OF THE OCTOBER 3, 2023 DESIGNATION OF VENEZUELA FOR TEMPORARY PROTECTED STATUS.

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR ADVISOR | JOSEPH MAZZARA | 1/31 | |
| SENIOR ADVISOR | ✓ | | Cleared via e-mail. |
| SENIOR ADVISOR | ✓ | | |
| SECRETARY | | 2-1-25 | |

AFTER REVIEW RETURN TO:
NANCY CLARK, EXECUTIVE SECRETARIAT

TELEPHONE

APPROVED FOR AUTOPEN: _____ YES _____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____

**Exhibit 14**

# TABLE A

| DURATION OF TPS EXTENSIONS (APRIL 2005-PRESENT) | | | |
|---|---|---|---|
| **Country** | **Date** | **Duration** | **Citation** |
| Afghanistan | 25-Sep-2023 | 18 months | 88 Fed. Reg. 65728-65737 (Sept. 25, 2023) |
| Burma (Myanmar) | 27-Sep-2022 | 18 months | 87 Fed. Reg. 58515-58524 (Sept. 27, 2022) |
| Burma (Myanmar) | 25-Mar-2024 | 18 months | 89 Fed. Reg. 20682-20690 (Mar. 25, 2024) |
| Cameroon | 10-Oct-2023 | 18 months | 88 Fed. Reg. 69945-69953 (Oct. 10, 2023) |
| El Salvador | 21-Aug-2007 | 18 months | 72 Fed. Reg. 46649-46653 (Aug. 21, 2007) |
| El Salvador | 1-Oct-2008 | 18 months | 73 Fed. Reg. 57128-57133 (Oct. 1, 2008) |
| El Salvador | 9-Jul-2010 | 18 months | 75 Fed. Reg. 39556-39559 (July 9, 2010) |
| El Salvador | 11-Jan-2012 | 18 months | 77 Fed. Reg. 1710-1715 (Jan. 11, 2012) |
| El Salvador | 30-May-2013 | 18 months | 78 Fed. Reg. 32418-32424 (May 30, 2013) |
| El Salvador | 7-Jan-2015 | 18 months | 80 Fed. Reg. 893-899 (Jan. 7, 2015) |
| El Salvador | 8-Jul-2016 | 18 months | 81 Fed. Reg. 44645-44651 (July 8, 2016) |
| El Salvador | 21-Jun-2023 | 18 months | 88 Fed. Reg. 40282-40294 (June 21, 2023) |
| El Salvador | 17-Jan-2025 | 18 months | 90 Fed. Reg. 5953-5961 (Jan. 17, 2025) |
| Ethiopia | 15-Apr-2024 | 18 months | 89 Fed. Reg. 26172-26180 (Apr. 15, 2024) |
| Haiti | 19-May-2011 | 18 months | 76 Fed. Reg. 29000-29004 (May 19, 2011) |
| Haiti | 1-Oct-2012 | 18 months | 77 Fed. Reg. 59942-59943 (Oct. 1, 2012) |
| Haiti | 3-Mar-2014 | 18 months | 79 Fed. Reg. 11808-11814 (Mar. 3, 2014) |
| Haiti | 25-Aug-2015 | 18 months | 80 Fed. Reg. 51582-51588 (Aug. 25, 2015) |
| Haiti | 26-Jan-2023 | 18 months | 88 Fed. Reg. 5022-5032 (Jan. 26, 2023) |
| Haiti | 1-Jul-2024 | 18 months | 89 Fed. Reg. 54484-54496 (July 1, 2024) |
| Honduras | 29-May-2007 | 18 months | 72 Fed. Reg. 29529-29534 (May 29, 2007) |
| Honduras | 1-Oct-2008 | 18 months | 73 Fed. Reg. 57133-57138 (Oct. 1, 2008) |
| Honduras | 5-May-2010 | 18 months | 75 Fed. Reg. 24734-24737 (May 5, 2010) |
| Honduras | 4-Nov-2011 | 18 months | 76 Fed Reg. 68488-68493 (Nov. 4, 2011) |
| Honduras | 3-Apr-2013 | 18 months | 78 Fed. Reg. 20123-20128 (Apr. 3, 2013) |
| Honduras | 16-Oct-2014 | 18 months | 79 Fed. Reg. 62170-62176 (Oct. 16, 2014) |
| Honduras | 16-May-2016 | 18 months | 81 Fed. Reg. 30331-30337 (May 16, 2016) |
| Honduras | 21-Jun-2023 | 18 months | 88 Fed. Reg. 40294-40304 (June 21, 2023) |
| Nepal | 26-Oct-2016 | 18 months | 81 Fed. Reg. 74470-74475 (Oct. 26, 2016) |
| Nepal | 21-Jun-2023 | 18 months | 88 Fed. Reg. 40317-40328 (June 21, 2023) |
| Nicaragua | 29-May-2007 | 18 months | 72 Fed. Reg. 29534-29539 (May 29, 2007) |
| Nicaragua | 1-Oct-2008 | 18 months | 73 Fed. Reg. 57138-57143 (Oct. 1, 2018) |
| Nicaragua | 5-May-2010 | 18 months | 75 Fed. Reg. 24737-24740 (May 5, 2010) |
| Nicaragua | 4-Nov-2011 | 18 months | 76 Fed. Reg. 68493-68498 (Nov. 4, 2011) |
| Nicaragua | 3-Apr-2013 | 18 months | 78 Fed Reg. 20128-20133 (Apr. 3, 2013) |
| Nicaragua | 16-Oct-2014 | 18 months | 79 Fed. Reg. 62176-62182 (Oct. 16, 2014) |
| Nicaragua | 16-May-2016 | 18 months | 81 Fed. Reg. 30325-30331 (May 16, 2016) |
| Nicaragua | 21-Jun-2023 | 18 months | 88 Fed. Reg. 40294-40304 (June 21, 2023) |
| Somalia | 27-Jul-2006 | 18 months | 71 Fed. Reg. 42653-42658 (July 27, 2006) |
| Somalia | 12-Mar-2008 | 18 months | 73 Fed. Reg. 13245-13249 (Mar. 12, 2008) |
| Somalia | 27-Jul-2009 | 18 months | 74 Fed. Reg. 37043-37049 (July 27, 2009) |

| Somalia | 2-Nov-2010 | 18 months | 75 Fed. Reg. 67383-67386 (Nov. 2, 2010) |
|---|---|---|---|
| Somalia | 1-May-2012 | 18 months | 77 Fed. Reg. 25723-25728 (May 1, 2012) |
| Somalia | 1-Nov-2013 | 18 months | 78 Fed. Reg. 65690-65695 (Nov. 1, 2013) |
| Somalia | 1-Jun-2015 | 18 months | 80 Fed. Reg. 31056-31061 (June 1, 2015) |
| Somalia | 17-Jan-2017 | 18 months | 82 Fed. Reg. 4905-4911 (Jan. 17, 2017) |
| Somalia | 27-Aug-2018 | 18 months | 83 Fed. Reg. 43695-43700 (Aug. 27, 2018) |
| Somalia | 11-Mar-2020 | 18 months | 85 Fed. Reg. 14229-14235 (Mar. 11, 2020) |
| Somalia | 22-Jul-2021 | 18 months | 86 Fed. Reg. 38744-38753 (July 22, 2021) |
| Somalia | 13-Mar-2023 | 18 months | 88 Fed. Reg. 15434-15443 (Mar. 13, 2023) |
| Somalia | 22-Jul-2024 | 18 months | 89 Fed. Reg. 59135-59143 (July 22, 2024) |
| South Sudan | 9-Jan-2013 | 18 months | 78 Fed. Reg. 1866-1872 (Jan. 9, 2013) |
| South Sudan | 2-Sep-2014 | 18 months | 79 Fed. Reg. 52019-52027 (Sept. 2, 2014) |
| South Sudan | 25-Jan-2016 | 18 months | 81 Fed. Reg. 4051-4059 (Jan. 25, 2016) |
| South Sudan | 21-Sep-2017 | 18 months | 82 Fed. Reg. 44205-44211 (Sept. 21, 2017) |
| South Sudan | 5-Apr-2019 | 18 months | 84 Fed. Reg. 13688-13694 (Apr. 5, 2019) |
| South Sudan | 2-Nov-2020 | 18 months | 85 Fed. Reg. 69344-69351 (Nov. 2, 2020) |
| South Sudan | 3-Mar-2022 | 18 months | 87 Fed. Reg. 12190-12201 (Mar. 3, 2022) |
| South Sudan | 21-Aug-2023 | 18 months | 88 Fed. Reg. 56864-56872 (Aug. 21, 2023) |
| Sudan | 2-Sep-2005 | 18 months | 70 Fed. Reg. 52429-52433 (Sept. 2, 2005) |
| Sudan | 8-Mar-2007 | 18 months | 72 Fed. Reg. 10541-10546 (Mar. 8, 2007) |
| Sudan | 14-Aug-2008 | 18 months | 73 Fed. Reg. 47606-47611 (Aug. 14, 2008) |
| Sudan | 31-Dec-2009 | 18 months | 74 Fed. Reg. 69355-69361 (Dec. 31, 2009) |
| Sudan | 13-Oct-2011 | 18 months | 76 Fed. Reg. 63635-63640 (Oct. 13, 2011) |
| Sudan | 9-Jan-2013 | 18 months | 78 Fed. Reg. 1872-1878 (Jan. 9, 2013) |
| Sudan | 2-Sep-2014 | 18 months | 79 Fed. Reg. 52027-52033 (Sept. 2, 2014) |
| Sudan | 25-Jan-2016 | 18 months | 81 Fed. Reg. 4045-4051 (Jan. 25, 2016) |
| Sudan | 21-Aug-2023 | 18 months | 88 Fed. Reg. 56864-56872 (Aug. 21, 2023) |
| Sudan | 17-Jan-2025 | 18 months | 90 Fed. Reg. 5944-5953 (Jan. 17, 2025) |
| Syria | 17-Jun-2013 | 18 months | 78 Fed. Reg. 36223-36229 (June 17, 2013) |
| Syria | 5-Jan-2015 | 18 months | 80 Fed. Reg. 245-252 (Jan. 5, 2015) |
| Syria | 1-Aug-2016 | 18 months | 81 Fed. Reg. 50533-50541 (Aug. 1, 2016) |
| Syria | 5-Mar-2018 | 18 months | 83 Fed. Reg. 9329-9336 (Mar. 5, 2018) |
| Syria | 23-Sep-2019 | 18 months | 84 Fed. Reg. 49751-49757 (Sept. 23, 2019) |
| Syria | 19-Mar-2021 | 18 months | 86 Fed. Reg. 14946-14952 (Mar. 19, 2021) |
| Syria | 1-Aug-2022 | 18 months | 87 Fed. Reg. 46982-46991 (Aug. 1, 2022) |
| Syria | 29-Jan-2024 | 18 months | 89 Fed. Reg. 5562-5571 (Jan. 29, 2024) |
| Ukraine | 21-Aug-2023 | 18 months | 88 Fed. Reg. 56872-56880 (Aug. 21, 2023) |
| Ukraine | 17-Jan-2025 | 18 months | 90 Fed. Reg. 5936-5944 (Jan. 17, 2025) |
| Venezuela | 8-Sep-2022 | 18 months | 87 Fed. Reg. 55024-55032 (Sept. 8, 2022) |
| Venezuela | 3-Oct-2023 | 18 months | 88 Fed. Reg. 68130-68139 (Oct. 3, 2023) |
| Venezuela | 17-Jan-2025 | 18 months | 90 Fed. Reg. 5961-5972 (Jan. 17, 2025) |
| Yemen | 4-Jan-2017 | 18 months | 82 Fed. Reg. 859-866 (Jan. 4, 2017) |
| Yemen | 14-Aug-2018 | 18 months | 83 Fed. Reg. 40307-40313 (Aug. 14, 2018) |
| Yemen | 2-Mar-2020 | 18 months | 85 Fed. Reg. 12313-12319 (Mar. 2, 2020) |

| Yemen | 9-Jul-2021 | 18 months | 86 Fed. Reg. 36295-36302 (July 9, 2021) |
| Yemen | 3-Jan-2023 | 18 months | 88 Fed. Reg. 94-103 (Jan. 3, 2023) |
| Yemen | 10-Jul-2024 | 18 months | 89 Fed. Reg. 56765-56773 (July 10, 2024) |
| Burundi | 2-Sep-2005 | 12 months | 70 Fed. Reg. 52425-52429 (Sept. 2, 2005) |
| Burundi | 14-Sep-2006 | 12 months | 71 Fed. Reg. 54300-54304 (Sept. 14, 2006) |
| El Salvador | 15-Jun-2006 | 12 months | 71 Fed. Reg. 34637-34641 (June 15, 2006) |
| Honduras | 31-Mar-2006 | 12 months | 71 Fed. Reg. 16328-16333 (Mar. 31, 2006) |
| Liberia | 16-Aug-2005 | 12 months | 70 Fed. Reg. 48176-48179 (Aug. 16, 2005) |
| Nicaragua | 31-Mar-2006 | 12 months | 71 Fed. Reg. 16333-16338 (Mar. 31, 2006) |
| Somalia | 29-Jul-2005 | 12 months | 70 Fed. Reg. 43895-43899 (July 29, 2005) |
| Guinea | 22-Mar-2016 | 6 months | 81 Fed. Reg. 15339-15345 (Mar. 22, 2016) |
| Haiti | 24-May-2017 | 6 months | 82 Fed. Reg. 23820-23837 (May 24, 2024) |
| Honduras | 15-Dec-2017 | 6 months | 82 Fed. Reg. 59630-59636 (Dec. 15, 2017) |
| Liberia | 22-Mar-2016 | 6 months | 81 Fed. Reg. 15328-15334 (Mar. 22, 2016) |
| Sierra Leone | 22-Mar-2016 | 6 months | 81 Fed. Reg. 15334-15339 (Mar. 22, 2016) |

**Exhibit 15**

6/2/25, 4:23 PM    Secretary Noem Rescinds Previous Administration's Extension of Haiti's Temporary Protected Status | Homeland Security

Case 3:25-cv-01766-EMC    Document 166    Filed 06/03/25    Page 51 of 342



**U.S. Department of Homeland Security**

# Secretary Noem Rescinds Previous Administration's Extension of Haiti's Temporary Protected Status

*"President Trump and I are returning TPS to its original status: temporary." - Secretary Noem*

WASHINGTON – Today, Secretary Noem vacated a decision by the previous administration to extend Haiti's Temporary Protect Status (TPS) by 18 months. As part of this move, Haiti's TPS will end on August 3, 2025, unless extended. This is part of President Trump's promise to rescind policies that were magnets for illegal immigration and inconsistent with the law.

TPS is a type of immigration status available to nationals of certain designated countries that allows aliens, **even if they entered the country illegally,** the ability to reside **temporarily** in the U.S. The Secretary of Homeland Security is authorized to designate a foreign country for TPS if there is an ongoing armed conflict, an environmental disaster, or extraordinary and temporary conditions.

For decades the TPS system has been exploited and abused. For example, Haiti has been designated for TPS since 2010. The data shows each extension of the country's TPS designation allowed more Haitian nationals, even those who entered the U.S. illegally, to qualify for legal protected status.

In May of 2011, DHS estimated that **57,000** Haitians were eligible to register for TPS. In August 2021, DHS estimated that **155,000** Haitians were eligible under the new designation. And by July 2024, the estimate skyrocketed to **520,694**.

A statement from a DHS spokeswoman:

*"Biden and Mayorkas attempted to tie the hands of the Trump administration by extending Haiti's Temporary Protected Status by 18 months—far longer than justified or necessary.*

*"We are returning integrity to the TPS system, which has been abused and exploited by illegal aliens for decades. President Trump and Secretary Noem are returning TPS to its original status: temporary."*

Last month, Secretary Noem similarly rescinded the previous administration's Venezuela TPS extension.

## Topics

BORDER SECURITY *(/TOPICS/BORDER-SECURITY)*    SECRETARY OF HOMELAND SECURITY *(/TOPICS/SECRETARY-HOMELAND-SECURITY)*

IMMIGRATION AND CUSTOMS ENFORCEMENT *(/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)*

## Keywords

BORDER SECURITY *(/KEYWORDS/BORDER-SECURITY)*    IMMIGRATION *(/KEYWORDS/IMMIGRATION)*    SECRETARY KRISTI NOEM *(/KEYWORDS/SECRETARY-KRISTI-NOEM)*

**Exhibit 16**



**United States Government Accountability Office**

Report to Congressional Requesters

**April 2020**

# TEMPORARY PROTECTED STATUS

# Steps Taken to Inform and Communicate Secretary of Homeland Security's Decisions

April 2020

# GAO Highlights

Highlights of GAO-20-134, a report to congressional requesters

# TEMPORARY PROTECTED STATUS

## Steps Taken to Inform and Communicate Secretary of Homeland Security's Decisions

## Why GAO Did This Study

The INA includes provisions for eligible foreign nationals residing in the United States to obtain temporary humanitarian protection from removal, as well as work authorization, when their country of origin is designated for TPS. Since 1990, nationals of 22 countries have received TPS. The Secretary of Homeland Security may designate a country for TPS after consulting with other agencies and determining that the country meets statutory criteria related to armed conflict, environmental disaster, or extraordinary or temporary conditions that prevent its nationals from returning in safety. The Secretary may designate a country for TPS for periods of 6 to 18 months and can extend a TPS designation if deemed appropriate.

GAO was asked to review the TPS decision process. This report, among other things, (1) describes the approach DHS takes to inform the Secretary of Homeland Security's TPS reviews and (2) examines DHS's communication to the public regarding TPS decisions and related information, including employment authorization. GAO reviewed documentation and data related to TPS decisions, including a nongeneralizable sample of 26 decisions for eight countries in fiscal years 2014 through 2018. GAO selected the countries to reflect various types of TPS decisions, among other factors. GAO also interviewed agency officials.

## What GAO Recommends

GAO recommends USCIS consistently identify in published guidance the mechanisms used to communicate automatic extensions of TPS employment authorization documents. DHS concurred with GAO's recommendation.

View GAO-20-134. For more information, contact Chelsa Gurkin at (202) 512-2964 or GurkinC@gao.gov, or Rebecca Gambler at (202) 512-6912 or GamblerR@gao.gov.

## What GAO Found

The Department of Homeland Security's (DHS) reviews of countries for Temporary Protected Status (TPS) include three main steps, according to DHS and other agencies' documents and officials. First, the Secretary of Homeland Security may initiate a review of a country for TPS designation in response to various triggering factors, such as a request from a foreign government, on the basis of one or more statutory conditions. The Immigration and Nationality Act (INA) requires subsequent reviews after an initial designation. Second, U.S. Citizenship and Immigration Services (USCIS)—which manages and coordinates the TPS review process for DHS—and the Department of State (State) compile country conditions reports and recommendations to inform the Secretary's decision. Although the INA does not prescribe the other agencies that must be consulted for a TPS review, State generally has a role in providing input for the Secretary of Homeland Security's consideration. GAO found DHS collected country conditions reports and recommendations from USCIS and State for all eight of the countries GAO selected for its review. Other DHS components and non-DHS entities may also provide information. Third, under the INA, the Secretary of Homeland Security exercises discretion in deciding whether to initially designate a country for TPS. For an existing designation, the Secretary determines whether country conditions warrant an extension or termination of TPS. DHS provides official notice of decisions in the Federal Register.

**Three Primary Steps in the Secretary of Homeland Security's Temporary Protected Status (TPS) Reviews**



Source: GAO analysis of documentary and testimonial information from the Department of Homeland Security and the Department of State. | GAO-20-134

DHS has communicated TPS decisions to the public through required Federal Register notices as well as other mechanisms. However, DHS has not provided consistent guidance regarding mechanisms it uses to communicate automatic extensions of TPS employment authorization documents. USCIS officials stated that the agency has typically communicated these extensions of documents for TPS beneficiaries through Federal Register notices. However, for five recent automatic extensions, USCIS instead mailed individual notifications to thousands of beneficiaries. USCIS guidance on its website identifies the individual notifications as a mechanism for communicating automatic extensions, but an employers' handbook and related guidance do not. As a result, some employers reportedly terminated TPS beneficiaries' employment because the employers did not understand or accept the notifications as proof of employment authorization. Consistent guidance about the mechanisms USCIS uses could help reduce the risk that TPS beneficiaries will lose their jobs because of confusion about their authorization to work in the United States.

_____
**United States Government Accountability Office**

# Contents

| | | |
|---|---|---|
| Letter | | 1 |
| | Background | 4 |
| | Foreign Nationals from 22 Countries Have Received TPS, Totaling About 430,000 Beneficiaries in Fiscal Years 2000-2018 | 9 |
| | DHS's Approach to Inform the Secretary's TPS Reviews Includes Three Primary Steps | 15 |
| | DHS Has Communicated TPS Decisions through Required Federal Register Notices but Provided Inconsistent Guidance on Employment Authorizations | 29 |
| | Conclusions | 39 |
| | Recommendation for Executive Action | 40 |
| | Agency Comments | 40 |
| Appendix I | Objectives, Scope, and Methodology | 43 |
| Appendix II | Numbers and Characteristics of Temporary Protected Status Beneficiaries, Fiscal Years 2000-2018 | 49 |
| Appendix III | Comments from Department of Homeland Security | 54 |
| Appendix IV | Comments from U.S. Agency for International Development | 57 |
| Appendix V | GAO Contacts and Staff Acknowledgments | 58 |

Tables

| | | |
|---|---|---|
| | Table 1: Key Department of Homeland Security (DHS) and Department of State (State) Components Involved in Temporary Protected Status (TPS) Decision Process | 8 |
| | Table 2: Department of Homeland Security's Public Communication of Temporary Protected Status (TPS) Extension for Honduras in 2016 | 31 |
| | Table 3: Judgmental Sample of Temporary Protected Status (TPS) Decisions | 46 |

Table 4: Temporary Protected Status (TPS) Beneficiaries, by Country of Citizenship, Fiscal Years 2000-2018                                50

Figures

Figure 1: Example of Employment Authorization Document Issued by U.S. Citizenship and Immigration Services                                8

Figure 2: Effective Dates, Designation Bases, and Types of Temporary Protected Status (TPS) Decisions, Fiscal Years 1990-2019                                11

Figure 3: Temporary Protected Status Beneficiaries, by Country of Citizenship, Fiscal Year 2018                                15

Figure 4: Three Primary Steps in Secretary of Homeland Security's Review for Initial or Existing Designation of Temporary Protected Status (TPS)                                16

Figure 5: Initiation of Secretary of Homeland Security's Review for Initial or Existing Designation of Temporary Protected Status (TPS)                                17

Figure 6: Information Collected for the Secretary of Homeland Security's Review for Initial or Existing Designation of Temporary Protected Status (TPS)                                20

Figure 7: Secretary of Homeland Security's Decision on Temporary Protected Status (TPS)                                28

Figure 8: Numbers of Federal Register Notices of Extensions, Terminations, or Redesignations of Temporary Protected Status (TPS) Designations Published before and after End Dates of Previous Designation Periods, Fiscal Years 1990-2019                                33

Figure 9: Age and Gender of Temporary Protected Status (TPS) Beneficiaries, Fiscal Year 2018                                51

Figure 10: Temporary Protected Status (TPS) Beneficiaries, by State of Residency, Fiscal Year 2018                                52

---

**Abbreviations**

DHS        Department of Homeland Security
INA        Immigration and Nationality Act
OMB        Office of Management and Budget
PRM        Bureau of Population, Refugees, and Migration
RAIO       Refugee, Asylum and International Operations Directorate
State      Department of State
TPS        Temporary Protected Status
USAID      U.S. Agency for International Development
USCIS      U.S. Citizenship and Immigration Services

This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.



U.S. GOVERNMENT ACCOUNTABILITY OFFICE

**441 G St. N.W.**
**Washington, DC 20548**

April 3, 2020

Congressional Requesters

Temporary Protected Status (TPS) is a form of humanitarian protection
that provides a temporary benefit to eligible foreign nationals from
designated countries who are residing in the United States. TPS protects
beneficiaries from removal and permits work authorization.[1] Countries
may be designated for TPS on the basis of statutory criteria related to
armed conflict, such as civil war; an environmental disaster, such as an
earthquake or hurricane; or extraordinary and temporary conditions in the
country that prevent nationals from returning in safety.[2] Under the
Immigration and Nationality Act (INA),[3] the Secretary of Homeland

---

[1]Pub. L. No. 82-414, title II, ch. 5, § 244, 66 Stat. 163 (1952), as added by the Immigration
Act of 1990, Pub. L. No. 101-649, title III, § 302(a), 104 Stat. 4978, 5030-5036 (classified,
as amended by the Immigration Act of 1990 and subsequent acts, at 8 U.S.C. § 1254a).

[2]Under 8 U.S.C. § 1254a, the Secretary of Homeland Security may designate a country
(or a part of a country) for TPS, after consultation with appropriate agencies of the
government, when the Secretary finds that conditions in a country meet certain statutory
criteria related to ongoing armed conflict, an environmental disaster, or extraordinary and
temporary conditions that prevent nationals from returning in safety. Specifically, regarding
armed conflict, the Secretary may designate a country for TPS if the Secretary finds that
there is an ongoing armed conflict within the foreign country and that, because of the
conflict, requiring the return of foreign nationals to that country would pose a serious threat
to their personal safety. Regarding environmental disaster, the Secretary may designate a
country for TPS if the Secretary finds that there has been an earthquake, flood, drought,
epidemic, or other environmental disaster in the foreign country resulting in a substantial,
but temporary, disruption in living conditions; the foreign country is temporarily unable to
adequately handle the return of foreign nationals to the country; and the foreign country
has officially requested TPS designation. Regarding extraordinary and temporary
conditions, the Secretary may designate a country for TPS if the Secretary finds that there
are extraordinary and temporary conditions in the foreign country that prevent foreign
nationals from returning to the country safely, unless the Secretary finds that permitting
foreign nationals to remain temporarily in the United States is contrary to the national
interests of the United States.

[3]Unless specified otherwise, all references to the INA in this report refer to section 244 of
the act.

Security,[4] after consultation with other agencies, may grant TPS to eligible foreign nationals in the United States from foreign countries that the Secretary has designated for TPS.[5] Although the INA does not prescribe the other agencies that must be consulted, the Department of State (State) generally has a role in providing input for the Secretary of Homeland Security's TPS reviews.[6]

Since TPS was established in 1990, 22 countries have received TPS designations.[7] In fiscal year 2018, more than 400,000 TPS beneficiaries were living in the United States, according to data from DHS's U.S. Citizenship and Immigration Services (USCIS). These beneficiaries were from 10 countries—El Salvador, Haiti, Honduras, Nepal, Nicaragua, Somalia, South Sudan, Sudan, Syria, and Yemen—with the majority from El Salvador, Honduras, and Haiti.[8] Since the beginning of fiscal year 2018, the Secretary of Homeland Security has announced decisions to terminate TPS for six countries—El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan; these decisions are currently the subject of litigation.

You asked us to review the decision-making process for TPS designations. This report (1) describes TPS determinations and numbers

---

[4]The authority to designate countries for TPS was transferred from the Attorney General to the Secretary of Homeland Security in 2003, after the Department of Justice's Immigration and Naturalization Service was abolished and its immigration services and enforcement functions were transferred to the Department of Homeland Security pursuant to the Homeland Security Act of 2002. Pub. L. No. 107-296, title I & IV, §§ 101, 102, 456, 471, 478, 116 Stat. 2135, 2142, 2143-44, 2200-01, 2205, 2211-12 (2002) (classified, as amended, at 6 U.S.C. §§ 111, 112, 275, 291, 298). See also 8 U.S.C. § 1103(a) (powers and duties of the Secretary of Homeland Security).

[5]According to 8 U.S.C. § 1254a(a)(1), the Secretary of Homeland Security may grant TPS to nationals of a foreign state designated for TPS by the Secretary or to stateless individuals whose last habitual residence was in a foreign state designated for TPS.

[6]The Secretary of Homeland Security is required to consult with appropriate agencies of the government before making a designation according to 8 U.S.C. § 1254a(b)(1), and prior to periodic reviews of existing designations, according to 8 U.S.C. § 1254a(b)(3). The statute does not prescribe the other agencies that must be consulted.

[7]Deferred Enforcement Departure is another example of discretionary humanitarian protection from removal that allows eligible foreign nationals from designated countries to remain in the United States on a temporary basis. Deferred Enforcement Departure is not within the scope of this review.

[8]TPS designations for the remaining 12 countries had been terminated as of the beginning of fiscal year 2018.

of beneficiaries since TPS was established; (2) describes the approach that DHS, in consultation with State and other relevant agencies, uses to inform the Secretary of Homeland Security's TPS reviews; and (3) examines DHS's public communication regarding TPS decisions and related information, including work authorization.

To describe TPS determinations and numbers of beneficiaries since TPS was established, we reviewed information and data in Federal Register notices for TPS designations for fiscal years 1990 through 2019 and analyzed USCIS data on numbers of TPS beneficiaries for fiscal years 1990 through 2018.[9] To assess the reliability of the USCIS data, we reviewed related documentation and interviewed USCIS officials to identify any missing or erroneous data and resolve any discrepancies. We determined that the data for fiscal years 2000 through 2018 were sufficiently reliable to provide general information about the size and characteristics of TPS beneficiaries.

To describe the approach that DHS uses to inform TPS reviews, we reviewed provisions in the INA related to TPS as well as DHS and State documentation related to the processes they have used since fiscal year 2014 to collect information for these reviews. This documentation included information that DHS and State provided for a judgmental, nongeneralizable sample of eight countries (El Salvador, Haiti, Honduras, Nepal, Nicaragua, Syria, and Yemen), representing 26 TPS decisions in fiscal years 2014 through 2018.[10] We selected this sample to represent a range of decision types and designation reasons, among other factors. While this sample cannot be generalized to the countries or decisions we did not review, it provided information about the approach DHS uses for TPS reviews. Additionally, we reviewed examples of information that other agencies—for example, the Department of Defense, the Department of Health and Human Services Centers for Disease Control and Prevention, and the U.S. Agency for International Development—and entities such as members of Congress or nongovernmental organizations

---

[9]Fiscal year 1990 is the year when TPS was established under the INA, and fiscal year 2018 is the most recent year for which data on TPS beneficiaries were available.

[10]We selected a judgmental, nongeneralizable sample of eight countries with initial or existing TPS designations in fiscal years 2014 through 2018, representing 26 of a total of 42 TPS decisions for eight of 13 countries in that period, to incorporate a range of decision types and reasons in recent years, among other factors. Because of ongoing litigation related to TPS, certain information had been redacted from some of the documentation that we reviewed. See appendix I for additional details of our objectives, scope, and methodology.

provided to DHS to inform TPS reviews. We also interviewed officials from DHS, State, the Department of Defense, the Department of Health and Human Services Centers for Disease Control and Prevention, and the U.S. Agency for International Development.

To examine DHS's public communication regarding TPS decisions and related information, we reviewed information that DHS published in Federal Register notices from November 29, 1990, through October 1, 2019. We also examined DHS guidance published on its website and DHS procedures as of fiscal year 2019 for communicating TPS work authorization. We compared DHS's guidance and procedures with relevant federal internal control standards.[11] Additionally, we reviewed information from the Department of Justice Civil Rights Division's website related to automatic extensions of employment authorization documents for TPS beneficiaries.[12] We also interviewed DHS officials.

We conducted this performance audit from September 2018 to March 2020 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We believe that our evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

# Background

## Immigration and Nationality Act Provisions for Temporary Protected Status

The INA provides for the Secretary of Homeland Security, after consultation with other agencies, to designate a foreign country for TPS if the conditions in that country fall into one or more of three statutory categories. These categories are generally described as consisting of (1) ongoing armed conflict, (2) environmental disaster, and (3) extraordinary

---

[11]GAO, *Standards for Internal Control in the Federal Government*, GAO-14-704G (Washington, D.C.: September 2014).

[12]Department of Justice Civil Rights Division, "Telephone Interventions," accessed June 27, 2019, https://www.justice.gov/crt/telephone-interventions-2.

and temporary conditions.[13] The Secretary may designate a country for a period of at least 6 months but no more than 18 months.

At least 60 days before the end of the designation period, the Secretary is required, after consulting with other appropriate agencies, to undertake a review of the conditions in the foreign country for which a designation is in effect and to determine whether the conditions for such designation continue to be met. The Secretary must subsequently take one of the following actions:

- Extend the country's TPS designation for a period of 6, 12, or 18 months, if the Secretary determines that country conditions warrant an extension of TPS.[14] This provides TPS beneficiaries with an extended period of protection from removal.

- Terminate the country's TPS designation, if the Secretary determines that the country no longer meets the statutory criteria. This results in an expiration of the period of protection for foreign nationals who were granted TPS under a country's designation.[15]

In addition, the Secretary may exercise his or her discretion, on the basis of this review, to redesignate the country for TPS.[16] With a redesignation, the Secretary allows eligible nationals from the designated foreign country who have arrived in the United States since the initial designation, or another date established by the Secretary, to apply for TPS.

---

[13]See 8 U.S.C. § 1254a(b), which provides that the Secretary of Homeland Security may designate a country for TPS if nationals are unable to return safely to the country because of armed conflict or extraordinary and temporary conditions or if an environmental disaster in the country temporarily prevents a country from adequately handling the return of its nationals. In addition, 8 U.S.C. § 1254a(b)(1)(B)(3) requires that a designation based on environmental disaster must be officially requested by a foreign state. According to USCIS officials, such a request is generally submitted in writing and may be provided to DHS through State. USCIS officials stated that this request is required only for an initial designation based on environmental disaster and that official requests from the foreign government are not required for any subsequent TPS extensions.

[14]See 8 U.S.C. § 1254a(b)(3)(C). Under this section of the INA, a designation period is automatically extended for 6 months if the Secretary does not make a determination to terminate a country's TPS designation before the end date of the current designation.

[15]See 8 U.S.C. § 1254a(b)(3)(B).

[16]See 8 U.S.C. § 1254a(b). According to USCIS officials, from 1997 through 2017, DHS used the term "redesignate" for instances in which the Secretary of Homeland Security newly designated a country for TPS after an initial designation or extension period. Beginning in 2018, DHS began using the term "newly designate" for these decisions.

TPS provides temporary humanitarian protection to eligible foreign nationals in the United States who, for various reasons, may not have otherwise lawful status and therefore, in the absence of TPS, would be subject to enforcement and removal under the INA. Foreign nationals may be present in the United States without valid status and potentially removable for various reasons, such as having entered without inspection and admission at a port of entry or having remained in the country beyond the expiration of previous temporary status (e.g., tourist, foreign student). Eligible foreign nationals may also seek TPS when they currently have another lawful status, according to USCIS officials. USCIS officials noted that this may occur, for example, when a foreign national has a temporary nonimmigrant status nearing its end date when TPS is designated for his or her country and applies for TPS before the existing status expires.

Under the INA, applicants for TPS must apply during the registration period established by the Secretary of Homeland Security for a particular country designation. To be eligible for TPS, an applicant from a designated country must have been physically present in the United States continuously since the most recent designation's effective date and must have resided in the United States continuously since the date established by the Secretary of Homeland Security.[17] The INA also specifies that an individual is ineligible for TPS if he or she has been convicted of any felony or of two or more misdemeanors committed in the United States; if any of the statutory bars to asylum apply, such as involvement in persecution of others; or if he or she is reasonably regarded as a danger to the security of the United States, among other bases.[18]

---

[17]See 8 U.S.C. § 1254a(c). In accordance with the statute, applicants must have been continuously physically present since the effective date of the most recent TPS designation of their country of origin. The Secretary of Homeland Security sets the continuous physical presence date as either the publication date of the Federal Register notice or such later date as the Secretary determines. In addition, applicants must have been living, or continuously residing, in the United States as of the date prescribed by the Secretary of Homeland Security. For example, Yemen's initial TPS designation had an effective date and continuous physical presence date of September 3, 2015; the Secretary of Homeland Security prescribed the same date for continuous residence. See 80 Fed. Reg. 53319 (Sept. 3, 2015). For Yemen's 2017 redesignation, with an effective date and continuous physical presence date of March 4, 2017, the Secretary of Homeland Security prescribed January 4, 2017, as the continuous residence date. See 82 Fed. Reg. 859 (Jan. 4, 2017).

[18]See 8 U.S.C. §1254a(c)(2).

In addition to protecting beneficiaries from removal, TPS authorizes them to work in the United States for the designation period.[19] To receive evidence of work authorization, TPS beneficiaries generally apply to USCIS for an employment authorization document, Form I-766. USCIS provides this document as a plastic card that shows proof of the individual's authorization to work in the United States and includes a photograph of the individual.[20] Although USCIS does not require beneficiaries to apply for an employment authorization document, according to USCIS officials, beneficiaries typically apply to obtain these cards as evidence of their authorization to work in the United States. Figure 1 shows an example of an employment authorization document issued by USCIS.

[19]TPS allows beneficiaries to work in the United States and protects them from removal for the designation period, provided that they continue to meet TPS eligibility criteria and are not otherwise subject to removal proceedings or withdrawal of their status. See INA § 244(c)(3)(A-B); 8 C.F.R. § 244.14 regarding withdrawal of TPS.

[20]A TPS beneficiary continues to be authorized to work for as long as he or she has TPS. See INA § 244(a)(1)(B). TPS beneficiaries, like all employees, must provide a document or combination of documents to their employers evidencing their identity and employment authorization from a list of acceptable documents. An employment authorization document (Form I-766) is one of the acceptable documents that may be used to establish both identity and authorization to work in the United States. However, TPS beneficiaries may present any document from the list of acceptable documents that are available to demonstrate identity and eligibility to work in the United States. To apply for an employment authorization document, TPS beneficiaries must submit a completed Form I–765, "Application for Employment Authorization" (OMB Control No. 1615–0040), to USCIS, which has jurisdiction over the form, within the current TPS designation period. According to USCIS officials, applicants do not have to submit Form I-765 concurrently with an application to reregister for TPS.

**Figure 1: Example of Employment Authorization Document Issued by U.S. Citizenship and Immigration Services**




Source: U.S. Citizenship and Immigration Services.  |  GAO-20-134

## Key DHS and State Components That May Be Involved in TPS Reviews

Several key DHS and State components may be involved in the TPS decision process, as table 1 shows. Additionally, other DHS offices and components, as well as agencies such as the Department of Defense or U.S. Agency for International Development, may provide information about country conditions to help inform the Secretary of Homeland Security's decisions.

**Table 1: Key Department of Homeland Security (DHS) and Department of State (State) Components Involved in Temporary Protected Status (TPS) Decision Process**

| Agency | Component or official | Role |
|---|---|---|
| **DHS** | Secretary of Homeland Security | Responsible for determining whether to initially designate, extend, terminate, or redesignate TPS for a country. |
| | U.S. Citizenship and Immigration Services | Administers the United States' immigration services function by adjudicating requests for immigration benefits, including TPS. |
| **State**[a] | Secretary of State | Provides input for the Secretary of Homeland Security's consideration for TPS decisions. |
| | Bureau of Population, Refugees, and Migration | Responsible for humanitarian policy and diplomacy, and also provides humanitarian assistance. Has a role in supporting efforts to protect and assist refugees and vulnerable migrants around the world. |
| | Regional bureaus[b] | Serve as the liaison between the overseas posts and State's headquarters bureaus and offices. |
| | Overseas posts[c] | Typically provide information about country conditions for a TPS review. |

Source: GAO analysis of DHS and State documentary and testimonial information. | GAO-20-134

[a]The Secretary of Homeland Security is required to consult with appropriate agencies of the government before making a TPS designation, according to 8 U.S.C. § 1254a(b)(1), and prior to periodic reviews of existing designations, according to 8 U.S.C. § 1254a(b)(3).  Although the INA does not prescribe the other agencies that must be consulted, State generally has a role in providing input for the Secretary of Homeland Security's TPS reviews.

<sup>b</sup>State has six regional bureaus that support the department's mission in specific global regions: the Bureau of African Affairs, the Bureau of European and Eurasian Affairs, the Bureau of East Asian and Pacific Affairs, the Bureau of Near Eastern Affairs, the Bureau of South and Central Asian Affairs, and the Bureau of Western Hemisphere Affairs.

<sup>c</sup>Overseas posts include U.S. embassies and other posts in many countries.

# Foreign Nationals from 22 Countries Have Received TPS, Totaling About 430,000 Beneficiaries in Fiscal Years 2000-2018

## TPS Has Been Granted to Foreign Nationals from 22 Countries since It Was Established

Since TPS was established in 1990, foreign nationals in the United States from 22 countries[21] have been granted TPS.[22] Our review of Federal Register notices published in fiscal years 1990 through 2019 found varying bases for the 22 countries' TPS designations. We also found that designations for 20 of these countries were subsequently extended or the countries were redesignated one or more times.[23] Somalia, first designated for TPS in September 1991, had the longest overall designation period since TPS was established. As of the end of fiscal

[21]The 22 countries designated for TPS in fiscal years 1990 through 2019 included El Salvador, Kuwait, Lebanon, Liberia, Somalia, Bosnia-Herzegovina, Rwanda, Montserrat, Burundi, Sierra Leone, Sudan, Kosovo, Honduras, Nicaragua, Guinea-Bissau, Angola, Haiti, South Sudan, Syria, Guinea, Nepal, and Yemen. When Kosovo was designated for TPS in 1998, it was a province of Serbia. In February 2008, the Kosovo Parliament declared Kosovo independent and the United States recognized Kosovo as an independent state.

[22]The authority to designate countries for TPS was transferred from the Attorney General to the Secretary of Homeland Security in 2003, after the Department of Justice's Immigration and Naturalization Service was abolished and its immigration services and enforcement functions were transferred to DHS pursuant to the Homeland Security Act of 2002. Pub. L. No. 107-296, title I & IV, §§ 101, 102, 456, 471, 478, 116 Stat. 2135, 2142, 2143-44, 2200-01, 2205, 2211-12 (2002) (classified, as amended, at 6 U.S.C. §§ 111, 112, 275, 291, 298). See also 8 U.S.C. § 1103(a) (powers and duties of the Secretary of Homeland Security).

[23]A redesignation of TPS may allow eligible nationals from the designated foreign country who have arrived in the United States since the date of the initial designation to apply for TPS, whereas an extension allows existing beneficiaries to retain TPS as long as they continue to meet eligibility requirements.

year 2019, Somalia's designation had been extended 21 times and the country had been redesignated twice;[24] its most recent extension was set to expire in March 2020. Designations for only two countries were terminated without any extensions or redesignations—Kuwait, designated in 1991, and Guinea-Bissau, designated in 1999. Figure 2 shows all effective dates of TPS designations and subsequent decisions, including extensions, terminations, and redesignations, as well as the bases for the designations for each of the 22 countries in fiscal years 1990 through 2019.

---

[24]Somalia's redesignations were coupled with simultaneous extensions of TPS.

**Figure 2: Effective Dates, Designation Bases, and Types of Temporary Protected Status (TPS) Decisions, Fiscal Years 1990-2019**



Source: GAO analysis of information provided in Department of Homeland Security Federal Register notices.  |  GAO-20-134

[a]El Salvador was first designated for TPS in the Immigration Act of 1990. When the original 18-month designation expired in 1992, it was not extended and the country was not redesignated.

[b]One redesignation of Liberia followed a prior termination of the previous designation (1998), and another redesignation of the country was coupled with a simultaneous termination of the previous

designation (2004). Section 7611 of the National Defense Authorization Act for Fiscal Year 2020 allows Liberian nationals who meet all applicable eligibility criteria—including continuous presence in the United States from November 20, 2014, until the date an application is timely filed—and their qualifying family members to become lawful permanent residents (i.e., Green Card holders). See Pub. L. No. 116-92, div. F, title LXXVI, subtitle B, § 7611, 133 Stat. 1198 (2019).

[c]When Kosovo was designated for TPS in 1998, it was a province of Serbia. In February 2008, the Kosovo Parliament declared Kosovo independent and the United States recognized Kosovo as an independent state.

[d]The listed designation bases represent statutorily defined categories of conditions on which a TPS designation—either an initial designation or any subsequent redesignation—may be based. When more than one designation basis is shown for a country, the bases shown do not distinguish between the category for the initial designation and categories that were added or removed at the time of any redesignations or subsequent designations.

[e]According to USCIS officials, from 1997 through 2017, "redesignation" was used to describe the Secretary of Homeland Security's designation of a country for TPS after an initial designation or extension period. Officials stated that in 2018, the Department of Homeland Security began using the term "newly designate" for these decisions. From fiscal year 1990, when TPS was established, through fiscal year 2019, all TPS redesignations except two for Liberia were coupled with a simultaneous extension of TPS. Extensions or terminations that occurred with a redesignation are not marked as such in the graphic.

As figure 2 shows, 26 TPS designations occurred in fiscal years 1990 through 2019, and 22 designations were extended at least once. As of September 30, 2019, the designations for all but four countries had been terminated and the termination of six countries' designations since fiscal year 2018 had been temporarily halted because of ongoing litigation. Redesignations occurred 20 times. [25]

- **Designations.** Of the 26 TPS designations, three were for one country, Liberia, and four were for two countries, El Salvador and Sierra Leone, that were each designated twice.

- **Extensions.** The majority of TPS designations (17 of 26 designations) were extended up to eight times. Designations for five countries—El Salvador, Honduras, Nicaragua, Somalia, and Sudan—were extended more than 10 times each. Three of the 22 countries' designations were not extended before termination.

- **Terminations**. The TPS designations for all countries except Somalia, South Sudan, Syria, and Yemen had been terminated as of September 30, 2019. The termination of six countries' designations

[25]Since fiscal year 1990, when TPS was established, through fiscal year 2019, all redesignations except two for Liberia were coupled with a simultaneous extension of TPS. One redesignation for Liberia followed a prior termination of the previous designation, and another redesignation for Liberia was coupled with a simultaneous termination of the previous designation. For the purposes of our review, in counting any extensions or terminations for each country, we did not include an extension or termination that occurred simultaneously with a redesignation.

since fiscal year 2018 had been temporarily halted because of ongoing litigation. Several lawsuits had been filed regarding the Secretary of Homeland Security's decisions to terminate TPS for El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan.[26] In October 2018, a U.S. district judge in California issued a preliminary injunction for one of the lawsuits, temporarily blocking DHS from enforcing the Secretary's TPS termination decisions for El Salvador, Haiti, Nicaragua, and Sudan. The U.S. government filed an appeal in response to the preliminary injunction. According to USCIS officials, DHS has regularly published notices of its continued compliance with the court's injunction and has stated that it will continue to publish such notices pending resolution of the case In April 2019, a district court judge in New York issued a second preliminary injunction covering Haiti, which the U.S. government appealed in June 2019. Additionally, under an agreement to stay the proceedings in response to a lawsuit filed in California in February 2019, the government stipulated that it would temporarily halt terminations for Honduras and Nepal until the appeal of the October 2018 injunction had been resolved.

- **Redesignations.** Of the 20 TPS redesignations, six were for countries that were redesignated once, two were for one country that was redesignated twice, and twelve were for four countries that each were redesignated thrice—the largest number of TPS redesignations.[27]

## About 430,000 Eligible Foreign Nationals Received TPS in Fiscal Years 2000-2018

USCIS data show that applications for TPS were approved for a total of 431,848 foreign nationals in fiscal years 2000 through 2018 and that the number of TPS beneficiaries each year[28] grew from about 70,000 in fiscal

---

[26]We previously reported on issues related to the reintegration of migrants in Central America, including potential returnees affected by recent terminations of TPS designations for El Salvador and Honduras. See GAO, *Central America: USAID Assists Migrants Returning to their Home Countries, but Effectiveness of Reintegration Efforts Remains to Be Determined*, GAO-19-62 (Washington, D.C.: Nov. 8, 2018).

[27]All but two of these redesignations were coupled with a simultaneous extension of TPS.

[28]The data on TPS beneficiaries in a given fiscal year include individuals who had been granted TPS as of September 30 of each fiscal year, including beneficiaries who were granted TPS in prior years and whose status was not withdrawn.

year 2000 to about 420,000 in fiscal year 2018.[29] The number of TPS beneficiaries increased most rapidly in fiscal years 2000 through 2005, particularly after the designation of Honduras in 1999 and El Salvador in 2001. According to USCIS officials, because adjudicating all TPS applications can take years, depending on the number of applicants from a country, the number of TPS beneficiaries for a designated country may continue rising after the established registration period for the specific designation. For example, although Honduras was initially designated for TPS in 1999, with an applicant registration period that ended on July 5, 1999, USCIS data show that the number of beneficiaries from Honduras who were granted TPS peaked in 2007 at 85,759 foreign nationals. See appendix II for additional information on the numbers of TPS beneficiaries in fiscal years 2000 through 2018, by country.

Data on the number of TPS beneficiaries for fiscal year 2018—the most recent available—show that the majority of TPS beneficiaries were from three countries (El Salvador, Honduras, and Haiti), as figure 3 shows.[30] About 98 percent of beneficiaries from six countries (Sudan, Honduras, Nicaragua, El Salvador, Haiti, and Nepal) in fiscal year 2018—408,773 foreign nationals—held TPS because the termination of their country's TPS designation was temporarily halted because of ongoing litigation. In addition, about 2 percent of beneficiaries from four countries (Somalia, South Sudan, Syria, and Yemen) in fiscal year 2018—9,019 foreign

[29]According to USCIS officials, USCIS data on TPS beneficiaries during this period may include some individuals who adjusted to another immigration status as well as some who left the United States or died. We determined that USCIS data for fiscal years 2000 through 2018 were sufficiently reliable to provide general information on numbers of TPS beneficiaries. USCIS was not able to provide reliable data on numbers of TPS beneficiaries before fiscal year 2000 because, according to USCIS officials, these data were not consistently entered electronically in USCIS information systems before fiscal year 2000. Some of the individuals may have later had their TPS withdrawn because of individual ineligibility or because they became naturalized U.S. citizens. According to USCIS officials, TPS beneficiaries who become U.S. citizens or whose status has been withdrawn, either because they no longer meet eligibility requirements or because they requested that USCIS withdraw their status, are removed from USCIS data in the fiscal year that their status changes.

[30]El Salvador was designated for TPS in 1990, in the statute that created TPS, and was designated again in 2001 after two major earthquakes in the country. Haiti was initially designated for TPS in 2010, after a major earthquake; the Secretary of Homeland Security redesignated Haiti in 2011 to allow eligible Haitians who arrived in the United States up to 1 year after the earthquake to apply for TPS. Honduras was initially designated for TPS after Hurricane Mitch struck the country in 1999. Ongoing insecurity due to violence and criminal activity, lack of economic opportunity, weak governance, and recurrent natural disasters have contributed to continual flows of migrants from Central American countries, including El Salvador and Honduras, as well as from Haiti, to the United States in recent years.

nationals—held TPS because their country's designation was extended. See appendix II for additional information about beneficiary characteristics in fiscal year 2018, including age, gender, and location.

**Figure 3: Temporary Protected Status Beneficiaries, by Country of Citizenship, Fiscal Year 2018**



Source: GAO analysis of U.S. Citizenship and Immigration Services data.  |  GAO-20-134

Note: The data shown reflect eligible foreign nationals who had been granted Temporary Protected Status as of September 30, 2018. According to USCIS officials, these data may include some foreign nationals who had an additional immigration status, as well as some who had left the United States or died, since receiving TPS.

# DHS's Approach to Inform the Secretary's TPS Reviews Includes Three Primary Steps

Our review of documentation for selected TPS decisions in fiscal years 2014 through 2018 and our interviews with DHS, USCIS, and State officials indicated that DHS's approach for initial or subsequent reviews of countries for TPS consists of three primary steps:

1.  The Secretary of Homeland Security initiates a review of a country for TPS. For an initial TPS designation, the Secretary may initiate consideration of a country in response to various triggering factors. Such factors may include, for example, a request from a U.S. government entity or a foreign government for a TPS designation based on the statutory conditions for TPS (i.e., armed conflict, environmental disaster, or extraordinary and temporary conditions). For an existing designation approaching its end date, a statutory deadline requires the Secretary to undertake a review.

2.  DHS collects information on country conditions and recommendations from USCIS and State and provides this information to the Secretary of Homeland Security to inform his or her decision regarding an initial or existing TPS designation. Other DHS components and non-DHS entities, including other agencies and nongovernmental organizations, may also provide information to the Secretary or USCIS.

3.  The Secretary of Homeland Security receives the information and recommendations and makes a decision about TPS for the country. The Secretary exercises discretion in determining whether to initially designate a country for TPS. For an existing designation, under the INA, the Secretary is required to determine whether country conditions warrant an extension of TPS or whether the country no longer meets the statutory criteria and TPS must be terminated. Also, the Secretary exercises discretion in determining whether to redesignate a country that was previously designated for TPS.

Figure 4 illustrates these three steps.

**Figure 4: Three Primary Steps in Secretary of Homeland Security's Review for Initial or Existing Designation of Temporary Protected Status (TPS)**



Source: GAO analysis of documentary and testimonial information from the Department of Homeland Security and the Department of State.  |  GAO-20-134

Note: For an initial TPS designation, the Secretary of Homeland Security may initiate consideration of a country for TPS in response to various triggering factors. For an existing designation, a statutory deadline requires the Secretary to undertake a review. See 8 U.S.C. §1254a (b).

## Secretary of Homeland Security May Consider a Country for Initial TPS Designation in Response to Various Factors, and Statute Requires Subsequent Reviews

Various factors may trigger consideration of a country for an initial TPS designation, according to USCIS officials. Officials stated that the Secretary of Homeland Security's consideration of a country for an initial designation is discretionary. However, subsequent reviews of existing designations are required by statute. See figure 5.

**Figure 5: Initiation of Secretary of Homeland Security's Review for Initial or Existing Designation of Temporary Protected Status (TPS)**



Legend: INA = Immigration and Nationality Act.

Source: GAO analysis of documentary and testimonial information from Department of Homeland Security and Department of State.  |  GAO-20-134

Note: For an initial TPS designation, the Secretary of Homeland Security may initiate consideration of a country for TPS in response to various triggering factors, such as a request from a U.S. government entity or a foreign government. For an existing TPS designation, the Secretary is required, after consulting with appropriate agencies, to undertake a review of the conditions in the designated country at least 60 days before the designation's end date. 8 U.S.C. § 1254a(b)(3).

USCIS and State officials stated that for initial TPS designations, a request from DHS, State, the White House, members of Congress, or foreign governments may trigger consideration of whether to designate a country on the basis of one or more of the three statutory categories (i.e., armed conflict, environmental disaster, or extraordinary and temporary conditions).[31] USCIS officials added that, under the INA, the Secretary of Homeland Security has the sole authority to determine whether and when to consider a country for an initial TPS designation. Further, they noted that a request does not automatically result in a formal review of a country for TPS even if the country has experienced country conditions specified in one or more of the statutory categories, such as an armed conflict or environmental disaster.

For subsequent reviews of existing TPS designations, at least 60 days before the end of the designation period, the Secretary is required, after

---

[31]USCIS officials noted that a request from a foreign government is not required for DHS to consider a country for an initial TPS designation. They added that in some cases, DHS does not receive a request from any entity before the Secretary makes a determination to consider a country for an initial TPS designation.

consulting with other appropriate agencies, to undertake a review of the conditions in the foreign country for which a designation is in effect.[32]

## DHS Collects Country Conditions Reports and Recommendations to Inform the Secretary's TPS Decision

DHS collects similar information for each review of a country for TPS, according to DHS officials and our review of selected decisions. DHS officials identified four primary sources of information that the department collects to inform the Secretary of Homeland Security's TPS decisions: country conditions reports compiled by USCIS and State and recommendations from USCIS and State leadership. According to DHS and State officials, DHS generally consults with State on TPS decisions, although it is not specifically required to do so under the statute.[33] Our review of 26 TPS decisions for the eight selected countries found that DHS collected the following documents to inform each decision:

1.  a country conditions report compiled by USCIS,

2.  a memo with a recommendation from the USCIS Director to the Secretary of Homeland Security,

3.  a country conditions report compiled by State, and

4.  a letter with a recommendation from the Secretary of State to the Secretary of Homeland Security.[34]

USCIS manages and coordinates the TPS information-gathering process for the Secretary of Homeland Security. While State formally provides its input through the Secretary of State's letter and recommendation to the

---

[32]8 U.S.C. § 1254a(b)(3).

[33]The Secretary of Homeland Security is required to consult with appropriate agencies of the government before making a designation according to 8 U.S.C. § 1254a(b)(1), and prior to periodic reviews of existing designations, according to 8 U.S.C. § 1254a(b)(3). The statute does not prescribe the other agencies that must be consulted.

[34]Although the INA does not prescribe the type of input that must be provided by any agencies that the Secretary of Homeland Security consults with for a TPS review, we found that State generally has a role in providing input, including a country conditions report and recommendation, for the Secretary of Homeland Security's TPS reviews. We reviewed documentation that DHS collected to inform the Secretary's decisions for a judgmental, nongeneralizable sample of eight of the 13 countries for which TPS decisions were rendered in fiscal years 2014 through 2018. Our sample included 26 TPS decisions (specifically, two initial designation decisions, three redesignation decisions, 15 extension decisions, and six termination decisions) from a total of 42 decisions during that period. Because of ongoing litigation, certain information had been redacted from documents for 13 of the 26 TPS decisions in our judgmental sample. See appendix I for additional details of our objectives, scope, and methodology.

Secretary of Homeland Security, USCIS officials said that USCIS generally incorporates the input from State into USCIS's country conditions report and recommendation on TPS.[35] DHS officials noted that other internal DHS components, government agencies, and other entities may also provide information about country conditions or other factors to inform the Secretary of Homeland Security's decisions. Figure 6 shows the information collected to support the Secretary of Homeland Security's TPS reviews.

[35]According to USCIS officials, the Secretary of State's letter and recommendation to the Secretary of Homeland Security, as well as State's country conditions report, are generally attached to USCIS's country conditions report and recommendation to inform the Secretary of Homeland Security's review.

**Figure 6: Information Collected for the Secretary of Homeland Security's Review for Initial or Existing Designation of Temporary Protected Status (TPS)**



Legend: DHS = Department of Homeland Security; INA = Immigration and Nationality Act; State = Department of State; USCIS = U.S. Citizenship and Immigration Services.
Source: GAO analysis of documentary and testimonial information from DHS and State.  |  GAO-20-134

Note: The Secretary of Homeland Security is required to consult with appropriate agencies of the government before making a TPS designation, according to 8 U.S.C. § 1254a(b)(1), and prior to periodic reviews of existing designations, according to 8 U.S.C. § 1254a(b)(3). Although the INA does not prescribe the other agencies that must be consulted, State generally has a role in providing input for the Secretary of Homeland Security's TPS reviews, based on our review of documentation for selected TPS decisions in fiscal years 2014 through 2018 and our interviews with DHS, USCIS, and State officials.

USCIS officials indicated that the time frames for conducting TPS reviews may vary. They noted that a review for an initial designation may have a shorter time frame than a review for an existing designation, depending on the situation. In addition, the officials noted that USCIS generally starts the review process for an existing TPS designation about 6 months to a year before the end date of the country's current designation. They added

that they generally start the review process within this timeframe, given the INA requirement that the Secretary of Homeland Security either undertake a review and make a determination regarding country conditions at least 60 days in advance of the prior designation's end date or automatically extend the designation for 6 months.[36] According to USCIS officials, at the start of a review for an initial or existing designation, USCIS's Office of Policy & Strategy generally reaches out to USCIS's Refugee, Asylum and International Operations Directorate (RAIO) to request input on country conditions. USCIS officials also said that the office coordinates with State's Bureau of Population, Refugees, and Migration regarding the target time frame for receiving State's input. In general, once USCIS receives the input from RAIO and State, USCIS finalizes its country conditions report and recommendation memo for the Secretary of Homeland Security.

Our review of documentation for the eight countries in our nongeneralizable sample of 26 TPS decisions found variation in the time frames for USCIS's recommendation memos and for State's recommendation letters. For the 24 reviews of existing TPS designations, USCIS provided recommendation memos to the Secretary of Homeland Security about 2 to 7 months before the end date of the prior

---

[36]According to 8 U.S.C. § 1254a(b)(1)(C), after the Secretary of Homeland Security makes a decision regarding an initial TPS designation, the designation shall not become effective unless notice of the designation is published in the Federal Register. With regard to decisions to terminate or extend a designation after a required periodic review of an existing designation, the Secretary of Homeland Security is required to provide for the publication of notice of the determination in the Federal Register on a timely basis. Under the law, terminations may not take effect earlier than 60 days after the date of publication of the Federal Register notice announcing the termination decision or, if later, the expiration of the most recent previous extension. See 8 U.S.C. § 1254a(b)(3).

designations.[37] Most of State's 26 recommendation letters were dated about 2 days to 6 months before the USCIS recommendation memos.[38]

RAIO officials noted that they use an internal template as informal guidance for the draft country conditions reports that they compile for USCIS's Office of Policy & Strategy for reviews for initial or existing TPS designations. We reviewed the RAIO template and found, for example, that for reporting on a country being considered for a TPS designation on the basis of an environmental disaster, the template includes sections (e.g., several paragraphs) about the population harmed, damage to infrastructure, disruption in services, and status of disaster response and reconstruction. Officials added that country conditions reports may deviate from the template, because its use is not required; instead, it serves as general, informal guidance. RAIO officials also noted that information in the country conditions reports they compile is generally based on publicly available information or data related to country conditions. According to the officials, sources for such information may include U.S. agencies, foreign governments, international organizations, nongovernmental organizations, and news articles.

According to State officials, after State initiates its internal process for compiling information for the Secretary of Homeland Security's TPS

[37]Specifically, of the 24 TPS decisions for existing designations in our sample, nine of the USCIS recommendation memos were dated about 2 to 2.5 months in advance of the prior designation end date; six were dated about 3 to 4.5 months in advance of the prior designation end date; and eight were dated about 5 to 7 months in advance of the prior designation end date. One of the 24 USCIS recommendation memos provided to us was not dated, although USCIS provided an earlier draft memo for that TPS decision to us that was dated about 1.5 months in advance of the prior designation end date. Our sample also included two TPS decisions for initial designations (for a total of 26 decisions); because those designations did not have a prior end date, we did not include them in our analysis.

[38]Specifically, State's recommendation letters for 23 of the 26 TPS decisions were dated in advance of the USCIS recommendation memos for those reviews. Six State letters were dated 2 days to 2 weeks in advance of the USCIS recommendation memo, six were dated 1 to 2 months in advance, seven were dated 2.5 to 4 months in advance, and four were dated 4.5 to 6 months in advance. Three of the 26 State recommendation letters were dated about 1 to 2 weeks after the USCIS recommendation memo. For those three instances, USCIS officials indicated that USCIS officials had communicated with State officials at the working level about the ongoing TPS reviews; however, USCIS did not receive State's final letters in time to incorporate the input into USCIS's memos for the Secretary of Homeland Security. They added that, because State formally provides its input directly to the Secretary of Homeland Security, the Secretary has always received State's input in advance of a TPS decision. State officials indicated that although State strives to adhere to USCIS timelines, complex TPS cases with significant foreign policy considerations may require additional time for internal review.

review, the Bureau of Population, Refugees, and Migration generally requests input internally from the relevant regional bureau and post before compiling information for the Secretary of State's consideration. See the text box for more details of State's internal process for developing country conditions reports and recommendation letters to inform the Secretary of Homeland Security's TPS reviews.

---

**State Department's Internal Process for Compiling Information for the Secretary of Homeland Security's Temporary Protected Status Reviews**

The Department of State's (State) internal process for developing input for the Secretary of Homeland Security's Temporary Protected Status (TPS) reviews generally includes compiling information on country conditions as well as proposed recommendations from the relevant regional bureau and overseas post, according to documentation for selected TPS decisions in fiscal years 2014 through 2018 and our interviews with DHS, USCIS, and State officials. State's Bureau of Population, Refugees and Migration (PRM) facilitates and coordinates State's internal process for developing this input, according to informal guidance, which State officials said the bureau has used at the working level since 2012, as well as our interviews with State officials.

After DHS initiates a TPS review, PRM generally directs the relevant regional bureau to reach out to overseas posts for information about country conditions, according to State officials. State officials noted that in some cases, the regional bureau's country desk officer takes the lead in drafting the country conditions report, depending on the country context. Officials stated that the regional bureau generally uses a questionnaire on country conditions to request information from the post for a TPS review and that the post generally also provides a recommendation, in addition to the questionnaire responses, via cable or email to the regional bureau. For example, for a country that had an existing TPS designation based on ongoing armed conflict in the country, a country conditions cable provided, among other things, information about the status of the armed conflict, an assessment of whether the return of foreign nationals would pose a serious threat to their personal safety and whether the country was unable to handle the return of nationals, and information about the impact of the conflict on economic and humanitarian conditions. State and U.S. Agency for International Development (USAID) officials noted that other agencies represented at the overseas posts, such as USAID, may provide information for a post's input on country conditions, including information gathered "on the ground" as well as from publicly available sources.

Once the regional bureau receives any input from post, the bureau desk officer prepares a draft country conditions report and recommendation, and the regional bureau works with PRM to compile a joint action memo. PRM generally provides the joint action memo, which includes a country conditions report, to the Secretary of State, according to State officials. The memo may include a joint recommendation or varying recommendations (e.g., from PRM and the regional bureau) for the Secretary's consideration. After the Secretary determines what the department will recommend, State provides a final country conditions report and recommendation letter to the Secretary of Homeland Security as well as to U.S. Citizenship and Immigration Services' Office of Policy & Strategy.

---

Source: GAO summary of documentary and testimonial information provided by State and USAID. | GAO-20-134

We found that the USCIS and State country conditions reports and recommendation memos or letters that DHS and State provided for our nongeneralizable sample of 26 TPS decisions included information such as background on the cause (or reason for consideration) of the initial

TPS designation and a summary of the country's recovery from, or the status of, the situation to date. In addition, documentation provided to us for some of the TPS decisions included other information, such as certain economic indicators or broader country context. Specifically:

- **Cause and recovery or status.** USCIS and State documentation for each of the 26 TPS decisions in our review generally included (1) information related to the cause (or reason for consideration) of the initial TPS designation and (2) a summary of the country's recovery from, or the status of, the situation to date. For example, documentation for a country designated on the basis of armed conflict described the status of the conflict and ceasefire agreements; provided information about violence against civilians and recruitment of child soldiers; provided an update on civilian casualties since the prior review; and described humanitarian challenges stemming from the conflict, such as the risk of famine. For a country designated on the basis of environmental disaster, documentation described the status of investments in recovery and efforts to rebuild after the disaster, including the number of houses and schools that had been rebuilt or repaired. This documentation also included assessments of disruption in living conditions and the extent to which economic activity and basic services had been restored.

- **Economic indicators.** USCIS documentation for 16 TPS decisions and State documentation for 12 TPS decisions in our review included information about economic indicators. Examples of such information included an estimate of damages from an environmental disaster as a percentage of a country's gross domestic product, a summary of growth in a country's gross domestic product in recent years, and data on the increase in food prices as a result of armed conflict in a country.[39]

- **Broader country context.** USCIS documentation for 23 TPS decisions in our review and State documentation for 20 TPS decisions provided information about broader country context. For example, documentation for a country designated on the basis of armed conflict included broader context regarding topics such as recent natural disasters and the country's geography. As another example, documentation for a country designated on the basis of environmental

---

[39]We determined that USCIS and State documentation (e.g., country conditions reports and recommendation memos or letters) for a TPS decision included information about economic indicators if the documentation provided information about one or more indicators, such as gross domestic product, consumer prices, or unemployment statistics.

disaster provided information about subsequent natural disasters as well as violence, criminal activity, and corruption in the country.

In addition to USCIS and State, other DHS offices and components and non-DHS entities may provide information to inform the Secretary's decision. DHS officials noted that such information varies, may be solicited or unsolicited, and may be provided directly to the Secretary of Homeland Security or to USCIS. We reviewed examples of such information for several of the TPS decisions in our nongeneralizable sample.[40] This information included items such as

- immigration data or intelligence analyses from other DHS offices and components—for example, the Office of Immigration Statistics, U.S. Customs and Border Protection, and U.S. Immigration and Customs Enforcement;

- updates from the Department of Defense on the security situation in a country;

- technical input from the Centers for Disease Control and Prevention regarding the status of an epidemic; and

- input from other entities, including letters from members of Congress, foreign government officials, and nongovernmental organizations.[41]

In addition, DHS officials stated that the Secretary of Homeland Security may hold briefings or meetings on TPS reviews both internally and with

---

[40]DHS and State provided examples of other information compiled for each of the eight countries in our nongeneralizable sample, representing 15 of 26 TPS decisions.

[41]For example, a senior official from DHS's Office of Immigration Statistics provided us with several examples of immigration data that the office provided to DHS and USCIS officials for recent TPS reviews. The official noted that the office routinely provides immigration data—in particular, estimates of unauthorized individuals residing in the United States who would be eligible for an initial designation or redesignation—to both DHS and USCIS for TPS reviews. In addition, DHS's Office of Intelligence and Analysis developed an intelligence assessment that provided an overview of implications, including homeland security considerations and operational considerations for law enforcement, if TPS were to expire for certain countries. According to officials from the Office of Intelligence and Analysis, the office developed the assessment on its own initiative, and it was provided to the Secretary of Homeland Security as part of a daily briefing book as well as posted to an internal dissemination portal for cleared users. As another example, DHS's Office of the Military Advisor requested and received information from the Commander of a Department of Defense combatant command about the security situation, humanitarian challenges, and implications of terminating TPS for a country. Department of Defense officials stated that the department has not provided formal input for TPS reviews.

external entities, such as White House officials, foreign government officials, and nongovernmental organizations or advocacy groups.[42]

According to DHS officials, after USCIS and State compile their country conditions reports and recommendations for the Secretary of Homeland Security's consideration, other DHS components—including the Office of Strategy, Policy, and Plans; the Office of the General Counsel; and the Management Directorate—review the documents as part of the standard departmental clearance process before providing them to the Secretary. Officials from these DHS components noted that the purpose of their review is generally to provide relevant technical comments and ensure that complete information has been gathered for the Secretary's review.

## Secretary of Homeland Security Makes a TPS Decision

According to USCIS officials, after receiving the information and recommendations from USCIS and State, as well as information from any other sources, the Secretary of Homeland Security makes a decision regarding a country's initial or existing TPS designation.[43] USCIS officials indicated that the Secretary's decisions may not always follow the recommendations of the USCIS Director or the Secretary of State. For example, among the 26 TPS decisions from 2014 through 2018 that we reviewed, the Secretary of Homeland Security's decision was the same as State's recommendation in 21 cases and differed from State's recommendation in five cases.[44]

- **Initial designation.** USCIS officials stated that if the Secretary of Homeland Security determines a country meets the statutory criteria

---

[42]For example, we reviewed an agenda and materials for a briefing related to a TPS review for a country. Participants included officials from the White House, DHS, State, and the Department of Justice. The agenda included an overview of TPS and discussion of decision options. Attached materials included background on TPS and the statutory authorities governing TPS, as well as a summary of country conditions and decision options.

[43]Although we reviewed the steps that DHS takes to inform the Secretary of Homeland Security's TPS decisions, we did not review the Secretary's decision-making for specific TPS decisions for the countries we selected for our review. See appendix I for additional details of our objectives, scope, and methodology.

[44]The Secretary of State's recommendations in the five cases varied. These cases included instances when State recommended terminating a designation that DHS decided to extend or when State recommended extending a designation that DHS decided to terminate. Because of redactions that had been made in the information we received, we were unable to discern whether any of the Secretary of Homeland Security's TPS decisions differed from USCIS's recommendations.

for designation, the Secretary may then exercise discretion in deciding whether to initially designate the country for TPS.

- **Existing designation.** According to USCIS officials, the Secretary of Homeland Security exercises discretion in determining whether the conditions in a country satisfy statutory conditions for retaining an existing designation. However, the officials indicated that if the Secretary determines that the conditions for TPS designation continue to be met, the Secretary is required under the INA to extend the designation.[45] Additionally, USCIS officials stated that if the Secretary determines a country no longer meets conditions for TPS designation, the Secretary is required under the INA to terminate the designation. Finally, USCIS officials stated that the Secretary may exercise discretion in deciding to redesignate a country with an existing designation and that factors such as a significant deterioration in country conditions may weigh in favor of a redesignation.[46]

Once the Secretary of Homeland Security decides whether to designate a country or to extend or terminate TPS, the decision may be documented through a signed memorandum or communicated orally to USCIS, according to USCIS officials. DHS provided memorandums or notices documenting the Secretary's TPS decisions for all 26 decisions in our nongeneralizable sample.[47] After the Secretary makes a TPS decision, DHS typically communicates the decision to State before announcing it to the general public. Either DHS or State then communicates the decision to the foreign embassy in Washington, D.C., and State may communicate it to the foreign government overseas. Finally, under INA provisions

---

[45]8 U.S.C. § 1254a(b)(3).

[46]USCIS officials noted that, while factors such as a significant deterioration in country conditions may weigh in favor of a redesignation, there is no single factor that the Secretary of Homeland Security has generally considered in exercising discretion to redesignate a country for TPS.

[47]Specifically, DHS provided a completed signature page from a USCIS recommendation memo as documentation of the Secretary of Homeland Security's decisions in six cases. DHS provided a separate memorandum from the Secretary to the Director of USCIS documenting the TPS decision in two cases, a completed signature page for a memorandum from DHS's Office of the General Counsel documenting the Secretary's decision in another case, and completed signature pages for draft Federal Register notices documenting the Secretary's decisions in 17 cases.

related to TPS, the Secretary's decision is published in the Federal
Register (see fig. 7).[48]

**Figure 7: Secretary of Homeland Security's Decision on Temporary Protected Status (TPS)**



Legend: INA = Immigration and Nationality Act; State = Department of State; USCIS = U.S. Citizenship and Immigration Services.

Source: GAO analysis of documentary and testimonial information from the Department of Homeland Security and from State. | GAO-20-134

Note: The Secretary of Homeland Security exercises discretion in determining whether to initially
designate or redesignate a country for TPS. For an existing designation, under the INA, the Secretary
of Homeland Security is required to determine whether country conditions warrant an extension of
TPS or whether the country no longer meets the statutory criteria and TPS must be terminated. The
INA requires DHS to provide official notice of TPS decisions through the Federal Register. A decision
to designate a country for TPS is effective once published in the Federal Register or on a later date
specified by the Secretary of Homeland Security. For subsequent TPS reviews of existing
designations, DHS is required to provide timely notice of the Secretary of Homeland Security's
decision in the Federal Register, and the effective date is generally the day after the end date of the
current designation period. The INA provides that a termination shall not be effective earlier than 60
days after the date that a Federal Register notice is published or, if later, the expiration of the most
recent previous extension. 8 U.S.C. § 1254a(b).

---

[48]According to 8 U.S.C. §1254A (b)(1), after the Secretary of Homeland Security makes a
decision regarding an initial TPS designation, the designation shall not become effective
unless notice of the designation is published in the Federal Register. With regard to
decisions to extend or terminate a designation after a required periodic review of an
existing designation, the Secretary of Homeland Security is required to provide for the
publication of notice of the determination in the Federal Register on a timely basis. Under
the law, terminations may not take effect earlier than 60 days after the date of publication
of the Federal Register notice announcing the termination decision or, if later, the
expiration of the most recent previous extension. See 8 U.S.C. § 1254a(b)(3).

# DHS Has Communicated TPS Decisions through Required Federal Register Notices but Provided Inconsistent Guidance on Employment Authorizations

## DHS Has Communicated TPS Decisions to the Public through Required Federal Register Notices and Other Mechanisms

Since 1990, all TPS decisions have been communicated to the public through statutorily required notices in the Federal Register.[49] DHS has also used other mechanisms, including press releases and its website, to help disseminate TPS-related information to the public.

We found that a Federal Register notice was published for all TPS decisions, as required under the INA, from November 1990 to September 2019.[50] In addition, DHS frequently used Federal Register notices as a mechanism for communicating other related information, such as effective dates for TPS designation periods, applicant registration periods, TPS beneficiary eligibility requirements, and information about employment authorization for beneficiaries. For example, the Federal Register notice

---

[49]The authority to designate countries for TPS was transferred from the Attorney General to the Secretary of Homeland Security in 2003, after the Department of Justice's Immigration and Naturalization Service was abolished and its immigration services and enforcement functions were transferred to the Department of Homeland Security pursuant to the Homeland Security Act of 2002. Pub. L. No. 107-296, title I & IV, §§ 101, 102, 456, 471, 478, 116 Stat. 2135, 2142, 2143-44, 2200-01, 2205, 2211-12 (2002) (classified, as amended, at 6 U.S.C. §§ 111, 112, 275, 291, 298). See also 8 U.S.C. § 1103(a) (powers and duties of the Secretary of Homeland Security).

[50]INA provisions related to TPS state that TPS decisions, including designations, extensions, and terminations, shall be published in the Federal Register. The effective dates of TPS decisions may vary, in accordance with the statute. See 8 U.S.C. § 1254a(b).

extending the TPS designation of El Salvador, published on July 8, 2016, included the following[51]:

- summary information about the extension, such as the period of extension and the start and end date of the extension;

- procedures and eligibility information for beneficiaries to register or reregister for TPS and to apply for renewal of employment authorization documents, including required forms and fees to register or reregister;[52]

- directions for obtaining additional information and help with questions by accessing the USCIS website or by contacting an identified USCIS official or a USCIS customer contact center; and

- general information about TPS as well as information about El Salvador's initial TPS designation and about the Secretary's authority and reason for extending TPS for El Salvador.

For a Federal Register notice of a TPS decision, according to USCIS officials, USCIS generally takes about 2 weeks to draft the notice. DHS then completes an internal review before submitting the notice to the Office of Management and Budget (OMB) for interagency review, according to officials. OMB's Office of Information and Regulatory Affairs coordinates the notice review process, including gathering comments or proposed revisions from relevant executive branch agencies. For example, we reviewed examples of technical comments from the Centers for Disease Control and Prevention regarding draft notices of TPS decisions for the Ebola-affected countries that included information and data on the status of the epidemic and an assessment of health care infrastructure. According to USCIS officials, OMB comments are returned to DHS without identifying the agency that made each comment, and additional interagency review and comment may occur before DHS publishes the notice in the Federal Register. USCIS officials also noted that, under regulation, OMB can take up to 90 days to complete the

---

[51]See 81 Fed. Reg. 44645 (July 8, 2016).

[52]Once granted TPS, an individual must reregister during each reregistration period, in the case of an extension or redesignation, to maintain TPS benefits. TPS beneficiaries generally have 60 days to reregister. However, late reregistration is permitted if good cause is met and USCIS officials are instructed to give beneficiaries the benefit of any doubt, according to USCIS officials. According to USCIS officials, because of ongoing TPS litigation, eligible beneficiaries from six countries (Haiti, El Salvador, Sudan, Nicaragua, Honduras, and Nepal) are allowed to maintain their TPS, provided they have reregistered during at least one or more of the reregistration periods specified in footnote 1 of the Federal Register notice published at 84 Fed. Reg. 59403 (Nov. 4, 2019).

interagency review, although the officials added that OMB aims to complete the process in a timely manner for TPS notices and generally takes about a month.

According to USCIS officials, to help raise awareness of TPS decisions, USCIS has generally also issued press releases announcing all TPS decisions and published them on its website in addition to publishing Federal Register notices. Table 2 summarizes information from DHS's publication of a press release and Federal Register notice for a 2016 TPS decision.

**Table 2: Department of Homeland Security's Public Communication of Temporary Protected Status (TPS) Extension for Honduras in 2016**

| Type of communication | Publication date | Description |
|---|---|---|
| Press release | May 16, 2016 | The prior extension of Honduras's TPS designation was set to end on July 5, 2016. In May, the Department of Homeland Security (DHS) published a press release on its website announcing that the Secretary of Homeland Security had extended TPS for eligible nationals of Honduras for an additional 18 months, effective July 6, 2016, through Jan. 5, 2018. The press release included guidance for TPS beneficiaries regarding TPS reregistration requirements. In addition, the press release stated that, for eligible foreign nationals who reregistered for TPS, U.S. Citizenship and Immigration Services would issue new employment authorization documents with a Jan. 5, 2018, expiration date. |
| Federal Register notice | May 16, 2016 | DHS published a Federal Register notice of the decision to extend the designation of Honduras for TPS. The notice included additional details of the decision as well as guidance for TPS beneficiaries regarding reregistration requirements. |

Source: GAO analysis of DHS documentation and information provided in Federal Register notices. | GAO-20-134

USCIS has also taken other steps to communicate TPS decisions and related information to the public. USCIS has updated its TPS country-specific webpages with alerts about the latest TPS decisions and registration periods, among other information. Further, according to USCIS officials, the Office of Public Affairs hosted periodic national TPS teleconferences for stakeholders and conducted outreach meetings to respond to questions and discuss TPS information in communities where there might be a large number of TPS beneficiaries. For example, a teleconference invitation from USCIS to stakeholders to discuss the extension of Haiti's TPS designation in May 2017 indicated that USCIS officials would share information about the TPS reregistration period and procedures for eligible Haitian nationals and would respond to stakeholder questions. Officials from USCIS's Office of Public Affairs also stated that the office has drafted guidance for communicating most TPS decisions. We reviewed examples of the guidance, which included planned time lines for publishing the press releases and information to

USCIS's website as well as for conducting outreach to Congress, stakeholder groups, and TPS beneficiaries.

## DHS Published Most Federal Register Notices of Decisions on Existing TPS Designations before Previous Designations' End Date

USCIS officials noted that once the Secretary of Homeland Security makes a TPS decision, time frames for publishing the Federal Register notice may vary.[53] USCIS officials stated that, in an effort to ensure public awareness of the decisions as soon as possible, USCIS has in some cases published a press release before the Federal Register notice of a decision was finalized and published.

In reviewing TPS decisions for existing designations (i.e., extensions, terminations, and redesignations) in fiscal years 1990 through 2019, we found the following:

- About two-thirds of Federal Register notices announcing TPS decisions for these existing designations were published at least 30 days before the end date of the previous designation period (100 of 158 total notices).

- In fiscal years 1990 through 2005, 21 Federal Register notices announcing TPS decisions for existing designations were published after the end of the previous designation period.[54]

- In fiscal years 2006 through 2019, all 71 Federal Register notices announcing TPS decisions for existing designations were published 4 to 159 days before the end date of the previous designation period.

See figure 8 for more details.

---

[53]The INA requires the Secretary of Homeland Security to undertake a review of country conditions for an existing TPS designation at least 60 days before the end of the current designation period. Under the INA, DHS must publish decisions to extend or terminate a country's TPS designation in the Federal Register on a "timely basis." 8 U.S.C. § 1254a(b)(3). USCIS officials noted that they aim to publish a Federal Register notice as expeditiously as possible after the Secretary makes a TPS decision. However, the officials said that timeframes for publishing the Federal Register notice of a TPS decision may vary, depending on the OMB interagency review process, among other factors.

[54]Under 8 U.S.C. § 1254a, a TPS country designation shall remain in effect until the effective date of the termination of the designation. Therefore, in instances in which the publication of a notice in the Federal Register occurred after the end date of the previous TPS designation, such TPS designation would continue unless and until terminated by the Secretary of Homeland Security.

Figure 8: Numbers of Federal Register Notices of Extensions, Terminations, or Redesignations of Temporary Protected Status (TPS) Designations Published before and after End Dates of Previous Designation Periods, Fiscal Years 1990-2019



Source: GAO analysis of information provided in Department of Homeland Security Federal Register notices. | GAO-20-134

Note: Under 8 U.S.C. § 1254a, DHS must publish decisions to extend or terminate a country's TPS designation in the Federal Register on a timely basis. A TPS country designation remains in effect until the effective date of the termination of the designation. Therefore, while publication of a notice in the Federal Register may occur after the previous period of TPS designation has lapsed, the TPS designation will continue unless and until terminated by the Secretary of Homeland Security.

## USCIS Published Guidance Has Not Consistently Identified All Mechanisms Used to Communicate Automatic Extensions of TPS Employment Authorization Documents

Since 1990, two mechanisms—Federal Register notices and individually mailed notifications, which TPS beneficiaries may use as evidence of their eligibility for employment—have been used to communicate automatic extensions of employment authorization documents. However, USCIS's published guidance has not consistently identified each of these as official mechanisms to verify eligibility, resulting in confusion among employers about TPS beneficiaries' employment eligibility. The INA states that DHS shall provide TPS beneficiaries with "an 'employment authorized' endorsement or other appropriate work permit" but does not specify the mechanisms that DHS should use to communicate TPS employment authorization. To receive documentation of work authorization, TPS beneficiaries generally apply for an employment authorization document after an initial TPS designation and also after any

subsequent extensions or redesignations of TPS.[55] See the text box for a description of the process that TPS beneficiaries and employers must follow to verify beneficiaries' employment eligibility.

[55]According to USCIS officials, TPS registrants and reregistrants are not required to apply for an employment authorization document; however, TPS beneficiaries typically apply for the document to obtain evidence of authorization to work in the United States.

### Employment Eligibility Verification (Form I-9) Process

Form I-9 lays out a process for verifying that an employee is authorized to work in the United States. First, Form I-9 requires the employee to attest to his or her citizenship or immigration status and provide acceptable documentation of identity and employment authorization. Such documents may establish both identity and employment eligibility (e.g., an employment authorization document—Form I-766—that contains a photograph) or may establish identity only (e.g., a driver's license) or employment eligibility only (e.g., a Social Security card).

Next, Form I-9 requires the employer to attest that he or she has examined the documents presented by the employee; that the documents appear to be genuine and relate to the employee; and that, to the best of the employer's knowledge, the employee is authorized to work in the United States. In examining the documents, the employer must reject any that do not reasonably appear to be genuine and to relate to the individual presenting them or that are not on the list of acceptable documents; the employer must then ask for other documents that satisfy the requirements of Form I-9.

**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

► START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work-authorized individuals. Employers CANNOT specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** (Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|

| Address (Street Number and Name) | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

☐ 1. A citizen of the United States

☐ 2. A noncitizen national of the United States (See instructions)

☐ 3. A lawful permanent resident    (Alien Registration Number/USCIS Number):

☐ 4. An alien authorized to work   until (expiration date, if applicable, mm/dd/yyyy):
Some aliens may write "N/A" in the expiration date field. (See instructions)

Aliens authorized to work provide only one of the following document numbers to complete Form I-9:
An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.

QR Code - Section 1
Do Not Write in This Space

Source: GAO summary of U.S. Citizenship and Immigration Services documents and guidance.  |  GAO-20-134

According to USCIS officials, USCIS aims to adjudicate both initial employment authorization applications and renewal applications within 90 days after receiving an application. When it is unable to process the adjudications in this time frame, USCIS issues automatic extensions of expiring employment authorization documents for TPS beneficiaries from

a specific country, to allow time for USCIS to process the volume of applications associated with a TPS reregistration period.[56] In some instances, USCIS may issue additional automatic extensions of employment authorization documents for specific countries if it has been unable to process all pending applications within the initial automatic extension period, according to USCIS officials.

When employment authorization documents are automatically extended for eligible TPS beneficiaries, the documents may appear to have expired even though they remain valid. According to USCIS officials, DHS has used the Federal Register notices announcing TPS decisions to communicate most automatic extensions of TPS employment authorization documents. For example, on January 17, 2017, DHS published a Federal Register notice extending the TPS designation of Somalia for 18 months and, in the same notice, automatically extended for 6 months the validity of employment authorization documents issued under Somalia's TPS designation.[57] DHS has also communicated automatic extensions of TPS employment authorization documents through Federal Register notices independent of a TPS decision. Generally, Federal Register notices announcing automatic extensions of TPS employment authorization documents include instructions for employers for completing the Form I-9, among other things. Additionally, some notices state that, to reduce employer confusion regarding automatic extensions of TPS employment authorization documents, beneficiaries should explain the extension to their employer and may also provide their employer with a copy of the relevant Federal Register notice.

[56]According to USCIS guidance, automatic extensions of employment authorization documents for TPS beneficiaries may be valid for up to 180 days. USCIS officials told us that beneficiaries must generally reregister during the reregistration period for an extension of their status and that reregistration is required for beneficiaries to obtain a new employment authorization document with the validity dates of the new TPS designation period. Individual TPS beneficiaries may also receive an automatic extension of their expiring employment authorization document on the basis of timely filing of a renewal application. According to USCIS officials, these extensions are issued on an individual basis. See 8 CFR 274a.13(d).

[57]According to USCIS officials, the majority of Federal Register notices announcing TPS decisions have included an automatic extension of employment authorization documents. However, some automatic extensions have been announced through Federal Register notices independent of TPS decisions. For example, on July 7, 2005, DHS published a Federal Register notice solely to announce an automatic extension of employment authorization documentation for Honduran and Nicaraguan TPS beneficiaries. See 70 Fed. Reg. 39325 (July 7, 2005).

In five cases, beginning in fiscal year 2018, USCIS mailed notifications of automatic extensions of employment authorization documents to thousands of TPS beneficiaries from Haiti, El Salvador, Syria, and Honduras as an alternative or a supplement to posting the information in Federal Register notices.[58] USCIS officials told us that in these cases, they mailed individual notifications of the automatic extensions to ensure that the beneficiaries would not experience any gaps in employment authorization. According to the officials, they began this practice because of the large number of affected beneficiaries. Our examination of USCIS documents found that in four of these five cases, USCIS mailed individual notifications to the TPS beneficiaries without also posting a Federal Register notice communicating the automatic extension.

In all five cases, USCIS published guidance on its website to inform TPS beneficiaries and employers about the use of individually mailed notifications to communicate employment authorization document extensions. USCIS's website states that TPS beneficiaries may present the Federal Register notice or individually mailed notification to their employer along with their expired employment authorization documents to show proof of continued employment authorization. The individual notifications also state that beneficiaries may show the notifications, along with the expired employment authorization document, to any U.S. employer as proof of continued employment authorization.[59]

However, a USCIS handbook for employers and related guidance do not specifically identify the individually mailed notifications as an official means of communicating these extensions.

- USCIS's *Handbook for Employers: Guidance for Completing Form I-9 (M-274)* provides guidance for employers on how to properly complete Form I-9, which helps employers verify that individuals are authorized to work in the United States. The handbook contains a section about

---

[58]Specifically, USCIS mailed notifications of automatic extensions of employment authorization documents for Haiti on January 22, 2018, and on July 18, 2018; for El Salvador on August 23, 2018; for Syria on September 11, 2018; and for Honduras on December 6, 2018. USCIS communicated an automatic extension of employment authorization documents for TPS beneficiaries from Haiti through the individually mailed notification, sent on January 22, 2018, as well as through a Federal Register notice published on January 18, 2018.

[59]USCIS officials noted that USCIS also provides information about automatic extensions of TPS employment authorization documents in E-Verify, a voluntary web-based system that allows employers to confirm the eligibility of their employees to work in the United States.

automatic employment authorization document extensions for TPS beneficiaries that references USCIS's use of Federal Register notices to inform the public of these extensions. However, the handbook for employers does not mention USCIS's use of individually mailed notifications to communicate the automatic extensions.

- USCIS's *Instructions for Form I-9, Employment Eligibility Verification* notes that certain employees, including TPS beneficiaries, may present an expired employment authorization document, which may be considered unexpired if the document has been extended by USCIS. The guidance also notes that employees should enter the expiration date of an automatic extension on Form I-9. However, the instructions for Form I-9 do not detail USCIS's mechanisms for communicating these extensions, including its use of individually mailed notifications.

Some employers have reportedly refused to accept expired employment authorization documents as proof of work authorization when the documents had been automatically extended. For example, the Department of Justice's Civil Rights Division telephone interventions website indicates that on approximately 50 occasions from September 2017 through May 2019, the Immigrant and Employee Rights Section intervened to deter employers or medical licensing boards from rejecting valid work authorization documents and, in some cases, from terminating employment for TPS beneficiaries whose employment authorization documents had been automatically extended.[60] Also, a letter to USCIS signed by 70 law professors and scholars states that some legal service providers have reported instances of employers' terminating TPS beneficiaries' employment because the employer did not understand or accept the individually mailed notifications.[61] Further, USCIS has received feedback from certain stakeholders concerned that beneficiaries might not be receiving the individual notifications in time to avoid any potential gaps in work authorization, according to USCIS officials.

USCIS officials told us that the Federal Register process may be beneficial for communicating employment authorization in some cases but that they may also continue to use the individually mailed notifications

---

[60]Department of Justice Civil Rights Division, "Telephone Interventions," accessed June 27, 2019, https://www.justice.gov/crt/telephone-interventions-2.

[61]Catholic Legal Immigration Network, letter to Secretary of Homeland Security and Director of U.S. Citizenship and Immigration Services, November 28, 2018, accessed March 27, 2019, https://cliniclegal.org/resources/humanitarian-relief/letter-70-law-professors-and-scholars-uscis-and-dhs-regarding-work.

as a mechanism to communicate future extensions, depending on the circumstances. USCIS has acknowledged the potential benefits of updating external guidance regarding automatic extensions of TPS employment authorization documents. However, as of December 2019, USCIS had not taken action to do so. Replying to a letter of concern from an advocacy group, USCIS stated that it could consider updating the handbook for employers to add additional guidance regarding individually mailed notifications.[62]

Effective information and communication are vital for an entity to achieve its objectives. According to *Standards for Internal Control in the Federal Government*, management should document policies in the appropriate level of detail and externally communicate the necessary quality information to achieve an entity's objectives.[63] Updating external guidance, such as the employer handbook, to clearly identify each of the official mechanisms that USCIS may use to communicate automatic extensions of TPS employment authorization documents could help USCIS ensure that employers understand and accept each of its official mechanisms for communicating these automatic extensions. This, in turn, would help to reduce the risk of employers' terminating beneficiaries from their jobs as a result of confusion caused by unclear or inconsistent guidance.

# Conclusions

The Secretary of Homeland Security has granted TPS, providing work authorization and protection from removal, to foreign nationals from 22 countries since TPS was established in 1990. DHS has generally communicated information about employment authorization for TPS beneficiaries in a Federal Register notice, although in some cases USCIS used individually mailed notifications to communicate automatic extensions of employment authorization documents. However, USCIS's published guidance has not consistently identified individually mailed notifications as a mechanism that may be used, leading to confusion about beneficiaries' employment eligibility and reportedly resulting in termination of some beneficiaries' employment. Consistent published guidance that clearly identifies each of the mechanisms used to communicate automatic extensions of TPS employment authorization

---

[62]U.S. Citizenship and Immigration Services, letter to Director of Advocacy at the Catholic Legal Immigration Network, December 6, 2018, accessed June 27, 2019, https://www.uscis.gov/sites/default/files/files/nativedocuments/Work_Authorization_extensions_for_individuals_with_TPS_from_Haiti_El_Salvador_and_Syria_-_Bussey.pdf.

[63]GAO-14-704G.

documents could help USCIS ensure that employers understand and accept the evidence USCIS provides for employment authorization, reducing the risk of erroneous termination of beneficiaries' employment.

## Recommendation for Executive Action

The Director of USCIS should update published guidance, such as *Handbook for Employers: Guidance for Completing Form I-9 (M-274)*, to consistently identify each of the official mechanisms that USCIS may use to communicate automatic extensions of TPS employment authorization documents.

(Recommendation 1)

## Agency Comments

We provided a draft of this report to DHS, State, the Department of Defense, the Department of Health and Human Services, and the U.S. Agency for International Development for review and comment. In its written comments, reproduced in appendix III, DHS agreed with our recommendation and noted planned actions to implement it, including updating guidance in DHS's M-274 handbook. DHS's planned actions will address the intent of our recommendation if they include updating guidance regarding each of the official mechanisms that USCIS may use to communicate automatic extensions of TPS employment authorization documents, including the use of individually mailed notifications. The U.S. Agency for International Development also provided written comments, which are reproduced in appendix IV. In addition, DHS and State provided technical comments that we incorporated as appropriate. The Department of Defense and the Department of Health and Human Services did not provide comments.

We are sending copies of this report to the appropriate congressional committees, and the Acting Secretary of Homeland Security and Secretary of State, as well as the Secretary of Defense, the Secretary of Health and Human Services, the Director of the Centers for Disease Control and Prevention, and the Administrator of the U.S. Agency for International Development.

If you or your staff have any questions about this report, please contact Chelsa Gurkin at (202) 512-2964 or GurkinC@gao.gov, or Rebecca Gambler at (202) 512-6912 or GamblerR@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. GAO staff who made major contributions to this reports are listed in appendix V.

Chelsa Gurkin
Director, International Affairs and Trade

Rebecca Gambler
Director, Homeland Security and Justice

*List of Requesters*

The Honorable Benjamin L. Cardin
Ranking Member
Subcommittee on Western Hemisphere, Transnational Crime, Civilian
Security, Democracy, Human Rights, and Global Women's Issues
Committee on Foreign Relations
United States Senate

The Honorable Richard Blumenthal
United States Senate

The Honorable Cory A. Booker
United States Senate

The Honorable Richard J. Durbin
United States Senate

The Honorable Kirsten Gillibrand
United States Senate

The Honorable Edward J. Markey
United States Senate

The Honorable Jeffrey A. Merkley
United States Senate

The Honorable Gary C. Peters
United States Senate

# Appendix I: Objectives, Scope, and Methodology

Our objectives were to (1) describe Temporary Protected Status (TPS) determinations and numbers of beneficiaries since TPS was established in 1990; (2) describe the approach that the Department of Homeland Security (DHS), in consultation with the Department of State (State) and other relevant agencies, takes to inform the Secretary of Homeland Security's TPS reviews; and (3) examine DHS's public communication regarding TPS decisions and related information, including work authorization.

To describe TPS determinations since TPS was established in 1990, we reviewed information and data in Federal Register notices for all TPS designations in fiscal years 1990 through 2019. Specifically, we reviewed the designation time frames and bases (i.e., ongoing armed conflict, environmental disaster, or extraordinary and temporary conditions) for each designation since TPS was established. We also analyzed U.S. Citizenship and Immigration Services (USCIS) data on numbers of TPS beneficiaries for fiscal years 1990 through 2018. In addition, we analyzed USCIS data on TPS beneficiaries' characteristics, such as numbers, location, age, and gender of foreign nationals granted TPS, for fiscal year 2018.[1]

To assess the reliability of USCIS data on TPS beneficiaries, we reviewed documentation and interviewed USCIS officials to identify and rectify any missing or erroneous data. According to USCIS officials, USCIS removes from its data on TPS beneficiaries any who become U.S. citizens or whose status is withdrawn, either because they no longer meet eligibility requirements or because they requested that USCIS withdraw their status. However, according to officials, the data may include foreign nationals who have since died, moved out of the country, or have an additional immigration status. Additionally, because the data comprise information provided by TPS applicants, the data may include a small number of applicant errors, according to officials. We determined that the data for fiscal years 2000 through 2018 were sufficiently reliable to provide general information about the size and characteristics of TPS

---

[1]We selected this time period to include data on beneficiaries from the fiscal year when TPS was established through the most recent fiscal year for which data were available.

beneficiaries.[2] USCIS was not able to provide reliable data on numbers of TPS beneficiaries before fiscal year 2000 because, according to USCIS officials, these data were not consistently entered electronically in USCIS information systems.

To describe the approach that DHS, in consultation with State and other relevant agencies, takes to inform the Secretary of Homeland Security's TPS reviews, we reviewed provisions in the Immigration and Nationality Act (INA) related to TPS as well as DHS and State documentation, such as informal guidance documents used since fiscal year 2014 or earlier regarding steps taken for a TPS review.[3] We also conducted interviews with DHS and State officials related to the processes they have used to collect information for TPS reviews since fiscal year 2014. Specifically, we interviewed DHS officials from U.S. Customs and Border Protection; the U.S. Coast Guard; U.S. Immigration and Customs Enforcement; the Management Directorate; the Office of the Executive Secretary; the Office of Intelligence and Analysis; the Office of Legislative Affairs; the Office of Partnership and Engagement; the Office of Public Affairs; the Office of Strategy, Policy, and Plans, including the Office of Immigration Statistics; and USCIS—in particular, USCIS's Office of Policy and Strategy and USCIS's Refugees, Asylum, and International Operations Directorate. We interviewed State officials from the Bureau of Population, Refugees, and Migration and several regional bureaus, including desk officers from the Bureaus of African Affairs, Near Eastern Affairs, South and Central Asian Affairs, and Western Hemisphere Affairs. We also interviewed State

---

[2]USCIS also compiles estimates of expected TPS reregistrants based on reregistration trends; according to USCIS officials, these estimates help USCIS to forecast its budget. According to officials, USCIS recently stopped including expected TPS reregistration numbers in the Federal Register notices because the public found the data confusing. The officials added that the estimates could also be misleading depending on the circumstances, because, although the estimates are based largely on numbers of prior reregistrants, additional individuals from a country that is redesignated for TPS may be able to newly register for TPS. Therefore, we have not included USCIS data on expected TPS reregistrants in this report.

[3]We reviewed an internal template that USCIS's Refugee, Asylum and International Operations Directorate (RAIO) officials told us that they use as informal guidance for the draft country conditions reports that they compile for USCIS's Office of Policy & Strategy for reviews for initial or existing TPS designations. We did not assess the extent to which the RAIO country condition reports in our judgmental sample aligned with RAIO's internal template for these reports; rather, our methodology consisted of reviewing the reports in our sample to provide a general overview of the content and types of information included in each report.

**Appendix I: Objectives, Scope, and Methodology**

officials from overseas posts for countries that we selected for our review, including El Salvador, Haiti, Honduras, Nepal, Sudan, and Yemen.[4]

We reviewed documentation that DHS and State provided for a judgmental, nongeneralizable sample of eight countries for which DHS rendered TPS decisions in fiscal years 2014 through 2018 (El Salvador, Haiti, Honduras, Nepal, Nicaragua, Sudan, Syria, and Yemen); the TPS decisions for these eight countries represented 26 of a total of 42 TPS decisions for 13 countries in that period.[5] We selected this sample to represent a range of decision types and designation reasons, among other factors. While this sample cannot be generalized to the countries or decisions we did not review, it provided valuable information about the approach that DHS uses for TPS reviews. The primary documents that we reviewed for each decision included information about country conditions that USCIS and State had compiled and recommendations that USCIS and State leadership had provided to the Secretary of Homeland Security. Some of the documents that we received had been redacted because of ongoing litigation related to TPS. Table 3 provides additional details of the decisions in our judgmental sample.

---

[4]We were not able to interview officials from the post in Nicaragua, because the mission had been evacuated after the latest TPS review and State officials informed us that those present at the post at the time of our review would not be able to respond to our questions. However, we were able to interview the regional bureau desk officer for Nicaragua, who was previously posted in Nicaragua during the latest TPS review for Nicaragua. In addition, regional bureau officials told us that State did not obtain country conditions information directly from the post for TPS reviews for Syria, because the embassy was closed due to hostilities in the country.

[5]Although we reviewed the approach that DHS takes to inform the Secretary of Homeland Security's TPS reviews, we did not review the Secretary of Homeland Security's decision-making for specific TPS decisions for the eight countries in our sample.

Appendix I: Objectives, Scope, and
Methodology

**Table 3: Judgmental Sample of Temporary Protected Status (TPS) Decisions**

| No. | Country | Decision type | Designation basis | Federal Register notice date |
|---|---|---|---|---|
| 1 | El Salvador | Extension | Environmental disaster | Jan. 7, 2015 |
| 2 | El Salvador | Extension | Environmental disaster | July 8, 2016 |
| 3 | El Salvador | Termination | Environmental disaster | Jan. 18, 2018 |
| 4 | Haiti | Extension | Extraordinary and temporary conditions | Mar. 3, 2014 |
| 5 | Haiti | Extension | Extraordinary and temporary conditions | Aug. 25, 2015 |
| 6 | Haiti | Extension | Extraordinary and temporary conditions | May 24, 2017 |
| 7 | Haiti | Termination | Extraordinary and temporary conditions | Jan. 18, 2018 |
| 8 | Honduras | Extension | Environmental disaster | Oct. 16, 2014 |
| 9 | Honduras | Extension | Environmental disaster | May 16, 2016 |
| 10 | Honduras | Extension | Environmental disaster | Dec. 15, 2017 |
| 11 | Honduras | Termination | Environmental disaster | June 5, 2018 |
| 12 | Nepal | Designation | Environmental disaster | June 24. 2015 |
| 13 | Nepal | Extension | Environmental disaster | Oct. 26, 2016 |
| 14 | Nepal | Termination | Environmental disaster | May 22, 2018 |
| 15 | Nicaragua | Extension | Environmental disaster | Oct. 16, 2014 |
| 16 | Nicaragua | Extension | Environmental disaster | May 16, 2016 |
| 17 | Nicaragua | Termination | Environmental disaster | Dec. 15, 2017 |
| 18 | Sudan | Extension | Armed conflict; extraordinary and temporary conditions | Sept. 2, 2014 |
| 19 | Sudan | Extension | Armed conflict; extraordinary and temporary conditions | Jan. 25, 2016 |
| 20 | Sudan | Termination | Armed conflict; extraordinary and temporary conditions | Oct. 11, 2017 |
| 21 | Syria | Extension, redesignation[a] | Armed conflict; extraordinary and temporary conditions | Jan. 5, 2015 |
| 22 | Syria | Extension, redesignation | Armed conflict; extraordinary and temporary conditions | Aug. 1, 2016 |
| 23 | Syria | Extension | Armed conflict; extraordinary and temporary conditions | Mar. 5, 2018 |
| 24 | Yemen | Designation | Armed conflict | Sept. 3, 2015 |
| 25 | Yemen | Extension, redesignation | Armed conflict; extraordinary and temporary conditions | Jan. 4, 2017 |
| 26 | Yemen | Extension | Armed conflict; extraordinary and temporary conditions | Aug. 14, 2018 |

Source: GAO summary of information about our judgmental sample of TPS decisions. | GAO-20-134

[a]According to USCIS officials, from 1997 through 2017, DHS used the term "'redesignate'" for instances in which the Secretary of Homeland Security newly designated a country for TPS after an initial designation or extension period. Beginning in 2018, DHS began using the term "'newly designate'" for these decisions. See 8 U.S.C. §1254a(b).

**Appendix I: Objectives, Scope, and
Methodology**

In addition, we reviewed examples of other information that may be
provided for a TPS review, including examples of input from other DHS
components, other U.S. agencies, the White House, members of
Congress, foreign governments, and nongovernmental organizations.
Specifically, we received examples of this type of information for each of
the eight countries in our judgmental, nongeneralizable sample,
representing 15 of the 26 TPS decisions. For example, this information
included immigration data and internal intelligence analyses compiled by
DHS's Office of Immigration Statistics, U.S. Customs and Border
Protection, U.S. Immigration and Customs Enforcement, and Office of
Intelligence and Analysis. We also reviewed examples of updates
provided by senior Department of Defense officials for the Secretary of
Homeland Security regarding the security situation in a country; technical
input from the Department of Health and Human Services Centers for
Disease Control and Prevention about the status of an epidemic in a
country; and information from the U.S. Agency for International
Development about country conditions on the ground. In addition, we
interviewed officials from these three agencies regarding the types of
information that they may provide for TPS reviews. Further, we reviewed
examples of letters from members of Congress, foreign government
officials, and nongovernmental organizations related to TPS reviews.
Moreover, we reviewed examples of briefing or meeting agendas and
related materials for internal and external briefings, including external
briefings with White House officials, foreign government officials, and
nongovernmental organizations.

To examine DHS's public communication regarding TPS decisions and
related information, including work authorization, we reviewed DHS's
public communications related to TPS, including Federal Register notices,
press releases, and USCIS's website, among other information. We
analyzed information in Federal Register notices published from
November 29, 1990, through October 1, 2019 (the most recent available
at the time of our review), to determine the timing of notices for TPS
decisions and the types of information included in the notices. We
reviewed examples of USCIS's Office of Public Affairs guidance for public
communication of TPS decisions. We also interviewed USCIS officials
regarding the mechanisms that DHS used to communicate TPS decisions
and related information, including DHS's process for drafting and
publishing Federal Register notices.

Further, we examined DHS's guidance and procedures as of fiscal year
2019 for communicating TPS employment authorization, including
automatic extensions of employment authorization. We reviewed USCIS's

**Appendix I: Objectives, Scope, and
Methodology**

public communications related to automatic extensions of TPS
employment authorization for both beneficiaries and employers in Federal
Register notices, individually mailed notifications, an employer handbook,
and information published on USCIS's website. We interviewed USCIS
officials regarding USCIS's approach to communicating TPS employment
authorization, including automatic extensions. We also reviewed
information from the Department of Justice Civil Rights Division's website
related to confusion over automatic extensions of employment
authorization documents for TPS beneficiaries.[6] Additionally, we reviewed
a letter to USCIS signed by 70 law professors and scholars related to
instances of employers terminating TPS beneficiaries.[7] Finally, we
compared DHS's guidance and procedures with federal internal control
standards related to documenting policies and externally communicating
information.[8]

We conducted this performance audit from September 2018 to March
2020 in accordance with generally accepted government auditing
standards. Those standards require that we plan and perform the audit to
obtain sufficient, appropriate evidence to provide a reasonable basis for
our findings and conclusions based on our audit objectives. We believe
that the evidence obtained provides a reasonable basis for our findings
and conclusions based on our audit objectives.

---

[6]Department of Justice Civil Rights Division, "Telephone Interventions," accessed June
27, 2019, https://www.justice.gov/crt/telephone-interventions-2.

[7]Catholic Legal Immigration Network, letter to Secretary of DHS and Director of USCIS,
November 18, 2018, accessed March 27, 2019,
https://cliniclegal.org/resources/humanitarian-relief/letter-70-law-professors-and-scholars-
uscis-and-dhs-regarding-work. We did not independently verify the issues cited in this
letter.

[8]GAO, *Standards for Internal Control in the Federal Government*, GAO-14-704G
(Washington, D.C.: September 2014).

# Appendix II: Numbers and Characteristics of Temporary Protected Status Beneficiaries, Fiscal Years 2000-2018

Table 4 lists the numbers of TPS beneficiaries, by country of citizenship, in fiscal years 2000 through 2018. During this period, the country with the largest number of TPS beneficiaries in any given fiscal year was El Salvador, with 262,262 in fiscal year 2010; followed by Honduras, with 85,759 in fiscal year 2007; and Haiti, with 58,294 in fiscal year 2014. In contrast, during the same period, Montserrat had the smallest maximum number of TPS beneficiaries in any given fiscal year, with a maximum of 21 in fiscal year 2004; followed by Angola, with a maximum of 47 in fiscal year 2002; and Burundi, with a maximum of 50 in fiscal year 2007.

Appendix II: Numbers and Characteristics of Temporary Protected Status Beneficiaries, Fiscal Years 2000-2018

**Table 4: Temporary Protected Status (TPS) Beneficiaries, by Country of Citizenship, Fiscal Years 2000-2018**

| Year | Somalia | Monserrat | Burundi | Sierra Leone | Sudan | Honduras | Nicaragua[a] | Angola | El Salvador | Haiti | South Sudan | Syria | Guinea | Liberia | Nepal | Yemen |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 10 | 15 | 19 | 961 | 179 | 65,874 | 3,581 | 22 | – | – | – | – | – | – | – | – |
| 2001 | 10 | 20 | 25 | 1,048 | 191 | 69,573 | 3,751 | 39 | 21,890 | – | – | – | – | – | – | – |
| 2002 | 37 | 20 | 25 | 1,082 | 193 | 72,812 | 4,013 | 47 | 98,364 | – | – | – | – | – | – | – |
| 2003 | 156 | 20 | 29 | 1,113 | 193 | 75,467 | 4,209 | – | 166,654 | – | – | – | – | 1,596 | – | – |
| 2004 | 167 | 21 | 29 | – | 192 | 78,183 | 4,433 | – | 225,301 | – | – | – | – | 1,959 | – | – |
| 2005 | 173 | – | 31 | – | 222 | 83,874 | 4,734 | – | 242,713 | – | – | – | – | 2,081 | – | – |
| 2006 | 385 | – | 49 | – | 603 | 85,414 | 4,850 | – | 252,786 | – | – | – | – | 4,474 | – | – |
| 2007 | 408 | – | 50 | – | 637 | 85,759 | 4,910 | – | 257,345 | – | – | – | – | 4,508 | – | – |
| 2008 | 414 | – | 49 | – | 645 | 85,461 | 4,935 | – | 261,181 | – | – | – | – | – | – | – |
| 2009 | 421 | – | – | – | 658 | 85,101 | 4,970 | – | 262,006 | – | – | – | – | – | – | – |
| 2010 | 440 | – | – | – | 668 | 85,150 | 4,966 | – | 262,262 | 42,132 | – | – | – | – | – | – |
| 2011 | 440 | – | – | – | 659 | 84,498 | 4,925 | – | 261,227 | 48,695 | – | – | – | – | – | – |
| 2012 | 436 | – | – | – | 659 | 84,005 | 4,891 | – | 260,476 | 58,031 | 1 | 177 | – | – | – | – |
| 2013 | 461 | – | – | – | 682 | 83,747 | 4,850 | – | 259,926 | 58,232 | 3 | 2,036 | – | – | – | – |
| 2014 | 479 | – | – | - | 829 | 83,049 | 4,790 | – | 258,071 | 58,294 | 20 | 4,471 | – | – | – | – |
| 2015 | 476 | – | – | 840 | 834 | 82,515 | 4,730 | – | 256,631 | 57,987 | 26 | 4,830 | 542 | 1,612 | 1,085 | – |
| 2016 | 480 | – | – | 1,256 | 830 | 81,635 | 4,657 | – | 253,619 | 57,638 | 42 | 6,008 | 1,013 | 2,303 | 12,139 | 780 |
| 2017 | 477 | – | – | – | 829 | 80,637 | 4,567 | – | 250,932 | 57,152 | 74 | 6,831 | – | – | 14,516 | 1,090 |
| 2018 | 463 | – | – | – | 804 | 80,748 | 4,524 | – | 251,664 | 56,455 | 83 | 7,009 | – | – | 14,578 | 1,464 |

Legend: – = no TPS beneficiaries.

Source: GAO analysis of U.S. Citizenship and Immigration Services data. | GAO-20-134

Notes: The data shown for each fiscal year represent eligible foreign nationals who were granted TPS and whose status was valid as of September 30 of that fiscal year. According to U.S. Citizenship and Immigration Services officials, foreign nationals granted TPS may be included in the data for multiple fiscal years as long as they maintain valid status. Officials noted that, depending on the population size, it may take USCIS years to adjudicate all applications for TPS from nationals of a given country. Therefore, numbers of TPS beneficiaries may continue to increase after the established registration period for a specific designation. The data shown may also include some foreign nationals who have an additional immigration status as well as some who have left the United States or died, according to USCIS officials. USCIS officials noted that TPS beneficiaries who become U.S. citizens or whose status is withdrawn, either because they no longer meet eligibility requirements or because they requested that USCIS withdraw their status, are removed from the data in the fiscal year that their status changes. According to USCIS officials, data for TPS beneficiaries were not consistently entered electronically in USCIS's information system before fiscal year 2000. As a result, we determined that USCIS data on numbers of TPS beneficiaries before fiscal year 2000 were not sufficiently reliable for our purposes.

Figure 9 presents the ages and genders of Temporary Protected Status (TPS) beneficiaries in fiscal year 2018, based on U.S. Citizenship and Immigration Services information and data. The majority of TPS beneficiaries in fiscal year 2018 were 31 to 50 years of age (62 percent) and male (55 percent).

**Figure 9: Age and Gender of Temporary Protected Status (TPS) Beneficiaries, Fiscal Year 2018**



Source: GAO analysis of U.S. Citizenship and Immigration Services data.   |  GAO-20-134

Note: The data shown represent foreign nationals who were granted TPS as of September 30, 2018. According to U.S. Citizenship and Immigration Services (USCIS), data are self-reported by Temporary Protected Status beneficiaries and may therefore include a small number of records with applicant error. As a result, the data shown do not sum precisely to the total number of TPS beneficiaries in fiscal year 2018 (417,792). According to USCIS officials, data may include some eligible foreign nationals who have an additional immigration status as well as some who have left the United States or died.

Figure 10 shows the location, by state of residency, of TPS beneficiaries in fiscal year 2018. TPS beneficiaries resided in all 50 states and the District of Columbia in fiscal year 2018, with the highest populations in California, Florida, Texas, and New York.

**Figure 10: Temporary Protected Status (TPS) Beneficiaries, by State of Residency, Fiscal Year 2018**



Source: GAO analysis of U.S. Citizenship and Immigration Services data.   |   GAO-20-134

Note: The data shown reflect addresses in U.S. Citizenship and Immigration Services' (USCIS) information system at the time of the most recently approved TPS applications for eligible foreign nationals who were granted TPS as of September 30, 2018. According to USCIS officials, the data do not reflect any address changes after the most recently approved application. The data shown are

**Appendix II: Numbers and Characteristics of Temporary
Protected Status Beneficiaries, Fiscal Years 2000-2018**

self-reported by TPS beneficiaries and therefore may include a small number of records with applicant error, according to USCIS officials. Additionally, the data do not reflect TPS beneficiaries residing in U.S. territories or serving in the U.S. armed forces. As a result, the data shown do not sum precisely to the total number of TPS beneficiaries in fiscal year 2018 (417,792). According to officials, the data may include some eligible foreign nationals who have an additional immigration status as well as some who have left the United States or died.

# Appendix III: Comments from Department of Homeland Security



**U.S. Department of Homeland Security**
Washington, DC 20528

March 6, 2020

Chelsa Gurkin
Director, International Affairs and Trade
U.S. Government Accountability Office
441 G Street, NW
Washington, DC 20548

Rebecca Gambler
Director, Homeland Security and Justice
U.S. Government Accountability Office
441 G Street, NW
Washington, DC 20548

Re:     Management Response to Draft Report GAO-20-134, "TEMPORARY
        PROTECTED STATUS:  Steps Taken to Inform and Communicate Secretary of
        Homeland Security's Decisions"

Dear Ms. Gurkin and Ms. Gambler:

Thank you for the opportunity to comment on this draft report.  The U.S. Department of
Homeland Security (DHS) appreciates the U.S. Government Accountability Office's
(GAO) work in planning and conducting its review and issuing this report.

The Department is pleased to note GAO's (1) reporting of DHS's decision-making
process for determining whether to designate, extend, or terminate a foreign state's
designation for Temporary Protected Status (TPS), and (2) recognition that DHS
communicates all TPS decisions to the public through required Federal Register notices
and other mechanisms, such as website postings.  DHS remains committed to making all
TPS determinations in full compliance with the law.

The draft report contained one recommendation with which the Department concurs.
Attached find our detailed response to the recommendation.  DHS previously submitted
technical comments under a separate cover for GAO's consideration.

**Appendix III: Comments from Department of Homeland Security**

Again, thank you for the opportunity to review and comment on this draft report. Please feel free to contact me if you have any questions. We look forward to working with you again in the future.

Sincerely,

JIM H. CRUMPACKER, CIA, CFE
Director
Departmental GAO-OIG Liaison Office

Attachment

2

**Attachment: Management Response to Recommendation
Contained in GAO-20-134**

GAO recommended that the Director of U.S. Citizenship and Immigration Services
(USCIS):

**Recommendation 1:** Update published guidance, such as Handbook for Employers:
Guidance for Completing Form I-9 (M-274), to consistently identify each of the official
mechanisms that USCIS may use to communicate automatic extensions of TPS
employment authorization documents.

**Response:** Concur. USCIS's Immigration Records and Identity Services Directorate
(IRIS)-Verification Division is currently revising the M-274. The revised M-274 will
provide additional information on completing the Employment Eligibility Verification
(Form I-9) for TPS beneficiaries. Specifically, these revisions will include additional
subsections of instructions for completing Form I-9 when a TPS beneficiary's
Employment Authorization Document (EAD) is automatically extended by a Federal
Register notice and/or a TPS beneficiary receives a Notice of Action, Form I-797C,
automatically extending their expired EAD after applying for a new EAD. Also, the
IRIS-Verification Division will revise TPS guidance on I-9 Central, the online Form I-9
resource center, to reflect the information added to the M-274. Estimated Completion
Date: April 30, 2020.

3

# Appendix IV: Comments from U.S. Agency for International Development



MAR 1 0 2020

Thomas Melito
Managing Director, International Affairs and Trade
U.S. Government Accountability Office
441 G Street, N.W.
Washington, D.C.  20226

Re:    TEMPORARY PROTECTED STATUS – Steps Taken to Inform and Communicate
       Secretary of Homeland Security's Decisions (GAO-20-134)

Dear Mr. Melito:

    Thank you for providing the U.S. Agency for International Development (USAID) with
an opportunity to review and comment on the draft report produced by the U.S. Government
Accountability Office (GAO) titled, *Temporary Protected Status: Steps Taken to Inform and
Communicate Secretary of Homeland Security's Decisions* (GAO-20-134).  USAID does not
have any comments on the draft report.

    In this engagement, the GAO reviewed the internal decision-making process  at the U.S.
Department of State for designating and/or extending Temporary Protected Status (TPS) for
select nationalities.  The GAO also reviewed the State Department's process for seeking input for
the review of TPS by the Secretary for Homeland Security.  USAID is not involved in the
decision-making process for TPS designations; however, the State Department might ask the
Agency to provide information gathered "on the ground" or from publicly available sources.


    Thank you for the opportunity to respond to the draft report.


                                            Sincerely,

                                            Frederick M. Nutt
                                            Assistant Administrator,
                                            Bureau for Management


Enclosure:  a/s

# Appendix V: GAO Contacts and Staff Acknowledgments

| GAO Contacts | Chelsa Gurkin, (202) 512-2964 or GurkinC@gao.gov |
|---|---|
| | Rebecca Gambler, (202) 512-6912 or GamblerR@gao.gov |

| Staff Acknowledgments | In addition to the contacts named above, Miriam Carroll Fenton and Taylor Matheson (Assistant Directors), Elisabeth Helmer, Cristina Norland, Ben DeYoung, Martin De Alteriis, Neil Doherty, Jenny Grover, Reid Lowe, Mary Moutsos, Jan Montgomery, Jon Najmi, Nicole Willems, and Bailey Wong made key contributions to this report. Alana Miller and Danielle Rudstein provided technical assistance. |
|---|---|

| | |
|---|---|
| **GAO's Mission** | The Government Accountability Office, the audit, evaluation, and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| **Obtaining Copies of GAO Reports and Testimony** | The fastest and easiest way to obtain copies of GAO documents at no cost is through our website. Each weekday afternoon, GAO posts on its website newly released reports, testimony, and correspondence. You can also subscribe to GAO's email updates to receive notification of newly posted products. |
| **Order by Phone** | The price of each GAO publication reflects GAO's actual cost of production and distribution and depends on the number of pages in the publication and whether the publication is printed in color or black and white. Pricing and ordering information is posted on GAO's website, https://www.gao.gov/ordering.htm. |
| | Place orders by calling (202) 512-6000, toll free (866) 801-7077, or TDD (202) 512-2537. |
| | Orders may be paid for using American Express, Discover Card, MasterCard, Visa, check, or money order. Call for additional information. |
| **Connect with GAO** | Connect with GAO on Facebook, Flickr, Twitter, and YouTube. Subscribe to our RSS Feeds or Email Updates. Listen to our Podcasts. Visit GAO on the web at https://www.gao.gov. |
| **To Report Fraud, Waste, and Abuse in Federal Programs** | Contact FraudNet: Website: https://www.gao.gov/fraudnet/fraudnet.htm Automated answering system: (800) 424-5454 or (202) 512-7700 |
| **Congressional Relations** | Orice Williams Brown, Managing Director, WilliamsO@gao.gov, (202) 512-4400, U.S. Government Accountability Office, 441 G Street NW, Room 7125, Washington, DC 20548 |
| **Public Affairs** | Chuck Young, Managing Director, youngc1@gao.gov, (202) 512-4800 U.S. Government Accountability Office, 441 G Street NW, Room 7149 Washington, DC 20548 |
| **Strategic Planning and External Liaison** | James-Christian Blockwood, Managing Director, spel@gao.gov, (202) 512-4707 U.S. Government Accountability Office, 441 G Street NW, Room 7814, Washington, DC 20548 |



Please Print on Recycled Paper.

**Exhibit 17**

1

2

3

4

5

6

7

8

9

10

11

12  January 15, 2025

13  Confirmation Hearing of Homeland Security

14  Secretary Nominee Gov. Kristi Noem

15

16

17

18

19

20

21

22

23

24

25

Page  1

1    SENATOR PAUL: ... that the department
2  and its components engage in. In other words, we
3  do so much stuff and we're so big we can't
4  describe it for you. But if we can't describe
5  what we have, we got a problem. In plain
6  language, the DHS had really no idea. Think
7  about it. An agency commanding over $110 billion
8  annually can't account for its own activities.
9  This is not just bureaucratic incompetence, it's
10 emblematic of a deeper issue, an agency unsure of
11 its own boundaries and commitments. How can an
12 agency fulfill its mission or earn the American
13 people's trust if it doesn't even know the extent
14 of its own operations?
15    But the problems don't stop there.
16 Instead of focusing on critical threats like
17 securing the southwest border, DHS has shifted
18 its gaze inward, targeting law-abiding Americans.
19 DHS, under the Biden administration, has often
20 used its vast powers to target Americans
21 exercising their constitutional rights. It's
22 become an agency more focused on policing speech,
23 monitoring social media, and labeling political
24 dissent as "domestic terrorism" than addressing
25 genuine security threats. While cartels traffic

Page 2

1  people and fentanyl across an unguarded border,
2  DHS has spent its time and resources creating
3  partisan disinformation boards, spying on
4  Americans through invasive surveillance
5  technologies. The mission drift is dangerous.
6  Every dollar spent monitoring law-abiding
7  citizens is a dollar not spent securing the
8  homeland. Every moment spent targeting political
9  opponents is a moment not addressing real threats
10 like border security, cyber-attacks, or the
11 rising influence of adversarial nation states.
12 The priorities of DHS have been deeply distorted,
13 and the American people are paying the price.
14    And what about DHS's response to COVID-
15 19, arguably one of the greatest threats to
16 homeland security? The answer is clear:
17 nothing. They knew nothing of the origins, they
18 didn't study the issue, and they had no
19 information about gain-of-function research.
20 We've seen firsthand how unchecked government
21 overreach leads to waste, fraud, and abuse. We
22 cannot let DHS become yet another agency that
23 operates behind a veil of secrecy. The American
24 people deserve transparency, accountability, and
25 leadership that puts national security and

Page 3

1  liberty hand in hand, not at odds with each
2  other.
3    Today we gather to consider the
4  nomination of Governor Kristi Noem to serve as
5  the Secretary of Department of Homeland Security.
6  I hope this hearing will set the tone for this
7  committee's work in the new Congress to restore
8  transparency and accountability to an executive
9  branch that has grown unchecked. Governor Noem,
10 if confirmed, you will lead an agency that has
11 lost its way. Your record as governor of South
12 Dakota and a former member of Congress
13 demonstrates your willingness to make difficult
14 decisions in the face of significant political
15 pressure, and to put the interest of American
16 people first. You have the opportunity today to
17 address how your background and vision will
18 translate to leading one of the most critical and
19 scrutinized departments in the federal
20 government.
21    This is the first of many consequential
22 moments for this committee as we renew our
23 commitment to the constitutional oversight role
24 that Congress must assert. I have no doubt that
25 the nominee we'll consider in the coming weeks

Page 4

1  and months that you will be up for the challenge.
2  Governor Noem, thank you for your willingness to
3  serve, and I yield to the Ranking Member for his
4  opening remarks.
5    SENATOR PETERS: Thank you, Chairman
6  Paul. Governor Noem, it's great to see you here
7  today, and I want to first thank you for making
8  yourself available not only to the entire
9  committee, but to the discussions that we had in
10 my office. Going perhaps a little more in-depth
11 on the issues than is possible in a hearing like
12 this and having that open and frank conversation
13 is something that I appreciate. Also appreciate
14 your willingness to spend time with committee
15 staff as we conduct our due diligence and review
16 of your qualifications and the background to
17 serve as secretary of the Department of Homeland
18 Security.
19    As our third-largest federal agency,
20 with more than 240,000 employees and an operating
21 budget of more than $100 billion, the Department
22 of Homeland Security requires strong, stable, and
23 principled leadership. Our nation faces serious
24 threats and security challenges, from securing
25 our borders and combating terrorism to preventing

Page 5

2 (Pages 2 - 5)

1  cyber-attacks and responding to our nation's
2  increasing number of natural disasters, and DHS
3  is the first line of defense in all of those
4  areas.  I appreciated the conversations we had at
5  today's hearing, where we discussed the
6  importance of ensuring that our nation's borders
7  are safe and secure.  And while we must address
8  the significant challenges we face on the
9  southern border, we also need to ensure that
10 there are sufficient resources to secure our
11 northern border, something I know you're very
12 familiar with as the governor of your state,
13 including building out our Northern Border
14 Mission Center.
15      This is especially important in my home
16 state of Michigan, which has two of the nation's
17 busiest border crossings, and we're going to be
18 adding another span shortly, the Gordie Howe
19 International Bridge, which will open later this
20 year.  To facilitate the lawful trade and travel
21 out those ports of entry that are absolutely
22 critical to our economy, I've worked on
23 legislation to hire additional U.S. Customs and
24 Border Protection officers to meet increased
25 staffing demands.  We must secure our borders,
Page 6

1  but we also know it is well time passed to
2  streamline our immigration and our asylum process
3  as well.
4      In addition to border security, DHS is
5  responsible for addressing many threats that face
6  our nation.  Just a few weeks ago, unfortunately,
7  Americans were shocked to see two horrific
8  incidents in New Orleans and Las Vegas, a deadly
9  reminder that terrorism and radicalization remain
10 very real and ongoing threats to our homeland.
11 In my role on this committee, I've made combating
12 foreign and domestic terrorism, as well as
13 extremism, a top priority.  In this complex
14 environment, it is essential that DHS continue to
15 focus on all terrorism threats, track, and report
16 data to Congress and to the American people, and
17 coordinate between all components to ensure the
18 department is effectively addressing all types of
19 terrorist threats.
20      We've also seen that persistent cyber-
21 attacks are still a very serious threat.  In
22 fact, an increasing threat.  A recent attack from
23 Chinese-based hackers infiltrated the Treasury
24 Department, on top of ongoing Salt Typhoon hack
25 that comprised numerous U.S. telecommunications
Page 7

1  companies.  There's no question that DHS must
2  continue to lead the way in protecting our
3  networks from foreign adversaries, cyber
4  criminals, and so-called "hacktivists" to prevent
5  cyber-attacks from becoming increasingly
6  devastating to our security as well as to our
7  economy.
8      And finally, the Department of Federal
9  Emergency Management Agency must continue to work
10 hard to address the increasing number of natural
11 disasters affecting our communities as a result
12 of climate change.  From violent storms like
13 hurricanes that brought destruction to states
14 across the South, to the devastating wildfires in
15 California, and countless other severe storms and
16 flooding events all across our country, we need
17 leadership at the department that will ensure our
18 nation effectively responds to communities when
19 disaster strikes them.
20      The safety and security of our nation
21 and the American people depend on the
22 department's ability to effectively address these
23 wide-ranging threats.  So, Governor Noem, thank
24 you again for your willingness to serve in this
25 incredibly important position, and thank you for
Page 8

1  being here today.  I look forward to having a
2  comprehensive discussion about how you intend to
3  lead this critical department through a series of
4  national security challenges, if indeed you are
5  confirmed.
6      SENATOR PAUL:  This morning, Governor
7  Noem will be introduced by Majority Leader John
8  Thune and Senator Kevin Cramer.  Senator Thune,
9  you're recognized.
10      SENATOR THUNE:  Thank you, Mr.
11 Chairman, and Ranking Member Peters, and members
12 of the committee.  I'm very pleased to be able to
13 be here today to introduce South Dakota's
14 outstanding governor who has been nominated by
15 President Trump to serve as the Secretary of the
16 Department of Homeland Security.  I've known
17 Kristi Noem for a long time.  She has a very
18 compelling personal and family story, which
19 inspired her entrance into the public arena, and
20 I'm sure you'll hear a little bit more about that
21 from her.  But I've observed as she has gone
22 through the state legislature as a leader there,
23 state House of Representatives, the U.S. House of
24 Representatives, where she was our only member
25 from South Dakota representing our state's
Page 9

3 (Pages 6 - 9)

1  interests there for eight years, and now
2  currently as South Dakota's governor, and I think
3  she brings to this job a number of things that
4  are going to be really essential.
5      And one is obviously a skill set when
6  it comes to managing hard problems.  She led our
7  state through the pandemic, managed what were
8  extraordinary circumstances all across this
9  country in a way that made South Dakota, frankly,
10 a magnet for people from other states who were
11 trying to flee or get away from some of the
12 heavy-handed requirements that were imposed in
13 other states around the country.  Our state
14 stayed open, stayed free, and that was largely
15 due to her leadership.
16      And I would say too, as we tackle what
17 is an enormously complicated and hard issue,
18 which is our southern border, it's going to
19 require a skill set which I believe she
20 possesses, it's going to require a tremendous
21 amount of persistence and determination, which I
22 think she has, an enormous amount of energy,
23 which she has in abundance.  And frankly, what I
24 would say is just absolute toughness.  It's going
25 to take some tough and hard leadership to get

Page 10

1  things back in order.
2      And I want to refer to something she
3  said in her state of the state address earlier
4  this week to South Dakotans, and that is that
5  "Over the past four years, we've seen a complete
6  disregard for the security of our borders and the
7  safety of the American people, to say nothing for
8  the rule of law.  Chaos at our southern border
9  and the Biden administration has left our country
10 vulnerable to a whole host of security concerns,
11 from terrorist entries to cross-border criminal
12 activity like drug trafficking."  I think it's
13 well documented, and I think it's high time that
14 it gets fixed, and we have somebody nominated by
15 the President that I believe has the
16 capabilities, the qualities, the experience, and
17 again, frankly, the determination and toughness
18 to solve what is a very, very tough issue, and
19 one which is desperately in need of solutions.
20      So, I'm pleased to be able to be here
21 today to introduce our great governor and to
22 thank you for your consideration.  I look forward
23 to this committee acting on her nomination, and I
24 look forward to voting for her on the floor of
25 the United States Senate to be the next Secretary

Page 11

1  of the Department of Homeland Security.  Thank
2  you, Mr. Chairman.
3      SENATOR PAUL:  Senator Cramer?
4      SENATOR CRAMER:  Thank you, Chairman
5  Paul, Ranking Member Peters, colleagues.  Once
6  again, I find myself in full agreement with the
7  majority leader.  It's a good place to be in our
8  business.
9      So, this is a very special opportunity
10 for me, and first thing I want to do is thank
11 nearly all of you.  I got into almost every one
12 of your offices with Kristi as her very
13 amateurish sitting Senator Sherpa.  And the
14 blessing for me was not only to be with my good
15 friend and former colleague, but to learn a lot
16 about this committee that I'm not on and to get
17 an inside view.  And Gary, especially learning
18 how we can work together at the northern border
19 and how similar, although very different,
20 Michigan and North Dakota are.  So, thank you for
21 your hospitality, you were all very kind to
22 Kristi and to me.
23      But Kristi is a former colleague.  When
24 you're the only member of a body of 435 from an
25 entire state, it's really important to have

Page 12

1  friends.  So, together, Kristi and I were two,
2  two out of 435, and if we could get Montana,
3  Wyoming, and Alaska, there'd be five of us that
4  could take on the fight.  But I know this.  I
5  remember our very first year, my first year, it
6  was not hers, my first year in the House, the
7  unthinkable happened, and the House of
8  Representatives failed to pass a farm bill.  And
9  all I can tell you was the least secure homeland
10 person in America was the Speaker of the House
11 and the Majority Leader the next day, when Kristi
12 and I doubled up, and eventually we got a farm
13 bill done.
14      I say that because we are living at a
15 time, and Senator Peters, you used the words
16 "strong, stable, and principled".  I can't think
17 of three better words to describe Kristi Noem
18 than those three words.  I would add this.  I'm
19 not surprised that President Trump turned to
20 Governor Noem.  Securing the homeland is the
21 number one priority, our number one priority, our
22 number one constitutional priority, as a
23 Congress.  And it is for sure the number one
24 priority of the voters in the last election.  And
25 it is the number one priority for President

Page 13

4 (Pages 10 - 13)

1 Donald Trump. So, naturally he would say, "Hmm,
2 who is the toughest, smartest, most capable
3 protector that I know? I think I'd like to find
4 a ranch woman, mom, grandmother, who knows how to
5 protect her own." And when you grow up on a
6 ranch in the prairies or the West, nobody else is
7 going to look out for your critters. No one else
8 is protecting your family. You do it.
9        And she brings this skill set, as
10 Senator Thune said, as a leader, as a legislator,
11 as a member of Congress, as a governor, a very
12 important... By the way, when I get into the room
13 with other governors, Senator Hassan, I might as
14 well have just left, because I was not part of a
15 club where I don't belong. But anyway, it was
16 very, very rich, because there's an alliance
17 there that's really, really important. And so,
18 for me, it's just a really special opportunity to
19 be able to be here with her and to have had this
20 time in your offices introducing her to you.
21        But I want to wrap up with this,
22 because last night I received a very touching
23 letter, unsolicited by either Kristi or me, from
24 the tribal chairwoman from the Standing Rock
25 Sioux Tribe, which straddles North Dakota and

Page 14

1 South Dakota. They don't really care who wins
2 the South Dakota State/North Dakota State
3 football game, but they do care about their
4 reservation. And Chairwoman Alkire sent me this
5 letter. Standing Rock is the home of Sitting
6 Bull in case you were wondering about the
7 credentials of their ability to protect the
8 homeland.
9        I'll just read a few words. "On
10 multiple occasions, Governor Noem has invited the
11 Standing Rock Sioux Tribe to her table at the
12 South Dakota State Capitol to enter into
13 meaningful discussions." That's what I witnessed
14 when she came to your offices. And Janet writes,
15 "It is of great excitement and enthusiasm that
16 our North Dakota Governor Doug Burgum will be at
17 the helm of the Department of Interior, and my
18 hopes remain high that you will feel the same
19 about Governor Kristi Noem at the helm of the
20 Department of Homeland Security. These two
21 governors understand the needs in Indian country,
22 and what words like tribal sovereignty,
23 jurisdiction, and consultation mean to the
24 Indigenous people." Speaks volumes to her
25 leadership and to her character. It's my honor

Page 15

1 to support her and turn it over to her.
2        SENATOR PAUL: Thank you for those
3 great introductions. The committee has also
4 received several statements in support of
5 Governor Noem's nomination, including a letter
6 from 22 fellow governors, the International
7 Association of Firefighters, and six other
8 organizations. Without objection, these letters
9 of support will be made part of the hearing
10 record. And I know our Senators are going to
11 have to go but thank you for coming and doing
12 those introductions.
13        It's the practice of this committee to
14 swear in the witnesses. Governor Noem, please
15 stand and raise your right hand. Do you swear
16 that the testimony you will give before this
17 committee will be the truth, the whole truth, and
18 nothing but the truth, so help you God?
19        GOVERNOR NOEM: I will.
20        SENATOR PAUL: Governor Noem, you are
21 now recognized for your opening statement.
22        GOVERNOR NOEM: Thank you, and good
23 morning, Chairman Paul, Ranking Member Peters,
24 and the distinguished members of this committee.
25 I'm honored to appear before all of you today as

Page 16

1 the nominee for the Secretary of Homeland
2 Security. I want to thank President-elect Donald
3 J. Trump for his confidence in my leadership, and
4 the people of South Dakota for their fantastic
5 support throughout my time in public service. I
6 would also like to express my sincere gratitude
7 to Senator Cramer. He has been an invaluable
8 resource to me throughout this process, and given
9 me much wisdom, as well as insight, into the
10 thoughts and the procedures of the Senate and
11 this body. And I'd also like to express my
12 gratitude to Senator Thune, the Majority Leader
13 of this esteemed body. He's been an advisor to
14 me for many years, as well as a friend, and I'm
15 so grateful for the generous support of these two
16 men and their willingness to be here this morning
17 to speak on my behalf, and to introduce me to
18 this committee.
19        Now, I'm a wife and a mother and a
20 grandmother; a farmer, rancher, businessperson.
21 I've served in our state legislature, in Congress
22 for eight years, and also a governor. I've spent
23 my entire life in rural America. I understand
24 what it means to work hard every single day, and
25 to build a better future for your kids and for

Page 17

5 (Pages 14 - 17)

1  all of our communities.  I come before you today
2  with a deep sense of responsibility and a
3  humility, as the nominee, to lead the Department
4  of Homeland Security, and also a commitment to
5  the more than 330 Americans who we will work
6  together to help serve and to keep safe and
7  secure in their homes and in their communities.
8      Now, before I proceed, I want to
9  introduce to you my husband, Bryon, who's here
10  with me today.  He is my constant 24/7 reminder
11  of our dedication to public service, and that
12  it's not a solo effort or done alone.  He has
13  been a rock by my side, and I appreciate all of
14  his love over so many years.  I'm grateful that
15  he's here with me today.
16      Now, securing our homeland is a
17  serious, sacred trust that must be relentlessly
18  pursued, and can never be taken for granted.
19  Being safe within our borders here in America is
20  critical, and yet Americans feel less safe than
21  they have felt in decades.  For the first time in
22  30 years, more than 40 percent of Americans are
23  afraid to walk alone at night within a mile of
24  their homes.  President-elect Trump is going to
25  change that.  I've seen firsthand the challenges

Page 18

1  and the opportunities facing our great nation.
2  In the 20 years since the Department of Homeland
3  Security was formed, the nature of the threats to
4  our homeland has grown and they've evolved.  This
5  department was created in response to the
6  failures of the government that led to the
7  September 11th 2001 terrorist attacks, and that
8  reality is not lost on me, especially in the wake
9  of the recent terrorist attacks over New Year's.
10      Now, I've led South Dakota for the last
11  six years, with a focus every day on making our
12  state safer, stronger, and freer.  I've focused
13  every day on making the best decisions, not just
14  for right now, but for generations to come.  I've
15  overseen a state budget of over $7 billion, and a
16  state employee workforce of more than 13,000,
17  including more than 7,000 that report directly to
18  the governor.  I've addressed important issues
19  like cyber security, human trafficking, drug
20  interdiction, and also natural disasters, the
21  same challenges that are facing so many of you
22  and the people that you represent back home.
23  I've secured our state and supported the rule of
24  law, and if confirmed as the eighth secretary,
25  that is the same approach that I will take to

Page 19

1  leading the Department of Homeland Security.
2      As we face the evolving threats of the
3  21st century, the mission and the success of DHS
4  is more critical than ever.  We must be vigilant
5  and proactive and innovative to protect the
6  homeland.  The challenges in front of us are
7  extremely significant, and we must secure our
8  borders against illegal trafficking and
9  immigration.  We must safeguard our critical
10  infrastructure to make sure that we're protected
11  against cyber-attacks, respond to natural
12  disasters, and also terrorism.  I firmly believe
13  that we can meet those challenges head on with
14  resolve.  Innovation, we can use collaboration
15  with federal and with state partners.  And
16  Senators, I want your input.  Border security
17  must remain a top priority.  As a nation, we have
18  the right and the responsibility to secure our
19  borders against those who would do us harm, and
20  we must create a fair and a lawful immigration
21  system that is efficient, and is effective, and
22  that reflects our values.
23      President Trump was elected with a
24  clear mandate.  He needs to achieve this mission,
25  because two-thirds of Americans support his

Page 20

1  immigration and border policies, including the
2  majority of Hispanic Americans.  I was the first
3  governor to send National Guard troops to our
4  southern border when Texas asked for help and
5  when they were being overwhelmed by an
6  unprecedented border crisis.  If confirmed as
7  secretary, I'll ensure that our exceptional,
8  extraordinary Border Patrol agents have all the
9  tools and resources and support that they need to
10  carry out their mission effectively.  The same is
11  true of my commitment to the outstanding men and
12  women of the U.S. Immigration and Customs
13  Enforcement.  They are responsible for
14  apprehending, detaining, and deporting illegal
15  immigrants, and getting criminal aliens off of
16  our streets and out of the country will help
17  American communities be safer again.  The bravery
18  and the dedication of the Border Patrol and ICE
19  are unmatched, and I will restore dignity to
20  their work.  The rising threat of cyberattacks
21  also demands our utmost attention, and our
22  critical infrastructure, from energy grids to
23  financial institutions, is under constant attack
24  by foreign adversaries and criminal actors.  As
25  secretary, I will prioritize a comprehensive,

Page 21

6 (Pages 18 - 21)

1 whole-of-government approach to cybersecurity.
2 In fact, in the coming days, we have to plan
3 bigger and think faster and smarter. I fully
4 acknowledge that people in Washington D.C. do not
5 have all of the answers, and therefore, I will
6 leverage private-public partnerships, I'll
7 advance cutting-edge, state-of-the-art
8 technologies to protect our nation's digital
9 landscape, and I will have a proven track record
10 of doing this in South Dakota to back me up.
11 I've helped make Dakota State University a global
12 leader in cybersecurity education, because we
13 recognize the need to address this emerging
14 threat. And I will take a proactive approach if
15 given the opportunity to serve as secretary.
16 Now, President-elect Trump has been a tremendous
17 friend to law enforcement over the years, and I
18 will do the same in my role as secretary. As
19 governor, I've worked closely with law
20 enforcement to make South Dakota safer. I've
21 overseen hundreds of state troopers in the South
22 Dakota Highway Patrol, and on several occasions,
23 I've convened groups of law enforcement from
24 across our state to address policies that will
25 make our people safer. In fact, while some in

Page 22

1 this country were attacking law enforcement and
2 defunding them, we took the opposite approach in
3 South Dakota. We recruited law enforcement
4 officers to move to South Dakota, a state that
5 respects their service and their sacrifice, and
6 we revamped our law enforcement training to
7 provide the first ever state-led tribal-focused
8 law enforcement training academy. I'm very proud
9 of the work that we've done in cooperation with
10 our tribes to help make their communities more
11 safe.
12     And we must remain vigilant against
13 terrorism and against others who wish to do us
14 harm to our country and to our great people.
15 I'll ensure that our intelligence and our law
16 enforcement agencies are working together hand-
17 in-hand, that they're fully equipped to detect,
18 prevent, and respond to threats from radical
19 ideologies and foreign adversaries. This
20 requires resources, coordination, and
21 collaboration across all levels of government.
22 And once again, I will seek your wisdom, and I
23 will seek your input into the months ahead. For
24 the sake of the people that we both represent, we
25 have to get this right. Now, I recognize that

Page 23

1 homeland security isn't just about prevention,
2 but it's also about resilience. When disasters
3 strike, as we know they will, the Department of
4 Homeland Security must be ready to respond
5 swiftly, efficiently, and effectively to protect
6 the lives and the property of Americans. As
7 governor, I've worked with FEMA in response to a
8 dozen natural disasters in South Dakota. These
9 have included historic floods, tornadoes,
10 blizzards, wildfires, a derecho, and even a
11 global pandemic. As secretary, I will enhance
12 our emergency preparedness and strengthen FEMA's
13 capabilities, and we will ensure that no
14 community is left behind, and that life-saving
15 services, like electricity and water, are quickly
16 restored.
17     As secretary, I will oversee the Secret
18 Service, an agency that is in serious need of
19 reforms. We all saw the threats to President-
20 elect Trump last year and the consequences of
21 failure. Now, that should never happen again,
22 and I've worked closely with my own gubernatorial
23 protective detail, and I'm familiar with what
24 works and what doesn't work, and I'll bring that
25 experience towards strengthening the Secret

Page 24

1 Service once again.
2     I'm committed to working with this
3 committee, with Congress, and with the dedicated
4 men and women of the Department of Homeland
5 Security to fulfill our mission. And together,
6 we can ensure that the United States remains a
7 beacon of freedom, safety, and security for
8 generations to come. So, thank you for the
9 opportunity and the honor to appear before you
10 today. Thank you for the meetings and the time
11 that you took in your office to discuss the
12 department and what we can do in the future to
13 make the American homeland much more secure. I
14 look forward to your questions, and I hope to
15 earn your trust, and hopefully also your vote, as
16 we embark on this critical work together. With
17 that, Mr. Chairman, I yield back.
18     SENATOR PAUL: Thank you, Governor
19 Noem. We will now proceed to questions. Each
20 member will have seven minutes. We will have a
21 vote that will start at 10:00 a.m., but we're
22 going to continue the hearing and keep people in
23 line; as you come and go to vote, we'll keep the
24 hearing moving. I want to be clear from the
25 outset that we will not tolerate any disruptions.

Page 25

7 (Pages 22 - 25)

1 The Capitol Police have been asked to escort
2 anyone immediately from the room if they disrupt
3 the hearing.
4        This is a standard question, Governor
5 Noem, that we ask of all nominees.  Governor
6 Noem, do you agree without reservation to comply
7 with any request or summons to appear and testify
8 before any duly constituted Committee of Congress
9 if you are confirmed?
10       GOVERNOR NOEM:  Yes, Mr. Chairman,
11       SENATOR PAUL:  I'm going to reserve the
12 rest of my time for my questions and go to
13 Senator Peters.
14       SENATOR PETERS:  Thank you, Mr.
15 Chairman.  Governor Noem, the DHS Secretary, has
16 many competing priorities, as you well know, and
17 you outlined, certainly, in your opening
18 comments, from our borders to wildfires to cyber-
19 attacks.  But as you and I discussed at length,
20 and I appreciate you bringing it up in your
21 opening comments as well, we do have a northern
22 border in addition to a southern border, that's
23 absolutely essential that the DHS has the
24 resources necessary at the northern border to
25 carry out its mission, both between ports of

Page 26

1 entry and all along the border.  In fact, we've
2 seen an increase in unauthorized crossings in
3 recent years at the northern border.
4        So, my question for you is, if
5 confirmed, do you commit to ensuring, along with
6 the southern border, that the northern border is
7 sufficiently staffed to maintain its security and
8 robust trade between the U.S. and its neighbors,
9 including at the Gordie Howe International Bridge
10 in my home state of Michigan, have the resources
11 they need to facilitate trade, while keeping
12 Americans safe?
13       GOVERNOR NOEM:  Yes, Senator Peters,
14 you and I talked about this in your office, and
15 also with Senator Slotkin as well, how important
16 it is to continue to remain focused on our
17 northern border, and all borders and ports of
18 entry that the United States has.  I think
19 there's been some universal concern from some of
20 the committee members that as we focus on the
21 southern border and what we're seeing, as far as
22 the invasion there and the amount of people
23 crossing, that the northern border would lose
24 focus.  But that will not happen, and we will
25 ensure that our borders are secure, and we're

Page 27

1 addressing all threats that may come in from any
2 direction.  And also, with the bridge as well and
3 staffing up on that, that as well, and I've
4 assured Senator Slotkin as well that our focus is
5 there to make sure that it is staffed
6 appropriately.
7        SENATOR PETERS:  Very good.  And as we
8 discussed, the department is diligently working
9 to stand up the Northern Border Mission Center at
10 Selfridge Air National Guard Base in Michigan,
11 following the authorization and funding that I
12 was able to secure in the last Congress.  This
13 center is critical to supporting the Department's
14 northern border security missions and addressing
15 evolving threats.  So, quick question:  if
16 confirmed, do you commit to working with me to
17 fully build out the Northern Border Mission
18 Center?
19       GOVERNOR NOEM:  Yes, Senator, we will
20 look forward, and I look forward, to working with
21 you to ensure that that is a priority, and that
22 it's adequately resourced, and working with
23 Congress and Senators to make sure that we have
24 what we need to make sure that that mission for
25 that base is fully fulfilled.

Page 28

1        SENATOR PETERS:  Great.  Thank you.  On
2 New Year's, we witnessed two incidents that
3 reminded us that terrorism and extremism remain
4 serious threats to all Americans.  Both DHS and
5 the FBI have consistently said that the most
6 persistent threat to the homeland is from U.S.-
7 based individuals or small groups radicalized by
8 a variety of ideologies, from white supremacy to
9 ISIS to al-Qaeda.  We must certainly continue to
10 focus on people who are radicalized here in the
11 United States with the intent of terrorizing our
12 communities.  So, my question for you, ma'am, is
13 how do you plan to address this threat of U.S.-
14 based terrorists?
15       GOVERNOR NOEM:  Senator, this is a
16 grave concern for our country, as we all agree
17 that the number one threat to our homeland
18 security is the southern border.  In fact, since
19 Joe Biden has been president, we've seen 382
20 individuals that have come over that border that
21 are on the terrorist watch list.  I, behind me,
22 have the governor of Louisiana with me, and he
23 and his state and people in this country went
24 through a horrific event on New Year's Day, and
25 one that we never want to see repeated again.

Page 29

8 (Pages 26 - 29)

1 But this governor behind me is concerned also
2 about an upcoming event, which is the Super Bowl,
3 coming shortly, which we need to do all that we
4 can to work together, that he has the reassurance
5 that the federal government, that the Department
6 of Homeland Security, is prepared to help him
7 protect that event, and to keep people safe while
8 they are there.
9       Those 382 terrorists are known
10 terrorists that have come over our border.  We
11 don't know necessarily where they are because of
12 what has been happening under Joe Biden's
13 policies.  Now, President Trump obviously won the
14 last election with a clear mandate, and that
15 mandate is for the American people to secure that
16 border.  But also, we need to focus on domestic
17 terrorism and homegrown terrorism, which you just
18 referenced in your question.  Homegrown
19       GOVERNOR NOEM:  Homegrown terrorism is
20 on the rise.  We see more and more incidents of
21 people that are U.S. citizens that have become
22 radicalized.  And knowing when people are leaving
23 the country and coming back and changes to their
24 behaviors and what their actions are is
25 critically important.

1       So, the resources that the Department
2 of Homeland Security has needs to be utilized as
3 far as identifying those threats and being
4 proactive to prevent them but also protecting
5 civil rights and liberties in that process and
6 making sure that the department is on mission to
7 do what it was called to do, why it was created,
8 and what authorities that Congress and the Senate
9 has given them.
10       My hope is that Governor Landry and his
11 staff and his people and the people that attend
12 the Super Bowl know that the Department of
13 Homeland Security is their partner, is on watch
14 to protect them and to keep that event safe.  I
15 hope all Americans know that leadership has
16 consequences.  I hope that we can get through and
17 get your support for this nomination and get
18 confirmed quickly so that we can address the
19 threats that we currently face and make sure we
20 don't have any repeats of the day that we saw
21 just starting this year on New Year's Day.
22       SENATOR PETERS:  In the last two years,
23 we have seen increasingly aggressive and
24 expansive cyber-attacks against our federal
25 agencies.  Just last month, Chinese hackers

1 infiltrated the Department of Treasury and stole
2 potentially thousands of unclassified documents.
3 So, given these concerning trends by the PRC to
4 hold our federal networks' hostage, do you
5 believe that federal agencies should be required
6 to implement cybersecurity upgrades and maintain
7 the highest cybersecurity standards to protect
8 sensitive or classified data and U.S. citizen
9 information as well?
10       GOVERNOR NOEM:  Well, Senator, the
11 mission of CISA, which is the Cybersecurity and
12 Infrastructure Agency, the mission of it is to
13 hunt and harden.  It's to find those bad actors
14 and help work with local and state
15 infrastructure, critical infrastructure entities
16 so that they can help them be prepared for such
17 cyber-attacks and that they can make sure that
18 they're hardening their systems to protect them
19 in the future, recognizing the vulnerabilities
20 that they have.
21       CISA has gotten far off mission.
22 They're using their resources in ways that was
23 never intended.  The misinformation and
24 disinformation that they have stuck their toe
25 into and meddled with should be refocused back

1 onto what their job is, and that is to support
2 critical infrastructure and to help our local and
3 small businesses and critical infrastructure at
4 the state level to have the resources and be
5 prepared for those cyber-attacks that they will
6 face.
7       Salt Typhoon was a campaign of
8 espionage by the PRC in China against our
9 telecoms where large amount of data was stolen
10 and taken, and people's private information was
11 taken as well.  And we've also seen China and the
12 PRC go after our critical infrastructure with the
13 Volt Typhoon hack, and that was extremely
14 dangerous because there was no reason for them to
15 do that, just to steal people's data and
16 information.
17       The reason for them to go after that
18 was to control our critical infrastructure for
19 the ability to see if they could shut down a
20 water plant, a utility company.  And that was to
21 cripple our country.  So, these threats are real.
22 CISA needs to be much more effective, smaller,
23 more nimble to really fulfill their mission,
24 which is to hunt and to help harden our nation's
25 critical infrastructure.

1    SENATOR PETERS:  Thank you.
2    GOVERNOR NOEM:  Thank you.
3    SENATOR JOHNSON:  Senator Scott.
4    SENATOR SCOTT:  Governor,
5 congratulations on your nomination.
6    GOVERNOR NOEM:  Thank you.
7    SENATOR SCOTT:  I think you're going to
8 do a great job.
9    GOVERNOR NOEM:  Thank you.
10    SENATOR SCOTT:  I think it's great that
11 you're a governor and you bring that expertise to
12 the table.  So, I just went through the campaign
13 to get reelected, and it was after the Butler
14 shooting.  I had asked people at all my events.
15 I say, "Raise your hand if you think the acting
16 director of the Secret Service is going to tell
17 us what happened."  Not one person.  I said,
18 "What about Mayorkas?  He's running HHS, what do
19 you think, or Homeland Security.  What do you
20 think?"  I said, "How about Christopher Wray,
21 head of the FBI?"  Not one person.  Can you just
22 talk about the importance of transparency and
23 accountability in government and how you're going
24 to bring that to the table?
25    GOVERNOR NOEM:  Yeah.  Senator, Scott,
Page 34

1 thank you for that question because that's what I
2 have found across the country as well, and I know
3 it's certainly true in my home state of South
4 Dakota, is that people don't trust the federal
5 government.  They don't trust our leadership and
6 this current administration that's in the White
7 House right now to tell them the truth, to tell
8 them the truth about what the threats really are
9 about our agencies and departments when there are
10 failures, addressing them and fixing it.
11    The Secret Service is one of those
12 perfect examples.  They need leadership that
13 understands why that Secret Service was created
14 and what it needs to do.  There's two elements
15 really that the Secret Service is tasked with,
16 and that is protective detail and then also
17 investigations.  Yet we see investigators within
18 the Secret Service out there investigating
19 antiquities and other things that are off mission
20 when they should be focused on making sure we're
21 addressing national security events with the
22 protocols that are necessary and protecting the
23 individuals that they're charged with and getting
24 that skill set and training that are necessary.
25 That's been compromised by not having enough
Page 35

1 people there and being adequately staffed and
2 resourced.
3    But frankly, the leadership hasn't been
4 honest about talking about it.  We saw this with
5 the drones over New Jersey as well, the federal
6 government not answering the questions from the
7 public.  And when they finally got a straight
8 answer out of President Trump, they felt
9 reassured that somebody recognized that this was
10 something they were questioning and that they
11 deserved answers.
12    My goal and my mission is to build
13 trust.  We will undertake a large job and a large
14 duty that we have to fulfill, that the American
15 people expect us to do by securing our border to
16 make sure that our nation is a nation with
17 borders or we're no nation at all, and that we
18 are making sure that those criminal actors that
19 are perpetuating violence in our communities and
20 in our cities and towns and states are removed
21 from this country, that there's consequences for
22 breaking the law in our country again.
23    There has to be consequences because
24 when Americans break the law, there's
25 consequences.  And why would we ever allow
Page 36

1 someone to come in from another country and not
2 have consequences or allow them to continue to go
3 forward and to commit rape and murders and other
4 break other laws that endanger our society?  So,
5 we've had over 13,000 murders that are loose in
6 this country that have come over that border.
7 We've had almost 16,000 rapists and sexual
8 assault perpetuators that are loose in this
9 country right now.  425,000 plus people have
10 criminal convictions that are here illegally in
11 this country that our current administration's
12 doing nothing to round them up and get them out
13 of our country.
14    We will be doing that immediately, and
15 that will be the priority, and that is one of the
16 reasons that today the American people have lost
17 their trust.  President Trump will build it back
18 and know that their federal government is
19 accountable to them and is working to put America
20 first again.
21    SENATOR SCOTT:  So, Joe Biden
22 completely opened on our southern border and
23 dismantled our entire immigration system.  As a
24 former governor, I know that when the federal
25 government policies are broken and failing
Page 37

10 (Pages 34 - 37)

1 Americans, you see the impacts in your state just
2 like I did when I was a governor, and you take
3 the steps necessary to protect the families in
4 your state. I know you've done that.
5       One thing you did is you talked about
6 before you sent troops, our National Guard, to
7 the southern border. Can you talk more about how
8 Biden's open border policy has affected your
9 state and communities and the role your state
10 resources placed in helping secure the border?
11       GOVERNOR NOEM: We certainly have seen
12 the effects in South Dakota that many of your
13 states did. And I would say every state has seen
14 the effects of an open border in the policies
15 that have been under the Biden administration.
16 We saw increased crime, but we also saw increased
17 drug activity. We saw cartel in their affiliates
18 moving into our state to proliferate trafficking,
19 and we saw people being victimized and a lack of
20 accountability with the federal government.
21       So, when Texas was addressing the
22 situation and asked other governors for help, we
23 sent help. I know many of the other governors at
24 the time were sending law enforcement, but I made
25 the decision that at that time that it was more

Page 38

1 appropriate to send the National Guard that our
2 National Guard could be activated under Title 32
3 and sent to assist another state from the
4 invasion that was happening and because the
5 National Guard is trained for just such a
6 mission.
7       Because of this invasion, that it is a
8 war zone down there with what they are going to
9 see, the threats that they would see and that
10 they are trained specifically to interact with
11 other agencies, the National Guard is used to
12 falling in with other agencies and cooperating
13 with them and could do that seamlessly, and their
14 families and their communities are normalized to
15 them being deployed.
16       So, we have in South Dakota deployed
17 our National Guard to the southern border eight
18 different times. Two of them were federal
19 deployments that the Biden administration sent
20 them down there. One was to send our Lakota
21 helicopters, which were used for surveillance in
22 the drug interdiction that was going on down
23 there. But six other times, I sent them under
24 state activation to partner with Texas and other
25 states in securing our southern border. They did

Page 39

1 security operations. They also did building of
2 the wall and partnered with Texas recognizing the
3 failures of the federal government.
4       The failures of the federal government
5 are significant, and we've seen our families and
6 communities devastated by those effects, by the
7 drug epidemic, by the trafficking that's going
8 on. They increased crime. And we recognize that
9 just because the federal government wasn't doing
10 their job, we could not fail our state. And I
11 needed to protect the people of South Dakota.
12 And the people of South Dakota were
13 overwhelmingly supportive of these deployments
14 and very proud of our National Guard.
15       SENATOR SCOTT: When I was governor of
16 Florida, there was a terrorist hack in Paris by
17 Syrian refugees. So, President Obama was
18 president, and I said, "I'd like to know if
19 you're going to send refugees to my state that
20 you give us some background on them." I assume
21 you vetted them and tell us what's going on. You
22 have to tell me, but you ought to tell our state
23 law enforcement and our local law enforcement
24 that they said, "Go jump in the lake."
25 (Indiscernible) meaner than that, but they said,

Page 40

1 "You have no rights as a governor," which had
2 made no sense. We had over 70,000 people come
3 here after Afghanistan on planes into this
4 country completely unvetted. They've never given
5 our governors any information. So, would you
6 change that?
7       GOVERNOR NOEM: Yes. The communication
8 between states and the federal government has
9 been absolutely broken, and that's what I love
10 about this committee, is you do have governors
11 sitting on this committee that have been in that
12 role as a commander in chief and have the
13 responsibility for being the CEOs of their state.
14       It's a different perspective than
15 serving. I served in Congress too, and both are
16 extremely important, and they're just different
17 in that responsibility that weighs on your
18 shoulder. I often told folks that that is the
19 thing that most times if something was going to
20 keep me up at night, it was the responsibility
21 that I had being commander in chief, recognizing
22 the decisions that I made. And I'm sure you had
23 this feeling as well, Senator Scott, as governor,
24 that impacted those families, those soldiers.
25 And it impacted their communities when we pulled

Page 41

11 (Pages 38 - 41)

1 them out and the importance of that.
2      And when they were bringing refugees
3 into the country, I as well communicated that to
4 the federal government. They were bringing
5 refugees, and I asked how they were vetted, how
6 we were working with their home countries to find
7 out who they really were, what their intentions
8 were and why they were coming to the United
9 States and received no information from this
10 administration that that vetting process was
11 being done, that we knew where they're going.
12      In fact, they kept us in the dark and
13 didn't communicate to us even what states and
14 where those refugees were being placed. So, that
15 is something that we need to change when we have
16 programs that fall under the purview of the
17 Department of Homeland Security. There needs to
18 be communication, especially with the governor,
19 so that we can coordinate to ensure that it's the
20 right thing for that state.
21      SENATOR SCOTT:  Thank you.
22      SENATOR JOHNSON:  Senator Hassan.
23      SENATOR HASSAN:  Thank you, Mr. Chair.
24 And welcome, Governor Noem.  I really appreciate
25 you being here.  Welcome to your family as well.

1 at the northern border recently, law enforcement
2 told me about the need for more personnel and
3 resources.  We still don't have cell phone
4 coverage in a lot of the stretch of our northern
5 border.  I've worked with Senator Kramer on
6 bipartisan legislation to strengthen our northern
7 border strategy because it's clear more support
8 is needed. So, Governor, if you're confirmed,
9 would you deploy additional full-time personnel
10 and upgrade equipment along the northern border?
11      GOVERNOR NOEM:  Senator, I enjoyed our
12 meeting that we had and you identifying the
13 northern border issues that are going on, the
14 lack of security and the lack of technologies
15 that you really need to cover, some of the
16 landscapes that are there very different than the
17 southern border, some just as equally challenging
18 but all need to be addressed.
19      So, I definitely will be working with
20 you to ensure that our northern border is
21 adequately resourced as well, and we do have to
22 have the resources in order to be successful.
23      SENATOR HASSAN:  Right.
24      GOVERNOR NOEM:  That's something I want
25 to work with Congress, with the Senate and the

1      GOVERNOR NOEM:  Thank you.
2      SENATOR HASSAN:  And families do share
3 in this kind of public service, and we appreciate
4 them very much.  As we discussed at our meeting
5 last month, as a former governor, I appreciate
6 the important responsibilities that governors
7 have to ensure the safety and security of their
8 communities, including by managing public safety
9 and emergency agencies.
10      And I will say that, in many ways, I
11 agree with some of the things that Senator Scott
12 just said about improving communication between
13 the Department of Homeland Security and governors
14 around who is being sent to states.  It's a
15 critical issue and something that I was
16 frustrated by when I was governor.  So, I look
17 forward to hearing more today about your
18 priorities if confirmed about how your experience
19 as governor would help you run the Department of
20 Homeland Security.
21      Let me just start by following up with
22 a question that Senator Peters had also touched
23 on.  We have recently, in New Hampshire, seen a
24 dramatic increase in unauthorized border
25 crossings at the northern border.  And when I was

1 House on to ensure that the resources are there
2 to meet the challenges that we have.  We have not
3 fully utilized the technologies that are
4 available that are necessary to really secure
5 this country and to compete with those bad actors
6 which wish to infiltrate our country and having
7 the ability to utilize them will make us much
8 more safe. So, I'll work with you most
9 definitely ensuring the northern border is
10 protected.
11      SENATOR HASSAN:  Well, I appreciate
12 that, and I just note too that at the same time,
13 there's real concern in New Hampshire and all
14 along the northern border that we strengthen the
15 border and have the resources we need.  We also
16 have a really strong economic relationship with
17 our friends to the north and a lot of family
18 relationships.
19      So, I think it's important that we're
20 smart in the deployment of technology.  We don't
21 want to impede that flow of economy and people
22 that's lawful, but we do want to make sure that
23 we have the resources we need.  I want to turn to
24 the southern border now.
25

VerLtext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    At the southern border, we need
2  significant technological investments to support
3  law enforcement personnel in their efforts to
4  catch fentanyl smugglers to stop human
5  traffickers and seize the cash and illegal guns
6  that criminals traffic southward to the cartels.
7  And we talked about this a little bit.
8    There's bipartisan support for these
9  investments, and I've worked with colleagues
10  including Senators Lankford and Cornyn on
11  legislation around these issues. Governor Noem,
12  could you identify specific technological
13  investments that you would make at the southern
14  border and are you willing to work with me on
15  increasing southbound inspections if you're
16  confirmed?
17    GOVERNOR NOEM: Yes. Certainly,
18  Senator. You've heard President Trump talk about
19  the need to build a wall. And the wall and
20  infrastructure is critically important. But
21  also, at our 382 legal ports of entry, we need to
22  have technology so that flow can happen north and
23  south, and it can happen in a legal manner to
24  ensure that our commerce can continue to operate,
25  and that we can continue to make sure that we're

1  attack on power school, a cloud-based record
2  management system that contains personal
3  information about tens of millions of
4  kindergartners through high school seniors,
5  including many students and teachers in New
6  Hampshire.
7    This cyber-attack on power school comes
8  as schools and local governments across the
9  country have seen a surge in cyber-attacks on
10  their systems. And when a small of maybe a
11  thousand students or so has to pay $2 million in
12  ransom, I want you to think about what that does
13  to one of our small communities. Right? So,
14  Governor Noem, if you're confirmed, how will you
15  empower the cybersecurity and infrastructure
16  security agency to improve the cybersecurity of
17  state and local governments in the United States?
18    GOVERNOR NOEM: Well, thank you,
19  Senator. If I am confirmed and have the
20  opportunity to serve as secretary of this
21  department, I'll be following the constitution
22  and the rule of law and then getting these
23  departments back on mission to why they were
24  created and why they are existing.
25    What CISA should be doing is helping

1  also secure.
2    I think de minimis shipments are a
3  concern and the need to look at those and how
4  traffickers and fentanyl distributors are using
5  that. I think we also need to use scanners
6  surveillance operations. There's new
7  technologies out there to cooperate with
8  satellites in some area where the topography does
9  not necessarily facilitate having actual
10  infrastructure and then also the ability to make
11  sure that we're utilizing that technology that
12  allows us to know what is going south that might
13  be fueling some of the violence that ends up
14  coming back north and ensuring that we're
15  stopping that before it has the chance to supply
16  those cartel and bad actors that would come in.
17    SENATOR HASSAN: Yeah. I really
18  appreciate that because the southbound flow,
19  particularly of cash and weapons, fuels the
20  cartels and strengthens them.
21    GOVERNOR NOEM: Absolutely.
22    SENATOR HASSAN: And it's something
23  that we really have to focus on. I also want to
24  follow up on the issue of cyber security.
25  Recently, criminals launched a successful cyber-

1  those small entities, those schools, those local
2  city governments, the state governments, and the
3  small businesses that are critical infrastructure
4  that don't have the resources to stay on top of
5  the critical protections that they need to enact.
6    SENATOR HASSAN: Well, let me follow up
7  just quickly on that one point. It's something
8  we discussed when we had our meeting. I worked
9  with Senator Cornyn on a bipartisan bill. It
10  became law that created a cybersecurity grant
11  program for state and local governments. This is
12  an addition to each state getting a cyber
13  coordinator to help on the ground.
14    We discussed this program, and I know
15  you as governor had some reservations about the
16  structure of the program, but if confirmed, will
17  you commit to working with Congress to adjust it?
18  I'd love your input about what gave you pause as
19  governor. I think there were only two governors
20  who didn't participate in the program. And I
21  hope that as we work on the concerns you have,
22  you'd work with me to adjust and reauthorize the
23  program.
24    GOVERNOR NOEM: Yes. All grants within
25  the department will be evaluated when I come in

13 (Pages 46 - 49)

1 and be looked at to see what we can do to make
2 sure that they're actually fulfilling the mission
3 to which they were established. What I would say
4 about the cybersecurity grants in South Dakota,
5 when I came in as governor, one of my main
6 priorities was to bring the next industry into
7 the state. And I determined that that would be
8 technology and cybersecurity.
9        In fact, we have Dakota State
10 University in our state, which is a cybersecurity
11 national leader in training those cyber warriors
12 that we need to protect us and keep us safe.
13 I've since then partnered to grow and double the
14 size of that school. We train a lot of NSA
15 employees in South Dakota. And so, understanding
16 cybersecurity and my experience and that I think
17 is critically important to the department and
18 bringing it to the table to do this.
19        You talked about why we didn't take
20 that cybersecurity grant in South Dakota, and
21 it's because the requirements of that grant
22 would've caused me to grow my state government.
23 The administration costs of it would've been much
24 more than what it been able to facilitate at the
25 local level. And our state was already

Page 50

1 proactively helping these individuals that needed
2 the resources to secure their systems.
3        SENATOR HASSAN: Well, I appreciate
4 that. I'm way over time. There were very few
5 requirements purposely in that grant program
6 other than to make sure the money was being spent
7 the way we authorized. But let's continue to
8 talk about that.
9        GOVERNOR NOEM: Thank you.
10       SENATOR HASSAN: Thank you.
11       SENATOR JOHNSON: Senator Hawley.
12       SENATOR HAWLEY: Thank you, Mr.
13 Chairman. Governor Noem, welcome.
14 Congratulations on your nomination. I'm
15 delighted to see you here. I do notice the
16 Chairman of the Ways and Means Committee is over
17 your shoulder there. I have to question your
18 judgment about who your friends are based on that
19 through the great Chairman from the state of
20 Missouri. It's fantastic to have you here.
21       The Department of Homeland Security is
22 not particularly old, but you already have the,
23 what I hope, will soon be the distinction of
24 succeeding the worst secretary in the history of
25 the Department of Homeland Security. Alejandro

Page 51

1 Mayorkas has been an absolute disgrace to that
2 department and frankly to this country. And I'm
3 delighted to see you willing to step up and
4 serve. Let me just ask you something. I
5 repeatedly asked your predecessor when he sat
6 where you're sitting, whether the southern border
7 was secure. And he repeatedly told me under
8 oath, "It is secure, Senator." And he repeatedly
9 said under oath, "Our policies are working,
10 Senator," meaning the Biden administration
11 policies that, of course, gave us this
12 devastating open border. So, let me just ask
13 you, is the southern border secure as we find it
14 today?
15       GOVERNOR NOEM: Senator, no. The
16 southern border is not secure today. But in just
17 three days, we will have a new president in this
18 country, President Donald J. Trump. And he will
19 secure our border.
20       SENATOR HAWLEY: That is refreshing
21 candor. I'm glad to hear it. Let me ask you
22 about a young man from my state. This is Travis
23 Wolfe who's 12 years old when he was killed just
24 over a year ago by an illegal migrant who mowed
25 him down, and I choose my words carefully, mowed

Page 52

1 him down in a motor vehicle, hit him head on
2 doing 75 and a 40, killed him. Others were
3 severely injured. Just yesterday, a witness
4 sitting where you are sitting today told this
5 committee that migrant crime is and I quote, "Not
6 an actual concern." Not an actual concern.
7        In a hearing before this committee
8 advising us to drop the Laken Riley act and not
9 focus on migrant crime. In my state with the
10 death of people like Travis Wolfe and Officer
11 David Lee who was assaulted and killed in St.
12 Louis and officers in Kansas City who have been
13 assaulted by illegal migrants and others who have
14 been carjacked and stabbed, would you agree with
15 me that migrant crime sure as heck is an actual
16 concern and that you intend to do something about
17 it?
18       GOVERNOR NOEM: Yes, Senator.
19 Absolutely. And I'm so sorry about Travis. My
20 prayers go out to his family. I can't even
21 imagine what that is like, and thank you for
22 telling his story because there's so many
23 families in this country that have that same
24 story, and they don't understand why the federal
25 government is allowing people to come into this

Page 53

14 (Pages 50 - 53)

1 country illegally and then perpetuate crimes
2 against their people, and then give them
3 resources and shelter and food and debit cards to
4 go take care of their families when they go to
5 work every single day to make sure that they're
6 providing for their families and are held
7 accountable to when they break our laws.
8      SENATOR HAWLEY:  Let me ask you this,
9 will you work with President Trump to reinstate
10 the Remain in Mexico program that the President
11 had in place in his first term, which does so
12 much to ensure that those who would seek to abuse
13 our asylum system are not allowed into the
14 country and those who have legitimate asylum
15 claims, their claims are processed in due order
16 and in due course, but they wait in Mexico until
17 those claims are fully processed.  Will you work
18 to reinstate that program?
19      GOVERNOR NOEM:  Yes, Senator.  The
20 president and I have talked extensively about
21 this, and we'll 100 percent partner with him to
22 reinstate the Remain in Mexico policy and make
23 sure that it's in place.
24      SENATOR HAWLEY:  Fantastic.  I think
25 Travis might be alive today if that policy had

1 been in place.  Let me ask you about CBP One, the
2 phone app, that I've called concierge service for
3 illegal Immigrants.  I'm sure you're familiar
4 with it.  This was the Biden administration's
5 effort to allow asylum seekers to apply ahead of
6 time using their phones but not actually to
7 provide any evidence that they needed asylum.
8 There is a newspaper report, a press report that
9 said the only problem with the app is it never
10 asks users are you seeking asylum?  They don't
11 ask for any asylum evidence.  They simply release
12 these so-called asylum seekers who use the app
13 into the country on parole.
14      Sometimes, they're never given a
15 hearing.  The Inspector General actually did a
16 report, a full investigation report on CBP One
17 and found that, frequently, users of this app
18 were claiming the same addresses in the United
19 States as their intended destination, even though
20 they didn't know each other, they weren't family
21 connections.  In other words, it has been
22 completely abused.  And the idea that the federal
23 government would pay for this kind of concierge
24 service for Illegals, I think, is outrageous.
25 Will you end the use of the CBP One app?

1      GOVERNOR NOEM:  Yes, Senator.  If
2 confirmed, and I have the opportunity to be
3 secretary on day one, CBP One will be shut down.
4 There's data and information in there that we
5 will preserve so that we can ensure we know who's
6 coming into this country and who's already here
7 that we need to go find.  But also, we make sure
8 that there's another program, CHNV, which I'm
9 sure you're very familiar with, where our federal
10 government actually paid to fly people into this
11 country directly from other countries without any
12 vetting or knowing who they are.  So, there's
13 several of these programs that need to be
14 eliminated, and we need to ensure that we're
15 following legal immigration laws.
16      SENATOR HAWLEY:  I'm glad you just
17 mentioned CHNV.  This is a mass parole program.
18 Of course, as you know, our law allows parole in
19 only very limited circumstances.  There are two
20 circumstances, and it requires case by case
21 evaluation.  The present administration soon to
22 be gone has granted mass parole in direct
23 defiance of the law, not case by case evaluation.
24 The CHNV program is one of those instances.  Will
25 you put a stop to this abuse of our parole law

1 and our asylum system?
2      GOVERNOR NOEM:  Yes, we will go back to
3 case by case evaluation of these parole cases and
4 ensure that we have more resources, if you will
5 partner with us to make sure that our legal
6 immigration system is fully utilized, that we
7 have more judges, more immigration courts so that
8 we can process people legally and make sure that
9 they are going through that process rather than
10 like Joe Biden has done, use this an excuse to
11 allow people to come into our country with no
12 consequences.
13      SENATOR HAWLEY:  Let me ask you about
14 another low light, not a highlight, but a low
15 light of this last administration and DHS.  Your
16 predecessor, the current secretary of DHS,
17 established a disinformation board using taxpayer
18 resources to police speech on the internet and
19 elsewhere to tag American citizens' viewpoints as
20 either legitimate or not legitimate and use the
21 power of the state to censor them, including
22 having them removed and perhaps penalized.
23      This has got to be the darkest chapter,
24 I think, in DHS's short history.  He eventually
25 withdrew the board under intense criticism but

1  has never fully repudiated it and never promised
2  not to do it again. Will you pledge to us here
3  today that, under your leadership, there will
4  never be a disinformation board or anything like
5  it at DHS, and you will be a champion for the
6  free speech and first amendment rights of all
7  Americans?
8          GOVERNOR NOEM: Senator, there will not
9  be a board such as that under my leadership at
10  the Department of Homeland Security.
11         SENATOR HAWLEY: Fantastic. Let me ask
12  you my remaining seconds, just one more thing
13  about the Secret Service. You've mentioned this,
14  and I'm so glad that you did this committee. And
15  it has been bipartisan. This committee has done
16  bipartisan work on the attempted assassinations
17  or the assassination attempts, I should perhaps
18  say, of the former president, the future
19  president, soon to be the president, President
20  Trump. We were stymied at every turn, and I
21  should use the present tense. We are currently
22  being stymied at every turn by the current Secret
23  Service leadership and, frankly, by the
24  leadership of DHS who have refused to turn over
25  documents who refused to make people available

1  it was a bipartisan report, an investigation that
2  this committee conducted. And I appreciate you
3  focusing on that, and I'll work with you to get
4  the information so that you have the truth of
5  really what happened there in the failures so
6  they can be fixed.
7          SENATOR HAWLEY: Thank you. That's a
8  great place to end in a high note as I see my
9  friend, Senator Blumenthal, who did fantastic
10  work on this effort, and it will be an incredible
11  new day and incredibly refreshing day to have a
12  DHA secretary who will tell us the truth, who
13  will be honest with us about the facts, honest
14  with the American people and who will enforce our
15  law. And I know you'll do that. Governor Noem,
16  I look forward to supporting your nomination.
17  Congratulations.
18         GOVERNOR NOEM: Thank you.
19         SENATOR JOHNSON: Senator Blumenthal.
20         SENATOR BLUMENTHAL: Thanks, Senator
21  Johnson. Welcome, Governor Noem. And thank you
22  for being here. Thank you for visiting with me
23  and thank you to your family for their service as
24  well. Let me begin on a high note thanking
25  Senator Hawley for his leadership on the effort

1  for interviews.
2          We finally had to pass my own law in
3  this committee, which we unanimously adopted a
4  law statute, mind you, which would require DHS
5  and Secret Service to turn over relevant
6  information to us about the assassination
7  attempts. It's unbelievable. When you come to
8  office to this office, I hope very soon will you
9  pledge to us that you will open the books on all
10  of the facts associated and around these
11  assassination attempts that you will make
12  available to us and to the public, most
13  importantly, all the facts so that we can ensure
14  that this never happens again and that the needed
15  reforms in the Secret Service are put into
16  effect.
17         GOVERNOR NOEM: Yeah. Senator, if I am
18  the Secretary of Homeland Security, I will
19  certainly work with you to build transparency and
20  make sure the facts are shared with you and your
21  committee. I know that you've been very
22  frustrated by the lack of transparency from the
23  department. And I want to thank those of you
24  that have worked on that report that was put
25  together on these assassination attempts. I know

1  that I led with him to essentially get some basic
2  facts out of the Secret Service when we were
3  investigating Senator Johnson and I as leaders of
4  the permanent subcommittee on investigation,
5  helping you lead it with the Chairman and ranking
6  member here.
7          And I'm hoping that you've read our
8  report and that you will agree to begin
9  implementing its recommendations, which call for
10  major reforms, in my view, a house cleaning top
11  to bottom in the Secret Service and greater
12  transparency with this committee and with the
13  American public.
14         GOVERNOR NOEM: Yes, sir. I will
15  certainly work with you to do that and to work to
16  make sure that we have that transparency, and the
17  committee has the information that it needs to do
18  due diligence of its oversight.
19         SENATOR BLUMENTHAL: Our investigation
20  is continuing, Senator Johnson, and I have
21  discussed it. And we will be making more
22  requests to pursue the fact-finding that is so
23  important. I want to ask you about disaster
24  relief. California is on fire. The fire's
25  raging. There are going to leave destruction and

16 (Pages 58 - 61)

1  devastation that is heartbreaking.
2      I am really disappointed with some of
3  the statements that President-elect Trump has
4  made, for example, saying that quote, "We won't
5  give him," referring to Governor Newsom, "money
6  to put out all his fires.  And if we don't give
7  him money to put out fires, he's got.
8      SENATOR BLUMENTHAL:  ... a problem.
9  The specter is there of potential discrimination
10  based on politics, withholding money from
11  California or other states.  It's not an
12  unfounded fear.  In the last administration,
13  there were public reports about President Trump
14  withholding money from the State of Washington
15  because of his disagreements with Governor
16  Inslee.  Connecticut, like the rest of the
17  nation, suffers from these natural disasters.
18  Most recently in August, we were hit by major
19  flooding, and these natural disasters are going
20  to become more frequent, as will be the need for
21  the federal government to meet the requests for
22  declarations of natural disaster.  I assume you
23  will agree with me that withholding disaster
24  relief by President Trump or any other chief
25  executive of the United States is a violation of

1  his duty and of law.
2      GOVERNOR NOEM:  Well, Senator
3  leadership has consequences and looking at the
4  tragedy that's happening in California is --
5      SENATOR BLUMENTHAL:  I want to ask you
6  yes or no, with all due respect, it's an easy --
7      GOVERNOR NOEM:  What's happening in
8  California is the ramification of many decisions
9  over many years.  But under my leadership at the
10  Department of Homeland Security, there will be no
11  political bias to how disaster relief is
12  delivered to the American people.
13      SENATOR BLUMENTHAL:  So, if President
14  Trump were to say to you, "We're going to
15  withhold money from Connecticut or Michigan or
16  any of the states, Iowa, because we don't like
17  the governor or we don't like the politics of the
18  state," you would stand up to him and say, "Mr.
19  president, we need to allocate that money."
20      GOVERNOR NOEM:  Senator, in three days,
21  President Trump will take an oath to uphold the
22  Constitution and the rule of law in this country,
23  and he will do that, and I'll be glad to have him
24  back.
25      SENATOR BLUMENTHAL:  And I assume

1  that's a yes.
2      GOVERNOR NOEM:  I don't speak to
3  hypotheticals, which is what you're asking me to
4  do.  But what I will tell you is that as
5  secretary, I will do the same.  I will deliver
6  the programs as the laws dictate.
7      SENATOR BLUMENTHAL:  Well, it's more
8  than a hypothetical, with all due respect, and I
9  apologize for interrupting you, but my time is
10  limited, as you know, as a veteran of these
11  hearings.  It's more than a hypothetical.  It's
12  based on experience with President Trump
13  withholding money from Washington State and
14  elsewhere.  I need to know from you, will you
15  stand up to the President and say, "No, the
16  Constitution and the Impoundment Act requires us,
17  for example, to allocate the 100 billion dollars
18  that we have just appropriated in the last
19  session to states like Connecticut $3 million,
20  Texas, $10 million, almost every one of the
21  states represented here."  Will you say no to the
22  President if he withholds that money?
23      GOVERNOR NOEM:  Sir, I don't know about
24  the scenarios that you're referencing with
25  President Trump, but what I will tell you is that

1  if given the chance to be Secretary of Homeland
2  Security, that I will deliver the programs
3  according to the law and that it will be done
4  with no political bias, and if the programs
5  change or if you decide to change the rule of
6  law, then I will follow that while adhering to
7  the Constitution.
8      SENATOR BLUMENTHAL:  So, you pledge to
9  allocate and distribute that 100 billion dollars?
10      GOVERNOR NOEM:  According to how the
11  program is written with no political bias.
12      SENATOR BLUMENTHAL:  Thank you.
13      GOVERNOR NOEM:  Every American deserves
14  to be there and have disaster relief the same as
15  their neighbors.
16      SENATOR BLUMENTHAL:  Basically,
17  following the law.
18      GOVERNOR NOEM:  Yes.
19      SENATOR BLUMENTHAL:  Let me ask you,
20  Senator Peters asked you about homegrown
21  terrorists.  The New Orleans tragedy was the
22  result of a homegrown terrorist born in this
23  country radicalized by ISIS and it reflects the
24  reason why the intelligence community, the FBI,
25  almost all of our law enforcement has said

17 (Pages 62 - 65)

1  repeatedly, domestic violent extremism is the
2  most lethal and persistent threat to our
3  security. That terrorist was radicalized by
4  ISIS. The investigation is underway, we don't
5  know all the facts, but we do know that he was a
6  military veteran, and ISIS was responsible for
7  radicalizing him. Shouldn't we focus on ISIS as
8  a threat to this country's security?
9       GOVERNOR NOEM: Senator, certainly we
10 should be focused on all threats to this nation's
11 security. That's the mission of the Department
12 of Homeland Security and homegrown terrorism is
13 growing. We have more and more incidences. The
14 tragedy we saw and the terrorist attack in New
15 Orleans was --
16      SENATOR BLUMENTHAL: What will you do
17 to combat it? What will you do to stop ISIS and
18 other extremist organization from radicalizing
19 people in this country?
20      GOVERNOR NOEM: Well, certainly
21 Senator, I'll continue to work with the
22 administration and our partners and the
23 Department of Defense, the intelligence agencies
24 also within Secretary of State and the other
25 branches and cabinet officials to make sure we're

Page 66

1  bringing all resources to bear to identify and to
2  stop these types of terrorist activities. What I
3  would say is the cybersecurity and intelligence
4  elements that we have within the Department of
5  Homeland Security have been incredibly siloed.
6  They have not communicated with other
7  intelligence agencies like they should and
8  partnered. INA has some interaction but not
9  enough and we also need to have CISA have
10 interaction with the FBI, CIA to make sure
11 they're working together to stop these types of
12 threats and identify when they're growing among
13 our citizens and how they become radicalized.
14      SENATOR BLUMENTHAL: My time has
15 expired. This area of questioning I think is
16 supremely important. I know there's a lot of
17 focus on the border. We all want more border
18 security. We want to stop migrant crime, but
19 let's not take our eye off the ball. The
20 governor of Louisiana for the Super Bowl ought to
21 be really riveted on the potential for homegrown
22 terrorism as a threat, and I hope that you will
23 help him and other governors to do their duty to
24 protect the people of the United States from that
25 homegrown terrorist threat. Thank you.

Page 67

1       GOVERNOR NOEM: Yeah, I look forward to
2  working with you.
3       SENATOR PAUL: Senator Ernst.
4       SENATOR ERNST: Thank you, Senator
5  Johnson. Governor Noem, thank you so much for
6  being here today and I want to thank you for your
7  continuing service, the service that you had as a
8  member of Congress, the service that you have
9  displayed as a governor of the great State of
10 South Dakota, our neighbor to the northwest, and
11 for being willing to step up and take on this
12 immense responsibility. So, thank you so very
13 much.
14      We had such a good discussion when you
15 came to my office in the last several weeks, and
16 we talked about the importance of securing our
17 border and fixing our broken immigration system.
18 And I'd like to start today by sharing a story
19 about one of my constituents from Council Bluffs,
20 Iowa. And what we have seen through this broken
21 border is tragedy that strikes so many families
22 across the United States. So, very similar to
23 the story that was shared by my colleague from
24 Missouri with his constituent Mr. Wolf. I have a
25 young woman by the name of Sarah Root who

Page 68

1  encountered tragedy on January 31st, 9 years ago.
2  So, Sarah Root was struck and killed by an
3  illegal immigrant who was drunk driving. He was
4  driving at three times the legal limit of
5  alcohol, and Sarah's killer was bonded out,
6  bonded out before the Roots laid her to rest. He
7  fled the country and has not been seen or heard
8  from since. The Root family has not seen
9  justice. So, Governor, how do you plan to
10 prioritize the detention and deportation of
11 illegal immigrants like Sarah's killer?
12      GOVERNOR NOEM: Well, yes, Senator,
13 thank you for telling Sarah's story. I remember
14 when this happened because it was so close to
15 home and so devastating for her and her family
16 and the entire State of Iowa and our country.
17 President Trump is focused on making sure that
18 these types of situations don't happen again,
19 that we don't continue to lose our children and
20 our family members to illegal immigrants that
21 come in and perpetuate crime with no
22 accountability and then are released with no
23 consequences. So, the number one priority of the
24 president is to secure the border and to deport
25 these criminal actors immediately and as soon as

Page 69

18 (Pages 66 - 69)

1 possible. They will be the number one priority
2 to make our communities safer and so that we
3 don't have this kind of situation going forward.
4        In fact, people, I think when they
5 first heard my name being mentioned and nominated
6 for the Department of Homeland Security, maybe
7 thought it was a little bit of a surprise, like,
8 "Oh, I didn't think about Kristi doing that job."
9 But I tell people the reason that I asked for it
10 is because I knew it was the President's number
11 one priority. I knew that it needed to have
12 someone in the position that would do what the
13 President promised the American people, would be
14 strong enough to do it and follow through to make
15 sure that we're protecting our communities and
16 America. But that also came at it from a
17 perspective of how these families feel, that was
18 a wife and a mom and a grandmother and would be
19 able to stand up and communicate to the American
20 people what we were doing and why we were,
21 because it's what they asked us to do.
22        I have three grandchildren and one more
23 on the way, and when I look at Little Miss Addie
24 every day, I just think, "What kind of a country
25 is she going to grow up in? What kind of a

Page 70

1 country will we leave her and her brother and a
2 sister?" And I don't want them to think that
3 their grandma sat on the sidelines and didn't do
4 all that she could. So, I will enforce the
5 Constitution and the law, and I will make sure
6 that when people enact horrific things like this
7 that happened to Sarah and her family, that there
8 will be consequences for it.
9        SENATOR ERNST: Yeah, absolutely. And
10 as a fellow grandma, I know that you are
11 perfectly positioned to enforce this.
12        I do want to move on to another topic
13 that we visited about in my office. So, I'm the
14 founder and the chair of the DOGE Senate Caucus,
15 and so we do need greater government efficiency,
16 and I do believe in order to do that, we need
17 less of our employees teleworking and more of
18 those government workers back in the office
19 working for our constituents. And to that end,
20 it ties together then too. We just found out
21 that the Treasury Department had a cyber-attack
22 on December 8th from China, and no surprise here,
23 they access servers through work from home
24 software. So, it all ties together.
25        We need more people back in the offices

Page 71

1 making sure that any communications are secured,
2 any work is secured. And to that, I know the
3 Biden Administration has put a huge emphasis on
4 the cyber bureaucracy, but they haven't really
5 done anything about it, and they haven't given
6 any authority to those that are enforcing the
7 standards. So, we need to enforce the standards
8 that are set forth to make sure the cyber
9 security is truly there, but what can DHS do one,
10 with telework how do we get the employees back,
11 and then two, how do we make sure that our
12 systems are secure from these cyber-attacks?
13        GOVERNOR NOEM: Well, Senator, thank
14 you for focusing on remote work and the need to
15 get people back in their offices and accountable
16 to the work that they do. In fact, I've heard
17 since being nominated for this position that many
18 of the agencies within the department are not
19 showing up. They're not doing their jobs. But
20 even FEMA, who is responsible for disaster
21 response, that they have the alternative, some of
22 these employees do not even respond to a
23 disaster, which might explain the horrific
24 results that we saw in North Carolina when they
25 had such a terrible disaster that impacted

Page 72

1 families and communities, and FEMA failed them so
2 miserably. If It's not even responsibility of
3 them to show up when terrible things happen, what
4 other day-to-day activities are not getting done
5 because they're working from home or not doing
6 their job at all?
7        You talked about cyber security and the
8 need to ensure that our systems are safe and
9 secure. One of the things that disturbs me the
10 most is that we don't necessarily even know how
11 some of these espionage attacks that have
12 infiltrated our systems have happened. We don't
13 know how to stop them yet. We don't have the
14 knowledge and that our departments and
15 intelligence agencies and cybersecurity agencies
16 have become siloed and aren't working together to
17 stay in front of these bad actors. But many
18 times, our most vulnerable area happens at the
19 state and local level. Some of these smaller
20 entities that feeds information into our systems
21 is where they choose to infiltrate and get our
22 data and to really hold for ransom many of these
23 companies and then impact our federal systems as
24 well.
25        So, one of the first meetings I had

Page 73

19 (Pages 70 - 73)

1 when I was elected governor with the former
2 governor during the transition was, he said, "The
3 number one priority you're going to have as
4 governor is to secure our systems."
5     SENATOR ERNST: Yes.
6     GOVERNOR NOEM: He said, "Our systems
7 are so antiquated, and we've had over 16,000
8 hacking attempts in just the last month. You
9 need to secure our systems to get it done." So,
10 that was a priority for me and to do that, and we
11 fully funded it and got it done in South Dakota
12 and it's being implemented today. I look forward
13 to doing that at the federal level to make sure
14 that people's data and information is safe, but
15 also our country is safe from these bad actors
16 that have a plan to take us out.
17     SENATOR ERNST: Well, thank you. My
18 time has expired, but I do want to end on a note
19 that another thing that I do truly appreciate
20 about you and your nomination is that as a
21 governor, you have worked with those local
22 constituencies as well and those local
23 governments, and I know that this will be an
24 incredible strength that will ensure continued
25 success for you within the department. So, thank

Page 74

1 that he's in charge of our nation's borders. So,
2 I guess, again, I'd just like to go back to you.
3 How are you going to work with Mr. Homan? What
4 is the division there? I'm trying to get a
5 better sense of who's in charge.
6     GOVERNOR NOEM: Yeah. Tom Homan is an
7 incredible human being who has over 30 years of
8 experience at the border and the insight and
9 wisdom and he --
10     SENATOR KIM: Incredible experience, I
11 get that. I'm just trying to think through
12 decision-making process when it comes to your
13 work. For instance, will he be giving orders
14 directly to CBP, ICE, USCIS?
15     GOVERNOR NOEM: Tom Homan has a direct
16 line to the President. He is an advisor to the
17 President, the border Czar. I, obviously, will
18 be if nominated and confirmed and put into the
19 position of being the Department of Homeland
20 Security Secretary and responsible for the
21 authorities that we have and the actions that we
22 take.
23     SENATOR KIM: I say this because I
24 actually want to make sure that we're empowering
25 the next Secretary of Homeland Security.

Page 76

1 you, Governor, very much. Thank you, Mr. Chair.
2     SENATOR PAUL: Senator Kim.
3     SENATOR KIM: Thank you, Chairman.
4 Governor, it's good to see you.
5     GOVERNOR NOEM: Good to see you again
6 too.
7     SENATOR KIM: Thanks for coming before
8 our committee. I wanted to just ask you not just
9 about your work, but how it's going to fit into
10 the broader incoming Trump Administration and
11 particular, I guess, I'm uncertain about roles
12 and responsibilities regarding your position and
13 Tom Homan's. I guess, I just want to ask you
14 just point-blank who's going to be in charge of
15 the border?
16     GOVERNOR NOEM: Well, the president
17 will be in charge of the border. It's a national
18 security issue, and the president is in charge of
19 this country and has made a promise to the
20 American people, and we will fulfill his agenda.
21     SENATOR KIM: Well, that was a good
22 answer, it's the answer I would've given as well,
23 but I guess I got confused. When Trump made the
24 announcement about Tom Homan, he said, "I'm
25 pleased to announce that Tom Homan," and said

Page 75

1     GOVERNOR NOEM: Yes.
2     SENATOR KIM: In the legislation that
3 was codified by Congress and moved forward that
4 started this after September 11th, said "All
5 functions of all offices, employees and
6 organizational units of the department are vested
7 in the secretary." So, I guess the reason why I
8 mentioned this is I've just seen some quotes from
9 Mr. Homan where he said, "I'll be making
10 decisions on border security and deportation."
11 He was asked in another interview about the
12 stronger role that he'll play, and he said,
13 "Absolutely, I'll be making decisions on how we
14 do the border."
15     So, I just raise that as a concern of
16 mine because not only is that about the function
17 of our executive branch, but also the
18 capabilities of this committee to be able to
19 properly do our constitutional duties for
20 oversight. The ability for us to be able to have
21 that conversation. We can talk to you, engage
22 with you, that is the direct way, but if he is
23 going to be making decisions, then he should come
24 before this committee as well. And I know that
25 that's something where, as far as I know, his

Page 77

20 (Pages 74 - 77)

1 role will be directly at the White House, is not
2 something that will be under the purview directly
3 of this committee. So, I just wanted to raise
4 those concerns.
5        GOVERNOR NOEM: Yeah, yeah. Tom and I
6 work very well together and talk and communicate
7 all the time, and we'll be working together on a
8 daily basis when we're in our positions under the
9 new administration. And I would say there's no
10 authorities being planned to be taken away from
11 the department or myself if I'm in the role, and
12 we'll continue to oversee CPP --
13        SENATOR KIM: But it sends some mixed
14 signals. You can understand how people in my
15 home state, maybe around the country, when they
16 hear Mr. Homan saying, "I'm making the
17 decisions." When they hear President-elect Trump
18 say he's in charge of our border. So, I urge
19 that we're going to try to do our best to try to
20 make sure we're empowering the department,
21 empowering the next secretary because that's
22 where our laws are invested in our decision-
23 making.
24        GOVERNOR NOEM: Yeah. Well, thank you
25 Senator, and we'll make sure you have all the

1 information that you need. And Tom working
2 directly with the president and I working
3 directly with the president, hope to help you get
4 all that you need to reassured that the
5 authorities will stay the same as they currently
6 are, but we will continue to work to secure that
7 border and make sure that we're working together
8 in that way.
9        SENATOR KIM: I want to just switch
10 gears about you raised the concerns about
11 terrorism, especially foreign terrorist groups.
12 I guess I just want to ask you, what are the
13 major foreign terrorist groups that are... Well,
14 first of all, what are the major foreign
15 terrorist groups that are out there that we're
16 tracking, which are the ones that are concerns to
17 us in terms of potentially trying to inspire or
18 coordinate an attack upon us? And if you can,
19 just give me a sense of what their current
20 capabilities are to try to enact that.
21        GOVERNOR NOEM: Well, I think we face a
22 lot of threats, Senator, and since I'm not in the
23 role today, I shouldn't get into specifics with
24 you, but I think over years the --
25        SENATOR KIM: Well, you can at least

1 get into specifics about what organizations that
2 are out there. So, I just wanted to get a sense
3 of your knowledge of the organizations.
4        GOVERNOR NOEM: Yes, sir. You have all
5 the traditional terrorist organizations that have
6 always threatened the United States, but I would
7 also say --
8        SENATOR KIM: Such as?
9        GOVERNOR NOEM: I would say Hamas,
10 ISIS, continuing down that path of those
11 terrorist organizations. But we'll continue to
12 also focus though not just on those, but also the
13 cartels, their partnership with the Chinese and
14 what they are doing. Listen, I've told people
15 for years, for over 30 years, I've worked on
16 national policy, on food policy, on agriculture
17 policy, and I've seen the Chinese agenda to
18 infiltrate our country, control our food supply
19 chain, but also their manipulation of their
20 currency and stealing our IP. And now I believe
21 that this fentanyl crisis that they have flooded
22 our country with is geared and the purpose of it
23 is to kill our next generation of Americans. It
24 is to control us.
25        SENATOR KIM: No, I don't discount the

1 importance of those --
2        GOVERNOR NOEM: So, when you focus on
3 one or two groups, I think it takes your eye off
4 the ball as to where all the threats could come
5 from. We just spent a significant amount of time
6 talking about homegrown terrorism as well and
7 about --
8        SENATOR KIM: Correct. And I'm glad
9 we're having that conversation. But the reason
10 why I mentioned it, I was not trying to quiz you
11 or anything of that nature. It's just that when
12 the Department of Homeland Security, when their
13 threat assessment for 2025 lists three
14 organizations, lists Al Qaeda, lists ISIS, in
15 particular ISIS Khorasan, and the IRGC, and the
16 threat from Iran, I just want to make sure that I
17 get it. You're talking about the importance of
18 the border. We all understand that we want to
19 work with the incoming administration to try to
20 have an orderly process with that. But I just
21 want to make sure in particular with DHS, the
22 primary mission, if we look at the founding
23 legislation, the primary mission, the very first
24 mission is prevent terrorist attacks within the
25 United States and do everything we can to

1   minimize that type of threat.
2       So, yes, I do think it's important for
3   us to focus in on one, two, or three or just
4   wherever these terrorist groups are at. Yes,
5   yes, I know that part of that effort to try to
6   minimize terrorist attacks is through the work
7   that we try to do to secure our borders, all of
8   them: air, sea, and land. But the primary
9   mission still is about preventing terrorism, not
10  just the border security. That's a tool to be
11  able to accomplish that. So, I just raised that
12  with you. I want to make sure that the next
13  Homeland Security Secretary has a very detailed
14  knowledge and understanding about the terrorist
15  groups, their capabilities, and is tracking that
16  on a absolute daily basis, and that they
17  understand that is their top mission. And with
18  that, I'll yield back to the Chairman.
19      SENATOR PAUL: Senator Johnson.
20      SENATOR JOHNSON: Governor Noem,
21  welcome and thank you --
22      GOVERNOR NOEM: Thank you.
23      SENATOR JOHNSON: ... for your
24  willingness to serve. You'll be taking over a
25  massive federal government agency, 240,000

1   employees. It's probably too massive. I think
2   had I been there back then, I don't think I
3   would've assembled these 22 different agencies in
4   this massive department, but that's what we've
5   got. It's a department that the previous
6   administration, I think, has completely misused.
7   Instead of using customs and border protection to
8   do that, to protect our border and secure it,
9   they've utilized those resources to incentivize a
10  massive influx of illegal immigration. Instead
11  of using the Cybersecurity Infrastructure
12  Security Agency to do that, they instead engage
13  in mission creep and utilized it to censor
14  Americans with the misinformation board. I am
15  concerned about disaster relief, just federal
16  disaster relief in general, creating greater and
17  greater and increasing levels of moral hazard
18  resulting in higher costs of these disasters.
19  So, let's cover each one of those kind of in
20  order. How do you gain control over a massive
21  agency whose resources and personnel have been
22  misused? I mean, how do you root out those
23  individuals who instead of securing our border
24  opened it up and facilitated this?
25      GOVERNOR NOEM: Well, Senator, this has

1   been a big topic of conversation in most of the
2   meetings that I've had with the members of this
3   committee was how do we fix this agency which the
4   reputation is that it's broken and dysfunctional.
5   I think that was the question I get asked the
6   most is why would you want to head up such a
7   dysfunctional department? And I would say that
8   because the mission of the department is to
9   secure the homeland and our people, it's our
10  biggest vulnerability right now, and we have a
11  president that's not enforcing the law, and I
12  don't believe the law should be unequally
13  applied. Everyone should be subject to our laws,
14  and a nation without laws and without borders is
15  not a nation at all. So, I will work by ensuring
16  one of the things that Senator Ernst talked
17  about, people have to show up for work.
18      I think there's going to be a majority
19  of people who don't have their primary mission to
20  secure the homeland, that if they don't want to
21  show up for work, then maybe they're just not
22  truly passionate about protecting America. I
23  think they need to do that, and they need to
24  recognize what their job is. The morale in DHS
25  is very low. I'm going to let people do their

1   jobs. I'm going to remind them what their jobs
2   are. Some of these border patrol agents haven't
3   been able to do their jobs for a very long time.
4   They've been processing paperwork and
5   facilitating an invasion when they should be back
6   securing our border, which is why they were
7   recruited and wanted to serve there to begin
8   with.
9       We're going to build partnerships with
10  local law enforcement, with ICE and task forces.
11  So, we're communicating again with local sheriffs
12  and mayors and law enforcement to partner
13  together. When you talk about the fact that this
14  is such a broken agency that needs so much
15  improvement, a lot of it goes back to why we're
16  recreated and are we fulfilling that mission and
17  making sure that these individuals are getting
18  back on task.
19      SENATOR JOHNSON: So, under my
20  Chairmanship and under the Trump Administration,
21  we did rename a part of DHS, so the Cybersecurity
22  Information Security Agency. I in no way, shape
23  or form ever contemplated that the sub-agency
24  within DHS that was really focused on securing us
25  against the cyber threats and other threats to

1 our infrastructure would ever be used to violate
2 the Constitution the way it was used to violate
3 the Constitution under the Biden Administration.
4 This administration's been completely opaque. We
5 do not have the information to know and the
6 communication in terms of what all happened here.
7 So, my question is relates to how they misused
8 CISA. Will you commit to providing the
9 transparency, providing the information, to
10 investigate it yourself, but provide this
11 committee, my subcommittee, the information to
12 expose the truth of the American public, but even
13 more importantly, propose a piece of legislation
14 based on our investigation, based on those
15 results to fix it so that no administration can
16 ever misuse the language of the law to commit
17 that kind of unconstitutional act and violate
18 people's First Amendment rights?
19       GOVERNOR NOEM:  Yeah, Senator, I look
20 forward to working with you on that.  And I think
21 what we saw during the COVID pandemic, the
22 actions of CISA, their misinformation and
23 disinformation campaign, the materials they were
24 putting out was shocking.  Shocking at what they
25 were doing to decide what was truth, what wasn't,
                                              Page 86

1 their lives, the hundreds of billions of dollars'
2 worth of property damage.  It's not just
3 California though.  I mean, again, that was
4 grotesque mismanagement, that could have been
5 prevented.  You can't prevent a hurricane, you
6 can't prevent floods, but you certainly can try
7 and start reducing the moral hazard that we've
8 allowed to explode, quite honestly, by the
9 federal government rushing in immediately, no
10 questions asked, just tell us how big a check you
11 want.  What can you do in your new role to try
12 and start reducing over time the moral hazard
13 that we have created in this country with federal
14 disaster relief?
15       GOVERNOR NOEM:  Well, Senator
16 emergencies and disasters are always locally led.
17 They're led by the local communities and leaders,
18 and that's because they're much more responsive
19 and much better informed on how to bring relief
20 and to get those emergency services there to meet
21 the need.  Then it's state supported and
22 federally resourced, which means that when we
23 come in that we're supporting what the mission
24 is, what those emergency operations and plans
25 are, that the local city and county, and then
                                              Page 88

1 and how they were trying to manipulate the
2 American people.  We saw it in elections and
3 Russia influence as well, and so ensuring that
4 they can't do that in the future under any
5 administration would be a priority, that they
6 stay doing what they're supposed to do and
7 hardening our systems and working with local
8 officials to do that is a priority, and I'd look
9 forward to working with you on legislation should
10 you wish to rein them in.
11       SENATOR JOHNSON:  So, the first step in
12 that process is to expose the truth to find out
13 who these backed actors were, expose who they
14 were, hold them accountable.
15       GOVERNOR NOEM:  Yes.
16       SENATOR JOHNSON:  I mean, that is
17 crucial that we take that first step.  So, again,
18 look forward to working with you on that.  The
19 tragedy of the California fires, the more we
20 learn, the more we understand that not only was
21 it predictable, it was predicted, which means it
22 was preventable.  Again, you can't prevent the
23 initiation of those fires, but you certainly
24 prevent them from raging into the tragedy that
25 they became, the dozens of people who've lost
                                              Page 87

1 also the state has implemented and do what we can
2 to fulfill the mission of our programs.
3       One of the things that FEMA's not doing
4 today that I think we should be doing is
5 streamlining communications.  We saw this in New
6 Orleans, we saw it in other terrorist attacks in
7 the country, and you just referenced it as well
8 about the American people not getting the truth,
9 Senators not getting the truth and the
10 transparency that we need is that I believe FEMA
11 can always put out a blueprint for what a
12 response would be should something terrible
13 happen.
14       And when we look at the Secret Service,
15 what happened in Butler, we saw that
16 communication was an issue, that the Secret
17 Service wasn't communicating, and balls were
18 getting dropped with local authorities, local law
19 enforcement, and we can put forward a blueprint
20 for how communication can happen and be
21 streamlined between the federal government, the
22 state, and the local entities.  So, that should
23 something happen, this is how we talk to each
24 other, to make sure that the public has the
25 facts, they're not getting misinformation, which
                                              Page 89

23 (Pages 86 - 89)

1  happened with the New Orleans terror attack just
2  recently, but also up in Pennsylvania as well.
3         That blueprint is what we do at the
4  state level that FEMA has failed to do, to
5  proactively educate the public on what
6  everybody's roles are, what we do should
7  something happen, whether it be a natural
8  disaster or a terrorist attack or an emergency
9  response is needed, that we can put out those
10  blueprints ahead of time, educate people, train
11  those local entities, which they currently do to
12  a certain extent today, but not good enough to
13  really know that not only can the resources be
14  pre-deployed in many of these situations so that
15  they're more readily accessible, but also how are
16  we going to communicate and make sure everybody's
17  on the same page so that we can be much more
18  efficient.
19         I wish that we would've had different
20  leadership and a different governor in
21  California, or we might have a different result
22  there.  But in the Department of Homeland
23  Security, we can do all that we can to make sure
24  that the people that live in California know that
25  they're going to get a response from the federal

Page 90

1  government that's appropriate, and we did all
2  that we could to make sure that they had the
3  information ahead of time so they could protect
4  themselves when they do have a failure in
5  leadership like we've seen.
6         SENATOR JOHNSON:  Thank you and good
7  luck.
8         GOVERNOR NOEM:  You bet.
9         SENATOR PAUL:  Since Senator Johnson
10  brought up California fires, I have to interject
11  here.  We talked about burn policies, these are
12  local policies, how we try to not have so much
13  brush and things like that.  They're also next to
14  the largest body of water in the world, the
15  Pacific Ocean.  So, I see these homes all burning
16  on the beach in Malibu, and I'm like, "Wow, if
17  they just had a generator and a hose, you start
18  sucking the water out of the Pacific Ocean."  But
19  you could do more than that.  You could pump it
20  and put it in cisterns up in the hills a mile or
21  two in.  It doesn't rain very much there, but why
22  don't they take the ocean water, put it in
23  cisterns and have a bunch of water ready when a
24  wildfire shows up, but it's like once again, bad
25  local government.  Senator Gallego.

Page 91

1         SENATOR GALLEGO:  Thank you, Chairman.
2  Thank you, Governor, for your attendance and I
3  appreciate us meeting last week and our frank
4  conversation.  So, following up on our
5  conversation, in recent years, I've been in very
6  close contact with our Arizona border
7  communities, which are unlike other border
8  communities and about the funding needs to
9  address migrant influxes through the shelter and
10  services program or SSP.  Without this funding
11  border communities must bear all the financial
12  burden for national immigration challenges and
13  the broken border in general.  So, that means
14  police, fire, hospital systems in general,
15  anything of that.  And at the same time, they'll
16  also face the potential challenges of street
17  releases.  And again, these are very small towns
18  on the border, so having thousands of people
19  being released becomes both burdensome security
20  issues and just not fair to them.  And we get
21  lumped in with places like New York and Chicago
22  about how they do their shelter programs.
23         Our shelter programs are not the same
24  as New York and Chicago.  We do not permanently
25  put people in apartments or anything of that

Page 92

1  nature.  We are trying to move people away from
2  the border so that way they don't become a burden
3  on these very, very small communities.  So, I'm
4  very highly concerned, as I told you in our
5  meeting when the SSP program becomes politicized
6  and to the point where we get lumped in with
7  those programs, I don't think are effective and
8  are actually counterproductive and it ends up
9  depriving our small Arizona borders of these
10  very, very vital funds that they need.  So, as
11  DHS Secretary, how would you ensure that border
12  communities are not left to respond to and pay
13  for these immigration influxes, the broken border
14  system on their own?  And when you commit to
15  helping really not politicize or just join the
16  SSP program to the point where places that are
17  doing things correctly like Yuma, Arizona, like
18  Pima County, like Cochise County, aren't lumped
19  in with the people that are doing things
20  incorrectly like New York State and Chicago.
21         GOVERNOR NOEM:  Well, Senator, thank
22  you for the conversation in your office about the
23  program, FEMA, the southern border, and the
24  challenges and then also the difference between
25  your state and how you utilize funds versus other

Page 93

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1 states. I would say that, my hope is that if
2 given the opportunity to serve as secretary, that
3 the federal government would no longer, and I
4 believe as President Trump has promised the
5 American people facilitate an illegal alien
6 invasion and that your communities in Arizona
7 would no longer have the issue with having people
8 in your small towns and communities that you need
9 to figure out how to take care of and get them to
10 where they want to go in other places of the
11 country.
12        The President has promised he will
13 secure the border that we will uphold our
14 nation's laws and that he will do that to the
15 benefit and be putting America first again. So,
16 I know we talked extensively about the SSP
17 program and how you've utilized it, but getting
18 these programs back to what they were intended is
19 important to FEMA as a disaster response agency,
20 and some of the facilities that have been
21 utilizing these types of funds and dollars need
22 to be reevaluated and to make sure that it's
23 truly doing the service that is upholding our
24 nation's laws.
25        SENATOR GALLEGO: And certainly, I

1 understand reevaluating especially how some of
2 these states have been using it and in an ideal
3 world, we don't have to have a program like that
4 because we don't have this mass of humanity
5 that's coming towards our borders, but even under
6 the first Trump administration, we actually still
7 needed it also. So, this is why my concern is to
8 not get rid of this program because again, these
9 small communities, I'm talking communities of
10 maybe 10,000 people, maybe only six or seven cops
11 are going to end up really bearing the brunt and
12 we are not a big state. We can't really
13 compensate for these types of losses. These
14 small communities are also largely, you come from
15 a rural state, counties that are largely rural
16 and with a lot of federal land so that actually
17 don't even have a tax base.
18        So, when the broken immigration system
19 sends people to these borders and these
20 communities don't have enough money to pay for
21 cops, firefighters over time for hospital
22 systems, it's that type of program that keeps
23 these small communities afloat. So, just want to
24 make sure that again, this doesn't not become
25 politicized and that we are kept separate from I

1 think the mistakes that other states have taken
2 on. Moving on, in Arizona, we have large parts
3 of the board, they run through tribal lands. We
4 have 22 federally recognized tribes. We have
5 great relationships with these tribes. They want
6 to be collaborative partners when it comes to
7 border security. And then we have some great
8 programs that have worked in the past. For
9 example, the Shadow Wolves Program with the
10 Tohono O'odham Nation is a really good example,
11 collaborative program of tribal law enforcement
12 that worked with DHS to make sure they stop human
13 smuggling and cartels going through the borders.
14 But as DHS Secretary, what is your plan to
15 consult with our border tribes and work together
16 to balance both national security but also their
17 sovereignty?
18        GOVERNOR NOEM: Yeah. Well, Senator, I
19 believe that my experience as governor and my
20 relationship with working with our tribes is
21 going to be an incredible powerful tool for me to
22 bring to bear at the Department of Homeland
23 Security to work on how we secure our southern
24 border but still respect their sovereignty and
25 still be able to work with them. This year, when

1 looking at public safety issues that we had in
2 South Dakota and their lack of ability to hire
3 tribal officers on our reservations in South
4 Dakota, I offered to train federal law
5 enforcement officers, BIA officers, but also
6 their tribal police in South Dakota at no cost to
7 our tribes. And it's been an incredible powerful
8 tool that we've had to build relationships.
9 Those tribal police had the chance to go through
10 academy with the local maybe deputies from the
11 counties and the state highway patrol troopers
12 that were coming on board, and those
13 relationships have built partnerships in our
14 state that we didn't have before.
15        The Shadow Wolf training opportunity is
16 incredible. That was down in Arizona that you
17 spoke of too, and in looking into that program,
18 I'd like to continue to build on that and
19 perpetuate in the future so that our tribes have
20 an opportunity to have a secure border but also
21 have it reflect their values and their culture
22 and have their own people be a part of the
23 solution and then even when it comes to the
24 infrastructure of the wall that we're respecting
25 that and their landscapes and their land as well.

25 (Pages 94 - 97)

1  So, I look forward to working with you as we move
2  into this next administration to be able to
3  protect our country and then work and respect our
4  tribes as we do so.
5      SENATOR GALLEGO:  Thank you.  And the
6  President Trump and some of his other potential
7  staff and advisors have been very vocal about
8  implementing a mass deportation strategy, talking
9  to my agricultural community, my dairy community,
10 they have concerns that this approach will lead
11 to workforce shortages that will further drive up
12 the costs of everything and something that we
13 have really been working hard to cross, I think a
14 bipartisan and a bipartisan manner to bring down
15 the costs of everything and unfortunately this
16 would reignite inflation.  What is your plan to
17 ensure safe and legal immigration processes for
18 agricultural workers while protecting local
19 agricultural operations, including those both of
20 our home states?
21     GOVERNOR NOEM:  Well, Senator, the
22 President and President Trump has been very clear
23 that his priority is going to be deporting
24 criminals, those who have broken our laws and
25 perpetuated violence in our communities.  That'll

Page 98

1  be the priority.  And as I spoke earlier with our
2  statistics, having over 425,000 of those with
3  criminal convictions in our country, that will be
4  a focus that we need to tackle right away, and
5  it'll be a big one.  Beyond that, his next
6  priority is going to be those with final removal
7  orders and focus on those individuals who have
8  long overstayed and that there is a consequence
9  for ignoring our federal laws.  Beyond that,
10 we'll continue conversations.  As you know, I'm a
11 farmer and a rancher and come from an
12 agricultural state and we'll work together to
13 make sure that laws are followed.  It is the
14 Senate and the house that puts forward the laws.
15 I as secretary uphold the law, so you determine
16 what that is and debate and discussion.  I'll be
17 transparent and share as much information and
18 insight as I have with my background and
19 experience and continue to work with you.
20     SENATOR GALLEGO:  (Indiscernible).
21     SENATOR PAUL:  Senator Moreno.
22     SENATOR MORENO:  First of all, thank
23 you, Governor, for being here for testifying
24 before this committee and for your service, not
25 just to your state but to America.  Nine years

Page 99

1  ago today, we met in probably the coldest day
2  I've ever been in my life in Iowa --
3      GOVERNOR NOEM:  Yeah, that's true.
4      SENATOR MORENO:  ... as you and I were
5  making phone calls and whipping up votes for
6  Republicans in Iowa, my wife Bridget, who's here,
7  got a chance to meet you and we left Iowa saying,
8  "That person's really going to go far," and here
9  we are nine years later, you've been an amazing
10 governor, amazing Congresswoman, and now you're
11 going to make an even better Secretary of the
12 Department of Homeland Security.  So, I think
13 sometimes in D.C. we tend to complicate things.
14 There is a current Secretary of Homeland
15 Security, so why don't we take this opportunity
16 to do a little job review and compare and
17 contrast him to you.  So, if you don't mind, I'll
18 ask you some questions and you can give me an
19 answer.  Secretary Mayorkas allowed about, you
20 said it, just about 400 people on the terror
21 watch list to come into this country legally.  If
22 you were confirmed as Secretary of Homeland
23 Security, how many people on the terror watch
24 list would you allow into this country?
25     GOVERNOR NOEM:  Well, Senator, we would

Page 100

1  work every single day until that number was zero.
2  And if you look at the previous Trump
3  administration over his entire four years in
4  comparison to Joe Biden's number President Trump,
5  it was 11 that were then removed from the country
6  and faced consequences.  When you look at the 382
7  that Joe Biden has let in and the policies
8  continue, is shocking and needs to be changed
9  immediately.
10     SENATOR MORENO:  Mayorkas let in about
11 12,000 murderers, how many would you target to
12 let into this country?
13     GOVERNOR NOEM:  My goal every day would
14 be to have no murderers allowed into this country
15 and our communities.
16     SENATOR MORENO:  Mayorkas allowed
17 16,000 rapists, how many would you target to let
18 in?
19     GOVERNOR NOEM:  Every day I'd work to
20 make sure that there was none let into this
21 country.
22     SENATOR MORENO:  He let 600,000 --
23 Mayorkas, 600,000, people with criminal
24 convictions, how many would you allow in?
25     GOVERNOR NOEM:  We would work every day

Page 101

26 (Pages 98 - 101)

1 to make sure people are safe and that those with
2 criminal convictions are immediately removed.
3     SENATOR MORENO:  How many private jets
4 would you have the United States taxpayers have
5 fly into foreign countries to pick up people to
6 bring them here.
7     GOVERNOR NOEM:  Yeah. Senator, we will
8 no longer be undertaking that mission at the
9 Department of Homeland Security.
10     SENATOR MORENO:  So, not 700,000
11 individuals on private jets over the last four
12 years, you would not have any?
13     GOVERNOR NOEM:  No.  I'll be working
14 with President Trump to put in place his agenda
15 and adherence to our federal laws.
16     SENATOR MORENO:  And how many illegals
17 will you plan to house in luxury hotel rooms in
18 Manhattan at a cost of $6,000 per month?
19     GOVERNOR NOEM:  Sir, clearly, Senator,
20 during this election, the American people said
21 they did not support that and that that would not
22 be a part of this new administration.
23     SENATOR MORENO:  How about sex change
24 operations for illegals, how many of those would
25 you suspect you would fund?

Page 102

---

1     GOVERNOR NOEM:  Senator, I believe that
2 the Department of Homeland Security will be
3 reevaluating its mission in this country to not
4 allow that going forward under President Trump's
5 goals.
6     SENATOR MORENO:  And if you had any
7 legal migrant that was in this country and they
8 committed a crime, would you offer them airfare
9 from one state to another to evade law
10 enforcement?
11     GOVERNOR NOEM:  Sir, I will be
12 following this nation's laws and the Constitution
13 and make sure that all laws are adhered to.
14     SENATOR MORENO:  And if you had been
15 the head of the Department of Homeland Security a
16 year or so ago, would you have closed a detention
17 center in Georgia that would've allowed the
18 release of somebody charged with a crime?
19     GOVERNOR NOEM:  Sir, I don't have the
20 specifics to that situation, but certainly that
21 would not be something that I would want to have
22 under my watch.
23     SENATOR MORENO:  So, just to be clear,
24 Laken Riley would be alive today if you had been
25 the Secretary of Homeland Security?

Page 103

---

1     GOVERNOR NOEM:  Oh, Senator, my hope is
2 that that would be true.  Yes.
3     SENATOR MORENO:  Let's switch to
4 another part of the disgraceful immigration laws
5 that Biden and Mayorkas, who objectively, by the
6 way, objectively, has been the worst cabinet
7 member ever in the history of the United States
8 of America.  Let's talk about temporary
9 protective status.  Temporary being the operative
10 word.  Mayorkas and Biden just extended temporary
11 protective status again through 2027.  Will you
12 continue to corrupt TPS to allow some sort of
13 open borders agenda and will you use hot weather
14 of 80 degrees and sunny beaches in El Salvador as
15 a reason why people have to stay in America and
16 not safely return?
17     GOVERNOR NOEM:  Yeah, Senator, this
18 program has been abused and manipulated by the
19 Biden administration and that will no longer be
20 allowed to allow that and these extensions going
21 forward the way that they are, the program was
22 intended to be temporary and this extension of
23 over 600,000 Venezuelans as well is alarming when
24 you look at what we've seen in different states,
25 including Colorado with gangs doing damage and

Page 104

---

1 harming the individuals and the people that live
2 there.
3     SENATOR MORENO:  And in terms of our
4 border, like the physical border, I've been there
5 many times.  You've been there many times.  Who
6 should be in charge?  Who should have operational
7 control of our border?  The United States
8 government or the Mexican drug cartels?
9     GOVERNOR NOEM:  Oh, Senator, the United
10 States needs to control our borders and secure
11 them.
12     SENATOR MORENO:  So, if this were a job
13 interview in the private sector and you had
14 somebody like Alejandro Mayorkas in charge and we
15 had the opportunity to upgrade to you, this would
16 be the greatest upgrade in history of the United
17 States of America.  But I'm going to end my time
18 with a startling statistic and actually a
19 challenge to the Democrat party.  When Mayorkas
20 was confirmed, every single Democrat voted to
21 confirm him, and six Republicans joined all 50
22 Democrats in that confirmation.  If we get to the
23 vote, and hopefully Chairman, we could do that
24 Monday, because we cannot wait one single day
25 without you being in charge of that department.

Page 105

27 (Pages 102 - 105)

1 We should have 100 percent; 100 Senators vote for
2 your confirmation.
3        This will be the litmus test in my mind
4 as to whether we have a Democrat party that's
5 actually serious about doing bipartisan things
6 like securing this country and protecting our
7 citizens. Any Democrat that voted for Mayorkas
8 that does not vote for you should be in front of
9 their voters and removed from office. Thank you
10 for serving, Brian. Thank you for being here,
11 for putting up with the nonsense that you guys
12 have had to put up with over the years. You are
13 going to make an amazing Secretary of Homeland
14 Security. Thank you for being here.
15        GOVERNOR NOEM: Thank you, Senator.
16        SENATOR PAUL: Senator Slotkin.
17        SENATOR SLOTKIN: Thanks for being here
18 and thanks for our time in my office, Governor.
19 I'm a former CIA officer, joined right after 9/11
20 and served three tours in Iraq alongside the
21 military. I'm actually the first CIA officer in
22 the Senate and to me the most important thing
23 again as a Democrat from a state that Trump won,
24 right, on the same ballot we both won. I
25 understand we're going to have different policy

Page 106

1 very elite military unit. I mean, it's horrible.
2 It's one of the hardest things to catch the sort
3 of lone wolf, radicalized American citizen, but I
4 want to protect ourselves. Our most recent
5 examples of domestic terrorism we're not what
6 we've spent the majority talking about today,
7 crime from a migrant, and I don't dispute there
8 is crime, but I just want to know and I want to
9 hear from you as an intelligence officer that
10 you're going to speak about real threats and not
11 blow something up, politicize something, make
12 something more exciting because that's maybe what
13 the President wants to hear, but your mission to
14 protect and defend the Constitution means calling
15 honestly what the threats are to the country.
16 Can you just give me a yes or no, please?
17        GOVERNOR NOEM: Yes, Senator. I will
18 be as transparent and factual every day with you
19 and the American people as possible based on the
20 information that I have. I don't know if the
21 investigations are closed in New Orleans and in
22 Nevada, but what we know so far and needs to be
23 relayed to the American people, needs to be the
24 truth and facts.
25        SENATOR SLOTKIN: Yeah, I'd ask that.

Page 108

1 opinions. I certainly understand that the
2 President or incoming President has the right to
3 nominate whoever he wants. Those are not the
4 issues for me that I'm going to spend my time on.
5 The ones that I care about the most relate to the
6 mission of the organization when it was founded,
7 protecting the homeland, and I think to me, it's
8 one thing when there's campaign rhetoric or
9 political politicization of things, everyone does
10 that on both sides of the aisle in this committee
11 and in our line of work, but when it comes to
12 actually protecting the country, you do have to
13 be clear and honest about facts and not conflate
14 things.
15        So, it's just important to me that I
16 know, particularly since you do have one of the
17 intelligence agencies within the Department of
18 Homeland Security, that you're going to call a
19 spade a spade, right? The most recent acts of
20 domestic terrorism in New Orleans, horrible
21 incident in Nevada had nothing to do with
22 migrants. Correct?
23        GOVERNOR NOEM: Correct.
24        SENATOR SLOTKIN: They were homegrown
25 American citizens. One of them was actually in a

Page 107

1 We've talked a lot about border security. As a
2 CIA officer, I think one of the only people on
3 this committee who's actually worked on
4 protecting the homeland. I'm a Middle East
5 terrorism and militia expert by training, so I
6 believe deeply in it and every country of the
7 world gets to decide who comes inside its
8 borders. That's not a radical concept, but I
9 think I've been open with this committee that it
10 is also on us to fix the deeply broken legal
11 immigration system. I'm glad to hear that you're
12 going to carry out the laws on the immigration
13 system. Democrats and Republicans are to blame
14 that we haven't fixed this system, but I also
15 believe you can't fully control the border unless
16 you give people that we need for our companies,
17 for our economy a legal vetted way to come here.
18 So, do you believe in legal vetted immigration
19 and that we need more of it in the United States?
20        GOVERNOR NOEM: I do believe we need to
21 follow our legal immigration laws and that it
22 needs to be vetted. We need more resources, I
23 believe in some of the elements of this to ensure
24 that we're --
25        SENATOR SLOTKIN: Do you believe that

Page 109

28 (Pages 106 - 109)

1  our economy depends and needs some level, just
2  like your family came from Norway and on economic
3  drive and wanted a better life --
4       GOVERNOR NOEM:  Well, immigration's
5  always been a part of our history and will be a
6  part of our future.  We just need to make sure
7  that we're adhering to our nation's laws, which
8  this body has the ability to --
9       SENATOR SLOTKIN:  I'm with you, I'm
10  with you.
11       GOVERNOR NOEM:  ... continue to change
12  and to put in place.
13       SENATOR SLOTKIN:  Again, going back to
14  the fact that you will pledge an oath to the
15  Constitution, not to President Trump.  Just like
16  every other nominee, President Trump said in
17  November that he's willing to use law
18  enforcement, National Guard, or even active-duty
19  military to go after the threat from within the
20  United States.  I don't know exactly what he was
21  talking about, but we have recent examples from
22  your predecessors at DHS where federal law
23  enforcement were sent into a state, in this case
24  Oregon without coordination with the governor.
25  Those federal law enforcement officers at the
Page 110

1       SENATOR SLOTKIN:  I just to know you're
2  a former governor, you can imagine that if Joe
3  Biden sent in 700 federal law enforcement under
4  Secretary Mayorkas without coordinating with you,
5  I think we can agree you'd be a little upset.
6  So, I just ask that you give the same respect for
7  coordination and that we are very sensitive.
8  People are worried about politicizing of law
9  enforcement and the uniformed military.  That's a
10  bad thing.  I hope we can agree.  Lastly, I will
11  just say, look forward to looking at the northern
12  border, the Gordie Howe Bridge, your help
13  staffing that.  We know you are right now across
14  many administrations, we haven't met our staffing
15  goals at DHS and that's a problem, so we really
16  want to make sure that opens on time.
17       But I also want your assurances.  You
18  received FEMA assistance from Joe Biden's
19  administration, right?  You had historic floods.
20  You asked and requested of the administration,
21  and you were given millions of dollars to help
22  with that.  I understand you don't like Gavin
23  Newsom, but can you say in front of the American
24  people that you will open the books to this
25  committee who does have oversight over FEMA, that
Page 112

1  time were putting down threats to federal
2  buildings and they were legitimate threats.  I
3  don't dispute, there was destruction of property
4  going on during a bunch of protests and riots, so
5  I don't dispute that.  But they weren't wearing
6  insignia.  We talked about this.  They weren't
7  wearing any markings, so people were arrested by
8  folks in fatigues with no names, no idea who they
9  were, like right out of a bad Hollywood movie.
10  Okay.  If the President asks you to send in
11  federal law enforcement to a state without
12  coordination of that, Governor, would you support
13  that action?
14       GOVERNOR NOEM:  Senator, my job, if
15  nominated, and sworn in as Secretary of Homeland
16  Security, is to uphold the Constitution and to
17  uphold --
18       SENATOR SLOTKIN:  So, you will push
19  back --
20       GOVERNOR NOEM:  ... the rules of this
21  country.  Yes, that will be the oath and the
22  pledge that I will be making.  And my goal also
23  is to work with you to ensure that we have
24  situations that are always appropriate, that we
25  are well-defined on who we are --
Page 111

1  you will open the books in a bipartisan way to
2  ensure whether it's North Carolina or California
3  or anywhere in between, that the American people
4  can know that you are not playing politics with
5  disaster assistance?
6       GOVERNOR NOEM:  Yes.  Senator, I'll
7  work with you in this committee to make sure I'm
8  following the federal law and ensuring that you
9  have information and transparency from us and
10  from DHS and FEMA.
11       SENATOR SLOTKIN:  Thank you.
12  Appreciate it.  Yield back.
13       SENATOR PAUL:  Senator Lankford.
14       SENATOR LANKFORD:  Governor Noem, great
15  to see you.
16       GOVERNOR NOEM:  Great to see you too.
17       SENATOR LANKFORD:  Thanks for being
18  here.  Thanks for accepting this nod that the
19  President has given you.  For, Brian, thanks.
20  Both of you, you've walked through a lot.  I have
21  had the privilege of knowing you for a very long
22  time since we served together in the House of
23  Representatives, so I have the benefit of knowing
24  your qualifications and how strong you are in all
25  these background issues and how hard you work on
Page 113

29 (Pages 110 - 113)

1 these things because I've seen it firsthand. So,
2 I appreciate you stepping into this because a lot
3 of attention across the country will be focused
4 on this. You know that full well and you've
5 stepped into it. For Governor Landry, my state
6 and many folks in my state are praying for you
7 and for your state. You've done a great job in
8 leadership at this moment in a very, very tough
9 time for Louisiana, and we don't want to see acts
10 of terrorism anywhere in our country and it's
11 incredibly difficult days for a governor, so
12 thanks for your leadership on that as well. I
13 also have to tell you, Kristi, I've whined to my
14 wife occasionally about the temperature that's
15 coming on Monday. I'm very excited about Trump's
16 inaugural, but we're all going to be sitting
17 outside in about 12 degrees. And I thought just
18 for fun, I would check South Dakota on Monday,
19 it's one, for a high, for a high.
20     GOVERNOR NOEM: Yeah, for a high.
21     SENATOR LANKFORD: And so, I'm going to
22 stop whining about the temperature here in
23 Washington, D.C. on it. Look, I'm going to run
24 through a couple of things here because I know
25 you, not everybody in Oklahoma knows you. The
Page 114

1 questions that I get from people though in
2 Oklahoma, I want to be able to run past you
3 because they want to be able to know the answer
4 to these things, so I'm just going to blitz
5 through a whole bunch of them. Will you use the
6 legal authority that DHS already has to be able
7 to close our border?
8     GOVERNOR NOEM: Yes, Senator. I will
9 work with President Trump to ensure that we're
10 securing our border.
11     SENATOR LANKFORD: Thank you. There's
12 a lot of things that this Congress needs to do,
13 has already been mentioned by Senator Slotkin as
14 well, that we need you to be able to close
15 loopholes to be able to give you additional
16 authority, but there's a tremendous amount of
17 authority currently not being used in Oklahoma,
18 as you're saying, is that about to be used? And
19 they'll be grateful to be able to hear that. No
20 other President has ever created a phone app to
21 be able to facilitate a faster processing of
22 aliens in, called the CBP One app. It's been
23 mentioned several times here. Will you use your
24 authority to stop facilitating faster processing
25 of illegal aliens into our country with the CBP
Page 115

1 One app?
2     GOVERNOR NOEM: Yes, Senator. We will
3 eliminate the CBP One app, maintain some of the
4 data that's in it that's critical to knowing
5 who's in our country, but that app will no longer
6 be in use.
7     SENATOR LANKFORD: Thank you. No other
8 President has ever used the parole authority,
9 just in general, humanitarian parole to
10 facilitate faster processing of aliens into our
11 country, which leads to the catch and release
12 we've all heard about. So, the Oklahomans that I
13 talked to say, "Are we about to end the abuse of
14 parole and catch and release? Is that about
15 to stop?"
16     GOVERNOR NOEM: Senator, President
17 Trump's been very clear that he will end catch
18 and release.
19     SENATOR LANKFORD: Terrific. Folks
20 want to know, will you use your authority with
21 the funds that are given to you by Congress to
22 actually build more wall rather than use the
23 funding that's given to you as the Biden
24 administration did to do environmental
25 remediation around the border rather than actual
Page 116

1 border wall and border structure?
2     GOVERNOR NOEM: Yeah. Senator,
3 President Trump has been clear that he wants to
4 build the wall.
5     SENATOR LANKFORD: So, do we. So, will
6 you use your authority to be able to scan more
7 vehicles and obviously we've got to get you the
8 funding to be able to do this, to be able to scan
9 more vehicles and individuals that are carrying
10 Fentanyl into our country through our ports of
11 entry.
12     GOVERNOR NOEM: Yes, Senator. We will
13 continue to use technologies but hopefully be
14 able to use more with the resources that were
15 granted to scan those vehicles and know what's
16 coming in and out of this country.
17     SENATOR LANKFORD: Last year, FEMA
18 employees during disaster relief were instructed
19 by one of their supervisors that if they see a
20 Trump sign or a Trump flag flying to skip that
21 house, to not stop by there and tell them what
22 their federal government can do for them. Will
23 you allow FEMA employees or any within DHS to
24 politicize their role and to pick and choose who
25 gets help and who doesn't as an American?
Page 117

30 (Pages 114 - 117)

1    GOVERNOR NOEM:  Senator, under
2  President Trump's administration, disaster and
3  emergency relief will not be handed out with
4  political bias.  Every American will be responded
5  to and treated equally.
6    SENATOR LANKFORD:  That's what folks
7  want to know.  Will you review the Secret Service
8  responsibilities to be able to go back through it
9  and to say, are they focused on their primary
10  mission or is there something you could distract?
11  Secret Service still chases down financial
12  crimes, they're still chasing down child
13  exploitation.  Those are serious things for
14  Treasury or for FBI to do, but there's a question
15  is if that's the first priority for Secret
16  Service?
17    GOVERNOR NOEM:  Senator, the Secret
18  Service is in need of dramatic reforms.  They do
19  have a protective detail element that is their
20  priority and also an investigation side.  My
21  understanding is that investigation side is
22  often used to train the protective detailed
23  officers, but clearly, they are not focusing on
24  what their true duty is, and it needs to get back
25  onto what they were created for and that was the

1  protective detail, mission, and emergency
2  situations that they need to help plan and
3  prepare for and defend.
4    SENATOR LANKFORD:  Thank you.  This
5  committee made a request to the Secretary of
6  Homeland Security last year, and by the way, also
7  the head of the FBI to be able to come before
8  this committee and to do what every Secretary of
9  Homeland Security has done for the last 20 years,
10  every single year, unbroken until last year.  And
11  then the secretary refused to come before this
12  committee in an open session and talk about
13  national threats.  Now, the former Chairman
14  protested strongly to the Biden administration
15  and DHS, they weren't coming, but they still
16  refused to be able to come.  Will you come before
17  this committee and talk about the threats openly
18  so the American people can hear them in a public
19  forum?
20    GOVERNOR NOEM:  Yes.  Senator, Senator
21  Peters, and I discussed this quite a bit in our
22  meeting as well, and I have committed to come and
23  give that briefing to this committee and to the
24  American people.
25    SENATOR LANKFORD:  Thank you.  We need

1  that.  Let me tell you another challenge we've
2  had with Homeland Security in the past four
3  years.  When we ask for data and for information,
4  we get, "I'll get back to you on that."  When we
5  ask again and again and again and again, we get
6  the same statement, "I'll get back to you on
7  that."  Now, I can go down the street to the
8  command center, where they actually get the data
9  in live, and they have it up on big screens and
10  they're tracking exactly what's happening on the
11  southern border to the minute, but if I ask for
12  what happened last month, they'll say, "We're
13  still gathering that data."  We're not asking for
14  anything other than what Congress is supposed to
15  get.  That's the ability to be able to see data
16  and to have real oversight over DHS and that has
17  been a failure of this DHS along with multiple
18  other issues on that.  When we request the data
19  for basic things like, how many special interest
20  aliens were allowed across the border.
21    If it was last year, we had to find out
22  on our own.  It was 70,000 people that were
23  targeted by this administration as a potential
24  national security risk that were not just found
25  at the border that were released when they were

1  found at the border.  70,000 people just from
2  last year in the country right now that this
3  administration declared at the border, they're a
4  potential national security risk.  Now, I know
5  you're not going to do that, but when we ask for
6  the data and for the information, when we say,
7  "How's the National Vetting Center working?"  Do
8  you have the connection to be able to screen
9  individuals there?  We're just doing our
10  oversight responsibility.  You've served in
11  Congress before and did a great job on that and
12  did oversight.  We want to still be able to do
13  the same thing.  Will you provide data to this
14  committee so that we can cooperate with you to
15  help?
16    GOVERNOR NOEM:  Senator, I will follow
17  the law and be transparent with you and allow you
18  to do the due diligence towards oversight that
19  you're tasked with.
20    SENATOR LANKFORD:  I have absolutely no
21  doubt about that, Governor.  I have absolutely no
22  doubt, looking forward to you serving in that
23  role.
24    GOVERNOR NOEM:  Thank you.
25    SENATOR LANKFORD:  Thank you.

31 (Pages 118 - 121)

1    GOVERNOR NOEM:  Thank you.
2    SENATOR PAUL:  Well, congratulations,
3 Governor Noem.  You are almost done.
4    GOVERNOR NOEM:  Okay.
5    SENATOR PAUL:  We've been through a lot
6 of questions.  I think you've handled the
7 questions very well and I'm ask a couple of
8 questions, and I think the ranking member has a
9 few and I think we'll be done very shortly.  I
10 think a lot of Americans, including some
11 conservatives misunderstand the First Amendment.
12 They think the First Amendment says that
13 "Facebook has to publish my opinion," or, "The
14 Wall Street Journal has to publish my opinion,"
15 or "We need to force them to be fair."  That's
16 not what the First Amendment's about at all.
17    The First Amendment really doesn't
18 apply to telling private companies what we can or
19 cannot say.  YouTube censored me and I despise
20 their policy.  They actually took down speeches I
21 made on the floor, but really, I don't have a
22 legal recourse other than I can complain about
23 YouTube being unfair and not hosting both sides
24 of an issue.  However, with the government
25 though, there is a rule.  The First Amendment

Page 122

1 specifically says, "Congress shall pass no law
2 banning or abridging speech," and this is what
3 really got us worried about what, not only the
4 FBI was doing, but the Department of Homeland
5 Security actually meeting with these companies.
6    SENATOR PAUL:  ... on a weekly basis.
7 And imagine the chilling effect of this, imagine
8 that there are cameras here, that they're going
9 to end their filming of this interview and then
10 decide, "Well, what she said or what he said
11 really was misinformation, and we should edit
12 that out."  Can you imagine?  It's just hard for
13 me to imagine that the media has not, which once
14 defended the First Amendment, hasn't been in more
15 of an uproar over the government meeting with the
16 media to decide things.  Some of this we didn't
17 know, and then Elon Musk bought Twitter.  People
18 asked him, they said, "Well, you've paid $44
19 billion for Twitter.  Isn't that too much?"  And
20 he said, "I paid $44 billion to defend free
21 speech."
22    And it's been an amazing service, not
23 only to open up the forum to more viewpoints, but
24 to point out what the government was doing.  In
25 this last week, we heard from Mark Zuckerberg,

Page 123

1 who said that the pushiness, the coerciveness of
2 government meeting with them was unprecedented
3 and that they pushed back.  But he also said
4 worse than them just sort of telling him he
5 should restrict speech; they also threatened him.
6 They threatened to come after him through
7 antitrust law, they threatened to remove parts of
8 Section 230 of the liability protection.
9    Just to imagine this bully nature of
10 government, and I know you're opposed to that,
11 but if you're confirmed and you're in a position
12 of saying, "We're just no longer sending people
13 to meet with media," and the way I describe it is
14 to talk about constitutionally protected speech.
15 Because some will say, "Oh, well, what about
16 pornography or what about child trafficking?"
17 Those are illegal.  Those are not
18 constitutionally protected speech.  You have
19 every ability to meet with that.  But for
20 constitutionally protected speech, will you tell
21 us in America that you will no longer be sending
22 government agents to meet with the media?
23    GOVERNOR NOEM:  Yes, Senator.  I'll
24 work with you to ensure that civil rights and
25 liberties are protected and that we are not in

Page 124

1 the misinformation and disinformation space like
2 the current DHS is.
3    SENATOR PAUL:  The only other thing I
4 would ask on this basis is we will send requests,
5 we sent requests previously, sometimes, and often
6 bipartisan requests, for information.  The
7 Twitter files, Michael Schellenberger, Matt
8 Taibbi, Bari Weiss did a great job of showing
9 what was happening in Twitter and how they were
10 cooperating with government.  I think the other
11 investigation that needs to occur is who are the
12 people in government they were talking to?  Do
13 they still work at DHS, and can we make sure that
14 they're not in a position of authority?
15    And this is not something I'm going to
16 tell you to do.  It's just a request that you
17 have your own investigation, that you have people
18 who work for DHS to say, "We are going to look
19 for people who are bringing their political bias
20 to work and trying to influence speech and
21 restrict speech based on their bias and help us
22 in rooting that out and making sure that these
23 people never again have that responsibility."
24 Because I don't think there's ever been anything
25 like this as far as the restriction of speech,

Page 125

32 (Pages 122 - 125)

1 and I think the election is largely going to stop
2 and tilt things the other way. But will you help
3 us by looking internally for those who are trying
4 to restrict speech?
5      GOVERNOR NOEM: Senator, I look forward
6 to working with you on that mission.
7      SENATOR PAUL: I don't have any other
8 questions now, but I think Senator Peters and
9 Senator Blumenthal, and we'll see how it goes.
10 We're going to start with Senator Peters with one
11 more five-minute round.
12      SENATOR PETERS: Yeah, I'll be fairly
13 brief. We've had opportunity to talk at length
14 about many issues, and again, I appreciate that,
15 Governor. I just want to stress going forward,
16 and we've heard a lot of comments here, I think
17 there's been a fair amount of political theater.
18 Not as much as I know exist in other committees,
19 and I've always strived, and I know ranking
20 member or now Chairman Paul share the notion that
21 we want to be a fact-based committee and try to
22 find tangible solutions to the tough problems
23 that we face, and data is important. We've heard
24 a lot of numbers being thrown around here, and I
25 don't have time to go through and challenge those

Page 126

1 numbers. Some of them we don't even know where
2 they came from. I don't think that's helpful to
3 the very important mission of confirm that you're
4 going to be dealing with. So, I hope in the
5 future, that we're actually dealing with facts.
6      You've mentioned many times that you do
7 want to deal with facts and real data. And
8 again, we heard a lot here that's not real data,
9 and we should not operate that way. And if
10 confirmed when we move forward, I'm going to look
11 forward to working with you based on the facts
12 and understand where the real threats are, how we
13 need to appropriate resources to make sure we're
14 meeting those threats.
15      And let's take this hyper-partisanship
16 out of such an important issue of homeland
17 security. We have way too much partisanship in
18 this country, and it's resulted in a polarization
19 of people here. We've got to come together as
20 this country, we've got to lock arms and
21 understand that we're all proud Americans, we all
22 want to do what's best for the American people
23 and solve the issues that are before us.
24      So, in that spirit, and certainly
25 you've communicated that spirit to me, but in

Page 127

1 that spirit, I hope if confirmed that is exactly
2 what you will be bringing to this office, and
3 let's move away from this toxic political
4 environment that we have in the country and
5 celebrate what's great about our country in the
6 spirit of bringing the American people together.
7      So, I have one question before we turn
8 it over to other members. As a member of this
9 committee, as well as the Armed Services
10 Committee, I've focused a great deal on the safe
11 integration of drones in our airspace while
12 addressing the growing threats that drones
13 possess. We certainly see what drones are doing
14 in changing the face of warfare, whether it's in
15 Ukraine and other battlefields around the world.
16 We are very concerned about the weaponization of
17 those drones and what it could mean to the
18 security here in the United States. I've
19 proposed comprehensive legislation to extend
20 authorities beyond just the FBI and DOJ and
21 Homeland Security to local law enforcement.
22      You mentioned in your comments about
23 security for the Super Bowl, which is incredibly
24 important, but we have to remember that that
25 threat exists for all games. In fact, one of the

Page 128

1 biggest supporters of my legislation is the NFL.
2 In fact, we just had a recent playoff game that
3 was delayed because of drones that flew into that
4 playoff game. We are very concerned that you
5 could have a drone with a grenade or an explosive
6 device, which would be absolutely catastrophic.
7 It's absolutely essential that we address this
8 threat. What we're seeing around the world and
9 what we're seeing in daily activities should be a
10 concern. I think this is just a matter of time.
11 It's not if, it's when, and we need to be on the
12 front end of that.
13      And with that in mind, I want to remind
14 folks that Congress just recently extended
15 critical counter-UAS authority, counter-drone
16 authority only for a short-time basis for the
17 12th time. We only do these little, tiny short-
18 term extensions, and we aren't dealing with the
19 problem comprehensively as we should, and those
20 are going to expire on March 14th, a very short
21 time from now. And so, my question for you,
22 Governor, is if confirmed as DHS Secretary, will
23 you commit to working with me and my colleagues
24 to pass durable, long-term authorities that will
25 protect this country from what is a real threat,

Page 129

33 (Pages 126 - 129)

1  and it's just a matter of time?  And I don't want
2  to have a horrible incident occur, and people
3  wonder why we didn't take action beforehand.  So,
4  please address that.
5      GOVERNOR NOEM:  Senator, I look forward
6  to working with you and this committee to address
7  the threats we may face and the usage of drones
8  in this country in relation to our national
9  security interests and our homeland security
10 interests.  So, thank you for bringing up the
11 conversation today, because it is one of the
12 areas within DHS that we have a responsibility to
13 address in cooperation with Congress.
14      SENATOR PETERS:  And my first comments
15 on bringing people together, please comment on
16 that.
17      GOVERNOR NOEM:  Oh, well, thank you,
18 sir.  Yes, no.
19      SENATOR PETERS:  I didn't ask that
20 question, but in my 24 seconds left.
21      GOVERNOR NOEM:  I'm looking forward to
22 working with everyone, Republicans and Democrats
23 and everyone else in between, that in this
24 country that is focused on keeping America safe
25 and secure for our future.  I would just point,

Page 130

1      GOVERNOR NOEM:  Sure.
2      SENATOR PETERS:  So, it's data and
3  facts that we can all agree on that drive our
4  policy and not political theater.  Would you
5  agree?
6      GOVERNOR NOEM:  Well, certainly, sir.
7  We need to be addressing facts and information
8  rather than political theater.  We also need to
9  speak truth to facts.  So, I think it's important
10 that we're willing to confront our challenges
11 head on and have those conversations.  And you'll
12 see me back at your office door very soon to
13 continue our work together.
14      SENATOR PETERS:  Very good.  Thank you.
15      SENATOR PAUL:  And I want to second
16 basically what Senator Peters has said.  On
17 records requests, I've told him, and I plan on
18 it, it's going to be administration of my party,
19 that if he wants records and there are legitimate
20 records, we're going to sign requests together,
21 and we'd like to get the records.  It also helps,
22 though, and I think Senator Lankford mentioned
23 this, is you ask a question, not you, but to the
24 administration or any administration, they're
25 like, "Oh, yeah.  We'll get back to you on it."

Page 132

1  Senator, to my background and my history.  When I
2  came to Congress, I worked with Republicans and
3  Democrats on both sides of the aisle on many
4  pieces of legislation and was very happy to do so
5  and focus on priorities on where we could
6  agreement, knowing we may disagree on some
7  issues, but there was areas where we could keep
8  the federal government accountable and do due
9  diligence by the people that pay their taxes and
10 get up and go to work every single day.  As
11 governor, as well.  I was governor for every
12 single person in the state of South Dakota, and
13 they were my number one priority, and everyone
14 knew there that it didn't matter if you were
15 Republican or Democrat, that my focus was on them
16 and keeping our state thriving and free.
17      So, I look forward to continuing the
18 work that I always have to be coming up with
19 solutions and in a bipartisan manner, and
20 hopefully, my visits to your office and my intention on
21 conversations reflected that and my intention on
22 how I would conduct the role as the Department of
23 Homeland Security Secretary.
24      SENATOR PETERS:  Got a brief follow up
25 to that.

Page 131

1  Many times, I've even asked in advance, and I
2  would suggest that we ask you in advance
3  together, we ask in advance, "If you're coming in
4  a month, we say we want this data.  Be prepared
5  to talk about it."  And if you are, you'll have
6  many more friends on both sides because what
7  usually happens, and that's why I don't like
8  springing the question.  If it's a technical
9  question that needs data, we're going to tell you
10 in advance, at least I will, and we want you to
11 come prepared with that.
12      And that goes a long way, because
13 really what happens is we get stiff-armed.  They
14 say, "We'll get back to you," and we have no way
15 to force you, really, other than we could cut the
16 money off, and nobody ever does that.  But you'll
17 have 200,000 people working for you.  By
18 goodness, send your experts out, scour the
19 records.  And it is true, facts are difficult,
20 and sometimes, there's different spins on the
21 same set of facts, but I think that will help.
22      On the drones, I think we need more
23 facts.  So, I'm more than willing to work with
24 the ranking member on doing something on drones,
25 but I don't want every sheriff out there shooting

Page 133

34 (Pages 130 - 133)

1  up in the sky at stuff. We got to figure out and
2  we got to get the truth about do we really have
3  drones everywhere flying all the time? How many
4  of them are planes? How many of them are drones?
5  And let's go through this, and then let's figure
6  out, and then let's talk about how we bring
7  drones down. If we interrupt and collect a lot
8  of cellular signal through that, are we doing it
9  with a warrant? What are we going to do with all
10  the Americans' data that we've collected to take
11  down drones? If we have to take a whole cell
12  towers worth of data, there's a lot of innocent
13  people's data is going to be collected in that.
14  Is that being gotten rid of? So, I think there
15  are ways we can get to the right place.
16  Everybody, obviously nobody wants drones coming
17  down.
18       The only other thing I'd add on drones
19  before I turn it over to Senator Lankford is
20  look, I'm all for the NFL being protected and the
21  Super Bowl being protected. They need to pay.
22  They are a very rich organization. They want
23  drones flying over in New Orleans. I'm all for
24  it. The NFL ought to pay the government if the
25  government's doing it, or we ought to have

Page 134

1  have felt like they've been sidelined, and
2  they've not been able to do their job that they
3  really signed up for. And what I'm hearing from
4  you is you're going to allow them to do their job
5  again, what has been historically true for a long
6  time, that federal law enforcement is there to
7  actually help protect the country and the
8  citizens and those communities, that you're going
9  to allow them to do that, and that's helpful.
10       So, I have two quick things that I want
11  to be able to mention on this. One is right now,
12  just in the structure of this, and we can talk
13  about this a different time, but CBP facilities
14  that are along the border are really run by a
15  different entity called GSA, and they're not
16  allowed to be able to do updates on their
17  facilities or to design their facilities.
18  Somebody who lives 3,000 miles away and who
19  doesn't actually do border patrol work, they
20  actually design and oversee their facilities.
21  That's a problem that we've got to be able to
22  fix.
23       So, we've worked to be able to give
24  more flexibility to CBP that when they have
25  difficulty and challenges there, they have the

Page 136

1  private contractors doing it, but they shouldn't
2  just get it for free. Senator Lankford.
3       SENATOR LANKFORD: Thank you. Thanks,
4  again. As Senator Paul will remember on this,
5  there used to be a public facing website that all
6  Americans could actually get the data, what's
7  happening on the border, what's actually moving,
8  and then when the numbers got bad, that seemed to
9  disappear, and then we couldn't even get the data
10  anymore. So, I look forward to actually finding
11  ways to be able to have everybody has the ability
12  to be able to see some of this data as well on
13  it.
14       There's a reason that the DHS Secretary
15  is the very first week of nominations. This is a
16  really important role, and it is a non-partisan
17  role. It is a national security role, and we're
18  grateful that you've stepped into this, but it is
19  important that we actually get you on the task to
20  be able to make sure that it's out there.
21       You mentioned earlier in your testimony
22  that we do have a morale problem at DHS right
23  now, and I think a lot of that is because people
24  that signed up to be federal law enforcement to
25  be able to protect the United States of America

Page 135

1  ability to be able to make those changes. But
2  I'm not going to ask you to make a commitment to
3  this, because this is just one of those detail
4  areas, but will you commit in the future to
5  working with us, that this committee and you can
6  work together to be able to figure out how the
7  folks that are on the field can actually make
8  decisions about the facilities they work in?
9       GOVERNOR NOEM: Yeah. Senator, I
10  commit to working with you on that issue.
11       SENATOR LANKFORD: Terrific. And then
12  I had a constituent in Oklahoma that is a hunter,
13  like you are, like I am. He had a bag that he
14  had some additional rounds that were in his bag
15  that were left over from a hunting trip months
16  before. He packed his bag, went on a vacation
17  trip overseas, went through security with his
18  bag. When he got overseas and then left and came
19  back, they scanned his bag and said, "You have
20  bullets, you have rounds in your bag," and he had
21  I think five that were in his bag, that he didn't
22  even remember were left over in an outside pocket
23  from a hunting trip before.
24       Well, they promptly put him in jail and
25  held him there and detained him there. Now, we

Page 137

35 (Pages 134 - 137)

1  worked through all the process to be able to get
2  him back. My question is that same bag went
3  through TSA security in my state before it went
4  through security overseas. And so, one of the
5  questions that I've asked is why were those
6  rounds picked up there and not here?
7        Now, we don't have the full answer to
8  that yet, but that's just one of those TSA
9  questions that we need to have. Americans right
10 now are on planes all over the country, and they
11 count on a certain level of security when they go
12 through that process. So, in the days ahead,
13 will you work with me to be able to identify what
14 are the challenges that we still face with the
15 screening process and to be able to correct those
16 for the security of all Americans?
17       GOVERNOR NOEM: Yes, Senator, I will
18 work with you on that.
19       SENATOR LANKFORD: Thank you.
20       GOVERNOR NOEM: I was surprised TSA
21 didn't come up more today, but that is an area in
22 need of reform as well, and I look forward to
23 working with you there.
24       SENATOR LANKFORD: Look forward to
25 that. Thank you. I yield back.

Page 138

1        SENATOR PAUL: Government needs a
2  healthy dose of common sense. Bullets in your
3  bag. I had a guy with bullets in the back of his
4  pickup truck coming back from Mexico. We
5  arrested him and took his truck, and only because
6  the Institute of Justice fought for him for three
7  years that he get his truck back. That's crazy,
8  the things we do. Let's have some common sense,
9  and hopefully, someone overseeing it will allow
10 that. Senator Blumenthal, you're going to finish
11 us up.
12       SENATOR BLUMENTHAL: Thank you,
13 Chairman Paul. I'm the last of your questioners,
14 so that means I get unlimited amounts of time.
15       GOVERNOR NOEM: Okay.
16       SENATOR BLUMENTHAL: Not really. Not
17 even close. I want to sort of continue the
18 emphasis on bipartisanship and most especially on
19 immigration reform. What this nation needs is
20 comprehensive immigration reform. We know about
21 the need for more H-1B visas and other kinds of
22 extensions of the visa program that enable the
23 United States to have more workers that are
24 desperately needed in certain areas of our
25 country. We know that there has to be better

Page 139

1  border security, generally. We know we need to
2  provide some kind of path to earn citizenship for
3  a lot of the undocumented people in this country,
4  and we know it's possible, because we did it in
5  2013.
6        The United States Senate, as you will
7  recall, passed a comprehensive immigration reform
8  measure. Overwhelmingly, it was bipartisan. I
9  was proud to be a part of it, going through the
10 Judiciary Committee, but obviously it will
11 involve Homeland Security, and I hope that we can
12 continue, as Senator Lankford was a part of the
13 effort in the last session to expand on those
14 efforts and move forward on a bipartisan basis
15 toward bipartisan comprehensive immigration
16 reform.
17       I want to talk to you a little bit
18 about domestic terrorism, which we discussed
19 during my previous round, and I know you've
20 discussed it afterward, including not just
21 migrant crime and radicalization by ISIS, which
22 are real and present problems, I also want to ask
23 you about domestic terrorism events unrelated to
24 groups outside our borders. We've seen a rise in
25 antisemitism in this country. It has spiked

Page 140

1  beyond any prediction, and I want to know of your
2  concern with antisemitit, racist events,
3  Charlottesville, Buffalo, Pittsburgh, there's a
4  shorthand for these violent terrorist acts
5  against people in the United States.
6        GOVERNOR NOEM: Yes, Senator, I'm very
7  concerned about what we've seen in this country
8  as far as antisemitic violence that has happened.
9  In fact, last year during our legislative
10 session, I brought legislation to more clearly
11 define it so that we could fight it in our home
12 state. And I'm hopeful I can work with you to
13 continue to do what we can to make sure that we
14 are addressing this rising threat and not
15 facilitating it in this country.
16       SENATOR BLUMENTHAL: And I just want to
17 make sure that when you say we're protecting
18 Americans against terrorism, that we're
19 protecting all Americans, including people in
20 mosques, in churches, in synagogues, people
21 regardless of their worship, their race, their
22 background. We need to protect all Americans
23 from antisemitism, racism, Islamophobia. I hope
24 you'll commit to that effort.
25       GOVERNOR NOEM: Yes, correct. Thank

Page 141

36 (Pages 138 - 141)

1 you, Senator, and I look forward to working with
2 you to do that.
3         SENATOR BLUMENTHAL:  In my closing
4 minute-and-a-half, I just want to call your
5 attention to an effort that I've led to help
6 reunite children with their parents, children who
7 were separated as a result of the so-called
8 family separation policy.  In the last
9 administration, I have introduced a measure
10 called Keep Families Together, not only to limit
11 separation of families at or near ports of entry,
12 but also the Families Belong Together Act for
13 several Congresses to help bring the children,
14 the kids who were victims of this policy and who
15 still are not back with their parents.  I hope
16 that you will support that kind of effort.
17         GOVERNOR NOEM:  Senator, the Trump
18 administration never had a family separation
19 policy.  They had a zero-tolerance policy, which
20 said that our laws would be followed.  What I'm
21 alarmed by is the over 300,000 children that went
22 missing during the Biden administration.  And
23 when we talk about children and what they're
24 potentially facing as far as victimization in
25 this country and the trafficking that's going on,

Page 142

1 this administration's lack of desire to find out
2 where those children are or what they may be
3 going through is alarming to me.  So, I want to
4 stop that.
5         SENATOR BLUMENTHAL:  Well, because my
6 time is expiring, I'm just going to interrupt
7 again with apologies to say let's put aside ...
8         GOVERNOR NOEM:  Well, I can't put aside
9 340,000 children.
10         SENATOR BLUMENTHAL:  Let's put aside
11 the labels, let's put aside what happened in the
12 past.  There are still a thousand children who
13 are separated and waiting to be reunited.  I'd
14 like your commitment that you're going to
15 continue the effort to reunite them with their
16 parents.
17         GOVERNOR NOEM:  Senator, keeping
18 families together is critically important to me
19 and to this country.  I'm concerned about Laken
20 Riley's family, that they no longer have her.
21 I'm concerned about the fact that we have people
22 in this country that don't know where their
23 children are or people in other countries who
24 sent their children here and they've been lost by
25 this administration.  So, yes, my focus will be

Page 143

1 to keep families together.  We will uphold our
2 law, and we'll make sure that we're doing
3 everything we can to keep our children safe from
4 the trafficking and the drug epidemic that's hit
5 this country.
6         SENATOR BLUMENTHAL:  I'm going to end
7 on an optimistic note and say I take that as a
8 yes.
9         GOVERNOR NOEM:  Yeah.
10         SENATOR BLUMENTHAL:  Thank you, Mr.
11 Chairman.
12         SENATOR PAUL:  Thank you for your
13 testimony.  The nominee has filed responses to
14 biographical and financial questionnaires,
15 answered prehearing questions submitted by the
16 committee, and had their financial statements
17 reviewed by the Office of Government Ethics.
18 Without objection, this information will be part
19 of the hearing record with the exception of the
20 financial data, which are on file and available
21 for public inspection in the committee offices.
22 The hearing will remain open until 5:00 p.m.
23 today, Friday, January 17th for the submission of
24 statements and questions.
25         For the record, this hearing is

Page 144

1 adjourned.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 145

37 (Pages 142 - 145)

```
1          C E R T I F I C A T I O N
2   I, Sonya Ledanski Hyde, certify that the
3   foregoing transcript is a true and accurate
4   record of the proceedings.
5
6   Sonya L. Ledanski Hyde
7
8
9
10  Veritext Legal Solutions
11  330 Old Country Road
12  Suite 300
13  Mineola, NY 11501
14
15  Date:  February 17, 2025
16
17
18
19
20
21
22
23
24
25
                                        Page 146
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**Exhibit 18**

1

2

3

4

5

6

7

8

9

10

11

12    Jan. 29, 2025 Fox & Friends Interview

13    Interview with Homeland Security Secretary Kristi

14    Noem

15

16

17

18

19

20

21

22

23

24

25

Page  1

1    MAN 1:  Newly Admitted Homeland
2 Security Secretary Kristi Noem is hitting the
3 ground running, enforcing President Trump's
4 immigration agenda.
5    AINSLEY:  Joining federal agencies here
6 in New York City, Noem says, "Among those
7 arrested, was the ringleader of that vicious
8 Venezuelan gang, Tren de Aragua."
9    MAN 1:  And now, she has a big
10 announcement.  On additional measures, DHS is
11 ready to take in.  This is a Fox & Friends
12 exclusive.
13    MAN 2:  That's right.  So, Secretary
14 Kristi Noem joins us right now.  Madam Secretary,
15 good morning and congratulations.
16    LAWRENCE:  Welcome.
17    KRISTI NOEM:  Good morning.  Thank you.
18 It's wonderful to be with all of you.
19    MAN 2:  Okay.  The exclusive
20 announcement is, we are withdrawing the
21 Venezuelan temporary status directive.  What -- I
22 remember when (indiscernible) through.  What does
23 that mean?
24    KRISTI NOEM:  Well, before he left
25 town, (indiscernible) signed an order that said,

Page 2

---

1 against these ICE raids.  I don't get it.  But
2 here's some of the comments from these Democratic
3 leaders.
4    MAYOR BRANDON JOHNSON:  Stand together
5 firmly in our welcoming city status.  The type of
6 fear that this Administration is trying to
7 incite, we are demonstrating that we are going to
8 protect the residents of this city.
9    NEW YORK ATTORNEY GENERAL LETITIA
10 JAMES:  It is performative theater, and it's
11 nothing more than shock and awe.
12    ILLINOIS GOVERNOR J.B. PRITZKER:  Our
13 local law enforcement will stand up for those
14 law-abiding, undocumented people in our state.
15    MAN 3:  Law-abiding.
16    AINSLEY:  The message that I'm hearing
17 from them -- I know.  The message I'm hearing
18 from them is, "We want to protect the rapist
19 that's here illegally.  We want to protect that
20 person that was arrested over the last few days
21 that has ties to ISIS.  We want to protect the
22 man who allegedly murdered his girlfriend who was
23 pregnant and a mother of two."  What does your --
24 why are they -- why do they have a problem with
25 arresting these career criminals that are here

Page 4

---

1 for 18 months, they were going to extend this
2 protection to people that are in temporary
3 protected status, which meant they were going to
4 be able to stay here and violate our laws for
5 another 18 months and we stopped that.  Today we
6 signed an executive order within the Department
7 of Homeland Security in a direction that we were
8 not going to follow through on what he did to tie
9 our hands, that we are going to follow the
10 process, evaluate all of these individuals that
11 are in our country, including the Venezuelans
12 that are here and members of TDA.  Listen, I was
13 in New York City yesterday and the people of this
14 country want these dirt bags out.  They want
15 their communities to be safe.  It was so amazing
16 to me to see people walk by us on the street,
17 early in the morning and just say, "Thank you.
18 Thank you for being here."  So, this part of our
19 plan to make sure that we're protecting America,
20 keeping it safe again, just like President Trump
21 promised.
22    AINSLEY:  There are some --
23    LAWRENCE:  Some -- go ahead, Ainsley.
24    AINSLEY:  Thank you, Lawrence.  There's
25 some Democratic leaders that are pushing back

Page 3

---

1 illegally?
2    KRISTI NOEM:  They're completely out of
3 touch with the people in their cities and
4 communities.  That's exactly what these Democrat
5 leaders are saying is, "We want to protect the
6 cartels.  We want to protect the gangs.  We want
7 to make sure that people continue to die from
8 guns, violence and drugs."  And it's wrong and
9 they're going to find out very soon that their
10 communities are not with them.
11    And listen, yesterday, we picked up one
12 of the ringleaders of TDA.  He had just been a
13 part of a gun -- weapons exchange and was trying
14 to buy grenades.  Why would anybody in this
15 country need to buy a grenade and go out and
16 perpetuate violence?  He was one of those that
17 was involved in Colorado, in Aurora, and we're so
18 thankful we got him off the streets.  And what
19 I've continuously said to people is, you know,
20 what do you say to Laken Riley's family?
21    LAWRENCE:  That's right.
22    KRISTI NOEM:  We're going to sign that
23 bill today into law.  The President will, in the
24 Oval Office, to make sure we're going after these
25 criminals.  But the President is taking action

Page 5

2 (Pages 2 - 5)

1 and what was amazing is, you'll hear people and
2 Democrat leaders in different cities, like New
3 York City, some of their City Council members
4 have tried to attack what we're doing as far as
5 enforcing our laws. But the people on the
6 streets are not with them. It was amazing to
7 hear people and see them as they walked by taking
8 their kids to school, going to work, just walk by
9 us and quietly say, "Thank you. Thank you for
10 being here." And it means the world to those
11 officers that are out there risking their lives
12 to bring safety back.
13      LAWRENCE: So, Madam Secretary, you
14 guys -- your men and women and doing a fantastic
15 job. It's a dangerous job. Those fugitive task
16 force, it's risky business. It's easy in the
17 sense, from a PR perspective, to get the
18 criminals. No-one wants, unless you're deranged,
19 want the criminals on the street, the violent
20 criminals. What I worry about is the PR when you
21 guys go to the next layer, people that have
22 overstayed their visas or work doing other jobs.
23 How do you guys overcome that? Because you've
24 been in politics for a long time. American
25 people can be fickle. They support something at

1 one point and then the news media puts a crying
2 child or someone on TV and they change. So, how
3 are you all going to handle that portion?
4      KRISTI NOEM: I think we keep talking
5 to people and talk to them about the fact that
6 this is an America where justice is applied
7 equally. You know, we can't say that American
8 citizens have to follow the law and then say that
9 people from the other countries don't have to.
10 You know, we choose laws, we put them in place,
11 Congress has the chance to change the law. But
12 until then, our job is to enforce it. And when
13 you want to live in a country where everybody's
14 treated the same and fairly and equally and has a
15 chance to live the American dream. So, we
16 understand that there are some families who have
17 been here illegally and have been perpetuating
18 that. That's a discussion that we're going to
19 have to continue to have and see if we can fix
20 our legal immigration system, as well. That's
21 one of my jobs is, you know, not only are we
22 going after those that are here illegally, but we
23 have to do due diligence and making sure we have
24 the resources to process paperwork in a timely
25 manner. And so, more immigration courts and

1 judges, getting those kind of resources through
2 Congress is important, to make sure we're not
3 just securing the border, we're deporting these
4 dangerous individuals, and then, fixing our
5 broken system.
6      MAN 3: And also, legal work visas for
7 the construction industry.
8      KRISTI NOEM: Yes.
9      MAN 3: And other things like that
10 because there's people with great work ethics.
11 Real quick, what are you going to do with the
12 Venezuelans, the Cubans, when these countries
13 don't want to take them back? You've got 607,000
14 Venezuelans here. What do we do?
15      KRISTI NOEM: Well, we have a fantastic
16 Secretary of State in Secretary Rubio, and he has
17 been doing incredible work. You know, the other
18 night, I was talking to him on the phone at 1
19 o'clock in the morning, and he was up and still
20 discussing negotiations with other countries and
21 working with those people in these countries to
22 do diplomatic relations. And the President
23 clearly will exercise all the authority and power
24 that he has to make these countries take them
25 back, so we --

1      MAN 3: Are you ruling out Gitmo?
2      KRISTI NOEM: Oh, yeah. We're
3 evaluating and talking about that right now. So,
4 it's the President's decision, but it's an asset
5 and we're going to continue to look at how we can
6 use all of our assets to keep America safe.
7      MAN 1: What a whirlwind it must have
8 bene for you over the last week or so. Krisi
9 Noem, Secretary of Homeland Security.
10      LAWRENCE: Congratulations, by the way.
11      MAN 1: Thank you very much.
12      KRISTI NOEM: Thank you.
13      MAN 3: She won over Democrats in our
14 (indiscernible)
15      LAWRENCE: That's exactly right.
16
17
18
19
20
21
22
23
24
25

1         C E R T I F I C A T I O N
2
3   I, Sonya Ledanski Hyde, certify that the
4   foregoing transcript is a true and accurate
5   record of the proceedings.
6
7
8
9   *Sonya M. Ledanski Hyde*
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  February 18, 2025
17
18
19
20
21
22
23
24
25
                                    Page 10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**Exhibit 19**

**LIVE TV** | **Elizabeth Vargas Reports**

# Trump on Springfield Haitian migrants: 'They have to be removed'

- Springfield, Ohio, has seen an influx of Haitian migrants

- Immigrants living there under temporary protected status

- Trump has made false claims about Haitian immigrants eating pets



[Damita Menezes](#), [Ali Bradley](#)
**Updated: OCT 2, 2024 / 09:41 PM CDT**

*Not sure how to find NewsNation on your TV?* **Find your channel here**. *Get 24/7 fact-based unbiased news coverage with the* **NewsNation app.**

**Former President Donald Trump spoke with Ali Bradley, who leads NewsNation's daily coverage of the border. Follow** [Ali on X](#) **and** [click here to download the NewsNation app](#) **to see exclusive reporting from the border every day.**

The Republican nominee was at a private fundraiser in Texas when he addressed the situation in Springfield, telling NewsNation border reporter Ali Bradley that 32,000 Haitian migrants had been relocated to a community of 52,000 residents.

Trump told NewsNation he believes Haiti would accept the migrants back under his leadership.

"It has nothing to do with Haiti or anything else. You have to remove the people, and you have to bring them back to their own country," he said.

"Springfield is such a beautiful place. Have you seen what's happened to it? It's been overrun. You can't do that to people. I'd revoke (the protected status), and I'd bring (the migrants) back to their country."

## Voter Guide 2024: Breaking down the candidates, policies and issues

The comments come after Trump's running mate, Republican Ohio Sen. JD Vance, revisited false claims he made about immigrants in Springfield, Ohio eating pets, saying now he is "concerned for the American citizens" in the city.

"In Springfield, and communities across this country, you have schools that are overwhelmed, housing that is totally unaffordable because we brought in millions of illegal immigrants to compete with Americans for scarce homes," Vance said while debating Minnesota Gov. Tim Walz, his Democratic opponent, in the election's only vice presidential debate.

## Trump calls Jack Smith filing 'pure election interference'

# Enabling and protecting border law enforcement

The former president told NewsNation he would enable local law enforcement to execute what he calls the largest deportation in American history and potentially deploy military forces to combat drug cartels.

Trump said border agents "know everything about [migrants] ... they know the good ones, the bad ones, and they're going to get them out."

Addressing cartel violence along the southern border, Trump proposed a "military operation" to counter increasingly sophisticated tactics by Mexican drug organizations, which reportedly now employ drone jammers and have been found with rocket-propelled grenades and improvised explosive devices near the border.

"They're very rich, and they're very evil," Trump said of the cartels. "We're going to have to get in some military action. ... They're killing 300,000 people a year."

6/2/25, 4:38 PM
Case 3:25-cv-01766-EMC   Document 166   Filed 06/03/25   Page 164 of 342
Donald Trump: Springfield, Ohio, Haitian migrants they have to be removed

## Exclusive: Mexican cartels using devices to disrupt U.S. drones

The Sinaloa and Jalisco cartels have established a sophisticated supply chain, sourcing precursor chemicals from China and manufacturing fentanyl in clandestine Mexican labs before smuggling it across the U.S. border, according to Drug Enforcement Administration (DEA) reports.

Mexican drug cartels operating along the U.S.-Mexico border are using electronic devices to disrupt drones being used by U.S. border officials to track immigrants who crossed into the United States illegally, NewsNation learned.

In September 2023, Border Patrol agents in Texas discovered a backpack with what appeared to be cannonball-sized IEDs. It wasn't the first time the U.S. government had found potential explosive devices at the border.

In May 2023, NewsNation reported border officials recovered a rudimentary device created using an M&M container that was bound with electrical tape.

The former president also praised GOP Texas Governor Greg Abbott's border initiatives but maintained that border security ultimately requires federal action, stating, "All you have to do if you're the president is say to the Border Patrol and to the states, 'Nobody come in, it's closed.'"

Trump predicted he would win New Mexico because of the southern border. Trump lost the state in 2020 by about 11 points and in 2016 by about 8 points.

### Houston teens carjack driver to smuggle migrants

# How many people are crossing the border?

U.S. Border Patrol arrests along the Southwest border rose slightly from July to August but remained among the Biden administration's lowest monthly numbers.

According to U.S. Customs and Border Protection data, agents had 58,038 encounters between ports of entry in August, up from 56,399 in July.

The actual number of encounters at America's borders is expected to reach about 10 million by the end of the fiscal year, including repeat crossings and deportations.

These encounters include repeat crossings and deportations, which means the actual number of unique individuals entering the country is much lower.

### Walz, Vance spar on immigration

One of Trump's key promises if reelected is to mount the [largest domestic deportation](#) in U.S. history. He made similar promises when he first ran for office, but during his administration, deportations never topped 350,000.

For comparison, then-President Barack Obama carried out 432,000 deportations in 2013, the highest annual total since records were kept.

This time, Trump has given some more specifics on his promises. He said he'll use the National Guard to round up migrants. And he said he would invoke the Alien Enemies Act, a 1798 law that allows the president to deport any noncitizen from a country that the U.S. is at war with.

He's also vowed to kick out hundreds of thousands of immigrants who have [entered the country](#) under two key Biden administration programs if he's reelected.

Any mass deportation plans would certainly be challenged in court and be enormously expensive to carry out. And it would depend on countries' willingness to take back their citizens.

Trump also said he would bring back policies he had put in place during his first term, like the Remain in Mexico program and Title 42. [Remain in Mexico](#) made migrants wait in Mexico while their asylum cases were heard, while Title 42 curbed immigration on public health grounds.

He has said he'll revive and expand a travel ban from his term that originally targeted citizens from seven Muslim-majority countries and pledged new "ideological screening" for immigrants to bar "dangerous lunatics, haters, bigots and maniacs."

Trump also seeks to end birthright citizenship for people born in the U.S. whose parents are both in the country illegally.

### DHS increases time for new asylum regulations

# Why is the border a top voter issue?

Making the border safer and other immigration-related issues remain among the biggest concerns for voters heading into the 2024 election. Trump has used the border as a backdrop for a series of campaign stops in recent months.

Trump has repeatedly criticized [President Joe Biden](#) and Harris, claiming that the president and his "border czar" are to blame for the steady amounts of migrants and for the trouble that Trump has alleged has come specifically from the illegal border crossings.

The president has countered with the effectiveness [of his executive order](#), which led to a drop in the number of border encounters after a [record 250,000 encounters](#) were reported in December 2023 alone.

# Political gridlock on border policy

In June 2024, Biden released a series of executive actions capping migrant crossing until border encounters remain consistently low — under 2,500 per day for an entire week — to give Border Patrol more time to handle each migrant's situation.

The president also clarified his use of executive powers, saying he was doing what Congress would not about a bipartisan immigration deal that failed in the Senate after Trump urged GOP lawmakers to vote against it.

*NewsNation's Jeff Arnold and The Associated Press contributed to this report.*

**2024 ELECTION**

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## TRENDING ON NEWSNATION

**1**   2 hours ago

### Student Loans: Ed Dept pauses plan to garnish Social Security benefits

**2**

### Grant Hardin believed to be in same area as prison escape

**3**   1 hour ago

### Here are the celebrities named in Diddy's trial so far

**4**   2 hours ago

### Boulder attacker charged with hate crime, attempted murder

**5**

### Loretta Swit, who played Houlihan on TV series 'M.A.S.H.,' has died at 87

Who is Boulder attack suspect Mohamed Soliman?

## MORE STORIES

BORDER REPORT    5 mins ago



3 charged in scheme to smuggle Pakistani, Peruvian, Mexican migrants

SPORTS HEADLINES    7 mins ago



## Wander Franco trial: Rays star faces sexual abuse, human trafficking charges in Dominican Republic

**AP U.S. NEWS**    12 mins ago



## Stabbing attack at Oregon homeless shelter sends 11 people to hospital, man in custody



**Trial for Tampa Bay Rays shortstop Wander Franco begins in Dominican Republic**



## Top Trump officials visit prolific Alaska oil field amid push to expand drilling

POLITICS    27 mins ago



6/2/25, 4:38 PM
Case 3:25-cv-01766-EMC   Document 166   Filed 06/03/25   Page 171 of 342
Donald Trump: Springfield, Ohio, Haitian migrants 'will have to be removed'

U.S.   28 mins ago



Nadler demands congressional investigation into DHS detention of staffer

IMMIGRATION   30 mins ago

6/2/25, 4:38 PM
Donald Trump on Springfield, Ohio, Haitian migrants: They have to be removed
Case 3:25-cv-01766-EMC   Document 166   Filed 06/03/25   Page 172 of 342



## DHS revamps ICE tip line after Colorado attacks

**SPORTS**    39 mins ago



## Longtime WWE wrestler announces release from company

**CRIME**    48 mins ago

Secret recording leads to Fla. 13-year-old's rescue: sheriff



**AP U.S. NEWS**    47 mins ago

Suspect posed as a gardener in Boulder attack and planned to kill all in group he called 'Zionist'



**SOUTHEAST**    50 mins ago

Woman attacked with hot coffee at hotel, police make arrest



**U.S.**    55 mins ago

Schumer vows to fight GOP megabill 'with everything we've got'



**POLITICS**    1 hour ago

Why Ronna McDaniel wants to make Michigan 'reliably red'



ease?



SPORTS HEADLINES    2 hours ago

**Journalism opens as the Belmont favorite. Kentucky Derby winner Sovereignty is the 2nd choice**



EDUCATION    2 hours ago

**Student Loans: Ed Dept pauses plan to garnish Social Security benefits**



AP U.S. NEWS    2 hours ago

**Supreme Court to hear private prison company appeal in suit over immigration detainee $1-a-day wages**



ENTERTAINMENT

**Selena Gomez's net worth could be just short of $1B**



**a predatory teacher**



---

AP U.S. NEWS

**Romanian man pleads guilty to 'swatting' plot that targeted an ex-US president and lawmakers**



---

**Exhibit 21**

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11    February 2, 2025 Meet the Press

12    Kristen Welker's Opening Sequence

13    Interviews with Department of Homeland

14    Security Secretary Kristi Noem, Missouri Senator

15    Eric Schmitt and Arizona Senator Mark Kelly

16    Panel Discussion

17

18

19

20

21

22

23

24

25
```

Page  1

KRISTEN WELKER:  This Sunday: Trump's tariffs.  President Trump issues tariffs on America's largest trading partners, threatening to drive up prices for American consumers.  Mexico and Canada swiftly vowing to retaliate.

PRIME MINISTER JUSTIN TRUDEAU:  Tariffs against Canada will put your jobs at risk.  They will raise costs for you.

KRISTEN WELKER:  Is this the start of a global trade war?  Plus: searching for answers.

JENNIFER HOMENDY:  We are going to conduct a thorough investigation of this entire tragedy looking at the facts.

KRISTEN WELKER:  As federal investigators hunt for answers in the deadly plane crash over the Potomac River, President Trump shifts to blaming diversity policies, air traffic controllers and his political rivals.

PRES. DONALD TRUMP:  I put safety first.  Obama, Biden and the Democrats put policy first.

SEC. SEAN DUFFY:  We can only accept the best and the brightest.

SEC. PETE HEGSETH:  The era of DEI is gone at the Defense Department.

Page 2

ANNOUNCER:  From NBC News in Washington, the longest-running show in television history, this is Meet the Press with Kristen Welker.

KRISTEN WELKER:  Good Sunday morning.  After just two weeks in office, President Trump is waging battles across the globe and inside his own government.  Overnight, he imposed tariffs on America's three largest trading partners.  They are already hitting back, raising fears of a trade war.  The president is also facing the first crisis of his second term in office: the worst aviation disaster in a generation, after an Army Black Hawk helicopter and American Airlines plane crashed above Washington.  There were no survivors and 67 people died in the crash.  On Thursday, after a moment of silence, President Trump pivoted to politics, suggesting without evidence that diversity and inclusion policies contributed to the crash.

[BEGIN TAPE]

PRES. DONALD TRUMP:  The FAA is actively recruiting workers who suffer severe intellectual disabilities, psychiatric problems and other mental and physical conditions under a

Page 4

KRISTEN WELKER:  And cabinet battles.

ROBERT F. KENNEDY JR.:  Senator, I support vaccines.

SEN. MICHAEL BENNET:  This is a job where it is life and death.

SEN JAMES LANKFORD:  Was Edward Snowden a traitor?

TULSI GABBARD:  My heart is with my commitment to our constitution.

KASH PATEL:  I would never do anything unconstitutional or unlawful.

KRISTEN WELKER:  President Trump's most controversial nominees face off on Capitol Hill, but will they all be confirmed?  My guests this morning: Homeland Security Secretary Kristi Noem, Republican Senator Eric Schmitt of Missouri and Democratic Senator Mark Kelly of Arizona.  Joining me for insight and analysis are NBC News Senior White House Correspondent Kelly O'Donnell, NBC News Chief Capitol Hill Correspondent Ryan Nobles, Marc Short, former director of legislative affairs to President Trump and former Democratic Congresswoman Stephanie Murphy of Florida.  Welcome to Sunday.  It's Meet the Press.

Page 3

diversity and inclusion hiring initiative spelled out on the agency's website.  Can you imagine?

REPORTER:  You have, today, blamed the diversity element, but then told us that you weren't sure that the controllers made any mistake.  You then said perhaps the helicopter pilots were the ones who –

PRES. DONALD TRUMP:  Yeah.

REPORTER:  -- made the mistake –

PRES. DONALD TRUMP:  It's all under investigation.

REPORTER:  I understand that.  That's why I'm trying to figure out how you can come to the conclusion right now that diversity had something to do with this crash.

PRES. DONALD TRUMP:  Because I have common sense, okay?  And unfortunately, a lot of people don't.

[END TAPE]

KRISTEN WELKER:  According to the FAA and other aviation groups, all candidates seeking to become air traffic controllers and pilots have to go through years of rigorous training and testing, and meet the same exceedingly high standards.  As Washington was responding to the

Page 5

2 (Pages 2 - 5)

1 tragedy, President Trump's three most vulnerable
2 cabinet picks were testifying on Capitol Hill.
3 Now, multiple sources tell NBC News there is
4 growing concern in the White House and among
5 Republicans that Tulsi Gabbard's nomination for
6 director of national intelligence could be in
7 serious trouble after her confirmation hearing in
8 which she didn't directly answer whether Edward
9 Snowden, who leaked government secrets, is a
10 traitor.
11    [BEGIN TAPE]
12    SEN. JAMES LANKFORD:  Was he -- was he
13 a traitor at the time when he took America's
14 secret to release them in public and then ran to
15 China and became a Russian citizen?
16    TULSI GABBARD:  Senator, I'm focused on
17 the future and how we can prevent something like
18 this from happening again.
19    SEN. MICHAEL BENNET:  Was Edward
20 Snowden a traitor to the United States of
21 America?
22    TULSI GABBARD:  Senator, I will also
23 repeat my answer.  He broke the law.
24    SEN. MICHAEL BENNET:  Yes or no?  Is
25 Edward Snowden a traitor to the United States of

1 America?
2    TULSI GABBARD:  As someone who –
3    SEN. MICHAEL BENNET:  -- I'll go on to
4 my questions –
5    TULSI GABBARD:  -- has worn our uniform
6 in combat, I understand how critical our national
7 security is –
8    SEN. MICHAEL BENNET:  Apparently, you
9 don't.
10    [END TAPE]
11    KRISTEN WELKER:  White House officials
12 insist President Trump is standing by Gabbard.
13 Meanwhile, there have been a dizzying number of
14 actions this week, as President Trump halted
15 federal funding and then reversed course amid a
16 legal challenge, fired dozens of career
17 prosecutors inside the Justice Department and
18 forced out FBI senior executives.  And officially
19 on Saturday imposed tariffs on America's largest
20 trading partners: Mexico, Canada and China.
21    [BEGIN TAPE]
22    KELLY O'DONNELL:  Is there anything
23 China, Canada and Mexico can do tonight to
24 forestall your implementation of tariffs
25 tomorrow?

1    PRES. DONALD TRUMP:  No.
2    [END TAPE]
3    KRISTEN WELKER:  Canadian Prime
4 Minister Justin Trudeau firing back.
5    [BEGIN TAPE]
6    PRIME MINISTER JUSTIN TRUDEAU:  I want
7 to speak directly to Americans, our closest
8 friends and neighbors.  This is a choice that
9 yes, will harm Canadians but beyond that, it will
10 have real consequences for you.  It will raise
11 costs for you, including food at the grocery
12 store, gas at the pump.  They will impede your
13 access to an affordable supply of vital goods,
14 crucial for U.S. security.
15    [END TAPE]
16    KRISTEN WELKER:  All of this comes as
17 the president is ramping up his deportation
18 efforts.  And joining me now from the border in
19 Del Rio, Texas is Homeland Security Secretary
20 Kristi Noem.  Secretary Noem, welcome back to
21 Meet the Press.
22    SEC. KRISTI NOEM:  Thank you.  Thank
23 you for inviting me to be with you today,
24 Kristen.
25    KRISTEN WELKER:  Thank you so much for

1 being here, madam secretary.  We are going to
2 talk about the border, the deportation plan in
3 just a moment.  I do have to start by talking
4 about the breaking news overnight, the president
5 officially announcing the new tariffs against
6 Canada, Mexico, and China, saying he wants those
7 countries to do more to crack down on illegal
8 immigration and drug trafficking.  The three
9 countries are all slamming the move.  They're
10 vowing retaliatory strikes.  Is the United States
11 now in a trade war?
12    SEC. KRISTI NOEM:  You know, these
13 countries have an opportunity to get onboard with
14 the president of the United States and to partner
15 with us to deal with illegal immigration, to take
16 back their individuals that have been in our
17 country illegally.  We want to repatriate them
18 home.  And they can be partners.  So
19 economically, yes, they will feel -- they will
20 feel pain.  They will feel what this consequences
21 are, and we'll be able to continue to go forward
22 with a president who's strong, who's putting
23 America first.
24    KRISTEN WELKER:  You know, let me just
25 stress that point that I made which is the

3 (Pages 6 - 9)

1 president cites stopping the flow of fentanyl and
2 undocumented migrants for reasons for these
3 tariffs. And yet, madam secretary, Canada is not
4 a major source of fentanyl coming into the United
5 States. It's frankly minuscule compared to what
6 is seized at the southern border. Why is the
7 United States punishing Canada, one of its
8 closest allies, more than China, where fentanyl
9 originates?
10        SEC. KRISTI NOEM: Canada has some work
11 to do as far as helping us secure our northern
12 border. So we still know we're extremely
13 vulnerable across that northern border, that we
14 have people coming into our country from China,
15 from foreign countries. We have people on the
16 terrorist watchlist that come in over our
17 northern border. And in fact what we have sent a
18 message this week on is that we're not just going
19 to enforce our southern border. We're going to
20 put extra resources, resources at that northern
21 border as well. So Canada needs to come to the
22 table. They need to work with us to make sure
23 that not only can we be good neighbors but that
24 we can help each other's economies by getting in
25 line and making sure that our immigration

1 policies are followed, and that those that are
2 dangerous criminals face consequences. The
3 president has been very clear from the beginning
4 that there's a new sheriff in town, that he's
5 going to make sure he's putting Americans first,
6 and that Canada can help us or they can get in
7 the way, and they will face the consequences of
8 it.
9        KRISTEN WELKER: As you know, Madam
10 Secretary, economists all across the board are
11 warning that ultimately tariffs lead to higher
12 prices for consumers and that these tariffs in
13 particular could see prices increase on food,
14 electronics, and cars. The president himself
15 acknowledging this morning these tariffs could
16 cause, quote, "some pain." How is this move
17 helping President Trump fulfill his campaign
18 promise to lower prices?
19        SEC. KRISTI NOEM: You know, you've
20 seen the president take action already this week
21 with Colombia. And you saw Colombia react in a
22 very positive way that was good for everyone
23 involved. Canada, Mexico, other countries have
24 the opportunity to do exactly the same. So we
25 have a strong leader. He has laid down exactly

1 what he is going to do and what the consequences
2 are. I encourage their leadership teams to get
3 onboard and to make sure that they're not pushing
4 up prices. If prices go up, it's because of
5 other people's reactions to America's laws. And
6 that's what President Trump is doing. He is
7 making sure that we're not picking and choosing
8 winners and losers, that the law applies equally
9 to everybody, American citizens. It applies to
10 those who are here illegally. And our world
11 leaders across the country and across the world,
12 they can help us, or they're going to face some
13 consequences.
14        KRISTEN WELKER: Okay, so notable, you
15 are acknowledging it is possible that prices
16 could, at least initially, go up. Secretary
17 Noem, let me shift now to the southern border,
18 where you are. Let's talk about the
19 administration's mass deportation plans. There
20 are a lot of questions about the announcement
21 this week that Guantanamo Bay will be used as a
22 detention facility for migrants. Will people
23 held at Guantanamo have the same due process
24 rights and access to attorneys that they have
25 here in the United States?

1        SEC. KRISTI NOEM: Yes, due process
2 will be followed and having facilities at
3 Guantanamo Bay will be an asset to us in the fact
4 that we'll have the capacity to continue to do
5 there what we've always done. We've always had a
6 presence of illegal immigrants there that have
7 been detained. We're just building out some
8 capacity. So we appreciate the partnership of
9 the DOD in getting that up to the level that it
10 needs to get to in order to facilitate this
11 repatriation of people back to their countries.
12 So remember that Guantanamo Bay clearly, by this
13 president, has said that it will hold the worst
14 of the worst, that we are going after those bad
15 actors. This last week, I was in New York City.
16 We were going after people that had warrants out
17 for their arrest on murders and rapes, assaults,
18 gun purchases, drug trafficking. In fact we had
19 a member of TDA that was one of the ringleaders
20 that we picked up that that week, had been trying
21 to buy grenades. These are the types of
22 individuals that we are targeting, we're removing
23 from communities, and that could end up having a
24 stay at Guantanamo Bay before they are returned
25 home to their countries to deal with.

4 (Pages 10 - 13)

**Page 14**

1    KRISTEN WELKER:  Is it possible, Madam
2  Secretary, that people could be held at
3  Guantanamo Bay indefinitely?
4    SEC. KRISTI NOEM:  That is not the
5  plan.  The plan is to have a process that we
6  follow that's laid out in law and make sure that
7  we're dealing with these individuals
8  appropriately according to what the state and the
9  national lawsuit -- or law directs.  So we will
10  work with Congress to make sure that we're
11  addressing our legal immigration laws and using
12  Guantanamo Bay appropriately.  But it is an asset
13  that we have that we fully intend to utilize.
14    KRISTEN WELKER:  Could women, children,
15  and families be held there at Guantanamo?
16    SEC. KRISTI NOEM:  You know, if you
17  look at what we are doing today of targeting the
18  worst of the worst, we've been very clear on
19  that.  The priority of this president is to go
20  after criminal aliens that are making our streets
21  more dangerous.
22    KRISTEN WELKER:  But --
23    SEC. KRISTI NOEM:  After that, we have
24  final removal orders on many individuals in this
25  country.  They are the next priority, and we'll

**Page 15**

1  continue to work through --
2    KRISTEN WELKER:  But --
3    SEC. KRISTI NOEM:  -- people that are
4  breaking the law, that are in danger to these
5  communities, and use the detention centers that
6  we have set up in order to facilitate this in an
7  orderly way.
8    KRISTEN WELKER:  But I guess, Madam
9  Secretary, my question, would you rule out that
10  women, that children, that families could be held
11  at Guantanamo Bay?  Do you rule that out?
12    SEC. KRISTI NOEM:  You know, Kristen,
13  we're going to use the facilities that we have.
14  I think you're well aware we have other detention
15  facilities other places in the country.  So we
16  will utilize what we have according to what's
17  appropriate for the individuals that we have gone
18  out on these targeted operations with local law
19  enforcement and task forces to make sure that
20  they're being brought in, they're not paroled
21  anymore --
22    KRISTEN WELKER:  Yeah.
23    SEC. KRISTI NOEM:  -- onto our streets,
24  that we're keeping America safe, and that we're
25  following the process for --

**Page 16**

1    KRISTEN WELKER:  Yeah.
2    SEC. KRISTI NOEM:  -- what happens when
3  they break the law and how they are returned to
4  their countries.  I've been extremely grateful
5  for Secretary of State Marco Rubio's work with
6  these countries to negotiate and use diplomacy to
7  ensure that they are going to be taking
8  individuals back not just from their country but
9  surrounding countries so that we can immediately
10  take action to return them far from the United
11  States, which dramatically increases the
12  likelihood that they're not going to come back.
13    KRISTEN WELKER:  Let me ask you, I've
14  been talking to people who are here legally and
15  they have expressed concerns.  They say they are
16  carrying, in some cases, their documents around
17  with them.  Some of them are afraid to go to
18  churches because ICE agents are now going into
19  churches and schools to carry out these
20  deportation operations.  Do people who are here
21  legally need to be carrying around paperwork?
22  And can you guarantee that people who are here
23  legally won't be wrongfully detained?
24    SEC. KRISTI NOEM:  Kristen, I would say
25  that if I've heard that expressed by people that

**Page 17**

1  are legal citizens of the United States, it's
2  because the media has perpetuated that fear.  The
3  media has said that that's a possibility.
4  There's nothing from this administration, from
5  President Trump or from any of the law
6  enforcement individuals in these communities,
7  that has said that they need to walk around and
8  be concerned about that at all.  We -- the
9  citizens of the United States are confident that
10  finally, after four long years of having a
11  president in the White House that ignored federal
12  law and endangered their communities, that
13  there's a different man in charge now.  There's a
14  man in charge who loves this country, is going to
15  help make their communities safer.  And these
16  citizens that live here are thrilled.  In fact,
17  when I was in New York City earlier this week and
18  --
19    KRISTEN WELKER:  Yeah.
20    SEC. KRISTI NOEM:  -- in several cities
21  since then, the people walking by us on the
22  streets were thanking our officers.  They were
23  thanking these investigators and those that were
24  taking these dangerous criminals out for being
25  there, for making sure that they could walk their

5 (Pages 14 - 17)

1 kids to school with a new confidence that they
2 could get there safely and that they could do
3 business and have their community back.
4     KRISTEN WELKER: Secretary Noem, let me
5 ask you about the news that you made overnight,
6 DHS officially making the decision to end
7 Temporary Protected Status. For our audience,
8 that means, applies to about half a million
9 Venezuelans. They no longer have protection from
10 deportation. These are people who were welcomed
11 here. They did everything by the books. Why
12 should they be subject to deportation? Just very
13 quickly.
14     SEC. KRISTI NOEM: Well, the TPP
15 program has been abused, and it doesn't have
16 integrity right now. And folks from Venezuela
17 that have come into this country are members of
18 TDA. And remember, Venezuela purposely emptied
19 out their prisons, emptied out their mental
20 health facilities and sent them to the United
21 States of America. So we are ending that
22 extension of that program, adding some integrity
23 back into it. And this administration's
24 evaluating all of our programs to make sure they
25 truly are something that's to the benefit of the

Page 18

1 United States, so that they're not to the benefit
2 of criminals.
3     KRISTEN WELKER: Homeland Security
4 Secretary Kristi Noem, thank you so much. I know
5 it's been a busy week. I know you've also been
6 very engaged in the investigation into --
7     SEC. KRISTI NOEM: Yeah.
8     KRISTEN WELKER: -- the horrific crash
9 here. We appreciate your joining us. Thank you
10 so much.
11     SEC. KRISTI NOEM: Yeah. Thank you so
12 much. We're praying for their families,
13 absolutely.
14     KRISTEN WELKER: Thank you, Madam
15 Secretary. When we come back, Republican Senator
16 Eric Schmitt of Missouri joins me next.
17     (Break)
18     KRISTEN WELKER: Welcome back. And
19 joining me now is Republican Senator Eric Schmitt
20 of Missouri. Senator Schmitt, welcome back to
21 Meet the Press.
22     SEN. ERIC SCHMITT: It's great to be
23 with you, Kristen.
24     KRISTEN WELKER: Well, it is great to
25 have you back. I do have to start on a somber

Page 19

1 note. I want to start by talking about this
2 horrific plane crash here in the nation's
3 capital. It claimed 67 lives. I know that you
4 have been paying close attention to this
5 investigation. President Trump, for his part
6 came out, he held a news conference, started with
7 a moment of silence, quickly shifted to politics,
8 including blaming diversity programs for the
9 crash. Do you believe that President Trump runs
10 the risk of getting ahead of the facts by drawing
11 conclusions that he himself says he has no
12 evidence that diversity programs played a role?
13     SEN. ERIC SCHMITT: Well, the first
14 thing I want to say is that our thoughts and
15 prayers are with the families. This is going to
16 be a long road for them. As everyone knows, this
17 is a nightmare. You know, you take a loved one
18 to the airport, you never expect this to happen,
19 you know, the last time you ever see that person.
20 And so, I don't want -- we'll talk about all
21 that, but the human tragedy here is something
22 that's gut-wrenching for those families. My
23 prayers, my family's prayers are with them, and I
24 know the country wants to wrap their arms around
25 them too. They deserve a full investigation, and

Page 20

1 I think we've learned a few things already. But
2 as it relates specifically to the president's
3 comments, this is nothing new, Kristen. This
4 idea of emphasizing DEI across the federal
5 government has real ramifications. The president
6 said and as you just mentioned, not related
7 specifically, we don't know, the investigation
8 will find out. But broadly speaking, DEI is
9 poison. It's hurt recruiting, it's hurt hiring,
10 it's hurt retention. The hours spent on these
11 struggle sessions during training is hours you
12 don't spend on safety. And that's just a fact.
13 And it's evidenced by the fact that 1,000 people
14 sued the air traffic control for not being hired
15 because of their race. It's evidenced by the
16 fact that you have also people who were fired
17 from air traffic controls, and pilots for not
18 taking the Covid shot. And then, you know, the
19 government then, of course, makes it a priority
20 to hire 87,000 IRS agents to roam across the
21 country and harass Americans. So this has
22 become, Kristen, an obsession. And in the
23 commerce committee, if you paid any attention —
24 (INAUDIBLE) that I've had, other members have
25 had, to put these policies — (INAUDIBLE) exactly

Page 21

6 (Pages 18 - 21)

1  what they've done.  And they try to score
2  political points by doing it, but it has real
3  ramifications on the workforce.
4       KRISTEN WELKER:  Just very quickly, I
5  mean, we have to point out that the FAA, aviation
6  groups, say that every pilot, every air traffic
7  controller has to pass the same rigorous test.
8  They have to meet exceedingly high standards.
9  But bottom line, Senator, what I'm asking you, do
10 you have any evidence whatsoever that diversity
11 programs played a role in this crash?  Because
12 the President said he doesn't.
13      SEN. ERIC SCHMITT:  Well, no one has
14 said that.  But I do think if you want to find a
15 solution you have to be honest about the problem.
16 And the truth is, merit has taken a backseat to
17 quotas.  That's the truth --
18      KRISTEN WELKER:  But Senator, we don't
19 know that's the problem in this case–
20      SEN. ERIC SCHMITT:  No, no.
21      KRISTEN WELKER:  We don't know that
22 that's the problem in this instance–
23      SEN. ERIC SCHMITT:  I know.  But
24 Kristen, Kristen we can distinguish the
25 investigation in this case versus writ large.

1  He's now imposing tariffs on the country's three
2  biggest trading partners: Mexico, Canada, and
3  China.  Can you guarantee, Senator, that these
4  tariffs won't drive up prices?
5       SEN. ERIC SCHMITT:  All we have to do
6  is look at President Trump's first four years
7  where he institutes tariffs.  We didn't see
8  inflation.  In fact, we saw record wage growth.
9  We saw $200 billion plus go into the Treasury
10 from those tariffs.  Tariffs that help even the
11 playing field with countries who have been
12 ripping us off, quite frankly, for generations.
13 China, specifically.  I think the American people
14 are tired of being ripped off.  They're tired of
15 seeing their jobs go overseas.  But I think these
16 tariffs specifically, Kristen, are meant to bring
17 Canada and Mexico to the table for the fentanyl
18 that is streaming into our communities.  It's
19 also worth noting, in the last four years, that
20 the trade imbalance and our trade deficit has
21 gone up 200 percent plus with Canada and up 52
22 percent with Mexico.  The fact is these countries
23 are taking advantage of us.  All along the while
24 we've got fentanyl streaming into our country.
25 So Mexico has a choice.  They can choose to trade

1  It's also true in our military.  Pete Hegseth is
2  going to get rid of DEI in the military.  It's
3  divisive, it's hurt recruiting.  The same is true
4  across the government.  People don't want to sit
5  through these struggle sessions with this race
6  essentialism.  And by the way, the federal
7  government is being sued for discriminating
8  against certain employees because of their race.
9  So this is a fact of the matter.  It's true.  And
10 the one thing people care about is they want to
11 get from here to there safely.  I don't care, and
12 Americans don't care the race of the pilot, or
13 somebody in the tower, or their religion, or
14 their gender.  They just want the best people,
15 and that is what we have to get back to in the
16 country.
17      KRISTEN WELKER:  Alright.  Let's, as
18 you say, your thoughts and prayers are with the
19 families right now.  I think that certainly is
20 something that everyone can agree with.  I do
21 want to move on--
22      SEN. ERIC SCHMITT:  Absolutely--
23      KRISTEN WELKER:  --to tariffs, this
24 breaking news overnight.  President Trump, as you
25 know, won in part on a vow to bring down prices.

1  with the United States or continue to cozy up
2  with the cartels.  It's pretty simple.
3       KRISTEN WELKER:  But you talk about
4  President Trump's first term.  It's worth noting
5  that during his first term a number of prices did
6  go up on various goods from washing machines and
7  tires.  You mention Canada.  Very little fentanyl
8  is coming across the border from Canada.  Why is
9  the President punishing Canada more than China,
10 the country's adversary?  Do you think that's
11 right?
12      SEN. ERIC SCHMITT:  Well, that number
13 is growing, though, Kristen.  I think it's
14 important, especially in the last year--
15      KRISTEN WELKER:  –But it's minuscule
16 right now.  It's miniscule right now.
17      SEN. ERIC SCHMITT:  But it's growing.
18 It's growing.  And when they have a porous
19 border, and they don't seem very concerned at
20 all-- and by the way, I heard the clip earlier,
21 Justin Trudeau sort of lecturing Americans.  My
22 advice to him is, he probably ought to talk to
23 the Canadian people who are about ready to throw
24 him out of office because he's been a total
25 disaster.  So, I think we've got a president that

7 (Pages 22 - 25)

1 wants to put America first and protect people.
2 We have 100,000 people a year, Kristen, dying
3 from fentanyl. He ran about this -- on this.
4 This is not a surprise. He talked about getting
5 operational control of our border, he talked
6 about tariffs and improving our standing in the
7 world. He's doing all those things. And look no
8 further, the best evidence of this last week.
9 Colombia came to the table after that threat and
10 agreed to take criminals back into their country,
11 and illegal immigrants. So, the fact of the
12 matter is it works. It worked the first time
13 when he was in office. We didn't see inflation,
14 we saw wage growth, and we saw more on-shoring of
15 jobs back here to the United States.
16          KRISTEN WELKER: I have to ask you
17 about the confirmation hearings, of course. Last
18 time you were here in November you told me you
19 were a "yes" on President Trump's Cabinet
20 nominations. Some of your Republican colleagues,
21 this week expressing concern in the wake of Tulsi
22 Gabbard's confirmation hearing. She's been
23 tapped to be the Director of National
24 Intelligence. Of course she was pressed on
25 whether Edward Snowden is a traitor--would not

1 the intelligence community spying on a
2 presidential candidate that happened to be
3 President Trump, suppressing the Hunter Biden
4 laptop story when he was running again, and then,
5 of course, the lawfare that included. So, I
6 think people are tired of these games, of this
7 sort of, "gotcha" stuff. Look, if he's, if he's
8 been indicted, he comes back to the States, he's
9 going to have a trial. But this idea we tried to
10 disqualify using these terms is ridiculous.
11          KRISTEN WELKER: Well, and what I'm
12 doing really, I mean, these are questions that
13 were asked by your Republican colleagues,
14 including Senator Langford, who asked very
15 simply, is he a traitor? A government contractor
16 who leaked government secrets? It's a very
17 simple question, yes or no? We're almost out of
18 time, though.
19          ERIC SCHMITT: Sure.
20          KRISTEN WELKER: Is he a traitor?
21          ERIC SCHMITT: I think he was pretty
22 clear. I think she's pretty clear.
23          KRISTEN WELKER: But what do you think?
24          ERIC SCHMITT: That she served this
25 country honorably, and I think it's totally

1 answer that directly. Senator, are you still a
2 "yes" on Tulsi Gabbard's confirmation?
3          SEN. ERIC SCHMITT: I am, 100 percent.
4 I think she's very well-qualified. No one's
5 disputing that. She served our country honorably
6 in the military. She's been a member of
7 Congress. And I think she strikes a really
8 important balance for a key position of civil
9 liberties, protecting civil liberties of United
10 States citizens, and also our national security.
11 So, I still think she's going to get confirmed.
12 That's what this confirmation process is all
13 about, for people to ask tough questions. And I
14 think she's going to do just fine next week.
15          KRISTEN WELKER: Senator, very quickly
16 to you, how would you answer that same question?
17 Is Edward Snowden a traitor?
18          ERIC SCHMITT: Look, I think it's, it's
19 so interesting that this lexicon that gets
20 manipulated now. There were certain words that
21 you needed to say during COVID. There are
22 certain words that you need to say now. The fact
23 of the matter is, the people who are most
24 concerned, the most pushing this narrative are
25 the same ones who had no issues whatsoever with

1 ridiculous to try to smear people who are trying
2 to serve this country, because again, it's sort
3 of "gotcha." And I will also point out a lot of
4 people that are asking this don't like her
5 because she's going to bring reform and she's
6 going to curb the excesses in the worst instincts
7 of the intelligence community at times that has
8 gone after presidential candidates.
9          KRISTEN WELKER: Alright. Senator Eric
10 Schmitt, thank you so much for being here.
11 Really appreciate it.
12          SEN. ERIC SCHMITT: Great to be with
13 you.
14          KRISTEN WELKER: When we come back,
15 Democratic Senator Mark Kelly of Arizona joins me
16 next.
17          (Break)
18          KRISTEN WELKER: Welcome back, and
19 joining me now is Democratic Senator Mark Kelly
20 of Arizona. Senator Kelly, welcome back to Meet
21 the Press.
22          SEN. MARK KELLY: Good morning,
23 Kristen.
24          KRISTEN WELKER: It's great to have you
25 back. I do have to start again on this tragic

1 news about this plane crash here in the nation's
2 capital. You, of course, have flown combat
3 missions as a Navy pilot. You just heard my
4 conversation with Senator Schmitt responding to
5 what we heard from President Trump this week,
6 that diversity programs, according to the
7 president, may have played a role. The president
8 acknowledging he does not have proof of that.
9 What is your take on what we know and what you've
10 heard?
11         SEN. MARK KELLY: Well, Kristen, first,
12 it's a tragic and sad accident. I really feel
13 for the families on the plane, on the helicopter.
14 It's -- you know, you know, these accidents are
15 all often a very complicated set of things that
16 happen sequentially. It's often not one thing
17 that causes a major aviation accident like this.
18 I've been involved in accident investigations,
19 particularly, like with the -- with Space Shuttle
20 Columbia, you know, as an example, that we lost
21 in 2003. And to say that it has to do with the
22 person's color of their skin or their gender, I
23 think that's just poor leadership. And
24 especially at a time where any president is
25 supposed to be the consoler-in-chief, and not the

1 person that's going to try to divide us as a
2 country, especially when you don't have the
3 appropriate information. And he clearly does not
4 have the information in this case. This is too
5 early in the investigation. The NTSB is really
6 good at this. They'll do a thorough
7 investigation and we'll eventually see what the
8 cause of this accident was.
9         KRISTEN WELKER: Yeah, and they are
10 still investigating, that is for sure. Let's
11 shift to the other big news of this morning, the
12 president's announcement on tariffs on the
13 country's three biggest trading partners. You
14 heard Senator Schmitt defending the plan, you
15 heard Secretary Noem defending the plan as well,
16 saying ultimately this will be good for the
17 economy, rejecting the idea that it could drive
18 up prices. Do you think, as President Trump has
19 argued, that tariffs ultimately will be good at
20 stemming the flow of illegal immigration and
21 fentanyl?
22         SEN. MARK KELLY: Kristen, you're --
23 we're talking about two different things here.
24 Border security is important. I represent
25 Arizona. We're a border state. There are things

1 that we could do to strengthen the border. You
2 know, we've demonstrated that Democrats and
3 Republicans can work together to come up with
4 real policy solutions. What the president has
5 proposed here, raising tariffs on Canada and
6 Mexico, it's going to just do one thing. You say
7 it may raise prices. It will raise prices for
8 American consumers. We saw this in his first
9 administration here in Arizona. We wound up in a
10 trade war over certain things with China. For
11 cotton producers and pecan farmers, they wound up
12 -- it really, really hurt their businesses. But,
13 you know, beyond this it's going to hurt American
14 families. They're going to see prices go up for
15 food, for energy, for electronics, I think you
16 mentioned that, for autos. This is not the way
17 to handle this.
18         KRISTEN WELKER: I do want to turn to
19 the nomination process. Tulsi Gabbard in the
20 spotlight this week. You were among those asking
21 her a range of different questions during her
22 confirmation hearing. She is a former Democratic
23 lawmaker. We should let — remind folks of that.
24 She ran for president in the Democratic Party.
25 Notably, you have supported all but two of Mr.

1 Trump's nominees so far, but you've expressed
2 some real concerns about Tulsi Gabbard. Based on
3 your conversations, do you think Tulsi Gabbard
4 has the votes to get confirmed?
5         SEN. MARK KELLY: Well, I think anybody
6 who went into that confirmation hearing this week
7 with questions about, you know, her background,
8 her ability to manage 18 intelligence agencies,
9 and also her commitment to guard our secrets --
10 as the director of national intelligence, she is
11 responsible for a lot. She's got to sort through
12 a massive amount of information every single day,
13 decide what to present to the president. I think
14 if you had questions about her decision making
15 and her judgment when you went into that hearing,
16 I think anybody that sat there, like I did, or my
17 colleagues on both sides of the aisle, probably
18 left with more questions. I know I did. You
19 played Senator Lankford's exchange with her over
20 whether or not Edward Snowden was a traitor.
21 It's a pretty simple question to ask. He
22 actually thought he was throwing her a softball,
23 something she could easily, you know, admit to.
24 I mean, the definition of a traitor's pretty
25 simple. I mean, whether or not somebody betrayed

9 (Pages 30 - 33)

1 our country, and in the case of Edward Snowden,
2 we know he did. He gave -- he released a lot of
3 classified information, top secret information,
4 over a million documents, and he gave a lot of
5 those to Russia, he may have given some to China.
6 He meets the definition. I don't see why she
7 couldn't, you know, say that. I'm kind of
8 puzzled by it and, you know, I don't know why she
9 wouldn't admit that. It's interesting, my friend
10 and colleague, Eric Schmitt, wouldn't either. I
11 don't, you know, I don't question, you know, his
12 judgment on this. I think this is a very
13 political situation. But I think my Republican
14 colleagues, many of them will still have
15 questions about her nomination.
16       KRISTEN WELKER: All right, well, we'll
17 have to see how it all plays out. It will be
18 obviously a dynamic several days as we wait to
19 see what happens with her vote, whether she gets
20 out of committee. Sources who are close to her
21 say they do feel confident she will. I do want
22 to talk about the president's mass deportation
23 plans. You heard from Homeland Security
24 Secretary Kristi Noem earlier in the broadcast.
25 ICE operations are already being carried out
                                                    Page 34

1 accordance with our values.
2       KRISTEN WELKER: One more question to
3 you, Senator. President Trump obviously signed
4 the Laken Riley Act into law this week. Just so
5 folks understand, that will allow law enforcement
6 to detain and to deport undocumented immigrants
7 who've been charged with theft-related crimes.
8 You voted in support of this bill. I had an
9 opportunity to interview your colleague, Senator
10 Adam Schiff, who opposed it. He told me last
11 week this bill is so broad the U.S., quote,
12 "would be able to deport Dreamers for taking a
13 tube of toothpaste." Can you guarantee this law
14 won't be applied in a way that's overly broad?
15       SEN. MARK KELLY: Well, this law is
16 about public safety. Representing a border
17 state, this affects Arizona I think more than
18 other states just because of, you know, numbers,
19 and it's where, you know, folks cross. Kristen,
20 if you come across the border and you don't have
21 documentation, you've already committed a crime.
22 This is for somebody who then decides to commit a
23 second crime. And they're taken into custody,
24 there'll be due process involved so they could
25 eventually -- if they can prove that these are
                                                    Page 36

1 across the country. You have pushed for tougher
2 standards, tougher border policies. Do you
3 support what you are seeing so far, the
4 deportation plan, as it's been carried out by the
5 president?
6       SEN. MARK KELLY: Yeah, I don't. For a
7 number of reasons. It seems to be more about
8 intimidation of a big population of people. It's
9 going down the road of mass deportation, which he
10 said he would do, which would rip communities
11 apart. These are really bad ideas. Sending --
12 Trying to send folks back to Colombia, which we
13 do routinely, but sending them on military
14 airplanes, which, by the way, costs a lot more
15 money than putting them on a chartered airline
16 flight which we've, you know, done for decades.
17 It's all about scaring and intimidating people.
18 It's the same thing for Guantanamo Bay. Building
19 a facility there is because it just sounds very
20 frightening to a lot of folks. When you're a
21 criminal, we need to find where you are and we
22 need to take you into custody, and if you're not
23 documented, you should be returned. That makes
24 sense. I'm all about public safety and border
25 security. But we've got to do it in a way
                                                    Page 35

1 not valid charges, or they go through the court
2 system -- they could then be released. I'm not
3 concerned about, you know, what Adam is talking
4 about. I think, you know, very highly of
5 Dreamers. You know, Dreamers are as American as
6 my own two kids. I think we should be working
7 towards a pathway to citizenship for Dreamers. I
8 know some of my Republican colleagues feel the
9 same way. And we're going to solve these border
10 issues by working together, Democrats and
11 Republicans, to come up with policy changes on
12 border security and immigration reform.
13       KRISTEN WELKER: All right, Senator
14 Kelly, thank you so much for joining us. We
15 really appreciate it.
16       SEN. MARK KELLY: Thank you, Kristen.
17       KRISTEN WELKER: And when we come back,
18 a warning about the need for checks and balances
19 in the federal government from a former attorney
20 general. Our Meet the Press Minute is next.
21       KRISTEN WELKER: Welcome back. One of
22 the Senate's key checks on the executive branch
23 was back on display this week as senators grilled
24 some of President Trump's more vulnerable Cabinet
25 nominees like Robert F. Kennedy, Jr. Back in
                                                    Page 37

10 (Pages 34 - 37)

1 1961, Attorney General Robert F. Kennedy, Sr.
2 joined Meet the Press with this defense of
3 Congress's role in reining in the administration.
4     [BEGIN TAPE]
5     ROBERT F. KENNEDY, SR.: I think it's
6 terribly important to ensure that the executive
7 branch of the government is not corrupt, and that
8 they are efficient, that the legislative branch
9 of the government has this ability to check on
10 what we're doing in the executive branch of the
11 government. So, in every instance that has been
12 brought to our attention at the Department of
13 Justice so far by various departments of the
14 executive branch where this question has been
15 raised, we have suggested and recommended that
16 they make the information available to Congress.
17 We will continue to do that. I don't say that
18 there might not be an instance where executive
19 privilege might have to be used, but I think that
20 it's terribly important, with the executive
21 branch of the government as powerful and strong
22 as it is, that there be some check and balance on
23 it.
24     [END TAPE]
25     KRISTEN WELKER: And when we come back,

1 after our nearest neighbors and one of our
2 biggest global adversaries and competitors in
3 China. And I pressed him looking for, "What does
4 he want back? Is it a negotiating ploy? Is
5 there a concession you're looking for?" And he
6 kept saying no. And if you read the text of it,
7 he talks about the national emergency we have
8 with Canada, using that power, that authority he
9 has to declare something that many Americans may
10 not see. I then asked him about, "You ran
11 wanting to reduce prices, and we know that prices
12 are paid -- the -- the importers pay the tariff
13 and then it's passed on." And he said, "There
14 could be disruption. But people will
15 understand." I said, "Mr. President, you said
16 you would reduce everyday costs." So, I think
17 there is a lot more to be understood about the
18 real world impact. It's coming on the fly. It
19 appeared on the fly. He sort of negotiated down
20 from 25 percent to 10 percent on energy because
21 we know energy matters to his overall policy, and
22 it matters to Americans who have to fill their
23 gas tanks.
24     KRISTEN WELKER: Well, Ryan, pick up
25 there. Because for so many constituents of

1 will President Trump's controversial Cabinet
2 nominees make it through the confirmation
3 process? The panel is next.
4     (Break)
5     KRISTEN WELKER: Welcome back. The
6 panel is here: NBC News Senior White House
7 Correspondent Kelly O'Donnell, NBC News Chief
8 Capitol Hill Correspondent Ryan Nobles, former
9 Democratic Congresswoman Stephanie Murphy of
10 Florida, and Marc Short, former Trump Director of
11 Legislative Affairs. Thanks to all of you for
12 being here. Boy, there are a lot of headlines to
13 get to. Kelly, let's start with the one that
14 broke overnight: tariffs. The president
15 officially moving to impose tariffs against
16 America's three biggest trading partners. You
17 had a very robust exchange with him on Friday in
18 the Oval Office about a range of issues,
19 including this one. You pressed him repeatedly:
20 will prices go up?
21     KELLY O'DONNELL: We had a lot of back
22 and forth on this. In part, I was acting as a
23 pool reporter, so I was in the Oval. And what
24 was striking is this is the president's first
25 foreign policy move, and it is one that goes

1 lawmakers on Capitol Hill, this is a, you know,
2 issue that impacts them on a day-to-day basis.
3 What is the reaction that you're starting to see
4 trickle into this news that the president is
5 imposing tariffs? And, by the way, potentially
6 vowing to escalate them if these other countries
7 retaliate, which they say they're going to do.
8     RYAN NOBLES: Well, this is going to be
9 a real test to see if Republicans in Congress are
10 willing to stand up to the president, because
11 they're going to be the first ones to hear
12 directly from their constituents when their
13 constituents' prices start to rise. And what
14 we've seen, at least in the first two weeks of
15 this administration, is that Congressional
16 Republicans are largely out of the loop. They're
17 finding out about these major policy proposals
18 oftentimes when we tell them in the hallways of
19 Congress. And so, there's little opportunity for
20 them to react, to respond, and to encourage the
21 president to go into a different direction
22 because he's not consulting them on some of these
23 big decisions. There's a long laundry list of
24 things that I know you want to talk about,
25 Kristen. So, we'll have to see if they're

1 reactionary here. Do they plead with the White
2 House to try and rein this in or refine the
3 policy proposal a little bit? Because there's no
4 doubt they're going to hear from their
5 constituents first. And we're only a year and
6 change away from the next election, and they're
7 the ones that are going to feel the brunt of
8 these decisions first.
9        KRISTEN WELKER: Marc, as someone who
10 was in the first Trump administration when
11 tariffs were imposed against China, there's a
12 difference between these round of tariffs and
13 what we saw during the first Trump
14 administration.
15       MARC SHORT: I think this is one of the
16 greatest differences between Trump 1.0 and Trump
17 2.0. In the first administration, the tariffs
18 were largely targeted, largely toward China for
19 national security purposes to get concessions.
20 The first administration had economic advisors
21 and national security advisors who believed in
22 trade for both economic benefit and national
23 security benefit. The team he has around him
24 today has a very different viewpoint. It's a
25 very mercantilist viewpoint that says, "You

1 should be paying for access to American markets."
2 Regardless of the reality that Americans or the
3 importers paying that tariff or that tax, the
4 belief is that this is a tax that should be --
5 should be assessed to other people. I think the
6 bigger question is going to be if there's this
7 huge market reaction this week, if it begins to
8 impact the economy, then I think could undermine
9 a lot of his other parts of his agenda. And I'll
10 say this is just the beginning. The president
11 and his current team really believe this is the
12 right economic policy across the board and there
13 will be a lot more tariffs coming.
14       KRISTEN WELKER: Yeah. Stephanie,
15 let's zoom out a little bit. This week really
16 has brought a dizzying number of headlines. It
17 started with the administration basically
18 announcing cuts to all federal aid. They pulled
19 that back, so big reversal. We're kind of
20 waiting to see how that plays out. The
21 president, as we talked about on the program,
22 blaming diversity programs for the crash. And
23 then on Friday, the announcement that a number of
24 prosecutors -- career prosecutors within the FBI
25 and DOJ being fired. What do you make of this

1 broad set of events that we have witnessed?
2        STEPHANIE MURPHY: Well, I think that
3 the Democrats have a real opportunity here if
4 they focus on standing up for the people. And
5 while some of the things that you mentioned are
6 really outrageous –firing people at the
7 Department of Justice and at the FBI -- Democrats
8 can't be seen as fighting for power within
9 Washington. They have to be seen fighting for
10 the people. And so highlighting the federal
11 funding freeze, talking about the impact of
12 tariffs on everyday Americans, and the cost of
13 their groceries, and all of their prices, that's
14 going to be a winning message for Democrats.
15 It's unfortunate, though, because this president
16 ran and won on lowering costs for Americans, and
17 his first sets of policies are going to actually
18 raise costs for Americans. And Democrats are
19 going to hang that around not just Donald Trump
20 but also Republicans in Congress.
21       KRISTEN WELKER: Yeah, we are starting
22 to see them galvanize around this message that
23 you talk about, Stephanie. And what's so notable
24 about the FBI firings, Kash Patel said in his
25 hearing there will not be retribution against

1 anyone at the FBI. And Ryan, it comes as we have
2 this new reporting that of all the president's
3 nominees, it's Tulsi Gabbard who may be in real
4 trouble. That White House officials were rattled
5 by her inability to say that "Yes, Edward Snowden
6 is a traitor." Notably, today Senator Schmitt
7 didn't want to go there, didn't want to touch it.
8 What are you hearing about her chances of getting
9 confirmed?
10       RYAN NOBLES: So, I think of the three
11 most controversial picks -- Patel, RFK Jr., and
12 Tulsi Gabbard -- Gabbard is the one that is in
13 the most danger. But I do think that you have to
14 start from a place of them getting confirmed and
15 work your way back. Because what this
16 administration is not going to do is what they
17 did with Matt Gaetz and pull the nominee back
18 before they get a vote. They're going to force
19 every single Republican senator to be accountable
20 for this vote, and vote yes or no. And that
21 includes Tulsi Gabbard. Now, there is a
22 difference, though, in their approach in terms of
23 how they're encouraging or putting pressure on
24 these senators to vote yes or no, which a part of
25 your reporting says, Kristen. And you know, with

1  Pete Hegseth, it was a very clear message to
2  Republican senators, a message sometimes sent by
3  the president himself.  At this point, we're not
4  seeing that same level of pressure with Tulsi
5  Gabbard.  Whether or not that leads to enough
6  senators, you know, it would require four to step
7  out and vote no, that's something we'll probably
8  find out this week.
9       KRISTEN WELKER:  Yeah.  Kelly, you know
10 how this plays out, having covered the Hill.
11      KELLY O'DONNELL:  It is also a test of
12 how the president judges those on camera
13 performances.  And for Robert Kennedy Jr.  and
14 Tulsi Gabbard, the performances during the
15 hearings did not meet the same bar that Pete
16 Hegseth did.
17      KRISTEN WELKER:  And Marc, what do you
18 make of Tulsi Gabbard, but then this morning
19 Senator Schmitt saying, "I'm not going to touch
20 that.  That's -- that's not a real question." And
21 yet it was a question that Republicans were
22 asking her.
23      MARC SHORT:  I think a lot of Americans
24 don't remember who Edward Snowden is or Julian
25 Assange.  But I think that -- a lot of Trump

<div align="right">Page 46</div>

1  supporters believe the Intelligence Committee
2  hurt him greatly with the fake Russia
3  investigation.  But the speed of position where
4  you can say that somebody who sold American
5  secrets, that put Americans in uniforms lives in
6  danger is somehow not a traitor, is an extension
7  that goes far beyond the pale of where I think
8  our party is today when you can't say that Julian
9  Assange and Edward Snowden were actually
10 traitors.
11      STEPHANIE MURPHY:  National security is
12 dependent on the ability to collect intelligence
13 and safeguard intelligence.  And on both of those
14 counts, Tulsi's hearing showed that she didn't
15 full-throately believe in either the key ability
16 to collect the intelligence or the need to
17 safeguard it.  And I think that should put some
18 real questions in the senators' minds.
19      KRISTEN WELKER:  All right.  Well,
20 we'll have to see how it all plays out.  Great
21 conversation, guys.  Thanks so much for being
22 here.  That is all for today.  Thank you so much
23 for watching.  We'll be back next week, because
24 if it's Sunday, it's Meet the Press.
25

<div align="right">Page 47</div>

1           C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8
9  *Sonya M. Ledanski Hyde*
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date:  February 18, 2025
17
18
19
20
21
22
23
24
25

<div align="right">Page 48</div>

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**Exhibit 22**



# How the False Story of a Gang 'Takeover' in Colorado Reached Trump

The claim that Aurora, Colo., has been overrun by gun-toting migrants stemmed from the city's fight with a landlord. Now it is central to one of former President Donald J. Trump's anti-immigrant campaign promises.

# 'Takeover' in Colorado Reached Trump

The claim that Aurora, Colo., has been overrun by gun-toting migrants stemmed from the city's fight with a landlord. Now it is central to one of former President Donald J. Trump's anti-immigrant campaign promises.

Dilapidated apartment complexes in Aurora, Colo., have become a cause célèbre for right-wing media and former President Donald J. Trump, after the landlord claimed a Venezuelan street gang had taken over.

▶  Listen to this article · 11:14 min  Learn more          🎁 Share full article  ↪  🔖

By Jonathan Weisman   Photographs by Michael Ciaglo
Reporting from Aurora and Denver, Colo.

Sept. 15, 2024

Mike Coffman, the conservative Republican mayor of Aurora, Colo., said he was at home on Tuesday night watching the presidential debate and bracing for the worst.

And then there it was again, before tens of millions of viewers: former President Donald J. Trump, describing Mr. Coffman's Aurora, a sprawling suburb just east of Denver, as a city under siege, terrorized by migrants.

"They're taking over buildings," Mr. Trump said. "They're going in violently."

Mr. Coffman was contrite on Thursday as he told that story. After all, he had helped create the tall tale now sullying his city's reputation.

Before Springfield, Ohio, before the misinformation about devoured pets and the memes of Mr. Trump rescuing ducks and kittens, there was Aurora, pop. 404,219, supposedly overrun by the violent Venezuelan street gang, Tren de Aragua. Those claims became a cause célèbre for the right-wing media, and ultimately a key focus of Mr. Trump's anti-immigration repertoire as he escalated his attacks on immigrants as part of his campaign's effort to capitalize on voter concerns about the southern border crisis.

Document title: How the False Story of a Gang 'Takeover' in Colorado Reached Trump - The New York Times
Capture URL: https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:26:39 GMT

Caught in the middle are a number of migrants, living in
dilapidated apartments that Aurora officials now call squalor, amid
"criminal elements," not widespread gang activity, and unable to
find or afford better. The buildings are nonetheless at the center of
a national firestorm.



"Because of one or two Venezuelans who wanted to do something wrong, we are now all accused of
something," said Yorman Fernandez on Friday. Mr. Fernandez, 29, lives in one of the troubled complexes.

"Because of one or two Venezuelans who wanted to do something
wrong, we are now all accused of something," Yorman Fernandez, a
29-year-old Venezuelan who lives at one of the properties, said on
Friday, between jobs painting and roofing. "We are not all the
same."

And Mr. Coffman has had to reverse his own rhetoric as he watches
Mr. Trump, the presidential candidate he still said he would
reluctantly vote for in November, continue to stoke fear in his
community. Meantime, the mayor has started a crusade to try to
undo the damage Mr. Trump is inflicting.

"I mean, I agree with him on a lot of policies as it pertains to
immigration," Mr. Coffman said in City Hall on Thursday. "But I'm
also the mayor of the City of Aurora, and my job is not only to make
sure that the city is safe, but also to protect the image of the city.

also the mayor of the City of Aurora, and my job is not only to make sure that the city is safe, but also to protect the image of the city. This narrative out there is exaggerated, and it's our responsibility to correct it."

## How the claims about Aurora began



Mike Coffman, the mayor of Aurora, initially helped spread the misleading claims that Venezuelan gangs had taken over parts of the city. He has since backtracked, trying to rehabilitate Aurora's image.

As far back as May 2023, Aurora officials had been trying to force an out-of-state landlord to fix up three blighted apartment complexes in the downtrodden East Colfax Corridor, which connects the cities of Denver and Aurora.

In July 2024, the landlord, CBZ Management, which says it is based



Document title: How the False Story of a Gang 'Takeover' in Colorado Reached Trump - The New York Times
Capture URL: https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:26:39 GMT

complexes in the downtrodden East Colfax Corridor, which connects the cities of Denver and Aurora.

In July 2024, the landlord, CBZ Management, which says it is based in Colorado and Brooklyn, offered a new argument for why it couldn't repair the buildings: Venezuelan gangs had taken over, and the property managers had been forced to flee.

Mr. Coffman and a Republican City Council member, Danielle Jurinsky, quickly repeated CBZ's unverified claim in interviews.

"We have areas in our city, unfortunately, that have been taken, and we have to take back," Mr. Coffman told a local talk radio host on July 31.

On Aug, 5, a public relations agent, Sara Lattman, hired by CBZ, pitched a "tip" to the local Fox television network affiliate in Denver.

"An apartment building and its owners in Aurora, Colorado have become the most recent victims of the Venezuelan Gang Tren de Aragua's violence, which has taken over several communities in the Denver area," she wrote on Fox 31's tip line, according to an email obtained by The Times. "The residents and building owners of these properties have been left in a state of fear and chaos."

But it was a viral video that began circulating in late August that shows armed men in the hallway of one of the complexes that ultimately caught Mr. Trump's attention. The incident was reported as a connection to gang violence, particularly the Venezuelan gang Tren de Aragua, though documentation was scarce.

On Tuesday, the Aurora Police Department announced it had arrested 10 members of Tren de Aragua on charges of "felony menacing," attempted first-degree murder, assault, child abuse, domestic abuse and others. But Todd Chamberlain, Aurora's new police chief, could not say whether any of those men were among those seen in the video, or whether any in the video had actually done anything criminal.

Still, the clip, taken by a resident and played on endless loops on



those seen in the video, or whether any in the video had actually done anything criminal.

Still, the clip, taken by a resident and played on endless loops on Fox News Channel and the website of The New York Post, metastasized into grandiose stories of whole buildings, whole sections of town and, in Mr. Trump's telling, the whole city of Aurora being taken over by migrants carrying weapons of war.

"And getting them out will be a bloody story," Mr. Trump said of Aurora at a rally in Mosinee, Wis., last Saturday, adding that it was "not going to be easy, but we'll do it."

Mr. Coffman and Ms. Jurinsky have both since backtracked.

"The overstated claims fueled by social media and through select news organizations are simply not true," they wrote in a joint statement released Wednesday that appeared aimed at pushing back on Mr. Trump's debate comments.

### A false story, fueled by real problems





U.S. Immigration    Trump Administration Withdrew From Ukraine... Cinternal 166 Guantánamo... ...ghts to Deprive... ...olan for 13 in Florida



Star Lopez, left, and her husband Luis, who live in the complex where the viral video was filmed, spoke of roach infestations, long stretches without electricity or running water, a refrigerator that barely works and no landlord to communicate with or even pay rent to.

The claims about Aurora were spun out of real issues.

The Denver area has struggled to deal with an influx of about 40,000 migrants, many of whom had been sent inland by Gov. Greg Abbott of Texas. The soaring cost of housing, acute in Denver, had brought many of those new arrivals to Aurora looking for somewhere cheaper to live — right to those same ramshackle apartments the city was already fighting to get cleaned up.

On Thursday, one resident of the complex, Star Lopez, 29, was gingerly walking her three dogs through a tiny stretch of dirt and weeds — and piles of dog feces — between two of the buildings where the video was captured. Inside the nondescript three-story brick structures, flies swarmed. Most apartments had broken windows, no screens, and doors ajar with no functioning locks or even doorknobs.

Nadeen Ibrahim, organizing director for the nonprofit East Colfax Community Collective, a social service organization in the area, warned of bedbug infestations and rats.

But there were no armed men blocking passage or extorting rent or protection money, Ms. Lopez said, despite what conservative



warned of bedbug infestations and rats.

But there were no armed men blocking passage or extorting rent or protection money, Ms. Lopez said, despite what conservative media has said. Most of the residents at this point are squatters.

"Oh, it's taken over, but it's taken over by everybody," Ms. Lopez said, freely admitting she hadn't paid rent since November, and adding that most of the neighbors hadn't either. "It's survival of the fittest."

Ms. Lopez is pregnant, hoping for a Christmas baby, she said. Her husband, Luis Lopez, 22, said he works in a warehouse and won't let his wife walk the dogs at night until he comes home from the late shift. It's too dangerous. They spoke of roach infestations, long stretches without electricity or running water, a refrigerator that barely works and no landlord to communicate with or even pay.

Nearby, an onlooker from Colorado Springs who declined to give his name gawked and took pictures. He was at the Department of Veterans Affairs hospital nearby and "thought I'd stop by," he said. "I was expecting to see vigilantes all over the place, people on the rooftops with machine guns."

## The effects



Document title: How the False Story of a Gang 'Takeover' in Colorado Reached Trump - The New York Times
Capture URL: https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:26:39 GMT

U.S. Immigration     A Brutal Cold Is Headed Our Way From the Arctic     Gitmo's 30 Immigrants Fight to Stay in the U.S. at Guantánamo     Thousands of Haitians for TPS in Florida



The Fitzsimons Place apartment complex, run by CBZ Management, is one of three that Aurora officials had tried to force the company to fix up as far back as May 2023. The complex, which sits on 1568 Nome Street, is now closed, its windows and doors boarded up.

After the video of armed men went viral in August, Mr. Coffman recalled strapping on a bulletproof vest — "I looked like the Michelin Man" — to pay his first visit to the building where it was filmed. He saw nothing but frustrated renters pleading with him to intervene. When he next held a town-hall meeting with renters from the apartment complexes, he didn't bother with security.

But the story has taken on a life of its own. Mr. Trump placed Aurora front and center on Friday in his plans for mass deportations if elected.

"We're going to have the largest deportation in the history of our country," Mr. Trump said at a news conference at Trump National Golf Club in Rancho Palos Verdes, Calif. "And we're going to start with Springfield and Aurora."

There have already been real-world consequences to the fear-mongering, exaggerations and outright lies spreading on the internet and the campaign trail about the situation. Last month, the city shut down one of the buildings, Fitzsimons Place apartments, at the center of the controversy, emptying it of nearly 200 inhabitants — many, but not all, of them migrants and recent arrivals. City officials and police officers arrived at 7 a.m. Aug. 7, the first day of school, to announce that the residents of 1568 Nome Street had six days to clear out.

Document title: How the False Story of a Gang 'Takeover' in Colorado Reached Trump - The New York Times
Capture URL: https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:26:39 GMT

Rehousing people has been a struggle.

Fear and negative publicity have pushed landlords to stop renting to Venezuelan migrants, said Crystal Murillo, a city councilwoman. Legal aid groups representing tenants and social service nonprofits struggling to house whole families say they are overwhelmed. YouTube personalities and TikTok stars prowl city slums. A white supremacist called into the City Council's public comment period on Monday evening, spewing hate against Venezuelans and Jews.



Legal aid groups representing tenants and social service nonprofits struggling to house whole families say they are overwhelmed.

"This doesn't compare to any crisis that we've ever experienced," said Emily Goodman, senior manager for housing assistance at the nonprofit East Colfax Community Collective, a social service organization in the area.

The mayor blames his initial statements on information from the Aurora police that was too credulous in repeating the property owner's excuses.

"The pattern of problems are with one — really, I'm going to be real blunt, I guess — out-of-state slumlord," he said.

The city has now filed several civil and criminal actions against CBZ and the man officials identified as the landlord of the apartments, Zev Baumgarten.

Stan Garnett, Mr. Baumgarten's lawyer, insisted that Mr. Baumgarten had no ownership of the property and no management role and was merely a consultant for CBZ.

A lawyer for CBZ, Matthew C. Arentsen, said that his "clients believe that, at its core, this case is not about property mismanagement but about government failures."

Mr. Chamberlain, the police chief, said he believed that the situation at the properties was now under control. The department is shifting to supporting the Venezuelan community with youth programs and safety outreach — and trying to ensure that its law enforcement efforts do not target the entire migrant community.

"We cannot get myopic or get focused based upon a knee-jerk reaction to something that is very titillating or very out there in the public right now," he said.

ADVERTISEMENT

Across the street from one of the properties, Whispering Pines, three men sat on their front porch Thursday afternoon shouting at a reporter and a photographer not to believe the "fake news" about the place. Sure, there is crime and probably some gangs, they said, but in this neighborhood those had been there well before the Venezuelans arrived and will be there long after they depart. What they wouldn't do is give their names.

"I'm not messing with Donald Trump," one man said, shooing the reporter off the property.



reporter off the property.



City of Aurora code enforcement officers walking through an unlit hallway in one of the apartment buildings at the center of the national firestorm.

**Jonathan Weisman** is a politics writer, covering campaigns with an emphasis on economic and labor policy. He is based in Chicago. More about Jonathan Weisman

A version of this article appears in print on Sept. 16, 2024, Section A, Page 12 of the New York edition with the headline: The Real Consequences Of Trump's False Claims About Colorado's Gangs. Order Reprints | Today's Paper | Subscribe

See more on: Donald Trump, 2024 Elections: News, Polls and Analysis, Republican Party, U.S. Politics

Share full article





Trump's Latest Target: A Nancy Pelosi Achievement in San Francisco

Trump Targets a Growing List of Those He Sees as Disloyal

'The Eastern Gate' Is a Lean and Mean Spy Drama

Traveling Abroad? If You're Paying With Dollars, Your Trip Is on Sale.

Alexander Brothers Face More Lawsuits Accusing Them of Sexual Assault

Former N.F.L. Player Arrested for Protest Against MAGA Plaque

10 Ways to Turn Store-Bought Rotisserie Chicken Into a Healthy Dinner

A Leading Anti-Trump Voice Returns to Democrats' Top Think Tank

In Private Remarks on Russia, Rubio Tries to Reassure Europeans

A Lonely Holdout Where Republicans Still Resist Trump: Utah

Maher Knocks Trump's Gutting of the Federal Work Force

**Editors' Picks**



This City's Sewer System Is Full of Alligators, but It's Not New York

For These 20-Somethings, Trump 'Is Making It Sexy' to Be Republican

Inside the Oscar-Nominated Film That No Studio Will Touch

## The New York Times

**NEWS**
Home Page
U.S.
World
Politics
New York
Education
Sports
Business
Tech
Science
Weather
The Great Read
Obituaries
Headway
Visual Investigations
The Magazine

**ARTS**
Book Review
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Visual Arts

**LIFESTYLE**
Health
Well
Food
Restaurant Reviews
Love
Travel
Style
Fashion
Real Estate
T Magazine

**OPINION**
Today's Opinion
Columnists
Editorials
Guest Essays
Op-Docs
Letters
Sunday Opinion
Opinion Video
Opinion Audio

**MORE**
Audio
Games
Cooking
Wirecutter
The Athletic
Jobs
Video
Graphics
Trending
Live Events
Corrections
Reader Center
TimesMachine
The Learning Network
School of The NYT
inEducation

**ACCOUNT**
Subscribe
Manage My Account
Home Delivery
Gift Subscriptions

Group Subscriptions
Gift Articles
Email Newsletters

NYT Licensing
Replica Edition
Times Store

© 2025 The New York Times Company   NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

Your Privacy Choices   California Notices

Document title: How the False Story of a Gang 'Takeover' in Colorado Reached Trump - The New York Times
Capture URL: https://www.nytimes.com/2024/09/15/us/politics/trump-aurora-colorado-immigration.html
Capture timestamp (UTC): Fri, 21 Feb 2025 01:26:39 GMT

**Exhibit 23**

**FactCheck.org** *A Project of The Annenberg Public Policy Center* 

HOME    ARTICLES▾    ASK A QUESTION▾    DONATE    TOPICS▾    ABOUT US▾    SEARCH    MORE▾

FACTCHECK POSTS > FEATURED POSTS

# Crime Drop in Venezuela Does Not Prove Trump's Claim the Country Is Sending Criminals to U.S.

*By Robert Farley and Catalina Jaramillo*

*Posted on June 14, 2024*

THIS ARTICLE IS AVAILABLE IN BOTH ENGLISH AND ESPAÑOL     English ▾

    

*Para leer en español, vea esta traducción de El Tiempo Latino.*

Anyone who has heard a speech by former President Donald Trump in the last few years has certainly heard his unsubstantiated claim that countries around the world are emptying their prisons and mental institutions and sending those people to the U.S.

Trump has offered scant support for this claim, but in virtually all of his recent speeches, he has been citing a reported drop in crime in Venezuela as evidence that the economically and politically beleaguered country is sending its criminals to the U.S.

Experts in and out of Venezuela told us there is no evidence to back up Trump's claim. Reported crime is trending down in Venezuela — though not nearly as dramatically as Trump claims — but crime experts in the country say there are numerous reasons for that and they have nothing to do with sending criminals to the U.S.

Nonetheless, it's hard to prove a negative, and those who follow Venezuelan politics say such a tactic is not beyond Venezuelan President Nicolás Maduro, who has been in power since 2013 and is seeking another six-year term. The FBI acknowledges some Venezuelan criminals have migrated to the U.S., but there's no indication they were purposefully released from prison to come to this country.

When Trump makes such an explosive and sweeping claim — and makes it a hallmark of his case to return to office — the onus is on him to provide evidence. He hasn't. (His press office did not respond to our inquires about it.) And the argument that Venezuelan crime is down is not the proof Trump suggests it is.

## Trump's Claim

In recent speeches, Trump has sometimes said that crime is down "a staggering 67%" in Venezuela, while at other times he has put the drop in crime at "72% in a year."

But in each case, as he did in a video posted to social media on June 4, he cited the statistics to support his claim, "They're taking their drug dealers and their people in jail, lots of people in jail, they're taking their murderers, their killers, they're taking them all and they're sending them into the United States."

"Venezuela was crime ridden," Trump said in remarks on May 31 after his conviction in the hush money case. "Caracas, their cities, crime ridden two years ago, three years ago. They just reported a 72% drop in crime in the last year because all of their criminals, most of them, and the rest are coming in now, the ones that didn't come in. In Venezuela, their prisons have been emptied into the United States. Their criminals and drug dealers have been taken out of the cities and brought into the United States, and that's true with many other countries."

## Ask FactCheck

**Q: Did former President Joe Biden issue a statement saying that he thought the Equal Rights Amendment should be considered part of the Constitution?**

**A: Yes. On one of his last days in office, Biden published a statement supporting the ERA, but it has no legal effect.**

Read the full question and answer
View the Ask FactCheck archives
Have a question? Ask us.

### Donate Now
Because facts matter.

 **SciCheck's COVID-19/Vaccination Project**
Preempting and exposing vaccination and COVID-19 misinformation

 **Proyecto de Vacunación/COVID-19**
Precaviendo y exponiendo la desinformación sobre el COVID-19 y sus vacunas

 **SciCheck**
Fact-checking science-based claims.

 **Facebook Initiative**
Debunking viral claims.

 **Players Guide 2024**
The special interest groups behind the TV ads.

"Venezuela was crime ridden," Trump said in remarks on May 31 after his conviction in the hush money case. "Caracas, their cities, crime ridden two years ago, three years ago. They just reported a 72% drop in crime in the last year because all of their criminals, most of them, and the rest are coming in now, the ones that didn't come in. In Venezuela, their prisons have been emptied into the United States. Their criminals and drug dealers have been taken out of the cities and brought into the United States, and that's true with many other countries."

In this report, we'll focus on Venezuela because that's the country most often cited by Trump.

Carlos Nieto of the Venezuelan nongovernmental organization A Window to Freedom is, of course, well aware of Trump's relentless insistence that Venezuelan officials have been systematically emptying their prisons and mental institutions and sending those people to the U.S.

Nieto, whose group has been monitoring the prison situation in Venezuela for more than 25 years, told us he has observed no evidence that supports Trump's claim. He added that there definitely is no official state policy to that effect.

Some criminals have emigrated from Venezuela, he told us in Spanish, and some have made their way to the U.S. But, he said, "there is nothing that can be affirmed that establishes that there is an agreement, or that the Venezuelan government is helping criminals leave Venezuela to go to the United States."

But neither can he rule out that it could be happening "under the hood."

"I do not doubt that it could be happening, nor do I doubt that it can be done," Nieto said. "I mean, these people, I'm talking about Maduro and his clique, are capable of that and many more things."

But that's pure speculation. And again, Nieto and other experts say they have seen no evidence of it.

## Venezuelan Crime Stats

Reliable crime statistics in Venezuela are notoriously difficult to obtain. The government hasn't provided dependable crime reports in many years, Mike LaSusa, deputy director of content at InSight Crime, a think tank focused on crime and security in the Americas, told us via email.

Although Venezuelan security officials in May reported a 25% drop in crime this year compared with the same period in 2023, "the absence of official reports makes it impossible to verify the data," LaSusa said in a May 28 report.

In the absence of reliable government reporting, media and nongovernmental organizations have become the most trusted sources for documenting and tracking crime, LaSusa said.

One such NGO, the independent Venezuelan Observatory of Violence, in December reported a 25% decrease in violent deaths between 2022 and 2023. (Violent deaths include homicides, deaths by police intervention and suspected violent deaths under investigation.) That drop was widely reported in U.S. media. If Trump is citing the murder tally as a proxy for overall crime, he is vastly overstating the one-year drop.

But the number of violent deaths has been declining for years in Venezuela, according to the group's tallies, and is nearly 70% lower than it was in 2018, according to Roberto Briceño-León, the founder and director of the OVV (the acronym for Venezuelan Observatory of Violence in Spanish). That corresponds with Trump's figure, but, of course, that is a much longer time frame that predates the Biden administration.

LaSusa said the OVV's murder rate estimates track with InSight's observation about "a reduction in the intensity of criminal violence in certain areas of the country." But, he said, InSight has not seen a reduction in crime of 67% in a year, as Trump claimed.

"Additionally, the reductions that we have observed seem to respond largely to changes in criminal dynamics, rather than the effectiveness of the government's security policies," LaSusa said. "Basically, criminal groups seem to be seeking new opportunities outside of Venezuela due to the lack of opportunities in the country."



### Players Guide 2024
The special interest groups behind the TV ads.



### Viral Spiral
Don't get spun by internet rumors.



### Sign Up
Get free email alerts.



### Mailbag
Letters from our readers.



### On the Air
Our staff on TV and radio.



### NewsFeed Defenders
A media literacy game to detect misinformation.

LaSusa said the OVV's murder rate estimates track with InSight's observation about "a reduction in the number of violent deaths in certain periods of the year." But she said that InSight has not seen a reduction in crime of 67% in a year, as Trump claimed.

"Additionally, the reductions that we have observed seem to respond largely to changes in criminal dynamics, rather than the effectiveness of the government's security policies," LaSusa said. "Basically, criminal groups seem to be seeking new opportunities outside of Venezuela due to the lack of opportunities in the country."

# What's Driving the Crime Drop?

In its Annual Report on Violence 2023, OVV documented 6,973 violent deaths in 2023, about 14% of which resulted from police enforcement. That's down from 9,447 and 9,367 in 2021 and 2022, respectively. That's a decline of 26% in the reported number of violent deaths between 2021 and 2023.

While the violent death rate may have dropped, a national survey conducted by OVV in mid-2023 found that about 78% of residents believed crime had stayed the same or gotten worse.

Briceño-León shared with us via email in Spanish some of the causes OVV identified for the drop in murders — none of which includes a government program to ship convicts to the U.S.

"We have no evidence that the Venezuelan government is emptying the prisons or mental hospitals to send them out of the country, whether to the USA or any other country," Briceño-León said.

Rather, he said, the drop in crime is due to worsening economic and living conditions in the country, which has led to a massive out-migration of nearly 8 million people since 2014.

"Crime is reduced in Venezuela due to a reduction in crime opportunities: bank robberies disappear because there is no money to steal; kidnappings are reduced because there is no cash to pay ransoms; robberies on public transportation cease because travelers have no money in their pockets and old, worthless cell phones; and assaults on bank money dispensers disappear because the cash they can give to their clients has not exceeded twenty U.S. dollars," Briceño-León said.

There has also been a consolidation of gang activity, which has led to a reduction in crime. In its report, OVV wrote that the drop in crime "can be attributed to the reduction of disorganized criminal activities and the growing concentration and monopolization of violence by powerful criminal organizations. These criminal organizations are now focusing on specific niches of criminal opportunities, which has led to a decreased overall level of violence in the country."

"The decrease in 'disorganized' violence, which causes high lethality, has been reduced by the notable emigration of young people and the loss of opportunities for crime," the report stated. "In recent years, there has been a reduction in the lethality of violence in certain parts of the country. This trend has been attributed to agreements made between criminal gangs regarding the distribution of tasks during business operations, as well as the demarcation of areas of operation, which has allowed for their expansion and consolidation. However, in municipalities where there are no such agreements or where criminal control has not been fully established, violent events continue to occur."

The consolidation of organized crime has led to "a kind of mafia peace" in areas they control, Ronna Rísquez, a Venezuelan investigative journalist, told us in Spanish.

The "humanitarian emergency" in Venezuela has also had implications for criminals as well. Venezuela, she said, "stopped being attractive for crime, because it no longer made sense to kidnap. ... It made no sense to steal, because everyone was poor. In Venezuela ... no one had money, people were starving and then for crime, for criminals, it was no longer profitable to have criminal activities."

Rísquez said another reason for the decrease in crime is that Venezuelan authorities, sometime between 2015 and 2021, began "a large number of alleged extrajudicial executions" of people accused of belonging to criminal groups.

The OVV report notes that some criminals have also left Venezuela "seeking to continue their criminal life in other places where they find greater opportunities for profit," Briceño-

profitable to have criminal activities."

Rísquez said another reason for the decrease in crime is that Venezuelan authorities, sometime between 2015 and 2021, began "a large number of alleged extrajudicial executions" of people accused of belonging to criminal groups.

The OVV report notes that some criminals have also left Venezuela "seeking to continue their criminal life in other places where they find greater opportunities for profit," Briceño-León said. But, he said, the vast majority of emigrants from Venezuela are "honest workers fleeing the country's poverty, looking for a job and a better future."

The vast majority of those fleeing Venezuela have settled in nearby South American countries. But more and more are making their way to the U.S. Prior to President Joe Biden taking office, relatively few Venezuelan emigrants were intercepted by U.S. Border Patrol. For most of the 2010s, less than 100 Venezuelans a year were caught trying to cross the southwest border illegally. The number grew to more than 2,000 in fiscal year 2019. But beginning in 2021 the numbers began to swell, and topped 187,000 and 200,000 in the 2022 and 2023 fiscal years, respectively.



*A Venezuelan asylum seeker carries his daughter before they cross the Rio Grande into Brownsville, Texas, in December 2022. The U.S. has seen a surge of migrants from Venezuela since 2021. Photo by Veronica G. Cardenas/ AFP via Getty Images.*

As of January, the U.S. had the third-largest number of Venezuelan emigrants in the world (545,000) — though Colombia remained by far the largest destination (2.9 million), followed by Peru (1.5 million). Brazil, Ecuador, Chile and Spain each had roughly the same number as the U.S.

Criminal groups with origins in Venezuela have quickly spread to neighboring South American countries where most Venezuelans have settled. According to a U.S. State Department trafficking report for Colombia released in 2023, "El Tren de Aragua – Venezuela's most powerful criminal gang – and the National Liberation Army (ELN) operate sex trafficking networks in the border town of Villa del Rosario in the Norte de Santander department. These groups exploit Venezuelan migrants and internally displaced Colombians in sex trafficking and take advantage of economic vulnerabilities and subject them to debt bondage."

And some criminals from Venezuela have come to the U.S.

Nieto, of the Venezuelan nongovernmental organization A Window to Freedom, attributed the decrease in crimes to the mass emigration from the country in recent years, a number, he said, that "undoubtedly does not exclude criminals."

There is some evidence Tren de Aragua gang members have also made their way to the U.S. The U.S. Border Patrol told CNN en Español that 38 potential members of Tren de Aragua were arrested at the border between October 2022 and October 2023.

On April 5, U.S. Border Patrol Chief Jason Owens posted on social media to "[w]atch out for this gang. It is the most powerful in Venezuela, known for murder, drug trafficking, sex crimes, extortion, & other violent acts."

And suspected members of the Venezuelan gang have been linked to a number of crimes in the U.S., including the murder of a former Venezuelan police officer in Miami in November, and a spate of cell phone robberies in New York City.

In March, Sen. Marco Rubio and Rep. María Elvira Salazar led a group of 23 federal legislators petitioning Biden to formally designate Tren de Aragua as a transnational criminal organization, which would allow the U.S. to freeze assets its members have in the U.S. In a Senate subcommittee hearing on April 11, Chris Landberg, deputy assistant

And suspected members of the Venezuelan gang have been linked to a variety of crimes in the U.S., including the murder of a former Venezuelan police officer in Miami in November, and a spate of cell phone robberies in New York City.

In March, Sen. Marco Rubio and Rep. María Elvira Salazar led a group of 23 federal legislators petitioning Biden to formally designate Tren de Aragua as a transnational criminal organization, which would allow the U.S. to freeze assets its members have in the U.S. In a Senate subcommittee hearing on April 11, Chris Landberg, deputy assistant secretary of the Bureau of International Narcotics and Law Enforcement Affairs at the U.S. Department of State, told Rubio that "we're closely tracking Tren De Aragua and have similar concerns to you," though he declined to discuss internal deliberations about its designation.

Rísquez, author of "The Aragua Train: The gang that revolutionized organized crime in Latin America," said that while some criminals are inevitably among those who have emigrated from Venezuela to the U.S., "There is no element, no evidence, nothing that indicates that in Venezuela prisoners are being released to leave or to be sent to the United States to commit crimes. There is no plan from the Venezuelan government that points toward that."

# Prison Releases

Complicating the issue is that Venezuela has, in fact, been actively trying to reduce its prison population.

Venezuela has been seeking to address severe overcrowding in its preventive detention centers, which were only designed to hold inmates for 48 hours but have become the de facto prisons of the country, Nieto said.

In March, the Presidential Commission for Judicial Revolution announced the release of 100 inmates from such a facility as part of a directive issued by Maduro to evaluate the preventive detention facilities and address overcrowding.

Preventive detention centers were designed to be temporary holding cells for people awaiting a court date. But that's not what they became, Nieto said.

"The Ministry for the Penitentiary Service many years ago gave the order not to allow the entry of new people [to the traditional prisons] if they did not authorize it," Nieto said. "This ministry prohibited the entry of new inmates into Venezuelan prisons, which is where they should be. This caused the preventive care centers to collapse and the preventive care centers to become, as they are today, the new prisons of Venezuela."

Nieto estimates there are as many as 70,000 people held in these preventive care centers, far greater than they were designed to house.

In response, the government created two commissions to review the cases of prisoners and to determine if they should be "granted freedom," Nieto said. "In fact, there are many who have been released."

While some in the U.S. have claimed the Venezuelan government is releasing its most violent criminals, the Venezuelan government doesn't disclose the charges against those released, so there's no way of knowing, he said.

"Look, people are released, first, in many cases because they have been detained there for several years and a trial has not even been initiated against them," Nieto said. "Also because in many cases they are minor crimes that do not merit such heavy penalties. So, well, that frees people. There are cases [of those] that have even already served the sentence established at that time."

In addition, the Venezuelan government under Maduro has attempted recently to militarily regain control of traditional prisons, whose operation had previously been ceded to criminal groups. The leader of the Tren de Aragua gang, Héctor Rusthenford Guerrero Flores, and hundreds of others escaped from the prison where the gang originated shortly before the prison was raided by government authorities in September, CNN en Español reported. He remains at large, and InSight reported that it is believed he is being protected by criminal associates in a mining town in Venezuela near the border with Guyana.

According to the World Prison Brief website maintained by Helen Fair of the Institute for

groups. The leader of the Tren de Aragua gang, Héctor Rusthenford Guerrero Flores, and hundreds of others escaped from the prison where the gang originated recently before the prison was raided by government authorities in September, CNN en Español reported. He remains at large, and InSight reported that it is believed he is being protected by criminal associates in a mining town in Venezuela near the border with Guyana.

According to the World Prison Brief website maintained by Helen Fair of the Institute for Crime and Justice Police Research, Venezuela's prison population (not including pre-trial detainees) declined from 37,543 in 2020 to 32,200 in 2022 (and had been declining for the four years before that as well).

The government's efforts to retake control of the prisons "has involved relocating some prisoners from one prison to another, and there are some prisoners who are unaccounted for," LaSusa, of InSight, said. "However, the Venezuelan government has no known policy of selecting particular inmates to send them outside the country."

# Speculation

Again, Trump has provided no evidence to back up his claim that the Venezuelan government is emptying its prisons and sending inmates to the U.S.

Some supporters of Trump's immigration policy say that, while perhaps speculative, there is good reason to believe Trump *may* be right.

Andrew Arthur of the Center for Immigration Studies, which advocates lower immigration, wrote a column noting that Cuba did something like that in the 1980s, and he argued that since there are ideological and political ties between Cuba and Venezuela, "the idea may not be as specious as some have claimed."

In 1980, Cuban leader Fidel Castro allowed the mass migration of some 125,000 Cubans to the U.S. in what was known as the Mariel boatlift.

"Most were true refugees, many had families here, and the great majority has settled into American communities without mishap," the Washington Post wrote in 1983. "But the Cuban dictator played a cruel joke. He opened his jails and mental hospitals and put their inmates on the boats too."

According to the Post, about 22,000 of the new arrivals "freely admitted that they were convicts." Some were political prisoners, but others were convicts who had committed serious felonies, including violent crimes.

Arthur pointed to a drop in Venezuelan crime, the close alignment between the Cuban and Venezuelan governments, and anecdotal evidence of Venezuelans committing crimes in the U.S.

"None of this is evidence of anything," Arthur told us, but "all of this does raise some questions."

But the bar is higher than that for such a definitive and repeated claim by Trump, and numerous officials say they have seen no evidence to support Trump's claim. (Not to mention the fact that Trump claims the emptying of prisons and mental institutions is happening "with many other countries.")

"This claim has come up repeatedly about various countries, Venezuela is just the latest example," Julia Gelatt, associate director of the U.S. Immigration Policy Program at the Migration Policy Institute, told us. "While the actions of institutions in Venezuela is not our specialty, we are unaware of any action by Venezuelan authorities (or those of any other country) to empty its jails and prisons or its mental-health institutions to send criminals or people with mental-health issues to the U.S."

"They are neither emptying the prisons nor the mental shelters to send people to the United States, nor is the reduction in crime associated with [Trump's claim]," Rísquez, the Venezuelan investigative journalist, told us. "Those statements by former President Trump, it seems to me that they have no basis, that they are political, that they have to do with, well, some intention to criminalize migration or the processes that are occurring in the United States with migrants."

In an interview with CBS News in March, Owens, the U.S. Border Patrol chief, was asked if it

"They are neither emptying the prisons nor the mental shelters to send people to the United States, nor is classification for that associated with [Trump's claim]," Rodriguez, the Venezuelan investigative journalist, told us. "Those statements by former President Trump, it seems to me that they have no basis, that they are political, that they have to do with, well, some intention to criminalize migration or the processes that are occurring in the United States with migrants."

In an interview with CBS News in March, Owens, the U.S. Border Patrol chief, was asked if it was accurate — as Trump has said — that "we have millions and millions of people coming from jails and prisons."

"I don't know," Owens said. "I don't know if other countries are releasing people from jails and those folks that got released are making their way up, or not, I don't know what the numbers would be. It's the unknown that scares us. I can tell you that there are at least 140,000 that we know about that have gotten away [since October], that we have detected but have not been able to apprehend. And I know there's a good likelihood that there's plenty more that we have not detected that also got away. Is it possible that at least a portion of them come from violent criminal backgrounds or served time in prison in other countries? Absolutely."

But among the large number of Venezuelan migrants who are crossing illegally into the U.S. and then seeking asylum status, "I think they absolutely are by and large good people," Owens said.

Nonetheless, he said, there is "a very small amount" among those apprehended that have criminal backgrounds, including "convicted sexual predators" and "convicted gang members." Owens said it is only logical that there is a "higher incidence" of criminals among the so-called gotaways, because they are afraid to turn themselves in for CBP scrutiny.

"Most of the folks who we're encountering that are turning themselves in, they're coming across because they're either fleeing terrible conditions or they're economic migrants looking for a better way of life," Owens said. "It doesn't make them bad people. It's just that they're not being respectful of the laws that we've established as a country and they're actually putting people in this country in harm's way because they're pulling the border security apparatus off of task."

---

*Editor's note: FactCheck.org does not accept advertising. We rely on grants and individual donations from people like you. Please consider a donation. Credit card donations may be made through our "Donate" page. If you prefer to give by check, send to: FactCheck.org, Annenberg Public Policy Center, 202 S. 36th St., Philadelphia, PA 19104.*

| | |
|---|---|
| **Categories** | FactCheck Posts    Featured Posts |
| **Tags** | 2024 Elections    Presidential Election 2024 |
| **Location** | Venezuela |
| **Issue** | Crime    Illegal Immigration |
| **People** | Donald Trump |

PREVIOUS STORY
Posts Make Unsupported Claim About
Kansas City Chiefs and Pride Month

NEXT STORY
Posts Misrepresent Old Video of Missile
Test as Russian Ships Visit Cuba

© Copyright 2025 FactCheck.org ®
A Project of The Annenberg Public Policy Center of the University of Pennsylvania

**Exhibit 24**







Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT



Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

Post



# Post



**Flash** ⚡💥💥 ✅ @1974_Pegasus · Feb 26, 2024
This open border policy has put all of US in danger. Biden & adm
have lied repeatedly! If Joe ever tells the truth, I won't believe it. But
that's a big IF!

○ 1          ♡ 4          ᴫᴫ 44          🔖  ⬆

**Dianne Callahan** ✅ @DianneCallaha16 · Feb 27, 2024
This is a lie and she knows it. Remember, MAGA Republicans use
fear and lies to intimidate voters.

What she fails to tell you here is the truth. Trump signed an
executive order deferring for 18 months the removal of more than
145,000 Venezuelans. Just the facts maim.

○ 14          ⇄ 9          ♡ 60          ᴫᴫ 1.6K          🔖  ⬆

**Chase Odell** 🍂🌾⛰️🏔️🦌🐦🐟 @ChaseOdell7 · Feb 26, 2024
Not open, but the GOP might be the problem.

○          ⇄ 4          ♡ 11          ᴫᴫ 442          🔖  ⬆

**C-Bo the Eggman** ✅ @CBoTheEggman · Feb 26, 2024
Trump tried to engineer a coup in Venezuela, but failed, creating
more instability, and contributing to millions migrating out of the
country seeking asylum. Trump also signed an order right before he
left office that prohibited deportation of Venezuelans.

○          ⇄ 14          ♡ 50          ᴫᴫ 700          🔖  ⬆

**Brooklyn Flowers** @BrooklynFlowe15 · Feb 26, 2024

**David Michaels** · · ·
@DavidMi47644829

## Relevant people

**Kristi Noem** ✅                    **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## Subscribe to Premium to
write your own longer
posts

Write longer posts and apply text
formatting such as bold and italic.

**Subscribe**

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**         · · ·
Choose gas. Choose hybrid. Choose
electric.
📣 Promoted by Jeep

Politics · Trending                  · · ·
**Colony Ridge**
10.7K posts

Politics · Trending                  · · ·
**Medicaid**
110K posts

Trending in United States            · · ·
**#NBAAllStar**
9,821 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More · · ·
© 2025 X Corp.









Document title: (2) Kristi Noem on X: "Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

# Post



Can you provide PROO that they are sending prisoners or is that just more Maga BS?

You know what's putting our kids in danger....GUNS!! They're the #1 cause of deaths in kids. Magas don't care because they get so much money from the NRA.

💬 1    🔁 1    🤍 3    ᴊᴊ 27

**Brian Stevens** @bristevens · Feb 27, 2024

Trump's final act in office was to let the Venezuelan migrants stay here. But tell me more how this is Biden's fault.

💬    🔁    🤍    ᴊᴊ 37

**SAH1980🇦🇷** @SAH19801 · Feb 27, 2024

If you're up for VP you better brush up on Trump policies. He left this on the way out door.

Trump grants Venezuelans temporary legal status on his way out

From politico.com

💬    🔁 2    🤍 7    ᴊᴊ 90

**Matt Reed** ✓ @Reedsrebels17 · Feb 27, 2024

Who is responsible for Venezuela emptying their prisons and paying the way for these criminals?
China?

💬 6    🔁 2    🤍 7    ᴊᴊ 453

**Claude Bouchard** ✓ @ceebee308 · Feb 27, 2024

Speaking of Venezuela...

Trump orders 18-month halt to removal of Venezuelans from the U.S.

From reuters.com

💬 3    🔁 1    🤍 5    ᴊᴊ 85

**BravoBuzzard** ✓ @BravoBuzzard · Feb 27, 2024

It's the equity aspect of the DEI policy. Bringing down the greatness of our country levels the playing field of lesser countries.

💬    🔁    🤍 1    ᴊᴊ 19

**TheRealMichaelScott🇺🇸 ...** ✓ @MikeScott... · Feb 27, 2024

I hope trump picks you for VP candidate because it will ensure a President Biden win.  Come on, loser Trump, pick the Palin-Cursed Noem for VP.

## Relevant people

**Kristi Noem** ✓
@KristiNoem    [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

[Subscribe]

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📺 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

### Navigation (left)
Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

[Post]

**David Michaels**
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let...
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829

## Post

**TheRealMichaelScott** 🏴 ... ✓ @MikeScott... · Feb 27, 2024
I hope trump picks you for VP candidate because it will ensure a President Biden win. Come on, loser Trump, pick the Palin-Cursed Noem for VP.
💬   🔁   ♡   📊 9   🔖   ⬆

**comeonforsome** @comeonforsome · Feb 26, 2024
Give it up Trump is not gonna pick you because Corey
💬   🔁   ♡ 1   📊 68   🔖   ⬆

**Legacy Speaks** @LegacySpeaks2 · Feb 26, 2024
Wait. Trump loves the new president of Venezuela. Can't your god stop it?
💬 1   🔁   ♡   📊 31   🔖   ⬆

**Coffee4me2** @Coffee4us123 · Feb 26, 2024
Call your senators?
💬   🔁   ♡ 2   📊 108   🔖   ⬆

**RESIST** 🌊💙✨👊 @DennyWill14 · Feb 26, 2024
FEAR MONGERING AND SENDING OUT HATE CRIME SIGNALS......
LAW ENFORCEMRNT SHOULD BE DOING SOMETHING ABOUT THE ATTEMPTED COUP OF A NATION THROUGH THE UNINTELLIGENT BABOONS LIKE NOEM, BOEBERT, MTG.
@DOJ
💬   🔁   ♡ 1   📊 13   🔖   ⬆

**Joe Cup** @Cupofjoe1962 · Feb 26, 2024
Sometimes you need to think outside the box



💬   🔁   ♡   📊 40   🔖   ⬆

**Scott Carmichael** @scocrmch62 · Feb 26, 2024
#LyingSackOf 💩
💬   🔁   ♡ 1   📊 35   🔖   ⬆

**Ramon Sasquatch** @MrDuck210 · Feb 26, 2024
A lot of other countries are sending the U.S. their criminals out of prisons. I believe the UN and Biden are in on this program together to flood the U.S. with criminals!

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                    Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

Khloé in Wonder Land
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📷 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.







Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT
Page 14 of 37





Post



**Relevant people**

**Kristi Noem** ✓
@KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**

Write longer posts and apply text formatting such as bold and italic.

Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.

📣 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.




# Post



## Relevant people

**Kristi Noem** ✔
@KristiNoem    [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

[Subscribe]

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2025 X Corp.





Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let...
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT





X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Post**

on Jan 15, 2019, but the act failed. However, just before leaving office, Trump personally granted DED to Venezuela on Jan 19, 2021

Meaning Venezuelans enjoy a temporary legal immigration status.

♡ 5    150

**Doc Whitfield** @BBTB76 · Feb 26, 2024
Love this lady Patriot. SouthDakota got blessed when she became governor. Way to go governor  Noem. We in North Carolina have been watching you do the stand tall job that our governor is afraid to do.

♡ 2    103

**2ndDIVGhetto** @350inBull · Feb 26, 2024
How's Corey?

♡ 2    42

**KempCorruptGA** @ga_kemp · Feb 26, 2024
Hmm, it was Trump who allowed all Venezuelans in without exception.

♡ 1    11

**colleen** @whataprettycow · Feb 26, 2024
Trump owns the border now.  Go tell the adjudicated rapist fraud that we blame him.  He told us to blame him so we do.  I hope he picks you for VP.  We've never had an all-Adulterous ticket before.

♡ 2    14

**Bill wolf** @Wwolfhunt · Feb 26, 2024
It's tragic, that House Republican shut down the bipartisan, Senate border bill, and Republicans threw up in the southern border! How shameful that the Republican border crisis rages on, costing us valuable American lives.

#RepublicanBorderCrisis

♡    29

**chigobiker3130** @chigobiker3130 · Feb 26, 2024

### Trump grants Venezuelans temporary legal status on his way out

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

♡    2

**David Michaels** @DavidMi47644829

**AssCalloway** @AssCalloway · Feb 26, 2024

---

**Search**

### Relevant people

**Kristi Noem** ✓
@KristiNoem    [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

[Subscribe]

### What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
▶ Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT







**Relevant people**

Kristi Noem ✓
@KristiNoem                [Follow]

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**Subscribe to Premium to
write your own longer
posts**

Write longer posts and apply text
formatting such as bold and italic.

[Subscribe]

**What's happening**

Khloé in Wonder Land
LIVE

Jeep. There's Only One.
Choose gas. Choose hybrid. Choose
electric.
📷 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Post

❤ 5          📊 75

Nt Paris @1ahilton · Feb 26, 2024
Cult follower

💬          🔁          ❤ 2          📊 41

OUT OF FUQS QWEEN ✓ @SanteenaR · Feb 26, 2024
Lying POS

Fact-checking claim about Venezuela sending prisoners to the US sout...
From statesman.com

💬          🔁 1          ❤ 3          📊 21

Skelly Duncan @DuncanSkelly · Feb 26, 2024
Your incompetent Speaker from Louisiana is the problem. Trump will
not "allow" him to pass the bill.

💬          🔁          ❤          📊 6

David Michaels
@DavidMi47644829

Kyle Michel Sullivan: Pure liber... @kms... · Feb 26, 2024
You're ridiculous.

💬          🔁          ❤          📊 4

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT
Page 25 of 37





Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

Post



of which, remember how Trump gave 240,000 Venezuelan migrants an 18 month extended stay just before he left office?

**Trump blocks Venezuelans' deportation in last political gift**
apnews.com

From apnews.com

💬    ↻    ♡    ‖ 11    🔖    ⬆

**I Didn't Vote For The PayPal ...** @Anothe... · Feb 27, 2024    𝕏 ···
Quack quack, duck lips

💬    ↻    ♡    ‖ 15    🔖    ⬆

**brian** @Brian1Million · Feb 27, 2024    𝕏 ···
Well, I would venture to say that Venezuelan's prisons are filled with academics, so maybe not a bad thing?

💬    ↻    ♡ 2    ‖ 43    🔖    ⬆

**1** @BigOneEagle · Feb 27, 2024    𝕏 ···
A federal abortion ban will kill even more women. Assault weapons will kill even more in mass.

💬    ↻    ♡    ‖ 10    🔖    ⬆

**BeckyWillisMotew** @BeckyWMotew · Feb 27, 2024    𝕏 ···
And to think your party could've helped solve it.

💬    ↻    ♡ 1    ‖ 11    🔖    ⬆

**Brad Lovett** @Brad_Lovett · Feb 27, 2024    𝕏 ···
Scary brown people!

💬    ↻ 1    ♡ 5    ‖ 60    🔖    ⬆

**Larry Mcquinn** @LarryMcquinn3 · Feb 27, 2024    𝕏 ···
My VP pick, actually a couple years running 🤣

💬    ↻    ♡ 4    ‖ 50    🔖    ⬆

**Effina** @effinalavina · Feb 27, 2024    𝕏 ···
It was said today you couldn't be trumps VP because you have too much history with him.

💬    ↻    ♡    ‖ 14    🔖    ⬆

**Obeah** @obeah323 · Feb 26, 2024    𝕏 ···
Gnome is such a tiny racist bore.

💬    ↻    ♡ 1    ‖ 13    🔖    ⬆

**Invisible Fame** @fameinvisible · Feb 27, 2024    𝕏 ···
I've been to Venezuela and been interrogated by their military. They are completely different from all other South American countries. America needs to wake up.

💬 1    ↻    ♡    ‖ 31    🔖    ⬆

**Tami Drew** @tamaloutoo_y · Feb 27, 2024    𝕏 ···
You can thank Trump, who in January 2021 signed a law

**Home**
**Explore**
**Notifications**
**Messages**
**Grok**
**Lists**
**Bookmarks**
**Jobs**
**Communities**
**Premium**
**Verified Orgs**
**Profile**
**More**

**Post**

**David Michaels**
@DavidMi47644829

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                        Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.

Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📣 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



# Post



James Childress @chillie1313 · Feb 27, 2024
That's what Fidel did!

♡ 2    �a, 46

🌺Ⓜ🅰🅁🆃🅰🦋 @KariTrump · Feb 27, 2024
Gunning for VP again today I see.

♡ 2    � 43

Mary Ward @Wardmaryb · Feb 27, 2024    ...
And a former President Trump issued an executive order protecting
immigrants from Venezuela from deportation. Have you asked him
why?
trumpwhitehouse.archives.gov/presidential-a...

⟲ 1    ♡ 1    ⠇ 24

Edwina Anderson @edmiester · Feb 27, 2024    ...
If they end up in South Dakota, I'm ok with that.

⟲    ♡ 2    ⠇ 50

Sandra Callnan @CallnanSandra · Feb 27, 2024    ...
Bla Bla Bla.

⟲    ♡ 1    ⠇ 7

Anti Orange @elpers_tho4411 · Feb 27, 2024    ...
We need to fill a prison cell with your orange messiah, the freaking
sexually deviant RAPIST!!!!!

⟲    ♡ 1    ⠇ 9

Scooter 🇺🇸 🇺🇦 @scootey · Feb 27, 2024    ...
@CommunityNotes This is a flat out lie.

⟲    ♡ 1    ⠇ 9

Patrick conlisk @PConlisk · Feb 27, 2024    ...
Huh, you sound like, oh I don't know, the bad hair guy?

⟲    ♡ 1    ⠇ 10

Mike G Urquhart @LosAngeles4me_ · Feb 27, 2024    ...
I think you are the obvious choice for VP.

⟲    ♡ 3    ⠇ 33

annski4KS 🦅🟦 @annskis · Feb 27, 2024    ...
Any actual evidence or just wishful thinking?

## Relevant people

Kristi Noem ✓
@KristiNoem                                    Follow
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

## Subscribe to Premium to
write your own longer
posts

Write longer posts and apply text
formatting such as bold and italic.

Subscribe

## What's happening

Khloé in Wonder Land
LIVE

Jeep. There's Only One.    ...
Choose gas. Choose hybrid. Choose
electric.
📷 Promoted by Jeep

Politics · Trending    ...
Colony Ridge
10.7K posts

Politics · Trending    ...
Medicaid
110K posts

Trending in United States    ...
#NBAAllStar
9,821 posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

David Michaels    ...
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT    Page 30 of 37



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Post

I think you are the obvious choice for VP.

💬    ↻ 3    ♡    📊 33    🔖 ⬆

**annski4KS** 🧑‍🦰 🌟 @annskis · Feb 27, 2024
Any actual evidence or just wishful thinking?

💬    ↻    ♡ 2    📊 37    🔖 ⬆

**Leo** @Leo71106092 · Feb 26, 2024
This asshole needs to go back research what Trump did....

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 07:26 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬    ↻    ♡    📊 2    🔖 ⬆

**fore_not_four (𝒲𝒾𝓁𝓁𝒾𝒶𝓂 𝒟𝓇𝓊𝓂𝓂...** @altimagu... · Feb 26, 2024
You forgot to mention, once they get in to USA Venezuela won't take them back. Biden owns them. 😠

💬    ↻    ♡    📊 27    🔖 ⬆

**TruthToPower** @TruthTo59816979 · Feb 26, 2024
Kristi the political whore

💬    ↻    ♡    📊 3    🔖 ⬆

**BRANDSDIGGITY** @piratelord1979 · Feb 26, 2024
You have proof they are doing that? Show your proof, otherwise you just sound like the rest of the conspiracy theory but jobs in DC. Oh wait you are a nut job and a liar

💬    ↻    ♡    📊 4    🔖 ⬆

**Alicia** @pinkcatamount · Feb 26, 2024
Trump approved a deal ALLOWING immigrants from Venezuela to come here, legal or not, as he was leaving office. A favor for some of his FL voters.

💬    ↻    ♡    📊 18    🔖 ⬆

**Larry Herndon** @LarryHerndon16 · Feb 26, 2024
House Republicans could take action on this right now, but won't. Don't blame Biden for your own screw ups.

💬    ↻    ♡    📊 10    🔖 ⬆

**Tone** @HarleyandInk · Feb 27, 2024
BUT the tragic murder of innocents in mass shootings because of the Republicans and their right that every lunatic can own an assault rifle is OK.

**David Michaels**
@DavidMi47644829

---

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
[Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
[Subscribe]

**What's happening**

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
📣 Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let...
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT







# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

## Post

SOUTHERN BORDER.

BUT WE CAN WAIT UNTIL 2025 TO FIX IT.

REPUBLICANS ARE THE PROBLEM!

2

**Retired Uploader** @RetiredUploader · Feb 27, 2024
Another lie from Kristi Noem.

1    35

**DonL New England Guy** @DonLePage4 · Feb 27, 2024
Trump Minion says what?

6

**T McB** @tmcbgolf · Feb 27, 2024
Governor, you need to be better than this.  Spreading  MAGA disinformation is the action of a political hack.  On the other hand, maybe that is what you are.  SAD!

1    19

**WarriorsForPatriotism** @luckynik30 · Feb 27, 2024
The USA is infested by foreign criminals illegally entering into our borders, and the 70-plus senile in the WH finally visit an area of t border where minimum entry is being done. Of course that's just for leftist liberal showboating, & the media will follow him like a puppy dog.

OPEN BORDERS    MASS INFLATION

WEAK MILITARY    TERRIBLE ECONOMY

RUNAWAY NATIONAL DEBT    UNAFFORDABLE HOUSING

CULTURAL WARFARE    GLOBAL CONFLICT

DESTRUCTION OF LIBERTIES

THE BIDEN LEGACY

**David Michaels** @DavidMi47644829

11

### Relevant people

**Kristi Noem** ✓
@KristiNoem                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

Subscribe

### What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
▣ Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



# Post

## THE BIDEN LEGACY

11

**Random** 🐾 · 🌀 🌊 💀 @NoMoreTrumpShit · Feb 27, 2024
You're really not very serious people 🤷 all fvcking lies

5

**Fred Dee** @FredDee18746 · Feb 27, 2024
These murderous criminals need to be strapped into a parachute and repatriated or executed.

1     14

**S. Woodrow** @SWoodrowFahy · Feb 27, 2024
Yes, and there's an investigation into Russian/GOP involvement with this

2     43

**The Godfather** @Normalfella5 · Feb 27, 2024
Is this real?

3     2     520

**Jay**🔰 @jaystormy99 · Feb 27, 2024
The biggest criminal is free in the USA



GIF

2     33

**Dawn Holubiak** @DHolubiak73409 · Feb 27, 2024
What a lying fraud!

2     19

**Just Pete** 🔳🏴📿🙏 @PeteHowarth5 · Feb 27, 2024
Kristi we also need to look into the organizations which may include churches assisting with moving illegals into the country.  This video is telling. youtube.com/watch?v=sgag7m...

1     4     42

**Joe Bush** @JoeBush1214 · Feb 27, 2024
Nice of Corey to write that for you!

## Relevant people

**Kristi Noem** ✓
@KristiNoem     [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

[Subscribe]

## What's happening

**Khloé in Wonder Land**
LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829





churches assisting with moving illegals into the country. This video is telling. youtube.com/watch?v=sgag7m...

💬   ⟲ 1   ♡ 4   📊 42

**Joe Bush** @JoeBush1214 · Feb 27, 2024
Nice of Corey to write that for you!

💬   ⟲   ♡ 3   📊 37

**Cindy Downey** @CindyDo83420405 · Feb 27, 2024
Apparently you forgot  frump gave asylum to Venezuela. The accused is from Venezuela.

💬   ⟲   ♡ 1   📊 12

**Aaron Pepelis** @apepelis · Feb 27, 2024
False.

💬   ⟲   ♡ 2   📊 31

**furrfu!** @DougMount · Feb 27, 2024
Still mad about the fireworks?

💬   ⟲   ♡ 1   📊 29

**Nancy Sinclair** @TeamEPFitness · Feb 27, 2024
🙄🙄🙄🙄🙄

💬   ⟲   ♡ 2   📊 38

## Relevant people

**Kristi Noem** ✓ @KristiNoem   [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## Subscribe to Premium to write your own longer posts

Write longer posts and apply text formatting such as bold and italic.

[Subscribe]

## What's happening

**Khloé in Wonder Land** LIVE

**Jeep. There's Only One.**
Choose gas. Choose hybrid. Choose electric.
Promoted by Jeep

Politics · Trending
**Colony Ridge**
10.7K posts

Politics · Trending
**Medicaid**
110K posts

Trending in United States
**#NBAAllStar**
9,821 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels** @DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let...
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT



Document title: (2) Kristi Noem on X: &quot;Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let…
Capture URL: https://x.com/KristiNoem/status/1762195636491825295
Capture timestamp (UTC): Sat, 15 Feb 2025 00:07:01 GMT

**Exhibit 25**







**Post**

Trump was right again

🗨   ⟳   ♡ 1   📊 26   🔖 ⬆

**Nathan** @EatSomeAcorns · Feb 28, 2024
Venezuela didn't "send them" they are fleeing a murderous dictator.

🗨   ⟳   ♡   📊 7   🔖 ⬆

**ToneDoctor** ✔ @AmpegBabyBass76 · Feb 28, 2024
Thank you KN.

🗨   ⟳   ♡   📊 8   🔖 ⬆

**Cindy Peterson** @TribSportsLady · Feb 28, 2024
Burns my ass

🗨   ⟳   ♡   📊 15   🔖 ⬆

**Eric Yake** ✔ @YakeEric · Feb 28, 2024
Bitch please. Trump made an agreement with Venezuela. You be
stupid. Not Best. Oh! And slut.

🗨   ⟳   ♡   📊 23   🔖 ⬆

**Jeffrey wilen** @jeffrey_w_1776 · Feb 28, 2024
Trump was right again

🗨 1   ⟳   ♡ 3   📊 82   🔖 ⬆

**J** @MrJ25 · Feb 29, 2024
You think the best people came over on the Mayflower? Nope.

🗨   ⟳   ♡   📊 13   🔖 ⬆

**Robert** @62RAB · Feb 28, 2024
Just saw a report that murder is way down in Venezuela due in large
part to emigration of the offenders. Gee, I wonder where they went.
👤

🗨 1   ⟳   ♡ 1   📊 61   🔖 ⬆

**Rockland Democrats** ✔ @rcdcdems · Feb 28, 2024
The Republicans. They're not sending their best.

🗨   ⟳   ♡ 5   📊 169   🔖 ⬆

**Antifa South Dakota Chapter** ✔ @SD_Antifa · Feb 29, 2024
You're trying to send a criminal to the White House.

🗨   ⟳   ♡ 2   📊 50   🔖 ⬆

**Trump: Narcissistic conman d...** ✔ @Sedi... · Feb 29, 2024
Trump used the Deferred Enforced Departure program offering
temporary legal status to Venezuelans January 19, 2021.

■ Jose Antonio Ibarra, suspect in Laken Riley's death, is Venezuelan.

■ Trump had Republicans reject the bi-partisan Border Act of 2024.

➡️ Republicans own this.

🗨 1   ⟳   ♡   📊 25   🔖 ⬆

**Robert Simkavitz** ✔ @RN8mfxhwm2g · Feb 28, 2024
What can actual Americans do to keep Speaker Johnson from
funding Ukraine and not addressing the border?

🗨   ⟳   ♡   📊 78   🔖 ⬆

**Bill Kennedy** @bk5137 · Feb 28, 2024
Deportations of Venezuelans ENDED on Trump's last day in office by
HIS hand. Trump made it possible for them to stay here! Why would
we bring him back for more?

**David Michaels**
@DavidMi47644829

**Recent**                                    Clear all

🔍 ("TaxAct") (from:hollycappucc...   ✕

🔍 ("Smith") (from:hollycappuccin...   ✕

🔍 ("Washington settlement") (fr...   ✕

🔍 ("Smith-Washington settleme...   ✕

🔍 ("settlement") (from:hollycap...   ✕

🔍 ("kroll") (from:hollycappuccino)   ✕

🔍 ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.







Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT
Page 5 of 33



shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Find mental health resources at
LoveYourMindToday.org     HUNTSMAN   ad

🔒 wane.com

⟳ 1     ♡ 2     📊 75

**fatblock** @1fatblock · Feb 28, 2024     𝕏 ···
And trump set it all up

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:21 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

⟳     ♡ 1     📊 29

**Tami Drew** @tamaloutoo_y · Feb 28, 2024     𝕏 ···

You can thank Trump, who in January 2021 signed a law granting Venezuelans automatic protection from deportation and work permits. That led to a sharp rise in Venezuelans coming to/ through the border. This guy came in in 2022.

**David Michaels** ···
@DavidMi47644829

### Recent     Clear all

🔍 ("TaxAct") (from:hollycappucc...   ✕

🔍 ("Smith") (from:hollycappuccino...   ✕

🔍 ("Washington settlement") (fr...   ✕

🔍 ("Smith-Washington settleme...   ✕

🔍 ("settlement") (from:hollycap...   ✕

🔍 ("kroll") (from:hollycappuccino...   ✕

🔍 ("Kroll") (from:hollycappuccino)   ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts                            ···

Trending in United States
**Genghis Khan**                        ···

Entertainment · Trending
**Eddie Murphy**                        ···

Politics · Trending
**Ohio**                                ···
48.9K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.











X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

Post

Reply

**jkeys** @jakeslisch · Feb 28, 2024
There you go again - getting involved with something you know nothing about! FYI you are not one of our best either!

💬 1   🔁   ♥ 2   📊 53   🔖 📤

**DrMojo 👻 🏴** @DrMetaMojo · Feb 29, 2024
Deport all the Venezuelan!

💬   🔁   ♥   📊 7   🔖 📤

**BrianOfDakota** ✓ @BRoyJohnson1 · Feb 28, 2024
This is all on the Biden administration.
Trump had a shot, I'm going with Kennedy, one reason is he's been to the border twice, talked to the people on the ground dealing with this travesty and he'll get it closed day 1 and will deal with them out. Biden has got almost 8 million new
Show more

💬   🔁   ♥   📊 31   🔖 📤

**Palmer Hasty** ✓ @Lightbookpro · Feb 28, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!!

💬   🔁   ♥   📊 11   🔖 📤

**Jooselo** @avijose2446 · Feb 28, 2024
You'll be surprised what most people around the world think about "americans" 😂😂😂😂

💬   🔁   ♥   📊 7   🔖 📤

**Marigold** @magold01 · Feb 28, 2024
They sent them here and not taking them back!!! Thanks Joe..

💬   🔁   ♥   📊 11   🔖 📤

**Monica LaBrie** @MonicaLaBrie · Feb 28, 2024
Resign.

💬   🔁   ♥   📊 14   🔖 📤

**Bat Man** @BatManGreenBay · Feb 28, 2024
It is clear that there are a lot of people that are voting in the primaries who are uneducated or racist or both

And noem seems to be one of them
@CNN @FoxNews @NikkiHaley
#trumpOrangeMonkey

💬   🔁   ♥   📊 14   🔖 📤

**Carbi D** @yourauntifa · Feb 28, 2024
You're pitiful.

💬   🔁   ♥   📊 8   🔖 📤

**Denver Wayne** 🇺🇸 **(she/her)** @DenverLofts · Feb 28, 2024
Any proof of that statement

💬   🔁   ♥   📊 10   🔖 📤

**TinaMarie 🌴 🌊 Mom, Music 🕊️ 🎸📷 ...** @... · Feb 28, 2024

## Trump Approves Deportation Protections for Venezuelans in U S

**David Michaels**
@DavidMi47644829

...

**Recent**                           Clear all

🔍 ("TaxAct") (from:hollycappuc...   ✕

🔍 ("Smith") (from:hollycappucci...  ✕

🔍 ("Washington settlement") (fr...  ✕

🔍 ("Smith-Washington settleme... ✕

🔍 ("settlement") (from:hollycap...  ✕

🔍 ("kroll") (from:hollycappuccino) ✕

🔍 ("Kroll") (from:hollycappuccino) ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States           ...
#earthquake
43.7K posts

Trending in United States           ...
**Genghis Khan**

Entertainment · Trending            ...
**Eddie Murphy**

Politics · Trending                 ...
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT





Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT





migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to

📊 15

**Clayton McDonald** @mcmcpacfa · Feb 28, 2024
Problem is Venezuela refuses to take them back. What to do? Send them to fight in Ukraine?

📊 15

**John Attinello** @johnattinello13 · Feb 28, 2024
Put all in planes and send them to the Ukraine

📊 25

**Sandra Callnan** @CallnanSandra · Feb 28, 2024
PROVE IT.
LIAR.

HERE I AM

▶ GIF

📊 8

**Keith Butler** @keithrbutler · Feb 28, 2024
This is fear mongering of immigrants and is shameful!! Immigrant crime is consistently lower than the general population!! By picking a single example as if somehow typical is disgusting!! Shame on you, Kristi!

📊 8

**Karen Keeler** @KarenKe77226348 · Feb 28, 2024
Deport!

📊 9

**Dorothy Whitaker** @Dorothy18147587 · Feb 28, 2024
Yes and your ancestors were not the best either and yet here we are.

📊 7

**Always Question** @Horsesandstocks · Feb 28, 2024
#MarielBoatlift2

📊 28

**JC™** @JSCINNY · Feb 28, 2024
That's a lie.

📊 8

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT



X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

Post

How will we ever find them all?

🔁 37

**Ed King** @TNCat53 · Feb 28, 2024
GOP DEFINITELY DIDN'T send their best. It's definitely time to send them home.

🔁 15

**Margaret Barton (Susie)** @susie_margaret · Feb 28, 2024
Another great strong dedicated and beautiful Governor for the people and the country🇺🇸

🔁 19

**Jon Meaders** @MeadersJon · Feb 28, 2024
And yet YOUR mango messiah kisses the a$$ of the Venezuelan leader.

🔁 6

**denise rodriguez** @jezabel52 · Feb 28, 2024
You still sleeping with Flynn? Your husband ok with that

🔁 5

**TaskMaster** @littleimpressio · Feb 28, 2024
Scotland didn't send their best either hon



🔁 10

**Carl Craig** @RedWaveSurfer99 · Feb 28, 2024
Without a doubt. Looking forward to it.

🔁 60

**Teddy Roosevelt's Musta...** @mustache_t... · Feb 28, 2024
I loved watching a member of The Lincoln Project say last night on MSNBC that you have absolutely no chance of being the Orange Tumor's VP because of a relationship with a member of his entourage.

He he..ha ha...hello Corey!

🔁 17

**Mitch Zawacki** @MitchZawacki · Feb 28, 2024

**David Michaels**
@DavidMi47644829

**Recent**        Clear all

🔍 ("TaxAct") (from:hollycappuc... ✕
🔍 ("Smith") (from:hollycappuc... ✕
🔍 ("Washington settlement") (fr... ✕
🔍 ("Smith-Washington settleme... ✕
🔍 ("settlement") (from:hollycap... ✕
🔍 ("kroll") (from:hollycappuccino) ✕
🔍 ("Kroll") (from:hollycappuccino) ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT

X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



He he..ha ha...hello Corey!

17

**Mitch Zawaski** @MitchZawaski · Feb 28, 2024

BY SABRINA RODRIGUEZ
01/19/2021, 09:26 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

10

**Guantanamo is open** 👍 @Gracesodapop · Feb 28, 2024
Joe Biden has blood on his hands!!!

44

**Nunya** 🟥⬜🟦 @nano_rjdman · Feb 28, 2024
Joe Biden opened up the border and allowed a massive influx of criminal insane illegal aliens to permeate our neighborhoods.

He more than enabled it, he planned, funded, organized and managed the invasion.

Americans and our families are no longer safe.

#BidensBoys

12

**Jordan Bates** @JordanBate58831 · Feb 28, 2024
Under Trump? His policies? @Eminem

8

**Michele** @ScreamingMemeMe · Feb 28, 2024
Kristi Noem needs to mind her own state!  South Dakota it's time to vote this media whore out!

7

**David Michaels**
@DavidMi47644829

**TheBirdisTheWord** @WordBirdis · Feb 28, 2024
SD farms and ranches ARE FULL OF ILLEGAL WORKERS!!!!

**Recent**    Clear all

🔍 ("TaxAct") (from:hollycappuc...    ✕
🔍 ("Smith") (from:hollycappuccino...    ✕
🔍 ("Washington settlement") (fr...    ✕
🔍 ("Smith-Washington settleme...    ✕
🔍 ("settlement") (from:hollycap...    ✕
🔍 ("kroll") (from:hollycappuccino)    ✕
🔍 ("Kroll") (from:hollycappuccino)    ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.







# Post

**Recent**                                    Clear all

🔍 ("TaxAct") (from:hollycappuc...    ✕

🔍 ("Smith") (from:hollycappuccino...    ✕

🔍 ("Washington settlement") (fr...    ✕

🔍 ("Smith-Washington settleme...    ✕

🔍 ("settlement") (from:hollycapp...    ✕

🔍 ("kroll") (from:hollycappuccino)    ✕

🔍 ("Kroll") (from:hollycappuccino)    ✕



From politico.com

💬            🔁            ♡            📊 3            🔖    ⬆

**Christina F** @Christi62372927 · Feb 28, 2024        𝕏 ···
Correct me if I am wrong, but didn't Trump approve temporary legal
status for those who fled Venezuela and entered our country
illegally on the last day he was in office in 2021? Wouldn't that imply
that Trump invited in the man who then committed murder in GA?

💬            🔁            ♡            📊 6            🔖    ⬆

**CBunny** @EH_CBunny · Feb 28, 2024        𝕏 ···
#RACIST

💬            🔁            ♡            📊 6            🔖    ⬆

**Michele F** @michele86093736 · Feb 28, 2024        𝕏 ···

💬            🔁            ♡            📊 8            🔖    ⬆

**JadedB** @JadedB · Feb 28, 2024        𝕏 ···
Try again, loser. #WompWomp

The U.S. will defer for 18 months the removal of certain Venezuelan
nationals. President Donald Trump on Tuesday announced he will offer
Venezuelan exiles protection from deportation, a move he has
considered for years but refused to do until his last full day in office.
Jan 19, 2021

🄿 Politico
https://www.politico.com > news › 2021/01/19 › trump...

Trump grants Venezuelans temporary legal status on his way ...

💬            🔁            ♡            📊 9            🔖    ⬆

**SDH** @SDWoman62 · Feb 28, 2024        ···
Meanwhile in South Dakota, a Republican candidate can stay get
(allegedly) SD Republican party to provide bail money AND get vote,
all while being charged and convicted with the rape of his adopted

Unveiled (NHL/NHLPA)
LIVE

Trending in United States    ···
**#earthquake**
43.7K posts

Trending in United States    ···
**Genghis Khan**

Entertainment · Trending    ···
**Eddie Murphy**

Politics · Trending    ···
**Ohio**
48.9K posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

**David Michaels** ···
@DavidMi47644829



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT



# Post



Michael Auerbach @auerbachaz · Feb 28, 2024

@KristiNoem sure sounded like a VP nominee speech.
Go Kristi

NEWSMAX · GOV. NOEM SPEAKS AT CPAC

♡ 7

Trick_Or_Tweet @wet_mogwai · Mar 1, 2024

I Smoked The Kansas Cit... @BlackKni... · Feb 25, 2024
That immigrant was Venezuelan and guess how he got here
x.com/My_comments_R/...

**Trump grants Venezuelans temporary legal status on his way out**

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRIGUEZ
01/19/2021 09:24 PM EST

♡ 7

OldLadyInAZ 💐🇺🇸 @HappyAZLady · Feb 29, 2024
Like these Venezuelans that your orange stinky criminal kept from being deported?

Israel-Hamas war    Flaco the owl dies    Trump d

Donald Trump shielded tens of thousands of Venezuelan migrants from deportation Tuesday night, rewarding Venezuelan exiles who have been among his most loyal supporters and who fear losing the same privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000

David Michaels
@DavidMi47644829



Recent                                    Clear all

🔍 ("TaxAct") (from:hollycappuc...   ✕

🔍 ("Smith") (from:hollycappuccino...  ✕

🔍 ("Washington settlement") (fr...  ✕

🔍 ("Smith-Washington settleme...  ✕

🔍 ("settlement") (from:hollycap...   ✕

🔍 ("kroll") (from:hollycappuccino)  ✕

🔍 ("Kroll") (from:hollycappuccino)  ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



privileged access to the White House during the Biden administration.

Trump signed an executive order deferring for 18 months the removal of more than 145,000 Venezuelans who were at risk of being sent back to their crisis-wracked homeland. He cited the "deteriorative condition" within Venezuela that constitutes a national security threat as the basis for his decision.

"America remains a beacon of hope and freedom for many, and now eligible

⌄ 2

**Y-Man** @ty_mandividend · Feb 28, 2024

By SABRINA RODRIGUEZ
01/19/2021 09:26 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

7

**Nanette Price** @nanetteprice71 · Feb 28, 2024
Jan 19, 2021 · President Donald Trump has shielded tens of thousands of Venezuelan migrants from deportation from the U.S. The order signed Tuesday night was a final reward for Venezuelan exiles.

9

**Bob Schwab** @BobSchwab7 · Feb 28, 2024
So original. Fear and hatred is all you have to sell. Did Corey give you this idea?

**David Michaels**
@DavidMi47644829

## Recent

Clear all

🔍 ("TaxAct") (from:hollycappucc... ×

🔍 ("Smith") (from:hollycappucc... ×

🔍 ("Washington settlement") (fr... ×

🔍 ("Smith-Washington settleme... ×

🔍 ("settlement") (from:hollycap... ×

🔍 ("kroll") (from:hollycappuccino) ×

🔍 ("Kroll") (from:hollycappuccino) ×

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
**#earthquake**
43.7K posts

Trending in United States
**Genghis Khan**

Entertainment · Trending
**Eddie Murphy**

Politics · Trending
**Ohio**
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2025 X Corp.





Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on...
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



w_dust_nu @w_dust_nu · Feb 20, 2024

Jo ✓ @JoJoFromJerz · Feb 27, 2024

Hey @GOP — YOU killed the bipartisan border bill YOU asked for
because Trump told YOU to.
Can't pin this shit on Biden.
YOU the border now.

**GOP** ✓
@GOP

Follow

Americans now view the border crisis as
the most important problem facing the
country.

Biden created the crisis through his
executive actions, and he refuses to end it
by reversing them.

Immigration Surges to Top of Most Important Problem List

From news.gallup.com

💬   🔁   ♡   📊 5   🔖 ⬆

YachatsSteve🏴 @stevepaul59 · Feb 28, 2024
Gee willikers Hypocrisy Hussy! What makes you think that your
dude is worthy of anything but scorn. You are the party of no shame.



💬   🔁   ♡ 3   📊 39   🔖 ⬆

YachatsSteve🏴 @stevepaul59 · Feb 28, 2024
x.com/badbradrsr/sta...

💬   🔁   ♡ 2   📊 38   🔖 ⬆



**Recent**                    Clear all

🔍  ("TaxAct") (from:hollycappucc...  ✕

🔍  ("Smith") (from:hollycappuccin...  ✕

🔍  ("Washington settlement") (fr...  ✕

🔍  ("Smith-Washington settleme...  ✕

🔍  ("settlement") (from:hollycap...  ✕

🔍  ("kroll") (from:hollycappuccino)  ✕

🔍  ("Kroll") (from:hollycappuccino)  ✕

Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.7K posts

Trending in United States
Genghis Khan

Entertainment · Trending
Eddie Murphy

Politics · Trending
Ohio
48.9K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



David Michaels
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on...
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT
Page 28 of 33



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT                                              Page 29 of 33



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT



Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT





Document title: (2) Kristi Noem on X: &quot;Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on…
Capture URL: https://x.com/KristiNoem/status/1762650522920652828
Capture timestamp (UTC): Sat, 15 Feb 2025 08:30:59 GMT

**Exhibit 26**



X    Post    Q Search

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Relevant people**

**Kristi Noem** ✓    [Follow]
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.



**x Simon Wu** ✓ @sisisimon · Mar 6, 2024
Yup!  So we have to deal with Venezuela's problems.  I pray 🙏
things will get better!
💬 3         ♡ 8         📊 1.1K

**Thomas Matthew** ✓ @twittah98058656 · Mar 6, 2024
Treason? Yup!
💬         ♡ 1         📊 85

**52.8 million** @happygilmo17232 · Mar 6, 2024
God you're hawt!!!
💬 2         ♡ 1         📊 179

**So Tired** ✓ @SoTiredOfficial · Mar 6, 2024
😡
💬         ♡ 1         📊 829

**Heartgirl0316** @Heartgirl0316 · Mar 6, 2024
Read and weep you distrusting gaslighter ! America is not stupid !

🏛 **House Judiciary Dems** ✓ @HouseJudiciary · Mar 6, 2024
.@RepSwalwell to House GOP: You get a border bill from the
second most conservative member of the Senate. You oppose it
because Trump opposes it. He opposes it because he wants to be
president because he has 91 felony counts that he's facing. And
those go away if he's president.

💬 1         ♡ 1         📊 40

**ShanghaiOG** @Shinpath · Mar 6, 2024
Good. Freedom-lovers coming!
💬         ♡         📊 99

**mj** @jensen_49 · Mar 6, 2024
Your gop candidate loves the Venezuelan president.  You are such an
idiot
💬         ♡         📊 21

**YachatsSteve** 🏴🏴 @stevepaul59 · Mar 6, 2024
That immigrant might have more skills than this family man. (Think
Elon) You have family members on the taxpayer backs and one that
probably lobbies with pharmaceutical (thus your cannabis
shenanigans). Hypocrisy Hussy is really earning that moniker
recently.

In 2019, Jayson Boebert had no income.
In 2020, after Lauren was elected, he was
hired by Terra Energy Partners and paid an
annual fee of $460,000. Terra has a heavy



**David Michaels** ···
@DavidMi47644829







X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Post**

**Relevant people**

**Kristi Noem** ✓
@KristiNoem          **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in
South America have been reporting this for the last 6 month to a
year.
🗨      ⟲      ♡      �📊 14      🔖 ⬆

**paul senez** @paul_senez · Mar 8, 2024
And you have reams of evidence that you are prepared to share to
substantiate  your claims?
🗨      ⟲      ♡      �📊 9      🔖 ⬆

**Grizliz** ⚡ @Grizliz1 · Mar 7, 2024
@CommunityNotes
🗨      ⟲      ♡ 1      �📊 54      🔖 ⬆

**Blue Bird** @BlueBir80680931 · Mar 7, 2024
True
🗨      ⟲      ♡ 1      �📊 26      🔖 ⬆

**JB** @JBeverly28 · Mar 7, 2024
Worked when Castro did it
🗨      ⟲      ♡ 1      �📊 48      🔖 ⬆

**Rev Miguel A Rivera** @MiguelReverend · Mar 7, 2024
False misleading wrong information
🗨      ⟲      ♡ 1      �📊 34      🔖 ⬆

**Susanne Weber** @Susanne44580497 · Mar 7, 2024
Of course that's not true, but the right has to amp up fake fear so
you think they're here to protect you. Ridiculous!  They're here to
CONTROL YOU!



🗨      ⟲      ♡ 1      ⚡ 10      🔖 ⬆

**PopcornTV** @PopcornTV999 · Mar 6, 2024
1000%
🗨      ⟲      ♡      ⚡ 24      🔖 ⬆

**David Michaels**
@DavidMi47644829      ···

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

X

**Post**

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**



**Yuri** @YuriHuff82 · Mar 7, 2024
I'm Venezuelan, you are 100% right. The independent journalist in South America have been reporting this for the last 6 month to a year.
14

**paul senez** @paul_senez · Mar 8, 2024
And you have reams of evidence that you are prepared to share to substantiate your claims?
9

**Grizliz** ⚡ @Grizliz1 · Mar 7, 2024
@CommunityNotes
1    54

**Blue Bird** @BlueBir80680931 · Mar 7, 2024
True
1    26

**JB** @JBeverly28 · Mar 7, 2024
Worked when Castro did it
1    48

**Rev Miguel A Rivera** @MiguelReverend · Mar 7, 2024
False misleading wrong information
1    34

**Susanne Weber** @Susanne44580497 · Mar 7, 2024
Of course that's not true, but the right has to amp up fake fear so you think they're here to protect you. Ridiculous! They're here to CONTROL YOU!

1    10

**PopcornTV** @PopcornTV999 · Mar 6, 2024
1000%
24

**David Michaels** @DavidMi47644829

**Relevant people**

**Kristi Noem** ✓
@KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.





Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post
0:49
202
TRUM
NEVER SURR
3 1 5 610
Don the border king @johnny45436859 · Mar 7, 2024
She's hot and stupid.
8
X Worlboss 14 @WorlbossBarnes · Mar 7, 2024
so beautiful
3
Jasper Wyoming @JasperWyoming01 · Mar 7, 2024
Republicans could defund it but they don't.
19
Mike @NapalmAirstrike · Mar 8, 2024
Somebody has to Stop that Rat Biden!
6
Publius @captlibertas · Mar 6, 2024
#TrumpNoem2024
17
drew allen @drewholm3 · Mar 6, 2024
Fuck - let's empty our prisons and fly our scum bags there - along with bringing theirs back. Clean house !
106
Joseph @Un_Spin_City · Mar 7, 2024
It's a plan to eventually make the all citizens and voters for the Democrats.
58
Steve Ferguson @lsferguson · Mar 7, 2024
This invasion is by design
David Michaels
@DavidMi47644829
Relevant people
Kristi Noem
@KristiNoem
Follow
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.
What's happening
4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE
Trending in United States
#earthquake
43.8K posts
Trending in United States
Isagi
7,340 posts
Trending in United States
Malibu
8,221 posts
Politics · Trending
Ohio
49K posts
Show more
Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous...
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- ✖️ Grok
- 🗒 Lists
- 🔖 Bookmarks
- 🗄 Jobs
- 👥 Communities
- ✅ Premium
- ⚡ Verified Orgs
- 👤 Profile
- ⊙ More

**Post**

At this point it is now Trump's fault.
💬    ⟲ 1    ♡ 2    📊 53    🔖 ⬆

E-Diplomacy+government | ... ✅ @ShirlA... · Mar 7, 2024   ✖ ⋯
🚩❗Blatant Lies! FactsAndTruthWins:
The #Venezuelan refugee crisis, the largest recorded refugee crisis in the Americas, refers to the emigration of millions of Venezuelans from their native country during the presidencies of Hugo Chávez and Nicolás Maduro because of the
Show more
💬 2    ⟲ 6    ♡ 22    📊 1K    🔖 ⬆

Mr. C ✅ @knowledgewins8 · Mar 7, 2024   ✖ ⋯
Canada is allowing Chinese Military to train on our Northern borders!
💬    ⟲    ♡    📊 1    🔖 ⬆

Lars@C-bus @LarryHillyer3 · Mar 7, 2024   ✖ ⋯



💬    ⟲    ♡ 4    📊 19    🔖 ⬆

SassyCassiefromTallahas... @SassyCassief... · Mar 7, 2024   ✖ ⋯
Sloppy seconds Noem  aka Cory's cum Dumpster is leaking in the rear..



David Michaels
@DavidMi47644829

## Relevant people



**Kristi Noem** ✅
@KristiNoem
[**Follow**]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT



**Relevant people**

Kristi Noem ✓
@KristiNoem                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

---

**I TAPPED THAT**

💬    ⟲ 1    ♡ 1    �

**Jack aguilera** @Jackaguilera18 · Mar 7, 2024
Shut your mouth .

💬    ⟲ 1    ♡    ılı 6

**Susan Perino** @susan_perino · Mar 7, 2024
The House could stop it but they got their marching orders from Trump to not pass the Bill because he admittedly wants to use it as a political talking point because he has nothing else!

💬    ⟲    ♡    ılı 12

**MSFighter** 🇺🇦🏳️‍🌈☮️🏳️‍⚧️🏳️‍🌈 @BrujaAnon · Mar 7, 2024

[GIF]

💬    ⟲    ♡    ılı 11

**Brian York** @BrianYork827 · Mar 7, 2024
That is exactly what happened years ago when Cuba emptied all of its prisons too and sent them to Miami.

💬    ⟲    ♡    ılı 10

**BK** @KB41151 · Mar 7, 2024
Dressed up for another nite working the Motel 6 .  🤣🤣🤣

💬    ⟲    ♡    ılı 12

**I really hope I'm wrong** @bigalmedina · Mar 7, 2024

[GIF]   COOCOO

💬    ⟲    ♡    ılı 5

**David Michaels**
@DavidMi47644829

**Heyward Wall** @heywardwall · Mar 7, 2024



Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT

Page 12 of 29





Document title: (2) Kristi Noem on X: &quot;Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White Hous…
Capture URL: https://x.com/KristiNoem/status/1765513039795601862
Capture timestamp (UTC): Sat, 15 Feb 2025 08:33:56 GMT
Page 14 of 29





**Tod** ✅ @TodRevolution · Mar 7, 2024
Yup, and we have approximately 9,000 in this state. What is being done to have them removed?

💬 1          ❤️ 2          📊 364

**Writer Grl** 🦅🇺🇸 @JustAWriter71 · Mar 7, 2024
You look like a cheap hooker. Stop with the filler and the hair extension. You will not be the VP.

💬 3      🔁 1      ❤️ 11      📊 274

**Frank Bravo** ✅ @BravojfMe · Mar 7, 2024
#TrumpNoem

💬            🔁            ❤️ 1            📊 33

**Eric Yake** ✅ @YakeEric · Mar 7, 2024
You got some learning to do on Trump and Venezuela, before you put the other foot in your mouth. Oh wait... your mouth as 2 men in it.

The following media includes potentially sensitive content. Change settings          View

💬            🔁            ❤️ 2            📊 11

**Jon MAGA is a CULT** ✅ @howsthat1959 · Mar 7, 2024
I see one of the mental patients became the Governor of South Dakota.

💬            🔁            ❤️            📊 12

**Gratefulheart360** ✅ @delbra_lynn · Mar 7, 2024
@KristiNoem
Get serious. Comb your hair. Get rid of the hoop earrings. Straighten your shoulders. Then actually do something rather than pandering to the press with your 'woe is us' routine. We know it's bad, but most of us are  without the resources to do one thing about it.

💬            🔁            ❤️            📊 23

**LFG!** ✅ @zcstocks · Mar 7, 2024
Illegal immigrants are illegal One World Army, created by WEF and UN to take over the United States of America.

💬            🔁            ❤️            📊 9

**Ricky Clay** ✅ @ricky_clay · Mar 7, 2024
All in.

💬            🔁            ❤️            📊 25

**kathryn strachan** @CtStormy · Mar 7, 2024



WHY WOULD I WORRY ABOUT WHO'S CROSSING THE BORDER WHEN THESE ASSHOLES ARE ALREADY HERE?

**Relevant people**

**Kristi Noem** ✅
@KristiNoem                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.







X

| | Home |
| | Explore |
| | Notifications |
| | Messages |
| | Grok |
| | Lists |
| | Bookmarks |
| | Jobs |
| | Communities |
| | Premium |
| | Verified Orgs |
| | Profile |
| | More |

**Post**

reply    ⟲    ♡ 2    📊 14

**Blue Tsunami** @SkyBlueTsunami · Mar 8, 2024    ···
As Kisti is at level 3 Meghan hair, we only have to hear from for another 6 months, tops.



reply    ⟲    ♡    📊 75

🎉🎉🎉🎉🎉**Oh Happy Day!!!**🎉🎉🎉… @…· Mar 8, 2024    ···
Idiot.



EVEN JESUS THINKS

YOU'RE A CUNT

reply    ⟲    ♡    📊 3

**David Michaels**
@DavidMi47644829    ···

**equality** @RaymundoMonto16 · Mar 7, 2024    ···

**Relevant people**

**Kristi Noem** ✓
@KristiNoem    [Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2025 X Corp.





Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

**Relevant people**

Kristi Noem ✓
@KristiNoem

Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



**Fla Buckeye** @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!
6    7

**Daring Diva** @Knittingraven · Mar 7, 2024
Could you possibly be anymore full of shit.  Your eyes are about to turn brown..
7    4

**Chiefs 'n Cheese** @blanks1969 · Mar 8, 2024
Prove it
7

**Patrioticashell_Meidas** @patrioticashell · Mar 8, 2024
you're a fucking moron
2

**fiddlepower** @brentwoodfan1 · Mar 7, 2024
Hi my name is @KristiNoem and i am dumb as a stump.
7

🇺🇸🟥🟦✌️ @orlymj · Mar 7, 2024
This is completely true, I am from Venezuela, and I know some bad people who did horrible things in Venezuela, Now they are here in the US cause they came through the border. I don't know where they are, but I heard they are already here. I came 24 years ago legally with family.
12

**Poison Leninade** ✓ @MichaelPaladi18 · Mar 7, 2024
Every time I see her she's hotter.
13

**Palmer Hasty** ✓ @Lightbookpro · Mar 7, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!
3

**Jack .G. Bula Santoro.** 🧏‍♂️ ✓ @traiano99ad · Mar 7, 2024
You, Governor will be the next Vice President of the United States. 🇺🇸🫡
24

**Brian** ✓ @FlyBri1wheeler · Mar 7, 2024
Sad that we allow our government to get away with this.
13

**Double Kay**🟧 ✓ @kklass · Mar 7, 2024
Liar
7    170

**Alexis Martis Vladlova** ✓ @alexisbytes_us · Mar 7, 2024
Huh, Texas made their choices. Poor choices yield consequences. If you know, you will learn
9

**Jack Hopkins** ✓ @thejackhopkins · Mar 7, 2024
STOP LYING.

David Michaels
@DavidMi47644829



# Post

## Relevant people

**Kristi Noem** ✓
@KristiNoem

[Follow]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

---

**Fla Buckeye** @GGjerb · Mar 7, 2024
MY VICE PRESIDENT!

**Daring Diva** @Knittingraven · Mar 7, 2024
Could you possibly be anymore full of shit. Your eyes are about to turn brown..

**Chiefs 'n Cheese** @blanks1969 · Mar 8, 2024
Prove it

**Patroticashell_Meidas** @patrioticashell · Mar 8, 2024
you're a fucking moron

**fiddlepower** @brentwoodfan1 · Mar 7, 2024
Hi my name is @KristiNoem and i am dumb as a stump.

🇺🇸🇻🇪🤙 @orlymj · Mar 7, 2024
This is completely true, I am from Venezuela, and I know some bad people who did horrible things in Venezuela, Now they are here in the US cause they came through the border. I don't know where they are, but I heard they are already here. I came 24 years ago legally with family.

**Poison Leninade** ✓ @MichaelPaladi18 · Mar 7, 2024
Every time I see her she's hotter.

**Palmer Hasty** ✓ @Lightbookpro · Mar 7, 2024
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!!!!!!!

**Jack .G. Bula Santoro.** 🎗 ✓ @traiano99ad · Mar 7, 2024
You, Governor will be the next Vice President of the United States. 🇺🇸🇮🇹

**Brian** ✓ @FlyBri1wheeler · Mar 7, 2024
Sad that we allow our government to get away with this.

**Double Kay**🟧 @kklass · Mar 7, 2024
Liar

**Alexis Martis Vladlova** ✓ @alexisbytes_us · Mar 7, 2024
Huh, Texas made their choices. Poor choices yield consequences. If you know, you will learn

**Jack Hopkins** ✓ @thejackhopkins · Mar 7, 2024
STOP LYING.

---

**David Michaels**
@DavidMi47644829

[Post]



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**David Michaels**
@DavidMi47644829

**Post**

**Squish** @Squish69 · Mar 7, 2024
Oh the fear tactic. There is no proof of any of this,

💬      ⟲      ♡      📊 10      🔖  ⬆

**caseygirl** @MaryAnnDevine17 · Mar 7, 2024
Lie.

💬      ⟲      ♡      📊 4      🔖  ⬆

**Charis** 🇺🇸�👨‍🦱 @CharisHamilton8 · Mar 7, 2024
Weaponized stupidity

💬      ⟲      ♡      📊 5      🔖  ⬆

**Mar** @Mrey571957 · Mar 7, 2024
My God get a 🧠

💬      ⟲      ♡      📊 6      🔖  ⬆

**gone to bluer skies** @DavidCh80671676 · Mar 8, 2024
Trump admires Venezuelan President.

💬      ⟲      ♡      📊 6      🔖  ⬆

**Greg Nichols** @Greg_JN · Mar 7, 2024
I bet Biden doesn't even know about it, in between flavors of ice cream 🍦!

💬      ⟲      ♡      📊 10      🔖  ⬆

**Specker** @specker99 · Mar 7, 2024



💬      ⟲      ♡ 1      📊 43      🔖  ⬆

**Witch Tracy** 🇨🇿 @Tracy23460365 · Mar 7, 2024
Proof, please.

💬      ⟲      ♡ 2      📊 45      🔖  ⬆

**KB 3.0** @SDdude420 · Mar 7, 2024
They're sending their prisons and mental institutions to America 🤔

💬      ⟲      ♡ 1      📊 67      🔖  ⬆

**MAGA Filth Patrol** @Boner60 · Mar 7, 2024
The only invasion of any kind, of any people whatsoever, is the one Cory did on your southern border while you were committing adultery with him. Christian Values!

💬      ⟲      ♡ 1      📊 56      🔖  ⬆

**YachatsSteve**🇺🇸🧓 @stevepaul59 · Mar 7, 2024
Hypocrisy Hussy's posse is way more dangerous than any mother escaping the American made crisis. Blinders were made for working beasts of burden, not your xtian nationalist. Your shenanigans with Koskan tells me you might have info about this with monstrosity. (No jail time?)

## Relevant people

**Kristi Noem** ✓
@KristiNoem                    [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2025 X Corp.





Post



X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post

David Michaels
@DavidMi47644829

**Relevant people**

Kristi Noem ✓
@KristiNoem                                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

4 Nations Face-Off: Unveiled (NHL/NHLPA)
LIVE

Trending in United States
#earthquake
43.8K posts

Trending in United States
Isagi
7,340 posts

Trending in United States
Malibu
8,221 posts

Politics · Trending
Ohio
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

Post

# X

- Home
- Explore
- Notifications (2)
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

---

Nobody can take you seriously with that mop on your head.

4

**Alpine Traverse** @TraverseAlpine · Mar 7, 2024
Cite your source, bitch.

4

**DC** @DCorDeeCee · Mar 7, 2024
Kristi is gaslighting and blaming Biden for Trumps EO.

Kristi is lying and hoping Americans are stupid and will believe her.

On his final night in office, Donald Trump signed an executive order deferring the removal of Venezuelans.

11

**LL Cool Ray** @PettyLePugh · Mar 7, 2024



GIF

5

**Corinnaclp1** @Corinna09756649 · Mar 7, 2024
The lies are getting so stupid. Omg this is too much. The right's brains have completely dissolved into putty.

1

**JusPlainTalk101** @JusPlainTalk101 · Mar 7, 2024
#KristiNoem is sincerely as big a LIAR as tRumpt & all of @GOP America, Kristi has not shown any proof. No facts or articles, sources to back up her accusations against @POTUS tRumpt does the same thing! Throwing out accusations with absolutely no proof of those accusations!

1    9

**Kathleen** @allymya62 · Mar 7, 2024
😂🤣😹😹😂😹😹😂😹😹😹

3

**Steve Craig** @stevecraig72 · Mar 7, 2024

---

**David Michaels** @DavidMi47644829

---

**Relevant people**

**Kristi Noem** ✓
@KristiNoem                [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**4 Nations Face-Off: Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.





X

**Post**

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**

**David Michaels**
@DavidMi47644829

**OD Chivers** @ODChivers · Mar 7, 2024
Stop with the lies.

💬    🔁    ♡    ᯤ 7    🔖 ⬆️

**D.E.Marsh** ✖️ **(Formerly NotS...** @DMarsh... · Mar 7, 2024
Wow, that's the same #Crazy talk that tRump is echoing... That
proves how nuts you are.

💬    🔁    ♡ 2    ᯤ 11    🔖 ⬆️

**StrongAsTrees** @strongastrees · Mar 7, 2024
What's with the hooker hairdo?

💬    🔁    ♡ 4    ᯤ 75    🔖 ⬆️

**mj** @jensen_49 · Mar 7, 2024
Maybe if we send all the MAGA Republicans to Venezuela, we would
be even

💬 1    🔁    ♡ 4    ᯤ 100    🔖 ⬆️

**Skyclad_Conjurings** @CSkyclad · Mar 7, 2024
Lying, adulterous trash.

💬    🔁    ♡ 2    ᯤ 14    🔖 ⬆️

**Hollly** @hollybRN07 · Mar 7, 2024
Republicans lie all day long

💬 1    🔁    ♡ 1    ᯤ 101    🔖 ⬆️

**Bob Schwab** @BobSchwab7 · Mar 7, 2024
Let's put Corey on the job



💬 5    🔁    ♡ 17    ᯤ 827    🔖 ⬆️

**Edward W. Moore** @TweetMoore · Mar 7, 2024
They will fit right in with the MAGA movement.

💬 1    🔁    ♡ 4    ᯤ 422    🔖 ⬆️

**Poloplayboy** @mallieg1023 · Mar 7, 2024
1) It was Trump that gave Venezuelan refugees easier access
2) How do you know what Venezuela is doing? Do you have some
inside knowledge from their side?
3) Stop using the work Invasion to justify your racism and

**Relevant people**

**Kristi Noem** ✔️
@KristiNoem                    **Follow**

Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**4 Nations Face-Off:
Unveiled (NHL/NHLPA)**
LIVE

Trending in United States
**#earthquake**
43.8K posts

Trending in United States
**Isagi**
7,340 posts

Trending in United States
**Malibu**
8,221 posts

Politics · Trending
**Ohio**
49K posts

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2025 X Corp.

**Exhibit 27**





**Post**

Reply

91

**Common Sense #1** @PleaseThink1776 · Mar 14, 2024
Trump passed legislation that stoped deportation of people from Venezuela

4    62

**Dickie Davies** @BigEOnFire · Mar 14, 2024
You're in S Dakota. How are they bothering you?

1    20

**Iain Brown** @iainb1991 · Mar 14, 2024
only 835 deported??



You gotta pump those numbers up
Those are rookie numbers

42

**U MAGA ME CRAZY** @bcc2025 · Mar 14, 2024
@elonmusk I have a use for one or a few of your rockets..

13

**Darrell** @Darrell20598993 · Mar 14, 2024
Yes
TREASONOUS gov we have. Sick.
I'm sure that Mexico has done the same
WAY back, Castro did the same thing.
Including mental hospitals.
And God forbid if we accept any from TOXIC Haiti !!!!!😱😱
Before ANYTHING being passed. STOP ILLEGALS From STROLLING in.

28

**New Glory** @NewGloryComith · Mar 14, 2024
Sounds like a dream come true, for them..

**Relevant people**

**Kristi Noem** ✓
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

Follow

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



Post



Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

Post



○ 1    ⟲    ♡    📊 198    🔖 ⬆

D  **Doug Matatall** @DougMatatall3 · Mar 14, 2024    ✗ ⋯
yeah, yeah, yeah.

And Venezuelas' crime rate has plummeted.

About 50 Republicans beat you to the punch today...

○    ⟲    ♡    📊 1    🔖 ⬆

**14 Hatey Hate** @NickGurr14_88 · Mar 14, 2024    ✗ ⋯
Send them to israel

○    ⟲    ♡    📊 1    🔖 ⬆

**Michele** @ScreamingMemeMe · Mar 15, 2024    ✗ ⋯
You can't even govern you own state...you have no idea what's going on in other states!  MIND YOUR OWN STATE!

In the meantime you have an affair to continue...

○    ⟲    ♡    📊 4    🔖 ⬆

**Michele** @ScreamingMemeMe · Mar 15, 2024    ✗ ⋯



## Relevant people

  **Kristi Noem** ✓    [ Follow ]
@KristiNoem
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

  **Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts    ⋯

Music · Trending
**Cher**
22.2K posts    ⋯

Trending in United States
**Malibu**
8,290 posts    ⋯

Trending in United States
**Isagi**
7,461 posts    ⋯

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ⋯
© 2025 X Corp.



**David Michaels**    ⋯
@DavidMi47644829







Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



**X**

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

**X** Grok

📋 Lists

🔖 Bookmarks

💼 Jobs

👥 Communities

✓ Premium

⚡ Verified Orgs

👤 Profile

⊙ More

**Post**

David Michaels
@DavidMi47644829

---

Trump grants Venezuelans temporary legal status on his way out

From politico.com

💬     🔁     ♡     📊 10     🔖 📤

**Vivek knew!** @GpKennedy · Mar 15, 2024                          **X** ...
Can you ask Lumpy Bloomers to take a few of her welcome packs
to them Kristi Matthew 25:35 I was hungry, and you gave me
something to eat. I was thirsty, and you gave me something to
drink. I was a stranger, and you took me into your home

💬     🔁     ♡     📊 11     🔖 📤

**GHGIRL-No Mouse** @ghgirl_s · Mar 14, 2024                     **X** ...
The lawsuit for your 'war-zone smile' must have you so mad. So
darn mad, that you'll spew lies about the border to try and get the
news off your 'war-zone teeth,' right?  Is that a frown?

💬     🔁     ♡ 2     📊 23     🔖 📤

**Alicia** @pinkcatamount · Mar 14, 2024                          **X** ...
Well, that's because Trump granted Venezuelans, along with
Cubans, special status on his way out of office. Apparently a gift to
his voters in FL. No wonder Venezuela decided to empty their
prisons and send them up here. This one is your guy's fault

💬     🔁     ♡     📊 8     🔖 📤

**Robin Eublind** 🟦 @iamrobineublind · Mar 15, 2024          **X** ...
No, they did not empty their prisons Governor Barbie.
You're fear mongering and lying, again.

💬     🔁     ♡     📊 3     🔖 📤

**JJ** @joshjour65 · Mar 15, 2024                                **X** ...
That is about 100k high.  Biden extended per se trumps out the door
EO on Venezulans.  Did you bitch then?

💬     🔁     ♡     📊 2     🔖 📤

**Patricia Padron Fonda**🇺🇸 @abuelaofanarchy · Mar 14, 2024  **X** ...

⊘

**Content warning: Sensitive content**
The author labeled this post as containing
sensitive content.

**Show**

💬     🔁     ♡ 1     📊 28     🔖 📤

**John Davis** @aumkarasd · Mar 15, 2024                        **X** ...

---

### Relevant people

**Kristi Noem** ✓        **Follow**
@KristiNoem
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts                          ...

Music · Trending
**Cher**                            ...
22.2K posts

Trending in United States
**Malibu**                          ...
8,290 posts

Trending in United States
**Isagi**                           ...
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT

# X

- Home
- Explore
- Notifications 🔵
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

---

❤ 1    📊 28

**John Davis** @aumkarasd · Mar 15, 2024
Trump protected Venezuelans from being deported. @gop refuses to fix the border

📊 2

**Craig Franco** @CraigFranco04 · Mar 14, 2024
2028

📊 50

**Jimmy P (Gilbert AZ)** @gilbertjimp · Mar 14, 2024



📊 95

**Michelle Mccoy** @MichelleMccoy02 · Mar 14, 2024
So What? Do your job ! Teeth Thief



**David Michaels** @DavidMi47644829

---

## Relevant people

**Kristi Noem** ✓
@KristiNoem    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.







X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**



BREAKING

**Married South Dakota Governor Kristi Noem (R) has been having a years-long affair with married Trump advisor Corey Lewandowski. The governor has frequently touted "traditional marriage" and her "family values."**

READ MORE @ MeidasTouch.com

💬        🔁        ♡ 2        📊 92        🔖 ⬆️

**#RIPGOP™** 🇺🇸 @_ReaalAmerican_ · Mar 14, 2024
#RIPGOP

**REPUGS GIVE IT A REST W/THE BORDER BS. BIDEN + THE DEMS AGREED TO SUPPORT JAMES LANKFORD'S (R-OK) BIPARTISAN BORDER DEAL. TRUMP TOLD REPUGS TO TANK THE DEAL B/C IT WOULD BE A WIN FOR BIDEN.**

💬 1        🔁        ♡ 3        📊 91        🔖 ⬆️

**Debra Ponto** @PontoDebra · Mar 14, 2024
You lie, yet talk about Christian values. What about the families of the victims in all the mass shootings that were born and raised here? Only one person counts so you can use that as political agenda? You are shameful.

💬        🔁        ♡ 5        📊 59        🔖 ⬆️

**Angelcrusher** @Angelcrusher · Mar 14, 2024
Because Trump gave them legal status.

Trump grants Venezuelans temporary legal status on his way out

**David Michaels**
@DavidMi47644829

**Relevant people**

🔵 **Kristi Noem** ✔
@KristiNoem                    [Follow]
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2025 X Corp.






Trump grants Venezuelans temporary legal status on his way out

From politico.com

♡ 1    ⟳    ↻ 22    🔖    ⬆

**Rev Miguel A Rivera** @MiguelReverend · Mar 14, 2024

FALSE MISLEADING MAGA PROPAGANDA

💬    ⟳    ♡ 1    ↻ 22    🔖    ⬆

**Sandra Callnan** @CallnanSandra · Mar 15, 2024

Bla Bla Bla

THIRSTY Kristi...

BLAH BLAH BLAH

▶ **GIF**

💬    ⟳    ♡    ↻    🔖    ⬆

**southgal1** @southgal11 · Mar 14, 2024

You are using her and your horses for publicity

↻ 33    🔖    ⬆

**George Hawkins** @GeorgeH81794543 · Mar 15, 2024

Maybe they came here to get their teeth fixed

💬    ⟳    ↻ 6    🔖    ⬆

**dar jaxs** @JAXDAR1 · Mar 15, 2024

🤣🤣🤣🤣



He told me I was wrong and to check my facts...

then he provided a

**David Michaels**
@DavidMi47644829    ···

### Relevant people

**Kristi Noem** ✓
@KristiNoem                    [ Follow ]

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- 𝕏 Grok
- ▤ Lists
- 🔖 Bookmarks
- 💼 Jobs
- 👥 Communities
- ◎ Premium
- ⚡ Verified Orgs
- 👤 Profile
- ◎ More

**Post**

**David Michaels**
@DavidMi47644829



**then he provided a link to Fox News...**

💬        ↻        ♡        📊 16        🔖        ⬆️

**fatblock** @1fatblock · Mar 15, 2024        𝕏 ···

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. | Andrew Harnik/AP Photo

By SABRINA RODRÍGUEZ
01/19/2021 09:24 PM EST        f  ✉  🔗  ···

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits. However, it is granted directly by the president instead of the Department of Homeland Security.

💬        ↻        ♡        📊 17        🔖        ⬆️

**AJ** @RubyStar_22 · Mar 15, 2024        𝕏 ···
Prove this! PROVE IT! Fear mongering and lie is all you do!! Oh wait, I forgot about making commercials in exchange for who knows what.....

💬        ↻        ♡        📊 10        🔖        ⬆️

**GUSTAH STANDS WITH UK...** @WinnieJ93... · Mar 15, 2024    𝕏 ···
DON'T COMPLAIN! PASS LANKFORD'S BILL!

💬        ↻        ♡        📊 6        🔖        ⬆️

**AV** @ajv44 · Mar 15, 2024        𝕏 ···
Did you brush  your teeth today?

💬        ↻        ♡        📊 6        🔖        ⬆️

**Nasty Kitty😾** @ChrisZubat · Mar 14, 2024        𝕏 ···
Grieving family and their cult leader



## Relevant people



**Kristi Noem** ✓
@KristiNoem        **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts        ···

Music · Trending
**Cher**
22.2K posts        ···

Trending in United States
**Malibu**
8,290 posts        ···

Trending in United States
**Isagi**
7,461 posts        ···

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.









Post

← Reply

# Relevant people

**Kristi Noem** ✓
@KristiNoem
**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

🗨  ⟲  ♡  � 6

**Tuatha De Danann** @gdog553 · Mar 14, 2024
Apprehensions and expulsions

🗨  ⟲  ♡  �features 26

**What'SUP!** @SupwiththatWhat · Mar 14, 2024
How many of those have slipped through the cracks.

🗨  ⟲  ♡ 1  �sqft 93

**Golferman** @Brucethegolfer · Mar 14, 2024
In case you forgot (easy to do with Cores's dick in your mouth), trump gave Venezuelan immigrants special status.

🗨  ⟲  ♡ 1  � 19

**Tim Sutton** @Haulingtmber · Mar 14, 2024
Liar, you all can't even use the same number. You just pick the biggest one you think you saw and copy it. Do better, sidesaddle K!

OMG , HAHA!!
We should trademark that, "SidesaddleK" a ranch for all ruined Family Values!!!🤭 Donate my share .

🗨  ⟲  ♡ 1  ⏷ 8

**Lisa** 💕🌴🔱 💗🇺🇸 @Lawlady99 · Mar 14, 2024
How are they illegals if they're presenting themselves at the border?

🗨 2  ⟲  ♡ 6  ⏷ 133

**Danger Foe** @Jolicoeur1 · Mar 14, 2024
the 834 deported likely said they love American values and hate communism

🗨  ⟲  ♡ 1  ⏷ 52

**Sandee** 🔞 @sandeew18 · Mar 14, 2024

**WSJ**
SUBSCRIBE   SIGN IN

POLITICS

# Trump Approves Deportation Protections for Venezuelans in U.S. Illegally

The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization

By Michelle Hackman  Follow

EMPLOYMENT & IMMIGRATION
**Trump grants Venezuelans temporary legal status on his way out**
The U.S. will defer for 18 months the removal of certain Venezuelan nationals.


**David Michaels**
@DavidMi47644829



Post



illegally

The action comes under the Deferred Enforced Departure program that offers deportation protections and work permits to immigrants in the country without authorization

By *Michelle Hackman* Follow

*Updated Jan. 19, 2021 at 10:30 pm PT*

| 💬 | 🔁 | ♡ 1 | 📊 22 | 🔖 📤 |

**BradX** ✓ @Brad41219011 · Mar 15, 2024
Add 30% more for the Unknown Gotaways. Thats 1/2 Million at least.

| 💬 | 🔁 | ♡ | 📊 77 | 🔖 📤 |

**Pesky Jski** 😡 @PeskyJski · Mar 14, 2024
Remember the amnesty that your BFF ensured?

| 💬 | 🔁 | ♡ 1 | 📊 25 | 🔖 📤 |

**pam simpson** @PJS_SDstrong · Mar 14, 2024
Republican lead Congress really should have passed bipartisan bill for border!  What a shame!!!

| 💬 | 🔁 | ♡ 1 | 📊 7 | 🔖 📤 |

**redstateboomer** @redstateboomer · Mar 14, 2024
This is a total horseshit lie. You'll believe anything you read or hear on rightwing media, because your "brain" is nothing but a rotting glob of moldy cottage cheese. You disgust every decent South Dakotan and your entire political career is nothing but BS and grift.

| 💬 | 🔁 | ♡ 8 | 📊 41 | 🔖 📤 |

**Avron** ✓ @Avron_p · Mar 14, 2024
GOP did absolutely zero

| 💬 2 | 🔁 | ♡ 5 | 📊 214 | 🔖 📤 |

**Cindi Woohoo** ✓ @CindiWoohoo · Mar 14, 2024
Congressional Republicans are to blame. They refused funding and all serious bills. Hr2 is a steaming pile.

| 💬 1 | 🔁 | ♡ 5 | 📊 133 | 🔖 📤 |

**Gazpacho Policewoman** 🌒🇺🇸 ... @zlatin... · Mar 14, 2024
Thank the fat orange fuck for this.



## Trump grants Venezuelans temporary legal status on his way out

The U.S. will defer for 18 months the removal of certain Venezuelan nationals.

### Relevant people

**Kristi Noem** ✓
@KristiNoem                    Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.


**David Michaels**
@DavidMi47644829





Post

**A GREAT NOTICER** @sawwingdust · Mar 14, 2024
Your masters are promoting this.

💬        🔁        ♡        ılıl 17        🔖    ⬆

**Mack Piotrowski** @mackpio · Mar 15, 2024
Next VP

💬        🔁        ♡        ılıl 3        🔖    ⬆

**DrezInLA VOTE BLUE** @Andrez68LA · Mar 14, 2024
Eat shit

💬        🔁        ♡        ılıl        🔖    ⬆

**M**  **Mark Redlin** @mark_redli14486 · Mar 14, 2024



▶ GIF

💬        🔁        ♡ 1        ılıl 9        🔖    ⬆

**D**  **mukluk** @DanMcCollu15644 · Mar 14, 2024
Texas Governor Abbott is in Europe. Who's watching the border
while he's gone. A few weeks ago everyone was down there
Standing with Texas. Now you guys are leaving it wide open or did
you fix the crisis. Confused mega supporter here ,do I still blame
Biden ?

💬        🔁 1        ♡ 1        ılıl 29        🔖    ⬆

**Kelly** @KellyforGod · Mar 14, 2024

HE SENDS ONE OF YOURS TO HOSPITAL, YOU
SEND ONE OF HIS TO THE MORGUE!
▶ GIF

💬        🔁        ♡        ılıl 3        🔖    ⬆

**No Party Juice** @nopartyjuice · Mar 15, 2024
Tell your Jewish Kalergi Plan paymasters to stop shipping them here,
and lobbying for open border immigration policies.

💬        🔁        ♡        ılıl 1        🔖    ⬆

**Bret** @WokeLeftyGuy · Mar 15, 2024
Now define "encounter" as opposed to "crossed the border and
disappeared into the country with whereabouts unknown."

**David Michaels**  ···
@DavidMi47644829

### Relevant people

**Kristi Noem** ✔
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2025 X Corp.

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**



**Bret** @WokeLeftyGuy · Mar 15, 2024

Now define "encounter" as opposed to "crossed the border and disappeared into the country with whereabouts unknown."

As always, you MAGAs pray on the uninformed who accept your exaggerations as gospel.

#FuckMAGA

♡ 1    4

**Jill** @blukesmom · Mar 14, 2024

How much money did you get for your teeth? Are you gonna buy a little cottage for you and Corey?

♡ 1    5

**Pierce Caravan** @Piercecaravan · Mar 15, 2024
I wonder how many of them have had affairs?

SCANDAL

## Governor Kristi Noem, "God-Fearing" Family Woman, and Corey Lewandowski, Trump Creep, Reportedly Had "Yearslong" Affair

It's always the ones who insist that marriage is "a special, God-given union between one man and one woman" that forget how to count.

♡    3

**Gregg's Cell** @greggscell · Mar 14, 2024

WE SUCK RUSSIAN COCK

**David Michaels**
@DavidMi47644829

### Relevant people

**Kristi Noem** ✓
@KristiNoem                    **Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

### What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

**Liberty Jones** @Liberty_Jones2 · Mar 14, 2024
Open Border: You see, their goal, besides illegal votes is to procure as many fighting-age males as possible. Can you guess why? In order to implement their own personal militia and come after all MAGA conservatives! Oh it's coming. I encourage all of you to buy more guns!
💬    🔁    ♡    ⊪ 22    🔖 ⤴

**Nigel Lew** @NigelLew2 · Mar 14, 2024
Trump gave 400,000 of them amnesty. Kindly STFU.
💬    🔁    ♡ 2    ⊪ 9    🔖 ⤴

**Mountain Momma** 🔞 @twainhartemom · Mar 15, 2024
How many of those migrants has Greg Abbott bused into sanctuary cities, Kristi and how much has South Dakota contributed to his cause?
💬    🔁    ♡    ⊪ 3    🔖 ⤴

**Chingao Sullivan** @ChingaoSullivan · Mar 14, 2024
You should try sitting in the Pine Ridge student section
💬    🔁    ♡ 1    ⊪ 5    🔖 ⤴

**steve** @steve63537426 · Mar 14, 2024
Why did you go to Texas to get your teeth cleaned??
💬    🔁    ♡    ⊪ 3    🔖 ⤴

**Liddle' JirkyRick** @jirkyrick · Mar 14, 2024
I wonder why?

Venezuela

Members of the audience wave Venezuelan and American flags as President Donald Trump speaks to a Venezuelan American community in Miami, Fla., on Feb. 18, 2019. / Andrew Harnik/AP Photo

BY SABRINA RODRIGUEZ
01/19/2021 04:24 PM EST

President Donald Trump on Tuesday announced he will offer Venezuelan exiles protection from deportation, a move he has considered for years but refused to do until his last full day in office.

==Trump is using the little-known Deferred Enforced Departure program, or DED, to offer temporary legal status to Venezuelans fleeing the humanitarian crisis brought on by Nicolás Maduro's regime. DED, similar to Temporary Protected Status or TPS, protects recipients from deportation and allows them to get work permits.== However, it is granted directly by the president instead of the Department of Homeland Security.
💬    🔁    ♡    ⊪ 3    🔖 ⤴

**Shelly** @Shelly71431539 · Mar 14, 2024
Hey I hear Venezuela is a nice guy.
💬    🔁    ♡    ⊪ 7    🔖 ⤴

**Post**

## Relevant people

**Kristi Noem** ✓
@KristiNoem
**Follow**
Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.

**David Michaels**
@DavidMi47644829 ···

X

Post

Search

**Home**

**Explore**

**Notifications**

**Messages**

**Grok**

**Lists**

**Bookmarks**

**Jobs**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

**Post**

**Shelly** @Shelly71431539 · Mar 14, 2024
Hey I hear Venezuela is a really nice guy.

💬    🔁    ♡    📊 7    🔖  ⬆️

**Ruthie Kitty/2012!** @2012Ruthie · Mar 14, 2024
And you cheated on your husband with a punk Trump sycophant, and would force children to have children. And there is this!



💬    🔁 1    ♡ 1    📊 54    🔖  ⬆️

**John** @John08362652 · Mar 14, 2024
FOR OVER A CENTURY, DEMOCRAT PRESIDENTS
HAVE SOAKED THEIR HANDS
IN INNOCENT AMERICAN BLOOD! Lyndon JOHNSON
poster beast for unnecessary carnage.



💬    🔁    ♡    📊 17    🔖  ⬆️


**David Michaels**
@DavidMi47644829

**Rob Todd** @Rob ToddIAMU · Mar 14, 2024

**Relevant people**


**Kristi Noem** ✓
@KristiNoem                    **Follow**
Wife, mother, grandma, farmer,
rancher, and small business owner.
Secretary of the U.S. Department
of Homeland Security. Former
Governor of South Dakota.

**What's happening**

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

**Show more**

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



Document title: (2) Kristi Noem on X: &quot;At least 300,000 illegal immigrants from Venezuela have been encountered at the border. Remember, Venezuela emptied…
Capture URL: https://x.com/KristiNoem/status/1768312288560247199
Capture timestamp (UTC): Sat, 15 Feb 2025 08:39:51 GMT





Show probable spam

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

## Relevant people

**Kristi Noem** ✓
@KristiNoem

**Follow**

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

## What's happening

**Khloé in Wonder Land**
LIVE

Trending in United States
**#earthquake**
44K posts

Music · Trending
**Cher**
22.2K posts

Trending in United States
**Malibu**
8,290 posts

Trending in United States
**Isagi**
7,461 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2025 X Corp.



**David Michaels**
@DavidMi47644829



**Exhibit 28**





# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**kristinoem** • Follow
Original audio

**team_cozycove** Trump is right, you can't spin anything good out of mass illegal migration, if migrants make us great why didn't they make their own country great ?
10w    8 likes

**5,901 likes**
December 9, 2024

Comments on this post have been limited.

More posts from **kristinoem**



- AI Studio
- Threads
- More


Document title: Kristi Noem | Every illegal immigrant broke the law as their first action in our country. And nations like Venezuela are using our open border to solve... |…
Capture URL: https://www.instagram.com/kristinoem/reel/DDVjJnURRqw/
Capture timestamp (UTC): Thu, 20 Feb 2025 23:50:03 GMT