Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF A.C.A. IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>Date:  July 11, 2025<br>Time:  9:00 a.m.<br>Place:  Courtroom 5, 17th Floor |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

**DECLARATION OF A.C.A.**

I, A.C.A., declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would testify to these facts.

2. I was born in Port-au-Prince, Haiti. I am 30 years old. I grew up with both of my parents and my four brothers. My dad worked for the government and my mom cared for our family.

3. On January 12, 2010, the earthquake stopped life as I knew it. School shut down. We had to sleep outside the house for weeks after the earthquake. My parents decided to send my brother and I to the United States, where several relatives lived, to shield us from the instability that gripped Haiti in the aftermath of the disaster.

4. On January 31, 2010, I entered the United States on a visitor visa. I went to live with a relative in Miami. I started school right away. It was hard to leave my family and my life behind. I spoke some English, but not fluently. However, I was young, and I adapted fairly quickly to my new life.

5. At first, I was not eligible for TPS because I entered after the initial designation. No one in my family was guiding me with regard to my immigration status, and I remained undocumented throughout my teens and most of my twenties. In fact, I only recently realized that I could have qualified for TPS under the 2011 re-designation. It's hard for me to think about how my life could have been different had I known that I qualified back then.

6. I graduated high school in 2013 and suddenly realized that being undocumented was a big problem. I could not qualify for in-state tuition, so I could not attend college. I couldn't get a work permit or a driver's license. My options were so limited by my lack of immigration status. You want to work? You can't. You want to drive? You can't. You want to go to school? You can't. You want to travel? You can't. For years, I relied on family and odd jobs to scrape by. I couldn't progress or make plans for the future. I felt stuck and hopeless most of the time.

7. In 2021, when Haiti was redesignated for TPS, I felt pure happiness. When I heard the news, I woke my brother up to tell him, and called my mom right away. I applied as soon as I could. My TPS was granted around November 2022.

8. Having TPS changed my life in big and small ways. Suddenly, I was able to apply for jobs that would allow me to earn enough to support myself. I was finally able to get a driver's license. Before I had TPS, there was always fear of encountering immigration agents or being questioned by the police. With TPS, I felt free of that fear in my day to day life. I felt like my life truly began and I could finally achieve a measure of dignity.

9. In 2023, I was awarded a scholarship that provides full in-state tuition for undocumented students or those with DACA or TPS. I always say that TPS was the first blessing in my life, and the scholarship was the second. Things were falling into place, and I felt like I could finally move forward. I eagerly enrolled in college and started working towards my bachelor's degree in accounting. I'm on track to graduate sometime next year. I also work full-time as an administrator for a healthcare company that provides hospice services.

10. In the meantime, my two brothers in the United States have been able to obtain permanent status. One of my brothers is a citizen and the other has a green card. My mom is also a green card holder. My brother who is a citizen filed a petition for me way back in 2011, but the priority date is still years away. When I check the visa bulletin, it seems not to move. So despite the fact that I came here as a minor and have family with permanent status in the U.S., I am solely reliant on TPS for work authorization and protection from deporatation. I applied to renew my work permit last July and received a notice automatically extending it for 540 days.

11. I was devastated when I read the news that Secretary Noem decided to end TPS for Haiti early. It took me back to that old, bad place of being undocumented. Emotionally, it felt like my TPS had already been canceled. For days, I couldn't sleep because I was having nightmares of getting deported. I went to see a therapist after the

decision was announced. She told me that it sounded like I needed an immigration attorney more than a therapist. I'm having trouble focusing on school and work. It's hard to feel motivated. I feel like I'm studying for nothing because it could all be taken away.

12. I do not know how I could continue working to support myself if I lose my work permit. Right now, I'm saving all the money that I can, but I truly do not know what I will do if I lose TPS in August. I am thinking that I would have to move to New York, where I have family and friends that could help support me, at least temporarily. But I have no idea what I would do long term.

13. If TPS is terminated, my education will be disrupted. The scholarship I receive covers in-state tuition only. However, Governor DeSantis recently signed a law that disqualifies undocumented students from being considered residents for in-state tuition purposes. I am waiting to hear from the scholarship program whether it will be possible to transfer to another school. If not, and TPS is terminated, I would likely have to pause my studies entirely. I would be devastated if that happens, especially since it took me so long to get to where I am today.

14. I also cannot imagine returning to Haiti. Just thinking about it fills me with fear. There is no life for me there. Having lived in the United States for so long would make me a prime target to be kidnapped or killed. Just recently, my brother told me that gang members murdered four of his neighbors for no reason other than to terrorize the community. Being forced to return there is the worst thing I can imagine. I would have to leave my family in the United States and abandon the life I have worked so hard to build for myself. I do not know how I would survive in Haiti, what I could do for work, or how I would stay safe. For all these reasons, I need Temporary Protected Status so that I am not forced to return to a country where I would face severe harm and dangerous conditions.

15. It is important to me to participate in this lawsuit both because I rely on TPS, and because I believe that the decision to end TPS early is based on racism on the part of President Trump and other government officials. Hardworking people like myself and other TPS holders from Haiti are not a threat to the people of the United States, but Trump

and others have repeatedly called us criminals and spread racist lies about Haitian immigrants eating people's pets.

16. I am also a member of the National TPS Alliance. I decided to join this group because I believe in its mission and goals, and because I am grateful for their work to defend TPS.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Florida this 30th day of May, 2025.

_____
A.C.A.