Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,

Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,

Defendants.

Case No. 3:25-cv-01766-EMC

**DECLARATION OF JOSE A. PALMA JIMENEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGEMENT**

Date: July 11, 2025
Time: 9:00 a.m.
Place: Courtroom 5, 17th Floor

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

**SECOND DECLARATION OF JOSE A. PALMA JIMENEZ**

I, José A. Palma Jimenez, declare:

1. I am Co-Coordinator of the National TPS Alliance (NTPSA). I have worked with the NTPSA in various roles since it was founded in 2017. I served as Co-Coordinator in 2019 and again from June 2023 through the present.

2. As Co-Coordinator, I oversee NTPSA's daily work, including its organizing and advocacy efforts, leadership development, and member relations. I have detailed knowledge about NTPSA's membership, including membership demographics, member needs and priorities, and the role members play in setting NTPSA's mission and advocacy.

3. I make this declaration based on my personal knowledge; files and documents of NTPSA that I have reviewed; and information provided to me by NTPSA leaders who I believe to be reliable, including NTPSA organizers, members of the NTPSA Executive Committee, local Committee Coordinators, and other NTPSA-affiliated staff. These files, documents and information are the type that is generated in the ordinary course of business and that I would customarily rely on in conducting NTPSA business.

4. I previously submitted a declaration in support of Plaintiffs' motion to postpone the effective date of the vacatur and termination of Venezuela's 2023 TPS designation. I am submitting this declaration to provide additional information about NTPSA's work with the Haitian TPS holder community and the impact of the February 24, 2025 "partial vacatur" of the July 1, 2024 extension and redesignation of Haiti for TPS on NTPSA's members. I also provide here updated information on NTPSA's Venezuelan TPS holder membership.

**The Partial Vacatur of Haiti's TPS Extension and Redesignation Harms NTPSA's Members**

5. NTPSA has over 550 Haitian TPS holder members living in the following states: Alabama, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kentucky, Louisiana, Maryland, Massachusetts, Michigan,

Minnestoa, Missouri, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Virgina, Washington, and Wisconsin.

6. Since Department of Homeland Security Secretary Noem announced her decision to "partially vacate" the July 1, 2024 extension and redesignation of TPS for Haiti, NTPSA has worked to provide timely, accurate information to Haitian TPS holders about the status of Haiti's designation and to organize a response, including through virtual community meetings on March 5, 2023 and May 23, 2025, which over 170 Haitian TPS holders and 160 allies of Haitian TPS holders registered to attend.

7. The partial vacatur has caused tremendous stress and anxiety for our Haitian TPS holder members.

8. The individual Haitian TPS holder Plaintiffs in this lawsuit are all members of the NTPSA, and have shared their stories in their own declarations. To further illustrate the harms that Haitian NTPSA members face as a result of the actions challenged in this lawsuit, I share below the stories of some of the other individual NTPSA members who hold TPS under Haiti's designation:

9. **Stanley Louis** is a NTPSA member in Washington who holds TPS under Haiti's designation. He re-registered for TPS under the July 1, 2024 extension of Haiti's designation and received an approval notice extending his TPS through February 3, 2026 and an employment authorization document valid through that date. In March 2025, he interviewed for a job at the Seatle airport. However, he learned that, due to the partial vacatur, he was not eligible for the position because airport security requires employment authorization valid for at least six months and, as a result of the partial vacatur, his employment authorization was not valid for that period.

10. **B.P.** is a Haitian TPS holder and member of the NTPSA. He has lived in the Northeast since 2021 with his family. He sought asylum at the border with his wife and son and has a pending asylum application with USCIS. B.P. and his wife received TPS in 2023 and extended their TPS in 2024. Their son is enrolled in elementary school, where he

has quickly learned English and made friends. Their family welcomed a daughter in 2023. Now 15 months old, B.P.'s daughter is a U.S. citizen. B.P. and his wife work as home health aides, providing vital care to seniors. If B.P. and his wife lose their TPS, they would be vulnerable to detention and deportation proceedings, risking family separation. B.P. and his wife cannot go back to Haiti, a country their children do not know and where they believe their lives would be in danger. B.P. struggles to sleep at night thinking about what his family will do if they lose TPS.

11. **D.F.** is 28 years old, a member of NTPSA, and lives in the Northeast. Born in Haiti, she has resided in the United States since the age of nine and has had TPS since 2010. Her mother, father, sister, and several other relatives also rely on TPS. She has one younger brother who is a U.S. citizen. D.F. holds a Bachelor's degree in health science, and a Master's degree in healthcare administration. She worked full time to put herself through undergraduate and graduate school and now works as a program manager for a mobile healthcare unit, providing medical and dental care to underserved populations in the state she now calls home. TPS is what has allowed D.F. to work, obtain an advanced degree, and pursue a meaningful and impactful career in community healthcare. She has no other form of protection or relief from deportation. If she loses her TPS status, D.F.'s career will be irreparably harmed as she will be unable to continue working. She will be left without a means to support herself, and many of her family members will be in similarly desperate circumstances. At the same time, D.F. feels it is impossible for her to return to Haiti, where the current government, unable to protect the people who live there, is obviously incapable of safely receiving the hundreds of thousands of Haitians who have been residing in the United States under TPS.

**The Vacatur and Termination of Venezuela's TPS Extension Continues to Harm NTPSA's Members**

12. When this case was first filed, NTPSA had more than 84,000 Venezuelan TPS holder members living in all 50 states and the District of Columbia.

13. NTPSA's Venezuelan TPS holder membership has continued to grow over

the course of this litigation. NTPSA has continued to organize with the Venezuelan TPS community, including by holding virtual meetings to keep the community updated about this case and the current status of Venezuela's designation. Those meetings regularly have hundreds, and sometimes thousands, of attendees.

14. Between May 23 and May 26, 2025, NTPSA coordinated approximately ten in person "asambleas" (assemblies) of TPS holders across the country, including in New Jersey, Massachusetts, and Los Angeles, California. These asambleas were attended by TPS holders from many countries, including Venezuela and Haiti. NTPSA also coordinated four in person asambleas with the Venezuelan TPS holder community specifically between May 23 and June 2, 2025 in Miami, Tampa, Orlando and Houston. In all, approximately one thousand TPS holders, including hundreds of TPS holders from Venezuelan, attended these in person asambleas.

15. As of today, NTPSA has more than 161,000 Venezuelan TPS holder members living in all 50 states and the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Miami, Florida this 2nd day of June, 2025.

Jose A Palma Jimenez

José A. Palma Jimenez