UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER EXTRA-RECORD EVIDENCE** |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiffs' Administrative Motion to Consider Extra-Record Evidence. Having considered Plaintiffs' request and any response thereto, and for the reasons explained more fully in the Court's order rejecting the government's contention that there was a categorical bar to extra-record discovery, *see* Docket No. 129 (order), the Court finds good cause and GRANTS the request and will consider the extra-record evidence identified by Plaintiffs in Plaintiffs' Motion for Partial Summary Judgment.

**IT IS SO ORDERED.**

Date: _____, 2025

_____
The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE