United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL TPS ALLIANCE, et al.,

Plaintiffs,

v.

KRISTI NOEM, et al.,

Defendants.

Case No. 25-cv-01766-EMC   (SK)

**NOTICE OF REFERRAL FOR DISCOVERY**

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery.  The parties must comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's website at http://www.cand.uscourts.gov/sk.

The parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred.  The Court will consider the discovery matter already presented to the District Court (Dkt. No. 159) as currently briefed according to the procedures set forth by the District Court.

Please contact the Courtroom Deputy Clerk Brenda Lopez at (415) 522-4158 with any questions.

**IT IS SO ORDERED**.

Dated: June 4, 2025

SALLIE KIM
United States Magistrate Judge