YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*, <br><br> Defendants. | Case No. 3:25-cv-1766-EMC <br><br> Judge: Hon. Edward M. Chen <br><br> RESPONSE TO PLAINTIFFS' NOTICE OF NON-COMPLIANCE |

RESPONSE TO PLAINTIFFS'
NOTICE OF NON-COMPLIANCE
No. 3:25-cv-1766-EMC

Defendants submit this Response to Plaintiffs' Notice of Non-Compliance. ECF No. 175. As undersigned counsel stated in her discussion with opposing counsel on June 4, 2025, Defendants inadvertently overlooked the deadline indicated in the May 29, 2025 minute entry. ECF No. 161.[1] Instead, Defendants were operating under an understanding that the June 6, 2025 deadline pertained to the completion of the final declaration whether the 20 custodians at issue used communication means outside of government email and OneDrive, and if so, the steps taken to collect the responsive data after conferring on collection methodology with Plaintiffs. *Id.* Because these individuals include high-level officials including the Secretary of Homeland Security, the Deputy Secretary of Homeland Security, and additional advisors, the process of obtaining this information is not instantaneous. While Defendants did start that process shortly after the Court's May 29 hearing, it has not been completed as of June 4, 2025. Defendants intend to file the declaration as soon as possible and will meet and confer with Plaintiffs if any custodian identifies use of a personal account for communication in the interim.

Dated: June 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel

CATHERINE ROSS (DC Bar 9007404)
ERIC SNYDERMAN (VA Bar 99563)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT (NY Bar 5321880)
JEFFREY HARTMAN (WSBA 49810)
AMANDA SAYLOR (FL Bar 1031480)
Trial Attorneys

/s/ *Sarah L. Vuong*
SARAH L. VUONG
Assistant Director (CA Bar 258528)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

---

[1] While undersigned received an ECF notification regarding Docket Entry 161, that entry does not appear on the public facing docket.

RESPONSE TO PLAINTIFFS'
NOTICE OF NON-COMPLIANCE
No. 3:25-cv-1766-EMC

1

|   |   |
|---|---|
| 1 | |
| 2 | General Litigation and Appeals Section |
|   | P.O. Box 868, Ben Franklin Station |
| 3 | Washington, DC 20044 |
|   | Tel: (202) 305-1263 |
|   | sarah.l.vuong@usdoj.gov |

*Attorneys for the Defendants*

RESPONSE TO PLAINTIFFS'
NOTICE OF NON-COMPLIANCE
No. 3:25-cv-1766-EMC

2