| | |
|---|---|
| Ahilan T. Arulanantham (SBN 237841) | Yaakov M. Roth |
| arulanantham@law.ucla.edu | Acting Assistant Attorney General |
| CENTER FOR IMMIGRATION LAW AND | Civil Division |
| POLICY, UCLA SCHOOL OF LAW | Drew Ensign |
| 385 Charles E. Young Dr. East | Deputy Assistant Attorney General |
| Los Angeles, CA 90095 | Sarah L. Vuong (CA Bar 258528) |
| Telephone: (310) 825-1029 | Assistant Director |
| | William H. Weiland (MA Bar 661433) |
| Emilou MacLean (SBN 319071) | Senior Litigation Counsel |
| emaclean@aclunc.org | Lauren Bryant (NY Bar 5321880) |
| Michelle (Minju) Y. Cho (SBN 321939) | Anna Dichter (NJ Bar 304442019) |
| mcho@aclunc.org | Jeffrey Hartman (WA Bar 49810) |
| Amanda Young (SBN 359753) | Luz Maria Restrepo (NY Bar 4907077) |
| ayoung@aclunc.org | Catherine Ross (DC Bar 9007404) |
| ACLU FOUNDATION | Amanda Saylor (FL Bar 1031480) |
| OF NORTHERN CALIFORNIA | Eric Snyderman (VA Bar 99563) |
| 39 Drumm Street | Trial Attorneys |
| San Francisco, CA 94111-4805 | U.S. Department of Justice, Civil Division |
| Telephone: (415) 621-2493 | Office of Immigration Litigation |
| Facsimile: (415) 863-7832 | General Litigation and Appeals Section |
| | P.O. Box 868, Ben Franklin Station |
| Attorneys for Plaintiffs | Washington, DC 20044 |
| [Additional Counsel Listed on Next Page] | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:25-cv-01766-EMC <br><br> **STIPULATION REGARDING LATE-PRODUCED DOCUMENTS AND [PROPOSED] ORDER** <br><br> Assigned to: Hon. Edward M. Chen <br><br> Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

Pursuant to Civ. L.R. 7-12, the parties, by and through their respective counsel, submit this stipulation regarding Plaintiffs' use of late-produced documents in connection with their forthcoming Opposition to Defendants' Motion for Summary Judgment and Reply in further support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. 165).

**WHEREAS**, on April 30, 2025, pursuant to the Parties' stipulation, this Court set the following briefing schedule for the Parties' Cross-Motions for Summary Judgment:

- Plaintiffs shall file their Motion for Summary Judgment on or before May 26, 2025.
- Defendants shall file an Opposition to Plaintiffs' Motion for Summary Judgment and their Motion for Summary Judgment on or before June 10, 2025.
- Plaintiffs shall file their Reply in further support of their Motion for Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment on or before June 20, 2025.
- Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on or before June 27, 2025.
- The Court shall hear argument on the Parties' Cross-Motions for Summary Judgment on July 11, 2025. Dkt. 124.

**WHEREAS**, on May 9, 2025, this Court granted the Parties' stipulated request that Plaintiffs file their Motion for Summary Judgment on or before May 27, 2025, in light of the Memorial Day holiday on May 26, 2025. The briefing schedule for the Parties' Cross-Motions for Summary Judgment otherwise remained the same. Dkt. 134.

**WHEREAS,** on May 19, 2025, pursuant to Court Order, (*see* Dkts. 135, 143), Defendants produced 77 documents responsive to Plaintiffs' first, second and sixth requests for production.

**WHEREAS**, on May 22, 2025, Defendants' counsel emailed Plaintiffs' counsel to notify Plaintiffs that 159 documents from USCIS custodians that were potentially responsive to Plaintiffs' requests for production were inadvertently not batched out for review. Defendants' counsel stated that they intended to have the documents reviewed, and responsive, non-privileged documents produced, by May 27, 2025, and offered to adjust the briefing schedule on the Parties' cross-motions for summary judgment to accommodate this belated production.

**WHEREAS,** on May 23, 2025, the parties therefore stipulated to, and, on May 27, 2025, the Court ordered, the following briefing schedule (Dkts. 149, 152):

- Plaintiffs shall file their Motion for Summary Judgment on or before June 3, 2025.
- Defendants shall file their Opposition and Cross-Motion for Summary Judgment on or before June 17, 2025.
- Plaintiffs shall file their Reply in further support of their Motion for Summary Judgment and their Opposition to Defendants' Motion for Summary Judgment on or before June 27, 2025.
- Defendants will waive their Reply in further support of their Motion for Summary Judgment.
- The Court will hear argument on the Parties' Cross-Motions for Summary Judgment on July 11, 2025.

**WHEREAS,** on May 27, 2025, Defendants filed a declaration explaining that (1) non-governmental sources, such as personal phones, were not searched for responsive documents and (2) "systematic issues" with their search tool had led to additional potentially responsive documents from governmental sources not being reviewed. Dkt. 153-1.

**WHEREAS,** on May 30, 2025, the Court ordered Defendants to (1) ask the custodians at issue whether they used non-governmental means to communicate regarding the TPS decisions, and, if so, to meet and confer with Plaintiffs regarding an appropriate search of these non-governmental sources; and (2) to complete production from all outstanding searches by June 6, 2025. Dkt. 161.

**WHEREAS,** the Parties agreed that, rather than seeking to delay the schedule further to accommodate this production after the deadline for Plaintiffs' Motion for Summary Judgment, that Plaintiffs could instead introduce and rely on any documents produced by Defendants after June 3, 2025 in connection with their Opposition to Defendants' Motion for Summary Judgment and Reply in further support of Plaintiffs' Motion for Partial Summary Judgment; and

**WHEREAS,** on June 3, 2025, Plaintiffs filed their Motion for Partial Summary Judgment. Dkt. 165.

**IT IS THEREFORE STIPULATED AND AGREED**, by the Parties and subject to the approval of the Court:

- Plaintiffs may introduce and rely on any documents produced by Defendants after June 3, 2025 in connection with their Opposition to Defendants' Motion for Summary Judgment and Reply in further support of Plaintiffs' Motion for Partial Summary Judgment.

IT IS SO STIPULATED.

Respectfully submitted,

Date: June 5, 2025

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

*/s/ Emilou MacLean*
Emilou MacLean
Attorneys for Plaintiffs

Date: June 5, 2025

U.S. DEPARTMENT OF JUSTICE

*/s/ Sara L. Vuong*
Sarah L. Vuong
Attorneys for Defendants

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

*/s/ Emilou MacLean*
Emilou MacLean

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 5__, 2025

_____
The Honorable Edward M. Chen
United States District Judge

3