1  YAAKOV M. ROTH
   Acting Assistant Attorney General
2  Civil Division
   SARAH L. VUONG (CA Bar 258528)
3  Assistant Director
   WILLIAM H. WEILAND (Mass. Bar 661433)
4  Senior Litigation Counsel
   LAUREN BRYANT (NY Bar 5321880)
5  ANNA DICHTER (NJ Bar 304442019)
   JEFFREY HARTMAN (WA Bar 49810)
6  CATHERINE ROSS (DC Bar 9007404)
   AMANDA SAYLOR (FL Bar 1031480)
7  ERIC SNYDERMAN (VA Bar 99563)
   Trial Attorneys
8  U.S. Department of Justice, Civil Division
   Office of Immigration Litigation
9  General Litigation and Appeals Section
   P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044

11 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*,<br><br>　　　　　　　Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**DEFENDANTS' NOTICE OF FILING**<br><br>Judge: Hon. Edward M. Chen<br>Date: June 5, 2025 |

1  In accordance with this Court's order, ECF No. 179, Defendants file the attached declarations.

2  Dated: June 5, 2025                            Respectfully submitted,

3                                                  YAAKOV M. ROTH
                                                   Acting Assistant Attorney General
4                                                  Civil Division

5                                                  SARAH L. VUONG
                                                   Assistant Director
6
                                                   ERIC SNYDERMAN
7                                                  ANNA DICHTER
                                                   LAUREN BRYANT
8                                                  CATHERINE ROSS
                                                   AMANDA B. SAYLOR
9                                                  JEFFREY M. HARTMAN
                                                   Trial Attorneys
10
                                                   /s/ *William H. Weiland*
11                                                 WILLIAM H. WEILAND
                                                   MA Bar 661433
12                                                 Senior Litigation Counsel
                                                   U.S. Department of Justice, Civil Division
13                                                 Office of Immigration Litigation
                                                   General Litigation and Appeals Section
14                                                 P.O. Box 868, Ben Franklin Station
                                                   Washington, DC 20044
15                                                 Tel: (202) 305-0770
                                                   William.H.Weialnd@usdoj.gov
16

17                                                 *Attorneys for the Defendants*