1  YAAKOV M. ROTH
   Acting Assistant Attorney General
2  Civil Division
   SARAH L. VUONG (CA Bar 258528)
3  Assistant Director
   WILLIAM H. WEILAND (Mass. Bar 661433)
4  Senior Litigation Counsel
   LAUREN BRYANT (NY Bar 5321880)
5  ANNA DICHTER (NJ Bar 304442019)
   JEFFREY HARTMAN (WA Bar 49810)
6  CATHERINE ROSS (DC Bar 9007404)
   AMANDA SAYLOR (FL Bar 1031480)
7  ERIC SNYDERMAN (VA Bar 99563)
   Trial Attorneys
8  U.S. Department of Justice, Civil Division
   Office of Immigration Litigation
9  General Litigation and Appeals Section
   P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044

11 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>         Plaintiff,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*,<br><br>         Defendants. | Case No. 3:25-cv-1766-EMC<br><br>Judge: Hon. Edward M. Chen<br><br>DECLARATION OF KATELAND JACKSON |

DECLARATION OF KATELAND JACKSON
No. 3:25-cv-1766-EMC

I, Kateland Jackson, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Chief of Staff at the Office of General Counsel within the Department of Homeland Security ("DHS"). As the Chief of Staff, I supervise attorneys and other professional staff who are coordinating efforts at DHS Headquarters (DHS HQ) to respond to court orders and discovery requests in this case, as well as in other litigation in which DHS HQ is a party or has equities. The facts set forth herein are of my own personal knowledge.

2. As a threshold issue, the Office for the Chief Information Officer, who is responsible for DHS technology and systems, confirmed that searching OneDrive is synonymous with searching employees' hard drives—i.e., everything saved on an employee's hard drive is automatically saved to OneDrive.

3. The following court-ordered custodians are current employees of DHS: Deputy Secretary Edgar, Troup Hemenway, Benjamine C. Huffman, Joseph Guy, Robert Law, Corey Lewandowski, Joseph Mazzara, Secretary Noem, Jimmy Percival. The employees were asked whether they used: personal email, messaging on a personal phone, or messaging on a work phone with respect to the TPS decisions at issue in this litigation.

   a. Mr. Huffman responded, no, to the best of his information and recollection.

   b. Mr. Percival, Mr. Law, and Mr. Mazzara responded, no.

   c. Mr. Hemenway and Mr. Guy do not use their personal devices for work purposes and have no recollection of deviating from that practice here. They similarly, to their best recollection and belief, did not use text messaging applications on their work phones.

   d. I have not yet been able to personally discuss this issue with the Secretary, Deputy Secretary, and Corey Lewandowski, but my understanding based on what was relayed to me by those who discussed this with them is that they do not use their personal devices for work purposes and have no recollection of deviating from that practice here. They similarly, to their best recollection and belief, did not use text messaging applications on their work phones.

1

4. Based on information provided to me in the course of my employment, the following court-ordered custodian left DHS on or around February 27, 2025: Tony Pham.

Executed at Washington, D.C. on this 5th day of June, 2025.

KATELAND R JACKSON
Digitally signed by KATELAND R JACKSON
Date: 2025.06.05 21:10:08 -04'00'

Kateland Jackson
Chief of Staff
Office of the General Counsel
U.S. Department of Homeland Security

2