1  YAAKOV M. ROTH
   Acting Assistant Attorney General
2  Civil Division
   SARAH L. VUONG (CA Bar 258528)
3  Assistant Director
   WILLIAM H. WEILAND (Mass. Bar 661433)
4  Senior Litigation Counsel
   LAUREN BRYANT (NY Bar 5321880)
5  ANNA DICHTER (NJ Bar 304442019)
   JEFFREY HARTMAN (WA Bar 49810)
6  CATHERINE ROSS (DC Bar 9007404)
   AMANDA SAYLOR (FL Bar 1031480)
7  ERIC SNYDERMAN (VA Bar 99563)
   Trial Attorneys
8  U.S. Department of Justice, Civil Division
   Office of Immigration Litigation
9  General Litigation and Appeals Section
   P.O. Box 868, Ben Franklin Station
10 Washington, DC 20044

11 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*, | Case No. 3:25-cv-1766-EMC |
| Plaintiff, | |
| v. | Judge: Hon. Edward M. Chen |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*, | DECLARATION OF HEATHER MARTIN |
| Defendants. | |

DECLARATION OF TRISTAN ZITTENFIELD
No. 3:25-cv-1766-EMC

I, Heather Martin, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Acting Deputy Chief of Staff at U.S. Citizenship and Immigration Services ("USCIS"). The facts set forth herein are of my own personal knowledge, or known to me based on information and belief.

2. I submit this declaration pursuant to the Court's Order contained within ECF 161 stating: "[t]he government shall immediately ask the 20 custodians at issue whether they used communication means outside of government email and OneDrive with respect to the TPS decisions (e.g., nongovernment email, text messaging, hard drive)."

3. The following custodians at USCIS: Andrew Davidson, Kika Scott, Joseph Edlow, Samantha Deshommes, Connie Nolan, Thomas Perkowski, Jessica Robles, and Emma Krichinsky, were asked whether they used communication means outside of government email and OneDrive (e.g. text messaging, Signal) with respect to the TPS decisions at issue. Jennifer Higgins, who has transferred to FEMA, was also asked the same. After conducting a reasonable search, each of the aforementioned custodians answered "No."

4. Amany Zeldin no longer works for USCIS pursuant to her separation from federal service.

Executed at Camp Springs, MD on this 5th day of June, 2025.

HEATHER A MARTIN
Digitally signed by HEATHER A MARTIN
Date: 2025.06.05 19:59:22 -04'00'

Heather Martin
Acting Deputy Chief of Staff
U.S. Citizenship and Immigration Services

1