YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*, <br><br> Defendants. | Case No. 3:25-cv-1766-EMC <br><br> Judge: Hon. Edward M. Chen <br><br> DECLARATION OF JOSEPH N. MAZZARA |

DECLARATION OF JOSEPH N. MAZZARA
No. 3:25-cv-1766-EMC

I, Joseph N. Mazzara, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Acting General Counsel at the Department of Homeland Security (DHS). The facts set forth herein are of my own personal knowledge.

2. The following court-ordered custodians currently work at DHS: Secretary Noem, Deputy Secretary Edgar, and Corey Lewandowski. I asked them whether they used personal email, messaging on a personal phone, or messaging on a work phone with respect to the TPS decisions at issue in this litigation.

   a. Secretary Noem, Deputy Secretary Edgar, and Mr. Lewandowski responded that to the best of their recollection: no, and there was no use of messaging on their work phone with respect to the TPS decision-making. They also said that it is not their practice to use any of their personal devices or emails for official business.

Executed at Washington, D.C. on the 10th day of June, 2025.

*/s/ Joseph N. Mazzara*
Joseph N. Mazzara
Acting General Counsel
U.S. Department of Homeland Security

DECLARATION OF JOSEPH N. MAZZARA
No. 3:25-cv-1766-EMC