YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>        Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*,<br><br>        Defendants. | Case No. 3:25-cv-1766-EMC<br><br>Judge: Hon. Edward M. Chen<br><br>DECLARATION OF HEATHER MARTIN |

DECLARATION OF HEATHER MARTIN
No. 3:25-cv-1766-EMC

I, Heather Martin, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Acting Deputy Chief of Staff at U.S. Citizenship and Immigration Services ("USCIS"). The facts set forth herein are of my own personal knowledge.

2. I submit this declaration pursuant to the Court's Order contained within ECF 161 stating: "[t]he government shall immediately ask the 20 custodians at issue whether they used communication means outside of government email and OneDrive with respect to the TPS decisions (e.g., nongovernment email, text messaging, hard drive)" and the Court's concerns in its Order Regarding Use of Non-Governmental Communications Methods, ECF 183.

3. On June 9, 2025, I asked the following custodians at USCIS: Andrew Davidson, Kika Scott, Joseph Edlow, Samantha Deshommes, Connie Nolan, Thomas Perkowski, Jessica Robles, and Emma Krichinsky, whether they used communication means outside of government email and OneDrive (e.g., nongovernment email, text messaging, personal hard drive) with respect to the Haiti and Venezuela TPS decisions. I also asked Jennifer Higgins, who has transferred to FEMA, the same. After conducting a reasonable search, each of the aforementioned custodians answered "No."

4. Amany Zeldin no longer works for USCIS pursuant to her separation from federal service.

Executed at Camp Springs, MD on this 10th day of June, 2025.

_____
Heather Martin
Acting Deputy Chief of Staff
U.S. Citizenship and Immigration Services

1