Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., | Case No. 3:25-cv-01766-EMC **DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF MOTION FOR COMPLIANCE WITH COURT ORDER [ECF 162]** |
| Plaintiffs, | |
| vs. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, | |
| Defendants. | |

1  Additional Counsel for Plaintiffs

2  Jessica Karp Bansal (SBN 277347)
   jessica@ndlon.org
3  Lauren Michel Wilfong (*Pro Hac Vice*)
   lwilfong@ndlon.org
4  NATIONAL DAY LABORER
5  ORGANIZING NETWORK
   1030 S. Arroyo Parkway, Suite 106
6  Pasadena, CA 91105
   Telephone: (626) 214-5689
7
8  Eva L. Bitran (SBN 302081)
   ebitran@aclusocal.org
9  Diana Sanchez
   dianasanchez@aclusocal.org
10 ACLU FOUNDATION
   OF SOUTHERN CALIFORNIA
11 1313 West 8th Street
12 Los Angeles, CA 90017
   Telephone: (213) 977-5236
13
14 Erik Crew (*Pro Hac Vice*)
   ecrew@haitianbridge.org
15 HAITIAN BRIDGE ALLIANCE
   4560 Alvarado Canyon Road, Suite 1H
16 San Diego, CA 92120
   Telephone: (949) 603-7411
17

18

19

20

21

22

23

24

25

26

27

28

I, Jessica Karp Bansal, declare:

1.    I am an attorney at law duly licensed and entitled to practice in the State of California. I am an attorney with the National Day Laborer Organizing Network and counsel of record in this action. I make this declaration in support of Plaintiffs' Motion for Compliance with Court Order [ECF 162]. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently as follows.

2.    On Thursday, June 12, 2025, I emailed counsel for Defendants regarding inaccuracies on USCIS's webpage for Venezuela's TPS designation that rendered the webpage inconsistent with this Court's May 30, 2025 Order (ECF No. 162). Counsel for Defendants did not respond. Today, June 17, 2025, I again emailed counsel for Defendants and requested Defendants' position on Plaintiffs' intended Administrative Motion for Order Shortening Time and Setting Schedule re: Plaintiffs' Motion for Compliance with Court Order [ECF 162]. Defendants' counsel responded and stated, with regard to the webpage inaccuracies, that they "are checking on this issue," and that Defendants would oppose any motion to shorten time. A true and correct copy of this email exchange is attached as Exhibit A.

3.    Attached as Exhibit B is a true and correct copy of the USCIS webpage regarding Venezuela's TPS designation as it appeared on Friday, June 6 at 17:36 GMT.

4.    Attached as Exhibit C is a true and correct copy of the USCIS webpage regarding Venezuela's TPS designation as it appeared on Monday, June 9 at 19:05 GMT.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Claremont, California this 17th day of June, 2025.

/s/ *Jessica Karp Bansal*
Jessica Karp Bansal

Exhibit A

**From:** **Vuong, Sarah L. (CIV)** Sarah.L.Vuong@usdoj.gov
**Subject:** RE: [EXTERNAL] Re: NTPSA, USCIS Website
**Date:** June 17, 2025 at 11:30 AM
**To:** Jessica Bansal jessica@ndlon.org, Weiland, William H. (CIV) William.H.Weiland@usdoj.gov
**Cc:** Bryant, Lauren E (CIV) Lauren.E.Bryant@usdoj.gov, Ross, Catherine (CIV) Catherine.Ross@usdoj.gov, Saylor, Amanda B (CIV) Amanda.B.Saylor@usdoj.gov, Sheffield, Carlton F. (CIV) Carlton.F.Sheffield2@usdoj.gov, Snyderman, Eric M. (CIV) Eric.M.Snyderman@usdoj.gov, Emi MacLean EMacLean@aclunc.org, Ahilan Arulanantham arulanantham@law.ucla.edu, Eva Bitran ebitran@aclusocal.org, Erik Crew ecrew@haitianbridge.org, Dichter, Anna L. (CIV) Anna.L.Dichter@usdoj.gov, Hartman, Jeffrey M. (CIV) Jeffrey.M.Hartman@usdoj.gov

Hi Jessica,

We are checking on this issue.  We oppose any motion to shorten time.

