1    Ahilan T. Arulanantham (SBN 237841)
     arulanantham@law.ucla.edu
2    CENTER FOR IMMIGRATION LAW AND
     POLICY, UCLA SCHOOL OF LAW
3    385 Charles E. Young Dr. East
     Los Angeles, CA 90095
4    Telephone: (310) 825-1029

5    Emilou MacLean (SBN 319071)
     emaclean@aclunc.org
6    Michelle (Minju) Y. Cho (SBN 321939)
     mcho@aclunc.org
7    Amanda Young (SBN 359753)
     ayoung@aclunc.org
8    ACLU FOUNDATION
     OF NORTHERN CALIFORNIA
9    39 Drumm Street
     San Francisco, CA 94111-4805
10   Telephone: (415) 621-2493
     Facsimile: (415) 863-7832

11
     Attorneys for Plaintiffs
12   *[Additional Counsel Listed on Next Page]*

13                   UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17   NATIONAL TPS ALLIANCE, MARIELA          Case No. 3:25-cv-01766-EMC
     GONZÁLEZ, FREDDY JOSE ARAPE RIVAS,
18   M.H., CECILIA DANIELA GONZÁLEZ          **DECLARATION OF JOSE A. PALMA
     HERRERA, ALBA CECILIA PURICA           JIMENEZ IN SUPPORT OF MOTION FOR**
19   HERNÁNDEZ, E.R., HENDRINA VIVAS        **COMPLIANCE WITH COURT ORDER**
     CASTILLO, A.C.A., SHERIKA BLANC, VILES  **[ECF 162]**
20   DORSAINVIL, and G.S.,

21            Plaintiffs,

22        vs.

23   KRISTI NOEM, in her official capacity as
     Secretary of Homeland Security, UNITED
24   STATES DEPARTMENT OF HOMELAND
     SECURITY, and UNITED STATES OF
25   AMERICA,

              Defendants.
26

27

28

1   Additional Counsel for Plaintiffs

2   Jessica Karp Bansal (SBN 277347)

3   jessica@ndlon.org
    Lauren Michel Wilfong (*Pro Hac Vice*)

4   lwilfong@ndlon.org
    NATIONAL DAY LABORER

5   ORGANIZING NETWORK
    1030 S. Arroyo Parkway, Suite 106

6   Pasadena, CA 91105
    Telephone: (626) 214-5689

7

8   Eva L. Bitran (SBN 302081)
    ebitran@aclusocal.org

9   Diana Sanchez
    dianasanchez@aclusocal.org

10   ACLU FOUNDATION
    OF SOUTHERN CALIFORNIA

11   1313 West 8th Street
    Los Angeles, CA 90017

12   Telephone: (213) 977-5236

13

14   Erik Crew (*Pro Hac Vice*)
    ecrew@haitianbridge.org

15   HAITIAN BRIDGE ALLIANCE
    4560 Alvarado Canyon Road, Suite 1H

16   San Diego, CA 92120
    Telephone: (949) 603-7411

17

18

19

20

21

22

23

24

25

26

27

28

1    I, José A. Palma Jimenez, declare:

2    1.    I am Co-Coordinator of the National TPS Alliance (NTPSA). I have worked with the

3    NTPSA in various roles since it was founded in 2017. I served as Co-Coordinator in 2019 and again

4    from June 2023 through the present.

5    2.    As Co-Coordinator, I oversee NTPSA's daily work, including its organizing and

6    advocacy efforts, leadership development, and member relations. I have detailed knowledge about

7    NTPSA's membership, including membership demographics, member needs and priorities, and the

8    role members play in setting NTPSA's mission and advocacy.

9    3.    I make this declaration based on my personal knowledge; files and documents of

10   NTPSA that I have reviewed; and information provided to me by NTPSA leaders who I believe to be

11   reliable, including NTPSA organizers, members of the NTPSA Executive Committee, local

12   Committee Coordinators, and other NTPSA-affiliated staff. These files, documents and information

13   are the type that is generated in the ordinary course of business and that I would customarily rely on

14   in conducting NTPSA business.

15   4.    Between June 10, 2025 and today, dozens of NTPSA members who hold TPS under

16   Venezuela's 2023 designation have reported to NTPSA that they have been fired from their jobs for

17   failing to maintain valid work authorization. This includes numerous members who report that they

18   applied to renew their employment authorization under the January 17, 2025 extension and received

19   notices of action acknowledging receipt and automatically extending their employment authorization

20   for up to 540 days on or before February 5, 2025.

21   I declare under penalty of perjury that the foregoing is true and correct, and that this

22   declaration was executed in Houston, Texas this 17th day of June, 2025.

23

24                                          /s/ José A. Palma Jimenez

25                                          José A. Palma Jimenez

26

27

28

1

DECLARATION OF JOSE A. PALMA JIMENEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE
CASE NO. 3:25-CV-01766-EMC

1    **<u>CIVIL LOCAL RULE 5.1 ATTESTATION</u>**

2       I hereby attest that I have on file all holographic signatures corresponding to any signatures

3  indicated by a conformed signature (/S/) within this e-filed document.

4

5                                          NATIONAL DAY LABORER
                                           ORGANIZING NETWORK

6                                          */s/ Jessica Karp Bansal*
                                           Jessica Karp Bansal
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2