Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:25-cv-01766-EMC <br><br> **DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE WITH COURT ORDER [ECF 162]** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

**DECLARATION OF JANE DOE**

I, Jane Doe, declare:

1. I have personal knowledge of the facts set forth in this declaration. If called upon to testify as a witness, I could do so and would tesitfy to these facts.

2. I am 49 years old and a citizen of Venezuela. I am a member of the National TPS Alliance.

3. I applied for and received Temporary Protected Status (TPS) and an employment authorization document for the first time pursuant to the October 3, 2023 designation of Venezuela.

4. I started to work at an Amazon logistics center in Delaware in March 2024.

5. On January 18, 2025, I re-registered for TPS and applied to renew my work permit under the January 17, 2025 extension of the 2023 designation of Venezuela.

6. That same day, I received a Notice of Action from USCIS dated January 18, 2025, indicating that they had received my employment authorization application and that I qualified for a 540 day automatic extension of my employment authorization.

7. I gave a copy of the Notice of Action to the Amazon Human Resources department. In response, I received an email saying that the 540 day extension had been noted on my form I-9 and that the new expiration date for my work authorization would be September 24, 2026. This is a screenshot of the message:



8. Tuesday, June 10, 2025, I worked my normal shift, from 7:00 in the morning until

3

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE
CASE NO. 3:25-CV-01766-EMC

1  5:30 in the evening. Around 6:30 in the evening, I received a notification through the Amazon
employees app saying that my work permit had expired. This is a screenshot of the message:

> Hello,
>
> The Department of Homeland Security (DHS) has announced the termination of the 2023 Temporary Protected Status (TPS) designation for Venezuela. This designation has been terminated effective April 7, 2025.
>
> As a result of this change, your work authorization documentation on file has expired, and you have been placed on an unpaid work authorization Suspension effective June 10, 2025.
>
> You must update your Form I-9 with renewed work authorization documentation by July 10, 2025.
>
> If you are unable to provide updated documentation by July 10, 2025, you will be subject to termination of your employment.

9. Later, around 8:30 at night, I sent an email to the Amazon Human Resources department. I explained that, under the May 30, 2025 decision of this Court, my work permit was still valid. I included a copy of the Court's decision, a link to the USCIS website, and a copy of the Notice of Action extending my work authorization for 540 days.

10. On June 11, 2025, I called Human Resources and spoke to an operator. She told me that if I did not receive a response to my email within 48 hours, I could elevate my complaint.

11. After 48 hours without a response, I elevated my complaint. The next day, I received a response saying that the Department of Homeland Security had announced the termination of the 2023 designation of Venezuela for TPS and, as a result, my work permit had expired.

4

DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE
CASE NO. 3:25-CV-01766-EMC

12. Currently, I am suspended without pay from my job at Amazon. If I do not provide a valid work permit before July 10, 2025, they will fire me.

13. I am alone in the U.S. and I depend on my job economically to support myself here and to support my mother, who is receiving medical treatment for a chronic kidney condition, and also to support my children who live in Venezuela. In addition, this experiernce has been emotionally devastating. I feel as if the floor has been pulled out from under my feet, and I do not know what to do.

14. It is important to me to share my story, but I am afraid to use my name because I am afraid of retaliation from the government.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Delaware this 17th day of June, 2025.

                                                      /s/Jane Doe
                                                        Jane Doe

### Translation Certificate

I, Jessica Karp Bansal, certify that I am competent to translate from English to Spanish and that this document, Declaración de Jane Doe (Declaration of Jane Doe), is a true and accurate translation of the document from English to Spanish to the best of my knowledge and ability. I declare that this statement is true and accurate, under penalty of perjury, and that this certification was signed in Claremont, California, on June 17, 2025.

                                                        Jessica Karp Bansal

# DECLARACIÓN DE JANE DOE

Yo, Jane Doe, declaro:

1. Tengo conocimiento personal de los hechos establecidos en esta declaración. Si se me solicita que declare como testigo, podría hacerlo y testificaría estos hechos.

