Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME AND SETTING SCHEDULE** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

---

DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER
SHORTENING TIME AND SETTING SCHEDULE
CASE NO. 3:25-CV-01766-EMC

I, Jessica Karp Bansal, declare:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am an attorney with the National Day Laborer Organizing Network and counsel of record in this action. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently as follows.

2. I file this declaration in support of Plaintiffs' Administrative Motion for Order Shortening Time and Setting Schedule re: Plaintiffs' Motion for Compliance with Court Order [ECF 162] ("Motion to Shorten Time").

3. On Thursday, June 12, 2025, I emailed counsel for Defendants regarding inaccuracies on USCIS's webpage for Venezuela's TPS designation that rendered the webpage inconsistent with this Court's May 30, 2025 Order (ECF 162). Counsel for Defendants did not respond.

4. Today, June 17, 2025, I again emailed counsel for Defendants and requested Defendants' position on Plaintiffs' intended Motion to Shorten Time. Defendants' counsel stated, with regard to the inaccuracies on the webpage, that they are checking on this issue, and that Defendants would oppose any motion to shorten time.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Claremont, California this 17th day of June, 2025.

*/s/Jessica Karp Bansal*
Jessica Karp Bansal