BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
SARAH L. VUONG
Assistant Director
WILLIAM H. WEILAND
Senior Litigation Counsel
ERIC SNYDERMAN
ANNA DICHTER
LAUREN BRYANT
CATHERINE ROSS
JEFFREY HARTMAN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>              Plaintiff,<br>        v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al*.,<br><br>              Defendants. | Case No. 3:25-cv-1766<br><br><br>**NOTICE OF ERRATA TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT EXHIBIT 1** |

Defendants respectfully submit this errata to their Exhibit 1 in support of their Opposition to Plaintiffs' Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment. ECF No. 199. Exhibit 1 is the same document that was produced to Plaintiffs on Friday June 13, 2025. However, the filed document does not show the track changes and comments that appear on the document received by Plaintiffs. Defendants are concurrently filing Exhibit 1 in a format that shows the track changes and comments. Defendants have made no changes to Exhibit 1.

Dated: June 19, 2025                              Respectfully submitted,


                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General

                                                  YAAKOV M. ROTH
                                                  Principal Deputy Assistant Attorney General

                                                  SARAH L. VUONG
                                                  Assistant Director

                                                  WILLIAM H. WEILAND
                                                  Senior Litigation Counsel

                                                  ERIC SNYDERMAN
                                                  ANNA DICHTER
                                                  LAUREN BRYANT
                                                  CATHERINE ROSS
                                                  JEFFREY HARTMAN
                                                  Trial Attorneys

                                                  /s/ *Anna L. Dichter*
                                                  ANNA L. DICHTER
                                                  Trial Attorney
                                                  U.S. Department of Justice, Civil Division
                                                  Office of Immigration Litigation
                                                  General Litigation and Appeals Section
                                                  P.O. Box 868, Ben Franklin Station
                                                  Washington, DC 20044
                                                  Tel: (202) 353-2405
                                                  Anna.l.dichter@usdoj.gov

                                                  *Attorneys for the Defendants*