# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 23, 2025    **Time:** 23 minutes    **Judge:** SALLIE KIM
**Case No.**: 25-cv-01766-EMC    **Case Name:** National TPS Alliance v. Noem

**Attorneys for Plaintiffs:** Michelle Cho, Emilou MacLean
**Attorneys for Defendants:** Sarah Vuong, William Weiland

**Deputy Clerk:** Brenda Lopez    **Zoom Recording:** 10:31-10:54

## ZOOM WEBINAR PROCEEDINGS

Discovery Hearing re [197] Joint Letter Brief – Held.

Discovery Hearing re [211] Joint Letter Brief – Held.

## SUMMARY

Defendants shall submit the six documents at issue in [197] Joint Discovery Letter Brief for in camera review by 6/23/2025 to skpo@cand.uscourts.gov. The Court expressed concerns regarding the absence of declarations. Defendants stated they would need a week to file declarations. The Court will discuss the upcoming reply deadline with Judge Chen before setting a deadline.

Defendants shall produce the twenty-five attorney client privilege documents from [211] Joint Discovery Letter Brief exhibit 4 and exhibit 5 for in camera review by 12:00 pm PST on 6/24/2025.

Plaintiffs shall submit a proposed order by 4:00 pm PST on 6/23/2025. In the proposed order, counsel shall identify the four documents in defendant's amended privilege log. Defendants reply due by 12:00 pm PST on 6/24/2025.