UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-01766-EMC  (SK)<br><br>**ORDER REGARDING MOTION FOR PROTECTIVE ORDER**<br><br>Regarding Docket No. 194 |

On June 12, 2025, Defendants filed a motion for protective order. As the motion was noticed improperly, the Court REVISES the briefing and hearing schedule as follows:

- Plaintiffs' response shall be due June 30, 2025;
- Defendants' reply shall be due July 7, 2025;
- The hearing shall be held July 21, 2025 at 10:30 am via Zoom webinar (during the regularly scheduled discovery hearing).

**IT IS SO ORDERED**.

Dated: June 24, 2025

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge