1  BRETT A. SHUMATE
   Assistant Attorney General
2  Civil Division
   YAAKOV M. ROTH
3  Acting Assistant Attorney General
   SARAH L. VUONG (CA Bar 258528)
4  Assistant Director
   WILLIAM H. WEILAND (Mass. Bar 661433)
5  Senior Litigation Counsel
   LAUREN BRYANT (NY Bar 5321880)
6  ANNA DICHTER (NJ Bar 304442019)
   JEFFREY HARTMAN (WA Bar 49810)
7  CATHERINE ROSS (DC Bar 9007404)
   AMANDA SAYLOR (FL Bar 1031480)
8  ERIC SNYDERMAN (VA Bar 99563)
   Trial Attorneys
9  U.S. Department of Justice, Civil Division
   Office of Immigration Litigation
10 General Litigation and Appeals Section
   P.O. Box 868, Ben Franklin Station
11 Washington, DC 20044

12 Attorneys for Defendants

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16

   NATIONAL TPS ALLIANCE, *et al.*,          Case No. 3:25-cv-1766-EMC
17
                    Plaintiff,
18        v.
                                             Hon. Sallie Kim
19 KRISTI NOEM, in her official capacity as
   Secretary of Homeland Security, *et al.*,  DEFENDANTS' NOTICE OF SUPPLEMENTAL
20                                            PRODUCTION VOLUME 5
                    Defendants.
21

22

23

24

25

26

27

28
   DEFS.' NOTICE OF SUPPLEMENTAL PRODUCTION VOLUME 5
   No. 3:25-cv-1766-EMC

1    Defendants file this Notice of Supplemental Production Volume 5 in response to the Court's

2  comments at the hearing on June 24, 2025. Volume 5 includes the five documents that are copies of Exhibit

3  1, filed with Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgement and Cross-

4  Motion for Summary Judgment. ECF Nos. 199-2, 209-1. Given that the attorney-client privilege was

5  incorrectly asserted over these five documents, Defendants have  removed the privilege assertion and will

6  provide an updated privilege log to Plaintiffs with those five documents removed.

7
8  Dated: June 26, 2025                          Respectfully submitted,

9                                                BRETT A. SHUMATE
                                                 Assistant Attorney General

10                                               YAAKOV M. ROTH
                                                 Acting Assistant Attorney General

11
12                                               SARAH L. VUONG
                                                 Assistant Director

13                                               WILLIAM H. WEILAND
                                                 Senior Litigation Counsel

14
15                                               ERIC SNYDERMAN
                                                 JEFFREY HARTMAN
                                                 LAUREN BRYANT
16                                               AMANDA SAYLOR
                                                 CATHERINE ROSS
17                                               Trial Attorneys

18                                               /s/ *Anna Dichter*
                                                 ANNA DICHTER (NJ Bar 304442019)
19                                               Trial Attorney
                                                 U.S. Department of Justice, Civil Division
20                                               Office of Immigration Litigation
                                                 General Litigation and Appeals Section
21                                               P.O. Box 868, Ben Franklin Station
                                                 Washington, DC 20044
22                                               Tel: (202) 353-2405
                                                 Anna.l.dichter@usdoj.gov
23
                                                 *Attorneys for the Defendants*
24
25
26
27
28

1

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that on June 26, 2025, I caused the foregoing to be electronically filed with the

3 Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all

4 counsel of record.

5               /s/ *Anna Dichter*
                ANNA DICHTER (NJ Bar 304442019)

6                Trial Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2