UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-01766-EMC   (SK)<br><br>**ORDER CLARIFYING DKT. NO. 220**<br><br>Regarding Docket No. 223 |

Before the Court is Defendants' request for clarification regarding the Undersigned's Order Regarding Non-Responsiveness. (Dkt. No. 220.)

1. The June 26, 2025 deadline to produce certain discovery documents to produce communications custodial to Secretary Noem's Executive Secretary is HEREBY MODIFIED to July 3, 2025.

2. The Undersigned will discuss the issue regarding the scope of RFP 3 with the parties during the June 30, 2025 conference.

**IT IS SO ORDERED**.

Dated: June 26, 2025

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge