# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 24, 2025  **Time:** 1:00-1:22  **Judge:** EDWARD M. CHEN
1:22-1:30 (Recess)
1:30-1:37
29 Minutes

**Case No.**: 25-cv-01766-EMC   **Case Name:** National TPS Alliance v. Noem

**Attorneys for Plaintiffs:** Ahilan Arulanatham, Jessica Bansal, Emilou MacLean
**Attorneys for Defendants:** William Weiland, Sara Voung

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** April Brott

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Status Conference and Motion for Compliance - held

### SUMMARY

Parties stated appearances.

The Court held a hearing on Plaintiffs' motion for compliance (Docket No. 200) and further held a status conference.

Plaintiffs' motion for compliance is moot in light of the revised website.

At the status conference, the Court discussed adjusting the briefing and hearing schedule for the summary judgment motions because of the discovery disputes that still need to be resolved. Plaintiffs' reply brief is now due on 7/18/2025 at 9:00 am. The hearing on the summary judgment motions shall be continued from 7/11/2025 to 8/1/2025, at 10:00 a.m.