# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** June 30, 2025          **Time:** 9 minutes          **Judge:** SALLIE KIM

**Case No.:** 25-cv-01766-EMC    **Case Name:**  National TPS Alliance v. Noem et al

**Attorney for Plaintiff:** Emilou MacLean
**Attorney for Defendant:** Sarah Vuong, William Weiland

**Deputy Clerk:** Jenny Galang                    Zoom Recording: 10:28-10:37

## ZOOM WEBINAR PROCEEDINGS

Discovery Hearing re [216] Letter Brief – held.

Discovery Hearing re [223] Letter Brief – held.

## SUMMARY

The parties shall file joint discovery letter briefs moving forward.

Defendants shall submit the twenty documents at issue in [216] joint letter brief for *in camera review* by 7/01/2025 to skpo@cand.uscourts.gov.

In response to the parties' submissions [223, 225], the Undersigned clarifies the Order Regarding Non-Responsiveness [220] as follows: Decision-making discussions are responsive.  Discussions about how to publicize those decisions are not responsive.

Defendants shall complete re-review of documents withheld under attorney-client privilege by 7/08/2025.

Defendants 7/3/2025 deadline to produce declarations from Secretary Noem and Corey Lewandowski [220] is stayed until 7/10/2025, while Defendants appeal the Undersigned's order to the District Judge [229].