UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-01766-EMC   (SK)<br><br>**ORDER REGARDING IN CAMERA SUBMISSIONS** |

　　　The Court has requested several *in camera* submissions be emailed to SKpo@cand.uscourts.gov but has received the submissions at SKsettlement@cand.uscourts.gov. Moving forward, all *in camera* submissions shall be emailed to SKpo@cand.uscourts.gov.

　　　**IT IS SO ORDERED**.

Dated: July 2, 2025

_____
SALLIE KIM
United States Magistrate Judge