```
 1  BRETT A. SHUMATE
    Assistant Attorney General
 2  Civil Division
    YAAKOV M. ROTH
 3  Principal Deputy Assistant Attorney General
    SARAH L. VUONG (CA Bar 258528)
 4  Assistant Director
    WILLIAM H. WEILAND (Mass. Bar 661433)
 5  Senior Litigation Counsel
    LAUREN BRYANT (NY Bar 5321880)
 6  ANNA DICHTER (NJ Bar 304442019)
    JEFFREY HARTMAN (WA Bar 49810)
 7  CATHERINE ROSS (DC Bar 9007404)
    AMANDA SAYLOR (FL Bar 1031480)
 8  ERIC SNYDERMAN (VA Bar 99563)
    Trial Attorneys
 9  U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
10  General Litigation and Appeals Section
    P.O. Box 868, Ben Franklin Station
11  Washington, DC 20044

12  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>                    Plaintiff,<br>        v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>                    Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**DEFENDANTS' NOTICE OF FILING**<br><br>Judge: Hon. Sallie Kim<br>Date: July 3, 2025 |

In accordance with this Court's order, ECF No. 220, Defendants file the attached declaration.

Dated: July 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Attorney General

WILLIAM H. WEILAND
Senior Litigation Counsel

ERIC SNYDERMAN
ANNA DICHTER
LAUREN BRYANT
CATHERINE ROSS
AMANDA B. SAYLOR
JEFFREY M. HARTMAN
Trial Attorneys

/s/ *Sarah L. Vuong*
SARAH L. VUONG
CA Bar 258528
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1263
Sarah.L.Vuong@usdoj.gov

*Attorneys for the Defendants*