BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*,<br><br>Defendants. | Case No. 3:25-cv-1766-EMC<br><br>Judge: Hon. Sallie Kim<br><br>DECLARATION OF GARY M. LAWKOWSKI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL |

Declaration of [Declarant] in Support of Defendants'
Opposition to Plaintiffs' Motion to Compel, 25-cv-1766-EMC

## **DECLARATION OF GARY M. LAWKOWSKI**

I, Gary M. Lawkowski, do hereby state and declare as follows:

1. I am a Deputy Assistant to the President and Deputy Counsel to the President. I have been a deputy since January 20, 2025. As Deputy Counsel to the President, my responsibilities include providing legal advice to White House staff, including advice on matters involving the invocation of the presidential communications privilege.

2. I base this declaration on my personal knowledge, information made available to me in the performance of my official duties, and my knowledge of the issues being litigated in the above-captioned case.

3. I am aware that defendants have withheld information and documents on the basis of one or more privileges, including the presidential communications privilege. I understand that descriptions of these documents have been provided to plaintiffs in a privilege log submitted by defendants.

4. Having personally reviewed the information requested, the documents, and the corresponding privilege log, I hereby assert, on behalf of the Office of the President, the presidential communications privilege with respect to the documents and information discussed below.

5. I understand that defendants are also asserting other privileges, such as the deliberative process privilege, with respect to the documents and information discussed below. The fact that my assertion is limited to the presidential communications privilege is in no way intended to suggest that the documents and information are not protected by other privileges.

### **Documents**

6. On February 12, 2025, Matthew R. Ochoa, the Director for Interior Enforcement on the Homeland Security Council sent an e-mail to officials at the Department of Homeland Security (DHS), Department of Justice (DOJ), and Department of State (DOS) requesting that they provide documents and status updates on Homeland Security Council action items to be discussed during an upcoming meeting on Executive Order (EO) 14159 – *Protecting the American People Against Invasion*, then scheduled for February 21, 2025. This solicitation of information is included in PRIVID_000005, which is an email from DHS Headquarters forwarding the request to U.S. Citizenship and Immigration Services (USCIS)

1

and an email forwarding the same within USCIS, along with an attachment tracking required responses (PRIVID_000006). PRIVID_000011 and 000012 are the same forwarded request and attachment, as forwarded by the Chief of Staff for the Director of USCIS to the Acting Deputy Director of USCIS for assignment and response from the Acting Deputy Director. PRIVID_000007 and 000008 are the same forwarded request and attachment, reforwarded by the USCIS Acting Deputy Director to various individuals within USCIS. PRIVID_000009 and 000010 are the USCIS Acting Deputy Director's response back to DHS for further forwarding to the Homeland Security Council, with the attachment now formatted as a table and updated with information from USCIS.

7. The Homeland Security Council ("HSC") is a policy council that coordinates policy recommendations to the President. It is administratively located within the National Security Council in the Executive Office of the President. It is led by a direct advisor to the President, the Assistant to the President and Deputy Chief of Staff for Policy and Homeland Security Adviser Stephen Miller.

8. Mr. Ochoa is the Director for Interior Enforcement on the HSC. In this capacity, he serves as staff supporting immediate White House advisers, including, but not limited to the Assistant to the President and Deputy Chief of Staff for Policy and Homeland Security Adviser, and assists in investigating and formulating advice for the President.

9. The documents in question include communications authored by Mr. Ochoa soliciting additional information from the Department of Homeland Security. Each of the documents reflects the policy priorities for the HSC and the information required for HSC staff to fulfill their advisory role, information that is protected by the Presidential Communications Privilege.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/3/2025

Gary M. Lawkowski
Deputy Assistant to the President
and Deputy Counsel to the President