BRETT SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
LAUREN BRYANT (NY Bar 5321880)
ANNA DICHTER (NJ Bar 304442019)
JEFFREY HARTMAN (WA Bar 49810)
CATHERINE ROSS (DC Bar 9007404)
AMANDA SAYLOR (FL Bar 1031480)
ERIC SNYDERMAN (VA Bar 99563)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*, <br><br> Defendants. | Case No. 3:25-cv-1766-EMC <br><br> Judge: Hon. Edward Chen <br><br> DECLARATION OF WILLIAM H. WEILAND |

DECLARATION OF WILLIAM H. WEILAND
No. 3:25-cv-1766-EMC

I, William H. Weiland, declare as follows:

1. I am a Senior Litigation Counsel at the U.S. Department of Justice and am licensed and entitled to practice law by the Commonwealth of Massachusetts.

2. I submit this declaration pursuant to the Court's Order, ECF No. 237.

3. On July 2, 2025, I asked the Civil Division Office of Litigation Support to provide search term hit counts from Relativity on the data received from DHS for custodians Secretary Kristi Noem, Mr. Corey Lewandowski, and Ms. Juliana Blackwell (the Executive Secretary).

4. I was informed that the custodial data sets received for Corey Lewandowski had 80 documents, Juliana Blackwell had 407 documents, and Kristi Noem had 3 documents. An additional 2 email chains that were not custodial to Secretary Noem, but included her email address in the initiating email, were identified in other custodial data sets, even though the initial email to Secretary Noem would not have hit on the search terms. Those final thread hits are reflected in the table below in parenthesis.

5. I received the following search term hit report for the remaining custodians, which is based upon the threaded, inclusive emails documents found in each custodian's data set.

| STR - VZ vacatur and termination decisions | Kristi Noem | Corey Lewandowski | Juliana Blackwell |
|---|---|---|---|
| ("Temporary Protected Status" or "TPS" or 1254a) AND Venezuela | 0 | 3 | 66 |
| ("Temporary Protected Status" or "TPS" or 1254a) AND ("Tren de Aragua" or "Tren de Agua" or TdA) | 0 (2) | 1 | 31 |
| ("Temporary Protected Status" or "TPS" or 1254a) AND vacat* | 0 | 3 | 27 |
| **STR - HT partial vacatur decision** | **Kristi Noem** | **Corey Lewandowski** | **Juliana Blackwell** |
| ("Temporary Protected Status" or "TPS" or 1254a) AND Haiti | 0 | 27 | 50 |

6. I was informed that the first set of search terms for vacatur and termination decisions was run with a date range of January 20, 2025 – February 5, 2025, and the second set of search terms for the partial vacatur decision was run with a date range of January 20, 2025 – February 24, 2025.

7. I personally validated these search results by accessing the Civil Online Relativity Application (CORA) on July 7, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
William. H. Weiland
Senior Litigation Counsel

2