UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:25-cv-01766-EMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT PURSUANT TO FED. R. CIV. P. 15(D) |

# [PROPOSED] ORDER

On July 7, 2025, Plaintiffs filed an Unopposed Motion For Leave To File A Supplemental Complaint Pursuant To Fed. R. Civ. P. 15(d). Upon due consideration, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiffs' Unopposed Motion For Leave To File A Supplemental Complaint Pursuant To Fed. R. Civ. P. 15(d) (ECF ___) is **GRANTED**.
2. Plaintiffs shall promptly file the proposed First Amended and Supplemental Complaint as a separate docket entry.
3. Defendants shall file a response to Plaintiffs' supplemental complaint on or before **July 21, 2025**.

**IT IS SO ORDERED**.

Dated: July 8, 2025

The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE