UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Defendants. | Case No. 25-cv-01766-EMC (SK)<br><br>**SUPPLEMENTAL ORDER REGARDING NON-RESPONSIVENESS**<br><br>Regarding Docket No. 211 |

This matter comes before the Undersigned on a longstanding discovery dispute regarding whether Defendants have improperly withheld documents as nonresponsive. (Dkt. Nos. 191, 211.)

**BACKGROUND**

On May 9, 2025, the District Judge ordered Defendants to produce documents "regarding whether to vacate, partially vacate, or terminate the TPS designations for Venezuela or Haiti" and "concerning the TPS periodic review process" as applied to those decisions, limited to certain custodians and time frames. (Dkt. Nos. 123, 132, 135.)

On June 10, 2025, the parties submitted a discovery letter brief regarding Plaintiffs' concerns that Defendants had not complied with the required production order. (Dkt. No. 191.) As evidence of noncompliance, Plaintiffs cited (1) several prior instances in which Defendants mistakenly omitted certain documents from their initial production, (2) the fact that no documents were identified associated with Secretary of Homeland Security Kristi Noem or her senior advisor Corey Lewandowski—even though Lewandowski was the direct recipient of other email correspondence that Defendants had produced, and (3) the "strikingly few responsive documents" overall. (*Id.*; *see also* Dkt. No. 211-2.) Defendants maintained that they had fulfilled their discovery obligations. (Dkt. No. 191.) The Court denied without prejudice Plaintiffs' request to compel Defendants' to produce a "hit report" logging documents that hit on search terms but were

withheld as nonresponsive.  (Dkt. No. 198.)

On June 20, 2025, the parties filed a new discovery letter brief regarding, among other things, the non-responsiveness issue.  (Dkt. No. 211.)  In addition to the concerns discussed in the prior discovery letter brief, Plaintiffs added that Defendants had not produced or logged any communications regarding the Venezuela decision prior to the circulation of a draft Federal Register notice, such that the decision "appear[s] to emerge from thin air."  (*Id.*)  Defendants provided that they were investigating whether they had searched and produced documents custodial to Lewandowski and continued to oppose inquiry into their discovery methodology.  (*Id.*)  The Undersigned ordered Defendants to produce a sample of documents withheld as nonresponsive for *in camera* review.  (Dkt. No. 210.)  As directed, Defendants produced the sample documents on July 3, 2025.

**DISPOSITION**

The Undersigned reviewed Defendants' *in camera* production of 40 documents.  The following 16 documents are relevant to the agency's decisions "to vacate, partially vacate, or terminate the TPS designations for Venezuela or Haiti" or the related TPS periodic review processes and were therefore misidentified as nonresponsive: NTPSA_USCIS_00000090, 00000179, 00000472, 00001597; NTPSA_DHSHQ_00000189, 00000406, 00000428, 00000431, 000000531, 000000544, 00000743, 00001217, 000001834, 000001977, 000002024, 000002598.

If Defendants believe any of these responsive documents are privileged, they shall produce a corresponding privilege log by July 11, 2025.  In doing so, Defendants are advised to be mindful of the Undersigned's prior guidance regarding the applications of various privileges and the level of specificity required for privilege logs.  Defendants must produce all non-privileged documents by July 11, 2025.

In addition, the Undersigned is puzzled that NTPSA_USCIS_00000472 and 00001597 were withheld as nonresponsive.  NTPSA_PRIVID_000164 contains a similar portion of the same email chain, but Defendants logged NTPSA_PRIVID_000164 as responsive but attorney-client privileged.  The Undersigned rejected the invocation of the attorney-client privilege as to NTPSA_PRIVID_000164.  (Dkt. No. 222.)  Defendants shall submit an explanation of why the

2

1    same email chain was categorized as both responsive and nonresponsive by July 11, 2025.

2    **IT IS SO ORDERED**.

3    Dated: July 8, 2025



SALLIE KIM
United States Magistrate Judge