UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-01766-EMC<br><br>**ORDER RE STAY**<br><br>Docket Nos. 269, 271, 273 |

Previously, the Court ordered the parties to file supplemental briefs addressing whether the Court should temporarily stay adjudication of the motions to dismiss and for summary judgment pending a decision by the Ninth Circuit on the government's appeal of the postponement order. The Court has received and reviewed the parties' supplemental briefs and hereby **STAYS** proceedings until further order. The Court reserves the right to revisit the stay, as needed (including, *e.g.*, upon the emergence of urgent circumstances).

The Clerk of the Court is instructed to provide a courtesy copy of this order to the Clerk for the Ninth Circuit.

**IT IS SO ORDERED**.

Dated: August 25, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge