# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 1, 2025  **Time:** 10:04-11:41  **Judge:** EDWARD M. CHEN
1 Hour, 37 Minutes

**Case No.:** 25-cv-01766-EMC  **Case Name:** National TPS Alliance v. Noem

**Attorneys for Plaintiffs:** Jessica Bansal, Emilou MacLean, Michelle Cho, Erik Crew, Lauren Wilfong
**Attorneys for Defendants:** William Weiland

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** April Brott

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Motion to Dismiss [Dkt. #s 122, 262]; Motion for Partial MSJ [Dkt. #165] Motion to Consider Extra-Record Evidence [Dkt. #172]  - held

### SUMMARY

Parties stated appearances.  Oral argument presented.  Matters taken under submission.