Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF EMILOU MACLEAN IN SUPPORT OF MOTION FOR COMPLIANCE WITH COURT ORDER [ECF 279]** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

I, Emilou MacLean, declare:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am a Senior Staff Attorney at ACLU Foundation of Northern California, counsel of record in this action for Plaintiffs. I make this declaration in support of Plaintiffs' Motion for Compliance with Court Order [ECF 279] ("Motion for Compliance"). I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently as follows.

2. Attached hereto as **Exhibit A** is a true and correct copy of the USCIS webpage regarding Venezuela's TPS designation as it appeared on Tuesday, September 9, 2025 at 19:56 GMT.

3. On Monday, September 8, 2025, I emailed Defendants' counsel to confirm that Defendants would update the USCIS webpage concerning Venezuela's TPS designation in light of this Court's September 5, 2025 order (ECF 279). Defendants' counsel responded that: "The website will not be updated today. Defendants are assessing their obligations under Judge Chen's ruling, which did not include any injunctive order to immediately update the website. Defendants also note they have moved for a stay of judgment pending appeal, which has yet to be ruled upon by the Court." On September 9, 2025, I responded and informed Defendants that Plaintiffs would move for Defendants' compliance with this Court's September 5, 2025 order and requested Defendants' position on Plaintiffs' forthcoming motion. Defendants' counsel responded: "Defendants dispute the allegations of noncompliance and will oppose both the motion for compliance as well as any associated motion to shorten time." A true and correct copy of this email exchange is attached as **Exhibit B**.

4. Attached hereto as **Exhibit C** is a true and correct copy of the USCIS webpage regarding Haiti's TPS designation as it appeared on Tuesday, September 9, 2025 at 21:17 GMT.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco, California this 9th of September, 2025.

                /s/ *Emilou MacLean*
                Emilou Maclean