Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF N.O. IN SUPPORT OF PLAINTIFFS' MOTION FOR COMPLIANCE WITH COURT ORDER** |

Additional Counsel for Plaintiffs

1

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

## DECLARATION OF N.O.

I, N.O., declare:

1. I am a TPS recipient under the 2021 designation for Venezuela. I live in Florence, Kentucky.

2. I work in an Amazon warehouse. I have held the same job for three years. Since August of this year, my employer has been sending me messages asking for a new work permit. I re-registered for TPS in February, and I applied to renew my work permit last week.

3. On Monday, September 8, 2025, I uploaded a copy of the judge's order in the *NTPSA v. Noem* case to Amazon's employee app along with a letter that my immigration attorney provided for me, explaining that TPS was valid under the order and that I could keep working. However, that same day, the human resources team replied that this was not sufficient for verification of my work authorization.

4. The written response from Amazon to my message stated:

    > "Upon checking the receipt provided is not valid for re-verification or extension.
    >
    > Kindly reach out to the employee and suggest them to complete the re-verification with renewed work authorization documents."

    A true and correct copy of this written response is attached as Exhibit A. I have redacted the sender and recipient to protect my confidentiality.

5. I will be fired from my job after tomorrow. As a result, I will also lose my employer-sponsored health insurance.

6. I have not been able to sleep since I learned that I will lose my job. I have a stomachache all the time and I am desperate with worry. I don't know what to do. I have no one to help me or support me. Now, I will have no way to pay my rent, buy food and necessities, or support my family back in Venezuela.

7. I have lived in the United States for seven years; my whole life is here. I have an approved visa petition from my U.S. citizen sister but it is still years away from being available.

8. This declaration was read to me in full in Spanish on September 9, 2025, by Emilia Garcia. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2025 at Florence, Kentucky.

*N O*

N.O.

CERTIFICATE OF INTERPRETATION

I, Emilia Garcia, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to N.O. in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: September 9, 2025

*Emilia Garcia*

Emilia Garcia

# EXHIBIT A



CERTIFICATE OF SERVICE

    I hereby certify that on September 9, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                 ACLU FOUNDATION OF NORTHERN CALIFORNIA

                                 */s/ Emilou MacLean*