Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:25-cv-01766-EMC <br><br> **PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION TO SHORTEN TIME AND SET BRIEFING SCHEDULE RE: PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION TO SHORTEN TIME AND PLAINTIFFS' EMERGENCY MOTION FOR COMPLIANCE WITH COURT ORDER [ECF 279]** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411
PLAINTIFFS' EMERGENCY ADMINISTRATIVE MOTION TO SHORTEN TIME AND SET BRIEFING SCHEDULE
CASE NO. 3:25-CV-01766-EMC

1    In accordance with Civil Local Rules 6-3 and 7-11 and this Court's rules and orders, Plaintiffs respectfully move the Court to modify the briefing schedule with respect to Plaintiffs' Emergency Administrative Motion to Shorten Time ("Motion to Shorten Time") and Plaintiffs' Emergency Motion for Compliance with Court Order [ECF 279] ("Motion for Compliance"), filed concurrently herewith.

In support of this Motion to Shorten Time and Set Briefing Schedule, Plaintiffs submit that good cause exists to shorten time as set forth below:

1. This Motion is being filed concurrently with Plaintiffs' Motion for Compliance. The Court has not yet set a briefing schedule with respect to Plaintiffs' Motion to Shorten Time or Plaintiffs' Motion for Compliance.

2. On September 5, 2025, this Court held that Department of Homeland Security Secretary Kristi Noem exceeded her statutory authority and acted arbitrarily when she vacated the Venezuela TPS extension and, immediately thereafter, terminated the 2023 Venezuela TPS designation. ECF 279 at 1–2. In the same Order, the Court also held that Secretary Noem's decision partially vacating the extension of TPS for Haiti was illegal. *Id.* at This Court granted relief, setting aside these decisions. *Id.* at 69.

3. Four days after this Court's order, however, Defendants have not updated the federal government's official website so that it accurately describes the status of TPS for Venezuela. The website currently reads that 2023 designation of TPS for Venezuela has been terminated, which is false and inconsistent with the Court's order. *See* Decl. of MacLean, Ex. A.

4. On September 8, 2025, Plaintiffs' counsel emailed Defendants' counsel regarding Defendants' failure to comply with this Court's order by failing to update the federal government's USCIS TPS webpage for Venezuela detailing the status of TPS for Venezuela. *See* Decl. of MacLean, Ex. B. Plaintiffs sought confirmation that Defendants updated the website that day in light of the urgency "[g]iven the September 10, 2025 deadline for re-registration [for Venezuelan TPS holders], and the fact that hundreds of thousands of Venezuelan TPS holders had been without status as a result of the Supreme Court's [May 19] stay grant[.]" *Id.*

5. Defendants responded that the "website will not be updated"; "Defendants are assessing their obligations under [this Court's] ruling"; the Court's order did not include an express "injunctive order to immediately update the website"; and Defendants had filed a pending stay of judgment pending appeal. *Id.*

6. Plaintiffs' Motion for Compliance seeks to remedy this harm and ensure compliance with this Court's September 5, 2025 order by requesting that this Court order Defendants to revise the USCIS website to acknowledge the Court's order and accurately reflect that the Secretary's vacatur and termination decisions have been set aside.

7. On September 9, 2025 Plaintiffs' counsel informed Defendants' counsel that Plaintiffs intended to file a Motion for Compliance along with a Motion to Shorten Time that same day if Defendants did not correct the language on USCIS's website. Defendants' counsel responded: "Defendants dispute the allegations of noncompliance and will oppose both the motion for compliance as well as any associated motion to shorten time.". *See* Decl. of MacLean, Ex. B.

8. Good cause exists for the parties to brief and for this Court to hear Plaintiffs' Motion for Compliance on an expedited timeframe, as members of Plaintiff National TPS Alliance are suffering irreparable harm in violation of their fundamental reliance interests, as described in the Motion for Compliance, including loss of legal status and deprivation of their employment authorization and ability to work, as a result of Defendants' failure to bring USCIS's website into compliance with this Court's September 5, 2025 Order.

9. Good cause also exists because this Court has already been briefed on and ruled on the issues relevant to the Motion for Compliance and now need only decide whether it is appropriate to order the relief requested by Plaintiffs to bring Defendants into compliance with the Court's September 5, 2025 order.

10. For those reasons, Plaintiffs request that the Court order the following schedule:

- Defendants file their Response to Plaintiffs' Motion to Shorten Time by September 10, 2025;
- Defendants file their Response to Plaintiffs' Motion for Compliance by September 11, 2025; and

