Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF JESSICA BANSAL IN SUPPORT OF SUPPLEMENT TO MOTION FOR COMPLIANCE [ECF 286]** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

I, Jessica Karp Bansal, declare:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am an attorney with the National Day Laborer Organizing Network and counsel of record in this action for Plaintiffs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Very early this morning, September 10, 2025, I began to receive messages from people on the east coast saying that the USCIS website was no longer permitting them to register Venezuelans for TPS, even though the registration deadline did not expire until the end of September 10, 2025. Throughout the day, I have continued to receive such messages. I and my co-counsel received more than a dozen such messages from a combination of Venezuelan TPS holders, other members of the Venezuelan and TPS holder communities, private attorneys, and immigration legal service providers. Several of the messages also attached screenshots showing the website's list of countries for which one could re-register, with Venezuela absent from the list.

3. At 7:27 a.m. PT this morning I wrote to Defendants' counsel William Weiland to inform him of this development. *See* **Ex. A** (a true and correct copy of my email to Mr. Weiland). I asked that Defendants re-open the registration period for "at least 24 hours, starting today," and that they provide us with "at least 4 hours advance notice" so that we could inform members of the Venezuelan TPS community and the lawyers who work with them in order to ensure that people are permitted to register as this Court's order requires.

4. As of the time of this filing, Mr. Weiland has not responded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2025, in Claremont, California.

/s/ *Jessica Karp Bansal*
Jessica Karp Bansal

1
DECLARATION OF JESSICA BANSAL IN SUPPORT OF SUPPLEMENT TO MOTION FOR COMPLIANCE
CASE NO. 3:25-CV-01766-EMC