Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF MARCELA VILLEDA SANCHINELLI IN SUPPORT OF SUPPLEMENT TO MOTION FOR COMPLIANCE [ECF 286]** |

Declaration Of Marcella Villeda Sanchinelli In Support Of Supplement To Motion For Compliance
Case No. 3:25-cv-01766-EMC

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

# DECLARATION OF MARCELA VILLEDA SANCHINELLI

I, Marcela Villeda Sanchinelli, hereby declare:

1. I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge. If called as a witness, I would and could competently testify to the facts stated herein.

2. I am an attorney at Grossman Young & Hammond, an internationally ranked top immigration law firm based in Bethesda, Maryland.

3. Grossman Young & Hammond's clients include numerous Venezuelan TPS holders.

4. Following the September 5, 2025 ruling in *National TPS Alliance v. Noem*, Case No. 25-cv-01766-EMC, my colleagues and I have been working to assist our Veneuzelan TPS holder clients to re-register to extend their TPS through October 2, 2026, pursuant to the January 17, 2025 extension.

5. On Monday and Tuesday of this week, I and other collegues were able to use our online USCIS accounts to prepare and save draft TPS re-registration applications (Form I-821) for our Venezuelan TPS holder clients.

6. However, this morning, when I and another colleague logged into our USCIS accounts and attempted to submit those saved applications, we received error messages instructing us to check the "Getting Started" portion of the online application. This section contains the question, "What is the name of the designated TPS country under which you are applying?" with a drop down menu listing TPS-designated countries. Whereas before, registrants could select Venezuela, as of this morning, that option no longer appears.

7. This revision has frustrated my office's efforts to complete online re-registration applications for our Venezuelan TPS holder clients by the September 10, 2025 deadline.

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration was executed at Fairfax, Virginia this 10th day of September, 2025.
3
4  _____
5  Marcela Villeda Sanchinelli