Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**DECLARATION OF SWAPNA C. REDDY IN SUPPORT OF SUPPLEMENT TO MOTION FOR COMPLIANCE [ECF 286]** |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

**DECLARATION OF SWAPNA C. REDDY, CO-EXECUTIVE DIRECTOR OF THE ASYLUM SEEKER ADVOCACY PROJECT ("ASAP")**

I, Swapna C. Reddy, submit this declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury as follows:

1. I am the Co-Executive Director of the Asylum Seeker Advocacy Project ("ASAP"). I have served in this role since 2019.

2. As Co-Executive Director I oversee much of ASAP's programming, including supervising its membership services, technology, and legal resource teams.

3. I make this sworn statement based upon personal knowledge, files and documents I have reviewed, as well as information supplied to me by employees of ASAP whom I believe to be reliable. This information is of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting ASAP business.

4. ASAP is a national voluntary membership organization of asylum seekers incorporated as a 501(c)(3) nonprofit organization in New York. ASAP provides our members with legal and community support.

5. ASAP has over 700,000 members, who come from over 175 countries, including Venezuela. Our members reside in all 50 states and several U.S. territories.

6. ASAP members are in various stages of their immigration proceedings. Many ASAP members have asylum cases pending at the U.S. Citizenship and Immigration Services (USCIS) or with the immigration courts, and/or Temporary Protected Status (TPS).

7. On September 8, 2025, ASAP staff attorneys were able to select Venezuela as an option from the drop down of countries that individuals must select from in order to complete Form I-821 Application for Temporary Protected Status online.

8. On or about 8:55am ET on September 10, 2025, an ASAP staff attorney noticed that USCIS had removed Venezuela from the drop down of countries that individuals must select from in order to complete Form I-821 online. I am attaching a screenshot of the dropdown taken at that time as Attachment A.

9. On or about 9:00am ET on September 10, 2025, an ASAP staff attorney noticed that the USCIS system was now displaying an error message on saved drafts of the online Form I-821 if Venezuela had been selected prior to USCIS removing the option. I am attaching a screenshot of the error message taken at that time as Attachment B.

10. As of 2:05 pm ET on September 10, 2025, both of these issues persist. I am attaching a screenshot of the dropdown issue taken at 2:05 pm ET as Attachment C. I am also attaching a screenshot of the error message issue taken at 2:05 pm ET as Attachment D.

11. As of 2:06 pm ET, it is not possible to submit Form I-821 online without selecting a country from the dropdown list. I am attaching a screenshot from 2:06 pm ET as Attachment E showing the error message that occurs if individuals attempt to leave the country field blank.

12. As a result of these issues, it is not possible for TPS holders from Venezuela to re-register online at this time.

13. USCIS currently requires applications submitted by mail to be *received* by the deadline, rather than *postmarked* by the deadline. As a result, we are concerned that individuals may face issues if they try to shift from re-registering online to re-registering by mail in response to the online filing issues.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2025                              Respectfully submitted,

                                                       _____
                                                       Swapna C. Reddy