OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** September 11, 2025    **Time:** 3:11 - 3:31    **Judge:** EDWARD M. CHEN

**Case No.**: 25-cv-01766-EMC    **Case Name:** National TPS Alliance v. Noem

**Attorney for Plaintiff:** Ahilan Arulanantham, Emilou MacLean, Jessica Bansal
**Attorney for Defendant:** William Weiland

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Kendra Steppler

PROCEEDINGS

Plaintiffs' Motion for Compliance with Court Order - hearing held via Zoom Webinar.

SUMMARY

Plaintiffs' Motion for Compliance is Granted; order to issue.