IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 3:25-cv-1766-EMC <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED REQUEST FOR THE COURT TO CONSIDER BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

1

[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST
CASE NO. 3:25-CV-01766-EMC

# [PROPOSED] ORDER

Upon consideration of the Unopposed Request for the Court to Consider Brief of Amici Curiae in Support of Plaintiffs' Motion for Partial Summary Judgment, it is hereby ORDERED that this Request be and hereby is GRANTED.

**IT IS SO ORDERED**.

Dated:  September 29, 2025

The Honorable Edward M. Chen
United States District Court Judge
Northern District of California