| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 26 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NATIONAL TPS ALLIANCE; et al.,

      Plaintiffs - Appellees,

 v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,

      Defendants - Appellants.

No. 25-2120

D.C. No. 3:25-cv-01766-EMC
Northern District of California, San Francisco

ORDER

Before: WARDLAW, MENDOZA, and JOHNSTONE, Circuit Judges.

On November 25, 2025, the Government filed a motion for reconsideration seeking to vacate our August 29, 2025, opinion in this case on mootness grounds. Plaintiffs are directed to file a response by Friday, December 12, 2025, not to exceed 10 pages or 2,800 words.

**IT IS SO ORDERED.**