UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-01766-EMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>Docket No. 344 |

　　Plaintiffs have filed a motion for leave to file a supplemental complaint – specifically, to assert new claims related to a second termination of Haiti's TPS. Now pending before the Court is Plaintiffs' request that the motion for leave be heard on shortened time. The motion to shorten time is **GRANTED**. Shortened time is reasonable given that the new termination will take effect on February 3, 2026. Plaintiffs did not delay in seeking relief given that they filed their motion for leave approximately two weeks after Secretary Noem made the decision to terminate.

　　The Court shall hear Plaintiffs' motion for leave on December 23, 2025, at 10:30 a.m. via Zoom. The government's opposition brief shall be filed by 9:00 a.m., December 18, 2025. Plaintiffs' reply shall be filed by noon of December 19, 2025.

　　This order disposes of Docket No. 344.

　　**IT IS SO ORDERED**.

Dated: December 13, 2025

_____
EDWARD M. CHEN
United States District Judge