BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
RUTH ANN MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
ILANA KRAMER
LAUREN BRYANT
CATHERINE ROSS
JEFFREY M. HARTMAN
DANIEL CAPPALLETTI
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et. al.*,<br><br>   Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**INDEX OF ADMINISTRATIVE RECORD NOVEMBER 2025 HAITI TPS TERMINATION** |

INDEX OF ADMINISTRATIVE RECORD
NOVEMBER 2025 HAITI TPS TERMINATION
No. 3:25-cv-1766
1

Defendants in the above-captioned matter hereby file the Administrative Record for the Haiti TPS Termination.[1] The Administrative Record includes the following documents:

**INDEX OF ADMINISTRATIVE RECORD – NOVEMBER 2025 HAITI TPS TERMINATION**

|    | Document Name | Page(s) |
|----|---------------|---------|
| 1  | Designation of Haiti for Temporary Protected Status, 75 FR 3476 | 000001-000004 |
| 2  | Designation of Haiti for Temporary Protected Status, 86 FR 41863 | 000005-000013 |
| 3  | America First Policy Directive to the Secretary of State, 90 FR 8337 | 000014 |
| 4  | Protecting the American People Against Invasion, 90 FR 8443 | 000015-000020 |
| 5  | Protecting the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 8451 | 000021-000023 |
| 6  | Extension and Redesignation of Haiti for Temporary Protected Status, 88 FR 5022 | 000024-000034 |
| 7  | Extension and Redesignation of Haiti for Temporary Protected Status, 89 FR 54484 | 000035-000047 |
| 8  | Extension and Redesignation of Haiti for Temporary Protected Status, 76 FR 29000 | 000048-000052 |
| 9  | Extension of the Designation of Haiti for Temporary Protected Status, 77 FR 59943 | 000053-000058 |
| 10 | Extension of the Designation of Haiti for Temporary Protected Status, 79 FR 11808 | 000059-000065 |
| 11 | Extension of the Designation of Haiti for Temporary Protected Status, 80 FR 51582 | 000066-000072 |
| 12 | Extension of the Designation of Haiti for Temporary Protected Status, 82 FR 23830 | 000073-000080 |
| 13 | Extension of the Re-Designation Period for Haiti Temporary Protected Status, 79 FR 25141 | 000081-000082 |
| 14 | Foreign Terrorist Organization Designations of Viv Ansanm and Gran Grif, 90 FR 19065 | 000083 |
| 15 | Guaranteeing the States Protection Against Invasion, 90 FR 8333 | 000084-000087 |
| 16 | Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti, 90 FR 10511 | 000088-000092 |
| 17 | Restricting the Entry of Foreign Nationals To Protect the United States, 90 FR 24497 | 000093-00101 |
| 18 | Six-Month Extension of Temporary Protected Status Benefits for Orderly Transition Before Termination of Liberia's Designation for Temporary Protected Status, 81 FR 66059 | 000102-000107 |
| 19 | Termination of Designation of Angola Under the Temporary Protected Status Program, 68 FR 3896 | 000108-000109 |

---

[1] The filing of this Administrative Record is not a concession that the decision of Secretary Kristi Noem is subject to judicial review.

