The United States had little appetite for sending its own troops to take on the criminal groups. Instead, the Biden administration devised a plan for an international mission made up mostly of Kenyan police officers to help support the local police.

In February, while Mr. Henry was in Kenya finalizing the plan's details, rival gangs in Haiti banded together, unleashed terror and forced him out.

For months, the main airport was closed, neighborhoods were burned and civilians were killed. To fill the power vacuum, the United States and Caribbean countries helped Haiti hatch a plan for a nine-member transitional presidential council to rule the country.

> **Want to stay updated on what's happening in Haiti?** Sign up for Your Places: Global Update, and we'll send our latest coverage to your inbox.

A former U.N. official, Garry Conille, was named interim prime minister. The Kenyans arrived in June and gangs appeared, at least briefly, to pull back.

## What's happening now?

The presidential council announced last week that it had fired Mr. Conille and replaced him.

HaitiTPSAR000501



Garry Conille, surrounded by security personnel, had a short tenure as Haiti's interim prime minister before he was fired.  Odelyn Joseph/Associated Press

In an apparent effort to sow mayhem and demonstrate that they still wield considerable power, gang leaders escalated their attacks. They shot at least three U.S. aircraft on Monday and took over more neighborhoods in Port-au-Prince, the capital.

Videos circulated on social media showed people running through streets, many lugging children and suitcases.

An already grim situation could get worse. Gangs have traditionally steered clear of upper-class neighborhoods where wealthy Haitians, diplomats and international humanitarian aid workers live. But experts fear that could soon change, leaving the entire capital in the hands of armed groups that some are now calling "paramilitaries."

HaitiTPSAR000502

# So what now?

The Kenyan-led mission the Biden administration created and funded is widely viewed as a disappointment. Few other countries contributed money, leaving the force with less than 400 police officers, far less than the 2,500 initially envisioned.

Mr. Trump has made disparaging comments about Haiti, and many people think he will make the Kenyans leave as soon as he takes office. (His team did not respond to a request for comment.)

The Biden administration is pushing hard for the Kenya police mission — known as the Multinational Security Support mission, or M.S.S. — to be converted into an official U.N. peace keeping force. That would solve several problems: a lack of personnel, equipment and money. A U.N. peace keeping force would obligate member nations to contribute financially and provide troops, taking the burden of finding money and officers out of Washington's hands.

Even though the last U.N. peacekeeping force brought cholera to the country and was embroiled in sexual abuse scandals, the current situation is so desperate that the move would largely be welcomed.

HaitiTPSAR000503



Kenyan police officers guard Haiti's main port in Port-au-Prince. The multinational force has 400 officers and is vastly outnumbered by well-armed gangs.　Adriana Zehbrauskas for The New York Times

But China and Russia, which have veto power, have made clear that they're not interested in such a move. The U.N. Security Council is expected to discuss sending an assessment team to Haiti to explore the idea this week, said a senior U.S. official who was not authorized to publicly discuss Haiti policy.

The hope is that the two countries will abstain instead of vetoing the proposal, according to several officials familiar with the talks.

Still, even if a U.N. peacekeeping mission were approved, it would take months to create, the U.S. official said.

The current multinational force is expected to increase to 1,000 officers by the end of the year with the addition of air support from El Salvador and marine support from the Bahamas, the official said. Haiti will also soon get about 20 more armored

HaitiTPSAR000504

vehicles.

The mission was hampered because countries in the Caribbean and Latin America with a direct interest in preventing a mass migration out of Haiti did not provide the help they should have, the official said.

President Biden discussed a U.N. peacekeeping force with President Xi Jinping of China during their meeting at the Asia-Pacific Economic Cooperation forum in Peru on Saturday, but the Chinese leader did not change his mind, national security advisor Jake Sullivan.

If the U.N. Security Council rejects the move, another option would be to beef up the multinational mission. But Congress has balked at spending more money for Haiti.



Kenyan and Jamaican members of the multinational at the mission's operations center in Port-au-Prince. Adriana Zehbrauskas for The New York Times

HaitiTPSAR000505

Pressed on whether the Biden administration's strategy was failing, a second senior U.S. official said the administration had done what it could with the limited resources Congress made available, adding that lawmakers were not treating the crisis in Haiti with the same urgency as other emergencies across the globe, like Ukraine or the Middle East.

The official, who spoke on the condition of anonymity to discuss diplomatic plans, maintained that the United States has kept the Haitian government from collapsing.

## Will negotiating with gangs be necessary?

Vanda Felbab-Brown, an expert on nonstate armed groups at the Brookings Institution,  said that if the crisis persists, it will likely force the Haitian government to make an unpalatable, but perhaps necessary move.

"If desperation reaches epic proportions, I think a more likely scenario is to see the political system" negotiate with the gangs, she said, adding that "would give gangs more power than they have already."

That's easier said than done. There are up to 20 different gangs operating in Port-au-Prince, and many of them have committed horrific crimes. While gang leaders talk openly about wanting a "seat at the table," they have not offered to lay down their weapons, and the Haitian government is determined not to negotiate from a position of weakness, several experts said.

Nobody is seriously discussing amnesty for gang leaders who have committed multiple homicides. But with gangs having an estimated 12,000 members — half of them minors — serious talks would eventually have to take place to figure out how to disarm, demobilize and reintegrate them into society, the first U.S. official said.

HaitiTPSAR000506



Human skulls sit in the middle of the road in downtown Port-au-Prince.    Adriana Zehbrauskas for The New York Times

Many gang members are desperately poor teenagers who lack job opportunities. Analysts agree that the Haiti needs to implement significant job training and educational programs to lure children from the grips of armed groups that pay a regular salary.

Talks are unlikely to start until the M.S.S. and the Haitian National Police succeed in capturing or killing top leaders, a goal that they have yet to achieve.

## Stemming the flow of guns

Several Haiti experts stressed that the United States needs to do more to end the flow of guns from its shores to Haiti. Whether the solution is a full arms embargo or tougher sanctions on people known to finance and control gangs, experts agreed

HaitiTPSAR000507

that the crisis will not end until high-powered weapons are off the streets.

"This is what Haitians have been consistently saying: 'We do not produce guns,'" said Nathalie Frédéric Pierre, a Haiti expert at Howard University. "This is what is choking our society."

Several Haitians interviewed expressed disappointment that the United States had spent so much money on the international force rather spending more on the Haitian National Police, which is vastly understaffed and ill-equipped.

"We wasted a lot of time money and energy that could have been invested in to our own Haitian solution," said Vélina Élysée Charlier, a human-rights activist in Port-au-Prince.

Leslie Voltaire, who is currently president of the transitional presidential council — a position that rotates every few months — said he hopes to see the police accomplish a few victories against the gangs, even if it's against "low-hanging fruit."

"We are seeing that the international community is helping, but in a very slow way," he said.

He hopes to see the Kenya mission reinforced with a better flow of supplies.

He said he is working on an action plan to submit to the international community that includes constitutional reform and planning for presidential elections next November.

"This is our road map, but it is very bumpy," he said.

He does not know whether Mr. Trump will end the Kenya-led mission.

"I sent a tweet to him saying congratulations," Mr. Voltaire said. "I know he loves tweets."

He hasn't heard back.

Zolan Kanno-Youngs, David C. Adams and André Paultre contributed reporting.

HaitiTPSAR000508

**Frances Robles** is a Times reporter covering Latin America and the Caribbean. She has reported on the region for more than 25 years.

A version of this article appears in print on , Section A, Page 6 of the New York edition with the headline: Disturbing Problems And No Easy Way Out Of Crisis Facing Haiti

# QUARTERLY REPORT ON THE HUMAN RIGHTS SITUATION IN HAITI

## April – June 2025



HaitiTPSAR000510

# Contents

I.   Violence and human rights violations

1.1. Dynamics of gang-related violence and its impact on human rights .................................................. 6
1.2. Dynamics of violence linked to the "Bwa Kale" movement and self-defense groups, and their impact on human rights ... 11
1.3. Dynamics of police-related violence and excessive use of force ...................................................... 12
1.4. Public Prosecutor of Miragoâne ............................................................................................................ 14
1.5. Kidnappings ...................................................................................................................................... 14
1.6. Sexual violence ................................................................................................................................. 15
1.7. Impact of gang violence and child exploitation ............................................................................... 15
1.8. Impact of gang violence on economic, social and cultural rights ................................................... 15

II.   Legal system

2.1. Functioning of the judiciary ............................................................................................................. 16
2.2. Judicial proceedings on massacres and other serious human rights violations ............................ 16
2.3. Court proceedings related to gang support and arms trafficking .................................................... 17
2.4. Sexual violence investigations .......................................................................................................... 17
2.5. Fight against corruption .................................................................................................................... 18
2.6. Conditions of detention in Haitian prisons ...................................................................................... 18
2.7. International sanctions and legal proceedings abroad ..................................................................... 18
2.8. Investigations into human rights violations committed by police officers ..................................... 19

III.  Support to national institutions and civil society

3.1. Support to public authorities and civil society organizations in the field of protection ................ 19
3.2. Support to the national security forces and the MSS ...................................................................... 20




HaitiTPSAR000511

## Recommendations

- **To the Haitian government:** with the support of the international community, accelerate the establishment of specialized judicial units to combat mass crimes, including sexual violence, and financial crimes.

