6/13/25, 10:12 AM      Transitional council in Haiti to oust its new leaders is formally established amid gang violence | AP News

Case 3:25-cv-01766-EMC    Document 357-7    Filed 01/01/26    Page 1 of 50



**Chris Kreider bids a bittersweet farewell to Rangers, heralds his fresh start with Anaheim...**

ADVERTISEMENT

## MOST READ





| | |
|---|---|
| 1 | Fiery Air India crash kills 241 people aboard, leaving 1 survivor, airline says |
| 2 | At least 240 dead after Air India plane crash |
| 3 | Live updates: Israeli strikes kill Iran's top military leaders and prompt retaliation |
| 4 | Israel attacks Iran's nuclear and missile sites, prompting Iranian drone-strike retaliation |
| 5 | What to know about 'No Kings' protests against Trump's policies |

HaitiTPSAR000601

Case 3:25-cv-01766-EMC    Document 357-7    Filed 01/01/26    Page 2 of 50

## SUGGESTED FOR YOU





**50-Year Legend Calls Exact Month Stocks Will Crash Next**

Advertisement: Chaikin Analytics



**Ask A Pro: "What Expenses Can Be Deducted From Capital Gains Tax?"**

Advertisement: SmartAsset



**Financial Planning That Adapts to Life's Changes - See How It Works**

Advertisement: Edelman Financial Engines



**Leverage TradeStation's platform to trade across asset classes.**

Advertisement: TradeStation

ADVERTISEMENT

WORLD NEWS

# FAA extends ban on US commercial flights to Haiti's capital because of risk from gangs





| LIVE: | Vance in Israel | Tropical Storm Melissa | Spurs vs. Mavericks | Meta AI layoffs |
| Trump administration | | | | |

A police officer patrols the entrance of the Toussaint Louverture International Airport, in Port-au-Prince, Haiti, Nov. 1          Read More

Updated 10:35 AM EDT, September 8, 2025

SAN JUAN, Puerto Rico (AP) — A Federal Aviation Administration ban on U.S. commercial flights to Haiti's capital that expired Monday has been extended to March 7, 2026 because of the risk that powerful gangs might attack flights with drones and small arms.

The FAA noted that Haitian gangs now control 90% of Port-au-Prince as well as nearby strategic routes and border areas.

"Haitian (foreign terrorist organizations) maintain access to small arms and unmanned aircraft systems capable of reaching low-altitude phases of flight," the FAA said in a statement Friday.

Haiti_PSAR000603

In May, the U.S. government designated a powerful gang coalition known as Viv Ansanm as a foreign terrorist organization.

The coalition had forced Haiti's main international airport in Port-au-Prince to close for nearly three months last year after launching coordinated attacks on key government infrastructure.

The Toussaint Louverture International Airport reopened in May, but gang violence in the area persisted.

Last November, gangs opened fire on a Spirit Airlines flight landing in Port-au-Prince, striking a flight attendant who received minor injuries. Other commercial planes on the ground were hit at the time.

## RELATED STORIES



**US and UN sanctions hit Haitians for gang activity**

HaitiTPSAR000604



**Gang storms town in northwest Haiti, killing at least 1**



HaitiTPSAR000605

**Haitians mourn at collective funeral after deadly drone attack**

The shooting forced Haiti's main international airport to close for the second time last year and led to a ban on U.S. commercial flights to Port-au-Prince.

The airport reopened in December, but it wasn't until June that the first commercial domestic flights resumed.

No international commercial flights have resumed.



## MOST READ



| 1 | US hits $38 trillion in debt, after the fastest accumulation of $1 trillion outside of the pandemic |
| 2 | Maine Senate candidate Platner says tattoo recognized as Nazi symbol has been covered |
| 3 | Cards Against Humanity and Elon Musk's SpaceX reach settlement over alleged trespassing in Texas |
| 4 | Five 2026 vehicles you should absolutely wait for |
| 5 | Prime Minister Mark Carney says Canada will double its non-US exports as Canadians can't rely on US |

HaitiTPSAR000607

## SUGGESTED FOR YOU





**The Investor's Guide to Estate Planning [Free Guide]**

Advertisement: Fisher Investments



**How is PMI U.S. Invested in America? Learn more.**

Advertisement: U.S. businesses of PMI Inc.



**Leverage TradeStation's platform designed for self-directed traders.**

Advertisement: TradeStation



**Free Guide Shows Traders How To Trade Options On A Shoestring budget**

Advertisement: Tradewins

WORLD NEWS

# Airport in southwest Haiti ready for international flights after violence halts flights to capital



A police officer patrols the entrance of the Toussaint Louverture International Airport, in Port-au-Prince, Haiti, Nov.            Read More

BY DÁNICA COTO
Updated 9:34 PM EDT, March 5, 2025

SAN JUAN, Puerto Rico (AP) — An airport in southwestern Haiti is ready to receive international flights for the first time, officials said Wednesday, adding a safer option for commercial airlines that have halted all flights to the main airport in Port-au-Prince, where gang violence persists.

