October 9, 2024 12:00AM EDT  |  Report
**Available In**
English
Français
Español

# Haiti: Criminal Violence, Hunger Trapping Children

Transitional Government Should Prioritize Their Protection, Reintegration



A 17-year-old Carrefour resident, associated with a criminal group, stands on a terrace, gazing out over the horizon in Port-au-Prince, Haiti, July 2024. © 2024 Nathalye Cotrino/Human Rights Watch

- Hundreds, if not thousands, of children in Haiti, driven by hunger and poverty, have in recent months joined criminal groups, where they are forced into illegal activities and face abuse.

- Criminal groups have increased recruitment of children as a response to the law enforcement operations of the

HaitiTPSAR000801

Multinational Security Support (MSS) mission and the Haitian National Police.

- The transitional government should provide protection, access to essential goods and services including education and legal opportunities for children's rehabilitation and reintegration.

(Washington, DC, October 9, 2024) – Hundreds, if not thousands, of children in Haiti, driven by hunger and poverty, have joined criminal groups, where they are forced into illegal activities and face abuse, Human Rights Watch said today.

Criminal groups have increased recruitment of children as a response to the law enforcement operations of the Multinational Security Support (MSS) mission and the Haitian National Police, according to local and international humanitarian and human rights organizations.

"With limited options for survival, many children in Haiti are drawn into criminal groups, where they become involved in illegal activities and face serious risks," said Nathalye Cotrino, crisis and conflict researcher at Human Rights Watch. "To stem the violence, the transitional government should focus on improving children's lives by providing protection, access to essential goods and services including education and legal opportunities for their rehabilitation and reintegration."



HaitiTPSAR000802



Read a text description of this video

During a visit to Port-au-Prince in July 2024, Human Rights Watch interviewed 58 people, including children associated with criminal groups; human rights and humanitarian workers; diplomats; and representatives of Haitian civil society and United Nations agencies. Researchers also met with transitional government officials, including the prime minister, justice and foreign affairs ministers, the transitional presidential council president, the police director, and the multinational security support mission commander. Human Rights Watch interviewed an additional 20 people remotely, and reviewed data and reports from the UN, civil society, and local organizations.

Criminal groups control nearly 80 percent of Haiti's capital, Port-au-Prince, and its metropolitan area, and are expanding into other areas. About 2.7 million people, including half a million children, live under their control, according to the United Nations Children's Fund (UNICEF). While no official figures are available, human rights and humanitarian organizations and government officials estimate that at least 30 percent of criminal group members are children, and Haitian government officials have estimated that several thousand criminal group members are operating in the country. Children participate in criminal activities ranging from extortion and looting to severe acts of violence, including killing and kidnapping.

HaitiTPSAR000803

Children associated with criminal groups told Human Rights Watch that hunger is the main factor that either compels them to join these groups or leads their families to allow it. The groups are often their only sources of food, shelter, and income.

A 16-year-old from Port-au-Prince said he joined the Village de Dieu group when he was 14. "Before [joining], I lived with my mother ... It was really hard to get food and clothes," he said. "[A]t home, there wasn't any food. But when I was with [the group], I could eat."

Girls who are forced to join criminal groups are particularly at risk of sexual violence. "Gabriel, the gang leader of Brooklyn [in Cité Soleil], asks his henchmen to bring him a virgin girl every month. With the boss doing this, there's no way to stop others who do the same," a humanitarian worker said. Referring to the girls in the Tibwa Gang, a 16-year-old boy and member of the group said: "They rape them, not only the boss, everyone, whoever wants to, can rape them. They are in the group to serve them with sex and cooking and washing clothes."

Children in the groups are abused if they refuse to participate in criminal activities, usually with beatings and death threats. "Once, they told me to blindfold someone we were going to kidnap," a 14-year-old member of the Tibwa Gang said. "When I refused to do it, they hit me in the head with a baseball bat and said if I didn't, they would kill me."

These children also face violence from the police and rival groups as well as so-called self-defense groups. The UN Integrated Office in Haiti documented cases of summary executions and lynchings of children between January and June.

All children Human Rights Watch interviewed said they wanted to leave the criminal groups. "I want to leave the street and not be in criminal groups anymore," a 17-year-old Carrefour resident said. "I want to continue at school and go back to my family." But families and neighbors often reject and stigmatize children who return, human rights officials said.

HaitiTPSAR000804

The first components of the UN-authorized MSS mission led by Kenya arrived in late June to support the Haitian National Police in restoring security. Humanitarian workers and children associated with criminal groups told Human Rights Watch they hoped the government's security plan would address the specific needs of children through a protection-centered approach.

UN agencies, local organizations, and government entities such as the Institute for Social Welfare and Research have begun some initiatives to support children formerly associated with criminal groups. Yet the government lacks a comprehensive strategy and needs more resources to ensure that all children receive protection, including through access to education, legal pathways out of the groups, and access to justice. The transitional government is committed to addressing this challenge, the prime minister and other government officials said, but more international support is urgently needed.

With the school year under way, the transitional government should prioritize an education-focused strategy that protects children, ensures that security measures do not violate their rights, addresses their urgent needs, provides them a legal exit from criminal groups, and holds those responsible for abuse accountable. Funding support from the international community is essential.

"In its security response, the transitional government should prioritize protecting children associated with criminal groups by implementing specific disarmament, demobilization and reintegration programs, as well as a broader approach, with increased financial support, to ensure their access to education and other essential services," Cotrino said. "Addressing children's urgent needs within a protective environment like schools can help provide psychosocial support, foster social inclusion, and prevent recruitment."

**For more details, accounts from victims, and recommendations, please see below.**

HaitiTPSAR000805

## Impact of Criminal Violence on Children

The UN Secretary-General said in the 2024 annual report on children in armed conflict that he was concerned "by indiscriminate armed gang violence and grave violations against children" and called for a political solution, emphasizing "the importance of including child protection provisions" and "appropriate training in child protection" for the MSS mission's personnel. The previous year's report noted serious violations, including child recruitment, killing, sexual violence, and attacks on schools. Including Haiti in the report reflects the severity of apparent violations of international norms though it is not a legal conclusion that there is an armed conflict in the country.

The UN office in Haiti said that 105 children, 78 boys and 27 girls, were killed from January to mid-September 2024. More than 300,000 children are internally displaced, according to the International Organization for Migration (IOM).

International and local organizations have raised the alarm about criminal groups increasingly recruiting and using children, referencing allegations that the groups are responding to the joint operations by the MSS mission and the police that began in mid-July. "The Village de Dieu group has a specialized unit dedicated to training children daily to prepare them for the arrival of the MSS," a local human rights official said. "They teach them how to set up barriers in neighborhoods, establish checkpoints, handle weapons, and position them at lookout points around the neighborhood."

Human rights and humanitarian workers said they are seeing more children in the ranks and on the front lines of clashes between criminal groups and the police and the "self-defense" groups. "Criminal groups are recruiting them more and more, using social media like TikTok and Facebook to attract them," a humanitarian official said.

More injured children are arriving at health centers and churches, many with gunshot wounds, and bodies of children killed are increasingly found in the streets, according to

HaitiTPSAR000806

international and local organizations. "More children have begun coming to our church with gunshot wounds," a priest in Port-au-Prince said. "They are afraid that if they go to hospitals, they could be reported to the police, which could lead to retaliation from vigilante groups. It is devastating to see them so abandoned and unprotected."

## Humanitarian Situation

Children in Haiti are in urgent need of assistance. Approximately 125,000 children face severe acute malnutrition, while nearly 3 million children – half of Haiti's children – need humanitarian aid.

Haiti's health system is on the brink of collapse. Only 24 percent of Port-au-Prince health facilities function at normal capacity. Children and their families lack access to basic social services, sanitation facilities, and psychological support.

Nearly 1,000 schools in Haiti's Western department, where the capital is located, and neighboring Artibonite were closed for much of the last school year due to looting or violent attacks, depriving an estimated 160,000 children of education and school meals. Internally displaced people have occupied many Port-au-Prince schools, with no plan in place or resources allocated to reactivate them or relocate the displaced populations, a senior UN official said.



A bus set on fire by gang members at the Portail neighborhood of Port-au-Prince, Haiti, Thursday, Feb. 29, 2024. Gunmen shot at the international airport and other targets in a wave of violence that forced businesses, government agencies and schools to close early.  © AP Photo/Odelyn Joseph

## Criminal Groups' Recruitment and Use of Children

Human Rights Watch interviewed 16 children, 12 boys and 4 girls, who live in communities controlled by criminal groups, including 6 who have recently been involved in criminal groups, as well as humanitarian and human rights workers from organizations assisting these children in four communes of the Western Department: Port-au-Prince, Carrefour, Gressier, and Cité Soleil. The interviewees live in areas controlled primarily by Tibwa Gang, Village de Dieu, Gran Ravine, Gang of Brooklyn, and Gang of Belekou. All requested that their names and identifying details not be published for security reasons.

Human Rights Watch identified children associated with criminal groups with the support of Haitian and international organizations. All participants were informed about the interview's purpose, its voluntary nature, and how the information would be used. Interviews were conducted in safe locations, taking measures to avoid retraumatization. The

HaitiTPSAR000808

children and their caregivers provided oral consent.

*Hunger is Forcing Children to Join Criminal Groups*

All children Human Rights Watch spoke to said severe hunger was the primary reason they joined criminal groups. Most described living in extreme hardship, on the streets or in public squares, and struggling daily to meet their needs. Some still lived with their families, but their parents could not provide for them. They said the state was absent, there were no police in their neighborhoods, and they had no legal economic or social opportunities to earn a living, buy food, or access basic necessities. In the areas where the children live, criminal groups are the de facto authorities, providing "employment" and essential goods.

Mathis F., a 14-year-old orphan, lives on the street and looks after his 13-year-old brother. He said: "I joined the gang because I had nothing. I never went to school … I was out on the street, starving, with nowhere to sleep, no clothes, nothing…. The day I joined, they gave me 1,150 gourdes [US$9] and food. They took me to a house where a bunch of [gang members] lived … I was the only kid there. Two days later, five more kids came. [The gang] offered me work."

Several children said they also received shelter in occupied houses. The payment for their activities is their only means of support to meet basic needs and to contribute to their families' meager resources.

Criminal groups also use hunger to pressure children to stay in their ranks. "When I decided to leave … they said, 'You don't have food at home, so if you leave us, you'll die of hunger,'" a 16-year-old from Port-au-Prince said. "That's how [they] tried to force me to stay."

## Children's Roles Within Criminal Groups

Criminal groups have a hierarchical structure, and children, mainly boys, start at the base and report to direct leaders, who

HaitiTPSAR000809

assign them small tasks to test their loyalty. They receive payments between 100 and 20,000 gourdes [under $1 to $150] per month, as well as food and shelter if they need it.

Children and human rights workers interviewed said criminal groups have recruited children around age 10, with some even younger. The UN Panel of Experts on Haiti reported in late March that "the gangs of Grand Ravine, led by Ti Lapli, and 5 Segond, led by Izo, have been identified as the most active in the forceful recruitment of children."

While boys and girls both receive payment and are trained in handling weapons, loading cartridges, and managing communication devices, among other things, the tasks they are assigned are largely based on gender.

"They give me 2,000 gourdes [$15] … more or less, depending on the time I spend doing the tasks or the type of task they give me," Quentin M. said. In some groups, after three to five months and following training in weapons and ammunition, children are deployed in clashes with the police, or rival or "self-defense" groups, mostly in charge of reloading magazines and carrying weapons.

Boys are used as informants ("antennas") to provide information on police patrols or facilitate robberies, running errands such as purchasing food or clothing for leaders, and in some cases, carrying and transporting weapons and ammunition and participating in looting, extortion, and kidnapping.

Michel T., 14, left the Gran Ravine group a year ago after witnessing group members kill people from his neighborhood. "I [joined] when I was 8, because I didn't have parents and lived on the street," he said. "I usually ran errands or participated in roadblocks. There were four other kids in the group, 13 or 11 years old." Since leaving the group, he has resumed living on the streets and begs to survive.

Some boys interviewed said they had been given weapons within weeks of joining a group, including .38 caliber pistols and a

Kalashnikov rifle. "They gave me a Kalashnikov with a bunch of bullets," Michel T. said. "The day they gave it to me, they loaded all the bullets in the magazine and told me to carry it on my back."

More organized criminal groups, such as Village de Dieu, have rigorous training programs for children, particularly boys, and incentives to ensure their loyalty and prevent them from defecting to rival groups, the UN office said. These groups are involved in larger-scale illegal activities including arms, human and drug trafficking, the UN Office on Drugs and Crime (UNODC) said.

Girls are generally exploited for labor and assigned cooking and cleaning duties in the houses where the leaders and members of criminal groups live. During the daytime, girls are also tasked with doing errands and transporting weapons and ammunition.

"I often ran errands or cooked for the group," said Marie H., a pregnant 16-year-old girl and a former member of the Grand Ravine group. "There were lots of people in the group, including many girls aged 15-17. When I joined the group, it was easier to eat. During the clashes, I saw people wounded and many dead; I was almost hit by a bullet."

Group members and leaders also sexually exploit girls, children associated with groups and humanitarian workers said. "The leaders force them to perform sexual acts with them or their members while others watch," a humanitarian worker said. "They tell them that they are their girlfriends and that they must obey them, but in reality, they exploit them for their pleasure and consumption."

Group members also abduct girls from their homes, to recruit them into the groups, taking them to criminal leaders' homes, where they are raped and forced to work. "I took care of a 14-year-old girl who was kidnapped by a gang for 15 days and gang raped every day," a humanitarian worker said. "Soon after, she found out she was pregnant. She didn't want to have the baby but the gang she belonged forced her to have it. Now they say the

HaitiTPSAR000811

baby is a son of Village de Dieu."

Families living in areas controlled by criminal groups are often threatened into handing over one of their daughters to the group in exchange for protection. "More and more families are being forced to hand over their daughters to the gangs," a local human rights worker said. "They know they will be raped and treated like slaves, but they have to accept it, and in some cases they do it to avoid their daughters being raped or abused by men from other groups or from their own community."

Quentin M. said that all the money he earns "by running errands, washing cars, buying groceries, and transporting weapons for the group goes to [his] mother and two younger sisters, aged 2 years and 10 months." He said he does this to prevent them from suffering the same fate [being sexually abused] as the girls in his group.

Girls are not usually offered incentives for loyalty. Instead, they are usually let go after some time, typically when they become pregnant as a result of rape, local human rights workers said.

## National and International Response

In January 2024, the UN and Haitian government entities signed a protocol on the "transfer, reception and care of children associated with armed gangs encountered during territorial security operations." While some steps have been taken toward its implementation, to be led primarily by the Haiti Institute of Social Welfare and Research and UNICEF, the institute still lacks the necessary personnel and funding to fulfill its mandate, its director said.

The protocol focuses on what to do with children once operations against criminal groups result in apprehensions of children, but prevention and protection are essential to address the reasons children are forced to join the groups and stay with them.

The transitional government has included reactivating Haiti's National Commission for Disarmament, Demobilization, and

Reintegration as a key task in its roadmap to restore security. This is a positive step, but former commission members say urgent efforts are needed to strengthen it and coordinate its work with other government entities, the Haitian National Police, and the multinational security support mission. The commission, established in 2019, never had the necessary staffing, logistics, or funding to function effectively and was never integrated into the security strategy.

Similarly, while the transitional government's roadmap includes strengthening justice and the rule of law, doing so requires improving Haiti's dysfunctional juvenile justice system. The Port-au-Prince Juvenile Court has been paralyzed since 2019 due to criminal group control over the area, and the juvenile detention center, Centre de Rééducation des Mineurs en Conflit avec la Loi, intended solely to house children, is now being used for adult detainees, said the National Network for the Defense of Human Rights. The center is packed, with children and adults sharing cells in inhuman conditions, the network said.

Despite the UN system's commitment to supporting the Haitian government through the UNICEF-led Task Force on Child Protection, a stronger, better coordinated, and unified response is needed. All agencies should operate under the same legal framework – international human rights law – and prioritize the needs of children associated with criminal groups and other children in vulnerable communities controlled by criminal groups, focusing on prevention and protection.

## Recommendations

Haiti needs a comprehensive strategy for children associated with criminal groups, rooted in the Convention on the Rights of the Child and international human rights standards, including on juvenile justice and reintegration, which recognize children as victims.

Key steps include:

- Mobilizing additional international funding to support

HaitiTPSAR000813

education and child protection efforts. As of September, UNICEF said, it had received only 30 percent of the $30.4 million needed for education and 25 percent of the $30 million it needs for the protection of nearly 600,000 children.

- Strengthening the demobilization and reintegration commission and ensuring its coordination with key security actors. It should create a comprehensive disarmament, demobilization, and reintegration program, with a special focus on children and a gender-sensitive approach for sexual violence survivors who face compounding stigmas.

- Enhancing the capabilities of the Haitian National Police and the multinational security support mission to prioritize child protection. International organizations providing technical assistance should work on the basis of international human rights law, and ensure the forces receive specific training on international human rights standards, including on juvenile justice, child protection, and the use of force by law enforcement.

- Strengthening Haiti's educational system. The Ministries of Education and Social Affairs and Labor should develop a short and medium-term strategy to ensure access to basic needs and services, including education, for children associated with criminal groups and other children in vulnerable communities. This includes urgently reopening and securing schools affected by violence, ensuring adequate funding for and provision of school meals, and integrating disarmament, demobilization, and reintegration programs into the education strategy to ensure long-term sustainability.

- Strengthening Haiti's health and justice systems: The Public Health and Population Ministry should create a comprehensive strategy to ensure that girls who are survivors of sexual and labor exploitation have access to essential services, including health care and adequate housing. The Justice Ministry should ensure access to justice and legal assistance.

HaitiTPSAR000814

- Strengthening Haiti's Institute of Social Welfare and Research and other relevant entities, such as the Child Protection Brigade of the Police, to implement the protocol for the transfer of children from criminal groups to civilian entities, and to effectively set up the necessary and complementary programs and measures to fulfill their mandates.

- Ensuring child victims have access to justice and reparations. With international support, including from the UN Office of the High Commissioner for Human Rights, the government should establish specialized judicial units to investigate and prosecute, serious crimes, among other abuses, the use and recruitment of children.

- Prioritizing reactivation of Haiti's juvenile justice system based on the Convention on the Rights of the Child and ensuring that arrest, detention, and imprisonment are last resort measures, used only for the shortest appropriate duration and subject to regular review.

- Ensuring that the children's detention center provides services exclusively for children.

# ecoi.net



Document #2120084

## HRW – Human Rights Watch (Author)

### World Report 2025 - Haiti

In 2024, Haiti's multidimensional crisis reached catastrophic levels. Criminal groups united under the "Viv Ansanm" coalition intensified large-scale and coordinated attacks that brought the country to a standstill from February to May, and from October to the present. These attacks severely impacted public services, including electricity, water supply, sanitation, health care, education, and transportation, significantly restricting access to essential goods. Half of Haiti's population struggled daily to afford food, giving the country one of the highest rates of acute food insecurity in the world.

Killings and kidnappings by criminal groups increased, with a weak state response and an ineffectual justice system. Sexual violence became widespread, with survivors having minimal access to health services and a near-absence of justice. Rising hunger and extreme poverty have forced children to join criminal groups, where they face abuse, including sexual exploitation.

A new transitional government, led by a prime minister and a Transitional Presidential Council, was established with the aim of strengthening security and organizing free and fair elections. However, political instability persisted, with several members of the transitional presidential council facing corruption allegations, and scant progress in establishing an electoral calendar.

The transitional prime minister was abruptly dismissed by the Transitional Presidential Council along with his government in early November and a

new prime minister, Alix Didier Fils-Aimé was appointed.

As violence escalated, the United Nations-authorized Multinational Security Support (MSS) mission began deployment but was unable to effectively support the police in fighting criminal groups due to a lack of funding and personnel. The transitional government requested that the UN Security Council and the UN Secretary-General transform the mission into a UN peacekeeping operation.

## Violence by Criminal Groups

United Nations agencies reported that criminal groups control around 85 percent of Port-au-Prince, Haiti's capital and its metropolitan area. These groups have rapidly expanded into previously secure areas of Port-au-Prince, as well as key regions such as the Ouest and Artibonite departments, Haiti's agricultural hub. Many of these groups have alleged ties to police officers and political and economic elites.

In June, the MSS mission, led by Kenya, began operations. Jamaica, Belize, and the Bahamas have contributed a small number of personnel, bringing its total personnel to only 416 officers, far below the expected 2,500, by early December. The mission has participated in some patrols and anti-crime operations with the Haitian police, and has developed important human rights safeguards and monitoring and accountability mechanisms, but the mission remains in the pre-deployment phase and continues to face significant financial and logistical challenges.

During the UN General Assembly session in late September, Haiti's transitional presidential council requested transforming the MSS mission into a UN peacekeeping operation to secure stable funding, expand capabilities, and strengthen UN Member States' commitments to security in Haiti. This call has been backed by the US, the lead funder of the MSS, as well as Kenya and the Organization of American States (OAS), among others. In November, the UN Security Council asked the UN Secretary-General to present recommendations for the role the UN could play in helping address the security, economic, and humanitarian crises in the country.

The UN, the European Union, Canada, and the US have taken measures against former Haitian officials and criminal groups, including an arms embargo and targeted sanctions. Two pieces of legislation have also been introduced in the US Congress aimed at addressing the illegal arms flows to Haiti. Yet international efforts, particularly financial support to the MSS, remain insufficient.

The UN High Commissioner for Human Rights reported that criminal groups killed at least 5,601 people and kidnapped nearly 1,500 in 2024.

Sexual violence has escalated, becoming widespread. Survivors face severely limited or nonexistent access to protection and care services. Between January and October, the Gender-Based Violence (GBV) sub-cluster reported 5,400 cases of gender-based violence, with 72 percent involving sexual violence allegedly committed mostly by members of criminal groups.

Children are among the hardest hit by the violence. Rising hunger and severe poverty have forced hundreds, possibly thousands, of children to join criminal groups, where they are coerced into illegal activities and face abuse, including girls facing labor and sexual exploitation. According to the UN, approximately half a million children live under the control of these groups, with at least 30 percent of their members being children.

Despite the appointment of a new director general in the police and contributions from Haiti's partners, such as funding, equipment and arms, the police continue to face financial, logistical, and staffing shortcomings to protect people from criminal violence, exacerbated by the flow of weapons and ammunition to Haiti, largely from the US state of Florida.

As of September, the so-called "self-defense" groups have reportedly killed over 260 individuals suspected of links to criminal organizations, often in collusion with the police, and have also adopted its tactics, such as extortion, according to the UN.

## Economic, Social, and Cultural Rights

The security crisis and political instability have compounded a dire humanitarian situation. According to the World Bank, over 64 percent of Haiti's population of 11.7 million lived on less than US$3.65 per day in 2024.

The World Food Program has identified Haiti as having one of the highest proportions of acutely food insecure people in any crisis worldwide, in a report covering August 2024 to February 2025. About 5.5 million people require humanitarian assistance and 5.4 million are facing acute food insecurity, including 2 million experiencing emergency levels, and 6,000 people in catastrophic levels of hunger and a collapse of their livelihoods.

Criminal violence and environmental hazards have severely disrupted economic activities, leading to significant losses in agricultural activities

HaitiTPSAR000818

and other livelihoods. These challenges have further deepened poverty and increased unemployment across the country.

Only 40 percent of Haitians had access to electricity, but intermittently and at high prices. Forty-five percent of the population lacks access to clean drinking water, and 7 out of 10 people do not have access to an improved sanitation system, aggravating the spread of cholera. As of October, the Ministry of Public Health and Population reported 87,382 suspected cases of cholera and 1,306 deaths since the beginning of the ongoing outbreak in October 2022.

Haiti's health system is on the verge of collapse. About 20 percent of health facilities remain operational, with just 40 percent functioning nationwide. Over 40,000 health workers fled the country due to violence, according to the UN Integrated Office in Haiti (BINUH). As the system crumbles under violence and instability, two out of five Haitians do not have access to urgently needed medical care.

Médecins Sans Frontières (MSF), which has provided health care in Haiti for over 30 years, suspended its operations in the capital in late November, due to attacks by "self-defense groups" on its ambulances, patients, and staff, as well as threats of death and rape against its personnel by some police officials. By the time of writing, MSF had only managed to restore the provision of some of their medical services.

Nearly half of Haitians aged 15 and older are illiterate. According to UNICEF, Haiti has around 3.9 million school-aged children. However, escalating violence led to the closure of nearly 1,000 private and public schools in the West and Artibonite departments during the 2023-2024 academic year, affecting 300,000 students. Moreover, the poor quality of public education, high private school fees, and criminal attacks on students and schools have deprived approximately 1.2 million Haitian children of access to education.

## Transitional Government and Elections

Following a political dialogue led by CARICOM, an intergovernmental organization in the Americas, The Caribbean and Atlantic Ocean, then-Prime Minister Ariel Henry resigned in late April, leading to the establishment of a Transitional Presidential Council. Garry Conille, former UNICEF Regional Director, was subsequently appointed as prime minister in late May. After five months in office, the Transitional Presidential Council dismissed Conille and replaced him with Alix Didier Fils-Aimé, a Haitian businessman.

The transitional government is tasked with restoring security, upholding the rule of law, urgently addressing the humanitarian crisis, and preparing for free and fair elections in 2026. Haiti has had no nationally elected officials since January 2023, and its parliament has been inactive since 2019.

The Provisional Electoral Council, tasked with organizing the elections, was established but had not yet set an electoral calendar at the time of writing.

## Justice System

The justice system remains at a near standstill, largely due to corruption, ongoing violence and frequent strikes by magistrates and judicial staff. Criminal groups have seized control of the main court buildings for over two years, and few measures have been taken to relocate the courts or provide security for judicial officials.

From October 2023 through October 2024, only 241 people received criminal trials countrywide, the non-governmental National Human Rights Defense Network (RNDDH) reported. Accountability for past and ongoing human rights violations, including massacres and sexual violence, remains nearly nonexistent. In a rare positive development, in late July 2024, a judge sent to trial 30 individuals, including former police officer and current criminal leader Jimmy Chérizier, for their alleged involvement in the 2018 La Saline massacre, which resulted in over 70 people killed, nearly a dozen women and girls raped, and the vandalization and burning of more than 150 homes.

In early January, another judge charged 51 individuals in connection with the assassination of the former president Jovenel Moïse. In the US, at least seven individuals have been sentenced in connection with the assassination and five more are scheduled to face trial in January 2025.

After criminal groups attacked two major prisons in Port-au-Prince and nearly 5,000 detainees, including several gang leaders, escaped, the Office of the United Nations High Commissioner for Human Rights in Haiti (OHCHR) reported a rise in threats and attacks against journalists, human rights defenders, and government officials.

As of October, Haiti's prisons held nearly three times their capacity for detainees. Most of the 7,581 detainees—84 percent of whom were awaiting trial—were living in inhuman conditions, without access to

adequate food, water, or health care. From January through October, 168 detainees died, most from malnutrition-related diseases.

In 2020, by presidential decree, new penal and criminal procedure codes which expanded alternatives to pretrial detention were adopted. Authorities postponed the implementation of the codes, expected to come into force in 2024.

## Police Conduct

Between January and September, police allegedly killed over 900 people and injured nearly 600 in operations, according to BINUH, some were reportedly killed or injured due to excessive use of force. The prosecutor in Miragoâne acknowledged that he was involved in 26 cases of extrajudicial executions; however, authorities are yet to investigate these cases.

The police internal affairs office opened 139 investigations, including 34 for alleged human rights violations from January through early October. Twenty-six investigations were completed, leading to 15 administrative decisions. Only two were sent for criminal prosecution.

## Access to Abortion

Haiti has a total ban on abortion. The new penal code will decriminalize abortion until the twelfth week of pregnancy, and at any time in cases of rape or incest, or when the mental or physical health of the pregnant person is in danger. The code was scheduled to come into force in 2024 but has been postponed by authorities.

## Disability Rights

Haiti acceded to the Convention on the Rights of Persons with Disabilities in 2009, yet its legal framework still contains discriminatory provisions. According to the UN, 15 percent of the population has a disability, but no census has been conducted since 2003, according to the UN Population Fund. People with disabilities face significant barriers to accessing essential services and experience pervasive stigma.

BINUH, the Bureau du Secrétaire d'État à l'intégration des Personnes Handicapées, and local advocacy groups have raised alarms about the impact of criminal violence on people with disabilities.

## Internal Displacement and Migration

Nearly 703,000 Haitians, 25 percent children, are internally displaced. The total is more than double the 2022 figure, making Haiti the country with the highest global displacements per capita, due to crime-related violence, according to IOM. Most of the displaced live in informal settlements with insufficient access to food, water, sanitation, shelter, and medical care. Seventy five percent of these sites are located in areas controlled by criminal groups or high-risk zones, increasing their exposure to violence, according to the UN.

Many Haitians have fled the country, often through dangerous routes. From January through mid-December 2024, foreign governments returned nearly 200,000 people to Haiti despite the risk to their lives and physical integrity and the United Nations High Commissioner for Refugees' call to extend refugee protection to Haitians under the 1984 Cartagena Declaration. The Dominican Republic was responsible for 97 percent of returns, while the US, the Bahamas, Turks and Caicos, and Cuba account for the rest.

In June, the US government extended Temporary Protected Status (TPS) for Haitians for 18 months, but Haitians continue to face challenges accessing the humanitarian parole program. Both Haitians with criminal convictions and those arriving after a cut-off date of July 2024 for temporary protected status were subject to removal to Haiti. Since October 2023, the US Coast Guard has intercepted 857 Haitians at sea and returned them to Haiti.

---

**ecoi.net description:**

Annual report on the human rights situation in 2024

**Country:**

Haiti

**Source:**

HRW – Human Rights Watch    (Author)

**Published:**

16 January 2025

**Original link:**

https://www.hrw.org/world-report/2025/country-chapters/haiti

HaitiTPSAR000822

Document type:

Periodical Report

Language:

English

Available on ecoi.net since:

17 January 2025

Document ID:

2120084

---

Austrian Red Cross

Austrian Centre for
Country of Origin and
Asylum Research and
Documentation
(ACCORD)

Wiedner Hauptstraße
32, 1041 Wien

T +43 1 589 00 583

F +43 1 589 00 589

info@ecoi.net

Contact

Imprint & Disclaimer

F.A.Q.

Data Protection Notice

---

ecoi.net is run by the Austrian Red Cross (department ACCORD) in cooperation with Informationsverbund Asyl &
Migration. ecoi.net is funded by the Asylum, Migration and Integration Fund, the Austrian Ministry of the Interior
and Caritas Austria. ecoi.net is supported by ECRE & UNHCR.









Residents walk past a burnt car as they evacuate the Delmas 22 neighborhood the morning after an attack amid ongoing criminal violence in Port-au-Prince, Haiti, Thursday, May 2, 2024.
© 2024 Ramon Espinosa/AP Photo

Available In:
English
Français
Kreyòl ayisyen
Español

Violence by Criminal Groups

Economic, Social, and Cultural Rights

Transitional Government and Elections

Justice System

Police Conduct

Access to Abortion

Disability Rights

Internal Displacement and Migration

**Keynote**





Tirana Hassan

Former Executive Director

In 2024, Haiti's multidimensional crisis reached catastrophic levels. Criminal groups united under the "Viv Ansanm" coalition intensified large-scale and coordinated attacks that brought the country to a standstill from February to May, and from October to the present. These attacks severely impacted public services, including electricity, water supply, sanitation, health care, education, and transportation, significantly restricting access to essential goods. Half of Haiti's population struggled daily to afford food, giving the country one of the highest rates of acute food insecurity in the world.

Killings and kidnappings by criminal groups increased, with a weak state response and an ineffectual justice system. Sexual violence became widespread, with survivors having minimal access to health services and a near-absence of justice. Rising hunger and extreme poverty have forced children to join criminal groups, where they face abuse, including sexual exploitation.

A new transitional government, led by a prime minister and a Transitional Presidential Council, was established with the aim of strengthening security and organizing free and fair elections. However, political instability persisted, with several members of the transitional presidential council facing corruption allegations, and scant progress in establishing an electoral calendar.

The transitional prime minister was abruptly dismissed by the Transitional Presidential Council along with his government in early November and a new prime minister, Alix Didier Fils-Aimé was appointed.

As violence escalated, the United Nations-authorized Multinational Security Support (MSS) mission began deployment but was unable to effectively support the police in fighting criminal groups due to a lack of funding and personnel. The transitional government requested that the UN Security Council and the UN Secretary-General transform the mission into a UN peacekeeping operation.

## Violence by Criminal Groups

United Nations agencies reported that criminal groups control around 85 percent of Port-au-Prince, Haiti's capital and its metropolitan area. These groups have rapidly expanded into previously secure areas of Port-au-Prince, as well as key regions such as the Ouest and Artibonite departments, Haiti's agricultural hub. Many of these groups have alleged ties to police officers and political and economic elites.

In June, the MSS mission, led by Kenya, began operations. Jamaica, Belize, and the Bahamas have contributed a small number of personnel, bringing its total personnel to only 416 officers, far below the expected 2,500, by early December. The mission has participated in some patrols and anti-crime operations with the Haitian police, and has developed important human rights safeguards and monitoring and accountability mechanisms, but the mission remains in the pre-deployment phase and continues to face significant financial and logistical challenges.

During the UN General Assembly session in late September, Haiti's transitional presidential council requested transforming the MSS mission into a UN peacekeeping operation to secure stable funding, expand capabilities, and strengthen UN Member States' commitments to security in Haiti. This call has been backed by the US, the lead funder of

the MSS, as well as Kenya and the Organization of American States (OAS), among others. In November, the UN Security Council asked the UN Secretary-General to present recommendations for the role the UN could play in helping address the security, economic, and humanitarian crises in the country.

The UN, the European Union, Canada, and the US have taken measures against former Haitian officials and criminal groups, including an arms embargo and targeted sanctions. Two pieces of legislation have also been introduced in the US Congress aimed at addressing the illegal arms flows to Haiti. Yet international efforts, particularly financial support to the MSS, remain insufficient.

The UN High Commissioner for Human Rights reported that criminal groups killed at least 5,601 people and kidnapped nearly 1,500 in 2024.

Sexual violence has escalated, becoming widespread. Survivors face severely limited or nonexistent access to protection and care services. Between January and October, the Gender-Based Violence (GBV) sub-cluster reported 5,400 cases of gender-based violence, with 72 percent involving sexual violence allegedly committed mostly by members of criminal groups.

Children are among the hardest hit by the violence. Rising hunger and severe poverty have forced hundreds, possibly thousands, of children to join criminal groups, where they are coerced into illegal activities and face abuse, including girls facing labor and sexual exploitation. According to the UN, approximately half a million children live under the control of these groups, with at least 30 percent of their members being children.

Despite the appointment of a new director general in the police and contributions from Haiti's partners, such as funding, equipment and arms, the police continue to face financial, logistical, and staffing shortcomings to protect people from criminal violence, exacerbated by the flow of

HaitiTPSAR000827

weapons and ammunition to Haiti, largely from the US state of Florida.

As of September, the so-called "self-defense" groups have reportedly killed over 260 individuals suspected of links to criminal organizations, often in collusion with the police, and have also adopted its tactics, such as extortion, according to the UN.

## Economic, Social, and Cultural Rights

The security crisis and political instability have compounded a dire humanitarian situation. According to the World Bank, over 64 percent of Haiti's population of 11.7 million lived on less than US$3.65 per day in 2024.

The World Food Program has identified Haiti as having one of the highest proportions of acutely food insecure people in any crisis worldwide, in a report covering August 2024 to February 2025. About 5.5 million people require humanitarian assistance and 5.4 million are facing acute food insecurity, including 2 million experiencing emergency levels, and 6,000 people in catastrophic levels of hunger and a collapse of their livelihoods.

Criminal violence and environmental hazards have severely disrupted economic activities, leading to significant losses in agricultural activities and other livelihoods. These challenges have further deepened poverty and increased unemployment across the country.

Only 40 percent of Haitians had access to electricity, but intermittently and at high prices. Forty-five percent of the population lacks access to clean drinking water, and 7 out of 10 people do not have access to an improved sanitation system, aggravating the spread of cholera. As of October, the Ministry of Public Health and Population reported 87,382 suspected cases of cholera and 1,306 deaths since the beginning of the ongoing outbreak in October 2022.

HaitiTPSAR000828

Haiti's health system is on the verge of collapse. About 20 percent of health facilities remain operational, with just 40 percent functioning nationwide. Over 40,000 health workers fled the country due to violence, according to the UN Integrated Office in Haiti (BINUH). As the system crumbles under violence and instability, two out of five Haitians do not have access to urgently needed medical care.

Médecins Sans Frontières (MSF), which has provided health care in Haiti for over 30 years, suspended its operations in the capital in late November, due to attacks by "self-defense groups" on its ambulances, patients, and staff, as well as threats of death and rape against its personnel by some police officials. By the time of writing, MSF had only managed to restore the provision of some of their medical services.

Nearly half of Haitians aged 15 and older are illiterate. According to UNICEF, Haiti has around 3.9 million school-aged children. However, escalating violence led to the closure of nearly 1,000 private and public schools in the West and Artibonite departments during the 2023-2024 academic year, affecting 300,000 students. Moreover, the poor quality of public education, high private school fees, and criminal attacks on students and schools have deprived approximately 1.2 million Haitian children of access to education.

## Transitional Government and Elections

Following a political dialogue led by CARICOM, an intergovernmental organization in the Americas, The Caribbean and Atlantic Ocean, then-Prime Minister Ariel Henry resigned in late April, leading to the establishment of a Transitional Presidential Council. Garry Conille, former UNICEF Regional Director, was subsequently appointed as prime minister in late May. After five months in office, the Transitional Presidential Council dismissed Conille and replaced him with Alix Didier Fils-Aimé, a Haitian

HaitiTPSAR000829

businessman.

The transitional government is tasked with restoring security, upholding the rule of law, urgently addressing the humanitarian crisis, and preparing for free and fair elections in 2026. Haiti has had no nationally elected officials since January 2023, and its parliament has been inactive since 2019.

The Provisional Electoral Council, tasked with organizing the elections, was established but had not yet set an electoral calendar at the time of writing.

## Justice System

The justice system remains at a near standstill, largely due to corruption, ongoing violence and frequent strikes by magistrates and judicial staff. Criminal groups have seized control of the main court buildings for over two years, and few measures have been taken to relocate the courts or provide security for judicial officials.

From October 2023 through October 2024, only 241 people received criminal trials countrywide, the non-governmental National Human Rights Defense Network (RNDDH) reported. Accountability for past and ongoing human rights violations, including massacres and sexual violence, remains nearly nonexistent. In a rare positive development, in late July 2024, a judge sent to trial 30 individuals, including former police officer and current criminal leader Jimmy Chérizier, for their alleged involvement in the 2018 La Saline massacre, which resulted in over 70 people killed, nearly a dozen women and girls raped, and the vandalization and burning of more than 150 homes.

In early January, another judge charged 51 individuals in connection with the assassination of the former president Jovenel Moïse. In the US, at least seven individuals have been sentenced in connection with the assassination and five more are scheduled to face trial in January 2025.

After criminal groups attacked two major prisons in Port-au-Prince and nearly 5,000 detainees, including several gang leaders, escaped, the Office of the United Nations High Commissioner for Human Rights in Haiti (OHCHR) reported a rise in threats and attacks against journalists, human rights defenders, and government officials.

As of October, Haiti's prisons held nearly three times their capacity for detainees. Most of the 7,581 detainees—84 percent of whom were awaiting trial—were living in inhuman conditions, without access to adequate food, water, or health care. From January through October, 168 detainees died, most from malnutrition-related diseases.

In 2020, by presidential decree, new penal and criminal procedure codes which expanded alternatives to pretrial detention were adopted. Authorities postponed the implementation of the codes, expected to come into force in 2024.

## Police Conduct

Between January and September, police allegedly killed over 900 people and injured nearly 600 in operations, according to BINUH, some were reportedly killed or injured due to excessive use of force. The prosecutor in Miragoâne acknowledged that he was involved in 26 cases of extrajudicial executions; however, authorities are yet to investigate these cases.

The police internal affairs office opened 139 investigations, including 34 for alleged human rights violations from January through early October. Twenty-six investigations were completed, leading to 15 administrative decisions. Only two were sent for criminal prosecution.

## Access to Abortion

Haiti has a total ban on abortion. The new penal code will decriminalize abortion until the twelfth week of pregnancy,

and at any time in cases of rape or incest, or when the mental or physical health of the pregnant person is in danger. The code was scheduled to come into force in 2024 but has been postponed by authorities.

## Disability Rights

Haiti acceded to the Convention on the Rights of Persons with Disabilities in 2009, yet its legal framework still contains discriminatory provisions. According to the UN, 15 percent of the population has a disability, but no census has been conducted since 2003, according to the UN Population Fund. People with disabilities face significant barriers to accessing essential services and experience pervasive stigma.

BINUH, the Bureau du Secrétaire d'État à l'intégration des Personnes Handicapées, and local advocacy groups have raised alarms about the impact of criminal violence on people with disabilities.

## Internal Displacement and Migration

Nearly 703,000 Haitians, 25 percent children, are internally displaced. The total is more than double the 2022 figure, making Haiti the country with the highest global displacements per capita, due to crime-related violence, according to IOM. Most of the displaced live in informal settlements with insufficient access to food, water, sanitation, shelter, and medical care. Seventy five percent of these sites are located in areas controlled by criminal groups or high-risk zones, increasing their exposure to violence, according to the UN.

Many Haitians have fled the country, often through dangerous routes. From January through mid-December 2024, foreign governments returned nearly 200,000 people to Haiti despite the risk to their lives and physical integrity and the United Nations High Commissioner for Refugees' call to extend refugee protection to Haitians under the 1984 Cartagena Declaration. The

HaitiTPSAR000832

Dominican Republic was responsible for 97 percent of returns, while the US, the Bahamas, Turks and Caicos, and Cuba account for the rest.

In June, the US government extended Temporary Protected Status (TPS) for Haitians for 18 months, but Haitians continue to face challenges accessing the humanitarian parole program. Both Haitians with criminal convictions and those arriving after a cut-off date of July 2024 for temporary protected status were subject to removal to Haiti. Since October 2023, the US Coast Guard has intercepted 857 Haitians at sea and returned them to Haiti.

January 16, 2025 9:00AM EST | News Release

**Available In**

<u>English</u>
Français
Kreyòl ayisyen
Español

# Haiti: Escalating Violence; Humanitarian Crisis

## UN, Foreign Governments Should Support Comprehensive Response



Residents walk past a burnt car as they evacuate the Delmas 22 neighborhood the morning after an attack amid ongoing criminal violence in Port-au-Prince, Haiti, Thursday, May 2, 2024. © 2024 Ramon Espinosa/AP Photo

(Mexico City) – Haiti's crisis has reached catastrophic levels, with allied criminal groups intensifying large-scale, coordinated attacks on the population and key state infrastructure, nearly paralyzing much of the country and worsening the already dire

HaitiTPSAR000834

human rights and humanitarian situation, Human Rights Watch said today in its *World Report 2025*.

For the 546-page world report, in its 35th edition, Human Rights Watch reviewed human rights practices in more than 100 countries. In much of the world, Executive Director Tirana Hassan writes in her introductory essay, governments cracked down and wrongfully arrested and imprisoned political opponents, activists, and journalists. Armed groups and government forces unlawfully killed civilians, drove many from their homes, and blocked access to humanitarian aid. In many of the more than 70 national elections in 2024, authoritarian leaders gained ground with their discriminatory rhetoric and policies.

"Throughout 2024, criminal groups killed, kidnapped, and used sexual violence to control Haiti's population, already overwhelmed by rising poverty, hunger, and lack of access to essential services," said Nathalye Cotrino, Americas senior researcher at Human Rights Watch. "The appointment of a transitional government and deployment of a UN-authorized Multidimensional Security Support mission to support the Haitian National Police have yet to improve security or restore the rule of law."

- In late February, the major criminal groups, united under the Viv Ansam (Living Together in Creole) coalition, launched coordinated attacks on major prisons, police stations, government offices, and key infrastructure such as healthcare and education facilities in Haiti's capital, Port-au-Prince. These attacks nearly paralyzed the country and the delivery of life-saving humanitarian assistance for close to three months.

- Criminal groups increased their recruitment of children, taking advantage of widespread hunger and poverty. As of October, at least 30 percent of criminal group members were children. They participated in extortion, looting and severe acts of violence, including murder and kidnapping, but also faced abuse within the criminal groups. Haiti's transitional

HaitiTPSAR000835

government lacks a strategy and the resources to ensure that all children are protected, including through access to education and justice, and legal pathways out of criminal groups.

- Criminal groups' use of sexual violence is now widespread. Between January and October, nearly 4,000 girls and women reported sexual violence, including gang rape, mostly by members of criminal groups. Survivors have little access to protection and care services due to limited institutional resources and the disruption by violence of essential services, particularly health care.

- In June, the UN-authorized Multinational Security Support (MSS) mission, led by Kenya, began operations in Haiti with about 400 officers, well below the expected 2,500. While the MSS has supported the Haitian National Police anti-crime operations and developed key human rights safeguards, the mission faces significant financial and logistical challenges.

- Criminal groups intensified coordinated attacks in October and now control around 85 percent of Port-au-Prince and its metropolitan area and have expanded their control into the Ouest and Artibonite departments. In 2024, criminal groups killed at least 5,601 people, according to the UN. Half of Haiti's population struggles to afford food, making it one of world's most acutely food insecure countries, and over 700,000 Haitians—25 percent of them children—are internally displaced.

The international community should urgently support a comprehensive, rights-based response to Haiti's crisis, focused on restoring security, upholding the rule of law, and guiding the country back to democracy, while meeting people's immediate needs. Following the transitional government's request to transform the MSS into a UN mission, the United Nations Security Council should urgently authorize and rapidly deploy a full-fledged United Nations mission to Haiti. The Mission should be part of a broader strategy that includes human rights safeguards, monitoring mechanisms, and accountability measures to prevent past harm and address the legacy of

HaitiTPSAR000836

previous interventions.

HaitiTPSAR000837

# Haiti: Scarce Protection as Sexual Violence Escalates

## Transitional Government, Partners Should Act to Restore Security, Access to Aid



The emergency room of the General Hospital is empty during a visit by then-Haitian Prime Minister Garry Conille in Port-au-Prince, Haiti, Tuesday, July 9, 2024. Haiti's then-prime minister and police chief visited the capital's largest hospital, which had been under the control of criminal groups for at least two months. This occupation significantly disrupted healthcare services, including those for survivors of sexual violence. Authorities announced that police had regained control of the medical institution from armed criminal groups.  © 2024 AP Photo/Odelyn Joseph

- Criminal groups in Haiti are subjecting girls and women to horrific sexual abuse, and survivors have little access to protection and care services because of insufficient resources and difficulties reaching those that exist.

- Criminal groups have often used sexual violence to instill

HaitiTPSAR000838

fear in rival territories. As fighting between criminal groups has decreased, they have expanded the use of sexual violence, which is now widespread.

- The transitional government should make justice, aid, and reparations for survivors a priority, and the international community should urgently increase funding to restore rule of law, provide basic security, and rebuild the health and justice systems.

(Washington, DC, November 25, 2024) – Criminal groups in Haiti have intensified attacks against the population in recent weeks, including by subjecting girls and women to horrific sexual abuse, Human Rights Watch said today. The international community should urgently increase funding to support a rights-based security response, and to improve the ability of the transitional government, as well as grassroots and international organizations, to address the needs of survivors, who have little access to protection and care services.

Criminal groups control over 80 percent of the capital and surrounding areas, as the Haitian National Police and the severely under-resourced United Nations-authorized Multinational Security Support (MSS) mission struggle to restore security. Criminal groups have often used sexual violence to instill fear in rival territories. While fighting between these groups has decreased in 2024, attacks on the population, the police, and the country's key infrastructure have increased, including through the widespread use of sexual violence.

"The rule of law in Haiti is so broken that members of criminal groups rape girls or women without fearing any consequences," said Nathalye Cotrino, crisis and conflict researcher at Human Rights Watch. "The international community should urgently increase funding for comprehensive programs to support survivors of sexual violence while ensuring that the transitional government and the Multinational Security Support mission have the resources needed to restore the rule of law, provide basic security, and rebuild the health and justice systems."

HaitiTPSAR000839

In July 2024, Human Rights Watch interviewed 58 people in Port-au-Prince, including survivors of sexual violence, human rights and humanitarian workers, transitional government officials, diplomats, and representatives from Haitian civil society and UN agencies. Researchers also conducted remote interviews with 36 people, including the former public health and population minister and healthcare professionals from Haitian and international organizations, and reviewed data and reports from the UN, Haitian, and international groups. Human Rights Watch contacted spokespersons of criminal groups through trusted intermediaries, but the groups' spokespersons declined to comment.

Between January and October, nearly 4,000 girls and women reported sexual violence, including gang rape, mostly committed by members of criminal groups, according to the Gender-Based Violence (GBV) sub-cluster, which includes grassroots women's groups, international organizations, and government entities. According to the UN, the increase in cases involving children is 1,000 percent, compared to the same period in 2023. Human rights and humanitarian workers as well as government officials said this is most likely a fraction of the cases, as most go unreported.

"The bandits don't care about their age," an aid worker said. "They rape because they have the power. Sometimes they do it for days or weeks." Many [survivors] suffer from the effects of physical abuse and mistreatment or end up pregnant, with no access to medical, psychosocial, or legal services, even for those who end up contracting sexually transmitted infections, which affect a large number of survivors, particularly HIV.



HaitiTPSAR000840

Many survivors are reluctant to report sexual violence or seek health care for fear of retaliation, survivors and humanitarian workers said. Many who seek care often cannot do so within the critical 72-hour window to



access post-exposure prophylaxis and emergency contraception, either because many public medical facilities are closed due to the violence, or because they do not have the financial resources to go to private health centers, medical workers said.

"These women are extremely vulnerable," an international healthcare worker said. "They are trapped in poverty and struggle daily to survive. When they [suffer] the violence of rape, they also struggle to access protection and health care."

Haiti also has a total ban on abortion. "Haitian women and girls facing poverty resort to unsafe abortions, risking their lives," said Pascale Solages, director of the women's organization Nègès Mawon. "Unsafe abortions are the third leading cause of maternal mortality."

"I was raped by four men [in May] while walking down a street in Brooklyn [a neighborhood of the Cité Soleil commune in the capital, Port-au-Prince]," said a 25-year-old mother of four who had been looking for water for her children. "They were Gabriel's men [from the G-Pèp criminal group]. They didn't used to do this, but now they do whatever they want to all of us. I couldn't go to the doctor; I didn't have money."

Escalating criminal violence, including attacks on and looting of hospitals, has pushed the health system to the brink of collapse, leaving fewer than 30 percent of health facilities operational in the capital, according to the former public health and population minister. This significantly hinders sexual violence survivors' access to crucial healthcare services.

Poverty exacerbates the situation, with over 64 percent of Haiti's

population of 11.7 million living on less than US$3.65 per day, according to the World Bank.

"I live on the street with my children," said a 27-year-old woman who is nine months pregnant and a mother of three. "Sometimes we go three or four days without eating... After they [G9 criminal group members] raped me, I was in very bad shape. I fell sick with a vaginal infection, but I didn't have money to go to the doctor."

Médecins Sans Frontières (Doctors Without Borders or MSF), which has provided free emergency care across Port-au-Prince for over 30 years, suspended its activities on November 20. This decision followed attacks by "self-defense" groups on MSF ambulances, patients, and medical personnel, as well as death and rape threats against MSF staff from members of the Haitian National Police. The attacks and threats against MSF stem from allegations by some members of the Haitian police and "self-defense" groups that the organization provides medical support to members of criminal groups, disregarding, as MSF has stated, that the organization "provides care to everyone based solely on medical needs."

MSF has often been the only option for assistance for victims and survivors in areas controlled by criminal groups. The suspension is set to affect a weekly average of more than 1,100 outpatients, including over 80 survivors of sexual and gender-based violence, who are unable to access public hospitals due to closures or private hospitals, which victims typically find inaccessible or unaffordable.

Grassroots women's organizations also provide health care, psychological support, temporary shelter, education, and reintegration and legal assistance for survivors of sexual violence, often with the support of UN agencies and other international organizations. These groups have very limited resources and most are only able to operate in government-controlled areas. Many of them have also been affected by the recent escalation of violence, leading them to suspend their activities.

HaitiTPSAR000842

UN experts have warned that Haitian authorities have also undermined and underfunded state institutions responsible for providing essential services and protecting human rights. While the new transitional government has prioritized reopening closed health institutions and ensuring better access to justice for victims, senior government officials said that it lacks adequate financial resources.

Restoring basic security conditions is also essential to combat sexual violence. Haiti's partners should urgently provide the necessary resources for the MSS mission to operate effectively. The UN had only received 17 percent of the required $16 million needed to strengthen and expand access to essential services for girls and women as of September. The UN's human rights office in Haiti has been supporting the formation of specialized judicial units to investigate and prosecute those responsible for serious crimes, including sexual violence, but the transitional government should issue an official decree establishing them so they can be fully operational.

"The transitional government should prioritize protection and comprehensive care for survivors of sexual violence," Cotrino said. "The US, the European Union, Canada, and other concerned governments across Latin America and beyond should provide financial support to help the government and aid groups meet these needs."

**For more details, accounts from victims, and recommendations, please see below.**

*Survivors of sexual violence are referred to here without full identification or with pseudonyms to protect their privacy.*

## Impact of Criminal Violence on Girls and Women

According to the United Nations, the expansion of criminal group activity in Haiti has contributed to a sharp rise in gender-based

HaitiTPSAR000843

violence, including sexual violence, primarily targeting girls and women. Grassroots and international organizations similarly indicated an alarming rise in the number of reported rapes between April and June 2024, particularly in Carrefour, Cité Soleil, Croix-des-Bouquets, Delmas, Gressier, and Port-au-Prince municipalities—areas largely controlled by criminal groups—where some facilities have reported to the UN receiving up to 40 rape victims per day.

In 2023, criminal groups regularly used rape as a "weapon of terror" to "punish" girls and women from territories controlled by rival groups. Human Rights Watch documented numerous cases of rape, primarily in Brooklyn, Cité Soleil, where there were intense clashes between two major coalitions, the G-Pèp federation, which controlled Brooklyn, and the G9 alliance, which controlled the surrounding neighborhoods and aimed to expand its territory. Members of the G9 frequently gang raped girls and women from Brooklyn to instill fear and punish them for living in the area controlled by the rival group.

By late February, the formation of the "Viv Ansam" alliance of major criminal coalitions, including the G9 and G-Pèp, shifted the dynamics. As clashes between the groups decreased, criminal groups have expanded the use of sexual violence, making it widespread, including against girls and women seeking refuge in informal sites after being displaced.

"Criminal groups abuse anyone [in their territories] for any reason, as they are the authority," a Haitian security expert said. "Leaders, mid-level members, and rank-and-file members all rape girls and women just because they can, and nobody stops them."

Girls and women are intercepted in public spaces while on foot or using public transport. Criminal group members take them to nearby locations, usually semi-destroyed and abandoned houses, where they threaten, beat, and rape them. Many are gang raped. Human rights and humanitarian workers have reported cases of women and girls being raped in broad daylight on public buses and in the streets.

HaitiTPSAR000844

"Two months ago, when I was begging for food on the street, three men from Gabriel's group [G-Pèp] grabbed me … and threw me face down on the ground. They raped me, and they didn't care that I was pregnant," said Aurelie G., 27, a Brooklyn resident. "I was too scared to resist. They all had guns … When they finished, they slammed my face against the pavement and insulted me, saying we are all theirs and they could do whatever they wanted with us."

Bridget C., a 14-year-old girl from the Croix-des-Bouquets commune, said she was abducted from her home and raped by members of the 400 Mawozo criminal group in late February:

It was near 10 a.m. More than 10 bandits arrived … Two grabbed me by my arms and dragged me to another house… [There], they took me to a room where there were six [other] girls. They tied me to a chair … five men raped me that day. They hit me in the head with their fists several times … I spent five days in that house and every day I was raped by different men … The other girls were also raped and beaten.

Girls and women who have fled their homes due to violence are also raped in informal sites for internally displaced people "as a deliberate tactic to control women's access to the scarce humanitarian assistance available," UN Women said.

## Survivors Lack Access to Essential Services

Over the past two decades, the Haitian government has dramatically reduced investment in public health care. When adjusted for inflation and measured on a per capita basis, Haiti is one of only 16 countries that spent less on public health care in 2021 than it did in 2000.

The Ministries of Public Health and Population, the Status of Women and Women's Rights, and Justice and Public Security have a national plan to combat violence against women,

including sexual violence, by 2027. This plan is largely supported by the UN and has as the coordination mechanism the Gender-Based Violence (GBV) sub-cluster. However, survivors of sexual violence continue to face limited or no access to essential public services, including protection and health care.

"When a survivor of sexual violence arrives at a public facility, they receive immediate care," the former public health and population minister said. "A screening process identifies their needs, followed by reactive care to address potential pregnancy risks and referrals for psychological assistance. Hygiene kits are provided when feasible [due to shortages] to support their well-being. These services form a critical package aimed at addressing the complex needs of survivors."

However, not all victims can access the health system due to significant barriers. The public system suffers from chronic underfunding, resource shortages, and critical staff deficits. Currently, only two of the country's five public hospitals are operational, and even these struggle with inadequate medical equipment and personnel, as over 40,000 health workers have fled the country due to violence, according to the UN Integrated Office in Haiti (BINUH). Most private facilities have closed, and many victims cannot afford their services, human rights and humanitarian workers said.

Many victims reach out to international and local organizations within the GBV sub-cluster to access protection and health services. However, despite members' efforts, significant obstacles remain in coordinating an effective response. The sub-cluster "produces systematic data on violent incidents, but it does not function effectively … partly due to the rotation of officials serving as focal points, lack of clarity on roles, and uncertainty about available resources," a humanitarian official said.

In areas controlled by criminal groups, most health centers are inoperative. Before the recent suspension, MSF's centers were often the only option for victim care, and even all of those were operating intermittently, including in Drouillard, Turgeau, Tabarre, and Carrefour, along with its mobile clinics, including in

HaitiTPSAR000846

Cité Soleil. Since the suspension, MSF is only providing care to existing hospitalized patients and will no longer accept new admissions. "MSF is present but we have no other facilities to refer [victims] to for medical attention, much less psychological support," a worker from Oganizasyon Fanm Vanyan an Aksyon (Brave Women in Action Organization or OFAVA), a Haitian women's rights organization, said before MSF announced the suspension of its operations.

"After I was raped, I got a vaginal infection, but I couldn't go to the doctor because there were none nearby, and I didn't have any money," said Emanuela B., a survivor of sexual violence from Cité Soleil.

Only a quarter of the reported survivors of rape can access health care within the critical 72-hour window for post-rape treatment, according to the UN Population Fund. "It is heartbreaking to see women arriving long after the assault, showing symptoms of sexually transmitted infections such as HIV that could have been effectively treated if they had had prompt access to health services," a human rights worker said.

"I'm infected with HIV," said Ellie M., a 29-year-old sexual violence survivor, widow, and mother of four children who lives in Brooklyn. She was abducted and gang raped for five hours by armed members of the G9 criminal coalition. "Afterward, they shot me in the foot," she said. "[When] I went to the hospital, [the doctors] discovered I was infected … It was too late. Then [I learned] I was pregnant."

Ellie's baby was not diagnosed with HIV at birth. Doctors advised her against breastfeeding to prevent infection, but she could not afford formula. When Ellie spoke to Human Rights Watch, the baby, then three months old, had developed red spots on her back, legs, and

HaitiTPSAR000847



feet, and Ellie feared she may have contracted HIV. "The doctor gave me a card for monthly medicine, but it's just for me, not for the baby," she said.

Ellie M. (pseudonym), a 29-year-old survivor of sexual violence, with her 3-month-old baby during an interview with Human Rights Watch in Port-au-Prince, Haiti, July 23, 2024.  © 2024 Nathalye Cotrino/Human Rights Watch

Survivors of sexual violence have almost no support to deal with the psychological impact of their experience. "[Survivors'] greatest need after medical care is mental health support," said a psychologist from an international organization. "Women feel hopeless and are mentally affected by unimaginable suffering, horror, and pain ... We have patients with PTSD [post-traumatic stress disorder] who experience sleep disturbances, anxiety, eating disorders, despair, and suicidal thoughts."

Although Bridget C., 14, was provided with shelter, psychological support, and health care by a local group, she was suffering from PTSD symptoms when she spoke to Human Rights Watch, five months after criminal group members raped her: "I still have many nightmares about what those men did to me. I wake up in the middle of the night screaming in fear and sweating. Sometimes, I hide under the bed."

While some local organizations, mainly funded by the UN, operate shelters, they are unable to meet the high demand. "We

HaitiTPSAR000848

receive many cases of young female victims of rape who become pregnant," a representative of a local group said. "[They] often do not have a home or family. We can only provide shelter for them for a short time—one or two months—as we do not have enough resources to do this."

Survivors of sexual violence who become pregnant have no access to safe abortion services, as abortion remains criminalized, with the transitional government postponing until 2025 a proposal to decriminalize it up to 12 weeks of pregnancy. "Women are doubly victimized," a humanitarian worker said. "They are raped, abused, left pregnant and ill … They have no access to safe abortion services."

Justice and reparations remain largely inaccessible for survivors of sexual violence. Criminal violence has also left the judicial system mostly inoperative. While the government has taken some measures to to address the demands of judicial staff who have been on strike, as well as to relocate certain court facilities, the main first-instance courts in Port-au-Prince and Croix-des-Bouquets are not functioning.

Amandine P., a 34-year-old mother of five, was displaced from the Carrefour Feuilles neighborhood in Port-au-Prince following a violent attack in which she was raped and her husband was killed by members of the Grand Ravine criminal group. "I didn't file a complaint because there's no reliable or functional judicial system," she said. "I'm in a really hopeless situation. I want justice, not just for me, but for the other victimized families."

Several civil society organizations, including the National Human Rights Defense Network (Réseau National de Défense des Droits Humains, RNDDH), have documented human rights violations by criminal groups and assisted victims in filing complaints. But they said that progress toward prosecuting the perpetrators has been minimal, with no notable advancements in Port-au-Prince.

Impunity is the norm. The lack of an official record of cases and the lack of a mechanism to assess the progress of investigations makes the situation worse. "Rape and gang rape are spreading

HaitiTPSAR000849

across Haiti," said Rosy Auguste Ducena, program director at RNDDH. "Sexual violence survivors are ignored by the judicial authorities, who fail to enforce accountability for these crimes or deliver justice. In Haiti, girls and women remain in constant danger."

## Recommendations

Haiti requires a comprehensive strategy to protect and ensure access to essential services for survivors of sexual violence, involving both immediate actions and long-term strategies.

Haiti's donors and other concerned countries should:

- Provide the financial and human resources needed to enhance the capacity of the Haitian National Police and the Multinational Security Support Mission to fight criminal groups.

- Urgently mobilize additional international funding to support health and protection programs aimed at providing emergency care, including psychosocial support and emergency contraception, to survivors of sexual violence and their families.

- Support the efforts of the Gender-Based Violence sub-cluster to establish, expand, and improve internal coordination among networks of support services for survivors of sexual violence, including medical, psychological, and legal assistance, as well as access to emergency contraception and HIV prevention and treatment, and provide the necessary resources, estimated at $16 million.

- Urge the government to establish a robust system to monitor incidents of sexual violence and ensure they are reported and documented effectively.

- Support local and international organizations with increased resources and technical expertise so they can strengthen their presence, expand coverage to more victims, and

HaitiTPSAR000850

develop activities aimed at providing a comprehensive response to victims' needs, coordinating with state entities to offer shelter, education, and other services.

- Provide UN agencies with the resources to provide technical expertise to train judicial officials, including prosecutors and judges, to prevent retraumatization and gender-based discrimination or stigma throughout judicial proceedings, and to handle cases involving child survivors appropriately.

## Haiti's transitional government should:

- Strengthen the Haitian health system, with a short-term focus on the rapid and effective reactivation of health centers and hospitals that have suspended operations and a long-term goal of ensuring that medical facilities, particularly in areas affected by criminal violence, provide comprehensive care and services.

- Avoid further reductions in funding for health care and set a goal of spending, through domestically-generated public funds, the equivalent of at least 5 percent of GDP or 15 percent of general government expenditures on health care, or an amount that otherwise ensures the maximum available resources for the realization of the right to health. Five percent of GDP and 15 percent of general government expenditures are two commonly used benchmarks drawn from international agreements used to assess the extent to which countries are prioritizing spending on health in line with their human rights obligations.

- Urgently pursue legislative changes to decriminalize abortion. This should include removing abortion from the criminal code to align with international human rights standards, ensuring that no one faces criminal charges for seeking abortion services.

- Promote respect for healthcare infrastructure and medical missions by all actors, including the Haitian National Police and criminal groups, allowing local and international medical teams to operate even in areas under the control of criminal groups and ensuring that survivors of sexual

HaitiTPSAR000851

violence have swift and safe access to medical care, including emergency contraception, post-exposure prophylaxis, and abortion care.

- Ensure the prompt initiation of disciplinary and criminal investigations into police officers allegedly implicated in threats and attacks reported by MSF.

- Ensure that girls and women survivors of sexual violence have access to justice, legal assistance, and reparations. This includes issuing a decree to establish specialized judicial units, with support from the UN Human Rights Office.

HaitiTPSAR000852



# iciHaiti.com
## All the news in brief...

iciHaiti.com a supplement of HaitiLibre.com

- **Home**
- **Français**
- **HaitiLibre.com**





Haiti - FLASH : Méélissa risks becoming a hurricane, 5 departments on Orange Alert

Haiti - News : Zapping...

Haiti - Tuesday of the Nation : Latest progress of the Government's social assistance program (video)

Haiti - Technology : Official Launch of Haiti Tech Connect Awards

Haiti - FLASH : Storm Mélissa threatens Haiti, 5 departments on yellow alert

**more news**

iciHaiti.com

iciHaiti - Economy : Exports from the Dominican Republic to Haiti increased by 31.8% in 9 months

iciHaiti - Cholera : Increase in cases and deaths in Pétion-villes

iciHaiti - Morocco vs Haiti : Our Grenadières return to Morocco (List)

Haiti - Crisis : Former Acting President Jocelerme Privert launches a patriotic appeal

iciHaiti - Politic : French cooperation on all fronts in the North

**more news**

## iciHaiti - Health : Cholera present in IDP camps
26/09/2025 09:47:52


Illustration HaitiLibre

The UN Office for the Coordination of Humanitarian Affairs (OCHA) reports that cholera continues to affect displaced and host communities in Haiti.

During the second week of September, the World Health Organization/Pan American Health Organization (WHO/PAHO) reported 30 suspected cases of cholera in more than a dozen communes across five departments, bringing the total number of cases this year to more than 3,100. Most of these new cases occurred in the West department, including several in displacement sites. Two hotspots of active transmission have been identified : Saint-Raphaël in the Nortg department and Saint-Michel in the Artibonite department.

Three-quarters of the cases were treated in nine WHO/PAHO-supported health facilities, and one death was recorded. Humanitarian partners, including WHO/PAHO and Médecins Sans Frontières, are supporting Haitian health authorities by providing treatment, conducting community outreach, and providing water, sanitation, and hygiene assistance.

The recent visit of the Emergency Relief Coordinator to Haiti highlighted the immense challenges facing the health sector, where less than a third of health facilities capable of receiving hospitalized patients remain fully operational. The system is struggling to cope with recurring cholera cases, growing malnutrition, and increasing violence.

OCHA warns of limited access to safe drinking water for communities, poor sanitation conditions in displacement sites, and insecurity that limits access to affected areas.

With just three months left in the year, the 2025 Humanitarian Needs and Response Plan for Haiti https://www.haitilibre.com/en/news-44360-haiti-humanitarian-launch-of-the-2025-response-plan-of-nearly-1-billion-us-dollars.html is 13% funded, with only $118 million of the required $908 million received, severely limiting the ability of humanitarians to respond at the necessary scale. Additional support is urgently needed to save lives.

**Download the 2025 Response Plan (PDF in French, 71 pages) :**
https://www.haitilibre.com/docs/HTI_HNRP_2025_FR_20250131.pdf

IH/ iciHaiti



Why IciHaiti ? | Contact us | Français
Copyright © 2010 - 2025
IciHaiti.com

HaitiTPSAR000853



---

News    Security Policy

# Drone Strikes Shake Haiti's Gangs but Leave Legal and Strategic Questions

by *Henry Shuldiner*
24 Jun 2025



A Haitian police operation releases a surveillance drone. Credit: Patrice Noel/Zuma Press



**Drone Strikes Shake Haiti's Gangs but Leave Legal and Strategic Questions**
Jul 8 · Audio | InSight Crime
Save on Spotify
                                                                    09:51

This article is part of our **Narrated Stories Series**

---

A wave of drone strikes has reportedly killed hundreds of alleged gang members in Port-au-Prince and temporarily shaken Haiti's criminal landscape, but legal concerns and mounting civilian casualties have raised questions about the strategy's long-term effectiveness.

Drone operations targeting gangs in Port-au-Prince have reportedly **killed** at least 300 alleged gang members and injured more than 400 others, all believed to be members of criminal groups, according to a new report by the National Human Rights Defense Network (Réseau National de Défense des Droits

H₁    Manage consent

HaitiTPSAR000854

However, security analysts consulted by InSight Crime said the figures could not be verified, noting that while there have definitely been casualties, the Haitian government has not confirmed the number of those killed or wounded.

The operations, which began in March, were initially deployed as a last-ditch effort to halt the gangs' advance through several neighborhoods in lower Port-au-Prince as they attempted to push toward the offices of the Prime Minister and the Transitional Presidential Council. Since then, other gang strongholds around the capital have gradually come under attack.

HaitiTPSAR000855



A task force housed in the office of interim Prime Minister Alix Didier Fils-Aimé is coordinating the drone operations, but the specialized unit appears to be operating independently of Haiti's main security forces, namely the Haitian National Police (Police Nationale d'Haïti – PNH) and the United Nations-backed Multinational Security Support Mission (MSS), which is led by several hundred Kenyan police officers and tasked with supporting the PNH.

HaitiTPSAR000856

Despite meetings aimed at coordinating drone strikes with ground operations by the PNH and MSS, "effective cooperation has so far been extremely limited," Diego Da Rin, Haiti analyst at the International Crisis Group, told InSight Crime.

SEE ALSO:    **_Drones Fuel Criminal Arms Race in Latin America_**

The task force's activities remain highly opaque. Little is known about who participates and who oversees the missions, although Fritz Alphonse Jean, the head of Haiti's Transitional Presidential Council, **acknowledged** in a meeting with reporters that the government is using foreign contractors to help in the fight against armed gangs.

Part of the opacity stems from the unclear legal basis for using drones against gangs. A spokesperson for the Canadian police recently **told** The New York Times that lethal drone strikes violate both Haiti's domestic criminal law and international human rights law, primarily because the country is not engaged in a formally declared "armed conflict." As a result, the use of force is legally restricted to situations involving an imminent threat to life.

Despite the questions of legality, the operations are extremely popular, Widlore Mérancourt, editor-in-chief of the Haitian news outlet AyiboPost, told InSight Crime.

"This offensive has offered a bit of a reprieve for people living in the central part of the city, which had been increasingly under gang attack," said Mérancourt. "For the first time in about five years, people are seeing that these gangs are not invincible – that there are ways to hit back and disrupt their activities."

This morning I received this video showing our seminary building in Haiti being hit by a drone flown by forces opposing the gang that took control of our campus. I have fond memories of teaching in the very classroom it struck. **pic.twitter.com/wGINUhZ2iP**

— Luke Perkins (@LukeAPerkins) June 16, 2025

That popularity, however, is tempered by growing concerns regarding the risk of civilians being accidentally harmed in drone strikes. And while the operations remain broadly popular, some communities are beginning to express unease.

HaitiTPSAR000857

"Many of the areas where gangs operate are also home to civilians," Mérancourt added. "I can confirm that civilians were harmed – this comes from accounts provided by healthcare workers and includes women and children."

But for the Haitian government, this appears to be a secondary concern. A government official interviewed by the Washington Post said civilian casualties were to be expected.

"Let's be honest – it's inevitable," the official **said**. "To me, it's just a detail. As long as you're in a zone controlled by gangs and there are attacks, collateral damage is going to happen."

# InSight Crime Analysis

While the drone strikes appear to have temporarily put the powerful gangs that control much of the capital on the defensive, they are unlikely to offer a long-term solution to Haiti's security crisis, as these groups continue to adapt to shifts in the government's anti-gang strategy.

Haiti's gangs are extremely well-armed and resilient. Each time authorities have altered their approach, the gangs quickly found ways to respond.

"When the Kenyans first arrived in Haiti, the gangs were initially stunned and didn't know how to react," said Mérancourt. "But once they realized the Kenyans were mostly patrolling in armored vehicles, they adapted – they started digging trenches in the roads, ambushing the vehicles, and burning them."

"What we're seeing now is that the gangs are beginning to adapt to the drone threat," he added. "They're hiding deep inside buildings made of reinforced concrete, avoiding main roads, and digging through walls inside houses to create internal passageways – allowing them to move without being exposed in open areas where drones might be patrolling."

What's more, the gangs themselves are now attempting to acquire drones and explosives. In early June, three members of the Viv Ansanm, a powerful gang coalition made up of several of Haiti's largest criminal groups, were arrested in the Dominican Republic while allegedly trying to purchase drones to use against Haitian police, **according** to the Haitian newspaper Le Nouvelliste.

SEE ALSO:   **US Asks Partners to Give More to Haiti's Struggling Anti-Gang Mission**

HaitiTPSAR000858

No gang-linked drone attacks have been reported so far, but shortly after authorities targeted Jimmy Chérizier, alias "**Barbecue**," in a March drone strike, he **released** a video claiming that since drones had been used to try to assassinate him, he would now use them to assassinate anyone he wanted.

"I have money. Drones are sold everywhere. I can have some too," Barbecue said in the video.

Despite reports of hundreds of alleged gang members killed in these drone attacks, there is no evidence that any major leader has been killed or seriously wounded. That could change, and if it does, experts said the security situation may shift dramatically.

"If a prominent leader were to be killed, gangs could launch large-scale retaliatory offensives across the capital and beyond," said Da Rin.

Still, targeting select gang leaders is unlikely to address the underlying issues compromising the Haitian government's ability to effectively combat these groups.

Without tighter coordination between the teams carrying out drone strikes and ground units – and without significant international reinforcement to help police reclaim gang-controlled areas – the strikes may, at best, temporarily destabilize the gang coalition and buy authorities time to develop a broader response.

"You cannot resolve Haiti's security crisis with drones alone," said Mérancourt. "Even if that were theoretically possible, the resulting civilian casualties would be unacceptable."

*Featured image: A Haitian police operation releases a surveillance drone. Credit: Patrice Noel/Zuma Press*

© 2025 InSight Crime

Powered by Newspack


InSight Crime

Haiti        Haiti

# Haiti

by *InSight Crime*
6 Feb 2025

A picture of Haitian gang leader, Jimmy Cherizier, alias "Barbecue," the most influential gang boss in Haiti.

A picture of Haitian gang leader, Jimmy Cherizier, alias "Barbecue," the most influential gang boss in Haiti.

Haiti's criminal landscape has been shaped by the country's tumultuous history, marked by longstanding political instability, economic challenges, and repeated natural disasters.

Gangs and other criminal networks in Haiti have gained strength and influence since the 2021 assassination of President Jovenel Moïse, which remains unsolved. The Caribbean nation's lack of legitimate political leadership, paired with its worsening security situation, has led some experts to warn that Haiti's domestic crime problems could have long-term, region-wide impacts.

- **Geography**
- **History**
- **Criminal Groups**
- **Security Forces**
- **Judicial System**
- **Prisons**

# Geography

Haiti is one of the 16 sovereign countries in the Caribbean region. It occupies the western third of the island of Hispaniola, which it shares with the Dominican Republic to its east. To its west, across the Windward Passage, lie Cuba and Jamaica. To the north sit the Turks and Caicos Islands, the Bahamas, and the US state of Florida.

The nation's porous maritime and land borders, and its proximity to the United States, make it an ideal **tr**  Manage consent    arriving in planes and boats from Colombia and Venezuela, or traveling overland

HaitiTPSAR000860

to and from the Dominican Republic. Unmanned border checkpoints, clandestine airstrips, airports, shipping ports, and secluded docks along the country's extensive coastline have long helped traffickers move drugs through the country.

The country's location has made it particularly vulnerable to hurricanes and earthquakes, which have caused significant economic damage and resulted in political instability. These disasters have generated flows of international aid to Haiti, but these have been the subject of corruption scandals. International post-disaster assistance has also extended to the security realm, but those deployments have also been plagued with problems.Haiti's turbulent political situation, frequent natural disasters, and poor economic situation have led hundreds of thousands of Haitians to flee the country. This exodus has fueled the growth of human smuggling networks that **traverse** the dangerous and, at times, **fatal seas** between Caribbean neighbors.

# History

After becoming a French colony in the 18th century, Haiti's enslaved population revolted in 1791, led by Toussaint L'Ouverture. After years of fighting, Haiti declared its independence from France in 1804, becoming the first nation to successfully overthrow its colonial enslavers.

After independence, Haiti was beset by economic hardship and political instability. Many Haitians attribute the country's financial woes and underdevelopment, which persist today, to exorbitant reparations that France forced Haiti to pay throughout the 1800s as indemnity for gaining independence. Haiti has also been subject to foreign interventions, including a repressive occupation by US forces from 1915 to 1934. The United States would later provide significant support to authoritarian rulers in Haiti – most notably the Duvalier family, led by François "Papa Doc" Duvalier and later his son, Jean-Claude, nicknamed "Baby Doc." The father-son duo ruled Haiti as a brutal dictatorship from 1957 to 1986, when Baby Doc fled to France during a popular uprising.

During this period, the country became a criminal haven. Through the 1970s and 1980s, **most cocaine** consumed in the US was trafficked through the Caribbean, including Haiti and the Dominican Republic. Drug trafficking became a major source of income for Haiti's political and business elites, who used their connections to protect drug traffickers and launder money. The government of Jean-Claude Duvalier was particularly notorious for its involvement in drug trafficking. The regime provided protection and logistical support for Colombian drug traffickers, including **Pablo Escobar**, who used Haiti as a transit point.

HaitiTPSAR000861

In 1986, protests and strikes motivated by economic and political grievances ousted Baby Doc Duvalier. Haiti underwent a brief democratic transition in 1990 when Jean-Bertrand Aristide was elected president. However, Aristide was overthrown in a military coup and forced into exile the following year. A military regime ruled the country until 1994, when US troops intervened to restore Aristide's rule. Upon returning to power, Aristide **disbanded** the Haitian army, a move that ousted a highly corrupt security force but also limited Haiti's infrastructure for fighting organized crime and drug trafficking.

During the latter half of the 1990s, Aristide's presidency was **marred** by his alleged involvement in corruption, political violence, and drug trafficking. During his terms as president, Haitian drug traffickers **worked** with the **Medellín Cartel**, and later the **Norte del Valle Cartel**, to move hundreds of tons of cocaine from Colombia through Haiti and into the United States. These networks allegedly bribed local officials, police, and even Aristide himself.

In 2004, Aristide, who had forged his own ties to criminal networks, was overthrown again, and a UN peacekeeping mission was established to stabilize the country. Drug traffickers continued to shift their operations to overland routes via Central America after authorities cracked down on smuggling along the maritime passage. Nonetheless, the US State Department **estimated** that by 2006, 8% of the cocaine reaching the US still went through Hispaniola.

In 2010, a devastating earthquake killed over 200,000 Haitians, displaced millions more, and caused widespread destruction.

In 2011, shortly after the earthquake, Michel Martelly was elected president, inheriting control of a country with dire poverty levels, **rising violence**, and deep-seated corruption. Martelly was accused of embezzlement in the famous **Petrocaribe scandal**, which broke into public view in 2017, involving the disappearance of $3.8 billion from a Venezuelan oil subsidy program meant to provide discounted oil to Haiti. He was also tied to street gangs, drug trafficking, and money laundering.

In 2016, Haiti again held elections, but fraud and voter suppression allegations sparked protests and delegitimized the newly elected Jovenel Moïse. In 2018, protests erupted across Haiti, calling for the resignation of Moïse, who was accused of corruption and mismanagement of the country's resources. Instead of resigning, Moïse overstayed his presidential mandate, sparking a constitutional and political crisis that culminated in 2021, when Moïse was **assassinated** at his home in Port-au-Prince. The murder plunged the country into further political turmoil. Ariel Henry became the acting prime minister, while the country erupted in protests and violence.

HaitiTPSAR000862

Since the assassination, the Haitian government has not found its footing and struggles to control much of the country. Pervasive **gang governance** of Port-au-Prince, mass **kidnappings**, and the never-ceasing **flow of guns** into Haiti have contributed to its continued deterioration.

In 2022, the UN, the United States, and Canada imposed coordinated sanctions targeting Haitian **gang leaders**, **politicians, and business elites** for their alleged role in drug trafficking, money laundering, and financing criminal activity, but there have been few consequences so far.

Rather, recurring waves of gang violence have continued to sweep through Port-au-Prince.

# Criminal Groups

Hundreds of gangs exist throughout Haiti, and Port-au-Prince has seen the worst violence stemming from criminal groups. The UN estimates that the gangs control most of the capital city, but many Haitians **believe** nearly the entire city has fallen under the control of criminal groups.

The country's gang landscape has, in recent years, been dominated by two gang factions. The first, G9 and Family (**G9 an fanmi – G9**), is a gang federation encompassing some of the strongest gangs in Port-au-Prince. G9's leader is Jimmy Chérizier, **alias "Barbecue,"** a former police officer. The group was previously linked to the Moïse and Henry's Haitian Tèt Kale Party (Parti Haïtien Tèt Kale – PHTK), acting as vigilante enforcers for the party. Barbecue cut ties with them after Moïse's assassination, however, as the group has gained **significant political capital** in the areas where it operates in Port-au-Prince.

G9 and Family are **focused** mainly on extortion but also carry out kidnappings for ransom and have, in some cases, taken over **public services** such as electricity or water provision for payment. Barbecue and G9, for instance, have blockaded **Terminal Varreux**, Haiti's largest oil terminal, a coordinated effort by criminal groups to restrict access to fuel across Haiti to destabilize the government.

The second gang faction is G-PEP, another **federation** and historic rival of G9. PHTK's political opponents have broadly supported the group, but it remains unclear to what extent it receives material or financial support. At times, they have allied with **400 Mawozo**, a separate gang that rose to prominence through mass kidnappings of mostly Haitians but also foreigners, **including** that of 17 Western missionaries in 2021.

HaitiTPSAR000863

Many other gangs exist, such as the 5 Seconds (**5 Segonn**) gang, which has seized critical **infrastructure and facilities** like Haiti's **Supreme Court building** and ransomed the government for their release; the Kraze Barye gang, which is based in Port-au-Prince and rose to prominence after killing several police officers and burning down a police station in early 2023.

The final months of 2023 saw the birth of an unprecedented alliance between the G9 and G-PEP federations, both seeking to form a united front against the state. The alliance, dubbed "Viv Ansanm," or "Living Together," has given the gangs a platform to **sow political chaos** by launching coordinated attacks against critical infrastructure, including airports, seaports, government buildings, and prisons.

Repeated attacks on key infrastructure have paralyzed the capital city, derailing efforts to restore order and allowing Viv Ansanm to expand into new territories. In particular, gang activity has surged in the department of Artibonite, directly north of Port-au-Prince, where criminal groups have committed massacres against locals.

# Security Forces

Haiti has weak security forces plagued by corruption, ineffectiveness, ties to gangs, chronic understaffing, poor training, and underfunding.

The principal law enforcement agency is the Haitian National Police (Police Nationale d'Haiti – PNH), which was created in 1995 to replace the disbanded Haitian Armed Forces, accused of human rights abuses and involvement in coups.

The absence of a functioning elected government means that security forces face little supervision or instruction and have often veered into crime. **Chronically underpaid** PNH officers have been accused of involvement in **arms trafficking**, state-sponsored **massacres** of civilians, and direct ties or membership in some of Haiti's gangs.

Haiti's Coast Guard, part of the Haitian National Police (Police Nationale d'Haïti – PNH), suffers from similar understaffing, despite being tasked with guarding the more than 900 miles of coastline.

The depth of gang control in Haiti prompted the creation of an international security force, backed by the United Nations, to support the country's threadbare police. But the so-called Multinational Security Support (MSS) mission, deployed in mid-2024 and led by **Kenyan police officers**, has done little to oppose the gangs amid shortages in staff and funding, and uncertain political backing.

HaitiTPSAR000864

# Judicial System

The judicial system in Haiti has faced many challenges in recent years, including limited resources, corruption, and political interference. **Overburdened** by postponed judicial appointments, an upsurge in violence, and protests by judges and court clerks calling for improved salaries and working conditions, the system has all but collapsed.

In June and July 2022, gangs **invaded** the Supreme Court building in Port-au-Prince, destroying records and evidence.

# Prisons

Haiti's prisons are plagued by overcrowding, underfunding, limited resources, and poor oversight.

Haitian prisons house a **range of detainees**, many of whom committed misdemeanors, like petty theft or minor disputes, or are imprisoned arbitrarily for protesting and violent criminals or gang members.

Over 80% of the nation's approximately 7,500 prisoners are being held in pretrial detention, according to UN estimates.

Repeated mass prison escapes also highlight shortcomings within the penitentiary system. Over 170 **inmates escaped** in a single riot in 2016, while over 300 **broke free** in 2014 during a shootout between guards and armed assailants. More recently, in 2024, Haiti declared a state of emergency after more than 3,500 prisoners escaped from the country's largest prison in Port-au-Prince.

Prisons also suffer from a critical shortage of food and staff, leading to well over 100 incarcerated Haitians **dying** in 2022.

© 2025 InSight Crime

Powered by Newspack



News    Homicides

# InSight Crime's 2024 Homicide Round-Up

by *Marina Cavalari*, *Juliana Manjarrés* and *Christopher Newton*
26 Feb 2025

At least 121,695 people were murdered in Latin America and the Caribbean during 2024, putting the median homicide rate at around 20.2 per 100,000 people, about the same rate as 2023. The already violent Caribbean continued to roil in 2024, while Latin America saw a general decrease in the number of homicides.

In the tenth annual edition of our yearly round-up, InSight Crime analyzes the organized crime dynamics behind the violence in every country in the region. All rates are per 100,000.

**Download the map for all countries**    **Download the map for Latin America**

**Download the map for the Caribbean**

*\* Data for these countries is either unreliable, incomplete, or measures homicides in a way that it is not possible to compare homicide rates with other countries. See the country's section in the text and the "Notes and Methodology" section for more information.*

# Read by Country

 Suriname     Barbados     Turks and Caicos Islands     Haiti

 Peru     Trinidad and Tobago     Belize     The Bahamas

Manage consent     the Grenadines     Puerto Rico     Panama    St. Lucia

HaitiTPSAR000866

Guatemala        Costa Rica        Nicaragua        Venezuela        Colombia

Uruguay        Honduras        El Salvador        Mexico        Jamaica

Bolivia        Dominican Republic        Argentina        Guyana        Ecuador

Chile        St. Kitts and Nevis        Brazil        Paraguay

---

# Huge Leap in Murder Rate

Suriname saw its homicide rate increase more than any other country in 2024, followed by Barbados, and Turks and Caicos. These three countries saw their murder rates grow by more than 100%, putting the Caribbean in the top homicide hotspot for yet another year. However, the small populations in this part of the world compared to other countries in the region mean that the alarming figures may stem from isolated instances of violence rather than a rise in organized crime activity.

## *Suriname* (+382.3%)

Suriname had a homicide rate of 29.9 as of September 2024, with a total of 190 **murders**. This is the highest murder rate spike in the region, with a 382% rise from the same period in 2023 to 2024. However, the jump appears linked to an escalation in violent petty offenses, particularly robberies, rather than organized crime. Violent robberies grew by 143% and gun-related crimes by 123%, and are likely some of the factors behind the growing violence.

HaitiTPSAR000867



## Barbados (+138.0%)

Barbados registered a homicide rate of 17.7 in 2024, but despite the significant increase compared to 2023, its raw number of murder cases is still relatively low compared to other countries in the region. The country **recorded** 50 homicides in 2024, and 48% happened in the parish of St. Michael, the most populous on the island. With a population of less than 300,000, small changes in Barbados' actual homicides causes significant variations in the national rate.

The collapse of a peace **agreement** between rival gangs in Barbados is likely behind the murder spike. Many of the 2024 cases are believed to have been planned attacks, suggesting instabilities in the agreement that lasted over a year.

HaitiTPSAR000868



## *Turks and Caicos (+121.3%)*

Turks and Caicos Islands **registered** a homicide rate of 103.1 in 2024, the highest in Latin America and the Caribbean. The country recorded 48 murders up to December 19, registering an increase of over 100% in its homicide rate compared to 2023.

The main **drivers** of violence in the country are sophisticated networks that smuggle firearms and narcotics onto the islands, but human smuggling also seems to play a significant role in the rise in crime.

In addition to increasing levels of violence, Turks and Caicos faces obstacles in solving homicides due to a lack of access to forensic technologies and the geographical distribution of its islands, which complicates security force logistics.

HaitiTPSAR000869



# Murder on the Rise

The Caribbean also features heavily in the list of countries with smaller increases in their homicide rates, from St. Lucia's slight growth of 2.7% to Haiti's big increase of 51.6%. Gang activity and firearms are among the main drivers of violence in these countries.

## Haiti* (+51.6%)

Gang violence in Haiti **continued** to surge in 2024, following a trend that began with the assassination of President Jovenel Moïse in 2021. The country reported a record number of homicides in 2024, with over 7,000 murders for a rate of 62 – up from 40.9 in 2023.

In a scenario where the state is largely absent and criminal actors enjoy undisputed social control, gangs carry out **massacres** and force residents to leave their homes to **exploit** the political turmoil and expand their control over the country. Haiti's biggest criminal development last year was the

HaitiTPSAR000870

emergence of a gang alliance known as **Viv Ansanm**, which gave criminal groups a platform to coordinate violence against the state and massacres against civilians.

The deployment of a United Nations-backed, multinational security force was aimed at helping restore law and order in Haiti, which has seen the deployment of foreign security forces as part of **efforts** to tackle gang violence. But the presence of troops did little to quell violence in 2024, according to the **UN**.



## Peru (+35.9%)

Though Peru's homicide rate remains relatively low, it has continued to struggle with mounting violence, closing out 2024 with a 35.9% increase – the largest rise outside the Caribbean. Last year's homicide rate hit almost 6, up from 4.4 in 2023.

Organized crime-related violence last year revolved around illegal mining and **extortion**. Groups that were focused on illegally extracting gold in Peru made **record profits**, but that came with more violence, as groups **attacked** security forces and formal mining companies.

HaitiTPSAR000871

Peru's skyrocketing extortion levels fell slightly in 2024, but the schemes remained violent. Using grenades to intimidate people into paying – and punishing those that do not – became a **popular tactic** during the year.

The government tried to stem the rising violence through the use of declared **states of emergency**, but so far has not seen positive results.



## Trinidad and Tobago (+21.5%)

Last year was Trinidad and Tobago's deadliest on record, with 625 murders and a homicide rate of 45.7. The country's record-breaking violence was closely related to gang activity, with 43.68% of murders related to gangs.

Similar to other countries in the region, the government **declared** a state of emergency but Farley Augustine, the Chief Secretary of Tobago's House of Assembly, **expressed** skepticism to the press about the effectiveness of the measure. He emphasized that it "must be part of a bigger plan to tackle the deeper issues driving crime," including arms trafficking into the country. Such concerns are

HaitiTPSAR000872

reinforced by official data accessed by InSight Crime, which shows that 81% of homicides recorded in 2024 were committed with a firearm.

Murders have been rising steadily in recent years as around 180 small, loosely organized gangs compete for control over street-level drug sales and arms trafficking.



## *Belize (+13.0%)*

Belize recorded 89 homicides in 2024 and a rate of 21.7, with nearly 15% of cases involving gangs. Over 70% of the reported killings were carried out using firearms. In 2023, the country saw 78 murders, with a homicide rate of 19.2.

Belize saw **surges** in shootings and homicides in 2024 due to disputes over the control of marijuana markets. In March, authorities **declared** a state of emergency to tackle gang violence.

HaitiTPSAR000873



## *The Bahamas (+8.0%)*

The Bahamas kicked off 2024 with a spate of murders that would set the tone for the year. And with a double homicide on the last day of 2024, the country's murder rate increased 8.0% from 2023's 27.5, reaching 29.7.

The violence raised international concern. The United States issued a **travel advisory** that cited "retaliatory gang violence" as the cause of a crime wave.

Though the island nation has invested in policing and crime prevention programs, issues within the government have inhibited anti-organized crime efforts. Federal prosecutors **indicted** several members of the Royal Bahamas Police Force (RBPF) in November, alleging they facilitated cocaine trafficking through the Bahamas to the United States.

HaitiTPSAR000874



## *Saint Vincent and the Grenadines (+7.2%)*

Saint Vincent and the Grenadines recorded a homicide rate of 53.7 in 2024. Firearms continue to be a **major** murder weapon, with high levels of gun violence among criminals. Authorities **reported** seizing large amounts of ammunition last year.

Security agencies **estimate** that five to six gangs currently operate in the country, with Caribbean cocaine traffickers using the island to move drugs to Europe and the United States.



## *Puerto Rico (+7.0%)*

Criminal dynamics worsened in 2024, with fighting between small gangs causing a 7% increase in the island's homicide rate. The year ended with a murder rate of 15.3, up from 2023's 14.3.

Much of the violence is related to drug trafficking and street sales. Like other islands in the Caribbean, Puerto Rico is often used as a transit point for cocaine heading to the mainland United States, while arms are trafficked in the opposite direction. In October, authorities arrested 23 alleged gang members on drug trafficking and weapons charges, **accusing** the group of using "force, violence, and intimidation," against rivals and to keep members of their organization in line.

HaitiTPSAR000876



## *Panama (+3.2%)*

Panama ended 2024 with a homicide rate of 12.9, and the capital province of Panama and the canal-adjacent province of Colón accounted for 75% of cases.

Most of the murders recorded in Colón in 2024 were related to gang disputes over territorial control, local drug sales and access to the Colón port, National Police Operations Chief, Edgardo Núñez, **told** local media. Colón, one of the main trade hubs in Latin America, has increasingly **become** a key entry point for cocaine. Local gangs have infiltrated the port by corrupting employees, including security guards and dockworkers, who receive the drugs and smuggle them into cargo.

HaitiTPSAR000877



## Saint Lucia (+2.6%)

While maintaining a relatively stable homicide rate compared to the previous year at 42.8, Saint Lucia surpassed its 2023 record for the number of killings, with two more during 2024. The country's police made progress in **seizing** firearms and ammunition last year, but struggled to confront the mounting gang crisis.

HaitiTPSAR000878



## Slowly Moving Toward Peace

The homicide rate decreased by less than 5% in half a dozen countries. Though these nations still managed to make modest progress in lowering violence, a lack of a substantial reduction in homicides suggests that anti-organized crime strategies may be leading to a stalemate between authorities and criminal organizations.

### Guatemala (-3.6%)

Guatemala ended 2024 with a homicide rate of 16.1. The country saw a marginal drop in murders, recording 2,869 cases compared to 2,944 in 2023.

Revenge was the most common motive, accounting for 36% of killings, according to official data, followed by gang violence, which was attributed to 18% of cases. This coincided with a 38% increase in deaths by strangulation during the same period. David Boteo, director of the National Civil Police (Policía Nacional Civil – PNC), **told** local media that the increase in strangulation is primarily linked

to conflicts between cells of the **Barrio 18** gang operating on the outskirts of Guatemala City. Victims of the internal gang war, which **resulted** in 31 violent deaths as of November 26, were often **found** strangled or wrapped in sheets, according to local prosecutors.



## Costa Rica (-3.5%)

While murders in Costa Rica decreased slightly in 2024, it was still the second-most violent year on record, with a homicide rate of 16.6, following 2023's record-setting 17.2. Revenge, a motive **linked** to drug trafficking, was the main driver of violence, accounting for 70% of homicides.

Rándall Zúñiga, head of the Judicial Investigation Department (Organismo de Investigación Judicial – OIJ), **attributed** the decline to Operation Caribe, a strategy aimed at reducing crime in the province of Limón, an important drug trafficking port city which had the highest murder rate in 2023. While homicides in Limón fell by 15% in 2024, it still recorded the country's highest rate at 37.8.

Following Operation Caribe, some trafficking groups migrated to the coastal province of Puntarenas, which recorded the country's second-highest homicide rate in 2024.

HaitiTPSAR000880



## Nicaragua* (-3.2%)

We cannot properly evaluate homicide rate changes in Nicaragua, as the lack of transparency makes it impossible to validate or analyze the data. At an **official event** in October, the government announced that the homicide rate was 6, which would be a 3.2% decrease from 2023's purported 6.2. But as the announcement occurred partway through the year and given there is no information regarding what period it encapsulates or how the data was collected, there is no way of understanding what that number actually represents.

That lack of transparency makes it difficult to analyze local organized crime dynamics in the country. The government has cracked down on local media and NGOs, greatly restricting reporting, and with travel difficult, few investigations or fact-finding missions are happening.

In a **formal allegation**, published in May 2024, the UN Office of the High Commissioner for Human Rights found that the Nicaraguan government has been using forced disappearances to silence critics of the regime.

HaitiTPSAR000881

## Venezuela* (-2.2%)

Venezuela has no open data program, so we rely on information from the non-governmental Venezuela Violence Observatory (Observatorio Venezolano de Violencia – OVV). According to the observatory's figures, there was a slight decrease in Venezuela's homicide rate to 26.2 from 2023's 26.8.

The government has **claimed** a far more dramatic decrease down to a rate of 4.1, with no transparency as to where that number comes from or what it includes. The figure is being used to claim success against organized crime under the Maduro regime, which has clung to power after a controversial election in 2024, sparking broad protests.

The decline in violence is likely due to two factors. First, as criminal economies have dried up in Venezuela, many of its criminal groups have **moved abroad** – taking violence with them. Second, several groups aligned with the Maduro **regime** now dominate their territory, no longer requiring the use of violence to maintain control and fend off rivals.

HaitiTPSAR000882



## Colombia (-1.9%)

Colombia recorded a murder rate of 25.4 in 2024 and the lowest number of homicides in the past four years, with 13,393 murders. The decline coincides with multiple negotiations between armed groups and the government that have led to ceasefires as part of the Total Peace (Paz Total) policy.

However, certain regions reported an increase in the number of violent murders as a result of organized crime. In the department of Atlántico, on Colombia's Caribbean coast, homicides **increased** as criminal groups like the Gaitanist Self-Defence Forces of Colombia (Autodefensas Gaitanistas de Colombia – **AGC)** and the Conquering Self Defense Forces of the Sierra Nevada (Autodefensas Conquistadoras de la Sierra Nevada – **ACSN**) vied for control of the ports, where they load containers with drugs bound for Europe.

Despite the slight but positive decline in murders in 2024, violence is already spiking because of **renewed** violence in the Catatumbo region, a key cocaine production hub and criminal hotspot along the Venezuelan border.

HaitiTPSAR000883





Don't miss our upcoming event

Don't miss InSight Crime's next event on April 28: "Homicide Round-Up: A Decade of Analysis," where experts will explore homicide trends in Latin America and the Caribbean over the past 10 years. Donate to attend.

*You can make a one-time donation from $15+ between March 28 and April 24 to gain access, or become a regular donor. We look forward to seeing you!*

**Donate to participate**        **More information**

## *Uruguay (-0.9%)*

This small South American nation saw the number of homicides decrease by two victims, ending the year with 379 murders. This is the second year in a row with a single digit drop as other crimes have steadily fallen. Uruguay was plagued by a **violent crime wave** in 2018, as small family gangs fought

HaitiTPSAR000884

to control the local coca paste market. While murders have since dropped, the country has yet to find a way to get violence back down to pre-2018 levels.

At the same time, Uruguay's prisons have become increasingly overcrowded and neglected. Problems have grown over the past year as inmates have been able to escape their cells and set deadly fires in other parts of prisons. International criminal organizations already have **members** locked up in **Uruguayan facilities**. With the country's **changing role** in the international cocaine trade and criminal organizations' habitual use of overcrowded prisons to expand and recruit, experts worry that organized crime may become increasingly powerful and violent in the country.



## Homicides Rates Fall

More countries than ever in the ten-year history of InSight Crime's Homicide Round-Up experienced a significant drop in their murder rates. Jamaica and the Dominican Republic bucked the trend in the Caribbean, scoring wins against local gangs and international drug traffickers in 2024.

HaitiTPSAR000885

## Honduras (-26.5%)

Homicides in Honduras continued to fall markedly in 2024, with a murder rate of 25.3. Bright spots include the country's two largest cities, Tegucigalpa and San Pedro Sula, where murder rates halved between 2022 and 2024.

The government credits the gains to the country's long-running **state of emergency,** currently in force in 226 of Honduras' 298 municipalities. However, homicide rates have **fallen** both in areas with and without the emergency measures, casting doubt on these claims.

Not all regions followed the national trend. Killings in the country's Bay Islands, a tourist hotspot, increased, and the department closed 2024 as the county's most homicidal.



## El Salvador* (-20.8)

El Salvador saw yet another drop in homicides in 2024, continuing a historic reduction in violence that has coincided with a multi-year crackdown on gangs.  With a record-low murder rate of 1.9 per

100,000 inhabitants, El Salvador now finds itself with one of the lowest rates in Latin America.

The sustained reduction in violence suggests El Salvador's gangs are yet to recover from Bukele's **ruthless security crackdown**, which has centered on mass incarceration and the suspension of basic rights.

The state of emergency has seen an unprecedented round-up of alleged gang members, with 33,000 people **arrested** in just two months. This figure has since **risen** to over 1% of the entire population of El Salvador.

The data may overstate how comprehensive the reduction in violence has been. The government does not follow the **Bogotá Protocol**, the standard for measuring homicides in the region, so its murder rate cannot be directly compared to other countries that do. The government's homicide data **does not count** deaths stemming from confrontations between the authorities and suspected gang members, nor does it include murders where bodies have been found in mass graves. Government transparency has also decreased under Bukele, making it harder to access data on homicides, prisons, and other security topics, **according to** El Salvador-based human rights group Cristosal.

HaitiTPSAR000887



## *Mexico* (-19.6%)

Mexico experienced a drop in its murder rate to 19.3 in 2024, from 24 the previous year. Despite the progress, warring between major criminal organizations broke out in several parts of the county during the year.

Much of the organized crime related violence was focused in the southwestern border state of Chiapas, where the Jalisco Cartel New Generation (Cartel Jalisco Nueva Generación – **CJNG**) and **Sinaloa Cartel** have been fighting over territory. Criminal groups have **increasingly targeted civilians**, leading to massive displacements.

Chiapas, along with Guerrero and Michoacán, also became epicenters of violence as Mexico's presidential **election drew near** and criminal groups looked to intimidate voters and eliminate candidates.

After the **arrests** of leaders of the **Chapitos** and the Mayiza – rival factions of the Sinaloa Cartel – **tensions mounted** in Culiacán, Sinaloa, with violence erupting in September. On average, there were

HaitiTPSAR000888

about 39 killings in Culiacán in the first part of 2024. September alone saw 73 killings, which leapt to 116 in October and 115 in November, indicating that Sinaloa may be an epicenter of violence in 2025.



## Jamaica (-18.7%)

Jamaica had its lowest homicide rate in a decade in 2024. However, at 40.1 per 100,000 people, it remains a deadly country. The 18.7% decrease in Jamaica's homicide rate is in part driven by a drop in gang-related murders, which accounted for 67% of cases in 2023 but fell to 60% in 2024.

Jamaica has invested significantly in improving the capacity of law enforcement officers to detect crimes and gather intelligence, which may be contributing to the decline in gangs and homicides.

The government declared at least three states of emergency in 2024 due to gang-related violence. However, it is unlikely that this measure had a direct impact on homicide rates, as the frequent use of states of emergency in the past has not **prevented** Jamaica from continuing to struggle with persistently high murder rates.

HaitiTPSAR000889



## *Bolivia\* (-17.6%)*

In 2024, Bolivia's homicide rate was 3 per 100,000 inhabitants. The country recorded 336 "crimes against life" ("delitos contra la vida") until September 2024, which includes murders, femicides, homicides, infanticides, and parricides. As we only had access to data up to September, we calculated the homicide rate considering this period and compared it to the same period from 2023.

Despite the seeming drop of 16.7% in the country's murder rate, its border regions are suffering the effects of **increased** smuggling activities, which are responsible for significant levels of violence. In six months of 2024, at least eight soldiers were killed in border clashes with criminal organizations.

HaitiTPSAR000890



## Dominican Republic (-16.4%)

The Dominican Republic **recorded** a 16.4% drop in its homicide rate in 2024 compared to 2023, marking the third consecutive year of decline. Although the Caribbean nation has long been a key transit point for cocaine shipments to Europe, drug trafficking does not appear to be a major driver of violence. Despite a record-setting 37-ton cocaine seizure in 2024, the majority of 2024's homicides were caused by fighting between individuals.

Arms trafficking, however, continues to impact citizen security in the Dominican Republic, as 65% of the murders were committed with a firearm. The **influx** of guns from the United States and the diversion of ammunition from local authorities are fueling criminal gangs.

HaitiTPSAR000891



## *Argentina (-13.6%)*

Homicides dropped significantly in Argentina over 2024, mainly due to a 65.5% reduction of **murders** in Rosario, which has long been the epicenter of violence. The country's murder rate dropped to 3.8, according to data from Argentina's National Criminal Information System (Sistema Nacional de Información Criminal – SNIC), from 4.4 in 2023.

The reduction has been heralded by the new administration as a result of their tough-on-crime security policy, **inspired** by President Nayib Bukele's strategy in El Salvador. But experts and local politicians urge caution, indicating that the policies **fail to address the causes** of violence and a new wave could be just around the corner.

The extreme violence in the port city has been **driven** by local gangs who exploit corruption and Rosario's role as a transit hub for international drug trafficking to ensure a steady supply of drugs for the local market. While 2024 saw rivalries between these groups cool to the lowest level in more than a decade, the last months of the year warned more fighting may be to come as prominent members of Rosario's underground were murdered.

HaitiTPSAR000892



## Guyana (-13.0%)

Guyana registered a drop of 13% in its homicide rate in 2024, reaching a **record-low** rate of 14.1.

The country's minister of home affairs **attributes** the decrease in killings to strategic interventions by the government and the establishment of command centers around the country. Authorities said they invested in advanced technology and equipment for law enforcement in 2024, which was one of the drivers for the drop in criminality.

What's more, over 70% of murder cases were solved, with the arrest and prosecution of suspects. Guyana also saw the smallest number of robberies in 10 years, and broke records for firearms seizures and drug trafficking prosecutions.

HaitiTPSAR000893



## Ecuador (-12.8%)

Ecuador recorded 6,986 homicides in 2024, reflecting a drop in murders compared to 2023. However, 2024 was still the second-most violent year in the country's history, and homicides in many parts of the country remained at or **exceeded** 2023 levels. After the government declared a **state of internal conflict** in January and deployed the military to the streets and prisons, homicides dropped significantly in the second half of January, and continued to fall through February.

However, by March 2024, killings began to **tick up** again, perhaps an indication that the initial shock of the military intervention had worn off. During this period, many gangs regrouped and adapted, becoming more autonomous and less reliant on prison-based leadership. This shift triggered violent clashes as increasingly fragmented groups vied for control under the new criminal landscape.

Ultimately, the modest drop in homicides masked what was otherwise a year of persistent violence, as the military intervention forced criminal groups to transform rather than die.

HaitiTPSAR000894



## *Chile (-12.7%)*

Chile closed 2024 with a murder rate of 5.5, compared to 6.3 in 2023.  One reason for the decline is that the available data did not include information from all government entities, meaning the actual figure may be higher. The country recorded 959 homicides and femicides; 79.5% of the victims were Chileans, but there were others from multiple nationalities, including Colombians (5.8%), Venezuelans (5.6%), Peruvians (1.74%), and others.

While murders have decreased overall, violence and homicides related to drug trafficking have **grown**, along with drug seizures. Foreign gangs, such as Venezuela's **Tren de Aragua** and the Gallegos, as well as Peruvian groups the Pulpos and the del Callao, have made significant moves into Chile and established some control over different activities within the country through cooperation with local gangs. Yet local groups still hold significant power in Chile's criminal networks and are also behind growing concerns over organized crime's influence.

With this increase in organized criminal activity, the country's prisons are becoming **increasingly overcrowded** raising concerns that organized crime may grow more powerful and violent behind bars,

HaitiTPSAR000895

as it has in the overcrowded prisons of neighboring countries.



## *Saint Kitts and Nevis (-8.0%)*

After breaking its homicide record in 2023, Saint Kitts and Nevis registered a drop in murders last year, with 59.8 homicides per 100,000 inhabitants. In response to gang violence and a **surge** in gun violence, local authorities **increased** their budget to police illegal drugs, firearms, and ammunition.

The country recorded 19 homicide cases as of June 2024, 12 of which were gang-related. By the end of the year, Saint Kitts and Nevis had reported 28 killings.

HaitiTPSAR000896



## Brazil (-5.4%)

Brazil had a homicide rate of 21.1 in 2024, following a downward trend in murders since 2019. The country's population of over 200 million makes changes in its murder rate less volatile – only significant variations in the reported number of homicides cause relevant differences in its rate. The over 5% drop recorded in 2024 suggests that significantly fewer people were killed compared to 2023.

Nearly 45,000 people were **murdered** in Brazil in 2024, including homicides, femicides, and killings by the police. In 2023, Brazil recorded over 47,000 killings.

One of the explanations for the decrease in homicides may be the movement of criminals towards **digital** crimes. Brazil has some of the highest levels of cybercrimes in Latin America and is increasingly a target and home base for cybergangs attacking online bank accounts.

Another cause is likely the **consolidation** of major criminal groups around the country after a war in Brazil's underworld that started in 2016. Since 2019, the criminal conflicts that escalated in the 2010s as the First Capital Command (Primeiro Comando da Capital – **PCC**) and the Red Command

(Comando Vermelho – **CV**) expanded their territorial control have settled down, according to Rodrigo Azevedo, member of the Brazilian Public Security Forum. After that, the two largest gangs in Brazil established their control over each state and violence began to fall. In 2024, the PCC and the Red Command **agreed** a truce, which could have major impacts on the country's violence scenario.



## Paraguay* (-5.3%)

Homicide data for Paraguay in 2024 is not available at the time of publication. Authorities only published data combining murders and attempted murders, which shows a 5.3% decline to a combined murder/attempted murder rate of 19.4 from 2023's 20.3, according to the Public Ministry.

For years, prisons in Paraguay have been hotbeds of violence and organized crime. After the country's largest criminal group, the **Rotela Clan**, staged a riot and temporarily **took over** the country's largest penitentiary, Tacumbú, in late 2023, the government launched several operations to isolate criminal leaders, deport members of foreign criminal organizations, and increase the state's control over its facilities. Though the operations may have temporarily slowed violence related to organized crime,

HaitiTPSAR000898

they **fail to address** the severe overcrowding and failures in the justice system that has allowed gangs to flourish.

# Notes and Methodology

## Sources

Every year, we submit a public information request for every country in the region. For the countries that do not send us official data, we use official statements, databases, and media reports, or we look for NGOs that compile information on homicides in a transparent and rigorous manner.

Though we are precise in our requests and do our best to build a consistent dataset across the region, countries often change their numbers after cases are solved or reclassified. In some cases, different institutions within a country publish different numbers of homicides. This can lead to different data being released by countries after our annual Homicide Round-Up is published.

## Calculating Homicide Rates

In our public information requests, we ask for the official homicide rate, total number of homicides, and official population of the country. When provided, we report the official homicide rate per 100,000 people. When not, we calculate the homicide rate with the official population data for 2024. If there is no population data for 2024 we use a projection, either from the country itself, from our own estimate, or from United Nations estimates. It is difficult to measure a country's population, and even more difficult to estimate projections. We attempt to get the most accurate population for each country and each year, but differences in methodology will lead to slightly different population estimates, so homicides rates may vary as well.

We use homicide rates as it is the standard way of comparing countries of different sizes and is typically understood by general audiences. It is important to note that homicide rates are far more volatile with smaller populations. A single digit change in homicides in a very small nation may result in a large fluctuation in its homicide rate, whereas a change of hundreds of homicides in a large country may barely move the homicide rate.

HaitiTPSAR000899

## Country*

The asterisk denotes that the data that are unreliable, incomplete, or collected following a definition that does not conform to the **Bogotá Protocol**. The protocol established the definition of a homicide as "the death of a person caused by an intentional assault by another person or persons." This excludes unintentional, accidental, and attempted homicides, but includes deaths from war, civil disturbances, prisons, and at the hands of authorities – even when it is determined that an officer acted within the law.

We do our best to compile and standardize homicide data across the region. But as we must rely on various governments to provide the data, we are limited in what data we receive and the quality of said data. In some cases, the data do not include the entire year, which would mean a lower homicide rate. In others, there is no transparency behind the process of collecting the data, making it impossible to verify figures. Some countries have a complete and transparent process, but use a definition of homicides that is different from most countries in the region. In this case, comparing homicide rate between two countries with different definitions would be invalid. Below, we add more details about why these countries are marked with an asterisk in the text.

## Bolivia

Bolivia did not respond to our request for data, but there was official information available tracking murders up until September 2024. We used this for the country's analysis, comparing the values to the same period from 2023.

## Chile

For 2024, InSight Crime obtained homicide data in Chile from the Investigative Police, but it was inconsistent and ambiguous. The figures did not match those from the Center for the Prevention of Homicides and Violent Crimes and included categories for death without descriptions. InSight Crime was also unable to use data from the above-mentioned center for this edition as it was unavailable

## El Salvador

In 2019, El Salvador changed its methodology for collecting homicide data, straying from the Bogotá Protocol. It no longer considers events, such as bodies found in graves or suspected gang members

HaitiTPSAR000900

killed by authorities, as homicides, and there is little transparency regarding murders that may or may not be occurring in prisons.The police used to regularly publish homicides data, but does not anymore.

## Haiti

Haiti does not have an open data program and does not release official numbers, so we relied on data from the United Nations Integrated Office in Haiti (BINUH) for our analysis. However, as this is not official data, there may be issues with precision.

## Mexico

While Mexico has a relatively transparent process for reporting homicides, it uses data from two different institutions, which often have significantly different numbers. In recent years, researchers have criticized the government's methodology, pointing out that unknown violent deaths have increased rapidly, meaning that there could be a significant number of homicides that are not being classified as such. Unsolved **forced disappearances** are likely another indicator of homicides that have not been classified as such.

## Paraguay

As of our publication, our request for official data had not been answered and official statistics on homicides had not been published. Official data that combined homicides and attempted homicides was published, so we used this to try to analyze trends in violence. Adding these two measures together, however, results in a much higher total number and makes it impossible to tell how many homicides actually occurred in 2024.

## Nicaragua

There is no transparency whatsoever regarding Nicaragua's homicide data. The rate has been given during press conferences with no further details; our requests for data have been ignored.

## Suriname

InSight Crime was unable to obtain open data on homicides in Suriname for 2024, and the government did not respond to requests for official statistics. While there was official information available for the

HaitiTPSAR000901

first nine months of 2024, which was used for the country analysis, it didn't disaggregate murders and manslaughter.

## Venezuela

Venezuela does not have an open data program, and the official numbers that are sometimes released have no transparency regarding how they are collected and what is included or omitted in the definition of a homicide. We rely on the OVV for more accurate estimates, but as this is not official data, there may be issues with precision.

event ad Homicide RoundUp 10 years

## Don't miss our upcoming event

Don't miss InSight Crime's next event on April 28: "Homicide Round-Up: A Decade of Analysis," where experts will explore homicide trends in Latin America and the Caribbean over the past 10 years. Donate to attend.

*You can make a one-time donation from $15+ between March 28 and April 24 to gain access, or become a regular donor. We look forward to seeing you!*

**Donate to participate**          **More information**

© 2025 InSight Crime

Powered by Newspack

10/23/25, 8:51 AM
Locked in Transition: Politics and Violence in Haiti | Crisis Group
Case 3:25-cv-01766-EMC   Document 357-11   Filed 01/01/26   Page 103 of 400



**REPORT** **107** / LATIN AMERICA & CARIBBEAN     19 FEBRUARY 2025     ⏱ 20+ MINUTES

# Locked in Transition: Politics and Violence in Haiti

*Criminal gangs have tightened their grip on much of Port-au-Prince, with the multinational security mission making little headway and transitional authorities mired in internal disputes. The UN Security Council should quickly decide how to respond to Haiti's request for further assistance in restoring public safety.*

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE



**What's new?** A violent siege of Haiti's capital in early 2024 triggered the creation of a transitional government and the eventual arrival of a Kenyan-led mission to help counter the gang threat. But infighting has paralysed the government, empowered the gangs and made it unlikely that planned elections can come off safely.

**Why does it matter?** Haiti urgently needs a legitimate government able to lead the campaign to curb gang violence and respond to the country's dire humanitarian emergency. But holding polls prematurely could backfire, allowing gangs to play a deciding role in the vote and entrenching their power.

**What should be done?** Haiti's transitional authorities should strive to overcome internal wrangling and chart a realistic path to safe elections and constitutional reform. With future U.S. funding in doubt, the UN Security Council must find a way to support either the existing international security force or a peacekeeping mission to weaken the gangs.

# Executive Summary

Efforts by Haitian politicians and their foreign partners to quell surging gang violence have yet to bear

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000904

worst massacres ever as the understaffed, underfunded foreign mission struggles to rein them in. With safe elections looking improbable in the near term, transitional authorities should get past their internal disputes to plot a realistic course to polls and constitutional reform. The UN Security Council, for its part, must decide how best to respond to Haiti's request for support in fighting the gangs.

February 2024 saw a grim milestone in the gangs' growth but also the beginning of what seemed to be a concerted effort to stabilise Haiti. Instead of fighting one another, gangs banded together to mount a multi-pronged assault. Besieging Port-au-Prince, they cemented control of more than 80 per cent of the city, emptied jails, ransacked police stations and forced the airport to close. With Prime Minister Ariel Henry stranded in Kenya, where he had been negotiating deployment of the security support mission, the time was ripe for a bold response. Caribbean countries, the U.S. and other foreign states gathered Haiti's leading political forces for a summit in Jamaica on 11 March, prodding them to form a transitional government to take Henry's place. The idea was that with a new cross-party government promising a route to fresh elections, the country's leaders could arrest plummeting public trust in the state and the collapse of its institutions. In tandem, the foreign mission would arrive to join local police in beating back the gangs.

Marrying the goals of rebuilding legitimate government and restoring security, the plan was geared around leadership by a new Transitional Presidential Council, alongside a prime minister whom it would appoint. This arrangement, however, proved to be a seed of fresh strife. Council members clashed repeatedly with the first prime minister, Garry Conille, a long-time UN official. Conille's dismissal in November and replacement by businessman Alix Didier Fils-Aimé ended the impasse, while also sending a clear message that the council would run the show. But the wrangling did not stop. Council members are also at loggerheads with the political groups they are supposed to represent, known as the "sectors", which see the councillors' growing independence as a threat to their interests. Some parties are so affronted by their supposed loss of power that they have demanded a radical overhaul of government. Lastly, corruption charges against three councillors, who have refused to resign or cooperate with the authorities, have corroded the government's public standing.

To make matters worse, plans to push through constitutional reform, to be voted on at referendum in the first half of 2025, as well as hold elections before year's end, have made scant progress. Members of provisional electoral bodies were appointed only in December, and Haiti lacks an up-to-date voter register.

Moreover, polls held in current conditions would be unsafe for candidates and voters alike. Despite isolated achievements by police and the foreign mission in their campaign against the gangs, these groups control much of the capital and essential roads to the rest of the country, while fighting is expanding into

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000905

*Instead of rushing toward elections, the [Haitian] transitional government should focus on the nuts and bolts of responsible governance.*

Instead of rushing toward elections, the transitional government should focus on the nuts and bolts of responsible governance. Drawing on the agreement that created the administration, it should establish an assembly where political groups represented in the Transitional Presidential Council can resolve their grievances without threatening to upend the state. The authorities should also act quickly to appoint a National Security Council and to provide the secretary of state for public security with the support required to map a strategy for reducing violence anchored in concrete, achievable steps. The government should also show it is serious about fighting corruption by ensuring that its members are held accountable.

Transitional authorities should work alongside foreign partners to explore how security assistance from abroad can be made more sustainable and effective. It is all the more crucial that they do so at a time when funding from the U.S., Haiti's main donor, has been partially frozen by the Trump administration, putting Washington's commitment to underwrite future security operations in serious doubt. Donations for the multinational mission have fallen far short of what was expected, and not all the promised 2,500 officers and materiel have arrived.

The UN could backstop the mission's financial and logistical needs along the lines of its support for African Union forces in Somalia, but it is unclear whether this approach would address all the current gaps in its operations.

The UN Security Council is also considering the possibility of turning the Kenyan-led force into a blue-helmet peacekeeping operation, as the Haitian government has requested, which would help address the mission's funding shortfall. Should the Council choose this option, the UN, in close coordination with Haitian authorities, should make the campaign to weaken gangs its priority and stand ready to follow up with support for state-building and development.

For almost three years following President Jovenel Moïse's assassination in July 2021, many Haitians cried out for a government that could build on broad public support to quell rising violence. The gang siege of Port-au-Prince appeared to mark a turning point. But Haiti's transitional government has been drawn toward battles of self-interest rather than the pursuit of safe polls. The country's new leaders should now rise to the occasion, working with foreign partners to stem the bloodshed that has tipped Haiti close to the

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000906

The creation of a new transitional administration in March 2024 came with the promise that Haiti would finally have a legitimate, representative government. Following President Jovenel Moïse's assassination in the early hours of 7 July 2021, interim prime minister Ariel Henry had ruled for almost three years with the blessing of foreign powers but in the face of widespread public disapproval. [1] Street gangs – which had historically served as the armed wings of Haitian political and business elites – gained a firmer foothold over that period, their ranks growing to an estimated 12,000 as they expanded extortion, kidnapping and drug trafficking rackets. In the process, the criminal groups grew increasingly independent from their erstwhile masters, while tipping Haiti toward a violent breakdown. In 2024 alone, 5,600 people were killed, while over a million are displaced and nearly half the population do not know where their next meal is coming from. [2]

For two and a half years, Henry and opposition forces reluctantly engaged in unproductive negotiations in search of a more inclusive system of government. A more robust and broad-based administration was essential for many reasons, but curbing Haiti's growing violence was foremost among them. Haitians took to the streets frequently under Henry's government to rail against its failure to reduce the gangs' clout and demand his resignation. [3] In September 2022, gangs blocked the ports in the capital, Port-au-Prince, triggering shortages of fuel, clean water and food. In the wake of this siege, Henry made his first plea for UN assistance to restore Haiti's security. [4] But it was not until a year later that Kenya volunteered to lead a Multinational Security Support mission (MSS), which was authorised by the UN Security Council two months later. [5] Much of the delay in approving the mission and the reluctance to contribute police officers stemmed from the Henry government's unpopularity. Both Haitians and donors feared that foreign intervention would reinforce Henry's grip on power while impeding reforms that could bring about a more lasting solution to the country's turmoil. [6]

---

*Alarm among Haiti's neighbours over soaring violence and possible spillover eventually brought [Ariel Henry's] downfall.*

---

Despite Henry's imperviousness to pressure from his political opponents, alarm among Haiti's neighbours over soaring violence and possible spillover eventually brought his downfall. In February 2024, while he was in Nairobi to oversee the final details of the security mission's deployment, rival gangs that had formed an alliance called Viv Ansanm swept through much of the capital, shooting at police stations, government buildings and the airport, which was forced to close. [7]

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000907

two non-voting observers from civil society – was the result. Henry resigned on 24 April, following the council's installation.

Many observers were sceptical that such a disparate coalition could run a functioning government, but the hope was that casting a wide net would discourage would-be spoilers. In this way, as a politician told Crisis Group, "all [political and social] groups were in power and could keep each other in check". [10] That said, limits to political inclusiveness were imposed: no one convicted or accused of a crime could become a member. [11] Meanwhile, efforts to ensure equal gender representation in state institutions were largely flouted: just one of the appointed councillors – a civil society representative who does not have a vote – is a woman. [12]

This report examines how Haiti's new transitional authorities have taken shape and how political jockeying over the last year has hindered efforts to restore security. It assesses how likely the transitional government is to achieve the goals it has set for itself – above all holding elections before the end of 2025 and reforming the constitution – and concludes with recommendations as to how Haiti's political forces and foreign governments could play a more productive role in stabilising the country. It is based on 232 interviews conducted between March 2024 and February 2025 with individuals in key roles in public administration, the private sector, diplomacy, security forces, civil society and communities in Port-au-Prince, New York, Nairobi and other capitals. Approximately one third of the interviews were with women, mostly representing civil society organisations. The vast majority of officials in the Haitian public administration, private sector, diplomatic corps and security forces are men, reflecting the gendered division of decision-making and security roles in the country.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000908

A soldier securing the access route to the airport in Port-au-Prince, Haiti. July 2024.
CRISIS GROUP / Diego Da Rin

# II.	The Transitional Government's Troubles

Despite widespread relief that Henry's term in office is over, many Haitians despair at the political bickering that has consumed the transitional government's attention and accounts in large part for its half-hearted efforts to remedy the country's dire security problems. Haiti still does not have a national security strategy mapping short and medium-term goals and how to achieve them. [13]   Political deadlock has meant that a crucial post at the helm of the security apparatus was left vacant for almost nine months, while the institution in charge of coordinating security cooperation with donors remains dormant, as its members have not yet been appointed (see Section IV.B). [14]

Personalised politics, infighting and alleged corruption have done much to undermine the workings of the transitional administration. Although it was agreed that none of the individuals chosen to be part of the council would run in the next elections, the parties they represent all have, in the words of a diplomat, "a horse in the race" and hope to be able to influence important political decisions. [15]   Participants also decided that the council would appoint a prime minister, but without defining precisely which of this person and the council would take which decisions. [16]   These ambiguities quickly bedevilled the transitional government, contributing to a rapid succession of political crises.

---

*The government's first six months saw frequent disputes between the presidential council and Garry Conille.*

---

The government's first six months saw frequent disputes between the presidential council and Garry Conille, then the prime minister. Conille, the U.S. embassy's favoured candidate, was chosen by consensus in late May. [17]   According to sources privy to the discussions, Conille, who has a long career in humanitarian affairs and international cooperation and whose previous stint in politics had been brief, was viewed by Haitian politicians as a technocrat who would cause them little trouble. [18]   Soon enough, however, tensions began to emerge. Conille, who has been described as strong-minded and obstinate, started quarrelling with the councillors. [19]   With the division of responsibilities between the prime minister and the council unclear, the latter often accused Conille of challenging its authority. [20]

Tensions ran so high that both local and international mediators were brought in to tamp down hostilities. But on 8 November, all but one of the council members signed a resolution removing Conille from office

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000909

Despite coming out on top in the dispute with Conille, the council has itself been undermined by both allegations of corruption and rising tensions between its members and the groups that took part in the Jamaica summit. On 24 July 2024, the head of a state-owned bank accused three council members of demanding hefty bribes to let him remain in his position. [24] Despite calls for their resignation, from both outside and inside Haiti, including from the groups that nominated them, the council members in question have refused to step down. [25]

Even more threatening to Haiti's political stability is the dispute between the "sectors" and the councillors. The "sectors" signed what has become known as the 3 April agreement, which addresses questions left unresolved at the Jamaica meeting a month earlier, including the transitional government's full structure, the roles of various provisional bodies and the overall government plan. [26] This pact also aimed to make sure that the people sitting on the transitional council would behave in ways corresponding to the interests of the groups that appointed them.

Most council members, however, quickly started distancing themselves from the groups that chose them. [27] The "sectors" are particularly aggrieved by how their expected role in negotiating important decisions, including the distribution of prominent posts in public administration, has been restricted. [28] In December 2024, leaders of some of these groups called on CARICOM to intervene, arguing that the presidential council's decision-making disregards the 3 April agreement and that the councillors were acting exclusively out of self-interest, rather than taking into account the views of the political forces they are meant to represent. [29] In a meeting with representatives of the regional organisation, several members of the "sectors" called for the presidential council's overhaul. [30]

Some of the groups sent a document to CARICOM outlining possible reforms to the council. One of these would replace the current council with a three-person panel comprised of a judge from the Court of Cassation (Haiti's highest court), a politician and a civil society representative. [31] The proposal unleashed a political storm, pointing to new dividing lines between forces in the transitional government. Liné Balthazar, leader of the Parti Haïtien Tèt Kalè, said on public radio that the criminal alliance Viv Ansanm had been listed as a backer of this reform. [32] Many Haitians observers interpreted this revelation as a sign that the groups pressing for the reform were supportive of including gangs in some future, still undefined political arrangement. Their suspicions were shared by the current head of presidential council, Leslie Voltaire, who accused the signatories of the document sent to CARICOM of allying with the gangs for electoral advantage. [33] While some politicians acknowledge in private that informal agreements with gangs will be needed when elections take place to ensure peace, the Haitian public is virulently opposed to this idea.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000910

The 3 April agreement lays out the ambitious agenda that the transitional government set for itself. Alongside its proclaimed goal of bringing security to the country, the government has focused its efforts on two issues: organising a general election and reforming the constitution, with a view to re-establishing a semblance of effective, legitimate governance after close to nine years without polls. [35]

## A.    The Road to Elections

The clock to organise a general election is ticking: the presidential council's mandate expires on 7 February 2026 and, in theory, it cannot be extended. [36] Although the transitional government has not yet published an official electoral timetable, the general election must be held by the end of 2025 in order for power to be handed over in time. Voltaire, current head of the presidential council, declared on 1 January that "like it or not, there will be elections at the end of this year". [37] But the chances of the vote happening on time were already slim when the new government was formed in April 2024, in light of the logistical and security challenges that Haiti's authorities face. In a 13 January report, the UN Secretary-General acknowledges that political discord in the transitional government makes reaching these goals even harder. [38]

Several critical benchmarks have not been met. There were delays in appointing the leadership of the Provisional Electoral Council (CEP), with all its nine members – including five men and four women – named only in December 2024. [39] Lack of resources has also hindered the process. The CEP's technical director told Crisis Group that the pace of election preparations will hinge, among other things, on the funds allocated by the Haitian government and foreign donors. [40] Some experts have argued that the national budget for 2024-2025 does not earmark enough money for the electoral council, which has still not provided a clear estimate of how much the elections will cost. [41]

Now that the leadership of the provisional electoral authority has been appointed, it will have its work cut out for it addressing massive logistical challenges. Many of the electoral agency's technical staff, including senior managers, have left in recent years due to frequent delays in payment of salaries and worsening security conditions, meaning that new staff will have to be trained. With elections scheduled for the end of the year alongside a referendum on constitutional reform due to be held before then (see Section III.B below), the electoral authority will have to set up around 1,500 polling stations across the country and print ballots. It will also have to update the electoral register to remove from the rolls those who have died, add new voters and allow more than a million displaced persons to register at a polling station close to where they currently live. Another major challenge will be to enable Haitians living abroad to take part in elections for the first time, as the authorities have promised. [42]

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000911

be the most difficult to organise in decades. 44 Even if the national police and international forces receive financial and logistical support, it seems highly unlikely that gangs which have amassed so much power can be pushed back from most of the densely populated areas they hold in a few months. According to a Haitian electoral expert, the authorities would have a dilemma: "If we hold the elections in total chaos, there is a good chance that mafia groups in collusion with gangs will win the elections. But if we wait to solve the problem of insecurity before holding elections, we could be in for another four years". 45

Gang control would make it difficult both to install polling stations and for citizens to venture out to vote freely for their preferred candidates. A resident of a gang-dominated area argues that "it is not possible to hold free elections with the gangs in control in these areas. They have enormous clout, control of the population, and politicians will use them to put pressure on people". 46 Considering that some gang members have expressed interest in participating in political life, and that gang leader Jimmy "Barbecue" Chérizier has announced that the Viv Ansanm coalition is forming a party, it would be hard to prevent candidates with direct links to criminal groups from getting elected under these circumstances. 47

Nearly a decade has passed since the last elections, however, and with mounting international pressure to hold long overdue polls, the government is considering several proposals to allow for voting in 2025. One option is to hold elections in phases by dividing the country into regions, starting with the safest areas. This approach would demonstrate a commitment to reviving the electoral process and allow security forces to focus on the regions where voting is taking place. But this alternative has a real downside: as the results of each phase are published, political parties at the bottom of the vote count could mount legal challenges to the process in an attempt to improve their position. The staggered release of results might also prompt gangs to intimidate leading candidates they dislike into leaving the race.

Other scenarios are also being entertained, but each has serious drawbacks. Gang-controlled areas could in theory be excluded from the elections altogether, although gangs now hold sway over 85 per cent of the capital as well as a large portion of the Artibonite department – two regions that together could contribute over half of the national vote. 48 A third strategy being considered is to set up polling stations outside gang-controlled areas, as was done in 2006. But there would be no guarantee that people living in these areas could vote safely, as the gangs have shown that they keep a tight leash on who enters and leaves their strongholds. A combination of these last two options nonetheless seems to be favoured by the current leader of the presidential council, Voltaire, who has suggested that people living in gang-controlled areas could vote in "free zones", in effect excluding voting from taking place in swathes of the capital and the Artibonite region. 49

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000912

certain they would vote in the next polls. [51] Such low participation would most likely erode the legitimacy of any incoming government. [52]

## B.    Constitutional Reform

The transitional government has also promised to draft a new constitution, which is to be submitted for approval in a referendum scheduled for May. [53] Experts in constitutional law have argued for almost three decades that the 1987 constitution, written after the fall of the Duvalier dictatorship, needs fundamental reforms that would foster more effective government. [54] Between 2009 and 2011, Congress passed a series of constitutional amendments, but a number of irregularities in the way it was done led many politicians and law scholars to argue that the changes were not legally valid. [55] A decade later, a commission appointed by Moïse produced a new draft constitution. [56] The text was shared with experts and representatives from across the country, but Moïse postponed the referendum scheduled for June 2021 after the UN political mission in Haiti, known as BINUH, and close political allies criticised the lack of inclusiveness and transparency in the drafting process. [57] Following Moïse's assassination, Henry vowed to pursue this effort, and the two political agreements signed during his term included constitutional reform as one of the government's main objectives.

Determined to lead this process to fruition, the presidential council appointed an eight-member Steering Committee in August 2024 – five men and three women – and gave them three months to draw up a new constitution. [58] Some of the changes that are being considered, such as setting equal terms of office for all elected officials, enjoy broad approval among Haitians. [59] Other issues are tied to more technical but equally critical discussions, such as reducing the number of local authorities and establishing a clearer allocation of responsibilities among decentralised authorities. [60]

More contentious issues being debated include the possible elimination of some safeguards that were established after the fall of the Duvalier dictatorship, with the aim of preventing the recurrence of authoritarian rule – notably, the 1987 constitution's move to strengthen Congress at the executive's expense. Critics of that constitution contend that these protections have contributed to the chronic weakness of successive governments. [61] Issues that are sure to be at the heart of constitutional debate include the model of government to be adopted (presidential, parliamentary or hybrid), the question of shifting from a bicameral to a unicameral legislature, and changes to the balance of power among the different branches of government. [62] Any overhaul could have immediate political repercussions: the post of prime minister could be replaced by a vice president, for example. [63]

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000913

Case 3:25-cv-01766-EMC    Document 357-1    Filed 01/01/26    Page 114 of 400

steering committee initially hoped to hold consultations in Haiti's ten departments and in six cities abroad between November and December. Amid the turmoil over replacing the prime minister, and faced with daunting logistical challenges, lack of funds and security threats, those meetings were nevertheless postponed until late January and will probably continue through mid-February. [65]  Rather than being a broad national dialogue of the sort that has underpinned constitutional reforms in other countries, these meetings have so far been brief consultations with small groups pre-selected by the steering committee. [66]

Once a new draft is prepared, the process to reform the constitution is destined to be equally thorny. According to the 1987 constitution, amendments to the charter can only be approved by Congress. [67] But as there is no legislature in place, the transitional government has proposed holding a referendum, despite an express constitutional prohibition of this procedure. [68]  Even so, many prominent Haitian political figures as well as diplomats have openly supported a referendum, arguing that if legislators were to handle the process they might seek to obstruct it by demanding bribes to approve certain changes and opposing those that undermine their personal interests. [69]  Critics of the referendum, on the other hand, say other worries are paramount. Reforming the charter in ways that are openly unconstitutional – especially when consultation on the content will have been limited and turnout for the plebiscite will likely have been low, due to insecurity – will result in a text that is not widely accepted as legitimate. [70]

Meanwhile, most Haitians have largely ignored the constitutional reform process, as they remain preoccupied with surviving the violence and feeding their families. The topic is almost absent from the mainstream press and social media, though officials told Crisis Group they were making efforts to raise public awareness. A working group established by the committee held discussions for three months with representatives from political parties, the private sector and civil society. In a report, the working group noted that most of the participants in the discussions recommended convening a constituent assembly, in addition to holding a referendum, to enhance the legitimacy of the exercise. [71]  Those consulted also said high levels of political acrimony were inimical to an inclusive constitution-drafting process. [72]

## IV.    The Gang Threat and a Faltering Response

Violence has always followed the rhythms of politics in Haiti, and recent years have been no exception. After concerted attacks of unprecedented intensity that paralysed the capital for two months early in 2024, the gangs scaled down their offensive as the transitional government took its first steps and the initial contingents of the Multinational Security Support mission arrived in Haiti. [73]  But as tensions rose within the government and the MSS ranks remained thinner than intended, the gangs went back onto the front foot, tightening their grip on Port-au-Prince and expanding into other parts of the country.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000914

10/23/25, 8:51 AM
Locked in Transition: Politics and Violence in Haiti | International Crisis Group
Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 115 of 400

dozen police facilities, hospitals, the presidential palace and other public buildings. Chérizier immediately claimed responsibility for the attacks, which he attributed to a new gang alliance called Viv Ansanm.

At a press conference during the siege, Chérizier tried to present the gang violence as part of a political mission. He announced that rival gangs were now teaming up to force Henry to step down as prime minister, the first phase in a self-proclaimed struggle to break Haiti's oligarchs' hold on power. [75]  In the weeks that followed, the gangs opposed the process forming the government at the Jamaica summit and demanded to be involved in any effort to solve the political crisis. [76]  The timing of the attacks appeared to be carefully chosen with another goal in mind: to create turmoil and so thwart plans to deploy a foreign security force that could be more effective in curbing the gangs' power.

For a brief moment, the gangs seemed to have achieved their objective. Following Henry's resignation, Kenya put its plans to send paramilitary police to Haiti on hold, arguing that amid the complete breakdown of security it would wait for new authorities to be in place before deciding to move forward with the mission. [77]  But the pause turned out to be brief. From the day the presidential council was sworn in, U.S. cargo and military planes delivering equipment and supplies for the mission's headquarters began landing daily, and civilian contractors arrived in Port-au-Prince to construct the mission's base. [78]

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000915

Local observers who were closely monitoring the evolution of the offensive assure Crisis Group that gang attacks dropped steeply after presidential council was inaugurated in late April 2024, with the gangs entering a wait-and-see phase. As preparations for the mission's arrival moved forward, the gangs retreated to their strongholds, where they destroyed police stations and other buildings that could be used by security forces to gain a foothold during any incursion into gang territory. The gangs' transition to a seemingly more defensive strategy in Port-au-Prince continued after the first MSS officers arrived. The criminal groups dug trenches, installed speed bumps on roads, moved large containers into position as barricades and built walls on some of the main access routes to their areas. Meanwhile, violence within gang strongholds persisted, with reports documenting a surge in sexual violence, especially against girls and women, following consolidation of the Viv Ansanm alliance in February. [79]

While gangs went on the defensive in the capital, however, they continued trying to firm up their foothold outside Port-au-Prince. [80]  In early May 2024, members of the Grand Ravine gang invaded the town of Gressier, some 20km west of the capital, crucially extending their control of the road that connects the capital to the south of the country. [81]  A few months later, the 400 Mawozo gang mounted attacks on Ganthier and threatened to take over Fonds Parisien, two towns located on the national road linking the capital to the Dominican Republic. [82]  Between May and September, gangs also attacked Cabaret and Arcahaie – two towns north of the capital along a national road – and parts of the Artibonite department, such as the commune of Terre-Neuve. [83]

## B.      The Struggles of Security Forces

Emboldened by the apparent weakness of the Haitian security forces and the MSS, and exploiting the infighting that had distracted the government, gangs ramped up their attacks in October 2024. After threatening the population of the town of Pont-Sondé in the Artibonite department, north of Port-au-Prince, for collaborating with a self-defence group to stop an extortion scheme, the Grand Grif gang massacred more than 70 people there. [84]

A few days later, as disputes escalated between the prime minister and the presidential council, Guy Philippe, a figure with links to gangs and popular among certain sectors of the population, urged Haitians to go to the streets to bring down the government, calling on the gangs to join this campaign. [85]  On 17 October, criminal groups launched simultaneous attacks in several parts of Port-au-Prince and other cities. [86]  Violence rose as news of the presidential council's decision to oust Conille spread. In a TikTok video, Chérizier said Viv Ansanm's "observation period" was over and promised to overthrow the government. [87]  Despite efforts by national security forces and the MSS to fend off attacks on several fronts, the gangs shot at three commercial airplanes, causing the airport to be shut down for a month (commercial airlines have yet to resume flights to the capital). [88]  They have also been steadily

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000916

Haitians have watched with incredulity how violence has spread despite the presence of an international force they had hoped would clamp down on the gangs. Godfrey Otunge, the MSS commander, had expected to hit the ground running. Soon after the mission's first 200 officers disembarked in June 2024, he and the newly appointed Haitian police director, Normil Rameau, held a joint news conference in which Rameau pledged that, after a period of evaluation and planning, "any day now, people [would] wake up to see that operations have been carried out and bandits have been neutralised".  89   Otunge was intent on appearing busy while waiting for more reinforcements to arrive. By mid-July, mission personnel and the Haitian police started conducting joint patrols in central areas of Port-au-Prince that had been abandoned by the security forces for months.  90

Together with the Haitian police, the mission began more aggressive operations to weaken the gangs in Port-au-Prince and halt the invasion of towns near the capital. In Gressier and Ganthier, these joint efforts succeeded in temporarily pushing back the advancing gangs, but neither the police nor the MSS had sufficient firepower and equipment to hold their positions in these areas.  91

In late August 2024, they embarked on a campaign lasting several weeks in the capital's neighbourhoods of Bel-Air and Delmas. Though they managed to push the gangs back in some areas and regain control of streets around the Solino neighbourhood and in downtown Port-au-Prince, they failed to retake a major portion of a gang stronghold or arrest an important gang leader, depriving themselves of a chance to claim battlefield victory. In late November, they managed to penetrate Chérizier's stronghold in the Delmas 6 neighbourhood and reportedly destroyed the gang leader's house, killing a dozen gang members and seizing some of their weapons.  92   Although they failed to take full control of the area, the police and MSS were able to establish a third forward operating base (earlier, they had set up one in the police academy in Port-au-Prince and one in Pont-Sondé after the massacre) in an abandoned police building in Delmas.  93

But these turned out to be isolated advances. A massacre in the capital in early December 2024 demonstrated the stranglehold that gangs continued to exert in certain places. Between 6 and 11 December, gangs killed over 200 people, mostly senior citizens and Vodou practitioners, in Wharf Jérémie, a neighbourhood in Cité Soleil near the capital. The murders were ordered by gang leader Micanor Altès, who accused the elderly residents of being responsible for his son's illness.  94   Two days after the slaughter began, as news of what was happening in the area leaked, the gang ordered telephones to be seized, stopped people from leaving their homes and executed those suspected of providing information to the media.  95

The mission's failure so far to meet Haitians' expectations can partly be explained by a lack of resources.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000917

and Caribbean countries that have pledged to send more, it seems unlikely that the mission will meet its goal of 2,500 troops any time soon.

Enmeshed in power struggles and distracted by political crises, meanwhile, the transitional government has failed to galvanise the anti-gang fight. A National Security Council, to be composed of security experts and charged with coordinating with international partners the use of foreign assistance to fight gangs, was due to have been established before the Kenya-led mission began deploying. But disagreements between the prime minister and the presidential council over this body's composition and mandate, particularly whether it should be purely advisory or have decision-making powers, occupied the government for months. [97] Attention was also seemingly diverted toward appointing positions with greater political influence ahead of elections. Presidential council members "are not at all focused on governance and have no security plan", a source close to the negotiations over the security council's composition said in 2024. "They say they want to set up the National Security Council, but they are focused on appointing their allies to ministerial posts". [98] In the end, the security council was established by decree at the end of December, but its members have yet to be appointed.

Similar delays affected the appointment of the secretary of state for public security, who is tasked with drafting a national security policy. Mario Andrésol, former head of the national police, was eventually appointed in January. Following a gang offensive later that month in the area around the city of Kenscoff, in the mountains overlooking the upscale district of Pétion-Ville, Andrésol admitted to shortcomings in the authorities' approach to combating gangs. [99]

---

*With the security forces unable to protect Haitians from gang predation, self-defence groups have proliferated.*

---

With the security forces unable to protect Haitians from gang predation, self-defence groups have proliferated in parts of Port-au-Prince and in other regions. Vigilante groups have existed in Haiti for decades, having been set up to defend urban neighbourhoods or rural villages from incursions by gangs or other armed bands. But today these brigades, made up almost entirely of young men, have multiplied and, in some cases, become increasingly well equipped. Their expansion began with the emergence of what has become known as the Bwa Kalè movement in April 2023, when civilians lynched over a dozen alleged gang members in a Port-au-Prince neighbourhood at risk of being overrun. That unleashed a wave of efforts by residents to form groups that could deter and counter gang activity. [100]

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000918

the gangs' advances for over a month before succumbing in November 2024. [102] The government has not explicitly encouraged vigilantism but has advocated for a "police-population partnership", implicitly condoning some form of collaboration with self-defence groups. [103]

Though the brigades have prevented violent incursions in many of the areas they defend, gangs have launched extremely brutal retaliatory attacks on communities protected by vigilantes. The October 2024 massacre committed by the Gran Grif gang in Pont-Sondé, along with ensuing clashes between self-defence groups and gangs there, underscored the risk of escalation between civilians and gangs, fuelling concerns that the conflict could descend into civil war. [104]

Barricades erected by the self-defence group from the Solino neighborhood, in Port-au-Prince, Haiti. June 2024.
CRISIS GROUP / Diego Da Rin

## C.    The Uncertain Future of Foreign Security Support

Haitian leaders, together with U.S. diplomats, spent the second half of 2024 encouraging UN member states to contribute more funds and personnel to the multinational mission. But the additional financial

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000919

10/23/25, 8:51 AM
Locked in a Transition: Politics and Violence in Haiti | International Crisis Group
Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 120 of 400

The funding shortfall has unquestionably hindered the mission's early efforts: the mission is understaffed, as explained above, and also severely underequipped. Its needs are varied, officers in Port-au-Prince told Crisis Group, ranging from more ammunition and high-calibre weapons to helicopters and vessels that can curb rising gang activity at sea. Some of the mission's equipment is not fit for purpose: its bulky armoured vehicles, for example, cannot always squeeze through the narrow, winding alleys where much of the fighting in Port-au-Prince is taking place. As things stand, Haitian leaders and their international partners fear that the multinational force is not strong enough to ensure the Haitian police can weaken the gangs or stop their expansion into new areas.

This funding shortfall is exacerbated by a growing sense of uncertainty in Washington about the sustainability of U.S. contributions to the mission under the Trump administration. The U.S. has been the mission's main donor, having spent around $600 million in the past year to help build its operational base, procure equipment and train its officers. Concerned that the U.S. might wind up bearing most of the mission's costs indefinitely, Republicans in Congress tried in 2024 to rein in the spending and appeared unwilling to make new appropriations. [105]

## The Trump administration's approach to Haiti remains ill defined.

But the Trump administration's approach to Haiti remains ill defined. Domestic concerns loom large over policymaking: the administration could continue intervening forcefully to prevent undocumented migrants trying to reach the Florida coast by boat. Secretary of State Marco Rubio has said the administration will continue to support the mission, while urging "rich countries" and neighbours to do more. [106] He added that the "mission as currently constructed will not be enough" and must take a "new direction" to root out gangs. [107] Rubio has also greenlighted a payment of $40.7 million, and contracts for mission staffers have been extended through September. [108] At the same time, the U.S. donations allocated to support the mission through a UN trust fund have been subject to the overall 90-day aid freeze imposed by the administration. [109] If the U.S. decides to stop underwriting it and no other donor steps up, the mission will lack the money to reach its planned full capacity any time soon.

Anxiety over the mission's financial viability led the Biden administration to start pushing to transform the Kenya-led multinational units into a UN peacekeeping force. [110] In October 2024, transitional president Voltaire officially requested that the Security Council approve a transition to a peacekeeping mission, "which would result in more funding and a broader mandate", as quickly as possible. [111] The proposal has since gained support from Kenya, the Organization of American States, CARICOM and more than a dozen Latin American countries.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000920

10/23/25, 8:51 AM
Case 3:25-cv-01766-EMC   Document 357-11   Filed 01/01/26   Page 121 of 400
Locked in Transition: Politics and Violence in Haiti | International Crisis Group

noting that discussions about re-hatting the mission will undermine efforts to plug its financial gap. They also point to disputes within the transitional government that cast doubt upon its legitimacy and stability more generally. [113]

These debates continued throughout the second half of 2024 as Washington pursued other avenues to build diplomatic backing for a new peacekeeping operation. In late November, following weeks of negotiations between Beijing and Washington, the Security Council agreed to send a letter to the Secretary-General asking for an assessment of the situation in Haiti and "a full range of options" for UN support. [114] Officials in the Trump administration have not stated whether they support changing the mission into a UN peacekeeping operation, as the previous administration intended.

# V.   Making Haiti Safe and Stable

## A.   Establishing Political Stability

Although far from perfect, the transitional administration has attempted to create a national unity government and managed to include most of the important political forces in Haiti, an achievement that remained elusive during almost three years of negotiations between former Prime Minister Henry and the opposition. Only a harrowing security crisis and a concerted international effort managed to break that deadlock and bring about the current set-up. Despite growing disappointment with the results, Haitians and their international counterparts should resist calls for a complete overhaul of the transitional government, such as the ones some of "the sectors" are proposing, and should focus their efforts instead on addressing the key issues impeding its effectiveness.

A first step is avoiding (where possible) political disputes about the distribution of power, which threaten the government's basic legitimacy. The main source of instability today is the chasm between the groups that appointed the members of the Transitional Presidential Council and the councillors themselves. To resolve these differences, the government should create the Assembly of Sectors outlined in the 3 April agreement, which is a mechanism for permanent dialogue between Haiti's many political groups and their representatives on the council. [115] This assembly could foster a minimum level of consensus and open a space for addressing grievances. International mediators, including CARICOM's eminent persons' group, as well as local facilitators working behind the scenes, should also step up and combine their efforts to repair the strained ties between various politicians and the sectors that appointed them. [116] More concerted pressure from Haiti's international partners to re-establish greater backing for the transitional government's program would also help make these efforts more fruitful.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000921

Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 122 of 400

Building public confidence in the council will also depend on it taking decisive steps to gain credibility, above all by showing it is determined to improve security and to address the corruption allegations against its members. The authorities should brook no further delay, and make it a priority to appoint members of a National Security Council, as well as backing the secretary of state for public security in pursuing a strategy for reducing violence anchored in concrete, achievable steps. Meanwhile, the refusal of the three councillors accused in the National Credit Bank scandal to cooperate with the justice system is seriously tarnishing the entire council's public standing. Should the three councillors continue to hamper the investigation, steps should be taken to replace them. [117]

While the relationship between the council and Prime Minister Fils-Aimé has been far less acrimonious than the one with his predecessor Conille, there is no guarantee that disagreements will not emerge between the two parts of the executive branch in the future. Reaching a clearer definition of the responsibilities of the presidential council and prime minister and establishing an agreed process for resolving disputes between them, something that the Assembly of Sectors is envisaged as doing, would help quell the sort of political tumult that arose in 2024.

That said, no effort to strengthen the institutional workings of the transitional government is likely to succeed in creating stability as long as Haiti continues to be prey to politicians' personal interests. At a time when the country teeters at the edge of violent collapse, citizens are dismayed by the relentless squabbling over control of public posts and budgets that appears to absorb much of the time and energy of those in or close to power. Political leadership that responds to the gravity of the crisis will be essential to restoring faith in Haiti's authorities.

## B.    Rethinking Priorities

Conducting elections under current security conditions is infeasible and unwise. The current timeline assumes a referendum on constitutional reform in the first half of 2025 and a general election in the second half, so that a new government can take office before February 2026, when the Transitional Presidential Council's mandate expires. This goal is unachievable unless there is immediate and radical action to improve Haiti's security, which is only likely to happen if donors step up support to the multinational mission or the UN Security Council approves a blue-helmet operation that deploys soon. Foreign powers should not press Haiti's transitional government to conduct elections unless a minimum of security for candidates, voters and the process can be guaranteed. Rather than setting a strict deadline for the polls, the transitional administration should establish clear benchmarks that need to be reached before elections are held.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000922

10/23/25, 8:51 AM
Locked in Transition: Politics and Violence in Haiti | International Crisis Group
Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 123 of 400

that elections will have to proceed even in the midst of some degree of violence, Fils-Aimé and his counterparts at the council, in close consultation with the UN and other foreign partners, could outline the minimum security threshold that would have to be passed to move ahead with the polls.

Similar practical considerations apply to the idea of calling a referendum to approve a constitution. Successful constitutional reforms, including in South Africa, Uganda, Timor Leste and Colombia, particularly those which are not carried out according to the prescribed rules for making amendments, have been based on broad popular consultation or election of constitutional assemblies. [118] Some in Haiti and abroad who are supportive of constitution-making through public participation worry that leaving reform to the next elected congress, as the current rules stipulate, would risk allowing corruption and influence trafficking to influence the decisions that are taken. While those concerns are valid, it is inadvisable to rush into far-reaching constitutional changes before conditions allow for a process that is participatory, inclusive and transparent.

In a preliminary evaluation of Haiti, the Venice Commission, an advisory body to the Council of Europe on constitutional matters, noted that the absence of a permanent electoral council and electoral law, as well as the need for an independent court to deal with election disputes, are all issues that should be attended to in a new constitution (the Venice commissioners also acknowledge that the conditions for polls do not exist at the moment). [119] The authorities could in theory opt to use emergency executive orders signed by the Transitional Presidential Council and the prime minister to address those shortcomings noted by the Venice Commission until Haiti can undertake a thorough reform. They could, for example, name a panel of respected jurists to address any dispute that arises around the elections.

---

*The government should reach out to international organisations ... to help design a constitution-making process.*

---

Once conditions are in place for safe elections, the government should reach out to international organisations with ample experience, including the Venice Commission, IDEA International and Interpeace, to help design a constitution-making process that gives Haitians a charter that defends the democratic gains since the Duvalier dictatorship while also laying the basis for a state that responds to the needs of its citizens through more effective government.

There are multiple paths along which Haiti could arrive at a new constitution. It could convene a diverse,

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000923

10/23/25, 8:51 AM
Case 3:25-cv-01766-EMC   Document 35-11   Filed 01/01/26   Page 124 of 400
Locked in Transition: Politics and Violence in Haiti | International Crisis Group

## C.      Tackling Insecurity

Robust international support will be vital to address the insecurity afflicting Haiti, especially now that the U.S. role may be trimming back its support for the country under President Trump. Despite the constraints it is under, the multinational mission has notched achievements, enhancing security at important sites, such as the ports and the police academy in the capital, and supporting local security forces in countering gang offensives and in making initial forays into gang strongholds. But its lack of resources and personnel has prohibited it from establishing a permanent presence in areas where it is trying to regain control or protecting civilians stranded along one of the gangs' many battlefronts. In its current shape, the foreign mission lacks the means to support the Haitian National Police in a successful campaign to rein in the gangs. Its hard-pressed officers have been unable to halt the gangs' expansion in the capital and beyond, let alone to help local security forces reclaim gang-held territory, with a few exceptions. Additional reinforcements are urgently needed to help Haitians turn the tide.

Given that the mission's limitations have been largely determined by its lack of resources, the Security Council could take the immediate step of authorising UN financial support to cover a large part of its logistics requirements. Guterres first floated this idea in 2023, though Council members did not seriously consider it.  120  This arrangement would be modelled along the lines of the UN backstops provided to African Union-authorised forces in Somalia. Funds could be channelled through the UN's current special political mission on the ground, BINUH.  121  The organisation could use the logistics package to pay for a wide range of materiel and include funding for lethal weaponry and wages for troops participating in the mission, provided that the Council explicitly approves it. This arrangement, which might work as a compromise among the Council's permanent members, would nevertheless take many months to become effective and it would not single-handedly resolve shortfalls within the mission's operation.

If the Security Council and Secretary-General determine that the security mission's needs are beyond what a logistics package can provide, they should cautiously but seriously consider authorising a new blue-helmet mission to Haiti. In this case, the UN should work closely with Haitian authorities to develop a targeted, sequenced approach: the priority of any new mission should first be to counter the threat posed by gangs and, only then, to gradually incorporate the wide range of UN-backed humanitarian, development, governance and state-building support needed to sustain security gains.

*A new peacekeeping operation should … focus on quick, decisive shows of force targeting gang leaders.*

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000924

stabilisation operation in Haiti, which at its peak was authorised at approximately 7,000 troops and 2,000 police officers. [123]

Crucially, the Security Council should ensure that the mission includes a dedicated military and police component with the capabilities and priority authorisation to conduct offensive operations against armed gangs. The Security Council could adopt a model like the Force Intervention Brigade within MONUSCO, the peacekeeping mission in the Democratic Republic of Congo, which led robust efforts to push back against armed groups in its early years. Such a force could be led by Kenya and other troop contributors (preferably from Latin America), who could offer the specialised military and police personnel needed for the task. [124]

The UN would need to invest heavily in other parts of the operation to support the security campaign. The mission should quickly be able to set up full-fledged intelligence capabilities and develop an extensive network of civilian liaisons, helping it conduct highly targeted operations in densely populated residential areas alongside Haitian counterparts. [125] As previously recommended by Crisis Group, any type of security mission should consider a phased strategy for asserting control, starting with areas where the terrain is accessible and many civilians have fled. Initial operations should include shows of force, such as drone or helicopter overflights or motorcades of armoured personnel carriers, to enhance deterrence while taking care not to be provocative or risk escalation. [126]

Given the likely risk to civilians, the mission will need systems and resources to help prevent, monitor and report on any human rights violations committed by UN personnel and Haitian security forces. The mission should be mindful not to repeat the misdeeds of past peacekeeping operations, particularly sexual abuse, and incorporate the necessary protections outlined in the UN's zero tolerance policy. [127] Finally, it should have strong expertise and capacity to engage in disarmament, demobilisation and reintegration of gang members, especially to support children and young adults who are enmeshed in the gangs.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000925

Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 126 of 400

Internally displaced persons camps set up in public schools, with classrooms repurposed as shelters, in Port-au-Prince, Haiti. October 2024.
CRISIS GROUP / Diego Da Rin

# VI.      Conclusion

Haiti is paralysed. Early hope that an inclusive transitional government would quickly tackle the country's rampant insecurity with help from an international force has faded. The country's political class is bogged down in disputes. Donors failed to provide the contributions needed to fund the full size of the Kenya-led security mission as originally envisaged. As a result, gangs have seized the opportunity to occupy more territory, where they are lording it over the population with increasing ruthlessness. With almost one in ten people living in Haiti displaced, and almost half the population facing acute food insecurity, humanitarian conditions are desperate. In such circumstances, the transitional administration's determination to hold a vote on a new constitution and a new government by the end of 2025 seems unrealistic.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000926

The challenges are daunting, but there is a foundation upon which to build. For all the infighting, the transitional government represents a broad cross-section of Haitian society. With help from foreign allies, Haitians can push the transitional administration to focus its efforts on addressing rising violence, instead of quibbling over how coveted public posts are divvied up. At the same time, the multinational mission provides a platform for the UN to scale up support, using its experience in other conflicts to move quickly. There is little time to waste.

**Port-au-Prince/Mexico City/New York/Brussels, 19 February 2025**

# Appendix A: Map of Haiti

# Appendix B: Timeline of Key Political and Security Incidents in Haiti, February 2024-February 2025

**29 February 2024**
Viv Ansanm gang alliance launches coordinated attacks in Port-au-Prince and surrounding areas.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000927

**11 March 2024**

Haitians agree to create a new transitional government made up of a Transitional Presidential Council (TPC) and a prime minister.

**3 April 2024**

The "sectors" selected to form the new transitional government sign what is known as the 3 April agreement.

**24 April 2024**

Ariel Henry resigns as prime minister.

**25 April 2024**

The Transitional Presidential Council is officially installed.

**7 May 2024**

The presidential council introduces a five-month rotating presidency of the council.

**11 May 2024**

Gang launches an attack on the town of Gressier for the first time.

**17 May 2024**

The 400 Mawozo gang destroys the Croix-des-Bouquets police station.

**28 May 2024**

The TPC appoints Garry Conille as prime minister.

**25 June 2024**

The first Kenyan contingent lands in Port-au-Prince.

**16 July 2024**

A second contingent of Kenyan officers arrives in Port-au-Prince.

**24 July 2024**

The head of the National Credit Bank accuses three TPC members of demanding hefty bribes to let him remain in his position.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000928

**27 August 2024**

Haitian police and the MSS launch a weeks-long operation in gang-controlled neighbourhoods in Bel-Air and Delmas.

**13 September 2024**

24 soldiers from Jamaica and two from Belize join the MSS in Port-au-Prince.

**18 September 2024**

Seven of the nine members of the provisional electoral council are named.

**2 October 2024**

Gran Grif gang attacks Pont-Sondé in the Artibonite valley, leaving at least 70 dead. State anti-corruption body calls for a formal investigation of three TPC members for allegedly demanding bribes.

**7 October 2024**

Leslie Voltaire becomes the council's president.

**17 October 2024**

Gangs launch simultaneous attacks on several areas of the capital, focusing on Solino and Tabarre.

**18 October 2024**

An advance team of six soldiers from the Bahamas arrives in Port-au-Prince to join the Multinational Security mission (MSS).

**8 November 2024**

TPC members sign a resolution dismissing Conille and appointing Alix Didier Fils-Aimé as new prime minister.

**11 November 2024**

Gangs fire at three commercial planes attempting to land or take off from Port-au-Prince international airport. Commercial flights are suspended.

**19 November 2024**

Police and residents thwart a gang attempt to seize parts of Pétion-Ville, killing at least 28 gang members.

**6-11 December 2024**

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000929

Over the next three days, clashes between the Gran Grif and Palmis gangs, on one side, and local self-defence groups, on the other, leave approximately 150 dead.

**16 December 2024**

Representatives of the groups that nominated the TPC meet with CARICOM and call for restructuring the presidential council.

**20 December 2024**

The TPC establishes by decree the National Security Council, whose members have yet to be appointed.

**1 January 2025**

Gang leader Jimmy "Barbecue" Chérizier announces that the Viv Ansanm gang coalition has decided to form a political party.

**3-4 January 2025**

150 military police from Guatemala and eight soldiers from El Salvador arrive in Haiti to join the MSS.

**8 January 2025**

Political groups send CARICOM several proposals for reforming the council, mentioning Viv Ansanm gang alliance as a supporter of one of them.

**15 January 2025**

The TPC appoints former police director, Mario Andrésol, as secretary of state for public security.

**18 January 2025**

Kenya deploys 217 additional officers as part of the MSS.

**27 January 2025**

Gangs launch an offensive to seize the town of Kenscoff. Local sources report that more than 100 people were killed.

**4 February 2025**

70 soldiers from El Salvador arrive in Port-au-Prince to join the MSS.

**6 February 2025**

Another contingent of 140 Kenyan officers is deployed to the MSS.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

YES, I AGREE

HaitiTPSAR000930



CrisisWatch is our global conflict tracker, an early warning tool designed to help prevent deadly violence. It keeps decision-makers up-to-date with developments in over 70 *conflicts and crises every month*, identifying trends and alerting them to risks of escalation and opportunities to advance peace. In addition, CrisisWatch monitors over 50 situations ("*standby monitoring*") to offer timely information if developments indicate a drift toward violence or instability. Entries dating back to 2003 provide easily searchable conflict histories. Building on our global conflict tracker, *On the Horizon* sounds the alarm about conflicts and crises that may emerge or escalate over the next three to six months in support of global conflict prevention efforts.

*Learn more about CrisisWatch*  →



🌐 GLOBAL OVERVIEW       🔍 SEARCH DATABASE       ◎ USING CRISISWATCH       ⓘ ABOUT       ✉ SUBSCRIBE       📄 PDF ARCHIVE

# Global Overview

FEBRUARY 2025

**Outlook for This Month**
March 2025

⚡ CONFLICT RISK ALERTS

Burundi,      Democratic Republic of Congo,      Israel/Palestine,      Yemen

🕊 RESOLUTION OPPORTUNITIES

Thailand,      Türkiye

**Trends for Last Month**
February 2025

📉 DETERIORATED SITUATIONS

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000931

🔍 **CONFLICT IN FOCUS**

None

Our monthly conflict tracker highlights **four conflict risks** and **two resolution opportunities** in March.

- In the Great Lakes region, the Rwanda-backed M23 rebels continued their devastating sweep through eastern **DR Congo**, seizing another provincial capital and consolidating their control over North and South Kivu provinces. Fighting could spread beyond the Kivus, drawing closer to **Burundi**, whose troops suffered heavy losses fighting alongside their Congolese counterparts and whose own stability could be at stake amid the risk of direct conflict with Rwanda.

- **Israel**'s broadest military operation in the **West Bank** in decades killed dozens of Palestinians and displaced tens of thousands, marking the largest uprooting since 1967. Violence could intensify during the holy month of Ramadan. Meanwhile, Israel's attempt to stall the second phase of the **Gaza** ceasefire, and instead to force an extension of the first phase by reimposing its blockade and ramping up violence, could reignite the war.

- In **Yemen**, the Houthis intensified their military build-up ahead of a potential offensive in Marib and along the western coast, which could shatter the fragile de facto truce with government forces in place since 2022.

- Marking an historic announcement in **Türkiye**, the imprisoned leader of the Kurdistan Workers' Party (PKK) urged the militant group to disarm and disband, bolstering the government's efforts to end the 40-year conflict.

- In **Thailand**'s deep south, the government pledged to decrease military operations during Ramadan. The initiative could reduce violence – should the main separatist armed group, the Barisan Revolusi Nasional (BRN), reciprocate – and create an opening to restart dialogue between the two parties.

CrisisWatch identified **seven deteriorations** in February. Notably:

- The battle for Khartoum, **Sudan**'s war-torn capital, escalated amid army advances against the paramilitary Rapid Support Forces, resulting in violent street battles and marking a new volatile phase in the country's war.

- An electoral dispute in **Guinea-Bissau** escalated as President Embaló scheduled the presidential vote for November, while the opposition insisted his term had expired.

- Tensions soared in **Bosnia and Herzegovina** following the conviction of Bosnian Serb leader Milorad Dodik, which prompted the National Assembly in Republika Srpska to pass several laws rejecting the state-level judiciary.

- Sweeping constitutional reforms in **Nicaragua** came into effect, consolidating the Ortega-Murillo regime's monopoly on power.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000932

🔍 Search current and previous CrisisWatch latest updates.

➤ SHARE CRISISWATCH MAY 2025

🖨 PRINT CRISISWATCH MAY 2025

📄 PRINT AND DOWNLOAD PDF OPTIONS

# Latest Updates

## Africa

➡ Benin   FEBRUARY 2025



**Jihadist violence persisted in northern departments, while Benin-Niger relations remained tense.**

*Militant attacks in north highlighted difficulties in securing porous borders.* In Tanguieta commune, Atacora department, suspected al-Qaeda-affiliated Group for the Support of Islam and Muslims (JNIM) militants 6 Feb reportedly killed two civilians. In Alibori department, JNIM fighters 15 Feb attacked security forces and killed six soldiers in Banikoara commune, in clash that also killed 17 assailants; likely JNIM-planted explosive 26 Feb killed soldier and injured two others in Kantoro area of Karimama commune, while troops claimed to have killed nine militants in subsequent days around Kantoro. Meanwhile, in Banikoara, security forces 7 Feb allegedly killed four civilians suspected of collaborating with armed groups. French media RFI reported authorities 16 Feb launched review of security approach, including "Operation Mirador" under which some 3,000 troops have deployed to secure northern border since 2022.

*Benin recalled ambassador to Niger over controversial apology.* Beninese ambassador to Niger Gildas Agonkan 1 Feb publicly lamented strained Benin-Niger relations, called for reconciliation and asked for "forgiveness from the Nigerien people"; govt in following days recalled him for "consultations", stating that his remarks did not reflect Benin's official stance.

Click here for past entries

➡ Burkina Faso   FEBRUARY 2025



**Deadly violence persisted across country with series of jihadist attacks; govt critics continued to denounce arbitrary detention.**

*Insecurity remained rife amid clashes between military and jihadist groups.* Deadly conflict continued, particularly in Sahel, East, Centre-North, North and Cascades regions, with upsurge in jihadist attacks on troops and military auxiliaries (VDPs). Notably in Djibo town, Sahel region, al-Qaeda-affiliated Group for the Support of Islam and Muslims (JNIM) 2 Feb attacked multiple army positions, killing some 20 soldiers and VDPs, and 18 Feb reportedly killed another six troops. Series of assaults demonstrated precariousness of security situation in Djibo amid ongoing siege of town. Govt forces 20 Feb carried out air and ground operations in Gaskinde village outside of Djibo, with 21 civilians reportedly killed. JNIM militants conducted several other attacks targeting security forces; notably in East, JNIM 12 Feb attacked Tanwalbougou town, killing 12 soldiers and VDPs, and 14 Feb attacked and took control of VDP post in Balga village. In Cascades, JNIM resumed operations after relative lull in recent months, with several attacks against security forces; 13 VDPs reportedly killed 12 Feb in Mangodara town. In Centre-North, militants 15 Feb attacked govt base near Dargo commune, with fighters fleeing post.

*Critics continued to denounce authorities for use of arbitrary detention.* Nicolas Ouédraogo, Sec-Gen of influential union Confédération générale du travail du Burkina 15 Feb denounced state repression of critics, citing disappearance of several journalists and activists; earlier, govt and

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000933

Click here for past entries

## ↘ Burundi  FEBRUARY 2025

**Military suffered devastating setbacks in DR Congo (DRC) as concerns mounted over domestic stability amid risk of direct conflict with Rwanda; govt grappled with Congolese refugee influx.**

*Army operations in DRC collapsed, heightening risk of war with Rwanda.* Burundian military engagement in DRC suffered significant losses as Congolese M23 rebels and Rwandan army advanced further into South Kivu province, seizing areas close to Burundi's border, including provincial capital Bukavu 15 Feb and border town Kamanyola 18-19 Feb. Thousands of Burundian troops, alongside Congolese police and soldiers, retreated into Burundi; exact losses obscured by govt restrictions that suppressed casualty reports, but influx of wounded soldiers overwhelmed Kamenge military hospital in largest city Bujumbura. Reversals threatened to foster discontent in army. Escalating hostilities also heightened fears of direct confrontation with Rwanda as Rwandan soldiers drew closer to Burundi. Gitega issued stark warnings of potential conflagration and maintained bellicose rhetoric: President Ndayishimiye 1 Feb alleged broader Rwandan intent to expand regional war; 11 Feb labelled Rwanda "Burundi's enemy", vowed to mobilise nationwide defence should Rwanda attack. Govt also continued to accuse Kigali of supporting anti-Gitega rebel group RED-Tabara, which is based in South Kivu. Meanwhile, court in Rumonge city 6 Feb sentenced 272 soldiers to prison terms ranging from four years to life for refusing to fight in DRC.

*Authorities faced surge of Congolese refugees, accusations of discrimination.* Tens of thousands fled DRC violence, straining capacity of authorities who 13 Feb briefly shut border; UN 21 Feb said 40,000 fled from DRC in two weeks, including 9,000 in one day. Although govt publicly welcomed Congolese refugees, tensions rose as some arrivals, including from ethno-linguistic Banyamulenge group, were refused entry or detained over accusations of collaborating with Rwanda/M23. Allegations also reportedly extended to ethnic Tutsi and Banyamulenge inside Burundi, with reports that police 15-16 Feb detained unknown number of Congolese students in Bujumbura and surrounding areas.

*Build-up to June legislative polls continued.* Electoral commission faced backlash over 10 Feb assignment of party identification numbers for upcoming elections; opposition figures accused body of creating confusion for opposition supporters and candidates while favouring ruling CNDD-FDD party.

Click here for past entries

## ➡ Cameroon  FEBRUARY 2025

**Anglophone separatist and jihadist conflict continued while intercommunal violence flared in South region; political tensions remained high ahead of October presidential vote.**

*Violence persisted in Anglophone regions.* Military 9 Feb raided separatist position in Ndop town (North West region, NW), killing two rebels. Army 16 Feb claimed to have killed "General JC", commander of Ambazonia Defence Forces in Bamenda town (NW), although separatists insisted he was captured alive. Meanwhile in Pinyin village (NW), locals 15 Feb killed two suspected rebels accused of extortion and kidnappings, while suspected govt forces 23 Feb killed six civilians.

*Community tensions degenerated into violence in South region.* Amid rising inflammatory ethnic discourse across both traditional and social media, hundreds of indigenes 20 Feb attacked and destroyed shops belonging to Cameroonians of different origins in Meyo-Centre village, near Ambam town, Ntem Valley division in francophone South. Riots, which left two people wounded, followed killings of two civilians in unclear circumstances 16-20 Feb. Authorities late Feb held conciliatory meetings, cleared blocked roads and called on local politicians, traditional chiefs and civil society to work for peace.

*Anger grew over govt's crisis management amid persistent insecurity in Far North.* Jihadists continued attacks, including targeting civilians with at least dozen abducted late Jan-mid Feb particularly in Mayo-Sava and Mayo-Tsanaga divisions. Army 7 Feb killed five Boko Haram militants in Sanda Wadjiri village (Mayo-Sava). Meanwhile, amid growing discontent in region, local ethnic Tupuris 7 Feb rioted in Mayo-Kani division against expropriation of farmland for national park; senior govt official Ferdinand Ngoh Ngoh 15 Feb faced backlash in Kousseri town

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000934



Click here for past entries

➡️ **Central African Republic** FEBRUARY 2025

**Frictions arose between govt and allied militia; military continued to clash with armed groups while UN peacekeepers came under attack.**

*Tensions between govt and ethnic Azandé militia rose over latter's alleged abuses.* Govt 7 Feb issued statement accusing Azandé Ani Kpi Gbé Azandé (AAKG) militia, which has cooperated with govt forces in operations against Fulani-led rebel groups since 2023, of repeated human rights abuses against Fulani civilians, said legal action would be taken against culprits. Statement – which came in wake of 2024 integration of 500 Azandé militia members into national army – followed Jan arrests of seven AAKG fighters within military who had allegedly killed three Fulani herders in Mboki sub-prefecture, Haut-Mbomou prefecture; three militia leaders also detained in capital Bangui, accused of orchestrating attacks. Arrests and statement sparked Azandé-govt tensions; over 5,000 members of Azandé community 10 Feb protested in Obo town (Haut-Mbomou) to demand release of detained fighters and disrupt humanitarian convoys, highlighting militia's mobilisation capacity. Despite govt efforts to portray AAKG integration as sign of national unity, developments threatened to spark intercommunal violence; Azandé civilians 16 Feb looted Muslim and Fulani shops in Mboki town.

*Clashes with armed groups continued while UN peacekeepers faced attack.* Amid continued govt and Russian paramilitary offensives including airstrikes on rebel groups, suspected Return, Reclamation, Rehabilitation fighters 3 Feb attacked army position in Markounda sub-prefecture (Ouham-Pendé prefecture), killing six soldiers. Meanwhile, UN mission MINUSCA suffered first attack since 2023: unidentified gunmen 12 Feb ambushed MINUSCA convoy in Dar El Kouti sub-prefecture (Bamingui-Bangoran prefecture), killing peacekeeper and injuring another. In east, local sources 10 Feb reported unidentified armed group planted two explosives in Basse-Kotto prefecture, killing civilian; potential spread of attacks using explosive devices, previously limited to western areas, could significantly impact civilians and humanitarian access.

*Political jostling continued ahead of Dec 2025 general elections.* Ruling party and opposition began mobilisation ahead of polls, although opposition continued to face internal divisions. Meanwhile, amid financial constraints, electoral body 25 Feb postponed local polls for fourth time, from April to Aug 2025.

Click here for past entries

➡️ **Chad** FEBRUARY 2025

**Sudanese armed group crossed border and clashed with army; violence spread in hinterland, and new parliament inaugurated.**

*Sudanese group's incursion threatened escalation.* Military 7 Feb clashed with fighters loyal to Sudanese rebel chief Tahir Hajar in Kari Yari village (Ennedi-Est province), near Sudan border, in unclear circumstances; casualty toll unknown. Neutral Forces for the Protection of Civilians group – to which Hajar is reportedly affiliated – 9 Feb apologised and said its fighters had gone astray, while Chadian govt made no public comment. Clash came as senior Sudanese army officials and allied chiefs from President Déby's Zaghawa ethnic group continued to threaten to attack Chadian military positions over N'Djamena's alleged support for Sudanese paramilitary Rapid Support Force (RSF); RSF has allegedly used Kari Yari as supply point. Amid climate of fear and mistrust, local sources 8 Feb reported Turkish drones deployed to monitor zone; reports also emerged early Feb that Turkish military specialists arrived at Abéché base, Ouaddaï province, vacated by French troops in Jan.

*Attacks on govt officials increased in hinterland, urban crime spread in capital N'Djamena.* Following late-Jan bandit attacks that killed seven soldiers in two incidents in south east, unidentified gunmen 4 Feb attacked govt convoy near Ati city (Batha province, centre), injuring four. Meanwhile, spike in urban crime in capital saw at least ten civilians killed in Feb; notably, unidentified gunmen 1 Feb killed senior govt official at her home. In response, authorities launched major policing operations in city.

*New MPs took office.* Following Dec 2024 legislative elections, 188 elected representatives inaugurated 4 Feb during ceremony at National Assembly. MPs elected Déby's ally Issa Kolotou as speaker, first non-southerner to hold position, breaking power-sharing practice and exacerbating regional political divisions. Déby 4 Feb re-appointed PM Halina and 6 Feb announced new cabinet. Meanwhile, provisional

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000935



Click here for past entries

➡ **Côte d'Ivoire**  FEBRUARY 2025

**Political tensions grew ahead of October presidential election; France handed over military base, while govt's ties with Burkina Faso remained strained.**

*Amid high tensions, court handed prison sentences to opposition members.* Court 12 Feb sentenced three officials of former President Gbagbo's opposition party African People's Party-Côte d'Ivoire to ten years' imprisonment for offences related to 2020 post-election violence and April 2021 attack on military camp in largest city Abidjan. Defendants' lawyers immediately announced plans to appeal, denounced "purely political" decision; prosecutor 13 Feb rejected criticism, stating courts were not "political arena". Meanwhile, main opposition Democratic Party of Côte d'Ivoire leader (and likely presidential candidate) Tidjane Thiam 16 Feb lambasted "party of division, violence, lies, sectarianism" in veiled swipe against President Ouattara's Rally of Houphouëtists for Democracy and Peace; also continued to question independence of electoral body. As identity issues resurfaced in public debate, Thiam faced attacks questioning his nationality, with opponents highlighting his father's Senegalese origins in attempt to disqualify him.

*France handed over control of military camp to Ivorian military.* French troops 20 Feb officially handed back Port-Bouët military camp in Abidjan to Ivorian forces. French military withdrawal to take place gradually through 2025, although security cooperation will continue with discussions ongoing over anti-terrorism efforts and use of surveillance aircraft for regional intelligence gathering; French Defence Minister Sébastien Lecornu – who attended Port-Bouët base handover ceremony – said France would keep 80 military personnel in country largely for training purposes.

*Relations with Burkina Faso remained tense.* Burkinabé military auxiliaries (VDPs) 7 Feb arrested three Ivorian forestry officers at Ivorian gold-panning site near border with Burkina Faso; although detainees released after several hours, alleged increasing incursions by VDPs into Ivorian territory reportedly fuelled discord.

Click here for past entries

🚩 **Democratic Republic of Congo**  FEBRUARY 2025

**Rwandan-backed M23 rebels continued devastating advance, including seizing South Kivu provincial capital; conflict could spread beyond the Kivus in coming weeks.**

*M23 and ally Rwanda consolidated control over both Kivu provinces.* After seizing North Kivu province capital Goma and installing new administration in city late Jan, M23 – with significant backing from Rwandan army – pressed southward into South Kivu; rebels 13 Feb seized strategic Kavumu airport after brief resistance from Burundian soldiers; 15 Feb entered provincial capital Bukavu, eastern DRC's second-largest city, facing little opposition from army. In continued sweep forward, group pursued retreating army and Burundian forces, 18-19 Feb captured Kamanyola city on Burundi-DRC-Rwanda shared border. Rebels also advanced northward in North Kivu, seizing areas in Lubero territory. Gains solidified M23/Rwanda's control over the Kivus' land and minerals, as well as trade on Lake Kivu. Next target could be Uvira, second biggest town in South Kivu, or Tanganyika province capital Kalemie. Fighting killed at least 3,000 since late Jan, displaced more than 500,000 according to UN. Meanwhile, explosions at rebel authorities' rally in Bukavu 27 Feb killed at least 11 civilians.

*Efforts to address crisis intensified but faced challenges.* Domestically, alliance of Catholic-Protestant institutions 20 Feb publicly launched "Social Pact", urging national dialogue to resolve crisis. Earlier, coalition early Feb met President Tshisekedi and opposition figures. Grouping 12 Feb met Corneille Nangaa, head of M23-linked Congo River Alliance in Goma, and Rwandan President Kagame next day, causing outcry among pro-govt supporters. Tshisekedi distanced himself from churches' efforts, 22 Feb proposed national unity govt to address crisis although main opposition leaders 24 Feb rejected offer. Meanwhile, international efforts to bring Kinshasa and Kigali together failed to produce significant outcome amid continued points of severe contention; govt maintained it would not enter into direct dialogue with M23, key Rwandan demand (see Rwanda).

*Armed groups caused significant casualties in Ituri and North Kivu provinces.* Notably, in Ituri's Djugu territory, ethnic Lendu militia CODECO

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000936



### ➡ Eritrea   FEBRUARY 2025

**Asmara's relations with Addis Ababa deteriorated further as former Ethiopian president warned of renewed conflict in Tigray region; Eritrea reportedly pushed for nationwide mobilisation.**

*Ethiopia's former president accused Asmara of destabilisation attempts in Tigray.* Former Ethiopian President Mulatu Teshome – who is close to Ethiopian PM Abiy Ahmed – 17 Feb accused President Isaias Afwerki of "seeking war and division" throughout Horn of Africa. In particular, Teshome said Asmara was working to reignite conflict in Ethiopia's Tigray region by exploiting divisions within its ruling party, Tigray People's Liberation Front (TPLF), suggesting that Afwerki had "joined forces" with TPLF faction led by Debretsion Gebremichael (see Ethiopia). Information ministry 18 Feb rejected allegations, accusing Ethiopia of "externalising" its internal conflict and "scapegoating Eritrea".

*Reports of country-wide mobilisation sparked fears of conflict.* UK-based human rights organisation Human Rights Concern Eritrea 18 Feb reported that Asmara had issued military mobilisation directive and imposed restrictions on movement. Move raised fears of renewed conflict with Ethiopia amid heightened tensions.

[Click here for past entries]

### ➡ Ethiopia   FEBRUARY 2025

**Tensions within Tigray's ruling party risked growing intractable; intensity of Oromia insurgency waned as govt airstrikes increased in Amhara; Addis Ababa continued to mend ties with Mogadishu.**

*Tensions persisted within Tigray's ruling party.* Amid discord between competing factions of Tigray People's Liberation Front (TPLF) led by party chairman Debretsion Gebremichael and President of Tigray Interim Regional Administration Getachew Reda, Tigray religious figures 14 Feb announced TPLF leaders signed "code of conduct", agreeing to address disputes through dialogue. Mediation eased tensions, but situation remained volatile. Notably, interim authorities 20 Feb claimed some officers within Tigray army who sided with Debretsion's faction in Jan used force to dismantle interim govt structures in Seharti district. In addition, former President Teshome 17 Feb claimed Eritrea was colluding with Debretsion's faction "to reignite conflict" in Ethiopia (see Eritrea). TPLF 26 Feb issued statement rejecting reports of "secret contact" with Asmara. Meanwhile, Ethiopia's election board 13 Feb suspended TPLF for three months for failing to hold general assembly by 10 Feb; move could increase tensions between TPLF and federal govt.

*Violence waned in Oromia.* Oromia regional authorities 21 Feb appointed senior members of OLA splinter group led by Jaal Sagni Negasa to key govt positions following Dec peace deal, with Sagni becoming regional president's security advisor. Meanwhile, clashes continued to decrease across Oromia, likely owing to peace deal, though OLA still attacked govt officials and civilians in several zones. Kenyan and Ethiopian forces early Feb launched joint cross-border military operation, notably targeting OLA bases in Kenya's Marsabit and Isiolo counties.

*Insurgent-govt clashes decreased in Amhara as latter stepped up airstrikes.* Fano militias clashed with security forces throughout Feb, albeit at reduced intensity due to govt's intensification of airstrikes. Civilians continued to bear brunt of violence; notably, drone strikes 7 Feb killed at least three in North Shewa Zone, 13 Feb killed at least four in South Wollo Zone.

*Ethiopia and Somalia continued to mend ties.* PM Abiy Ahmed and Somali President Mohamud met several times during month, 23 Feb agreeing on Ethiopian troop deployment under AU-led peacekeeping mission in Somalia (see Somalia).

[Click here for past entries]

### ➡ Guinea   FEBRUARY 2025

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our [privacy policy] for more details.

HaitiTPSAR000937

with ministers travelling across country in what appears to be electoral campaign in all but name. In absence of confirmed electoral calendar, Doumbouya's efforts seemed to be aimed at securing "yes" vote in future constitutional referendum that is required as first step toward polls.

*Anti-corruption campaign primarily focused on former regime officials.* Court 27 Feb sentenced Ibrahima Kassory Fofana, PM under deposed President Condé, to five years' imprisonment on corruption and embezzlement charges; Fofana, who had been detained since 2022, will also reportedly be forced to pay €2mn in fines and reimbursements. Sentencing had been delayed from 13 Feb amid claims Fofana was too ill to attend proceedings, while his lawyers alleged procedure violations in case. Although anti-corruption drive mainly focused on officials linked to Condé's govt, authorities continued to announce investigations against mid-level officials in current administration amid public criticism of corruption under Doumbouya's rule.

*Kidnappings and attacks targeting civil society continued.* Assailants, some reportedly in military uniform, 19 Feb abducted Abdoul Sacko, coordinator of civil society group Guinean Social Forces Forum, in capital Conakry; Sacko reappeared following day in Forécariah prefecture south east of capital, reportedly showing signs of torture.

*In another important development.* Collective of human rights NGOs 14 Feb released report on Dec stampede that killed dozens, blaming state for logistical failures and opacity in investigations; findings from state commission on incident submitted late Jan to PM Oury were not communicated publicly.

[Click here for past entries](#)

---

🐦 **Guinea-Bissau**   FEBRUARY 2025



**Electoral dispute escalated as President Embaló scheduled presidential vote for November, while opposition said his term had expired.**

In move that heightened political tensions, Supreme Court 3 Feb ruled that President Embaló's mandate expires 4 Sept; decision dealt blow to opposition, which had insisted presidential term runs out 27 Feb and who have accused Embaló of seeking to illegally extend his rule. Govt 23 Feb said both presidential and legislative elections would be held 30 Nov, having postponed parliamentary vote in Nov 2024. In response, opposition coalitions called for nationwide strike starting 27 Feb, vowing to bring country to standstill. In anticipation of unrest, security forces 26 Feb reportedly deployed to strategic locations throughout capital Bissau; opposition's call for action, however, largely unheeded as schools, businesses and govt offices remained open. West African regional bloc ECOWAS – main guarantor of stability in country – and UN 23-28 Feb deployed political mission to Bissau to help reach "political consensus on the electoral calendar"; delegation, however, failed to achieve substantive progress, amid reports Embaló had threatened to expel mission.

[Click here for past entries](#)

---

➡️ **Kenya**   FEBRUARY 2025



**Al-Shabaab remained threat in north east, govt's candidate lost AU Commission chair election, while Kenyan police officer killed in Haiti.**

*Jihadists abducted officials in Mandera county.* Militant threat persisted in north east amid sporadic attacks. Notably in Mandera, Al-Shabaab 3 Feb abducted five local govt officials on way to El Wak town ahead of President Ruto's visit planned for following day; insurgents reportedly held abductees in Somalia, while govt attempted to negotiate their release. Meanwhile, police 17-18 Feb arrested two suspected Al-Shabaab operatives in Mandera town on suspicion of attempting to abduct foreign nationals working on infrastructure projects.

*Former PM lost bid for AU Commission chairmanship.* Djibouti FM Mahmoud Ali Youssouf elected 15 Feb as Commission's chair, beating former Kenyan PM and opposition leader Raila Odinga whom govt had heavily backed and promoted; assertive campaign in support of Odinga may have alienated some African leaders while govt's perceived ambivalent position on regional and international issues including DR Congo and Gaza crises may have weakened backing, particularly from Southern Africa region. Odinga's failure could have domestic repercussions with Ruto keen to minimise potential opposition ahead of 2027 presidential election.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our [privacy policy](#) for more details.

HaitiTPSAR000938

*In other important developments.* High court 6 Feb declared July 2024 ban on protests in parts of capital Nairobi illegal. Govt's acquiescence to 18 Feb conference in Nairobi held by Sudanese paramilitary Rapid Support Forces provoked significant domestic and international criticism; authorities, however, defended moves and 23 Feb said post-summit agreement to form parallel Sudanese govt "welcomed and encouraging" (see Sudan).

Click here for past entries

## ➡ Mali  FEBRUARY 2025



**Violence continued to cause civilian casualties, particularly in north; new phase of consultations began on draft national peace charter.**

*Army and jihadists accused of killing civilians, separatists clashed with govt forces in north.* Military and Russian auxiliaries 10-12 Feb allegedly killed some 15 civilians in several villages in Goundam circle, Timbuktu region. Suspected Islamic State Sahel Province 7 Feb attacked civilian convoy escorted by military in Kobe village (Gao region), reportedly killing dozens. Fighting between military and separatist coalition Azawad Liberation Front (FLA) in Kidal region continued; seven FLA fighters killed during 16 Feb clash near Anefis village. FLA 17 Feb released statement claiming govt airstrike same day targeted and killed at least 24 civilians near Timtaghen town; military announced investigation. Meanwhile in centre, al-Qaeda-affiliated Group for the Support of Islam and Muslims 12 Feb reportedly killed 16 civilians in Berta village (Ségou region).

*Dialogue processes moved forward.* Committee drafting National Charter for Peace and Reconciliation stemming from 2024 inter-Malian dialogue 17-26 Feb held new phase of consultations; FLA and jihadist groups remained excluded from process. Earlier, dignitaries in north 2 Feb formed Tamouzok association to support govt initiatives to facilitate dialogue with local communities. Govt 11 Feb relaunched process for integration into army of 2,000 pro-govt armed group fighters.

*Rumours of return of govt critic sparked arrests; tax rises announced.* Authorities 5 Feb arrested Daouda Magassa, leader of movement supporting influential religious leader and govt critic in exile Imam Mahmoud Dicko, amid rumours of cleric's return. On expected day of Dicko's arrival, govt 14 Feb deployed over 1,000 police officers across capital Bamako to curtail gatherings by his supporters, arrested nine and later charged them with illegal assembly; Dicko's allies same day said he had "postponed" planned return. Meanwhile, amid economic downturn, university professors from late Jan to 16 Feb held strike over unpaid salaries, while govt 5 Feb announced tax increase on telecommunications and 7 Feb on alcohol, sparking outcry.

*In another important development.* Amid govt campaign to extract increased share of mining proceeds from multinationals, Canadian company Barrick Gold 19 Feb signed agreement with govt to end months-long dispute, agreeing to pay $438mn.

Click here for past entries

## ➡ Mozambique  FEBRUARY 2025



**Islamic State militants renewed attacks and resupply efforts in northern Cabo Delgado province; tensions ran high between security forces and militia that joined post-election demonstrations.**

*Insurgents sought to regroup, attacked military and abducted civilians.* Islamic State Mozambique Province (ISMP) launched multi-pronged effort to increase activities with incidents throughout Cabo Delgado. In attempt to resupply in wake of govt and Rwandan 2024 offensive which dislodged group from strongholds, insurgents looted food and supplies. Militants also attacked army positions, including 2 Feb in Mitope village (Mocímboa da Praia district), seizing weapons and equipment with no casualties reported, and 20 Feb in Bilibiza village (Quissanga district), killing two soldiers. ISMP 2 Feb kidnapped ten, including children, in Quinto Congresso village (Macomia district); UN children's fund next day said it was "deeply concerned" by "spike" in abductions of children in Cabo Delgado. Meanwhile, Rwandan-led offensive stalled with troops patrolling coastal areas but in some cases not engaging insurgents or intervening to protect villages under attack, leading to local frustration.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000939

opposition leader Venâncio Mondlane – who claimed to have won Oct presidential vote – 4 Feb ended relationship with Podemos party that had backed his candidacy; Mondlane, who accused Podemos of "selling out" for having taken seats in legislature in Jan despite boycott calls, 7 Feb said he would create own party. Sporadic protests continued in Feb in some areas including roadblocks in capital Maputo.

Click here for past entries

---

➡ **Niger**   FEBRUARY 2025

**National dialogue recommended renewable five-year transition, paving way for military to stay in power; insecurity persisted while authorities tightened control of NGOs.**

*National dialogue proposed lengthened transition.* Commission 21 Feb announced key recommendations from national dialogue on future of transition, held in capital Niamey 15-20 Feb. Proposed renewable five-year transition period and dissolution of all current political parties would allow military authorities to consolidate power for extended period; dialogue also suggested drafting new constitution and creation of "Consultative Council for the Refoundation" to serve as transition's legislative body. President Gen. Tiani pledged to implement recommendations. Opposition criticised process, which excluded all political parties, while several civil society organisations boycotted conference.

*Violent attacks reported across Tillabery, Dosso and Agadez regions.* Conflict continued to escalate in south west. Notably in Tillabery, suspected Islamic State Sahel Province (IS Sahel) 3 Feb attacked military near Takrouzat village along Burkinabé border, killing ten soldiers; military next day responded with airstrikes, reportedly killing 15 assailants. Govt forces and suspected IS Sahel 4 Feb clashed near Koutoumbou village (Dosso), leaving militant and civilian killed. Al-Qaeda-affiliated Group for the Support of Islam and Muslims 15 Feb released video footage of Alassane Souleymane, govt official reportedly kidnapped in Jan near Torodi town in Tillabery; govt did not publicly respond. Violence also continued in northern Agadez region. Notably, military and unidentified armed group 7 Feb clashed near Tchirozerine town, with two militants dead and another arrested.

*Authorities forced NGO to cease operation, announced enhanced scrutiny of others.* Govt 4 Feb terminated agreements with humanitarian organisation International Committee of the Red Cross without explanation, ordering immediate closure of offices and departure of foreign staff. Interior ministry 7 Feb established technical committee to monitor activities of NGOs and adherence to govt "vision".

*In other important developments.* UN 10 Feb condemned arbitrary detention of former President Bazoum and called for his release. Libyan security forces loyal to eastern strongman Khalifa Haftar 23 Feb arrested Mahmoud Sallah, leader of Nigerien anti-govt armed group Patriotic Liberation Front, in southern Libya.

Click here for past entries

---

➡ **Nigeria**   FEBRUARY 2025

**Security forces continued operations but jihadist, bandit, herder-farmer and separatist violence remained prevalent.**

*Jihadist violence persisted in North East amid increasing concern over explosives.* In continued operations against jihadists in Borno state, troops 17 Feb raided camp in Iza forest, Bama area, killing ten Boko Haram fighters. But attacks on civilians and military continued including Boko Haram 11 Feb killing three soldiers and wounding four in assault against base in Bita village, Gwoza area; explosives 2-11 Feb killed at least three and wounded over 20, illustrating mounting trend of militants planting explosives on Borno's roads. Meanwhile, clashes between Boko Haram and Islamic State West Africa Province 14 Feb resumed in Abadam area, reportedly killing dozens, while some sources reported fighting spread to Kukawa area.

*Amid security operations, bandit attacks persisted in North West and North Central zones.* In army's continued offensive against prominent bandit leader Bello Turji and allies in Zamfara and Sokoto states, troops 6 Feb killed two bandit commanders, 7-8 Feb destroyed several camps and killed dozens of bandits. Airstrikes targeting bandits 15 Feb accidentally killed six civilians in Safana area, Katsina state. Meanwhile, armed groups 26 Feb killed at least eight travellers and abducted several others in Maru area, Zamfara, and in Niger state killed at least nine

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000940

*Police continued operations against separatists in South East.* Authorities said police 8-9 Feb killed five members of Indigenous Peoples of Biafra (IPOB)'s armed wing Eastern Security Network (ESN) in Imo state. Meanwhile, federal court 10 Feb indefinitely adjourned trial of IPOB leader Nnamdi Kanu following jurisdictional dispute.

Click here for past entries

---

➡️ **Rwanda**  FEBRUARY 2025



**As mediation efforts over DR Congo (DRC) crisis stuttered, govt faced mounting international pressure to end support for M23 rebels but maintained its belligerent stance.**

*Regional diplomacy struggled to bring parties together.* As Rwanda-backed Congolese rebels M23 advanced further in eastern DRC (see DRC), efforts to bring Kinshasa and Kigali together failed to produce significant outcome amid continued points of severe contention; notably, DRC refused to enter into direct negotiations with M23, a key Rwandan demand. After months of driving diplomatic process, Angolan President Lourenço 19 Feb announced withdrawal from heading mediation efforts, prompting regional push to merge Luanda (which brings together DRC and Rwanda) and Nairobi (which focuses on talks with armed groups) peace processes. Meanwhile, regional blocs East African Community (EAC) and Southern African Development Community (SADC) 8 Feb held joint summit in Tanzania on crisis; defence chiefs from two blocs 21 Feb met in Kenya, recommended reopening roads and airports in M23-held areas and forming hybrid EAC-SADC-AU force to secure territories currently held by rebels; Kinshasa unexpectedly backed proposal. EAC-SADC 24 Feb announced former Kenyan President Kenyatta, former Nigerian President Obasanjo and former Ethiopian PM Desalegn as facilitators for crisis.

*Govt dismissed international pressure as it faced growing wave of sanctions over M23 ties.* U.S. 20 Feb imposed sanctions on Regional Integration Minister James Kabarebe, citing central role in Rwanda's M23 support; also sanctioned M23 spokesman Lawrence Kanyuka and two of his companies in UK and France. UN Security Council 21 Feb unanimously called out Rwanda for M23 support, demanded rebels withdraw from seized territories. EU 24 Feb suspended defence consultations with Kigali, said it would review minerals deal while UK next day announced halt to direct financial aid except for humanitarian assistance; also paused defence training, and reviewed export licenses for Rwandan military. Defying pressure, President Kagame 12 Feb dismissed international threats stating "If I have to choose between facing an existential threat and being faced with sanctions, I will take up arms". Meanwhile, govt 18 Feb announced suspension of development cooperation with Belgium, accusing Brussels of siding with Kinshasa.

Click here for past entries

---

➡️ **Senegal**  FEBRUARY 2025



**Govt announced accord with faction of Casamance separatists in long-running, low-level conflict; France and Senegal started setting terms for withdrawal of all French soldiers by year's end.**

*Govt and section of separatists from Casamance region signed peace deal.* Govt 23 Feb reached agreement with branch of Movement of Democratic Forces of Casamance in 43-year-old conflict, which has been very low-intensity for over a decade; deal – which followed previous agreements, most recently in 2022 – was brokered by Guinea-Bissau's President Embaló and sets stage for investments to benefit local communities. PM Sonko same day hailed deal as "very big step toward definitive peace in Casamance". One separatist faction, Salif Sadio's northern branch, remained outside of agreement, however.

*Dakar and Paris announced French troop departure by end of 2025.* Govt and France 12 Feb announced establishment of joint commission to oversee departure of French troops from country and "restitution of [military] bases" by year's end; talks come after President Faye in Nov asked that all 350 French troops leave country, saying foreign military presence was "incompatible" with sovereignty.

Click here for past entries

---

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000941

*Troops progressed against Islamic State in Somalia (IS-Somalia) despite heavy casualties.* In continued Operation "Hilaac" (lightning) targeting IS-Somalia in Cal Mikaad mountains of Bari region, Puntland troops advanced and cleared much of Togga Jecel valley; notably, security forces 4-5 Feb claimed to have killed over 50 militants in Dharin and Qurac areas. Illustrating continued threat, IS-Somalia 10 Feb launched major assault with multiple suicide bombers near Hararyo area, local sources reporting some 70 militants and 27 Puntland troops killed. Meanwhile, U.S. carried out airstrikes, including 1 and 16 Feb, reportedly killing dozens of insurgents, while United Arab Emirates also provided drone support. Puntland forces 26 Feb advanced to Dhasaan town, marking end of current phase of operations in valley. Sustaining gains, however, may be difficult amid challenging mountainous terrain and need for continued logistical resupply.

*Al-Shabaab hit back at govt's attempts to clear group from east of Shabelle river.* In Hirshabelle state's Hiraan region, military and Macawisley clan militia late Jan onwards resumed operations aimed at clearing road between Bulo Burte and Beledweyne towns and preventing militants crossing Shabelle river; particularly heavy clashes and several airstrikes reported around Beera Yabal and Jicibow villages. Al-Shabaab, however, continued to put pressure on federal forces in Hirshabelle; 20 Feb launched coordinated raids on four villages, 25-27 Feb attacked Beera Yabal and Balcad town. Militants late Feb claimed to have captured Ceel Baraf and Ceel Ali Ahmed villages in Middle Shabelle region.

*Clashes in Jubaland state highlighted persistent political tensions.* Jubaland and Mogadishu remained at loggerheads, as respective security forces 5 Feb clashed in Bardheere city, Gedo region, with six killed. Despite mounting opposition, federal govt advanced plan for one-person one-vote elections; electoral body visited member state capitals late Jan onwards and affirmed intention to hold district elections through new model in June. Amid tensions, security forces 10 Feb clashed with gunmen allegedly aligned with opposition in capital Mogadishu's outskirts, resulting in two deaths.

*Govt finalised AU mission (AUSSOM) troops.* Mogadishu late Feb agreed AUSSOM allocations with troop contributing countries – including Ethiopia – following series of bilateral meetings.

[Click here for past entries](#)

---

➡️ **Somaliland**  FEBRUARY 2025



**Govt attempted outreach to dampen risk of potential violence, particularly in Sanaag region's capital Erigabo; President Irro visited United Arab Emirates for second time.**

*Govt focused on outreach to various parties amid concerns over potential violence.* In attempt to calm persistent political and clan tensions, President Irro 21 Feb visited Borama city, Awdal region while VP Mohamed Aw-Ali Abdi 25 Feb met traditional leaders in Erigabo city; Erigabo – home to Haber Yonis, Dhulbahante and Warsengeli clans – remained particularly tense following late-Nov-Dec clashes and late-Jan declaration by Warsengeli and Dhulbahante clan members that they would form common front to defend city. Mediation by elders in instances of communal fighting, particularly in Togdheer and Sool region, helped prevent individual clashes spiralling into wider conflict between govt and SSC-Khatumo (self-declared administration for Dhulbahante community) forces.

*In other important international developments.* Irro 10-14 Feb visited United Arab Emirates for second time within weeks, attended World Govt Summit; Mogadishu 25 Feb protested against invitation of Irro as "head of state", asserting Somaliland is region within Somalia and it would "not tolerate interference".

[Click here for past entries](#)

---

➡️ **South Africa**  FEBRUARY 2025



**Budget delay highlighted divisions in unity govt, while U.S. froze aid amid tensions over land expropriation bill.**

*Annual budget speech suspended over tax hike dispute.* Finance Minister Enoch Godongwana 19 Feb postponed tabling budget bill until 12 March amid disagreement over tax measures within ten-party governing alliance; Democratic Alliance, second largest party in unity govt, opposed African National Congress' push to raise value-added tax from 15% to 17%, while other coalition members protested they were only told of proposed increase at late stage. President Ramaphosa 20 Feb insisted there was no crisis while top constitutional expert 26 Feb argued

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000942

Afrikaner refugees"; order also cited govt's genocide case against Israel at International Court of Justice. Amid discord, U.S. Sec State Marco Rubio and Treasury head Scott Bessent during Feb skipped meetings of G20 economic forum in South Africa.

*Govt reportedly bolstered Southern African regional body SADC mission in DRC (SAMIDRC).* Amid domestic outcry following death of 14 South African soldiers serving with SAMIDRC, Defence Minister Angie Motshekga 5 Feb told parliament that force was there for peacekeeping, not warfare. Reuters news 10 Feb reported govt sent additional 700-800 troops and equipment to reinforce mission amid quick advance by M23 rebels. Between 150-300 wounded South African soldiers evacuated from DRC late Feb, though govt declined to disclose exact number.

[Click here for past entries](#)



➡️ South Sudan   FEBRUARY 2025

**President Kiir continued to reshuffle govt, stoking unrest in several states and threatening Tumaini peace initiative with holdout opposition groups.**

*Kiir's ongoing govt reshuffle fuelled speculation about his succession plan.* With oil production on hold and fiscal crisis worsening, Kiir continued his govt restructure in order to maintain tight grip on power. Notably, he 10 Feb dismissed two VPs, replacing them with close allies Benjamin Bol Mel and Josephine Joseph Lagu (South Sudan has five VPs as part of 2018 peace agreement). Kiir also removed intelligence chief and several members of opposition party SPLM-IO, including Western Equatoria State governor Alfred Futuyo Karaba; Kiir reportedly did not consult SPLM-IO leader and first VP of coalition govt Riek Machar prior to changes, increasing tensions. Coupled with Kiir's declining health, reshuffle also fuelled speculation about president's succession plan, with many South Sudanese suggesting that Bol could be his chosen successor despite lack of support within ruling party.

*Violence spiked in several states amid tensions between army and Machar's forces.* Kiir's removal of SPLM-IO figures stoked tensions between army and Machar's forces (SPLA-IO), leading to unrest in Western Equatoria, Western Bahr Al Ghazal and Upper Nile states. Notably, violence 14-15 Feb erupted in Upper Nile's Nasir town between govt forces and armed youth reportedly loyal to SPLA-IO, killing several people and displacing thousands; govt later deployed additional forces to Nasir, ratcheting up tensions further. In Western Equatoria, Kiir's dismissal of Karaba led to exchange of gunfire 10 Feb at his residence in Yambio town, forcing former governor to flee; SPLA-IO 12 Feb accused army of attacking one of its cantonment sites during "violent pursuit" of Karaba, whose whereabouts remain unknown. These conflicts could escalate further should Kiir and Machar fail to resolve tensions caused by reshuffle.

*Divisions in coalition govt threatened peace initiative with opposition groups.* Kenyan President Ruto 20 Feb announced that Tumaini Initiative, which seeks to bring holdout opposition groups into govt, had once more been adjourned at govt's request, but said talks would resume in March. Divisions within govt over reshuffle could delay their resumption, however.

[Click here for past entries](#)

↘️ Sudan   FEBRUARY 2025

**Battle for capital Khartoum escalated as army sought to drive out Rapid Support Forces (RSF); RSF-aligned groups signed agreement to form parallel govt, fuelling fears of further state fragmentation.**

*Army pushed to recapture Khartoum.* Following major army victories in Jan, both in Omdurman city and Bahri, Khartoum's northern suburbs, RSF early Feb withdrew some troops into Jebel Aulia area south of Khartoum. Army, meanwhile, continued to advance toward capital from different directions in hope of capturing city in coming weeks. Paramilitary put up resistance in Khartoum's centre, resulting in violent street battles. Even if army prevails in Khartoum, it will unlikely end conflict; continued hostilities could deepen involvement of regional powers or even spur country's fragmentation further down the line. Meanwhile, army 23 Feb broke RSF's 22-month siege of El Obeid, capital of North Kordofan, dealing another blow to paramilitary, which sought to regroup and launched renewed offensives. Fighting continued in other states, including El Gezira, Sennar, Blue Nile and White Nile.

*Darfur remained embroiled in conflict as warring parties recruited heavily.* Conflict continued in North Darfur capital El Fasher amid ongoing RSF

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our [privacy policy](#) for more details.

HaitiTPSAR000943

*RSF and aligned groups signed charter to form parallel govt.* Around 300 people from over 20 groups, including Sudanese community representatives, political parties, prominent political figures and former armed groups (including head of Sudan People's Liberation Movement-North, Abdelaziz al-Hilu) 22 Feb signed charter in Kenyan capital Nairobi to form parallel govt in RSF-held territories. Many external actors criticised move, saying it risks further splintering country, while others argued that communities in RSF-held territories have been without functioning govt since conflict began and need civil administration that provides essential services.

Click here for past entries

---

➡ **Tanzania**  FEBRUARY 2025



**Opposition parties called for electoral reform, as violence continued against opposition members; govt hosted summit on DR Congo (DRC) crisis.**

*As build-up to Oct general election continued, opposition parties pushed for reform of electoral system.* Tundu Lissu, elected head of main opposition party Chadema in Jan, 12 Feb announced "No Reforms, No Election" campaign and said party would urge civil disobedience; second largest opposition party ACT-Wazalendo 24 Feb also called for electoral reforms and said opposition should unite to press issue. Amid continued attacks on opposition figures and activists, including spate of enforced disappearances, assailants who identified themselves as police 14 Feb abducted Chadema youth wing (Bavicha) leader in Mwanza region.

*Govt's international focus remained crisis in eastern DRC.* Authorities 2 Feb said two Tanzanian soldiers killed and four wounded as they served with Southern African regional body (SADC) mission in DRC; govt 8 Feb hosted joint SADC-East African Community summit on crisis in largest city Dar es Salaam.

Click here for past entries

---

➡ **Togo**  FEBRUARY 2025



**Ruling party won majority in first senatorial elections as opposition continued to denounce new parliamentary system as ploy to extend President Gnassingbé's decades-long rule.**

Elections for newly-created upper chamber of parliament held 15 Feb cemented ruling Union for the Republic (UNIR) party's control over legislature, with UNIR winning 34 out of 41 seats voted for by local authority representatives; 20 further senators to be appointed by President Gnassingbé. As part of transition from presidential to parliamentary system in wake of new constitution adopted in 2024, legislature due to vote for president and new "president of Council of ministers", position with six-year terms and ability to renew indefinitely. Opposition – who largely boycotted elections – and civil society continued to denounce moves as ploy for Gnassingbé to extend stay in power.

Click here for past entries

---

➡ **Uganda**  FEBRUARY 2025

**Tensions surged over continued detention of opposition leader Kizza Besigye, while opposition suffered further attacks; military presence in DR Congo (DRC) expanded.**

*Continued detention of opposition figure fuelled outcry.* Army continued to detain Kizza Besigye as President Museveni 1 Feb rejected Supreme Court's late-Jan decision outlawing military trials for civilians. With authorities delaying shifting case to civilian judiciary, Besigye 10 Feb launched hunger strike; his frail appearance in court 14 Feb prompted widespread demand for his release from doctors, Catholic bishops, civil society and human rights groups. Public anger in following days escalated into protests in cities including capital Kampala, with police 17 Feb

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000944

in Kampala; released him four days later. NUP leader Robert Kyagulanyi, alias 'Bobi Wine', 19 Feb reported four more party members abducted at gunpoint in Mpigi district, fuelling fears of intensified repression; three released 24 Feb amid allegations they were tortured in detention. Security forces including Muhoozi 20 Feb raided NUP national headquarters in Kampala, seizing electronic and other equipment.

*Army ramped up DRC deployment.* Some 750 Ugandan troops 18 Feb entered Bunia, capital of Congolese province Ituri, as army claimed deployment was coordinated with Congolese army and aimed to "avert genocide"; moves followed Muhoozi's 15 Feb ultimatum ordering "all forces" in Bunia to disarm within 24 hours or face attack, citing persecution of his Bahima ethnic group. Uncertainty remained over whether parliament had authorised deployment amid tensions between army chief and legislature; hundreds of Muhoozi supporters 10 Feb demonstrated in Kampala against parliament.

Click here for past entries

➡ **Zimbabwe**  FEBRUARY 2025

**Moves to prolong President Mnangagwa's rule continued to provoke opposition and caused increasingly public rifts within ruling party; economic challenges mounted.**

*Suggested extension of presidential term remained highly controversial.* Efforts to amend constitution to allow Mnangagwa to extend his term beyond 2028 by at least two years continued to spark tensions and divisions, including within ruling ZANU-PF party. Several govt ministers and allies reiterated backing of proposed changes but others criticised moves, while Mnangagwa himself 17 Feb maintained his position that he would not stay in office after 2028. Discord came as group of liberation war veterans led by veteran leader Blessed Geza late Jan and again 11 Feb called for Mnangagwa to step down, accusing president of corruption and economic mismanagement; public pronouncements by veterans historically affiliated with ZANU-PF could signal increasing instability in ruling party. Police 24 Feb arrested journalist Blessed Mhlanga, who had aired interviews with Geza, on charges of "transmission of information that incites violence"; court 28 Feb denied Mhlanga bail, remanded him in custody until 14 March. Amid mounting tensions, over 20 military vehicles spotted in streets of capital Harare 19 Feb; govt said moves part of routine drills but widespread speculation over incident highlighted major uncertainty. Reports emerged that opponents of Mnangagwa's extension began to coalesce behind VP Constantino Chiwenga.

*Inflation surge worsened financial crisis.* Following Jan announcement of spike in inflation rate in both local currency and U.S. dollar terms, concerns grew over potential return to hyperinflation. Meanwhile, Finance Minister Mthuli Ncube 11 Feb said govt needed to regain access to international credit lines before it could adopt Zimbabwe Gold – introduced April 2024 and known as ZiG – as sole currency. International Monetary Fund 13 Feb reported drought caused by El Niño weather system lowered agricultural output by 15% and caused economic growth to slow from 5.3% in 2023 to 2% in 2024.

Click here for past entries

## Asia

➡ **Afghanistan**  FEBRUARY 2025

**Anti-Taliban armed groups staged attacks, Taliban forces clashed with Pakistani troops along disputed border, and Pakistan announced intensified deportations of Afghans amid global funding cuts.**

*Anti-Taliban groups continued attacks.* Islamic State Khorasan Province suicide bomber 11 Feb detonated outside of bank in Kunduz province (north east), killing five, including Taliban fighters, and injuring seven. Taliban 13 Feb reported suicide explosion at urban development ministry in capital Kabul, killing one and injuring three. Anti-Taliban groups, including National Resistance Front and Afghanistan Freedom Front, 17-20 Feb claimed five attacks against Taliban checkpoints in Kunduz. Firing incident in unclear circumstances at UN compound in Kabul 3 Feb killed one.

*Tensions persisted with Pakistan amid border clashes.* Pakistan and Taliban forces 17 and 20 Feb clashed along border near Torkham crossing after Taliban attempted to construct new border post; Torkham border remained closed from 21 Feb as talks failed to make progress.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000945

resources. Reuters 18 Feb reported U.S. Trump administration's plan to shut down Office of Coordinator for Afghan Relocation Efforts (CARE), which would prevent around 200,000 Afghans from receiving asylum in U.S.

*In other important developments.* Diplomats of former Afghan govt 6 Feb handed back embassy to Türkiye, signalling potential appointment of Taliban envoys. Bloomberg 19 Feb reported India was likely to accept Taliban ambassador soon. Taliban 20 Feb announced withdrawal of Afghanistan from International Criminal Court (ICC), calling Rome Statute "devoid of legal validity", after ICC chief prosecutor requested arrest warrants for top Taliban leaders in Jan.

Click here for past entries

---

➡ **Bangladesh**  FEBRUARY 2025



**Exiled former PM Sheikh Hasina's speech triggered violence against Awami League nationwide, uncertainty persisted around election timeline and U.S. aid cuts reverberated in Rohingya refugee camps.**

*Sheikh Hasina's speech triggered wave of political violence.* Former PM Sheikh Hasina 5 Feb addressed Awami League supporters from exile in India, urging resistance to new govt and alleging that it took power by "unconstitutional" means; in response, protesters destroyed homes and offices belonging to Awami League affiliates countrywide, with police appearing reluctant to intervene. Notably, protesters by 6 Feb demolished Hasina's family house in capital Dhaka. Students Against Discrimination (SAD), comprising activists who led July 2024 protests, accused Awami League of apparent retaliatory attack in Gazipur city on 8 Feb, which killed one. Govt same day launched security operation to curb unrest with police arresting 7,310, as of 21 Feb.

*Election schedule remained contentious.* Main opposition Bangladesh Nationalist Party (BNP) 12 Feb commenced protest campaign, comprising planned 67 rallies, with demonstrations in four districts to pressure govt into scheduling election for Dec 2025. Interim leader Muhammed Yunus 13 Feb said elections could happen "probably in December". However, press secretary 15 Feb said final date would depend on outcome of National Consensus Commission – formed 13 Feb and tasked with finding consensus by July among dozens of parties on timing of local and national polls.

*U.S. aid suspension hit refugee camps.* U.S. cuts to United States Agency for International Development (USAID) suspended some health services and waste management in Rohingya refugee camps; food support to refugees was also briefly suspended early Feb but resumed after around 10 days. Yunus and UN Special Envoy on Myanmar Julie Bishop 23 Feb discussed ways to mobilise more funds during meeting in Dhaka, as well as plans for high-level Rohingya conference later this year.

*Govt held talks with India and U.S. Trump administration.* Foreign advisor Touhid Hossain 16 Feb met Indian counterpart S. Jaishankar in Oman in effort to defuse simmering tensions. Amid efforts to shore up relations with U.S., Yunus 13 Feb held video call with Elon Musk (key figure in Trump administration) to discuss collaboration; Musk said he intended to visit country soon.

Click here for past entries

---

➡ **China/Japan**  FEBRUARY 2025



**China continued maritime presence in East China Sea while U.S. reiterated commitment to Japan's defence, including disputed islands.**

*Beijing maintained maritime presence in East China Sea.* As of 27 Feb, Japan detected 104 Chinese vessels in Japan's contiguous zone during month, with four vessels spotted within Japan's territorial sea. Notably, Japan 12 Feb lodged protest with China after four Chinese coast guard vessels entered Japanese territorial waters around disputed Senkaku/Diaoyu Islands – administered by Japan and claimed by China – in East China Sea. Fuelling speculation that China may be seeking to stabilise ties with Japan, Beijing 11 Feb removed buoy it had installed near Senkaku/Diaoyu Islands in July 2023. Meanwhile, Japan 10 Feb reported over week-long presence of Russian intelligence-gathering vessel since 1 Feb near Japan's southern islands. Russian media 17 Feb reported Russian naval ship conducted artillery firing drills in Sea of Japan.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000946

Click here for past entries

➡️ **Cook Islands**   FEBRUARY 2025

**Govt announced far-reaching "strategic partnership" with China, triggering backlash at home and from New Zealand.**

PM Mark Brown 10-14 Feb visited China – marking first official trip by leader in decade – and signed "Joint Action Plan for Comprehensive Strategic Partnership" covering numerous areas, including trade, investment, ocean science, infrastructure and transport; Cook Islands have had "free association" relationship with New Zealand since 1965, which has granted Auckland influence over foreign and defence policy and offers Cook Islanders New Zealand citizenship. Deal's announcement triggered political storm as New Zealand's FM Winston Peters said it "blindsided both the Cook Islands people and ourselves"; in bid to assuage broader concern about China's influence in region, Brown asserted deal "does not replace our longstanding relationships with New Zealand, Australia and others". Some 400 protesters 18 Feb rallied in capital Avarua against deal and in favour of close ties to New Zealand. Opposition party in parliament 26 Feb tabled no-confidence vote against Brown over deal, which was defeated 13-9; after vote, Brown criticised New Zealand, asserting "We are a partner" and "not a child". Earlier in month, Brown had announced he was ditching proposal for govt to start issuing own passports as part of initiative to mark 60 years of self-governance, citing heavy pressure from New Zealand.

Click here for past entries

➡️ **India**   FEBRUARY 2025



**Manipur chief minister resigned, prompting govt to impose federal governance; security forces continued crackdown on Maoist rebels and govt maintained dialogue with China.**

*Govt imposed "President's Rule" in Manipur state amid simmering conflict.* Manipur state Chief Minister N. Biren Singh 9 Feb resigned ahead of no-confidence motion in state legislature, anticipating his party would vote against him amid criticism over failure to resolve ethnic conflict. Central govt 13 Feb announced President's Rule, direct form of federal governance administered by Delhi-appointed governor. While Kuki-Zo community welcomed decision, Meitei organisations protested throughout state demanding its revocation. Newly-appointed state governor Ajay Kumar Bhalla 20 Feb called on citizens to surrender illegally-held or looted weapons, after more than 6,000 police weapons were stolen when conflict erupted in May 2023. Authorities subsequently sought to crack down on militia activity: notably, police 20 Feb arrested 17 militants from various banned organisations across four districts, and 21 Feb arrested 26 members of radical Meitei militant outfit, Arambai Tenggol, but were forced to release latter after protesters held rallies and blocked police vehicle transporting members. Arambai Tenggol 27 Feb surrendered 246 weapons to security forces.

*In centre, Maoist casualties mounted amid security crackdown.* In Chhattisgarh state (centre), security forces 9 Feb killed 31 Maoists during operations in forested areas of Bijapur district; clashes killed two security personnel and injured one. Home minister Amit Shah same day reiterated his vow to "completely eradicate [Maoism] from the country". Previously, security forces 2 Feb killed eight Maoists in Chhattisgarh's Bastar region. In Maharashtra state (west), shootout with Maoists 11 Feb killed policeman in Gadchiroli district. In Madhya Pradesh state (centre), security forces 19 Feb killed four female Maoists in Balaghat district.

*Govt continued engagement with Beijing.* FM S. Jaishankar 21 Feb met Chinese counterpart Wang Yi on sidelines of G-20 FM's meeting in South Africa; Jaishankar expressed hope to advance discussions on "management of peace and tranquillity in the border areas", welcoming opportunity to engage "even when our ties were going through a difficult phase". Chinese Defence Ministry 27 Feb said both sides "implementing the resolutions related to the border areas".

Click here for past entries

➡️ **India-Pakistan (Kashmir)**   FEBRUARY 2025

**Skirmishes between Indian and Pakistani forces erupted along Line of Control (LoC), while tensions between Chief Minister and Lieutenant-Governor strained dual administration arrangement.**

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000947

militants. Indian and Pakistani military officials 21 Feb met in Poonch district to reaffirm commitment to ceasefire agreement and reduce tensions.

*Lieutenant Governor's security measures drew criticism.* Chief Minister Omar Abdullah 13 Feb criticised police and security authorities for prohibiting prayers at regional capital Srinagar's central mosque through Muslim holy night of Shab-e-Baraat; police and security authorities fall under command of Lieutenant-Governor Manoj Sinha as part of dual administration structure in place since formation of regional govt in 2024. Police 13-14 Feb placed chief cleric Mirwaiz Umar Farooq under house arrest. Lieutenant-Governor 14 Feb terminated three govt employees over militancy allegations; since 2020, Lieutenant-Governor has dismissed 63 employees on similar grounds. Opposition leader Mehbooba Mufti 15 Feb criticised ruling National Conference for not fulfilling campaign promise to stop such "arbitrary and summary dismissals" and asserted "crackdowns, repression and disempowerment" continue unabated.

*In Jammu & Kashmir (J&K), insecurity persisted.* Militants 3 Feb killed ex-soldier and injured his family members in Kulgam district; media 5 Feb reported that security forces detained 500 people to investigate attack. National Conference President Farooq Abdullah reproached central govt for claiming "militancy has ended" amid continuing attacks. Authorities 5 Feb ordered investigation into death in custody of civilian in Kathua district previous day, after allegation of police torture over suspected militancy links. Bomb blast 11 Feb killed two Indian soldiers in Akhnoor sector near LoC in Jammu district. Lieutenant-Governor 12 Feb gave security forces "free hand to neutralise" militancy.

Click here for past entries

---

➡ **Indonesia**  FEBRUARY 2025



**Students took to streets in nationwide protests against budget cuts, including in Papua, while Jakarta continued to deepen defence partnerships abroad.**

*Govt faced large protests against budget cuts, as police made arrests in Papua.* Thousands of students 17-20 Feb rallied across country to protest planned $44bn budget cuts to free up funds for President Prabowo Subianto's ("Prabowo") flagship policies, including free health check-ups and establishing sovereign wealth fund; protesters expressed concern cuts would increase tuition fees and cause lay-offs, also demanded downsizing of Prabowo's cabinet of over 100 members and removal of military figures from civil positions. Student protests 17 Feb took place in several locations in Papua, with police reportedly firing tear gas and/or warning shots in Yalimo Regency (Highland Papua) and Wamena town (Highland Papua), but also arresting participants in Jayapura city (Papua province) and Nabire town (Central Papua); Amnesty International Indonesia next day criticised use of excessive force and arrests of peaceful protesters, called for investigation.

*Papuan armed group dismissed govt's amnesty offer.* After govt had mid-Dec floated idea of pardoning some 44,000 prisoners – some linked to armed groups in Papua such as West Papua Liberation Army (TPNPB), military wing of Free Papua Organisation – TPNPB late Jan said proposal was insufficient.

*Jakarta diversified defence partnerships.* After France 16-24 Jan participated in multilateral military exercises in Malacca, Sunda and Lombok straits, Prabowo 31 Jan–1 Feb hosted French Minister of Armed Forces Sébastien Lecornu; pair agreed to deepen cooperation on maritime security to maintain regional stability. Media 3 Feb reported govt was in final stages of negotiating deal for acquisition of Indian BrahMos cruise missiles. Prabowo and Turkish President Erdoğan 12 Feb agreed to "elevate defence cooperation". Prabowo 25 Feb agreed to strengthen strategic partnership with Russia's Secretary of Security Council Sergei Shoigu.

*UN reported marked increase in Rohingya refugee exodus.* UN refugee agency 6 Feb said more than 9,000 Rohingya sailed from Myanmar or Bangladesh in 2024, marking 112% increase compared to 2023, with vast majority coming from Myanmar and attempting to reach Indonesia or Malaysia; UN reported that at least 335 landed in Aceh province in Jan 2025.

Click here for past entries

---

➡ **Korean Peninsula**  FEBRUARY 2025



**U.S. reaffirmed commitment to South Korea's defence and held weeks-long joint military drills on peninsula, triggering North**

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000948

Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 149 of 400

FM Cho Tae-Yul and Japan's FM Iwaya Takeshi to discuss strategies to deter North Korean aggression and reiterated trio's commitment to denuclearisation of North Korea; U.S. also reaffirmed "ironclad commitments to defense of Japan and [South Korea]". In response, Pyongyang 18 Feb called denuclearisation "old and absurd" plan that is "impossible and unrealistic".

*South Korea's Constitutional Court moved toward ruling on impeachment.* Constitutional Court 13 Feb held eighth and final hearing of case on constitutionality of impeachment of President Yoon following his failed bid to declare martial law in Dec; if decision, which is expected in early March, approves impeachment, it would trigger presidential election within 60 days. Authorities elevated security at court and for eight justices ruling on case due to concerns about political violence amid plans for attacks on court circulating on conservative online platforms. Concurrently, Yoon 20 Feb attended criminal case after prosecutors indicted him for "insurrection", marking country's first criminal prosecution of incumbent president.

*Ukraine anticipated fresh deployment of North Korean troops to Russia.* After Ukrainian military sources claimed North Korean troops disappeared from battlefield in Russia's Kursk region in mid-Jan, Ukrainian President Zelenskyy 1 Feb alleged that up to 25,000 more troops may soon be deployed (see Russia).

Click here for past entries

---

⮕ **Myanmar**  FEBRUARY 2025

**Arakan Army launched new offensive against regime to capture Rakhine's state capital, triggering heavy clashes; rival Chin groups battled in Chin state and impact of U.S. aid cuts began to bite.**

*In Rakhine state (west), Arakan Army began operation against state capital.* Arakan Army launched offensive against regime positions on fringes of state capital Sittwe, one of last remaining junta positions in Rakhine state, in heaviest and most sustained clashes in area to date. Notably, Arakan Army 6-8 Feb shelled regime positions in northern Sittwe, prompting military to attack group in neighbouring Ponnagyun township and block river routes in and out of Sittwe. Arakan Army 11 Feb launched ground attacks in northern Sittwe. Clashes 20 Feb erupted near port town of Kyaukphyu, with Arakan Army 21 Feb shelling nearby regime naval command. Meanwhile, group continued push in neighbouring regions, such as Magway and Ayeyarwady; clashes with regime around Goke See outpost on Magway-Rakhine border reportedly killed and wounded hundreds.

*In Chin state (north west), hostilities erupted between rival Chin groups.* In Matupi township in state's south, Chinland Defence Force-Lautu and Maraland Defence Force clashed early Feb in disputed territory close to border with Thantlang township.

*Regime leader increased focus on election plans.* Regime leader Min Aung Hlaing repeatedly spoke publicly about plans for election, which observers anticipate could be in Nov 2025.

*Myanmar braced for impact of U.S. aid cuts.* After U.S. President Trump late Jan and early Feb laid groundwork for permanent closure of USAID, observers worried over impact on those suffering HIV/AIDS, as U.S. is largest provider of anti-HIV drugs, tuberculosis and malaria (which has increased manifold since coup), and refugees along Thai border, as humanitarian NGOs are forced to scale down services.

*In another important international development.* Amid sustained domestic and international pressure to take action against cyberscam operations in Myanmar borderlands, Thai authorities 5 Feb cut electricity, internet and fuel supply to five locations in Myanmar; thousands of released scam centre workers from Asian and African countries had crossed border into Thailand by late Feb or are poised to do so (see Thailand).

Click here for past entries

---

⮕ **New Caledonia (France)**  FEBRUARY 2025

**France commenced new dialogue on island's future status.**

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000949

➡️ **Pakistan**  FEBRUARY 2025



**Opposition led by former PM Imran Khan restarted protests to demand new elections; insecurity in Afghan border provinces claimed high death toll, while border clashes resumed with Taliban.**

*Imran Khan and opposition parties called for new elections, renewed protests.* Following collapse of talks in Jan between Pakistan Muslim League-Nawaz (PML-N)-led ruling coalition and Imran Khan's Pakistan Tehreek-e-Insaf (PTI), PTI and oppositions parties 4 Feb called for new elections under neutral election commission. Marking first anniversary of contested Feb 2024 elections, opposition parties led by PTI 8 Feb organised countrywide demonstrations, with major protest held in Swabi district in PTI-governed Khyber Pakhtunkhwa; PTI warned protests will continue until PTI mandate is returned and 15 Feb announced major anti-govt protests after end of Ramadan in early April. With military rejecting Khan's public overtures and PTI refusing to reopen dialogue with govt, PTI-led street unrest could be met with violent crackdown.

*Militant attacks and counter-insurgency operations exacted high death toll in Afghan border provinces.* Separate security operations in Balochistan province's Kalat district and Khyber Pakhtunkhwa province's Dera Ismail Khan district 1 Feb killed at least 18 military and paramilitary personnel and 23 militants. Elsewhere in Khyber Pakhtunkhwa, army 18 Feb said it killed 30 militants in South Waziristan. In Balochistan, militant attacks 16-17 Feb killed four security personnel in Kalat and Kech districts; police 19 Feb said militants killed at least seven Punjab bus passengers in Barkhan. Meanwhile, ceasefire between Sunni and Shia tribes in Kurram district struck early Jan appeared to unravel: gunmen 18 Feb attacked aid convoy in Sunni-dominated lower Kurram en route to Shia-dominated Parachinar city, killing five paramilitary personnel and truck driver; security forces 20 Feb raided several Sunni villages, arresting at least 30 suspects.

*Tensions with Kabul continued to mount amid border clashes.* Pakistan and Taliban forces 17 and 20 Feb clashed along border near Torkham crossing after Taliban attempted to construct new border post; Torkham border remained closed from 21 Feb as talks failed to make progress. Reports 4 Feb emerged of govt's plan to remove all Afghan refugees from Islamabad and Rawalpindi cities for eventual repatriation, first targeting undocumented Afghans (see Afghanistan).

Click here for past entries

---

➡️ **Philippines**  FEBRUARY 2025

**Legislators in south postponed regional elections until October as insecurity continued, while attempts to impeach VP Sara Duterte escalated political feud in capital Manila.**

*Insecurity persisted in Bangsamoro Autonomous Region in Muslim Mindanao (BARMM).* Senate of regional assembly 4 Feb approved bill delaying Bangsamoro parliamentary elections – key component of 2014 peace agreement – from May until 13 Oct 2025; Bangsamoro Transition Authority will continue as interim govt, with possible changes to its composition. With nationwide parliamentary and local elections still to proceed in region in May, regional police in BARMM 18 Feb called for deployment of additional 3,000 officers to bolster security amid growing concerns over election-related violence. In Maguindanao del Sur province, unidentified assailants 13 Feb shot and injured three local officials in Datu Abdullah Sangki municipality. Ambush 18 Feb killed villager and injured three others in Mamasapano municipality.

*Political tensions remained high in Manila.* Amid long-running political rift between President Marcos Jr. and VP Sara Duterte, 215 lawmakers in House of Representatives 5 Feb passed motion of impeachment against Duterte, citing alleged misuse of public funds and plotting to assassinate Marcos; two thirds of 24-member senate must approve motion for Duterte to be removed from office, which is complicated by senate having already been adjourned ahead of May elections. Duterte 18 Feb filed petition at Supreme Court requesting prohibition on impeachment. Senate president 27 Feb indicated trial was expected to start 30 July.

*Clashes continued between military and communist rebels.* Hostilities between govt security forces and communist rebels of New People's Army (NPA) occurred in Visayas (Negros and Samar) in centre and Mindanao (Sultan Kundarat and Agusan) in south, killing at least seven combatant and civilians. Notably, military 12 Feb killed top-ranking communist militant on outskirts of Butuan city, north-eastern Mindanao.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000950

➡ **South China Sea**   FEBRUARY 2025



**Maritime tensions persisted in South China Sea (SCS), particularly between China and Philippines.**

*Tensions remained high between China and Philippines.* Philippine Navy 9 Feb spotted Chinese fisheries research ship moving into Philippines' northern territory. Philippine Coast Guard 11 Feb reported its vessel confronted Chinese research ship, which was operating some 25 nautical miles off cost of Pangasinan province (in Luzon Island, Philippines) and prevented Chinese Coast Guard vessel from approaching Zambales province's coastline (Luzon). China's navy 5 and 12 Feb conducted routine patrols in SCS; Beijing accused Manila of "trying to cover up, through military provocations and media hype, its illegal infringement on China's maritime rights". Chinese naval helicopter 18 Feb flew within 10 feet of Philippine patrol plane near Scarborough Shoal; U.S. ambassador to Philippines condemned Chinese action. Philippine Coast Guard 27 Feb reported presence of China Coast Guard vessel sailing approximately 105-110 nautical miles off coast of Zambales. China's navy and air force 27 Feb conducted patrols around/over Scarborough Shoal.

*Regional maritime activity remained high.* U.S., Australia, Japan and Philippines 5 Feb conducted joint naval patrol in Philippines' Exclusive Economic Zone, marking first such drill involving the four states. U.S., Australia and UK 6-7 Feb conducted coordinated exercise in SCS. In escalatory development, Chinese fighter jet 11 Feb released flares in close proximity to Australia reconnaissance aircraft in SCS; Canberra condemned act as "unsafe and unprofessional", while Beijing accused Australia of violating its sovereignty and intruding in its airspace.

*China protested statement following U.S.-Japan summit.* Marking second visit to U.S. by foreign leader since inauguration of new administration in Jan, U.S. President Trump 7 Feb hosted Japan's PM Shigeru Ishiba at White House, where pair condemned China's "provocative activities" in SCS; Beijing 10 Feb responded that remarks interfere with China's internal affairs and escalate tensions. In response to journalist's question, China 12 Feb said it strongly condemned U.S. deployment of medium-range capability missile system in Philippines' Luzon Island in April 2024, asserting it "seriously undermined regional peace and stability" and warning "China will never sit idly by". Meanwhile, Japan and Philippines 24 Feb agreed to boost military ties and deepen defence cooperation.

[Click here for past entries](#)

➡ **Sri Lanka**   FEBRUARY 2025

**President Dissanayake presented govt's first budget, providing modest economic relief in line with IMF requirements; Attorney General came under fire over suspension of prominent murder investigation.**

*Govt revealed first budget, promising moderate economic relief.* President Dissanayake 17 Feb presented govt's first budget, attempting to balance popular demands for economic relief and severe fiscal constraints imposed by country's debt crisis and International Monetary Fund (IMF) agreement. Budget targets remain within IMF framework, including 2.3% surplus, while offering reduced income taxes and wage hikes for lower-to-middle-income workers and increases in some forms of health and welfare spending. Opposition parties 18 Feb criticised Dissanayake for continuing economic policies he had attacked during election campaign. IMF Executive Board 28 Feb completed third review of its loan agreement and approved disbursement of additional $334mn.

*Attorney General dropped prominent murder investigation, drawing strong criticism.* Media 4 Feb reported Attorney General Parinda Ranasinghe would not pursue prosecutions against key suspects linked to 2009 assassination of prominent editor Lasantha Wickrematunge, which had allegedly been carried out by military intelligence units and covered up by senior police. Govt next day announced it would review case, prompting Bar Association 7 Feb to express deep concern about political interference. Lasantha's daughter 6 Feb accused Attorney General of corruption and called on PM to impeach him; Ranasinghe later granted police additional time to investigate. Meanwhile, self-confessed criminal enforcer for prominent politicians was murdered 18 Feb, while gunman 19 Feb killed alleged underworld figure attending well-guarded court hearing in capital Colombo, sparking vigorous public debate about increase in killings and police failure to contain powerful, allegedly politically-connected, organised crime networks.

*Rajapaksa clan faced corruption charges.* Attorney General 14 Feb filed indictments against Yoshitha Rajapaksa, son of former president Mahinda Rajapaksa, and his grandmother Daisy Forrest on money laundering charges, following late-Jan indictment of eldest Rajapaksa son and opposition leader, Namal Rajapaksa, over criminal misappropriation of 70mn LKR.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our [privacy policy](#) for more details.

HaitiTPSAR000951

Click here for past entries

➡️ **Taiwan Strait**  FEBRUARY 2025



**China maintained military activity around Taiwan and condemned U.S. "fact sheet" that omitted long-standing U.S. policy to not support Taiwan's independence.**

*China continued military activity around Taiwan.* As of 28 Feb, Taiwan detected 464 Chinese military aircraft around island, of which at least 347 either crossed median line or were detected in Taiwan's air defence identification zone; Taiwan spotted 221 Chinese navy vessels in surrounding waters. Japanese newspaper Yomiuri Shimbun mid-Feb assessed that average daily incursions by China more than doubled since Taiwan's President Lai took office in May 2024, alongside increase in number of naval ships operating around island. In first such transits since U.S. President Trump entered office, two U.S. Navy ships 10-12 Feb sailed through Taiwan Strait; China said such action sent wrong signals. Canadian navy vessel 16 Feb transited strait. Taiwan's coast guard 25 Feb detained Chinese cargo ship following damage to undersea cable near Taiwan's Penghu Islands, marking fifth incident of cable damage in 2025; Taiwan's Coast Guard same day spotted four Chinese Coast Guard ships entering Kinmen waters. China 26 Feb commenced military drills involving warships and dozens of aircraft off Taiwan's south-western coast.

*China reacted harshly to altered U.S. language on Taiwan policy.* U.S. State Dept 13 Feb published "fact sheet" on relations with Taiwan, notably omitting long-included phrase "we do not support Taiwan independence"; in response, China 17 Feb condemned "serious regression in [U.S.] stance on Taiwan" and urged U.S. to "immediately correct its mistakes" or risk "further serious damage". Responding to reports Taiwan plans largest iteration of "Han Kuang" live-fire military drills this year, China's defence ministry 27 Feb called it "serious miscalculation" and warned Taiwan "We will come and get you, sooner or later".

*Taiwan continued foreign engagement.* Taiwan's FM Lin Chia-lung 4 Feb hosted delegation of Estonian lawmakers in capital Taipei. Lin and Taiwan's VP Hsiao Bi-khim 10 Feb met Japanese lawmaker Eikei Suzuki; Hsiao 7 Feb thanked Japan's PM Shiberu Ishiba for calling for maintaining status quo in Taiwan Strait. President Lai 11 Feb met delegation from Eswatini. FM Lin Chia-lung 17 Feb hosted delegation from Canadian parliament.

Click here for past entries

➡️ **Tasman Sea**  FEBRUARY 2025

**China staged unprecedented naval exercises in Tasman Sea, triggering deep concern in Australia and New Zealand.**

China's navy beginning 13 Feb entered Australia's Exclusive Economic Zone, coming as close as 150 nautical miles east of Hobart, capital of Australia's Tasmania island state. China's Navy flotilla 21-22 Feb conducted live-fire drills in Tasman Sea – body of water separating Australia and New Zealand – that forced commercial planes to divert routes; New Zealand's Defence Minister Judith Collins 24 Feb said they had "never seen a task force or task group of this capability undertaking that sort of work", describing "extremely capable" ships with "enormous strike power". Australia protested that although drills complied with international law, China had failed to give satisfactory notice; in response, Beijing said Canberra "deliberately hyped it up". Drills come after Chinese fighter jet 11 Feb released flares in close proximity to Australian reconnaissance aircraft in South China Sea (see South China Sea).

Click here for past entries

➡️ **Thailand**  FEBRUARY 2025

**Amid intensified militant violence in deep south, govt pledged to reduce operations for Ramadan, offering chance for de-escalation; authorities indicted opposition MPs and cracked down on cyberscams in Myanmar.**

*In southernmost provinces, govt proposed to "adjust operations" for Ramadan.* National Security Council 28 Feb announced "focus on peaceful operations" during holy month of Ramadan (which began 28 Feb), tantamount to unilateral reduction in hostilities; if main separatist armed

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000952

Case 3:25-cv-01766-EMC Document 357-1 Filed 01/01/26 Page 153 of 400

*Opposition members face indictment over lèse-majesté.* National Anti-Corruption Commission 14 Feb notified 44 MPs of now-defunct Move Forward Party, which had won May 2023 election, that it will indict them for breach of lèse-majesté law.

*Govt launched crackdown on cyberscams in Myanmar.* Amid domestic and international pressure, including from China, to take action against cyberscam operations in Myanmar's borderland, govt late Jan launched anti-transnational crime initiate, sealing off 51 border districts, and 5 Feb cut electricity and internet to select border regions in Myanmar (see Myanmar). PM Paetongtarn Shinawatra, on official visit to China, 6 Feb met Xi Jinping who thanked Thailand for efforts.

*Govt deported 40 Uyghur men to China.* Authorities 28 Feb sent 40 Uyghurs, held for over decade at Bangkok immigration detention centre, back to China; govt said Beijing provided assurances men would be well treated. EU, Germany, UK, U.S., UN and human rights groups condemned move, noting Uyghurs returned to China face arbitrary detention, torture and long-term imprisonment.

Click here for past entries

## Europe & Central Asia

➡ **Armenia**  FEBRUARY 2025



**Tensions persisted with Azerbaijan over weapons procurement amid stuttering peace process; Yerevan stepped up diplomatic engagement with West.**

*Armenia-Azerbaijan peace process remained fragile.* PM Pashinyan 10 Feb published article on current state of negotiations with Azerbaijan, focusing particularly on weapons procurement. He pushed back against narrative from Baku that Armenia's arms purchases indicate plans to attack Azerbaijan, arguing instead that his country feels threatened by its neighbour and is arming in self-defence. He concluded with proposals to establish mechanisms for reciprocal arms control and joint investigation of border incidents to build trust between sides. Azerbaijan's Foreign Ministry 11 Feb responded, accusing Pashinyan of efforts to "distort reality and deceive the global community". Tense exchange added to concerns that peace process is deadlocked. Armenia's Foreign Ministry, however, 25 Feb announced it had received Azerbaijan's response to draft peace agreement, though Baku had neither confirmed nor denied sending document by end of Feb. Meanwhile, state border remained stable, with no reported incidents in Feb.

*Yerevan increased diplomatic engagement with West.* Parliament 12 Feb approved govt-backed bill to start EU accession process, though Pashinyan said that Armenia and EU must first establish roadmap to membership before issue is put to popular referendum. No EU member state has officially voiced support for Armenian membership, however, which Russia 12 Feb pointed out, saying "Armenians themselves will have to figure out whether [their interest in the EU] is mutual". Meanwhile, Pashinyan 3 Feb embarked on trip to U.S. to court new administration, notably meeting with U.S. VP Vance on 7 Feb. He went on to France where he met with French President Macron on 10 Feb before heading to Germany for 14-16 Feb Munich Security Conference, holding talks with German Chancellor Scholz and European Council President Antonio Costa on summit's sidelines.

Click here for past entries

➡ **Azerbaijan**  FEBRUARY 2025



**Tensions persisted with Armenia over weapons procurement, relations with Russia continued to sour, and several independent outlets closed amid challenging media environment.**

*Azerbaijan-Armenia peace process remained fragile.* Armenian PM Pashinyan 10 Feb published article on current state of negotiations with Azerbaijan, focusing particularly on weapons procurement following President Aliyev's Jan warning about Yerevan's "armament campaign". Pashinyan pushed back against narrative that Armenia's weapons purchases indicate plans to attack Azerbaijan, arguing instead that his country feels threatened by its neighbour and is arming in self-defence. He concluded with proposals to establish mechanisms for reciprocal arms control and joint investigation of border incidents to build trust between sides. Foreign Ministry 11 Feb responded, accusing Pashinyan of efforts to "distort reality and deceive the global community". Tense exchange added to concerns that peace process is deadlocked.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000953

Ministry. Closure added to simmering tensions with Moscow, sparked by latter's accidental downing of Azerbaijani aircraft in Dec 2024 and heightened by Baku's warming ties with Ukraine.

*Several independent media outlets shuttered.* Notably, Azerbaijan's first independent news agency, Turan, 13 Feb announced it had paused operations, pointing to persistent financial challenges. BBC 20 Feb said govt had ordered broadcaster to suspend operations in country. Govt 24 Feb also closed offices of Russian outlet, Sputnik.

Click here for past entries

---



➡️ **Belarus**   FEBRUARY 2025

**Senior U.S. officials held talks with President Lukashenko, while UN experts accused authorities of "widespread human rights violations".**

*Senior U.S. officials held talks with Lukashenko.* U.S. Sec State Marco Rubio 12 Feb announced that Belarus had released three political prisoners, including one U.S. citizen, following meeting between senior U.S. officials and President Lukashenko in capital Minsk. Though details of gathering remain confidential, 15 Feb report by media outlet The New York Times said visit (first in five years of senior U.S. State Department official) signalled shift in U.S. policy, which could lead to release of more political prisoners in return for easing of U.S. sanctions. Meanwhile, security ties between Minsk and Moscow remained strong; notably, top defence official Valery Revenko 20 Feb said countries would hold "Zapad-2025" joint military exercise mid-Sept in Belarus involving some 13,000 soldiers.

*UN experts accused authorities of 'systemic' human rights violations.* Group of independent UN experts 7 Feb reported that authorities have carried out "widespread human rights violations, some amounting to crimes against humanity, as part of a systemic campaign to silence political opposition" since disputed election in 2020; this, they said, included imprisonment and persecution of individuals for their "real or perceived political views".

Click here for past entries

---

🏴 Bosnia And Herzegovina   FEBRUARY 2025



**Tensions soared following conviction of Bosnian Serb leader Milorad Dodik, which prompted Republika Srpska's (RS) National Assembly to pass set of laws rejecting state-level judiciary.**

*Court convicted Dodik for defying rulings of High Representative.* State-level Court of BiH 26 Feb sentenced president of self-governing RS Milorad Dodik to one year in prison and banned him from participating in politics for six years after defying decisions issued by High Representative for BiH Christian Schmidt; in July 2023, Schmidt banned RS authorities from implementing two laws aimed at blocking enforcement of judgements by Constitutional Court of BiH, but Dodik pushed back and continued legislative procedure. Dodik has two weeks to appeal judgement, which, if upheld, would remove him from office as RS president. Dodik 26 Feb rejected judgment while Serbian President Vučić same day called urgent session of National Security Council, which condemned ruling as "undemocratic, uncivilised [and] unlawful", and warned that BiH was in biggest crisis since end of war in 1995.

*RS Assembly passed set of laws rejecting state-level judiciary.* RS National Assembly 26 Feb held emergency session following ruling, concluding that Court of BiH committed "coup d'état" and asserting that RS "does not accept any decision by Christian Schmidt". Assembly next day passed four highly controversial laws rejecting authority of Bosnian prosecutors, Court of BiH and its security agency, in effect breaking with state-level judiciary; Bosniak representatives in RS 28 Feb promised to contest laws. During Assembly debate, Dodik said "this is not a secession", indicating actions are aimed at bolstering RS' autonomy by rolling back state-building reforms rather than seceding fully; Dodik and RS leadership appeared to be taking advantage of what they see as favourable geopolitical moment, with European and U.S. leaders distracted and with support from Serbia and Hungary.

Click here for past entries

---

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000954

**Republic of Cyprus signed energy deal with Egypt, stoking criticism from Turkish Cypriot leadership, while senior UN official engaged parties on potential return to dialogue.**

*Tensions surfaced over hydrocarbon exploration plans.* Republic of Cyprus President Christodoulides 17 Feb visited Egyptian capital Cairo to meet Egyptian President Sisi; two parties signed Memorandum of Understanding, including agreement to jointly develop hydrocarbon resources in Block 6 of Cyprus' Exclusive Economic Zone; separately, Republic of Cyprus, Egypt and consortium of energy companies signed understanding on development of Aphrodite gas field. In response, "Turkish Republic of Northern Cyprus" ("TRNC") next day criticised agreements, arguing they were signed at expense of rights of Turkish Cypriots.

*UN official explored prospects for resumption of Cyprus talks.* After Christodoulides and leader of "TRNC" Ersin Tatar met in Jan to discuss opening new crossing points across divided island, UN Under-Secretary for Political and Peacebuilding Affairs Rosemary Di Carlo 10-13 Feb held talks in Nicosia, Ankara, and Athens to discuss prospects for resumption of negotiations on Cyprus issue; Greek Cypriots and Turkish Cypriots, along with guarantor states Türkiye, Greece and UK, will meet under UN auspices in Switzerland in mid-March.

*Republic of Cyprus engaged new Syrian leaders.* Republic of Cyprus FM Costantinos Kombos 20 Feb visited Syrian capital Damascus and held meetings with Syria's new leaders, including newly-appointed President Ahmed al-Sharaa; Republic of Cyprus is concerned about potential maritime deal between Türkiye and Syria that could cut through its claimed Exclusive Economic Zone (see Türkiye).

Click here for past entries

➡ **Georgia**  FEBRUARY 2025



**Momentum of anti-govt street protests waned amid ongoing crackdown, ruling party sought to attract attention of new U.S. administration, and elections in Abkhazia set for 1 March run-off.**

*Govt crackdown on protests continued.* Small-scale protests continued in capital Tbilisi against govt, which remained committed to stamping them out despite their waning momentum. Notably, media reports early Feb found that authorities had rapidly expanded network of surveillance cameras, some of which use facial recognition systems, leading to hefty fines for protesters when cameras catch them blocking street. Lawmakers 6 Feb also toughened laws regulating freedom of assembly. Meanwhile, legislature 5 Feb voted to strip 49 opposition MPs – who boycotted parliament over contested Oct election – of their mandates.

*Ruling Georgian Dream party sought Trump's attention.* Head of ruling party faction in parliament Mamuka Mdinaradze 3 Feb accused U.S. Embassy of fomenting anti-govt protests in recent months and said actions contradict will of new leadership in Washington; embassy dismissed accusations as "categorically false", saying they "demonstrate a lack of understanding of what the United States Embassy does to support President Trump". Mdinaradze's comments signalled efforts by Georgian Dream leaders to take advantage of ideological convergence with new U.S. administration, despite Caucasus region apparently ranking low on President Trump's agenda.

*Abkhazia's de facto polls produced no clear winner despite Russian efforts.* Breakaway region of Abkhazia 15 Feb held de facto presidential elections. Candidate associated with govt, Badra Gunba, secured over 46% of vote, while his main opponent Adgur Ardzinba took around 37%; two will compete in run-off on 1 March (await next month's edition for more). Ahead of poll, Russia threw its weight behind Gunba, likely calculating that he could reintroduce controversial legislation allowing Russians to buy property in region. Gunba early Feb met with senior officials in Russia, after which Moscow 6 Feb announced it was fully restoring Abkhazia's electricity supply and funding salaries of public sector employees. Gunba 7 Feb returned to region, taking first flight to land at newly renovated airport in main city, Sukhumi. Observers interpreted actions as Russian signal to Abkhazians that electing Gunba will result in greater support.

Click here for past entries

➡ **Kosovo**  FEBRUARY 2025



**Ruling party claimed victory in parliamentary elections but failed to secure majority, setting stage for lengthy negotiations to form coalition govt.**

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000955

coalition talks with two other opposition parties. Discussions had yet to begin by end of Feb, however, due to delay in finalising vote count. In Serb majority north, Serbian List party secured all ten parliamentary seats reserved for Serb community.

*EU criticised new govt measures affecting Serb minority.* New EU Special Representative for Belgrade-Pristina Dialogue Peter Sørensen 6 Feb held separate talks with Serb and Kosovar chief negotiators in Belgian capital Brussels. Pristina's treatment of Serb minority continued to undermine normalisation efforts, however. Notably, Kosovo police 21 Feb closed Serbian-supported social work centres, claiming they were used to facilitate "illegal acts related to the electoral process"; EU same day urged Pristina to reconsider, saying neither healthcare nor education institutions supporting "basic social services should be closed".

Click here for past entries

---

➡️ Kyrgyzstan   FEBRUARY 2025

**Bishkek and Dushanbe finalised December border deal, paving way for greater regional cooperation and connectivity; Kyrgyz and Russian PMs discussed bilateral ties.**

*Kyrgyz and Tajik officials finalised border delimitation agreement.* Govt 21 Feb announced that meeting with Tajik officials in capital Bishkek had led to finalisation of Dec 2024 border delimitation deal. According to statement, sides also agreed on future development of interstate roads and management of water resources/infrastructure; Central Asian states have long argued over region's scarce water resources, with tensions sharpest in Ferghana Valley, where Kyrgyzstan, Tajikistan and Uzbekistan converge.

*Kyrgyz and Russian PMs discussed bilateral ties.* During 3 Feb phone call, PM Kasymaliyev and his Russian counterpart Mikhail Mishustin reportedly affirmed "importance of further strengthening practical cooperation between Russia and Kyrgyzstan in all areas of mutual interest". Conversation followed late-Jan meeting on sidelines of Eurasian Economic Union gathering in Kazakhstan, during which Mishustin called for an end to "administrative pressure" on Russian companies operating in Kyrgyzstan.

Click here for past entries

---

➡️ Moldova   FEBRUARY 2025

**Russian drones crossed into Moldovan airspace, aggravating bilateral tensions; energy crisis in breakaway region of Transnistria eased.**

*Authorities accused Russia of violating Moldovan airspace.* President Sandu 13 Feb said multiple Russian drones crossed into Moldovan airspace overnight, two of which exploded on its territory. Foreign Ministry same day summoned Russian ambassador to protest "unacceptable violations". Two more drones 16 Feb entered Moldova's airspace; FM Popșoi 17 Feb again condemned intrusions.

*In other important developments.* De facto authorities in Transnistria 14 Feb said region had started receiving gas after 1 Jan cut-off thanks to loan from Moscow, easing energy crisis. Meanwhile, in bid to ease tensions between autonomous Gagauzia region and Chișinău, Sandu 27 Feb met with local civil society representatives to discuss protection of Gagauz language, culture and traditions.

Click here for past entries

---

➡️ Russia (Internal)   FEBRUARY 2025

**Washington renewed ties with Moscow but sidelined Ukraine and European countries from talks, straining transatlantic relations; Russian efforts to expel Kyiv's troops from Kursk region continued.**

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000956

Russia-U.S. rapprochement and illustrating worsening transatlantic relations. U.S. and Russia 27 Feb held further meetings in Turkish city Istanbul, leading to Washington's approval of new Russian ambassador to U.S.

*Moscow reiterated its conditions for peace in Ukraine.* Moscow's UN representative 17 Feb reiterated longstanding Russian demand that "future Ukraine must be a demilitarised and neutral". FM Lavrov next day rejected possible peacekeeping contingent in Ukraine (idea floated by several NATO members), 26 Feb said ceasefire is impossible until Russia controls all four annexed regions of Ukraine. Meanwhile, Moscow continued questioning legitimacy of Ukrainian President Zelenskyy, whose term was extended in May 2024 under martial law; Trump 19 Feb echoed narrative, calling Zelenskyy "a dictator without elections".

*Russia sought to claw back more territory in Kursk.* Russian forces recaptured several more settlements in Kursk region from Ukraine, including Sverdlikovo, Pogrebki and Orlovka. Defence Ministry 20 Feb announced its troops had regained around 64% of territory seized by Ukraine in Aug 2024. South Korea 4 Feb reported that North Korean troops had withdrawn from battlefield in Jan following heavy losses, though Zelenskky 1 Feb alleged that up to 25,000 more troops may soon be deployed. Meanwhile, Kyiv continued striking Russian industrial sites, targeting facilities in Volgograd, Astrakhan, Krasnodar, Saratov and Lipetsk regions.

Click here for past entries

---

➡️ Russia/U.S.   FEBRUARY 2025

**Washington renewed ties with Russia but excluded Ukraine and European countries from talks, straining transatlantic relations.**

U.S. President Trump 12 Feb said he held "lengthy and highly productive" call with Russian President Putin, during which pair agreed to "start negotiations immediately" and to meet in person, though no date set by end of Feb. Following phone call, senior U.S. and Russian officials 18 Feb met in Saudi capital Riyadh for first time since 2022 full-scale invasion to discuss new era of bilateral relations and ending Ukraine war. Neither Ukraine nor EU attended talks, with Kremlin 18 Feb accusing latter of trying to "inflict a strategic defeat" on Russia and calling for bloc's exclusion from negotiations until it ends military support for Kyiv. Day later, EU imposed new sanctions on Russia, sharply contrasting with Russia-U.S. rapprochement and illustrating worsening transatlantic relations. U.S. and Russia 27 Feb held further meetings in Turkish city Istanbul, leading to Washington's approval of new Russian ambassador to U.S.

Click here for past entries

---

➡️ Tajikistan   FEBRUARY 2025

**Dushanbe and Bishkek finalised December border deal, paving way for greater regional cooperation and connectivity; election monitors cancelled mission ahead of March polls.**

*Tajik and Kyrgyz officials finalised border delimitation agreement.* Kyrgyz govt 21 Feb announced that meeting with Tajik officials in Kyrgyz capital Bishkek had led to finalisation of Dec 2024 border delimitation deal. According to statement, sides also agreed on future development of interstate roads and management of water resources/infrastructure; Central Asian states have long argued over region's scarce water resources, with tensions sharpest in Ferghana Valley, where Kyrgyzstan, Tajikistan and Uzbekistan converge.

*Election monitors cancelled mission ahead of March polls.* Organization for Security and Co-operation in Europe 4 Feb announced decision to cancel its election mission ahead of parliamentary elections in March, pointing to "the absence of formal guarantees that our observers will be able to carry out their work". Observers were deployed late Jan following pre-election needs assessment, which had raised concerns about "independence and impartiality of the election administration", lack of judicial independence and "overall deterioration of the media environment", among other things.

*Supreme Court handed lengthy sentences to former officials accused of coup plot.* Media outlet Radio France Europe/Radio Liberty 5 Feb reported that Supreme Court had sentenced nearly a dozen former officials and politicians to jail terms of up to 27 years, accusing them of conspiring to overthrow President Rahmon. Trial took place behind closed doors, fuelling speculation that it may have been politically motivated, though authorities cited national security concerns.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000957



**Kurdistan Workers' Party (PKK) leader called on group to disarm and disband, lending momentum to govt's political initiative to end decades-old conflict; Ankara continued to deepen ties with Syrian govt.**

*Imprisoned PKK leader urged group to lay down arms and dissolve.* In historic move that bolsters govt's efforts to end forty-year conflict with PKK, delegation of pro-Kurdish party DEM MPs 27 Feb announced message from imprisoned PKK leader Abdullah Öcalan after visiting him for third time in two months. In his message, Öcalan said that PKK's ideological foundation, based on "real socialism", was now obsolete and that historical conditions that led to the PKK's emergence no longer existed, making group's voluntary dissolution an inevitable imperative; he called for PKK to convene congress to take decision in this direction. Öcalan also dismissed separatism, federalism and autonomy as solutions to Kurdish question, arguing for democratic system and new relations between Turks and Kurds based on brotherhood and mutual respect. Initial reactions from govt officials and host of Kurdish actors were promising; PKK 1 March announced unilateral ceasefire and voiced support for implementing Öcalan's call for congress (await next month's edition for more).

*Turkish military pressure on PKK continued.* Notwithstanding positive political developments, military continued operations against PKK in northern Iraq and Syria. Notably, military 1-28 Feb claimed it had "neutralised" over 50 militants in Iraq (see Iraq). YPG-attributed car bomb near Syria's Manbij city, held by Turkish-backed groups, 4 Feb killed 20, mainly civilians, as conflict between Syrian Democratic Forces and Turkish-backed groups continued (see Syria).

*Ankara continued to deepen relations with new Syrian leadership.* In sign of bilateral ties continuing to improve, Syria's newly-appointed President Ahmed al-Sharaa 4 Feb paid first official visit to capital Ankara; President Erdoğan reaffirmed commitment to Syria's territorial integrity and unity. FM Hakan Fidan next day emphasised Syrian leaders had committed to eliminating all PKK elements from territory and indicated discussions with U.S. had intensified on future of U.S. military presence in Syria.

*Authorities continued crackdown on ISIS.* Security forces continued countrywide operations against Islamic State (ISIS), detaining over 360 ISIS-linked suspects during Feb. Notably, police 5 Feb detained 164 suspects in 21 provinces.

Click here for past entries

---

 **Ukraine**   FEBRUARY 2025

**Washington renewed dialogue with Moscow and confronted President Zelenskyy over peace plans as European states reaffirmed support for Kyiv; fighting continued in Donetsk region.**

*U.S. renewed ties with Moscow as tensions with Kyiv rose.* U.S. Defence Secretary Pete Hegseth 12 Feb said NATO membership for Ukraine was "unrealistic" and that U.S. troops would not deploy to Ukraine as part of security guarantees; analysts said comments risk giving Washington weaker hand vis-à-vis Kremlin in future peace talks. Hours later, Trump spoke with Russian President Putin, leading to first high-level meeting between U.S. and Russian officials since 2022 invasion on 18 Feb in Saudi capital Riyadh (see U.S./Russia). Zelenskyy, whose govt was not invited, same day said he would not accept peace negotiations held "behind Ukraine's back". Trump 18 Feb responded by blaming Ukraine for war. In sign of growing strain in relations, U.S. 24 Feb tabled UN resolution on Ukraine to compete with draft from Kyiv and European allies. Then, Trump and his VP J.D. Vance 28 Feb publicly confronted Zelenskyy during U.S. visit, raising concerns about future U.S. assistance.

*European states sought dialogue with U.S. while showing strong support for Kyiv.* European leaders renewed discussions about defence to bolster European security as they reaffirmed support for Zelenskyy; notably, France 17 Feb hosted emergency Ukraine summit with leaders from UK, Italy, Germany and Poland, plus NATO and EU representatives. Meanwhile, French and UK leaders 24, 27 Feb visited Trump in effort to stem unravelling transatlantic relations and seek reassurances over Ukraine.

*Russia pressed on in Donetsk without notable territorial gain.* Russia 7 Feb claimed capture of Toretsk city in eastern Donetsk (which Kyiv denied), as its troops fought to seize embattled Chasiv Yar town nearby. Further west, Moscow's efforts to encircle logistics hub of Pokrovsk appeared to lose momentum, while Ukrainian forces 16 Feb recaptured neighbouring Pishchane village. Meanwhile, Kyiv and Moscow continued airstrikes, with latter 23 Feb launching large-scale overnight attack to coincide with three-year anniversary of invasion. Kyiv continued fighting in Russia's Kursk region (see Russia).

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000958

Click here for past entries

➡ **Uzbekistan**  FEBRUARY 2025



**EU confirmed first ever EU-Central Asia summit would take place in Uzbekistan in April.**

EU delegation to Uzbekistan 13 Feb confirmed that European Council President António Costa, along with European Commission President Ursula von der Leyen, will travel to Uzbekistan for first-ever EU-Central Asia summit on 3-4 April, hosted by President Mirziyoyev. Statement noted that summit presents "key opportunity for the EU to demonstrate its geopolitical interest in intensifying bilateral engagement and enhance regional cooperation with Central Asia".

Click here for past entries

## Latin America & Caribbean

➡ **Amazon**  FEBRUARY 2025



**Indigenous groups continued to face threats from illegal miners; Venezuelan gang clashed with Guyanese soldiers in Essequibo region; Brazil advanced controversial oil drilling initiative.**

*In Peru, Indigenous community denounced presence of armed miners in their land.* Leader of Indigenous Wampis community 17 Feb travelled to Peruvian capital Lima to denounce presence of armed gold miners in Wampis territory. He demanded authorities declare state of emergency to counter these illegal incursions, which pose growing risk to community and which have led to severe environmental damage; he also accused miners of using children as "human shields" to defend their operations when security forces or community members carry out interdictions. PM Adrianzén and Minister for Women and Vulnerable Populations Ángela Hernández Cajo expressed dismay but announced no concrete measures against miners.

*In Guyana, suspected Venezuelan criminals attacked Guyanese soldiers.* Suspected members of Venezuelan gang involved in illegal gold mining in Guyana's Essequibo region (claimed by Venezuela) 17 Feb wounded six Guyanese soldiers during shootout along shared border. Home affairs minster 18 Feb summoned Venezuelan ambassador, urging Caracas to address criminal activity in border region in order to prevent similar incidents in the future.

*In Brazil, govt pushed for oil drilling while preparing to host COP30.* During month, Brasília pushed for approval of controversial oil drilling initiatives in Foz do Amazonas basin near Amazon River mouth, defying environmental commitments as country prepares to host COP30 climate summit in Nov. Actions triggered backlash from environmental activists, who argued that Brazil's pursuit of fossil fuel expansion compromises its credibility as climate leader on international stage.

Click here for past entries

➡ **Bolivia**  FEBRUARY 2025



**Former President Evo Morales left political party he led for nearly three decades and announced candidacy for August elections, defying constitutional two-term limit.**

Evo Morales 20 Feb launched his fourth presidential bid despite constitutional two-term limit, telling reporters he would run in Aug elections on ticket of Front for Victory, left-wing political party with no seats in parliament. One week later, Morales announced his formal resignation from ruling Movement Toward Socialism (MAS) party, which he led for nearly 30 years, following bitter internal power struggle with President Arce. Morales remains in hiding in Cochabamba region after authorities mid-Dec issued his arrest warrant for alleged rape and trafficking of

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000959



## Colombia    FEBRUARY 2025



**Attorney General's office arrested several high-profile armed group negotiators, threatening ongoing peace dialogue efforts; guerrilla movement National Liberation Army (ELN) expanded attacks to new areas.**

*Arrest of several armed group negotiators threw peace talks into uncertainty.* Attorney General's office 12 Feb arrested alias Araña, leader of armed group Comandos de la Frontera (which is in talks with govt), following U.S. extradition request; though govt has lifted all domestic arrest warrants on Araña while he participates in negotiations, attorney general said it was legally obliged to comply with international extradition request. Two days later, Attorney General arrested negotiator of FARC dissident faction Estado Mayor de los Bloques (EMB), also on extradition orders. Arrests risk complicating nearly all ongoing peace processes, with negotiators already asking questions about legal guarantees for meeting with govt. Meanwhile, govt representative and armed criminal group Gaitanista Army (EGC) 3 Feb said they were committed to advancing exploratory talks following extraordinary meeting, though process faces new obstacles after Araña's arrest, given several EGC negotiators face open extradition requests.

*Violence continued in Catatumbo region and spread to other areas.* Clashes between ELN and FARC dissident group Frente 33 continued in Catatumbo as ELN sought to consolidate its hold on region's key trafficking corridors and expel its rival. UN 18 Feb reported that roughly 8,600 people remained forcibly confined in region while 19,000 faced mobility restrictions, due either to armed group regulations or fear of being trapped in combat. Insurgency 20 Feb launched string of bombings in Cúcuta city south of Catatumbo, targeting police stations and public infrastructure. ELN also expanded combat in several other areas. In Bolívar state, guerrillas clashed with EGC in Monte Cristo and Santa Rosa del Sur municipalities, displacing at least 1,000 people. ELN 12 Feb also made armed incursion into reintegration area established by demobilised members of former FARC in Yondó municipality (Antioquia province); move could signal fracturing of alliance between ELN and EMB in Bolívar (located right next to Yondó).

*U.S. funding freeze put police and military on back foot.* Washington's late-Jan suspension of foreign assistance continued to impact Colombia's security forces, which depend heavily on U.S. financing for counternarcotic-linked operations.

Click here for past entries

---

## Ecuador    FEBRUARY 2025

**Elections ended in near tie between incumbent President Noboa and left-wing candidate Luisa González, who will face each other in April run-off; criminal violence persisted.**

*Presidential election produced no clear winner, setting stage for April run-off.* Presidential poll held 9 Feb resulted in near tie between conservative incumbent Noboa and Luisa González, left-wing candidate of Citizen Revolution Movement; they will face each other in run-off on 13 April. Simultaneous legislative elections saw Noboa's National Democratic Action win 66 seats and González's Citizen Revolution, in coalition with centre-left RETO movement, secure 67, creating almost bipartisan Assembly. Electoral observation missions of EU and Organization of American States 11 Feb dismissed allegations of electoral fraud initially raised by González and later echoed by Noboa. Meanwhile, Constitutional Court 3 Feb ruled that executive decrees by which Noboa transferred presidential powers to govt official Cynthia Gellibert for short periods during election campaign were unconstitutional.

*Criminal targeting of local authorities and security forces persisted.* Notably in Manabí province, unknown assailants 12 Feb killed official from Olmedo canton. In Guayas province, gunman 14 Feb killed lieutenant colonel Porfirio Cedeño near Litoral Penitentiary in Guayaquil city; Cedeño had commanded Air Force's Special Operations Group, which targeted drug trafficking gangs in Durán canton. In same province, gunmen disguised as soldiers 15 Feb killed three Ecuadorians and one Ghanaian national in Samborondón town; armed men next day killed seven people, also in Guayaquil. In Cañar province, gunman 21 Feb killed anti-narcotics police captain and wounded three police officers. Meanwhile, Noboa 19 Feb instructed Foreign Ministry to reach cooperation agreements with allied countries to allow foreign special forces into Ecuador to support fight against organised crime.

Click here for past entries

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000960

**Lawmakers approved set of criminal law reforms, prompting fresh outcry from human rights organisations; President Bukele struck deportation deal with U.S.**

*Criminal law reforms sparked outcry among human rights organisations.* Amid ongoing state of emergency, first imposed in March 2022 to tackle gang violence, Legislative Assembly 12 Feb approved reforms to Juvenile Criminal Law, Prisons Law and Laws against Organized Crime. Among other things, these changes enable transfer of children detained for "organised crime offenses" to adult prison system. Reforms, which came into effect 22 Feb, triggered fresh concern among human rights organisations. Notably, Human Rights Watch 24 Feb warned measures expose children to "heightened risk of abuse", while Amnesty International 27 Feb said reforms "exacerbate and facilitate continued human rights abuses, particularly against persons not yet of legal age".

*El Salvador and U.S. struck deportation agreement.* U.S. Sec State Marco Rubio 3 Feb visited El Salvador to negotiate new migration agreement with President Bukele, following latter's Jan call with U.S. President Trump. Bukele later announced that he would accept deportees from U.S. of any nationality who have committed serious crimes and hold them in El Salvador's prisons in exchange for fee.

Click here for past entries

---

➡ **Haiti**   FEBRUARY 2025



**Amid rampant gang violence, questions about future U.S. support for foreign security mission emerged while discussions about holding elections in late 2025 intensified.**

*Gang violence continued unabated.* Notably, gangs sought to seize Kenscoff community in mountains above upscale neighbourhood of Pétion-Ville in capital Port-au-Prince, with official figures showing violence had displaced over 4,000 people and killed at least 50; authorities 18 Feb said they were seeking 16 individuals, including former senator Nenel Cassy and former representative of Kenscoff, Alfredo Antoine, for alleged involvement in attacks. Gangs 13 Feb set fire to parts of Haiti's largest hospital, located in downtown Port-au-Prince. Gangs 14 Feb launched offensive in several areas of capital, including Delmas 30 neighbourhood, 24 Feb scaled up attacks, which displaced at least 12,000 people. Meanwhile, Justice Minister Patrick Pélissier 2 Feb assigned new Security Secretary Mario Andrésol to oversee law enforcement operations in metropolitan area of Port-au-Prince and Artibonite department, another hotspot for gang violence.

*U.S. partially froze funding for international security force.* U.S. early Feb froze donations to international security mission's trust fund, raising questions about Washington's commitment to underwrite future security operations, though it did approve waivers for $40.7mn in aid for mission and Haitian police. Meanwhile, 70 soldiers from El Salvador and 144 officers from Kenya 6 Feb respectively joined mission, bringing total personnel to roughly 1,000. One Kenyan police officer 23 Feb died during anti-gang operations in Artibonite, first casualty of mission. In 24 Feb letter to UN Security Council, UN Sec-Gen António Guterres recommended assisting mission through UN support office with logistics and operations, stating that "at this stage, transitioning to a UN peacekeeping operation is not...a feasible option".

*Domestic and regional actors discussed prospects for elections in 2025.* CARICOM (body of Caribbean nations) 6 Feb met with sectors represented in transitional govt amid high tensions between those sectors and Transitional Presidential Council; some participants called for inclusion of new political forces in discussions. Elections currently slated for late 2025 featured in talks, with some representatives pushing for their postponement until 2026; similar discussions about whether Haiti should hold elections under current security conditions took place during CARICOM Heads of State Summit 19-21 Feb.

Click here for past entries

---

➡ **Mexico**   FEBRUARY 2025



**Criminal violence persisted, notably in Sinaloa state, as govt responded to U.S. pressure vis-à-vis tariffs, migration control and organised crime.**

*Violence continued, especially in Sinaloa state.* Fighting between rival Sinaloa Cartel factions persisted, with over 970 people killed and 1,018 kidnapped since war began in Sept 2024. Authorities during Feb arrested several lieutenants of Sinaloa's Los Chapitos faction, reinforcing

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

*U.S. designated six Mexican cartels as terrorist organisations.* U.S. Sec State Marco Rubio 20 Feb designated six Mexican criminal groups as Foreign Terrorist Organisations, including Sinaloa and Jalisco New Generation Cartel, which have national and international reach, and four smaller regional groups. Terrorist designation allows U.S. to prosecute people allegedly providing material support to these groups and, while not an authorisation to use military force, could lay political groundwork for strikes in Mexico under other constitutional provisions.

*Govt responded to Washington's tariff threats.* U.S. President Trump 27 Feb confirmed that 25% tariffs on Mexico would go into effect 4 March; announcement came as Mexican officials visited U.S. to try and head off tariffs by demonstrating Mexico's efforts to reduce fentanyl flows into country. Trump had threatened tariffs after taking office in Jan but delayed them for one month on 3 Feb after Sheinbaum agreed to send 10,000 National Guard troops to shared border to help curb drug trafficking. Mexico 27 Feb also transferred 29 imprisoned leaders of drug trafficking groups to U.S. Meanwhile, Sheinbaum 17 Feb stated Mexico had received 11,379 Mexican deportees and 3,091 from other countries in past month from U.S.; pace of deportations still remained slower than in final months of Biden administration.

Click here for past entries

---

↘ **Nicaragua**  FEBRUARY 2025



**Regime's sweeping constitutional reform, which UN experts denounced as "a final blow to the rule of law", came into effect.**

*Ortega-Murillo regime consolidated its monopoly on power.* UN experts 26 Feb warned that Ortega-Murillo regime's sweeping constitutional reform, which entered into force 18 Feb, represented "final blow to the rule of law", removing "what little remained of institutional checks and balances" after onset of 2018 crackdown. Meanwhile, Bishop of Matagalpa Diocese and vocal regime critic Rolando Álvarez 7 Feb gave interview about year-long recovery after his release from prison and exile to the Vatican; Co-Presidents Ortega and Murillo 9 Feb condemned his "disrespectful" comments and dismissed Vatican as "depraved", amid their continued crackdown on Catholic Church. Religious freedom monitor Open Doors ranks Nicaragua among top 30 countries with highest levels of Christian persecution.

*Regime withdrew from UN Human Rights Council and other multilateral bodies.* Govt 27 Feb announced withdrawal from UN Human Rights Council following its 26 Feb report, next day said it would leave International Organisation for Migration and International Labor Organisation. Announcements came on heels of 3 Feb decision to withdraw Nicaragua from UN Food and Agriculture Organisation after body's Jan report confirmed that around one quarter of Nicaraguans suffer from hunger. Meanwhile, European Parliament 13 Feb condemned govt's constitutional reforms and urged EU to activate "democratic clause" of multilateral agreement with Central America, which would lead to suspension of cooperation with Managua.

Click here for past entries

---

➡ **Venezuela**  FEBRUARY 2025

**President Maduro commenced plan for constitutional makeover, opposition disagreed about participation in May polls, and Washington gave mixed signals in its approach to Caracas.**

*Maduro launched constitutional reform initiative.* Maduro 15 Feb launched his promised initiative to carry out major overhaul of 1999 constitution, with at least 80 of its 350 articles slated for modification or replacement; commission headed by loyalists to present draft in 90 days. Critics fear some reforms, which would create parallel local govt structure based on "communes" dominated by ruling party and funded by executive, risk concentrating more power in hands of presidency.

*Opposition split over participation in May regional and legislative elections.* Govt-controlled electoral authority 19 Feb postponed regional and legislative elections from 27 April to 25 May. Opposition coalition Unitary Platform same day published four conditions for its participation, most notable being recognition of Edmundo González's victory in July 2024 presidential election. Two parties in bloc (UNT and MPV), however, early Feb announced intention to participate in polls regardless. Primero Justicia, another major opposition party, split over issue: party leadership 9 Feb announced it would boycott election but faction led by former presidential candidate Henrique Capriles 21 Feb rejected decision and called for participation, arguing abstention in previous elections had only benefitted govt.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000962

*In another important development.* Suspected members of Venezuelan gang 17 Feb wounded six Guyanese soldiers during shootout in Guyana's Essequibo region, which Venezuela claims (see Amazon).

Click here for past entries

## Middle East & North Africa

➡ **Algeria**   FEBRUARY 2025



**Diplomatic row with France escalated as Paris threatened to terminate migration agreement with Algiers and senior French officials visited Morocco-controlled Western Sahara.**

*Souring relations with Paris suffered new strains.* After man of Algerian origin 22 Feb killed one and wounded others in stabbing attack in France's eastern city of Mulhouse, French Interior Minister Bruno Retailleau said France had attempted to deport him but Algeria refused to cooperate. French PM François Bayrou 26 Feb threatened to end 1968 migration accord with Algiers on movement of people unless Algeria agrees to take back those deported; Algiers next day said agreement had "already been stripped of its essence and substance" but warned France against "tampering" with it. French FM Jean-Noël Barrot 26 Feb said travel restrictions targeting hundreds of Algerian dignitaries had been in place for several weeks. Algiers immediately denounced move as latest in "long series of provocations, intimidations and threats". Meanwhile, France's Culture Minister Rachida Dati 17 Feb visited Morocco-controlled Western Sahara for first time, and France's Senate President Gérard Larcher 24-25 Feb followed suit; in response, Algeria's Upper House of Parliament 26 Feb severed ties with French Senate (see Western Sahara).

*Govt remained committed to non-alignment.* After Algeria in Jan signed military cooperation agreement with U.S., FM Ahmed Attaf 20 Feb met with Russian counterpart Sergey Lavrov on the sidelines of G20 ministerial meeting in South Africa's economic capital Johannesburg; leaders reiterated commitment to Algerian-Russian strategic partnership, despite Algiers' concern that recent Russian moves in Sahel region may roll back Algeria's role and influence there.

*In another important developments.* Algiers continued efforts to revive Trans-Saharan Gas Pipeline project, which stands in direct competition with African Atlantic Gas Pipeline project spearheaded by Morocco; energy ministers from Algeria, Niger and Nigeria 11 Feb met in capital Algiers in presence of President Tebboune, signed agreements to advance project.

Click here for past entries

➡ **Egypt**   FEBRUARY 2025



**Cairo launched diplomatic drive to counter U.S. plan for Palestinian displacement from Gaza, while senior Israeli diplomat accused Egypt of peace treaty violations.**

*Cairo hinted at reconstruction plan for Gaza in response to U.S. displacement plan.* Foreign Affairs Ministry 6 Feb rejected U.S. President Trump's proposal to resettle Palestinians from Gaza to Egypt and Jordan, describing it as unjust violation of international law and threat to regional stability. During meetings with Secretary of State Marco Rubio, National Security Advisor Mike Waltz and others in Washington DC, FM Badr Abdelatty 10 Feb reaffirmed Egypt's rejection of any scenario of displacement of Palestinians. Foreign Affairs Ministry 12 Feb announced imminent presentation of reconstruction plan for Gaza that would ensure Palestinians remain on their land. Meanwhile, President Sisi postponed visit to Washington scheduled for 18 Feb, said he would not travel to U.S. as long as forced displacement plan remained on agenda. Cairo 26 Feb rejected Israeli opposition leader Yair Lapid's proposal for Cairo to temporarily administer Gaza Strip.

*Israeli diplomat denounced Egypt's military build-up in Sinai Peninsula.* Israeli Ambassador to U.S. Yechiel Leiter late Jan accused Cairo of "clear violation" of Israel-Egypt 1979 peace treaty, alleging construction of military bases in Sinai Peninsula "that can only be used for offensive operations". Egyptian military commander, Maj. Gen. Ahmad Mahmoud Safi El-Din, late Feb reportedly said Cairo was looking to "preserve peace and stability in the region".

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000963

Click here for past entries



## Iran   FEBRUARY 2025

**U.S. re-imposed "maximum pressure" on Tehran, dimming prospect of diplomatic engagement on nuclear file as Iranian leadership struck bearish note against talks with Trump administration.**

*Trump administration's "maximum pressure" hardened Tehran's stance.* U.S. President Trump 4 Feb issued executive order to exert "maximum pressure" on Iran "to end its nuclear threat", "curtail its ballistic missile program" and "stop its support for terrorist groups"; key measures include campaign to "drive Iran's export of oil to zero" and working with E3 (UK, France and Germany), to complete "snapback" of international sanctions under UN Security Council Resolution 2231 before Oct 2025 deadline. Trump next day stated preference for "verified nuclear peace agreement" over military strikes on Iran. U.S. 6 Feb and 24 Feb announced sanctions targeting Iran's oil exports and 26 Feb designated six companies for involvement in Iran's drone production. Return to maximalist U.S. policy appeared to shift hitherto cautious signals in Tehran for engaging U.S. toward defiant footing. Notably, after FM Abbas Aragchi 5 Feb made overtures by asserting Washington should remove "hostile measures" in exchange for Tehran's assurances not to cross nuclear threshold, Supreme Leader Ali Khamenei 7 Feb contended negotiations with U.S. were "unwise"; after remarks, President Pezeshkian, Araghchi and other senior officials also hardened stance on potential engagement. Deputy FM Kazem Gharibabadi 24 Feb announced "constructive talks" on nuclear file and sanctions with E3 officials.

*Israel sharpened rhetoric on potential pre-emptive attack.* After Trump 8 Feb again expressed preference for deal with Tehran over "bombing the hell out of it", Iran's mission to UN 11 Feb warned "any act of aggression" would trigger "severe consequences", echoing Araghchi's 31 Jan warning that attacking nuclear facilities would plunge region into "all-out war". Media – citing U.S. intelligence assessments – 12 Feb reported Israel would likely attempt pre-emptive strike on nuclear program in coming months. After meeting U.S. Sec State Marco Rubio, Israeli PM Netanyahu 16 Feb claimed Israel had already dealt Tehran "mighty blow" and asserted "no doubt we can and will finish the job". International Atomic Energy Agency (IAEA) chief 26 Feb asserted lack of movement in nuclear negotiations was "problematic".

Click here for past entries

## Iraq   FEBRUARY 2025



**Baghdad continued cautious overtures towards Syria, govt and Kurdistan made progress in resolving disputes, and prominent Shiite cleric reportedly mulled return to politics after years-long absence.**

*Baghdad cautiously extended hand to Damascus.* FM Fuad Hussein 14 Feb attended international conference on Syria in French capital Paris, calling on Syrian authorities to ensure peaceful transition and hold inclusive national dialogue; Hussein 15 Feb invited Syrian FM Assad al-Shaibani to visit Baghdad. Meanwhile, Baghdad accelerated repatriation of citizens from detention camps for families of ISIS militants; since early Dec, over 12,000 individuals have been repatriated from Syria, with 15,000 expected to return over next months.

*Erbil and Baghdad made progress on oil dispute, amid lingering differences.* Offering boost to relations between Kurdish Regional Government (KRG) and Baghdad, federal parliament 2 Feb passed amendment to budget law setting KRG's oil production price to $16 per barrel, more than double production price in Iraq, thus paving way for resumption of Kurdish oil exports through Iraq-Turkey pipeline after two-year hiatus; Minister of Oil Hayan Abdul Ghani 17 Feb said exports were expected to start "within a week". Meanwhile, amid persistent disputes between federal govt and KRG over budget allocation, teachers in Sulaymaniyah 28 Jan began protests over month-long delay of salary payments; in Erbil, as protesters 9 Feb attempted to hold demonstration outside UN offices, KRG security forces attempted to quell protests, leading to clashes that injured at least 17.

*Shiite opposition figure reportedly returned to political fray.* Media 18 Feb reported Shiite cleric and opposition leader Muqtada al-Sadr registered for Oct parliamentary elections and planned to announce return to politics late March; Al-Sadr, leader of Iraqi Shiite National Movement with significant support among Shiite community, withdrew from parliament in 2021, paving way for rival Shiite Coordination Framework to dominate govt; al-Sadr's return could presage political jockeying and tensions within Shiite camp, particularly between Sadr's camp and Iran-backed Hashd al-Shaabi.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

📍 Israel/Palestine  FEBRUARY 2025

**Israel's broadest military operation in West Bank in decades displaced tens of thousands – largest uprooting since 1967 – and set stage for escalation during Ramadan; Gaza ceasefire held in Feb but faces possible collapse in March.**

*In West Bank, Israel expanded operations ahead of Ramadan.* Israeli forces expanded major military operation in northern West Bank and employed similar methods to those applied in Gaza, including large-scale evacuations, airstrikes on infrastructure and lenient rules of engagement, killing at least 53 Palestinians and displacing some 40,000 residents from Jenin and Tulkarem refugee camps – largest displacement of Palestinians in West Bank since 1967. Israel 23 Feb deployed tanks in Jenin area in first since 2002. Persistent Israeli violence, particularly during month-long Ramadan period that began 28 Feb, raises risk of further deadly escalation.

*Gaza ceasefire remained fragile amid Israel's refusal to proceed to second phase.* Israel and Hamas implemented first phase of ceasefire during Feb – notwithstanding violations – but Israel consistently refused to advance to second phase due in early March, risking deal's collapse; Israel could refuse to withdraw from Philadelphi corridor along Egyptian border as envisioned by deal, halt aid or resume airstrikes and/or redeploy ground troops in Gaza. As of 28 Feb, Hamas released total of 33 Israelis and five Thai nationals, while Israel released some 2,000 Palestinian prisoners/detainees; Israeli military 9 Feb withdrew from Netzarim corridor. Yet violations persisted: Israeli forces reportedly killed over 100 Palestinians in Gaza since ceasefire began and obstructed entry of fuel trucks, tents and heavy machinery; amid domestic political pressure from far-right to resume war, Israel refused to commence negotiations with Hamas on second phase – which should see remaining male hostages and more prisoners released, all Israeli troops withdrawn and "sustainable calm" prevail – by deal's 16th day. Instead, U.S. and Israel late Feb-early March appeared to seek extension of phase one (await next month's edition for more).

*U.S. announced shock proposal to control Gaza.* Shredding longstanding U.S. policy, President Trump during Netanyahu's visit to White House 4 Feb proposed U.S. "take over" Gaza and remove entire population; plan raises prospect of mass displacement, as Israeli defence minister instructed military to create operational plans to implement proposal, and U.S. browbeating Arab countries into hosting Palestinians (see Egypt and Jordan).

Click here for past entries

➡ Jordan  FEBRUARY 2025

**Amman rejected U.S. President Trump's idea of expelling Palestinians from Gaza, as Kingdom faced mounting pressure amid domestic protests and U.S. aid cuts.**

*Govt stated fierce opposition to U.S. notion to expel Palestinians from Gaza.* After U.S. President Trump late Jan repeatedly said Jordan and Egypt should take in Palestinians from Gaza, Trump 4 Feb announced that U.S. would "take over" Gaza and relocate entire population into neighbouring Arab states, such as Egypt and Jordan (see Israel/Palestine). In response, media – citing sources inside Jordanian govt – same day reported kingdom was "ready to declare war" on Israel and close border should attempts be made to forcibly expel Palestinians into Jordan; Kingdom, which views expulsion of Palestinians into Jordan as existential threat, already hosts millions of Palestinians, affecting demographic and political balance. Proposal triggered popular backlash, notably with 7 Feb mass protests in capital Amman and other cities. In meeting in Washington, King Abdullah II 11 Feb discussed proposal with Trump and took measured stance; when asked whether Jordan would take in Palestinians displaced from Gaza, he answered govt would do what was in "best interest" for U.S., region and Jordan and urged Trump to "keep in mind" counterproposal under development by Arab states (see Egypt and Saudi Arabia). In potential reconsideration, Trump 21 Feb said he would not be "forcing" implementation of proposal, but only "recommend it".

*U.S. aid agency's shuttering fanned economic woes.* Media 8 Feb reported Jordanian public and private sector organisations laid off around 35,000 employees due to shutdown of U.S. Agency for International Development (USAID); aid cuts could have severe ripple effects throughout economy and impact stability of Jordan, which is fourth-largest recipient of U.S. military and economic assistance; Jordan received $1.7bn in U.S. foreign assistance in 2023, including $770mn from USAID. Trump 11 Feb appeared to reverse previous statements by saying he did not think it necessary to "threaten" aid cuts to pressure kingdom into accepting displaced Palestinians.

*New Syrian leader visited Jordan.* Newly-appointed Syrian President Ahmad al-Sharaa 26 Feb visited Jordan, met King Abdullah to discuss

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000965



**Ceasefire tentatively held as Israel partially withdrew from southern Lebanon but remained in strategic spots, while PM-designate Nawaf Salam appointed new cabinet after compromising with Shiite camp.**

*Ceasefire between Hizbollah and Israel largely held.* Despite continued violations and Israeli military fire causing numerous casualties among displaced residents returning to their villages, ceasefire in south Lebanon largely held during Feb. Notably, ahead of extended deadline of 18 Feb to withdraw forces from Lebanon, Israel 17 Feb announced its forces would remain at five strategic locations across south "to make sure there's no immediate threat", while withdrawing from some other towns and villages. Israeli drone 19 Feb killed one in Aita al-Shaab town. President Aoun same day told U.S. National Security Advisor Mike Waltz it was necessary to end Israel's "occupation". Ceasefire's longevity will depend on whether Israel complies or continues aggressive posture that hampers ability of south to recover from fallout of war; continued tensions in south are also liable to reduce Hizbollah's motivation to maintain its current compromise-oriented approach vis-à-vis other political parties (see below).

*New cabinet entered office, formally ending period of caretaker administration.* After three weeks of intense and contentious negotiations among political parties, PM-designate Nawaf Salam 8 Feb announced formation of new govt, which was approved by President Aoun. While actors such as Christian party Lebanese Forces initially sought to exclude Shiite parties Hizbollah and Amal from govt participation, Salam instead opted to reach compromise with Shiite duo by allowing Amal to select finance minister, who wields power to block or delay any govt action requiring budget allocations; in return, Shiite parties relinquished claim made since 2008 to control over one third of cabinet seats, which amounts to veto power. Salam govt 26 Feb won confidence vote in parliament; cabinet's ministerial statement did not mention Hizbollah's status as "resistance" actor, unlike previous ones. New cabinet faces slate of challenges, including maintaining precarious ceasefire, managing internal tensions over contentious issue of Hizbollah's disarmament, and obtaining international funding to address destruction from 15-month war, while regional tensions, notably between Israel/U.S. and Iran, could reignite conflict in south (see Iran and Israel/Palestine).

[Click here for past entries]

---



→ **Libya**   FEBRUARY 2025

**New UN envoy tasked with reviving political process took office, but chances of success remained slim lacking financial incentives for parties to compromise.**

*UN continued efforts to end political deadlock, shed light on systemic corruption.* UN mission (UNSMIL) 4 Feb appointed members of new advisory committee tasked with making recommendations on outstanding electoral issues to usher country to elections; committee 9 Feb held inaugural meeting in capital Tripoli. Ghana's Hanna Tetteh 20 Feb took office as new UN special representative for Libya and head of UNSMIL. Meanwhile, UN Political and Peacebuilding Affairs chief Rosemary DiCarlo 19 Feb told UN Security Council that "fragile stability in Libya is increasingly at risk" amid harsh competition over control of state institutions and lack of agreement on unified budget. After UN 3 Feb made available latest report of UN panel of experts for Libya, Libyan institutions accused of contributing to billions of lost revenues rushed to deflect responsibility. Notably, National Oil Corporation 5 Feb issued directives to end crude oil swap mechanism and resume direct fuel purchases by 1 March, while General Electricity Company of Libya 8 Feb issued statement denying any fuel smuggling from their power stations.

*Russia further consolidated presence in eastern Libya.* Moscow continued to relocate assets to Haftar-controlled areas following fall of Syrian President Assad. Notably, weekly newspaper Jeune Afrique 11 Feb alleged that Russia was actively reinforcing Maaten al-Sarra air base in south and had shipped sophisticated air defences to Libya.

*Minister survived gun attack.* Unidentified gunmen 12 Feb opened fire on vehicle of west-based govt cabinet affairs minister, Adel Jumaa, in Gargour area in Tripoli, injuring him. Govt of National Unity condemned attack and announced investigation "to track down the perpetrators" and "uncover the circumstances of the incident".

*Rights groups denounced migration funding to Libya as mass graves uncovered.* International Organization for Migration 10 Feb expressed "shock and concern" at recent discovery of two mass graves containing bodies of dozens of migrants, some with gunshot wounds, in Jakharrah (north east) and Kufra (south east) areas. In response, over 20 civil society groups 14 Feb urged EU Commission and member states to freeze migration funding to Libya.

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000966





**Riyadh slammed U.S. proposal to displace Palestinians from Gaza and reiterated condition of independent Palestinian state before normalisation with Israel.**

*Kingdom dismissed President Trump's shock Gaza proposal.* Riyadh 5 Feb unequivocally rejected U.S. President Trump's proposal announced previous day to take over Gaza and remove Palestinians to reconstruct area (see Israel/Palestine, Jordan and Egypt); govt also reaffirmed it would not normalise relations with Israel without establishment of independent Palestinian state, asserting position was "non-negotiable and not subject to compromises". Israeli PM Netanyahu 7 Feb rejected establishment of Palestinian state as precondition for normalisation, yet expressed confidence normalisation was "going to happen" and suggested Riyadh should "create a Palestinian state in Saudi Arabia"; kingdom same day slammed comments as "extremist" and accused Israel of trying to divert attention from "continuous crimes" committed under Israeli occupation. Kingdom 21 Feb hosted informal summit with leaders from United Arab Emirates, Qatar, Kuwait, Bahrain, Jordan and Egypt to develop counterplan to U.S. proposal.

*Kingdom emerged as key interlocutor for Washington.* Riyadh 18 Feb hosted U.S.-Russia talks on ending war in Ukraine (see Ukraine). Kingdom reportedly floated idea of mediating potential U.S.-Iran nuclear talks (see Iran).

Click here for past entries

---

 **Syria** FEBRUARY 2025

**Insecurity persisted in several areas as new authorities hosted national conference to advance political transition, while hostilities continued between Syrian Democratic Forces (SDF) and Türkiye in north.**

*Authorities sought to improve security amid kidnappings and revenge killings.* Security situation noticeably improved in coastal regions but violence persisted in central areas. Notably, clashes between former regime members and forces of new Damascus authorities 13 Feb killed two members of latter in Rif Dimashq governorate (south). In Deir Ezzor governorate (east), leader of Iran-backed militia 47th regiment was found beheaded 16 Feb. Deaths due to explosions of mines and other ordinance rose dramatically, killing over 430 people since Dec (third of them children) as of mid-Feb, according to UN. Meanwhile, seeking to boost outreach to minority communities, President al-Sharaa 15-16 Feb visited Aleppo, Idlib, Latakia and Tartous cities. Interim govt 24-25 Feb convened National Dialogue Conference in Damascus to chart path for political transition; while intended to broaden participation, rushed organisation and exclusion of key actors, including SDF, limited its impact.

*In north, clashes continued between SDF and Türkiye-backed forces.* Hostilities persisted between SDF and Türkiye and its allies within Syrian National Army (SNA), bringing death toll to over 600 combatants and civilians as of mid-Feb. Notably, Turkish shelling 8 Feb injured 11 civilians near Kobane city. SDF drone 14 Feb killed four SNA fighters near Tishreen dam. Amid ongoing talks with Damascus, SDF 18 Feb announced willingness to integrate into state structures led by Damascus, notably stressing intention to integrate into new army as existing bloc rather than dissolve (which Damascus rejects), and to end presence of Kurdistan Workers' Party (PKK) cadres in return for Türkiye ending attacks (see Türkiye).

*Israel continued to target Syrian military assets.* Israeli PM Netanyahu 23 Feb announced new policy of preventing "new Syrian army" entering "territory south of Damascus". Israel 25 Feb struck military targets in Kisweh town south of Damascus and Deraa governorate, killing four.

*Islamic State (ISIS) resurgence remained threat.* SDF and U.S.-led coalition 6 Feb launched new campaign against ISIS in southern Al-Hasakah governorate (north east), killing two ISIS members 10 Feb. Iraq accelerated process of repatriating Iraqis from al-Hol prison camp (see Iraq).

Click here for past entries

---

 **Tunisia** FEBRUARY 2025

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000967

*Series of self-immolations echoed trigger of 2011 popular uprising.* From late Jan onward, at least five self-immolations took place across country. Notably, young man 6 Feb set himself ablaze in front of police station in coastal city of Sousse after officers reportedly seized his motorcycle; hours later, locals attacked police station with Molotov cocktails. On social media, several supporters of President Saïed portrayed sequence as "conspiracy" by Muslim Brotherhood and others to exacerbate social tensions.

*U.S. foreign policy shift sparked concern of regime overthrow among Saïed's allies.* U.S. Senator Joe Wilson 1 Feb called on U.S. President Trump to cut aid to and impose sanctions on Tunisia, claiming country was one of "Iran's puppets" and warning President Saïed of fate "similar" to that of former Syrian President al-Assad. In following days, pro-Saïed activists and members of security forces vowed to defend regime by force, arguing that Tunisia's support to resistance axis against Israel and fight against neo-colonialism made it target of Trump administration.

[Click here for past entries](#)

---

➡️ Western Sahara   FEBRUARY 2025



**France reaffirmed support for Morocco's sovereignty over Western Sahara with senior officials' visits to disputed territory.**

*French minister, Senate president visited Morocco-controlled Western Sahara.* France's Culture Minister Rachida Dati 17 Feb became first French govt official to visit Morocco-controlled Western Sahara; during trip, which comes after President Macron in July 2024 endorsed Morocco's autonomy plan for Western Sahara, Dati referred to disputed territory as Morocco's "southern provinces" as per Rabat's official terminology. Algerian Foreign Ministry next day condemned visit, saying it reflected "blatant disregard for international legality". France's Senate President Gérard Larcher 24-25 Feb also visited disputed territory as part of official visit to Morocco; in response, Algeria's Upper House of Parliament next day suspended ties with French Senate (see Algeria).

*Construction of new road cutting through UN buffer zone neared completion.* Moroccan media outlets 19 Feb reported that construction of new road connecting Smara city in Morocco-controlled Western Sahara to Mauritania via Tifariti and Amgala towns was nearly complete; as-of-yet undisclosed security arrangements to protect road inside UN buffer zone could represent violation of ceasefire agreement.

*In another important development.* In apparent attempt to encourage U.S. administration to maintain balanced stance on Western Sahara, Algeria's President Tebboune 3 Feb stressed that Algiers had thus far refrained from supplying pro-independence Polisario Front with weapons.

[Click here for past entries](#)

---

➡️ Yemen   FEBRUARY 2025



**Houthis prepared potential major offensive in Marib and along Western coast that could shatter fragile de facto truce; Yemen braced for fallout from U.S. sanctions on Houthis, as fragile calm prevailed in Red Sea.**

*Houthis intensified military build-up in Marib in north, threatening de facto truce.* In apparent preparation for offensive that could upend de facto truce in place since 2022, Houthis late Jan deployed thousands of fighters to govt-held Marib governorate and throughout Feb engaged govt forces in deadly clashes along multiple frontlines, causing casualties on both sides; group also launched media campaign advocating Marib's capture. Houthis may calculate conditions to seize Marib and other fronts near western coast, including Taiz, Hodeida and Lahj, are favourable, given Saudi-led coalition's reluctance to support govt forces for fear of cross-border Houthi strikes as well as mounting U.S. pressure that may further undermine stalled political track.

*U.S. terrorist designation of Houthis loomed, with potentially menacing effects.* With U.S. Trump administration's late-Jan "Foreign Terrorist Organisation" designation of Houthis expected to come into effect in March, signs suggested U.S. was preparing series of additional sanctions against individuals and entities affiliated with group; U.S. pressure campaign on Houthis could have far-reaching fallout, especially in Houthi-controlled areas, by exacerbating already severe economic and humanitarian conditions, especially given U.S. had not announced exemptions for aid organisations. Echoing concerns designation could undermine already-delayed political track between Houthis and Saudi

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our [privacy policy](#) for more details.

HaitiTPSAR000968

Case 3:25-cv-01766-EMC        Document 35-11        Filed 01/01/26        Page 169 of 400

Gaza (see Israel/Palestine), Houthi leader Abdel Malik al-Houthi 13 Feb vowed to "take military action to prevent it"; Houthis may resume attacks if U.S. attempts to implement plan or Israel returns to military operations in Gaza.

Click here for past entries

← | February 2025 ▾ | →

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. Review our privacy policy for more details.

HaitiTPSAR000969



# FINAL REPORT

## Haiti | Earthquake and Cholera

| | |
|---|---|
| **Emergency appeal №:** MDRHT018<br>**First launched on:** 15/08/2021 | **Glide №:**<br>**EQ-2021-000116-HTI** – **Earthquake**<br>**EP-2022-000325-HTI** – **Cholera** |
| **Final report issued on:** 11/02/2025 | **Timeframe covered by final report:** 28 months<br>From 15/08/2021 to 31/12/2023 |
| **Number of people targeted**:<br>Earthquake: 35,000 people (7,000 families)<br>Cholera: 10,100 people (2,020 families) | **Number of people assisted:** 47,790 |
| **Funding requirements (CHF):**<br>CHF 19.2 million through the IFRC Emergency Appeal | **DREF amount initially allocated:**<br>CHF 750,000 |



*Haitian Red Cross Volunteers participated in Community Engagement and Accountability (focused on Cholera awareness, implementation of surveys and risk communications) training in Les Nippes Department. Source: IFRC July 2023.*

HaitiTPSAR000970



*IFRC Community and Engagement teams worked with HRCS and the Organization of Women in action for the development of the South (OFADES). Source: IFRC March 2023.*

*This final report of the emergency response operation in Haiti was prepared following the [latest report (Operation Update number 6)](#) published on 2 November 2023. The IFRC, on behalf of HRCS, expresses its sincere gratitude to all donors for the generous humanitarian contributions received.*

# A.   SITUATION ANALYSIS

## Description of the crisis

On 14 August 2021, a 7.2 magnitude earthquake struck Haiti causing 2,248 deaths and injuring 12,763 people. The earthquake destroyed 53,815 homes and a further 83,770 were damaged[1].1 The total area affected covers 500 square kilometers and over 800,000 people have been directly affected. Of 159 health facilities assessed, 28 have been severely damaged and 60 more have been damaged, with 456 schools impacted and 64 destroyed[2] . Total economic damage and losses are estimated at USD 1.6 billion, or about 10 per cent of the gross domestic product (GDP). Haiti

---

[1] [Tremblement de terre samedi 14 août 2021 – Péninsule Sud. Rapport d'étape du Centre d'opérations d'urgence national, 4/09/2021, DGPC](#)
[2] [Haiti Earthquake situation report 7, 4/09/2021, PAHO/WHO](#)

HaitiTPSAR000971

already has a deteriorating humanitarian situation with high levels of insecurity, violence, food scarcity, internally displaced people and significant population movement, and these are compounded by the current crises. Cholera also re-emerged in the country on 2 October 2022 after more than three years with no presence of the disease reported.

The national authorities reported two confirmed cases of Vibrio cholerae O1 in the greater Port-au-Prince area and in the commune of Cité Soleil. As of 06 November 2023,[3] more than 69,992 suspect cases had been reported by the Ministère de la Santé Publique et de la Population (MSPP), with 4,080 cases confirmed and 1,054 deaths. The capacity of the epidemiological surveillance system to detect suspected cases is still considered low and confirmation of cases is minimal, due to scant resources and the difficulty in getting samples to labs due to lack of fuel and presence of roadblocks by armed gangs.

Throughout the period of implementation of this emergency appeal, the violence perpetrated by armed gangs against the Haitian population continued to spread across the country, reaching isolated rural areas as the presence of the State eroded. Existing structural fragilities were only exacerbated by the growing number of attacks on social infrastructures (hospitals, schools, places of worship, etc.), the hostage-taking of doctors and the forced displacement of several hundred teachers. The deteriorating security situation, the near collapse of basic services, the impact of years of drought and shocks linked to natural disasters will leave 5.5 million Haitians in a state of profound vulnerability by 2024. Murders, kidnappings, and rapes continue to rise for the fifth year running. In the first nine months of 2023, homicides and kidnappings took on exponential proportions, with increases of 72% and 71% respectively compared to the same period in 2022.  Insecurity is gradually taking hold in the most remote rural areas, which are often cut off from urban areas by the lack of passable roads. At least 73% of the population of the Port-au-Prince metropolitan area has been affected by gang violence, with access to basic services drastically reduced.

The disruption of economic activities in the country has exacerbated poverty and made access to basic health services difficult. Even when these vulnerable groups do manage to access health services, they are often confronted with health facilities that lack essential equipment and medicines, or with a shortage of qualified medical staff, and emergency services that are not available to them. Access to health services, for both caregivers and patients, remains extremely difficult, as some doctors in the capital can testify, declaring that patients, in addition to being ill, face great challenges in getting to treatment centers and accessing care.

Hospitals, often caught in the crossfire of clashes between armed coalitions, are operating at best in slow motion. Staff are unable to get to their workplaces, and sick people are reluctant to seek treatment for fear of being hit by stray bullets or kidnapped. The elderly and disabled remain vulnerable to serious illness and abuse. And in general, the crisis will have an impact on the mental health of the affected populations. Several health facilities, such as the Médecins Sans Frontières hospital in Cité Soleil and Tabarre, the Albert Schweitzer hospital (Artibonite) and the Mirebalais University hospital (Centre), were targeted by gangs, forcing them to close temporarily. In the department of Artibonite, a quarter of health establishments report problems of physical access to health infrastructures, for both patients and staff, due to insecurity. Between January and August 2023, at least 40 doctors were kidnapped in Haiti. Even when health infrastructures do exist and function, they remain insufficient to provide the basic care required by those who desperately need it. When it comes to health needs, people living in remote areas don't often seek medical care, and only go to hospital as a last resort, when it's often too late. As a result, pregnant women, nursing mothers and young girls living in areas affected by insecurity must struggle daily to access services essential to their health, well-being, and survival.

This situation was particularly worrying at a time when the country has experienced a cholera epidemic that has spread to all departments since the first cases were confirmed on October 2, 2022. Cholera spreads very quickly in conditions of high vulnerability characterized particularly by the deterioration of hygiene conditions, lack of quality

---

[3] MSPP SITUATION ÉPIDÉMIOLOGIQUE DU CHOLÉRA, 06 NOVEMBRE 2023, HAÏTI

HaitiTPSAR000972

water and improper waste disposal. If not treated very quickly, the disease can be deadly in few hours mainly because of dehydration.

One year since the declaration of the Cholera outbreak, according to the epidemiological report published by the Ministry of Public Health on 31 January 2024[4], a total of 79,411 suspect cases had been reported with 4,608 confirmed cases, a total of 75,160 cases were hospitalized, and 1,172 deaths. Suspected cholera cases that were initially concentrated in certain areas of the capital are recorded in all 10 departments of the country, the majority still in the West (52 percent) although the growth rate is higher in the other nine departments. MSPP indicates that 53.04 per cent of reported suspected cases are male and 46.96 per cent female. The age group 50-59 years old (38 per cent) is the most affected among the confirmed cases. The number of cholera cases is underreported and underestimated as the capacity of the epidemiological surveillance system to detect suspected cases is still considered weak and confirmation of cases minimal, due to the lack of resources and the difficulty in transporting the samples to the laboratories due to lack of fuel and the presence of roadblocks by armed gangs which hamper access.

# Summary of response

**Overview of the host National Society and ongoing response**

The Haitian Red Cross Society (HRCS) has been a member of the IFRC since 1935 and acts as an auxiliary to the public authorities in the humanitarian field. It provides a wide range of services, including health, social services, disaster relief. It has 13 regional offices, 92 local committees and approximately 10,000 volunteers. The HRCS, supported by its partners in the Red Cross and Red Crescent Movement, played a key role in implementing relief and recovery activities for the 2010 earthquake and the 2010-2019 cholera outbreaks.

The Haiti Red Cross Society is a member of all committees of the National Disaster and Risk Management System (GNGRD) and a permanent member of the National Emergency Operations Centre (COUN). The GNGRD is headed by the Prime Minister, his ministers and the HRCS president. The HRCS president maintains high-level contact with national authorities and coordinates the capacities of the National Society and the IFRC network. HRCS maintains a coordinated response with local, provincial, and national authorities and other humanitarian organizations. It participates in all coordination forums with other humanitarian actors at the country level.

For the 2021 earthquake and 2022 cholera outbreak, the Haitian Red Cross Society (HRCS) leads a multi-sectoral and multi-localized response supported by the Red Cross Red Crescent (RCRC) Movement components: the IFRC, the Partner National Societies (PNS) and the International Committee of the Red Cross (ICRC). Member National Societies of the IFRC and the ICRC have contributed through the IFRC Appeal to the earthquake and cholera response but also bilaterally with HRCS. Four National Societies are currently present in Haiti, carrying out regular programs and contributing to emergency operations: the Spanish Red cross, the Canadian Red Cross, the Netherland Red Cross, and the Swiss Red Cross. The IFRC Secretariat in Geneva, the Regional Office in Panama, and the Country Cluster Delegation, based in Dominican Republic, all coordinate to ensure support to the National Society providing services by mobilizing specialized personnel, financial, logistics and material resources.

From the onset of the earthquake in 2021, with the support of an IFRC Operations Manager, HRCS has coordinated the response with its network of branches and partners, ensuring rapid assessment of damage and immediate needs in affected areas of South, Nippes and Grand'Anse; search, rescue and first aid activities, emergency health care, MHPSS, distribution of foods and relief items, and shelter. Movement partners, on their end, mobilized their surge personnel and tools to rapidly intervene in country.

---

[4] MSPP SITUATION ÉPIDÉMIOLOGIQUE DU CHOLÉRA, 30 JANVIER2024, HAÏTI

HaitiTPSAR000973

The National Society, through the Red Cross Movement, were able to address the needs of the people affected as follows:

- 47,790 people with safe, shelter and settlement assistance.
- 770 households with multi-purpose cash grants for livelihoods and basic needs.
- 146 people with search and rescue services.
- 6,903 people with services provided by Red Cross Emergency Hospital (RCEH)
- 4,248 households with provision of long-lasting, insecticide-treated nets.
- 2,916 people with MHPSS services.
- 4,280 households with WASH support during the emergency phase (water, hygiene kits, menstrual hygiene kits and hygiene promotion).
- 287 girls, boys, women, and men with by Sexual and Gender-based Violence – Prevention of Sexual Exploitation and Abuse (SGBV-PSEA) messages.
- 25 people with Restoring Family Links (RFL) activities.

When cholera resurfaced in Haiti, the HRCS responded to the epidemiological alert issued by the Ministry of Public Health and Population (MSPP). Emergency meetings were held, during which the HRCS continues to support the MSPP in setting up an alert and surveillance system in line with national health requirements, to be led by the Ministry's team in collaboration with partners. The HRCS central office immediately discussed the situation with all regional branches and asked them to participate in the regional MSPP meetings and actively engage in the reporting on the evolution of the cholera cases at the regional level.

HRCS, along with its partners, continue to work to strengthen its capacity and alliance to support the efforts of the MSPP in addressing the current challenges. The priority areas of action for the HRCS in response to cholera in Haiti include raising public awareness about early signs and symptoms of cholera, facilitating referral to the nearest health centers, promoting individual and collective hygiene practices; improving access to safe drinking water, fostering community engagement, enhancing surveillance and monitoring efforts implementing community-based surveillance for rapid case detection and management, and increasing the population's knowledge of water disinfection and proper use of latrines and sanitary facilities. HRCS ambulance teams continue to provide vital support in transporting infected patients and suspected cases to health facilities. In this time of limited access due to social unrest and insecurity, HRCS has engaged the telecoms company to increase its institutional reach capacity up to 1 million people for the broadcast of SMS on cholera awareness. To better reach the population and institutions in need, in a responsible manner, a cholera perception survey was deployed, and an assessment of health infrastructures and water points was carried out.

Since the revision of this EA, which allowed for the incorporation of actions to address the cholera outbreak, the National Society has implemented the following:

- 490 home visits carried out for door-to-door awareness sessions on Cholera prevention.
- 208,629 people (including 113,972 women and 94,657 men) were reached by key messages on cholera in door-to- door awareness campaigns.
- 207,528 people (including 11,6710 women and 90,818 men) were reached by key cholera messages in mass sensitizations.
- 429 suspected cases (including 206 women and 223 men) with apparent cholera symptoms were referred to the nearest cholera treatment center (CTC) by the Haitian Red Cross surveillance team.
- 4 radio stations have been contracted by National Society to broadcast an awareness-raising spot-on precautions to avoid cholera, with coverage in the operation's 3 departments (Nippes, Sud, Grand'Anse).
- Three radio stations were contracted by the National Red Cross in three of the operation's regions to produce radio broadcasts.
- 12 radio podcasts were produced by the National Society through the Haitian Red Cross in 3 radio stations, accounting for 720 minutes of airtime.
- 18,850 EIC materials have been distributed to the community.

HaitiTPSAR000974

- 60 volunteers have been trained on ECV (Epidemic Control for Volunteers based on Waterborne disease with a focus on cholera.
- 30 volunteers have been trained on Community-based surveillance.
- 99, 687 people have been reached and sensitized on hygiene promotion.
- 270,000 SMS messages were distributed by the Haitian Red Cross through the Digicel telephone company.
- 60 volunteers (39 women and 21 men) received training in Risk Communication and Community Engagement (RCCE) based on cholera.
- 60 volunteers were trained in Kobo collect.
- 89 volunteers trained in awareness-raising techniques (Communicating better with communities and
- answering people's questions).
- 89 community representatives and leaders trained on cholera to support social mobilization sessions in their communities.
- 4 community engagement meetings with community leaders on CEA.
- 4 focus groups were carried out in the Community on the importance of Community engagement in the cholera epidemic control.

To ensure adequate communication and collaboration for a coordinated response, the National Society holds regular technical coordination meetings with representatives of the MSPP, WHO, OCHA and the Permanent Secretariat for Disaster Risk Management at the national level. The HRCS has designated a person as a focal point with DINEPA (Haiti's national water agency) and the MSPP to ensure coordination. Despite the difficulties generated by the insecurity and socio-political unrest in the country, the National Society was able, from November 2022, to respond in a timely manner to the outbreak through in-country funds made available by the Strengthening Disaster Preparedness for Effective Response (SDPER) project, financed by USAID/BHA. The Haitian Red Cross in agreement with the IFRC updated the implementation of the emergency component in response to the threat of the resurgence of cholera epidemic announced by the Ministry of Public Health and Population (MSPP).

**Overview of the support from in-country Partner National Societies**

The **American Red Cross (AmCross)** supported the IFRC Emergency Appeal through financial and material resources at the disposition of the HRCS following the earthquake. The HRCS, with AmCross and IFRC at the time of the emergency was implementing a two-year USAID/BHA-funded disaster preparedness programme. During the emergency response, AmCross provided funds and used pre-positioned stock for HRCS's immediate actions in the aftermath of the earthquake. Human resources that are integrated into the HRCS headquarters' response team included the Disaster Risk Reduction advisor, IT advisor, comms team, among others. AmCross donated personal protective equipment (PPE) against COVID-19, including masks for volunteers involved in the response in the Sud department. AmCross also increased funding to support the implementation of WASH activities in the South Department.

The **Canadian Red Cross (CRC)** has been working in Haiti for over 30 years (with physical presence since 2007). Following the 2010 earthquake and cholera outbreak, CRC partnered with the Haitian Red Cross Society to provide. and build their local emergency response capacity through projects focusing on shelter, health, violence prevention, and capacity building. Over the past few years, the Canadian Red Cross has supported several responses in Haiti, including Hurricane Matthew, the 2020 COVID-19 Health programming, the depression Grace, the 2021 Earthquake and the 2022 cholera outbreak. CRC's work has a strong focus on building local capacity in Health, Protection Gender, and Inclusion (PGI) and Community Engagement and Accountability (CEA). The Canadian Red Cross (CRC) has incorporated a Cash and voucher assistance (VCA) component as a new tool for Canadian Red Cross service delivery, allowing for increased and safe accessibility. The CVA program was activated with a strong CEA and PGI activities component. To date the CRC/HRCS CVA program has supported 1,400 households in the municipalities of Corail and Pestel and 390 households in the metropolitan area of Port-au-Prince to meet their basic humanitarian needs and provide more immediate assistance. As a response to the Cholera, the CRC has integrated cholera prevention activities into its ongoing emergency health activities. These activities primarily focus on community awareness,

HaitiTPSAR000975

communication efforts through posters and radio spots, installation of handwashing stations in targeted communities in the metropolitan area, provision of supplies and materials to health centers; distribution of water purifications tablet and Oral Rehydration Salts (ORS) in vulnerable communities and capacity building for HRC volunteers and Ministry of Health (MoH) staff. By incorporating cholera prevention measures into its existing projects, the CRC is taking a proactive approach to combat the outbreak and safeguard the health and well-being of the affected communities. The Canadian Red Cross has also supported the earthquake and cholera from the onset through the IFRC Appeal with financial and human resources support and its involvement with the Finnish Red Cross in the Red Cross Emergency Hospital deployed in the field from September 2021 to November 2021, facilitating the immediate health needs of 5,682 people affected. CRC also sent non-food items for 500 households.

The **Netherland Red Cross Society (NLRC)** has been present in Haiti since 1996. After the 2010 earthquake, NLRC together with HRCS carried out water and sanitation programs throughout the Sud-Est department. More than 4,500 latrines have also been built and intensive works have been carried out to provide water to vulnerable populations. Over the years, NLRC programming has evolved from disaster risk reduction (DRR) to integrated nature-based solutions (NbS) and DRR, put in evidence with the recent UNEP/EU DEVCO Eco-DRR programme in the Sud and the "Green Pearls Programme". A climate change mitigation program is being implemented in Corail, Pestel and Iles Cayemites in the commune of Grand'Anse from February 2022 to July 2024 while another Green Pearl project is underway in La Vallee since 2019, based on the *4 returns for resilience* (4R4r) approach for landscape restoration. The goal of every pearl project is threefold: to build community resilience, restore ecosystems, and economically empower community members – all at the same time. Cross-cutting elements integrated into projects' design is gender sensitivity, community participation and ownership, innovation, and knowledge management. Other ongoing project led by NLRC include the 2021-2025 Haiti Chronic Food Insecurity project phase 1 and 2 in the Sud and Sud-Est; Installation of new or rehabilitation of 17 Water distribution systems in Grand'Anse and Sud departments as well as HRCS community volunteer's door-to-door focus group discussion and mass awareness raising sessions. Until 2023, 134,939 people have been reached out of the target of 101,500 people. For the 2022 earthquake and cholera, the NLRC/HRCS has reached a total of 92,432 people. More specifically, through the rehabilitation of potable water supply systems (SAEPs). In the Grand'Anse, the NLRC has reached 42,507 people with its hygiene promotion activities.

Of the total reached, 36 percent were male and 35 percent female and 29 percent children. To support the hygiene promotion activities, 11,593 small hygiene kits were distributed. In addition, in Grand'Anse, 100 HRC volunteers were trained on hygiene promotion and cholera prevention. These volunteers have already started sensitizing different communities. The NLRC is currently working on providing safe water for human consumption by catchments and reinforcing efforts on hygiene promotion to prevent water-borne disease. Throughout these activities the main challenges met by NLRC were related to the transport of materials (trucks stuck in Port-au-Prince, fuel shortages and the departure of some technical staff out of country).

The **Swiss Red Cross (SRC)** has been supporting the HRCS since January 2010, mainly in two Departments: Ouest and Nippes. The main strategic objective for its programs in Haiti for 2021-2024 is to contribute to a healthy population in resilient communities with following expected results:
1. Communities are more resilient in health and vulnerable populations improve their health.
2. Communities are more resilient to natural disasters.
3. HRCS's capacities are strengthened.
4. A long term programming is defined above 2024. In the Ouest department, more precisely in Leogane, the Swiss Red Cross is currently deploying two projects in disaster risk management (2020-2023) and community health (2020-2023) and developing a WASH program (2021-2024).

Following the 2021 Earthquake, the Swiss Red Cross worked with the HRCS for a rapid assessment in les Nippes department, supported the Emergency Appeal with a pledge and deployed an Emergency Response Unit (ERU) specialized in Logistics. The Swiss Red Cross also distributed in the Communes of Plaisance du Sud, Arnaud, Anse-a-

Veau, Baradères, Petit Trou des Nippes and Petite Riviere, a total of 3,210 tarpaulins, 3,025 hygiene kits, 950 IFRC multi sectors family kits, and 250 solar lamps. The SRC also distributed cash to 2,307 people (64 percent female; 36 percent male). Additional support to the HRCS included the Swiss Red Cross vehicle used to support relief distributions. Regarding the cholera outbreaks, the Swiss Red Cross intervenes in the department of Nippes with the distribution of WASH products; the support of Anse Hospital with a structure to treat suspected cases and support in human resources; installation of chlorine points; training of HRCS volunteers and awareness campaign in the Nippes department.

The **Spanish Red Cross (SpRC)** has worked with the HRCS since 1998 but the permanent delegation in the country was created in 2004 when a joint program was developed with the HRCS, focusing on risk reduction and disaster response. The SpRC has participated in DIPECHO projects in water sanitation with disaster reduction component; in livelihoods activities and emergency response for Hurricane Matthew in 2016, among others. In response to the 2010 earthquake, SpRC deployed multiyear plan, including multiyear Plan of action comprising water and sanitation, progressive housing, rehabilitation, and reconstruction of 16 schools and educational centres, livelihoods, health, and cholera prevention activities. The Spanish Red Cross (SpRC) operates in specific areas: Sud Est (Jacmel), Nippes (Miragoane), Sud (Les Cayes), Grand'Anse (Jeremie), and Ouest (Port-au-Prince). SpRC's sectors of intervention are water and sanitation, rural development and food security, education, gender, environment, and climate change; health and disaster risk reduction/ disaster preparedness. The SpRC has contributed since the cholera outbreak with the distribution of hygiene kits, jerricans and tarpaulins. The SpRC also supports food security (IPC) activities. A cholera response plan has been prepared by SpRC for further cholera response activities, pending funding.

**The International Committee of the Red Cross (ICRC)**
Following the closure of its office in Haiti in 2017, ICRC continued supporting HRCS from its Regional Delegation for Panama and the Caribbean until August 2021 when the institution decided to re-engage in Haiti to address systemic vulnerabilities related to armed violence and problems faced by the medical mission especially in Port-au-Prince. For the earthquake response, ICRC has deployed three staff members in each rotation to support the effort, a Restoring Family Links (RFL) team leader, a RFL data management focal point and a forensic specialist. Also, two rotations of five ICRC staff were deployed as rapid response personnel under the IFRC umbrella during the response in-country as well.

The ICRC is supporting the National Society in activities that improve access, acceptance, and security of its operations (Safer Access Framework) and has included in the Emergency Appeal, support to Restoring Family Link (RFL) and management of the Dead. Since the declaration of cholera in October 2022, the ICRC has been supporting the HRCS response plan particularly in activities related to hygiene promotion and keeps, as a major concern, the lack of access to water, and water treatment products, in the most vulnerable neighborhoods of Port-au-Prince that are under the influence of dangerous gangs such as Brooklyn and Grand Ravine. Because of its presence around the theme of emergency health for the population living under the control of gangs (e.g., Cité-Soleil), the ICRC supports the National Society's ambulance services and intends to promote access for the Haiti Red Cross and its Movement partners in dangerous and volatile areas.

In an IFRC Press release on 8 February: "*The ICRC in Haiti has increased its response due to the rising needs, reinforcing the services of health care providers and the work the Haitian Red Cross. We are also collaborating with partners to mitigate the outbreak of cholera in vulnerable communities and 18 places of detention.*"

**A collective effort**
The HRCS and the IFRC would like to take the opportunity to thank **all the partners** who have generously contributed to this Emergency Appeal: the American Red Cross, the Austrian Red Cross and the Austrian Government, the British Red Cross and the Jersey Overseas Aid, the Canadian Red Cross Society and Canadian Government, the Czech Government, Ericsson, the Finnish Red Cross, the French Red Cross and French Government, the German Red Cross and German Government, the Hong Kong Red Cross branch of the Red Cross Society of China, the ICRC, the Iraqi Red

8

Crescent Society, the Irish Red Cross Society and Irish Government, the Italian Red Cross and Italian Government, the Japanese Red Cross Society and the Japanese Government, the Luxembourg Red Cross, the Monaco Red Cross and Monaco Government, the New Zealand Government, Novo Nordisk, the Polish Red Cross, the Republic of Korea Government, the Romanian Government, the Slovenia Government, the Spanish Red Cross and Spanish Government, the Supreme Master Ching Hai, the Swedish Red Cross, the Swiss Red Cross and Swiss Government, the Netherland Red Cross, the Republic of Korea National Red Cross, Warner Media, as well as donors online.

**Overview of the Haiti Government and international humanitarian response at National level**
Following the **2021 earthquake,** the government of Haiti activated its National Emergency Operations Centre (COUN), simultaneously starting department-level operations centers in Sud, Grand' Anse and Nippes. The General Directorate for Civil Protection (DGPC) provides the executive secretariat of the National Disaster Risk Management System. The DGPC, with technical support from OCHA and other actors, including HRCS initially engaged in search and rescue and assessment activities. The government of Haiti opened the humanitarian corridor which involves the governments of the Dominican Republic and Haiti and humanitarian partners; and provided guidance on the type of aid required, ensuring that support was coordinated through the COUN. The COUN was deactivated after the first emergency response phase while DGPC gradually reoriented its operation to focus on the recovery and reconstruction phase. The disaster risk sector of the DGPC however continues to monitor any storm or earthquake that may occur in the country. Sector coordination is ongoing through the working groups of the Humanitarian Country Team and established mechanisms at the national level in Port-au-Prince and at the departmental level. This participation allows coordination with state institutions, non-state actors and other humanitarian partners. In each department concerned, there is a weekly meeting per cluster and a general coordination meeting with all the clusters.

For the **cholera outbreak**, the government of Haiti, activated a cholera task force led by the MSPP with the support of OCHA in five dedicated thematic axes to ensure strategic and operational coordination between stakeholders. The five thematic axes are: Coordination, led by the Ministry of Health; Epidemiology and surveillance of suspected cases led by the Ministry of Health, Division of Epidemiological Research (DELR); Case management led by the Direction d' Organisation des Services de Santé (DOSS); WASH / Infection Prevention and Control (IPC) led by DINEPA (national water and sanitation agency) and the Ministry of Health Division for Health Promotion and Environmental Protection (DPSPE); Vaccination led by the MoH National Vaccination program Coordination Unit (UCNPP); and Community awareness and Communication, including RCCE, led by the MoH Communication Coordination Unit (UCP). All major UN inter-agency partners, with PAHO/WHO as the health sector lead agency and UNICEF, along with NGOs, are actively engaged in the situation, collaborating with the government to accelerate and scale up the emergency response. The efforts are focused not only on containing the disease, but also disseminating life-saving information at the household level to help prevent further spread and protect lives. Additional support consists of expanded surveillance, increased water, and sanitation supplies, the maintenance and supply of cholera treatment centers and strengthened case management. Priority messages were identified and shared for dissemination through community outreach (SMS campaign, social media cards, posters and printed materials, radio/audio spots, specific social media campaign with influencers). Local news and social media are monitored to identify rumors and misinformation.

Following the confirmation of the spread of cases beyond the Port-au-Prince area, coordination mechanisms at the departmental level has been activated for the require Health and WASH response, including through the "Department Sanitaire" or 'Health Directorates' and the 'WASH directorates' (OREPAs) – the regional or departmental structures of the State. In November 2022, OCHA together with the government of Haiti launched a Flash Appeal for $145.6 million USD to provide rapid financial support to contain the spread of cholera in Haiti through WASH and Health activities, while responding to humanitarian needs, particularly in the areas of food security, nutrition in the most affected areas to provide life-saving assistance to 1.6 million people. On 25 March 2023 the Flash Appeal was approximately 10 per cent covered.

HaitiTPSAR000978

As of 17 February, 99 Cholera Treatment Centers (CTCs) were operational in the 10 departments of Haiti, with a total capacity of 1,561 beds to receive patients. PAHO/WHO continues to support the departmental health directorates to monitor and ensure the quality of case management in CTCs. By the end of February, 35 CTCs had been assessed in the departments of Artibonite, Grand'Anse, Sud-Est, Sud, and Nord Ouest, with the main gaps identified in terms of training needs; lack of adequate water, hygiene, and sanitation (WASH) conditions, which are addressed with the support of PAHO/WHO technical teams.



# Needs analysis

### Needs analysis

In drawing up this plan, an analysis was carried out based on exchanges not only with Red Cross Movement partners and other humanitarian partners, but also at various cluster meetings, as well as on various key publications, such as those by CNSA, UNICEF, OCHA, MSPP and DINEPA. The data collected during these analyses show that the cholera resurgence is occurring in certain communities that were already facing multiple and very high levels of vulnerability. These vulnerabilities included very limited access to drinking water and hygiene products, insufficient treatment centers and health equipment to cope with the resurgence of the epidemic, and a lack of information for the population on how to avoid infection.

The **earthquake response** supported assessments in community needs for Shelter, Livelihoods, and basic needs, Health, WASH, PGI, Migration, and Disaster Risk reduction. A full description of these sector needs is available in the Earthquake and Cholera response 12-month Operation update.

The RCRC Movement **response to cholera** focuses on Health, Water, WASH, PGI and CEA. This is in line with the World Health Organization (WHO) which recommends a multi-sector approach including a combination of surveillance, water, sanitation, and hygiene (WASH), social mobilization, treatment, and oral vaccines against cholera, essential for controlling cholera outbreaks and reducing deaths.

### Health

Access to healthcare was a particularly important for Haitians as the country experiences a resurgence of cholera.

HaitiTPSAR000979

After the first two cases were reported in the metropolitan area of Port-au-Prince on 2 October 2022, the epidemic rapidly spread throughout the country, reaching over 22,000 suspected cases by the end of December 2022, and around 77,000 suspected cases by the end of December 20235[5]. More than half of all cases concern children. The country's crises are having a considerable impact on the functioning of the healthcare system. According to OCHA, at least 73% of the population of the Port-au-Prince metropolitan area has been affected by gang violence, with access to basic services drastically reduced. Hospitals, often caught in the crossfire of clashes between armed coalitions, are operating at best in slow motion. Staff are unable to get to their workplaces, and sick people are reluctant to seek treatment for fear of being hit by stray bullets or kidnapped. The elderly and disabled remain vulnerable to serious illness and abuse. And in general, the crisis is having an impact on the mental health of the affected populations. Several health facilities, such as the Médecins Sans Frontières hospital in Cité Soleil and Tabarre, the Albert Schweitzer hospital (Artibonite) and the Mirebalais University hospital (Centre), were targeted by gangs, forcing them to close temporarily. In the department of Artibonite, a quarter of health establishments report problems of physical access to health infrastructures, for both patients and staff, due to insecurity. Between January and August, at least 40 doctors were kidnapped in Haiti. Even when health infrastructures do exist and function, they remain insufficient to provide the basic care required by those who desperately need it. When it comes to health needs, people living in remote areas don't often seek medical care, and only go to hospital as a last resort, when it's often too late. As a result, pregnant women, nursing mothers and young girls living in areas affected by insecurity must struggle daily to access services essential to their health, well-being, and survival. This situation is particularly worrying at a time when the country is experiencing a cholera epidemic that has spread to all departments since the first cases were confirmed on October 2, 2022. One year on, almost 72,000 suspected cases and 1,000 deaths have been recorded.  Nearly half of these suspected cases are children under the age of 14.[6]

### Cholera treatment:

Cholera is a disease that responds satisfactorily to medical treatment. The first goal of treatment is to replace fluids that have been lost through diarrhea and vomiting. Most sufferers can be cured by prompt administration of oral rehydration salts (ORS) and appropriate antibiotics to shorten the duration of diarrhea, reduce the mortality rate, reduce the amount of rehydration fluid required and shorten the duration of excretion of V. cholerae bacilli in their stools. Rapid access to treatment is essential during a cholera outbreak. Treatment with oral rehydration salts must be available in communities, but patients must also have access to larger centers where intravenous infusions and comprehensive care can be provided. Zinc is an important adjunctive treatment for children under 5, which also reduces the duration of diarrhea and can prevent subsequent episodes of acute watery diarrhea due to other causes.[7]

Although efforts have been made, lack of access to affected areas continues to hamper epidemiological surveillance, the installation of oral rehydration points (ORPs) and cholera treatment centers (CTCs), patient transport to CTCs, health promotion, and community activities related to water, hygiene and sanitation. In addition, although fuel distribution has resumed in the Ouest department, availability remains limited in other departments, hampering basic water and sanitation services (e.g., garbage collection) as well as the response and sanitation, garbage collection) and the response and distribution of vital cholera medicines and supplies. The global cholera crisis continues to generate strong demand for medical and non-medical supplies, including oral vaccine, resulting in limited cholera supplies for immediate distribution in all affected countries.[8]

### Community based surveillance:

PAHO/ WHO recommends that cholera surveillance should be part of an integrated disease surveillance system, with information fed back to the local level and shared globally. Cholera cases should be detected based on a presumptive clinical diagnosis in patients presenting with severe acute watery diarrhoea. The presumption should then be confirmed by identification of V. cholerae in stool samples from affected patients. Detection would become easier with the use of rapid diagnostic tests; the alert being triggered if one or more samples are positive for cholera.

---

[5] 5 https://www.mspp.gouv.ht/wp-content/uploads/Sitrep-cholera_30_decembre_2023.pdf

[6] https://reliefweb.int/report/haiti/haiti-besoins-humanitaires-et-plan-de-reponse-2024-janvier-2024

[7] https://www.paho.org/fr/sujets/cholera

[8] https://www.paho.org/en/documents/cholera-outbreak-hispaniola-2023-situation-report-19

HaitiTPSAR000980

Samples are then sent to a laboratory for confirmation by bacterial culture. Local capacity to detect (diagnose) and monitor (collect, compile, and analyze data) cholera cases is essential to ensure the effectiveness of the surveillance system and to plan control measures.[9]The need for the National Society to support the Ministry of Public Health in strengthening the community-based surveillance system for response activities to the cholera epidemic is very important, particularly due to a lack of detection and rapid follow-up of suspected and confirmed cases of cholera at the community level, to prevent or overcome problems of rapid access to care structures for various reasons (closure of certain health establishments, insecurity, transport, transport, distrust and rumors, etc.), and to be able to contribute periodically with the health departments in the follow-up of data to produce epidemiological situation reports on a daily, weekly and monthly basis.

**Water, Sanitation and Hygiene (WASH):**
According to the results of the multisectoral needs assessment (MSNA) 2023, the WASH sector estimates that more than three million people will have humanitarian needs. This figure corresponds to people who use an unimproved water source or surface water to cover their primary needs, as well as unimproved sanitation infrastructures or open defecation for sanitation and hygiene. sanitation and hygiene.

Cholera is usually transmitted through food or water contaminated with feces. Improving water supply and sanitation remains the most sustainable measure to protect populations against cholera and other waterborne epidemic diarrheal diseases. Promoting preventive hygiene practices and food safety in affected communities is one of the most effective ways of controlling cholera. Lack of access to drinking water, sanitation, and hygiene services, especially in disadvantaged areas, is a key factor in the spread of cholera, and has a considerable impact on the living conditions of the Haitian population. This situation of poor access to WASH services is exacerbated by the multiple shocks that frequently affect the country, notably natural hazards (earthquakes, cyclones, floods), violence and social unrest, and the displacement of people. and social unrest, the displacement of people (returnees, internally displaced persons) and epidemics. In the face of these multiple crises, the population's resilience and level of emergency preparedness still needs to be improved, particularly water, hygiene, and sanitation.

The Haitian population has poor access to WASH services, with a drinking water access rate of 55 per cent (including 48 per cent in rural areas and 68 per cent in urban areas) in 2022 according to National Directorate of Potable Water and Sanitation (DINEPA) and a basic sanitation access rate of 31 per cent (including 25 per cent in rural areas and 46 per cent in urban areas) in 2017, according to the Haitian Institute of Childhood and the Haitian Institute of Statistics and Informatics[10]. In Nippes and Northwest, 71 percent and 75 percent of households declare not have sufficient access to drinking water. In Cite Soleil it is the case for 80 percent of households. Overall, in the country, rural households are more affected with approximately 60 percent that do not have sufficient drinking water and approximately half of the households in country mention that they have a problem to access water. As pointed out by the World Bank Another challenge for Haiti's rural communities is the upkeep of water supply systems. Of the 13,626 improved water sources facilities recorded in 2022 in the database of the Integrated Drinking Water and Sanitation Information System, only 51 percent were working. Out of the 1,041 piped water supply systems serving dense rural areas and small towns, only 41 percent were functional that year. This is the result of years of underfinancing of the sector and low community ownership, as well as a collapse of the infrastructure from poor operation and maintenance, deficient post-construction support, and a lack of resilience of the infrastructure to natural hazards and the effects of climate change. There are also sanitation problems in rural Haiti. [11]

**Mental health and psychosocial support (MHPSS):**
The data collected in the field by the Ministry of Health reveals that the main impacts on victims were physical, psychological, social, and economic in nature, in addition to having contributed to the further marginalization of

---

[9] https://www.paho.org/fr/sujets/cholera

[10] OCHA, Haiti Aperçu des besoins humanitaires 2023, March 2023
[11] World Bank, In Haiti, access to water sanitation is vital, March 2023

HaitiTPSAR000981

people in vulnerable situations (marginalization of people in vulnerable situations, particularly children, and women). Psychologically, during the acute phase of the disease, sufferers report intense panic linked to physical pain and the sudden, rapid deterioration of their state of health. the sudden and rapid deterioration of their state of health, and even a feeling of agony in the most severe cases. [13]In the longer term, those consulted said that survivors and relatives of deceased victims were often traumatized and continue to suffer the psychological after-effects, some of which can be likened to posttraumatic stress disorder. This component of the response aims to provide emotional assistance to Haiti Red Cross Society (HRCS) volunteers and staff as they engage in social mobilization and risk communication activities in communities, in a complex and unstable context. The risk for volunteers and staff of the National Society to suffer from burnout also needs to be closely monitored. For community members, trained volunteers will provide additional psychological first aid support at the community level to alleviate stigma and discrimination against survivors of the Cholera outbreak.

**Community Engagement and accountability (CEA):**

At the heart of the IFRC/HRCS response to a complex humanitarian situation are the communities, families, and people who need targeted support. Community acceptance and trust are essential while doing life-saving work. One of the most effective ways to build this trust is to ensure that people always have the capacity to engage and to guarantee that interventions are based on their feedback and their needs. It means taking the time to understand the context of the community and listening to people's needs, integrate the sense of community participation, establish honest communication, and make sure people feel confident and comfortable interacting while putting in place reliable feedback mechanisms so that the work is based on what the communities want. During some supervision visits of the National Society CEA team, it was noticed that volunteers had challenges on two-way communication and enhancing behavior changes. Since Community Engagement and Accountability (CEA) is new within the Haiti Red Cross Society, it is proposed to take advantage of this operation to institutionalize CEA within the National Society and to train volunteers on CEA, its importance in other to assure that volunteers of the National Society understand CEA. The training of community leaders should be done as early as possible in the response, even before an outbreak if possible. In addition, to assure that volunteers understand the Red Cross and Red Crescent Movement it is recommended starting all trainings with a refreshment training on Red Cross Red Crescent, principles, emblems and roles and responsibilities. The volunteers should have refreshments on this as well. Ultimately, there is need to assess the communication channel and feedback mechanism from community perspective and set-up of feedback systems.

OCHA's report published in March 2023 on current humanitarian needs confirms the importance of accountability and room for improvement: "*As part of the OCHA multisectoral needs assessment, indicators of accountability to affected populations have been included. 1 in 5 households were dissatisfied with aid workers in their area during MSNA data collection. The top three reasons for this dissatisfaction were reported by households as follows:*
*1. Fraudulent or corrupt behavior of aid workers (32 percent).*
*2. Feedback and complaints about the intervention were not addressed satisfactorily (5 percent).*
*3. Have witnessed or experienced sexual exploitation or abuse by aid workers (5 percent). Five percent of households reported having received humanitarian assistance and not being aware of complaint management mechanisms.*[12]"

The IFRC/HRCS team conducted a cholera perception survey in Haiti which identified additional needs, with the aim of better understanding how people react to the resurgence of cholera and what is the best approach to building trust and engaging the population in the fight against cholera.

The findings of the perception surveys were the following:
a) Grand'Anse and Sud (January 2023): https://communityengagementhub.org/resource/haiti-choleraperception-survey-jan-2023/
b) Nippes, Artibonite and Centre (June 2023): https://communityengagementhub.org/resource/choleraperception-survey-nippes-department-haiti-june-

---

[12] UNOCHA, Haiti : Aperçu des besoins humanitaires 2023, March 2023

HaitiTPSAR000982

**Protection, Gender, and Integration (PGI):**

The risks of Gender-Based Violence (GBV) as well as sexual exploitation and abuses are increased following shocks, population movements due to gang clashes, insecurities of all kinds and natural disasters. In OCHA's recent needs analysis report15, it is recalled that GBV is a major problem for all segments of population, including men and boys. From January to September 2022, a total of 15,411 cases of physical and sexual violence have been recorded, of which 81 percent were for women and girls, 11 percent for men and 8 percent for boys. From July to November 2022, at least 57 gang rapes involving armed gangs, with the highest prevalence in the Nord-Est, East and Ouest; with a high likelihood of the numbers being much higher due to the underreporting of this type of crime. Lack of livelihoods and social unrest have reinforced the socio-economic precariousness of women, girls and households and increased the risk of resorting to emergency negative coping strategies such as dropping out of school, working children, prostitution, all forms of exploitation and human trafficking.[13]

Assessments in IDP sites in Port-au-Prince show that 77 per cent of households use negative emergency coping mechanisms. Communication and sensitization around PSEA remain a crucial element, with information, education, and communication (IEC) materials distributed during sensitization sessions. Affected persons should be aware of the different channels of support when faced with abuse and exploitation and how to report it.[14]

These abuses can sometimes come from those who are supposed to help, and people should be reminded that humanitarian aid is free, and that there are reporting mechanisms in place such
as the inter-interagency toll-free number 8811 operated by the World food program (WFP) as advised by UNICEF[18]. Within humanitarian organizations, the development of strong policies and the application of a code of conduct are also essential. In times of cholera, points out the World Bank[19], where poverty and lack of access are rife, it is often women who suffer most, for example because of the long distances they must travel to bring water home and because the health of the family is seen as their responsibility, which further increases their burden. In earthquake recovery or cholera response programmes, humanitarian organizations should ensure continuous monitoring of the needs of all community members, including women, youth, and people with disabilities; promote equity and inclusion in the development of activities and service delivery.

# Operational risk assessment

To avert the worst of the health catastrophe, state authorities had to call on humanitarian organizations for help, while the UN and its partners called for a humanitarian corridor to enable better intervention in communities, given the security situation caused by armed violence in the most exposed neighborhoods.

The operation took place under the constraints of a volatile security environment with a high number of daily kidnappings, roadblocks, and fuel shortages, regularly resulting in the temporary slowdown of activities. Thus, all programs develop detail work plans that can be adapted to different scenarios and respond more effectively to changes in the operating environment. Over the past two years, a significant number of humanitarian actors have slowed down their activities, repatriated staff and sometimes closed their offices due to the protracted security crisis. Teams, including those of the Red Cross, are operating with reduced staff and due diligence is being done to ensure their safety. A risk matrix was prepared in the original operational plan covering all potential risks, their impact and associated mitigation measures and it is still valid.

| Risks | Likelihood | Impact | Mitigating actions |
| --- | --- | --- | --- |

---

[13] https://reliefweb.int/report/haiti/haiti-apercu-des-besoins-humanitaires-2023-mars-2023-fren

[14] https://reliefweb.int/report/haiti/les-haitiens-deplaces-sont-exposes-des-risques-accrus-sur-les-sites-improvises

HaitiTPSAR000983

| | | | |
|---|---|---|---|
| 1. Limited access to the areas with affected population due to the deterioration of the security situation | High | High | • NS with the support of IFRC will update its Security Plan and will constantly assess the situation to implement additional security mitigation measures.<br>• IFRC trained the NS Security Focal Point to adapt and respond to the current need.<br>• Information sharing with ICRC for shared leadership of the response. |
| 2. NS and IFRC members could be target of kidnaping, robbery and extortion | Medium | High | • NS with the support of IFRC will update its Security Plan and will constantly assess the situation to implement additional security mitigation measures.<br>•The NS with the support of IFRC will implement a communication campaign for the protection of the humanitarian mission |
| 3. Difficulty in transporting and delivering humanitarian aid to the affected population due to fuel shortages | High | High | • NS has the support of the Movement partners in and around Port-au-Prince due to extremely difficult security concerns. |
| 4. Limited access to medical and essential non-medical supplies, including the oral vaccine due to the global cholera crisis | High | High | • High level coordination with UN agencies and other actors for the purchase and shipment of supplies |
| 5. Limited human resources including technical staff and volunteers, to carry out the planned activities due the cholera outbreak and violence | High | High | • Deployment of rapid response personnel<br>• Capacity building trainings for staff |
| 6. Hydrometeorological and geological events, affect the targeted population | Medium | Medium | • NS with the support of IFRC will update its Contingency Plan and will implement measures to |

15

| | | | prepare for the hurricane season (prepositioning of equipment and materials, volunteer training) |
|---|---|---|---|
| 7. Infectious or vector-borne diseases outbreaks in vulnerable areas | Medium | Medium | • Coordinate with external health actors the implementation of a risk communication campaign |
| 8. Increase in the number of Members of the NS and IFRC affected by burnout syndrome | High | High | • Provide staff and volunteers with psychosocial support and mental health services.<br>• Training and education session on stress management can be provided. |
| 9. Forced displacement of affected population due to the volatile security situation and cholera outbreak | High | High | • Revise and update the operational strategy as required to include additional activities for migrants and displaced persons |

The HRCS ensures the engagement of local staff and volunteers and continues to monitor and respond to the situation based on their acceptance by the communities, which in turn encourages the successful implementation of the proposed activities. The following operational risks are managed by the HRCS:

- **Community understanding, acceptance, and engagement in prevention measures:** Positive public and community perception towards Red Cross staff and volunteers is essential in this outbreak operation.
- **Protection of HRCS employees or volunteers:** Sharing updated guidance through memos from the Secretary General's office to all staff and volunteers.
- **Extension of the affected area outside of the South Department to areas that are difficult to access from the capital due to insecurity**: the security problem is spreading in the other areas of the country. This situation will be mitigated by mobilizing HRCS staff and volunteers who have already received training in epidemic control for volunteers (ECV) and community-based surveillance (CBS) to begin field activities which will be monitored remotely by the Haitian Red Cross central office team with these branches.
- **Logistics:** Optimize inventory management practices to minimize the impact of potential delays or limitations in the Port of Prince, including maintaining safety stock levels and revaluating order quantities and lead times. Develop and implement business continuity plans that outline strategies for managing logistics limitations, including scenarios where transportation through some places may be unavailable or restricted, to ensure ongoing operations and minimize disruptions.
- **Security:** The absence of proper security infrastructure in Port of Prince and some remote parts of the country, contributes to increased lawlessness and banditry, including kidnaping and roadside armed robbery. Among the operational risks to be mitigated by the IFRC and HRCS, high levels of insecurity and limited access are key determinant to the implementation of the operation, as gang rivalry and violence continues to increase and now extend from the metropolitan area to the whole country. The list of current threats to delegate and staff includes kidnappings, crossfire/collateral damage incidents, carjackings, car accidents, extorsions, burglaries, theft.

16

The IFRC maintained for the orange alert for the whole country in the face of this volatile and fluid security situation. Tight security management is in effect and movement restrictions are in place. All movement outside areas of operation is closely supervised and restricted. Consultation and coordination with HCCD are applied in the decision-making process by closely monitoring the situation and adjusting measures and protocols accordingly. No major incidents have been reported for the operating personnel so far. Human resources are dedicated full time to security: a security delegate and HRC local employees to support onsite, plus the Head of Office. Protocols are put in place and revised as needed or as the situation changes and evacuation protocols have been rehearsed. Mitigation measures are in place and adjusted as the situation evolves, sometimes daily.

Threats and security incidents with humanitarians have increased over the past six months. On 3 March 2023, the HRCS, the ICRC and the IFRC, in a joint Press Release, issued an urgent call for the protection of the medical mission humanitarian access and respect for the Red Cross emblem. Over the past two years, many humanitarian organizations have either ceased their activities, repatriated parts of their staff or reconsidered their programs. The ICRC supports the National Society in activities that improve access, acceptance, and security of the operation (Safer *Access Framework).*

The situation is continuously monitored through a well-established network of contacts, social media monitoring, open-source news outlet, security WhatsApp groups of implementing partners such as UNDSS, Embassies, INGOs and USAID PSLO. Meetings are also part of the information exchanges as is information sharing with the National Society, PNSs and ICRC.

# B.  OPERATIONAL STRATEGY

## Update on the strategy

This Operations Update is the third produced since the revision of the Operational Strategy to include a cholera response-component with the earthquake response conducted since 2021. The ***revised Earthquake and Cholera operational strategy*** published on 23 February 2023 has remained unchanged since its publication and can be viewed here. Through this emergency operation, the IFRC aims to continue to support the Haitian Red Cross in the response to the earthquake and to adapt operational approaches, resources, and partnership opportunities to also tackle the ongoing cholera outbreak. This revision to the operational strategy and Emergency Appeal expands the scope of the response to reduce morbidity and mortality associated with the cholera outbreak by preventing or slowing transmission and helping to ensure that communities affected by the outbreak have access to basic social services and can support themselves with dignity.

Integrating the cholera response into the revised appeal for the 2021 earthquake operation was seen as the most appropriate and effective way to meet the needs of the communities. The geographic areas and communities currently covered by the earthquake appeal are also among the areas vulnerable to the spread of cholera, and several community alerts have been issued in the communities for people with cholera-like symptoms. Several cases have already been confirmed and managed in the nearest CTCs. HRCS staff and volunteers have acquired a solid understanding of these communities and are trained to work effectively with established teams. Most of the volunteers already have basic trainings in Health, WASH, CEA, PGI and have gained field experience in these sectors throughout the earthquake response. Earthquake response activities are complete.

After the end of the emergency appeal period, response activities linked to ongoing epidemic prevention and control activities will be pursued within the framework of the Haitian Red Cross's national plan, which will present a coherent integration and longer-term programming adapted to the country's needs, as well as a vision of the country's action across the Federation. This process aims to streamline activities into a single plan, while ensuring that the needs of those affected by the crisis are met.

17

# C.   DETAILED OPERATIONAL REPORT

## STRATEGIC SECTORS OF INTERVENTION

To respond to the October 2022 - 2023 cholera outbreak in Haiti (and prevent new cases), the Haiti Red Cross, the IFRC and their partners have increased their technical capacities and outreach in the hardest hit areas of the country. Emergency public health, water, sanitation, and hygiene activities were strengthened along with communication campaigns at national and community levels. The operation has helped to ensure that those most marginalized and most at risk in the ongoing, complex emergency receive urgent medical and other lifesaving care they may need. Please note:

1. The initially planned actions in response to needs in Shelter, Livelihoods, Multi-purpose Cash, Migration and Risk Reduction sectors have been implemented. The Health, WASH, PGI and CEA sectors remain active with additional activities to address the cholera outbreak.
2. In the following section, the actions for the earthquake and activities related to the cholera outbreak are presented. Furthermore, many important achievements have occurred in all sectors since august 2021 notably with the deployment of the Emergency Response Units (ERUs): the Red Cross Emergency Hospital (RCEH); the Logistics and Supply Chain; Relief and IT &Telecoms. For a summary of achievements up to the end of August 2023, reported against the initial Emergency Plan of Action for the response immediately after the earthquake, please refer to the latest Operation Update Number 6.

 **Shelter, Housing and Settlements**

| Objective: | *Communities in disaster and crisis affected areas restore and strengthen their safety, wellbeing and longer-term recovery through shelter and settlement solutions* | | |
|---|---|---|---|
| **Key indicators:** | **Indicator** | **Actual** | **Target** |
| | *of people provided with safe, adequate, and durable recovery shelter and settlement assistance* | 47,790 | 35,000 |
| | *# of families provided with essential HH items and shelter tool kits* | 9,558 | 7,000 |
| . | | | |

 **Livelihoods**

| Objective: | *Communities, especially in disaster and crisis affected areas, restore and strengthen their livelihoods* |
|---|---|
| | **Indicator**                                       **Actual**        **Target** |

HaitiTPSAR000987

| Key indicators: | of HHs whose livelihoods are improved from pre-disaster level | 4,300 | 5,000 |
|---|---|---|---|
| | # of targeted households received a combined sectoral kit | 4,300 | 5,000 |

**Sectoral Update:**
· A livelihoods Need Assessment was conducted in August 2022 to continue to support the populations. The general objective of this study was to identify the essential and priority subsistence needs of the population 9 months after the earthquake of 14 August 2022.
· The findings show that the affected population depend on aid and have a challenging time to find their way back after the earthquake.
· After March 2023, no activities have been planned in terms of livelihoods by the IFRC.
· Please refer to the 12-month operations update report for achievements



## Multi-purpose Cash

| Objective: | Households are provided with unconditional/multipurpose cash grants to address their basic needs | | |
|---|---|---|---|
| **Key indicators:** | **Indicator** | **Actual** | **Target** |
| | # of households reached with multipurpose cash grant for livelihoods and basic needs | 770 | 850 |

**Sectoral update:**
• Multi-purpose cash activities were completed by July 2022. Please refer to the 12-month operations update report for achievements



## Health & Care
(*Mental Health and psychosocial support / Community Health / Medical Services*)

| Objective: | Strengthening holistic individual and community health of the population impacted through community level interventions and health system strengthening | | |
|---|---|---|---|
| **Key indicators:** | **Indicator** | **Actual** | **Target** |
| | # of people assisted in the immediate aftermath of the earthquake with search and rescue services | 146 | 100 |
| | # of people transferred via ambulance services | 146 | 100 |
| | # of forensic experts deployed | 2 | 1 |
| | # of NS volunteers trained in forensics and dead body management | 25 | 25 |
| | # of volunteers and staff mobilized to support search and rescue | 0 | 50 |

19

HaitiTPSAR000988

| | | |
|---|---|---|
| # of people reached by RCEH and by public hospital(s) where assets are donated and support is provided, as per RCEH exit strategy | 6,903 | 10,000 |
| # of outpatient consultations < 5 years and >=5 years | 6,582 | 7,500 |
| # of in-patient admissions < 5 years and >=5 years in RCEH | 1,014 | 225 |
| # of surgeries performed at RCEH | 92 | 375 |
| # of deliveries at RCEH | 115 | 20 |
| % of suspected cases identified in the community arrive at RCEH | 0 | 90 |
| # of volunteers and MSPP staff trained on ECV | 23 | 100 |
| % of volunteers successfully pass the ECV training post-test to respond to diseases of epidemic potential | 100% | 90% |
| # of households reached with LLITNs through targeted PH | 4,248 | 4,000 |
| # of people reached with LLITNs included in HH kits as part of Relief distributions | 21,240 | 17,000 |
| # of targeted health promotion sessions delivered in the community | 37 | 15 |
| # of health education sessions delivered in the community. | 37 | 36 |
| # of people reached with MHPSS services | 1,811 | 2500 |
| # of HRCS volunteers and staff trained in PFA | 65 | 100 |
| # of counselling sessions at RCEH | 124 | 375 |
| # of home visits on health conducted in communities | 490 | 0 |
| # of people reached by door-to-door sensitization on health conducted in communities | 208,629 | 30,000 |
| # of mass sensitization on health conducted in communities | 215 | 0 |
| # of people reached by mass sensitization on health conducted in communities | 207,528 | 50,000 |
| # of volunteers and staff trained on ECV (Epidemics Control for Volunteers) | 60 | 90 |
| # of volunteers trained on Community Based Surveillance (CBS). | 30 | 90 |
| # of suspected cases reached by community-based surveillance teams | 429 | 0 |
| # of Training of Trainers (ToT) / supervisors trained on CBS | 30 | 90 |
| # of volunteers and staff trained on ORS use | 30 | 90 |
| per cent of volunteers (men/women) that have improved their skills on epidemic control, community-based surveillance, and OP management /ORS use to prevent cholera | 70% | 90% |
| # of volunteers reporting to the surveillance system | 52 | 90 |

**Sectoral Update**
**Health:**
With the re-emergence of cholera in October 2022, HRCS responded to the epidemiological alert from the Ministry of Public Health and Population (MSPP), participating in emergency meetings in which it established its alert and surveillance system according to national health requirements. One of the objectives of the National Society is to build the capacity of its volunteers and team to support the actions of the MSPP to address the current challenges. As soon as the Ministry of Public Health made the announcement, the Red Cross activated its crisis unit and prepared a national cholera response plan to fulfil its role as an auxiliary to the public authorities, in collaboration with its external partners and those of the International Red Cross Movement present in Haiti. The International

HaitiTPSAR000989

Federation of the Red Cross was one of the partners to come forward, providing financial and technical support to the SN so that together they could help the Haitian population. to help the Haitian population cope with the resurgence of the cholera epidemic in Haiti. The Haitian Red Cross' priority areas of action include raising awareness of the population to the early signs and symptoms of cholera, referral to the nearest health centers, promotion of individual and collective hygiene habits, improving the population's access to safe drinking water, community engagement, surveillance and monitoring of the situation, community surveillance for rapid case detection and management, increasing the population's knowledge of water disinfection and the proper use of latrines and sanitary facilities HRCS ambulance teams support the transportation of infected patients and suspected cases to health centers

The twenty-one (21) communes in the five (5) regions targeted by this second phase of the project are: Jérémie, Marfranc, Beaumont, Dame Marie, Anse d'Hainault and les Irois (Grand 'Anse), Les Cayes, Aquin, Camp-Perin, Saint Louis du Sud and Torbeck (South), Miragoane, Asile, Anse-à-veau, Plaisance du Sud, Petite Rivière des Nippes and Fond des Nègres (Nippes), Lascahobas and Boucan (Bas-Plateau), Hinche and Cerca la Source (Haut-Plateau). These communes were chosen in accordance with the Société Nationale's national cholera response plan. During the development of this plan, a needs analysis was carried out based on exchanges not only with Red Cross Movement partners and other humanitarian partners, but also during various cluster meetings, as well as on various key publications, such as those from CNSA, UNICEF, OCHA, MSPP and DINEPA. The data collected during these analyses show that the cholera resurgence is occurring in certain communities that were already facing multiple and very high levels of vulnerability. These vulnerabilities included very limited access to drinking water and hygiene products, insufficient treatment centers and health equipment to cope with the resurgence of the epidemic, and a lack of information for the population on how to avoid infection.

1. **490 Home visits** were carried out by HRC field volunteers. During the period from May 21 to June 30 of the first stage, <u>72 home visits with the participation of 90 volunteers</u> and from September 12 to November 30, 2023, of the second stage, <u>418 home visits with the participation of 340 field volunteers</u>, under the supervision of 17 focal points a total **of 208,629 people including 113,972 women and 94,657 men** were sensitized by key messages on cholera.

2. Mass awareness-raising: In the first stage with field teams 60 sessions were carried out from May 21 to June 30 and another 155 sessions for the second stage over the period from September 12 to November 30, 2023, through public places such as public markets, schools, churches, gaguères (gallodromes), public transport stations etc. in twenty-one (21) communes in the five (5) regions of the HRC. **A total of 207,528 people were sensitized, including 11,6710 women and 90,818 men.**

3. Epidemiological surveillance: While home visits were carried out in ten (10) of the 21 communes, epidemiological surveillance made it possible to detect possible cases. **Surveillance teams reported 429 suspected cases (including 206 women and 223 men**) with apparent cholera symptoms, who were referred to the nearest cholera treatment centers or units (CTC/UTC). Oral rehydration salts were distributed to affected households.

**List of locations with health structure referred.**
- Jérémie: Hôpital Saint Antoine
- Marfranc: Marfranc dispensary
- Cayes: Cayes General Hospital
- Aquin: Aquin community hospital
- Dame Marie : Dame Marie Community Hospital
- Anse d'Hainault : Hôpital saint Jean-Baptiste
- Les Irois: Carcasse dispensary

HaitiTPSAR000990

- Plaisance du Sud : CAL de Plaisance
- Petite R. des Nippes : SSPE de Petite Rivière
- Fond des Nègres : SSPE Sainte Catherine

4. Spot broadcast: Contracts have been signed with 4 radio stations across 4 of the 5 regions to produce **8 broadcasts with 480 minutes** of airtime, to broadcast key messages and promote hygiene in the fight against cholera. the project broadcast the MSPP spot to motivate the population on precautions to take to avoid catching cholera throughout the first stage of the project. This activity was facilitated by the CRH communications department.

5. This radio show was interactive, allowing the public to call in on the radio's telephone line to give their opinion on the work of the National Society. During the radio show, 27 feedback from the community were received through phone calls. The various feedback concerned the different Red Cross interventions in the community. Many compliments were paid to the team for the various activities carried out in the field in relation to the fight against cholera, as well as for the COVID-19 operation. However, other interactions showed that awareness-raising sessions must continue, due to the population's ignorance of the necessary protective measures, and their refusal to believe that cholera is a disease caused by insalubrity. In addition, interactions were received from members of certain localities who complained that they had not received hygiene kits during the distribution, even though the kits distributed were for the most vulnerable people, with well-defined parameters. These activities were carried out jointly by the health team with the support of the CEA team, with a view to achieving an integrated response. A contract was signed between the Haitian Red Cross and Digicel for the distribution of SMS messages to the population in the target regions. A total of 270,000 SMS messages were distributed to the population on key messages to fight cholera. These activities were carried out jointly by the health team with the support of the CEA team, with a view to achieving an integrated response.

6. EIC distributed: To reinforce continuous access to information and to enable a better understanding of IEC materials, approved by the MSPP were produced and multiplied in different forms. Stickers (pa bliye lave men nou souvan), posters (men sa pou nou fè le nou pran kolera) and posters (proteje tet nou pou n pa trape kolera), were used in awareness sessions and visits to motivate beneficiaries. **A total of 18,850 EIC materials have been distributed.**

7. Ambulance: To guarantee appropriate transport and pre-hospital care for emergencies, the ambulance service has been strengthened both in the West and in the far South. In fact, ambulance care was guaranteed, and some ambulances benefited from repair and maintenance work. During the response period, various cases benefited from the ambulance service.

8. Training sessions on epidemic control for volunteers, community-based surveillance, were organized in the department of Nippes and South to strengthen the capacity of Haitian Red Cross volunteers in the following areas: epidemic control, with a focus on waterborne diseases and cholera, and community surveillance to support the Ministry of Public Health and Population (MSPP) in the fight against epidemics.

A total of 90 volunteers participated in the three training sessions (Epidemic Control for volunteers: 60 participants in the Nippes (30 participants) and the South (30 participants) / Community Based Surveillance: 30 participants).
- 60 Haitian Red Cross volunteers (15 women, 15 men) were trained in Epidemic Control for Volunteers (ECV).
- 30 volunteers of the Haitian Red Cross (13 women, 16 men) were also trained on Community Based Surveillance.

22

HaitiTPSAR000991

At the end of these training courses, participants are responsible for replicating the training modules to other volunteers. The agenda of these training sessions was reinforced by sessions on mental health and psychosocial support for a person or family victim of cholera, and sessions on hygiene promotion for volunteers. The objective of the training was to build the capacity of HRCS volunteers, with a focus on waterborne diseases and cholera, and then on community surveillance to better support the MSPP in implementing an operational surveillance system for the early detection of cholera cases in target communities. Volunteers participating in the training learned to function as resource persons for the beneficiaries. The training encouraged respect for each participant and experience sharing with a methodology based on demonstrations, practices, discussions, case studies, group discussions, and role plays. The training participants have been given a pre- and post-test to evaluate their knowledge.

9. In May 2023, 4 orientation training were carried out on the thematic Cholera, for **66 volunteers and six Focal Points** in 2 communes in the South (Aquin, Les Cayes), and 3 communes in the Grand'Anse (Jeremie, Marfranc, Beaumont, as a prelude to mobilizing volunteers for different awareness sessions on cholera prevention messages. The 66 participants included 24 women and 42 men. Themes developed:
- General information on Cholera
- Water treatment and hand washing/waterborne diseases

**MHPSS:**

1. Modules on MHPSS, as part of the cursus of the Blue School program[21], were offered to 259 students (116 girls and 143 boys) aged 10 to 17 years old in seven schools of the departments of Sud (camp Perrin, Torbeck, Les Cayes), Grand'Anse (Jeremie, Beaumont) and Nippes (L'Asile). The Blue school goal is to equip children with knowledge and simple techniques and other life-saving gestures to mitigate the negative effects of recurring disasters (cyclone earthquake. To achieve this, a package of embroidered activities around the WASH Blue School project made it possible to conduct reforestation sessions for these young people with the support of the Ministry of the Environment and National Education. Other trainings sessions conducted were stress management helped children build strength and resilience so that they can cope more positively with difficult life situations.

2. Twelve (12) HRCS staff (2 women, 10 men) from the IFRC/Camp Perrin involved in the earthquake and cholera operation facing themselves a considerable amount of pressure in a highly volatile socio-political context and time of lockdown were supported with at training for staff on stress management. In December, the MHPSS and Hygiene Promotion teams conducted a series of activities (focus groups, mapping, and perception survey) in the communities to determine how to better support the populations in coping with the cholera epidemic. These activities were conducted in the departments of Sud (Camp Perrin), Nippes (l'Asile, Anse-à-Veau) and Grand'Anse (Jérémie). Activities were also planned for Artibonite and Centre departments but could not be conducted. While field activities were slowed down due to the socio-political situation (street barricades, insecurity, and fuel shortage) and all efforts were made by the entire team to maintain activities, unfortunately, the high level of socio-political unrest and insecurity in certain areas such as Artibonite and Centre prevented them from benefitting from mental health services.

3. The MHPSS and Hygiene Promotion teams conducted a series of activities (focus groups, mapping, and perception survey) in the communities to determine how to better support the populations in coping with the cholera epidemic. These activities were conducted in the departments of Sud (Camp Perrin), Nippes (l'Asile, Anse-à-Veau) and Grand'Anse (Jérémie). Activities were also planned for Artibonite and Centre departments but could not be conducted. While field activities were slowed down due to the socio-political situation (street barricades, insecurity, and fuel shortage) and all efforts were made by the entire team to maintain activities, unfortunately, the high level of socio-political unrest and insecurity in certain areas such as Artibonite and Centre prevented them from benefitting from mental health services.

23

HaitiTPSAR000992

 **Water, Sanitation and Hygiene**

| Objective: | Ensure safe drinking water, proper sanitation, and adequate hygiene awareness of the communities during relief and recovery phases of the Emergency Operation, through community and organizational interventions |
|---|---|

| Key indicators: | Indicator | Actual | Target |
|---|---|---|---|
| | # of households reached with WASH support during the emergency phase | 4,280 | 7,000 |
| | # of water supply systems, WASH infrastructure in schools and healthcare centers assessed | 34 | 70 |
| | # of household reached with hygiene kits | 4,280 | 7,000 |
| | # of menstrual hygiene management kits distributed | 2,500 | 2,500 |
| | # of households with improved WASH facilities | 4,280 | 7,000 |
| | # of WASH assessments conducted within the cholera response | 8 | TBD |
| | # of water treatment kits distributed in cholera targeted areas | 80,000 | TBD |
| | # of people reached with hygiene kits in cholera targeted areas | | TBD |
| | # of people reached with hygiene promotion sessions conducted in communities | 99,687 | 35,000 |
| | # of community water points/ sanitary blocks (latrine) rehabilitated or built-in targeted areas | 22 | 0 |
| | # of people benefiting from WASH water points/ sanitary blocks (latrine) rehabilitated or built-in targeted areas | 5,063 | 5,000 |

**Sectoral Update**

**WASH:**

24

HaitiTPSAR000993

Awareness-raising on hygiene promotion

During the two (2) phases of the project, around a hundred awareness-raising sessions on good hygiene ractices, specifically on water purification methods and hand washing, were held in strategic locations: near water points, in schools, health and religious institutions, and in households. These sessions held by volunteers in five (5) regions targeted by the project, were reinforced by demonstration sessions and distribution of materials. Between January and November 2023, awareness-raising sessions on good water, sanitation, and hygiene practices were carried out in 7 communes in the project's target departments, **a total of 99, 687 people have been sensitized during the project (**Only in two months, a total of 16,531 people (9,006 women and 7,525 men**)** were sensitized by the National Society's WASH team. The two themes revealed by the volunteers in these awareness-raising sessions were home water treatment and hand washing. For these awareness-raising sessions, volunteers were provided with materials such as: tap buckets, soap, water, and a registration form for data collection.

**Materials used:**
 Bucket with tap
 Soap
 Water
 Water purification tablet (Aquatab)

2. **A total of 16,000 stickers** with the message "Don't forget to wash your hands often" translated into Creole: (Pa bliye lave men nou souvan) were printed and distributed. A total **of 600 stickers** with the message "What you must do not to catch cholera" translated into Creole: (Men sa pou nou fè le nou pran kolera) were printed and distributed. For messages on preventive actions against the cholera epidemic (translated into Creole: pwoteje tet nou pou n pa trape kolera), **a total of 200 posters** were printed and distributed. The Nationale Society also put-up posters in public places. **Four large posters** were printed with the message on the importance of handwashing.

3. Inputs such as soap and aquatab tablets were distributed to the most economically vulnerable members of the population in the communes targeted by the project. From September 12 to November 30, 2023, three (3) regions and eight (8) communes were targeted **for the distribution of 120,430 units of Aquatab, 7344 sachets of Oral Rehydration Salt (ORS) and 8340 pieces of laundry soap**. This distribution was carried out by field volunteers from October 1 to 31, 2023.

4. **Well drilling:** To improve access to water for some of the most vulnerable populations, drilling work was carried out by a third-party company, with finishing work carried out by the Société Nationale's WASH coordination as part of the fight against cholera. Awareness-raising sessions on water treatment were also held in the target communities.
   ▪ Drilling of 5 community wells in the Grand Sud (Nippes, Sud and Grande-Anse).
   ▪ At the community's request, existing hand wells in the communities were repaired under the supervision of SNCRH's WASH coordinator. Rehabilitation of an electric well and installation of a solar system in Carrefour-Charles, Grande 'Anse.

5. **Sanitation work:** In areas close to HRC headquarters, heavy rains, flooding, and the clogging of canals with garbage have created an unsanitary environment conducive to the spread of epidemics. Community members, under the supervision of key individuals, were mobilized to carry out sanitation work in the area. Materials and equipment were acquired to facilitate the work.

6. **Distribution/ Donation of materials, equipment, NFI WASH and inputs**
   ▪ Hand washing point: A hand washing point is a 125-gallon tank placed on a metal structure with 1 tap.
   ▪ Kit: Cleaning materials: The cleaning materials distributed are as follows:
     - Wheelbarrow

25

HaitiTPSAR000994

- Shovel
- Mop
- Disinfectant
- Liquid soap
- Pair of gloves

After carrying out mass awareness-raising sessions in public places in eight (8) communes, an assessment was made of schools that did not have the means to enable pupils and staff to wash their hands, and project managers identified 21 public places to install handwashing points (PLM) and 24 kits (cleaning materials) for schools.
<u>List of beneficiary institutions</u>

## I.- Grand 'Anse
  ✓ **Jérémie**
1 - Ecole Nationale de Léon - PLM and cleaning kit
2 - Ecole Nationale Catherine Flon - Cleaning kit
3 - Lycée Nord Alexis - PLM and cleaning kit
4 - Ecole Nationale Edner Etienne - PLM
  ✓ **Marfranc**
1 - Ecole Nationale Dumarsais Estimé - PLM and cleaning kit
2 - Ecole Nationale René Philoctète - PLM and cleaning kit
Beaumont
1 - André National School - PLM
2 - Chardonnette National School - PLM
3 - Adventist School - Cleaning kit
4 - Ecole Fondamentale d'Application - cleaning kit
5 - Evangélique Baptiste de Beaumont - Cleaning kit

## II.- South
  ✓ **Cayes**
1 - Lycius Félicité Salomon Jeune - PLM and cleaning kit
2 - Ecole Nationale Séminariste Télémaque - PLM and cleaning kit
3 - Ecole Nationale Lagraude - PLM and cleaning kit
  ✓ **Aquin**
1 - Morisseau Methodist School - PLM and cleaning kit
2 - Centre de la Petite Enfance - PLM and cleaning kit
3 - Ecole St Antoine de Padoue - PLM and cleaning kit
4 - Ecole Nationale de Coma - Cleaning kit

## II - NIPPES
  ✓ **Miragoane**
1 - Lycée Jacques Prévert de Miragoane - PLM and cleaning kit
2 - Ecole Nationale de Miragoane - PLM and cleaning kit
3 - Lycée des jeunes filles de Miragoane - PLM and cleaning kit
  ✓ **Asylum**
1 - EFACAP de l'Asile - PLM and cleaning kit
2 - Ecole Nationale de l'Asile - PLM and cleaning kit
3 - Lycée Saint Joseph de l'Asile - PLM and cleaning kit
  ✓ **Anse-a-Veau**
1 - Lycée Boisrond Tonnerre - PLM and cleaning kit
2 - Regional office - PLM

HaitiTPSAR000995

2 - Ecole Nationale des Saints-Anges - cleaning kit
3 - Ecole Nationale Mixte - cleaning kit

 **Protection, Gender and Inclusion**

| Objective: | Communities identify the needs of the most at risk and particularly disadvantaged and marginalized groups, due to inequality, discrimination and other non-respect of their human rights and address their distinct needs |
|---|---|

| Key indicators: | Indicator | Actual | Target |
|---|---|---|---|
| | PGI strategy developed for the operation | 1 | 1 |
| | per cent of staff and volunteers in the operation briefed on Code of Conduct, PSEA, PGI concepts and child safeguarding policy | 80 % | 100 % |
| | # of operational sectors collecting sex and age disaggregated data | 5 | 5 |
| | HRCS Gender, Diversity and Social Inclusion Policy and Plan of Action developed | Yes | Yes |
| | # of referral pathways developed and disseminated | 2 | 5 |
| | # of girls, boys, women, men reached by SGBV-PSEA prevention messages | 287 | 5,000 |

**Sectoral update:**
1. With the resurgence of cholera in the country and the recent revision of the operational strategy, it is necessary to ensure integration of PGI in any new aspect of the revised strategy. Joint plans were developed to follow up on the efforts of the former PGI delegate and to include capacity building for HRC staff and volunteers, including continuous training on prevention and response to exploitation and sexual abuse, and to add prevention of sexual harassment in the workplace training.
2. The HRC has included sexual misconduct issues in the Code of Conduct that everyone must sign, but practical implementation requires resources and planning. The current priority is to integrate PGI into the ongoing health and WASH sectors, which will lead the main activities of the cholera action plan. The IFRC in Haiti and the Haitian Red Cross have begun collaborating to translate into Creole an interactive one-hour online training for the humanitarian sector developed by Empower Aid.
3. Thirty-two (32) HRCS gender focal points have been trained and two referral mechanisms have been developed.
4. A follow-up to the 2024 unified planning workshop in Santo Domingo for the three National Societies in the cluster is the idea to set up a PGI working group. It could consolidate requests from the three NS about key gaps and one of the goals is to ensure peer support in developing policies and practice on prevention and response to sexual exploitation and abuse (PSEA). Creating one-shop complaint mechanisms and solicit support to be able to investigate sexual misconduct would be among the tasks. A plan is to apply to IFRC's capacity-building fund for initial PSEA efforts.

HaitiTPSAR000996

 **Community Engagement and Accountability**

| Objective: | | | |
|---|---|---|---|
| **Key indicators:** | **Indicator** | **Actual** | **Target** |
| | *# of people reached through Risk Communication and Community Engagement (RCCE) for health and hygiene promotion activities.* | *842,261* | 1,000,000 |
| | *. # of feedback mechanism implemented.* | 1 | 3 |
| | *# of perception surveys implemented.* | 1 | 3 |
| | *# of community meetings organized under the CEA perspective* | 15 | 45 |
| | # of volunteers and local community groups and representatives trained in RCCE approaches and operational | 393 | 335 |
| | # of community representatives and leaders trained on cholera and supporting social mobilization sessions in their communes | 62 | 125 |
| | *RCCE case studies produced and distributed.* | 0 | 1 |
| | *# of Community members trained in RCCE and communication* | 91 | 132 |
| | *# of volunteers trained in basic CEA.* | 186 | 600 |

**Sectoral update:**

**Community Engagement and Accountability/Risk Communication and Community Engagement (CEA/RCCE)** was a stood central part of this project, and the opportunity was used to start institutionalizing CEA within the NRCS as this approach is still new to them. As volunteers were trained on CEA/RCCE, the quality of community sensitization activities improved and hence, accelerated the process of behavior change. Thanks to these training sessions, volunteers improved communication styles to best adapt to different beneficiaries and ensure two-way communication. Through continuous on-the-job training, the volunteers improved their capacities in capturing rumors and feedback and were able to share this information through feedback mechanisms. RCCE training were conducted in Haiti from November 2022 to July 2023.

1. In July 2023, a **total of 60 volunteers (39 women and 21 men)** attended these training in RCCE approaches and community feedback collection to support better community engagement, including support for community-based solutions to cholera vaccination and project activities. The capacity of these volunteers was strengthened with the aim of consolidating the understanding and capacity of HRC

28

volunteers in CEA and feedback management, and to be able to mobilize them for activities aimed at reinforcing the various awareness sessions, supporting community involvement, and putting in place sustainable solutions with the community to contribute to the fight against cholera.

These training used participatory adult methodologies that facilitated learnings through brainstorming, discussions, group works, games, and interactive sessions. The training contents were developed based on the needs and required competencies of the HRCS team on RCCE. The training contents were a good mix of RCCE training package and tailored sessions on communication and interpersonal communication skills, community engagement, behavior change communication and feedback mechanisms to increase the practical skills of the trainees for the RCCE field implementation.

2.  As part of the implementation of a mechanism to gather opinions, feedback, suggestions and complaints from its beneficiaries, a five-day training course on community engagement and accountability was organized for the HRC volunteers. **A total of 30 volunteers (17 Women and 13 men)** were trained on Kobo Collect to better support the feedback mechanism. The training sessions took place in the communes of Jeremie and Dame-Marie in the Grand'Anse department, and in the commune of Anse a Veau in the Nippes department. Also, the CEA team organized the same training at organized at the Base Camp of the HRC in the West department from the 24 to 28 July 2023.
    **Ten volunteers (4 men, 6 women**) from the West Department took part in the training to respond daily calls and queries from beneficiaries and the community via the "green line", which will enable HRC NS to receive calls from beneficiaries and communities in which HRC and National Societies partners are implementing projects.

3.  Training session on awareness-raising techniques (Communicating better with communities and answering people's questions) and on Better understanding the CEA's approaches and how they contribute to and promote response operations. **A total of 89 community leaders (**leaders of community organizations, youth leaders, religious leaders, teachers, CASEC...) **(61 women and 28 men)** were trained in communication techniques to conduct social mobilization sessions in their communities. These training courses were carried out in Jeremie and Dame-Marie.

4.  As part of sensitization sessions in the fight against cholera, the CEA team worked jointly with the health and WASH team to ensure that the sensitization techniques for communicating with the community were applied correctly. adequate way. As a result, the CEA team joined the health team and WASH team to implement awareness-raising activities in an integrated manner. Volunteers trained in sensitization techniques, community engagement and cholera are those who have been mobilized for the sensitization sessions. **With the volunteers trained by the CEA, 40 volunteers were mobilized to support the awareness sessions conducted by the health team, a total of 64,633 people** ( 28,606 men, 36,527 women) were reached by messages on cholera, the promotion of hygiene and handwashing during door-to-door sensitization sessions, group discussions, mass sensitization sessions in communities with megaphones, lectures and IFRC vehicles equipped with public address systems in three departments (Grand'Anse, Central Plateau, South, Nippes).

5.  One radio broadcast was carried out by the CEA team of the Haitian Red Cross at a local radio station in Miragoane (Radio Caribbean) in the Nippes department. The National Society was represented by the CRH CEA Officer and the CRH Regional President for the Nippes Department.
    -   This radio show was interactive, allowing the public to call in on the radio's telephone line to give their opinion on the work of the National Society.
    -   **During the radio show, 27 feedbacks** from the community were received through phone calls. The various feedbacks concerned the different Red Cross interventions in the community. Many

29

<u>compliments were paid to the team for the various activities carried out in the field in relation to the fight against cholera, as well as for the covid-19 operation</u>. However, other interactions showed that awareness-raising sessions must continue, due to the population's ignorance of the necessary protective measures, and their refusal to believe that cholera is a disease caused by insalubrity. In addition, interactions were received from members of certain localities who complained that they had not received hygiene kits during the distribution, even though the kits distributed were for the most vulnerable people, with well-defined parameters.

6.  A total of 04 focus groups were carried out in the municipalities of Jeremie and Dame-Marie with the following groups of people:

    -   Focus group with Community based Organization (OCB) and Community health workers (ASCP) in Jeremie
    -   Focus group with Community based Organization (OCB) and Community health workers (ASCP) in Dame-Marie
    -   Focus group with traditional doctors, religious priests, and priestesses (Hougans, mambo) In Jeremie
    -   Focus group with traditional doctors, religious priests, and priestesses (Hougans, mambo) In Je in Dame-Marie.

7.  Discussions/meetings were held with community members (Jeremie, Dame-Marie) with the objective of understanding the socio-cultural context and power dynamics and identifying networks and influencers in each community (Identify safe, feasible and acceptable types of collaboration). people who participated in these community meetings are community leaders, religious leaders, women's groups, youth, youth, volunteers, etc. community leaders, religious leaders, women, youths etc. **Thirty-seven (37) people participated in these meetings (22 women / 15 men).**

8.  Meeting for community platforms (community leaders, religious leaders, women, youths etc.) on RCCE with focus on cholera prevention and response with a focus on vaccine acceptance and community-based surveillance. **Thirty-eight (38 people participated in these meetings (20 women / 18 men).**

9.  An interagency virtual meeting on AAP and Community Engagement joint efforts in Haiti was held on May 10, 2023, between IFRC (CEA Delegate Haiti, Regional Community Engagement and Accountability Senior Officer and Regional Community Engagement and Accountability (CEA) Strategic Lead) and UNICEF's (Social and Behavior Change Chief/Accountability Focal point Haiti and AAP Regional Expert). The purpose of the meeting was to have a touch base meeting to know if there are potential common areas or join and coordinated work about AAP and Community Engagement in Haiti.

10. The meeting of the Working Group on Accountability to Affected Populations, Communication and Community Engagement in Haiti on May 19, 2023. The aim of this interagency group is to Provide technical support to the main coordination structures (Intersectoral, Humanitarian Country Team) in promoting the integration of accountability, community engagement and two-way communication between the population and humanitarian organizations.

11. Since May 21, the CEA Delegate has been taken part as Supervisor to the training and launching of the cholera responses activities organized by the HRC in the Department of Sud



| **Migration** | | Female > 18: | Female < 18: |
|---|---|---|---|
| | | Male > 18: | Male < 18: |

| **Objective:** | *Communities support the needs of migrants and their families and those assisting migrants at all stages of migration (origin, transit and destination)* | | |
|---|---|---|---|
| **Key indicators:** | **Indicator** | **Actual** | **Target** |
| | *RFL response plans developed for the operation* | 1 | 1 |
| | *# of people reached with RFL activities* | 25 | 300 |
| | *# of people trained in RFL* | 5 | 20 |
| | *# of services delivered to re-establish and maintain contact with family members and determine the fate and whereabouts of the missing* | 4 | 332 |

**Sectoral update**:
*The activities under the Migration sector were completed in the emergency phase of the earthquake response and consisted of Restoring Family Links activities. A presentation of accomplishments can be found in the previous operation updates and a summary of the* *12-month operation update.*
However, the national and regional monitoring of Haitian migratory flows maintain monitoring activities through the National Societies in the region and the IFRC delegations.

# Enabling approaches



## National Society Strengthening

| **Objective:** | | | |
|---|---|---|---|
| **Key indicators:** | **Indicator** | **Actual** | **Target** |
| | *# of volunteers insured* | 9,000 | 10,000 |
| | *# of volunteers involved in the operation* | 500 | 1000 |
| | *OCAC second phase completed* | No | Yes |
| | *# of PER processes conducted* | 0 | 1 |

**Sectoral update:**

1. Volunteer orientation: To start the project, as of May 21, 2023, four (4) orientation sessions were organized for 60 field volunteers at a rate of 10 per commune and 6 focal points in four (4) HRC regions and the other 30 volunteers in the other 3 communes were already oriented by other projects.

HaitiTPSAR001000

Topics covered.
 General information on cholera
 Water treatment and hand washing/waterborne diseases
Duration of orientation days: 9 a.m. - 4 p.m.

2. Visibility materials for volunteers include white jerseys bearing the CRH logo and the words "réponse au cholera" on the back, red kepis with the CRH logo and bibs with the CRH logo. A total of 459 shirts, 213 kepis and 280 bibs were distributed to volunteers.

3. IFRC continues to support the HRCS in its response to the Earthquake and Cholera Outbreak around the country, more specifically in the affected departments.

4. Regional support: To facilitate the monitoring and day-to-day running of field activities in the regions, office materials, supplies and equipment have been acquired for 5 regional branches: Haut Plateau Central, Bas Plateau Central, Sud, Nippes and Grande-Anse.

5. 9,000 HRC's volunteers are insured to support the Operation Earthquake in Haiti and this insurance has been extended for the year 2023.
6. Since February 2023 with July 2023, a CEA specialist was deployed in Haiti to work closely with the National Society and support CEA activities.
7. To carry out the activities, the volunteers were provided with visibility materials bearing the Haitian Red Cross logo and the title of the cholera response project (jersey and kepi), enabling the population to identify the National Society surveillance team.
8. Training on Cholera, Hygiene promotion, Risk communication and community engagement, Kobo collect.

 ## Coordination and Partnerships

| Objective: | | | |
|---|---|---|---|
| **Key indicators:** | **Indicator** | **Actual** | **Target** |
| | *# of rapid response personnel deployed* | 119 | 50 |
| | *# of disaster law briefs disseminated to IFRC network partners* | 0 | 3 |
| | *# of Movement-wide statements issued* | 1 | 1 |
| | *# of Movement operational meetings held* | 8 | 9 |
| | *# of RCRC installations provided with ITT services* | 1 | 1 |

**Sectoral update:**
1. Operations meetings occur every week with the National Society week to keep track of activities, and a CCD meeting three times a week.

HaitiTPSAR001001

2. The IFRC team in Haiti has been meeting three times a week on Mondays, Wednesdays, and Friday. The operations reflect the activities agreed in the IFRC operational strategy and pledge-based requirements.
3. It is also urgent for the National Society to implement funding from Government of Japan and ICRC that must be spent by the end this year.
4. The Movement partners (PNS, ICRC and IFRC) have been meeting every two weeks for informal discussions on how to coordinate support to the Haitian RC (Canadian, Spanish and Switzerland RC, and with Netherlands RC also on the invitation list). These discussions show the need for continuous coordination at many levels such as the harmonization of per diems for National Society volunteers, transport payments for the National Society and insurance for volunteers. During the meetings, PNS, ICRC and IFRC openly discuss progress and gaps in their respective operations. This also serves to coordinate National Society position payments between partners (also in terms of percentages and length of funding commitments).
5. Coordination between partners also addresses issues such as how best to support the National Societies to raise and secure stable, predictable funds based on transparent and effective operations and how to support the upgrading of the HRC financial system in terms of budgeting and providing monthly expenses and income in a timely manner, to better serve decision making and accountability

 ## Secretariat Services

| Objective: | | | |
|---|---|---|---|
| **Key indicators:** | **Indicator** | **Actual** | **Target** |
| | *Communications support* | 1 | 1 |
| | *Real-Time Evaluation* | 0 | 1 |
| | *Final Evaluation* | 1 | 1 |
| | *# of pledges registered* | 37 | 20 |
| | *# of new donors to the IFRC* | 1 | 5 |
| | *HRCS resource mobilization plan* | 1 | 1 |
| | *# of financial reports issued* | 1 | 1 |
| | *Final Audit conducted* | 0 | 1 |
| | *Security Protocol for operation implemented* | 1 | 1 |

**Sectoral update:**
**Finance**: Challenges to transfer money to Haiti internationally and nationally have affected the continuity of ongoing activities. Insecurity affects multiple aspects of the work, including the difficulty to move funds in country to pay for working advances or employees at time. Global insecurity in the country can hamper on activities by increasing transactional difficulty and imposing delays on transfers of funds from third countries, impacting on

HaitiTPSAR001002

money available to timely do activities or impacting on the payment of personnel involved or even suppliers. This is handled by reorganizing activities and communicating in a transparent manner with personnel and suppliers.

**HR**: The plan will be to transfer and train HRC staff and volunteers to take over this position and strengthen the link with Governmental concerned units for a strong collaboration especially in PGI, and PSS. IFRC should raise more funds to support the cholera response to have HRC local Coordinators playing the role of Field Coordinators. Two surge personnels were deployed to support the activities in Haiti: CEA delegate, security coordinator as HR remains challenging for the reasons summarized below: The economic situation and the humanitarian context challenge recruitment and maintaining of qualified human resources, turnover is extremely high. Constant safety and socio-economic concerns in country not only negatively affect the operation but the physical and mental health of our staff. While considered crucial (based on in country context) there is limited funding for substantive psychosocial support

**Security:** IFRC maintains orange phase for all Haiti. The overall security situation in Haiti remains volatile and fluid. Movement Restrictions are in place, all movements need to be strictly coordinated through security. The main risk for IFRC staff remains "Collateral Damage" resulting from "wrong place, wrong time incidents." Kidnappings are still on the rise.

# D.  FUNDING

As per financial report attached, this operation closed with a balance of CHF 330,400. The International Federation seeks approval from its donors to reallocate this balance to PHT119/MAAHT003 Haiti Resilience to support the operation of Haiti Country Office, National Society Development and Movement Coordination. Partners/donors who have any questions regarding this balance are kindly requested to contact the Head of Delegation, Elias Ghanem (elias.ghanem@ifrc.org), within 30 days of publication of this final report. Pass this date the reallocation will be processed as indicated.

HaitiTPSAR001003

# Contact information

**For further information, specifically related to this operation please contact:**

**At the Haiti Red Cross**
• **President of National Society of Haiti Red Cross:** Guëtson Lamour, president@croixrouge.ht

**At the IFRC**
• **Head of the Country Cluster Delegation for Cuba, Haiti and Dominican Republic:** Elias Ghanem, elias.ghanem@ifrc.org
• **Operations Manager, Evolving Crisis and Disasters:** Maria Martha Tuna, maria.tuna@ifrc.org
• **Communications Manager, Americas Regional Office:** Susana Arroyo, susana.arroyo@ifrc.org
• **Head (Acting) of PMER and Quality Assurance:** Pradiip Alvarez, pradiip.alvarez@ifrc.org

**For IFRC Resource Mobilization and Pledges support:**
• **Head of Strategic Partnerships and Resource Mobilization, Americas Regional Office:** Monica Portilla, monica.portilla@ifrc.org

**For In-Kind Donations and Mobilization table support:**
• **Regional Logistics Manager, Americas Regional Office:** Stephany Murillo, stephany.murillo@ifrc.o

**Reference documents**
↘
Click here for:
- Revised Emergency Plan of Action 26 November 2021
- Revised Operational Strategy 23 February 2023

# How we work

All IFRC assistance seeks to adhere the **Code of Conduct** for the International Red Cross and Red Crescent Movement and Non-Governmental Organizations (NGO's) in Disaster Relief, the **Humanitarian Charter and Minimum Standards in Humanitarian Response (Sphere)** in delivering assistance to the most vulnerable, to **Principles of Humanitarian Action** and **IFRC policies and procedures**. The IFRC's vision is to inspire, encourage, facilitate and promote at all times all forms of humanitarian activities by National Societies, with a view to preventing and alleviating human suffering, and thereby contributing to the maintenance and promotion of human dignity and peace in the world.

HaitiTPSAR001004

# Annex

## Haiti Earthquake and Cholera Emergency Appeal Final Evaluation

# FINAL EVALUATION

## HAITI EARTHQUAKE AND CHOLERA EMERGENCY APPEAL (MDRHT018)



# FINAL REPORT

Presented to
**The International Federation of Red Cross and Red Crescent Societies**


**IFRC**

By

Jempsy FILS AIME, with the support of InterConsultants

June 2024

FINAL EVALUATION HAITI EARTHQUAKE AND CHOLERA-MAY 2024          JEMPSY FILS AIME – FINAL REPORT   |   1

HaitiTPSAR001005

Case 3:25-cv-01766-EMC   Document 357-11   Filed 01/01/26   Page 206 of 400

bo.ifrc.org > *Public Folders* > *Finance* > *Donor Reports* > *Appeals and Projects* > *Emergency Appeal - Standard Report*   Page 1 of 2

# Emergency Appeal
## FINAL FINANCIAL REPORT

| Selected Parameters | | | |
|---|---|---|---|
| Reporting Timeframe | 2021/8-2024/12 | Operation | MDRHT018 |
| Budget Timeframe | 2021-2024 | Budget | APPROVED |

Prepared on 10 Feb 2025

All figures are in Swiss Francs (CHF)

## MDRHT018 - Haiti - Earthquake and Cholera

Operating Timeframe: 15 Aug 2021 to 31 Dec 2023;   appeal launch date: 16 Aug 2021

## I. Emergency Appeal Funding Requirements

| Thematic Area Code | Requirements CHF |
|---|---|
| AOF1 - Disaster risk reduction | 288,000 |
| AOF2 - Shelter | 1,098,000 |
| AOF3 - Livelihoods and basic needs | 1,482,000 |
| AOF4 - Health | 7,064,000 |
| AOF5 - Water, sanitation and hygiene | 2,137,000 |
| AOF6 - Protection, Gender & Inclusion | 124,000 |
| AOF7 - Migration | 307,000 |
| SFI1 - Strenghten National Societies | 2,696,000 |
| SFI2 - Effective international disaster management | 17,000 |
| SFI3 - Influence others as leading strategic partners | 570,000 |
| SFI4 - Ensure a strong IFRC | 3,417,000 |
| **Total Funding Requirements** | **19,200,000** |
| **Donor Response* as per 10 Feb 2025** | **8,652,874** |
| **Appeal Coverage** | **45.07%** |

## II. IFRC Operating Budget Implementation

| Thematic Area Code | Budget | Expenditure | Variance |
|---|---|---|---|
| AOF1 - Disaster risk reduction | 0 | 0 | 0 |
| AOF2 - Shelter | 419,759 | 419,759 | 0 |
| AOF3 - Livelihoods and basic needs | 727,669 | 681,573 | 46,096 |
| AOF4 - Health | 876,843 | 651,864 | 224,979 |
| AOF5 - Water, sanitation and hygiene | 1,615,152 | 1,601,945 | 13,207 |
| AOF6 - Protection, Gender & Inclusion | 12,754 | 12,754 | 0 |
| AOF7 - Migration | 123,400 | 123,400 | 0 |
| SFI1 - Strenghten National Societies | 1,511,205 | 1,482,867 | 28,338 |
| SFI2 - Effective international disaster management | 3,168,946 | 3,131,664 | 37,282 |
| SFI3 - Influence others as leading strategic partners | 0 | 0 | 0 |
| SFI4 - Ensure a strong IFRC | 146,500 | 192,099 | -45,600 |
| **Grand Total** | **8,602,227** | **8,297,925** | **304,302** |

## III. Operating Movement & Closing Balance per 2024/12

| | |
|---|---|
| Opening Balance | 0 |
| Income (includes outstanding DREF Loan per IV.) | 8,628,325 |
| Expenditure | -8,297,925 |
| **Closing Balance** | **330,400** |
| Deferred Income | 0 |
| Funds Available | 330,400 |

## IV. DREF Loan

| * not included in Donor Response | Loan : | 750,000 | Reimbursed : | 750,000 | **Outstanding :** | **0** |
|---|---|---|---|---|---|---|

**www.ifrc.org**
Saving lives, changing minds



HaitiTPSAR 001006

Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 207 of 400

bo.ifrc.org > Public Folders > Finance > Donor Reports > Appeals and Projects > Emergency Appeal - Standard Report    Page 2 of 2

# Emergency Appeal
FINAL FINANCIAL REPORT

| Selected Parameters | | | |
|---|---|---|---|
| Reporting Timeframe | 2021/8-2024/12 | Operation | MDRHT018 |
| Budget Timeframe | 2021-2024 | Budget | APPROVED |

Prepared on 10 Feb 2025

All figures are in Swiss Francs (CHF)

## MDRHT018 - Haiti - Earthquake and Cholera

Operating Timeframe: 15 Aug 2021 to 31 Dec 2023;    appeal launch date: 16 Aug 2021

## V. Contributions by Donor and Other Income

| Opening Balance | | | | | 0 | |
|---|---|---|---|---|---|---|

| Income Type | Cash | InKind Goods | InKind Personnel | Other Income | TOTAL | Deferred Income |
|---|---|---|---|---|---|---|
| American Red Cross | 1,146,391 | | | | **1,146,391** | |
| Austrian Red Cross | 52,509 | | | | **52,509** | |
| Austrian Red Cross (from Austrian Government*) | 52,509 | | | | **52,509** | |
| British Red Cross | 823,998 | 8,561 | | | **832,559** | |
| British Red Cross (from Jersey Overseas Aid*) | 115,000 | | | | **115,000** | |
| Canadian Government | | 136,060 | | | **136,060** | |
| Czech Government | 105,805 | | | | **105,805** | |
| Ericsson | 6,059 | | | | **6,059** | |
| Finnish Red Cross | 108,908 | | | | **108,908** | |
| French Government | 8,003 | | | | **8,003** | |
| French Red Cross | | 51,716 | | | **51,716** | |
| German Red Cross (from German Government*) | 100,000 | | | | **100,000** | |
| Hong Kong branch, Red Cross Society of China | | 26,852 | | | **26,852** | |
| ICRC | 175,000 | | | | **175,000** | |
| Iraqi Red Crescent Society | 925 | | | | **925** | |
| Irish Government | 381,625 | | | | **381,625** | |
| Irish Red Cross Society | 19,456 | | | | **19,456** | |
| Italian Government Bilateral Emergency Fund | 540,071 | | | | **540,071** | |
| Italian Red Cross | 123,300 | | | | **123,300** | |
| Japanese Government | 742,324 | | | | **742,324** | |
| Japanese Red Cross Society | 336,731 | | | | **336,731** | |
| Monaco Government | 32,030 | | | | **32,030** | |
| New Zealand Government | 630,300 | | | | **630,300** | |
| NOVO NORDISK | 9,228 | | | | **9,228** | |
| On Line donations | 10,655 | | | | **10,655** | |
| Polish Red Cross | 3,222 | | | | **3,222** | |
| Red Cross of Monaco | 53,750 | | | | **53,750** | |
| Republic of Korea Government | 457,077 | | | | **457,077** | |
| Romanian Government | 53,689 | | | | **53,689** | |
| Slovenia Government | 32,036 | | | | **32,036** | |
| Spanish Government | 270,035 | | | | **270,035** | |
| Spanish Red Cross | | 22,114 | | | **22,114** | |
| Supreme Master Ching Hai | 27,500 | | | | **27,500** | |
| Swedish Red Cross | 172,969 | | | | **172,969** | |
| Swiss Government | 250,000 | | | | **250,000** | |
| Swiss Red Cross | 100,000 | | | | **100,000** | |
| Swiss Red Cross (from Swiss Government*) | 100,000 | | | | **100,000** | |
| The Canadian Red Cross Society | 366,348 | 130,296 | | | **496,644** | |
| The Canadian Red Cross Society (from Canadian Gov | 370,780 | | | | **370,780** | |
| The Netherlands Red Cross (from Netherlands Govern | 429,217 | | | | **429,217** | |
| The Republic of Korea National Red Cross | 39,835 | | | | **39,835** | |
| United States - Private Donors | 1,007 | | | | **1,007** | |
| WarnerMedia | 4,432 | | | | **4,432** | |
| **Total Contributions and Other Income** | **8,252,725** | **375,600** | **0** | **0** | **8,628,325** | *0* |
| **Total Income and Deferred Income** | | | | | **8,628,325** | *0* |



# Engaging the Haitian Diaspora

Emigrant Skills and Resources are Needed for
Serious Growth and Development, Not Just Charity

*By Tatiana Wah*

Over the last five decades, Haiti has lost to the developed and developing world a significant amount of its already meager manpower resources, largely in the form of international migration. This has led to a significant pool of skilled human capital residing mostly in the Dominican Republic, the United States, and Canada as diaspora communities. Some estimates show that as much as 70 percent of Haiti's skilled human resources are in the diaspora. Meanwhile, it is increasingly argued that unless developing nations such as Haiti improve their skilled and scientific infrastructures and nurture the appropriate brainpower for the various aspects of the development process, they may never advance beyond their current low socio-economic status. Faced with persistent underdevelopment problems and with language and cultural barriers, international aid agencies, development scholars, and practitioners are increasingly and loudly calling for diaspora engagement programs.

The processes required to construct successful diaspora engagement strategies for Haiti's development, however, are not well understood and consequently merit serious attention. Programs make implicit and explicit assumptions about diaspora members that do not apply to the general understanding of how émigrés build or rebuild their worlds. Programs fail to place strategies within the larger framework of any national spatial-economic development plan or its implementation. Current engagement strategies treat nationalistic appeals and diaspora consciousness as sufficient to entice members of the diaspora to return or at least to make indirect contributions to their homeland. Improving diaspora engagement strategies for Haiti's development should begin with a better understanding of the Haitian diaspora population—why they left in the first place, the activities they undertake, their competencies and resources, and how they can effectively contribute to their homeland.

▷ Shantytown of Wharf Jeremie, Port-au-Prince, Nov. 7, 2010. *Marco Baroncini/Corbis*



HaitiTPSAR001009

TATIANA WAH

## Why They Left

The Haitian population had been largely stationary before the 1960s, save for labor migration to neighboring Caribbean islands. Haitian mass migration to the more developed countries, and especially to the United States, remained insignificant, primarily because of racial tensions and segregation. Less than 2,000 Haitians legally immigrated to the United States from 1900 to 1950. By the late 1950s to early 1960s, however, many from the upper and middle classes began to flee the dictatorial regime of François "Papa Doc" Duvalier, thus constituting the first wave of Haitian mass migration. This first wave brought Haitians to the United States, to Europe (mostly France), to French-speaking Canada, and to Francophone Africa.

Massacres, confiscation of property, and persecution of members of the educated and professional class propelled their outflow. Those who were believed to be communists were also targeted. My half-Chinese father was jailed more than a dozen times because the Duvalier regime believed that he would agitate the proletariat and peasant farmers. The dictator's goal of building a new black aristocracy in Haitian society under the *noiriste* ideology (the black power or 'black is beautiful' movement) called for the extinction of the existing upper and educated classes, and the nationalization of their property and enterprises. The *noiriste* ideology was also the basis for Duvalier's promotion of the emigration of Haitian professionals and technicians to the newly independent countries of Francophone Africa in the 1960s. By so doing, Duvalier did effectively reduce potential political opposition, but this period also marked the beginning of Haiti's brain and capacity drain.

Changes in U.S. immigration law and civil rights laws in the 1960s facilitated this first wave of Haitian mass migration. United States support for the Duvalier regime, largely because of Washington's preoccupation with Fidel Castro's communist regime in Cuba (Haiti's neighbor), further facilitated both legal and illegal immigration of Haitians to the U.S. during this period. The outflow of Haitian immigrants to the United States tripled by 1970—from about 3,000 per year in the mid-1950s to 10,000 per year by 1967, and then to 25,000 in 1970. Little effort was made by the U.S. government to contain the illegal flow from Haiti until the 1980s; the U.S. Immigration and Naturalization Service (INS) did not go after temporary visitors with non-immigrant visas, who remained in the U.S. from that time.

The second and heavier wave of Haitian migration to the U.S. came during the 1980s. In fact, over three-quarters of all Haitians now residing in the U.S. arrived after 1980. The largest recorded number (44,570) of legal Haitian immigrants to arrive within a one-year period occurred in 1980–81. The largest number of refugees to arrive on the shores of southern Florida in makeshift boats occurred in the same time period—25,000 arrived in 1980 and 8,000 in 1981. This outflow of boat people from

Haiti to Florida persisted until the end of the Duvalier regime in 1986, but at a lower rate; averaging about 500 refugees a year.

The outflow of both legal and illegal immigrants rose sharply again at the beginning of the 1990s. This period is considered the third wave of Haitian outflow overseas. An estimated 38,000 Haitians fled the country in the first eight months of 1991, following the coup d'état against the democratically elected president, Jean-Bertrand Aristide. In addition, over 10,000 boat people seeking asylum were detained at American facilities in Guantanamo Bay, Cuba the same year. About 30 percent of those were paroled into the U.S. and were later joined by their families under the family reunification provision of U.S. immigration law. During the same time frame (1991–94), refugees were also landing on the shores of the Bahamas, and many more crossed the border to the Dominican Republic.

By 1995, the U.S. Immigration Act called for more stringent requirements for family reunification and thus made legal migration more difficult for Haitians. The U.S. Coast Guard practice of intercepting Haitian boats in Haitian waters also contributed to diminishing the illegal entry of Haitians via south Florida beaches. Yet, according to the INS, Haitians have continued to arrive legally at a rate of about 15,000 per year since 1990. This persistent flow into the U.S. is due to the great backlog in the numbers of Haitians who are in the process of changing their status or that of their relatives from Haiti. It is also due to the political instability of the country. Since 1990, Haiti has had over nineteen governments—with prime ministers averaging only about sixteen months in office.

The 1990 U.S. Census reported 306,000 persons in the U.S. who identified their primary ancestry as Haitian. By 2000, the recorded number nearly doubled, and had reached 548,000. In 2010, the U.S. Census reported 907,790 Haitians (foreign and native-born) in the United States. Soon after the devastating 2010 earthquake, the U.S. granted temporary protected status (TPS) to about 200,000 Haitians who had been living continuously in the U.S. without proper documents that now permitted them to work. Moreover, the earthquake forced the return to the U.S. of many Haitian Americans (U.S. citizens of Haitian descent) who had been residing in Haiti, mainly students and retirees.

Haitian American organizations estimate that there are well over one million persons of Haitian descent in the U.S., which constitutes roughly 15 percent of the current population of Haiti. (They contend there are major problems of undercounting in the U.S. Census.) Roughly 43 percent of the Haitian diaspora reside in the United States, leaving the largest proportion of the Haitian diaspora in neighboring Caribbean countries, mostly in the Dominican Republic.

Haitian migration, like most migration to the U.S. from less developed countries, is characterized by a chain migration pattern whereby one or two people obtain legal

status, establish a household, and begin recruiting a series of relatives and friends. The chain migration of my own family began with the ousting of my great uncle from political office upon the installation of Duvalier in 1957—he had served the previous Paul Magloire administration. The continuation of a devastating political, environmental, social, and economic situation (including a 40 percent unemployment rate) in Haiti guarantees an unbroken chain migration, particularly to the United States and Canada; and when combined with already heavy backlogs in processing resident status changes, a large and growing flow of Haitians will persist.

### "Diasporic Consciousness"

Members of the Haitian diaspora in the U.S. and Canada are better off economically and have higher levels of educational and occupational attainment than those residing in neighboring Caribbean islands. As a group, they are seen to be able to contribute significantly to Haiti's development. The higher level of accomplishment among those living in the U.S. and Canada is itself due to many factors, including legal status, the range of economic activities and educational facilities available to immigrants, and their level of education upon arrival. Haitians in the Bahamas, the Dominican Republic, and other Caribbean islands, for example, are limited to employment as casual labor—whether in the agricultural, service, tourism, or construction sectors or in petty commerce. Members of the Haitian diaspora residing in neighboring Caribbean islands are further limited in that most who migrate there have had the lowest level of schooling and have limited experience in economic activities other than peasant farming and petty commerce. They also live precariously on these islands due to their illegal status, and are often subjected to mass deportations. There are, however, a growing number of Haitian skilled workers—particularly in construction, agriculture, and agro-processing industries—as well as a growing university student and graduate population and former political elites in the Dominican Republic.

One important factor that must be highlighted in terms of its significance in shaping the characteristics of Haitian diaspora communities—wherever they may reside—is that they suffer from prejudice and discrimination. This could be said to propel them to hold onto a "diasporic consciousness," to use the sociologist Robin Cohen's term. This fact is well recognized by all authors who write on the Haitian diaspora and refugees and their experiences, leading to Haitian diaspora communities being dubbed "migrants in isolation" —that is, isolated from other groups.

In the U.S., adverse publicity during the 1980s tarnished the image of Haitians for the general public. This focused on three elements: the vast numbers of boat people arriving on Florida's shores; the rumor that tuberculosis (TB) was endemic among Haitians in southern Florida; and the wholesale labeling of all Haitians as an at-risk

group for AIDS by the U.S. Centers for Disease Control (CDC). Both the TB rumor and AIDS labeling were unjustified—Haitians were subsequently removed from the CDC's at-risk list after much protest by the Haitian expatriate communities—but the group was left wrongly stigmatized. The preferential treatment given to Cuban boat people over Haitian boat people arriving on Florida's shores also exacerbated the rift and distrust between the Haitian diaspora in the U.S. and mainstream Americans. Haitians were considered by Washington to be economic rather than political refugees in the 1980s despite the dictatorship in Haiti, and were treated differently than the Cubans fleeing Castro's regime. The overwhelming majority of arrivals was therefore denied political asylum and jailed in disproportionate numbers compared to undocumented people from other immigrant groups.

**The Hometown Factor**

Family and friends remain the central organizing institution of Haitian expatriates. Remaining loyal to their heritage (cultural taste in music, food, and language) and community (towns from which they came) mean Haitian diaspora members throughout the U.S. frequent restaurants, clubs, clinics, and stores that cater primarily to a Haitian clientele. Haitians register hundreds of associations in the U.S., spanning from student and professional organizations, to charitable causes for Haiti, to cultural and artistic groups and political cliques. For the most part, these associations orient their constituencies toward matters in Haiti and not that of the U.S. And, although there is a growing number of organizations that focus on issues relating to their own Haitian constituencies in America, tragic circumstances in Haiti—frequent natural disasters for instance—seem to always reorient diaspora activities back to Haiti.

The bulk of Haitian voluntary organizations in the U.S. center around regional associations that are named for the specific region, town, or village in Haiti within which they conduct their charitable work. Haitian institutions in the U.S. largely mirror those in Haiti in that they are weak or barely functioning, are plagued with capacity and financial resource deficiencies, are inappropriate due to parallel purposes, and are extremely informal. The unstructured nature of how these regional 'hometown' organizations operate limits their resources and their influence both in Haitian communities and in the American mainstream.

Haitian diaspora business enterprises tend to be micro or small in scale, and many operate as informal activities, relying mostly on personal relationships. Most Haitian-owned businesses either conduct transnational business with Haiti or serve the Haitian community in their U.S. neighborhoods. The market for both formal and informal micro-enterprises is almost solely Haitian-based. These businesses tend to have little potential for growth or to create any significant wealth since they cater to a limited

market and very few employ more than the owner; the latter is often fully and formally employed outside of the business too. Haitian enterprises concentrate in fields such as money transfers, travel agencies, and food preparation, and include the following services: bakeries, shipping, restaurants, translation services, music shops, and small grocery stores. The informality and small size of Haitian expatriate enterprises stem not only from their own lack of sophisticated entrepreneurial skills, but also from low production, low standards, and the low diversity of goods to be had from Haiti. Unlike the Chinese, Lebanese, or Iranian trade or merchant diasporas, the Haitian diaspora has not developed into large manufacturers, retailers or wholesalers, and distributors. The Haitian diaspora in the U.S. and elsewhere is largely a community of wage earners, focusing more on climbing professional occupational ladders and increasing incomes from their jobs. In 2000, only 4.42 percent of the employed sixteen years and over population in the Haitian diaspora in the U.S. were self-employed in their own business; in 2010, the U.S. Census reports a mere 3.5 percent of Haitians remain in this category.

**Education as an Equalizer**

The primary significance of the U.S. Haitian diaspora for Haiti lies in its human capital—its entrepreneurial ventures and sources of capital are essentially negligible relative to Haiti's economic development requirements. While 93 percent of the Haitian diaspora in the United States over 25 years of age have had schooling, only about 40 percent of Haiti's population of a comparable age has had schooling. And while close to 32 percent of the U.S. Haitian diaspora has at least attended college or hold associate degrees and 18 percent hold a bachelor's and higher degree, only about 3.5 percent of Haitian nationals have attended college and only about 1.4 percent hold university degrees. In terms of sheer numbers, the gap in educational attainment is striking. In the U.S. alone, the Haitian diaspora counts close to 65,900 holders of university degrees in 2010 census, which is quadruple the number that the entire nation possesses. According to a 2006 Inter-American Development Bank report, Haiti has a university enrollment rate of less than 1 percent, and 84 percent of university graduates subsequently leave Haiti. The country has the highest illiteracy rate in the Western Hemisphere, estimated to be over 75 percent by the U.S. State Department, though other estimates vary between 50–60 percent.

This means that Haiti has no choice in the short and medium term but to utilize its skilled expatriates in its development efforts, unless the country wants to largely import foreign skilled workers across all fields. For it will take Haiti seventy-four years to produce an equal number of university graduates to that which already exists in the U.S. and Canadian Haitian diaspora communities. Further complicating the nation's skilled human capital production troubles is its high population

growth; one of the highest in the Latin American/Caribbean region. In just ten years, Haiti will have over 4.5 million children under the age of fifteen to educate, 3.8 million of whom will remain illiterate if current rates of primary school participation and completion are to persist.

Though trailing behind the general population, the U.S. Haitian diaspora has made great strides in terms of educational attainment as well as in occupational structure. Between 1990 and 2010, Haitians in the United States became much more highly educated, and are, therefore, now in a better position to contribute to Haiti's development. The Haitian work ethic and belief in the equalizing force of education remains the diaspora community's major asset. Based on the 2000 U.S. Census, over 10 percent of the U.S. Haitian population holds a bachelor's degree and another 5 percent hold a graduate degree (a master's, a professional degree, or a doctorate). Nearly 41 percent of the U.S. Haitian diaspora has at least some college education; capturing the many who have attended vocational programs, such as nurse-aide or home health aide certifications, auto mechanics, and equipment and appliance repairs. The 2010 U.S. Census shows an increase in educational attainment, with close to 13 percent of Haitians holding a bachelor's degree and close to 6 percent with graduate or professional degrees.

The Haitian diaspora in the United States has moved into the more highly paid managerial and professional occupations—business managers, lawyers, scientists, social scientists, teachers, and doctors—with these numbers increasing from 14 percent in 1990 to more than 24 percent in 2010. Close to 40 percent are in service occupations—with a concentration (36 percent) in health care and education-related jobs, 19 percent are in sales and office occupations, and close to 13 percent are in production, transportation, and material-moving occupations (2010 census). About 4 percent are in the natural resource, construction, and maintenance occupations. The portion of the U.S. Haitian population working in farming, fishing, and forestry occupations is 0.3 percent. The 2010 U.S. Census also shows a large increase in unemployment of Haitian population, which now stands at 12 percent.

**Giving Back to the Homeland**

The 2010 average household income for U.S. Haitians was $55,459, and the median individual income is $32,223. There had been an increase in household incomes from 1990 to 2000 but the U.S. economic crisis has negatively affected the Haitian diaspora community. The strides that had been made in the preceding decades are now waning, a fact illustrated by a higher poverty rate for families, which stood at close to 20 percent in 2010. Yet, 44 percent of Haitian diaspora households live in owner-occupied housing. Savings, however, continue to be drained in money remittances back to Haiti, which curtails investment into their own future in the U.S.

Remittances are most often hailed as the greatest contribution that members of the Haitian diaspora make to their homeland. Haitians in the U.S. remit about $2 billion a year—more than triple actual international aid disbursements. Haiti is among the highest remittance-receiver countries of fragile states relative to its population size, after countries such as Nigeria and Nepal. Remittance values are considered so high that several development think tanks in Washington are encouraging the U.S. to open its doors to more Haitian emigration, arguing that migration is not only a short-term recovery tool for Haiti, but is vital for its long-term development. Writing in *Foreign Policy*, Charles Kenny has noted that an estimate by World Bank economist Dilip Ratha suggests that the temporary protected status granted to Haitians post-earthquake might be worth as much as $360 million in additional remittances to Haiti in 2010 alone, which is more than the total U.S. aid disbursement to Haiti in the two-year period of 2010 and 2011.

Remittances do make up a large share of Haiti's Gross National Product (GNP). Even before the earthquake, World Bank estimates in 2007 show that remittances from the Haitian diaspora accounted for about 20 percent of Haiti's GNP, close to double its total export earnings, and higher than Haiti's total foreign aid receipts. In 1998, Haiti derived $167.7 million in total exports and $106 million from the U.S. in foreign aid, while remittances received from Haitian workers abroad amounted to $293 million and helped the balance of payment problems. Remittances curtail the nation's foreign currency difficulties, help stabilize the exchange rate, and contribute to the increase of net reserves of foreign currency in the banking system.

The U.S. Haitian diaspora also contributes tremendously to particular sectors of the Haitian economy. The tourism sector, for example, earns Haiti millions of dollars; besides the missionaries and the growing number of international NGOs and their visitors, most tourism earnings derive from the Haitian diaspora members who come to Haiti for tourist and family visits. The latest figures are from a 1999 Banque de la République d'Haiti report, showing that Haiti earned $124 million in 1998 from Haitian diaspora tourism. In the construction sector, the Haitian diaspora has contributed to growth—through remittances—by starting building construction, adding to existing construction, or completing their family/relatives' homes or small businesses (often a guest house or small hotel, or hardware stores). These homes and buildings usually take years to complete, as the sums of money sent are not large and are remitted on an annual basis (thereby often adding only a room a year). These homes are changing the Haitian landscape from the traditional thatched homes to new cement foundations, half-built homes, and new architectural structures spread across the Haitian territory. In the telecommunications sector, Haitian expatriates contribute to the bulk of that sector's revenues via incoming and outgoing phone call fees from the Haitian diaspora.

To boot, the Haitian diaspora consumes the bulk of Haitian indigenous products exported to the U.S., which comprise mostly food and goods such as mangos, avocados and plantains, and arts and crafts. These products account for 15-42 percent of total Haitian exports over the course of the 1990s and early 2000s. No one really knows the correct figure as the Haitian diaspora also exports primary goods from Haiti via personal suitcases and shipping containers that are not accounted for by Haitian authorities.

## Goodwill Ambassadors?

Various diaspora engagement programs have been devised to tap into areas of diaspora significance in remittances, skill transfers, charitable contributions, tourism, and capital market investments so as to effectuate growth and development in their respective homelands. One rationale for undertaking diaspora engagement programs is that they facilitate the low cost transfer of skills due to shared language and customs; traditional international experts would cost more than double the diaspora. Another justification is that the diaspora, having acquired the technological knowledge abroad and having become proficient in the latest technologies, are better aware of the constraints of their home country's environment and are more motivated to contribute toward their homeland's development. Moreover, the utilization of the diaspora or those from similar cultures avoids social problems that could arise with the wholesale importation of foreign skilled workers. This helps to safeguard national identity.

The United Nation's TOKTEN program (Transfer of Knowledge Through Expatriate Nationals), which began in 1977, is among the oldest of the diaspora engagement programs. It seeks to recruit potential sources of high-skilled professionals, those with the technical know-how necessary for the development of their countries of origin that suffer from a major brain drain. TOKTEN did not become operational in Haiti until after 1988, upon the fall of the dictatorial regime. TOKTEN seeks to utilize diaspora skills on a short term, voluntary basis—members of the diaspora are requested to take time off from their jobs and volunteer that time to go back to their homeland for short-term consultancies (two to twelve weeks maximum) to the government.

Similarly, the United States Agency for International Development (USAID) is also increasingly calling for diaspora engagement programs on a short-term, voluntary basis. Several of its Haiti programs seek to engage the Haitian diaspora in the agency's own agricultural and watershed management projects, (Développement Economique pour un Environnement Durable, or DEED Projects). While the USAID-DEED project calls for diaspora members to volunteer in commercial agriculture development and environmental recovery over short, multiple-week timespans, USAID has most recently sought out the diaspora for post-earthquake rebuilding efforts through the agency's Washington contractors in Haiti. The latter project aims to support the

government's post-earthquake efforts via a couple of months of paid work. USAID also solicits the Haitian diaspora to channel remittances into a diaspora fund that would ultimately be used to support enterprises and projects in the targeted watersheds. Both TOKTEN and USAID-DEED programs pay for travel and accommodation for the duration of the short stay. Yet, neither TOKTEN nor USAID have been successful in attracting skilled diaspora members into their programs in Haiti. And when USAID has managed to get a few members of the diaspora on short paid contracts to work with the Haitian government, they have not engaged them effectively.

It is incomprehensible to think that a two-to three-week consultancy period (or even a three month stint), which usually amounts to no more than a paid vacation to visit relatives, could be considered an effective way to engage highly-skilled professionals in the development of a country. Development work, conventional wisdom makes known, is a full-time occupation not to mention preoccupation. It seems to me that engagement programs are effectively engaging the diaspora not so much as development experts but as ambassadors of goodwill.

Moreover, programs such as the DEED project have not sought to match the occupational profiles of the U.S. Haitian diaspora to agricultural-environmental recovery goals in Haiti. USAID would have more chance at getting the needed agricultural skills from the Haitian diaspora in the Dominican Republic than in New York, Boston, or Miami. Gainfully employed as they are in American corporate or government offices—as teachers, school principals, nurses, doctors, lawyers, and policemen—it is difficult to see how diaspora professionals could leave their career work for a three-month contract that neither exceeds or even matches their pay, nor offers basic amenities. Even when diaspora members take such positions, they often are left sitting around for the government to get its act together. Their short time in-country is often idly wasted and accomplishes very little.

Members of diaspora hometown associations and professional organizations already take their vacation time with family and friends to go back to their respective hometowns to do volunteer work on philanthropic projects that they themselves conceive with the local community, based on their competencies and needs. Funneling the diaspora into projects conceived in Washington or elsewhere for Haitian towns or regional areas unfamiliar to them, and without local community input, does not make for effective engagement programs. Plenty of evidence shows that donor government diaspora programs are most successful when they build on existing diaspora initiatives. Current programs fail to comprehend that the diaspora are more attracted to their own local birthplace than to their homeland per se. Haitians want to give back to their own community, to that within which family and friends remain, for personal and emotional reasons. To the extent that their hometown-based

activities often evolve into small public works projects and micro-entrepreneurial ventures, the major benefits for the diaspora are social and cultural gratification, and frequently, social prestige, self-satisfaction, and self-promotion (not to mention self-aggrandizement) within the village or town.

While Haitian diaspora remittances are large and are increasing—making it tempting to channel them into a diaspora fund for development—they usually do not amount to the large capital sums required for necessary development infrastructure such as the building of dams, railroads, roadways, and sanitation and water systems. Remittances go to an individual's family, friends, and relatives who most often use these funds for the consumption of imported goods. Some economists show that as much as 80 percent of remittance funds are spent on everyday consumption and very little goes into savings or on productive investments. They also note that remittances create a dependency ethic among poor recipients, are a short-term monetary solution to a long-term development and foreign exchange problem, and may also decrease the likelihood of an improved economy. Promoting increases in diaspora remittances encourages the continued migration of the working age population and decreases the likelihood of investment by the government or foreign investors because what is left behind is an unreliable, remittance-dependent workforce. These financial resources also do not compensate for the continuing loss of skilled human capital.

Grassroots activities and remittances from regional hometown associations do fund a few small-scale projects such as schools, clinics, and rural electrification, but they have not had many positive sustainable development results. This is partly because local officials fail to define public work projects and do not coordinate their efforts with those of international NGOs, and also because of the lack of a skilled work-force to manage, maintain, and repair completed structures.

A great number of the Haitian diaspora do cling to some diasporic allegiance and are poised to serve Haiti, but are not enticed to leave their work in developed countries by short-term, possibly-paid contracts that offer squalid conditions, political instability, few amenities, and limited prospects for real progress in homeland development and self-growth. Many Haitian-born diaspora members lament that living conditions in Haiti have gotten worse in the last decades in all spheres. One can hardly breathe in the capital city of Port-au-Prince thanks to burning trash (there being no sanitation system), heavy dust clouds caused by unpaved streets, earthquake debris removal, and drying fecal matter particles, and carbon dioxide emissions caused by heavy traffic congestion. One prays that one will have no need to go to a hospital, for none is good or equipped for emergencies and good schools and housing cost as much as in Haiti as they do in the United States. Although it could be argued that the new comforts of developed countries—access to cultural events, efficient organization,

modern instruments and appliances, good roads for their cars, electricity and safe running water, as well as freedom of expression and liberal institutions—may have well provided a simple reshuffling of priorities. Of the over 500 members on both sides of my extended family who reside permanently in the United States—most are U.S. citizens—none but me wishes to return home to work full-time.

## The Road to Development

There is no denying that the activities of the Haitian diaspora in Haiti do make a great contribution and produce change in the homeland. Donor government-funded Haitian diaspora engagement programs, like that of the United States, are to be commended for highlighting the significance and growth of the Haitian diaspora. These programs, however, do not begin to address mechanisms for effective diaspora engagement in the development of Haiti. They have failed, for the most part, to build any approaches based on country conditions or the mutual needs of the diaspora and of the government, or to place any approach within a proper development plan and policy framework within a broader national development strategy. They have not pointed to where diaspora skills and resources would be most useful in the development process or at what stages. Nor do they focus on areas (physical and sectoral) where diaspora functions or competencies can best maximize each other's energies and activities for growth and development to occur.

The national plan must spell out the roles and functions that the diaspora will play in implementing sectoral or spatial development plans; it must specify how emigrants will be recruited, to what sector, where and how they are to be involved, and how they would benefit. Policies must outline the package of incentives for full return to Haiti and for limited engagement. The existence of such an operational, implementable national economic and spatial development plan in Haiti reflects a national will to try to achieve set economic and social priorities and targets that can be supported by donors and the diaspora community. Such plans delineate the most important tasks to be implemented in stages for growth and the location of development. Within this broader plan, the type and amount of resource needs, assets, constraints, and potentials—including those of the diaspora—are made known, and so are the policies designed to deal with them. Improving diaspora engagement programs will require institutional development investments and coordination from donors, the diaspora, and the Haitian government, and will require planning and strategizing.

Actualizing an effective diaspora engagement strategy for the development of the poorest country in the Western Hemisphere is totally unlike launching a mere program or project. It is rather a process-oriented strategy with a collection of actions, well-conceived plans, appropriate conditions, prosperous activities, and analyses that

assist in arriving at the predetermined goal of economic growth and development. The process involves the formation and solidification of relevant institutional structures, the improvement of capacities, and the promotion of activities wherein the diaspora's engagement becomes a full-time economic growth and development preoccupation, rather than just a part-time, social, charitable or technical one.

The Haitian diaspora can be effectively engaged if mutual needs and interests—economic and extra-economic—of both parties are met in the growth and development process. This is made by means of a planned and systematic process through which the diaspora is made an integral dimension of the socio-economic and political life of Haiti, and that is congruous with the ways in which Haitian diaspora communities build their worlds and improve their standard of living. In considering the interests and needs of the diaspora, its economic rationality must be taken into account so as to entice Haitians abroad to go back to work or invest on a full-time basis in a country lacking the most basic of services and amenities. Instruments such as preferential treatment in joint ventures or contracts/sub-contracts with public and private sectors, and licensing and access to loans/guarantees can offer such economic-size benefits, and should not be seen as different to attracting foreign investors.

The long road to development requires a critical mass of full-time, highly skilled human capital—as the preferred in-country agents of growth and development. In search of global positioning based on comparative and competitive advantages in the new flexible world, what seems to matter most is that knowledge and a variety of skills are involved in the creation of capacity for homeland growth and development. Developing and keeping skilled manpower in Haiti is the best way to assure leadership for sustainable socio-spatial-economic and institutional development. For Haiti's development sake, international migration would be best used as a low-skilled labor absorption and training mechanism through well-targeted international labor agreements.

# Haiti Crisis Response Plan 2025



Residents of an IDP site in Port-au-Prince gather outside their temporary shelters, emphasizing the urgent need for support and services. © IOM 2024 / Antoine Lemonnier

**Year** 2025     CRP last updated: **December 17 2024**

**Cohort Country - Early Warnings for All**

**$84,500,000**
FUNDING REQUIRED

**6,000,000**
PEOPLE IN NEED

**1,245,000**
PEOPLE TARGETED

**16**
ENTITIES TARGETED

Download CRP (https://crisisresponse.iom.int/sites/g/files/tmzbdl1481/files/appeal/pdf/2025_Haiti_Crisis_Response_Plan_2025.pdf)

Download Summary (https://crisisresponse.iom.int/sites/g/files/tmzbdl1481/files/appeal/pdf/Haiti_Crisis_Response_Plan_2025_summary.pdf)

**CRITICAL PRIORITIES**

**$53,500,000**
FUNDING REQUIRED

**750,000**
PEOPLE TARGETED

**10**
ENTITIES TARGETED

## IOM Vision

IOM, in collaboration with key government and non-governmental stakeholders, will enhance the capacity of national institutions to manage human mobility, equipping Haiti to address migration and displacement related challenges effectively. Through coordinated efforts across the humanitarian-development-peace nexus, IOM will address the root causes of irregular migration and internal displacement, reducing forced movement and the vulnerability of crisis-affected and at-risk populations. IOM will ensure that migration and displacement is mainstreamed into Haiti's development agenda through policy and legislation (https://publications.iom.int/books/integrating-migration-development-interventions-toolkit-international-cooperation-and), aligned with the Global Compact for Migration (https://www.iom.int/global-compact-migration)and the Los Angeles Declaration on Migration and Protection (https://www.whitehouse.gov/briefing-room/statements-releases/2022/06/10/los-angeles-declaration-on-migration-and-protection/), strengthening resilience and fostering sustainable solutions, contributing to long-term stability and development.

HaitiTPSAR001022

**Context analysis**    Coordination    Capacity    Engaging with Government



IOM staff and community members collaborate on a road rehabilitation project in Port-au-Prince, Haiti. © IOM 2024

| | |
|---|---|
| INFORM Risk (https://drmkc.jrc.ec.europa.eu/inform-index/INFORM-Risk) | 7.2, Very high |
| INFORM Severity (https://drmkc.jrc.ec.europa.eu/inform-index/INFORM-Severity) | 5, Very high |
| Human Development Index (https://hdr.undp.org/data-center/human-development-index#/indicies/HDI) | 158 of 193, Medium |
| State of Fragility (https://www.oecd.org/en/publications/states-of-fragility-2025_81982370-en.html) | Extreme fragility |

*\* Data as of publishing / update date.*

Haiti faces a severe humanitarian crisis marked by escalating violence, forced displacement, irregular migration, and a lack of basic services. The country has long been grappling with overlapping crises, including political instability, socioeconomic collapse, natural hazards, and rampant gang violence. Since September 2022, the situation has worsened, with gangs expanding their control and carrying out brutal attacks on critical infrastructure in Port-au-Prince, including schools, hospitals, and police stations. This has led to the collapse of essential services, including healthcare and education, further exacerbating humanitarian needs. In March 2024,

violence skyrocketed in Port-au-Prince with numerous and repeated attacks, leaving the population of the Port-au-Prince metropolitan area under a state of siege. The violence has exacerbated social tensions, particularly in schools, where displaced families have sought refuge, and it has disproportionately impacted women and girls (https://www.ohchr.org/en/press-releases/2024/05/women-and-girls-bear-brunt-crisis-ravaging-haiti-say-un-experts), who face heightened risks of sexual violence, trafficking, displacement, and limited access to essential services.

As of September 2024, there were more than 700,000 internally displaced persons (https://dtm.iom.int/reports/haiti-report-internal-displacement-situation-haiti-round-8-september-2024?close=true) (IDPs) in Haiti, almost 22 per cent more than in June 2024 (https://dtm.iom.int/reports/haiti-report-internal-displacement-situation-haiti-round-7-june-2024?close=true). Violence and displacement go beyond the Metropolitan Area of Port-au-Prince (MAPAP). From January to September 2024, around 130,000 Haitians were forcibly returned to the country (https://dtm.iom.int/fr/node/23491), most of them via land borders. In October 2024, there has been a dramatic increase of migrants deported by the Dominican Republic, counting almost 1,000 people per day.

**Read more**



Impact story

IOM staff members provide essential medical support, ensuring that residents have access to necessary treatments and consultations. © IOM 2024 / Antoine Lemonnier

### Enabling access to critical healthcare through an IOM mobile clinic

Lycée Jeunes Filles school in Port-au-Prince hosts more than 5,000 people forced to leave their homes due to the gang violence ravaging the country. For residents, access to healthcare has been scarce or inaccessible since their displacement. An IOM mobile clinic regularly deployed to the school serves as a lifeline to address their overlooked health needs. Through the provision of basic healthcare, health awareness sessions, and specialist referrals, the mobile clinic ensures these vulnerable populations can access essential treatments and learn how to manage their health in such precarious living conditions. **Read more** (https://haiti.iom.int/stories/dignity-and-health-haiti-day-ioms-mobile-clinic-displaced-people)

**KEY OPERATING MODALITIES**

     

**CROSS-CUTTING PRIORITIES**

    

## Localization

In Haiti, IOM's localization strategy centres on empowering local actors and communities to take ownership of humanitarian and development initiatives, ensuring that interventions are sustainable and responsive to local needs. IOM Haiti's efforts are guided by the five pillars of its Localization Framework (https://www.iom.int/sites/g/files/tmzbdl2616/files/inline-files/iom-localization-framework-and-guidance-note.pdf): 1) Partnerships/Funding: Collaborating with local implementing partners, such as medical insurance companies and NGOs providing food and shelter for forcibly returned migrants, to ensure resources are managed locally; 2) Capacity Strengthening/Mentorship: Enhancing the skills of key stakeholders, such as the DGPC on disaster risk reduction and ONM on migrants' protection; 3) Participation: Facilitating community-based planning meetings, where local authorities and community members take the lead in prioritizing projects like rehabilitations based on community needs, with an emphasis on the inclusive participation of women and women's rights organizations; 4) Locally-led Coordination: Engaging in the Accountability to Affected Populations (AAP) working group alongside local NGOs to foster participatory disaster response; and 5) Visibility/Advocacy: Regularly sharing beneficiary stories and highlighting local successes in IOM intervention with the donor communities, ensuring that community voices are heard and recognized at all levels.

**Read more**

**Objective 1**
**Saving lives**

**Objective 2**
Solutions to displacement

**Objective 3**
Pathways for regular migration

  Saving lives and protecting people on the move

 **$55,000,000**
FUNDING REQUIRED

 **581,000**
PEOPLE TARGETED

 **8**
ENTITIES TARGETED



**PRIMARY TARGET GROUPS**

Internally displaced person

Internal migrant

International migrant

Local population / community



The quality of humanitarian assistance is enhanced

Threats and vulnerabilities are reduced

Human suffering is alleviated

**LONG-TERM OUTCOMES**

Percentage of funding required contributing to the long term outcomes expressed in IOM's Strategic Results Framework (https://www.iom.int/iom-strategic-results-framework-srf).

---

IOM Haiti will ensure that crisis-affected populations in Haiti, including IDPs, forcibly returned migrants and community members affected by violence or natural hazards, meet their basic needs and improve their living conditions. This will be achieved through the provision of food assistance, water and sanitation services, protection assistance, health services, mental health and psychosocial support (MHPSS), dignified shelter and transportation assistance, tailored to gender-specific needs, to alleviate suffering. IOM will support the reconstruction and rehabilitation of homes and buildings affected by disasters and gang violence. This includes providing shelter materials and essential household items, conducting structural evaluations, and offering rental subsidies to vulnerable displaced households for safe housing. IOM will also strengthen the non-food item (NFI) Common Pipeline to ensure timely delivery of life-saving supplies that consider the diverse needs of all genders and ages. By sharing disaggregated data on mobility and displacement, IOM informs assistance delivery and policies that address the specific needs of affected populations in Haiti, ensuring that gender considerations are integrated across all levels of programming and decision-making.

**Accountable, inclusive, and protection-centered approach**    Breakdown by objective                    PRIORITY

 **$800,000**
**FUNDING REQUIRED**

**RELATED INTER AGENCY PLANS**

H(N)RP    UNSDCF

IOM Haiti's interventions mainstream protection, including gender-based violence (GBV), in its programming, addressing the unique vulnerabilities of forcibly returned migrants, displaced populations, and those affected by crises. IOM integrates protection principles – Do No Harm; Ensuring Meaningful Access; Accountability; and Participation and Empowerment – into all activities to respect the safety, dignity, and uphold the rights of all individuals, particularly women, children, people with disabilities, victims of trafficking (VoTs), and GBV survivors. This includes raising awareness on IOM's Institutional Framework for Addressing Gender-Based Violence in Crises (https://publications.iom.int/books/institutional-framework-addressing-gender-based-violence-crises) (GBViC Framework).

IOM's do no harm approach in Haiti ensures that all programming mitigates protection and security risks and prevents further harm to vulnerable individuals. This includes safe programming, where IOM provides assistance in displacement sites and border areas while mainstreaming child safeguarding and gender-sensitive and -responsive approaches to ensure meaningful access to services for all groups.

**Read more**



An IOM aid worker provides medical services and information to Haitian community members in Port-au-Prince, Haiti.

### Activity areas

**Basic needs, including food and multi-purpose cash assistance**                                          ▾

**$4,500,000** Funding required
RELATED INTER AGENCY PLANS   H(N)RP

**Camp coordination and camp management**                                          PRIORITY   ▾

**$5,000,000** Funding required
RELATED INTER AGENCY PLANS   H(N)RP

**Community stabilization and community-driven development**                       PRIORITY   ▾

**$7,300,000** Funding required
RELATED INTER AGENCY PLANS   UNSDCF

**Data for action, insight and foresight**                                         PRIORITY   ▾

**$6,500,000** Funding required
RELATED INTER AGENCY PLANS   H(N)RP   UNSDCF

**Disaster risk management**                                          ▾

**$8,000,000** Funding required
RELATED INTER AGENCY PLANS   H(N)RP   UNSDCF

**Health**                                          ▾

**$4,000,000** Funding required
RELATED INTER AGENCY PLANS   H(N)RP   UNSDCF

**Mental health and psychosocial support**                                          ▾

**$4,500,000** Funding required
RELATED INTER AGENCY PLANS   H(N)RP   UNSDCF

**Peacebuilding, violence and conflict reduction**                                          ▾

**$7,000,000** Funding required
RELATED INTER AGENCY PLANS   UNSDCF

**Protection**

HaitiTPSAR001027

Funding required
RELATED INTER AGENCY PLANS    H(N)RP

Funding required
RELATED INTER AGENCY PLANS    UNSDCF

Funding required
RELATED INTER AGENCY PLANS    H(N)RP

Funding required
RELATED INTER AGENCY PLANS    H(N)RP

Funding required
RELATED INTER AGENCY PLANS    H(N)RP

OPERATIONAL PRESENCE IN
# Haiti

**16**
INTERNATIONAL STAFF AND AFFILIATED WORK FORCE
**323**
NATIONAL STAFF AND AFFILIATED WORK FORCE
**6**
IOM FIELD OFFICES

Operational Presence

Country office

Sub office

Esri, TomTom, Garmin, FAO, NOAA, USGS, EPA                    Powered by Esri (http://www.esri.com/)

*The map used here is for illustration purposes only. Names and boundaries do not imply official endorsement or acceptance by IOM.*

*Figures are as of November 2024. For more details of IOM's operational capacity in country, please see the IOM Capacity section.*

**NAVIGATION**

Introduction

Proposed Response

Operational presence

**CRP COUNTRY CONTACTS**

**Email:** iomhaitiprogramsupportunit@iom.int (mailto:iomhaitiprogramsupportunit@iom.int)

INTERNALLY DISPLACED PEOPLE IN
HAITI (HTTPS://DTM.IOM.INT//ROUTE?REQUESTTYPE=COUNTRY&ID=HTI)



* Data: IOM (https://www.iom.int). Accessed on October 28, 2025, 9:00 am Europe/Geneva. DTM API (https://dtmapi.iom.int/api/idpAdmin0Data/GetAdmin0Datav2?Admin0Pcode=HTI). Displacement Tracking Matrix (https://dtm.iom.int). The calculation method takes into account the latest numbers of IDPs per operation per calendar year.

INFORM SEVERITY INDEX OF
HAITI



* Data: ACAPS API (https://api.acaps.org/). Accessed on October 28, 2025, 9:01 am Europe/Geneva. INFORM (https://drmkc.jrc.ec.europa.eu/inform-index/INFORM-Severity) is a multi-stakeholder forum for developing shared, quantitative analysis relevant to humanitarian crises and disasters. OCHA (https://www.unocha.org/) is the overall coordinator, while ACAPS (https://www.acaps.org) is

HaitiTPSAR001029

responsible for the data collection and analysis.

## USEFUL LINKS

 (https://haiti.iom.int/)  (https://x.com/IOMHaiti)  (https://www.facebook.com/IOMHaiti)  (https://www.instagram.com/iomhaiti/)

IOM Haiti DTM (https://dtm.iom.int/haiti)

## DOCUMENTS

**Haiti Stability Index - Round 1 (Dec 2024) [EN]** (/sites/g/files/tmzbdl1481/files/appeal/documents/Haiti-Stability-Index-Round-1-Dec-2024-EN.pdf)

**Haiti Stability Index - Round 1 (Dec 2024) [FR]** (/sites/g/files/tmzbdl1481/files/appeal/documents/Haiti-Stability-Index-Round-1-Dec-2024-FR.pdf)

**Haiti Situation Report (Jul 2025)** (/sites/g/files/tmzbdl1481/files/appeal/documents/Haiti-Situation-Report-Jul-2025.pdf)

**Haiti Situation Report (Aug 2025)** (/sites/g/files/tmzbdl1481/files/appeal/documents/Haiti-Situation-Report-Aug-2025.pdf)

**Haiti Situation Report (Sep 2025)** (/sites/g/files/tmzbdl1481/files/appeal/documents/Haiti-Situation-Report-Sep-2025.pdf)

## PREVIOUS CRISIS RESPONSE PLANS

‹    2021 esponse/haiti-crisis-sponse-lan-21/year/2021)    202 (/resp crisis respo plan 2021    ›

## CONTRIBUTES TO SDGS

       

## CONTRIBUTES TO GCM OBJECTIVES



---

About (/index.php/about)    Home (/index.php/)    Response Plans (/index.php/#frontpage-table)

Appeals (/index.php/appeal-documents)    Dashboard (/index.php/dashboard)

Achievements (/index.php/msite/operating-in-crisis-2024/achievements/index.html)    Reports (/index.php/iom-publications)

Archive (/index.php/archive)

INTERNATIONAL ORGANIZATION FOR MIGRATION
Address: 17 Route des Morillons, 1211 Geneva 19, Switzerland
Telephone: +41 22 717 9111

HaitiTPSAR001030

 (https://www.facebook.com/IOM)  (https://twitter.com/UNmigration)  (https://www.instagram.com/unmigration/) 

(https://www.linkedin.com/company/iom)  (https://www.youtube.com/user/IOMMigration)



The development of the Global Crisis Response Platform was generously supported by the United States Department of State Bureau for Population, Refugees and Migration. The United Kingdom Foreign, Commonwealth and Development Office is currently supporting the continued development and maintenance of this platform. The content of this platform does not necessarily reflect the official policies or positions of the Governments of the United States or United Kingdom.

© IOM 2020 - 2025

Terms & Conditions (https://crisisresponse.iom.int/node/2269)

Contact (/index.php/contact)

HaitiTPSAR001031



IOM GLOBAL | GDI EN | ES | FR LOG IN

Home / Reports

# Haiti — Haitians deported to Haiti — Profiles, migration experience and intentions of Haitians deported in 2024 (January — December 2024)

SHARE 



DOWNLOAD

SHARE

**Contact**
dtmhaiti@iom.int

**Language**
English

**Location**

HaitiTPSAR001033

**Period Covered**
Jan 01 2024
Dec 31 2024

**Activity**
Survey
Flow Monitoring Survey
Flow Monitoring
Flow Monitoring Registry

Deportations of Haitians to Haiti remain one of the country's main migration dynamics. Many Haitians attempt to leave the country through regular or irregular pathways for various reasons. Those who take irregular routes not only risk their lives but are often deported back to Haiti by destination or transit countries. In 2024, nearly 200,000 people were deported to Haiti from various countries. Many had spent months or even years abroad and face significant challenges reintegrating into their communities. The security and socio-economic situation in Haiti further complicates this process. As a result, even after being deported, many attempt to leave again - sometimes multiple times - through irregular migration routes.

This report analyzes the profiles of Haitians deported in 2024, exploring their sociodemographic and socioeconomic characteristics, migration experiences, and future migration intentions. Data was collected through individual surveys conducted with a sample of deportees upon their arrival in Haiti (see page 40 for details on methodology).

**The objective of this research is to support the development or adaptation of policies and programs that promote the well-being of migrants and their communities of origin and destination. Findings aims at informing humanitarian assistance efforts for deportees upon arrival while also guiding deported migrants' reintegration programs and the strengthening of regular migration pathways.**

Haitians%20deported%20to%20Haiti%20in%202024.pdf

**PDF reader has been disabled in Microsoft Edge**

If you want to open the file instead of downloading it:
1. Go to **Settings > Site Permissions > PDF Documents**.
2. Turn off **Always download PDF files** and refresh this page.

Download file

**CITE AS**

International Organization for Migration (IOM), Mar 17 2025. DTM Haiti —
Haitians deported to Haiti — Profiles, migration experience and
intentions of Haitians deported in 2024 (January — December 2024). IOM,
Haiti.

For more information on terms and conditions of DTM reports and
information products, please refer to: https://dtm.iom.int/terms-and-
conditions.



# DTM API

Making global IDPs data accessible & reliable

Learn more

HaitiTPSAR001035

RELATED DATASETS TO REPORT

---

## RELATED REPORTS

---

Haiti — Information sheet on the displacement situation in Haiti — Round 10 (June 2025)

Jun 10 2025 Mobility Tracking, Baseline Assessment, Site Assessment, Village Assessment

Haiti — Report on the displacement situation in Haiti — Round 10 (June 2025)

Jun 10 2025 Mobility Tracking, Baseline Assessment, Site Assessment, Village Assessment

Haïti — Fiche d'informations clés sur la situation de déplacement — Round 10 (Juin 2025)

Jun 10 2025 Mobility Tracking, Baseline Assessment, Site Assessment, Village Assessment

Haïti — Rapport sur la situation de déplacement interne en Haïti — Round 10 (Juin 2025)

Jun 10 2025 Mobility Tracking, Baseline Assessment, Site Assessment, Village Assessment



Learn more

## DTM RESOURCES

---

HaitiTPSAR001036

About DTM

Methodological Framework

Standards

Infosheets

Trainings

## NEWS



**Passage Patterns: Interpreting Displacement and Migration Data Through Textiles**

YOUTH ENGAGEMENT     May 28 2025

**Analysing the Effects of Water Scarcity in Southern and Central Iraq with Remote Sensing: A Free, Globally Reproducible Method with Google Earth Engine**

YOUTH ENGAGEMENT     Apr 02 2025

**Exploring Sex-Based Decision-Making in the Climate-Mobility Nexus: A Case Study on the Somali Region, Ethiopia**

YOUTH ENGAGEMENT     Apr 29 2024

**Flooded yet thirsty: Climate disaster and water access in Pakistan during 2022-2023**

YOUTH ENGAGEMENT     Mar 27 2024

HaitiTPSAR001037



**Headquarters - DTM Global Support**

Rte des Morillons 17,
1218 Le Grand-Saconnex,
Switzerland

Email: dtmsupport@iom.int

Contact
**Related Sites**

International Organization for Migration

Global Data Institute

Responding to COVID-19

International Organization for Migration - HDX

Displacement Tracking Matrix

Migrants Arrival to Europe

**Useful Links**

Reports

Datasets

Maps

Methodological Frameworks

DTM Standards

Infosheets

Trainings

Vacancies

Copyright © 2023 International Organization
for Migration

Cyber-security Issues

Terms & Conditions

HaitiTPSAR001038

English ▼

/ News / **Violence Triggers Record Displacements in Port-au-Prince: Over 60,000 People in a Month**

**NEWS - GLOBAL    18 MARCH 2025**

# Violence Triggers Record Displacements in Port-au-Prince: Over 60,000 People in a Month



Crowded corridors replace classrooms in this school, now a displacement site in Haiti's capital. IOM's support —from medical aid to hygiene kits—helps ensure the well-being of families seeking safety. Credit: IOM 2024 / Antoine Lemonnier

violence, displacement, and instability have gripped Port-au-Prince and large parts of the country, each wave of attacks deepening the suffering of already vulnerable communities. However, in the last two months, the security situation has sharply deteriorated even further in the capital, with escalating attacks on civilians, eroding the few remaining gang-free areas, and forcing repeated and record displacements. The Port-au-Prince airport remains closed and the capital under siege.

Escalating violence has heavily impacted communities in several neighborhoods of the capital, including Delmas, Carrefour-Feuilles, Martissant, Fort National, Pétion-Ville, and Tabarre, forcing thousands to flee for safety. Most of the displaced have sought refuge in 48 displacement sites, including 12 newly established ones, while others have taken shelter with already overstretched host families.

"This alarming surge in displacements underscores the relentless cycle of violence devastating Haiti's capital, we have never observed such large number of people moving in this short time" said Grégoire Goodstein, IOM's Chief in Haiti. "Families are being uprooted time and again, forced to leave everything behind as they flee for safety. Many of those displaced were already living in precarious conditions after previous displacements."

Overall, more than 1 million people are displaced across the country, a number that has tripled in the past year. Yet, as suffering reaches new extremes, Haiti's crisis continues to struggle for the world's attention. Resources are stretched thin, and humanitarian needs far exceed the current response capacity. Additionally, insecurity keeps growing. Support for the Haitian National Police must be enhanced to provide them with the necessary resources and capabilities to restore stability and security.

"People fleeing violence need immediate protection, food, water, and shelter. The situation is worsening by the day, and without additional support, we risk seeing an even greater humanitarian catastrophe unfold," emphasized Goodstein.

IOM continues to provide life-saving assistance to displaced communities in Haiti. Last month alone, over 16,000 people were reached with clean water and hygiene support, while 3,700 people benefited from emergency shelter, hygiene kits, medical care and psychosocial support. IOM teams remain on the ground, engaging with affected families, assessing urgent needs, and delivering aid throughout the country.

From emergency relief to long-term recovery, IOM is committed to providing relief and support for displaced Haitians, ensuring they receive the aid they need to survive and rebuild. However, significant challenges persist. Resources are overstretched, and humanitarian access is

***Note to Editor***

*A detailed analysis of displacements in Haiti is available here.*

*For more information please contact:*

*In Haiti: Antoine Lemonnier, alemonnier@iom.int*

*In Panama: Jorge Gallo, jgallo@iom.int*

*In Geneva: Daniela Rovina, drovina@iom.int*

Share this page via:

 

## Related SDGs



HaitiTPSAR001042



## LATEST NEWS

See More

NEWS

**12 Jun 2025**

IOM Reaches Milestone as 100,000 Migrants Return Home from Libya

HaitiTPSAR001043



IOM Ramps Up Emergency Response Amid Deadly Flooding in Nigeria

NEWS                                                                      11 Jun 2025

IOM Mobilizes Urgent Aid After Tragic Incident Off Djibouti Coast

# Be a lifeline to people in need

With your help, IOM can save lives by delivering crucial assistance wherever and whenever it is needed most.

**Donate**

HaitiTPSAR001044

1211 Geneva 19, Switzerland

+41 22 717 9111

**Contact us**

**Subscribe to IOM's newsletter**



**IOM WHATSAPP CHANNEL**

Real human stories.
Real updates.
Real time.

**Follow here**

**COMPLIANCE AND OVERSIGHT**

Office of the Ombudsperson and Mediation Services

Office of Legal Affairs

Office of Internal Oversight

Office of Ethics and PSEAH

**WORK WITH US**

Job vacancies

Business opportunities

**Connect with us**

**LATEST GLOBAL PUBLICATIONS**

World Migration Report 2024

HaitiTPSAR001045

Introduction to Social and Affordable Housing Solutions

Bridging the Gap: Optimizing the Contribution of Labour Migration for Thailand's Social and Economic Transformation

IOM publications platform

**RELATED IOM WEBSITES**

Migration Data Portal

Missing Migrants Project

Migrant Protection Platform

Islamic Philanthropy Fund

Global Crisis Response Platform

**IOM DEVELOPMENT FUND**

About the Fund

Guidelines and application

Eligible Member States

Copyright © 2025 International Organization for Migration

Report Abuse, Fraud or Misconduct     Cybersecurity Issues     Terms and Conditions

HaitiTPSAR001046



BUSINESS    |    NEWS    |    CARIBBEAN

# World Bank to invest US$320 million to support Haiti

March 7, 2025



By **Joanne Clark**

The World Bank Group has approved a new strategic partnership with Haiti, aimed at helping the country recover economically and socially over the next five years, from 2025 to 2029.

- Advertisement -

HaitiTPSAR001047

With Haiti facing major challenges, including political instability and gang violence, this new plan is designed to support recovery efforts and prevent further damage to the country's infrastructure and human capital.

Haiti's ongoing crisis has greatly impacted its development, and the new strategy comes at a crucial time. It focuses on providing immediate support to Haiti's most vulnerable populations while setting the stage for long-term recovery. The World Bank plans to invest approximately US$320 million in grant financing to strengthen economic governance, create jobs, and ensure essential services continue despite the country's struggles.

"Haiti needs to increase the resilience of critical state institutions and systems in the short term, while laying the foundation for long-term reforms," said Alfred Metellus, Haiti's Minister of Economy and Finance. "This new partnership will be key in helping Haiti achieve these goals."

The new strategy also aims to create a better business environment to encourage private sector investments. The International Finance Corporation will focus on promoting economic growth, creating jobs, and enhancing productivity in Haiti's private sector.

"The World Bank will focus on helping Haiti's poor and vulnerable communities, while also building the foundations for

HaitiTPSAR001048

long-term growth," said Anne-Lucie Lefebvre, World Bank
Country Manager for Haiti.

To make sure the new strategy works even in Haiti's uncertain
environment, the World Bank plans to use a flexible approach
and focus on areas with the greatest needs. This strategy was
developed after consultations with the Haitian government, the
private sector, civil society, and development partners.

Along with the new partnership, the World Bank's Board of
Directors also approved a US$60 million grant to improve Haiti's
public financial management. The project aims to strengthen
government capacity, improve budget management, and enhance
efficiency in customs operations, all of which will help generate
more revenue and create job opportunities.

This new partnership signals the World Bank's commitment to
supporting Haiti's recovery and building a more resilient future
for the country.

6/13/25, 10:21 AM    Haiti's costly presidential council on brink of collapse amid deepening corruption scandal - The Haitian Times

Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 250 of 400



**CRIME & JUSTICE**

# Haiti's costly presidential council on brink of collapse amid deepening corruption scandal

*Political parties and civil society organizations demand the resignation of presidential council members accused of corruption*

 **BY JOSE FLÉCHER**
**OCT. 15, 2024**



The president of Haiti's Transitional Presidential Council (CPT), Edgar Gardy Leblanc Fils, during his speech at the 79th session of the United Nations General Assembly in New York on Thursday, September 26, 2024. Photo by Office of the Presidency of Haiti.

HaitiTPSAR001050

Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 251 of 400

## Overview:

The existence of Haiti's Transitional Presidential Council (CPT), a costly structure, is threatened as councilors implicated in the National Bank of Credit bribery scandal cling to their positions.

Haiti's Transitional Presidential Council (CPT) is teetering on the brink of collapse after a corruption scandal hit three key members. The Anti-Corruption Unit (ULCC) accused voting members Emmanuel Vertilaire, Louis Gérald Gilles, and Smith Augustin of bribery, deepening public mistrust. Now, political parties and civil society groups are calling for their immediate resignation.

Despite these calls, none of the implicated officials have stepped down. They continue participating in critical decisions, raising concerns over their value and fears about the council's future.

In a **report** published on Oct. 3, the ULCC accused three CPT members of passive corruption and demanded their indictment. The report also implicates Raoul Pascal Pierre-Louis, the former chairman of Haiti's National Credit Bank (BNC), whom the three councilors **allegedly attempted to bribe in exchange for keeping him in his post**.

These allegations have sparked widespread outrage as the accused officials continue to hold on to their positions, seemingly unmoved by the growing demands for accountability.

## A bloated budget under scrutiny

The ULCC's investigation has shed light on the staggering costs of CPT maintenance. According to the report, each presidential council costs the Haitian state over 1.46 million gourdes monthly or US$11,100. When factoring in all nine members, including the seven voting and two non-voting members, the council's monthly expense balloons to approximately 13.167 million gourdes or around US$100,000, excluding additional security and advisory expenses.

In his testimony to the ULCC investigators, Augustin, one of the accused, outlined in detail the benefits provided to a CPT member. These include a salary of 220,000 gourdes (about $1,700), 400,000 gourdes (over $3,000) in residence expenses, 400,000-500,000 ($3,000-3,800) on debit cards, 250,000 gourdes (about $1,900) in fuel vouchers, 73,000 gourdes ($554) in miscellaneous and 20,000 gourdes (about $152) for personal phone service.

In addition to the $11,100 monthly base compensation per member, 25 million gourdes, or about $189,625, is allocated to the institution for intelligence services. The ULCC document does not specify whether that sum is budgeted annually or otherwise and if it is per councilor or for all nine members together.

However, these 25 million gourdes initially meant for intelligence services are actually listed as a personal benefit for the councilors, further fueling criticism in a country struggling financially in the face of humanitarian and security crises.

HaitiTPSAR001051

6/13/25, 10:21 AM    Haiti's costly presidential council on brink of collapse amid deepening corruption scandal - The Haitian Times

Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 252 of 400

Questions remain about the value of these intelligence services. The Haitian Times' attempts to reach council members for clarification on the costs and the fate of the accused have been unsuccessful. The Ministry of Economy and Finance has also not responded to a request for comment.

## Calls for accountability

The CPT's future has become even more precarious, with political and civil society groups demanding the resignation of the implicated officials. Several prominent organizations, including the Civil Society Initiative (ISC, its French acronym) and Together Against Corruption (ECC, its French acronym), have issued statements urging the council members to step down in the name of justice.

"The members of the Transitional Presidential Council indexed by the ULCC must, in the name of the principle of equality of all citizens before the law, resign and place themselves at the disposal of justice," reads a press release from the ISC.

The release calls for bold measures to restore public confidence in the council, which has failed to meet its objectives, particularly in addressing Haiti's growing insecurity and forming transitional bodies.

Marie Rosie Auguste Ducena, president of ECC, reiterated this stance: "The continued presence of these advisors in the CPT will further erode public trust in an already struggling institution."

## Resisting resignation amid CPT's fragile future

Despite the mounting pressure, the accused councilors remain in their positions. On Oct. 4, six of the seven voting CPT members signed a **resolution** appointing **Leslie Voltaire** as the new president of the transitional council. He replaced Edgard Gardy Leblanc Fils, whose term ended on Oct. 7, according to internal compromise and rules.

The resolution has excluded the three accused officials from becoming CPT president. However, they still significantly influence the council, participating in its operations and decision-making processes.

In his final statement as CPT president, Leblanc expressed concern over the council's future and urged the accused members to resign to prevent further damage to its credibility.

"These councilors must step down to avoid further tarnishing the reputation of the Council," Leblanc said in a televised message.

The ULCC report's revelations have heightened concerns about the viability of the CPT, a body initially formed to lead Haiti through its transitional period. The council has struggled to deliver on its promises, particularly in addressing gang violence in the West and Artibonite departments and implementing an April 4 agreement on establishing transitional bodies.

HaitiTPSAR001052

6/13/25, 10:21 AM
Haiti's costly presidential council on brink of collapse amid deepening corruption scandal - The Haitian Times

Case 3:25-cv-01766-EMC     Document 357-11     Filed 01/01/26     Page 253 of 400

With its leadership embroiled in a corruption scandal, the CPT's mission appears more at risk than ever. In the long run, the cost to the Haitian people may be much higher than what appears on paper.

Civil society groups like the ISC and ECC argue that the council's inability to act decisively on the corruption allegations will only deepen the public's distrust in Haiti's transitional government.

The CPT remains in a precarious position, with its leadership scrambling to maintain control while facing increasing calls for reform. Whether the accused members will step aside or continue to cling to power remains unseen, but the longer they hold on, the more uncertain Haiti's transition becomes.

"The CPT cannot afford to maintain leaders implicated in such serious allegations," said Jean André Victor, spokesperson for the January 30 Collective, during an interview on Magic 9 radio station.

 "The council's future—and the future of the entire transition—depends on the swift removal of these individuals."

## Fish Fixation branded fish gear

Oct. 21, 2024 at 3:31 pm

I totally agree with your point here.

Loading...

© 2025 The Haitian Times

Powered by Newspack

 The Haitian Times

HAITI

# 144 Kenyan officers, Salvadoran helicopters, and U.S. support bolster Haiti security efforts

*The increased deployment and support come amid deadly gang attacks in Kenscoff and renewed U.S. support with over $40 million in exemptions for the Kenya-led mission and Haitian National Police.*

 **BY JUHAKENSON BLAISE**
**FEB. 07, 2025**

Kenyan police officers arriving at Toussaint Louverture International Airport, Port-au-Prince, Haiti, on Thursday, Feb. 6, 2025. Photo by Dieugo André for The Haitian Times

Kenyan police officers arriving at Toussaint Louverture International Airport, Port-au-Prince, Haiti, on Thursday, Feb. 6, 2025. Photo by Dieugo André for The Haitian Times

## Overview:

A new contingent of 144 Kenyan police officers arrived in Haiti Thursday, along with three helicopters from El Salvador, to boost the Multinational Security Support (MSS) mission in the fight against rising gang violence. Concurrently, the United States clarified that while $13 million of aid to the country was frozen, over $40 million in exemptions have been allocated to the mission and Haitian National Police (PNH).

PORT-AU-PRINCE — A fourth contingent of 144 Kenyan police officers, including 120 men and 24 women, landed at Toussaint Louverture International Airport on Thursday, Feb. 6 as part of the Multinational Security Support (MSS) mission. The mission also received three helicopters from El Salvador and a much-needed financial boost from the United States.

The deployment comes amid escalating gang violence in Kenscoff, where around 150 people were killed in late January, according to the human rights organization Fondasyon Je Klere (FJKL). The newly arrived officers bring Kenya's total deployment in Haiti to 744, part of its 1,000-force pledge from 2023.

HaitiTPSAR001054

As usual, Haitian leaders, including president of the Transitional Presidential Council Leslie Voltaire, Prime Minister Alix Didier Fils-Aimé, MSS leader Godfrey Otunge and foreign diplomats welcomed the Kenyan police officers.



All 144 Kenyan police officers line up for a press photo before performing their traditional dance accompanied by chants in their native tongues and joining the MSS base in Port-au-Prince on Feb. 6, 2025. Photo by Dieu André for The Haitian Times.

With the new additions, the total number of MSS members has reached 1,003. The multinational force includes police and military officers from Kenya, Jamaica, Belize, the Bahamas, Guatemala, and El Salvador. Although delayed, this increase in personnel provides additional strike power for a mission that has thus far struggled to intervene on multiple fronts targeted by gangs.

Kenyan Interior Secretary Kipchumba Murkomen, who announced the reinforcements for the MSS, emphasized his country's commitment to Haiti's security.

"Kenya's leadership in this noble mission, supported by the United Nations Trust Fund for Haiti, reaffirms our longstanding contribution to peacekeeping operations," the Kenyan Interior Secretary said.

HaitiTPSAR001055



Deployment of Kenyan police officers and arrival of helicopters for Haiti's MSS

Otunge assured that the mission remains operational despite funding challenges, with ongoing reviews of CASEVAC and MEDEVAC helicopter operations from El Salvador.

## U.S. clarifies aid stance, approves $40.7 million exemptions

After temporarily freezing $13 million in U.N.-managed aid, the U.S. Embassy in Haiti clarified **via X** that MSS assistance had not been fully suspended. The State Department approved $40.7 million in exemptions to support the PNH and MSS operations, covering logistics, vehicle maintenance, medical services and equipment transportation.

"The $15 million provided to the Special Purpose Fund represents less than 3% of total U.S. contributions to the MSS mission," the embassy stated.

The U.S. confirmed recent deliveries of heavy armored equipment to strengthen the MSS and PNH's capacity to combat gangs, which control 85% of the capital and continue to terrorize residents in Kenscoff, Carrefour and Artibonite.

HaitiTPSAR001057

One of three helicopters from El Salvador being unloaded from a Ukrainian plane at Toussaint Louverture International Airport on February 6, 2025, to provide medical support to the multinational mission in the fight against gangs alongside the Haitian police. Photo by Dieugo André for The Haitian Times.

## Mission viability assured until September 2025

Kenya's government spokesperson, Isaac Mwaura, **stated** that despite the U.S. funding freeze, $85 million of the $110.3 million pledged by international partners had already been contributed to the U.N. Fund, ensuring MSS operations until September 2025.

Claims that the freeze would compromise the mission are false and unfounded," Mwaura said.

Kenya is also exploring efforts to transition the mission to full U.N. management while continuing its leadership role.

## Kenscoff massacre exposes gang control

FJKL reported that approximately 150 people were killed during gang attacks in **Kenscoff** between Jan. 26 and Jan. 27. More than 100 houses were burned and around 3,500 residents displaced.

The foundation's nine-page report highlighted the severe disruption of daily life, with schools closed and economic activities halted.

The interim municipal commission has taken security measures, but these have not been effective in pushing back the Viv Ansanm gang coalition.

HaitiTPSAR001059

View of some of the hundreds of displaced people in the commune of Kenscoff following gang attacks between January 26 and 27. Photo by Dieugo André for The Haitian Times.

HaitiTPSAR001060

View of some of the hundreds of displaced people in the commune of Kenscoff following gang attacks between January 26 and 27. Photo by Dieugo André for The Haitian Times.

Kenscoff, a hilly commune approximately 15 miles southeast of Port-au-Prince and a strategic commune since December 2024, has become a crucial route connecting Port-au-Prince to Haiti's Great South after gangs disrupted traditional roadways.

The FJKL criticized the government and police **for downplaying early warnings** of the attack.

"The police made false promises and failed to take preventive measures," the report said.

As Haiti continues to grapple with gang violence, the reinforcement of the MSS mission provides a glimmer of hope for residents desperate for security and stability.

© 2025 The Haitian Times

Powered by Newspack

The Haitian Times

HAITI POLITICS

# Haiti registers a whopping 6M voters amid mass displacements, officials say

*Haiti's ID office says 6.3 million voters are registered, but elections and a contested referendum remain stalled by gang violence*

 **BY JUHAKENSON BLAISE**
**SEP. 12, 2025**

A motorcycle taxi driver rests while waiting for customers in the Delmas 30 neighborhood of Port-au-Prince, Haiti, Wednesday, Sept. 10, 2025. AP Photo/Odelyn Joseph.

A motorcycle taxi driver rests while waiting for customers in the Delmas 30 neighborhood of Port-au-Prince, Haiti, Wednesday, Sept. 10, 2025. AP Photo/Odelyn Joseph.

### Overview:

The National Identification Office (ONI) reported Wednesday that 6.3 million Haitians of voting age now have ID cards, meaning about 85% of potentially eligible voters have been registered and are ready to vote in the upcoming elections. However, those elections remain delayed, even though the Provisional Electoral Council (CEP) appears to be moving forward with preparations. No date has been set for either the elections or the controversial constitutional referendum. Security remains the main challenge, with over 1.3 million people displaced and gangs controlling key areas.

PORT-AU-PRINCE — Haiti's National Identification Office (ONI) announced Wednesday that nearly 6.3 million Haitians of voting age now hold national identification cards — a prerequisite to cast ballots. But the announcement underscores the deep contradiction of Haitian politics today: a growing list of registered voters with no secure path to elections.

The figure, representing roughly 85% of the estimated 7.4 million Haitians of voting age out of about 11.9 million **total population,** was shared with Transitional Presidential Council (CPT) member Louis Gérald Gilles during his visit to the ONI headquarters. Gilles called the progress "a major step" for elections that have yet to be scheduled.

HaitiTPSAR001062

"On behalf of the Transitional Presidential Council, I reaffirmed my support for the electoral process, which is essential to restoring democratic order and stability in the country," Gilles said on **X** following the meeting.

"I advised the institution to keep clear goals, both short-term and long-term, to enhance the credibility of the national identification system."

While ONI reports record numbers locally, it has yet to release any data on voter registration in the diaspora. Government officials have only stated that offices have also been established abroad.

Authorities praised ONI's efforts, but the voter roll exists against a backdrop of turmoil. More than 1.3 million Haitians have been displaced by gang violence, according to the United Nations, leaving many voters without homes, secure polling stations or clear access to the ballot box.

In the capital, gangs control about 90% of the territory, including neighborhoods that host electoral offices and voting centers. Several provincial towns face similar challenges. With major roads blocked, displaced people living in shelters or makeshift camps say voting is not even a consideration when they struggle daily for food, water and safety.

## Voters registered, elections without security?

While ONI pushes forward with mobile caravans and more than 150 local offices to issue IDs, the Provisional Electoral Council (CEP) has been advancing **technical preparations** — including staff recruitment and agreements for a dedicated electoral television channel. Still, no election or supposed constitutional referendum date has been announced.

According to authorities, one of the strategies is the deployment of ONI mobile caravans across the country's departments. Since February 2025, the ONI mobile caravan has been operating in the North. In August, the caravan reached the Grand'Anse department.

Prime Minister Alix Didier Fils-Aimé **told the United Nations Security Council** this week that restoring security remains the first condition. He backed a United States-proposed resolution to transform the Kenya-led Multinational Security Support Mission (MSS) into a larger Gang Suppression Force (GSF), saying only such a shift could help Haiti organize "credible, free, and transparent elections."

But with thousands killed in gang violence this year alone, no neighborhoods reclaimed from armed groups, and displaced families filling schools and churches, many Haitians doubt that elections are feasible in the short term.

## Pushing for a controversial referendum

The CPT has also been pushing forward with a referendum process on constitutional changes — but lawyers, bar associations and civil society leaders warn the move is illegitimate and illegal. The Port-au-Prince Bar Association called it "legally irregular and illegitimate" in a recent statement. Members of the association argued that under Haiti's 1987

HaitiTPSAR001063

Constitution [amended in 2011-2012], revisions require a Constituent Assembly, not a referendum organized by transitional leaders.

"Attempting to impose a new Constitution in this context would constitute a violation by the current political authorities of both their oath of office and the 1987 Constitution," members of the Bar Association said in a recent statement.

"Such an act qualifies as high treason under Article 21 and is punishable by life at hard labor without the possibility of commutation (Article 21-1)."

Critics also warn that forcing such a vote under current conditions would further erode legitimacy, while ordinary Haitians remain in limbo about when — or if — they will be called to elect new leaders.

As officials tout ONI's progress, the UN says humanitarian needs are outpacing resources. Deputy Secretary for Humanitarian Affairs Tom Fletcher, visiting Haiti this week, announced **$9 million** in new aid but warned funding is at "historic lows." The UN's $908 million appeal has received less than 12% of the needed funds.

"In Port-au-Prince, I saw the last functioning hospital pushed to the brink, forced to cut even maternal care," Fletcher said Sept. 9 in a **post on X**. "Families who lost everything are crammed into shelters– women and girls bearing the heaviest toll. The suffering is immense. Haiti needs urgent support."

## Still, the uncertain future for Haiti's voters remains the same

For now, Haiti has millions of registered voters but no clear date for when their ballots will count. With the CPT's mandate set to expire on Feb. 7, 2026, and insecurity worsening, the question remains whether the country's electoral institutions can deliver democracy — or whether Haitians' hard-won ID cards will remain symbols of an elusive right. Haiti has not held an election since 2016.

"ONI continues its mission to bring identification services closer to [Haitian] citizens," ONI **officials** said in a recent statement posted on social media.

"The goal is to make access to the national identification card easier, especially in rural areas that are often neglected."

© 2025 The Haitian Times

Powered by Newspack



**HAITI POLITICS**

# Haitians reject draft constitution over concerns of fragmentation and weakened democracy

*Ten governors beyond central authority, a president doubling as head of government and continued diaspora exclusion are among the most criticized proposals*



**BY JUHAKENSON BLAISE**
**JUN. 09, 2025**

In this Oct. 8, 2019 file photo, entrepreneur and youth leader Pascéus Juvensky St. Fleur, 26, holds up his copy of the Haitian constitution during an interview in Port-au-Prince, Haiti. Haiti has unveiled multiple proposed changes to overhaul the country's Constitution that officials plan to present to voters starting in Feb. 2021 for an upcoming referendum that looms amid growing unrest. (AP Photo/Rebecca Blackwell, File)

In this Oct. 8, 2019 file photo, entrepreneur and youth leader Pascéus Juvensky St. Fleur, 26, holds up his copy of the Haitian constitution during an interview in Port-au-Prince, Haiti. Haiti has unveiled multiple proposed changes to overhaul the country's Constitution that officials plan to present to voters starting in Feb. 2021 for an upcoming referendum that looms amid growing unrest. (AP Photo/Rebecca Blackwell, File)

## Overview:

The constitution draft released on May 21 has sparked fierce backlash from political leaders, civil society groups, economists and legal experts. They warn it would fragment the nation, concentrate power in the presidency and further erode democratic institutions. Key criticisms include proposals for regional governors, the rejection of dual nationality guaranteed by the 2011 constitutional amendment and expanded executive powers with diminished legislative oversight.

PORT-AU-PRINCE — Haiti's latest **draft constitution**, submitted on May 21 to the Transitional Presidential Council (CPT) by the Steering Committee of the **National Conference**, is facing intense backlash from the population, particularly political actors, civil society leaders, economists and legal scholars. Critics contend that the document not only proposes broad

HaitiTPSAR001065

changes that would restructure the Haitian state but also risks exacerbating the country's governance crisis and igniting new territorial and political divisions.

The debate comes amid one of Haiti's most destabilizing eras in recent history—marked by spiraling gang violence, institutional collapse and a crisis of democratic legitimacy. Haiti has not held national elections since 2016 and governance has relied on provisional mechanisms since the 2021 assassination of President Jovenel Moïse. The draft constitution is the latest in a long line of attempts to impose structural change without the democratic consensus many say is necessary for legitimacy.

Sweeping proposals trigger alarms over fragmentation and power concentration.

Among the most controversial proposals: the elimination of local managerial structures— Communal Section Administrative Council (CASEC) and the Assembly of the Communal Section (ASEC)— the introduction of elected departmental governors with no oversight from the central administration, the consolidation of executive power under the president—who would also serve as head of government—and the exclusion of Haitians with dual nationality from holding key public offices.

"If validated, this text would render Haiti tragically ungovernable and completely sideline the diaspora," warned Jerry Tardieu, former parliamentarian and coordinator of the Constitutional Working Group (GTC). He said the proposal's structure and language bear "glaring inconsistencies" and a philosophy "contrary to national consultations."

Under Article 68-2 of the draft, governors would be elected for five-year terms with unlimited re-election. Economist Jeffsky Poincy called the move a "recipe for chaos" in a post on X, warning it would deepen fiscal and territorial inequalities. Financial analyst Ralph Ganthier said the new structure would turn each governor into a "king," further fragmenting national governance.

"

### *"If validated, this text would render Haiti tragically ungovernable and completely sideline the diaspora."*

— JERRY TARDIEU,  COORDINATOR OF THE CONSTITUTIONAL WORKING GROUP (GTC)

Ganthier argues that those who proposed the governor position fail to understand its historical and institutional implications. According to him, this reform creates an executive power without checks and balances, as it lacks mechanisms for parliamentary or judicial oversight.

HaitiTPSAR001066

"It makes him a king," Ganthier wrote on his X account. "So, since we all agree that we cannot govern a small territory of 27,750 km², we have decided to split it into tiny fragments."

Currently, each department is governed by a **three-member council**, known as the Departmental Council (CD, per its French acronym), which is elected for a four-year term, as per Article 78 of the 1987 Constitution. However, the draft constitution, in Article 68-2, proposes replacing this structure with a governor elected by universal suffrage for a five-year term, with the option for indefinite re-election.



## *"Instead of reducing the risks of mismanagement, experts multiply them, fragment the Republic. The project... propels [Haiti] into an incredible maze and paves the way for leadership battles and endless chaos."*

— FRANTZ DUVAL, EDITOR-IN-CHIEF OF LE NOUVELLISTE

Le Nouvelliste editor-in-chief Frantz Duval likened the plan to a regression into pre-independence "caciquats" that divide the nation at its weakest moment. "The draft legitimizes armed leaders who now rule seized territories," he wrote in an **editorial**.

Duval reminds Le Nouvelliste readers that the last time the island nation was ruled by multiple leaders was in 1492, when Christopher Columbus arrived. He also points out that the last governor of the French-controlled part of the island was Toussaint Louverture, during a time when independence wasn't even considered.

Economist Eddy Labosière also criticized the foreign-inspired model, calling for a constitution that addresses local realities like corruption, inequality and weak public institutions.

## Shrinking Parliament, expanding presidential control

The draft reduces each department's Senate delegation from three senators to two and restructures the lower chamber— the Chamber of Deputies— by redefining arrondissements as electoral districts. Parliamentary checks on the executive branch are largely erased: the president appoints ministers and a prime minister without parliamentary approval.

Constitutional law professor Sonet Saint-Louis called the change "absolute presidentialism," saying it turns the prime minister into a "mere executor" and drastically weakens institutional balance.

HaitiTPSAR001067

For the first time, the diaspora would be allowed to elect two senators. However, Haitians with dual nationality would still be barred from holding numerous high-level offices—such as minister, senator, judge, or director of the anti-corruption unit ULCC—repeating a long-standing grievance of Haitians abroad.

"This contradicts even the previous proposal under Jovenel Moïse, which at least opened more doors for the diaspora," said legal expert Windy Phèle.

## The judiciary is still politically dependent, magistrates warn

Judicial independence is also under threat, legal experts say. The proposed lifetime appointments for Cassation Court judges, as stipulated in Article 15, and the continued presidential power over judicial nominations are particularly controversial.

Members of the Association des Professionnels Magistrats (APM) and the National Association of Haitian Magistrates (ANAMAH) warned that the lack of term limits and CSPJ oversight undermines judicial integrity. "The judiciary remains a political tool," Judge Martel Jean Claude said.

Phèle criticized the lack of consultation with judicial associations in shaping the draft. "A constitution that disregards the input of those most affected risks failing to meet the standards of balanced and fair governance," the Ph.D holder in criminal law added.

## Historical echoes of instability

Haiti has seen more than 20 constitutions since its independence in 1804. The current 1987 Constitution, created in the wake of Jean-Claude Duvalier's dictatorship, was intended to decentralize power and build democratic institutions. Yet multiple revisions since then have reflected political maneuvering rather than national consensus.

The 2025 draft of a new constitution is the latest in this lineage of contested overhauls. Rather than uniting the country, experts warn, it could accelerate its disintegration.

"Our **consultations** made it clear that Haiti must be unified," said Tardieu. "This proposal fragments the Republic, thrusts it into a maze of competing powers, and opens the door to chaos."

## Max A. Joseph Jr

Jun. 10, 2025 at 5:47 pm

HaitiTPSAR001068

This draft fails to acknowledge a sticking point in Haiti's descent into anarchy: foreign interference. The document should state that Haiti is a neutral country. As such, will not partake in any international conventions or treaties that supersede or nullify the wording of its constitution.

Loading...

## KP

Sep. 04, 2025 at 9:23 pm

I like the fact that the President will get his full presidential power back without sharing it with a Prime Minister (Vice-President) — that whole sharing-power thing was foolish. And not forgetting the fact that the Prime Minister who actually ran the government could have been born outside of the Country (foolish — that person could have easily destroy the country), while the President who had been relegated to a more symbolic or ceremonial position SHOULD have been born in the Country in order to be elected — like what? Another thing I like from the New Constitution is the 10 governors idea for 10 departments. The new constitution has its pluses in order to remove all the useless positions that have been there for a long time, but it needs some more tweaks to be even better: land ownership for citizens (what are the policies for foreigners?), and the building of a proper military (for a country who had its military giving it its independence you would think they would have more respect for its military institutions). Anyways, keep working guys.  HT

Loading...

© 2025 The Haitian Times

Powered by Newspack

 The Haitian Times

**CRIME & JUSTICE**

# Key takeaways from Haiti's multinational mission: progress, setbacks, and future challenges

*Since its inception, the multinational mission has struggled to become operational due to limited personnel, funding shortfalls, and other hurdles in curbing gang violence in Haiti.*

 **BY JUHAKENSON BLAISE**
**JAN. 08, 2025**



A Kenyan police officer with the multinational security support mission accompanies former Prime Minister Garry Conille during a visit to the State University Hospital in Port-au-Prince, Haiti, on July 29, 2024. The hospital was recently retaken from gang control. Photo by Dieugo André.

HaitiTPSAR001070

## Overview:

Following a formal request by former PM Ariel Henry to the United Nations (UN) for deployment in October 2022, a vote did not occur until a year later. It took almost another year for the first contingent of the Kenya-led Haiti's Multinational Security Support Mission (MSS) to finally arrive on June 25, 2024. However, nearly seven months later, the MSS remains understaffed and underfunded, with only 572 of the 2,500 pledged members deployed. Officials continue to call for its reinforcement, as the need to support Haitian forces in restoring order and security in the country has become increasingly crucial over time.

PORT-AU-PRINCE —  Haiti's Multinational Security Support Mission (MSS), established to support the Haitian National Police (PNH) in combating gang violence, has made uneven progress following a UN Security Council vote to authorize its deployment in October 2023. Despite promises of 2,500 personnel, the mission remains understaffed, underfunded and ill-equipped, with only 572 members deployed as of this month.

The most recent reinforcement—**150 Guatemalan and eight Salvadoran troops** arriving this month—has been welcomed by mission leaders. However, the limited numbers highlight the operational and logistical challenges plaguing the MSS and its objectives.

"With the arrival of new personnel, we plan to establish additional Forward Operating Bases (FOB)," said Kenyan officer Godfrey Otunge, head of the mission in Haiti. "The gangs will have nowhere to hide; we will dislodge them from their strongholds."



Guatemalan and Salvadoran soldiers arrive on the tarmac at Toussaint Louverture International Airport in Port-au-Prince on Friday, Jan. 3, 2025. Photo courtesy of Haiti's Presidency.

**Key milestones and challenges**

The mission's journey has been fraught with setbacks, including reluctance from the UN Security Council, judicial hurdles in Kenya, logistical challenges and funding shortfalls. Below are notable events and developments:

- **The initial request for intervention—October 2022**

Former Prime Minister Ariel Henry appealed to the international community for security support, citing the PNH's inability to manage the escalating gang violence.

In a **document** signed by 19 members of Henry's government, the Haitian government issued a formal appeal on Oct.7 requesting the help of international armed forces to restore order in Haiti amid its spiraling economic, political and criminal crises, aggravated by the re-emergence of a cholera outbreak.

- **Kenya's leadership pledge—July 2023**

Kenya, an East African country, **committed to leading the mission**, promising 1,000 police officers, which marked a significant step forward. On Sept. 20, 2023, **Haiti officially established diplomatic relations with Kenya** by signing a bilateral agreement in an effort to facilitate Kenya's leadership of the MSS.

- **UN Security Council authorization—October 2023**

HaitiTPSAR001072

Following a year of uncertainty and unsuccessful meetings, the Security Council approved a resolution co-drafted by the United States and Ecuador to authorize **the deployment of a non-UN security support mission**, with an estimated annual cost of $600 million. The U.S. pledged $300 million, while other member nations are expected to voluntarily contribute to cover the remaining budgeted amount.

- **Legal battles in Kenya— October 2023- June 2024**

On Nov. 16, 2023, the **Kenyan Parliament gave its approval for the deployment of 1,000 police officers to Haiti**, although some legislators opposed the government's plan to lead a multinational police force in Haiti. However, supporters of the motion argued that Kenya had a moral obligation to assist Haiti in addressing its security challenges.

Between Oct. 9, 2023, and Jan. 24, 2024, **the mission deployment faced legal action in Kenya**. Former presidential candidate and lawyer Ekuru Aukot, along with the Third Way Alliance party, sued the Ruto government over its commitment to lead the MSS. The Kenyan High Court repeatedly delayed the mission deployment before **ultimately banning it**, ruling that it violated the Kenyan constitution and was illegal.  It reversed the ban later but required a reciprocal agreement to be signed between the two nation-states for the deployment to proceed.

In March 2024, the impasse was seemingly resolved when then-PM Ariel Henry and Kenyan President William Ruto **signed a reciprocal agreement**.

- **Initial deployment—June 2024**

The **first contingent of nearly 400 Kenyan officers** was finally deployed, establishing its base near Toussaint Louverture International Airport in Port-au-Prince, the Haitian capital city.

- **Funding gaps and delayed reinforcements**

By October 2024, according to Amina J. Mohammed, UN Deputy Secretary-General, in October 2024, **the UN received only 67 million dollars, below its target of $84 million** needed for its operations. Major contributors include Canada (45 million), the US (15 million), France and Spain (3 million each), Italy (360,000), and Turkey (50,000).

The lack of funding prevents the MSS from completing its deployment target of 2,500 forces and obtaining the logistical and operational materials, particularly maritime and aerial equipment.

Troops pledged by different countries have been slow to arrive, contributing to the mission's shortfall.

Months after Kenyan officers were deployed, the mission was reinforced by **the arrival of 24 Jamaican soldiers and police officers from the 250 promised and two Belizean soldiers** from the 50 committed. The Bahamas also sent in six military personnel out of 144 pledged.

The latest news regarding additional deployments was the arrival of 150 Guatemalan and eight Salvadoran troops last weekend, bringing the total of foreign forces in Haiti to 572. This is still well below the targeted total of 2,500.

On Sept. 30, 2024, as the mission mandate was set to expire, the Security Council decided **to renew it** for another year, extending the MSS in Haiti until Oct. 2, 2025.

## Structural and operational issues

On top of the insufficient personnel and funding, the mission faces significant structural limitations. Legal frameworks also complicate operations, despite a framework **document obtained by Ayibopost** for the Kenya-led MSS being introduced. Many continue to question whether the mission has any kind of oversight or accountability structure.

Efforts by the U.S. and its allies to transition the mission into a full-fledged UN-led peacekeeping force have been blocked by Russia and China. This failure further complicates the mission's long-term funding and sustainability.

While the MSS has made strides in establishing a presence, it remains far from its objectives. Gang violence continues to plague communities in the Artibonite Department and Port-au-Prince metropolitan areas, notably downtown, Cité Soleil, and Solino, where police interventions are often inadequate.

As Haitians wait for the mission to fulfill its promises, the call for sustained international commitment grows louder.

"The situation remains precarious," said a senior police official. "We need more resources, more personnel, and international support to make meaningful progress."

The coming months will determine whether the multinational mission can overcome its challenges and stabilize Haiti. At the same time, some resign themselves to the fact that Haitians cannot continue to rely on the international community, which has shown signs of fatigue.

© 2025 The Haitian Times

Powered by Newspack

Copy link

A view of Delmas 18 after a fight between armed
groups and the police force. Haiti, March 2024.

© CORENTIN
FOHLEN/DIVERGENCE

HOME
HAITI
VIOLENCE AND THREATS BY POLICE FORCE MSF TO SUSPEND ACTIVITIES IN PORT-AU-PRINCE METROPOLITAN AREA

ALSO AVAILABLE IN

CHOOSE LANGUAGE

Press Release    |    20 November 2024

PORT-AU-PRINCE – A series of threats by police forces against Médecins Sans Frontières (MSF) staff have forced us to suspend our activities until further notice in the metropolitan area of Port-au-Prince, Haiti. Police officers have stopped MSF vehicles multiple times and directly threatened MSF staff members, including threats of death and rape, in the week following an attack on an MSF ambulance that resulted in the execution of at least two patients and physical harm to our staff on 11 November.

These repeated incidents have compelled us to stop patient admissions and transfers to our five medical facilities in Haiti's capital as of 20 November, as they clearly illustrate the direct targeting of our personnel and patients in Haiti.

"As MSF, we accept working in conditions of insecurity, but when even law enforcement becomes a direct threat, we have no choice but to suspend admissions of patients in Port-au-Prince until the conditions are met for us to resume", says Christophe Garnier, MSF's head of mission in Haiti. "Every day that we cannot resume activities is a tragedy, as we are one of the few providers of a wide range of medical services who have remained open during this extremely difficult year. However, we can no longer continue operating in an environment where our staff is at risk of being attacked, raped, or even killed!"

## "As MSF, we accept working in conditions of insecurity, but when even law enforcement becomes a direct threat, we have no choice but to suspend admissions of patients..."

CHRISTOPHE GARNIER, MSF'S HEAD OF MISSION IN HAITI

SHARE THIS

After the incident of 11 November, in only a week, MSF has faced the four following incidents, which left us with no choice but to suspend our activities in Port-au-Prince:

On 12 November, two MSF ambulances were stopped by officers of the Haitian National Police's Brigade de Recherche et D'Intervention (BRI), who threatened to kill MSF staff in the near future.

On 16 November, in Delmas 33, one of our drivers was verbally assaulted by plainclothes police officers who warned us of future attacks on our ambulances.

On 17 November, shortly before midnight, another MSF ambulance transporting a patient was stopped near boulevard Toussaint Louverture by a SWAT team who threatened to kill the patient on the spot. After intense negotiations, the ambulance was allowed to continue its journey to the MSF hospital in Tabarre.

On 18 November, in Carrefour Rita, a Haitian National Police vehicle driven by a plainclothes policeman armed with a pistol stopped an MSF vehicle taking staff to the workplace. He threatened the MSF staff members onboard, saying that next week police forces would start executing and burning our staff, patients, and ambulances.

There have also been attacks on multiple occasions on MSF ambulances and personnel by armed vigilantes, including on 11 November.

HaitiTPSAR001077

MSF provides care to everyone on the basis of medical needs alone. Each week on average in the Port-au-Prince metropolitan area, MSF provides care to more than 1,100 patients on an outpatient basis, 54 children with emergency conditions, and more than 80 new survivors of sexual and gender-based violence.

MSF is suspending all medical services except to already hospitalised patients at our five medical facilities and our mobile clinics in the Port-au-Prince metropolitan area, who will continue to be in MSF's care. Our maternal health activities in the south of the country, in Port-a-Piment will also continue.

"We have been in Haiti for more than 30 years and this decision is taken with a heavy heart, as healthcare services have never been so limited for people in Haiti," says Garnier. "Many people will lose access to MSF services because we are not able to work safely in Port-au-Prince. We remain committed to people in Haiti but cannot resume admissions of new patients to our facilities in Port-au-Prince unless we are guaranteed unhindered security and respect for our medical and humanitarian mandate by armed groups, members of vigilante groups, and law enforcement officers."

---

MSF is an international, medical, humanitarian organisation that delivers medical care to people in need, regardless of their origin, religion, or political affiliation. MSF has been working in Haiti for over 30 years, offering general healthcare, trauma care, burn wound care, maternity care, and care for survivors of sexual violence.

**URGENT**

MSF is responding to the humanitarian crisis in Sudan

**Read more**



DONATE    MENU

Home / News & Stories

# Crisis in Haiti: What to know

Violence and political instability have uprooted hundreds of thousands of Haitians, disrupted health care, and put civilians in the crossfire. Here's what to know about this neglected crisis.

January 23, 2025  •  Share



Armed men exchange fire with police in the Bel Air neighborhood of Port-au-Prince on March 19. | Haiti 2024 © Corentin Fohlen

RELATED



**View more**

In recent years, Haiti's capital city, Port-au-Prince, has been convulsed by clashes between armed groups and the police, with no signs of abating.

The violence has increased dramatically in 2024, as armed groups attacked new parts of the city including police stations, hospitals, and residential neighborhoods. This surge in conflict, occurring frequently in residential zones, has deeply affected communities and seriously disrupted the health care system, which is struggling to remain functional amid supply shortages and attacks on patients and medical staff.

The instability has severely disrupted the operations of Doctors Without Borders/Médecins Sans Frontières (MSF) teams, at times forcing the temporary closure of facilities and suspension of activities. Though we have resumed activities in six medical facilities in the Port-au-Prince metropolitan area, the violence continues to rage in neighborhoods, blocking access to health care and putting civilians at daily risk of being killed, injured, or kidnapped.

The conflict has received little international attention, but its impacts are dire and far-reaching. Here's what to know about the crisis in Haiti and how our teams are working to provide care despite grave challenges.

HaitiTPSAR001079

# Facts about Haiti

**Background of a crisis**



Haiti 2021 © Valerie Baeriswyl



## Where is Haiti?

Haiti is a country located on the Caribbean island of Hispaniola, which it shares with the Dominican Republic to the east. It has a population of more than 11.6 million people, of whom nearly one-third live on less than $2.15 a day, according to the World Bank.

## Haiti at a glance



thquake rocked
nuary 12, 2010,
nousands of
© Frederic

### Facts about Haiti

1    11.6 million people live in Haiti.

2    44 percent of people in Haiti are experiencing food insecurity, according to OCHA.

3    Haiti is the poorest country and highest maternal mortality rate in the western hemisphere.

4    Nearly a third of the population lives on less than $2.15 per day, according to the World Bank.



Rubble from the earthquake in 2021. | Haiti 2021 © Pierre Fromentin/MSF

### The toll of conflict

# 5,600

people died from the violence in Haiti in 2024.

## What are the challenges Haiti faces?

Even before the current conflict, Haiti faced significant challenges as the poorest country in the western hemisphere, with the highest maternal mortality rate. In 2010, Haiti was hit by a devastating earthquake that left an estimated 200,000 to 300,000 dead. It was followed shortly after by a cholera outbreak that killed more than 7,000 people. In 2021, a 7.2 magnitude earthquake caused large-scale destruction to housing and already-fragile infrastructure. The current conflict has only exacerbated these challenges.

"I want to go to the United States and help my family ... I don't want to go back to Haiti. There's no school there, there's no food there, there's no work ... Returning to Haiti means death." — *Wisly, a Haitian migrant in Mexico*



Destruction caused by clashes between armed groups and police in the Carrefour neighborhood in the suburbs of Port-au-Prince. | Haiti 2024 © Corentin Fohlen/Divergence

## Why is Haiti in turmoil now?

Clashes between armed groups and the police have grown in recent years as the government has struggled to control many areas of the capital and beyond. After the assassination of President Jovenel Moïse in 2021, the situation has further deteriorated amid a political crisis. By 2023, the homicide rate more than doubled, according to the UN, and the true number of dead is likely substantially higher.

"People always ask me, 'What are you still doing in Haiti?' I say, 'Well, I don't want to leave.' But at some point, it won't be worth trying to resist. There'll be no point resisting anymore." — *Louis\**

Since February 28, 2024, there has been a surge in violence that has deeply affected communities and has seriously disrupted the health care system, which is struggling to remain functional. The urban environment in Port-au-Prince has transformed, with checkpoints and fortified neighborhoods becoming the norm as residents try to shield themselves from the violence. Since mid-2024, Haitian police have been supported by police from several other countries, led by Kenya.

HaitiTPSAR001082

## Risks Haitians face



Each day, people in Port-au-Prince face the risks of death, injury, and kidnapping. The conflict in Haiti killed more than 5,600 people in 2024, according to the UN—up by 1,000 from the year prior, which itself saw a sharp increase in homicides as well as kidnappings. At the same time, public health care facilities are facing regular shortages of staff, medicines, and supplies, impacting their capacity to respond.

**Increasing gang violence**    +

**Widespread sexual violence**    +

**Lack of access to health care**    +

**Attacks on medical staff and patients**    +

**Shortages of medical and humanitarian supplies**    +

"I was dropping my daughter off at school. When we arrived, a parent and her daughter were kidnapped right in front of us. At the time, all I could think about was protecting my daughter who was in the back seat. I would have done anything and maybe even

HaitiTPSAR001083

crash into the car if I had to, but that didn't happen, thank God ... If I'd arrived 30 seconds earlier, it would have been me." — *Esther\**

# Our response to violence in Haiti



Haiti 2022 © MSF

As Port-au-Prince endures these turbulent times, MSF continues to provide care and support to people impacted by the violence. Our teams deliver a range of medical services throughout Haiti, including general health care and treatment for burns, trauma, and sexual violence. Our facilities include hospitals in Tabarre and Cité Soleil, a sexual violence and reproductive health care clinic in Delmas, and an emergency and stabilization center in Turgeau. We also support health centers and have operated mobile clinics in the most affected neighborhoods of Port-au-Prince as well as sites where people have gathered after fleeing violence.

## Emergency response

In the two months following the escalation last February, our teams across Haiti provided 9,025 outpatient consultations, treated 4,966 urgent cases including 869 bullet-wounded patients, cared for 742 traffic accident victims, and admitted 99 severely burned patients at Tabarre Hospital, half of whom were children.

## Maternal health

With a maternal mortality rate of 5.3 and a neonatal mortality rate of 2.4—the highest in the western hemisphere—the need for maternal and neonatal health care is dire in Haiti, including areas outside of Port-au-Prince that were severely damaged in the 2021 earthquake. One of those

HaitiTPSAR001084

areas is Port-à-Piment in southern Haiti, where in 2023, MSF reopened a hospital for maternal and neonatal health after rebuilding and upgrading it. The hospital now offers surgery for patients with obstetric complications as well as pre- and neonatal care. However, many other facilities in the area were never properly repaired, so access to health care remains limited for pregnant women and newborns.

## Care for survivors of sexual violence

In 2024, MSF provided care to 4,463 survivors of sexual violence at Pran Men'm Clinic and Carrefour Maternity Hospital, and through a new program at the hospital in Cité Soleil. Our teams also provided care to survivors through mobile clinics in multiple areas of Port-au-Prince.

## Water and sanitation

MSF also provides water and sanitation services, including latrine installation in sites for displaced people and health and promotion of hygiene awareness.





From left: A young girl wounded by a stray bullet on her way home in
Fontamara. Haiti 2022 © Johnson Sabin; Claudette's leg was amputated at
MSF's Tabarre Hospital after having complications from a bullet wound as a
result of not being able to reach a health facility in time. Haiti 2022 © Alexandre
Marcou/MSF

# Where we work in Haiti

**Turgeau Emergency Center**                                          +

**Tabarre Hospital**                                                  +

**Drouillard Hospital**                                               +

**Carrefour Hospital**                                                +

**Pran Men'm Clinic and Carrefour Maternity Hospital**                +

**Isaïe Jeanty Maternity Hospital**                                   +

**Port-à-Piment Hospital**                                            +

*Name changed for confidentiality.*



MSF teams in Port-au-Prince work in the basement of a clinic, in the dark and without windows, to avoid the high threat of stray bullets. Our teams provide essential health care through mobile clinics that extend medical care to people cut off from accessing even the most basic services. | Haiti 2022 © Johnson Sabin

# Latest news from Haiti



JANUARY 13     08:30 AM

## Haiti: A call to support survivors of sexual violence

HaitiTPSAR001087

An animated journey of a survivor of sexual violence highlights widespread needs across Haiti's capital, Port-au-Prince.

**Read more**



DECEMBER 11     08:00 AM

## Haiti: MSF partially resumes medical activities in Port-au-Prince

MSF calls on all parties to respect our humanitarian mission so we can respond to immense medical needs.

**Read more**

HaitiTPSAR001088



NOVEMBER 19    06:19 PM

## Haiti: Violence and threats by police force MSF to suspend activities in Port-au-Prince area

Police officers have stopped MSF vehicles multiple times and directly threatened MSF staff members.

**Read more**

HaitiTPSAR001089



NOVEMBER 13     03:38 PM

## Haiti: MSF ambulance attacked by police, patients executed

MSF personnel in an ambulance were violently attacked and held against their will for more than four hours by law enforcement and vigilante groups.

**Read more**

# We speak out. Get updates.

First name*

Last name*

Email*

**JOIN OUR NEWSLETTER**

## More news and stories

See All

STORY | JUN 12, 2025

**Carnage continues at US-Israel backed aid sites**

Read more



STORY | JUN 12, 2025

**Beyond the rubble: Mental health needs after Myanmar's earthquake**

Read more



STORY | JUN 12, 2025

**Alarming levels of sexual violence in eastern DRC**

Read more



## How we use funds

Your gift helps us provide medical humanitarian aid for hundreds of thousands of people each year.

**Learn more**

# 84%

PROGRAMS

# 15%

FUNDRAISING

# 1%

MANAGEMENT & GENERAL ADMIN

   

.

HaitiTPSAR001091

Miami Herald

Log In | **Subscribe**

HAITI

# 'Gang Suppression Force' to replace Haiti's Kenya-led mission under U.S. proposal

By **Jacqueline Charles**

Updated August 31, 2025 2:59 PM



Days after Haitian gang leader Jimmy "Barbecue" Chérizier told Port-au-Prince residents they could return home, some decided to visit their neighborhoods to see if it was possible. Instead of houses, however, many found destruction instead: missing windows and rooftops, holed-out walls, and streets littered with debris from the gangs' recent attack. This was especially the case in the neighborhoods of Delmas 2, Delmas 3, and Delmas 5, where members of the Viv Ansanm gang coalition that Chérizier leads had looted houses and torn off zinc rooftops while also departing with every piece of metal.
By Johnny Fils-Aimé for The Miami Herald

🎧 **Listen to this article**

The United States is proposing a significant shift in the ongoing effort to help Haiti wrestle back territory from criminal armed gangs by rebranding the current Kenya-led Multinational Security Support mission into a more aggressive Gang Suppression Force with a new mandate, more police and expanded autonomy from the Haitian police.

The revamped Gang Suppression mission would have a cap of 5,500 uniformed personnel and 50 civilians. While troops' salaries would continue to be paid from voluntary contributions to the United Nations, logistical support will be funded from a newly created U.N. Support Office in Haiti, according to a draft resolution the U.S. and Panama began circulating on Thursday and obtained by the Miami Herald.



TOP VIDEOS

Watch More

00:01                                        02:00

The idea of a U.N. Support Office, funded through members' assessed contributions to support the mission's activities, was first proposed by U.N. Secretary-General António Guterres in February to provide logistical and operation support. The Trump administration earlier this month confirmed to the Herald its support for the plan and a forthcoming push to seek a doubling of the mission's cap.

The draft esolution asks U.N. members to transition the Kenya-led mission to the new effort for an initial period of 12 months following the adoption of a resolution. The U.N is expected to begin negotiations in coming days.

One area of contention is the U.N. package that would fund lethal equipment, which Guterres had avoided mentioning in his proposal. Another is the change involving the Haitian police. The Kenya mission was sold as providing support to the Haitian police by reinforcing, training and mentoring cops. But in reality that didn't happen, as the Haitian police high command failed to provide intelligence on gangs, and internal fighting and political tensions with the country's transitional government fractured the already divided force.

Unlike the current, mostly police-led Kenya mission, which cannot conduct operations on its own, the newly revised force would be authorized to act independently of the Haiti National Police. In giving the new mission more autonomy, U.S. officials are hoping to stop the violence that has led to thousands of deaths since the foreign troops' arrival.

"The next international force must be resourced to hold territory, secure infrastructure, and complement the Haitian national police. In parallel, a comprehensive approach is required to disrupt gang financing, arms trafficking and other illicit flows fueling instability," U.S. Ambassador Dorothy Shea told the Security Council on Thursday.

Shea repeated the administration's thanks to Kenya for stepping up to lead the mission, as well as to the troops from Jamaica, the Bahamas, Guatemala and El Salvador. She said that by establishing a Gang Suppression Force and supporting Guterres' proposal, the U.S. and Panama are trying to address Haiti's growing violence, which is expanding to other regions and has pushed Haiti's capital to the brink of collapse.

READ MORE: UN chief: Humanitarian crisis, plight of Haiti children a matter of 'life and death'

On Thursday, as Security Council members deplored the alarming violence and humanitarian toll of Haiti's crisis, gang-displaced residents from some Port-au-

HaitiTPSAR001094

Prince neighborhoods took to the streets to see if they could return home. Two days earlier, gang leader and spokesman of the powerful "Viv Ansanm" gang coalition, Jimmy "Barbecue" Chérizier, announced that some of the 1.3 million who have been internally displaced can return. Instead of homes, however, residents found looted-out structures, bullet-riddled churches missing their rooftops and windows, and streets littered with debris at the bottom of the Delmas neighborhood.

"We urge Council members: join us — join us in responding to the call from the Haitian government, as we forge a new path towards peace and security, and establish the U.N. Support Office to properly, and sustainably, resource this effort," she said. "This will ensure the mission has the tools at its disposal to take the fight to the gangs and ensure that the Haitian state can meet the foundational needs of its people."

Guterres said Thursday he welcomes efforts by Security Council members to advance his Feb. 24 proposal to strengthen the multinational security support mission through U.N. logistic and operational support.

Under the new model, member countries would continue to deploy under a U.N. chapter that traditionally gives the United Nations more flexibility in the use of force.



Residents of the Delmas neighborhood, who were forced to flee their homes by armed gangs, tour the destruction on Thursday, Aug. 28, 2025 after spokesman for the Viv Ansanm gang coalition, Jimmy "Barbecue" Chérizier invited residents to return home.
Johnny Fils-Aimé *For the Miami Herald*

Romain Le Cour Grandmaison, head of Haiti Observatory at Global Initiative Against Transnational Organized Crime, said on paper the proposal incorporates many of Guterres' recommendations.

"Nevertheless, the plan may face the same reality as the MSS," he said. "Let's assume that the resolution passes, which is far from certain: How can consensus be reached within the Security Council on its duration? How can a real operational mandate be built? Who will fund it? Who will provide technical or human support? What will happen with Kenya?"

Also, in terms of the details, the coordination with the Haitian authorities is barely mentioned. Moreover, the fight against networks supporting gangs, whether political

HaitiTPSAR001096

or economic, through sanctions or other multilateral mechanisms, or in support of the Haitian justice system, is absent from the resolution.

"Where are the sanctions? Where is the consideration of organized crime and the political economy of violence? There is much missing for this resolution to be commensurate with the crisis," he said.



A bullet-riddled Baptist church in the Lower Delmas neighborhood of Haiti's capital, stands as a symbol of gangs' destruction. The neighborhood had been emptied out by armed gangs who invited them to return this week. Johnny Fils-Aimé *For the Miami Herald*

Le Cour Grandmaison, whose organization has issued several studies on the rise in criminal gangs and self-defense groups in Haiti, also notes that the proposed resolution reveals a surprising political turning move at a moment when the Trump administration has pushed to rescind hundreds of millions of dollars from U.N. agencies and its peacekeeping operations.

"Suddenly, six months after the U.N. Secretary-General's letter, and at a time when the United States is withdrawing from anything that might remotely affect the U.N., there is a willingness to return to the multilateral mechanism of peace operations," he said.

The Kenya-led mission began deploying to Haiti in June 2024. Though envisioned originally to have as many as 2,500 security personnel, it has remained at about 1,000 with Kenya contributing about 700 police officers, two of whom were killed in armed ambushes this year. The remaining troops, which include some military, have deployed from El Salvador, Guatemala, Jamaica and the Bahamas.

In the new resolution, the authors note that despite the best efforts of the Kenya mission, "its modest resources and resultant capacities have not been able to keep pace with the dramatic expansion of the threat posed by gangs and thus the mission requires sustainable logistical support."



Residents of the Delmas neighborhood, who were forced to flee their homes by armed gangs, tour the destruction on Thursday, Aug. 28, 2025 after spokesman for the Viv Ansanm gang coalition, Jimmy "Barbecue" Chérizier, invited residents to return home. Johnny Fils-Aimé *For the Miami Herald*

At the same time, a special representative envisioned to provide strategic guidance for the mission was never appointed, leaving it an orphan as supporters struggled to raise money. The new resolution says that it concurs with the secretary-general that funding "is vital."

Under the new mandate the mission's members would still support the Haiti National Police through joint operations. But they will also be authorized to "conduct independent, intelligence-led targeted counter-gang operations to neutralize, isolate and deter gangs that continue to threaten the civilian population and undermine Haitian institutions," the resolution reads.

As part of the Haiti Support Office, there will also be a Standing Group of Partners. They will consist of Canada, El Salvador, Jamaica, Kenya, The Bahamas, Guatemala and the U.S. On Wednesday, the Haitian government sent a letter to Guterres' outlining the countries' commitment to play a high level strategic role.

The resolution, which also endorses a recent proposal by the Organization of American States, notes that with the Gang Suppression Force, "direct support for this

HaitiTPSAR001098

assistance is anticipated to be funded by the OAS' Secure-Haiti project." It calls for the new Special Representative to coordinate with the U.N. and the OAS.



A roofless church in the Lower Delmas neighborhood of Haiti's capital is among several buildings that were pillaged and destroyed in gang attacks. The neighborhood had been emptied out by gangs who invited residents on Tuesday, Aug. 26, to return to the neighborhood. Johnny Fils-Aimé *For the Miami Herald*

The resolution also says that both the U.S. and Panama recognize "the willingness of member states to contribute to stability and security in Haiti by contributing personnel, equipment, and other resources."

Notably absent from the resolution is any reference to Haiti's police task force, which currently is using weaponized drones and mercenaries to go after gangs. The resolution also makes no mention of the country's nascent army, which has also been recruited in the fight.

"To make meaningful progress on this collective challenge, we need international stakeholders and donors to come to the table and join the United States, Panama, and others who have demonstrated their commitment to Haiti's security, in meaningful burden sharing to help promote stability in Haiti.," Shea said. "We remain committed to working with the international community to drive progress forward in Haiti, and call on all Council members to take concrete action in support of this effort."

This story was originally published August 28, 2025 at 5:45 PM.

**Want to see more content like this?** 



**Jacqueline Charles**   *Miami Herald*    𝕏  f  ✉   📞 305-376-2616

Jacqueline Charles has reported on Haiti and the English-speaking Caribbean for the Miami Herald for over a decade. A Pulitzer Prize finalist for her coverage of the 2010 Haiti earthquake, she was awarded a 2018 Maria Moors Cabot Prize — the most prestigious award for coverage of the Americas.

**Ⓜ McClatchy Media**

Part of the McClatchy Media Network

**ABOUT**

About Us

Contact Us

Archives

Connect with us:

f  𝕏  ▶  ⓘ  ♪

**SUBSCRIPTIONS**

Customer Service

Start a Subscription

Cancel a Subscription

Make a Payment

**ADVERTISING**

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Ad - Celebrations

Place an Obituary

Staffing Solutions

Political | Advocacy Advertising

## EXPLORE

📰 Read Today's Edition

📱 Mobile Apps

📰 Newsletters

🎲 Puzzles & Games

✨ Horoscopes

COPYRIGHT     COMMENTING POLICY     PRIVACY POLICY     COOKIE PREFERENCES          YOUR PRIVACY CHOICES     TERMS OF SERVICE     MOBILE SMS TERMS OF SERVICE

HaitiTPSAR001101

49°F ⚙

Search the web 🔍

☰  Discover  **News**  Local  Science  Technology  Cri  |  Personalize



Pay Off Debt Without A Loan
[Ad] Weekly Financial Solution

Sakura Blossom And Yuzu Scented
[Ad] Dove®

🅗 Miami Herald  | Follow |    91K Followers   ⬈

# UN directs $9 million in emergency funds to Haiti amid worsening humanitarian crisis

Story by Jacqueline Charles • 1mo •    **4 min read**

The funds were directed by Tom Fletcher, the under-secretary general for humanitarian affairs and emergency relief coordinator, after he spent the day visiting a site packed with 5,000 people forced to flee from their homes and the only public hospital still functioning in a capital largely in the grips of armed gangs.



This Game is So Beautiful. If Y...

RAID: Shadow Legends

At L'Hôpital Universitaire La Paix, Fletcher found a well-run, pristine facility where nurses and doctors cared for malnourished children and women in labor. But he also heard about funding challenges, including how the last affordable healthcare option for most Haitians may soon be hitting a critical junction.

It could lose most of its emergency ward staff by the end of the month.

"It would be heartbreaking if this hospital that so many people depend on, the only functioning hospital in this area, were to cease to function when they've done such immense work with such courage and tenacity, and expertise to make it work," he said. "We cannot fail here."



L'Hôpital Universitaire La Paix in Port-au-Prince, Haiti is the only public hospital functioning in the capital. Tom Fletcher, the United Nations under secretary-general for humanitarian affairs, visited the hospital on Tuesday, September 9, 2025.

Fletcher, in charge of the UN's humanitarian crisis response, arrived in Haiti on Monday with several goals. He wants to see for himself the effects of Haiti's gang violence, which is driving people from their homes, leaving millions hunger and exposing girls and women to attacks.



Amazon®
Official Site -...

amazon.com

He also wants to determine what more the U.N. can do as it deals with its own budget cuts. His visit comes as the U.N. faces shortfalls from foreign aid donors, including the United States. As a result, Haiti's humanitarian crisis, with half the population estimated being hungry, is the least funded in the world.

"When you look at where the red lights are flashing, the warning lights are flashing," he told the Miami Herald in an interview at the end of his visits. "it's often around those big gender-based violence, protection of women and girls programs in these more neglected crises and so that's the logic of using these emergency funds."

As he toured La Paix, located not far from areas recently under gang attacks, Fletcher heard not just about how the spiraling crisis, but also about how agencies within the U.N. system like the Pan American Health Organization and UNICEF were working with Haitian authorities to provide healthcare. PAHO, for example, provides essential medicines and health supplies, and allows for some of the most vulnerable to receive free healthcare, while UNICEF has improved access to care and nutrition services with the rehabilitation of the hospital's pediatric unit.



**People Are Raving About...**

hear.com

Still, the threat of impending budget cuts couldn't be ignored.

"It's really terrifying," Fletcher said, adding that he was "really impressed with the way the hospital was run, organized."

Haiti's health system has long been on life-support. But with more than 1.3 million internally displaced by armed groups, and half of the population hungry, the system is buckling under the pressure.



⌐ United Nations Under Secretary-General for Humanitarian Affairs Tom Fletcher, left, visits
  L'Hôpital Universitaire La Paix in Port-au-Prince, Haiti on Tuesday, September 9, 2025.
  Fletcher met with hospital staff including Dr. Jean Philippe Lerbourg, the medical director.

Healthcare workers are routinely kidnaped and ambulances targeted and looted. Gang attacks have forced the closure of most hospitals across the capital, including its largest public hospital, the Hospital of the State University of Haiti, also known as the General Hospital. It served the majority of the population until repeated looting and attacks by gang forced its closure last year.

La Paix, the staff told Fletcher, has been the one lifeline – even with its lack of modern equipment and dependence on generators for electricity. The hospital performs nearly 3,600 surgeries annually. The emergency department last year, alone had more than 20,600 cases, a 43% increase in cases from the previous. Nearly all are trauma-related emergencies.

It was here journalists were rushed to in December when they were ambushed during a press conference called for by the health ministry, and it's where injured policemen are routinely provided with healthcare. Its neighbor is one of the largest displacement camps, the former public health ministry now home to 5,000 people forced out of their homes by armed gangs.

"Whatever the social category of ...those who are victims," Dr. Paul Junior Fontilus, the director general said, "when we arrive at the operating room, the person is operated on."

For Fletcher, who started the day hearing the desperate pleas of displaced Haitians, La Paix is one more reason why the world needs to care, should care abou the unfolding crisis in Haiti.

"When you come to a hospital like this that is well-run, efficient, it's hugely encouraging," he said afterward. "Every day here you are seeing thousands of people getting treatment.

"Women who suffered horrific sexual violence are giving birth," he added. "Men who are coming with bullets in their chest. Kids who are malnourished and treated. But all of this is in jeopardy because of crucial funding that will run out at the end of September."

In announcing the additional funds on Tuesday, Stéphane Dujarric, spokesman for Secretary General António Guterres told journalists the money from the U.N.'s Central Emergency Response Fund is to help the U.N. and its partners step up life-saving support to the most vulnerable, including those who have fled their homes and host communities in the Center and Artibonite regions.

"They are facing acute shortages of food, water, shelter, healthcare, sanitation and protection," Dujarric said.

"This additional funding comes at a critical time, with the humanitarian response continuing to face drastic shortfalls," he noted. "Only $105 million of the $908 million required for the Haiti humanitarian appeal have been received."

## Sponsored Content



Lendgo

**Borrow From Your Home**

Sponsored

RAID: Shadow Legends

**This Game is So Beautiful. If You Have a Computer it's a Must-Have.**

Sponsored

## More for You



POLITICO · 11h

Travis Doodles

What is the International Criminal Court?

Trump targets European
climate law after killing UN

Spreading Joy Act
Kindness, Suppor




Popular Mechanics

There Are Mystery Rings
Around 500,000 Barrels on
the Seafloor. They Shouldn'...

2k    204


The Associated Press · 14h

Trump approves $25 million
in disaster aid to help
western Alaska recover fro...

41    4


GoWizard

Mechanics Agree: Extended
Auto Warranty Only
Worthwhile If Your Car Bra...

Sponsored


Theraspecs

Shop TheraSpecs

Sponsored


The Associated Press · 14h

UN Security Council
pressures Haiti's leaders to
hold general election as...

1


The Hill · 16h

Trump officials refer Biden-
era FEMA staff to DOJ for
potential criminal charges

79    42


CNBC · 6h

U.S. sanctions on Russia 'a
good signal of strength': EU's
Kallas

32    2


Reuters · 3h

Fire rages across
area in Philippine


25




1



AP The Associated Press    Follow    1.5M Followers

Iran faces state of crisis as time
wanes and sanction pressure
grows, AP explains

5h

Iran has been bombed, seen United Nations sanctions reimposed and its economy collapse further into the red this year. But its theocracy so far hasn't taken any major action to halt the slide, restart crucial nuclear negotiations with the West nor fully prepare for possible further hostilities with Israel and the United States. The Associated Press' Jon...

## Sponsored Content

## More for You

© 2025 Microsoft

NEWSROOM | MPI EN ESPAÑOL | MULTIMEDIA | DONATE | CONTACT



| Articles |

RESEARCH & INITIATIVES    PUBLICATIONS    EVENTS    ABOUT US    MPI EU

Home » Migration Information Source

MIGRATION INFORMATION SOURCE
FRESH. GLOBAL. AUTHORITATIVE.

THE ONLINE JOURNAL of the MIGRATION POLICY INSTITUTE

ADJUST FONT | PRINT | RSS | COPYRIGHT & REUSE

# Haitian Immigrants in the United States

NOVEMBER 8, 2023  SPOTLIGHT  | By Beatrice Dain and Jeanne Batalova

AUTHORS

Beatrice Dain is a former Rese
and consultant for the Internat
Program at MPI.

Jeanne Batalova is a Senior Pol
and Manager of the Migration



A Haitian-American book fair in Miami's Little Haiti neighborhood. (Photo: Mitchell Zachs/Knight Foundation)

Migration from Haiti to the United States since the mid-20th century has occurred in response to persistent political instability, persecution, frequent economic crises, natural disasters including a devastating 2010 earthquake, and the recent collapse of basic governmental functions and widespread gang violence following the 2021 assassination of President Jovenel Moïse. As of 2022, nearly 731,000 Haitian immigrants resided in the United States, comprising the country's 15th largest foreign-born population.

For several years, there has been a significant increase in the number of Haitians arriving in the United States irregularly, particularly via land. Some came directly from Haiti, but many others arrived from Brazil, Chile, and other countries in the Americas (often bringing their children born there) where they had migrated earlier and then faced new pressures to move again. U.S. authorities encountered Haitians at the U.S.-Mexico border approximately 53,900 times in fiscal year (FY) 2022 and more than 76,100 times in FY 2023. From 2019 through 2021, Haitians were the top nationality for migrants crossing the dangerous Darien Gap between Colombia and Panama, and they have remained among the three largest groups in 2022 and 2023. Additionally, the U.S. Coast Guard interdicted nearly 7,200 Haitians at sea in FY 2022 and 5,100 in the first 11 months of FY 2023, marking dramatic increases over previous years.

Several U.S. policies have sought to channel these migrants into legal routes. The U.S. government resumed the Haitian Family Reunification Parole Program in 2022, allowing eligible Haitians with a U.S.-citizen or legal permanent resident family member to move to the United States while their green-card application is pending. In January 2023, the Biden administration extended an immigration parole program initially reserved for Venezuelans to Haitians (as well as Cubans and Nicaraguans) who have a U.S. sponsor, apply in advance, and travel by plane. The program allows parolees to reside and work in the United States for two years. Through September 2023, the 85,300 Haitian parole recipients represented the largest group of beneficiaries of this process. Also, Temporary Protected Status (TPS), which grants temporary work authorization and relief from deportation, has

RELATED ARTICLE

Haitians Flee a Nation Ne
Collapse

Haitian Migration through
Americas: A Decade in the

How the Treacherous Dar
Became a Migration Cross
the Americas

Can the Biden Immigratio
Playbook Be Effective for
Managing Arrivals via Sea

Haiti's Painful Evolution f
Promised Land to Migran
Nation

RELATED RESEAR

Addressing the Next Disp
Crisis in the Making in the
Americas

Migration, Integration, an
Diaspora Engagement in t
Caribbean: A Policy Revie

Select Diaspora Populatio
United States

External Processing: A To
Expand Protection or Fur
Restrict Territorial Asylu

NEWSLETTER SIGNUP

been redesignated and extended for Haitians, covering more than 116,500 Haitian-born individuals as of March 2023.

The nearly 731,000 Haitian immigrants residing in the United States in 2022, the most recent year for which data are available from the U.S. Census Bureau's American Community Survey (ACS), made up 2 percent of all 46.2 million U.S. immigrants and 16 percent of the 4.6 million Caribbean immigrants. Compared to all immigrants, Haitians are more likely to be naturalized U.S. citizens, have obtained legal permanent residence (also known as getting a green card) through family-based categories, and work in service occupations. They are also less likely to have a college degree and tend to report lower household incomes.

This Spotlight provides information on the Haitian immigrant population in the United States, focusing on its size, geographic distribution, and socioeconomic characteristics.

Click on the bullet points below for more information:

- Size of Immigrant Population over Time
- Distribution by U.S. State and Key Cities
- English Proficiency
- Age, Education, and Employment
- Income and Poverty
- Immigration Pathways and Naturalization
- Unauthorized Immigrant Population
- Health Coverage
- Diaspora
- Top Global Destinations
- Remittances

**Definitions**

The U.S. Census Bureau defines the "**foreign born**" as individuals who had no U.S. citizenship at birth. The foreign-born population includes naturalized citizens, lawful permanent residents, refugees and asylees, legal nonimmigrants (including those on student, work, or other temporary visas), and people residing in the country without authorization.

The terms "**foreign born**" and "**immigrant**" are used interchangeably and refer to those who were born in another country and later emigrated to the United States.

### Size of Immigrant Population over Time

The Haitian immigrant population has expanded significantly since 1980, although the rate of growth has slowed. The population grew 144 percent between 1980 and 1990, 86 percent between 1990 and 2000, 40 percent between 2000 and 2010, and 24 percent between 2010 and 2022. Still, the Haitian immigrant population grew much faster than the overall foreign-born population, which increased by 16 percent between 2010 and 2022. Haitians represented the fourth-largest Caribbean immigrant group in the United States, after Cubans, Dominicans, and Jamaicans.

Figure 1. Haitian Immigrant Population in the United States, 1980-2022

IN THE SPOTLIGHT

**Resources on Haiti**

Find reports, articles, and other resources on migration to and Haiti, all in one place.

GET STARTED

CONTACT

Source@MigrationPolicy.org



*Sources:* Data from U.S. Census Bureau 2010 and 2022 American Community Surveys (ACS), and Campbell J. Gibson and Kay Jung, "Historical Census Statistics on the Foreign-Born Population of the United States: 1850-2000" (Working Paper no. 81, U.S. Census Bureau, Washington, DC, February 2006), available online.

### Distribution by U.S. State and Key Cities

Immigrants from Haiti are highly concentrated in Florida (49 percent as of the 2017-21 period), followed distantly by New York (19 percent). The next four states—Massachusetts, New Jersey, Pennsylvania, and Georgia— were home to approximately 21 percent of the Haitian immigrant population collectively. The top four counties for Haitian immigrants were Broward, Miami-Dade, and Palm Beach counties in Florida, and Kings County in New York. Together these counties accounted for 41 percent of Haitian immigrants in the United States.

**Figure 2. Top States of Residence for Haitian Immigrants in the United States, 2017-21**



*Notes:* Pooled 2017-21 ACS data were used to get statistically valid estimates at the state level for smaller-population geographies. Not shown is the population in Alaska, which is small in size; for details, visit the Migration Policy Institute (MPI) Data Hub for an interactive map showing geographic distribution of immigrants by state and county, available online.
*Source:* MPI tabulation of data from U.S. Census Bureau pooled 2017-21 ACS.

**Click here** for an interactive map that highlights the states and counties with the highest concentrations of immigrants from Haiti and other countries.

HaitiTPSAR001110

The greater Miami, New York, and Boston metropolitan areas were home to 66 percent of Haitian immigrants in the United States. Slightly under 4 percent of all residents of the greater Miami area were born in Haiti (see Table 1).

Figure 3. Top Metropolitan Destinations for Haitian Immigrants in the United States, 2017-21



*Note:* Pooled 2017-21 ACS data were used to get statistically valid estimates at the metropolitan statistical-area level for smaller-population geographies.
*Source:* MPI tabulation of data from U.S. Census Bureau pooled 2017-21 ACS.

**Click here** for an interactive map that highlights the metro areas with the most immigrants from Haiti and other countries.

Table 1. Top U.S. Metropolitan Areas for Haitian Immigrants, 2017-22

| Metropolitan Area | Immigrant Population from Haiti | % of Metro Area Population |
|---|---|---|
| Miami-Fort Lauderdale-Pompano Beach, FL Metro Area | 231,000 | 3.8% |
| New York-Newark-Jersey City, NY-NJ-PA Metro Area | 163,000 | 0.8% |
| Boston-Cambridge-Newton, MA-NH Metro Area | 55,000 | 1.1% |
| Orlando-Kissimmee-Sanford, FL Metro Area | 41,000 | 1.6% |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD Metro Area | 14,000 | 0.2% |
| Atlanta-Sandy Springs-Alpharetta, GA Metro Area | 13,000 | 0.2% |
| Naples-Marco Island, FL Metro Area | 11,000 | 2.9% |
| Tampa-St. Petersburg-Clearwater, FL Metro Area | 9,000 | 0.3% |
| Cape Coral-Fort Myers, FL Metro Area | 9,000 | 1.2% |
| Bridgeport-Stamford-Norwalk, CT Metro Area | 8,000 | 0.8% |

*Source:* MPI tabulation of data from the U.S. Census Bureau pooled 2017-21 ACS.

### English Proficiency

Haitians are roughly as likely as all immigrants to have limited proficiency in English. In 2022, 44 percent of Haitians ages 5 and older reported speaking English less than "very well," compared to 46 percent of the total foreign-born population. Approximately 10 percent of Haitian immigrants spoke only English at home, versus 17 percent of the overall foreign born.

### Age, Education, and Employment

HaitiTPSAR001111

Haitians tended to be similar in age to the overall foreign-born population and older than the U.S. born. The median age for both Haitian and total immigrants was 47 in 2022, compared to 37 for the native born. In 2022, 75 percent of the Haitian population was of working age (18 to 64) compared to 77 percent of all immigrants and 58 percent of the U.S. born (see Figure 4).

Figure 4. Age Distribution of the U.S. Population by Origin, 2022



*Note:* Percentages may not add up to 100 as they are rounded to the nearest whole number.
*Source:* MPI tabulation of data from the U.S. Census Bureau 2022 ACS.

Haitian adults ages 25 and older tend to have lower educational attainment than both the native- and overall foreign-born populations. In 2022, 22 percent of Haitian immigrants reported having a bachelor's degree or higher, compared to 36 percent of the U.S. born and 35 percent of all immigrant adults (see Figure 5). Among Haitians who arrived between 2017 and 2021, 12 percent of adults held a college degree, a rate much lower than that of all immigrants arriving in that period (47 percent).

**Click here**    for data on immigrants' educational attainment by country of origin and overall.

Figure 5. Educational Attainment of the U.S. Population (ages 25 and older) by Origin, 2022



*Note:* Percentages may not add up to 100 as they are rounded to the nearest whole number.
*Source:* MPI tabulation of data from the U.S. Census Bureau 2022 ACS.

According to the Institute of International Education, more than 1,000 students from Haiti were enrolled in U.S. colleges and universities in the 2021-22 school year, comprising a small share of the 949,000 international students in the United States. Haitians represented 9 percent of the nearly 11,000 students from the Caribbean.

Haitians participate in the labor force at a similar rate as all immigrants. About 69 percent of Haitian immigrants and 67 percent of all immigrants ages 16 and over were in the civilian labor force in 2022, compared to 62 percent

HaitiTPSAR001112

of the native born. Haitians are more likely than all immigrants or the U.S. born to work in service occupations
(see Figure 6).

Figure 6. Employed Workers in the Civilian Labor Force (ages 16 and older) by Occupation and Origin, 2022



*Note:* Percentages may not add up to 100 as they are rounded to the nearest whole number.
*Source:* MPI tabulation of data from the U.S. Census Bureau 2022 ACS.

The 103,000 Haitian immigrant health-care workers as of 2021 represented the sixth largest such group in the
United States, after those from the Philippines, Mexico, India, China/Hong Kong, and Jamaica. Most Haitian
health-care workers are employed in health-care support occupations such as nursing assistants, personal care
aides, and home health aides.

**Click here**    for data on immigrants employed in key health-care occupations by region and country of birth.

### Income and Poverty

Haitians tend to have significantly lower incomes than the overall foreign- and native-born populations.
Households headed by a Haitian immigrant had a median income of $65,000 in 2022, compared to $75,000 for
both all immigrant and U.S.-born households. Haitian immigrants had roughly similar poverty rates (15 percent)
as immigrants overall (14 percent) and higher than the U.S. born (12 percent). (The U.S. Census Bureau defines
poverty as having an income below $29,700 for a family of four in 2022.)

### Immigration Pathways and Naturalization

Haitians are much more likely to be naturalized U.S. citizens than immigrants overall. In 2022**,** 63 percent of
Haitians were U.S. citizens, compared to 53 percent of the total foreign-born population.

Compared to all immigrants, Haitians are slightly more likely to have arrived after 2010 (see Figure 7).

Figure 7. Immigrants from Haiti and All Immigrants in the United States by Period of Arrival, 2022

HaitiTPSAR001113



Note: Percentages may not add up to 100 as they are rounded to the nearest whole number.
Source: MPI tabulation of data from the U.S. Census Bureau 2022 ACS.

Approximately 1 percent (10,400) of the 1 million people receiving lawful permanent residence in FY 2022 were from Haiti. Most Haitians who obtain green cards do so through family reunification. In FY 2022, 91 percent of Haitians receiving a green card did so as either immediate relatives of U.S. citizens or were sponsored by other family members. By comparison, 58 percent of all new lawful permanent residents (LPRs) that year arrived through family pathways (see Figure 8). Just 3 percent of new Haitian green-card holders came through employment sponsorship and 5 percent adjusted their status from being a refugee or asylee.

Figure 8. Immigration Pathways of Haitians and All Lawful Permanent Residents in the United States, 2022



Notes: Immediate Relatives of U.S. Citizens: Includes spouses, minor children, and parents of U.S. citizens. Family-Sponsored Preferences: Includes adult children and siblings of U.S. citizens as well as spouses and children of green-card holders. The Diversity Visa lottery was established by the Immigration Act of 1990 to allow entry to immigrants from countries with low rates of immigration to the United States. The law states that 55,000 diversity visas in total are made available each fiscal year. Individuals born in Haiti were ineligible for the 2025 lottery. Percentages may not add up to 100 as they are rounded to the nearest whole number.
Source: MPI tabulation of data from Department of Homeland Security (DHS), "Table 10D: Persons Obtaining Lawful Permanent Resident Status by Broad Class of Admission and Region and Country of Birth: Fiscal Year 2022," updated August 21, 2023, available online.

### Unauthorized Immigrant Population

Devastation from a massive 2010 earthquake in Haiti prompted the Obama administration to grant TPS to Haitians already in the United States when the disaster hit. The Trump administration sought to terminate the designation, but was stymied by the courts. The attempted termination was reversed by the Biden administration, which subsequently expanded the TPS designation; as of March 2023, 116,500 Haitians held TPS. The latest extension is set to expire August 3, 2024.

Although most Haitian immigrants in the United States are legally present, approximately 99,000 were unauthorized in 2021, according to Migration Policy Institute (MPI) estimates, comprising about 1 percent of the overall estimated 11.2 million unauthorized immigrants.

HaitiTPSAR001114

**Click here** for an overview of the 2021 unauthorized immigrant population in the United States.

As of March 31, 2023, approximately 120 immigrants from Haiti participated in the Deferred Action for Childhood Arrivals (DACA) program, accounting for a tiny share of all 578,700 DACA recipients. DACA provides temporary deportation relief and work authorization to unauthorized immigrants who arrived as children and meet the program's education and other eligibility criteria.

**Click here** to view the top origin countries of origin for DACA recipients and their U.S. states of residence.

### Health Coverage

In 2022, 17 percent of immigrants from Haiti lacked health insurance, a rate roughly similar to that of all foreign born (18 percent) and much higher than that of the U.S. born (7 percent; see Figure 9).

Figure 9. Health Coverage for Haitian Immigrants, All Immigrants, and the U.S. Born, 2022



*Note:* The sum of shares by type of insurance is likely to be greater than 100 because people may have more than one type of insurance.
*Source:* MPI tabulation of data from the U.S. Census Bureau 2022 ACS.

### Diaspora

The Haitian diaspora in the United States was comprised of more than 1.2 million individuals who were either born in Haiti or reported Haitian ancestry or race, according to MPI tabulation of data from the U.S. Census Bureau 2021 ACS. People born in the United States accounted for 508,000 individuals (42 percent) of the U.S.-based Haitian diaspora.

**Click here** to see estimates of the top 35 diasporas groups in the United States in 2021.

### Top Global Destinations

The United States was the top destination for Haitians living internationally, followed by the Dominican Republic (496,000), as of the most recent, mid-2020 United Nations Population Division estimates. Other top destinations included Chile (237,000), Canada (101,000), France (85,000), and Brazil (33,000). These figures are likely to be an underestimate of the number of Haitians abroad because of the significant post-pandemic migration of Haitians in the Americas.

**Click here** to view an interactive map showing where migrants from Haiti and other countries have settled worldwide.

### Remittances

Global remittances sent to Haiti via formal channels have grown nearly eightfold since 2000, reaching an estimated $4.5 billion as of 2022, according to the World Bank. Remittances from all origins that year represented

HaitiTPSAR001115

more than 22 percent of Haiti's gross domestic product (GDP).

Figure 10. Annual Remittance Flows to Haiti, 2000-22



*Source*: MPI tabulations of data from the World Bank Global Knowledge Partnership on Migration and Development (KNOMAD), "Remittance Inflows," June 2023 update, available online.

**Click here** to view an interactive chart showing annual remittances received and sent to Haiti and other countries.

## Sources

Bradley, Meghan. 2014. Four Years After the Haiti Earthquake, the Search for Solutions to Displacement Continues. Brookings Institution commentary, January 13, 2014. **Available online.**

Chishti, Muzaffar, Kathleen Bush-Joseph, and Colleen Putzel-Kavanaugh. 2023. Can the Biden Immigration Playbook Be Effective for Managing Arrivals via Sea? *Migration Information Source*, October 25, 2023. **Available online.**

Gibson, Campbell J. and Kay Jung. 2006. Historical Census Statistics on the Foreign-Born Population of the United States: 1850-2000. Working Paper no. 81, U.S. Census Bureau, Washington, DC, February 2006. **Available online.**

Institute of International Education (IIE). N.d. International Students: All Places of Origin. Accessed October 15, 2023. **Available online.**

Knowledge Partnership on Migration and Development (KNOMAD)/World Bank Group. 2023. Remittance Inflows. Updated June 2023. **Available online.**

Lacarte, Valerie. 2023. *Addressing the Next Displacement Crisis in the Making in the Americas*. Migration Policy Institute (MPI) commentary, October 16, 2023. **Available online.**

Lederer, Edith M. 2023. Gang Violence in Haiti Is Escalating and Spreading with a Significant Increase in Killings, UN Says. Associated Press, September 27, 2023. **Available online.**

Migration Policy Institute (MPI), Migration Data Hub. N.d. Countries of Birth for U.S. Immigrants, 1960-Present. Accessed October 15, 2023. **Available online.**

---. N.d. Top Diaspora Groups in the United States, 2021. Accessed October 15, 2023. **Available online.**

Taft-Morales, Maureen. 2020. *Haiti's Political and Economic Conditions*. Washington, DC: Congressional Research Service. **Available online.**

U.S. Census Bureau. 2022. 2021 American Community Survey. Access from Steven Ruggles, Katie Genadek, Ronald Goeken, Josiah Grover, and Matthew Sobek. Integrated Public Use Microdata Series: Version 7.0 [dataset].

HaitiTPSAR001116

Minneapolis: University of Minnesota. **Available online.**

---. N.d. 2022 American Community Survey—Advanced Search: S0201 Selected Population Profile in the United States. Accessed October 5, 2023. **Available online.**

U.S. Citizenship and Immigration Services (USCIS). 2023 *Count of Active DACA Recipients by Month of Current DACA Expiration as of March 31, 2023*. Washington, DC: USCIS. **Available online.**

---. 2023. Extension and Redesignation of Haiti for Temporary Protected Status. January 26, 2023. **Available online.**

U.S. Coast Guard. 2023. Coast Guard Repatriates 143 People to Haiti, Cuba. Press release, July 18, 2023. **Available online.**

U.S. Customs and Border Protection (CBP). 2023. CBP Releases September 2023 Monthly Update. Press release, October 21, 2023. **Available online.**

---. 2023. Nationwide Encounters. Updated June 14, 2023. **Available online.**

U.S. Department of Homeland Security (DHS), Office of Immigration Statistics. 2023. Yearbook of Immigration Statistics 2022. Updated March 3, 2023. **Available online.**

Wilson, Jill. 2023. *Temporary Protected Status and Deferred Enforced Departure*. Washington, DC: Congressional Research Service. **Available online.**

Yates, Caitlyn and Juan Pappier. 2023. How the Treacherous Darien Gap Became a Migration Crossroads of the Americas. *Migration Information Source*, September 19, 2023. **Available online.**

IF YOU HAVE QUESTIONS OR COMMENTS ABOUT THIS ARTICLE, CONTACT US AT    **Source@MigrationPolicy.org**



RESEARCH & INITIATIVES | PUBLICATIONS | EVENTS | NEWS | ABOUT US    CONTACT US | SITE MAP | PRIVACY POLICY | EXPERTS

1275 K St. NW, Suite 800, Washington, DC 20005 | ph. 202-266-1940 | fax. 202-266-1900

   

Copyright © 2001-2025 Migration Policy Institute. All rights reserved.

HaitiTPSAR001117

NEWSROOM | MPI EN ESPAÑOL | MULTIMEDIA | DONATE | CONTACT

# MPI

RESEARCH & INITIATIVES    PUBLICATIONS    EVENTS    ABOUT US    MPI EU

Home » Migration Information Source

## MIGRATION INFORMATION SOURCE
FRESH. GLOBAL. AUTHORITATIVE.

THE ONLINE JOURNAL of the Migration Policy Institute

ADJUST FONT | PRINT | RSS | COPYRIGHT & REUSE

# Haitian Migration through the Americas: A Decade in the Making

SEPTEMBER 30, 2021    FEATURE    By Caitlyn Yates



A Haitian man hugs his daughter in Peru. (Photo: © UNHCR/Regina de la Portilla)

*Editor's Note: This article was updated on May 15, 2023 to correct that Jovenel Moïse was president at the time of his assassination.*

The thousands of Haitian migrants who reached the Texas-Mexico border in September were met with stiff opposition from U.S. and Mexican authorities, with many later permitted entry into the United States, others put on expulsion flights to Haiti, and some others returning to southern Mexico. As dramatic and desperate as the scenes at the border were, this migration was years in the making and follows a long path that Haitians have been forging through South and Central America for more than a decade. In many cases, the migrants forcibly returned to Haiti had not been to their native country in years.

Although Haiti has seen significant political crises and natural disasters in 2021—including the July assassination of President Jovenel Moïse and, in August, a 7.2 magnitude earthquake followed days later by Tropical Storm Grace—most Haitians who reached the U.S. border were not fleeing these recent challenges. They are, instead, part of a generation of Haitians who have migrated since their country's devastating 2010 earthquake, which caused more than 217,000 deaths and left more than 1.5 million homeless. Many of these migrants first attempted to settle in Brazil, then Chile, then went to countries farther north, as local conditions changed and grew increasingly inhospitable. The relaxation of COVID-19-related border restrictions has eased their path northward in 2021, and the election of President Joe Biden may have led to some perceptions that migrants would be permitted to enter the United States. Propelled by these push and pull factors, thousands of other Haitians in South America appear to be poised to undertake the arduous, often dangerous journey to reach the United States.

The journey has resulted in dashed hopes and heartbreak for the approximately 5,400 Haitians who, as of September 30, were returned to their origin country by U.S. officials under a public-health provision preventing access to asylum. For them, the conditions are bleak. The August 2021 earthquake and tropical storm led to the

## AUTHOR

Caitlyn Yates is a PhD student sociocultural anthropology at University of British Columbi

NEWSLETTER SIGNUP

## RELATED ARTICLE

Haiti's Painful Evolution f Promised Land to Migran Nation

Haitian Immigrants in the States

As More Migrants from A Asia Arrive in Latin Ameri Governments Seek Order Controlled Pathways

United States Abandons i Line on Haitian Migrants Face of Latest Natural Dis

## RELATED RESEAR

A Demographic Profile of Caribbean Immigrants in United States

Changing Demography ar Circumstances for Young Children in African and C Immigrant Families

Socioeconomic Integratic Venezuelan Migrants and Refugees: The Cases of B Chile, Colombia, Ecuador,

## IN THE SPOTLIGH

deaths of at least 2,200 people in western Haiti and an estimated 980,000 experiencing food insecurity. In September, the U.S. envoy to Haiti resigned in protest of the expulsions, which he described as "inhumane" and "counterproductive."

This article chronicles Haitian migration through the hemisphere over the last decade, including the particular challenges that Haitians have faced in the region. Being both predominantly French Creole-speaking and Black, Haitians tend to face obstacles over and above their status as migrants, which has repeatedly resulted in exclusion from certain types of legal protections and frequent targeting for discrimination by state officials and locals alike.

### A Portrait of Haitian Regional Migration

Migration from Haiti has been driven by multiple factors, including political and human-rights violations dating back at least to the Duvalier dictatorships of the 20th century. Beyond the vast number of Haitians who died or lost their homes in the 2010 earthquake, tens of thousands more were displaced by Hurricane Matthew in 2016. Insecurity is rampant due to gangs and state-sanctioned violence. Moreover, Haitians also migrate for economic reasons, given that Haiti has the Western hemisphere's lowest gross domestic product (GDP) per capita. Finally, large Haitian diasporas abroad are also a draw for emigrants.

As a result, Haitians have increasingly looked to move to countries including the United States, Chile, and Brazil. Mexico has also become a destination for Haitian migrants, though UN Population Division estimates suggest only around 6,000 were residents as of 2020. While often overlooked, emigration out of Haiti is one of the largest flows in the Western hemisphere (see Table 1).

Table 1. Top Countries of Residence for Haitian Migrants, 2020

| Country of Residence | Number of Haitian Migrants |
|---|---|
| TOTAL | 1,770,000 |
| United States of America | 705,000 |
| Dominican Republic | 496,000 |
| Chile | 237,000 |
| Brazil | 143,000 |
| Canada | 101,000 |
| France | 85,000 |
| Bahamas | 30,000 |
| French Guiana | 22,000 |
| Turks and Caicos Islands | 16,000 |
| Guadeloupe | 14,000 |

*Note:* French Guiana and Guadeloupe are overseas territories of France but are classified separately for the purposes of UN population estimates.
*Sources:* Migration Policy Institute (MPI) tabulation of data from the United Nations, "Department of Economic and Social Affairs, Population Division, International Migrant Stock 2020: Destination" and "Origin, Table 1: International Migrant Stock at Mid-Year by Sex and by Region, Country or Area of Destination and Origin," available online; data for Brazil from Santiago Torrado, Rocío Montes, Lorena Arroyo, Carla Jiménez, and Jorge Galindo, "The Silent Exodus of Latin America's Haitian Population," *El País*, August 11, 2021, available online.

### South America: Formation of Brazilian and Chilean Diasporas

Following the 2010 earthquake, Haitians migrated to a number of countries, chief among them Brazil, where an estimated 85,000 arrived between 2010 and 2017. At the time, Brazil promised ample construction jobs ahead of the 2014 World Cup and the 2016 Summer Olympics. The Brazilian government also offered humanitarian visas to certain Haitians displaced by the earthquake. Additionally, between 2010 and 2015, 48,000 Haitians requested asylum, and significant arrivals continued at least through 2019, when nearly 17,000 Haitians sought protection —more than any other nationality except Venezuelans. As of 2020, Brazil's Haitian population had grown to an estimated 143,000.

However, after the 2016 job booms from the games wore off, Brazil's economy stagnated and corruption and political instability grew. Many Haitians already worked longer hours and earned lower wages than Brazilians, and the economic downturn exacerbated their challenges. Those factors, plus persistent racism and growing anti-



Interested in quickly finding o[...] resources MPI and its online j[...] *Migration Information Sourc[...]* country? The country resourc[...] allows users to select individua[...] and see all the *Source* articles, [...] research, multimedia, and mo[...] relates to an individual count[...] great way to dive into everyth[...] and the *Source* have to offer b[...]

GET STARTED

CONTACT

Source@MigrationPolicy.org

immigrant sentiment amid the 2018 election of populist President Jair Bolsonaro, drove some Haitians to see Brazil as an increasingly impermanent waystation.

For those who left, Chile became the top destination. In the mid-2010s, Chile was among the region's most politically and economically stable countries, and until 2018, Haitians could enter without a visa. In 2015, more than 12,000 Haitians arrived in Chile, and this number exceeded 103,000 in 2017.

However, the 2017 election of center-right President Sebastián Piñera led to immigration restrictions. Chile began requiring visas for Haitians in 2018. That year, around 27,000 Haitian entries were recorded. Then, in 2019, more Haitians left Chile than entered (see Figure 1). This is in part explained by the visa requirement, as about 69 percent of all Haitian visa requests were denied over the first two years. For those Haitians who did secure a tourist visa, Chile began to prevent most from acquiring a work permit if they received a job offer.

Figure 1. Annual Change in Haitian-born Population in Chile via Registered Entries, 2010-19



*Note*: Data reflect the number of Haitians who entered Chile each year and were not registered to have left the country.
*Source*: Author analysis of Fundación Avina and Servicio Jesuita a Migrantes (SJM), *Migración en Chile Anuario 2019: Un Análisis Multisectorial* (Santiago, Chile: SJM, 2020), available online.

These policy changes came amid growing anti-Black and anti-immigrant discrimination, along with limited job opportunities. In a 2019 survey of immigrants in Chile, Haitians were the least likely to be employed and reported the most workplace discrimination. About 47 percent of Haitians reported feeling discriminated against while living in Chile. By mid-2020, an estimated 237,000 Haitians lived in Chile, although many have since increasingly opted to leave, this time heading northward.

Figure 2. Map of Common Pathway for Haitian Migrants



*Source:* MPI artist rendering.

**Northward Bound: In Transit through Central America**

From Brazil or Chile, Haitians must pass through multiple countries before reaching Mexico. This journey can take anywhere from a few months to a few years, depending on migrants' resources, time spent in detention centers, stopovers for short-term work, or connections to smugglers. The most physically demanding and dangerous part of the journey is across the Colombia-Panama border, in a region known as the Darién Gap. Migrants must hike across the 150-kilometer (93-mile) jungle, which typically takes between four and 11 days, depending on the season. Migrants frequently run out of food, are robbed, are swept away by rivers during flash floods, or are otherwise injured while crossing.

According to Panama's border service, Haitian migrants did not begin to arrive consistently until 2016, when nearly 17,000 crossed. This was at least in part prompted by Hurricane Matthew, but can also be attributed to changing socioeconomic and political dynamics in Brazil. Since then, Panama has relied on a policy called "controlled flow" (*flujo controlado*) to receive migrants in camps in southern Panama where they are registered, screened for security purposes, vaccinated, and from where transportation is arranged for them to move northward toward Costa Rica. This lengthy process frequently means that migrants wait for anywhere from several weeks to several months in Panama.

With the significant increase in Haitian—and Cuban—migrants transiting through the region since 2016, Central American countries have struggled to receive them. Nicaragua notably closed its border in late 2015, leaving many Haitians and Cubans stuck for months in Costa Rica. As a result, 2016 was not only the first year that large numbers of Haitians began travelling through Central America, but also the first time that they were trapped in limbo during transit.

Since 2016, the numbers of Haitians transiting through Panama have fluctuated. There were approximately 400 apprehensions in 2018 but more than 10,000 in 2019 (see Figure 3). The drops in Haitian migration after 2016 are explained in part by the United States resuming deportations to Haiti in mid-2016, after a multi-year pause

HaitiTPSAR001121

following the 2010 earthquake. While overall figures dropped markedly in 2020 amid the pandemic, the numbers have been unprecedented in 2021, with more than 42,000 apprehensions in the first eight months. Additionally, several thousand children born to Haitians in Chile and Brazil have also been apprehended, increasing this overall figure to around 50,000.



Figure 3. Apprehensions of Haitian Migrants in Panama, 2014-21



*Note:* Data for 2021 run through August.
*Sources:* Author analysis of Servicio Nacional de Fronteras (SENAFRONT), "Cuadro No. 001 Tránsito irregular de extranjeros por la frontera con Colombia por región según orden de importancia: año 2010-2019," accessed September 23, 2021, available online; SENAFRONT, "Cuadro No. 001 Tránsito irregular de extranjeros por la frontera con Colombia por región según orden de importancia: año 2020," accessed September 23, 2021, available online; SENAFRONT, "Cuadro No. 001 Tránsito irregular de extranjeros por la frontera con Colombia por región según orden de importancia: año 2021," accessed September 23, 2021, available online.

By all accounts, 2021 is a record year for Haitians transiting through Central America. Colombian officials estimated in July that around 1,500 Haitian migrants crossed the border from Ecuador each day. In August, following diplomatic meetings, Colombia agreed to join Panama and Costa Rica in the controlled flow policy and limit the number of migrants crossing into Panama. As of September, no more than 500 migrants are allowed to cross into Panama per day.

In the meantime, the numbers waiting to cross have increased. Officials in the northern Colombian town of Necoclí estimated in late September that approximately 19,000 migrants were waiting to enter Panama, most of them Haitian. Countries across the Western hemisphere have also established a high-level working group to discuss managing migration, but the large numbers suggest an indefinite bottleneck has developed in and around the Darién Gap.

## Mexico

As of this writing, there are no large established Haitian communities in Central America, but the same cannot be said for Mexico. In 2016, an estimated 40,000 Haitians reached the northern Mexican border city of Tijuana. Although fewer Haitians arrived in subsequent years, many of the previous arrivals have remained in the country, either waiting to cross into the United States or settling permanently.

Figure 4. Apprehensions and Deportations of Haitian Migrants in Mexico, 2014-21

HaitiTPSAR001122



*Note*: Data for 2021 run through July.
*Source*: Author analysis of Government of Mexico, Boletín estadístico annual, multiple years, available online.

This is in part because many of Mexico's recent policies have resulted in Haitians spending extended periods of time there. In mid-2019, following pressure from the United States, Mexico stopped issuing exit permits (*salvoconductos*), which authorities had previously given to apprehended migrants from outside the region whom Mexico had difficulty deporting. These documents allowed migrants to transit through the country toward the United States. With the suspension of exit permits, Mexico has required apprehended Haitians without legal status to stay in its southern region.

In response to the end of exit permits, some Haitians applied for asylum in Mexico, although long wait times and low approval rates dissuaded many. Some were issued one-year humanitarian visas (*visas por razones humanitarias*), others were declared stateless and issued residency permits, and yet others attempted to find a clandestine way out of southern Mexico. In some cases, legal statuses were provided to Haitian migrants without their consent or full understanding. The result was that Haitian and African migrants in southern Mexico were effectively trapped, either waiting for documents or attempting to leave the region undetected.

Then, in late 2019 and early 2020, Mexico began deporting larger numbers of Haitians (see Figure 4). While Mexico has historically deported Central American migrants after apprehending them, Haitian nationals were treated differently. According to Mexico's Secretariat of the Interior, between 2013 and 2018, fewer than 1 percent of Haitian migrants who are apprehended in Mexico were deported to their country (118 in total). But in 2019, Mexico deported more than 6 percent of apprehended Haitians (263 overall) and nearly 20 percent in 2020 (341).

Deportations have declined so far in 2021. But Mexican authorities have continued to respond with strict enforcement policies. In August, authorities stopped Haitian and other migrants attempting to transit through Mexico via caravan, and in September authorities apprehended Haitians in the northern border town of Ciudad Acuña (across from Del Rio, Texas) and returned them to Tapachula, in southern Mexico.

Meanwhile, Haitian asylum requests in Mexico have been on the rise. In July and August, Haitians for the first time represented the most common nationality of asylum applicants. This is in part because of the growing numbers of Haitians reaching Mexico from Central and South America, but also due to the bottleneck feature of Mexico's immigration policy, which forces Haitian migrants to either apply for status to leave southern Mexico, wait indefinitely, or travel covertly. Those who do apply for asylum can wait for months or years before receiving a decision. In the meantime, migrants trapped in southern Mexico lack the ability to work or access social services.

HaitiTPSAR001123

Still, a Haitian diaspora is growing. An estimated 4,000 Haitians live in Tijuana, with several thousand more trapped in Tapachula, and smaller numbers elsewhere.

### The United States

The United States hosts the largest Haitian immigrant population, with an estimated 705,000 as of 2020. Many Haitians have been in the United States for years, if not decades. Historically, irregular Haitian migration took place largely by sea, but interdictions of along that route have remained negligible in recent years. Instead, arrivals at land borders have increased consistently. From October 2020 through this August, U.S. Border Patrol made more than 30,000 apprehensions of Haitians, nearly all of them at the U.S.-Mexico border. This marks the most Haitians ever apprehended at the U.S. land border, and the second largest overall since 1992, when authorities intercepted Haitians 38,000 times at sea.



Figure 5. Apprehensions of Haitian Migrants at the U.S.-Mexico Border, FY 2010-21



*Note:* Data for 2021 run through August.
*Sources:* Data for fiscal year (FY) 2010 through 2019 from U.S. Border Patrol, "U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector (FY2007 - FY 2019)," accessed September 29, 2021, available online; data for FY 2020 and 2021 from U.S. Customs and Border Protection, "Nationwide Encounters," updated September 15, 2021, available online.

This growth is notable in part because Haitian migration to the United States was already increasing prior to Haiti's mid-2021 crises, reinforcing the evidence that migrants reaching the United States in recent weeks have likely been on the move for years. That said, it is worth noting that the Biden administration has offered Temporary Protected Status (TPS) to Haitians who were in the United States as of July 29, 2021, granting them temporary work authorization and protection from deportation for 18 months. While this action will not affect Haitians recently attempting to cross the border, it did extend protections to 55,000 Haitians already with TPS in the United States and will allow an estimated 100,000 more to apply for new protection. Misinformation about TPS eligibility and about the general availability of legal status in the United States may have been one factor for migrants trying to reach the U.S. border, along with push factors out of South America and the easing of some COVID-19-related travel restrictions.

### A Population Quietly on the Move

Dramatic scenes at the U.S.-Mexico border have drawn new attention to the situation of Haitian migrants, but many of these individuals have been quietly on the move for much of the last decade. As they traveled, they have contributed to the growth of diaspora communities in countries including Brazil, Chile, and Mexico.

While on the move, Haitian migrants in Latin America have confronted particular challenges, including intense anti-Black and anti-immigrant sentiment. Being refused work, not being allowed to seek medical treatment or

HaitiTPSAR001124

report a crime, and other instances of discrimination often mark the experiences of Haitian migrants in ways not experienced by non-Black migrants. Additionally, Haitian migrants often lack access to translators or interpreters. Non-Spanish and non-Portuguese speaking Haitians are particularly disadvantaged when seeking legal protections, social services, or jobs.

Finally, an increasingly difficult challenge for Haitians relates to the growing number of mixed-nationality families. Children born to Haitian migrants in Brazil, Chile, or elsewhere along their journeys often do not hold Haitian nationality but rather that of the country of their birth. This creates challenges when applying for immigration documents, for families looking to return to Haiti, or simply to prove individuals' familial relationship. It also presents complications for Haitian families recently returned to Haiti involuntarily by U.S. officials. As of September 23, at least 41 children who do not hold Haitian passports had been expelled to Haiti, forcing the Haitian government to begin discussions with countries such as Brazil on whether and how to return these mixed-nationality families to the countries of the children's birth.

While data do not show a significant uptick in emigration from Haiti immediately following the recent political and humanitarian crises, these events nonetheless serve as a backdrop that may have played into the decisions of migrants already in Central and South America to seek out new destinations. Still, emigration from Haiti will likely grow in coming months and years, fanning out to countries throughout the Americas where migrants may have families, friends, or work opportunities. As this migration continues, it will be important to distinguish between recent and earlier Haitian waves of migration. Analyses of Haitians' movement must also to adopt a regional lens that takes into account this decade of hemispheric migration and Haitian migrants' unique dynamics and challenges.

## Sources

Al Jazeera. 2021. Gangs Offer Aid as Haiti Earthquake Death Toll Crosses 2,200. Al Jazeera, August 22, 2021. **Available online**.

---. 2021. Mexico Blocks New US-bound Migrant Caravan. Al Jazeera, September 5, 2021. **Available online**.

Arias, L. 2016. Costa Rica Begins Relocating Migrants Camped Out at Nicaragua Border. *Tico Times*, September 28, 2016. **Available online**.

Brazilian Ministry of Justice and Public Security. N.d. Sistema de Refúgio brasileiro: Desafios y perspectivas, Comité Nacional para os Refugiados. Accessed September 21, 2021. **Available online**.

Bispo, Fábio and Schirlei Alves. 2021. Em Santa Catarina, um terco dos casos de discriminacao no trabalho sao contra haitianos e africanos. *Carta Capital*, August 5, 2021. **Available online**.

Charles, Jacqueline. 2018. Haitians Gamble on a Better Life in Chile. But the Odds Aren't Always in Their Favor. *Miami Herald*, March 5, 2018. **Available online**.

Chishti, Muzaffar and Sarah Pierce. 2016. United States Abandons its Harder Line on Haitian Migrants in the Face of Latest Disaster. *Migration Information Source*. October 26, 2016. **Available online**.

CNN Editorial Research. 2021. Haiti Earthquake Fast Facts. CNN, August 15, 2021. **Available online**.

Da Silva, Gustavo Junger, Leonardo Cavalcanti, Antônio Tadeu Ribeiro de Oliveira, Marilia F. R. de Macêdo. 2020. *Refúgio em Números – 5 edição*. Brasilia: Observatório das Migrações Internacionais. **Available online**.

Danticat, Edwidge. 2021. The Assassination of Haiti's President. *New Yorker*, July 14, 2021. **Available online**.

Drost, Nadja. 2020. When Can We Really Rest? *California Sunday Magazine*, April 2, 2020. **Available online**.

HaitiTPSAR001125

EFE. 2021. EE.UU. y México estarán en reunión sobre migrantes en tránsito en Centroamérica. EFE, August 9, 2021. **Available online**.

Espinoza, Marcia Vera and Leiza Brumat. 2018. Brazil Elections 2018: How Will Bolsonaro's Victory Affect Migration Policy in Brazil and South America? LSE Latin America and Caribbean blog, October 25, 2018. **Available online**.

Esquivel, Henry. 2021. Haitian Migrants in Colombia Weigh Journey to U.S. after Deportations. Reuters, September 24, 2021. **Available online**.

Agence France-Presse. 2021. 19,000 Migrants Amassed in Colombia near Panama Border: Official. Agence France-Presse, September 22, 2021. **Available online**.

Fouron, Georges E. 2020. Haiti's Painful Evolution from Promised Land to Migrant-Sending Nation. *Migration Information Source*, August 19, 2020. **Available online**.

Fundación Avina and Servicio Jesuita a Migrantes (SJM). 2020. *Migración en Chile Anuario 2019: Un Análisis Multisectorial*. Santiago, Chile: SJM. **Available online**.

Government of Mexico. N.d. Boletín estadístico annual. Accessed September 23, 2021. **Available online**.

*Haiti Libre*. 2018. Nearly 105,000 Haitians Arrived in Chile in 2017. *Haiti Libre*, January 15, 2018. **Available online**.

Harvard Law School International Human Rights Clinic (IHRC) and Observatoire Haïtien des crimes contre l'humanité (OHCCH). 2021. *Killing with Impunity: State-Sanctioned Massacres in Haiti*. Boston: IHCR and OHCCH. **Available online**.

Hu, Caitlin. 2021. More than 40 Children with Non-Haitian Passports Deported to Haiti, Says International Organization for Migration. CNN, September 23, 2021. **Available online**.

Infobae. 2021. Unos 1.500 migrantes haitianos tratan de cruzar diariamente la frontera entre Ecuador y Colombia para seguir a Estados Unidos. Infobae, August 9, 2021. **Available online**.

International Organization for Migration (IOM). 2017. Migration in the Caribbean: Current Trends, Opportunities and Challenges. Working paper, IOM, San Jose, Costa Rica, September 2017. **Available online**.

International Organization for Migration (IOM) Haiti. 2021. It has been 11 days since the mass repatriations of Haitians from the US started. Over 5,000 migrants have been returned since and more are scheduled to arrive. IOM is on the ground assisting all those returning. @IOMHaiti, Post on Twitter, September 30, 2021. **Available online**.

Limoges, Barrett 2021. 'I'm Trapped Here': Haitian Asylum Seekers Languish in Mexico. Al Jazeera, April 24, 2021. **Available online**.

Migracion en Chile. 2021. INE: 14% de los bebés en Chile nacen de madres extranjeras. Migracion en Chile, 11 January 2021. **Available online**.

Morley, S. Priya et al. 2021. *There Is a Target on Us: The Impact of Anti-Black Racism on African Migrants at Mexico's Southern Border*. New York: Black Alliance for Just Immigration and El Instituto para las Mujeres en la Migración. **Available online**.

Morse, Julie. 2016. Hurricane Matthew Has Spawned Thousands of New Haitian Refugees. *Pacific Standard*, October 13, 2016. **Available online**.

Ornelas, Omar and Lauren Villagran. 2021. Mexican Government Cracks Down on Haitian Migrants in Ciudad Acuña. *El Paso Times*, September 21, 2021. **Available online**.

Ramírez, Andrés. 2021. En Julio por primera vez solicitaron más haitianos que hondureños la condición de refugiado en México. La diferencia entre esas nacionalidades fue mínimo: 3942 haitianos vs 3776 hondureños. En el mes de agosto la diferencia creció: 3079 hondureños vs 5613 haitianos. @comar_sg, Post on Twitter by the Mexican Commission for Refugee Assistance, September 1, 2021. **Available online**.

Servicio Nacional de Fronteras (SENAFRONT). N.d. Cuadro No. 001 Tránsito irregular de extranjeros por la frontera con Colombia por región según orden de importancia: Año 2010-2019. Accessed September 23, 2021. **Available online**.

---. N.d Cuadro No. 001 Tránsito irregular de extranjeros por la frontera con Colombia por región según orden de importancia: Año 2020. Accessed September 23, 2021. **Available online**.

---. N.d Cuadro No. 001 Tránsito irregular de extranjeros por la frontera con Colombia por región según orden de importancia: Año 2021. Accessed September 23, 2021. **Available online**.

Torrado, Santiago, Rocio Montes, Lorena Arroyo, Carla Jiménez, and Jorge Galindo. 2021. The Silent Exodus of Latin America's Haitian Population. *El País*, August 11, 2021. **Available online**.

UN Department of Economic and Social Affairs, Population Division. 2020. *International Migrant Stock 2020: Destination and Origin*. Accessed September 23, 2021. **Available online**.

UN News. 2021. Hunger Spikes in Haiti Following Deadly Earthquake. UN News, September 9, 2021. **Available online**.

U.S. Border Patrol. 2020. U.S. Border Patrol Nationwide Apprehensions by Citizenship and Sector (FY 2007 - FY 2019). Updated January 30, 2020. **Available online**.

U.S. Citizenship and Immigration Services. 2021. DHS Announces Registration Process for Temporary Protected Status for Haiti. News release, July 30, 2021. **Available online**.

U.S. Customs and Border Protection (CBP). 2021. National Encounters. Updated September 15, 2021. **Available online**.

Verza, Maria. 2021. Feeling Trapped, Migrants' Fears Grow in Mexican Border City. Associated Press, September 22, 2021. **Available online**.

Yates, Caitlyn and Jessica Bolter. Forthcoming. *African Migration through the Americas; Drivers, Routes, and Policy Responses*. Washington DC: Migration Policy Institute.

Zamorano, Juan. 2021. Panama, Colombia Agree to Limit of 650 Migrants per Day. Associated Press, August 11, 2021. **Available online**.

IF YOU HAVE QUESTIONS OR COMMENTS ABOUT THIS ARTICLE, CONTACT US AT **Source@MigrationPolicy.org**




Copyright © 2001-2025 Migration Policy Institute. All rights reserved.

**Four Young People Share Their Stories**

Nathalye Cotrino

Senior Researcher, Americas Division

**Available In**
English
Français

Inside the École Communautaire in the Bel Air neighborhood of Port-au-Prince, Haiti on May 9, 2024. The school was abandoned in late February 2024 as gang violence made safe access for students and teachers impossible.© 2024 Giles Clarke/Getty Images

In Haiti, violence has intensified and spread since late February, with young people among the hardest hit. Criminal groups like the G9 and G-Pèp coalitions —some with military-grade weapons and drug trafficking links— have attacked the country's key infrastructure, including police stations and ports, as well as Port-au-Prince's neighborhoods. The groups are increasingly recruiting young people, sometimes using coercion and threats.

Clean water, medicine, food, and electricity are scarce, which, for millions of children, limits their already precarious access to essential goods and services. Many schools have been forced to close across Port-au-Prince and the metropolitan area, leaving hundreds of thousands of children with no access to education. Human Rights Watch's Nathalye Cotrino, who is documenting the crisis in Haiti, interviewed a number of youth from some of the hardest-hit Port-au-Prince communes, Cité Soleil and Delmas. Below are four of their stories.

HaitiTPSAR001129

Featured locations in Port-au-Prince, Haiti

© 2024 Human Rights Watch

**Anne M., 15 years old: "We had to leave after a stray bullet hit me."**

"I'm very hungry, my stomach hurts, I haven't eaten for days," Anne M. (not her real name) told Human Rights Watch by phone in early April. She was standing in line with her family at a church in Port-au-Prince's Delmas commune to receive food. This is how they have survived since fleeing their home on March 4, following two harrowing days of violence.

On March 2 and 3, criminal groups broke into Port-au-Prince's two largest prisons, freeing thousands of detainees. They also attacked at least 22 police stations, including the Cazeau police station close to

Anne's home, on the outskirts of Cité Soleil.

On March 2, Anne sheltered at home with her mother and 12- and 9-year-old brothers. "We had not eaten all day because since the morning the members [from the G9] had been shooting [...] we couldn't go out," she said.

That evening, her mother got some rice from a neighbor. Anne and her brothers were happy to have something to eat, but their joy was short lived. "When we started to eat, we heard more gunshots, very close, very loud," she said. Anne's mother ordered her to hide under a table before throwing herself over her youngest son. Then it happened. A bullet penetrated the wall and hit Anne, passing through her right arm, near her shoulder.

"I just felt a lot of pain and I saw a lot of blood," she said, her voice breaking. "I was very scared, I started to cry but my [12-year-old] brother covered my mouth to keep me quiet for fear that [the shooters] would enter the house."

She paused. "The last time [G9 members attacked our home] some months ago, four of them raped my mother. I was able to save myself because I ran away and hid in another house."

Attacks by criminal groups on hospitals and clinics, as well as looting and shortages of medical supplies, meant healthcare facilities near Anne had closed. Her family did not have the money to travel to other facilities or pay for medicine. They also feared run-ins with criminal groups, which control ever-increasing areas of Haiti's capital. On March 4, they fled their home, leaving behind their few belongings, in search of shelter in the nearby commune of Delmas. There, they met a Christian priest who treated Anne's injured arm. Since then, they moved through several informal camps for displaced people, seeking shelter and food. Despite the efforts of local and international humanitarian organizations, as of April, Anne and her family still lack access to essential services, including education.

"We have not been able to go to school for two years because of them [the criminal groups]. Our school was closed because of them, the teachers couldn't even go in, for fear that something bad would happen to them or us," Anne said.

Criminal groups tried to recruit her brother, using the scarcity of food, water, and other necessities as leverage. "My 12-year-old brother has been asked [by G-Pèp members] to go with them. They have offered him money and food," Anne said. "He is thinking about it, but he is afraid of guns."

"I am talking to you because... maybe then our voice could be heard. And maybe someday, someone

HaitiTPSAR001131

could do something to stop this violence, to stop this suffering."



The grounds of a gymnasium converted into a makeshift shelter for people displaced by gang violence, in Port-au-Prince, Haiti, May 3, 2024. © 2024 Odelyn Joseph/AP Photo

**Marie C., 16 years old: "I miss my sister very much she was the only one I had after my parents were killed."**

"Please don't say my name, I'm very scared," Marie C. (not her real name) told me over the phone.

Until early 2023, Marie lived with her parents and 21-year-old sister in Brooklyn, Cité Soleil, one of the poorest and most vulnerable areas of Port-au-Prince. She said that G9 members shot and killed her parents on the way home from the market, where her mother sometimes sold rice with meat.

HaitiTPSAR001132

Marie vividly recalls the days that followed: the sisters had no food, electricity, or water. In desperation, they fled to their uncle's home in the nearby neighborhood of Drouillard.

Any semblance of peace they gained in Drouillard ended on March 8.

"It was a Friday, I remember, because that day was my sister's birthday. We left the house early, we wanted to go to the market to buy something for her birthday," Marie said. Then, the sound of gunshots echoed from the main road, Route 1. "I wanted to go back, but my sister wanted to buy her present [... .] She insisted, she told me that they [the G9 members] were always shooting, that we should stay low and nothing would happen to us."

But when they tried to cross the road, a bullet hit her sister in the leg. "She fell to the ground and shouted at me, 'Run, run save yourself,' [... .] I saw that she was bleeding a lot, but they kept shooting."

Marie continued her story in tears, her voice breaking. "I ran out and hid in some [bushes], I couldn't see her, I didn't know what to do. The shooting continued, I curled up and began to pray."

Marie does not know how long she hid, but when she stopped hearing the shots she crawled to the avenue, searching for her sister. She could not find her. "I ran to my house. My uncle was very worried [... .] I told him what happened [...] we cried a lot [...] he scolded me for not having returned."

That afternoon, their uncle went in search of her sister. A neighbor told him that someone had rescued her and taken her to another neighborhood for medical care. A few days later, her uncle found her. When he came back, he told Marie that her sister was recovering, but would not reveal her location. "He told me that it was better for her not to come back, because the criminal group members could do something to her [... .] He didn't tell me where she was."

"I have not seen her since," Marie said. For Marie, her sister was the only person she felt she could count on. "[Now] I have to live on my own."



A court building that criminal groups set on fire in the Delmas 28 neighborhood of Port-au-Prince, Haiti, March 6, 2024. © 2024 Odelyn Joseph/AP Photo

**Joseph F., 16 years old: "I don't want to die like my friends have done, with a gun in my hand."**

Joseph F. (not his real name) is one of the 180,000 children displaced by violence in recent months. He lives on the streets of Port-au-Prince.

He had been living with his aunt, his only family, in the Drouillard neighborhood of Cité Soleil for six years, since his mother's death. Today, he has no idea where his aunt is, if she's dead or alive. "I don't know what happened to her," he said.

Joseph last saw his aunt before he went to work on March 1, the day criminal groups launched coordinated attacks against the Toussaint Louverture airport in Port-au-Prince. Around noon, Joseph's boss at the auto repair shop, located near the airport, told him to go home for the day, since there was not much work.

"When I was arriving at Carrefour Drouillard [a crossroad], I saw many armed criminal members and heard many gunshots. They were burning tires blocking the road. I ran to try to cross the road before everything got more complicated, and that's when I was shot."

The bullet hit Joseph's right side, just missing his ribs. The wound bled for nearly a week, and as Joseph could not afford hospitals or medication, he used alcohol and bandages to treat it. Still, he was not that scared, he said. Accustomed to Haiti's pervasive violence, he was used to blood. "I had already seen blood because several of my friends had been injured and killed in gang fights [but] I had managed to avoid getting hurt."

When the gunfire stopped, Joseph chose not to return home, and instead hid in the nearby Drouillard cemetery. He didn't want criminal group members to find him. Many of Joseph's friends had joined criminal groups out of desperation, and these groups were also pressuring him to join. Members told Joseph he would be part of "a popular cause against the bad government, that it is not to harm people but to fight and make the revolution," he said. But "I don't believe any of that. [The G9 members] had threatened me [in the past], they told me that if I don't join them something could happen to me or my aunt."

UNICEF has found that Haiti's criminal groups are increasingly using and recruiting children, and that many have children in their ranks.

Joseph's day-to-day life is precarious. "I have been sharing a dirty old mattress for a month in a square where there are others like me who have fled their homes. We only have a blanket and a plastic sheet to cover ourselves," Joseph said over the phone as he sat under the sun, waiting for a meal. He hoped to shelter under a tent in the yard of a nearby house, where several other displaced people were staying. He often goes hungry, like nearly half of Haiti's population, and has not been able to attend school for four years.

Despite these hardships, Joseph is clear: he doesn't want to die like his friends.

Joseph misses his home and his aunt, who looked after him even before his mother died, when she would go to work. Even so, he said, crying, it is "better to not go back."

**Guerry Y., 17 years old: "I don't want to suffer more, I want a better life for my baby."**

"I don't know if my friend died or survived, I survived by a miracle."

This is how Guerry Y. (not his real name), a 17-year-old resident of the Delmas area in Port-au-Prince, began his story.

On March 4, Guerry and his friend Louis were on the street in Delmas, trying to sell car parts to earn money for their families. They went out that morning despite the sound of gunshots which, Guerry said, had become part of their daily lives.

"We were on a corner near the Carrefour L' Aéroport viaduct when we started to hear a lot of gunfire from automatic weapons all around [... .] I knew the gangs were furious and were attacking the prisons, the airport, and everything related to the government, but I didn't think they would attack there. We ran away, but a bullet hit my friend."

Guerry was breathless as he explained what happened: "I only saw him fall to the ground, face down. I went back to help him, but the bandits kept shooting. He was screaming in pain, and when I picked him up, I saw he was bleeding from his back. I carried him as best I could and moved to cross the avenue. The bullets kept coming, and I was very scared, very, very scared. I don't know how I managed to survive."

A man passing by on a motorcycle offered to take Louis to a hospital. "Since that day, I haven't heard from him," Guerry said.

Guerry then rushed home to the room he shared with his father, 14-year-old brother, and grandmother. His father, who worked at the airport square, arrived home an hour later, scared and hoping his family was safe. The shooting continued on-and-off for nearly three hours. Gripped by fear, Guerry and his family hid under their mattresses.

"It was almost night when we started to smell something burning and heard a lot of shouting in the distance. When I went out [...] neighbors told me to leave because they, the bandits, were going to burn us inside the houses."

Guerry went back and told his father, and the whole family rushed outside. But it wasn't the neighborhood homes that were on fire. "We saw the smoke [...] it was the Carrefour L' Aéroport police station. They had attacked the police station and set it on fire." Human Rights Watch later confirmed that, after several hours of fending off the G9 attackers, the police officers realized they were

outnumbered and outgunned, and evacuated to safety.



A man looks inside the burned police station "Commissariat de l'Aeroport" in Port-au-Prince, Haiti, March 5, 2024. © 2024 Clarens Siffroy/AFP via Getty Images

Guerry and his family fled their home, leaving all their belongings behind. For a few days, they stayed with a friend of Guerry's father. Then, his father, brother, and grandmother left for Gonaives, about 90 miles north of Port-au-Prince, where they had more family.

Guerry stayed behind with his girlfriend, who is seven months pregnant. "I couldn't take her [to Gonaives], because she takes care of her sick mom and a younger sister."

Guerry, who now has no work, goes every day to a church for food.

HaitiTPSAR001137

"We don't want more violence," he said, before screaming in desperation. "We want opportunities. I don't want to suffer more, I want a better life for my baby."

"I am just asking that someone help us," Guerry said.

\*\*\*



Region / Country
Americas
Haiti
Topic

Arms
Children's Rights
Attacks on Education
Children and Armed Conflict
Crisis and Conflict

MORE READING

May 28, 2024  Dispatches

Kenya-Led Security Mission Prepares for Deployment in Haiti



April 11, 2024  Statement

Submission to the UN Special Rapporteur on Violence against Women and Girls in Sport

REPORTS

August 14, 2023  Report

"Living a Nightmare"

Haiti Needs an Urgent Rights-Based Response to Escalating Crisis



Protecting Rights, Saving

HaitiTPSAR001140

# Haiti doesn't make guns. So how are gangs awash in them?

**WLRN Public Media | By David C. Adams and Frances Robles | The New York Times**



DONATE



*Scott McIntyre / The New York Times*

The freighter Sara Express is moored along the Miami River in Miami, March 17, 2025. Weapons that the authorities say were bound for Haiti were found when the ship was docked in the Dominican Republic.

A video that circulated widely on the internet recently showed a Haitian gang leader, Joseph Wilson, shirtless, happily showing off belts of .50 caliber ammunition, mockingly saying he used the armor-piercing bullets to groom his hair.

"We have enough combs for our hair to last a year," he joked.

So how did he get them?

Guns are not manufactured in Haiti, and it's illegal to ship any there, but the gangs

ammunition.

Experts estimate that there are about 20 armed groups operating in Port-au-Prince, some who carry AR-15 and Galil assault rifles, shotguns and Glock handguns. The U.N. estimates that between 270,000 and 500,000 firearms are circulating illegally in Haiti, with most weapons in the hands of gangs.

Their superior firepower has overwhelmed the thin ranks of Haiti's ill-equipped police and contributed to an astonishing death toll last year of more than 5,600 homicide victims, a jump of more than 1,000 from the year before.

The United Nations imposed an arms embargo on Haiti three years ago, yet most weapons on Haiti's streets are from the United States, where they are purchased by straw buyers and smuggled into the country by sea or sometimes by land through the Dominican Republic, according to the United Nations.

The issue has become so serious that Haiti's government has restricted imports along its land border with the Dominican Republic. Only goods that were originally produced there are allowed; any products that didn't originate in the Dominican Republic have to enter through Haiti's gang-infested seaports.

As Haiti's capital grapples with a violent crisis that threatens its very existence, questions remain about whether Haiti and other nations — including the United States — are doing enough to control the tide of weapons.

"If you stop the flow of guns and bullets, the gangs eventually, literally, run out of ammunition," said Bill O'Neill, the U.N.'s independent human rights expert for Haiti. "That's a quicker, faster, safer way to dismantle them."

**Where are the weapons coming from?**

In short, Florida.

South Florida, including the ports of Miami and Fort Lauderdale, was the point of origin for 90% of Caribbean-bound shipments of illicit firearms reported between 2016 and 2023, according to the U.N. Office on Drugs and Crime.

WLRN South Florida
**BBC Newshour**

Gangs sometimes acquire guns and ammunition by attacking police stations in Haiti or by bribing local police into providing weapons. Nearly 1,000 police guns were diverted in the past four years, the U.N. said this week, and police officers have been reported to sell them on the black market.

But weapons are more typically smuggled in shipping containers and aboard freighters leaving South Florida, hidden among tightly packed jumbles of bicycles, cars, electrical goods, clothing and food.

U.N. officials and private security experts say traffickers altered their tactics in recent months to avoid increased inspections on the Miami River, a 5-mile waterway that cuts through the city of Miami and has long been a hotbed for contraband.

Smugglers expanded their operations to new routes between Florida and the Dominican Republic, including Port Everglades in Fort Lauderdale, a large cruise ship and cargo facility, the U.N. said in a recent report.

**What guns are being smuggled?**

So far this year, Dominican officials have made two large seizures of smuggled firearms at the port of Haina, near the capital, Santo Domingo.

In February, Dominican Customs agents made what they described as the country's largest seizure of weapons destined for Haiti.

Nearly two dozen firearms, including a Barrett .50 caliber semiautomatic rifle and 15 AK-47-style assault rifles, as well as 36,000 rounds were inside a container on the Sara Express, a 35-year-old freighter that runs a regular route between Miami and the Dominican Republic.

The owner of the Miami company listed on the bill of lading was arrested in the Dominican Republic.

A second shipment from New York seized in January at the same Dominican port may also have been bound for Haiti, investigators said. That shipment included 37 guns, and several Kalashnikov-style rifles with labels showing they were manufactured in Vermont and Georgia.

WLRN South Florida
**BBC Newshour**

HaitiTPSAR001143

In November, Dominican authorities arrested several Dominican police officers accused of smuggling nearly 1 million rounds of ammunition from a police depot. At least one of the buyers was from Haiti, Dominican court records show.

**Has law enforcement had any success?**

In response to a September letter from several members of Congress who asked for more to be done to address weapons smuggling to Haiti, the U.S. Commerce Department, which regulates firearms exports, said in December that none of its 11 foreign-based export control officers were posted in the Caribbean because of a lack of funds.

Still, the agency said that during the Biden administration, nine Haiti-related investigations resulted in convictions.

More recently, other federal law enforcement agencies have pursued several Haiti weapons cases.

Last month, a 31-year-old police officer in St. Cloud, Florida, pleaded guilty to purchasing and reselling at least 58 firearms as part of a scheme that sent hundreds of weapons to the Dominican Republic, Puerto Rico and Haiti.

In January, a 34-year-old migrant from Guatemala in the United States without legal permission, Ricardo Sune-Girón, pleaded guilty to firearms trafficking in Tampa. According to a plea agreement, Sune-Girón recruited straw purchasers to illegally buy 900 firearms — including assault rifles — that he then transported from Florida to the Dominican Republic and Haiti.

A former security officer for Haiti's chief of police was arrested in Florida in December after investigators linked him to nearly 90 firearms.

**How is law enforcement tackling the problem?**

Haiti has few resources like scanners and border guards to tackle the problem of smuggled firearms at its borders and ports, while experts say the United States has limited capability to search exported goods at domestic ports and typically performs only random cargo inspections.

WLRN South Florida
**BBC Newshour**

HaitiTPSAR001144

Ships sailing to Haiti from the United States are often jammed with assorted cargo, from secondhand clothing to household appliances, bicycles and cars, making it easy to hide contraband.

In one case, disassembled guns discovered aboard a freighter on the Miami River bound for Haiti were hidden in shipments that included tennis rackets, fruit juice, rice and clothing.

"We show up unannounced," said Anthony Hernandez, a Customs and Border Protection agent who testified at the federal trial in Miami in January of an accused smuggler. "We do our best to get to as much as we can."

Haiti's law enforcement authorities did not respond to repeated requests for comment.

**What about the Dominican Republic?**

In the Dominican Republic, the United States supports a special unit of 30 local Customs agents, with another 20 currently being vetted to work on U.S.-related cases.

The authorities have tightened controls, including adding eight new X-ray scanners at main ports, where all cargo destined for Haiti is examined, the Dominican Foreign Ministry said.

Dominican Customs officials track all suspicious shipments to catch and prosecute traffickers, a U.S. Embassy representative who was not authorized to speak publicly said, questioning whether the Dominican Republic was an important source of illegal guns to Haiti.

Dominican Customs authorities referred questions to prosecutors, who declined to comment.

**So what can be done to stop it?**

Critics say not enough is done to regulate the sale of weapons in the United States to straw buyers, an illegal practice in which people buy guns on behalf of another person, including traffickers. The practice is responsible for a large number of the arms that wind up used in crimes in Mexico and throughout Latin America.

Dealers often ignore easily detectable purchasing patterns by gun traffickers posing as legitimate customers and repeatedly buying multiple weapons, experts say.

"That's where you can stop this," said Jonathan Lowy, founder of Global Action on Gun Violence. "It's very difficult to stop once the guns are in the hands of the trafficker. They can be broken down and put in a crate of breakfast cereal or fruit juices."

*This article originally appeared in The New York Times. © 2025 The New York Times*

**Tags**

Americas    The New York Times    News    Haiti    gang violence

Local News



## David C. Adams and Frances Robles | The New York Times

See stories by David C. Adams and Frances Robles | The New York Times

Public funding is gone. But WLRN is still here—because of YOU.

WLRN South Florida
**BBC Newshour**

HaitiTPSAR001146

Welcome to the United Nations                                    Resource    English

 



**Latest / Stories**

# Restoring dignity: A global call to end the violence in Haiti

07 April 2025

**Share**



© OHCHR/MARION MONDAIN

In the streets of Haiti's capital, Port-au-Prince, the walls of public buildings abandoned by civil servants, including shuttered hospitals, told the story of a country engulfed by crisis. In just eight months, thousands of people have been killed or wounded, most by gunfire, and over a million have fled their homes.

These findings come from a new UN Human Rights **report** presented during a dialogue at the **58th session of the Human Rights Council** in Geneva.

The report paints a shocking picture of the human rights situation in Haiti, where armed criminal gangs have often outgunned police forces and even taken over parts of Port-au-Prince.

"Human rights violations and abuses have reached a scale and intensity that I have never seen before in Haiti," said William O'Neill, the **High Commissioner's Designated Expert on Haiti**, during the dialogue. "The fear is palpable in people's eyes and in their voices. The capital is almost entirely

controlled and surrounded by gangs, making Port-au-Prince a large open-air prison."

---

**Related**

**UN Human Rights and Haiti**

**High Commissioner's Designated Expert on Haiti**

**United Nations Integrated Office in Haiti (BINUH)**

**UN Human Rights Report on the situation of human rights in Haiti**



Human Rights expert, William O'Neill, walking in the street of Ouanaminthe, Haiti, located at the border with the Dominican Republic, with officials of the Haitian land border police (Polifront). © OHCHR/Marion Mondain

HaitiTPSAR001149

# Violence and firearms

What was once fragmented gang violence has become a coordinated assault on Haitian society. The *Viv Ansanm* (Living Together) gang coalition has seized key areas of Port-au-Prince, expanded from marginalized areas into downtown core and middle-class neighbourhoods, and attacked institutions.

Between July 2024 and February 2025, UN Human Rights documented 4,239 killings and 1,356 injuries. In one massacre alone, 207 people were executed over five days in Cité Soleil. Armed gangs use increasingly powerful weapons, some trafficked from United States of America ports in containers of frozen food or electronics.

"These weapons, which are increasingly sophisticated, are not manufactured in Haiti, but consistently flow in from elsewhere," said UN Human Rights Chief Volker Türk during the dialogue.

Firearms are central not only to killings, but also kidnappings, sexual assaults, and extortion. Checkpoints set up by gangs on major roads demand "circulation taxes" from anyone trying to pass through. Victims who resist are often shot.

Curbing the flood of illegal firearms is critical to stem gang violence. This would entail enforcing the UN arms embargo, including tightening port and border controls, and dismantling trafficking networks. Voluntary disarmament and buy-back schemes is also recommended. Private security firms, some of which have been linked to arms diversion, must face scrutiny and regulation, the report states.

Restoring security in Haiti, would also entail urgently equipping and providing adequate resources to the Haitian National Police, while ensuring accountability for officers involved in human rights violations, the report stresses.

It further calls for the full deployment of the Multinational Security Support (MSS) Mission to help reclaim gang-held areas and support national efforts.

# Sexual violence and children in conflict

Women and girls are exposed to widespread sexual violence perpetrated by gangs. The report details cases of gang members abducting women from their homes or public transport, raping them in public, and in some cases, killing them afterwards. Others are held in exploitative 'relationships' under constant threat of violence.

The sexual violence is mostly underreported, due to fear of retaliation, social stigma, and a lack of trust in public institutions.

The impact of gang violence on children is also staggering. Thousands cannot attend school, many have witnessed the most horrific acts of violence, including killings, and some are trafficked and exploited by gangs, and provided with firearms.

"Millions of them have witnessed violence that no child should ever have to see," O'Neill said. "Young girls who have survived sexual violence have told us of the horrors they suffered at the hands of gangs. However, like many Haitians, they have not been broken."

To start overcoming this grave situation a comprehensive support system for victims needs to be created, including immediate and long-term medical care; psychological counselling; legal assistance; and social reintegration programmes, the report states.

In March, with the support of UN Human Rights, the authorities announced the creation of two specialized task forces that will enable a more rigorous and expedited handling of mass killings, including sexual violence.

# Internal displacement and humanitarian crisis

Gangs control essential roads, disrupting commerce and humanitarian aid, and armed attacks on facilities such as hospitals and schools have deepen the crisis.

HaitiTPSAR001151

"More than 1 million people have been displaced in Haiti, many multiple times, 40,000 of whom have been forced to move in the past few weeks alone," said Türk. "One in every two Haitians – 5.5 million people – face acute food insecurity. Two million people face emergency levels of hunger. Nearly 6,000 displaced people are living in famine-like conditions."

According to UN Human Rights' report, internally displaced people should be relocated to safe and appropriate facilities, where the enjoyment of essential rights such as food, education and healthcare is ensured, even in gang-controlled areas. Health workers and humanitarian personnel face frequent attacks and need support.

## Corruption, impunity and law enforcement failures

Impunity for human rights violations and abuses prevails. Courts remain underfunded and are frequently targeted by gangs. Judges are under threat or have fled the country, and major cases linked to massacres have made little progress.

"The financial and political backers of the gangs must pay a price for their crimes," O'Neill said. "Freeze bank accounts, seize assets and visas. They must face justice and be held accountable."

Internal accountability is weak. Only three out of 23 cases of police abuse were referred to the justice system.

While the Haitian National Police have carried out operations to confront gangs in very challenging conditions, the report raises concerns about the lack of measures to prevent and protect from an unnecessary or disproportionate use of lethal force.

"During the reporting period, more than 2,000 people were killed or injured in law enforcement operations against gangs, a 60 per cent increase compared to the previous six-month period," Türk said. "At least one third of those killed

HaitiTPSAR001152

were hit when they were not involved in acts of violence, often struck by stray bullets while in the streets or at home."

## A global call for urgent action

Despite it all, the Haitian people continue to hope and resist. In some areas, the deployment of the UN-backed MSS has allowed schools and clinics to reopen. But needs remain immense. O'Neill called for bold international action.

"The solutions are straightforward and well known. The nations of the world must provide the Multinational Security Support mission led by Kenya what it needs to succeed. If we wait much longer, there could be precious little left of Haiti to save," he said.

As he closed his remarks, Türk appealed directly to the Council and to the world, including the media, to put the spotlight on this crisis so that the intolerable suffering and destruction may end.



# The Haitian people cannot be forgotten.



UN HUMAN RIGHTS CHIEF VOLKER TÜRK

## Support our work

Join UN Human Rights in defending human rights, protecting lives and upholding dignity for all.

**Donate now**

## Tags

Haiti     Conflicts and violence

VIEW THIS PAGE IN:

العربية     中文     Français     Español

# Related stories



CONFLICTS AND VIOLENCE

## Even in times of conflict children's rights are not optional

HaitiTPSAR001154



CONFLICTS AND VIOLENCE

**Protecting human rights in the DRC amid escalating conflict**



EXECUTIONS

**Seeking justice for state violence in Mexico**



CONFLICTS AND VIOLENCE

## "Build peace around human rights": HC Volker Türk's global update

Global Social Channels

## Latest

Feature Stories

Media Center

Meetings & Events

## Resources

Databases

Library

Publications

## Connect

Contact Us

HaitiTPSAR001156

Follow us

Work With Us

**Donate**

Contact

Copyrights

Privacy

Terms of use

HaitiTPSAR001157

Home (/en) / Who We Are

# Who We Are

HaitiTPSAR001158

The Pan American Health Organization (PAHO) is the specialized international health agency for the Americas. It works with countries throughout the region to improve and protect people's health.

PAHO engages in technical cooperation with its member countries to fight communicable and noncommunicable diseases and their causes, to strengthen health systems, and to respond to emergencies and disasters.

PAHO is committed to ensuring that all people have access to the health care they need, when they need it, with quality and without fear of falling into poverty. Through its work, PAHO promotes and supports the right of everyone to good health.

To advance these goals, PAHO promotes technical cooperation between countries and works in partnership with ministries of health and other government agencies, civil society organizations, other international agencies, universities, social security agencies, community groups, and other partners. PAHO promotes the inclusion of health in all public policies and the engagement of all sectors in efforts to ensure that people live longer, healthier lives, with good health as their most valuable resource.

PAHO has 35 Member States and four Associate Members in the region. Under their leadership, PAHO sets regional health priorities and mobilizes action to address health problems that respect no borders and that, in many cases, jeopardize the sustainability of health systems.

PAHO wears two institutional hats: it is the specialized health agency of the Inter-American System and also serves as Regional Office for the Americas of the World Health Organization (WHO), the specialized health agency of the United Nations.

From its Washington, D.C., headquarters, 27 country offices and two specialized centers in the region, PAHO promotes evidence-based decision-making to improve and promote health as a driver of sustainable development.

## ORGANIZATIONAL CHART (/EN/DOCUMENTS/ORGANIZATIONAL-CHART-PAN-AMERICAN-SANITARY-BUREAU)

HaitiTPSAR001159

**FUNCTIONAL DESCRIPTIONS (/EN/DOCUMENTS/PASB-FUNCTIONAL-DESCRIPTIONS-ORGANIZATIONAL-ENTITIES)**

**EXECUTIVE MANAGEMENT (/EN/EXECUTIVE-MANAGEMENT)**

**STRATEGIC PLAN 2020-2025 (/EN/DOCUMENTS/STRATEGIC-PLAN-PAN-AMERICAN-HEALTH-ORGANIZATION-2020-2025-EQUITY-HEART-HEALTH)**

HaitiTPSAR001160

# Our Vision

To be the major catalyst for ensuring that all the peoples of the Americas enjoy optimal health and contribute to the well-being of their families and communities.

# Our Values

| |
|---|
| **Equity:** Striving for fairness and justice by eliminating differences that are unnecessary and avoidable. |
| **Excellence**: Achieving the highest quality in what we do. |
| **Solidarity**: Promoting shared interests and responsibilities and enabling collective efforts to achieve common goals. |
| **Respect**: Embracing the dignity and diversity of individuals, groups and countries. |
| **Integrity**: Assuring transparent, ethical, and accountable performance. |

# Our Mission

To lead strategic collaborative efforts among Member States and other partners to promote equity in health, to combat disease, and to improve the quality of, and lengthen, the lives of the peoples of the Americas.

# Our achievements

During its more than 120-year history, PAHO has played a key role in important hemispheric health achievements, including:

A gain of 35 years in average life expectancy since 1902.

The eradication of smallpox and polio from the Americas.

The elimination of endemic transmission of measles, rubella and congenital rubella syndrome.

Major reductions in infant and child mortality.

Significant expansions of health coverage for poor and vulnerable populations in its member countries.

Vaccination Week in the Americas, which celebrated its 10th year in 2012 and inspired the first World Immunization Week, also in 2012.

The ratification by 30 of 35 countries in the Americas of the Framework Convention on Tobacco Control (FCTC).

In Latin America and the Caribbean, the highest rates of coverage with antiretroviral treatment for people with HIV of any middle-lower-income region.

Substantial reductions in the impact of neglected diseases such as leprosy, Chagas disease, and onchocerciasis (river blindness).

HaitiTPSAR001162

# What We Do



Our main areas of work are:

- **Communicable Disease Prevention, Control, and Elimination (/en/communicable-disease-prevention-control-and-elimination)**
- **Comprehensive Immunization (/en/topics/immunization)**
- **Evidence and Intelligence for Action in Health (/en/evidence-and-intelligence-action-health)**
- **Health Emergencies (/en/health-emergencies)**
- **Health Systems and Services (/en/health-systems-and-services)**
- **Innovation, Access to Medicines and Health Technologies (/en/innovation-access-medicines-and-health-technologies)**
- **Noncommunicable Diseases and Mental Health (/en/noncommunicable-diseases-and-mental-health-nmh)**
- **Social and Environmental Determinants for Health Equity (/en/social-and-environmental-determinants-health-equity)**

HaitiTPSAR001163

# Where We Work



We provide technical cooperation to our member countries in the Americas and promote cooperation between countries to advance their health goals. We work from our headquarters in Washington, D.C., as well as 27 country offices and three specialized centers in the region.

- **Country Offices and Centers (/en/countries-and-centers)**
- **Technical Cooperation among Countries (https://www.paho.org/en/cchd)**
- **PAHO/WHO Collaborating Centers (/en/pahowho-collaborating-centres)**
- **World Health Organization (http://www.who.int/)**

# Our Story

In 1870, a yellow fever epidemic struck Brazil, Paraguay, Uruguay, and Argentina and, within eight years, had spread to the United States, where it killed more than 20,000 people. Maritime transport, which was expanding rapidly along with international trade, was the main channel for the international spread of disease at the end of the 19th century. The need to control the spread of epidemics from one country to another to protect people's health and countries' economies led

HaitiTPSAR001164

to the creation in December 1902 of what is today known as the Pan American Health Organization. [**Read more... (/en/who-we-are/history-pan-american-health-organization-paho)**]



# How We Are Governed

PAHO's main governing bodies are the Pan American Sanitary Conference, the Directing Council, and the Executive Committee.

- **Governing Bodies (/en/governance)**
- **Dr. Jarbas Barbosa, Director (/en/dr-jarbas-barbosa-paho-who-director)**
- **Executive Management (/en/executive-management)**
- **Basic Documents (/en/documents/basic-documents-pan-american-health-organization-nineteenth-edition)**
- **Constitution (/en/documents/constitution-pan-american-health-organization)**
- **Pan American Sanitary Code (/en/documents/pan-american-sanitary-code-toward-hemispheric-health-policy)**
- **Director's Reports (/en/annual-and-quinquennial-reports-director)**
- **Health Agenda for the Americas 2008-2017 (http://iris.paho.org/xmlui/handle/123456789/5695)**

HaitiTPSAR001165

# Planning and Budget

- **Sustainable Health Agenda for the Americas 2018-2030 (/en/sustainable-health-agenda-americas-2018-2030)**
- **Strategic Plan of the Pan American Health Organization 2020-2025: Compendium of Impact Indicators (/en/documents/paho-strategic-plan-2020-2025-equity-heart-health-compendium-impact-indicators)**
- **Strategic Plan of the Pan American Health Organization 2020-2025: Compendium of Outcome Indicators (/en/documents/paho-strategic-plan-2020-2025-equity-heart-health-compendium-outcome-indicators)**
- **Strategic Plan of the Pan American Health Organization 2020-2025: Equity at the Heart of Health (/en/documents/strategic-plan-pan-american-health-organization-2020-2025-equity-heart-health)**
- **Program Budget of the Pan American Health Organization 2020-2021 (/en/documents/program-budget-pan-american-health-organization-2020-2021)**
- **The PAHO Program and Budget Web Portal (https://open.paho.org/)**

---

**PAHO/WHO'S STRATEGIC DOCUMENTS (/EN/STRATEGIC-DOCUMENTS)**

# Finance and accountability

PAHO is financed through quota contributions from its Member States, WHO allocations, and voluntary contributions from governments, international organizations, and the public and private sectors.

- **Member States (/en/planning-finance-and-accountability/member-states-pan-american-health-organization)**

HaitiTPSAR001166

- **Statement of Assessed Contributions from Member States (/en/node/69017)**



Celebrating 120 years of solidarity in advancing health and well-being, leav...

# About Us

About PAHO/WHO (/en/who-we-are)

Employment (/en/careers-paho)

Internships (/en/careers-paho/paho-internship-program-promoting-future-leaders-public-health)

# Policies

HaitiTPSAR001167

Alert - Scam attempts using PAHO/WHO's name (/en/alert-scam-attempts-using-pahowhos-name)

Doing Business with PAHO (/en/doing-business-paho)

Integrity & Conflict Management (ICMS) (/en/integrity-and-conflict-management-system-icms)

Privacy Policy (/en/privacy-policy)

Personal data protection policy (/en/paho-personal-data-protection-policy)

Terms and conditions (/en/terms-and-conditions-use-site)

# Contact Us

Inquiries (/en/inquiries)

**Report Wrongdoing (/report-wrongdoing-inv)**

# Follow Us

(https://x.com/pahowho)     (https://www.facebook.com/PAHOWHO)

 (https://www.instagram.com/opspaho)

 (https://www.youtube.com/pahopin)

 (https://www.linkedin.com/company/pan-american-health-organization)

 (https://www.flickr.com/photos/87642443@N05/)     (/en/rss.xml)

Regional Office for the Americas of the World Health Organization

© Pan American Health Organization. All rights reserved.

HaitiTPSAR001168

Home (/en) / Documents (/en/documents)
/ PAHO - Health Cluster Situation Report No.26. Humanitarian Situation in Haiti. 13
September 2025

# PAHO - Health Cluster Situation Report No.26. Humanitarian Situation in Haiti. 13 September 2025

HaitiTPSAR001169



**DOWNLOAD
(/SITES/DEFAULT/FILES/2025-
09/SITREP-N26-HAITI-
HUMANITARIANSITUATION-
HEALTHCLUSTER-EPIWEEK37-
2025.PDF)**

In 2025, Haiti continues to face a deepening humanitarian emergency marked by widespread insecurity, displacement, and limited access to essential services. Armed violence and gang control have severely disrupted daily life, forcing hundreds of thousands to flee their homes and straining the delivery of food, water, sanitation, and health care. The resurgence of cholera in late 2022, after a three-year absence, has further complicated the crisis, with conditions in displacement sites heightening the risk of disease transmission. To date, 1,287,593 people have been displaced across the country as a result of recurring gang violence, 83% of whom have been taken in by families.

This Situation Report provides an overview of key health and humanitarian indicators, including the evolving needs of affected populations and the response efforts led by national and international partners, based on data available as of Epidemiological Week 37 (September 13, 2025).

**Highlights**

A total of 2,912 people were newly displaced following armed attacks on September 11, 2025, in the

HaitiTPSAR001170

commune of Cabaret, West Department.

One confirmed case of cholera during the 37th epidemiological week in the municipality of Pétion-Ville after 12 consecutive weeks without confirmation.

**\*Document available in French.**

23 Sep 2025

🏷 Cholera (/en/topics/cholera)

🏷 Health Emergencies and Disaster Response (/en/topics/health-emergencies-and-disaster-response)

🏷 Situation reports (/en/situation-reports)

📍 Haiti Humanitarian Crisis - Grade 3 (/en/haiti-humanitarian-crisis-grade-3)

📍 Health Emergencies (/en/health-emergencies)     📍 Haïti (/fr/haiti)

# About Us

About PAHO/WHO (/en/who-we-are)

Employment (/en/careers-paho)

Internships (/en/careers-paho/paho-internship-program-promoting-future-leaders-public-health)

# Policies

Alert - Scam attempts using PAHO/WHO's name (/en/alert-scam-attempts-using-pahowhos-name)

HaitiTPSAR001171

Doing Business with PAHO (/en/doing-business-paho)

Integrity & Conflict Management (ICMS) (/en/integrity-and-conflict-management-system-icms)

Privacy Policy (/en/privacy-policy)

Personal data protection policy (/en/paho-personal-data-protection-policy)

Terms and conditions (/en/terms-and-conditions-use-site)

# Contact Us

Inquiries (/en/inquiries)

**Report Wrongdoing (/report-wrongdoing-inv)**

# Follow Us

(https://x.com/pahowho)    (https://www.facebook.com/PAHOWHO)

(https://www.instagram.com/opspaho)

(https://www.youtube.com/pahopin)

(https://www.linkedin.com/company/pan-american-health-organization)

(https://www.flickr.com/photos/87642443@N05/)    (/en/rss.xml)

Regional Office for the Americas of the World Health Organization

© Pan American Health Organization. All rights reserved.

HaitiTPSAR001172



Home (/en) / Stories (/en/stories)
/ Hope amid hardship: Battling cholera in Haiti's displacement camps

# Hope amid hardship: Battling cholera in Haiti's displacement camps

**August 2025**

"*When the diarrhea started, I was so weak I could barely stand, the pain was unbearable,*" recalls G., a resident of one of Haiti's many internally displaced persons (IDP) sites, whose name has been withheld to protect his identity.

is story is tragically familiar. Amid violence and instability, nearly 1.3 million Haitians have been forced from their homes. Many now live in crowded makeshift settlements across the Port-au-Prince

HaitiTPSAR001173

metropolitan area—places where clean water is scarce, sanitation is fragile, and the risk of waterborne diseases, especially cholera, remains high.

While the number of suspected cholera cases in Haiti has continued to decline nationwide, the threat has not disappeared. Since January 2025, over 2,500 cases have been reported, including several localized outbreaks in displacement sites.

To protect these communities, the Ministry of Public Health and Population (MSPP), with support from the Pan American Health Organization / World Health Organization (PAHO/WHO), has scaled up its response across 66 IDP sites in and around the capital. Backed by funding from the European Union's Civil Protection and Humanitarian Aid Operations (ECHO) and the Bill and Melinda Gates Foundation, this coordinated effort is saving lives and restoring a sense of dignity.



A central focus of the strategy has been early detection and rapid response. Since the beginning of the year, nearly 87 surveillance officers and 13 data managers have been trained and deployed to identify and report suspected cases. PAHO/WHO has also helped to establish a new cholera treatment center

HaitiTPSAR001174

(CTC) and provided training on cholera case management and infection prevention and control (IPC) for six existing CTCs, including St Luc Hospital, where G. received treatment.

"*When I arrived, they gave me a bed, a bucket, and medication. I had access to a doctor almost 24/7",* he said. Now back in the displacement site with his family, he reflects on life in the camp: "*I'm asking for security so I can return home. Because the way we live here is not a human life —it's the life of an animal.*"

Beyond treatment, prevention is key. Community awareness sessions – supported by PAHO/WHO—have reached nearly 7,000 people and were accompanied by the distribution of mosquito nets, water purification tablets, and oral rehydration solution (ORS) packets.



"*This is because of the way we live here,*" said Jacinthe, whose 6-year-old son fell ill with cholera last month. "*At home, you might have a little chair to put the child in. But here, he spends most of his time on the ground. I took him to the health center— they gave him oral rehydration solution, and the diarrhea stopped.*"

With the rainy season fast approaching and insecurity continuing to drive displacement, the risk of new outbreaks remains high. Health workers, community volunteers, and humanitarian partners are working against the clock to ensure that clean water, safe sanitation, and lifesaving treatment reach every family who needs it.



For G., Jacinthe, and the thousands of others navigating life in displacement, each health intervention is more than a service—it's a step toward better health, greater safety, and the hope for a future beyond the camps.

📍 United States of America (/en/united-states-america)    📍 Haïti (/fr/haiti)

📍 Puerto Rico (/es/puerto-rico)    📍 Health Emergencies (/en/health-emergencies)

📍 Haiti Humanitarian Crisis - Grade 3 (/en/haiti-humanitarian-crisis-grade-3)

🏷 Cholera (/en/topics/cholera)

---

# About Us

About PAHO/WHO (/en/who-we-are)

Employment (/en/careers-paho)

Internships (/en/careers-paho/paho-internship-program-promoting-future-leaders-public-health)

# Policies

Alert - Scam attempts using PAHO/WHO's name (/en/alert-scam-attempts-using-pahowhos-name)

Doing Business with PAHO (/en/doing-business-paho)

Integrity & Conflict Management (ICMS) (/en/integrity-and-conflict-management-system-icms)

HaitiTPSAR001177

Privacy Policy (/en/privacy-policy)

Personal data protection policy (/en/paho-personal-data-protection-policy)

Terms and conditions (/en/terms-and-conditions-use-site)

# Contact Us

Inquiries (/en/inquiries)

**Report Wrongdoing (/report-wrongdoing-inv)**

# Follow Us

(https://x.com/pahowho)     (https://www.facebook.com/PAHOWHO)

(https://www.instagram.com/opspaho)

(https://www.youtube.com/pahopin)

(https://www.linkedin.com/company/pan-american-health-organization)

(https://www.flickr.com/photos/87642443@N05/)     (/en/rss.xml)

Regional Office for the Americas of the World Health Organization

© Pan American Health Organization. All rights reserved.

HaitiTPSAR001178

**HEALTH BRIEF**

# Haiti: A Deepening Public Health Crisis

## January 2025 | Haiti

## Key Messages

- **In the first eight months of 2024, overall mortality estimates\* were over twice as high compared to 2023 figures.** In Artibonite, they surpassed the WHO emergency threshold. Concerning trends emerged in other regions, including Sud-Est, Ouest, Centre, and Nord. This sharp rise in such a short time signals an acute public health crisis demanding urgent action.

- **Non-traumatic drivers, such as chronic and acute illnesses, drove most deaths, exacerbated by extreme violence, insecurity, economic hardship, and climatic shocks.** Resulting displacement, damaged infrastructure, and trade disruptions significantly affected access to basic needs and services and eroded the populations' coping capacity. This fueled acute food insecurity (for nearly half the population) and malnutrition and facilitated the spread of disease.

- **The crisis is expected to deepen in 2025**. Critical drivers of mortality in the first eight months of 2024 (violence, floods, displacement) persisted, if not intensified, throughout the second half, and prospects of a solution to end extreme violence are lacking. Acute food insecurity is projected to swell in the coming months, ahead of the typical lean season. Without improved access to basic needs, and under a possible scenario of declined assistance, **preventable loss of life will likely continue to manifest among the most vulnerable.**

## 0.73

The overall\* crude death rate (CDR) **is more than twice as high** as the nationwide CDR from 2023, indicating a worrying trend of increasing crisis severity.

## 1.04

**The CDR in Artibonite was significantly\*\* higher** than the overall rate, and **passed the WHO Emergency Threshold.**

## Context & Rationale

Haiti's complex humanitarian crisis is characterised by insecurity and gang violence on top of years of recurring drought, climate shocks, and economic instability, leaving over 1 million people displaced and an estimated 5.5 million in need of humanitarian assistance. A significant escalation of violence and political turmoil in 2024 further eroded critical services and institutions, including the country's health system and water infrastructure. These factors contributed to widespread acute food insecurity (affecting 48% of the population) and malnutrition.

REACH has conducted a retrospective mortality survey as part of the 2024 Multi-Sector Needs Assessment (MSNA) to gather critical data on crude and under-five mortality rates and their leading causes. This data aims to guide government and humanitarian actors with resource prioritisation and response planning and to contribute to advocacy efforts for enhanced funding and programmatic action to strengthen Haiti's health systems and response strategies. Find the full technical report here.

### Using the crude death rate (CDR) and under-five death rate (U5DR) to estimate severity

The CDR and U5DR are measures to estimate the severity of humanitarian crises and/or the effectiveness of public health interventions. Mortality rates can be compared against the global WHO emergency threshold (≥ 1 death per 10,000 people per day, or ≥ 2 deaths per 10,000 children under 5 per day) to determine whether a population faces a critical crisis. A doubling of baseline mortality is another critical indicator used to define acute emergencies, particularly in protracted crises.

*\* This figure does not include IDPs as the sampling frame for the MSNA for this demographic was non-probablistic. More information on the methods on p.4. \*\* The difference was statistically significant with a p-value of less than 0.05.*

HaitiTPSAR001179


REACH Informing more effective humanitarian action

PUBLIC HEALTH BRIEF | HAITI



**Figure 1. Crude death rate (CDR) values from nation-wide surveys in 2020, 2023, and 2024.**[1]

## Mortality has more than doubled compared to 2023

The overall mortality rate found among non-displaced households in Haiti in the first 8 months of 2024 was 0.73 [95% confidence level: 0.60-0.78]. This figure came close to, but did not surpass, the WHO Emergency Threshold of more than 1 death per 10,000 persons per day. The under-five rate of 0.6 [0.2-1.0] did also not exceed the threshold of 2.

**Compared to previous survey results, however, the overall CDR signals a worrying trend. In fact, the rate is more than twice as high as the 2023 figure,** which was in itself already much higher than the rate observed in 2020 (see figure 1). Considering the global Sphere Standards, a doubling or more of the baseline CDR indicates a **public health emergency that requires immediate response.**

**Analysis of subnational data shows that some areas are of particular concern.** The highest mortality rate was found in the department of **Artibonite**, which saw a worsening of humanitarian conditions since the second quarter of 2023, characterised by increasing access constraints as gang violence spread to rural areas, severely disrupting livelihoods and services.[2] Likely reflective of this worsening of conditions, the mortality rate of 1.04 surpassed the WHO Emergency threshold and was significantly* higher than

the overall average.

Other areas of concern were **Sud-Est**, **Ouest, Centre**, and **Nord** — in all these places the upper limit of the confidence interval was above the threshold as well, suggesting that these places might also have been experiencing severe access gaps in the first half of 2024.

## Most deaths were non-traumatic, driven by shock-induced disruptions to critical infrastructure and services

**Most reported deaths were due to non-traumatic causes** (58%), mostly chronic and acute illnesses. Trauma-related deaths accounted for 13% of deaths, with all deaths due to intentional violence being reported in **Ouest,** which includes the Port-au-Prince metropolitan area (ZMPAP), one of the country's conflict hotspots.[3]

Indeed, conflict surged in Haiti in the early months of 2024, particularly in **Ouest, Artibonite, and Centre.**[4] And while deaths were not often directly related to conflict, the findings illustrate that, even though conflict in Haiti strongly roots in the context of gang rivalry and political instability, **the consequences are borne by the population at large.** This is because insecurity, exacerbated by climatic shocks (dry spells, heavy rainfall, floods, hurricanes)[5] and economic stresses, significantly disrupted access to critical services, which were already in poor shape due to years of protracted crisis and limited investment.[6]

**Moreover, the conflict uprooted increasingly large numbers of people in 2023 and early 2024**; estimated at over half a million by June 2024,[7] most of whom were reportedly living among host communities in the south of the country and in crowded IDP sites in the ZMPAP area,[6] stretching thin the limited resources of host communities.

**As a result, half of the population did not have enough to eat,**[9] placing Haiti on the list of the countries at the very highest concern hunger.[10] Gaps in access to sufficient and nutritious food weaken the immune system, making people more vulnerable to diseases. In this context, disease vulnerability is also strongly driven by the overall **very poor access to clean water and sanitation** and **limited health infrastructure to mitigate risk factors**.[11]

*\* The CDR in Artibonite was significantly higher than the overall figure, with a p-value of less than 0.05.*

HaitiTPSAR001180



PUBLIC HEALTH BRIEF | HAITI

3

# 65%

of households had WASH-related needs, mostly **a lack of access to improved latrines.**

But in many areas, particularly in **Centre, Grand'Anse, and Artibonite**, over one-third of households relied on **drinking water from unsafe sources** (2024 MSNA).

Communicable diseases, such as cholera, which particularly affected Artibonite, Ouest, and Centre in early 2024,[12] spread easily and are hard to contain due to access constraints, limited resources, and frequent displacement, with high disease risks also flagged in overcrowded informal sites and violence-affected neighbourhoods in the ZMPAP area.[13] Reflective of such dynamics, during the 2024 MSNA, 32% of children under 5 had been ill in the two weeks prior to data collection - signalling an extremely severe public health situation as per global standards.

The convergene of these systemic drivers and acute events in the first half of 2024, happening in an already vulnerable context, likely caused mortality rates to increase substantially to the levels measured in assessed areas during the 2024 MSNA.

## The crisis is expected to deepen in 2025

**The factors that likely drove acute needs in the first half of 2024 persisted, if not intensified, in the second half.** Conflict increased substantially in November and December of 2024, particularly in Ouest and Artibonite, and more violence was targeted towards civilians.[14] Displacement nearly doubled over the span of a few months, crossing the 1 million mark in December.[15] Heavy rainfall, flooding, and landslides swept across the country in June and again in November and December,[16] damaging croplands and infrastructure, increasingly stretching coping capacities, particularly in areas hosting large numbers of IDPs.[17]

The response, meanwhile, fell short of critical funding, and resources,[18] and access constraints prevented assistance from reaching some of the most affected communities.[19]

A political solution to quell violence and deescalate the economic crisis seems unlikely to happen in the short-term,[20] while damages and losses incurred during previous months and the high number of IDPs are projected to drive an increased share of the population into emergency and even catastrophic levels of acute food insecurity through June 2025.[21] As such, **without urgent improvements in the population's access to critical needs and services, preventable loss of lives will likely continue to manifest among affected communities.**

HaitiTPSAR001181


## METHODOLGY OVERVIEW

The 2024 MSNA took place between June 13 and August 8 in Haiti's 10 Départements (admin1) and the Port-au-Prince Metropolitan Area (ZMPAP) through household-level surveys with displaced and non-displaced households. Additional details and findings can be found in the methodology note and the Haiti MSNA Publications.

The mortality survey was conducted as part of this MSNA but only included host community households because the MSNA sampling framework for displaced households was non-probabilistic. Findings do not include populations in isolated, hard-to-reach areas who could not be interviewed for the MSNA. The retrospective recall period covered the period between January 1st (2024) until the day of data collection (roughly 180 days), and thus covered the traditional lean season.

A total of 180 deaths (including 11 among children under 5) were recorded, yielding sufficient data to meet the sampling thresholds to report findings at the level of the Département (admin1) and the ZMPAP. More information on the methodology of the mortality survey, as well as its detailed results, can be found in the Technical Brief.

## Endnotes

1. National 2020 and 2023 SMART surveys from: MSPP (2023). Enquete nutritionelle nationale et de mortalité retrospective d'Haiti.
2. OCHA (April 2024). Haiti: Artibonite Humanitarian Snapshot.
3. ACLED (August 2024) Haiti: Mid-year metrics 2024.
4. Ibid.
5. The World Bank (March 2024). Haiti Climate and Health Vulnerability Assessment.
6. FEWS NET (September 2024). Key message update: Persistent insecurity continues to exacerbate population displacement and food insecurity in Haiti.
7. IOM DTM (June 2024). Displacement situation in Haiti. Round 7.
8. Ibid.
9. IPC (March 2024). Haiti: Acute food security projection update for March-June 2024.
10. FAO (November 2024). Hunger hotspots: FAO-WFP early warnings on acute food insecurity.
11. The World Bank (March 2024). Haiti Climate and Health Vulnerability Assessment.
12. PAHO (April 2024). Epidemiological update: Cholera in the region of the Americas.
13. MSF (August 2024). People fleeing violence in Port-au-Prince urgently need water and sanitation.
14. ACLED (January 2025). Data explorer: Organized violence in Haiti in 2024, by month and admin1.
15. IOM DTM (December 2024). Displacement situation in Haiti. Round 9.
16. Copernicus (January 2025). Floods in Haiti - November to December 2024.
17. FEWS NET (December 2024). Escalating insecurity in Port-au-Prince and Artibonite worsening household food and income.
18. FTS. (2024). Haiti 2024 Country snapshot.
19. International Crisis Group (December 2024). 10 conflicts to watch in 2025.
20. IPC (September 2024). Haiti: Acute Food Insecurity Projection Update for March - June 2025.
21. FEWS NET (December 2024). Escalating insecurity in Port-au-Prince and Artibonite worsening household food and income.

### ABOUT REACH

REACH Initiative facilitates the development of information tools and products that enhance the capacity of aid actors to make evidence-based decisions in emergency, recovery and development contexts. The methodologies used by REACH include primary data collection and in-depth analysis, and all activities are conducted through inter-agency aid coordination mechanisms. REACH is a joint initiative of IMPACT Initiatives, ACTED and the United Nations Institute for Training and Research - Operational Satellite Applications Programme (UNITAR-UNOSAT).



# Preventing Disease and Improving Healthcare in Haiti



The American Red Cross is improving the quality and availability of vital health services nationwide. Since the earthquake, the American Red Cross has spent or allocated $98 million to improve access to care, fight cholera, and rebuild healthy communities in Haiti.

From investing in prevention and treatment of diseases such as cholera, malaria and measles, to supporting the construction and operation of hospitals, mobile clinics and treatment centers around the country, the American Red Cross is seeking to address Haiti's most important health challenges.

## Preventing disease

The American Red Cross has been working to prevent the spread of disease in Haiti since 2004. After the 2010 earthquake, these existing programs were expanded to better provide first aid training, reduce the incidence of HIV and launch hygiene education initiatives in camps and communities.

In the immediate aftermath of the disaster, the densely populated camps of Port-au-Prince presented a serious public health challenge, particularly for children and other vulnerable residents. Red Cross volunteers and staff worked diligently within camps and crowded communities to promote hygiene, health and safety among thousands of at-risk residents. In addition, the American Red Cross coordinated the shipment of over 5,300 units of blood products to support hospitals.

The American Red Cross has reached more than 867,000 people through community-based health services such as distribution of mosquito nets, promotion of malaria awareness, first aid training and operation of mobile clinics. It is also supporting the efforts of the Ministry of Health to prevent mosquito-borne diseases such as chikungunya and dengue.

Since the beginning of the cholera outbreak that began at the end of 2010, the American Red Cross has spent more than $25 million to stem the spread of this disease, including more than 70 percent of the funds needed to purchase the country's first-ever cholera vaccine to more than 90,000 Haitians. To date, more than 3.5 million people have benefitted from cholera prevention and outbreak response services.

Because cholera and other health threats are transmitted through dirty water and poor sanitation, the American Red Cross has spent more than $47 million on projects that have improved access to clean water and sanitation facilities for more than 556,000 people. Hygiene promotion efforts have reached more than 4.2 million Haitians nationwide.

## Improving healthcare

The earthquake not only introduced a number of serious public health concerns such as cholera, but also strained the already inadequate health care system. The American Red Cross has dedicated significant resources to improving the quality and availability of essential health services nationwide through the funding of construction and operational costs of several medical facilities.

The American Red Cross has contributed $10 million for the reconstruction of Saint Michel Hospital in Jacmel, the only hospital in the Southeast department of Haiti. This hospital is being built in partnership with the Canadian Red Cross and the Haitian Red Cross.

In 2012, the American Red Cross contributed $5.5 million to help fund the construction of Mirebalais University Hospital, an energy-efficient hospital with more than 300 beds and roof-mounted solar panels, offering patients high quality care, while also training new health professionals who will be able to work throughout Haiti.

The earthquake wounded millions of Haitians and caused thousands of amputations. The American Red Cross partnered with the International Committee of the Red Cross to rebuild a prosthetics and physical rehabilitation center. Klinik Kay Kapab is

## Health Achievements At a Glance

 **4.2 million** people benefiting from hygiene promotion activities

 **14,362** people hospitalized by facilities funded by the American Red Cross

 **19,062** mosquito nets distributed

 **90,000** cholera vaccines provided

 **5,302** new water points constructed

 **3,665** new sanitation facilities constructed

 **451,353** people reached with HIV prevention messaging

HaitiTPSAR001183



The American Red Cross has provided support to eight medical facilities since the earthquake, including University Hospital in Port-au-Prince—the largest public hospital in Haiti—and Bernard Mevs Hospital, which has one of the country's only intensive care units.

now providing services to some of the thousands of people who were injured by the earthquake. Most recently, the American Red Cross funded the construction of a physical rehabilitation clinic in Port-au-Prince, run by Global Therapy Group, which provides free physiotherapy services.

## Expanding Community Health

At the request of the Ministry of Health, the American Red Cross and the Haitian Red Cross will be promoting community health in rural areas, where access to primary healthcare services is limited.

For the next three years, the American Red Cross will support a network of community health officers and volunteers as they promote health education, manage cases, follow up, and refer patients to appropriate healthcare. These officers and volunteers will also gather health data and survey possible outbreaks. This program will leverage the wide reach of the Haitian Red Cross volunteer network to offer health services in remote areas and extend the reach of the Ministry of Health services to the most vulnerable communities.

## Increasing Access to Water and Sanitation

Preventing disease and improving healthcare in Haiti requires improvements to water quality and wider access to proper san-

itation facilities. To date, the American Red Cross has reached more than 556,000 people with increased access to water and sanitation infrastructure.

Together with its partners, the American Red Cross has improved access to safe drinking water for thousands of households by building more than 5,300 water points benefiting more than 246,000 people.

The American Red Cross considers sanitation to be a fundamental aspect of any shelter solution, both in and out of camps. In the many camps that formed when more than 1.5 million people were displaced by the earthquake, a lack of proper infrastructure and overcrowding led to unmanaged waste and the spread of diseases such as cholera. The American Red Cross has made sanitation a fundamental aspect of efforts in improving the health of camp residents through the funding of solid and liquid waste removal from latrines. Improved sanitation is a focal point of the American Red Cross shelter strategy as well. In support of the Government of Haiti efforts to rehabilitate neighborhoods around Port-au-Prince, the American Red Cross has funded the sanitation component of UNOPS constructed houses.

To date, the American Red Cross has funded the construction of more than 3,600 sanitation facilities benefitting more than 177,000 people.

HaitiTPSAR001184

WORLD

# FAA extends ban on U.S. flights to Port-au-Prince through Sept. 8

Prohibitions barring U.S. flights to the capital of Haiti were set to expire Wednesday.



—  A police officer patrols the entrance of Toussaint Louverture International Airport in Port-au-Prince, Haiti, in November. Odelyn Joseph / AP file

March 11, 2025, 2:25 PM EDT / Source: Reuters

## By Reuters

HaitiTPSAR001185

The Federal Aviation Administration said on Tuesday it was extending prohibitions barring U.S. flights to the Haitian capital, Port-au-Prince, through Sept. 8, citing risks from armed gangs to civil aviation.

In November, the FAA temporarily halted all flights to Haiti but later allowed U.S. flights to resume to six airports in northern Haiti after three U.S. commercial jetliners were struck by gunfire. The restrictions had been set to expire Wednesday.



**What to know about the crisis of violence, politics and hunger engulfing Haiti**

Chaos has gutted Port-au-Prince and Haiti's government, a crisis brought on by decades of political disruption, a series of natural disasters and a power vacuum left by the president's assassination.

The agency last year allowed American carriers and general aviation pilots to resume flights to six airports in Haiti: Port-de-Paix, Cap-Haitien, Pignon, Jeremie, Antoine-Simon and Jacmel. Last week, the Antoine Simon Airport in the southwestern coastal city of Les Cayes opened with expanded facilities to receive international flights.

The FAA said on Tuesday that armed gangs continue to control large portions of the capital and have used small arms to fire on civilian aircraft, helicopters and airports that damaged multiple aircraft and injured an air crew member.

HaitiTPSAR001186

The FAA said Haitian gangs "possess small arms, including high-caliber rifles and machine guns, posing risks primarily to aircraft on the ground, during low-altitude flight operations and during the approach/departure phases of flight."

U.S. planes can transit over Port-au-Prince above 10,000 feet.

---

 Reuters

Reuters

---

6/12/25, 4:44 PM

Case 3:25-cv-01766-EMC    Document 357-11    Filed 01/01/26    Page 388 of 400
Haiti prison break leaves 12 dead as inmates go hungry | Reuters

Learn more about  LSEG

 Reuters

My News  

## Haiti prison break leaves 12 dead as inmates go hungry

By **Harold Isaac**

August 16, 2024 5:51 PM EDT · Updated 10 months ago

  

PORT-AU-PRINCE, Aug 16 (Reuters) - A prison break in the Haitian city of Saint-Marc left 12 inmates dead on Friday, Mayor Myriam Fievre said, the third such incident in Haiti in recent months amid a protracted humanitarian crisis fueled by gang violence.

State Prosecutor Venson Francois said the situation on Friday afternoon was under control at the prison, which housed around 540 inmates, but the local population should remain vigilant and watch for escapees.

> The Reuters Tariff Watch newsletter is your daily guide to the latest global trade and tariff news. Sign up here.

"The situation is under control but the results are catastrophic. All the cops' dormitories have burnt down. The archives have burnt down. They've set everything on fire except their cells," Francois said.

Earlier in the day, unverified videos shared on social media showed people climbing over walls and smoke streaming out of walls ringed with barbed wire, a loud explosion and fire.

Walter Montas, a local government official, said the incident had developed out of a spontaneous protest as prisoners were going without food and facing appalling health conditions.

The national police did not immediately respond to Reuters' request for more information on the incident in Saint-Marc, some 55 miles (88 km) north of the capital.

More than 7,500 people were being held in Haitian prisons at the end of June, according to U.N. data, down from nearly 12,000 before gangs broke thousands out of the two largest prisons in early March.

The March prison break triggered a state of emergency that was soon followed by the resignation of former Prime Minister Ariel Henry, who had traveled abroad to secure Kenya's support in a security mission to battle the armed gangs, and was unable to return due to the fighting.

Just 400 of 1,000 police pledged by Kenya have so far arrived, and of the other countries which pledged personnel to support Haiti's under-resourced police, none have deployed.

With many cells filled to close to quadruple their capacity, the U.N. said poor conditions and a lack of necessities have resulted in the deaths of at least 109 inmates so far this year.

Local newspaper Le Nouvelliste reported that prison officials had been on strike demanding better government treatment. It cited Francois, the prosecutor, expressing "great fear of mutiny," without giving more details.

Police have struggled to hold off gangs as the delivery of funds, personnel and equipment for the U.N.-backed security mission first requested in 2022 continues to lag.

The conflict has forced close to 600,000 to flee their homes for elsewhere in Haiti and some 5 million people - close to half the population - into severe hunger.

Reporting by Harold Isaac and Sarah Morland; Writing by Brendan O'Boyle; Editing by Alistair Bell and Deepa Babington

Our Standards: **The Thomson Reuters Trust Principles.** 

Suggested Topics:

Feedback

HaitiTPSAR001188

Americas    Worker Rights

Purchase Licensing Rights

## Read Next

Americas
**Bolivia anti-government protests turn deadly as tensions rise**
4:01 PM UTC

Sustainability
**World leaders may face wildfire smoke at Canada G7 summit**
ago

Americas
**Peru weighs sending foreign prisoners to El Salvador**
4:17 PM UTC

Americas
**Brazil's Lula approval rating edges down to 28%, pollster Datafolha says**
ago

## Sponsored Content

Dianomi  Advertise Here ▷



**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

Sponsored by
WalletJump



**Bombshell Investigation: "Awesome" New Energy Resource Discovered**

Sponsored by
Investing Outlook



**Meta's Mark Zuckerberg is buyer behind secretive $23 million home ...**

Sponsored by
Homes.com

Feedback

Case 3:25-cv-01766-EMC          Document 357-11          Filed 01/01/26          Page 390 of 400

Sponsored Content                                                                    Dianomi   Advertise Here ▶

**Meta's Mark Zuckerberg is buyer behind secretive $23 million home ...**
Sponsored by Homes.com



**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**
Sponsored by WalletJump



**Discover why past participants call it a "life-changing experience."**
Sponsored by HBS Executive Education



**Weird Map Reveals Huge Utah Energy Find**
Sponsored by Investing Outlook



**Ask A Pro: "What Expenses Can Be Deducted From Capital Gains Tax?"**
Sponsored by SmartAsset



**Seniors Born Between 1941-1979 Can Receive These 10 Benefits**
Sponsored by FinanceBuzz



**World** ›

## Ukraine's Zelenskiy to attend G7, hopes to meet President Trump

World · June 12, 2025 · 4:28 PM EDT · 17 min ago

Ukrainian President Volodymyr Zelenskiy said on Thursday he planned to attend the Group of Seven summit in Canada next week and hoped to meet U.S. President Donald Trump on the sidelines of the meeting.

HaitiTPSAR001190

India

**Air India Dreamliner crashes into Ahmedabad college hostel, kills over 240**

21 min ago

---

World

**Zelenskiy says Ukrainian troops pushing back Russian forces in Sumy**

23 min ago

---

United States

**Harvey Weinstein judge declares mistrial on rape charge, third sex crimes trial planned**

24 min ago

---

Americas

**Brazil's Lula approval rating edges down to 28%, pollster Datafolha says**

30 min ago

### Sponsored Content

Dianomi   Advertise Here



WalletJump

Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask



Homes.com

Meta's Mark Zuckerberg is buyer behind secretive $23 million home ...
Homes.com



SmartAsset

Ask A Pro: "What Expenses Can Be Deducted From Capital Gains Tax?"

Homes.com

**Interest in mapmaking led to a symmetry-inspired house at...**
Homes.com



Homes.com

**Frank Lloyd Wright's son built this house. Diane Keaton restored it.**
Homes.com



TradeWins

Become More Profitable With Trading Options



Investing Outlook

**New This Week: Huge Energy Discovery In Utah**

FinanceBuzz

**8 Dumbest Things Smart People Waste Money On**

Investing Outlook

**Bombshell Investigation: "Awesome" New Energy Resource Discovered**



---

Latest

**Home**

Browse

**World**

Authors                                              Business

Topic Sitemap                                        Markets

Archive                                              Sustainability

Article Sitemap                                      Legal

                                                     Breakingviews
Media
                                                     Technology
    Videos
                                                     Investigations
    Pictures
                                                     Sports
    Graphics
                                                     Science
    Podcasts
                                                     Lifestyle

About Reuters

About Reuters ⧉

Advertise with Us ⧉

Careers ⧉

Reuters News Agency ⧉

Brand Attribution Guidelines ⧉

Reuters and AI ⧉

Reuters Leadership ⧉

Reuters Fact Check

Reuters Diversity Report ⧉

Stay Informed

Download the App (iOS) ⧉

Download the App (Android) ⧉

Newsletters

Subscribe

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

[X] [Facebook] [Instagram] [YouTube] [LinkedIn] [WhatsApp]

---

LSEG Products

**Workspace** ⧉

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue** ⧉

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check** ⧉

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

HaitiTPSAR001192

**Advertise With Us** ⧉   **Advertising Guidelines**   **Purchase Licensing Rights** ⧉

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ⧉   **Terms & Conditions**   **Privacy** ⧉   **Digital Accessibility** ⧉   **Corrections**   **Site Feedback** ⧉   **Opt Out of Targeted Advertising**

© 2025 Reuters. All rights reserved

Feedback

HaitiTPSAR001193

6/12/25, 4:44 PM
Haiti prison break leaves 12 dead as inmates go hungry | Reuters
Case 3:25-cv-01766-EMC     Document 357-12     Filed 01/01/26     Page 394 of 400

HaitiTPSAR001194

HaitiTPSAR001195

6/12/25, 4:44 PM
Case 3:25-cv-01766-EMC     Document 357-12     Filed 01/01/26     Page 396 of 400
Haiti prison break leaves 12 dead as inmates go hungry | Reuters

HaitiTPSAR001196

HaitiTPSAR001197





**REPORT**

# Viv Ansanm: Living together, fighting united — the alliance reshaping Haiti's gangland

The Viv Ansanm alliance reshapes Haiti's gang landscape, leading to decreased violence and strategic realignment.

16 October 2024



*Ralph Tedy Erol/REUTERS*

HaitiTPSAR001198



**AUTHOR**



### Sandra Pellegrini

Senior Analyst, Latin America & the Caribbean

On 22 September 2023, amid escalating gang violence and intense rivalries, several gang leaders unexpectedly announced the formation of a new alliance called Viv Ansanm.[1] This coalition, which brought together the main gang factions operating in Port-au-Prince — G-9 and G-Pèp — pledged to protect civilians and called on the population living in gang-controlled neighborhoods to resume their daily activities, which are often disrupted by gang conflicts. The coalition faced skepticism at its inception, as many doubted its durability due to long-standing rivalries and differences among its members. However, the coordinated Viv Ansanm incursions launched on state institutions on 29 February, which aimed to force Prime Minister Ariel Henry to resign, marked a turning point and demonstrated the coalition's ability to adapt, negotiate, and work cohesively toward shared goals. This series of attacks led to Henry announcing on 11 March that he would resign. It showcased Viv Ansanm's capacity to act as a unified front as violence persisted in the subsequent months. Furthermore, the attacks came amid advanced negotiations on the deployment of the Kenya-led Multinational Security Support (MSS) mission, created to stabilize the country's security. Gangs have perceived the MSS mission as an emerging threat, prompting them to join forces and adapt their operations in the lead-up to the troops' deployment.

HaitiTPSAR001199

10/23/25, 1:33 PM
Case 3:25-cv-01766-EMC   Document 357-1   Filed 01/01/26   Page 400 of 400
Viv Ansanm: Living together, fighting united — The alliance reshaping Haiti's gangland | ACLED



## Key developments in Haiti's security and political landscape

September 2023 - October 2024

A year after going public, the Viv Ansanm alliance has altered Haiti's conflict landscape. The truce among previously warring gangs has led to a notable decrease in fighting, especially after the alliance consolidated with the February incursions. This allowed them to concentrate on revenue-generating activities, widen their reach to a larger number of areas, and counter security operations.

A year after going public, the Viv Ansanm alliance has altered Haiti's conflict landscape. The truce among previously warring gangs has led to a notable decrease in fighting, especially after the alliance consolidated with the February incursions. This allowed them to concentrate on revenue-generating activities, widen their reach to a larger number of areas, and counter security operations.

This report analyzes how the formation of the Viv Ansanm coalition has reshaped Haiti's gang landscape. It explores the strategic advantages the alliance has provided member gangs — such as the ability to expand their presence to new areas and increase their targeting of state infrastructure — and examines the challenges that threaten the coalition's stability and longevity, as well as the persistent threat gangs pose to civilians.

## A truce in gang wars

Gang leaders' announcement that they would be rallying under the Viv Ansanm flag marked a strategic shift and came amid a sharp increase in gang clashes. Between 2021 and 2022, violence between gangs increased by 79%, with over 500 reported fatalities in 2022 — a figure that remained at a high level throughout the following year. Despite this volatile backdrop, the formation of

HaitiTPSAR001200