| | |
|---|---|
| Ahilan T. Arulanantham (SBN 237841)<br>arulanantham@law.ucla.edu<br>CENTER FOR IMMIGRATION LAW AND<br>POLICY, UCLA SCHOOL OF LAW<br>385 Charles E. Young Dr. East<br>Los Angeles, CA 90095<br>Telephone: (310) 825-1029<br><br>Emilou MacLean (SBN 319071)<br>emaclean@aclunc.org<br>Michelle (Minju) Y. Cho (SBN 321939)<br>mcho@aclunc.org<br>Amanda Young (SBN 359753)<br>ayoung@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 863-7832<br><br>Attorneys for Plaintiffs<br>*[Additional Counsel Listed on Next Page]* | BRETT A. SHUMATE<br>Assistant Attorney General<br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>RUTH ANN MUELLER<br>Senior Litigation Counsel<br>LAUREN BRYANT<br>JEFFREY HARTMAN<br>CATHERINE ROSS<br>DANIEL CAPPELLETTI<br>LORI MACKENZIE<br>ILANA KRAMER<br>SHELBY WADE<br>Trial Attorneys<br><br>ERIC MICHAEL SNYDERMAN<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 742-7079<br>Eric.M.Snyderman@usdoj.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**JOINT STATUS REPORT**<br><br>Assigned to: Hon. Edward M. Chen<br><br>Date: January 13, 2026<br>Time: 1:30 pm<br>Place: Zoom<br><br>Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

The parties file this joint status report pursuant to the Court's order of December 23, 2025, Dkt. 354, which granted Plaintiffs' motion for leave to file a second supplemental complaint and ordered the parties to file a joint status report that "shall address, *inter alia*, the hearing in the *Miot* case on the § 705 motion to postpone in that case."

### I.   Update on § 705 Hearing in *Miot v. Trump*, No. 1-25-cv-02471 (D.D.C.)

On January 6, 2026, the court in the *Miot* case held a hearing on plaintiffs' § 705 motion to postpone Defendants' November 28, 2025 termination of Haiti's TPS designation. Per court order, the hearing will continue on January 7, 2026. *See* Minute Order, *Miot v. Trump*, No. 1-25-cv-02471 (Jan. 5, 2026). During the hearing, the *Miot* court stated that it intended to rule on Plaintiffs' motion to postpone by February 2, 2026.

### II.   Other Updates Regarding Plaintiffs' Second Supplemental Claims

On December 24, 2025, pursuant to this Court's December 23 order, Plaintiffs filed their Second Supplemental Complaint. Dkt. 355. The Second Supplemental Complaint asserts APA and constitutional claims based on Defendants' November 28, 2025 termination of Haiti's TPS designation. On January 1, 2026, Defendants filed the Certified Administrative Record (CAR) for the November 28, 2025 Haiti termination. Dkt. 357. On January 2, 2026, pursuant to this Court's order, the parties filed a joint status report concerning Plaintiffs' request for extra-record discovery. Dkt. 358. On January 6, 2026, this court granted Plaintiffs' request for extra-record discovery and ordered the parties to meet and confer to the extent there are disputes regarding date ranges or custodians. Dkt. 360.

### III.   Status of Plaintiffs' Other Claims

On September 5, 2025, this Court granted summary judgment to Plaintiffs on their APA claims concerning Defendants' vacatur and termination of Venezuela's TPS designation and partial vacatur of Haiti's TPS designation. Dkt. 279. This Court stayed the remainder of Plaintiffs' claims. *Id*. The Supreme Court subsequently stayed this Court's summary judgment order pending appeal. Defendants' appeal to the Ninth Circuit of this Court's summary judgment order is fully briefed, and set to be argued on January 14, 2026.

On December 10, 2025, this Court granted Plaintiffs' motion for declaratory relief and

declared that the Venezuela vacatur and termination were unlawful. Dkt. 340. This Court stayed that order for two weeks to allow Defendants to appeal. The stay expired on December 24, and, as of this filing, Defendants have not appealed the declaratory judgment order.

Date: January 6, 2026

Respectfully submitted,

 /s/ *Jessica Karp Bansal*
Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)
NATIONAL DAY LABORER
ORGANIZING NETWORK
Attorneys for Plaintiffs

Emilou MacLean
Michelle (Minju) Y. Cho
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
Diana Sanchez
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

*Attorneys for Plaintiffs*

Date: January 6, 2026

U.S. DEPARTMENT OF JUSTICE

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS

|   |   |
|---|---|
|   | DANIEL CAPPELLETTI<br>LORI MACKENZIE<br>ILANA KRAMER<br>SHELBY WADE<br>Trial Attorneys<br><br> /s/ Eric Michael Snyderman<br>ERIC MICHAEL SNYDERMAN<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 742-7079<br>Eric.M.Snyderman@usdoj.gov<br><br>*Attorneys for Defendants* |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

NATIONAL DAY LABORER ORGANIZING NETWORK

*/s/ Jessica Karp Bansal*
Jessica Karp Bansal

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                                       NATIONAL DAY LABORER
                                                                       ORGANIZING NETWORK

                                                                        */s/ Jessica Karp Bansal*
                                                                        Jessica Karp Bansal