BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
RUTH MARY MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
SHELBY WADE
CATHERINE ROSS
DANIEL CAPPELLETTI
LORI MACKENZIE
ILANA KRAMER
JEFFREY HARTMAN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE; MARIELA GONZALEZ; FREDDY ARAPE RIVAS; M.H.; CECILIA GONZALEZ HERRERA; ALBA PURICA HERNANDEZ; E.R.; HENDRINA VIVAS CASTILLO; VILES DORSAINVIL; A.C.A.; SHERIKA BLANC; G.S.;<br><br>Plaintiffs,<br>v.<br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA;<br><br>Defendants. | Case No. 3:25-cv-1766-EMC<br><br><br><br>**DEFENDANTS' NOTICE OF APPEAL** |

DEFENDANTS' NOTICE OF APPEAL
No. 3:25-cv-1766-EMC

PLEASE TAKE NOTICE that all named Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's December 10, 2025, order and judgment (ECF No. 340).

| | |
|---|---|
| Dated: January 8, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| | RUTH MARY MUELLER<br>Senior Litigation Counsel |
| | ERIC SNYDERMAN<br>CATHERINE ROSS<br>LAUREN BRYANT<br>LORI MACKENZIE<br>DANIEL CAPPELLETTI<br>ILANA KRAMER<br>SHELBY WADE<br>Trial Attorneys |
| | /s/ Jeffrey M. Hartman<br>JEFFREY M. HARTMAN<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4404<br>Jeffrey.M.Hartman@usdoj.gov |
| | *Attorneys for the Defendants* |

DEFENDANTS' NOTICE OF APPEAL
No. 3:25-cv-1766-EMC