BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Acting Assistant Attorney General
RUTH ANN MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
LORI MACKENZIE
ILANA KRAMER
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-1766 <br><br> **DEFENDANTS' NOTICE OF PROPOSED SEARCH TERMS, CUSTODIANS, AND DATES** <br> **Re: ECF No. 364** |

DEFS.' DEFENDANTS' NOTICE OF PROPOSED SEARCH TERMS, CUSTODIANS, AND DATES
[RE: ECF No. 364]– No. 3:25-cv-1766
1

1  On January 15, 2026 at or around 11:28am Pacific Time, Plaintiffs filed a Joint Discovery Letter Brief with the Court to which they appended Exhibit B, a Summary of Proposals Regarding Custodians, Dates and Search Terms. ECF No. 364, 364-2. This joint filing did not attach Defendants' most up-to-date summary of proposals.

Defendants write to notify the Court that they provided additional counter-proposals to Plaintiffs while the Parties worked to draft the Joint Discovery Letter. The most current version of Defendants' counter-proposals, including some additional stipulations as to custodians for RFP Set One, are appended to this Notice for the Court's consideration.

Dated: January 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
ILANA KRAMER
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys

/s/ *Eric M. Snyderman*
Eric M. Snyderman
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 742-7079

DEFS.' DEFENDANTS' NOTICE OF PROPOSED SEARCH TERMS, CUSTODIANS, AND DATES
[RE: ECF No. 364]– No. 3:25-cv-1766

2

Email: Eric.M.Snyderman@usdoj.gov

*Attorneys for the Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *Eric M. Snyderman*
Eric M. Snyderman
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 742-7079
Email: Eric.M.Snyderman@usdoj.gov