UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-01766-EMC (SK)<br><br>**ORDER REGARDING JONT DISCOVERY LETTER BRIEF**<br><br>Regarding Docket No. 364 |

The parties have submitted a joint discovery letter brief regarding their disputes over Defendants' production of documents. The Court rules as follows:

**A. Relevant Time Period**

The Court finds that the relevant time period suggested by Defendants is appropriate. Thus, the search of documents must be for the time period of July 15, 2025 to November 19, 2025.

**B. Search Terms and Custodians**

The parties submitted their competing proposals for search terms and custodians. The Court ORDERS Defendants to use the search terms and custodians proposed by Plaintiffs, as outlined in Exhibit B to the discovery letter brief. (Dkt. No. 364-2.)

**C. Modifications of Current Discovery Requests**

Defendants propose modifications of the Requests for Production of Documents Nos. One through Nine served by Plaintiffs on April 30, 2025. The Court finds that the modifications are appropriate as narrowed to the documents responsive to Haiti.

**D. Deadline for Production**

Plaintiffs propose a deadline of ten days for Defendants to respond. The Court finds that this deadline is not realistic and thus ORDERS Defendants to complete their production, including the privilege logs, by February 17, 2026.

### E. Admonishment

Plaintiffs also request that the Court admonish Defendants to read and comply with the previous Orders of the Court. Although the Court will not admonish Defendants at this time, the Court expects all lawyers, including lawyers who have recently joined the litigation, to be aware of previous Orders and to comply with them. The Court will not accept as an excuse for noncompliance of an order that a lawyer new to the case is not familiar with previous Orders.

**IT IS SO ORDERED**.

Dated: January 20, 2026


_____
SALLIE KIM
United States Magistrate Judge