| | |
|---|---|
| Ahilan T. Arulanantham (SBN 237841)<br>arulanantham@law.ucla.edu<br>CENTER FOR IMMIGRATION LAW AND<br>POLICY, UCLA SCHOOL OF LAW<br>385 Charles E. Young Dr. East<br>Los Angeles, CA 90095<br>Telephone: (310) 825-1029<br><br>Emilou MacLean (SBN 319071)<br>emaclean@aclunc.org<br>Michelle (Minju) Y. Cho (SBN 321939)<br>mcho@aclunc.org<br>Amanda Young (SBN 359753)<br>ayoung@aclunc.org<br>ACLU FOUNDATION<br>OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>Telephone: (415) 621-2493<br>Facsimile: (415) 863-7832<br><br>Attorneys for Plaintiffs<br>*[Additional Counsel Listed on Next Page]* | BRETT A. SHUMATE<br>Assistant Attorney General<br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>RUTH ANN MUELLER<br>Senior Litigation Counsel<br>ERIC SNYDERMAN<br>JEFFREY HARTMAN<br>CATHERINE ROSS<br>DANIEL CAPPELLETTI<br>ILANA KRAMER<br>SHELBY WADE<br>Trial Attorneys<br><br>LAUREN E. BRYANT<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 919-1366<br>Lauren.e.bryant@usdoj.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. 3:25-cv-01766-EMC<br><br>**JOINT STATUS REPORT**<br><br>Assigned to: Hon. Edward M. Chen<br><br>Date: February 10, 2026<br>Time: 2:30 pm<br>Place: Zoom<br><br>Complaint filed: February 19, 2025 |

JOINT STATUS REPORT – CASE NO. 3:25-CV-01766-EMC

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

The parties file this joint status report pursuant to the Court's order at the January 13, 2026 status conference, which ordered the parties to file a joint status report addressing developments in the *Miot* case and providing an update on discovery in this matter.

**I.      Update on *Miot v. Trump*, No. 1-25-cv-02471 (D.D.C.).**

On February 2, 2026, the court in the *Miot* case granted plaintiffs' § 705 motion to postpone the November 28, 2025 termination of Haiti's TPS designation. *See Miot v. Trump*, No. 25-CV-02471 (ACR), 2026 WL 266413 (D.D.C. Feb. 2, 2026). The court held that it had jurisdiction to consider plaintiffs' claims, rejecting defendants' arguments that review was barred by 8 U.S.C. §§ 1254a(b)(5)(A), 1252(f)(1), 1252(a)(2)(B)(ii) and 5 U.S.C. § 701(a)(2). *Id.* at *9-19. It found plaintiffs likely to succeed on three distinct APA claims: (1) Secretary Noem acted contrary to law by failing to consult appropriate agencies before terminating Haiti's TPS, *id.* at *20-23; (2) the Secretary engaged in an arbitrary and capricious pattern and practice of terminating all TPS designations without the requisite periodic review, *id.* at *23-24, and (3) the Secretary's Haiti termination decision was arbitrary and capricious because it ran counter to the evidence before her, failed to consider relevant factors, and "was preordained." *Id.* at *24-30. The court also found plaintiffs likely to succeed on their Equal Protection Claim, under either the *Arlington Heights* or *Trump v. Hawaii* standard. *Id.* at *30-34.

On February 3, 2026, the *Miot* court stayed consideration of plaintiffs' motion for class certification in light of its decision on plaintiffs' § 705 motion. *See* Minute Order, *Miot v. Trump*, Case No. 1:25-cv-02471-ACR (D.D.C. Feb. 3, 2026).

*Plaintiffs' Position:* In light of the *Miot* decision, Plaintiffs intend to move forward on their challenge to the November 28, 2025 termination of TPS for Haiti in due course, without seeking preliminary relief. Plaintiffs reserve the right to revisit that decision should the protection granted by the *Miot* court no longer continue in effect.

*Defendants' Position:* Defendants take no position with respect to Plaintiffs' decision not to seek preliminary relief at this juncture.

**II.     Status of Discovery**

Following the January 13, 2025 status conference, the parties submitted a Joint Letter Brief regarding extra-record discovery. Dkt. 364. On January 20, Magistrate Judge Kim issued an order

1

resolving the parties' disputes and directing Defendants to "complete their production, including the privilege logs, by February 17, 2026." Dkt. 367 at 1. Defendants submit that they are presently engaged in the process of responding to Plaintiffs' RFPs and intend to comply with the governing January 6, 2026 and January 20, 2026 discovery orders by Judge Chen and Judge Kim, respectively.

Date: February 6, 2026

Respectfully submitted,

 /s/ *Jessica Karp Bansal*
Jessica Karp Bansal
Lauren Michel Wilfong (pro hac vice)
NATIONAL DAY LABORER
ORGANIZING NETWORK
Attorneys for Plaintiffs

Emilou MacLean
Michelle (Minju) Y. Cho
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
Diana Sanchez (SBN 338871)
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

*Attorneys for Plaintiffs*

U.S. DEPARTMENT OF JUSTICE

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
JEFFREY HARTMAN
CATHERINE ROSS

DANIEL CAPPELLETTI
LORI MACKENZIE
ILANA KRAMER
SHELBY WADE
Trial Attorneys

 /s/ *Lauren E. Bryant*
LAUREN E. BRYANT
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 919-1366
Lauren.e.bryant@usdoj.gov

*Attorneys for Defendants*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

NATIONAL DAY LABORER ORGANIZING NETWORK

/s/ *Jessica Karp Bansal*
Jessica Karp Bansal

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 6, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

NATIONAL DAY LABORER
ORGANIZING NETWORK

*/s/ Jessica Karp Bansal*
Jessica Karp Bansal