Exhibit C

**EXHIBIT C**

**<u>DISPUTED DOCUMENTS PROPOSED FOR IN CAMERA REVIEW</u>**

| Document | Details and/or Privilege Description |
|---|---|

*<u>Inconsistent Redactions</u>*

NTPSA2_009174 — Subject: "RE: [Urgent] *Close Hold* | For DO Review | TPS Haiti Package | Requested by 3 p.m. Tuesday, 10/28.htm"

Privilege Description: "Discussion of edits for memorandum from the USCIS Director to Secretary regarding Haiti TPS made to implement legal advice from DHS counsel Laura Smith and Megan Schultz in light of ongoing TPS litigation."

NTPSA2_012348 — File Name: "Attachment D - June 4 2025 Signed Decision Memo_Temporary Protected Status for Haiti.pdf"

Privilege Description: "ACP: This document is an internal draft DHS memorandum concerning TPS for Haiti and is protected under the Attorney Client Privilege. WP: This document is an internal draft DHS memorandum concerning TPS for Haiti and contains analysis of required actions protected under the Work Produce Privilege. DPP: This document is an internal draft DHS memorandum concerning TPS for Haiti and contains predecisional and deliberative information that should be protected under the Deliberative Process Privilege."

*<u>No Identified Agency Counsel</u>*

NTPSA2_013083 — Email Subject: "RE: DOS Consultation for TPS Decisions"

Email From: "Deshommes, Samantha L"

Email To: "Chulapakorn, Adrienne"

Privilege Description: "ACP: This document is an email communication between DHS counsel and DHS employees regarding TPS for various countries."

NTPSA2_006593 — Subject: "FW: Haiti - Associated data"

Privilege Description: "Internal discussions among USCIS clients regarding preparation of documents for ongoing Haiti TPS litigation."

NTPSA2_008751 — Subject: "RE: [External] FW: Haiti TPS"

Email From: "Chretien, Spencer"

1

Email To: "ROB LAW"

Privilege Description: "Discussion of DHS counsel and clients discussing the effect of ongoing litigation on Haiti TPS termination, and discussions between DHS and State client regarding the same."

NTPSA2_009169      File Name: "(No subject/filename).mht"

Email From: "Honig, Ofira M"

Email To: "Deshommes, Samantha L"

Privilege Description: "Internal discussion among USCIS client regarding Haiti TPS memo as it relates to legal advice received from DHS counsel Laura Smith regarding substance of memo."

NTPSA2_011576      Email Subject: [none]

Email From: "Deshommes, Samantha L"

Email To: "Good, Andrew R; Stiefel, Nathaniel I"

Privilege Description: "Discussion among USCIS clients regarding next steps for Haiti TPS in light of ongoing litigation."

NTPSA2_006535      Subject: [none]

Privilege Description: "Discussion among USCIS OCC counsel regarding legal advice needed from USCIS OCC regarding Haiti TPS."

NTPSA2_009166      File Name: "(No subject/filename).mht"

Email From: "Honig, Ofira M"

Email To: "Honig, Ofira M"

Privilege Description: "Internal notes for USCIS client reflecting discussions with DHS counsel, including Laura Smith, regarding substance of TPS Haiti decisionmaking and approach in light of ongoing litigation."

NTPSA2_012139      Email Subject: "RE: Flag | Attachment A Update | TPS Haiti Package"

Email From: "Smith, Mirna"

Email To: "Deshommes, Samantha L; Bump, Micah N; Turner, Ebony N; Pfirrmann-Powell, John R (Ryan); Williamson, Bryan J"

Privilege Description: "ACP/AWP - This email reflects legal edits to the Haiti TPS package posed by USCIS OCC and USCIS Client analysis of suggested edit."

NTPSA2_009165    File Name: "(No subject/filename).mht"

Email From: "Honig, Ofira M"

Email To: "Deshommes, Samantha L"

Privilege Description: "Discussion of edits for memorandum from the USCIS Director to Secretary regarding Haiti TPS made to implement legal advice from DHS counsel Laura Smith and Megan Schultz in light of ongoing TPS litigation."

