**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

**Date:** March 17, 2026          **Time:** 2:54-2:58          **Judge:** EDWARD M. CHEN
                                      4 Minutes


**Case No.:** 25-cv-01766-EMC          **Case Name:** National TPS Alliance v. Noem

**Attorney for Plaintiffs:** Jessica Bansal
**Attorney for Defendant:** Eric Snyderman


**Deputy Clerk:** Vicky Ayala                    **Court Reporter:** Marla Knox


**PROCEEDINGS HELD VIA ZOOM WEBINAR**


Status Conference - held


**SUMMARY**

Parties stated appearances.

Related case updates: Certiorari has been granted in *Miot* case but no stay was issued. Certiorari has also been granted in *Doe* case. Both cases are on the expedited track at SCOTUS.

9th Circuit issued a mandate for this case. U.S. stated it has not filed a petition for certiorari. Discovery motion letter has been filed with Judge Kim and she will address it.

U.S. stated it may move for a stay of any further proceedings in this case.

CASE CONTINUED TO: **7/14/2026, for a Status Conference at 2:30 PM, via Zoom.** Joint status report **due by 7/7/2026.**