UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

NATIONAL TPS ALLIANCE; et al.,

    Plaintiffs - Appellees,

  v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; et al.,

    Defendants - Appellants.

No. 25-2120

D.C. No.
3:25-cv-01766-EMC

Northern District of California,
San Francisco

MANDATE

---

The judgment of this Court, entered August 29, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT