UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al., | Case No.  25-cv-01766-EMC   (SK) |
| Plaintiffs, | **ORDER REGARDING GOVERNMENT'S SEARCH AND RESPONSE TO DISCOVERY REQUESTS** |
| v. | |
| KRISTI NOEM, et al., | |
| Defendants. | Regarding Docket No. 382 |

The parties raise several disputes regarding discovery in this matter.  The undersigned rules as follows:

1. Defendants must produce documents withheld on the basis of deliberative process privilege.  There is no indication the District Court has changed its ruling  or limited the previous ruling.

2. Defendants need not supplement their current privilege logs.

3. Defendants must expand the scope of discovery to March 10, 2025 to July 15, 2025.

4. Defendants must produce the disputed 20 privileged documents for review in camera by submitting them to SKPO@cand.uscourts.gov, by April 1, 2026.

5. Defendants must verify that they have produced or logged all documents that responsive to Request for Production One (Set Two) but need not provide the "hit count" and need not identify how many documents were withheld as being non-responsive.

**IT IS SO ORDERED**.

Dated: March 27, 2026



_____

SALLIE KIM