BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
LORI MACKENZIE
ILANA KRAMER
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et. al.*,[1]<br><br>                Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**DECLARATION OF ERIC M. SNYDERMAN**<br><br>The Honorable Edward M. Chen |

---

[1] The current Secretary of Homeland Security is automatically substituted as a defendant in place of the former Secretary, Kristi Noem. *See* FED. R. CIV. P. 25(d).

DECLARATION OF ERIC M. SNYDERMAN IN SUPPORT OF
DEFS.' ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING
Case No. 3:25-cv-1766-EMC

**DECLARATION OF ERIC M. SNYDERMAN**

I, Eric M. Snyderman, declare and state as follows:

1. I am a Trial Attorney with the Department of Justice, Civil Division, Office of Immigration Litigation.

2. On February 2, the District Court for the District of Columbia postponed the Secretary of Homeland Security's November 28, 2025 determination to terminate Haiti's TPS designation. Memorandum Opinion, *Miot v. Trump*, No. C-25-2471-ACR, ECF No. 124, (D.D.C. Feb. 2, 2026). That is the same agency action that Plaintiffs challenge in their supplemental complaint.

3. On March 11, Defendants requested a stay of that postponement order and certiorari before judgment from the U.S. Supreme Court. ECF No. 379.

4. On March 16, 2026, the Supreme Court granted certiorari before judgment in *Mullin v. Dahlia Doe*, No. 25-1083, — S. Ct. —, 2026 WL 731088 (U.S. Mar. 16, 2026), and *Trump v. Miot*, No. 25-1084, — S. Ct. —, 2026 WL 731087 (U.S. Mar. 16, 2026), to resolve frequently recurring issues in TPS litigation, including the scope and effect of the bar on judicial review in 8 U.S.C. § 1254a(b)(5)(A). *See Dahlia Doe*, 2026 WL 731088 at *1; *Miot*, 2026 WL 731087 at *1.

5. Those consolidated cases will proceed on an expedited basis and will be argued in April. *Id*.

6. In *Miot* and *Doe*, the Supreme Court will consider materially similar challenges to precisely the same agency action Plaintiffs challenge here. The Supreme Court's decision is thus likely to control the resolution of Plaintiffs' claims or at minimum narrow the disputed issues.

7. Defendants' motion requests that the Court stay further proceedings in this case under Federal Rule of Civil Procedure 6(b) and Local Rule 7-2 until the U.S. Supreme Court issues a ruling which is anticipated to clarify key issues, including matters of jurisdiction, that apply directly to this matter.

8. On March 24, 2026, Defendants asked Plaintiffs whether they would stipulate to or oppose this motion. Plaintiffs stated that they oppose the motion, unless Defendants agreed to "stay the termination of TPS for Haiti for 90 days following issuance of the Supreme Court's opinion in *Dahlia Doe* and *Miot*" (italics added). Defendants do not agree to this condition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 29, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY P. NICASTRO
Director, Office of Immigration Litigation

RUTH ANN MUELLER
Senior Litigation Counsel

LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
LORI MACKENZIE
ILANA KRAMER
SHELBY WADE
Trial Attorneys

By: */s/ Eric Snyderman*
ERIC M. SNYDERMAN
Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date:  March 29, 2026

*/s/ Eric M. Snyderman*
ERIC MICHAEL SNYDERMAN
Office of Immigration Litigation
Civil Division
U.S. Department of Justice

DECLARATION OF ERIC M. SNYDERMAN IN SUPPORT OF
DEFS.' ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING
Case No. 3:25-cv-1766-EMC