IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL TPS ALLIANCE, *et. al*.,

               Plaintiffs,

    v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et. al*.,

               Defendants.

Case No. 3:25-cv-1766-EMC

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING U.S. SUPREME COURT RULING IN RELATED CASES**

The Honorable Edward M. Chen

**[PROPOSED] ORDER**

Before the Court is Defendants' Administrative Motion to Stay Proceedings Pending U.S. Supreme Court Ruling in Related Cases.

Having considered the motion, opposition, and reply, this Court finds that good cause supports the motion. A stay of proceedings during the pendency of U.S. Supreme Court proceedings in related cases will contribute to resolution of this case on the merits. *See* FED. R. CIV. P. 6(b).

IT IS HEREBY ORDERED that Defendants' Motion to Stay Proceedings is GRANTED. Defendants are directed to file a notice with the Court upon issuance of a U.S. Supreme Court decision in the related cases *Noem v. Dahlia Doe*, No. 25-1083, and *Trump v. Miot*, No. 25-1084, within 14 days of such decision.

Issued this _____ day of _____, 2026.

                                 _____
                                 Edward M. Chen
                                 United States District Court Judge