BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
LORI MACKENZIE
ILANA KRAMER
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*, | Case No. 3:25-cv-1766-EMC |
| Plaintiffs, | |
| v. | **DEFENDANTS' EMERGENCY MOTION TO SHORTEN TIME** |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,[1] | The Honorable Edward M. Chen |
| Defendants. | |

---

[1] The current Secretary of Homeland Security is automatically substituted as a defendant in place of the former Secretary, Kristi Noem. *See* FED. R. CIV. P. 25(d).

Defendants hereby move to shorten Plaintiffs' time to respond to Defendants' simultaneously filed motion to stay all pending proceedings in this case pending the Supreme Court's forthcoming decisions in two related cases, described therein. *See* ECF No. 393; *see also* 607 U.S. ___ (Mar. 16, 2025) (granting certiorari before judgment in *Noem v. Dahlia Doe*, No. 25-1083, — S. Ct. —, 2026 WL 731088 (U.S. Mar. 16, 2026), and *Trump v. Miot*, No. 25-1084, — S. Ct. —, 2026 WL 731087 (U.S. Mar. 16, 2026)).

Expedited briefing is necessary because the Supreme Court is expected to resolve frequently recurring issues in TPS litigation, including the scope and effect of the bar on judicial review in 8 U.S.C. § 1254a(b)(5)(A), and a stay of proceedings in this case will promote judicial economy and avoid unnecessary expenditure of the parties' resources in continued discovery while awaiting resolution of these issues. Specifically, Defendants request that the Court issue a decision on Defendants' motion for a stay of proceedings no later than 12:01 p.m. PDT on April 2, 2026.

Dated: March 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
LORI MACKENZIE
ILANA KRAMER
SHELBY WADE
Trial Attorneys

/s/ Eric M. Snyderman
ERIC MICHAEL SNYDERMAN
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 742-7079
Eric.M.Snyderman@usdoj.gov
*Attorneys for the Defendants*

DEFS.' ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT RULING
Case No. 3:25-cv-1766-EMC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 29, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.


Date:  March 29, 2026

*/s/ Eric M. Snyderman*
ERIC MICHAEL SNYDERMAN
Office of Immigration Litigation
Civil Division
U.S. Department of Justice