BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
ILANA KRAMER
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,[1]<br><br>                    Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**DEFENDANTS' NOTICE OF PRODUCTION FOR IN CAMERA REVIEW OF THE DISPUTED 20 PRIVILEGED DOCUMENTS**<br><br>The Honorable Sallie Kim |

---

[1] The current Secretary of Homeland Security is automatically substituted as a defendant in place of the former Secretary, Kristi Noem. *See* FED. R. CIV. P. 25(d).

DEFENDANTS' PRODUCTION FOR IN-CAMERA REVIEW OF THE DISPUTED 20 PRIVILEGED DOCUMENTS
Case No. 3:25-cv-1766-EMC

Consistent with this Court's March 27, 2026 discovery order, Dkt. 390, undersigned counsel for Defendants submit the disputed twenty (20) privileged documents, *see* Exhibit C to Joint Discovery Letter Brief, Dkt. 382-3, for in-camera review in accordance with the instructions set forth in the Clerk's April 1, 2026 email correspondence.

Dated: April 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
ILANA KRAMER
Trial Attorneys

By: */s/ Lauren E. Bryant*
LAUREN E. BRYANT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0134
Lauren.e.bryant@usdoj.gov

*Attorneys for the Defendants*

DEFENDANTS' PRODUCTION FOR IN-CAMERA REVIEW OF THE DISPUTED 20 PRIVILEGED DOCUMENTS
Case No. 3:25-cv-1766-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date:  April 1, 2026

/s/ Lauren E. Bryant
LAUREN E. BRYANT
Trial Attorney