UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, et al., | Case No. 25-cv-01766-EMC (SK) |
| Plaintiffs, | |
| v. | **ORDER CLARIFYING DEADLINES FOR COMPLIANCE WITH DISCOVERY ORDER** |
| KRISTI NOEM, et al., | |
| Defendants. | Regarding Docket Nos. 390, 399 |

The parties bring this dispute over the timing of Defendants' responses, as ordered by the Undersigned on March 27, 2026. (Dkt. No. 390.) The Order did not provide a deadline for the Defendants to respond, and Defendants plan to challenge the ruling with the District Court. The deadline to make that challenge is April 10, 2026.

Given that Defendants plan to challenge the ruling, the Undersigned ORDERS that Defendants need not produce the documents in dispute until after the District Court rules on the issues. If the District Court affirms the March 27, 2026 Order, Plaintiffs may seek the assistance of the Undersigned to set deadlines. Thus, the motion to compel production of documents by a set deadline is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: April 3, 2026

_____
SALLIE KIM
United States Magistrate Judge