BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division
RUTH ANN MUELLER
Senior Litigation Counsel
LAUREN E. BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
ILANA KRAMER
SHELBY WADE
Trial Attorneys

ERIC M. SNYDERMAN
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 742-7079
Eric.M.Snyderman@usdoj.gov

*Attorneys for Defendants*

Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

*Attorneys for Plaintiffs*
*[Additional Counsel Listed on Next Page]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et. al.*,<br><br>                    Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**STIPULATION RE: BRIEFING SCHEDULE PER COURT ORDER (Dkt. No. 395) AND FOR REMOTE APPEARANCE AT HEARING ON DEFENDANTS' MOTION TO STAY PROCEEDINGS (Dkt. No. 393)**<br><br>The Honorable Edward M. Chen |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
Diana Sanchez (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

**WHEREAS**, Defendants filed a Motion to Stay Proceedings Pending U.S. Supreme Court Ruling in Related Cases ("Motion to Stay") on March 29, 2026 (Dkt. No. 393), requesting a hearing on April 2, 2026, and simultaneously filed a Motion to Shorten Time;

**WHEREAS**, this Court granted shortened time, setting the hearing on Dkt. No. 393 for April 23, 2026, and ordered the parties to meet and confer and file a stipulation regarding a briefing schedule by April 1, 2026, with briefing to be completed by April 17, 2026 (Dkt. No. 395);

**WHEREAS**, the parties exchanged emails regarding a proposed briefing schedule on March 31, 2026 and telephonically met and conferred on April 1, 2026 and agreed to the briefing dates stipulated below for opposition and reply in support of Defendants' Motion to Stay;

Pursuant to Local Rule 7-12, the parties submit this stipulation that:

- subject to the approval of the court, all parties may appear at the April 23, 2026 hearing virtually through the use of video teleconference software;
- Plaintiffs' opposition to Defendants' Motion to Stay must be filed by Noon, Pacific Time on Monday April 13;
- Defendants' Reply In Support of their Motion to Stay must be filed by Friday April 17.**no later than 12:00 PM**

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: April 1, 2026          ___/s/Jessica Karp Bansal_____

*Counsel for Plaintiffs*

Dated: April 1, 2026          _____/s/__Eric M. Snyderman_____

*Counsel for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

/s/  Eric M. Snyderman_____
ERIC MICHAEL SNYDERMAN

STIPULATION RE BRIEFING SCHEDULE AND FOR REMOTE APPEARANCE AT HEARING ON DFTS MOTION TO STAY PROCEEDINGS
Case No. 3:25-cv-1766-EMC

2

## [PROPOSED] ORDER AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 6 , 2026

_____
The Honorable Edward M. Chen
United States District Judge