UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No.  3:25-cv-01766-EMC<br><br><br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge is **GRANTED**, and ¶¶ 1 and 3 of the Magistrate Judge's Order Regarding Government's Search and Response to Discovery Requests (Dkt. 390) are set aside as clearly erroneous and contrary to law and modified as follows. *See* Fed. R. Civ. P. 72(a).

The Court **ORDERS** that the relevant time period for the search of documents is July 15, 2025 to November 19, 2025.

The Court further **ORDERS** that the at-issue documents qualify for the deliberative process privilege, and that Plaintiffs have failed to demonstrate that their need for the materials and the need for accurate fact-finding override the government's interest in non-disclosure.

**IT IS SO ORDERED.**

Dated: _____        _____
EDWARD M. CHEN
United States District Judge