Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., | Case No.  3:25-cv-01766-EMC  Hon. Edward Chen |
| Plaintiffs, | **EXHIBIT INDEX ISO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF THE MAGISTRATE (ECF 390)** |
| vs. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, | |
| Defendants. | |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice)*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice)*
ecrew@haitianbridge.com
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

| Ex. No. | Document | Relevant Content | Significance |
|---|---|---|---|
| 1 | NTPSA2_012348<br><br>"Attachment D - **June 4 2025** Signed Decision Memo_Temporary Protected Status for Haiti.pdf" Privilege Description: Process Privilege." | Redacted nearly in full despite being a final signed USCIS Decision Memo, the central document containing the USCIS Director's recommendation to the DHS Secretary during a TPS periodic review. | Redacted at least in part as DPP with this Privilege Description:<br><br>"This document is an internal draft DHS memorandum concerning TPS for Haiti and contains predecisional and deliberative information that should be protected under the Deliberative Process Privilege." |
| 2 | NTPSA2_008690<br><br>**September 7, 2025** email between Rob Law (DHS) and Spencer Chretien (State Department) | Redacted communication from State Department to DHS Senior Advisor Rob Law, forwarded to USCIS Director Joseph Edlow: "State consultation." | Redacted at least in part as DPP despite having been produced in unredacted form as part of the Administrative Record, *see* ECF 357-3 at 409-10, and production of similar communications, *see* Exs. 3-5. |
| 3 | NTPSA2_008751<br><br>**July 21-22, 2025** email exchange between Rob Law (DHS) and Spencer Chretien (State Department) re: "Haiti TPS," forwarding redacted email from James Percival (DHS General Counsel) | DHS General Counsel James Percival email to USCIS Director Joseph Edlow & DHS Senior Advisor Rob Law re: "Haiti TPS": [REDACTED]<br><br>Rob Law: "Spencer, See below. We might need something from State on Haiti's designation [redacted]."<br><br>Spencer Chretien, Senior Bureau Official, Population, Refugees and Migration, State Department: "Rob, I confirm that we have no foreign policy concerns with ending this TPS designation on or around the date below." | Potential evidence of violation of statutory obligation of interagency consultation, suggesting consultation came only three weeks after publication of July 1 Federal Register Notice purporting to terminate TPS for Haiti, rather than before the decision as the statute requires. |

1

| Ex. No. | Document | Relevant Content | Significance |
|---|---|---|---|
| 4 | **NTPSA2_008698**<br><br>**September 5, 2025** email exchange between Samantha Deshommes (USCIS), Rob Law (DHS) and others re: "State Consultation – Haiti TPS" | Sam Deshommes, Chief Regulatory Officer, USCIS OP&S: "I'm emailing to request that PLCY reach out to Department of State to satisfy the consultation requirement for S1's consideration (again) of TPS Haiti…Following the Secretary's June 4th decision, USCIS published the FRN terminating Haiti's TPS designation on July 1st…. However, on July 15th, a U.S. District Court judge for the District of New York issued a final order that states that the effective date of any termination can be no earlier than Feb. 3, 2026. With the court order, S1 now has to make a decision 60-days prior to Feb. 3, 2026 on TPS designation for Haiti…Considering all, it would be helpful for the agency/department if PLCY re-engaged with State and obtain a specific record of consultation for Haiti." | Evidence of violation of statutory obligation of interagency consultation about country conditions. |
| 5 | **NTPSA2_011719**<br><br>**October 8, 2025** email from Sam Deshommes (USCIS) to Christopher Schulenburg (DHS) | "My memory of the email I saw July (visually, but wasn't forwarded) was that the text was similar and included something along the lines of 'there are no foreign policy concerns with termination of TPS for any of the countries for the remainder of the year'" | Evidence of violation of statutory obligation of interagency consultation about country conditions |
| 6 | **NTPSA2_006819**<br><br>**August 29, 2025** email between Sasha Ridley (USCIS OP&S) and Rebecca Tanner & Emmarie Krichinsky | Sasha Ridley, Chief, Provisional Protective Branch, Humanitarian Affairs Division, USCIS OP&S: "Would it be possible to get an update on Haiti country conditions within the next week or so?"<br><br>Rebecca Tanner, Division Chief, Research and TRIG Division, USCIS RAIO: "Yes, we can plan to | Evidence that November Haiti termination was treated as an "addendum" to the July Haiti termination, after the partial vacatur of Haiti's TPS extension was set aside pursuant to this Court's September 5, 2025 |

