# EXHIBIT 1

PRE-DECISIONAL/DELIBERATIVE



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

**U.S. Citizenship and Immigration Services**

**June 3, 2025**

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:           Angelica Alfonso-Royals
                Acting Director

ANGELICA M ALFONSO-ROYALS
Digitally signed by ANGELICA M ALFONSO-ROYALS
Date: 2025.06.03 10:10:10 -04'00'

SUBJECT:        **Temporary Protected Status for Haiti**



[1] *See* Immigration and Nationality Act (INA) sec. 244(b)(3)(A); s*ee also* Attachment A:  Temporary Protected Status Legal Authority.
[2] *See* INA sec. 244(b)(3)(B).
[3] *See* INA sec. 244(b)(3)(C).

PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

NTPSA2_012349
NTPSA2_012348



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

NTPSA2_012350

NTPSA2_012348



PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

NTPSA2_012351

NTPSA2_012348

PRE-DECISIONAL/DELIBERATIVE



PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

NTPSA2_012353

NTPSA2_012348

PRE-DECISIONAL/DELIBERATIVE



---

[36] INA sec. 244(b)(5)(A).
[37] INA sec. 244(b)(3)(A).
[38] *See* INA sec. 244(b)(3)(A), (C).
[39] *See* INA sec. 244(b)(3)(A).

PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

NTPSA2_012354

NTPSA2_012348



*extension of 6 months*

Approve/date_____

3. *Extend*:  Extend Haiti's existing designation for 6, 12, or 18 months

Specify duration of extension (6, 12, or 18 months):_____

Approve/date_____

**Attachments**:
Attachment A:       Temporary Protected Status Legal Authority
Attachment B:       USCIS RAIO Country Conditions Report, Haiti
Attachment C:       USCIS OP&S Country Conditions Report, Haiti

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    NTPSA2_012355

NTPSA2_012348