# EXHIBIT 2

| | |
|---|---|
| **From:** | Good, Andrew R ██████████████ |
| **Sent:** | Sunday, September 7, 2025 8:25 AM |
| **To:** | LAW, ROB ███████████████Edlow, Joseph B ████████████████ Calkins, Aaron L ███████████ |
| **Subject:** | Re: [External] FW: State Consultation - Haiti TPS |

Thank you, Rob. I'll pass this along to Sam.

Best,
Andrew

Get Outlook for iOS

**From:** LAW, ROB ██████████████
**Sent:** Sunday, September 7, 2025 5:23:05 AM
**To:** Edlow, Joseph B ████████████ Calkins, Aaron L ███████████████ ; Good, Andrew R ████████
**Subject:** FW: [External] FW: State Consultation - Haiti TPS

State consultation.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
████████████

**From:** Chretien, Spencer ██████████████
**Sent:** Friday, September 5, 2025 5:48 PM
**To:** LAW, ROB ████████████
**Subject:** RE: [External] FW: State Consultation - Haiti TPS

> This email is from an external US Government agency.

Hi Rob,

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

**Spencer Chretien**
Senior Bureau Official
Bureau of Population, Refugees, and Migration

 U.S. DEPARTMENT of STATE

SENSITIVE BUT UNCLASSIFIED

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**From:** LAW, ROB ██████████████████
**Sent:** Friday, September 5, 2025 4:55 PM
**To:** Chretien, Spencer ██████████████
**Subject:** [External] FW: State Consultation - Haiti TPS

Spencer,

Due to the litigation, we are re-reviewing country conditions in Haiti based on the original TPS deadline. Can you advise on State's views on the matter?

Thanks,
RTL

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
████████████

---

**From:** Deshommes, Samantha L ██████████████████████
**Sent:** Friday, September 5, 2025 4:47 PM
**To:** BURKE, RORY ███████████████; NEWMAN, EMILY ████████████████; GUNDUZ, IHSAN ███████████ Chulapakorn, Adrienne ████████████████; LAW, ROB
**Cc:** Good, Andrew R ██████████████████; Stiefel, Nathaniel I ██████████████
**Subject:** State Consultation - Haiti TPS

Good Afternoon,

I'm emailing to request that PLCY reach out to Department of State to satisfy the consultation requirement for S1's consideration (again) of TPS Haiti. Following the Secretary's June 4th decision, USCIS published the FRN terminating Hait's TPS designation on July 1st. Haiti's TPS was therefore slated to terminate on Sept. 2nd. However, on July 15th, a U.S. District Court judge for the Eastern District of New York issued a final order that states that the effective date of any termination can be no earlier than Feb. 3, 2026. With the court order, S1 now has to make a decision 60-days prior to Feb. 3, 2026 on TPS designation for Haiti; the statutory deadline is thus Dec. 5, 2025.

USCIS is in the process of reviewing country conditions and pulling together a recommendation package for S1's review, with a goal of having the package pending with S1 later this month/early next. Considering all, it would be helpful for the agency/department if PLCY re-engaged with State and obtain a specific record of consultation for Haiti.

Happy to chat further if there are questions/desire to discuss.

I hope everyone has a great weekend!

~ Sam

*Samantha Deshommes*
*Chief Regulatory Officer*
*Regulatory Coordination Division, Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
████████████

***This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is***

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

NTPSA2_008692

NTPSA2_008690