# EXHIBIT 3

| | |
|---|---|
| **From:** | Chretien, Spencer ███████████████ |
| **Sent:** | Tuesday, July 22, 2025 6:49 PM |
| **To:** | LAW, ROB ███████████████ |
| **Subject:** | RE: [External] FW: Haiti TPS |

---

> This email is from an external US Government agency.

Rob,

I confirm that we have no foreign policy concerns with ending this TPS designation on or around the date below.

**Spencer Chretien**
Senior Bureau Official
Population, Refugees, and Migration

 U.S. DEPARTMENT *of* STATE

SENSITIVE BUT UNCLASSIFIED

**From:** LAW, ROB ███████████████
**Sent:** Monday, July 21, 2025 4:03 PM
**To:** Chretien, Spencer ███████████████
**Subject:** [External] FW: Haiti TPS

Spencer,

See below. We might need something from State on Haiti's designation ████████████████
████████████████████████████████████████

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
██████████

**From:** PERCIVAL, JAMES ███████████████████
**Sent:** Monday, July 21, 2025 2:08 PM
**To:** Edlow, Joseph B ████████████████ LAW, ROB ███████████████ McDonald, Christina (OGC)
████████████████
**Cc:** Mazzara, Joseph ███████████████
**Subject:** Haiti TPS

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER