EXHIBIT 4

| | |
|---|---|
| **From:** | Deshommes, Samantha L  |
| **Sent:** | Friday, September 5, 2025 5:02 PM |
| **To:** | LAW, ROB |
| **Cc:** | Good, Andrew R ████████████████████████; Stiefel, Nathaniel I ████████████████████ |
| **Subject:** | RE: State Consultation - Haiti TPS |

---

Thanks, Rob!

**From:** LAW, ROB ██████████████
**Sent:** Friday, September 05, 2025 4:56 PM
**To:** Deshommes, Samantha L ████████████████████████ BURKE, RORY ████████████████████████
NEWMAN, EMILY ████████████████ GUNDUZ, IHSAN███████████████████████; Chulapakorn,
Adrienne ◀████████████████
**Cc:** Good, Andrew R ██████████████████████; Stiefel, Nathaniel I ◀████████████████████
**Subject:** RE: State Consultation - Haiti TPS

I've taken for action. Thanks.

Rob Law
Senior Counselor, Office of the Secretary
U.S. Department of Homeland Security
████████████

**From:** Deshommes, Samantha L ████████████████████████████
**Sent:** Friday, September 5, 2025 4:47 PM
**To:** BURKE, RORY████████████████████; NEWMAN, EMILY ██████████████████████GUNDUZ, IHSAN
█████████████████ Chulapakorn, Adrienne ██████████████████LAW, ROB
████████████████
**Cc:** Good, Andrew R ██████████████████████; Stiefel, Nathaniel I ████████████████████◀
**Subject:** State Consultation - Haiti TPS

Good Afternoon,

I'm emailing to request that PLCY reach out to Department of State to satisfy the consultation
requirement for S1's consideration (again) of TPS Haiti. Following the Secretary's June 4th decision,
USCIS published the FRN terminating Hait's TPS designation on July 1st. Haiti's TPS was therefore
slated to terminate on Sept. 2nd. However, on July 15th, a U.S. District Court judge for the Eastern
District of New York issued a final order that states that the effective date of any termination can be no
earlier than Feb. 3, 2026. With the court order, S1 now has to make a decision 60-days prior to Feb.
3, 2026 on TPS designation for Haiti; the statutory deadline is thus Dec. 5, 2025.

USCIS is in the process of reviewing country conditions and pulling together a recommendation
package for S1's review, with a goal of having the package pending with S1 later this month/early
next. Considering all, it would be helpful for the agency/department if PLCY re-engaged with State
and obtain a specific record of consultation for Haiti.

Happy to chat further if there are questions/desire to discuss.

I hope everyone has a great weekend!

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

~ Sam

*Samantha Deshommes*
*Chief Regulatory Officer*
*Regulatory Coordination Division, Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
████████████████████

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER