# EXHIBIT 5

**From:** Deshommes, Samantha ██████████████████████
**Sent:** 10/8/2025 4:51:41 PM
**To:** SCHULENBURG, CHRISTOPHER ████████████████████

My memory of the email I saw July (visually, but wasn't forwarded) was that the text was similar and included something along the lines of 'there are no foreign policy concerns with termination of TPS for any of the countries for the remainder of the year'

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER