# EXHIBIT 7

| | |
|---|---|
| **From:** | Robles, Jessica C ◄███████████████████████ |
| **Sent:** | Thursday, September 4, 2025 10:39 AM |
| **To:** | Krichinsky, Emmarie K (Emma) ◄████████████████████████ |
| **Cc:** | Rivera, Gustavo Jr ◄█████████████████████ |
| **Subject:** | FW: Summarizing OP&S Request on Haiti |
| **Attach:** | 250908 Haiti Country Conditions Update Draft with Template.docx |

Hi Emma,

The draft of the update on Haiti that we discussed yesterday is attached for your review. I used the Afghanistan addendum that you shared with me as a template.

Thanks,

**Jessica Robles**
Adjudications Officer – Americas Researcher
Research Branch
Refugee, Asylum, and International Operations
U.S. Citizenship and Immigration Services
Department of Homeland Security
████████████████████

**From:** Robles, Jessica C
**Sent:** Wednesday, September 3, 2025 9:30 AM
**To:** Krichinsky, Emmarie K (Emma) <Emma.K.Krichinsky@uscis.dhs.gov>
**Cc:** Rivera, Gustavo Jr <gustavo.rivera@uscis.dhs.gov>
**Subject:** Summarizing OP&S Request on Haiti

Hi Emma and Gustavo,

Emma, thank you for chatting with me this morning. Per our conversation, OP&S has requested a one-page update with approximately three to five bullet points on the main developments in country conditions in Haiti since March 20, 2025. We discussed a due date of Monday or Tuesday of next week. I am going to work on the update today and try to get it to you and Rebecca as soon as possible.

If OP&S makes any changes to this request, please let me know.

Thanks,

**Jessica Robles**
Adjudications Officer – Americas Researcher
Research Branch
Refugee, Asylum, and International Operations
U.S. Citizenship and Immigration Services
Department of Homeland Security
████████████

NTPSA2_008147
NTPSA2_008147