# EXHIBIT 8

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Refugee, Asylum and International Operations Directorate
Research Branch
5900 Capital Gateway Drive
Camp Springs, MD 20529



## Haiti: Temporary Protected Status (TPS) Considerations (Addendum)[1]

➤ **State of emergency**: On August 9, 2025, Haiti's transitional government declared a three-month state of emergency for the "West, Artibonite and Center departments," in response to insecurity and food shortages.[2]

➤ **Gangs exert "near-total control" of Port-au-Prince**: In a briefing to the United Nations Security Council on July 2, 2025, Ghada Waly, the executive director of the United Nations Office on Drugs and Crime, reported that "organized criminal groups have gained near-total control of the capital, with an estimated 90 per cent of Port-au-Prince under their grip, while they continue expanding across strategic routes and border regions."[3] Between April and June 2025, gangs "ransacked, burned, or destroyed" schools, health centers, and private homes, among other buildings.[4]

➤ **Gangs expanded territorial control outside of Port-au-Prince**: According to the United Nations Integrated Office in Haiti (BINUH), as of July 2025, "the gangs appear to be pursuing a strategic objective of establishing a presence in localities along key roadways crossing the Centre and Artibonite departments, particularly with the aim of controlling routes that connect the capital to the northern regions and to the border with the Dominican Republic, in the east of the country."[5]

---

[1] The addendum covers the period from March 20, 2025 – September 3, 2025.

[2] Haiti declares a 3-month state of emergency as gangs ravage country's central region, The Associated Press, Aug. 9, 2025.

[3] UN Security Council Briefing on the Situation in Haiti, United Nations Office on Drugs and Crime, Jul. 2, 2025.

[4] Quarterly Report on the Human Rights Situation in Haiti April – June 2025, United Nations Integrated Office in Haiti (BINUH), Aug. 1, 2025, p.15.

[5] Intensification of Criminal Violence in Lower Artibonite, The Center Department, and Regions Located East of the Metropolitan Area of Port-au-Prince, United Nations Integrated Office in Haiti (BINUH), July 2025, p.4.

> ➤ **Drone Strikes**: Haiti's transitional government hired foreign contractors to conduct drone strikes against alleged gang strongholds.[6] The strikes began in March 2025.[7] There are concerns about the harm that these strikes may have already caused to civilians.[8] The BINUH reported that, between April and June 2025, "814 people were killed, and 449 others were injured during security forces operations, 36% of them by explosive drones. 15% of victims during these operations were not associated with gangs."[9]

---

[6] Henry Shuldiner, Drone Strikes Shake Haiti's Gangs but Leave Legal and Strategic Questions, InSight Crime, Jun. 24, 2025.

[7] Henry Shuldiner, Drone Strikes Shake Haiti's Gangs but Leave Legal and Strategic Questions, InSight Crime, Jun. 24, 2025.

[8] Henry Shuldiner, Drone Strikes Shake Haiti's Gangs but Leave Legal and Strategic Questions, InSight Crime, Jun. 24, 2025.

[9] Quarterly Report on the Human Rights Situation in Haiti April – June 2025, United Nations Integrated Office in Haiti (BINUH), Aug. 1, 2025, p.3.

NTPSA2_008149

NTPSA2_008148