# EXHIBIT 9

**From:** Ridley, Sasha M ███████████████████████

**Sent:** Friday, September 12, 2025 6:20 PM

**To:** Roes, Mary A ████████████████████; Holland, Ashley M ███████████████████

**Cc:** Honig, Ofira M ████████████████; Noncent, Karine A ████████████████, Smith, Mirna ███████████████████ Williamson, Bryan J ██████████████████

**Subject:** FW: Haiti country conditions

**Attach:** Haiti TPS COI Report March 2025_update Sept. 2025 (091225).docx; Haiti TPS COI Report March 2025_update Sept. 2025 (091225).pdf; Haiti TPS COI Addendum (091225).docx; Haiti TPS COI Addendum (091225).pdf

---

Hi everyone, Haiti COI is attached.

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
███████████████████████████████

**From:** Tanner, Rebecca S ████████████████████
**Sent:** Friday, September 12, 2025 5:37 PM
**To:** Ridley, Sasha M < █████████████████
**Cc:** Krichinsky, Emmarie K (Emma) ███████████████████
**Subject:** RE: Haiti country conditions

Hi Sasha,

Please find attached two documents with COI updates related to Haiti TPS: (1) our comprehensive Haiti TPS COI report of March 2025 (with updates as noted in FN 1 to cover the May 2025 designation of Viv Ansanm and Gran Grif as foreign terrorist organizations), in both Word and PDF; and (2) a brief, bulleted Haiti TPS COI Addendum (covering the period of 3/20/25-9/3/25), in both Word and PDF. Given the anticipated length of time between the March 2025 TPS COI report and submission of the new Haiti TPS decision package to DHS, we are comfortable with both the comprehensive Haiti TPS COI report and the Sept. 2025 Addendum being submitted as part of the decision making package.

Best,
Rebecca

---

**From:** Tanner, Rebecca S
**Sent:** Friday, August 29, 2025 5:28 PM
**To:** Ridley, Sasha M < █████████████████████
**Cc:** Krichinsky, Emmarie K (Emma) ██████████████████
**Subject:** RE: Haiti country conditions

Hi Sasha,

Yes, we can plan to supplement our Haiti TPS COI Considerations report that we submitted on March 24 (attached) with updated information. This year for other TPS COI updates after we complete the full report, we

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

have provided a supplemental document with bullets of 2-4 pages. This is less formal and not intended to be submitted in the decision package, but with information that OP&S HAD can take into account in drafting the decision memo. Is this what you had in mind? Alternatively, we have had a couple TPS COI reports recently where HAD requested that we update the report itself to account for USG actions toward that country, and we have made specific updates to account for 1-2 specific USG actions related to terrorist designations or sanctions. In those instances, we have not changed the reporting period listed in footnote 1, but we have noted that we have included USG-related actions outside of the reporting period. Please let us know which you prefer. Please also let us know if you have a specific deadline in mind.

Best,
Rebecca

Rebecca Tanner
Division Chief
Research & TRIG (R&T) Division
Refugee, Asylum and International Operations Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security

---

**From:** Ridley, Sasha M ◄ ███████████████
**Sent:** Friday, August 29, 2025 3:08 PM
**To:** Tanner, Rebecca S ◄ ██████████████ ; Holland, Ashley M ███████████████
**Cc:** Williamson, Bryan J ████████████████ Honig, Ofira M ███████████████
**Subject:** Haiti country conditions

Hi Rebecca and Ashley,
We were waiting for a legal option from OCC ████████████████████████

████████████████████████ Would it be possible to get an update on Haiti country conditions within the next week or so?

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER