# EXHIBIT 11

**From:** Ridley, Sasha M ███████████████████████████

**Sent:** Tuesday, September 9, 2025 5:06 PM

**To:** Honig, Ofira M ████████████████████ Williamson, Bryan J ██████████████████████████████████ Smith, Mirna ████████████████ Turner, Ebony N ███████████████████████████ Parisi, Jessica R ██████████████████████

**Subject:** RE: Haiti Decision Memo Addendum

___

Hi Ofira, this is solid; I made some edits with suggested additions.  I reframed it as a traditional memo that refers back to the original and suggested some areas where we can put "refreshed" information.  Thank you!

Sasha Mehra Ridley
Chief, Provisional Protections Branch, Humanitarian Affairs Division
Office of Policy and Strategy (OP&S)
U.S. Citizenship & Immigration Services (USCIS) | Department of Homeland Security (DHS)
5900 Capital Gateway Drive Camp Springs, MD 20588
████████████████████████████████████


**From:** Honig, Ofira M ███████████████████
**Sent:** Thursday, September 04, 2025 1:59 PM
**To:** Williamson, Bryan J ███████████████████ Smith, Mirna ██████████████████████; Turner, Ebony N ████████████████████ Ridley, Sasha M ██████████████████████ Parisi, Jessica R ████████████████████
**Subject:** RE: Haiti Decision Memo Addendum

Hi Bryan,

Thanks for sharing that, it's helpful. I have all of those sections represented. I'm happy to re-name the "Introduction" section to "Purpose" to retain conformity. I'm re-attaching here for you all with that change.

For transparency, I am on leave Friday, 9/5 and Monday, 9/8. I'll be back online / in office on Tuesday, 9/9, Wednesday 9/10, Thursday 9/11 and Friday 9/12. Then, I will be on leave from Monday
9/15 through Tuesday 9/30.

Happy to do as much work as possible on this as I can, so I'm eager to hear your thoughts!

Thanks,
Ofira


**From:** Williamson, Bryan J ██████████████████████
**Sent:** Thursday, September 4, 2025 1:46 PM
**To:** Honig, Ofira M ██████████████████; Smith, Mirna ████████████████████
**Cc:** Ridley, Sasha M ████████████████████
**Subject:** RE: Haiti Decision Memo Addendum

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

FYSA

Here's ESEC's most recent template design.

If you Implementation Plan section is based off of the most recent DO template we may not need it for S1 unless the DO feels it's necessary. That said, then it's also missing the clearance section.

Thanks,

**Bryan Williamson**
Project Manager
Regulatory Management Branch
Regulatory Coordination Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security

---

**From:** Honig, Ofira M
**Sent:** Thursday, September 4, 2025 1:30 PM
**To:** Smith, Mirna                         Williamson, Bryan J
**Subject:** FW: Haiti Decision Memo Addendum

---

**From:** Honig, Ofira M
**Sent:** Thursday, September 4, 2025 1:28 PM
**To:** Ridley, Sasha M
**Cc:** Parisi, Jessica R                         Turner, Ebony N
**Subject:** Haiti Decision Memo Addendum

Hi Sasha, Jessica, and Ebony,

I created this Haiti Decision Memo Addendum mock up that I just referenced in our meeting with HAD/RCD/OCC. Can you let me know what you think? It's a very rough draft so I know it's not perfect in terms of language or style but just wondering your big picture thoughts first. Obviously, happy to hear OP&S FO and OCC thoughts as well if you deem appropriate. I have attached the most recently signed Haiti TPS Decision Memo as well for your convenience.

Thanks,

Ofira Honig
Policy Analyst Detailee, Humanitarian Affairs Division
Office of Policy and Strategy (OPS)
U.S. Citizenship & Immigration Services (USCIS)
Department of Homeland Security (DHS)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER