# EXHIBIT 12

**From:** Honig, Ofira M [█████████████████]
**Sent:** Thursday, September 4, 2025 2:48:28 PM
**To:** Turner, Ebony N
**Subject:**

Hi Ebony! Re: Haiti TPS this is what I know:

- Yesterday Sasha and I had a 1:1 and she told me that she asked RRU and PRD to provide updates to their respective Haiti TPS reports and they both said they could provide that around 9/12.
- Sasha asked me to do some COI research on Haiti myself given the delayed timelines with PRD/RRU
- Sasha and I discussed strategies for what an updated DM/FRN would look like given that we just got the DM signed on 6/4 and FRN published 7/1. It seems odd to circulate a totally new DM so I suggested we call the document an addendum to the DM and Sasha seemed amenable.
- Sasha asked me to set up a meeting with OCC to talk about next steps for Haiti i.e. most specifically ███████████████████████ That was the meeting today!
- I threw together a mock document that I called addendum to the decision memo and shared it just now with you, sasha, jessica, bryan, mirna. I really am hoping to get feedback from OP&S FO and OCC ████████████████████████████████████
███████████████████
- I'll be on leave Friday and Monday and Jessica is serving as my back up! We'll see if there's any movement on this while I'm out those two days.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER