EXHIBIT 13

PRE-DECISIONAL/DELIBERATIVE



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

**[Date]**

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:              Joseph B. Edlow
                   Director

SUBJECT:           **Addendum to the June 4, 2025 Decision Memorandum on the
                   Termination of Temporary Protected Status for Haiti**

**Purpose**
U.S. Citizenship and Immigration Services (USCIS) is re-presenting a recommendation of
"termination" of Temporary Protected Status for Haiti for your consideration based on a review of
current conditions in Haiti and an analysis indicating that permitting Haitian nationals to remain
temporarily in the United States is contrary to the U.S. national interest. USCIS is re-presenting this
recommendation in a truncated addendum format and attaching the Decision Memo with subject
Temporary Protected Status for Haiti which was signed by Secretary Noem on June 4, 2025.

**Background**
Haiti was initially designated for Temporary Protected Status on January 1, 2010, based on a
determination that there were extraordinary and temporary conditions in Haiti that prevented
nationals of Haiti from returning in safety and that permitting such aliens to remain temporarily in
the United States would not be contrary to the national interest of the United States.[1] Following the
initial designation, the former Secretary extended and newly designated Haiti for Temporary
Protected Status once, from July 23, 2011 through January 22, 2013, based on extraordinary and
temporary conditions from.[2] Thereafter, Temporary Protected Status was extended three times
based on extraordinary and temporary conditions: (1) from January 23, 2013 through July 22,
2014[3]; (2) from July 23, 2014 through January 22, 2016[4]; and (3) from January 23, 2016 through
July 22, 2017[5]. The Secretary then granted a six month extension of Temporary Protected Status
from July 23, 2017 through January 22, 2018, but made clear that Temporary Protected Status Haiti

---

[1] See Designation of Haiti for Temporary Protected Status, 75 FR 3476 (Jan. 21, 2010).
[2] See Extension and Redesignation of Haiti for Temporary Protected Status, 76 FR 29000 (May 19, 2011).
[3] See Extension of the Designation of Haiti for Temporary Protected Status, 77 FR 59943 (Oct. 1, 2012).
[4] See Extension of the Designation of Haiti for Temporary Protected Status, 79 FR 11808 (Mar. 3, 2014).
[5] See Extension of the Designation of Haiti for Temporary Protected Status, 80 FR 51582 (Aug. 25, 2015).

PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    NTPSA2_005805
NTPSA2_005805

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Haiti**
Page 2


beneficiaries should get their affairs in order because a further extension appeared unwarranted based on then-current country conditions.[6] Subsequently, the Secretary announced the termination of the Temporary Protected Status designation of Haiti effective July 22, 2019.[7]

The termination of Haiti's 2011 Temporary Protected Status designation was challenged in several lawsuits, and court injunctions required DHS to temporarily continue Temporary Protected Status for Haiti pending a final court order.[8] Former Secretary Mayorkas newly designated Haiti on the basis of extraordinary and temporary conditions effective August 3, 2021 through February 3, 2023.[9] Thereafter, Temporary Protected Status for Haiti was extended and newly designated from February 4, 2023 through August 3, 2024.[10] In July 2024, DHS issued a notice stating that Secretary Mayorkas had once again determined to extend and newly designate Haiti for Temporary Protected Status for an 18-month period, set to expire on February 3, 2026.[11]

On February 24, 2025, DHS published a *Federal Register* notice announcing your decision to partially vacate the June 4, 2024 Temporary Protected Status decision by reducing the period of extension and redesignation of Temporary Protected Status for Haiti from 18 months to 12 months with an amended end date of August 3, 2025.[12] On July 1, 2025, DHS published a *Federal Register* notice announcing your decision to terminate the Temporary Protected Status designation for Haiti, effective September 2, 2025.[13] On July 15, 2025, a judge in the U.S. District Court for the Eastern District of New York issued a final judgement in *Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464, that makes the effective date of any termination no earlier than February 3, 2026. DHS disagrees with this ruling and is working to determine next steps.

Given the new effective date, Haiti's existing designation for Temporary Protected Status will expire on February 3, 2026. At least 60 days before a Temporary Protected Status designation expires, the Secretary, after consultation with appropriate U.S. Government agencies, is required to review the conditions in a country designated for Temporary Protected Status to determine whether the conditions supporting the designation continue to be met, and, if so, the length of an extension of the designation.[14] A timely decision must be made by December 5, 2025.

**Legal and Policy Considerations**
In compliance with the U.S. District Court for the Eastern District of New York's final judgement, Temporary Protected Status for Haiti will terminate on February 3, 2026. On June 4, 2025, you

---

[6] See Extension of the Designation of Haiti for Temporary Protected Status, 82 FR 23830 (May 24, 2017).

[7] See Termination of the Designation of Haiti for Temporary Protected Status, 83 FR 2648 (Jan. 18, 2018).

