# EXHIBIT 15

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Office of Policy and Strategy*
5900 Capital Gateway Drive
Camp Springs, MD 20588-0009



U.S. Citizenship
and Immigration
Services

October 1, 2025

**TEMPORARY PROTECTED STATUS (TPS)**
**POLICY CONSIDERATIONS: Haiti**
**(October 2025)[1]**

**Overview of Current Country Conditions**

Haiti was first designated for Temporary Protected Status on January 21, 2010 upon DHS finding extraordinary and temporary conditions existed that prevented Haitian nationals from returning in safety.[2] In July 2025, DHS determined that Haiti no longer meets TPS criteria and announced the termination of its designation, initially set for September 2, 2025.[3] A July 2025 final ruling delayed the effective date of the termination to no earlier than February 3, 2026.[4]

While country conditions in Haiti may still be challenging, as described in the reports supporting the Secretary's June 4, 2025, decision to terminate TPS for Haiti, there have been improvements. Haiti continues to experience gang violence. Gangs, some linked to political elites, have amassed control over 90% of Port-au-Prince and key regions in Haiti, weakening state authority and blocking access routes to the capital.[5,6] However, there are some areas of improvement in the transportation and governance that offer signs of optimism.[7] Domestic flights have resumed at Haiti's main international airport though international flights are still suspended, and the Federal Aviation Administration extended its ban on U.S. commercial flights to Port-au-Prince until

---

[1] The reporting period for this report is January 1, 2025, to September 30, 2025.

[2] *See Designation of Haiti for Temporary Protected Status*, 75 FR 3476 (Jan. 12, 2010).

[3] *See Designation of Haiti for Temporary Protected Status*, 90 FR 28760 (Jul. 1, 2025).

[4] *Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464 (E.D.N.Y.) (July 15, 2025)

[5] UN News, Top United Nations Officials urge Swift Global Action as Haiti Nears Collapse (Jul. 2, 2025), available at https://press.un.org/en/2025/sc16111.doc.htm

[6] UN Security Council, Report of the Secretary-General on Haiti (Jun. 27, 2025,) available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[7] Juhakenson Blaise, Haiti registers a whopping 6M voters amid mass displacements, officials say, The Haitian Times (Sep. 12, 2025), available at https://haitiantimes.com/2025/09/12/haiti-oni-registers-millions-voters/

NTPSA2_005770
NTPSA2_005770

March 2026.[8,9] Despite security-related challenges, the National Identification Office reported that 6.3 million Haitians of voting age are registered to vote in the upcoming 2026 elections, which will be the first the country has held since 2016. [10,11,12]

Beyond country conditions, also of critical importance is the consideration of visa overstays, fraud, and public safety threats in determining whether it is in the national interest for Haiti's Temporary Protected Status designation to be extended.

**Temporary Protected Status Designation Time Frames**:

- Initial Temporary Protected Status designation period: January 21, 2010, through July 22, 2011[13]
- Temporary Protected Status extension and new designation periods:
    - July 23, 2011, through January 22, 2013[14]
    - January 23, 2013, through July 22, 2014[15]
    - July 23, 2014, through January 22, 2016[16]
    - January 23, 2016, through July 22, 2017[17]
    - July 23, 2017, through January 22, 2018[18]
- TPS Recission (litigated): January 18, 2018[19]
- New designation of Haiti for Temporary Protected Status: August 3, 2021, through February 3, 2023[20]
- Temporary Protected Status extension and new designation periods:
    - February 4, 2023, through August 3, 2024[21]
    - August 4, 2024, through February 3, 2026[22]
- Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti to expire on August 3, 2025, instead of February 3, 2026[23]

---

[8] UN Security Council, Report of the Secretary-General on Haiti (Jun. 27, 2025,) available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[9] AP News, FAA extends ban on US commercial flights to Haiti's capital because of risk from gangs (Sep. 8, 2025,) available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[10] Juhakenson Blaise, Haiti registers a whopping 6M voters amid mass displacements, officials say, The Haitian Times (Sep. 12, 2025), available at https://haitiantimes.com/2025/09/12/haiti-oni-registers-millions-voters/

[11] *Id.*

[12] *Id.*

[13] *See Designation of Haiti for Temporary Protected Status*, 75 FR 3476 (Jan. 12, 2010).

[14] *See Extension and Redesignation of Hait for Temporary Protected Status*, 76 FR 29000 (May 19, 2011).

[15] *See Extension of the Designation of Haiti for Temporary Protected Status*, 77 FR 59943 (Oct. 01,2012)

[16] *See Extension of the Designation of Haiti for Temporary Protected Status*, 79 FR 11808 (Mar. 3, 2014)

[17] *See Extension of the Designation of Haiti for Temporary Protected Status*, 80 FR 51582 (Aug. 25,2025)

[18] *See Extension of the Designation of Haiti for Temporary Protected Status*, 82 FR 23830 (May 24, 2017)

[19] Haiti is one of the countries with TPS litigation. As such, the rescission of the TPS designation in 2019 had not gone into effect prior to the redesignation in 2021. *See Termination of the Designation of Haiti for Temporary Protected Status*, 83 FR 2648 (Jan. 18, 2018).

[20] *See Designation of Haiti for Temporary Protected Status*, 86 FR 41863 (Aug. 3, 2021)

[21] *See Extension and Redesignation of Haiti for Temporary Protected Status*, 88 FR 5022 (Jan. 26, 2023)

[22] *See Extension and Redesignation of Haiti for Temporary Protected Status*, 89 FR 54484 (Jul. 1, 2024)

[23] *See Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti*, 90 FR 10511 (Feb. 24, 2025)

2

NTPSA2_005771
NTPSA2_005770

- Termination of the Designation of Haiti for Temporary Protected Status effective September 2, 2025[24]

**Reason(s) for Initial Temporary Protected Status Designation for Haiti**:

Haiti was initially designated for Temporary Protected Status upon finding extraordinary and temporary conditions that prevented Haitian nationals (and aliens having no nationality who last habitually resided in Haiti) from returning safely.[25] According to the Federal Register, Haiti's TPS designation was based on a variety of factors such as a natural disaster, destruction of critical infrastructure, and humanitarian challenges.[26]

**Historical Reason(s) for Extension and New Designation of Temporary Protected Status for Haiti**:

DHS extended and newly designated Haiti for Temporary Protected Status in 2011, 2013, 2014, 2016, and 2017.[27,28,29,30,31] According to the published notices, DHS determined there continued to be extraordinary and temporary conditions resulting from the effects of the January 2010 earthquake.

In 2018, DHS determined that the conditions for Haiti's designation on the basis of extraordinary and temporary conditions relating to the 2010 earthquake were no longer supported.[32] While the termination of Haiti's Temporary Protected Status was challenged in the courts, the Temporary Protected Status designation and related benefits remained.

In 2021, DHS newly designated Haiti for Temporary Protected Status based on extraordinary and temporary conditions, citing a deteriorating political crisis, violence, and human rights abuses.[33] DHS extended and newly designated Haiti for Temporary Protected Status again in 2023 and 2024 based on extraordinary and temporary conditions, citing the same conditions as it used in the 2021 designation.[34,35]

On July 1, 2025, DHS published the Secretary's determination that termination of Temporary Protected Status for Haiti is required because it is contrary to the national interest for Haitian nationals (or aliens having no nationality who last habitually resided in Haiti) to remain temporarily in the United States, effective September 2, 2025.[36] In July 2025, a final ruling established that the termination of Temporary Protected Status for Haiti would take effect no

---

[24] *See Termination of the Designation of Haiti for Temporary Protected Status, 90 FR 28760, (Jul. 1, 2025)*

[25] *See Designation of Haiti for Temporary Protected Status, 75 FR 3476 (Jan. 12, 2010).*

[26] *See Designation of Haiti for Temporary Protected Status, 75 FR 3476 (Jan. 12, 2010).*

[27] *See Extension and Redesignation of Haiti for Temporary Protected Status, 76 FR 29000 (May 19, 2011).*

[28] *See Designation of Haiti for Temporary Protected Status, 77 FR 59943 (Oct. 1, 2012).*

[29] *See Extension of the Re-Designation Period for Haiti Temporary Protected Status, 79 FR 25141 (May 2, 2014).*

[30] *See Extension of the Designation of Haiti for Temporary Protected Status, 80 FR 51582 (Aug. 25, 2015).*

[31] *See Extension of the Designation of Haiti for Temporary Protected Status, 82 FR 23830 (May 24, 2017).*

[32] *See Termination of the Designation of Haiti for Temporary Protected Status, 83 FR 2648 (Jan. 18, 2018).*

[33] *See Designation of Haiti for Temporary Protected Status, 86 FR 41863 (Aug. 3, 2021).*

[34] *See Extension and Redesignation of Haiti for Temporary Protected Status, 88 FR 5022 (Jan. 26, 2023).*

[35] *See Extension and Redesignation of Haiti for Temporary Protected Status, 89 FR 54484 (Jul. 1, 2024).*

[36] *See Designation of Haiti for Temporary Protected Status, 90 FR 28760 (Jul. 1, 2025).*

3

NTPSA2_005772
NTPSA2_005770

earlier than February 3, 2026.[37]

## I. Extraordinary and Temporary Conditions

### 1. Has the foreign state continued to experience extraordinary and temporary conditions that prevent nationals of the state from returning to the state in safety?

As discussed in Attachment B, Country of Origin Information Considerations, Haiti continues to experience challenges related to extraordinary and temporary conditions such as gang violence and limited access to healthcare, food, water, and economic opportunity. Despite these concerns, Haiti has made important development gains in healthcare access through international humanitarian efforts to include safe drinking water and cholera treatment centers.[38,39] The United States has provided significant security assistance to Haiti, including $40 million for the Multinational Security Support mission and Haitian National Police, while the Haitian government has committed substantial investments to strengthen security, governance, and the judicial system.[40,41] In response to escalating gang violence, the U.N. Security Council authorized the transition of the Kenya-led Multinational Security Support mission into a Gang Suppression Force with expanded authority to counter criminal gangs, working alongside Haitian security forces.[42,43] Additionally, Haiti is preparing for its first general elections since 2016, scheduled for November 2025, and has proposed a new draft constitution aimed at restructuring governance and consolidating executive power.[44,45]

### 2. What are relevant national interest considerations for the TPS for Haiti designation?

DHS records indicate some members of the Haiti Temporary Protected Status population have been under administrative investigation for risk to national security or public safety, or for attempting to obtain immigration benefits through fraud or misrepresentation. DHS data shows approximately 50% of Haiti Temporary Protected Status beneficiaries or applicants have at least one TECS hit in their immigration benefit request history (which could span over many years

---

[37] *Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464 (E.D.N.Y.) (July 15, 2025)

[38] Jacqueline Charles, UN directs $9 million in emergency funds to Haiti amid worsening humanitarian crisis, Miami Herald (Sep. 10, 2025), available at https://www.msn.com/en-us/news/world/un-directs-9-million-in-emergency-funds-to-haiti-amid-worsening-humanitarian-crisis/

[39] *See Designation of Haiti for Temporary Protected Status*, 90 FR 28760 (Jul. 1, 2025).

[40] Karla Rios, Haiti in Crisis: Developments Related to the Multinational Security Support Mission, US Congressional Research Service: Foreign Affairs Division (Jun. 3, 2025), available at https://www.congress.gov/crs-product/IN12331

[41] Meetings Coverage Security Council, Haiti 'Running Out of Time', Delegate Warns Security Council, Noting Possible Fall of Capital to Gangs Cannot Be Allowed, United Nations (Apr. 21, 2025), available at https://press.un.org/en/2025/sc16047.doc.htm

[42] United Nations, Security Council Authorizes Transition of Multinational Security Support Mission in Haiti to 'Gang Suppression Force' (Sep. 30, 2025), available at https://press.un.org/en/2025/sc16185.doc.htm

[43] U.S. Department of State, On the Next Steps to Restoring Security in Haiti (Oct. 1, 2025), available at https://www.state.gov/releases/office-of-the-spokesperson/2025/10/on-the-next-steps-to-restoring-security-in-haiti/

[44] Sarah Morland, Haiti leader says long-awaited general elections penned for November, Jan. 25, 2025, Reuters, available at https://www.reuters.com/world/americas/haiti-leader-says-general-elections-planned-november-2025-01-29/

[45] Juhakenson Blaise, Haitians reject draft constitution over concerns of fragmentation and weakened democracy (Jun. 9, 2025), available at https://haitiantimes.com/2025/06/09/new-constitution-draft-rejection/

4

and multiple benefit request types), indicating potential issues that required further investigation.[46] It must be noted that a TECS hit does not always lead to derogatory findings or adverse adjudicative decisions. DHS data also shows that as of September 11, 2025, approximately 369 aliens (0.06%) of the Haiti TPS population (including current beneficiaries and applicants with pending applications) had Public Safety related records, and none was associated with Known or Suspected Terrorist records.[47] This information should be taken into consideration when evaluating whether a Temporary Protected Status decision for Haiti aligns with the national interest of the United States.

**TPS as a Likely "Pull Factor" Driving Haiti's Irregular Migration to the U.S.**

Challenges such as poverty, chronic political instability, and devastating natural disasters have historically driven Haitian migration.[48] While there is limited empirical evidence to suggest that Temporary Protected Status alone is a significant pull factor for irregular migration to the United States, Temporary Protected Status designations—particularly repeated new designations—may contribute to migration incentives when combined with other factors, such as broader immigration policies or perceptions of leniency in enforcement. As of 2022, approximately 731,000 Haitian immigrants resided in the United States, comprising the country's 15th largest foreign-born population.[49] This is particularly noteworthy since Haiti's population is 11.8 million, ranking 83rd in the world.[50,51] For several years, there has been a significant increase in the number of Haitians arriving in the United States irregularly, particularly via land. U.S. authorities encountered Haitians at the U.S.-Mexico border approximately 53,900 times in Fiscal Year 2022 and more than 76,100 times in Fiscal Year 2023.[52] From 2019 through 2021, Haitians were the top nationality for migrants crossing the dangerous Darien Gap between Colombia and Panama, and they remained among the three largest groups in 2022 and 2023.[53] Additionally, the

---

[46] TECS is an information-sharing platform which can assist authorized users to access different databases to identify individuals who pose a risk to national security or public safety, and individuals attempting to obtain immigration benefits through fraud or misrepresentation. A TECS hit does not always lead to derogatory findings or adverse adjudicative decisions for a particular person, particularly in long assessment periods and/or in populations that have a high degree of name similarity.

[47] USCIS Internal Data, Fraud Detection and National Security Directorate, U.S. Citizenship and Immigration Services

[48] Diana Roy and Rocio Cara Labrador, Haiti's Troubled Path to Development, Council on Foreign Relations (Jun. 25, 2024), available at https://www.cfr.org/backgrounder/haitis-troubled-path-development

[49] Beatrice Dain & Jeanne Batalova, Haitian Immigrants in the United States, Nov. 8, 2023, Migration Policy Institute, available at https://www.migrationpolicy.org/article/haitian-immigrants-united-states-2022

[50] CIA World Factbook, Haiti, Sept. 12, 2025, available at https://www.cia.gov/the-world-factbook/countries/haiti/#people-and-society

[51] Beatrice Dain & Jeanne Batalova, Haitian Immigrants in the United States, Nov. 8, 2023, Migration Policy Institute, available at https://www.migrationpolicy.org/article/haitian-immigrants-united-states-2022

[52] Beatrice Dain & Jeanne Batalova, Haitian Immigrants in the United States, Nov. 8, 2023, Migration Policy Institute, available at https://www.migrationpolicy.org/article/haitian-immigrants-united-states-2022

[53] Beatrice Dain & Jeanne Batalova, Haitian Immigrants in the United States, Nov. 8, 2023, Migration Policy Institute, available at https://www.migrationpolicy.org/article/haitian-immigrants-united-states-2022

NTPSA2_005774

NTPSA2_005770

U.S. Coast Guard interdicted nearly 7,200 Haitians at sea in Fiscal Year 2022 and 5,100 in the first 11 months of Fiscal Year 2023, marking dramatic increases over previous years.[54] Since the beginning of Fiscal Year 2025, on October 1, U.S. Coast Guard crews repatriated 603 aliens to Haiti, compared to 857 aliens to Haiti in Fiscal Year 2024.[55]

Unchecked surges of aliens into the United States counter the national interests of the United States, as they can perpetuate unsafe migration practices and challenge the integrity of the U.S. immigration system by overwhelming immigration officers and enforcement mechanisms.

**Recent Travel Trends**

Under the provisions of the 2025 Presidential Proclamation, the United States suspends or restricts visa issuance and entry for nationals of certain countries, including Haiti, based on specific criteria.[56] Haiti's lack of a centralized authority capable of providing adequate law enforcement information and ensuring effective dissemination of such data has been identified as a key factor in these restrictions.[57] This deficiency raises concerns about the ability to verify if Haitian nationals pose risks to U.S. national security.

The number of Nonimmigrant Visas (NIVs) issued by the Department of State to Haitian nationals has decreased since Fiscal Year 2018.[58] In Fiscal Year 2018, the average monthly number of Nonimmigrant Visas issued to Haitian nationals was 2,370.[59] The number decreased to 1,865 in 2019, 996 in 2020, and finally 715 in 2021 before increasing to 1,190 in 2022.[60] From Fiscal Year 2022 to 2023, the average monthly NIV issuances again decreased to 880 and subsequently 662 in 2024 before increasing again to 1,224 by May 2025.[61] Although there are significant fluctuations in the average number of NIV issuances across the past eight years, ultimately the average number of monthly NIV issuances has declined by more than 50%. This downward trend in NIV issuance could be attributed to several factors, for example, shifts in U.S. immigration policies including stricter visa eligibility requirements; operational disruptions such as staffing shortages, backlogs, or changes in consular operations; the COVID-19 pandemic could have played a significant role in the sharp decline particularly in 2020 and 2021 due to travel restrictions, embassy closures, and reduced demand for travel; economic and political instability may have influenced the demand for visas as well as the ability of certain Haitians to meet visa requirements; enhanced scrutiny or vetting measures to prevent visa fraud and misuse, etc. Without more definitive or conclusive evidence, it is difficult to assess the exact reason(s) for this decline.

---

[54] Beatrice Dain & Jeanne Batalova, Haitian Immigrants in the United States, Nov. 8, 2023, Migration Policy Institute, https://www.migrationpolicy.org/article/haitian-immigrants-united-states-2022

[55] U.S. Coast Guard News, Coast Guard repatriates 191 aliens to Haiti (Sept. 2, 2025), available at https://www.news.uscg.mil/Press-Releases/Article/4291448/coast-guard-repatriates-191-aliens-to-haiti/

[56] U.S. Embassy in Haiti, Immigrant Visas, available at https://ht.usembassy.gov/immigrant-visas/ (last visited Sep. 22, 2025)

[57] See Restricting the Entry of Foreign Nationals to Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 24497 (June 10, 2025).

[58] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services

[59] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services

[60] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services

[61] USCIS Internal Data, Office of Policy and Strategy, U.S. Citizenship and Immigration Services

6

NTPSA2_005775
NTPSA2_005770

DHS records indicate that the percentage of Haitian nationals in the United States applying for travel authorization to Haiti varies, with an average of 7% between 2019 and 2025.[62] While the overall percentage of the Haitian nonimmigrant population applying for Advanced Parole remains relatively small, there were notable spikes to 18.6% in 2022 and to 14.8% in 2025.[63] The 2025 increase may reflect improved conditions in Haiti, conditions otherwise necessitating travel, or other factors, such as individuals seeking lawful entry to facilitate other immigration benefits.

Furthermore, the 2025 proclamation highlighted the need to address terrorism-related and public-safety risks, as well as concerns about nationals from certain countries overstaying their visas, which could strain immigration and law enforcement resources.[64] Overstaying the terms of the nonimmigrant visa is a violation of U.S. immigration laws and presents challenges for immigration enforcement and resource allocation. Visa overstaying diverts resources from other critical enforcement priorities, such as addressing illegal border crossings. President Trump imposed conditional restrictions and limitations on the entry of certain foreign nationals from 19 countries, including Haiti.[65] According to the Fiscal Year 2024 Department of Homeland Security Entry/Exit Overstay Report, Haiti had a Non-Visa Waiver Program Countries Business or Pleasure Visitors (B-1/B-2) visa overstay rate of 24.84% and a Student and Exchange Visitors (F, M, J) visa overstay rate of 22.35%.[66] These figures significantly exceed the global average overstay rates of 2.33% for B-1/B-2 visas and 3.23% for F, M, J visas – over ten times higher for business or pleasure visitors and six times higher for student and exchange visitors.[67] Haiti's visa overstay rates consistently remain very high compared to other nations, reflecting ongoing challenges in compliance with U.S. visa regulations. Elevated overstay rates present potential risks to U.S. national security and public safety, as individuals who overstay their visas may be harder to locate and monitor, increasing vulnerabilities within immigration enforcement systems.

## II. Additional Considerations

This section highlights certain incremental improvements in Haiti's governance and current conditions.

**Safety and Security**

On February 6, 2025, Secretary of State Marco Rubio stated that the United States "will continue to support the mission" and that he had issued a waiver to allow approximately $40 million of security assistance to flow to the Multinational Security Support mission and the Haitian

---

[62] USCIS Internal Data, Office of Performance and Quality, U.S. Citizenship and Immigration Services
[63] USCIS Internal Data, Office of Performance and Quality, U.S. Citizenship and Immigration Services
[64] See Restricting the Entry of Foreign Nationals to Protect the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 24497 (June 10, 2025).
[65] *Id.*
[66] U.S. Customs and Border Protection, Entry/Exit Overstay Report, Department of Homeland Security (Jul. 16, 2025), available at https://www.dhs.gov/sites/default/files/2025-08/25_0826_cbp_entry-exit-overstay-report-fiscal-year-2024.pdf.
[67] U.S. Customs and Border Protection, Entry/Exit Overstay Report, Department of Homeland Security (Jul. 16, 2025), available at https://www.dhs.gov/sites/default/files/2025-08/25_0826_cbp_entry-exit-overstay-report-fiscal-year-2024.pdf.

NTPSA2_005776
NTPSA2_005770

National Police amid the Trump Administration's foreign assistance "pause."[68] In March 2025, the Haitian Government announced a historic investment to strengthen security and governance, including 236 million USD for the national police, 5.35 million USD for strategic equipment, and 33.6 million USD for the modernizing the armed forces.[69] The initiatives seek to restore authority, protect citizens, ensure justice, counter impunity, revitalize the judicial system, and restore trust in public institutions.[70]

In November 2024, gang violence forced the closure of Haiti's main international airport for a second time that year.[71,72] While the airport reopened to commercial flights in December, domestic flights did not resume until June 2025.[73] The resumption of domestic flights marks a rare success in Haiti's fight against gangs that control at least 85% of Port-au-Prince.[74] International flights have still not resumed and the Federal Aviation Administration is extending its ban on U.S. commercial flights to Port-au-Prince until March 2026.[75,76]

In May 2025, the Trump Administration designated the Viv Ansanm gang coalition and Gran Grif gang as Foreign Terrorist Organizations and Specially Designated Global Terrorists.[77] During Senate testimony, Secretary Rubio proposed that the Organization of American States take a larger role in Haiti, potentially coordinating a security mission, while emphasizing that the Multinational Security Support alone is insufficient.[78] The Administration expressed readiness to

---

[68] Karla Rios,  Haiti in Crisis: Developments Related to the Multinational Security Support Mission, US Congressional Research Service: Foreign Affairs Division (Jun. 3, 2025), available at https://www.congress.gov/crs-product/IN12331

[69] Meetings Coverage Security Council, Haiti 'Running Out of Time', Delegate Warns Security Council, Noting Possible Fall of Capital to Gangs Cannot Be Allowed, United Nations (Apr. 21, 2025), available at https://press.un.org/en/2025/sc16047.doc.htm

[70] Meetings Coverage Security Council, Haiti 'Running Out of Time', Delegate Warns Security Council, Noting Possible Fall of Capital to Gangs Cannot Be Allowed, United Nations (Apr. 21, 2025), available at https://press.un.org/en/2025/sc16047.doc.htm

[71] Danica Coto, Haiti's main airport reopens nearly 3 months after gang violence forced it closed, May 20, 2024, AP News, https://apnews.com/article/haiti-airport-reopening-portauprince-gangs-violence

[72] Evens Sanon & Megan Jenetsky, Haiti's main airport shuts down as gang violence surges and a new prime minister is sworn in, Nov. 11, 2024, AP News, available at https://apnews.com/article/haiti-airport-gang-violence

[73] Evens Sanon, Haiti's first domestic flight takes off since gangs halted commercial air travel last year, AP News (Jun. 12, 2025), available at https://apnews.com/article/haiti-airport-flight-reopens-first-gangs

[74] Evens Sanon, Haiti's first domestic flight takes off since gangs halted commercial air travel last year, AP News (Jun. 12, 2025), available at https://apnews.com/article/haiti-airport-flight-reopens-first-gangs

[75] UN Security Council, Report of the Secretary-General on Haiti (Jun. 27, 2025,) available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[76] AP News, FAA extends ban on US commercial flights to Haiti's capital because of risk from gangs (Sep. 8, 2025,) available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[77] Karla Rios,  Haiti in Crisis: Developments Related to the Multinational Security Support Mission, US Congressional Research Service: Foreign Affairs Division (Jun. 3, 2025), available at https://www.congress.gov/crs-product/IN12331

[78] Karla Rios,  Haiti in Crisis: Developments Related to the Multinational Security Support Mission, US Congressional Research Service: Foreign Affairs Division (Jun. 3, 2025), available at https://www.congress.gov/crs-product/IN12331

8

NTPSA2_005777
NTPSA2_005770

support the Organization of American States but stressed the importance of regional partner cooperation.[79]

In August 2025, the United States proposed a significant shift in the ongoing effort to help Haiti wrestle back territory from criminal armed gangs by rebranding the current Kenya-led Multinational Security Support mission into a more aggressive Gang Suppression Force with a new mandate, more police and expanded autonomy from the Haitian police.[80] The United States and Panama are proposing a U.N. Security Council resolution to expand the Kenya-led multinational force in Haiti into a 5,550-member force with authority to detain gang members, aiming to address escalating violence.[81] The draft resolution expresses appreciation towards Kenya but emphasizes the need for a larger force due to the rapid growth of gang activity.[82] In September 2025, the UN Security Council authorized the transition of the Multinational Security Support mission to a Gang Suppression Force for an initial period of 12 months.[83,84] The Gang Suppression Force is expected to work together with the Haitian National Police and Armed Forces to counter gangs that threaten the civilian population and undermine Haitian institutions.[85]

**National Governance**

Elections for roles in the federal government are expected to unfold in three stages, starting in November 2025 and culminating in a presidential race in February 2026.[86] General elections are due to be held in Haiti on November 15, 2025, the first elections held in the country since 2016.[87,88] The National Identification Office reported that 6.3 million Haitians of voting age are

---

[79] Karla Rios,  Haiti in Crisis: Developments Related to the Multinational Security Support Mission, US Congressional Research Service: Foreign Affairs Division (Jun. 3, 2025), available at https://www.congress.gov/crs-product/IN12331

[80] Jacqueline Charles, 'Gang Suppression Force' to replace Haiti's Kenya-led mission under U.S. proposal, Miami Herald, (Aug. 31, 2025), available at https://www.miamiherald.com/news/nation-world/world/americas/haiti/article311889116.html

[81] Edith M. Lederer, US and Panama propose new force of 5,550 in Haiti with the power to detain gang suspect, Associated Press (Sep. 4, 2025), available at https://apnews.com/article/un-haiti-kenya-panama-1255acdacddbf8dff502c19e9695aac4

[82] Edith M. Lederer, US and Panama propose new force of 5,550 in Haiti with the power to detain gang suspect, Associated Press (Sep. 4, 2025), available at https://apnews.com/article/un-haiti-kenya-panama-1255acdacddbf8dff502c19e9695aac4

[83] United Nations, Security Council Authorizes Transition of Multinational Security Support Mission in Haiti to 'Gang Suppression Force' (Sep. 30, 2025), available at https://press.un.org/en/2025/sc16185.doc.htm

[84] U.S. Department of State, On the Next Steps to Restoring Security in Haiti (Oct. 1, 2025), available at https://www.state.gov/releases/office-of-the-spokesperson/2025/10/on-the-next-steps-to-restoring-security-in-haiti/

[85] United Nations, Security Council Authorizes Transition of Multinational Security Support Mission in Haiti to 'Gang Suppression Force' (Sep. 30, 2025), available at https://press.un.org/en/2025/sc16185.doc.htm

[86] Al Jazeera, Haiti names new head of transitional council ahead of scheduled elections (Aug. 7, 2025), available at https://www.aljazeera.com/news/2025/8/7/haiti-names-new-head-of-transitional-council-ahead-of-scheduled-elections

[87] Sarah Morland, Haiti leader says long-awaited general elections penned for November, Jan. 25, 2025, Reuters, available at https://www.reuters.com/world/americas/haiti-leader-says-general-elections-planned-november-2025-01-29/

[88] Juhakenson Blaise, Haiti registers a whopping 6M voters amid mass displacements, officials say, The Haitian Times (Sep. 12, 2025), available at https://haitiantimes.com/2025/09/12/haiti-oni-registers-millions-voters/

9

NTPSA2_005778
NTPSA2_005770

registered to vote in the upcoming 2026 elections.[89]

Haiti's latest draft constitution was submitted on May 21, 2025 to the Transitional Presidential Council (CPT) by the Steering Committee of the National Conference.[90] Key changes proposed in the draft include: the elimination of local managerial structures— Communal Section Administrative Council (CASEC) and the Assembly of the Communal Section (ASEC)— in favor of elected departmental governors who serve for five-year terms (with the possibility of reelection), the consolidation of executive power under the president,  and the prioritization of Haitian citizenship for individuals holding public office.[91]

The transitional presidential council is considered to be widely unpopular, and its nine members have been rotating into the leadership position.[92] In August 2025, Laurent Saint-Cyr was named as the head of the transitional council ahead of the elections.[93] He is meant to be the final head of the council before it completes its task of holding a presidential election in February 2026.[94] At that point, Saint-Cyr and the council are expected to hand off power to the election's victor.[95]

**Access to Healthcare**

There have been noticeable incremental improvements in international humanitarian efforts to increase access to healthcare in Haiti. The United Nations (UN) announced $9 million in emergency funds to Haiti to help the UN and its partners step up life-saving support to the most vulnerable, including those who have fled their homes and host communities in the Center and Artibonite regions.[96] L'Hôpital Universitaire La Paix in Port-au-Prince is the only public hospital

---

[89] Juhakenson Blaise, Haiti registers a whopping 6M voters amid mass displacements, officials say, The Haitian Times (Sep. 12, 2025), available at https://haitiantimes.com/2025/09/12/haiti-oni-registers-millions-voters/

[90] Juhakenson Blaise, Haitians reject draft constitution over concerns of fragmentation and weakened democracy (Jun. 9, 2025), available at https://haitiantimes.com/2025/06/09/new-constitution-draft-rejection/

[91] Juhakenson Blaise, Haitians reject draft constitution over concerns of fragmentation and weakened democracy (Jun. 9, 2025), available at https://haitiantimes.com/2025/06/09/new-constitution-draft-rejection/

[92] Al Jazeera, Haiti names new head of transitional council ahead of scheduled elections (Aug. 7, 2025), available at https://www.aljazeera.com/news/2025/8/7/haiti-names-new-head-of-transitional-council-ahead-of-scheduled-elections

[93] Al Jazeera, Haiti names new head of transitional council ahead of scheduled elections (Aug. 7, 2025), available at https://www.aljazeera.com/news/2025/8/7/haiti-names-new-head-of-transitional-council-ahead-of-scheduled-elections

[94] Al Jazeera, Haiti names new head of transitional council ahead of scheduled elections (Aug. 7, 2025), available at https://www.aljazeera.com/news/2025/8/7/haiti-names-new-head-of-transitional-council-ahead-of-scheduled-elections

[95] Al Jazeera, Haiti names new head of transitional council ahead of scheduled elections (Aug. 7, 2025), available at https://www.aljazeera.com/news/2025/8/7/haiti-names-new-head-of-transitional-council-ahead-of-scheduled-elections

[96] Jacqueline Charles, UN directs $9 million in emergency funds to Haiti amid worsening humanitarian crisis, Miami Herald (Sep. 10, 2025), available at https://www.msn.com/en-us/news/world/un-directs-9-million-in-emergency-funds-to-haiti-amid-worsening-humanitarian-crisis/

10

NTPSA2_005779

NTPSA2_005770

functioning in a capital largely controlled armed gangs.[97,98]

In April 2025, UNICEF has reached more than 8,500 displaced individuals and members of the host community through multisectoral interventions, including safe drinking water distribution via water-trucking and provision of household water treatment products; free primary health care, deworming, and vaccination through mobile clinics; sensitization and behavior change activities to prevent malnutrition; as well as educational plans, recreational activities, and psychosocial support for children.[99] The American Red Cross has also made efforts to improve access to safe drinking water for thousands of households through construction of over 5300 water points that serve over 246,000 people.[100]

Although the number of suspected cholera cases in Haiti have declined nationwide, cholera continues to affect displaced and host communities in Haiti.[101,102] Out of the 3,077 suspected cases of cholera reported from December 29, 2024 to September 13, 2025, 92 cases were confirmed through culture testing.[103] As part of a strategy of early detection and rapid response, nearly 87 surveillance officers and 13 data managers from the Pan-American Health Organization[104] have been trained to deploy and identify suspected cholera cases since the beginning of 2025.[105] The Pan-American Health Organization has helped to establish a new cholera treatment center and provided training on cholera case management and infection control for six existing cholera treatment centers.[106] Beyond treatment, community awareness sessions

---

[97] Jacqueline Charles, UN directs $9 million in emergency funds to Haiti amid worsening humanitarian crisis, Miami Herald (Sep. 10, 2025), https://www.msn.com/en-us/news/world/un-directs-9-million-in-emergency-funds-to-haiti-amid-worsening-humanitarian-crisis/ar-AA1Mh1VA?ocid=BingNewsVerp

[98] Jacqueline Charles, UN directs $9 million in emergency funds to Haiti amid worsening humanitarian crisis, Miami Herald (Sep. 10, 2025), https://www.msn.com/en-us/news/world/un-directs-9-million-in-emergency-funds-to-haiti-amid-worsening-humanitarian-crisis/

[99] UNICEF, Haiti Humanitarian Flash Update No. 2 (May 2025), available at https://www.worldbank.org/en/news/immersive-story/2024/12/20/glimmers-of-hope-as-haiti-navigates-its-lingering-crisis (last visited May 12, 2025)

[100] Red Cross, Preventing disease and improving health care factsheet, November 2024, available at https://www.redcross.org/content/dam/redcross/atg/Photos/What_We_Do/Preventing_Disease_and_Improving_Healthcare_Factsheet.pdf (last visited May 12, 2025).

[101] UN WHO Pan American Health Organization, Hope amid hardship: Battling cholera in Haiti's displacement camps (Aug. 2025), available at https://www.paho.org/en/stories/hope-amid-hardship-battling-cholera-haitis-displacement-camps

[102] IciHaiti, Cholera present in IDP camps (Sep. 26, 2025), available at https://www.icihaiti.com/en/news-45859-icihaiti-health-cholera-present-in-idp-camps.html

[103] Pan American Health Organization, PAHO – Health Cluster Situation Report No. 26. Humanitarian Situation in Haiti. 13 September 2025, WHO (Sep. 23, 2025), available at https://www.paho.org/en/documents/paho-health-cluster-situation-report-no26-humanitarian-situation-haiti-13-september-2025

[104] The Pan American Health Organization (PAHO) is the specialized international health agency for the Americas and also serves as Regional Office for the Americas of the World Health Organization (WHO), the specialized health agency of the United Nations. *See* PAHO, "Who We Are" https://www.paho.org/en/who-we-are.

[105] UN WHO Pan American Health Organization, Hope amid hardship: Battling cholera in Haiti's displacement camps (Aug. 2025), available at https://www.paho.org/en/stories/hope-amid-hardship-battling-cholera-haitis-displacement-camps

[106] UN WHO Pan American Health Organization, Hope amid hardship: Battling cholera in Haiti's displacement camps (Aug. 2025), available at https://www.paho.org/en/stories/hope-amid-hardship-battling-cholera-haitis-displacement-camps

11

NTPSA2_005780
NTPSA2_005770

on disease prevention have reached 7,000 people and were accompanied by the distribution of mosquito nets, water purification tablets, and oral rehydration solution packets.[107]

**International Intervention and Resilience Building**

Relatedly, in March 2025, the World Bank released a plan to make approximately US$320 million in grant financing available with the aim of building resilience among Haiti's most vulnerable.[108] It will do so by strengthening economic governance and creating employment opportunities, maintaining essential institutional capacity for the provision of basic service delivery, and preserving human capital to increase resilience to natural disasters and shocks.[109]

**Justice System**

Between March and May 2025, the UN Integrated Office in Haiti and the Office of the UN High Commissioner for Human Rights provided support to the jurisdictions of Croix-des-Bouquets and Les Cayes for holding criminal hearings without jury assistance to address prolonged pretrial detention.[110] As a result, 132 defendants were prosecuted for serious criminal offences, including rape, murder, criminal conspiracy and the unlawful possession and trafficking of firearms.[111]

From April to June 2025, the UN Integrated Office in Haiti and UN Office on Drugs and Crime conducted a series of capacity-building activities to enhance the skills of over 300 law enforcement officials, magistrates, lawyers and civil servants.[112] In cooperation with UN Integrated Office in Haiti, the UN Office on Drugs and Crime also facilitated digital skills training for 90 officials.[113]

In April 2025, national authorities published a decree establishing specialized judicial units to investigate, prosecute, and adjudicate complex financial crimes and mass crimes, including cases of sexual violence.[114] In June 2025, the UN Integrated Office in Haiti supported training by the

---

[107] UN WHO Pan American Health Organization, Hope amid hardship: Battling cholera in Haiti's displacement camps (Aug. 2025), available at https://www.paho.org/en/stories/hope-amid-hardship-battling-cholera-haitis-displacement-camps

[108] Joanne Clark, World Bank to invest US$320 million to support Haiti, Caribbean National Weekly (Mar. 7, 2025), available at https://www.worldbank.org/en/news/immersive-story/2024/12/20/glimmers-of-hope-as-haiti-navigates-its-lingering-crisis

[109] Joanne Clark, World Bank to invest US$320 million to support Haiti, Caribbean National Weekly (Mar. 7, 2025), available at https://www.worldbank.org/en/news/immersive-story/2024/12/20/glimmers-of-hope-as-haiti-navigates-its-lingering-crisis

[110] UN Security Council, Report of the Secretary-General on Haiti. (Jun. 27, 2025), available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[111] UN Security Council, Report of the Secretary-General on Haiti. (Jun. 27, 2025), available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[112] UN Security Council, Report of the Secretary-General on Haiti (Jun. 27, 2025), available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[113] UN Security Council, Report of the Secretary-General on Haiti (Jun. 27, 2025), available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

[114] UN Security Council, Report of the Secretary-General on Haiti (Jun. 27, 2025), available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf

NTPSA2_005781

NTPSA2_005770

bar of Port-au-Prince for 150 lawyers to engage effectively with the specialized units.[115]

In May 2025, the Minister of Justice and Public Security announced the government's plan to build three new prisons in the Centre, North, and South departments, in line with international standards.[116] These infrastructures aim to reduce prison overcrowding and improve detention conditions, while strengthening prison security in the light of the attacks perpetrated by gangs on several prisons in the country.[117]

---

[115] UN Security Council, Report of the Secretary-General on Haiti (Jun. 27, 2025), available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf
[116] UN, Quarterly Report on the Human Rights Situation in Haiti (Aug. 1, 2025), available at http://binuh.unmissions.org/en/quarterly-report-human-rights-situation-haiti-april-%E2%80%93-june-2025
[117] UN, Quarterly Report on the Human Rights Situation in Haiti (Aug. 1, 2025), available at http://binuh.unmissions.org/en/quarterly-report-human-rights-situation-haiti-april-%E2%80%93-june-2025

13

NTPSA2_005782

NTPSA2_005770