EXHIBIT 16



**From:** Sweeney, Michael J (Sweeney) ██████████████████████████████████
██████████████████████████████████

**Sent:** 10/30/2025 8:41:17 AM
**To:** Echevarria, Alexandra N ████████████████████████████████
███████████████████████████████████████ Deshommes, Samantha
████████████████████████████

**CC:** Stiefel, Nathaniel I [ ██████████████████████████████
████████████████████████████████████████ Good, Andrew R
████████████████████████████ Noncent, Karine A
████████████████████████████ Buchan, Lesley L
████████████████████████████ Tragesser, Matthew J
████████████████████████████ ; Patching, Laura D
████████████████████████████

**Subject:** RE: CLOSE HOLD for AD Level Clearance: TPS Haiti Designation Termination FRN - Comms Materials

Hello OP&S,

It sounds like the DO has approved the Haiti memo and FRN, and it will move to DHS this morning. Can we resume review on the below communication materials for the **TPS designation for Haiti? Please review by** ==12:00pm on Friday, October 31.== All other PODS have cleared.

Thank you,

Sweeney

**From:** Echevarria, Alexandra N ███████████████████████████████
**Sent:** Monday, October 27, 2025 10:05 AM
**To:** Deshommes, Samantha L ████████████████████████████████
**Cc:** Stiefel, Nathaniel I ██████████████████ Good, Andrew R ████████████████████████████████ ; Noncent, Karine A ██████████████████ ; Buchan, Lesley L ████████████████████ Tragesser, Matthew J ██████████████████████ Patching, Laura D ████████████████████████ Sweeney, Michael J (Sweeney) ██████████████████
**Subject:** RE: CLOSE HOLD for AD Level Clearance: TPS Haiti Designation Termination FRN - Comms Materials

Hi Sam,

Victoria is out all week and I will be out Tues-Thurs of this week. I'm looping Sweeney into this thread as he is covering the TPS portfolio for Victoria while she is out. Sweeney is currently reviewing the draft Haiti FRN to ensure the language and messaging lines up with what we have in the comms. After he is done reviewing, he will reach out to ask OP&S to review the comms again (all other PODs cleared on this package already).

Thanks,
Alex

**From:** Deshommes, Samantha L ████████████████████████████████
**Sent:** Friday, October 17, 2025 2:46 PM

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**To:** Echevarria, Alexandra N ███████████████████ Buchan, Lesley L ████████████ Patching, Laura D
███████████████ Tragesser, Matthew J ██████████████

**Cc:** Stiefel, Nathaniel I ████████████ Good, Andrew R ██████████████ Noncent, Karine A ██████████
**Subject:** RE: CLOSE HOLD for AD Level Clearance: TPS Haiti Designation Termination FRN - Comms Materials

Thanks. Just to be crystal clear, we'll keep you posted as we get things settled, but don't plan to turn to the comms until 10/30 or so.

Sam

---

**From:** Echevarria, Alexandra N ██████████████████
**Sent:** Friday, October 17, 2025 2:07 PM
**To:** Deshommes, Samantha L ████████████ Buchan, Lesley L ███████████████ Tragesser, Matthew J ██████████████ Patching, Laura D
█████████████
**Cc:** Stiefel, Nathaniel I ████████ Good, Andrew R ██████████████ Noncent, Karine A ████████
**Subject:** RE: CLOSE HOLD for AD Level Clearance: TPS Haiti Designation Termination FRN - Comms Materials

Got it – not a problem at all, we definitely want the language to be accurate so next week works!

---

**From:** Deshommes, Samantha L ████████████
**Sent:** Friday, October 17, 2025 1:53 PM
**To:** Echevarria, Alexandra N ████████ Buchan, Lesley L ███████████ Tragesser, Matthew J █████████████ Patching, Laura D
██████████
**Cc:** Stiefel, Nathaniel I ██████████ Good, Andrew R ██████████████ Noncent, Karine A < ████████████
**Subject:** RE: CLOSE HOLD for AD Level Clearance: TPS Haiti Designation Termination FRN - Comms Materials

Hi Alex,

It's being expedited for publication – that is true and Ebony's update is accurately sharing what we learned from OGC this past Tuesday. However, we are still crafting and tweaking the language with DHS in the actual memo. So the details that are needed are still in progress; that's all I'm highlighting. OP&S will not be able to turn to the comms before the recommendation/decision memo text is settled and we're able to finalize the text of the FRN. All of that has to occur and both the signed recommendation memo and draft FRN have to be ready to submit to OGC by the end of this month. OGC is targeting publication just before Thanksgiving.

Again, the need to expedite is certainly there, but the language is still being tweaked on the documents, and since the comms rely on those details, OP&S will need an extension until we're in a settled state there.

Hope that all makes sense.

Sam

*Samantha Deshommes*
*Chief Regulatory Officer*
*Regulatory Coordination Division, Office of Policy & Strategy*

---

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*U.S. Citizenship & Immigration Services, DHS*
*Tel:* ▮

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

---

**From:** Echevarria, Alexandra N ▮
**Sent:** Friday, October 17, 2025 1:47 PM
**To:** Deshommes, Samantha L ▮ Buchan, Lesley L ▮ ragesser, Matthew J ▮ Patching, Laura D ▮
**Cc:** Stiefel, Nathaniel I ▮ Good, Andrew R ▮ Noncent, Karine A ▮
**Subject:** RE: CLOSE HOLD for AD Level Clearance: TPS Haiti Designation Termination FRN - Comms Materials

Thanks, Sam. We can certainly hold until next week if this is being pushed out but we had been moving this on an expedited timeframe given the below update that we received from Ebony on Tuesday. Can you clarify? Has there been a shift from this approach?

As a heads up, this afternoon, DHS requested a more condensed timeline for Haiti. They would like to publish the FRN before Thanksgiving and are asking USCIS to send an updated version of the Decision Memo for signature, along with a USCIS-cleared version of the FRN to DHS for review **by October 28**.

Thanks,
Alex

---

**From:** Deshommes, Samantha L ▮
**Sent:** Thursday, October 16, 2025 4:23 PM
**To:** Echevarria, Alexandra N ▮ Buchan, Lesley L ▮ ragesser, Matthew J ▮ Patching, Laura D ▮
**Cc:** Stiefel, Nathaniel I ▮ Good, Andrew R ▮ Noncent, Karine A ▮
**Subject:** FW: CLOSE HOLD for AD Level Clearance: TPS Haiti Designation Termination FRN - Comms Materials

Hi there! Since the DM is still under development, I'm wondering if this is premature at this point and whether it would be better to pull this one back and hold until sometime next week.

Update that we just rec'd from DHS is that they want to have the D1-signed recommendation memo along with the draft FRN submitted to them by the end of the year, but considering the in-flux nature of things, just flagging that you may get some pushback on the request to review right now since things are still being fine-tuned.

Sam

*Samantha Deshommes*
*Chief Regulatory Officer*
*Regulatory Coordination Division, Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:* ▮

---

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*



**From:** Umoru, Victoria E <█████████████████████>
**Sent:** Thursday, October 16, 2025 4:20 PM
**To:** Roy, David V ████████████████ Parascando, Bridgette H ████████████████
Martin, James H (Jamie) ███████████████; Picker, Roger K ████████████ Good,
Andrew R ███████████████ Stiefel, Nathaniel I ████████████████ Deshommes,
Samantha L ████████████████; Noncent, Karine A ████████████████
Parascandola, Ciro A ████████████████ Hamilton, Cristina A ████████████
Sheets, Mary W ████████████████; Milissis, Nicholas G ████████████ Selby, Cara
M (Carrie) ████████████ Andrade, Daniel W (Danny) ████████████ DeNayer,
Larry C ████████████ Mayhew, Michael X ████████████ Nolan, Connie L
████████████; Cribbs, Carol S ████████████████
**Cc:** Buchan, Lesley L ████████████████; Echevarria, Alexandra N ████████
Umoru, Victoria E ████████████████ Muhletaler, Catherine ████████████
Hradsky, Kelly ████████████; Stacks, Tabitha A ████████████ Tragesser, Matthew
J ████████████████; Patching, Laura D ████████████ Christensen, Gillian M
████████████
**Subject:** CLOSE HOLD for AD Level Clearance: TPS Haiti Designation Termination FRN - Comms Materials

Hi all,

Per DO request for these materials to be close-hold, OPA is asking for an AD/deputy level review only of the below comms materials.

**Request**: Please review the materials below announcing the FRN publication of the Secretary's decision to terminate the TPS designation for Haiti.

**Due Date:** 12 Noon, Mon. Oct. 20

**REMINDER:** Please make all edits in the SharePoint versions and provide the name of the **AD, Deputy AD or Program Office Chief/Deputy Chief,** who reviewed and cleared this for your office as well as their concurrence status ("concurred with edits/comments", "concurred with no edits/comments", "non-concurred", "reviewed – no equities"). Please propose line edits only and avoid open-ended comments and grammar-related changes. Review only for factual accuracy or legal soundness. Edits will be rejected if they are beyond the scope of review. We defer to our Plain Language editors on grammar, format, punctuation, and plain language requirements.

**Background**: The DHS Secretary will announce the termination of Temporary Protected Status (TPS) for Haiti. At least 60 days before a TPS designation expires, the Secretary, after consultation with appropriate U.S. government agencies, is required to review the conditions in a country designated for TPS to determine whether the conditions supporting the designation continue to be met, and if so, how long to extend the designation.  The TPS designation for Haiti expires on February 3, 2026, and the termination will be effective 60 days after publication in the Federal Register.

**Clearance Requested From:**  **(Note: Clearance official must be an AD, Deputy AD, or Program Office Chief/Deputy Chief)**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- OCC:
- SCOPS:
- OP&S:
- MGT:
- IRIS:

**Comms:**

TPS Haiti Designation Termination FRN - LG.docx
TPS Haiti Designation Termination FRN - News Release.docx
TPS Haiti Designation Termination FRN - PAG.docx
TPS Haiti Designation Termination FRN - VER Comms.docx
TPS Haiti Designation Termination FRN - Web Content Update.docx
TPS Haiti Designation Termination FRN - Alert Box.docx

Thank you,

**Victoria Umoru**
Communications Specialist
Office of Public Affairs
External Affairs Directorate
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ▮▮▮▮▮▮▮▮

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER