# EXHIBIT 17

| | |
|---|---|
| **From:** | Honig, Ofira M </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A723FF80658F483E96A95BAC88092253-HONIG, OFIR> |
| **Sent:** | Monday, October 27, 2025 1:44 PM |
| **To:** | Deshommes, Samantha L |
| **Cc:** | Turner, Ebony N                                    Smith, Mirna |
| **Subject:** | RE: [Urgent] *Close Hold* \| For DO Review \| TPS Haiti Package \| Requested by 3 p.m. Tuesday, 10/28 |

I think this looks good, I particularly like what you added in the conclusion. I suggest one more small addition that I'll just include here in bold if that's easier:



**From:** Deshommes, Samantha L
**Sent:** Monday, October 27, 2025 1:33 PM
**To:** Honig, Ofira M
**Cc:** Turner, Ebony N                           Smith, Mirna
**Subject:** RE: [Urgent] *Close Hold* | For DO Review | TPS Haiti Package | Requested by 3 p.m. Tuesday, 10/28

Thanks, Ofira! I think you are on track! I made just a few small tweaks in redline that I want to run past you before we share with OGC. Let me know your thoughts.

Thanks!

Sam

*Samantha Deshommes*
*Chief Regulatory Officer*
*Regulatory Coordination Division, Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:*

*This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.*

**From:** Honig, Ofira M
**Sent:** Monday, October 27, 2025 12:55 PM
**To:** Deshommes, Samantha L

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Cc:** Turner, Ebony N ███████████████████████ Smith, Mirna ████████████████████
**Subject:** RE: [Urgent] *Close Hold* | For DO Review | TPS Haiti Package | Requested by 3 p.m. Tuesday, 10/28

Hi Sam,

████████████████████████████████████████████████████████████████████████

Happy to make any further changes as you see fit.

-Ofira

---

**From:** Deshommes, Samantha L ███████████████████████████
**Sent:** Monday, October 27, 2025 11:21 AM
**To:** Honig, Ofira M ███████████████████████
**Cc:** Turner, Ebony N ████████████████████████████; Smith, Mirna ███████████████
**Subject:** FW: [Urgent] *Close Hold* | For DO Review | TPS Haiti Package | Requested by 3 p.m. Tuesday, 10/28

Hi Ofira,

████████████████████████████████████████████████████████████████████████

██████. Let me know when you're ready for me to take a look and then I'll circulate to both Tom and the OGC folks, before we flip it back to the DO.

Sam

*Samantha Deshommes*
*Chief Regulatory Officer*
*Regulatory Coordination Division, Office of Policy & Strategy*
*U.S. Citizenship & Immigration Services, DHS*
*Tel:* ████████████

**This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.**

---



**From:** Turner, Ebony N ████████████████████████████
**Sent:** Friday, October 24, 2025 4:02 PM
**To:** EXSO Close Hold ████████████████████ Dumas, Jessica L ██████████████████████ Kilgore, Garry R ███████████████████████
**Cc:** Deshommes, Samantha L ██████████████████████████ Pfirrmann-Powell, John R (Ryan) ████████████████ Stiefel, Nathaniel I ████████████████████████ Good, Andrew R ████████████████████ Noncent, Karine A ████████████████████████ Smith, Mirna ██████████ Williamson, Bryan J ████████████████
**Subject:** [Urgent] *Close Hold* | For DO Review | TPS Haiti Package | Requested by 3 p.m. Tuesday, 10/28

Good afternoon EXSO,

The ***Termination of the Designation of Haiti for Temporary Protected Status*** Package (TPS Haiti Memo and Federal Register Notice) is ready for DO review and clearance.

We would like to request DO response **by 3 p.m. Tuesday, October, 28.**

Please note that OP&S met with D1 and D2 yesterday and described the timeline constraints that were recently dictated by OGC; they are aware of and tracking the need for URGENT processing. Also, importantly, this package will need to be handled differently than previous TPS packages, because both the D1-signed memo

and DO-cleared FRN will need to be returned to OP&S-RCD ████████████████ and <u>RCD will submit the documents to DHS HQ through the regulatory process</u>. The decision memo has undergone both USCIS POD clearance as well as clearance by DHS PLCY and DHS OGC.

We would like to request DO response **by 3 p.m. Tuesday, October, 28.**

**Justification for the Urgent Request** : DHS has requested the submission of the TPS Haiti Decision Memo Package and Federal Register Notice (FRN) to OGC via the regulatory process by 10/28. Again, please note that due to ongoing litigation regarding the Haiti FRN, this request differs from our standard process. We are submitting both the Decision Memo Package for DO signature as well as the FRN for DO review and approval to submit to DHS.

**This is a new STARS item.**

**Summary:** Through this notice, the Department of Homeland Security (DHS) announces that the Secretary of Homeland Security (Secretary) is terminating the designation of Haiti for Temporary Protected Status. The designation of Haiti is set to expire on February 3, 2026. After reviewing country conditions and consulting with appropriate U.S. Government agencies, the Secretary determined that Haiti no longer continues to meet the conditions for the designation for Temporary Protected Status. The Secretary, therefore, is terminating the Temporary Protected Status designation of Haiti as required by statute. This termination is effective February 3, 2026.

**Approved for DO Submission:** Nathan Stiefel, OP&S, Deputy Chief, 10/24

**USCIS Clearance History of <u>Federal Register Notice</u>:**
- EXA: Concur, Brandon Fauquet, 10/21/25
- OCFO: Concur, James C. Wearmouth III, 10/23/25
- SCOPS: Concur with edits, Daniel W. Andrade, 10/23/25
- OCC:████████████ Roger K. Picker,10/23/25
- IRIS: Concur, Mike Mayhew, 10/23/25
- OP&S: Concur with edits, Samantha L. Deshommes, 10/21/25. Approved for DO submission, Nathan Stiefel, OP&S, Deputy Chief, 10/24/25.

**USCIS & DHS Clearance History of <u>Decision Memo Package</u>:**
- OCC:████████████ Bridgette H. Parascando, 10/15/25
- FDNS: Concur, Robert R. Pietrafesa, 10/15/25
- SCOPS: Concur, Carrie McCuin Selby, 10/15/25
- RAIO: Concur with edits, Ted Kim, 10/15/25
- OP&S: Concur with edits, Samantha L. Deshommes, 10/13/25. Approved for DO submission 10/24/25
- PLCY (final review): <u>Concur with edits</u>, Rob Law, 10/22/24
- OGC (final review):████████████ (various), 10/24/25

**Important Notes:**
- DHS has requested submission of the TPS Haiti Decision Memo Package and FRN for simultaneous S1 review by 10/28.
- As such, we are requesting DO clearance of all Haiti documents. D1 will need to sign the Decision Memo before it moves forward to DHS for review.
- We are not, however, requesting EXSO to forward the Decision Memo to ESEC for S1 review, per our normal process.
- Following DO clearance, OP&S RCD will route the complete TPS Haiti clearance package (the signed D1-memo and the cleared FRN) to DHS/OGC in RAMS for DHS clearance and S1 review.

**Decision Memo & Attachments:**
- Haiti Decision Memo Addendum_10.24.2025.docx
- Attachment A - Temporary Protected Status (TPS) Legal Authority.pdf
- Attachment B - USCIS RAIO County of Origin Information Report_Haiti_Addendum_Sept. 12 2025.pdf
- Attachment C - OP&S TPS Policy Considerations Report_Haiti _Oct. 24 2025.docx

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- Attachment D - June 4 2025 Signed Decision Memo_Temporary Protected Status for Haiti.pdf

**Federal Register Notice:**
- Haiti_TPS_FRN_10.24.2025.docx

**Justification for Close Hold**: OP&S-RCD has cleared the draft through POD leadership under close-hold parameters, but we defer to EXSO on whether that distinction still needs to apply for the DO review portion of the process.

Please let me know if you have any questions.

Thank you,
Ebony

**Ebony Turner**
Project Manager
Regulatory Management Branch | Regulatory Coordination Division
Office of Policy and Strategy
U.S. Citizenship and Immigration Services
Department of Homeland Security
Cell: ▮▮▮▮▮▮▮▮

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER