# EXHIBIT 18

**From:**     Holland, Ashley M ██████████████████
**Sent:**      Friday, September 26, 2025 10:49:22 AM
**To:**        Deshommes, Samantha L
**Subject:**

Hi Sam, We are working on finalizing the Haiti country considerations report. Paul is forcing me to include a section on how TPS is a pull factor. I would be fine with including that, if we had any empirical evidence to support that claim, but the citations that have been included do not mention TPS at all as a pull factor (and are 3-4 years old). I am obeying his command as my supervisor, but I want to go on record that I am concerned that making such claims without empirical support is not our job and will open us - and the Haiti decision - up to litigation.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER