EXHIBIT 19

**From:**      Holland, Ashley M ███████████████████
**Sent:**      Thursday, October 23, 2025 11:29:31 AM
**To:**        Deshommes, Samantha L
**Subject:**

Hi Sam, thanks for granting access. I concur with Paul that you have addressed the only comment Rob Law left in Haiti attachment C, but I wanted to flag two things for you:

1.  We were asked to provide a citation in the DM to specify a source for the data. That citation was this: USCIS Internal Data, Office of Policy and Strategy, TECS data, TPS Haiti as of Sept. 17, 2025. USCIS. This citation would be plugged in either before or after footnote #46. Would you like me to add that?
2.  You can see that there are no KST hits for Haiti, so Paul removed that because he did not feel that a null result supported the termination argument. Should we remove KST hits going forward or are we only removing it for Haiti because it doesn't support the NS argument?

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER