# EXHIBIT 20

**From:** Honig, Ofira M ████████████████████
**Sent:** Thursday, October 9, 2025 8:40:44 AM
**To:** Holland, Ashley M
**Subject:**

DHS data also shows approximately 369 aliens (0.06%) of the Haiti Temporary Protected Status population (including current beneficiaries and applicants with pending applications) had public safety records, and none were associated with Known or Suspected Terrorist records[SD1] .  [SD2] [AH3]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER