BRETT A. SHUMATE
Assistant Attorney General
Civil Division
RUTH ANN MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*, | Case No. 3:25-cv-1766-EMC |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,[1] | |
| Defendants. | |

---

[1] The current Secretary of Homeland Security is automatically substituted as a defendant in place of the former Secretary, Kristi Noem. *See* FED. R. CIV. P. 25(d).

Defendants respectfully bring to the Court's attention an order that was recently entered by the District of Massachusetts in another case involving a challenge to a termination of a TPS designation. *See* Exhibit A (Dkt. No. 61, *African Communities Together v. Mullin*, Case No. 1:26-cv-10278 (D. Mass. April 20, 2026)). This decision is relevant to Defendants' pending motion (Dkt. 393) for a stay of proceedings in this case pending the Supreme Court's decisions in *Mullin v. Dahlia Doe*, Case No. 25-1083, and *Trump v. Miot*, Case No. 25-1084.

By way of background, the *African Communities Together* action also involves a challenge to the Secretary of Homeland Security's authority to terminate Ethiopia's Temporary Protected Status ("TPS") designation. In that case, the parties filed a joint motion to stay all proceedings until after the Supreme Court issues rulings in *Miot* and *Dahlia Doe*. *African Communities Together* Dkt. 60. On April 20, 2026, the District of Massachusetts granted the parties' joint motion to stay proceedings pending the outcome of the aforementioned cases. Ex. A. The court further noted that its order postponing the termination of Ethiopia's TPS designation will remain in effect while proceedings are held in abeyance. *Id*.

Dated: April 22, 2026                      Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
Trial Attorneys

By: */s/ Shelby Wade*
SHELBY WADE
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 285-8379
Shelby.Wade2@usdoj.gov

*Attorneys for the Defendants*

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 3:25-cv-1766-EMC

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date:  April 22, 2026

*/s/ Shelby Wade*
SHELBY WADE
Trial Attorney