UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NATIONAL TPS ALLIANCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 25-cv-01766-EMC  (SK)<br><br>**ORDER ON ATTORNEY CLIENT PRIVILEGE AND WORK PRODUCT**<br><br>Regarding Docket Nos. 382, 390 |

Upon review of the twenty documents *in camera* that Defendants claimed were protected by attorney-client privilege and the work-product doctrine, the Court ORDERS that the following documents or portions of documents may be withheld as privileged:

(1)　NTPSA2_013083: The highlighted portion on the bottom of first page after "Hi, Sam  −" and before "I have not been" and the highlighted portion on the second page after "Ishsan, Adrienne," and before "Thanks,".

(2)　NTPSA2_008751: The text of the email from Rob Law after "See below." and the text of the email from James Percival.

(3)　NTPSA2_009166: The entire document.

(4)　NTPSA2_006720: The edits from OGC-RLD (LG).

(5)　NTPSA2_006620: The edits from OGC-RLD (LG).

(6)　NTPSA2_008398: The text of the Summary section and the Recommendation section.

(7)　NTPSA2_009099: The comments from counsel Adam Shirer.

(8)　NTPSA2_005630: The entire document.

No other portion of any of the remaining documents may be withheld on the basis of

attorney-client privilege and/or work-product doctrine.  Defendants shall produce these documents by June 12, 2026.

**IT IS SO ORDERED**.

Dated: June 4, 2026

_____
SALLIE KIM
United States Magistrate Judge

2