# Exhibit A

**EXHIBIT A**

**DISPUTED DOCUMENTS**

1. **Deliberative Process Privilege Invocations**

   **A. Withheld in Full**

| Document | Details and/or Privilege Description |
|---|---|
| 1. NTPSA2_014867 | File Name: Draft Response - Sen. Markey (LH) 5.1.25.docx<br>Privilege Description: "DPP - Draft, non-final, unsigned response letter to Congress about non-TPS issue." |
| 2. NTPSA2_014868 | File Name: Draft Response - Spitalnick (DO Redline) 5.1.25.docx<br>Privilege Description: "DPP - Draft, unsigned response letter to Congress about non-TPS issue with tracked changes. |

   **B. Withheld in Part**

| Document | Details and/or Privilege Description |
|---|---|
| 3. NTPSA2_014761 | File Name: RE: March 18, 2025, Staff Meeting Notes<br>Privilege Description: "DPP - Redactions are non-TPS items about internal updates for Staff Meeting Notes and edits to those Notes." |
| 4. NTPSA2_014762 | File Name: March 18 2025 Staff Meeting Notes-ready to post.docx<br>Privilege Description: "DPP - Redactions are non-TPS items about internal updates for Staff Meeting Notes including planned, unexecuted actions". |

3. **Invocation of the Law Enforcement Privilege**

| Document | Details and/or Privilege Description |
|---|---|
| 1. NTPSA2_014372 | File Name: 25-14427 S1 SIGNED Action Memo - Haiti TPS Decision - 06.03.2025 (1).pdf<br>Privilege Description: "LEP: The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients. The numbers relate directly to the number of individuals within this population that are listed in the |

TSDS, either as known or suspected terrorists or watchlist exceptions. Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts."

2. NTPSA2_014506

File Name: Haiti_Decision Memo Draft CLEAN (post-DHS passbacks) 6.2.25.docx
Privilege Description: "LEP: The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients. The numbers relate directly to the number of individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions. Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts."

3. NTPSA2_014514

File Name: Haiti_Decision Memo Draft_5.30.25-Redlines (OGC, PLCY, Rob edits 6.2.25).docx
Privilege Description: "ACP -Draft of decision memorandum from USCIS Director to Secretary regarding Haiti TPS termination, reflecting legal advice from DHS counsel Brian Kelliher and David Graham and responses to legal advice from USCIS clients Sasha Ridley, Patrice Francis, Siobhan Steel, and San Deshommes. LEP: The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients. The numbers relate directly to the number of individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions. Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts."

4. NTPSA2_014541

File Name: Haiti_Decision Memo Draft_4.28.25.docx
Privilege Description: "LEP: The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients. The numbers relate directly to the number of

individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions. Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts."

5. NTPSA2_014569    See above for similar description of LEP.

6. NTPSA2_014578    See above for similar description of LEP.

7. NTPSA2_014587    See above for similar description of LEP.

8. NTPSA2_014939    See above for similar description of LEP.

9. NTPSA2_014973    See above for similar description of LEP.

10. NTPSA2_014981    See above for similar description of LEP.

11. NTPSA2_014982    See above for similar description of LEP.

12. NTPSA2_015111    See above for similar description of LEP.

13. NTPSA2_015193    See above for similar description of LEP.

14. NTPSA2_015206    See above for similar description of LEP.

15. NTPSA2_015218    See above for similar description of LEP.

16. NTPSA2_015226    See above for similar description of LEP.

17. NTPSA2_015241    See above for similar description of LEP.

18. NTPSA2_015285    See above for similar description of LEP.

19. NTPSA2_015325    See above for similar description of LEP.

20. NTPSA2_015376    See above for similar description of LEP.

21. NTPSA2_015387    See above for similar description of LEP.

22. NTPSA2_015424    See above for similar description of LEP.

23. NTPSA2_015445    See above for similar description of LEP.

24. NTPSA2_015453    See above for similar description of LEP.

25. NTPSA2_015462        See above for similar description of LEP.

26. NTPSA2_015604        See above for similar description of LEP.

27. NTPSA2_015679        See above for similar description of LEP.

28. NTPSA2_015694        See above for similar description of LEP.

29. NTPSA2_015702        See above for similar description of LEP.

30. NTPSA2_015706        See above for similar description of LEP.

31. NTPSA2_015714        See above for similar description of LEP.

32. NTPSA2_015716        See above for similar description of LEP.

33. NTPSA2_015730        See above for similar description of LEP.

34. NTPSA2_015434        See above for similar description of LEP.