BRETT A. SHUMATE
Assistant Attorney General
Civil Division
CATHERINE M. RENO
Assistant Director
RUTH ANN MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*, | |
| Plaintiffs, | Case No. 3:25-cv-1766-EMC (SK) |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et. al.*, | **NOTICE OF PRODUCTION** |
| Defendants. | |

On June 4, 2026, after conducting an *in camera* review of twenty documents, the Court issued an Order on Attorney Client Privilege and Work Product (Dkt. 419) ("the Order") upholding certain privilege assertions and ordering Defendants to produce certain documents by June 12, 2026.

Defendants hereby provide notice that they have complied with the Order's directives with regard to the following documents:

- NTPSA2_11576

- NTPSA2_008398

- NTPSA2_005630

- NTPSA2_008751

- NTPSA2_009166

- NTPSA2_012348-12354

Regarding the remaining fourteen documents at issue in the Order, Defendants will be exercising their right to object to the Order under Federal Rule 72(a). That rules states, in pertinent part, that when a pretrial matter not dispositive of a party's claim is referred to a magistrate judge and that judge issues a decision on the matter, a party has fourteen days from service of the order in which to serve and file objections to same. FED. R. CIV. P. 72(a). *See also* Civil L.R. 72-2 (setting out the local requirements for compliance with Fed. R. Civ. P. 72(a)). Significantly, Rule 72(a) is the only mechanism for preserving such objections for appellate review—failure to object under this rule leads to forfeiture of the claim. *See, e.g.*, *Renander v. Thomas,* No. 22-15169, 2023 WL 6366699, at *1 (9th Cir. Sept. 29, 2023) (citing *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996)); *see also Merrill v. Lane Fire Auth.*, No. 22-35731, 2023 WL 5527850, at *2 (9th Cir. Aug. 28, 2023). Accordingly, under both the federal and local rules, Defendants have until June 18, 2026, to file a Rule 72(a) motion objecting to any portion of the Order. Dkt. 419. Because Defendants will be objecting to the remaining portions of the Order on June 18, 2026, they have not produced those documents today.

Dated: June 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

SHELBY WADE
LAUREN BRYANT
Trial Attorneys

/s/ *Eric M. Snyderman*
ERIC MICHAEL SNYDERMAN (Va. 99563)
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 742-7079
Email: Eric.M.Snyderman@usdoj.gov

*Attorneys for the Defendants*

NOTICE OF PRODUCTION
No. 3:25-cv-1766
3

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: June 12, 2026

/s/ *Eric M. Snyderman*
ERIC MICHAEL SNYDERMAN
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice