Exhibit A

**EXHIBIT A**

**DISPUTED ACP/AWP DOCUMENTS**

**A. Improper Withholdings in Full (or Nearly in Full)**

| Document | Details and/or Privilege Description |
|---|---|
| *Draft Decision Memos* | |
| 1. NTPSA2_015453 | File Name: Haiti_Decision Memo Draft_5.30.25-Redlines (OGC, PLCY, Rob edits 6.2.25).docx<br>Privilege Description: "ACP/AWP - Draft of decision memorandum from USCIS Director to Secretary regarding Haiti TPS termination, reflecting legal advice from DHS counsel Brian Kelliher and David Graham and responses to legal advice from USCIS clients Sasha Ridley, Patrice Francis, Siobhan Steel, and San Deshommes.<br><br>LEP - The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients.  The numbers relate directly to the number of individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions.  Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts." |
| 2. NTPSA2_015702 | File Name: Haiti_Decision Memo Draft_5.30.25-Redlines (OGC, PLCY, Rob edits 6.2.25).docx<br>Privilege Description: "ACP/AWP - This is a draft document that underwent legal review showing attorney tracked changes and redline edits by attorneys Brian Kelliher and David Graham, and comments from Brian Kelliher including client responses.<br><br>LEP: The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients.  The numbers relate directly to the number of individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions.  Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts." |
| 3. NTPSA2_015714 | File Name: Haiti_Decision Memo Draft_5.30.25-Redlines (OGC, PLCY, Rob edits 6.2.25).docx |

Privilege Description: "ACP/AWP -  This is a draft document that underwent legal review showing attorney tracked changes and redline edits by attorneys Brian Kelliher and David Graham, and comments from Brian Kelliher including client responses.

LEP: The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients.  The numbers relate directly to the number of individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions.  Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts."

4. NTPSA2_014514

File Name: Haiti_Decision Memo Draft_5.30.25-Redlines (OGC, PLCY, Rob edits 6.2.25).docx *[nearly wholly redacted]*
Privilege Description: "ACP -Draft of decision memorandum from USCIS Director to Secretary regarding Haiti TPS termination, reflecting legal advice from DHS counsel Brian Kelliher and responses to legal advice from USCIS client Sasha Ridley, as well as redline edits from OGC attorneys Brian Kelliher and David Graham.

LEP: The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients.  The numbers relate directly to the number of individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions.  Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts."

*Communications with External Stakeholders*

5. NTPSA2_014577

File Name: 2025 Template response to objection about TPS Termination.docx
Privilege Description: "ACP/AWP - Redline edits from DHS OGC Attorneys Brian Kelliher, Jason Levy, Hillary Hunnings, and Sohom Datta, and a comment from DHS attorney Jason Levy during legal review of draft document."

6. NTPSA2_014866

File Name: Draft Response - Gov.  Meyer (DHS_OP&S edits) 5.1.25.docx
Privilege Description: "ACP/AWP: This document reflects redline edits from OGC attorneys Brian Kelliher and Hillary Hunnings, as well as a comment from attorney Hillary Hunning, during their legal review of draft document."

7. NTPSA2_014904

File Name: Draft Response - Popowycz (USCIS Edits) 4.25.24.docx
Privilege Description: "ACP: This is a draft document which contains OCC attorney advice to the client through tracked changes and comments."

8. NTPSA2_015241

File Name: Haiti_Decision Memo Draft_5.30.25-Redlines (OGC and PLCY edits 6.2.25).docx
Privilege Description: ACP/AWP - Draft document with OGC attorney redline edits from Brian Kelliher, David Graham, and comments from attorney Brian Kelliher during their legal review of draft Decision Memo for Haiti TPS.

LEP - The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients.  The numbers relate directly to the number of individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions.  Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts."

9. NTPSA2_014907

File Name: Draft Response - Popowycz (USCIS Edits) 4.29.25.docx
Privilege Description: "ACP/AWP: This is a draft document containing tracked changes and comments from USCIS OCC attorneys, reflecting legal advice from counsel to the client."

10. NTPSA2_015265

File Name: Draft Response - Popowycz (OPE.PLCY.OGE Edits) 5.8.25.docx
Privilege Description: "ACP/AWP - Redline edits from DHS OGC Attorneys Brian Kelliher, Jason Levy, Hillary Hunnings, and Sohom Datta, and a comment from DHS attorney Jason Levy during legal review of draft document."

## B.  Lack of Attorneys Involved in Communication

11. NTPSA2_014738

File Name: RE: TPS Haiti AR

Privilege Description: "AWP - Conversations between USCIS employees regarding the preparation and contents of Haiti Administrative Record prepared for DHS OGC and USCIS OCC in anticipation of litigation."

12. NTPSA2_015204

File Name: RE: Haiti DM AD review comments |Requested by COB today
Privilege Description: "ACP - Discussion among clients of legal review of draft decision memo for TPS Haiti conducted by USCIS OCC."

13. NTPSA2_014937

File Name: "RE: Haiti DM DHS PLCY Passback | Requested by COB today"
Privilege Description: "ACP/AWP - comment from DHS OGC attorney Steve McCleary conveying legal advice provided during legal review of draft document. And response from client on that attorney comment."

## C. Other Improper ACP/WP Withholdings

14. NTPSA2_014569

File Name: Haiti TPS Termination Notice_06.16.25.docx
Privilege Description: "ACP: Legal advice from DHS OGC attorney Brian Kelliher to USCIS clients during legal review of draft decision memo on TPS Haiti.

LEP: The government has asserted the law enforcement privilege over information pertaining to the number of 'KST or Non-KST National Security Record' numbers within the relevant population of TPS recipients. The numbers relate directly to the number of individuals within this population that are listed in the TSDS, either as known or suspected terrorists or watchlist exceptions. Public disclosure of this information could reasonably be expected to risk circumvention of the law and to cause harm to law enforcement and counterterrorism investigations and intelligence efforts."

15. NTPSA2_015526

File Name: Haiti TPS Termination Notice_06.16.25.docx
Privilege Description: "ACP/AWP - Draft of FRN regarding Haiti TPS termination, reflecting legal advice in the form of comments from DHS counsel Brian Kelliher and Hillary Hunnings, corresponding with DHS attorney Sohom Datta, and responses to legal advice from USCIS clients Ofira Hoing and Sam Deshommes. This also includes redline edits and tracked changes from DHS attorneys Hillary Hunnings, Julia Follick, and Brian Kelliher."

16. NTPSA2_015554

File Name: Haiti TPS Termination Notice_06.16.25_redline.docx

Privilege Description: "ACP/AWP - Draft of FRN regarding Haiti TPS termination, reflecting legal advice in the form of comments from DHS counsel Brian Kelliher and Hillary Hunnings, corresponding with DHS attorney Sohom Datta, and responses to legal advice from USCIS clients Ofira Hoing and Sam Deshommes. This also includes redline edits and tracked changes from DHS attorneys Hillary Hunnings, Julia Follick, and Brian Kelliher."

17. NTPSA2_015763

File Name: Haiti TPS Termination_OGC PB, USCIS Resp 06.12.2025_REDLINE.docx
Privilege Description: "ACP/AWP - Draft of FRN regarding Haiti TPS termination, reflecting legal advice in the form of comments from DHS counsel Brian Kelliher, Hillary Hunnings, and Sohom Datta, and responses to legal advice from USCIS clients Ofira Hoing and Sam Deshommes. This also includes redline edits and tracked changes from DHS attorneys Hillary Hunnings and and Brian Kelliher."

18. NTPSA2_015361

File Name: (DHS Redline) Draft Response - Rep. Sheila Cherfilus-McCormick - 4.3.25.docx
Privilege Description: "ACP/AWP - Redactions reflect comments and redline edits from DHS attorneys Hillary Hunnings and Sohom Datta giving legal advice in the context of their legal review of a draft response letter to a member of Congress about TPS Haiti."