BRETT A. SHUMATE
Assistant Attorney General
Civil Division
CATHERINE M. RENO
Assistant Director
RUTH ANN MUELLER
Senior Litigation Counsel
LAUREN BRYANT
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et. al.*,<br><br>　　　　　　　Defendants. | Case No. 3:25-cv-1766-EMC (SK)<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UPCOMING MOTION FOR RELIEF PURSUANT TO RULE 72(a) IN EXCESS OF 1 PAGE** |

Defendants respectfully request permission to exceed the page limits set by Local Civil Rule 72-2(b) by no more than one page for Defendants' upcoming Motion for Relief from Magistrate Judge Kim's June 4, 2026 Order, Dkt 419, pursuant to Federal Rule of Civil Procedure 72(a). Defendants intend to file their Rule 72(a) motion on June 18, 2026.

Local Civil Rule 72-2(b) requires that any objection filed pursuant to Fed. R. Civ. P. 72(a) "may not exceed 5 pages (not including declarations and exhibits)." Defendants respectfully request leave of

the Court to file a 72(a) Motion that exceeds the 5-page limit in Local Rule 72-2(b) and totals 6 pages. Good cause exists to support this Motion for Leave to File 72(a) Motion in Excess. In their 72(a) Motion, Defendants challenge Magistrate Judge Kim's June 4, 2026 Order regarding the invocation of attorney-client privilege ("ACP") and the attorney work product doctrine ("AWP"). Dkt. 419 ("Order"). The Order itself addresses 20 total documents, of which, Defendants are challenging 14 of those documents in their 72(a) Motion. *See id*. As such, Defendants request one excess page to not only address the motion content requirements as set out in Local Civil Rule 72-2(b), but also to adequately explain Defendants' objections to Magistrate Judge Kim's orders on the 14 documents. Defendants have put forth a good faith effort to limit their motion to 5 pages; however, the additional page is necessary to adequately address the reasons why ACP and/or AWP attaches to the 14 individual documents, and to set forth complete argument in support of the Defendants' 72(a) Motion.

The Parties conferred on June 17, 2026, and Plaintiffs advised that they do not stipulate to Defendants' request for an excess page and take no position on Defendants' Motion.

Consequently, for the foregoing reasons, Defendants respectfully request that the Court grant an enlargement of one page for Defendants' upcoming Motion for Relief from Magistrate Judge Kim's June 4, 2026 Order, Dkt 419, pursuant to Federal Rule of Civil Procedure 72(a). A proposed Order accompanies this Motion.

Dated: June 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

LAUREN BRYANT
Trial Attorney

/s/ *Shelby Wade*
SHELBY WADE
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 285-8379
Email: Shelby.Wade2@usdoj.gov

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: June 17, 2026

/s/ *Shelby Wade*
SHELBY WADE
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice