BRETT A. SHUMATE
Assistant Attorney General
Civil Division
CATHERINE M. RENO
Assistant Director
RUTH ANN MUELLER
Senior Litigation Counsel
LAUREN BRYANT
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al*., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et. al*., <br><br> Defendants. | Case No. 3:25-cv-1766-EMC (SK) <br><br> **DECLARATION OF SHELBY WADE** |

I, Shelby Wade, declare and state as follows:

1. I am a Trial Attorney with the Department of Justice, Civil Division, Office of Immigration Litigation.

2. On June 12, 2026, in their Notice of Production, Dkt. 422, Defendants indicated that they would be filing a Rule 72(a) Motion objecting to Magistrate Judge Kim's June 4, 2026 Order on Attorney Client Privilege and Work Product, Dkt. 419.

DECLARATION OF SHELBY WADE IN SUPPORT OF DEFS' MOT. FOR LEAVE TO FILE UPCOMING MOT. FOR RELIEF IN EXCESS OF 1 PAGE
No. 3:25-cv-1766
1

3. On June 17, 2026, Defendants asked Plaintiffs for their position on Defendants' upcoming motion for leave to file an overlength Rule 72(a) Motion. Defendants clarified to Plaintiffs that the motion itself is a one-page overlength request.

4. On that same day, Plaintiffs responded to Defendants stating the following:

> Plaintiffs are not aware of any extraordinary circumstances that would warrant deviating from the standard page limit. This is a single issue, and defendants have had multiple opportunities to lay a foundation for these privilege assertions. As a result, plaintiffs do not stipulate to the request and take no position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 17, 2026                                    Respectfully submitted,

                                                        BRETT A. SHUMATE
                                                        Assistant Attorney General
                                                        Civil Division

                                                        CATHERINE M. RENO
                                                        Assistant Director

                                                        RUTH ANN MUELLER
                                                        Senior Litigation Counsel

                                                        LAUREN BRYANT
                                                        Trial Attorney

                                                        /s/ *Shelby Wade*
                                                        SHELBY WADE
                                                        Trial Attorney
                                                        Office of Immigration Litigation
                                                        Civil Division
                                                        U.S. Department of Justice
                                                        P.O. Box 878, Ben Franklin Station
                                                        Washington, D.C. 20044
                                                        Phone: (202) 285-8379
                                                        Email: Shelby.Wade2@usdoj.gov

                                                        *Attorneys for the Defendants*

DECLARATION OF SHELBY WADE IN SUPPORT OF DEFS' MOT. FOR LEAVE TO FILE
UPCOMING MOT. FOR RELIEF IN EXCESS OF 1 PAGE
No. 3:25-cv-1766
2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: June 17, 2026

/s/ *Shelby Wade*
SHELBY WADE
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice