UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL TPS ALLIANCE, *et. al.*,

               Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et. al.*,

               Defendants.

Case No. 3:25-cv-1766-EMC

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UPCOMING MOTION FOR RELIEF PURSUANT TO RULE 72(a) IN EXCESS OF 1 PAGE**

Judge: Hon. Edward M. Chen

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion for Leave to File Upcoming Motion for Relief Pursuant to Rule 72(a) in Excess of 1 Page.

Having considered the Motion:

IT IS HEREBY ORDERED THAT Defendants' Motion is **GRANTED.**

**SO ORDERED.**

Dated: _____, 202_

BY THE COURT:

_____

The Honorable Edward M. Chen
United States District Court Judge
Northern District of California