UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et. al.*,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM Dkt. 419 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(a)**<br><br>Judge: Hon. Edward M. Chen |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion for Relief from Magistrate Judge Kim's June 4, 2026, Order (Dkt. 419), pursuant to Federal Rule of Civil Procedure 72(a). Having considered the moving, and opposing papers, and all matters upon which the Court may take judicial notice:

IT IS HEREBY ORDERED THAT Defendants' Motion is **GRANTED**.

**SO ORDERED.**

Dated: _____, 202_

BY THE COURT:

_____

The Honorable Edward M. Chen
United States District Court Judge
Northern District of California