Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
RUTH ANN MUELLER
Senior Litigation Counsel
LAUREN E. BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys

ERIC M. SNYDERMAN
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 925-0636
Eric.M.Snyderman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br>　　　　Defendants. | Case No. 3:25-cv-01766-EMC <br><br> **JOINT STATUS REPORT** <br><br> Assigned to: Hon. Edward M. Chen <br><br> Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

During the July 14, 2026 status conference, the Court ordered the parties "to meet and confer regarding whether certain claims may be voluntarily dismissed in light of the recent Supreme Court decision." Dkt. 444. On July 17, 2026, counsel for the Parties held a telephonic meet and confer on this issue.

The parties agree that under *Mullin v. Doe*, No. 25-1083, — S. Ct. —, 2026 WL 1825840 (U.S. June 25, 2026) ("Dahlia Doe"), this Court lacks jurisdiction over Plaintiffs' Second, Fourth, and Sixth APA Claims.[1] *See* Dkt. 250 ¶¶ 213-216 ("Second Claim," challenging Venezuela Termination); *id.* ¶¶ 221-24 ("Fourth Claim," challenging July 2025 Haiti Termination); Dkt. 355, ¶¶ 18-21 ("Sixth Claim," challenging November 2025 Haiti Termination).

Plaintiffs note, however, that the same legal errors pled in Plaintiffs' Second, Fourth, and Sixth Claims may give rise to constitutional violations, and do not by this Joint Status Report waive their right to seek leave to amend the complaint to add such claims in the future. *See* Dkt. 433 at 4. Plaintiffs also believe this Court retains jurisdiction to set aside the Venezuela Termination and July 2025 Haiti Termination under the APA because they are predicated on unlawful vacaturs of prior extensions. Defendants do not agree that any such claims would be reviewable.

Respectfully submitted,

Date:  July 29, 2026

U.S. DEPARTMENT OF JUSTICE

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI

---

[1] This Court has not ruled on Plaintiffs' Fourth and Sixth APA Claims. *See* Dkt. 279 at 69 (temporarily staying litigation of Plaintiffs' APA challenge to the July 2025 Haiti termination); Dkt. 355 (supplemental complaint challenging November 2025 Haiti termination). The Court's partial final judgment on Plaintiffs' Second Claim, challenging the Venezuela termination, is currently on appeal to the Ninth Circuit.

1

SHELBY WADE
Trial Attorneys

/s/ *Eric M. Snyderman*
ERIC M. SNYDERMAN (Va. Bar No. 99563)
Trial Attorney
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 925-0636
Eric.M.Snyderman@usdoj.gov
*Attorneys for Defendants*


 /s/ *Jessica Karp Bansal*
Jessica Karp Bansal
Lauren Michel Wilfong (pro hac vice)
NATIONAL DAY LABORER
ORGANIZING NETWORK

Emilou MacLean
Michelle (Minju) Y. Cho
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Mohammad K. Tajsar
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE
*Attorneys for Plaintiffs*

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

/s/ *Eric M. Snyderman*
ERIC M. SNYDERMAN

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                    /s/ *Eric M. Snyderman*
                                    ERIC M. SNYDERMAN
                                    United States Department of Justice