**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

**Date:** July 30, 2026          **Time:** 2:19-2:46          **Judge:** EDWARD M. CHEN
                             25 Minutes

**Case No.**: 25-cv-01766-EMC          **Case Name:** National TPS Alliance et al v. Mullin et al

**Attorneys for Plaintiffs:** Amanda Young, Emilou MacLean, Jessica Bansal
**Attorneys for Defendants:** Shelby Wade

**Deputy Clerk:** Vicky Ayala                    **Court Reporter:** Kelly Shainline

**PROCEEDINGS HELD VIA ZOOM WEBINAR**

Motion for Relief from Nondispositive Pretrial Order of the Magistrate Judge - held

**SUMMARY**

Parties stated appearances.  Oral argument presented.  Matter taken under submission.