# EXHIBIT A

| | |
|---|---|
| **From:** | Strano, Andria J [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=49F823729A8C4151827EFEC190126561-STRANO, AND] |
| **Sent:** | 7/1/2025 11:32:50 AM |
| **To:** | Steffens, Kelly N [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c304e3c4acdb4815a2440308579ca3e2-Aubuchon, K]; Parisi, Jessica R [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=711249af38994b12b44eba834b2d9bd8-7a28b164-05]; Clough, Chelsea M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=09e921d1b520446a8108b4d35c99fd1f-4806643c-c6]; Roes, Mary A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2a34b29512fc4b8ea23f39a5727fd743-Roes, Mary] |
| **CC:** | Cutlip-Mason, Rená E [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=444ed8d5a6e94408aa13181a0c866672-Cutlip-Maso]; Honig, Ofira M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a723ff80658f483e96a95bac88092253-Honig, Ofir]; Moley, Joanna M (Jo) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4f3d63657164499e8c245aa5523d01e1-bbfd4dc5-83]; Saltikalp, Angelique H [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c06b1cfb5804eaea3d600b238546be6-Ryan, Angel] |
| **Subject:** | TPS links (incl. overview video) |
| **Flag:** | Follow up |

Hi all,

I hope your day is going well! Here are some additional TPS resources for you to peruse as you onboard. I recommend starting with the overview video. Please let me know if you are unable to access these.

- Video  TPS resource overview Friday, May 2
- PPT: TPS Overview - IVLP - 2.26.2024 v2.pptx
- Resources for Drafting FRN and Memo Subfolder with drafting guide, footnote guide, etc
- TPS Drafting Guide_4.23.2025.docx
- Stats (broken down by year and entity providing the stats)
- TPS – Teams page TPS subfolder
- TPS FRN Collaborations SharePoint

Very best,
Andria

**Andria Strano, PhD**
Branch Chief
Office of Policy and Strategy
Department of Homeland Security
Office of Policy and Strategy, U.S. Citizenship and Immigration Services
**Mobile**: 202-819-4669 | **Email**: andria.j.strano@uscis.dhs.gov

This email, along with any attachments, is intended solely for the use of the addressee(s) and may contain information that is sensitive or protected by applicable law. Unauthorized use or dissemination of this email and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies. Thank you.