Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
RUTH ANN MUELLER
Senior Litigation Counsel
LAUREN E. BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys

ERIC M. SNYDERMAN
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 925-0636
Eric.M.Snyderman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br> Plaintiffs, <br><br> vs. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:25-cv-01766-EMC <br><br> **JOINT STATUS REPORT** <br><br> Assigned to: Hon. Edward M. Chen <br><br> Complaint filed: February 19, 2025 |

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

On July 29, 2026, the Parties filed a Joint Status report indicating their agreement that, under *Mullin v. Doe*, No. 25-1083, 146 S. Ct. 2121 (U.S. June 25, 2026) ("Dahlia Doe"), this Court lacks jurisdiction over Plaintiffs' Second (Venezuela Termination), Fourth (July Haiti Termination), and Sixth (November Haiti Termination) APA Claims, with the caveat that Plaintiffs believe the Court retains jurisdiction to set aside the Venezuela Termination because it is predicated on the unlawful Venezuela vacatur. *See* Dkt. 446. Plaintiffs also indicated that they intended to seek leave to amend to add new claims, as previously noted in the July 7, 2026 Joint Status Report. Dkt. 433. *Id.*

Also on July 29, 2026, after reviewing the Parties' Joint Status Report, the Court ordered the parties to file a stipulated dismissal with respect to Plaintiffs' Second, Fourth, and Sixth APA Claims by August 5, 2026. Dkt. 447.

During the July 30, 2026 discovery hearing, counsel for Plaintiffs raised concerns that Ninth Circuit precedent indicates that filing an amended complaint, rather than a stipulated dismissal, is the proper means to dismiss fewer than all claims. *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687-90 (9th Cir. 2005) ("Federal Rule of Civil Procedure 15(a) is the appropriate mechanism where a plaintiff desires to eliminate an issue, or one or more but less than all of several claims, but without dismissing as to any of the defendants.") (citation modified). Plaintiffs' counsel also proposed that, rather than filing one amended complaint dismissing claims and then, shortly thereafter, seeking leave to file another amended complaint adding claims, Plaintiffs' file one single amended complaint. The Court directed the Parties to meet and confer regarding Plaintiffs' proposal. The parties did so on August 4 and now submit this Joint Status Report.

The parties now stipulate to the filing of an amended complaint that eliminates Claims Four and Six. The parties do not believe they can stipulate to amend to remove Claim Two (Venezuela Termination) at this time, as that Claim is currently on appeal. Further, it is Plaintiffs' position that the Court retains jurisdiction to set aside the Venezuela Termination as predicated on the unlawful vacatur, which is the basis on which the Ninth Circuit affirmed this Court's September 5, 2025 summary judgment order. *See Nat'l TPS All. v. Noem*, 166 F.4th 739, 766 (9th Cir. 2026) ("The Venezuela Termination was predicated on and inextricably intertwined with the Venezuela Vacatur; therefore, the illegality of the Vacatur must be fatal to the Termination."). Defendants disagree that

1

the Court retains such authority.

Additionally, Plaintiffs seek leave to amend to add three new claims, as described in the Motion for Leave to Amend submitted simultaneously with this Joint Status Report. Defendants have indicated that they oppose granting leave to amend to add these three claims. The parties agree to the default briefing schedule on Plaintiffs' Motion for Leave to Amend, as follows:

August 5: Plaintiffs' Motion

August 19: Defendants' Opposition

August 26: Plaintiffs' Reply

September 10: Hearing (via zoom)

Respectfully submitted,

Date:  August 5, 2026

*/s/ Jessica Karp Bansal*
Jessica Karp Bansal
Lauren Michel Wilfong (pro hac vice)
NATIONAL DAY LABORER
ORGANIZING NETWORK
Attorneys for Plaintiffs

Emilou MacLean
Michelle (Minju) Y. Cho
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Mohammad K. Tajsar
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE
*Attorneys for Plaintiffs*

U.S. DEPARTMENT OF JUSTICE

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys

/s/ *Lauren E. Bryant*
LAUREN E. BRYANT
Trial Attorney
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 919-1366
Lauren.e.bryant@usdoj.gov
*Attorneys for Defendants*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

*/s/ Jessica Karp Bansal*
JESSICA KARP BANSAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ *Jessica Karp Bansal*
JESSICA KARP BANSAL
National Day Laborer Organizing Network