UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S., <br><br> Plaintiffs, <br><br> vs. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 3:25-cv-01766-EMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)** |

**[PROPOSED] ORDER**

Pending before the Court is Plaintiffs' motion for leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). After consideration of the briefs and arguments of counsel, the evidence filed in support of an opposition to Plaintiffs' motion, and being fully advised, the Court finds good cause and hereby GRANTS Plaintiffs' motion and ORDERS that Plaintiffs promptly file the Second Amended Complaint, included as Exhibit A to their motion, as a separate docket entry.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____

The Honorable Edward M. Chen

UNITED STATES DISTRICT JUDGE