United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL TPS ALLIANCE, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 25-cv-01766-EMC (SK)

**ORDER REGARDING DELIBERATIVE PROCESS PRIVILEGE**

Regarding Docket Nos. 420, 457

The parties' dispute over Defendants' invocation of the deliberative process privilege for four documents addressed in the parties' discovery letter brief filed on June 5, 2026 was remanded back to the undersigned. The Court HEREBY ORDERS Defendants to email copies of those documents to skpo@cand.uscourts.gov for an *in camera* review by no later than August 21, 2026. In addition, by August 21, 2026, Defendants shall file a brief explaining whether the Court has reviewed any other versions or drafts of those documents and if so, identify: (1) the bates numbers of those other documents, (2) what the Court's ruling was, and (3) the docket number of the Court's Order.

**IT IS SO ORDERED**.

Dated: August 17, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge