Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Emily C. Zhu (SBN 366697)
ezhu@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
RUTH ANN MUELLER
Senior Litigation Counsel
LAUREN E. BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys

ERIC M. SNYDERMAN
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 925-0636
Eric.M.Snyderman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,

Plaintiffs,

vs.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,

Defendants.

Case No. 3:25-cv-01766-EMC

**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO AMEND**

Assigned to: Hon. Edward M. Chen

Complaint filed: February 19, 2025

Additional Counsel for Plaintiffs

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

Pursuant to Civ. L. R. 6-2 and 7-12, the parties, by and through their respective counsel, submit this stipulation regarding the hearing date for Plaintiffs' Motion to Amend.

WHEREAS, on August 5, 2026, Plaintiffs filed a motion for leave to amend, noticing the hearing for September 10, 2026. Dkt. 455.

WHEREAS, on August 11, 2026, the Court rescheduled the hearing for September 24, 2026 at 1:30pm. Dkt. 458.

WHEREAS Plaintiffs' counsel Ahilan Arulanantham and Emilou MacLean both have conflicts on September 24, 2026;

IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the hearing on Plaintiffs' Motion to Amend be reset to October 1, 2026 at 1:30pm.

Respectfully submitted,

Date: August 24, 2026

/s/ *Jessica Karp Bansal*

Jessica Karp Bansal
Lauren Michel Wilfong (pro hac vice)
NATIONAL DAY LABORER
ORGANIZING NETWORK
Attorneys for Plaintiffs

Emilou MacLean
Michelle (Minju) Y. Cho
Emily C. Zhu
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW

Mohammad K. Tajsar
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE
*Attorneys for Plaintiffs*

U.S. DEPARTMENT OF JUSTICE

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
JEFFREY HARTMAN
CATHERINE ROSS
DANIEL CAPPELLETTI
SHELBY WADE
Trial Attorneys

/s/ *Eric M. Snyderman*
ERIC M. SNYDERMAN (Va. Bar No. 99563)
Trial Attorney
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 925-0636
Eric.M.Snyderman@usdoj.gov
*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document.

/s/ *Jessica Karp Bansal*
JESSICA KARP BANSAL

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

______________________________
The Honorable Edward M. Chen
United States District Judge