UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL TPS ALLIANCE, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 25-cv-01766-EMC (SK)

**ORDER ON FURTHER DISCOVERY DISPUTE**

Regarding Docket No. 420, 423

Upon review of the documents *in camera* regarding Defendant's asserted claims of privilege, the Court HEREBY ORDERS as follows:

**A. Deliberative Process Privilege.**

Upon review, the Undersigned finds that the four documents submitted for *in camera* review do not contain any deliberative material. Therefore, those documents may not be withheld under the deliberative process privilege. However, in order to protect the privacy for one individual, the end of the last sentence after the comma in the first paragraph on NTPSA2_014762 may be redacted.

**B. Attorney-Client Privilege.**

The Court finds that the following portions of the documents below may be withheld under the attorney-client privilege:

1. The comments on NTPSA2_015361, NTPSA2_015531, and NTPSA2_015768;
2. The comment by BDK13 in NTPSA2_014514; NTPSA2_015453, NTPSA2_015702, and NTPSA2_015714;
3. The first four comments on NTPSA2_015559;
4. The comment by JF4R2 on NTPSA2_015530;

United States District Court
Northern District of California

United States District Court
Northern District of California

5. The comment by BDK7 in NTPSA2_015241;

6. The comment by JL1 in NTPSA2_014577, NTPSA2_015226, and NTPSA2_015265;

7. The comment by BDK1 on NTPSA2_014574 and NTPSA2_014944;

No other portions of the documents submitted *in camera* may be withheld under the attorney-client privilege.

**C. Law Enforcement Privilege.**

The Court finds that the following may be withheld under the law enforcement privilege: The number or words indicating a number of known or suspected terrorists on NTPSA2_014981, NTPSA2_014983, NTPSA2_015111, and NTPSA2_015112. No other portions of the documents *in camera* may be withheld under the law enforcement privilege.

**IT IS SO ORDERED**.

Dated: September 2, 2026

SALLIE KIM
United States Magistrate Judge