BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES** |

Defendants respectfully bring to the Court's attention an order that was recently entered by the Northern District of California in *NTPSA, et al. v. Noem, et al.* ("*NTPSA II*"), No. 3:25-cv-05687-TLT (N.D. Cal. Sept. 3, 2026), *NTPSA II* Dkt. No. 242. This decision is relevant to Plaintiffs' pending motion for leave to file a second amended complaint.

By way of background, the *NTPSA II* action involves a challenge to the Secretary of Homeland Security's authority to terminate the Temporary Protected Status ("TPS") designations for Honduras, Nicaragua, and Nepal. In that case, the plaintiffs moved for leave to file a first amended complaint to add claims that: (1) the challenged terminations violate the Fifth Amendment's Due Process Clause; (2) the challenged terminations violate the Fifth Amendment's equal protection guarantee because Defendants were motivated by bare animus and a desire to harm TPS holders; and (3) the challenged terminations constituted illegal ultra vires action as the Secretary lacked statutory authority to execute TPS terminations, a power that *NTPSA II* plaintiffs allege lies exclusively with the Attorney General. *NTPSA II* Dkt. 229 at 3. *NTPSA II* plaintiffs asserted on July 14, 2026, that they were entitled to bring new claims in light of the Supreme Court's rulings issued in a similar case, *Mullin v. Doe*, 609 U.S.__,146 S. Ct. 2121 (June 25, 2026) ("*Dahlia Doe*"), and the Ninth Circuit's order vacating the Court's December 31, 2025 entry of judgment under Rule 54(b) and remanding for further proceedings. *NTPSA II* Dkt. 224. Specifically, the *NTPSA II* plaintiffs' Amended Complaint "eliminate[d] all aspects of the original complaint's statutory Administrative Procedure Act claim," based on the Supreme Court's holding that the district court lacked authority to review those claims in light of the statutory limitations on judicial review of challenges to terminations of TPS designations. *See* 8 U.S.C. § 1254a(b)(5)(A).

On August 2, 2026, Judge Thompson entered an order partially denying the plaintiffs' motion to add the due process and *ultra vires* claims, and set a hearing to determine whether the complaint could be amended to add the bare animus claim. *NTPSA II* Dkt. 233. On September 4, 2026, the district court entered an order further denying *NTPSA II* plaintiffs' request to add a bare animus claim to the complaint. *NTPSA II* Dkt. 242.

Similarly, Plaintiffs' motion for leave to file a second amended complaint in this case, Dkt. 455, should be denied. The claims Plaintiffs seek to add to this lawsuit are materially identical to those brought

before Judge Thompson in *NTPSA II*, that were denied. Defendants ask this Court to likewise deny Plaintiffs' motion.

Dated: September 9, 2026

Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN E. BRYANT
Trial Attorneys

By: */s/ Shelby Wade*
SHELBY WADE
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 285-8379
Shelby.Wade2@usdoj.gov

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: September 9, 2026

*/s/ Shelby Wade*
SHELBY WADE
Trial Attorney