BRETT A. SHUMATE
Assistant Attorney General
Civil Division
CATHERINE M. RENO
Assistant Director
RUTH ANN MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et. al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et. al.*,<br>Defendants. | Case No. 3:25-cv-1766-EMC (SK)<br><br>**NOTICE OF PRODUCTION** |

On August 10, 2026, after reviewing Magistrate Judge Kim's discovery order, Dkt. 430, for clear error or a ruling contrary to law, the Court issued an Order Granting in Part and Denying in Part Defendants' Motion for Relief from Magistrate Judge Order (Dkt. 457) ("the Order"). This Notice of Production regards the part of the Order instructing Defendants "to produce the hyperlinked documents consistent with Judge Kim's order." Dkt. 457 at 4.

Defendants hereby provide notice that they have complied with the Order's directive to produce the hyperlinked documents per Magistrate Judge Kim's Order, Dkt. 430. As such, as Magistrate Judge Kim instructed, regarding the other categories described by Plaintiffs Defendants searched "those repositories under the ESI search terms and ESI protocol[.]" Dkt. 430. Defendants confirm that they used the following search terms:

- **For RFP Set One:**

  ["Temporary Protected Status" OR "TPS" OR "1254a"] AND ["Haiti"]

- **For RFP Set Two:**

  ["Temporary Protected Status" OR "TPS" OR "1254a"] AND [guidance OR policy OR process OR procedure OR "Decision Memo*" OR "country conditions" OR "State" OR "periodic review" OR statute OR interpretation OR requirement* OR "national interest"]

Additionally, Defendants incorporated documents from the following time periods:

- March 10, 2025, to July 15, 2025;
- July 15, 2025 to November 19, 2025.

Consistent with this Order, undersigned counsel for Defendants provided Plaintiffs with a copy of the relevant documents. Defendants advise that there is one additional responsive document pending privilege review that will be submitted to Plaintiffs no later than September 10, 2026. Additionally, Defendants intend to circulate a privilege log regarding today's document production by tomorrow, September 10, 2026.

Dated: September 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

SHELBY WADE
LAUREN BRYANT

Trial Attorneys

/s/ *Eric M. Snyderman*
ERIC MICHAEL SNYDERMAN (Va. 99563)
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 742-7079
Email: Eric.M.Snyderman@usdoj.gov

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: September 9, 2026

/s/ *Eric M. Snyderman*
ERIC MICHAEL SNYDERMAN
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice