BRETT A. SHUMATE
Assistant Attorney General
Civil Division
CATHERINE M. RENO
Assistant Director
RUTH ANN MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL TPS ALLIANCE, *et. al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et. al.*,

Defendants.

Case No. 3:25-cv-1766-EMC (SK)

**NOTICE OF UPDATE REGARDING DISCOVERY PRODUCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 26(e)**

Defendants, through undersigned counsel, provide the following update to this Court and Plaintiffs regarding production of documents in compliance with Magistrate Judge Kim's Order instructing Defendants "to produce the hyperlinked documents consistent with Judge Kim's order." Dkt. 457 at 4.

Federal Rule of Civil Procedure 26(e) requires that "[a] party must supplement or correct formal discovery responses in a timely manner if the party learns that in some material respect the response was incomplete or incorrect." FED. R. CIV. P. 26(e) (internal quotations omitted). Accordingly, Defendants

advise this Court and Plaintiffs that Defendants have located additional documents that will need to be uploaded into Defendants' review platforms and undergo relevancy and privilege review in light of Judge Kim's Order. Defendants will provide this Court and Plaintiffs on any additional updates on this supplementation.

Dated: October 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CATHERINE M. RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
Trial Attorneys

/s/ *Shelby Wade*
SHELBY WADE
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 285-8379
Email: Shelby.Wade2@usdoj.gov

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: October 7, 2026

/s/ *Shelby Wade*
SHELBY WADE
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice