# Exhibit A




A1. Screenshot of video produced at NTPSA2_015790 showing documents contained in the Teams subfolder “Resources for Drafting FRN and Memo.”



**TPS DECISION MEMO AND FRN DRAFTING GUIDE** – last updated April 23, 2025

**Before Drafting Begins**

- Review the memo, if available, and FRN from the initial designation and the memo and FRN from the most recent TPS action. (Memos for an initial designation may be in the OP&S shared drive or Teams. Generally, memos for initial designations occurring after March 2020 will be in Teams.) FRNs in the Federal Register and in Teams.
- Read the RAIO RU and OP&S PRD country conditions reports.
- Review the TPS statute (INA section 244(b)(1)) for clear legal terms of art to use depending on the appropriate TPS designation ground(s). Often, drafters will conflate language from different grounds. Briefly:
  - *Ongoing armed conflict* and due to such conflict, requiring the return to that state would pose a serious threat to personal safety (INA 244(b)(1)(A)).
  - *Environmental disaster* resulting in substantial, but temporary, disruption of living conditions, the country is unable, temporarily, to handle adequately the return of nationals, and the country has requested a TPS designation (or had requested if assessing a currently pending designation (INA 244(b)(1)(B)).
  - *Extraordinary and temporary conditions* that prevent nationals from returning in safety, unless the Secretary finds that permitting the nationals to remain temporarily in the U.S. is contrary to the national interest of the U.S. (INA 244(b)(1)(C)).
- Review the country-specific TPS webpage for easy access to information like a link to the last FRN, continuous residence and continuous physical presence dates, designation end dates, etc. You can also find this information in the last FRN published for the specific country.
- Connect with the assigned RCD Project Manager and review the drafting and review timeline for



A2. Screenshot of video produced at NTPSA2_105790 showing document with title "TPS DECISION MEMO AND FRN DRAFTING GUIDE" which includes several search terms.




A3. Screenshot of video produced at NTPSA2_015790, showing sub-folders contained in the TPS Teams page.




A4. Screenshot of video produced at NTPSA2_015790 showing subfolders and documents contained in SharePoint site “TPS FRN Collaborations.”




A5. Screenshot of video produced at NTPSA2_015790 showing template termination documents contained in SharePoint site "TPS FRN Collaborations."