Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Emily Zhu (SBN 366697)
ezhu@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 863-7832

Attorneys for Plaintiffs
*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL TPS ALLIANCE, MARIELA GONZÁLEZ, FREDDY JOSE ARAPE RIVAS, M.H., CECILIA DANIELA GONZÁLEZ HERRERA, ALBA CECILIA PURICA HERNÁNDEZ, E.R., HENDRINA VIVAS CASTILLO, A.C.A., SHERIKA BLANC, VILES DORSAINVIL, and G.S.,

Plaintiffs,

vs.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES OF AMERICA,

Defendants.

Case No. 3:25-cv-01766-EMC

**PLAINTIFFS' NOTICE OF FILING CORRECTED SECOND AMENDED COMPLAINT**

*Additional Counsel for Plaintiffs*

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong (*Pro Hac Vice*)
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Mohammad Tajsar (SBN 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew (*Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, Suite 1H
San Diego, CA 92120
Telephone: (949) 603-7411

Plaintiffs hereby file a corrected Second Amended Complaint ("SAC") to replace the SAC filed at Dkt. 495.

As explained in Plaintiffs' Notice of Filing Second Amended Complaint, Dkt. 496, the SAC filed at Dkt. 495 was identical to the proposed SAC filed at Dkt. 455-1, except that it did not include Plaintiffs' three proposed new claims, which the Court found futile; revised the Prayer for Relief to be consistent with the remaining claims; and made non-substantive edits to clean up errors such as typos and erroneous cross-references. *See* Dkt. 487.

After Plaintiffs filed the SAC, Defendants informed Plaintiffs that they read this Court's order, Dkt. 487, to instead require Plaintiffs to file a SAC that is identical to the previously operative complaint—which consisted of the first amended and supplemental complaint, Dkt. 250, and the second supplemental complaint, Dkt. 355—except that it eliminates the claims over which the parties agree this Court no longer has jurisdiction under *Mullin v. Doe*, 146 S. Ct. 2121 (2026).

Plaintiffs do not believe there is a material difference between the two approaches. However, in order to promote efficiency and conserve judicial resources, Plaintiffs are filing a corrected SAC consistent with Defendants' approach. That is, the corrected SAC is essentially the same as the previously operative complaint, Dkt. 250 & Dkt. 355, except it: (1) eliminates the claims over which the parties agree this Court no longer has jurisdiction; (2) combines and reproduces the operative Fifth and Seventh Claims (Equal Protection, intentional discrimination based on race, ethnicity, or national origin) as the Fourth Claim; (3) revises the Introduction and Prayer for Relief to be consistent with the remaining claims; (4) replaces Defendant Kristi Noem with Defendant Markwayne Mullin; and (5) includes non-substantive edits to clean up errors such as typos and erroneous cross-references and make clear that factual allegations regarding Plaintiffs describe the facts as they stood at the time this litigation was filed.

Date: October 29, 2026

Respectfully submitted,

NATIONAL DAY LABORER ORGANIZING NETWORK

/s/ *Jessica Karp Bansal*

Jessica Karp Bansal
Lauren Michel Wilfong (*Pro Hac Vice*)
NATIONAL DAY LABORER ORGANIZING NETWORK

Emilou MacLean
Michelle (Minju) Y. Cho
Emily Zhu
ACLU FOUNDATION
OF NORTHERN CALIFORNIA

Ahilan T. Arulanantham
CENTER FOR IMMIGRATION LAW AND POLICY, UCLA SCHOOL OF LAW

Mohammad Tajsar
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA

Erik Crew (*Pro Hac Vice*)
HAITIAN BRIDGE ALLIANCE

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

NATIONAL DAY LABORER ORGANIZING NETWORK

*/s/ Jessica Karp Bansal*