UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIONAL TPS ALLIANCE; et al.,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN; et al.,

Defendants - Appellants.

No. 25-5724

D.C. No.
3:25-cv-01766-EMC
Northern District of California,
San Francisco

ORDER

Before: WARDLAW, MENDOZA, and JOHNSTONE, Circuit Judges.

On October 5, 2026, the Supreme Court granted certiorari, vacated our previous decision in *Nat'l TPS All. v. Noem*, 166 F.4th 739 (9th Cir. 2026), and remanded this case to us for further consideration in light of *Mullin v. Doe*, 609 U.S. 324 (2026).

Accordingly, the parties are requested to file a supplemental letter brief addressing the effect, if any, of *Mullin v. Doe*, 609 U.S. 324 (2026) on this case. The supplemental briefs must be double-spaced, not exceed 20 pages, and be submitted no later than 7 days after the entry of this order.

**IT IS SO ORDERED**.