UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| NATIONAL TPS ALLIANCE; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; et al.,<br><br>Defendants - Appellants. | No. 26-187<br><br>D.C. No.<br>3:25-cv-01766-EMC<br>Northern District of California, San Francisco<br><br>ORDER |
|---|---|
| NATIONAL TPS ALLIANCE; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>MARKWAYNE MULLIN; et al.,<br><br>Defendants - Appellants. | No. 25-5724 |

Before: WARDLAW, MENDOZA, and JOHNSTONE, Circuit Judges.

Appellants filed a motion to consolidate appeals in *National TPS Alliance, et al. v. Mullin*, *et al.*, No. 25-5724 and *National TPS Alliance, et al. v. Mullin*, *et al.*, No. 26-187. We **GRANT** this motion and instruct the parties to include discussion of issues raised in both appeals in the supplemental briefs we ordered on November 3, 2026 (Dkt. 98).