BRETT A. SHUMATE
Assistant Attorney General
Civil Division
RUTH ANN MUELLER
Senior Litigation Counsel
ERIC SNYDERMAN
LAUREN BRYANT
SHELBY WADE
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TPS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,[1]<br><br>Defendants. | Case No. 3:25-cv-1766-EMC<br><br>**NOTICE OF PRODUCTION** |

[1] The current Secretary of Homeland Security is automatically substituted as a defendant in place of the former Secretary, Kristi Noem. *See* FED. R. CIV. P. 25(d).

On October 19, 2026, Magistrate Judge Kim issued a Minute Order directing Defendants to produce all materials in shared folders that are hyperlinked to documents already produced, no later than November 9, 2026. Dkt. 491. On November 2, 2026, Defendants filed a motion pursuant to Federal Rule 72(a) challenging Judge Kim's Order to the extent it required production of all hyperlinked documents without limiting them for relevancy. Dkt. 500 n.2. Defendants hereby provide notice that they have complied with the representation in footnote two of their Rule 72(a) motion and provided Plaintiffs with a copy of the relevant hyperlinked documents as indicated. Defendants intend to circulate a privilege log regarding today's document production by tomorrow, November 10, 2026.

Dated: November 9, 2026

Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CATHERINE RENO
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

ERIC SNYDERMAN
SHELBY WADE
Trial Attorneys

By: <u>*/s/ Lauren Bryant*</u>
LAUREN BRYANT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (212) 919-1366

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date: November 9, 2026

/s/ Lauren Bryant
LAUREN BRYANT
Trial Attorney