# Table A

| Dkt. No. | Motion | Status |
|---|---|---|
| 13 | Pls.' (M.H., E.R.) Admin. Motion to Proceed Under Pseudonym | Granted (Dkt. 70) |
| 14, 63, 73 | Motions for Pro Hac Vice Admission (Wilfong, Welton, Crew) | Granted (Dkts. 53, 66, 90) |
| 16 | Pls.' Motion to Postpone Effective Date of Agency Action | Granted (Dkt. 93) |
| 45 | Pls.' Motion to Shorten Time re Dkt. 16 | Granted (Dkt. 51) |
| 62 | State of California's Motion for Leave to File Amicus Brief | Granted (Dkt. 65) |
| 71 | City of San Diego's Motion for Leave to File Amicus Brief | Granted (Dkt. 72) |
| 75 | Pls.' (A.C.A., G.S.) Admin. Motion to Proceed Under Pseudonym | Granted (Dkt. 84) |
| 79 | Pls.' Motion to Shorten Time to Confer Pursuant to Rule 26(f) | Granted in part at 3/24/25 hearing; Court permitted Pls. to propound discovery before the CMC, but Defs. need not respond until the jurisdictional ruling (Tr., Dkt. 91 at 117:22–118:19) |
| 95 | Defs.' Motion to Stay Pending Appeal | Denied (Dkt. 102) |
| 96 | Defs.' Motion to Shorten Time re Dkt. 95 | Granted (Dkt. 102) |
| 98 | Pls.' Motion for Extension of Time re Dkt. 95 | Denied (Dkt. 99) |
| 115 | Defs.' Motion to Stay Deadlines and Proceedings re Venezuela TPS | Denied (Dkt. 161) |
| 122 | Defs.' Motion to Dismiss First Amended Complaint | Denied (Dkt. 279) |
| 141 | Defs.' Motion for Leave to File Motion for Reconsideration of Discovery Orders (Dkts. 129, 135) | Denied (Dkt. 161) |
| 144 | Pls.' Motion to Preserve Status and Rights Under 5 U.S.C. § 705 | Granted in part, denied in part (Dkt. 162) |
| 145 | Pls.' Admin. Motion to Shorten Time re Dkt. 144 | Granted (Dkt. 146) |
| 147, 154 | Pls.' Motion for Emergency Relief re Discovery Non-Compliance re Dkt. 135 (Dkt. 147 refiled as Dkt. 154) | Granted in part at 5/29/25 hearing; Court ordered a custodian inquiry re non-government communications, supplemental production/privilege log by 6/6/25, and privilege sampling for MJ Kim (Dkt. 161; Tr., Dkt. 196 at 64:11–15) |

| Dkt. No. | Motion | Status |
|---|---|---|
| 165 | Pls.' Motion for Partial Summary Judgment | Granted (Dkt. 279) |
| 172 | Pls.' Admin. Motion to Consider Extra-Record Evidence | Granted (Dkt. 279) |
| 187 | Defs.' Motion for Relief from Magistrate Judge Order (Dkt. 184) | Denied (Dkt. 195) |
| 194 | Defs.' Motion for Protective Order | Granted (Dkt. 261) |
| 199 | Defs.' Cross-Motion for Summary Judgment | Denied (Dkt. 279) |
| 200 | Pls.' Motion for Compliance with Court Order (Dkt. 162) | Resolved without ruling at 6/24/25 hearing; Pls. confirmed Defs.' corrected website language resolved the issue (Dkt. 227; Tr., Dkt. 311 at 4:6–19) |
| 204 | Pls.' Admin. Motion to Shorten Time re Dkt. 200 | Granted (Dkt. 207) |
| 228 | State of California's Motion to Consider Amicus Brief in Support of Pls.' Motion for Partial Summary Judgment | Granted (Dkt. 312) |
| 229 | Defs.' Motion for Relief from Magistrate Judge Order (Dkt. 220) | Denied (Dkt. 237) |
| 246 | Pls.' Motion for Leave to File Supplemental Complaint | Granted (Dkt. 248) |
| 262 | Defs.' Motion to Dismiss First Amended and Supplemental Complaint | Denied (Dkt. 279) |
| 281 | Defs.' Motion to Stay Judgment Pending Appeal | Denied (Dkt. 296) |
| 286 | Pls.' Motion for Compliance with Court Order (Dkt. 279) | Granted (Dkt. 304) |
| 291 | Pls.' Admin. Motion to Shorten Time re Dkt. 286 | Granted (Dkt. 293) |
| 316 | Pls.' Motion for Compliance with Court Orders (Dkts. 279, 162) | Denied as moot (Dkt. 326) |
| 321 | Pls.' Admin. Motion to Shorten Time re Dkt. 316 | Granted (Dkt. 323) |
| 327 | Pls.' Motion for Declaratory Relief | Granted (Dkt. 340) |
| 328 | Pls.' Admin. Motion to Shorten Time re Dkt. 327 | Granted in part, denied in part (Dkt. 331) |
| 343 | Pls.' Motion for Leave to File Second Supplemental Complaint | Granted at 12/23/25 hearing (Dkt. 354; Tr., Dkt. 359 at 18:1–20:8) |
| 344 | Pls.' Admin. Motion to Shorten Time re Dkt. 343 | Granted (Dkt. 349) |
| 391, 393 | Defs.' Motion to Stay Proceedings (Dkt. 391 refiled as Dkt. 393 per Dkt. 392) | Denied (Dkt. 415) |
| 394 | Defs.' Motion to Shorten Time re Dkt. 393 | Granted in part (Dkt. 395) |

| Dkt. No. | Motion | Status |
|---|---|---|
| 405 | Defs.' Motion for Relief from Magistrate Judge Order (Dkt. 390) | Denied (Dkt. 410) |
| 424 | Defs.' Motion for Leave to File Excess Pages | Granted (Dkt. 427) |
| 425 | Defs.' Motion for Relief from Magistrate Judge Order (Dkt. 419) | Granted in part, denied in part (Dkt. 473) |
| 440 | Defs.' Motion for Relief from Magistrate Judge Order (Dkt. 430) | Granted in part, denied in part (Dkt. 457) |
| 455 | Pls.' Motion for Leave to File Second Amended Complaint | Granted in part, denied in part (Dkt. 487) |
| 463 | Pls.' Admin. Motion to Remove Incorrectly Filed Document | Granted (Dkt. 465) |
| 472 | Defs.' Motion for Relief from Magistrate Judge Order (Dkt. 469) | **Pending** (fully briefed; reply filed 10/15/26, Dkt. 489) |
| 500 | Defs.' Motion for Relief from Magistrate Judge Order (Dkt. 491) | **Pending** (response due 11/17/26; reply due 11/24/26) |