# Exhibit A

**From:** Emi MacLean
**To:** Bryant, Lauren E (CIV); Jessica Bansal Contact; Ahilan Arulanantham; Samantha May; Erik Crew; Emily Zhu
**Cc:** Wade, Shelby (CIV); Reno, Catherine M (CIV); Cappelletti, Daniel (CIV); Hartman, Jeffrey M. (CIV); Berman-Vaporis, Rachel P. (CIV); Salgado, Alina N (CIV); Mueller, Ruth A. (CIV); Snyderman, Eric M. (CIV)
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)
**Date:** Tuesday, October 20, 2026 6:09:33 PM
**Attachments:** image001.png

---

Counsel,

Please confirm Defendants intend to comply with Judge Kim's order to produce by November 9 all materials in shared folders that are hyperlinked to documents Defendants already produced. (Dkt. 491.)

We identified this dispute for Defendants initially on June 1. Now, more than four months later, Defendants still have produced very few responsive hyperlinked documents, and were unable to even present to the Court the number of documents at issue. Prompt production is overdue.

If Defendants intend to seek review before Judge Chen again, we request to meet and confer in advance. In light of the plain language of the ESI order (which deems hyperlinks to be attachments and establishes an affirmative obligation for their production), and in view of the fact that Judge Kim confirmed that her prior order never intended to relieve Defendants of their obligation to comply with the ESI order, Plaintiffs do not see a basis to seek review from Judge Chen. If we're missing something, it would be better to discuss sooner rather than later.

Please let us know if you will comply with Judge Kim's order, or if you intend to seek review. If you intend to seek review, please let us know when you would be available to meet and confer in advance.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

**From:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>
**Sent:** Thursday, October 15, 2026 7:24 AM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Subject:** Re: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Emi,

Thanks for your email. At this time, Defendants do not have additional updates on the Rule 26(e) supplementation of documents. Defendants intend to provide additional updates on Monday during the scheduled hearing to include proposed production schedule. We will follow up should we have additional information to share prior to Monday.

Thanks,

Lauren Bryant
**Trial Attorney**
**United States Department of Justice**
**Office of Immigration Litigation**
Post Office Box 868 | Ben Franklin Station | Washington, D.C. 20044-0868
Phone: (202) 305-0134
Cell: (202) 919-1366
Fax: (202) 305-7000

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Wednesday, October 14, 2026 1:37 PM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV)

<Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,

Defendants filed a “notice of update regarding discovery productions” one week ago, on October 7. Dkt. 481. In the notice, Defendants provided that “Defendants have located additional documents that will need to be uploaded into Defendants’ review platforms and undergo relevancy and privilege review[.]” Plaintiffs have received neither documents nor further notice regarding any documents to be produced (including either the quantity of documents or the timeline upon which Defendants intend to produce these documents). In light of the Monday hearing scheduled on this issue, and Defendants’ assertion that they will “provide ... updates on this supplementation,” please confirm when Defendants anticipate producing these previously withheld documents, and the quantity of documents in the production.

We continue to object that a relevancy review is appropriate for these documents.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Sent:** Monday, October 5, 2026 11:08 AM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-

Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,

Defendants have produced the "TPS Drafting Guide_4.23.25.docx" document through upload to the Justice Electronic File Sharing service (JEFS), which we have previously used to produce materials to you.

This document is contained within a .zip file named NTPSA2-017.

The password to the NTPSA2-017 zip file uploaded to JEFS is **adf;hn!!190** .

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Thursday, October 1, 2026 3:07 PM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Great; thanks and we will file now.

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Sent:** Thursday, October 1, 2026 12:06 PM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Emi,
We note that whomever deleted the part of the sentence about the September 21 meet and confer stating "for the very first time" also deleted the space between "expressed" and "a" which should be present.

After that change, you have our authorization to file.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Thursday, October 1, 2026 2:31 PM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Thanks, Eric. We implemented that change you requested, and edited fn. 1. Please confirm we have your authorization to file.

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Sent:** Thursday, October 1, 2026 10:38 AM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Emi,
Please add what you see fit within your section so long as you inform us of the language before filing and do not exceed the page limit.

Several attorneys on our end who participated in the call heard the statement. Please delete the part of the sentence stating "for the very first time" but retain the rest.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Thursday, October 1, 2026 1:20 PM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>

**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Eric,

This statement that Defendants newly make is false:

“During the September 21 meet and confer, Plaintiffs expressed, for the very first time, a “difference of opinion” regarding Judge Kim’s express instructions to filter the hyperlinked documents for relevancy based on ESI search terms and ESI protocol.”

In fact, in the August 21 email at the bottom of this email chain, Plaintiffs write this expressly:

“It is Plaintiffs’ position that all of the documents at issue are responsive and need only be reviewed for privilege, not relevance.”

The parties also discussed this in length at the August meet and confer.

Please let us know whether Defendant will modify this statement in your section of the brief, or whether we should identify that it is false in our portion of the joint letter brief before we file.

Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Sent:** Thursday, October 1, 2026 9:24 AM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>

**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Emi,
Please find some final edits by Defendants, which are in tracked changes. Once these are accepted, and barring any other modifications, you have our authorization to file.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Snyderman, Eric M. (CIV)
**Sent:** Thursday, October 1, 2026 12:00 PM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Emi,
Thank you, we have received this and have noticed one or two minor things we may need to tweak in our portion. Please hold on filing until we can respond.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Thursday, October 1, 2026 12:58 AM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Please see attached the proposed final discovery letter brief, which will be updated to include October 1 as the date of filing. We have also attached for convenience of review a redline showing the changes from the version you sent. Please confirm we have your authorization to file.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Emi MacLean
**Sent:** Wednesday, September 30, 2026 9:12 PM
**To:** 'Snyderman, Eric M. (CIV)' <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Thank you, Eric. We are nearly finished with the cleanup and finalization of the document, but in light of the late hour, we will plan to file in the morning after Defendants have had an opportunity to review. I will send your way shortly.

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Sent:** Wednesday, September 30, 2026 1:38 PM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>; Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Emily Zhu <EZhu@aclunc.org>
**Cc:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,
As discussed, please find Defendants' portion of the discovery letter brief for filing today, provided you accept our changes to the factual background section and confirm our authorization to file in the event you amend your portion.

Defendants intend to produce the "TPS Drafting Guide_4.23.25.docx" document to Plaintiffs this week.

Defendants are mindful of their obligations under Rule 26(e) to supplement any discovery production as required by the Federal Rules.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Snyderman, Eric M. (CIV)
**Sent:** Monday, September 28, 2026 3:12 PM
**To:** Emi MacLean <EMacLean@aclunc.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Emily Zhu <EZhu@aclunc.org>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Emi,
Received, and Defendants' counsel will send you our portion and edits to the procedural history by 5pm ET on Wednesday 30 SEPT.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Monday, September 28, 2026 12:59 PM
**To:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Emily Zhu <EZhu@aclunc.org>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,

Please find attached Plaintiffs' portion of the discovery letter brief to be filed on

Wednesday. Please provide Defendants' portion by Wednesday 5 pm ET for filing. Plaintiffs reserve the right to amend our portion in response to Defendants, or for proofing and cite-checking. We will, of course, confirm authorization to file in the event we make any changes after receiving Defendants' portion.

Please note that per Judge Kim's standing order, the maximum length of the brief is 8 pages, which leaves 3.5 pages for each of the parties' portions, and one page for the recitation of the dispute and factual background.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>
**Sent:** Wednesday, September 23, 2026 10:55 AM
**To:** Emi MacLean <EMacLean@aclunc.org>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Hi Emi,

While the parties agreed that Plaintiffs would provide their position in a joint letter briefing on this issue no later than Monday, September 28, we did not agree to provide our response by the end of that day. Allotting Plaintiffs four working days to provide their portion of joint briefing and asking Defendants to respond in five hours is completely untenable. If Plaintiffs intend to provide their portion of the joint letter brief on

September 28 at 12:00 EST, Defendants agree to provide their response by September 30 at 5:00 p.m. EST/2:00 PST.

Lauren Bryant
**Trial Attorney**
**United States Department of Justice**
**Office of Immigration Litigation**
Post Office Box 868 | Ben Franklin Station | Washington, D.C. 20044-0868
Phone: (202) 305-0134
Cell: (202) 919-1366
Fax: (202) 305-7000

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Tuesday, September 22, 2026 11:59 PM
**To:** Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,

In our meet and confer yesterday regarding Defendants' production of the documents ordered by the Court in Dkts. 430 and 457, Defendants informed us for the first time that they believed that the 16 documents we received were the entirety of the responsive documents Defendants intended to produce. Defendants were unable or unwilling to explain how this production could be complete where 1) Defendants had identified in a sworn declaration that there were an estimated approximately 9,000 unique documents in the hyperlinked files at issue (see Dkt. 440-3 paras. 13-15); and 2) Plaintiffs identified on the call specific documents which should have been responsive and produced but which were not.

As Defendants refused to provide any further information in response to Plaintiffs' questions, we agreed that we would raise the outstanding discovery dispute with the Magistrate, with a joint letter brief to be filed Monday. Plaintiffs will provide our portion of the letter brief by Monday morning at 9 am PST. Please provide Defendants' portion by the end of the day.

Best,

Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Wednesday, September 16, 2026 9:39 AM
**To:** Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Shelby,

This time works on our side. To facilitate a productive mediation, please provide any substantive responses to our questions in advance and please let us know if we are misunderstanding anything about Defendants' recent production, as described below.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>
**Sent:** Wednesday, September 16, 2026 8:35 AM
**To:** Emi MacLean <EMacLean@aclunc.org>; Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Good afternoon, Emi.

Apologies for our belated response to your email regarding a potential meet and confer. Unfortunately, we will not be able to meet on Friday, but we propose a meet and confer on **Monday, September 21st at 3 pm ET**. Does that time work for Plaintiffs? If so, I will disperse a meeting invitation for that time.

Best,

**Shelby Wade**
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
shelby.wade2@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Monday, September 14, 2026 8:14 PM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,

Please let us know when you would be available to meet and confer concerning the productions ordered by the Court in Dkts. 430 and 457. Plaintiffs are available on Friday, September 18 at 11:30 am, or 1, 3, or 430 pm ET.

On August 10, Judge Chen affirmed Magistrate Kim's order and compelled the government "to produce the hyperlinked documents" referenced in NTPSA2_014864, and "meet and confer regarding a schedule for production." Dkt. 457. Judge Chen further ordered the government to not "set a production schedule that hampers this litigation from moving forward." *Id.*

In response to Judge Chen's order for the parties to engage in a meaningful meet and confer, Plaintiffs requested basic information in advance of, or at, an August 25 meet and confer. Defendants refused to provide any responsive information. In an effort to reach resolution without the need for further litigation, Plaintiffs nonetheless agreed to receive Defendants' first production on September 9 and defer further discussion of any discovery deficiencies until after Defendants' initial production. Plaintiffs have now received and reviewed that first production (NTPSA2-015 & NTPSA2-016) and it appears severely deficient.

Defendants asserted in declarations filed with the Court that there were "approximately 9,000 files" implicated by the Court's order (Dkt. 440-3 at ¶¶ 13-14). However, Defendants produced only **16 documents** one full month after Judge Chen's order. Two of these documents were nothing more than a logo of the Office of Homeland Security Statistics (NTPSA2_015915 & NTPSA2_015918). The remainder were various data analyses, or emails about the same. Defendants appear to have produced no documents which respond to specific bullet points in NTPSA2_014864, including for example the "TPS Drafting Guide" or documents linked to the "TPS FRN Collaborations Sharepoint." Plaintiffs are concerned that Defendants' initial production does not suggest a good faith effort to comply with Defendants' court-ordered discovery obligations.

Please be prepared to provide the basic information Plaintiffs seek, and that is critical for any meaningful meet and confer regarding a production schedule:

- the total number of documents at issue, the number of unique documents, and how many documents Defendants intend to review weekly;
- how many documents Defendants reviewed in advance of the September 9 production, and how many Defendants deemed nonresponsive; and
- how many documents remain to be reviewed, and the schedule which Defendants propose for this review and production.

We hope that we can have a productive meet and confer and that we do not need to unnecessarily burden the Court with further litigation over this issue.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Sent:** Tuesday, September 8, 2026 12:13 PM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Emi,
Our production of case-relevant documents from our search of the shared file storage folders linked to the email labeled NTPSA2_014864 uses the following search terms:

**For RFP Set One:**
[“Temporary Protected Status” OR “TPS” OR “1254a”] AND [“Haiti”]

**For RFP Set Two:**
[“Temporary Protected Status” OR “TPS” OR “1254a”] AND [guidance OR policy OR process OR procedure OR “Decision Memo*” OR “country conditions” OR “State” OR “periodic review” OR statute OR interpretation OR requirement* OR “national interest”]

This production incorporates documents from the following time periods:

- March 10, 2025, to July 15, 2025
- July 15, 2025 to November 19, 2025.

Under the schedule Defendants proposed, the first production of the documents from our search will be provided to you by tomorrow, September 9, 2026.

As agreed during our last telephonic meet and confer, we intend to meet and confer with Plaintiff's counsel again soon after this production.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Tuesday, September 8, 2026 12:59 PM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,

In our August 24 meet and confer regarding discovery, Defendants committed to provide information about the search terms they are using for the materials from the folders linked to NTPSA2_014864 (*see* Dkt. 430, 457). Plaintiffs have not received anything to date. Please provide those search terms today.

Please also confirm that Defendants will promptly produce the documents withheld pursuant to deliberative process privilege which MJ Kim ordered produced in Dkt. 469, and the date when Defendants will do so.

Best,
Emi

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Emi MacLean
**Sent:** Tuesday, August 25, 2026 11:16 PM
**To:** 'Snyderman, Eric M. (CIV)' <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,

In our meet and confer earlier today, Defendants continue to refuse to provide any of the basic information requested by Plaintiffs—including the total number of documents at issue, the number of unique documents, and how many documents Defendants intend to review weekly. Plaintiffs contest that this constitutes a meaningful meet and confer where Judge Chen ordered the parties to produce a “production schedule” that does not “hamper litigation from moving forward.”

Defendants have also consistently refused to provide any reason why any of the documents included in the hyperlinks attached to the produced email would be nonresponsive. Plaintiffs agree that the documents need to be reviewed for privilege, but contest that Defendants should apply search terms as, in Plaintiffs’ view, all of the documents attached to the hyperlinks should be responsive.

Nonetheless, in an effort to reach resolution, Plaintiffs accept Defendants’ initial production of responsive documents by September 9. Plaintiffs identified that we expect Defendants will have reviewed at least 2000 documents, based on our experience in litigation with the government, as well as the discovery to date. We agreed to a further meet and confer immediately after the September 9 production. Defendants expressed that they hope to be able to provide more information about the schedule for further rolling productions, and some the other information Plaintiffs seek at a subsequent meet and confer. In the meantime, Defendants agreed to provide information about the search terms they are using.

If we cannot reach resolution at the next meet and confer, we may be required to file a letter brief promptly with the Magistrate. We hope however to avoid burdening the Court with matters that the parties would be able to resolve among ourselves if Defendants commit to prompt production by a date certain; or provide the basic information Plaintiffs seek, and that is critical for any meaningful meet and confer regarding a production schedule.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Sent:** Friday, August 21, 2026 12:49 PM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA I - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Emi,
Acknowledged regarding Plaintiffs' agreement to our proposal as to when to produce the training video and Powerpoint presentation.

As to the court-ordered production of materials from the folders linked to labeled NTPSA2_014864 (*see* Dkt. 430, 457), Judge Kim's verbal order during our July 6, 2026 discovery status conference was to "Produce whatever comes up as a responsive document after running the ESI search through categories three through four." Hrg. Tr., Discovery Stat. Conf. 14:14-18.

Defendants understand this order, memorialized in the Order at Dkt. 430, to require that Defendants conduct a search of the materials in the identified linked folders, apply the

search terms, conduct relevance review of the result, then apply the ESI Protocol (Dkt. 125 at 3) to identify the pertinent version of the relevant/responsive materials, and review for privilege as with any other discovery production. *See* Fed. R. Civ. P. 26(b)(1).

This is what Defendants stated in my August 14 email. ("All responsive materials will be reviewed for relevance and privilege by Defendants and their counsel.") We are aware of no contrary authority mandating that we provide a hit count or a blanket production of all contents of the folders. Indeed, Judge Kim repeatedly stated the contrary. *See, e.g.* Dkt. 430 ("With regard to the other categories described int eh {sic} email, Defendants are required to search those repositories under the ESI search terms and ESI protocol **and produce responsive documents to Plaintiffs**.") (text bolded for emphasis).

Because relevance review must occur before Defendants know how many documents will be produced in any instance of a rolling production (*see* Dkt. 430 regarding responsiveness), Defendants cannot conjure up a "defined number" for each production or an end date.

However, Defendants are already conducting relevance and privilege review of the contents of the linked folders and intend to work diligently to complete the production as quickly as possible, according to the proposed schedule of rolling productions at 14 day intervals beginning Wednesday 9 September.

**Counsel for Defendants are available for a telephonic meet & confer at 3:00pm ET on Tuesday 25 AUG (12pm PT). We will send a dial-in number.**

Have a nice weekend!

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Friday, August 21, 2026 9:08 AM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>;

Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] RE: NTPSA - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel:

In response to your August 14 email concerning compliance with Dkts. 430 and 457:

Plaintiffs consent to Defendants' proposal to produce the PowerPoint and video hyperlinked to relevant email by Monday August 24 (14 days from order at Dkt. 457).

For the remainder of Defendants' proposal regarding the production of the documents from the linked folders, Plaintiffs seek additional information before we can respond to the proposal.

*First*, please confirm that the three linked folders and linked SharePoint site together include about 9,000 files, as Defendants identified in your filing. Dkt. 440-3 ¶¶ 13–14. Please also identify how many unique files there are after de-duplication.

*Second*, please identify whether Defendants contend that any of these documents are nonresponsive and need to be reviewed for relevance, and the basis for such a position. It is Plaintiffs' position that all of the documents at issue are responsive and need only be reviewed for privilege, not relevance. The stipulated ESI Order provides that hyperlinks "will be considered attachments" if they can be collected. Dkt. 125 § 5(3)(e) (emphasis added). Moreover, the substance of the email at issue makes plain that the documents are responsive. The documents are all linked to an email that is entitled "TPS links" and are "resources for drafting FRN and Memo", a "TPS Drafting Guide", "Stats", a "TPS" teams page subfolder, and a "TPS FRN Collaborations SharePoint." Dkt. 450-1, attached. Any of these documents are presumptively responsive based on the substance of the email and the title of the documents or folders.

*Finally*, in the event of a rolling production, any proposal must include both 1) a defined number of documents which Defendants must commit to review weekly; and 2) an end date for completion of the rolling production.

Please let us know your responses and when you would be available Tuesday 10 am-1 pm PST / 1 pm-4pm to meet and confer.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org

---

**From:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>
**Sent:** Friday, August 14, 2026 9:16 AM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <catross@CIV.USDOJ.GOV>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Hello Emi,
After speaking with DHS, Defendants would propose the following schedule for rolling production of the materials Judges Chen and Kim ordered us to produce at the most recent hearing. All responsive materials will be reviewed for relevance and privilege by Defendants and their counsel.

1. PowerPoint and video hyperlinked to relevant email: Monday 24 AUG (14 days from order at Dkt. 457)
2. First rolling production of case-relevant documents from linked folders: Wednesday 9 SEPT (30 days from order at Dkt. 457)
3. Subsequent rolling productions at 14 day intervals from previous production as necessary until all responsive, relevant, non-privileged documents are produced to Plaintiffs.

Please let us know your position on this.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice

O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Snyderman, Eric M. (CIV)
**Sent:** Wednesday, August 12, 2026 11:46 AM
**To:** Emi MacLean <EMacLean@aclunc.org>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <Catherine.Ross@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** RE: NTPSA - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Good morning Emi,
We have received your message and are discussing the timeline with our agency clients. We hope to provide a proposed timeline soon.

**Best regards,**

**Eric Snyderman**
Trial Attorney, Office of Immigration Litigation, U.S. Dept. of Justice
O: (202) 742-7079 | M: (202) 925-0636 | eric.m.snyderman@usdoj.gov

---

**From:** Emi MacLean <EMacLean@aclunc.org>
**Sent:** Wednesday, August 12, 2026 10:47 AM
**To:** Snyderman, Eric M. (CIV) <Eric.M.Snyderman@usdoj.gov>; Jessica Bansal Contact <jessica@ndlon.org>
**Cc:** Ahilan Arulanantham <arulanantham@law.ucla.edu>; Samantha May <SMay@aclunc.org>; Erik Crew <ecrew@haitianbridge.org>; Bryant, Lauren E (CIV) <Lauren.E.Bryant@usdoj.gov>; Ross, Catherine (CIV) <Catherine.Ross@usdoj.gov>; Wade, Shelby (CIV) <Shelby.Wade2@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>; Cappelletti, Daniel (CIV) <Daniel.Cappelletti@usdoj.gov>; Hartman, Jeffrey M. (CIV) <Jeffrey.M.Hartman@usdoj.gov>; Berman-Vaporis, Rachel P. (CIV) <Rachel.P.Berman-Vaporis@usdoj.gov>; Salgado, Alina N (CIV) <Alina.N.Salgado@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>
**Subject:** [EXTERNAL] NTPSA - production of documents in compliance with orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430)

Counsel,

Please confirm when Respondents will produce the hyperlinked documents at issue in compliance with the orders of Judge Chen (Dkt. 457) and Magistrate Kim (Dkt. 430).

Plaintiffs are available to meet and confer regarding a timeline for production, but request in advance a proposal from Defendants.

Best,
Emi

ACLU
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Northern California

Emi MacLean
Pronouns: she/her/hers
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm St., San Francisco, CA 94111
(929)375-1575 | emaclean@aclunc.org