United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL TPS ALLIANCE, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 25-cv-01766-EMC (SK)

**ORDER DENYING DEFENDANTS' MOTION TO QUASH DISCOVERY WITHOUT PREJUDICE**

Regarding Docket No. 507

On November 10, 2026, Defendants filed a motion to quash Plaintiffs' requests for production and special interrogatories. (Dkt. No. 507.) All discovery matters in this case have been referred to the undersigned. (Dkt. No. 174.) The undersigned will only address discovery disputes that are presented by a joint letter brief in compliance with the undersigned's Standing Order after the parties have met and conferred.[1] Accordingly, Defendants' motion to quash discovery is DENIED WITHOUT PREJUDICE. If Defendants wish to pursue this matter, Defendants must refile their motion as a joint discovery letter brief in accordance with the Standing Order.

**IT IS SO ORDERED**.

Dated: November 17, 2026

SALLIE KIM
United States Magistrate Judge

[1] The Standing Order for Magistrate Judge Kim is available at http://www.cand.uscourts.gov/sk.