Regards,
Sarah

---

**From:** Jessica Bansal <jessica@ndlon.org>
**Sent:** Tuesday, June 17, 2025 2:07 PM
**To:** Vuong, Sarah L. (CIV) <Sarah.L.Vuong@usdoj.gov>; Weiland, William H. (CIV) <William.H.Weiland@usdoj.gov>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <Catherine.Ross@usdoj.gov>; Saylor, Amanda B (CIV) <Amanda.B.Saylor@usdoj.gov>; Sheffield, Carlton F. (CIV) <Carlton.F.Sheffield2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Emi MacLean <EMacLean@aclunc.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Eva Bitran <ebitran@aclusocal.org>; Erik Crew <ecrew@haitianbridge.org>; Dichter, Anna L. (CIV) <Anna.L.Dichter@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>
**Subject:** [EXTERNAL] Re: NTPSA, USCIS Website

Dear Sarah and Will,

We have not received a response to my email below from last Thursday and so, as we had advised, we will be filing a compliance motion with the Court today. Given the urgency of this issue for NTPSA members who have been laid off from their jobs, we will be also filing a motion to shorten time. We plan to ask that Defendants' response to the compliance motion be due on Friday, Plaintiffs' reply be due on Tuesday, and the hearing be set for next Thursday, June 26. Please let us know Defendants' position on Plaintiffs' motion to shorten time.

Thank you,

Jessica

On Thu, Jun 12, 2025 at 8:18 AM Jessica Bansal <jessica@ndlon.org> wrote:

> Dear Sarah and Will,
>
> We write regarding the updated language on USCIS's TPS Venezuela page. The current language fails to accurately represent the court's May 30 order. Under that order, two separate categories of documentation issued to Venezuelan TPS holders pursuant to the January 17 extension remain valid, if received on or before February 5: (1) Forms I-94 and final approvals of TPS applications issued

with October 2, 2026 expiration dates; and (2) Notices of Action acknowledging receipt of employment authorization applications and automatically extending employment authorization by 540 days. The USCIS website currently acknowledges the ongoing validity of only the first category of documents. We are aware of NTPSA members whose employers have terminated their employment due to this omission.

To bring the website into compliance with the Court's May 30 order, we ask that the agency make the following changes by no later than Tuesday, June 17, at 9am PT.

First, add the language in red to the Alert at the top of the page:

> On May 30, 2025, the district court in case No. 3:25-cv-1766 ordered that —pending resolution of the litigation—TPS beneficiaries who received TPS-related employment authorization documents, Forms I-797, Notices of Action, and Forms I-94 issued with October 2, 2026 expiration dates on or before February 5, 2025 will maintain that status, and their documentation will remain valid during the course of the litigation.  This includes Notices of Action received on or before February 5, 2025 automatically extending employment authorization by 540 days.  All TPS-related documentation with a validity date of October 2, 2026, received after February 5, 2025, is no longer valid and those individuals under the 2023 designation no longer have TPS.

Second add the language in red to the "Employment Authorization Document (EAD) Auto-Extended Through" column of the "2023 Redesignation of Venezuela for TPS" column of the chart immediately below the Alert:

> TPS beneficiaries who received Notices of Action on or before February 5, 2025 automatically extending their employment authorization for 540 days will maintain that employment authorization and their automatic extension will remain valid pending resolution of the litigation in *National TPS Alliance, et al., v. Kristi Noem et al.*, No. 3:25-cv-01766 (N.D. Cal. Mar. 31, 2025)

Please let us know if you have any questions. If the agency does not make this change by Tuesday, June 17 at 9am PT, we will seek relief from the Court.

Best,

Jessica

—

**Jessica Bansal**

TPS Counsel
National Day Laborer Organizing Network (NDLON)
Telephone: (626) 214-5689
jessica@ndlon.org

CONFIDENTIALITY NOTICE: The information contained in this email and any similar enclosure is confidential

CONFIDENTIALITY NOTICE: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of any portion of this message or any attachment is strictly prohibited. If you think you have received this message in error, please notify the sender at the above address, and delete this message, along with any attachments. Thank you.

Exhibit B

An official website of the United States government    Here's how you know ⌄        Español    ⊕ Multilingual Resources

U.S. Citizenship
and Immigration
Services

Search our site 🔍        Sign In ⌄

**Topics** ⌄    **Forms** ⌄    **Newsroom** ⌄    **Citizenship** ⌄    **Green Card** ⌄    **Laws** ⌄    **Tools** ⌄

**Humanitarian**

- Abused Spouses, Children and Parents ⌄
- Consideration of Deferred Action for Childhood Arrivals (DACA) ⌄
- Deferred Enforced Departure ⌄
- Information for Afghan Nationals ⌄
- Employment Resources for Parolees in the United States
- Humanitarian or Significant Public Benefit Parole for Aliens Outside the United States ⌄
- Refugees and Asylum ⌄
- **Temporary Protected Status** ⌃
  - Afghanistan
  - Burma (Myanmar)
  - Cameroon
  - El Salvador
  - Ethiopia
  - Haiti
  - Honduras
  - Lebanon
  - Nepal
  - Nicaragua
  - Somalia
  - South Sudan
  - Sudan
  - Syria
  - Ukraine
  - **Venezuela**
  - Yemen
- Victims of Human Trafficking and Other Crimes ⌄

Home > Humanitarian > Temporary Protected Status > Temporary Protected Status Designated Country: Venezuela

# Temporary Protected Status Designated Country: Venezuela

ℹ **ALERT:** On May 19, 2025, the U.S. Supreme Court, in a convincing 8-1 decision, granted the government's emergency stay of Judge Edward Chen's order. See *National TPS Alliance, et al., v. Kristi Noem et al.,* No. 3:25-cv-01766 (N.D. Cal. Mar. 31, 2025). Previously, on Feb. 3, 2025, Secretary of Homeland Security Kristi Noem's vacatur of the Jan. 17, 2025, notice that extended a TPS designation for Venezuela was published in the Federal Register, and on Feb. 5, 2025, the Secretary's decision to terminate TPS under the 2023 designation for Venezuela was published. Based on the Supreme Court's May 19 order, the erroneous March 31, 2025, district court order in case No. 3:25-cv-1766 is stayed pending the disposition of the government's appeal in the United States Court of Appeals for the Ninth Circuit.

Further updates regarding TPS Venezuela will be posted on this webpage. Separately, TPS under the 2021 designation for Venezuela remains in effect through Sept. 10, 2025.

| 2021 Designation of Venezuela for TPS (Venezuela 2021) | | 2023 Redesignation of Venezuela for TPS (Venezuela 2023) | |
|---|---|---|---|
| **TPS Extended Through:** | Sept. 10, 2025 | **TPS Extended Through:** | Oct. 2, 2026 (under protest pursuant to court order) |
| **Re-registration Period:** | Jan. 10, 2024 – March 10, 2024, but also see below "When to File for TPS" | **Re-Registration Period:** | Jan. 17, 2025, through Sept. 10, 2025 |
| **Employment Authorization Document (EAD) Auto-Extended Through:** | April 2, 2026 | **Employment Authorization Document (EAD) Auto-Extended Through:** | April 2, 2026 (under protest pursuant to court order) |
| **Continuous Residence in United States Since:** | March 8, 2021 | **Continuous Residence in United States Since:** | July 31, 2023 |
| **Continuous Physical Presence in United States Since:** | March 9, 2021 | **Continuous Physical Presence in United States Since:** | Oct. 3, 2023 |
| **Designation Date:** | March 9, 2021 | **Designation Date:** | Oct. 3, 2023 |
| **Federal Register Notice Citation:** | • 88 FR 68130 <br> • 88 FR 80327 | **Federal Register Notice Citation:** | 90 FR 9040 |

⤢ Close All


Need Help?
Chat with Emma™

Venezuela

Yemen

Victims of Human Trafficking and Other Crimes ⌄

Female Genital Mutilation or Cutting (FGM/C)

Forced Marriage

| Federal Register Notice Citation: | • 88 FR 6813 | Federal Register Notice Citation: | 90 FR 9040 |
| --- | --- | --- | --- |
| | • 88 FR 80327 | | |

⤢ Close All    ⤢ Open All

## When to File for TPS ⌃

If you currently have TPS under Venezuela's 2023 designation, you must re-register during the re-registration period that runs from Jan. 17, 2025, through Sept. 10, 2025. If you registered under either the March 9, 2021, TPS designation or the Oct. 3, 2023, TPS designation, you may re-register under the Venezuela 2023 extension. If you appropriately apply for TPS or re-register under this Venezuela 2023 Federal Register notice and are approved by USCIS, you will obtain TPS through the same extension date of Oct. 2, 2026.

We encourage you to re-register as soon as possible within the re-registration period.

If you already applied for TPS under Venezuela's 2021 or 2023 designations, and your application was still pending on Jan. 17, 2025, you do not need to file to re-register. If we approve your pending Form I-821, we will grant you TPS through Oct. 2, 2026.

Go to the TPS page for information about registering.

## Where to File ⌃

If you are applying for TPS Venezuela, you may file Form I-821, Application for Temporary Protected Status, online. When filing an initial TPS application or re-registering for TPS, you can also request an Employment Authorization Document (EAD) by submitting a completed Form I-765, Application for Employment Authorization, online with your Form I-821.

**File Online**

If you are filing a paper initial TPS application or re-registering for TPS, or if you are filing for a replacement EAD for TPS you were already granted, send your TPS package to the appropriate address in the table below.

| If you live in: | Then, mail your application to: |
| --- | --- |
| • California<br>• Texas | **U.S. Postal Service (USPS):**<br><br>USCIS<br>Attn: TPS Venezuela<br>P.O. Box 20300<br>Phoenix, AZ 85036-0300<br><br>**FedEx, UPS, and DHL deliveries:**<br><br>USCIS<br>Attn: TPS Venezuela (Box 20300)<br>2108 E. Elliot Rd.<br>Tempe, AZ 85284–1806 |
| • Florida | **U.S. Postal Service (USPS):**<br><br>USCIS<br>Attn: TPS Venezuela<br>P.O. Box 660864<br>Dallas, TX 75266-0864<br><br>**FedEx, UPS, and DHL deliveries:**<br><br>USCIS<br>Attn: TPS Venezuela (Box 660864)<br>2501 S. State Highway, 121 Business<br>Suite 400<br>Lewisville, TX 75067-8003 |

Need Help? Chat with Emma™

USCIS
Attn: TPS Venezuela (Box 660864)
2501 S. State Highway, 121 Business
Suite 400
Lewisville, TX 75067-8003

| | |
|---|---|
| • Illinois<br>• Indiana<br>• Massachusetts<br>• New Jersey<br>• New York<br>• North Carolina<br>• Utah<br>• Virginia | **U.S. Postal Service (USPS):**<br><br>USCIS<br>Attn: Venezuela<br>P.O. Box 4091<br>Carol Stream, IL 60197-4091<br><br>**FedEx, UPS, and DHL deliveries:**<br><br>USCIS<br>Attn: TPS Venezuela (Box 4091)<br>2500 Westfield Drive<br>Elgin, IL 60124-7836 |
| All other states and U.S. territories | **U.S. Postal Service (USPS):**<br><br>USCIS<br>Attn: TPS Venezuela<br>P.O. Box 805282<br>Chicago, IL 60680-5285<br><br>**FedEx, UPS, and DHL deliveries:**<br><br>USCIS<br>Attn: TPS Venezuela (Box 805282)<br>131 South Dearborn Street, 3rd Floor<br>Chicago, IL 60603-5517 |

If we approve your application for TPS and you filed Form I-765 and paid the fee for an EAD (or we approved your fee waiver request), we will issue you an EAD with an expiration date of Oct. 2, 2026.

Given the time frames involved with processing TPS re-registration applications, the Federal Register notice automatically extends through April 2, 2026 (pending further litigation), the validity of EADs previously issued under the TPS designation of Venezuela.

For more information on TPS eligibility requirements, what to file, and step-by-step instructions on submitting an initial TPS application package, go to the TPS page. You can find the filing fees for TPS related forms on our Fee Schedule page.

## Filing and Employment Authorization Information ⌄

| If you: | Then you: | Your EAD is automatically extended through: | If approved, you will receive an EAD with a Card Expires date of: |
|---|---|---|---|
| Have an initial Form I-821 and Form I-765 filed under Venezuela 2021 that are still pending and have not received any decision | Do not need to file any forms at this time. | Not applicable | Oct. 2, 2026 |
| Are a current Venezuela TPS | May file a re-registration application (Form I-821) if you wish to maintain TPS, and an EAD renewal | | |

Need Help?
Chat with Emma™

| Venezuela 2021 that are still pending and have not received any decision | forms at this time. | Not applicable | Oct. 2, 2026 |
|---|---|---|---|
| Are a current Venezuela TPS beneficiary and have an EAD with a Card Expires date of Sept. 10, 2025; April 2, 2025; March 10, 2024; or Sept. 9, 2022 | May file a re-registration application (Form I-821) if you wish to maintain TPS, and an EAD renewal application (Form I-765) if you would like to renew your EAD.<br><br>See Information on Late Re-Registration for TPS on the Temporary Protected Status webpage. | April 2, 2026 (pending further litigation) | Oct. 2, 2026 |

## Automatic Employment Authorization Document (EAD) Extension ⌃

We have automatically extended through April 2, 2026 (pending further litigation), the validity of EADs with a marked expiration date of Sept. 10, 2025; April 2, 2025; March 10, 2024; or Sept. 9, 2022, issued under the 2021 or 2023 TPS designations of Venezuela. If your EAD is covered through this automatic extension, you may continue to use your existing EAD through April 2, 2026, as evidence you are authorized to work.

To prove that you are authorized to work in the United States, you may show the following documentation to your employer. Government agencies may also accept these documents if they need to determine your immigration status:

- Your TPS-related EAD with a Sept. 10, 2025; April 2, 2025; March 10, 2024; or Sept. 9, 2022, expiration date; and
- A copy of the Federal Register notice announcing the automatic extension.

Your employer may rely on the Federal Register notice as evidence of the continuing validity of your EAD. Go to the Documentation Employers May Accept and Temporary Protected Status Beneficiaries May Present as Evidence of Employment Eligibility page for more information.

If we approve your TPS re-registration application and you paid the fee for a new EAD (or if we approved your fee waiver request), we will issue you a new EAD with the expiration date of Oct. 2, 2026.

For more information on TPS eligibility requirements, what to file, and step-by-step instructions on submitting a re-registration or initial TPS application package, go to the TPS page.

## Other Immigration Options ⌃

You might be eligible for other immigration options listed on the Explore My Options page.

To apply for a lawful permanent status (Green Card), you must be eligible under one of the categories listed on the Green Card Eligibility Categories page. Once you find the category that may fit your situation, click on the link provided to get information on eligibility requirements, how to apply, and whether your family members can also apply with you.

**Note on Seeking Asylum:** Being granted and maintaining TPS until a reasonable period before the filing of the asylum application is considered an extraordinary circumstance for the purposes of the one-year filing deadline. In other words, having TPS status "stops the clock" on the requirement to file for asylum within one year of arriving in the United States, if the one-year clock has not already expired. See 8 CFR 208.4(a)(5)(iv).

## Avoid Scams ⌃

Please be aware that some unauthorized practitioners may try to take advantage of you by claiming they can file TPS forms. These same individuals may ask that you pay them to file such forms. We want to ensure that all potential TPS applicants know how to obtain legitimate, accurate legal advice and assistance. A list of accredited representatives and free or low-cost legal providers is available on the USCIS finding legal advice webpage.

We don't want you to become a victim of an immigration scam. If you need legal advice on immigration matters, make sure the person helping you is authorized to give legal advice. Only an attorney or an accredited representative working for a Department of Justice (DOJ) recognized organization can give you

Need Help?
Chat with Emma™

Please be aware that some unauthorized practitioners may try to take advantage of you by claiming they can file forms for you with the government. These people may charge a fee to file forms for you, but ensure that all potential TPS applicants know how to obtain legitimate, accurate legal advice and assistance. A list of accredited representatives and free or low-cost legal providers is available on the USCIS finding legal advice webpage.

We don't want you to become a victim of an immigration scam. If you need legal advice on immigration matters, make sure the person helping you is authorized to give legal advice. Only an attorney or an accredited representative working for a Department of Justice (DOJ) recognized organization can give you legal advice. Visit the Avoid Scams page for information and resources.

## Related Links ⌃

**Forms**

- Form I-821, Application for Temporary Protected Status
- Form I-765, Application for Employment Authorization
- Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records
- Form I-912, Request for Fee Waiver
- Form I-601, Application for Waiver of Ground of Inadmissibility

**Tools**

- My Case Status
- Fee Waiver Guidance

**Frequently Asked Questions**

- Temporary Protected Status for Venezuela - 2021 Extension and 2023 Re-designation Frequently Asked Questions
- Estatus de Protección Temporal para Venezuela – Extensión 2021 y Redesignación 2023 Preguntas Frecuentes

**Flyers**

- How to File for Temporary Protective Status (TPS) for Venezuela
- Cómo Reinscribirse o Solicitar el Estatus de Protección Temporal para Venezuela

**Other USCIS Links**

- Working in the United States

**Non-USCIS Links**

- Department of Justice, Immigrant and Employee Rights Section

↗ Close All    ↗ Open All

Last Reviewed/Updated: 05/21/2025

Was this page helpful?

○ Yes    ○ No

Submit

Return to top

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools

U.S. Citizenship
and Immigration
Services

Need Help?
Chat with Emma™

**Forms**

- Form I-821, Application for Temporary Protected Status
- Form I-765, Application for Employment Authorization
- Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records
- Form I-912, Request for Fee Waiver
- Form I-601, Application for Waiver of Ground of Inadmissibility

**Tools**

- My Case Status
- Fee Waiver Guidance

**Frequently Asked Questions**

- Temporary Protected Status for Venezuela - 2021 Extension and 2023 Re-designation Frequently Asked Questions
- Estatus de Protección Temporal para Venezuela – Extensión 2021 y Redesignación 2023 Preguntas Frecuentes

**Flyers**

- How to File for Temporary Protective Status (TPS) for Venezuela
- Cómo Reinscribirse o Solicitar el Estatus de Protección Temporal para Venezuela

**Other USCIS Links**

- Working in the United States

**Non-USCIS Links**

- Department of Justice, Immigrant and Employee Rights Section

↗ Close All     ↗ Open All

Last Reviewed/Updated:  05/21/2025

Was this page helpful?

○ Yes    ○ No

Submit

Return to top

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools


**U.S. Citizenship and Immigration Services**



**Contact USCIS**

 USCIS.gov
**An official website of the U.S. Department of Homeland Security**

| | | |
|---|---|---|
| About USCIS | Freedom of Information Act | Office of the Inspector General |
| Accessibility | No FEAR Act Data | The White House |
| Budget and Performance | Privacy and Legal Disclaimers | USA.gov |
| DHS Components | Site Map | |


National Terrorism Advisory System

**NO CURRENT ADVISORIES**

Put this widget on your web page


Need Help?
Chat with Emma™

---

Document title: Temporary Protected Status Designated Country: Venezuela | USCIS
Capture URL: https://www.uscis.gov/humanitarian/temporary-protected-status/temporary-protected-status-designated-country-venezuela
Capture timestamp (UTC): Fri, 06 Jun 2025 17:37:27 GMT

Exhibit C

An official website of the United States government    Here's how you know ⌄

Español    ⊕ Multilingual Resources

U.S. Citizenship and Immigration Services

Search our site    🔍

Sign In ⌄

**Topics** ⌄    **Forms** ⌄    **Newsroom** ⌄    **Citizenship** ⌄    **Green Card** ⌄    **Laws** ⌄    **Tools** ⌄

## Humanitarian

Abused Spouses, Children and Parents ⌄

Consideration of Deferred Action for Childhood Arrivals (DACA) ⌄

Deferred Enforced Departure ⌄

Information for Afghan Nationals ⌄

Employment Resources for Parolees in the United States

Humanitarian or Significant Public Benefit Parole for Aliens Outside the United States ⌄

Refugees and Asylum ⌄

Temporary Protected Status ⌄

  Afghanistan

  Burma (Myanmar)

  Cameroon

  El Salvador

  Ethiopia

  Haiti

  Honduras

  Lebanon

  Nepal

  Nicaragua

  Somalia

  South Sudan

  Sudan

  Syria

  Ukraine

  **Venezuela**

  Yemen

Victims of Human Trafficking and Other Crimes ⌄

Home ▸ Humanitarian ▸ Temporary Protected Status ▸ Temporary Protected Status Designated Country: Venezuela

# Temporary Protected Status Designated Country: Venezuela

ℹ **ALERT:** On May 19, 2025, the U.S. Supreme Court, in a devastating 8-1 vindication of the Trump Administration and stinging indictment of judicial activism, granted the government's request for an emergency stay of Judge Edward Chen's order in *National TPS Alliance, et al., v. Kristi Noem et al.*, No. 3:25-cv-1766 (N.D. Cal. Mar. 31, 2025). Based on the Supreme Court's May 19 order, the erroneous March 31, 2025, district court order in case No. 3:25-cv-1766 is stayed pending the disposition of the government's appeal in the United States Court of Appeals for the Ninth Circuit. Thus, TPS for Venezuelans with April 3, 2025 documentation has terminated pursuant to Secretary of Homeland Security Kristi Noem's Feb. 5, 2025 decision to terminate TPS under the 2023 designation for Venezuela.   On May 30, 2025, the district court in case No. 3:25-cv-1766 ordered that—pending resolution of the litigation—TPS beneficiaries who received TPS-related employment authorization documents, Forms I-797, Notices of Action, and Forms I-94 issued with October 2, 2026 expiration dates on or before February 5, 2025 will maintain that status, and their documentation will remain valid during the course of the litigation.  All TPS-related documentation with a validity date of October 2, 2026, received after February 5, 2026, is no longer valid and those individuals under the 2023 designation no longer have TPS.

Separately, TPS under the 2021 designation for Venezuela remains in effect through September 10, 2025.

| 2021 Designation of Venezuela for TPS (Venezuela 2021) | | 2023 Redesignation of Venezuela for TPS (Venezuela 2023) |
|---|---|---|
| | | April 7, 2025 |
| | | TPS beneficiaries who received TPS-related documentation on or before February 5, 2025, with a validity date of October 2, 2026, will maintain that status and their documentation will remain valid pending resolution of the litigation in *National TPS Alliance, et al., v. Kristi Noem et al.*, No. 3:25-cv-01766 (N.D. Cal. Mar. 31, 2025) (pursuant to court ord... |
| TPS Extended Through: | Sept. 10, 2025 | TPS Extended Through: |

Need Help? Chat with Emma™



| | | | |
|---|---|---|---|
| | | | *v. Kristi Noem* ..., No. 3:25-cv-01766 (N.D. Cal. Mar. 31, 2025) (pursuant to court order). |
| **Re-registration Period:** | N/A | **Re-Registration Period:** | N/A |
| **Employment Authorization Document (EAD) Auto-Extended Through:** | March 10, 2025 | **Employment Authorization Document (EAD) Auto-Extended Through:** | N/A |
| **Continuous Residence in United States Since:** | March 8, 2021 | **Continuous Residence in United States Since:** | N/A |
| **Continuous Physical Presence in United States Since:** | March 9, 2021 | **Continuous Physical Presence in United States Since:** | N/A |
| **Designation Date:** | March 9, 2021 | **Designation Date:** | Oct. 3, 2023 |
| **Federal Register Notice Citation:** | • 88 FR 68130<br>• 88 FR 80327 | **Federal Register Notice Citation:** | 90 FR 9040 |

↗ Close All   ↗ Open All

## When to File for TPS ⌃

There are currently no registration or re-registration periods open for TPS Venezuela.

## Where to File ⌃

If you are applying for TPS Venezuela, you may file Form I-821, Application for Temporary Protected Status, online. When filing an initial TPS application or re-registering for TPS, you can also request an Employment Authorization Document (EAD) by submitting a completed Form I-765, Application for Employment Authorization, online with your Form I-821.

**File Online**

If you are filing a paper initial TPS application or re-registering for TPS, or if you are filing for a replacement EAD for TPS you were already granted, send your TPS package to the appropriate address in the table below.

| If you live in: | Then, mail your application to: |
|---|---|
| • California<br>• Texas | **U.S. Postal Service (USPS):**<br><br>USCIS<br>Attn: TPS Venezuela<br>P.O. Box 20300<br>Phoenix, AZ 85036-0300<br><br>**FedEx, UPS, and DHL deliveries:**<br><br>USCIS<br>Attn: TPS Venezuela (Box 20300)<br>2108 E. Elliot Rd.<br>Tempe, AZ 85284–1806 |

Need Help?
Chat with Emma™

- Texas

USCIS
Attn: TPS (Box 20300)
2108 E. Elliot Rd.
Tempe, AZ 85284–1806

| | |
|---|---|
| • Florida | **U.S. Postal Service (USPS):**<br><br>USCIS<br>Attn: TPS Venezuela<br>P.O. Box 660864<br>Dallas, TX 75266-0864<br><br>**FedEx, UPS, and DHL deliveries:**<br><br>USCIS<br>Attn: TPS Venezuela (Box 660864)<br>2501 S. State Highway, 121 Business<br>Suite 400<br>Lewisville, TX 75067-8003 |
| • Illinois<br>• Indiana<br>• Massachusetts<br>• New Jersey<br>• New York<br>• North Carolina<br>• Utah<br>• Virginia | **U.S. Postal Service (USPS):**<br><br>USCIS<br>Attn: Venezuela<br>P.O. Box 4091<br>Carol Stream, IL 60197-4091<br><br>**FedEx, UPS, and DHL deliveries:**<br><br>USCIS<br>Attn: TPS Venezuela (Box 4091)<br>2500 Westfield Drive<br>Elgin, IL 60124-7836 |
| All other states and U.S. territories | **U.S. Postal Service (USPS):**<br><br>USCIS<br>Attn: TPS Venezuela<br>P.O. Box 805282<br>Chicago, IL 60680-5285<br><br>**FedEx, UPS, and DHL deliveries:**<br><br>USCIS<br>Attn: TPS Venezuela (Box 805282)<br>131 South Dearborn Street, 3rd Floor<br>Chicago, IL 60603-5517 |

If we approve your application for TPS and you filed Form I-765 and paid the fee for an EAD (or we approved your fee waiver request), we will issue you an EAD with an expiration date of Oct. 2, 2026.

Given the time frames involved with processing TPS re-registration applications, the Federal Register notice automatically extends through April 2, 2026 (pending further litigation), the validity of EADs previously issued under the TPS designation of Venezuela.

For more information on TPS eligibility requirements, what to file, and step-by-step instructions on submitting an initial TPS application package, go to the TPS page. You can find the filing fees for TPS related forms on our Fee Schedule page.

Filing and Employment Authorization Information    ⌃

| If you: | Then you: | Your EAD is automatically extended through: | If approved, you will receive an EAD with a Card Expire |
|---|---|---|---|

| If you: | Then you: | Your EAD is automatically extended through: | If approved, you will receive an EAD with a Card Expires date of: |
|---|---|---|---|
| Have an initial Form I-821 and Form I-765 filed under Venezuela 2021 that are still pending and have not received any decision | Do not need to file any forms at this time. | Not applicable | Sept. 10, 2025 |
| Are a current Venezuela TPS beneficiary and have an EAD with a Card Expires date of Sept. 9, 2022 | Must file an EAD renewal application (Form I-765) if you would like to renew your EAD. See Information on Late Re-Registration for TPS under Filing Late on the Temporary Protected Status webpage. | March 10, 2025 | Sept. 10, 2025 |
| Are a current Venezuela TPS beneficiary, have filed an application to re-register and an application to renew your EAD that are still pending on Oct. 3, 2023, and have an EAD with a Card Expires date of Sept. 9, 2022 | Do not need to file any forms at this time. | March 10, 2025 | Sept. 10, 2025 |
| Are a current Venezuela TPS beneficiary, have filed an application to re-register that is still pending on Oct. 3, 2023, and have an EAD with a Card Expires date of Sept. 9, 2022 | Do not need to file Form I-821 to re-register for TPS at this time. However, if you would like to renew your EAD, you must file Form I-765. | March 10, 2025 | Sept. 10, 2025 |
| Are a current Venezuela TPS beneficiary and have an EAD with a Card Expires date of March 10, 2024 | Must file an EAD renewal application (Form I-765) if you would like to renew your EAD. | March 10, 2025 | Sept. 10, 2025 |

Automatic Employment Authorization Document (EAD) Extension ⌃

There are currently no automatic extensions of EADs issued under TPS Venezuela.

Other Immigration Options ⌃

You might be eligible for other immigration options listed on the Explore My Options page.

To apply for a lawful permanent status (Green Card), you must be eligible under one of the categories listed on the Green Card Eligibility Categories page. Once you find the category that may fit your situation, c the link provided to get information on eligibility requirements, how to apply, and whether your family

Need Help?
Chat with Emma™

Current Immigration Options

You might be eligible for other immigration options listed on the Explore My Options page.

To apply for a lawful permanent status (Green Card), you must be eligible under one of the categories listed on the Green Card Eligibility Categories page. Once you find the category that may fit your situation, click on the link provided to get information on eligibility requirements, how to apply, and whether your family members can also apply with you.

**Note on Seeking Asylum:** Being granted and maintaining TPS until a reasonable period before the filing of the asylum application is considered an extraordinary circumstance for the purposes of the one-year filing deadline. In other words, having TPS status "stops the clock" on the requirement to file for asylum within one year of arriving in the United States, if the one-year clock has not already expired. See 8 CFR 208.4(a)(5)(iv).

## Avoid Scams

Please be aware that some unauthorized practitioners may try to take advantage of you by claiming they can file TPS forms. These same individuals may ask that you pay them to file such forms. We want to ensure that all potential TPS applicants know how to obtain legitimate, accurate legal advice and assistance. A list of accredited representatives and free or low-cost legal providers is available on the USCIS finding legal advice webpage.

We don't want you to become a victim of an immigration scam. If you need legal advice on immigration matters, make sure the person helping you is authorized to give legal advice. Only an attorney or an accredited representative working for a Department of Justice (DOJ) recognized organization can give you legal advice. Visit the Avoid Scams page for information and resources.

## Related Links

**Forms**

- Form I-821, Application for Temporary Protected Status
- Form I-765, Application for Employment Authorization
- Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records
- Form I-912, Request for Fee Waiver
- Form I-601, Application for Waiver of Ground of Inadmissibility

**Tools**

- My Case Status
- Fee Waiver Guidance

**Frequently Asked Questions**

- Temporary Protected Status for Venezuela - 2021 Extension and 2023 Re-designation Frequently Asked Questions
- Estatus de Protección Temporal para Venezuela – Extensión 2021 y Redesignación 2023 Preguntas Frecuentes

**Flyers**

- How to File for Temporary Protective Status (TPS) for Venezuela
- Cómo Reinscribirse o Solicitar el Estatus de Protección Temporal para Venezuela

**Other USCIS Links**

- Working in the United States

**Non-USCIS Links**

- Department of Justice, Immigrant and Employee Rights Section

↗ Close All    ↗ Open All



Last Reviewed/Updated: 06/06/2025

**Forms**

- Form I-821, Application for Temporary Protected Status
- Form I-765, Application for Employment Authorization
- Form I-131, Application for Travel Documents, Parole Documents, and Arrival/Departure Records
- Form I-912, Request for Fee Waiver
- Form I-601, Application for Waiver of Ground of Inadmissibility

**Tools**

- My Case Status
- Fee Waiver Guidance

**Frequently Asked Questions**

- Temporary Protected Status for Venezuela - 2021 Extension and 2023 Re-designation Frequently Asked Questions
- Estatus de Protección Temporal para Venezuela – Extensión 2021 y Redesignación 2023 Preguntas Frecuentes

**Flyers**

- How to File for Temporary Protective Status (TPS) for Venezuela
- Cómo Reinscribirse o Solicitar el Estatus de Protección Temporal para Venezuela

**Other USCIS Links**

- Working in the United States

**Non-USCIS Links**

- Department of Justice, Immigrant and Employee Rights Section

⤢ Close All    ⤢ Open All

Last Reviewed/Updated: 06/06/2025

Was this page helpful?

○ Yes    ○ No

Submit

Return to top

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools


U.S. Citizenship and Immigration Services


**Contact USCIS**


USCIS.gov
**An official website of the U.S. Department of Homeland Security**

| About USCIS | Freedom of Information Act | Office of the Inspector General |
| Accessibility | No FEAR Act Data | The White House |
| Budget and Performance | Privacy and Legal Disclaimers | USA.gov |
| DHS Components | Site Map | |

National Terrorism Advisory System

**NTAS**

**NO CURRENT ADVISORIES**

*Put this widget on your web page*


Need Help?
Chat with Emma™