2. Tengo 49 años y soy ciudadana de Venezuela. Soy miembro de la Alianza Nacional TPS.

3. Solicité y recibí por primera vez el "Temporary Protected Status" ("TPS") y un documento de autorización de empleo conformes con la designación de Venezuela del 3 de octubre de 2023 .

4. Empecé a trabajar en un centro logístico de Amazon en Delaware en marzo de 2024.

5. El 18 de enero de 2025, volví a registrarme para TPS y solicité renovar mi permiso de trabajo bajo la extensión del 17 de enero de 2025 de la designación de Venezuela de 2023.

6. Ese mismo día, recibí un Aviso de Acción de USCIS con la fecha del 18 de enero de 2025 indicando que se había recibido mi solicitud de autorización de empleo y quecalificaba para una extensión automática de 540 días de autorización de empleo.

7. Les di una copia del Aviso de Acción al departamento de Recursos Humanos de Amazon. En respuesta, recibí un correo electrónico diciendo que la extensión de 540 días había sido anotada en mi formulario I-9 y que la nueva fecha de vencimiento para mi autorización de trabajo sería el 24 de septiembre de 2026. Ésta es una captura de pantalla del mensaje:

> Hello,
>
> Thank you for the update.
>
> I have confirmed that the 540-day extension has been added on the I-9 Form. The new expiration date will be 09/24/2026.
>
> There are no further steps to be taken on your side at the moment.
>
> Should there be any follow up steps, our teams will be reaching out.

8.   El martes, 10 de junio de 2025, trabajé mi turno habitual, de las 7:00 de la manana hasta las 5:30 de la tarde. Alrededor de las 6:30 de la tarde, recibí una notificación por la aplicación para empleados de Amazon diciendo que mi permiso de trabajo se había vencido. Ésta es una captura de pantalla del mensaje :

> Hello,
>
> The Department of Homeland Security (DHS) has announced the termination of the 2023 Temporary Protected Status (TPS) designation for Venezuela. This designation has been terminated effective April 7, 2025.
>
> As a result of this change, your work authorization documentation on file has expired, and you have been placed on an unpaid work authorization Suspension effective June 10, 2025.
>
> You must update your Form I-9 with renewed work authorization documentation by July 10, 2025.
>
> If you are unable to provide updated documentation by July 10, 2025, you will be subject to termination of your employment.

2

9. Más tarde, alrededor de las 8:30 de la noche, envié un correo electrónico a Recursos Humanos de Amazon. Les expliqué que, bajo la decisión del 30 de mayo de 2025 de esta Corte, mi permiso de trabajo seguía siendo válido. Incluí una copia de la decisión de la corte, un enlace al sitio web de USCIS, y una copia del Aviso de Acción extendiendo mi permiso de trabajo por 540 días.

10. El 11 de junio de 2025, llamé a Recursos Humanos y hablé con un operadora. Ella me dijo que si no recibiera una respuesta a mi correo electrónico dentro de 48 horas, podría elevar mi queja a un nivel superior.

11. Después de 48 horas sin respuesta, elevé mi queja. El próximo día, recibí una respuesta diciendo que el Departamento de Seguridad Nacional había anunciado la terminación de la designación de Venezuela al TPS 2023 y, como resultado, mi permiso de trabajo se había vencido.

12. Actualmente, estoy suspendida sin pago de mi trabajo con Amazon. Si no puedo producir un permiso de trabajo válido antes del 10 de julio de 2025, me despedirán.

13. Estoy sola en los EEUU y dependo de mi trabajo economicamente para mantenerme aquí y mantener a mi madre, quien esta recibiendo tratamiento medico por una condicion renal cronica y a mis hijos que permanecen en Venezuela. Además, esta experiencia ha sido emocionalmente devastadora. Siento que se me abrió la tierra debajo de mis pies, y no sé qué hacer.

14. Para mí es importante compartir mi historia, pero tengo miedo de usar mi nombre porque temo represalias del gobierno.

Declaro bajo pena de perjurio que lo antecedente es verdadero y correcto, y que estadeclaración se firmó en Delaware, hoy el día 17 de junio de 2025.


Jane Doe