1  •  Plaintiffs file their Reply in Support of their Motion for Compliance, if any, by
2     September 12, 2025, 12:00 pm PST.
3  11. There have been the following previous time modifications in this case:
4  •  On February 25, 2025, the Court granted Plaintiffs' Motion to Shorten Time
5     regarding Plaintiffs' Motion to Postpone Effective Agency Action [ECF 45] for good
6     cause shown and advanced the parties' briefing schedule and hearing on the Motion
7     to Postpone. *See* ECF 51.
8  •  On March 31, 2025, in response to Plaintiffs' Motion to Shorten Time to Confer
9     under Rule 26(f) (ECF 79), the Court ordered parties to meet and confer within a
10    week of its order. *See* ECF 93.
11 •  On April 2, 2025, the Court granted Defendants' Motion to Shorten Time regarding
12    its Motion to Stay Pending Appeal to the Ninth Circuit (ECF 96), and denied
13    Plaintiffs' Motion for Extension of Time to file Response and Reply (ECF 98), thus
14    ordering Plaintiffs to file their Response on April 3, 2025. *See* ECF 99.
15 •  On April 8, 2025, the Court advanced the Initial Case Management Conference from
16    May 20, 2025, to April 21, 2025. *See* ECF 107.
17 •  On April 30, 2025, the Court granted the parties' Stipulated Cross-Motion Briefing
18    Schedule regarding the Parties' respective Motions for Summary Judgment ("MSJ"),
19    and ordered Plaintiffs to file their MSJ on May 26, 2025; Defendants to file their
20    Opposition to Plaintiffs' MSJ and their own MSJ on June 10, 2025; Plaintiffs to file
21    their Reply in further support of their MSJ and their Opposition to Defendants' MSJ
22    on June 20, 2025; Defendants to file their Reply in further support of their MSJ on
23    June 27, 2025; and set argument on the Parties' MSJs for July 11, 2025. *See* ECF 124.
24 •  On May 9, 2025, the Court granted the Parties' Stipulated Motion to Dismiss and
25    Cross Summary Judgment Motion Briefing Schedule and ordered Plaintiffs to file
26    their MSJ on May 27, 2025, Plaintiffs to file their Opposition to Defendants' Motion
27    to Dismiss on May 28, 2025, and Defendants to file their Reply in support of their
28    Motion to Dismiss on June 10, 2025. *See* ECF 134.

3

- On May 22, 2025, the Court granted Plaintiffs' Motion to Shorten Time regarding Plaintiffs' Motion to Preserve Status and Rights Under Section 705 (ECF 145) for good cause shown and advanced the parties' briefing schedule and hearing on the Motion to Postpone. *See* ECF 146.
- On May 27, 2025, the Court granted the Parties' Stipulated Briefing Schedule for Parties' Cross-Motions for Summary Judgement and ordered Plaintiffs to file their MSJ on June 3, 2025; Defendants to file their Opposition to Plaintiffs' MSJ and their own MSJ on June 17, 2025; and Plaintiffs to file their Reply in further support of their MSJ and their Opposition to Defendants' MSJ on June 27, 2025. *See* ECF 152.
- On June 17, 2025 Plaintiffs filed an Administrative Motion to Shorten Time with respect to Plaintiffs Motion for Compliance with Court Order [ECF 200]. ECF 204. On June 18, 2025, the Court granted Plaintiffs' Administrative Motion to Shorten Time. ECF 207. The Government filed a response to Plaintiffs' Motion for Compliance on June 20, 2025. ECF 212. Plaintiffs filed their reply on June 23, 2025. ECF 213. The Court heard the Motion for Compliance on June 24, 2025. ECF 227.
- On July 7, 2025, Plaintiffs filed a Motion for Leave to File a Supplemental Complaint. ECF 246. On July 8, 2025, the Court granted Plaintiffs' Motion (ECF 248), and Plaintiffs filed the Supplemental Complaint that same day (ECF 250). On July 21, 2025, Defendants filed a renewed Motion to Dismiss the Supplemental Complaint. ECF 262. The Court set the hearing for the renewed Motion to Dismiss on August 1, 2025. ECF 263. The Court ordered that Plaintiffs file an Opposition to Defendants Motion to Dismiss by July 28, 2025. ECF 263. The Court heard the Motion on August 1, 2025. ECF 278.
- On August 5, 2025, the Court ordered supplemental briefing from the parties regarding whether proceedings should be stayed until the Ninth Circuit issued an opinion regarding the Court's Order on Plaintiffs' Motion to Postpone. ECF 269. The parties filed supplemental briefing on August 7, 2025. ECF 271; 273. On August 25, 2025, the Court stayed all proceedings. ECF 276. Following an opinion from the

Ninth Circuit on August 29, 2025, (ECF 277), the Court granted Plaintiffs' Motion for Partial Summary Judgment and entered judgment in favor of Plaintiffs on September 5, 2025 (ECF 279).

- Defendants have filed a Motion to Stay the Court's Judgment (ECF 281), and the Court has ordered Plaintiffs to respond to Defendants' Motion by September 9, 2025 (ECF 283).

12. Granting Plaintiffs' Motion to Shorten Time and Set Briefing Schedule with respect to Plaintiffs' Motion to Shorten Time and Motion for Compliance will have minimal effect on the overall case schedule.

13. Based on the foregoing, and for good cause shown, Plaintiffs respectfully request that the Court modify the briefing schedule as set forth in paragraph 10 above.

Date: September 9, 2025

Respectfully submitted,

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

  /s/ Emilou MacLean
Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)
NATIONAL DAY LABORER ORGANIZING NETWORK

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
Diana Sanchez
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

*/s/ Emilou MacLean*
Emilou MacLean