| | | |
|---|---|---|
| 20 | Termination of Designation of Lebanon Under Temporary Protected Status Program, 58 FR 7582 | 000110-000112 |
| 21 | Termination of the Designation of Haiti for Temporary Protected Status, 83 FR 2648 | 000113-000119 |
| 22 | Termination of the Designation of Haiti for Temporary Protected Status, 90 FR 28760 | 000120-000124 |
| 23 | Termination of the Designation of Sierra Leone Under the Temporary Protected Status Program; Extension of Employment Authorization Documentation, 68 FR 52407 | 000125-000128 |
| 24 | Termination of the Designation of Sudan for Temporary Protected Status, 82 FR 47228 | 000129-000135 |
| 25 | CBP, DHS, U.S. Border Patrol and Office of Field Operations Encounters by Area of Responsibility and Component (May 12, 2025) | 000136-000144 |
| 26 | USCIS, DHS, Decision Memo, Att A. Temporary Protected Status (TPS) Legal Authority | 000145-000146 |
| 27 | DHS, Environmental Planning and Historic Preservation Decision Support System, Implementation of a Family Reunification Parol Process for Haiti, Project Approved | 000147-000163 |
| 28 | DHS, Redacted OHSS & OP&S emails Haiti TPS Stats | 000164-000165 |
| 29 | DHS, USCIS, Off. of Policy and Strategy, Policy Research Division, estimate as of May 2025. | 000166 |
| 30 | Fraud Detection and National Security Directorate, TPS Haiti Fraud, National Security, Public Safety with Groupings, as of September 10, 2025. | 000167-000171 |
| 31 | Off. of Homeland Security Statistics, DHS, Analysis of ICE ERO data as of August 31, 2025 | 000172 |
| 32 | Off. of Homeland Security Statistics, DHS, Haiti TPS Request Info, estimate as of Sept. 30, 2025. | 000173-000174 |
| 33 | Off. of Perf. Quality, USCIS, DHS, TPS Beneficiaries | 000175 |
| 34 | Off. of Perf. and Quality, USCIS, DHS, Adv. Parole Haiti | 000176-000177 |
| 35 | Off. of Performance and Quality, USCIS, DHS, TPS Beneficiaries, estimates as of Oct. 5, 2025. | 000178 |
| 36 | Policy Research Division, Office of Policy and Strategy, USCIS, DHS, NIV vs. I94 estimate as of Oct. 1, 2025. | 000179-000181 |
| 37 | USCIS, DHS, Decision Memo Att C. Office of Policy and Strategy Policy Research Division TPS Policy Considerations Report | 000182-000194 |
| 38 | USCIS, DHS, Decision Memo S1 signed Oct. 29, 2025 on the Termination of TPS for Haiti | 000195-000206 |
| 39 | USCIS, DHS, Decision Memo, Att B, Office of Refugee Affairs and Int'l Operations Country of Origin Report - Haiti | 000207-000221 |
| 40 | USCIS, DHS, Decision Memo, Att D. June 4 Signed Decisio Memo Attachments A, B and C | 000222-000247 |
| 41 | USCIS, DHS, Decision Memo, Att D. June 4 Signed Decision Memorandum for the Secretary, Temporary Protected Status for Haiti | 000248-000255 |

| 42 | USCIS, DHS, Fraud Detection and National Security Directorate, estimates as of Sept 9, 2025 or Aug. 7, 2025 (depending on search parameter). | 000256-000258 |
|---|---|---|
| 43 | USCIS, DHS, Fraud Detection and National Security Directorate, Haiti TECS hits data | 000259 |
| 44 | USCIS, DHS, Off. of Performance and Quality, Haiti Advance Parole Receipt Count, FY2010-2025 estimates as of Sept. 11, 2025. | 000260-000261 |
| 45 | Carla Y. Davis-Castro, Latin America and the Caribbean: Fact Sheet on Leaders and Elections, Congressional Research Service Product | 000262-000267 |
| 46 | CBP, DHS, Entry. Exit Overstay Report. Fiscal Year 2024 Report to Congress | 000268-000331 |
| 47 | CBP, U.S. Border Patrol and Office of Field Operations Encounters by Area of Responsibility and Component | 000332-000340 |
| 48 | Central Intelligence Agency World Factbook, Haiti | 000341-000359 |
| 49 | Clare Ribando Seelke and Karla I. Rios, Haiti: Recent Developments and U.S. Policy, Congressional Research Service | 000360-000382 |
| 50 | DOS, 2023 Country Reports on Human Rights Practices: Haiti | 000383-000408 |
| 51 | DOS, Consultation between DHS and State pertaining to TPS determination, Sept 5, 2025. | 000409-000410 |
| 52 | DOS, Deportation Actions Against U.S. Legal Permanent Residents Affiliated with Haitian Foreign Terrorist Organization Viv Ansanm | 000411-000413 |
| 53 | DOS, Fact Sheet, Designation of Viv Ansanm and Gran Grif | 000414-000416 |
| 54 | DOS, Haiti Travel Advisory | 000417-000419 |
| 55 | DOS, Monthly Nonimmigrant Visa Issuance Statistics | 000420-000431 |
| 56 | DOS, On the Next Steps to Restoring Security in Haiti | 000432-000434 |
| 57 | DOS, Secretary of State Marco Rubio with Ainsley Erhardt, Brian Kilmeade, and Lawrence Jones of Fox and Friends | 000435-000443 |
| 58 | Security Alert: U.S. Embassy Port-au-Prince, Haiti, U.S. Embassy in Haiti | 000444-000445 |
| 59 | DOS, Terrorist Designations of Viv Ansanm and Gran Grif | 000446-000448 |
| 60 | ICE, DHS, ICE-ERO Boston arrests Haitian gang member with numerous convictions | 000449-000452 |
| 61 | ICE, ICE arrests illegal alien from Haiti connected to criminal terrorist organizations | 000453-000454 |
| 62 | Karla I. Rios, Haiti in Crisis, What Role for a Multinational Security Support Mission? Congressional Research Service | 000455-000457 |
| 63 | Karla Rios, Haiti in Crisis: Developments Related to the Multinational Security Support Mission, US Congressional Research Service: Foreign Affairs Division | 000458-000460 |
| 64 | Matter of Dhanasar, 26 I&N Dec. 884, 890-91 | 000461-000471 |
| 65 | Matter of D-J-, 23 I&N Dec. 572, 579-81 | 000472-000485 |
| 66 | U.S. Coast Guard News, Coast Guard repatriates 191 aliens to Haiti | 000486-000489 |
| 67 | U.S. Embassy in Haiti, Immigrant Visas | 000490 |

| | | |
|---|---|---|
| 68 | U.S. Mission to the Organization of American States, "U.S. Remarks Call for Coordinated UN Action in Support of Haiti" | 000491-000492 |
| 69 | U.S. Mission to the UN, "Explanation of Vote Following the Adoption of a UN Security Council Resolution on Haiti" | 000493 |
| 70 | U.S. Mission to the UN, Remarks at a UN Security Council Briefing on Haiti | 000494 |
| 71 | U.S. Mission to the UN, Remarks at a UN Security Council Briefing on Haiti | 000495-000496 |
| 72 | U.S. Mission to the UN, "U.S. Representative to the United Nations, Ambassador Mike Waltz's Interview with Martha Maccallum on Fox News" | 000497-000498 |
| 73 | New York Times, Frances Robles, Haiti's Many Problems and Very Few Solutions, Explained | 000499-000509 |
| 74 | United Nations Integrated Office in Haiti, Quarterly Report on the Human Rights Situation in Haiti April – June 2025, | 000510-000529 |
| 75 | Voice of America, Wilner Bossou, VOA Creole: MSF reports 150 new cholera cases in Haiti | 000530 |
| 76 | World Bank, World Bank Announces New Strategy for Haiti | 000531-000536 |
| 77 | Al Jazeera, Haiti declares curfew after 4,000 inmates escape jail amid rising violence | 000537-000545 |
| 78 | Al Jazeera, Haiti names new head of transitional council ahead of scheduled elections | 000546-000555 |
| 79 | Al Jazeera, Jillian Kestler-D'Amours, Who are Haiti's gangs and what do they want? All you need to know | 000556-000570 |
| 80 | Amnesty International, Gang Violence and Unrest in Haiti | 000571-000587 |
| 81 | Dánica Coto, With fear and hope, Haiti warily welcomes new governing council as gang-ravaged country seeks peace | 000588-000595 |
| 82 | AP News, Evens Sanon and Dánica Coto, Transitional council in Haiti to choose new leaders is formally established amid gang violence | 000596-000602 |
| 83 | AP News, FAA extends ban on US commercial flights to Haiti's capital because of risk from gangs | 000603-000609 |
| 84 | AP News, Flights Resume at Haiti's Second International Airport | 000610-000617 |
| 85 | AP News, Haiti declares a 3-month state of emergency as gangs ravage country's central region | 000618-000625 |
| 86 | AP News, Haiti Receives Support from Kenyan Police as Multinational Security Mission Begins | 000626-000631 |
| 87 | AP, Gang violence in Haiti is escalating and spreading with a significant increase in killings | 000632-000641 |
| 88 | BBC News, Haiti airport reopens after weeks of gang violence | 000642-000645 |
| 89 | Beatrice Dain & Jeanne Batalova, Migration Policy Inst., Haitian Immigrants in the United States | 000646-000655 |
| 90 | Caitlin Stephen Hu, et al, CNN, FAA grounds all US flights to Haiti after three planes were struck by gunfire | 000656-000667 |

Case 3:25-cv-01766-EMC   Document 357   Filed 01/01/26   Page 6 of 10

| | | |
|---|---|---|
| 91 | Danica Coto, AP News, Haiti's main airport reopens nearly 3 months after gang violence forced it closed | 000668-000673 |
| 92 | Diana Roy and Rocio Cara Labrador, Council on Foreign Relations, Haiti's Troubled Path to Development | 000674-000684 |
| 93 | Dominican Today, Insecurity stalls Haiti's tourism growth in 2024 | 000685-000689 |
| 94 | Edith M. Lederer, AP News, US and Panama propose new force of 5,550 in Haiti with the power to detain gang suspect, | 000690-000694 |
| 95 | Evens Sanon & Megan Jenetsky, AP News, Haiti's main airport shuts down as gang violence surges and a new prime minister is sworn in | 000695-000700 |
| 96 | Evens Sanon, AP News, Haiti's first domestic flight takes off since gangs halted commercial air travel last year | 000701-000705 |
| 97 | Freedom House. Freedom in the World 2024 - Haiti (2024) | 000706-000716 |
| 98 | UN News, Global education fund announces $2.5 million grant for Haiti | 000717-000718 |
| 99 | Global Initiative Against Transnational Organized Crime, Romain Le Cour Grandmaison, et al, A Critical Moment, Haiti's Gang Crisis and International Responses | 000719-000768 |
| 100 | Haiti Libre, Haiti-Recession, Haiti's economy in free fall-10.5% of GDP in total over 5 years | 000769 |
| 101 | Haiti travel advice, Government of Canada, | 000770-000796 |
| 102 | Haitian Times, FAA Extends U.S. Flight Ban to Haiti's Capital Through Summer 2025 | 000797-000800 |
| 103 | Human Rights Watch, Haiti: Criminal Violence, Hunger Trapping Children | 000801-000815 |
| 104 | Human Rights Watch, World Report 2025 – Haiti | 000816-000823 |
| 105 | Human Rights Watch. (2025). Haiti: Events of 2024. | 000824-000833 |
| 106 | Human Rights Watch. Haiti, Escalating Violence; Humanitarian Crisis. | 000834-000837 |
| 107 | Human Rights Watch. Haiti: Scarce Protection as Sexual Violence Escalates. | 000838-000852 |
| 108 | IciHaiti, Cholera present in IDP camps | 000853 |
| 109 | InSight Crime, Drone Strikes Shake Haiti's Gangs but Leave Legal and Strategic Questions | 000854-000859 |
| 110 | InSight Crime, Haiti | 000860-000865 |
| 111 | InSight Crime, InSight Crime's 2024 Homicide Round-Up | 000866-000902 |
| 112 | International Crisis Group, Locked in Transition, Politics and Violence in Haiti | 000903-000930 |
| 113 | International Crisis Group, Crisis Watch February 2025 | 000931-000969 |
| 114 | Int'l Federation of Red Cross and Red Crescent Societies, Haiti Earthquake and Cholera Emergency Appeal (MDRHT018), Final Report | 000970-001007 |
| 115 | Int'l Organization for Migration, Engaging the Haitian Diaspora | 001008-001021 |
| 116 | Int'l Organization for Migration, Haiti Crisis Response Plan 2025 | 001022-001031 |
| 117 | Int'l Organization for Migration, Haitians deported to Haiti: Profiles, migration experience and intentions of Haitians deported in 2024 | 001032-001038 |

INDEX OF ADMINISTRATIVE RECORD
NOVEMBER 2025 HAITI TPS TERMINATION
No. 3:25-cv-1766
6

| | | |
|---|---|---|
| 118 | Int'l Organization for Migration, Violence Triggers Record Displacements in Port-au-Prince: Over 60,000 People in a Month | 001039-001046 |
| 119 | Joanne Clark, Caribbean National Weekly, World Bank to invest US$320 million to support Haiti | 001047-001049 |
| 120 | Jose Flécher, The Haitian Times, Haiti's costly presidential council on brink of collapse amid deepening corruption scandal | 001050-001053 |
| 121 | Juhakenson Blaise, The Haitian Times, 144 Kenyan officers, Salvadoran helicopters, and U.S. support bolster Haiti security efforts | 001054-001061 |
| 122 | Juhakenson Blaise, The Haitian Times, Haiti registers a whopping 6M voters amid mass displacements, officials say. | 001062-001064 |
| 123 | Juhakenson Blaise, The Haitian Times, Haitians reject draft constitution over concerns of fragmentation and weakened democracy | 001065-001069 |
| 124 | Juhakenson Blaise, The Haitian Times, Key takeaways from Haiti's multinational mission: progress, setbacks, and future challenges, | 001070-001075 |
| 125 | Medecins Sans Frontieres (MSF, Doctors Without Borders), Violence and threats by police force MSF to suspend activities in Port-au-Prince metropolitan area. | 001076-001078 |
| 126 | Médecins Sans Frontières, Crisis in Haiti, What to know | 001079-001091 |
| 127 | Miami Herald, Jacqueline Charles, 'Gang Suppression Force' to replace Haiti's Kenya-led mission under U.S. proposal | 001092-001101 |
| 128 | Miami Herald, Jacqueline Charles, UN directs $9 million in emergency funds to Haiti amid worsening humanitarian crisis | 001102-001107 |
| 129 | Migration Policy Institute, Haitian Immigrants in the United States | 001108-001117 |
| 130 | Migration Policy Institute, Haitian Migration through the Americas: A Decade in the Making | 001118-001128 |
| 131 | Nathalye Cotrino, Human Rights Watch, Children Are Among the Hardest Hit by Haiti's Violence | 001129-001140 |
| 132 | New York Times, Haiti Doesn't Make Guns. So How Are Gangs Awash in Them? | 001141-001146 |
| 133 | Office of the High Commissioner for Human Rights, Report, UN Experts Urge Immediate Action to End Spiraling Violence in Haiti | 001147-001157 |
| 134 | Pan American Health Organization, Who We Are | 001158-001168 |
| 135 | Pan American Health Organization, WHO, Health Cluster Situation Report No. 26. Humanitarian Situation in Haiti. 13 September 2025, | 001169-001172 |
| 136 | Pan American Health Organization, WHO, Hope amid hardship: Battling cholera in Haiti's displacement camps | 001173-001178 |
| 137 | REACH, Haiti, A Deepening Public Health Crisis – January 2025 | 001179-001182 |
| 138 | Red Cross, Preventing disease and improving health care factsheet, November 2024 | 001183-001184 |
| 139 | FAA extends ban on U.S. flights to Port-au-Prince through Sept. 8. | 001185-001187 |
| 140 | Reuters, Haiti prison break leaves 12 dead as inmates go hungry | 001188-001197 |
| 141 | Sandra Pellegrini, Armed Conflict Location and Event Data, Viv Ansanm, Living together, fighting united – the alliance reshaping Haiti's gangland. | 001198-001211 |

| | | |
|---|---|---|
| 142 | Sarah Morland, Reuters, Haiti leader says long-awaited general elections penned for November | 001212-001227 |
| 143 | Security Council Report. January 2025 Monthly Forecast, Haiti. | 001228-001239 |
| 144 | The Guardian, Haiti declares state of emergency after thousands of dangerous inmates escape | 001240-001243 |
| 145 | The Miami Herald, Jacqueline Charles, Some Haiti leaders seek to reconfigure political transition panel amid bribery scandal | 001244-001252 |
| 146 | U.S. Institute of Peace, Nicolás Devia-Valbuena, et al, How to Avert a Gang Takeover of Haiti | 001253-001260 |
| 147 | U.S. Institute of Peace, Kirk Randolph, et al, How to Break Gangs' Grip on Haiti | 001261-001272 |
| 148 | UN Integrated Office in Haiti, SRSG's Statement to Security Council | 001273-001275 |
| 149 | UN News, As violent gangs extend control in Haiti, UN commits to staying the course | 001276-001282 |
| 150 | UN News, Haiti. Gangs have more firepower than the police | 001283-001292 |
| 151 | UN News, Haiti's children: Crisis demands urgent action | 001293-001294 |
| 152 | UN News, Top United Nations Officials urge Swift Global Action as Haiti Nears Collapse | 001296-001299 |
| 153 | UN OCHA, Haiti Emergency Situation Report No. 29 (as of 18 July 2024). | 001300-001303 |
| 154 | UN Office on Drugs and Crime, UN Security Council Briefing on the Situation in Haiti | 001304-001307 |
| 155 | United Nations, OHCHR, Haiti: Over 5,600 killed in gang violence in 2024, UN figures show | 001308-001312 |
| 156 | UN OHCHR, Situation of human rights in Haiti - Interim report of the United Nations High Commissioner for Human Rights - Advance edited version  (A/HRC/57/41) | 001313-001328 |
| 157 | UN Security Council, Haiti Running Out of Time, Delegate Warns Security Council, Noting Possible Fall of Capital to Gangs Cannot Be Allowed | 001329-001333 |
| 158 | UN Security Council, Letter dated 29 Nov. 2024 from the President of the Security Council addressed to the Secretary-General | 001334 |
| 159 | UN Security Council, Report of the Secretary-General on Haiti | 001335-001351 |
| 160 | UN Security Council, Resolution 2751 (2024) | 001352-001353 |
| 161 | UN, Quarterly Report on the Human Rights Situation in Haiti | 001354-001373 |
| 162 | UN, Security-General's remarks to the Security Council – on Haiti [trilingual, as delivered; scroll down for all-English and all-French) | 001374-001388 |
| 163 | UNICEF, Haiti Humanitarian Flash Update No. 2 (May 2025) | 001389-001393 |
| 164 | UN UNICEF, Haiti Humanitarian Situation Report No. 9, Oct. 2024 | 001394-001403 |
| 165 | United Nations International Office of Migration (UN IOM), Haiti — Report on the internal displacement situation in Haiti — Round 8. | 001404-001424 |

| | | |
|---|---|---|
| 166 | United Nations, Security Council Authorizes Transition of Multinational Security Support Mission in Haiti to Gang Suppression Force | 001425-001429 |
| 167 | UN, The people of Haiti are in a perfect storm of suffering, warns UN chief | 001430-001436 |
| 168 | UN, UN Security Council approves new 'suppression force' for Haiti amid spiraling gang violence | 001437-001444 |
| 169 | World Bank Group, The World Bank in Haiti | 001445-001451 |
| 170 | World Bank, Glimmers of hope as Haiti navigates its lingering crisis | 001452-001477 |
| 171 | World Bank, The World Bank in Haiti | 001478-001484 |
| 172 | World Bank, The World Bank in Haiti (Nov. 2024) | 001485-001490 |
| 173 | World Food Programme, WFP Haiti Country Brief January 2025 | 001491-001493 |
| 174 | World Food Programme, "Hunger in Haiti reaches historic high with one-in-two Haitians now in acute hunger" Sept. 30, 2024 | 001494-001501 |
| 175 | UN Integrated Office in Haiti, Intensification of Criminal Violence in Lower Artibonite, The Center Department, and Regions Located East of the Metropolitan Area of Port-au-Prince | 001502-001537 |

Dated: December 31, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
ILANA KRAMER
LAUREN BRYANT
CATHERINE ROSS
DANIEL CAPPALLETTI
Trial Attorneys

/s/ *Shelby Wade*
SHELBY WADE
(NY Bar No. 5696067)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

INDEX OF ADMINISTRATIVE RECORD
NOVEMBER 2025 HAITI TPS TERMINATION
No. 3:25-cv-1766
9

Tel: (202) 285-8379
Shelby.Wade2@usdoj.gov

*Attorneys for the Defendants*