- **To the Haitian government:** with the support of the international community, accelerate the effective implementation of the vetting process within the police and bring to justice police officers accused of being involved in serious human rights violations.

- **To the Haitian government:** with the support of the international community, strengthen and accelerate the implementation of a prevention and rehabilitation program for minors involved in gangs.

- **To the Haitian government:** strengthen the coherence and effectiveness of the national security forces in their fight against armed gangs.

- **To the Haitian government:** with the support of the international community, including humanitarian actors, strengthen the protection of at-risk populations.

- **To the international community:** keep Haiti on the international agenda, strengthen and expand the mandate of the Multinational Security Support (MSS) mission and accelerate its deployment, in accordance with human rights norms and standards, as provided for in United Nations Security Council Resolution 2699 (2023).

- **To States in the region:** strengthen and increase inspections of shipments destined for Haiti on their territory, including at seaports and airports, in line with UN Security Council resolutions 2653 (2022), 2699 (2023), and 2752 (2024), which impose an arms embargo.

## Highlights

- 1,520 people were killed and 609 injured by gangs (24%), self-defense groups and members of the population (12%) and during security force operations (64%).

- Increased security force operations in the capital.

- Expansion of gang attacks in the Centre department and intensification in the Lower Artibonite, in contrast with slowing down of gangs' territorial progression in the capital.

- The situation remained very volatile in the commune of Kenscoff.

- Killings, rapes and kidnappings continue to be used by gangs to subjugate residents living in areas under their control; 628 victims of sexual violence and 185 victims of kidnapping have been recorded.

- 814 people were killed, and 449 others were injured during security forces operations, 36% of them by explosive drones. 15% of victims during these operations were not associated with gangs.

- 73 extrajudicial, summary or arbitrary executions were allegedly committed by police officers (46) and by the Public Prosecutor of Miragoâne (27).

- Four members of the security forces were killed, and 11 others were wounded.

- 1,300,000 people were displaced in Haiti as of June 30.

- The two specialized judicial units against mass crimes and sexual violence, as well as against financial crimes, have been officially created.





**Persons killed and injured by perpetrator and/or context January - June 2025**

Legend:
- Gangs
- Security forces operations against gangs
- Summary executions by security forces
- Public Prosecutors
- Self-defense groups and non-organized members of the population



*Map 1: Intensification of criminal violence in the Lower Artibonite, the Centre Department and eastern areas of the metropolitan area of Port-au-Prince*





HaitiTPSAR000514

# I. Violence and human rights violations

According to the Human Rights Service (HRS) of the United Nations Integrated Office in Haiti (BINUH), between 1 April and 30 June 2025, at least 1,520 people were killed and 609 injured in the context of violence perpetrated by gangs, self-defense groups and unorganized members of the population, as well as security force operations[1]. Men account for 87 per cent of victims, women 11 per cent and children 2 per cent[2].

The vast majority of these incidents were documented in the metropolitan area of Port-au-Prince (77 percent), followed by the Artibonite department (16 percent) and the Centre department (4 percent)[3].

These incidents are attributable to three major dynamics:

| By gang attacks | 24% |
|---|---|
| During security forces' operations against gangs, and summary executions involving police elements and the Public Prosecutor of Miragoâne | 64% |
| Violence by self-defense groups and the "popular justice" movement known as "Bwa Kalé" | 12% |

Sexual violence continued to be perpetrated by gangs, with at least 628 victims documented in the capital and the department of Artibonite.

Meanwhile, during the same period, at least 185 people[4] were kidnapped for ransom by gangs, 63 percent of them in the Artibonite department and 37 percent in the metropolitan area of Port-au-Prince (MAPP).

## 1.1. Dynamics of gang-related violence and its impact on human rights

The second quarter saw some decline in the number of people killed and injured by gang members and a sharp slowdown in their territorial expansion within the capital, compared to the first quarter. In contrast, by a mirror effect, they have continued and intensified their attacks outside the MAPP, particularly in the Lower Artibonite and the Centre department, where towns such as Mirebalais and Saut d'Eau are now under gang control, as well as the main roads to the Dominican Republic[5].

---

[1] In the first quarter of 2025 (January-March), 1,617 people were killed and 580 others injured. In the second quarter of 2024 (April-June), 947 people were killed and 434 others injured, while in the second quarter of 2023 (April-June), 1,200 people were killed and 369 injured.

[2] 1,858 men, 236 women and 35 children.

[3] The metropolitan area of Port-au-Prince continues to concentrate the highest number of victims (79 percent), ahead of the Artibonite (15 percent), the Centre (4 percent) and South (1 percent) departments.

[4] 104 men, 78 women and three children.

[5] For more details on gang dynamics in the Artibonite department, see BINUH-OHCHR (10 July 2025). "Intensification of gang violence and human rights abuses outside Port-au-Prince", available at https://www.ohchr.org/sites/default/files/2025-07/2025-july-artibonite-and-mirebalais-EN.pdf

HaitiTPSAR000515

*West department: metropolitan area of Port-au-Prince*

| Major gang attacks | | |
|---|---|---|
| Location | Number of people killed[6] | Duration of the attacks |
| Brooklyn (Cité Soleil, metropolitan area of Port-au-Prince) | 22 people killed | April 18 |
| Cité de la Crête à Pierrot (Petite-Rivière de l'Artibonite) | 57 people killed | April 30 |
| Wharf Jérémie (Port-au-Prince) | 15 people killed | May 28 |

*Commune of Delmas*

In the commune of Delmas, members of the *Delmas 6*, *Les Argentins*, *Simon Pelé* and *Tokyo* gangs killed 22 people (17 men and five women) and wounded two men.

They mainly targeted individuals suspected of collaborating with the police. Others have been killed indiscriminately, either in retaliation for police operations or because of the total impunity that gangs enjoy in neighborhoods under their control. For example, on 8 May, five women and two men returning from festivities ran into members of *Simon Pelé's* gang who were ransacking and vandalizing a car dealership located on the Route de l'Aéroport, in the Simon Pelé neighborhood. The incident

---

[6] In Cité Soleil, 22 people were killed (15 men and seven women), in Cité de la Crête in Pierrot, 57 people were killed (35 men, 15 women and seven boys) and in Wharf Jérémie, 15 were killed (all men).

was particularly violent, as the five women were gang-raped before being shot.

It should be noted that two agents of the Departmental Unit for the Maintenance of Order (UDMO) were killed on 9 April during an attempted kidnapping, also on the Route de l'Aéroport.

The relative decrease in incidents in this commune, compared to the previous quarter, when the *Delmas 6* and *Les Argentins* gangs launched violent attacks against the neighborhoods between Delmas 17 and Delmas 30, could be explained by the operations of the specialised police units, which began in February and were reinforced during the second quarter in the neighborhoods of Delmas 19, 30, 32 and along the Route de l'Aéroport. Some of these operations, supported by self-defense groups and the Multinational Security Support (MSS) mission, have not only prevented the advance of the gangs, but also appear to have reduced gang criminal activities in these areas.

*Commune of Port-au-Prince*

Like the gangs operating in the commune of Delmas, those present in the neighborhoods of Grand Ravine, Martissant and Village-de-Dieu have faced an intensification of the operations of the security forces, as well as an increased use of explosive drones by the authorities. While this new dynamic prevented them from expanding their territorial hold, their members nevertheless continued to commit abuses against residents living in neighborhoods already under their control, killing at least 66 people (53 men, ten women and three children) and injuring 12 others (eight men and four women).

The majority of these victims (44) were killed or injured by the *Grand Ravine* and *Village-de-Dieu* gangs either because they were "accused" of challenging their authority or were suspected of collaborating with the police or self-defense groups, or, to a lesser extent, in indiscriminate shootings targeting bystanders.

Continuing their abuses, on 28 May, members of the *Wharf Jérémie* gang killed by slashing the throats of 15 elderly men (between 70 and over 80 years old), presented as "sacrifices" during an alleged voodoo ceremony organized in their neighborhood. The act was committed on the orders of Monel Felix, alias "Micanor". After the ceremony, the bodies of the victims were burned².

*Communes of Croix-des-Bouquets and Tabarre*

In the communes of Croix-des-Bouquets and Tabarre, very few attacks involving gang members were documented during the second quarter, except for two incidents in June.

The first incident took place in Tabarre, in the neighborhood of Clercine 22, on 5 April, when the *Chen Mechan* gang shot dead five residents, accused of providing information to the agents of the Motorized Intervention Brigade (BIM), deployed in the area. The victims were in their homes when gang members entered them. During this attack, the gang members also ransacked a dozen houses.

The second incident concerns a clash between the *Chen Mechan* and the *400 Mawozo* gangs, on 6 June, around a checkpoint in Lilavois (Croix-des-Bouquets). During the exchange of fire, two men and a woman were killed by stray bullets while inside their home in Santo 25 and nine homes were set on fire. The next day, elements of the *400 Mawozo* gang returned to the Santo 25 neighborhood and burned down a house in which a 15-year-old girl and her parents were staying. The victims died in the fire.

Several local sources attribute this relative lull, on the one hand, to the fact that the *400 Mawozo* and *Canaan* gangs have established a criminal governance system that is now deeply rooted in these neighborhoods, to the point that they no longer need to resort to physical and widespread violence to subjugate the population. On the other hand, a significant

number of their members were sent to the communes of Mirebalais and Saut-d'Eau (Centre department) during the period under consideration.

*Commune of Cité Soleil*

Gangs operating in Cité Soleil have intensified the use of violence to punish or subjugate residents of neighborhoods under their control. In this context, between April and June 2025, at least 52 members of the population were killed (31 men, 17 women and four children) and three others (a man, a woman and a child) were injured by the *Brooklyn*, *Pierre VI* and *Terre Noire* gangs. The victims were accused of committing theft, or breaking the rules imposed by the gangs.

For example, on 18 April, 22 residents of the Brooklyn neighborhood (15 men and seven women) were killed by members of the gang controlling this area, for having participated in acts of ransacking and robbery in the commune of Mirebalais (Center department), a few weeks earlier.

In some cases, these gang-led acts of "justice" have been accompanied by sexual violence against women and girls. For example, on 15 May, two women residing in the Simon Pelé neighborhood were collectively raped, then shot dead and their bodies burned by members of the gang controlling the area. The victims were apprehended as they were returning from an activity in the Boston neighborhood, recently declared off-limits to the residents of Simon Pelé by the gang leader, due to tensions between the gangs that control these two neighborhoods.

*Communes of Carrefour and Gressier*

As in the communes of Cité Soleil, Delmas and Port-au-Prince, members of the *Ti Bois* and *103 Zombie* gangs – the local cell of the *Grand Ravine* gang –used violence against people suspected of collaborating with the police or self-defense groups, or of having disobeyed the norms imposed by them. These acts occurred in several recently taken-over

---

⁷ In December 2024, at least 207 other people were killed under the orders of the Wharf Jérémie gang leader. The majority of the victims were elderly people, accused by the gang leader of having practiced voodoo and being responsible for the death of his child. See, BINUH and OHCHR (December 2024), "Flash

Report: 207 people executed by the gang of Wharf Jérémie (Port-au-Prince)", available at: https://binuh.unmissions.org/sites/default/files/flash_report_20241223_wha rf_jeremie_en.pdf

**Page 8 of 20**



neighborhoods (during 2024) such as Bizoton, Brochette, Clémenceau, Grenade, Lamentin and Mahotière (Carrefour), as well as in Bois Lasalle, Macone, Mariani, Merger and Santo (Gressier).

Particularly concerning incidents have been documented in which residents seeking "justice" have handed over suspected criminals to gang members. For example, on 26 May, a man who killed his partner in the middle of the street in the Merger district was apprehended by residents who had witnessed the scene. They drove him to the stronghold of the *103 Zombies* gang, based in Mariani, and handed him over to the gang members. The man was interrogated, then severely beaten, by gang members, before being placed in "detention" in a building used by the group for this purpose. His release was conditional on the payment of a sum of 500,000 gourdes (USD 3,800).

### Commune of Léogâne

Since the end of March, police operations, supported by self-defense groups, have contributed to slowing down the progress of the *103 Zombies* gang in the direction of Léogâne[8].

Although the situation remained extremely tense in the area, only two incidents involving gangs were documented in the second quarter. The first occurred on 2 April, when a member of the self-defense group of the Jasmin neighborhood was killed by a member of the *Ti Bois* gang, during an attack on the public market in the area. No other casualties were reported during this incident. The other incident occurred on 20 June, when a man was shot and killed by members of the *Ti Bois* gang for resisting the theft of his motorcycle in the Jasmin neighborhood.

### Commune of Pétion-Ville

The situation remained relatively calm during the second quarter, even though the neighborhoods in the southern zone of Pétion-Ville, such as Pernier, Torcel and the Routes de frères area, remained under the influence of the *Kraze Baryè* gang.

One incident was documented on 29 May, when this gang invaded the residential neighborhood of Vivy Michel, firing bursts of automatic weapons in all directions. When this attack took place, 12 houses were ransacked. The rapid deployment of police units helped repel the gang, and no casualties were reported.

On 30 May, another particularly serious incident occurred in neighborhoods south of Pétion-Ville, this time involving the gangs of *400 Mawozo* and *Canaan*, based in Croix-des-Bouquets and Canaan respectively. On that day, the two gangs launched a series of incursions that mainly targeted law enforcement and self-defense groups, with the aim of restoring territorial control of the *Kraze Baryè* gang. The latter had been weakened by police operations carried out since 23 May. During this clash with the police, members of the *400 Mawozo* gang also targeted the population of Pernier. For example, they entered a house and killed six members of the same family, including four young girls aged between two and 14.

### Commune of Kenscoff

The situation remained very volatile in the commune of Kenscoff, despite the operations of the security forces, supported by the MSS, which nevertheless slowed the advance of the gangs[9].

During the quarter, new attacks were carried out by the gangs of *Grand Ravine* and *Village de Dieu* in the localities of Belot, Godet, Furcy,

others were injured. For more details, see BINUH and OHCHR (April 2025). "Flash Report – At least 262 people killed, and 66 others injured and a heavy humanitarian toll in gang attacks to expand territorial control over Kenscoff and Carrefour", available at https://binuh.unmissions.org/sites/default/files/flash_report_20250222_ken scoff-en.pdf

---

[8] Between January and March, the local cell of the gang had intensified its attacks against the populations of Bois Lassalle, Flon, Laferronay, La Saline, Nan Geffrard, Mélier and Sousson. These attacks left 30 people dead and 14 injured.
[9] Between 27 January and the end of March, the gangs of *Grand Ravine*, *Ti Bois* and *Village de Dieu* had launched several attacks against different localities in the commune of Kenscoff. In these attacks, at least 262 people were killed, and 66



Page **9** of **20**

Kenscoff 77, Platon Café and Viard, killing at least 28 people (19 men and nine women). The victims were killed while inside their homes or while working in the fields. In an incident documented on 24 April, four men held hostage in the Viard area were shot dead by members of the *Village de Dieu* gang. The killings were filmed and then shared on social media.

Gangs have also targeted properties, some of which would belong to members of Haiti's political and economic elite. Between April and June, more than 70 homes and residences were destroyed.

On 9 May, the Furcy police station was also attacked and temporarily occupied by gangs before specialized police units were deployed and drove them out a few hours later.

### Artibonite department

In the Artibonite department, the end of April was marked by a clear upsurge in attacks carried out by the *Gran Grif* gang, particularly in the commune of Petite Rivière de l'Artibonite. This escalation of violence is in stark contrast to the first three months of the year, when the situation remained relatively calm due to the deployment of security forces and the MSS mission since late 2024. However, due to a lack of logistical resources and personnel, the security forces were unable to maintain their position and regain full control of the commune of Petite Rivière de l'Artibonite. The *Gran Grif* gang thus had time to reorganize itself to launch new attacks against several localities in the Lower Artibonite, leaving at least 116 dead (82 men, 24 women and ten children) and 62 wounded (50 men and 12 women).

The most violent attack took place on 30 April, in Cité de la Crête à Pierrot (Petite Rivière de l'Artibonite) during which at least 57 people were shot dead (35 men, 15 women and seven boys). The majority of the

victims were inside their homes. Continuing its offensive, the gang targeted the joint base of the security forces and the MSS in Ségur, established a few kilometers away. Due to a lack of resources to defend themselves, the security forces were forced to abandon the site and retreat to the police station in the city center of Petite Rivière de l'Artibonite[10].

As of 30 June, more than 92,300 people were displaced due to gang-related violence in the Lower Artibonite[11].

### Central department: communes of Mirebalais and Saut d'Eau

During the second quarter, the *400 Mawozo* and *Canaan* gangs continued their territorial expansion in the Centre department, after having carried out their first offensives, at the end of March 2025, against the localities of Trianon, Terre Rouge, the city center of Mirebalais and the commune of Saut-d'Eau. This takeover was facilitated by the flight or absence of state services.

According to local sources, in addition to controlling the entry and exit points of these localities, the gangs claimed to organize so-called "social" actions in Mirebalais, such as street cleaning campaigns, painting the façades of homes, and parties. However, according to these same sources, the majority of the inhabitants of Mirebalais having fled the city, the gangs encouraged residents of neighborhoods in the metropolitan area of Port-au-Prince under their control to come and participate in these activities. Once these activities were over, they went back to their respective neighborhoods.

For a few days during the month of April, the gang members also occupied the premises of a local radio station, called "Radio Panic FM", which they renamed "Taliban FM" in reference to the *Canaan* gang, which calls itself "the Taliban". The station broadcast propaganda

---

[10] For more details on gang dynamics in the Artibonite department, see BINUH and OHCHR (10 July 2025), "Intensification of gang violence and human rights abuses outside Port-au-Prince", available at https://www.ohchr.org/sites/default/files/2025-07/2025-july-artibonite-and-mirebalais-EN.pdf

[11] International Organization for Migration (IOM) (3 June 2025), "Haiti - Information sheet on the displacement situation in Haiti - Round 10 (June 2025)", available at https://dtm.iom.int/fr/node/53226?close=true

HaitiTPSAR000519

messages and hip-hop music praising gangs and violence. At present, the radio is no longer functioning, as the gangs stole the equipment to bring it back to Canaan.

Finally, on 8 June, these gangs ransacked and then burned down the public market of Mirebalais, one of the main centers of economic activity in the Centre department. No casualties were reported, as the market, like the entire city, was abandoned by residents.

This climate of violence, combined with the weakness of security responses and local political issues, has led the population of the area to participate in acts of public unrest. For instance, on 13 May and 17 June, residents of Domond, Pèligre and other localities bordering Mirebalais twice occupied the Pèligre hydroelectric power plant (Mirebalais) to protest against the "inaction of the government", causing major power cuts for several days, in the Centre department as well as in the capital. During the occupation of the power plant on 17 June, protesters caused particularly significant damage, including the destruction of electricity towers[12].

As of 30 June, there were over 147,000 displaced people in the Central department, representing an increase of more than 118 per cent compared to the last assessment, carried out in December 2024[13].

---

[12] For more details on gang dynamics in the Centre department, see BINUH and OHCHR (10 July 2025). "Intensification of gang violence and human rights abuses outside Port-au-Prince", available at https://www.ohchr.org/sites/default/files/2025-07/2025-july-artibonite-and-mirebalais-EN.pdf

[13] International Organization for Migration (IOM) (3 June 2025). "Haiti — Information sheet on the displacement situation in Haiti — Round 10 (June 2025)," available at https://dtm.iom.int/fr/node/53226?close=true

## 1.2. Dynamics of violence linked to the "Bwa Kale" movement and self-defense groups, and their impact on human rights

In the second quarter of 2025, at least 233 people[14] were killed by self-defense groups or members of the population, either to protect their neighborhoods or localities, or as part of the "popular justice" movement, known as *Bwa Kalè*. The majority of cases were documented in the metropolitan area of Port-au-Prince (46 per cent), followed by the Artibonite (45 per cent) and Centre (4 per cent) departments.

In the metropolitan area of Port-au-Prince, in the absence of a response from the security forces, self-defense groups have provided relative protection for certain residential neighborhoods such as Bourdon, Canapé-Vert, Pacot and Turgeau, in the face of sustained offensives the *Grand Ravine* and *Village de Dieu* gangs[15] while also committing numerous human rights abuses. Some victims were accused of gang membership simply because they were not known to self-defense group members, while others were killed by stray bullets because they happened to be in areas targeted by attacks against gang members. For example, on 30 April, six people from the same family, including two teenagers, were killed, and two others wounded by stray bullets in the courtyard of their residence in Delmas 75, when the neighborhood's self-defense group opened fire on three suspected members of the *400 Mawozo* gang who were in the in the area. The latter were also killed.

Informally supported or partly composed of active members of the Haitian National Police (HNP), self-defense groups, such as the one in the Canapé Vert neighborhood, have, over the past few weeks, evolved into actors with political aspirations or demands. In April, the

---

[14] 201 men, 30 women and two children

[15] On 23 April, in the Pacot neighborhood, an incident took place between the Canapé Vert self-defense group and members of the *Grand Ravine* and *Village de Dieu* gangs, who were trying to set up a cell. The exchange of fire caused the death of 40 gang members and six members of the self-defense group, including two members of the Armed Forces of Haiti (FadH). The gang members mutilated the bodies of the self-defense group members, beheading them before filming the scene, which was later circulated on social media by the perpetrators.



### 1.3. Dynamics of police-related violence and excessive use of force

The intensification of the security forces' operations during the second quarter helped[17] to contain the territorial expansion of the gangs and prevent the commune of Pétion-Ville from falling under their control[18], without allowing, thought, the recapture of territories already controlled by these groups. Other factors, including political and economic issues, may also have played a role in this development.

However, following a trend observed in the first quarter of 2025, the number of people killed and injured during these anti-gang operations remained extremely high.

Between April and June, at least 814 people were killed and 449 others injured[19], mainly in the metropolitan area of Port-au-Prince (West department) and in the commune of Petite Rivière de l'Artibonite (Artibonite department).

The majority of the victims, 85 per cent, were gang members, while the remaining 15 per cent were members of the population, hit by stray bullets while inside their homes or going about their daily activities in the street.

representative of the Canapé Vert self-defense group was able to organize demonstrations blocking a large part of the commune of Pétion-Ville.

In the Lower Artibonite region, self-defense groups remained particularly active in the face of threats posed by the *Gran Grif* gang. Some incidents were particularly serious, as these groups adopted a *modus operandi* similar to that of gangs. For example, on 20 May, at least 55 people were killed and ten others injured[16] in an attack carried out by a coalition of self-defense groups based in the commune of Petite Rivière de l'Artibonite. The victims, who lived in the locality of Préval (Petite Rivière de l'Artibonite) were killed with machetes while attending a religious ceremony in a church or at home. Their bodies were then dragged into the street and burned. The victims, mainly farmers, were accused of supporting the *Gran Grif* gang.

In response to the expansion of gangs in the Centre department, several incidents involving the Hinche and Mirebalais self-defense groups, known as the "Back Feray", were documented during the months of April and May. Assisted by members of the population and elements of the security forces, these groups killed at least seven men accused of belonging to the *400 Mawozo* gang or posing a threat to the local population.

Finally, sporadic cases of "mob justice" have occurred in Belle Anse (South-East department) and Les Cayes (South department), as well as in Cap Haitian (North department).



---

[16] 55 people killed (37 men and 18 women) and ten wounded (seven men and three women)

[17] Other factors are also reported to have contributed to the situation, including the intensification of security operations in the Dominican Republic against illegal arms trafficking, the closure of land border crossing points for the flow of goods through the Dominican Republic for rerouting through port customs, and the reinforcement of roadblocks erected by self-defense groups along the roads linking the metropolitan area of Port-au-Prince in the Dominican Republic.

[18] BINUH (April 2025), "Quarterly Report on the Situation of Human Rights in Haiti", available at https://binuh.unmissions.org/sites/default/files/quarterly_report_on_the_human_rights_situation_in_haiti_jan._-_march_2025.pdf

[19] 814 people killed (764 men, 47 women and three children) and 449 injured (410 men, 34 women and five children)

HaitiTPSAR000521




**Victims (killings and injuries) during security operations against gangs**

Gang members 85%

15% Population

---

Additionally, during these operations, at least four security forces officers were killed (two police officers and two soldiers of the Armed Forces of Haiti, FasH'l and 11 others wounded (eight police officers and three soldiers of the FAdH).

Security forces and authorities used two modus operandi to conduct these operations: ground operations and the use of explosive drones.

*Ground operations*

Sixty-four per cent of the casualties (killed and injured)[20] took place during ground operations by security forces.

In this regard, information gathered by the HRS indicates a disproportionate use of lethal force and a lack of precautionary measures to protect the population by certain specialized police units, such as those deployed in Carrefour Drouillard, Carrefour Vincent, and Sarthe (Cité

[20] 578 people killed (531 men, 45 women and two children) and 226 others injured (190 men, 31 women and five children).

[21] No official communication has been made regarding the existence, mandate or composition of this Task Force. According to journalistic sources and local human rights organizations, this Task Force would be coordinated by the Prime Minister's Office, the Prime Minister's Security Unit (USPM) and the General Security Unit of the National Palace (USGPN), without the involvement of the security forces on the ground. See, for example, Réseau National de Défense

---

Soleil). This information suggests that during some operations, these units fired indiscriminately from inside their armored vehicles.

*Explosive drone operations*

During the quarter, a Task Force reportedly linked to the government[21] continued to use explosive drones in operations against gangs.

According to HRS data, these drones killed at least 236 people and injured 223 others[22], accounting for nearly 36 percent of the casualties recorded during security force operations. At least two gang leaders – Johnson André, alias "Izo" of the *Village de Dieu* gang, and Renel Destina, alias "Ti Lapli" of the *Grand Ravine* gang – were injured in drone strikes in March and June, respectively.

Among the casualties, all but six (members of the population) would be gang members. On 21 June, during an operation in the Martissant 2A area, two women were killed, and seven others (four men and three women) were injured. One of the women killed, a 53-year-old mother of three, was shot while selling her products on the street. The second victim, a 47-year-old mother of one, was killed inside her home, where two gang members, chased by a drone, had taken refuge.

The *modus operandi* of explosive drones also changed during the quarter. In April and May, drone strikes hit several communes in the capital (Croix-des-Bouquets, Kenscoff, Port-au-Prince and Tabarre). However, from May onwards, their use became more targeted with a majority of strikes concentrated in Port-au-Prince, particularly in the neighborhoods Martissant, Pacot and Village de Dieu. Finally, in June, drones appear to have been used in a more integrated manner with the ground operations of specialized police units, while remaining outside the control of the

[22] 236 people killed (233 men, two women and one child) and 223 wounded (220 men and three women).

---

des Droits Humains (RNDDH) (12 June 2025), "30ème anniversaire de la Police Nationale d'Haïti (PNH) : Le RNDDH salue la lutte des policiers.ères pour le rétablissement de la sécurité", available at https://web.rnddh.org/30eme-anniversaire-de-la-police-nationale-dhaiti-pnh-le-rnddh-salue-la-lutte-des-policiers-eres-pour-le-retablissement-de-la-securite/.

HaitiTPSAR000522

police hierarchy. One of these operations, carried out in mid-June in downtown Port-au-Prince, also reportedly benefited from the support of snipers, posted on the roofs of buildings.

In some situations, fearing the use of armed drones, gang members have retreated to their strongholds, while others have been killed by their leaders while trying to leave the group. The HRS was also informed that several gang leaders have tried to acquire or use explosive drones.

*Summary executions*

In parallel with the operations carried out by the security forces, some elements of the police continued to be implicated in human rights violations, including summary executions. During the quarter, at least 46 people[23] were summarily executed by specialized police units. The majority of cases, 89 per cent, occurred in the metropolitan area of Port-au-Prince, mainly in the communes of Delmas, Gressier and Port-au-Prince.

Some victims were executed after the population alerted the police to their presence in the neighborhoods. For example, on 8 June, a man was spotted by the population while hiding in a house in Santo, in the commune of Gressier. He was reported to the authorities under the suspicion that he was a gang member. When they were alerted, UTAG agents intervened and arrested him. He was then transported to La Colline (Gressier), where he was executed by several bullets. In another case, on 3 May, five women were executed in Delmas 19 by UTAG agents. They were accused by the police of being the sentimental partners of members of the *Delmas 6* gang, and therefore of collecting information on their behalf.

## 1.4. Public Prosecutor of Miragoâne

The Public Prosecutor of Miragoâne, Jean Ernest Muscadin, continued carrying out extrajudicial executions with complete impunity. During the reporting period, he claimed to have killed at least 27 individuals whom he accused of being gang members or of committing minor or ordinary crimes. Since the beginning of 2022, this prosecutor has executed at least 83 people in the communes of Fonds des Nègres and Miragoâne (Nippes department) and the communes of Les Cayes and Saint Louis du Sud (South department).[24]

## 1.5. Kidnappings

Between 1 April and 30 June 2025, at least 175 people[25] were kidnapped for ransom by gangs. However, it should be taken into account that a number of kidnappings fall outside of the HRS's monitoring capacities, as families of the victims do not report them to the police and opt to negotiate their release directly with the kidnappers.



**Kidnappings, January-June 2025**

|  | First quarter 2025 | Second quarter 2025 |
|--|--|--|

requesting it to take all necessary measures to put an immediate end to it. Communication AL HTI/2024 2/2024, available at https://spcommreports.ohchr.org/TMResultsBase/DownLoadPublicCommunicationFile?gId=29378

[25] 98 men, 74 women and three children

---

[23] 39 men and seven women.

[24] On 8 October 2024, the Special Rapporteur on extrajudicial, summary or arbitrary executions, together with the Special Rapporteur on the independence of judges and lawyers, sent a communication to the Government of Haiti regarding Mr. Muscadin's involvement in extrajudicial and summary executions,



As in previous periods, the majority of cases, 62 percent, were documented in the Artibonite department, mainly in the commune of Petite Rivière de l'Artibonite. The victims were abducted while travelling in public transport vehicles or at their homes, during attacks by the *Gran Grif* gang on their community.

The remaining 38 per cent of the kidnappings occurred in the metropolitan area of Port-au-Prince. The majority of these kidnappings were attributed to the *Grand Ravine* and *Village de Dieu* gangs. Most of the victims were on public transit vehicles or in boats sailing along the coast to avoid gang roadblocks when they were attacked. For example, on 9 May, 20 people[26] (15 merchants and five crew members) traveling in a sailboat, were abducted by the *Grand Ravine* gang near Mariani (commune of Gressier). Other cases were documented in Cabaret, Cité Soleil, and Delmas. In these incidents, victims were taken from their homes or workplaces, including four teachers who were kidnapped inside a school in Cabaret on 14 June.

## 1.6. Sexual violence

Despite the persistent underreporting of sexual violence due to fear of reprisals, social stigma, and lack of trust in police and judicial institutions, the Monitoring, Analysis and Reporting Arrangements (MARA), established in Haiti by BINUH and the United Nations Office of the High Commissioner for Human Rights (OHCHR) in August 2024, recorded 610 incidents during the quarter, involving 628 victims, of sexual violence (588 women, 38 girls, and two boys)[27].

Gangs have systematically resorted to gang rape, which is now the predominant form of sexual violence (85% of reported incidents). Victims were also subjected to sexual slavery. An illustrative case was reported in the commune of l'Estère (Artibonite department) where two minors, aged 14 and 16, were forced to have non-consensual sex with gang members for several days. Victims of this type of sexual

exploitation, often from vulnerable families, are targeted by these armed individuals, who use power, intimidation, and fear to establish control over the minors.

As in previous periods, victims were often assaulted inside their homes, where gangs forced their way in, but also on the street, while walking, or on public transportation. In some cases, victims were killed after being raped, as was the case in April when several women were abducted while they were on board a public transport vehicle in Gressier. The victims were then brought to the gang's stronghold, where they were raped. One of the victims was found shot dead the following day, while the others remained in captivity at the end of June.

## 1.7. Impact of gang violence and child exploitation

Between 1 April and 30 June, at least 26 children were killed (16 boys and ten girls) and seven others were injured[28] (five boys and two girls) in gang attacks, police operations, or acts of "mob justice" perpetrated by self-defense groups. During the same period, at least three boys were kidnapped by gangs.

According to the United Nations, at least 302 children (256 boys and 46 girls) had been victims of gang recruitment in Haiti in 2024[29]. However, it is extremely difficult to evaluate how many children are victims of gang recruitment and exploitation, mainly because of the informal methods used to carry out these practices.

## 1.8. Impact of gang violence on economic, social and cultural rights

At least 410 residences and other buildings, including six schools, health centers, and local nongovernmental organizations, were ransacked, burned, or destroyed by gangs during the quarter. The University Hospital of Mirebalais (Centre department), considered one of the pillars

---

[26] Five men and 15 women

[27] This number represents an 88 percent increase from the previous quarter, with 333 survivors documented.

[28] 26 children killed (16 boys and ten girls) and seven others injured (five boys and two girls)

[29] United Nations (2025). "Children and Armed Conflict (A/79/878–S/2025/247)", available on https://docs.un.org/fr/A/79/878



of the Haitian health system outside Port-au-Prince, was forced to temporarily close its doors following attacks by the *400 Mawozo* and *Canaan* gangs during March. As of 30 June, the hospital remained closed.

At the end of the quarter, UN agencies and their partners estimated that at least 1,606 schools were closed due to gang-related insecurity in the West, Centre, and Artibonite departments, an increase of 647 schools compared to January 2025. At least 84 of these schools were sheltering displaced people.

In addition to the destruction of property and restrictions on access to essential services, as of June 2025, the International Organization for Migration (IOM) estimated that there were almost 1,300,000 displaced people across the country, 53 per cent of whom were children, an increase of 24 per cent compared to December 2024. More than 83 per cent of them were living with host families, with the rest sheltering in makeshift sites[30]. For the first time, the majority of displaced people came from rural areas, reflecting a diversification of the hotspots of violence.

Despite access constraints related to insecurity, both in the capital and in the central region, national and international humanitarian actors have been able to provide them with assistance in terms of food, health, shelter, hygiene, education and protection, although the scale of the needs and the humanitarian crisis have made the response largely insufficient[31].

## II.    Legal system

During the second quarter of 2025, despite the lack of resources and persistent dysfunctions in the judicial system, significant steps were taken by the authorities to fight impunity, corruption and strengthen accountability for human rights violations, even though no progress was

made in the investigations into emblematic cases of serious human rights violations.

### 2.1. Functioning of the judiciary

On 16 April, the government issued a decree creating two specialized judicial units: one for mass crimes, including sexual violence, and the other for financial crimes. The Office of the United Nations High Commissioner for Human Rights (OHCHR) and the United Nations Office on Drugs and Crime (UNODC) have been supporting the Haitian authorities in setting up these hubs for several years. The government expects them to be fully operational in October 2025.

In May, criminal hearings, with and without jury assistance, were organized in the jurisdiction of the Court of First Instance of Les Cayes (South department). The first session, launched with the support of the HRS, addressed 52 cases involving 107 accused. Five cases concerned cases of sexual violence, including four rapes (two committed against minors) and one attempted rape.

The Court of First Instance of Port-au-Prince reopened its doors, now relocated to a new building in Puits-Blain (Port-au-Prince). Its operation had been severely disrupted after the Justice Palace, located at the Bicentennaire area, was attacked and vandalized in 2022 by the *Grand Ravine* and *Village de Dieu* gangs. To facilitate the resumption of its activities, the HRS provided office and computer equipment to the magistrates and judicial staff.

### 2.2. Judicial proceedings on massacres and other serious human rights violations

No progress has been made in cases related to the massacres of Grand Ravine (2017), La Saline (2018) and Bel Air (2019), as well as the murder

---

[30] International Organization for Migration (IOM) (3 June 2025). "Haiti — Information sheet on the displacement situation in Haiti — Round 10 (June 2025)", available on https://dtm.iom.int/fr/node/53226?close=true

[31] See, for example, United Nations Office for the Coordination of Humanitarian Affairs (OCHA) "Haiti: Overview of the Humanitarian Response

at the Country Level - Situation Report No. 19 (1 - 30 June 2025)", available at https://reliefweb.int/attachments/625079df-eec0-4d32-8746-5bb6559foad4/Rapport%20de%20Situation%20humanitaire%20%28SitRep%29_%20Juin%202025_FR%20FINAL%2001.pdf

HaitiTPSAR000525

of Monferrier Dorval (2020), the former president of the Port-au-Prince Bar Association.

In May, hearings resumed as part of the investigation into the assassination of President Jovenel Moïse in July 2021. Among the defendants heard at this hearing were a former police officer and former members of the Colombian army, who have been in detention since 2021.

The investigation into the massacre in Wharf Jérémie (Port-au-Prince) continued during the quarter, with the hearing of approximately 30 victims by the investigating judge in charge of the case. However, no arrests have been made to date. In December 2024, at least 207 people were killed in a few days by members of the *Wharf Jérémie* gang.

## 2.3. Court proceedings related to gang support and arms trafficking

In April, the Public Prosecutor at the Court of First Instance of Port-au-Prince held hearings for former parliamentarian Prophane Victor[32], a former director of the Social Assistance Fund (CAS), and a former director general of the National Solid Waste Management Service (SNGRS), who had been arrested and detained since January 2025 for their alleged financial and logistical support to several gangs.

In June, the Public Prosecutor took further action by announcing the freezing of bank accounts belonging to individuals sanctioned by the United Nations for providing support to gangs[33]. Among these individuals are Prophane Victor and several gang leaders.

In addition, another investigation was opened against a former deputy of Kenscoff, prosecuted for conspiracy against state security, financing criminal organizations, complicity in murder and criminal association.

In June, the Court of Appeal of Port-au-Prince issued a ruling overturning the dismissal order granted in September 2023 by the investigating judge for 15 defendants. This ruling orders the opening of a new investigation, in the context of which each defendant must be heard by a new investigating judge.

In March and April, the Haitian National Police (HNP) carried out a series of operations to combat arms and drug trafficking. Six individuals were arrested for trafficking in arms and ammunition in Cap Haïtian and Saint-Raphaël (North department), as well as in Hinche (Centre department). Two other people were arrested for drug trafficking, respectively in Gonaïves (Artibonite department) and in the South-East department. Following their arrest, the six individuals were transferred to the Central Directorate of the Judicial Police (DCPJ) in Port-au-Prince. These individuals would be involved in the smuggling of firearms into Haiti through the border with the Dominican Republic at Belladère (Centre department).

## 2.4. Sexual violence investigations

With support from the HRS, the Haitian authorities continued to take action to combat sexual violence across the country.

According to the commission of the Ministry of Justice and Public Security responsible for prioritizing the handling of sexual violence cases in the country's courts, between March and April 2025, 130 cases of sexual violence were under investigation, in 13 jurisdictions in the country (77 were under judicial investigation and seven cases had been closed).

In the same vein, in April, the National Coordination for Women's and Gender Affairs (CNAFQG) and the General Inspectorate of the National Police of Haiti (IGPNH) finalized a protocol to ensure judicial and disciplinary responses to allegations of sexual violence which

---

32 Prophane Victor is subject to international sanctions imposed by the United Nations, Canada, the United Kingdom, the European Union and the United States due to his alleged involvement in supporting gangs in Haiti.

33 The assets freeze was ordered pursuant to United Nations Security Council Resolutions 2653, 2700 and 2752, as well as the Decree of 30 April 2023 on money laundering, the financing of terrorism and the proliferation of weapons of mass destruction in Haiti.



HaitiTPSAR000526

occurred in February 2025 in Cité Soleil, involving HNP officers. A follow-up committee, composed of representatives from the CNAFQG, the Sexual Crimes Unit (ULCS), and the gender and sexual violence (GBV) focal point of the Tabarre police station, was set up to ensure confidentiality, coordinate interviews with survivors, and oversee complaints. In April, a survivor was interviewed and filed a complaint with the ULCS and the Central Directorate of the Judicial Police (DCPJ).

In May, with funding from the Government of Canada, the HRS supported HNP trainers to train 62 investigators, including 37 women, on sexual crime investigation techniques. The training, held in Cap Haitian and Les Cayes, targeted GBV focal points within the Brigade for the Protection of Minors (BPM) and the Departmental Section of the Judicial Police (SDPJ), nine departmental directorates and the police stations of Grand Goâve, Léogâne and Petit Goâve. These workshops strengthened the capacities of the officers in terms of investigation, evidence collection and care for survivors. In parallel, awareness-raising sessions were organized by the police in sites for internally displaced people (IDP) to promote prevention, reporting and access to specialized services.

To improve coordination between service providers and the police, the HRS also launched a first coordination platform with the Pétion-Ville police station in May, aimed at addressing the needs of survivors and improving referrals to support services.

## 2.5. Fight against corruption

In May, the Anti-Corruption Unit (ULCC) submitted six investigation reports to the judicial authorities, alleging corruption involving former senior public administration officials, including a former Ombudsman, as well as some of his relatives. The ULCC also uncovered the existence of an embezzlement network within the Directorate of Immigration and Emigration, which led to the arrest of three officials.

During the quarter, the ULCC also conducted corruption investigations involving a former director general of the Office of Insurance for Occupational Accidents, Sickness and Maternity (OFATMA), as well as officials of the Centre for the Receipt and Issuance of Identity

Documents (CRIDI) and the Centre for Identity, Registration and Land Operations Services within the Departmental Central Directorate of Taxes (DGI).

In support of anti-corruption efforts, the HRS facilitated, between April and June, a series of training sessions on social audits in eight departments. A total of 98 organizations acquired skills in planning, data collection and analysis to monitor and report irregularities in projects and public policies. These trainings, carried out in partnership with the *Organisation des Citoyens pour une Nouvelle Haïti* (OCNH), the *Institut Haïtien des Droits de l'Homme* (IHDH) and the Office of Citizen Protection (OPC), are part of the anti-corruption project, financed by the United Nations Peacebuilding Fund (PBF).

## 2.6. Conditions of detention in Haitian prisons

As of 30 June, 7,163 people were detained in Haiti's prisons (7,613 in March 2025). Eighty-two per cent of inmates were held in pre-trial detention (83 per cent in the first quarter of 2025). Detention conditions in Haiti remain inhuman and degrading due to overcrowding and lack of food, clean water and medical care. In the second quarter of 2025, 62 inmates died, most of them due to lack of care, unsanitary cells, insufficient food and limited access to drinking water.

In May, the Minister of Justice and Public Security announced the government's plan to build three new prisons in the Centre, North and South departments, in line with international standards. These infrastructures aim to reduce prison overcrowding and improve detention conditions, while strengthening prison security in light of the attacks perpetrated by gangs on several prisons in the country (in Cabaret, Port-au-Prince and Croix-des-Bouquets in 2023 and 2024, as well as in Mirebalais in March 2025).

## 2.7. International sanctions and legal proceedings abroad

As of 30 June 2025, 35 individuals were sanctioned by Canada, 15 by the United States, nine by the United Kingdom, and ten by the European Union (EU), for acts undermining peace, security, and stability in Haiti, as well as for serious human rights violations. In addition, as of that date, seven people were sanctioned by the United Nations Security Council.



On 2 April, the U.S. Department of State announced the designation of the *Viv Ansanm* coalition and the *Gran Grif* gang as foreign terrorist organizations. This designation criminalizes the provision of any material support to the gangs and allows for the implementation of financial measures as well as immigration sanctions, including asset freezes and U.S. entry bans for individuals with ties to a designated organization.

On 17 May, Germine Joly, former leader of the *400 Mawozo* gang, was sentenced to 35 years in prison in Washington, D.C., for the kidnapping of 16 American missionaries in October 2021. He had been arrested in Haiti in 2018 and extradited to the United States in May 2022. In 2024, he had already been sentenced to 35 years in prison for money laundering and for smuggling arms and ammunition from the United States to Haiti.

## 2.8. Investigations into human rights violations committed by police officers

During the quarter, the General Inspectorate of the National Police of Haiti (IGPNH) opened investigations into 22 incidents involving possible unlawful use of force by the police and resulting in the death and injury of 29 people. These cases had been referred to the IGPNH by the HRS during the quarter. As of 30 June, no investigation into these cases had been closed.

## III. Support to national institutions and civil society

During the second quarter of 2025, despite a persistent climate of insecurity and violence, the HRS continued its technical support to public institutions and civil society organizations. This support focused on strengthening their capacities in the promotion of human rights, improving access to justice, combating corruption and consolidating a culture of peace and democratic governance.

### 3.1. Support to public authorities and civil society organizations in the field of protection

*Civic engagement*

During the quarter, with funding from the United Nations Peacebuilding Fund (PBF), the HRS continued to support the implementation of "Peace and Integrity Clubs" in 17 schools across Haiti, including three in the capital. A total of 321 students (153 boys and 168 girls) participated in these clubs. This project, implemented in partnership with civil society organizations, enabled young people to strengthen their understanding and engagement on themes such as civic participation, human rights and justice.

The HRS, in collaboration with *Governance Group*, supported local youth initiatives to promote peace and respect for human rights in rural areas. In June, 38 initiatives were launched across the country's ten departments, benefiting more than 760 young people (304 men and 456 women). Additionally, between April and June, the HRS, with the support of the European Union, carried out a capacity-building programme for human rights defenders. Twenty-eight human rights organizations received training on a variety of topics, including international human rights standards and their enforcement, including international human rights standards and their implementation, monitoring and documenting human rights violations, advocacy techniques, sexual violence, civic participation, and humanitarian action.

*Land conflicts*

In April, the HRS organized a workshop on endogenous approaches to resolving land disputes in Haiti. The workshop brought together 58 participants from the Ministry of Justice and Public Security (MJSP), the prosecutor's office, the notarial sector, professional judicial institutions, and civil society organizations. It facilitated discussions on the historical, legal, and current factors underlying land tenure insecurity. The exchanges highlighted the need for an integrated approach combining technical, legal, institutional, and social dimensions to improve land management. With funds from the European Union, the initiative seeks to identify homegrown mechanisms for resolving land disputes in response to the limitations of the judicial system.



HaitiTPSAR000528

## 3.2. Support to the national security forces and the MSS

During the quarter, the HRS supported the *Centre d'analyse et de recherche en droits humains* (CARDH) in the organization of a series of round tables between security forces and human rights organizations, to address issues related to security and human rights issues.

As part of its monitoring and investigation mandate, the HRS monitored 50 joint operations conducted by the Haitian security forces with the support of the Multinational Security Support (MSS) mission. This mechanism confirmed that no human rights violations were attributed to the MSS during these operations. The findings were analyzed in coordination with the MSS leadership through a joint assessment mechanism to inform operational planning and strengthen protection measures.

In April and May, the HRS trained 117 newly deployed elements of the MSS on human rights compliance, the use of force, the prevention of sexual exploitation and abuse, and the handling of children associated with gangs. A specific session on the protection of women and children, focusing on sexual violence and gender mainstreaming in operations, was also organized. In addition, the HRS has conducted consultations with civil society and human rights defenders to build trust between the MSS and the population. These trainings benefited from contributions from the United Nations Institutional Framework for the Prevention of Sexual Exploitation and Abuse (PSEA), the United Nations Children's Fund (UNICEF) and the United Nations Office for the Coordination of Humanitarian Affairs (OCHA).



HaitiTPSAR000529



**AMERICAS**

# VOA Creole: MSF reports 150 new cholera cases in Haiti

March 11, 2025 5:20 PM

By Wilner Bossou

Medecins Sans Frontiere says cholera is on the rise in Haiti. The nongovernmental health organization, also known as Doctors Without Borders, says 150 Haitians were treated for cholera between Feb. 15 and March 6. The Cite Soleil neighborhood reported 19 infections. MSF expressed concern about the trend as Haitians have less access to clean water at a time when gang violence victims are living on the streets in unsanitary conditions.

Click here for the full story in Creole.

World Bank Announces New Strategy for Haiti

News & Events ⌄

 **WORLD BANK GROUP**                                     ☰

Who We Are                                          This page in:  English ⌄

PRESS RELEASE  |  MARCH 4, 2025

# World Bank Announces New Strategy for Haiti

                                    

**Washington, D.C., March 4, 2025 -** The World Bank Group's Board of Directors endorsed a new strategic partnership for Haiti today. The new plan for the 2025-2029 period focuses on laying a foundation for economic and social recovery, when conditions allow. It also intends to mitigate risks of further deterioration of human capital, physical infrastructure, and institutional capacity.

As Haiti undergoes one of the most challenging periods in its recent history, the strategy comes at a crucial time. The country's development has been constrained by a crisis – fragility driven by political instability, conflict, and violence, including gang proliferation and governance failures. Various shocks exacerbate the political and economic environment, including gang violence.

The new strategy will make approximately US$320 million in grant financing available with the aim of building resilience among Haiti's most vulnerable. It will do so by strengthening economic governance and creating employment opportunities

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.                                                                    ✕

HaitiTPSAR000531

*"Haiti needs to increase the resilience of critical state institutions, systems, and capacities in the short term while establishing foundations for longer-term transformational reforms. The new Country Partnership Framework will be instrumental in helping the country meet these objectives,"* said **Alfred Metellus, Haiti's Minister of Economy and Finance**.

The World Bank Group will support the creation of an enabling business environment for the private sector and facilitate investments that can drive economic growth, create jobs, and promote sustainable development. The International Finance Corporation will have a special focus on inclusion, economic growth, productivity, and sustainability to support the private sector in job preservation, creation, and competitiveness.

*"Despite increasing uncertainty and volatility, the World Bank Group continues our on-the-ground support to Haiti. We will focus on investments in high poverty areas and those with limited access to basic services"*, said **Anne-Lucie Lefebvre, World Bank Country Manager for Haiti**. *"The World Bank will support resilience-building for the poor and vulnerable, while strengthening the foundations for growth."*

Implementation of the new strategy will emphasize a flexible, adaptive model, a territorial approach, and capacity improvements, amid fragility. The strategy was prepared based on a comprehensive analysis of the country's development challenges while learning from lessons of past strategies, and in consultation with the government, private sector, civil society, and development partners.

The Board of Directors also approved a US$ 60 million grant for the Haiti Strengthening Public Financial Management Project, which aims to strengthen government capacity and transparency in public revenue mobilization and financial management. The project will strengthen economic governance and create job opportunities by increasing government capacity for budget management and oversight; strengthening external control institutions; and increasing the capacity and efficiency of Customs operations for revenue mobilization.

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

HaitiTPSAR000532

Website: www.worldbank.org/caribbean

Subscribe to our monthly newsletter: http://wrld.bg/GMc050TliRv

Visit us on Facebook: https://www.facebook.com/worldbankcaribbean

Be updated via Twitter: http://www.twitter.com/wbcaribbean

For our YouTube channel: http://www.youtube.com/worldbank

---

# Contacts

**In Port-Au-Prince:**

Peleg Charles
+509 4891 6327
pcharles@worldbank.org

**In Washington:**

Yuri Szabo Yamashita
(202) 948-5341
yszaboyamashita@worldbankgroup.org

# Blogs

SURBHI GOYAL │ MAR 15, 2024

## India: unlocking the potential of floating solar power

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

HaitiTPSAR000533

World Bank Announces New Strategy for Haiti

# WHAT'S NEW

PRESS RELEASE  |  NOV 26, 2025

**Strengthening Social Safety Nets Can Reinforce Tunisia's Economic Recovery**

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

HaitiTPSAR000534

IBRD    IDA    IFC    MIGA    ICSID

Who we are

News

Careers

Contact

Countries

Topics

Project and Operations

Research and Publications

Events

Data

Knowledge Academy

Results Scorecard

## STAY CURRENT WITH OUR LATEST DATA & INSIGHTS

Sign Up

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

HaitiTPSAR000535

© 2025 World Bank Group, All Rights Reserved.

Legal    Privacy Notice    Site Accessibility    Access to Information    Scam Alert    File a Complaint

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

HaitiTPSAR000536






**Trending**    War on Gaza    Donald Trump    LA

Enrich your Al Jazeera experience
by signing in or creating an
account.

News  |  Politics

# Haiti declares curfew after 4,000 inmates escape jail amid rising violence

*At least 12 people reported dead as gangs pushing for prime minister's removal attack two prisons.*



Violence has surged in Haiti in recent days [Luckenson Jean/AFPTV via AFP]

4 Mar 2024

     

HaitiTPSAR000537

assaults on the country's two biggest prisons.

The 72-hour state of emergency went into immediate effect as the government said it would set out to find the killers, kidnappers and other violent criminals it said it had escaped in the attacks.

RECOMMENDED STORIES

Haiti police unions plead for help as armed gangs storm main prison

Kenya, Haiti sign 'reciprocal' agreement allowing police deployment

Gunfire paralyses Haiti as gang leader pushes for PM's removal

Haiti President Moise's widow, ex-PM among 50 charged in his assassination

The curfew will be in force from 6pm (23:00 GMT) until 5am (10:00 GMT).

"The police were ordered to use all legal means at their disposal to enforce the curfew and apprehend all offenders," said a statement from Finance Minister Patrick Boisvert, who is acting as prime minister while Ariel Henry is overseas trying to salvage support for a United Nations-backed security force to stabilise the country in its conflict with increasingly powerful crime groups.

Gangs led by Jimmy Cherizier, a former police officer known as Barbecue, are trying to force Henry from power.

Pierre Esperance of the National Network for Defense of Human Rights said only about 100 of the National Penitentiary's estimated 3,800 inmates remained inside after the assault on Saturday night.

Advertisement

HaitiTPSAR000538

"We counted many prisoners' bodies," he added.

A reporter from the AFP news agency who visited the prison on Sunday said they saw about a dozen bodies outside it. The gate was open and there was "hardly anyone" left inside, they added.

The Reuters news agency reported that there were no signs of police officers at the prison and its main door was open.

"I'm the only one left in my cell," one unidentified inmate told Reuters. "We were asleep when we heard the sound of bullets. The cell barriers are broken."

Sign up for Al Jazeera

Americas Coverage Newsletter

HaitiTPSAR000539

US politics, Canada's multiculturalism, South America's geopolitical rise—we bring you the stories that matter.

E-mail address

Subscribe

By signing up, you agree to our **Privacy Policy**

In a statement, the Haitian government said police tried to repel the gang attack against that prison and at another facility called Croix des Bouquets. Esperance said it was not immediately clear how many inmates escaped from the second prison, which he said held 1,450 inmates.

The government said the attacks left "several wounded" among prison staff and inmates.

In a statement, it thanked "the population for their calm, despite these very difficult times".

Violence in Haiti has spiralled in recent days after calls by Cherizier for criminal groups to unite and overthrow Henry. Cherizier heads an alliance of gangs and faces sanctions from the UN and the United States.

One voluntary prison worker on Sunday said that 99 prisoners had opted to remain in their cells in the main jail for fear of being killed in the crossfire. These included several retired Colombian soldiers who were jailed for their alleged involvement in the assassination of former President Jovenel Moise.

Authorities warned people to be careful and "to continue to support the National Police who will do everything possible to track down fleeing prisoners and arrest those responsible for these acts", the statement read.

Advertisement

HaitiTPSAR000540

Case 3:25-cv-01766-EMC    Document 357-5    Filed 01/01/26    Page 41 of 50

The prime minister's exact whereabouts remained unclear on Sunday. Henry had been due to return from a visit to Kenya where he signed a security deal to tackle gang violence.

Nearly 15,000 people have been forced to leave their homes in recent days, with 10 sites hosting internally displaced people emptied over the weekend, according to the UN's International Organization for Migration (IOM).

Henry, who became prime minister in 2021 after Moise's assassination, was supposed to step down by early February, but told a regional summit in Guyana before travelling to Kenya that he would only hold elections by August 2025 once the situation was more stable.

The last elections took place in 2016.

HaitiTPSAR000541

SOURCE: NEWS AGENCIES

## LISTEN TO THESE PODCASTS

From: The Take

### Can Europe's music festivals break from pro-Israel funders?

Barcelona's Sónar Festival, a major music and technology event, is seeing artist withdrawals after revelations about its p...

From: The Inside Story Podcast

### What would be the consequence if Israel cuts Palestinian banks from...

Israel's far-right finance minister says he wants to cut off Palestinian banks from the global financial system. The plan'...

From: The Inside Story Podcast

### Will the protests in the US escalate?

National Guard troops and even the Marines are on the streets of Los Angeles - deployed by President Donald Trump after ma...

HaitiTPSAR000542

## RELATED

### Haiti police unions plead for help as armed gangs storm main prison

Police issue urgent appeal for help as they struggle to hold back gangs trying to storm the prison in major escalation.

3 Mar 2024



### Kenya, Haiti sign 'reciprocal' agreement allowing police deployment

The agreement would allow Kenyan police to lead a UN-backed mission in the gang-riven Caribbean nation.

1 Mar 2024



### Gunfire paralyses Haiti as gang leader pushes for PM's removal

Police stations and the international airport have come under attack in the chaos.

1 Mar 2024



### Haiti President Moise's widow, ex-PM among 50 charged in his assassination

Leaked document claims first lady allegedly conspired with former PM to kill the president and replace herself.

20 Feb 2024



## MORE FROM NEWS

### In nixing EV standards, Trump strikes at two foes: California and Elon Musk



HaitiTPSAR000543

All to know about FIFA Club World Cup 2025



Israel deports six from Gaza aid boat Madleen, two more still in custody



Judge declares mistrial on Harvey Weinstein rape charge



## MOST POPULAR

Lone passenger survives as Air India plane crash in Ahmedabad kills 241



Iran doubles down as US signals Israel could strike during nuclear talks



HaitiTPSAR000544

Police: Air India survivor leapt from crashing plane



Trump to host 'unforgettable' military parade in DC, but who is it for?



**About** ⌄

**Connect** ⌄

**Our Channels** ⌄

**Our Network** ⌄

Follow Al Jazeera English:

        



© 2025 Al Jazeera Media Network

HaitiTPSAR000545

 **ALJAZEERA**

Enrich your Al Jazeera experience by signing in or creating an account.

**Trending**    Gaza ceasefire    Russia-Ukraine war

News  |  Government

# Haiti names new head of transitional council ahead of scheduled elections

*Laurent Saint-Cyr is meant to be the final head of the council as it prepares for a nationwide vote to elect a president.*



Laurent Saint-Cyr speaks after being named head of the transitional presidential council in Port-au-Prince, Haiti, on August 7 [Odelyn Joseph/AP Photo]

7 Aug 2025

HaitiTPSAR000546

Share    Save

Save articles to read later and create
your own reading list.

Haiti has a        Saint-Cyr as the head of its transitional presi-
dential co        battle rampant gang violence, corruption and
economic insecurity.

Saint-Cyr's inauguration ceremony took place on Thursday at the Villa d'Accueil, a colo-
nial-style mansion in a suburb of the capital, Port-au-Prince.

RECOMMENDED STORIES

**Haiti death toll hits nearly 5,000 in nine months as gang violence spreads**

**Colombia's Petro visits Haiti to help bolster security amid gang violence**

**US to deport Haitian legal permanent residents with alleged gang ties**

"We must restore state authority," Saint-Cyr said at the ceremony. "The challenges we
face are certainly linked to insecurity, but they also are the result of our lack of courage, a
lack of vision and our irresponsibility."

But even the location of Saint-Cyr's inauguration was a sign of the instability Haiti faced.
The federal government has been largely displaced from downtown Port-au-Prince,
where gangs control nearly 90 percent of the city.

On Thursday morning, one prominent gang leader, Jimmy "Barbecue" Cherizier, even
pledged to disrupt Saint-Cyr's inauguration.

"We have decided to march on the premier's office and the Villa d'Accueil to end it all,"
Cherizier said in a video posted online.

He called on Port-au-Prince's residents to assist him and his fighters in their approach of
the mansion: "People of Haiti, take care of yourselves and help us."

But Cherizier was ultimately not successful. A security mission backed by the United Nations and led by Kenya issued a statement explaining that police officers had increased their patrols in the area.

"Armed gangs had plotted to disrupt national stability and render the country ungovernable," the statement said, asserting that law enforcement had successfully deterred those efforts.



Supporters celebrate the appointment of Laurent Saint-Cyr to the transitional presidential council in Port-au-Prince, Haiti, on August 7 [Odelyn Joseph/AP Photo]

Saint-Cyr's appointment, however, has drawn scrutiny for what it symbolises in the conflict-torn country.

HaitiTPSAR000548

Advertisement

Both Saint-Cyr and Haiti's prime minister, Alix-Didier Fils-Aime, are light-skinned, mixed-race businessmen who made their fortunes in the private sector. Saint-Cyr worked in the insurance industry, while Fils-Aime led an internet company.

Get instant alerts and updates based on your interests. Be the first to know when big stories happen. 🔔

Yes, keep me updated

The majority of Haitians, however, are Black, with only 5 percent of the population identifying as mixed race. The country itself is the poorest in Latin America.

Some critics fear the leadership of figures like Saint-Cyr could herald a slide backwards for Haiti's government, where power has long been concentrated among the rich and lighter-skinned.

The country has not held a presidential election since 2016, and turmoil in the country increased following the 2021 assassination of Jovenel Moise.

Criminal networks have exploited the power vacuum to expand their own influence, while denouncing the remaining government leadership as inefficient and corrupt.

Though the presidential council was only formed in April 2024, by the end of that year, three of its members had been accused of corruption, though they denied wrongdoing.

The transitional presidential council is considered to be widely unpopular, and its nine members have been rotating into the leadership position.

Saint-Cyr is meant to be the final head of the council before it completes its task of holding a presidential election on February 7, 2026. At that point, Saint-Cyr and the council are expected to hand off power to the election's victor.

Elections for roles in the federal government are expected to unfold in three stages, starting in November and ending with February's presidential race. But critics warn gang violence could thwart those plans.

The United Nations estimates that 4,864 people in Haiti were killed from October 2024 to June of this year.

Threats of violence have forced essential services to shut down, including hospitals and roadways, and nearly 1.3 million people have been displaced from their homes.

The humanitarian situation in Haiti is considered among the most dire in the world, and Saint-Cyr called on the international community to respond with further resources.

"I invite all international partners to increase their support, send more soldiers, provide more training," Saint-Cyr said at Thursday's ceremony. "I am asking the security forces to intensify their operations."

Ambassadors from several foreign countries were in attendance. He directed some of his remarks at them.