The Antoine Simon Airport in the coastal city of Les Cayes, named after a Haitian president who led a rebellion in the early 1900s, operated for almost two decades before renovations began in 2013 to extend its runway.

HaitiTPSAR000610

It is now Haiti's third international airport, a development that is expected to boost the local economy and provide a new way for some nonprofits to distribute sorely needed aid.

"It's really exciting," said Wynn Walent, executive director of the Colorado-based nonprofit Locally Haiti, which operates in Haiti's southwest. "For understandable reasons, folks are focused on the challenges in Port-au-Prince, but there is so much that can be done in the south. This could be a big step in that direction."

Hugh Aprile, Mercy Corps' regional director for Latin America and the Caribbean, celebrated the new runway, saying it's possible more organizations will base their teams in Les Cayes instead of Port-au-Prince.

**RELATED STORIES**



**Haitians warily welcome a new international force as concerns persist**

HaitiTPSAR000611



**Tropical Storm Melissa nearly stationary in the Caribbean as a major flood threat**

HaitiTPSAR000612



**Doctors Without Borders shuts emergency medical center in Haiti's capital**

"Much of the needs are in the southern peninsula," he said. "For us, this will be helpful."

Leslie Voltaire, president of Haiti's transitional presidential council, traveled to Les Cayes to unveil the renovated airport Wednesday, saying it would help develop sectors including tourism.

"Infrastructure is the basis of a country's economic development," he said.

Most people traveling to Haiti land at the international airport in the north coastal city of Cap-Haitien, then travel by land or helicopter to the capital.

The Toussaint Louverture International Airport in Port-au-Prince remains open but commercial flights have been halted since gangs opened fire on three planes in November, slightly injuring a flight attendant.

The U.S. Federal Aviation Administration extended a ban on U.S. flights to Haiti's capital until March 12.

HaitiTPSAR000613

It wasn't immediately clear if U.S. commercial flights will use the redeveloped airport, nor if any international flights have landed yet on the extended runway at Les Cayes.

Local media reported that technicians from the U.S. airline JetBlue arrived in Les Cayes to inspect the runway. However, a company spokesman told The Associated Press that JetBlue doesn't have any record of making such a trip to inspect the runway, and that it has decided to suspend all flights to Haiti through at least June 11 "due to the ongoing civil unrest."

Martine Villeneuve, country director for Action Against Hunger, celebrated the renovated airport but noted it came too late for her organization.

Action Against Hunger was targeted by the recent USAID cuts and was forced to eliminate a nutrition and feeding program that served 13,000 people in Haiti's rural northeast and south. Now, the organization is focused on helping people in Port-au-Prince and the central Artibonite region.

"We are trapped in Port-au-Prince," she said. "It's very difficult to get in and out."

Gangs control 85% of the capital as well as all the main roads leading to the country's north and south.

———

Associated Press reporter Evens Sanon in Port-au-Prince, Haiti, contributed.



ADVERTISER CONTENT BY ZEBRA TECHNOLOGIES

**A new era of frontline performance optimization is here**

Better, smarter workflows matter now more than ever.





## MOST READ



1   Hurricane Melissa bears down on Jamaica and threatens to be the island's strongest recorded storm

2   Navy loses two aircraft from USS Nimitz aircraft carrier within 30 minutes

HaitiTPSAR000615

3    Republicans grapple with voter frustration over rising health care premiums

4    Trump administration posts notice that no federal food aid will go out Nov. 1

5    For Japan's new leader, the key to connecting with Trump could be a Ford F-150 truck

HaitiTPSAR000616

# SUGGESTED FOR YOU





**New Program Gives Homeowners a Brand New Roof For Just $97/Month**

Advertisement: Fetchapro



**Leverage TradeStation's platform to trade across asset classes.**

Advertisement: TradeStation



**Want to Avoid a Big Tax Bill? Get Our Guide with 8 Ways to Plan Ahead**

Advertisement: Savant Wealth Management

WORLD NEWS

# Haiti declares a 3-month state of emergency as gangs ravage country's central region



Newly-appointed police chief Vladimir Paraison, left, salutes Transitional Council President Laurent Saint-Cyr, during his presentation ceremony as the new interim police chief, in Port-au-Prince, Haiti, Friday, Aug. 8, 2025. (AP Photo/Odelyn Joseph)                    Read More

Updated 2:59 PM EDT, August 9, 2025

Leer en español

SAN JUAN, Puerto Rico (AP) — Haiti's government announced Saturday that it is implementing a three-month state of emergency in the country's central region as gang violence surges.

The measure will cover Haiti's West, Artibonite and Center departments "to continue the fight against insecurity and respond to the agricultural and food crisis," according to a government statement.

10/27/25, 9:10 AM
Case 3:25-cv-01766-EMC   Document 357-7   Filed 01/01/26   Page 19 of 50
Haiti declares state of emergency as gangs ravage country's central region | AP News

The region — known as Haiti's rice basket — has been under attack in recent years, with gangs killing farmers or forcing them to abandon their fields as they raze nearby communities.

The United Nations' human rights office noted that from October 2024 to the end of June 2025, more than 1,000 people have been killed, more than 200 injured and 620 kidnapped in the Artibonite and Central departments and nearby areas.

Gang violence also has displaced more than 239,000 people in Haiti's central region, according to the U.N. In late April, dozens of people waded and swam across the country's largest river in a desperate attempt to flee gangs.

On Friday, the government appointed a new interim director general to oversee Haiti's National Police, which is working with Kenyan police officers leading a U.N.-backed mission to help quell gang violence.

---

## RELATED STORIES



**UN authorizes larger force to fight gangs in Haiti**

HaitiTPSAR000619



**Haitians warily welcome a new international force as concerns persist**

HaitiTPSAR000620



**ICE agents arrest one of Haiti's most powerful businessmen on US soil**

André Jonas Vladimir Paraison replaces former police director general Normil Rameau, who was criticized for his struggle to contain violence perpetrated by gangs that control up to 90% of Haiti's capital, Port-au-Prince. Rameau had repeatedly warned about the department's severe underfunding.

Paraison previously served as head of security of Haiti's National Palace, and he was on duty as a police officer when former President Jovenel Moïse was killed at his private residence in July 2021.

The changes come as Laurent Saint-Cyr, a wealthy businessman, takes over as president of Haiti's transitional presidential council, which is charged with holding elections by February 2026.

HaitiTPSAR000621



Why the time difference between the US and Europe will be one hour shorter this week

## MOST READ

HaitiTPSAR000622



| 1 | Suspects arrested over the theft of crown jewels from Paris' Louvre museum |
| 2 | Trump administration posts notice that no federal food aid will go out Nov. 1 |
| 3 | Navy loses two aircraft from USS Nimitz aircraft carrier within 30 minutes |
| 4 | Venezuela's Maduro says the US is fabricating a war and seeks to revoke citizenship of opponent |
| 5 | **Big 12 teams see a season high in the AP Top 25, while LSU drops out** |

HaitiTPSAR000623



# SUGGESTED FOR YOU



**Sometimes you know you could have done better. Invest with Schwab.**

Advertisement: Charles Schwab



**Explore Long-Term Strategies to Manage Uncertainty in Our Report**

Advertisement: Bank of America



**Life Events That Can Affect Your Taxes**

Advertisement: Charles Schwab

HaitiTPSAR000624

Case 3:25-cv-01766-EMC　Document 357-7　Filed 01/01/26　Page 25 of 50



**Leverage TradeStation's platform designed for self-directed traders.**

Advertisement: TradeStation

HaitiTPSAR000625

Track Hurricane Melissa    LIVE: Trump in Asia    Government shutdown    George Atkinson dies    Shohei Ohtani

WORLD NEWS

## New contingent of Kenyan police joins UN-backed mission to fight gangs in Haiti



BY **EVENS SANON** AND **DÁNICA COTO**
Updated 3:49 PM EDT, February 6, 2025

PORT-AU-PRINCE, Haiti (AP) — A fourth contingent of Kenyan police arrived Thursday in Haiti to help repel violent gangs as officials brushed off concerns over a halt in some U.S. funding to the U.N.-backed mission.

The 200 police officers from the East African country join more than 600 other Kenyans already working alongside Haiti's National Police as part of a multinational force boosted by soldiers and police deployed by countries including Jamaica, Guatemala and El Salvador.

"We are reaching close to our full strength so the mission can start giving results," Godfrey Otunge, the mission's force commander, said as he greeted the new officers at Haiti's main international airport, which remains closed to commercial flights because of ongoing gang violence.

The latest deployment of Kenyan police comes two days after the U.S. notified the United Nations that it was freezing $13.3 million slated for the mission as part of a sweeping freeze on foreign assistance imposed by U.S. President Donald Trump.

Otunge said in a statement Wednesday that the amount frozen represents less than 3% of ongoing assistance to the mission.

HaitiTPSAR000626

RELATED STORIES



**US accuses a detained Haitian businessman of ties to violent gangs**



**Haitians warily welcome a new international force as concerns persist**

HaitiTPSAR000627



**UN Security Council pressures Haiti's leaders to hold election**

"I want to assure everyone, especially the people of Haiti, that the mission remains on track," he said.

He noted that the U.S. and other partner countries are still providing logistical, financial and equipment support, with support flights arriving almost daily.

"Both the Department of Defense and the Department of State remain actively engaged in (the mission's) operations," Otunge stated.

The U.S. State Department said it approved waivers for $40.7 million in foreign assistance to help the mission and Haitian police, including contracts to support forward operating bases, medical services and vehicle maintenance.

It noted that as recently as Tuesday, the U.S. delivered "much-needed heavy armored equipment" to the mission and Haitian police.

"The Haitian people need security," said Haitian Prime Minister Alix Didier Fils-Aimé as he pointed to a plane on the tarmac. "This is all the equipment that we promised is coming in."

[Dominican Republic President Luis Abinader](#) warned Thursday during a news conference with U.S. Secretary of State Marco Rubio that Haiti represents a threat to the entire region, including the United States.

"There's no time to lose," he said as he called for more financial support for the mission. "Haiti is drowning."

Abinader also called for more humanitarian aid to the violence-wracked country that shares the island of Hispaniola with the Dominican Republic, saying it would help relieve the ongoing crisis and halt a wave of migration that would affect the U.S. and other countries.

"There is no Dominican solution to the Haitian crisis," he said. "The leadership of the United States is essential and irreplaceable."

Rubio said the U.S. is committed to supporting the U.N.-backed mission led by Kenyan police and called for it to be broadened so it could effectively deal with gangs.

He said the issue of Haiti cannot be ignored.

HaitiTPSAR000628

"It's a tragedy, it's horrifying, and it needs to be dealt with. ... We are going to help," he said.

Rubio added, however: "I want to be clear; the future of Haiti belongs to the people of Haiti."

William O'Neill, U.N. designated expert on Haiti, said Thursday that the mission plays a crucial role in helping local officers establish security.

"The Haitian National Police are outnumbered and outgunned by the gangs," he said. "Steady and predictable funding for the (mission) requires all states to contribute, especially those in the region. More stability in Haiti will reduce the pressure to migrate, which is in everyone's interest."

Earlier, Rubio spoke with Kenyan President William Ruto to thank him for his country's leadership of the mission in Haiti, which remains fully operational, and Kenya's role in promoting peace in the Democratic Republic of the Congo.

The mission, which began last year, is struggling with a lack of funding and personnel as gangs that control 85% of the capital, Port-au-Prince, keep seizing more territory.

An ongoing, weeklong attack in an upscale community near the capital has killed some 150 people, Marie Yolène Gilles of the nonprofit Fondasyon Je Klere told Magik9 radio station on Wednesday.

She said more than 100 homes also were set on fire.

The attack on Kenscoff that began Jan. 27 has left more than 1,660 people homeless, according to the International Organization for Migration.

___

Coto reported from San Juan, Puerto Rico.

____

Follow AP's coverage of Latin America and the Caribbean at https://apnews.com/hub/latin-america

**MOST READ**



| | |
|---|---|
| 1 | Hurricane Melissa bears down on Jamaica and threatens to be the island's strongest recorded storm |
| 2 | Navy loses two aircraft from USS Nimitz aircraft carrier within 30 minutes |
| 3 | Republicans grapple with voter frustration over rising health care premiums |
| 4 | Trump administration posts notice that no federal food aid will go out Nov. 1 |
| 5 | For Japan's new leader, the key to connecting with Trump could be a Ford F-150 truck |

# SUGGESTED FOR YOU





**We're delivering a smoke-free future, today.**

<span style="color:red">Advertisement: Philip Morris International</span>



**What makes infrastructure an attractive asset class? Find out here.**

<span style="color:red">Advertisement: Stonepeak</span>



**Leverage a powerful platform designed for self-directed traders.**

<span style="color:red">Advertisement: TradeStation</span>



**PMI U.S. is proud to be invested in America. See how.**

<span style="color:red">Advertisement: U.S. businesses of PMI Inc.</span>

Case 3:25-cv-01766-EMC   Document 357-7   Filed 01/01/26   Page 32 of 50

WORLD NEWS

# Gang violence in Haiti is escalating and spreading with a significant increase in killings, UN says

BY EDITH M. LEDERER
Updated 10:29 PM EDT, September 27, 2023

UNITED NATIONS (AP) — Gang violence in Haiti is escalating and spreading from the capital Port-au-Prince through the center of the country to its two other major cities, Gonaives and Cap-Hatien, with a significant increase in killings, kidnappings and rapes in the past few months, the U.N. chief said in a report circulated Wednesday.

Secretary-General Antonio Guterres said in the new report to the U.N. Security Council that 2,728 intentional killings were recorded between October 2022 and June 2023 including 247 women, 58 boys and 20 girls.

The continuing rise in homicides is attributed to the emergence of a vigilante movement, known as "Bwa Kale," in the capital in April which has gone after the gangs, he said. The U.N. chief also reported an increase in kidnappings for ransom during that time with 1,472 reported, though he said the actual number is almost certainly higher because families often do not report missing members to authorities out of fear for the victims' safety.

ADVERTISEMENT

Gang members also continue to use sexual violence including collective rape "to terrorize populations under the control of rival gangs," Guterres said, pointing to 452 rape cases reported during the October-June period.

## RELATED STORIES



**US urges OAS to help quell violence in Haiti as gangs launch new attack**

HaitiTPSAR000633



**UN food agency appeals for $46M to help 2 million Haitians**

HaitiTPSAR000634



**UN finds that gang violence displaced a record 1.3 million people in Haiti**

The secretary-general's report on progress toward meeting key benchmarks in the Security Council resolution adopted last October that imposed sanctions against a powerful gang leader was issued as council members were negotiating a new U.N. resolution that would authorize a non-U.N. multinational force led by Kenya to combat the gangs.

Diplomats said the resolution is expected to be voted on later this week or next week.

Political instability has simmered in Haiti since the 2021 still-unsolved assassination of President Jovenel Moïse, who had faced protests calling for his resignation over corruption charges and claims that his five-year term had expired.

ADVERTISEMENT

HaitiTPSAR000635

Gangs have grown more powerful since his assassination, and Guterres said they now control or exercise influence over 80% of the Port-au-Prince metropolitan area and their violent activities have expanded especially to the central Artibonite Valley and the regions of major cities Gonaives in the northwest and Cap Hatien in the north.

He said indiscriminate attacks have displaced almost 130,000 people.

Guterres said there had been little or no progress on the benchmarks in the October resolution: a judicial system that can handle gangs and criminal-related activities, a progressive reduction in gang violence, improvements in human rights, a decrease in illicit arms trafficking and financial flows, and an increase in arms seizures.

Thee gangs "have overwhelmed already weak national institutions, including the judiciary, the national police and the prison administration directorate," he said.

"Corruption remains endemic," impunity remains pervasive and 84% of inmates in Haitian prisons are in pretrial detention and the conditions they face are "alarming," the secretary-general said. And a recent vetting exercise lifted the certification of about one-third of the country's judges and prosecutors "due to a lack of moral integrity, invalid credentials or unlawful release of criminals," he said.

ADVERTISEMENT

HaitiTPSAR000636

Case 3:25-cv-01766-EMC Document 357-7 Filed 01/01/26 Page 37 of 50

The police have been unable to deal with the powerful gangs despite an increase in their budget, Guterres said, and they are "grappling with a constantly declining workforce due to resignations, dismissals, retirements and fatalities in the line of duty." While 714 new police officers were selected in December, 774 officers, representing more than 5% of the force, left in the first six months of this year, he said.

Over the past year, the secretary-general said, the human rights situation also continued to deteriorate, with escalating gang attacks including the use of snipers on rooftops "to indiscriminately shoot people carrying out their daily activities."

In some instances, gangs have attacked entire neighborhoods, firing guns indiscriminately, "burning people alive and executing individuals perceived as being opposed to them," he said.

ADVERTISEMENT

Since the sanctions resolution was adopted last October, and despite a targeted arms embargo, Guterres said, "experts assess that the illicit trafficking of weapons and ammunition has continued unabated due to poor border control, limited capacity for seizures and weak weapons management systems."

The U.N. Office of Drugs and Crime assesses that increasingly sophisticated and high-caliber weapons and ammunition are being trafficked into Haiti, the secretary-general said, and most are from the United States and make their way to gang members through intermediaries.

HaitiTPSAR000637



ADVERTISEMENT

---

## MOST READ

HaitiTPSAR000638

6/12/25, 4:52 PM          Gang violence in Haiti is escalating and spreading with a significant increase in killings, UN says | AP News

Case 3:25-cv-01766-EMC          Document 357-7          Filed 01/01/26          Page 89 of 50



| 1 | Air India flight headed to London with more | | ter takeoff |
| 2 | Live updates: Air India plane headed to Lond | | 240 onboard |
| 3 | What to know about 'No Kings' protests aga | | urday |
| 4 | Immigration protests: LA appears relatively | | pefore curfew |
| 5 | Brian Wilson, Beach Boys visionary leader and summer's poet laureate, dies at 82 | | |

Case 3:25-cv-01766-EMC   Document 357-7   Filed 01/01/26   Page 40 of 50

## SUGGESTED FOR YOU





**Weird Map Reveals Huge Utah Energy Find**

Advertisement: Investing Outlook



**Is It Worth Paying a Financial Advisor 1%?**

Advertisement: SmartAsset



**Shaq's former Ohio mansion with 400-gallon fish tank gets offer**

Advertisement: Homes.com

HaitiTPSAR000640

6/12/25, 4:52 PM
Case 3:25-cv-01766-EMC   Document 357-7   Filed 01/01/26   Page 41 of 50
Gang violence in Haiti is escalating and spreading with significant increase in killings, UN says | AP News



**Is Your Financial Plan Built for Market Uncertainty? Find Out**

Advertisement: Edelman

ADVERTISEMENT



☰ Q    🔴 Watch Live



Register    Sign In

# Haiti airport reopens after weeks of gang violence

20 May 2024

Share  Save



Reuters

More commercial flights from and to Port-au-Prince are expected later this week

Haiti's main international airport in Port-au-Prince has reopened, nearly three months after it was forced to shut due to deadly gang-related violence.

A single commercial flight left the capital on Monday and later landed in Miami, Florida. More flights are expected this week.

Haiti's transitional authorities hope that more much needed basic supplies - such as medicine - will now start arriving, and trapped foreigners will be able to leave the impoverished country.

But gangs still control much of the capital, and Haiti's main seaport remains closed.

ADVERTISEMENT

**How gangs came to dominate Haiti**

Monday's flight was organised by Haiti's Sunrise Airways company, who contracted Florida-based World Atlantic charter carrier.

The departure was reportedly delayed for nearly two hours, with passengers complaining about stuffy conditions on board the aircraft.

Nevertheless, local residents said they were happy to be able to travel again.

"There are thousands of people who wanted to travel, but for a certain time who could not travel. I have my tent which I had to live in for more than three months. Many people were suffering," Rosemond Desire told AP Television News.

Until Monday, the only operating airport was in the northern city of Cap-Haïtien.

But many Haitians have been unable to get there because of continuing gang violence in and around the capital.

US airlines are not expected to resume their flights to Port-au-Prince until late May or early June.



EPA-EFE/REX/Shutterstock

Port-au-Prince has been rocked by weeks of deadly violence

The gangs have been carrying out co-ordinated attacks, demanding the resignation of the then Prime Minister Ariel Henry.

He agreed to step down in March.

Nine members of the transitional council have now been sworn in to lead the country, seven of which have voting powers. Mr Henry's finance minister, Michel Patrick Boisvert, will serve as the interim prime minister.

Tens of thousands of people have fled Port-au-Prince in recent weeks.

HaitiTPSAR000643

Kenya is due to deploy police to Haiti at the head of an international taskforce that will try to help the country's transitional council restore some stability.

Haiti   Florida   Port-au-Prince   Gangs   Miami   Ariel Henry

**RELATED**

US orders 500,000 citizens of four countries to leave

20 hrs ago    World

Dominican Republic detains pregnant Haitian women in hospital swoop

23 Apr 2025    Latin America

French-Haitian panel to study ex-colony's history

17 Apr 2025    World

**MORE FROM THE BBC**

4 Jun 2025

### TT fans marshal after being 'recruited' on ferry

A Florida couple on a "bucket list" trip to the Isle of Man TT volunteer to be part of the event.

4 Jun 2025    Isle of Man



3 Jun 2025

### Holidaymakers 'frightened' in surreal gang shooting aftermath

Brits on holiday in the Costa del Sol have been shaken by the murder of two senior underworld figures.

3 Jun 2025    Scotland



3 Jun 2025

### BBC reports from scene of gangland shooting at Spanish bar

CCTV shows Ross Monaghan's final moments in a bar in Spain after Eddie Lyons Jnr was gunned down outside.

3 Jun 2025    Scotland



29 May 2025

### Trump commutes gang leader's sentence in flurry of pardons

Larry Hoover founded the Gangster Disciples, one of the most notorious US street gangs.

29 May 2025    US & Canada



26 May 2025

### Australia fast-tracks machete ban after shopping centre attack

The ban follows a machete attack between gangs at a Melbourne shopping centre on Sunday afternoon

26 May 2025    Australia



HaitiTPSAR000644



Home    News    Sport    Business    Innovation    Culture    Arts    Travel    Earth    Audio    Video    Live    Weather    BBC Shop    BritBox

BBC in other languages ▾

**Follow BBC on:**

Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Contact the BBC    Advertise with us    Do not share or sell my info    Contact technical support

Copyright 2025 BBC. All rights reserved.  The *BBC* is *not responsible for the content of external sites.* **Read about our approach to external linking.**

# MPI

Articles

RESEARCH & INITIATIVES    PUBLICATIONS    EVENTS    ABOUT US    MPI EU

Home » Migration Information Source

## THE ONLINE JOURNAL of the MIGRATION POLICY INSTITUTE
## MIGRATION INFORMATION SOURCE
### FRESH. GLOBAL. AUTHORITATIVE.

ADJUST FONT  |  PRINT  |  RSS  |  COPYRIGHT & REUSE

# Haitian Immigrants in the United States

NOVEMBER 8, 2023  SPOTLIGHT  | By Beatrice Dain and Jeanne Batalova



A Haitian-American book fair in Miami's Little Haiti neighborhood. (Photo: Mitchell Zachs/Knight Foundation)

Migration from Haiti to the United States since the mid-20th century has occurred in response to persistent political instability, persecution, frequent economic crises, natural disasters including a devastating 2010 earthquake, and the recent collapse of basic governmental functions and widespread gang violence following the 2021 assassination of President Jovenel Moïse. As of 2022, nearly 731,000 Haitian immigrants resided in the United States, comprising the country's 15th largest foreign-born population.

For several years, there has been a significant increase in the number of Haitians arriving in the United States irregularly, particularly via land. Some came directly from Haiti, but many others arrived from Brazil, Chile, and other countries in the Americas (often bringing their children born there) where they had migrated earlier and then faced new pressures to move again. U.S. authorities encountered Haitians at the U.S.-Mexico border approximately 53,900 times in fiscal year (FY) 2022 and more than 76,100 times in FY 2023. From 2019 through 2021, Haitians were the top nationality for migrants crossing the dangerous Darien Gap between Colombia and Panama, and they have remained among the three largest groups in 2022 and 2023. Additionally, the U.S. Coast Guard interdicted nearly 7,200 Haitians at sea in FY 2022 and 5,100 in the first 11 months of FY 2023, marking dramatic increases over previous years.

Several U.S. policies have sought to channel these migrants into legal routes. The U.S. government resumed the Haitian Family Reunification Parole Program in 2022, allowing eligible Haitians with a U.S.-citizen or legal permanent resident family member to move to the United States while their green-card application is pending. In January 2023, the Biden administration extended an immigration parole program initially reserved for Venezuelans to Haitians (as well as Cubans and Nicaraguans) who have a U.S. sponsor, apply in advance, and travel by plane. The program allows parolees to reside and work in the United States for two years. Through September 2023, the 85,300 Haitian parole recipients represented the largest group of beneficiaries of this process. Also, Temporary Protected Status (TPS), which grants temporary work authorization and relief from deportation, has

NEWSLETTER SIGNUP

## AUTHORS

Beatrice Dain is a former Research
and consultant for the Internat
Program at MPI.

Jeanne Batalova is a Senior Pol
and Manager of the Migration

## RELATED ARTICL

Haitians Flee a Nation Ne
Collapse

Haitian Migration throug
Americas: A Decade in the

How the Treacherous Dar
Became a Migration Cros
the Americas

Can the Biden Immigratic
Playbook Be Effective for
Managing Arrivals via Sea

Haiti's Painful Evolution f
Promised Land to Migran
Nation

## RELATED RESEAR

Addressing the Next Disp
Crisis in the Making in the
Americas

Migration, Integration, an
Diaspora Engagement in t
Caribbean: A Policy Revie

Select Diaspora Populatic
United States

External Processing: A To
Expand Protection or Fur
Restrict Territorial Asylun

been redesignated and extended for Haitians, covering more than 116,500 Haitian-born individuals as of March 2023.

The nearly 731,000 Haitian immigrants residing in the United States in 2022, the most recent year for which data are available from the U.S. Census Bureau's American Community Survey (ACS), made up 2 percent of all 46.2 million U.S. immigrants and 16 percent of the 4.6 million Caribbean immigrants. Compared to all immigrants, Haitians are more likely to be naturalized U.S. citizens, have obtained legal permanent residence (also known as getting a green card) through family-based categories, and work in service occupations. They are also less likely to have a college degree and tend to report lower household incomes.

This Spotlight provides information on the Haitian immigrant population in the United States, focusing on its size, geographic distribution, and socioeconomic characteristics.

Click on the bullet points below for more information:

- **Size of Immigrant Population over Time**
- **Distribution by U.S. State and Key Cities**
- **English Proficiency**
- **Age, Education, and Employment**
- **Income and Poverty**
- **Immigration Pathways and Naturalization**
- **Unauthorized Immigrant Population**
- **Health Coverage**
- **Diaspora**
- **Top Global Destinations**
- **Remittances**

**Definitions**

The U.S. Census Bureau defines the "**foreign born**" as individuals who had no U.S. citizenship at birth. The foreign-born population includes naturalized citizens, lawful permanent residents, refugees and asylees, legal nonimmigrants (including those on student, work, or other temporary visas), and people residing in the country without authorization.

The terms "**foreign born**" and "**immigrant**" are used interchangeably and refer to those who were born in another country and later emigrated to the United States.

**Size of Immigrant Population over Time**

The Haitian immigrant population has expanded significantly since 1980, although the rate of growth has slowed. The population grew 144 percent between 1980 and 1990, 86 percent between 1990 and 2000, 40 percent between 2000 and 2010, and 24 percent between 2010 and 2022. Still, the Haitian immigrant population grew much faster than the overall foreign-born population, which increased by 16 percent between 2010 and 2022. Haitians represented the fourth-largest Caribbean immigrant group in the United States, after Cubans, Dominicans, and Jamaicans.

Figure 1. Haitian Immigrant Population in the United States, 1980-2022

**IN THE SPOTLIGHT**

**Resources on Haiti**

Find reports, articles, and other resources on migration to and from Haiti, all in one place.

GET STARTED

**CONTACT**

Source@MigrationPolicy.org



*Sources:* Data from U.S. Census Bureau 2010 and 2022 American Community Surveys (ACS), and Campbell J. Gibson and Kay Jung, "Historical Census Statistics on the Foreign-Born Population of the United States: 1850-2000" (Working Paper no. 81, U.S. Census Bureau, Washington, DC, February 2006), available online.

## Distribution by U.S. State and Key Cities

Immigrants from Haiti are highly concentrated in Florida (49 percent as of the 2017-21 period), followed distantly by New York (19 percent). The next four states—Massachusetts, New Jersey, Pennsylvania, and Georgia— were home to approximately 21 percent of the Haitian immigrant population collectively. The top four counties for Haitian immigrants were Broward, Miami-Dade, and Palm Beach counties in Florida, and Kings County in New York. Together these counties accounted for 41 percent of Haitian immigrants in the United States.

**Figure 2. Top States of Residence for Haitian Immigrants in the United States, 2017-21**



*Notes:* Pooled 2017-21 ACS data were used to get statistically valid estimates at the state level for smaller-population geographies. Not shown is the population in Alaska, which is small in size; for details, visit the Migration Policy Institute (MPI) Data Hub for an interactive map showing geographic distribution of immigrants by state and county, available online.
*Source:* MPI tabulation of data from U.S. Census Bureau pooled 2017-21 ACS.

**Click here** for an interactive map that highlights the states and counties with the highest concentrations of immigrants from Haiti and other countries.

HaitiTPSAR000648

The greater Miami, New York, and Boston metropolitan areas were home to 66 percent of Haitian immigrants in the United States. Slightly under 4 percent of all residents of the greater Miami area were born in Haiti (see Table 1).

Figure 3. Top Metropolitan Destinations for Haitian Immigrants in the United States, 2017-21



*Note:* Pooled 2017-21 ACS data were used to get statistically valid estimates at the metropolitan statistical-area level for smaller-population geographies.
*Source:* MPI tabulation of data from U.S. Census Bureau pooled 2017-21 ACS.

**Click here** for an interactive map that highlights the metro areas with the most immigrants from Haiti and other countries.

Table 1. Top U.S. Metropolitan Areas for Haitian Immigrants, 2017-22

| Metropolitan Area | Immigrant Population from Haiti | % of Metro Area Population |
|---|---|---|
| Miami-Fort Lauderdale-Pompano Beach, FL Metro Area | 231,000 | 3.8% |
| New York-Newark-Jersey City, NY-NJ-PA Metro Area | 163,000 | 0.8% |
| Boston-Cambridge-Newton, MA-NH Metro Area | 55,000 | 1.1% |
| Orlando-Kissimmee-Sanford, FL Metro Area | 41,000 | 1.6% |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD Metro Area | 14,000 | 0.2% |
| Atlanta-Sandy Springs-Alpharetta, GA Metro Area | 13,000 | 0.2% |
| Naples-Marco Island, FL Metro Area | 11,000 | 2.9% |
| Tampa-St. Petersburg-Clearwater, FL Metro Area | 9,000 | 0.3% |
| Cape Coral-Fort Myers, FL Metro Area | 9,000 | 1.2% |
| Bridgeport-Stamford-Norwalk, CT Metro Area | 8,000 | 0.8% |

*Source:* MPI tabulation of data from the U.S. Census Bureau pooled 2017-21 ACS.

**English Proficiency**

Haitians are roughly as likely as all immigrants to have limited proficiency in English. In 2022, 44 percent of Haitians ages 5 and older reported speaking English less than "very well," compared to 46 percent of the total foreign-born population. Approximately 10 percent of Haitian immigrants spoke only English at home, versus 17 percent of the overall foreign born.

**Age, Education, and Employment**

Haitians tended to be similar in age to the overall foreign-born population and older than the U.S. born. The median age for both Haitian and total immigrants was 47 in 2022, compared to 37 for the native born. In 2022, 75 percent of the Haitian population was of working age (18 to 64) compared to 77 percent of all immigrants and 58 percent of the U.S. born (see Figure 4).

Figure 4. Age Distribution of the U.S. Population by Origin, 2022



*Note:* Percentages may not add up to 100 as they are rounded to the nearest whole number.
*Source:* MPI tabulation of data from the U.S. Census Bureau 2022 ACS.

Haitian adults ages 25 and older tend to have lower educational attainment than both the native- and overall foreign-born populations. In 2022, 22 percent of Haitian immigrants reported having a bachelor's degree or higher, compared to 36 percent of the U.S. born and 35 percent of all immigrant adults (see Figure 5). Among Haitians who arrived between 2017 and 2021, 12 percent of adults held a college degree, a rate much lower than that of all immigrants arriving in that period (47 percent).

**Click here** for data on immigrants' educational attainment by country of origin and overall.

Figure 5. Educational Attainment of the U.S. Population (ages 25 and older) by Origin, 2022



*Note:* Percentages may not add up to 100 as they are rounded to the nearest whole number.
*Source:* MPI tabulation of data from the U.S. Census Bureau 2022 ACS.

According to the Institute of International Education, more than 1,000 students from Haiti were enrolled in U.S. colleges and universities in the 2021-22 school year, comprising a small share of the 949,000 international students in the United States. Haitians represented 9 percent of the nearly 11,000 students from the Caribbean.

Haitians participate in the labor force at a similar rate as all immigrants. About 69 percent of Haitian immigrants and 67 percent of all immigrants ages 16 and over were in the civilian labor force in 2022, compared to 62 percent

HaitiTPSAR000650