NTPSA2_006587    File Name: "(No subject/filename).mht"

Email From: "Honig, Ofira M"

Email To: "Deshommes, Samantha L; Ridley, Sasha M; Holland, Ashley M; Jiang, Paul P; Smith, Mirna; Turner, Ebony N"

Privilege Description: "Discussions among USCIS clients reflecting communications regarding legal advice provided by DHS counsel Lauren Gold regarding Haiti TPS decision memo."

NTPSA2_013114    Email Subject: [none]

Email From: "Honig, Ofira M"

Email To: "Deshommes, Samantha L; Saltikalp, Angelique H; Strano, Andria J; Noncent, Karine A"

Privilege Description: "ACP/AWP - This contains discussion of client analysis of an attorney question in anticipation of litigation. DPP - predecisional email discussing proposed edits and comments reflecting policy options and recommendations regarding termination of TPS for Haiti"

*Redacted in Full*

NTPSA2_014267    Document Title: [none]

Document Author: "Holland, Ashley M"

Privilege Description: "Draft of policy considerations memo regarding Haiti TPS termination, reflecting legal advice from DHS counsel Lauren

3

Gold and response to legal advice from USCIS client Ofira Honig in response to ongoing litigation."

| | |
|---|---|
| NTPSA2_006720 | File Name: "Haiti Decision Memo Addendum_10.27.2025_USCIS edits (rld 2).docx" |
| | Author: "Honig, Ofira M" |
| | Privilege Description: "Edits to memorandum from the USCIS Director to Secretary regarding Haiti TPS by USCIS clients Sam Deshommes and Ofira Honig made to implement legal advice from DHS counsel Laura Smith and Megan Schultz in light of ongoing TPS litigation and reflecting legal advice from DHS counsel Lauren Gold, Laura Smith, Megan Schultz, and Brian Kelliher." |
| NTPSA2_006620 | File Name: "Haiti Decision Memo Addendum_10.27.2025_USCIS edits_10.29.2025.docx" |
| | Author: "Honig, Ofira M" |
| | Privilege Description: "Draft of decision memorandum from USCIS Director to Secretary regarding Haiti TPS termination, reflecting legal advice from DHS counsel Brian Kelliher, Laura Smith, Megan Schultz, and Lauren Gold, and responses to legal advice from USCIS clients Ofira Honig and Sam Deshommes and DHS client Rob Law." |
| NTPSA2_008398 | File Name: "Memo for USCIS TPS Haiti Decision and Notice - Signed by Joseph.pdf" |
| | Privilege Description: "Draft legal recommendation memo from Acting General Counsel to Secretary regarding Haiti TPS." |
| NTPSA2_009099 | File Name: "[DO Passback] Draft Response - Rep. Soto 10.10.25.docx" |
| | Privilege Description: "Draft congressional letter reflecting legal advice and edits from USCIS counsel Adam Shirer." |

_Miscellaneous_

| | |
|---|---|
| NTPSA2_008591 | Email Subject: "TPS Haiti" |
| | Email From: "PERCIVAL, JAMES" |
| | Email To: "McDonald, Christina (OGC); Edlow, Joseph B; Calkins, Aaron L; Baroukh, Nader" |
| | Email CC: "Mazzara, Joseph; LAW, ROB" |

Privilege Description: "This is a comment from Secretary Advisor Jimmy Percival to other DHS employees, including DHS attorney Christina McDonald, about recommendations regarding Haiti TPS in the course of pre-decisional planning including litigation considerations."

NTPSA2_005630   File Name: "RE: For review: Memo for TPS Haiti Decision and Memo.htm"

Email From: Mazzara, Joseph

Email To: "McDonald, Christina (OGC); Law, Rob; Percival, James

Email CC: "Jackson, Kateland; Douglas, Mackenzie; Gold, Lauren; Follick, Julia"

Privilege Description: "ACP/AWP/DPP - These are communications between DHS counsel Christina McDonald, Advisor to the Secretary, Jimmy Percival, Acting General Counsel, Joseph Mazzara, and Advisor to the Secretary Rob Law concerning the TPS Haiti Termination package, including review of draft language in anticipation of litigation."