2

| Ex. No. | Document | Relevant Content | Significance |
|---|---|---|---|
|  | (USCIS RAIO) | supplement our Haiti TPS COI Considerations report that we submitted on March 24 (attached) with updated information. This year for other TPS COI updates after we complete the full report, we have provided a supplemental document with bullets of 2-4 pages. This is less formal and not intended to be submitted in the decision package, but with information that OP&S HAD can take into account in drafting the decision memo." | summary judgment order and *Haitian Evangelical Clergy Ass'n v. Trump*, 789 F. Supp. 3d 255 (E.D.N.Y. 2025). |
| 7 | **NTPSA2_008147** **September 3, 2025** email between Jessica Robles and Emmarie Krichinsky & Gustavo Rivera (RAIO) re: "Summarizing OP&S Request on Haiti" | Jessica Robles, Americas Researcher, USCIS RAIO: "OP&S has requested a one-page update with approximately three to five bullet points on the main developments in country conditions in Haiti since March 20, 2025." | Evidence that November Haiti termination was treated as an "addendum" to the July Haiti termination. |
| 8 | **NTPSA2_008148** **September 4, 2025** initial draft update of country conditions prepared by USCIS RAIO ("250908 Haiti Country Conditions Update Draft with Template.docx") | "Haiti Temporary Protected Status (TPS) Considerations (Addendum) • State of emergency: On August 9, 2025, Haiti's transitional government declared a three-month state of emergency for the 'West, Artibonite and Center departments,' in response to insecurity and food shortages. • Gangs exert 'near-total control' of Port-au-Prince: . . . 'organized criminal groups have gained near-total control of the capital, with an estimated 90 per cent | Evidence that November Haiti termination was treated as an "addendum" to the July Haiti termination, and that the termination decision was not based on a review of country conditions. |

3

| Ex. No. | Document | Relevant Content | Significance |
|---|---|---|---|
| | | of Port-au-Prince under their grip, while they continue expanding across strategic routes and border regions.'<br><br>• Gangs expanded territorial control outside of Port-au-Prince. . .<br><br>• Drone Strikes: Haiti's transitional government hired foreign contractors to conduct drone strikes against alleged gang strongholds. . . There are concerns about the harm that these strikes may have already caused to civilians." | |
| 9 | **NTPSA2_009063**<br><br>**September 12, 2025** email from Rebecca Tanner (USCIS RAIO) to Sasha Ridley (USCIS OP&S) circulating two country conditions reports relevant to the November termination—the prior prepared for the July termination and a September 2025 "addendum" | "Please find attached two documents with COI updates related to Haiti TPS: (1) our complete COI report of March 2025 (with updates as noted in FN 1 to cover the May 2025 designation of Viv Ansanm and Gran Grif as foreign terrorist organizations) . . . and (2) a brief, bulleted Haiti TPS COI Addendum (covering the period of 3/20/25-9/3/25. . . [W]e are comfortable with both the comprehensive Haiti TPS COI report and the Sept. 2025 Addendum being submitted as part of the decision making package." | Evidence that November Haiti termination was treated as an "addendum" to the July Haiti termination. |
| 10 | **NTPSA2_006895**<br><br>**September 12, 2025** final update of country conditions prepared by USCIS RAIO ("Haiti TPS COI Addendum | "Haiti: Temporary Protected Status (TPS) Country of Origin Information (COI) Considerations Addendum<br><br>• Foreign Terrorist Organization Designation: On May 2, 2025, the United States Department of State announced the designation of Viv Ansanm and Gran Grif as Foreign | Evidence that November Haiti termination was treated as an "addendum" to the July Haiti termination, and that the termination decision was not based on a review of country conditions. |

EXHIBIT INDEX
CASE NO. 3:25-CV-01766

| Ex. No. | Document | Relevant Content | Significance |
|---|---|---|---|
|  | (091225).pdf") | Terrorist Organizations (FTOs), effective May 5, 2025.2 According to the Department of State, "[t]he groups provide a unified platform for criminal groups to use violence to destabilize Haiti and quash actions aimed at restoring state control." <br><br> *Followed by language identical or nearly identical to that of initial draft (NTPSA2_008148).* |  |
| 11 | **NTPSA2_006302** <br><br> **September 4, 2025** email from Ofira Honig (USCIS OP&S) to Sasha Ridley (USCIS OP&S) and others circulating initial draft of "Haiti Decision Memo Addendum" for termination | Ofira Honig, Policy Analyst Detailee, Humanitarian Affairs Division, USCIS OP&S: "I created this Haiti Decision Memo Addendum mock up…" <br><br> Sasha Ridley, Chief, Provisional Protective Branch, Humanitarian Affairs Division, USCIS OP&S: "this is solid; I made some edits . . ." | Evidence that November Haiti termination was treated as an "addendum" to the July Haiti termination. |
| 12 | **NTPSA2_006535** <br><br> **September 4, 2025** email exchange from Ofira Honig (OSCIS) to Ebony Turner (USCIS) | "Re: Haiti TPS this is what I know: <br><br> … <br><br> It seems odd to circulate a totally new [Decision Memo] so I suggested we call the document an addendum to the [Decision Memo] and Sasha seemed amenable…I threw together a mock document that I called addendum to the decision memo…" | Evidence that November Haiti termination was treated as an "addendum" to the July Haiti termination. |
| 13 | **NTPSA2_005805** <br><br> **September 4,** | "DECISION <br><br> MEMORANDUM FOR THE | Evidence that November Haiti termination was treated as an "addendum" |

| Ex. No. | Document | Relevant Content | Significance |
|---|---|---|---|
| | **2025** initial draft Haiti Decision Memo (Haiti Decision Memo Addendum_09.04.2025.docx) | SECRETARY<br><br>FROM: Joseph B. Edlow, Director<br><br>SUBJECT: Addendum to the June 4, 2025 Decision Memorandum on the Termination of Temporary Protected Status for Haiti<br><br>… USCIS is re-presenting this recommendation in a truncated addendum format[.]<br><br>…<br><br>Conclusion<br><br>Given that conditions in Haiti have largely remained similar to the time of writing of the most recent Decision Memo, with some hopeful developments emerging, USCIS has conducted a thorough analysis and concluded that the recommendation of termination of the designation of Haiti for Temporary Protected Status is still warranted." | to the July Haiti termination, and that the termination decision was not based on a review of country conditions. |
| 14 | **NTPSA2_008514**<br><br>**October 29, 2025** final USCIS Decision Memo signed by USCIS Director Joe Edlow recommending termination of TPS for Haiti | USCIS presenting "a new recommendation of 'termination' … after a federal district court judge impermissibly blocked your previous termination decision ….<br><br>"As part of the review process, DHS again consulted with State. State confirmed on September 5, 2025 that termination of the Temporary Protected Status designation would not pose negative foreign policy concerns."<br><br>"Conclusion: USCIS has found that country conditions in Haiti have largely remained similar since you | Evidence that November Haiti termination was treated as an "addendum" to the July Haiti termination, and that the termination decision was not based on a review of country conditions or interagency consultation about country conditions. |

| Ex. No. | Document | Relevant Content | Significance |
|---------|----------|------------------|--------------|
| | | signed the June 4, 2025 Decision Memorandum with some positive developments as recognized in recent remarks by US officials. Even if you find that the extraordinary and temporary conditions that underpin the Temporary Protected Status designation exist, the statute nonetheless compels you to terminate if you find that it is contrary to the national interest to allow Haitians to remain in the United States. USCIS continues to assess that permitting Haitian nationals to remain temporarily in the United States is contrary to the national interest as explained in the June 4, 2025 Memorandum, and provides refreshed and expanded analysis supporting this recommendation in this memorandum." | |
| 15 | **NTPSA2_005770**<br><br>**October 1, 2025** draft "Temporary Protected Status (TPS) Policy Considerations: Haiti | "Beyond country conditions, also of critical importance is the consideration of visa overstays, fraud, and public safety threats in determining whether it is in the national interest for Haiti's Temporary Protected Status designation to be extended….<br><br>What are relevant national interest considerations for the TPS for Haiti designation?<br><br>DHS records indicate some members of the Haiti Temporary Protected Status population have been under administrative investigation for risk to national security or public safety, or for attempting to obtain immigration benefits through fraud or misrepresentation… | Evidence of predetermined termination decision in advance of Secretary's review not based on statutory requirements. |

EXHIBIT INDEX
CASE NO. 3:25-CV-01766

| Ex. No. | Document | Relevant Content | Significance |
|---|---|---|---|
|  |  | approximately 369 aliens (0.06%) of the Haiti TPS population (including current beneficiaries and applicants with pending applications) had Public Safety related records, and none was associated with Known or Suspected Terrorist records. This information should be taken into consideration when evaluating whether a Temporary Protected Status decision for Haiti aligns with the national interest of the United States…" |  |
| 16 | NTPSA2_013002<br><br>October 16, 2025 email from Victoria Umoro, Communications Specialist, USCIS | "Please review the materials below announcing the FRN publication of the Secretary's decision to terminate the TPS designation for Haiti.<br><br>Due Date: 12 Noon, Mon. Oct. 20" | Evidence of predetermined termination decision in advance of Secretary's review not based on statutory requirements. |
| 17 | NTPSA2_009174<br><br>October 24, 2025 email from Ebony Turner (USCIS) to EXSO Re: "[Urgent] *Close Hold* \| For DO Review \| TPS Haiti Package \| Requested by 3 p.m. Tuesday, 10/28.htm" | "The Termination of the Designation of Haiti for Temporary Protected Status Package (TPS Haiti Memo and Federal Register Notice) is ready for DO review and clearance…   DHS has requested the submission of the TPS Haiti Decision Memo Package and Federal Register Notice (FRN) to OGC via the regulatory process by 10/28. Again, please note that due to ongoing litigation regarding the Haiti FRN, this request differs from our standard process. We are submitting both the Decision Memo Package for DO signature as well as the FRN for DO review and approval to submit to DHS." | Evidence of predetermined termination decision in advance of Secretary's review not based on statutory requirements. |
| 18 | NTPSA2_009741 | "We are working on finalizing the Haiti country considerations report. | Evidence of predetermined termination decision in |

EXHIBIT INDEX
CASE NO. 3:25-CV-01766

| Ex. No. | Document | Relevant Content | Significance |
|---|---|---|---|
|  | **September 26, 2025** email from Ashley Holland (USCIS) to Samantha Deshommes (USCIS) | Paul is forcing me to include a section on how TPS is a pull factor. I would be fine with including that, if we had any empirical evidence to support that claim, but the citations that have been included do not mention TPS at all as a pull factor (and are 3-4 years old). I am obeying his command as my supervisor, but I want to go on record that I am concerned that making such claims without empirical support is not our job and will open us - and the Haiti decision - up to litigation." | advance of Secretary's review not based on statutory requirements. |
| 19 | **NTPSA2_009742**<br><br>**October 23, 2025** email from Ashley Holland (USCIS) to Samantha Deshommes (USCIS) | "You can see that there are no KST hits for Haiti, so Paul removed that because he did not feel that a null result supported the termination argument. Should we remove KST hits going forward or are we only removing it for Haiti because it doesn't support the NS argument?" | Evidence of predetermined termination decision in advance of Secretary's review not based on statutory requirements. |
| 20 | **NTPSA2_009164**<br><br>**October 9, 2025** email from Ofira Honig to Ashley Holland | "DHS data also shows approximately 369 aliens (0.06%) of the Haiti Temporary Protected Status population (including current beneficiaries and applicants with pending applications) had public safety records, and none were associated with Known or Suspected Terrorist records[.]" | Evidence of predetermined termination decision in advance of Secretary's review not based on statutory requirements. |

9

Date: April 13, 2026

Respectfully submitted,

ACLU FOUNDATION
OF NORTHERN CALIFORNIA

 */s/* Emi MacLean
Emilou MacLean
Michelle (Minju) Y. Cho
Amanda Young

Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)
NATIONAL DAY LABORER ORGANIZING
NETWORK

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Eva L. Bitran
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

*Attorneys for Plaintiffs*