[8] On Dec. 28, 2023, the U.S. District Court for the Northern District of California dismissed *Ramos v. Nielsen*, No. 18-cv-01554 (N.D. Cal. Dec. 28, 2023). *Bhattarai v. Nielsen*, No. 19-cv-731 (N.D. Cal. Mar. 12, 2019) was consolidated with *Ramos* in August 2023. The court agreed with the government position that subsequent Temporary Protected Status designations rendered the pending litigation moot.

[9] See Designation of Haiti for Temporary Protected Status, 86 FR 41863 (Aug. 3, 2021).

[10] See Extension and Redesignation of Haiti for Temporary Protected Status, 88 FR 5022 (Jan. 26, 2023).

[11] See Extension and Redesignation of Haiti for Temporary Protected Status, 89 FR 54484 (July 1, 2024).

[12] See Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti, 90 FR 10511 (Feb. 24, 2025).

[13] See Termination of the Designation of Haiti for Temporary Protected Status, 90 FR 28760 (July 1, 2025).

[14] See Immigration and Nationality Act (INA) sec. 244(b)(3)(A); see also Attachment A: Temporary Protected Status Legal Authority.

PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Haiti**
Page 3


signed a Decision Memo from Acting Director Angelica Alfonso-Royals with subject Temporary Protected Status for Haiti. In this memo, you concurred with USCIS's recommendation that you terminate Haiti's designation for Temporary Protected Status.

In that Decision Memo, USCIS reviewed country conditions in Haiti and outlined its reasoning for why termination of Temporary Protected Status for Haiti was warranted. This review included examining: (a) whether extraordinary and temporary conditions in Haiti that prevent aliens who are Haitian nationals from returning to Haiti in safety continued to exist, and (b) if permitting Haitian nationals to remain temporarily in the United States was contrary to the national interest of the United States. USCIS concluded that the current situation in Haiti is concerning, however, the United States must prioritize its national interests, which includes assessing foreign policy, public safety, national security, migration factors, immigration policy, and economic considerations. USCIS outlined the national interest concerns in its memo to you. In considering these factors individually and cumulatively, you determined that permitting Haitian nationals to remain temporarily in the United States is contrary to the U.S. national interest.[15]

Since you signed the Decision Memo, USCIS has continued to monitor events in Haiti and considered whether termination of Temporary Protected Status for Haiti is still warranted.

Country conditions in Haiti, as outlined in the signed June 4, 2025 memo, remain much the same. In a recent briefing, the UN Secretary General stated that despite continuing violence in Haiti, "there are emerging signals of hope."[16] Specifically, "closer coordination between the Prime Minister's Task Force, the Haitian National Police and Security Council-backed Multinational Security Support Mission (MSS) is improving operations on the ground."[17] On August 28, 2025, Acting U.S. Representative to the United Nations, Ambassador Dorothy Shea delivered remarks that stated "the United States and Panama are sharing a draft UN Security Council resolution with this Council to help address the growing violence by establishing a Gang Suppression Force and creating a UN Support Office to provide logistical support to efforts on the ground" and urged Council members to join them.[18]

**Implementation Plan**
EADs?
FRN?
Web announcement?


**Conclusion**
Given that conditions in Haiti have largely remained similar to the time of writing of the most recent Decision Memo, with some hopeful developments emerging, USCIS has conducted a

---

[15] For further details, please review Attachment D: June 4, 2024 Signed Decision Memo, Temporary Protected Status for Haiti.
[16] United Nations, "'The people of Haiti are in a perfect storm of suffering,' warns UN chief" Aug. 28, 2025, https://news.un.org/en/story/2025/08/1165738.
[17] *Id*.
[18] United States Mission to the United Nations, "Remarks at a UN Security Council Briefing on Haiti" Aug. 28, 2025, https://usun.usmission.gov/remarks-at-a-un-security-council-briefing-on-haiti-7/.

PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Haiti**
Page 4

thorough analysis and concluded that the recommendation of termination of the designation of Haiti for Temporary Protected Status is still warranted.

**Options:** Your options include the following actions:

1)  *Terminate Haiti's Designation for Temporary Protected Status* (**USCIS Recommendation**)

     •   If you determine that Haiti no longer meets the statutory requirements for its Temporary Protected Status designation, you must terminate Temporary Protected Status for Haiti. Termination would end Temporary Protected Status benefits for existing Haiti Temporary Protected Status beneficiaries after the termination determination is published in the *Federal Register* and the termination becomes effective. Upon the termination of Temporary Protected Status benefits, former beneficiaries without another immigration status or authorization to remain would no longer have permission to work and remain in the United States. They may, however, apply for any other immigration benefits for which they may be otherwise eligible (e.g., asylum, lawful permanent residence).
     •   If you decide to terminate Haiti's designation, the effective date of termination may not be earlier than 60 days after the date the *Federal Register* notice announcing the termination is published or, if later, the expiration of the most recent previous extension. Note that you can set an effective date longer than 60 days if you choose to do so. However, a 60-day transition period aligns with recent determinations made when Temporary Protected Status designations have been terminated, helps to streamline enforcement operations, and avoids creating uncertainty or false hope of a future designation.

2)  *No Decision/Automatic Extension*

     •   After review of the assessment, you could choose not to make a determination about whether Haiti's Temporary Protected Status designation should be extended or terminated at this time. If you do not make a determination at least 60 days prior to its expiration date, by statute, its period of designation will be automatically extended for 6 additional months (or, in your discretion, a period of 12 or 18 months).
     •   Should you choose not to make a determination about whether the conditions supporting Haiti's designation continue to be met, an announcement of the automatic extension is required via *Federal Register* notice, including information to beneficiaries and employers about continued employment authorization and the period of extension. Note that you would then have to review conditions prior to the expiration of that extension.

3)  *Extend Haiti's Designation for Temporary Protected Status*

     •   Under the Temporary Protected Status statute, if you determine that the statutory conditions for designation continue to be met, you must extend the Temporary Protected

PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PRE-DECISIONAL/DELIBERATIVE

**Temporary Protected Status for Haiti**
Page 5

> Status designation for an additional period of 6, 12, or 18 months.[19] Haiti was initially designated for Temporary Protected Status on January 1, 2010 based on extraordinary and temporary conditions in Haiti that prevented nationals of Haiti from returning in safety.
>
> - Should the decision be made to extend the designation of Temporary Protected Status for Haiti, only existing Temporary Protected Status beneficiaries may re-register for Temporary Protected Status, and any Haitian nationals who may have entered the United States after the current continuous residence date will not be eligible for an initial application for Temporary Protected Status.

**Signature Level Justification:** The decision to designate any foreign state (or part thereof) is a discretionary decision, and the statute provides that there is no judicial review of any determination with respect to the designation, termination, or extension of a designation.[20] At least 60 days before the expiration of a foreign state's Temporary Protected Status designation or extension, the Secretary, after consultation with appropriate U.S. Government agencies, must review the conditions in the foreign state designated for Temporary Protected Status to determine whether they continue to meet the conditions for the Temporary Protected Status designation.[21]

**Timeliness**: You are required by statute to decide whether to extend or terminate an existing Temporary Protected Status designation at least 60 days before the expiration of the current designation, or the designation is automatically extended for a minimum of 6 months.[22] **For Haiti's designation, which expires on February 3, 2026, you must make a decision by December 5, 2025, or the statutory automatic extension will occur.**

You are further required to provide timely notice of your decision through publication in the *Federal Register*.[23] Your earliest decision will facilitate publication of the *Federal Register* notice, which communicates policy and appropriate procedures to Temporary Protected Status beneficiaries, their employers, and benefit-granting agencies.

---

[19] Along with an extension of the Temporary Protected Status designation, the statute also provides that the Secretary may newly designate the country for Temporary Protected Status. *See* INA sec. 244(b)(1), 8 U.S.C. 1254a(b)(1).
[20] INA sec. 244(b)(5)(A), 8 U.S.C. 1254a(b)(5)(A).
[21] INA sec. 244(b)(3)(A), 8 U.S.C. 1254a(b)(3)(A).
[22] *See* INA sec. 244(b)(3)(A), (C), 8 U.S.C. 1254a(b)(3)(A), (C).
[23] *See* INA sec. 244(b)(3)(A), 8 U.S.C. 1254a(b)(3)(A).

PRE-DECISIONAL/DELIBERATIVE

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Temporary Protected Status for Haiti**
Page 6

**USCIS Recommendation**: USCIS recommends that you terminate the Temporary Protected Status designation based on a finding that permitting Haitian nationals to remain temporarily in the United States is contrary to the U.S. national interest. Further, USCIS recommends the statutory minimum of 60 days following publication of the *Federal Register* notice for the effective date of the termination as appropriate for an orderly period of transition. A 60-day orderly period of transition is consistent with the precedent of previous Temporary Protected Status country terminations and makes clear that the United States is committed to clarity and consistency. Moreover, a 60-day transition period minimizes additional administrative burden and strikes a balance between providing a reasonable timeframe for aliens to transition and safeguarding the integrity of the immigration system and public resources.

**Secretary's Decision**:

1. *Terminate: Terminate Haiti's designation*

   Specify the Effective Date of the Termination (60 days or longer): _____

   Approve/date_____

2. *No Decision/Automatic Extension: Delay a decision on Haiti's designation, resulting in an extension of 6 months*

   Approve/date_____

3. *Extend: Extend Haiti's existing designation for 6, 12, or 18 months*

   Specify duration of extension (6, 12, or 18 months): _____

   Approve/date_____

**Attachments**:
Attachment A:     Temporary Protected Status Legal Authority
Attachment B:     USCIS RAIO Country of Origin Information Considerations Report, Haiti (updated [DATE])
Attachment C:     USCIS OP&S Policy Considerations Report, Haiti (updated [DATE])
Attachment D:     June 4, 2024 Signed Decision Memo, Temporary Protected Status for Haiti

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER